# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11453 | VA | 8/25/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 9/25/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 10/23/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 1/5/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 2/11/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 1/5/1971 | Shipping Receipt | Shields, Inc. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 4/28/2005 | Letter of Transmittal | List of Documents sent to S&R for submittal to W.R. Grace | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 10/7/1988 | Professional Service Industries, Inc. | Report of Asbestos Sampling | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 10/7/1988 | Professional Service Industries, Inc. | Sampling Identification | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 10/7/1988 | Professional Service Industries, Inc. | Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 11/6-11/1989 | Roanoke Civic Center Auditorium Asbestos Cleanup | Letter Dated 11/15/1989 - RE: Cleanup of Asbestos | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 11/6-11/1989 | Roanoke Civic Center Auditorium Asbestos Cleanup | Photos of Disturbed Areas | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 11/6-11/1989 | Roanoke Civic Center Auditorium Asbestos Cleanup | Bulk Sample Analytical Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 11/6-11/1989 | Roanoke Civic Center Auditorium Asbestos Cleanup | Microscopy Result Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 7/11/1990 | Commonwealth of Virginia Form | 20-Day Abatement Notice (Amended 7/11/1990) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 6/26/1990 | Commonwealth of Virginia Form | 20-Day Abatement Notice | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 9/30/1985 | Mon-Eco Industries, Inc. | Material Safety Data Sheets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | Circa 7/1990 | Roanoke Civic Center Auditorium Removal of ACM Ceilings - Asbestos Plan | I. Location of Asbestos Control Areas | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | Circa 7/1990 | Roanoke Civic Center Auditorium Removal of ACM Ceilings - Asbestos Plan | II. Layout of Change Rooms | 100 Oak Street Hampton, SC | Speights & Runyan |

44

| | | | | | | |
|---|---|---|---|---|---|---|
| 11453 | VA | Circa 7/1990 | Roanoke Civic Center Auditorium Removal of ACM Ceilings - Asbestos Plan | III. Disposal Plan | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | Circa 7/1990 | Roanoke Civic Center Auditorium Removal of ACM Ceilings - Asbestos Plan | IV. Wetting Agency | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | Circa 7/1990 | Roanoke Civic Center Auditorium Removal of ACM Ceilings - Asbestos Plan | V. Asbestos Sealer | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | Circa 7/1990 | Roanoke Civic Center Auditorium Removal of ACM Ceilings - Asbestos Plan | VI. Air Monitoring | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | Circa 7/1990 | Roanoke Civic Center Auditorium Removal of ACM Ceilings - Asbestos Plan | A. Prior to Start | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | Circa 7/1990 | Roanoke Civic Center Auditorium Removal of ACM Ceilings - Asbestos Plan | B. During Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | Circa 7/1990 | Roanoke Civic Center Auditorium Removal of ACM Ceilings - Asbestos Plan | 1. Personals | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | Circa 7/1990 | Roanoke Civic Center Auditorium Removal of ACM Ceilings - Asbestos Plan | 2. Excursion | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | Circa 7/1990 | Roanoke Civic Center Auditorium Removal of ACM Ceilings - Asbestos Plan | C. Control | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | Circa 7/1990 | Roanoke Civic Center Auditorium Removal of ACM Ceilings - Asbestos Plan | D. Final Air Samples | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | Circa 7/1990 | Roanoke Civic Center Auditorium Removal of ACM Ceilings - Asbestos Plan | E. Pump Calibrations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | Circa 7/1990 | Roanoke Civic Center Auditorium Removal of ACM Ceilings - Asbestos Plan | VII. Methods to Control Pollution | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | Circa 7/1990 | Roanoke Civic Center Auditorium Removal of ACM Ceilings - Asbestos Plan | A. Work Area Preparation | 100 Oak Street Hampton, SC | Speights & Runyan |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11453 | VA | Circa 7/1990 | Roanoke Civic Center Auditorium Removal of ACM Ceilings - Asbestos Plan | B. Personnel Decontamination | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | Circa 7/1990 | Roanoke Civic Center Auditorium Removal of ACM Ceilings - Asbestos Plan | C. Asbestos Removal Methods | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | Circa 7/1990 | Roanoke Civic Center Auditorium Removal of ACM Ceilings - Asbestos Plan | D. Clean-Up | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 7/17/1990 | Letter | Authorization to Commence Work | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 