# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|-----------|-------|------|---------------|-------------------|-------------------|---------|
| 11523 | LA | 4/1/1966 | Invoice | W. R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11523 | LA | No Date | Brochure | Monokote Jobsite Building Listing | 100 Oak Street Hampton, SC | Speights & Runyan |