# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11504 | MO | 5/4/1972 | Letter | Mono Kote Direct-to-Steel Fireproofing in Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11504 | MO | 2/9/1972 | Letter | Mono Kote Direct-to-Steel Fireproofing in Building | 100 Oak Street Hampton, SC | Speights & Runyan |

42