6/25/1990 | Bid Form | WACO, Incorporated's Bid for Projected Work | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 6/25/1990 | Bid Form | Employment Projection From | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 6/25/1990 | Bond | Rider to Bond Involving Toxic Material | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 6/25/1990 | Bond | Bid or Proposal Bond | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 3/22/1996 | Letter / Survey of ACM Report - Portions of Civic Center Auditorium | Summary of Survey | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 3/22/1996 | Letter / Survey of ACM Report - Portions of Civic Center Auditorium | Building Inspection | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 3/22/1996 | Letter / Survey of ACM Report - Portions of Civic Center Auditorium | Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 3/22/1996 | Letter / Survey of ACM Report - Portions of Civic Center Auditorium | Findings | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 3/22/1996 | Letter / Survey of ACM Report - Portions of Civic Center Auditorium | Recommendations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 3/22/1996 | Letter / Survey of ACM Report - Portions of Civic Center Auditorium | Closure | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 3/22/1996 | Letter / Survey of ACM Report - Portions of Civic Center Auditorium | Selected Definitions | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 3/22/1996 | Letter / Survey of ACM Report - Portions of Civic Center Auditorium | Asbestos Containing Material Survey Completed Forms | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 3/22/1996 | Letter / Survey of ACM Report - Portions of Civic Center Auditorium | Drawings which reference where samples were taken for analysis (Ceiling & Roof) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 3/22/1996 | Letter / Survey of ACM Report - Portions of Civic Center Auditorium | Bulk Analysis Reports | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11453 | VA | 3/22/1996 | Letter / Survey of ACM Report - Portions of Civic Center Auditorium | License | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11453 | VA | 8/13/1996 | Letter with Attached Documents | Waste Shipment Records | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 8/13/1996 | Letter with Attached Documents | Report of Analyses Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 8/13/1996 | Letter with Attached Documents | Laborer Analysis Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 8/13/1996 | Letter with Attached Documents | Employee Sample Identification Log | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 8/13/1996 | Letter with Attached Documents | Laboratory Analysis Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 8/13/1996 | Letter with Attached Documents | Employee Sample Identification Log | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 8/13/1996 | Letter with Attached Documents | License & Certification | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 2/19/1996 | Medical Form | Employee Medical Evaluations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 7/26/1996 | Solutions Environmental Management Co., Inc. | Respirator Fit Test and Training Certificates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 7/26/1996 | Medical Form | Employee Medical Evaluations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 7/5 - 12/1996 | Visitor Log | Sign In / Sign Out Sheets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 7/15/1996 | Manifest | Non-Hazardous Special Waste Manifest | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 7/15/1996 | Site Visit Report | July 4, 1996 - July 12, 1996 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 7/9/1996 | Analytical Reports | Air Samples - Roanoke Civic Center | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 7/13/1996 | Report | Microscopy Result Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 7/13/1996 | Report | License | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 3/2002 - 10/2002 | Civic Center Compilation of Multiple Asbestos Inspections | Executive Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 3/2002 - 10/2002 | Civic Center Compilation of Multiple Asbestos Inspections | Bulk Sample Date, Material and Location | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 3/2002 - 10/2002 | Civic Center Compilation of Multiple Asbestos Inspections | Summation of Positive Material | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 4/1/2002 | Letter to Transmittal with Attachments | Proposed Phase I renovation area, limited to areas | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 4/1/2002 | Letter to Transmittal with Attachments | 1.1 Job Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 4/1/2002 | Letter to Transmittal with Attachments | 1.2 Description | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 4/1/2002 | Letter to Transmittal with Attachments | 1.3 Inspection Results | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11453 | VA | 3/28/2002 | Letter to Transmittal with Attachments | Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11453 | VA | 3/28/2002 | Letter to Transmittal with Attachments | Chain-of-Custody Forms | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 3/28/2002 | Letter to Transmittal with Attachments | License & Certification | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 6/19/2002 | Letter to Transmittal with Attachments | Selected Areas Within the Roanoke Civic Center | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 6/19/2002 | Letter to Transmittal with Attachments | 1.1 Job Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 6/19/2002 | Letter to Transmittal with Attachments | 1.2 Description of Work | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 6/19/2002 | Letter to Transmittal with Attachments | 1.3 Inspection Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 6/19/2002 | Letter to Transmittal with Attachments | Sample Location, Description & Lab Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 6/19/2002 | Letter to Transmittal with Attachments | License & Certification | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 6/19/2002 | Letter to Transmittal with Attachments | Bulk Asbestos Sample Analysis Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 6/19/2002 | Letter to Transmittal with Attachments | Chain-of-Custody Forms | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 3/11/2003 | Asbestos/Lead Based Paint Inspection Report | Executive Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 3/11/2003 | Asbestos/Lead Based Paint Inspection Report | Introduction | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 3/11/2003 | Asbestos/Lead Based Paint Inspection Report | Methodology and Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 3/11/2003 | Asbestos/Lead Based Paint Inspection Report | Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 3/11/2003 | Asbestos/Lead Based Paint Inspection Report | Recommendations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 3/11/2003 | Asbestos/Lead Based Paint Inspection Report | Disclaimer | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 3/11/2003 | Asbestos/Lead Based Paint Inspection Report | Appendix 1 - Summary of Asbestos Analysis and Sample Locations Sketches | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 3/11/2003 | Asbestos/Lead Based Paint Inspection Report | Appendix 2 - Laboratory Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 3/11/2003 | Asbestos/Lead Based Paint Inspection Report | Appendix 3 - XRF Data Sheets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 3/11/2003 | Asbestos/Lead Based Paint Inspection Report | Appendix 4 - Summary of Qualifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 7/19/2004 | Asbestos/Lead Based Paint Survey | Letter - RE: Results of Survey | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 7/19/2004 | Asbestos/Lead Based Paint Survey | 1. Introduction | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 7/19/2004 | Asbestos/Lead Based Paint Survey | 1.1 Scope of Work | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 7/19/2004 | Asbestos/Lead Based Paint Survey | 1.2 Limitations | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11453 | VA | 7/19/2004 | Asbestos/Lead Based Paint Survey | 2. Asbestos Survey | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 11453 | VA | 7/19/2004 | Asbestos/Lead Based Paint Survey | 2.1 Facility Description | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 7/19/2004 | Asbestos/Lead Based Paint Survey | 2.2 Asbestos Survey and Laboratory Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 7/19/2004 | Asbestos/Lead Based Paint Survey | 2.3 Asbestos Survey Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 7/19/2004 | Asbestos/Lead Based Paint Survey | 3. Lead-Based Paint Survey | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 7/19/2004 | Asbestos/Lead Based Paint Survey | 3.1 Facility Description | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 7/19/2004 | Asbestos/Lead Based Paint Survey | 3.2 Limited Lead-Based Paint Survey and Laboratory Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 7/19/2004 | Asbestos/Lead Based Paint Survey | 3.3 Limited Lead-Based Paint Survey Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 7/19/2004 | Asbestos/Lead Based Paint Survey | Appendix I - Table | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 7/19/2004 | Asbestos/Lead Based Paint Survey | Table 1 - Summary of Asbestos Survey Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 7/19/2004 | Asbestos/Lead Based Paint Survey | Table 2 - Summary of Lead-Based Paint XRF Survey Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 7/19/2004 | Asbestos/Lead Based Paint Survey | Appendix II - Figures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 7/19/2004 | Asbestos/Lead Based Paint Survey | Appendix III - Asbestos Laboratory Data Sheets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11453 | VA | 7/19/2004 | Asbestos/Lead Based Paint Survey | Appendix IV - Lead Laboratory Data Sheets | 100 Oak Street Hampton, SC | Speights & Runyan |