# 2200 CENTURY CENTER

## ATLANTA, GEORGIA

## (W.R. GRACE)

## SUMMARY OF ASBESTOS FIREPROOFING MANAGEMENT, REMOVAL AND REPLACEMENT NET COSTS

*Prepared By*

**Halliwell Engineering Associates, Inc.**

**July, 1996**

# 2200 CENTURY CENTER
## ATLANTA, GA
## (W.R. GRACE)

## TABLE OF CONTENTS

**SECTION I:**      **INTRODUCTION**

      A.    BUILDING EXTERIOR PHOTOGRAPH

      B.    ASBESTOS FIREPROOFING REMOVAL STATUS DRAWING

      C.    BUILDING INFORMATION SUMMARY

      D.    INFORMATION CONSIDERED IN THE DEVELOPMENT OF THIS REPORT

**SECTION II:**      **SUMMARY OF COSTS**

      TABLE 1    SUMMARY OF ASBESTOS FIREPROOFING IN-PLACE MANAGEMENT, REMOVAL AND REPLACEMENT NET COSTS

      TABLE 2    SUMMARY OF ASBESTOS FIREPROOFING REMOVAL AND REPLACEMENT NET COSTS PRIOR TO BUILDING SALE

      TABLE 3    DETAILED COSTS FOR COMPLETED ASBESTOS FIREPROOFING REMOVAL PROJECTS PRIOR TO BUILDING SALE

      TABLE 4    DETAILED COSTS FOR COMPLETED ASBESTOS FIREPROOFING IN-PLACE MANAGEMENT PROJECTS PRIOR TO BUILDING SALE

      TABLE 5    ANALYSIS OF THE REMOVAL FUND DUE TO ASBESTOS IN THE BUILDING

      TABLE 6    INTEREST CHARGES

      TABLE 7    MISCELLANEOUS RELATED COSTS NOT INCLUDED IN THIS REPORT

**SECTION III:**      **STATEMENT OF OPINIONS**

Halliwell Engineering Associates, Inc., July, 1996

# 2200 CENTURY CENTER
## ATLANTA, GA
## (W.R. GRACE)

TABLE OF CONTENTS (cont'd)

SECTION IV:    QUALIFICATIONS    OF    HALLIWELL    ENGINEERING
               ASSOCIATES, INC. AND JACK L. HALLIWELL (SUBMITTED
               UNDER SEPARATE COVER)

        A.    MR. HALLIWELL'S CURRENT CURRICULUM VITAE

        B.    HALLIWELL ENGINEERING ASSOCIATES INC., SUMMARY
              OF EXPERIENCE AND CAPABILITIES

        C.    MR. HALLIWELL'S PRIOR TESTIMONY RECORD

        D.    ARTICLES   ON   ASBESTOS   ABATEMENT   AND
              MANAGEMENT AUTHORED BY MR. HALLIWELL

        E.    COMPENSATION SCHEDULES FOR MR. HALLIWELL AND
              HALLIWELL ENGINEERING ASSOCIATES, INC.


APPENDICES:

        APPENDIX A

                PART A:    ASBESTOS ABATEMENT PROJECT INFORMATION

                PART B:    BUILDING   INSPECTIONS   CONDUCTED   BY
                           HALLIWELL ENGINEERING ASSOCIATES

                PART C:    LOCATION  AND  DETAILS  OF  INFORMATION
                           CONSIDERED IN THE DEVELOPMENT OF THIS
                           REPORT

        APPENDIX B    PROJECT   FLOOR   AREA/FIREPROOFING   AREA
                      CALCULATIONS

        APPENDIX C    REDUCED BUILDING DRAWINGS

        APPENDIX D    PROPERTY  MANAGEMENT  SYSTEMS'  PRELIM-
                      INARY  ASBESTOS  REMOVAL  ESTIMATES  AND
                      RECOMMENDATIONS, DATED JANUARY 20, 1988

Halliwell Engineering Associates, Inc., July, 1996

# 2200 CENTURY CENTER
## ATLANTA, GA
## (W.R. GRACE)

TABLE OF CONTENTS (cont'd)

**APPENDIX E**  PROPERTY STRATEGY/APPRAISAL SUMMARY FORM EXCERPT, DATED MARCH 19, 1988

**APPENDIX F**  EXCERPT FROM PROPOSED SALE STRUCTURE FOR 2200 CENTURY CENTER, DATED JULY 11, 1988

**APPENDIX G**  EXCERPTS FROM AGREEMENT FOR PURCHASE AND SALE FOR 2200 CENTURY CENTER, DATED JULY 28, 1988

**APPENDIX H**  REMOVAL FUND ALLOCATION REQUEST FOR 2200 CENTURY CENTER - GROUND FLOOR

**APPENDIX I**  SUMMARY OF DISBURSEMENTS AND REMOVAL FUND ALLOCATION - FINAL REQUEST, 2200 CENTURY CENTER

**APPENDIX J**  BCM CONVERSE ASBESTOS SURVEY REPORT, DATED APRIL 26, 1986

SECTION I

# SECTION I

# INTRODUCTION

**A)**    **BUILDING EXTERIOR PHOTOGRAPH**



# 2200 Century Center
# Atlanta, Georgia

## B. ASBESTOS FIREPROOFING REMOVAL STATUS DRAWING

# CENTURY CENTER
## ATLANTA, GEORGIA



## C. BUILDING INFORMATION SUMMARY

Building name:            2200 Century Center

Location:                 Atlanta, Georgia

Ownership:                Building sold by The Prudential Insurance Company of America (9/1/88)

Building use:             Multi-tenant commercial offices

Total number of floors:        12; ground through 10th floor and penthouse elevator machine room

Number of floors with spray-applied fireproofing:   11; ground through 10th floor. Penthouse is not fireproofed

Total floor area with fireproofing:        139,480 sq. ft.

Location of fireproofing:                  Beams and columns

Type of deck:  Corrugated steel

Core area:    Entire core area is sprayed, including the elevator shafts and stairwells

Fireproofing surface area on a typical floor:          15,581.74 sq. ft.

Fireproofing surface area to floor area ratio (typical floor):   $15,581.74 \div 12,680 = 1.23$

Type of HVAC system:    One mechanical room on each floor. Multi-zone constant volume system for both the perimeter and interior system, with perimeter ceiling mounted slot diffusers. Ductwork consists of a hot deck and cold deck system, with cooling and heating coils within the main HVAC unit located in the mechanical room. The ceiling space is an open return air plenum which returns to the mechanical room, which is also a return air plenum.

**D. INFORMATION CONSIDERED IN THE DEVELOPMENT OF THIS REPORT**

1. **Building Information:**

   Building design drawings

   Asbestos survey

   Correspondence

   Building inspections

   Photographs and photo logs

   Discussions with building personnel

2. **Asbestos Abatement Cost Information:**

   Contractor's bid form

   Contract documents

   Consultant's invoices

   Contractor's applications for payment

   Correspondence

3. **Asbestos Abatement Project Information:**

   Contract documents

   Abatement meeting notes

   Correspondence

   Bulk/air sampling results

   Federal and state asbestos regulations

4.  **Removal Fund Information:**

>    Asbestos removal estimates
>
>    Property strategy/appraisal
>
>    Proposed sale structure
>
>    Agreement for purchase and sale
>
>    Survey
>
>    Removal Fund Allocation requests

SECTION II

# SECTION II

# SUMMARY OF COSTS

Halliwell Engineering Associates, Inc., July 1996

TABLE 1

# 2200 CENTURY CENTER
## Atlanta, GA
### (W.R. Grace)

TABLE 1
SUMMARY OF ASBESTOS FIREPROOFING
IN−PLACE MANAGEMENT, REMOVAL AND REPLACEMENT NET COSTS

| | | |
|---|---|---|
| ASBESTOS FIREPROOFING REMOVAL AND REPLACEMENT NET COSTS PRIOR TO BUILDING SALE | = | $171,724.40 |
| COMPLETED ASBESTOS FIREPROOFING IN−PLACE MANAGEMENT NET COSTS PRIOR TO BUILDING SALE | = | 5,083.37 |
| NET REMOVAL FUND DUE TO THE PRESENCE OF ASBESTOS FIREPROOFING* | = | 3,352,790.00 |
| TOTAL NET COSTS ATTRIBUTABLE TO ASBESTOS FIRE-PROOFING MANAGEMENT, REMOVAL AND REPLACEMENT | = | $3,529,597.77 |

\* The Prudential Insurance Company of America sold 2200 Century Center on July 28, 1988 with
a removal fund of $3,383,140 reflecting the presence of ACM within the building.
An evaluation of the removal fund, its reasonableness in light of the remaining asbestos fireproofing in the
2200 Building at the time of sale, and a calculation of the net removal fund amount due to the asbestos
fireproofing are contained within this report.

96101          Halliwell Engineering Associates, Inc.   July, 1996

TABLE 2

2200 Century Center
Atlanta, GA.
(W.R. Grace)

## TABLE 2

### Summary of Asbestos Fireproofing Removal and Replacement Net Costs Prior to Building Sale

| PROJECT INFORMATION | Ground–Suite 30 08/87 Central Jersey | Ground–Chiller Room 01/88 Central Jersey BCM | Suite 750 03/88 Central Jersey AAS | 10th 04/18/88–05/11/88 A.A.T. ATEC | TOTALS |
|---|---|---|---|---|---|
| Floor(s) | | | | | |
| Asbestos Abatement Dates | | | | | |
| Asbestos Abatement Contractor | | | | | |
| Asbestos Abatement Consultant | | | | | |
| Project Floor Area (square feet) | 300 | 580 | 2,580 | 12,557 | 16,017 |
| **GROSS ABATEMENT PROJECT COSTS (1)** | | | | | |
| Asbestos Abatement Contractor | $6,564.00 | $8,862.00 | $22,263.00 | $97,875.00 | $135,564.00 |
| Asbestos Abatement Consultant | 0.00 | 2,102.97 | 1,400.00 | 26,154.73 | 29,657.70 |
| Miscellaneous | 0.00 | 0.00 | 4,762.70 | 2,375.00 | 7,137.70 |
| Total Gross Abatement Project Costs | $6,564.00 | $10,964.97 | $28,425.70 | $126,404.73 | $172,359.40 |
| Total Cost per square foot of floor area | $21.88 | $18.91 | $11.02 | $10.07 | $10.76 |
| **DEDUCTIONS FOR NON FIREPROOFING PROJECT COSTS** | | | | | |
| Vinyl Asbestos Floor Tile (VAT) Removal (2) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Thermal System Insulation (TSI) Removal (3) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Miscellaneous Project Cost Deductions (4) | 635.00 | 0.00 | 0.00 | 0.00 | 635.00 |
| Total Project Deductions | $635.00 | $0.00 | $0.00 | $0.00 | $635.00 |
| **CONTAMINATED BUILDING COMPONENT REPLACEMENT COSTS (5)** | | | | | |
| Ceilings | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Light Fixtures | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ductwork | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Contaminated Building Component Replacement Cost | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL NET PROJECT COSTS** | | | | | |
| Total Net Project Costs | $5,929.00 | $10,964.97 | $28,425.70 | $126,404.73 | $171,724.40 |
| Total Net Project Costs Per Square Foot of Floor Area | $19.76 | $18.91 | $11.02 | $10.07 | $10.72 |

Notes:

(1) Refer to Table 3 for detailed listing of Gross Abatement Project Costs.

(2) No reference to VAT removal in the cost documentation for the first 3 projects. The 10th floor bid included item for VAT Removal that was never included in contractor's cost. Therefore, VAT deduct for all projects = $0.

(3) No reference to TSI removal in project or cost documentation for the first 3 projects. The 10th floor documents reference removal of TSI in the mechanical room, however HEA inspection determined that TSI remained in place. Therefore, TSI deduct for all projects = $0.

(4) Refer to Table 3 for detailed listing of Miscellaneous Project Cost Deductions.

(5) Refer to Table 7 for costs not included in this report.

96101

Halliwell Engineering Associates, Inc. July, 1996

TABLE 3

2200 Century Center
Atlanta, GA
(W.R. Grace)

## TABLE 3

### Detailed Costs for Completed Asbestos Fireproofing Removal Projects Prior to Building Sale

| Floor No. | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| Ground Suite 30 | Central Jersey | 8121 | 08/21/87 | $6,564.00 | x | Asbestos removal and respray for Ground floor—Suite 30. Misc. Deduct = $635.00 for dust control on 9th floor of 2600 Century Center. |
| | | Contractor Subtotal = | | $6,564.00 | | |
| | Gross Abatement Project Costs = | | | $6,564.00 | x | Total Miscellaneous Deduct = $635.00 (Deducted on Table 2). |

Halliwell Engineering Associates, Inc. July, 1996

2200 Century Center
Atlanta, GA
(W.R. Grace)

TABLE 3

## Detailed Costs for Completed Asbestos Fireproofing Removal Projects Prior to Building Sale

| Floor No. | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| Ground Chiller Rm | Central Jersey | GA#016 | 11/12/87 | $8,862.00 | | Asbestos removal and respray in the mechanical, chiller room. |
| | | Contractor Subtotal= | | $8,862.00 | | |
| Ground Chiller Rm | BCM | 1-154 | 01/29/88 | $954.26 | | Project monitoring. |
| Ground Chiller Rm | BCM | 4-501 | 04/29/88 | 1,148.71 | | Project monitoring. |
| | | Consultant Subtotal= | | $2,102.97 | | |
| | | Gross Abatement Project Costs = | | $10,964.97 | | |

Halliwell Engineering Associates, Inc. July, 1996

2200 Century Center
Atlanta, GA
(W.R. Grace)

## TABLE 3
### Detailed Costs for Completed Asbestos Fireproofing Removal Projects Prior to Building Sale

| Floor No. | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| Suite 750 | Central Jersey | 8802–011 | 02/25/88 | $22,263.00 | | Asbestos removal. |
| | | Contractor Subtotal= | | $22,263.00 | | Total Contract Value = $22,263.00 |
| Suite 750 | Abestos Abate. Services | (1) | (1) | $1,400.00 | | Project monitoring. |
| | | Consultant Subtotal= | | $1,400.00 | | |
| Suite 750 | Swofford & Co. | 0549 | 03/18/88 | $4,762.70 | | New ceiling grid, trough for slot diffusers, and drywall due to abatement. |
| | | Miscellaneous Subtotal= | | $4,762.70 | | |
| | | Gross Abatement Project Costs = | | $28,425.70 | | |

(1) Cost obtained from Work Order No. 253–11622.

Halliwell Engineering Associates, Inc. July, 1996

Page 3

96101

2200 Century Center
Atlanta, GA
(W.R. Grace)

TABLE 3

## Detailed Costs for Completed Asbestos Fireproofing Removal Projects Prior to Building Sale

| Floor No. | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|-----------|--------|-------------|--------------|---------------|--------|-------------|
| 10th | AAT | APP# 1 | 04/22/88 | $46,564.20 | | Asbestos abatement |
| 10th | AAT | APP# 2 | 05/16/88 | 41,523.30 | | Asbestos abatement |
| 10th | AAT | (1) | 05/17/88 | 9,787.50 | | Asbestos Abatement (Retainage). |
| | | Contractor Subtotal= | | $97,875.00 | | Total Contract Value = $97,875.00 |
| 10th | ATEC | 3203841 | 01/26/88 | $1,830.80 | | Project monitoring |
| 10th | ATEC | 3204073 | 02/21/88 | 6,631.25 | | Project monitoring |
| 10th | ATEC | 3204599 | 04/29/88 | 5,661.63 | | Project monitoring |
| 10th | ATEC | 3204866 | 05/31/88 | 10,713.05 | | Project monitoring |
| 10th | ATEC | 3205100 | 06/30/88 | 1,318.00 | | Project monitoring |
| | | Consultant Subtotal= | | $26,154.73 | | |
| 10th | Swofford & Co | 606 | 06/28/88 | $2,375.00 | | Drywall repair in the 10th floor stairwell. |
| | | Miscellaneous Subtotal= | | $2,375.00 | | |
| | | Gross Abatement Project Costs = | | $126,404.73 | | |

(1) Final retainage amount from General Ledger Distribution Payment Sheet.

Halliwell Engineering Associates, Inc. July, 1996

Page 4

TABLE 4

2200 Century Center
Atlanta, GA
(W.R. Grace)

## TABLE 4

### Detailed Costs for Completed Asbestos Fireproofing In–Place Management Projects Prior to Building Sale

| Floor No. | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| | BCM | 11–1486 | 11/30/87 | $840.28 | | Operations and Maintenance training for maintenance personnel. |
| | BCM | 3–463 | 03/31/88 | 593.76 | | Operations and Maintenance training for maintenance personnel. |
| | BCM | 11–1410 | 11/30/87 | 900.75 | | Semi–annual background air monitoring. |
| | BCM | 3–465 | 03/31/88 | 2,092.05 | | Semi–annual background air monitoring. |
| | BCM | 4–501 | 04/29/88 | 1,148.71 | | Emergency air monitoring. |
| | | | Subtotal | $5,575.55 | | |
| | ATEC | 3204609 | 04/29/88 | $3,510.00 | | Operations and Maintenance activity. |
| Total In–Place Management Project Costs = | | | | $9,085.55 | | 2200 Century Center and 2600 Century Center |

Prorated Project Costs (1) = | $5,083.37 | 2200 Century Center

(1) Note:

2200 Century Century prorated share = (139,480 sq. ft. / 249,287 sq. ft.) = 55.95% x $9,085.55 = $5,083.37

2600 Century Century prorated share = (109,807 sq. ft. / 249,287 sq. ft.) = 44.05% x $9,085.55 = $4,002.18

Halliwell Engineering Associates, Inc. July, 1996

96101

**TABLE 5**

2200 Century Center
Atlanta, GA
(W.R. Grace)

## TABLE 5

## ANALYSIS OF THE REMOVAL FUND
## DUE TO ASBESTOS IN THE BUILDING

Prudential Insurance Company of America had completed four asbestos fireproofing removal projects at 2200 Century Center prior to the sale of the building. Three of the projects were partial floor projects, while the fourth included the entire 10th floor. A total of 16,017 square feet of floor area was abated at an average cost of $10.72 per square foot. In addition, there were dust control projects for which cost documentation was incomplete.

On January 20, 1988, Property Management Systems (the building management) forwarded to the Prudential Realty Group, Preliminary Asbestos Removal Estimates for 2200 and 2600 Century Center, together with recommendations that a phased abatement program be expedited in order to maintain the properties' marketability for the future (see Appendix D). The preliminary estimates for 2200 Century Center included asbestos removal as well as total reconstruction costs, as outlined below:

Total removal and reconstruction to base building @ $16.28/sq. ft.   =   $ 2,279,000
Total reconstruction @ $17.55 - $20.75/sq. ft.   =   $2,457,000 - $2,908,000

Total Abatement and Reconstruction @ $33.83 - $37.03/sq. ft.   =   $4,736,000 - $5,184,000

A "Property Strategy" paper and an accompanying 3/19/88 Appraisal Summary Form (see Appendix E) noted that the building was 16 years old, in immediate need of general renovations to public areas, could require replacement of the air conditioning equipment within a few years, and contained asbestos materials which were scheduled for removal over the next 4 to 5 years. The estimated cost for the asbestos removal was cited as $18.00 per square foot, or $2,504,826.

The July 11, 1988 Proposed Sale Structure for Century Center (see Appendix F) included the establishment of an Asbestos Removal Fund of $4,800,000 for the 2200 and 2600 buildings, whereby a purchaser could request reimbursement for asbestos removal costs incurred.

Paragraph 5K of the July 28, 1988 Agreement for Purchase and Sale for 2200 Century Center (see Appendix G) required the Seller to establish a Materials Removal Fund out of the cash portion of the purchase price, in the amount of $3,383,140. Paragraph 14A of the Agreement states that purchaser shall remove, at purchaser's sole cost (from reimbursements from the Removal Fund), the asbestos containing materials described in the reports of BCM Converse dated 4/26/86 and McCrone Environmental Services dated 4/22/86.

Following the sale of the building, the new owner proceeded to remove the asbestos fireproofing from all remaining floors in 2200 Century Center. Periodic disbursements were made from the Removal Fund (at $27.40 per square foot) as fireproofing removal was completed on a floor (see Appendix H), until the entire $3,383,140 was disbursed (see Appendix I).

Halliwell Engineering Associates, Inc., July, 1996

2200 Century Center
Atlanta, GA
(W.R. Grace)


As detailed on Table 2 of this report, asbestos fireproofing removal costs incurred by Prudential prior to the sale of the building ranged from $10.07 per square foot of floor area, for a full floor project, to $21.88 per square foot for a small project, with an average net project cost of $10.76 per square foot.

This cost appears to be low in comparison to comparable projects. We believe that it is not representative of all the costs associated with the removal of the fireproofing, including the removal of fireproofing from more difficult and more costly areas such as the elevator shaft, the stairwells, and the other core areas in the building. The true cost for removal and replacement of all fireproofing throughout the building is more likely in the $14. per square foot range.

Under the scenario of the asbestos fireproofing removal program contemplated at the time of the sale of the building, the existing tenants would be temporarily relocated, their leased spaces abated, reconstructed and the tenants moved back in. As a result, the following additional scope of work would become part of the tenant relocation/asbestos fireproofing removal project at 2200 Century Center: 1) two tenant moves (out of space and back); 2) replace partition walls and doors removed for abatement; 3) replace ceiling grid and tiles removed for abatement; 4) replace light fixtures removed for abatement; 5) replace power and light wiring removed for abatement; 6) replace data cabling removed for abatement; 7) replace HVAC flexible ducts and diffusers removed for abatement; 8) replace duct insulation removed for abatement; 9) replace floor finishes (carpet) removed for abatement; and 10) provide supervision of tenant rebuild. Costs to complete this work in 1988 have been estimated as outlined below:

| Description | | Cost/Sq.Ft. |
|---|---|---|
| 1) 2 tenant moves (out of space & back) | $ | 2.50 |
| 2) Partition walls and doors | | 3.50 |
| 3) Ceiling tile and grid | | 2.00 |
| 4) Lighting fixtures | | 2.00 |
| 5) Power & light wiring | | 2.00 |
| 6) Data cabling | | .50 |
| 7) HVAC flex ducts & diffusers | | 1.00 |
| 8) Duct insulation | | .50 |
| 9) Floor finishes (carpet) | | 1.75 |
| | Subtotal | 15.75 |
| 10) Supervision (8%) | | 1.25 |
| | | |
| Total Estimated Relocation Base Buildback ≈ | | $17.00 |

The $14.50 per square foot base buildback costs ($17.00 minus $2.50 moving costs) detailed above, includes no upgrading and is comparable to the hard costs of reconstruction included as a part of the 1/20/88 report to Prudential (see Appendix D).


Halliwell Engineering Associates, Inc., July, 1996

2200 Century Center
Atlanta, GA
(W.R. Grace)

Adding the $10.76/sq. ft. average past abatement cost to the $17.00/sq. ft. relocation/base buildback cost estimated above, equals a total project cost of $27.76 per square foot.

With asbestos fireproofing remaining on 123,463 square feet of floor area at the time of the sale of the building, the estimated total relocation/abatement/base buildback cost [@ $27.76/sq. ft.] would be $3,427,332.88. In addition, inaccessible asbestos fireproofing remaining on the exterior face of the spandrel beam would require abatement at the time of building re-facing or demolition. For purposes of this analysis, however, only the out-of-pocket costs as reflected by the removal fund amount of $3,383,140 ($27.40 per square foot) have been considered.

In addition to the asbestos fireproofing, the BCM survey (see Appendix J) identified asbestos containing pipe fittings in the basement (ground floor) chiller room and heater tank room, and the 5th and 7th floor mechanical rooms. Transite panels were observed on the roof top cooling tower. Costs to remove these non-fireproofing asbestos containing materials should be deducted from the removal fund amount of $3,383,140, and have been estimated as outlined below:

Ground Floor Chiller Room and Heater Tank Room =
30 fittings (allowance) x $45/fitting (HEA removal and replacement estimate)   =   $ 1,350.00

1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th floor MERs =
10 MERs x 20 fittings (allowance) x $45/fitting
(HEA removal and replacement estimate)   =   $ 9,000.00

Transite panels on roof top chiller (HEA removal and replacement estimate)   =   $20,000.00

Total TSI Deduction =   $30,350.00

Deducting the $30,350 estimated TSI removal cost from the removal fund amount of $3,383,140 yields a net removal fund amount of $3,352,790 attributable to asbestos fireproofing at 2200 Century Center.

TABLE 6

2200 Century Center
Atlanta, GA
(W.R. Grace)

# TABLE 6

## INTEREST CHARGES

An additional element of costs is interest charges. However, this report does not calculate that aspect of The Prudential Insurance Company of America's damages.

TABLE 7

2200 Century Center
Atlanta, GA
(W.R. Grace)

## TABLE 7

## MISCELLANEOUS RELATED COSTS
## NOT INCLUDED IN THIS REPORT

1.    The Prudential Insurance Company of America's internal asbestos management
      costs.

2.    Costs for initial asbestos survey.

3.    Electrical or water consumption costs incurred during the asbestos removal
      projects.

4.    Costs for the relocation of furniture, equipment and employees to other areas of
      the building during the asbestos abatement project, while Prudential owned the
      property.

5.    Elevator after hours operational costs for asbestos removal projects.

In addition to the above costs that were not included, this report did not consider or calculate
lost rental income due to the asbestos fireproofing in the building.

Halliwell Engineering Associates, Inc., July, 1996

SECTION III

# SECTION III

# STATEMENT OF OPINIONS



# HALLIWELL
### ENGINEERING ASSOCIATES INCORPORATED

# STATEMENT OF OPINIONS

## 2200 CENTURY CENTER

In preparing this report, we have formulated certain opinions pertaining to the costs for the management of the asbestos containing fireproofing. Those opinions relate specifically to costs incurred to date, and an explicit removal fund established at the time of sale due to the presence of the remaining asbestos fireproofing.

For the purposes of the opinions set forth herein, we have:

(1)    collected and reviewed certain information relating to the original design and construction of the building;

(2)    discussed with building management, issues pertaining to the building's construction and operations as well as the management, removal and replacement of the asbestos containing fireproofing;

(3)    inspected and photographed the building on two independent occasions;

(4)    collected and reviewed cost information pertaining to the management, removal and replacement of the asbestos containing fireproofing;

(5)    collected and reviewed project information pertaining to the management, removal and replacement of the asbestos containing fireproofing;

(6)    evaluated past costs pertaining to the asbestos abatement contractors, asbestos consultants and miscellaneous costs related to the management, removal and replacement of asbestos containing materials on a project by project basis;

(7)    determined gross costs for the asbestos abatement;

(8)    reviewed project and cost information relating to the abatement of other (non-fireproofing) asbestos containing materials and miscellaneous costs not directly related to the asbestos fireproofing;

(9)    developed cost deductions for each type of non-fireproofing ACM that was abated, as well as other miscellaneous costs not directly related to the asbestos fireproofing;

(10)   determined the net project costs directly related to the abatement of the asbestos fireproofing;

(11)   determined the abatement project areas and calculated the net costs per square foot for the abatement of the asbestos fireproofing;

(12)   calculated the net individual project costs, the net individual project costs per square foot, and the net total project costs per square foot and compared them to the project size, the amount of asbestos fireproofing being abated, the scope of the work, the level of difficulty, the method of contractor selection, the location of the project and the timeframe in which the work occurred;

(13)   compared the net costs for the abatement of the asbestos containing fireproofing with those of certain other comparable projects;

(14)   reviewed certain documents pertaining to the sale of the building, that identify an agreed upon removal fund due to the presence of asbestos containing materials remaining in the building at the time of the sale;

(15)   analyzed the removal fund for all identified asbestos containing materials remaining in the building at the time of the sale, and determined the amount of the net removal fund amount attributable to the asbestos containing fireproofing;

(16)   evaluated the net removal fund for the asbestos containing fireproofing, based upon past costs in the building for asbestos fireproofing abatement, subsequent costs incurred by the new owner for this work, and estimates of future asbestos fireproofing abatement costs in this building;

(17)   performed such other analyses as we have deemed appropriate.


Based upon and subject to the foregoing, we are of the opinion that the asbestos abatement actions taken by The Prudential Insurance Company of America, in the 2200 Century Center building, were both reasonable and appropriate; and

Based upon and subject to the foregoing, we are of the opinion on the date hereof, that the total net project costs as calculated in this report, were incurred due to the past abatement of asbestos containing fireproofing in this building, and that those costs are both fair and reasonable; and

Based upon and subject to the foregoing, we are of the opinion on the date hereof that the net removal fund as calculated in this report due to the presence of the remaining asbestos containing fireproofing in the building is both fair and reasonable.


Jack L. Halliwell, P.E.
*President*
Halliwell Engineering Associates, Inc.

July, 1996

APPENDIX A

# APPENDIX A

**PART A:   ASBESTOS ABATEMENT PROJECT INFORMATION**

**PART B:   BUILDING INSPECTIONS CONDUCTED BY
              HALLIWELL ENGINEERING ASSOCIATES**

**PART C:   LOCATION AND DETAILS OF INFORMATION
              CONSIDERED IN THE DEVELOPMENT OF THIS
              REPORT**

**PART A:  ASBESTOS ABATEMENT PROJECT INFORMATION:**

1.  Total floor area abated by Prudential:  <u>16,017 sq. ft.</u>

2.  Floors abated by Prudential:      <u>10th floor, suite 750 (7th floor), ground floor chiller room and ground floor suite 30</u>

3.  Dates of Prudential's abatement:      <u>8/87 to 5/88</u>

4.  Floors with asbestos fireproofing remaining as of July 1996:  <u>None.  All remaining areas with fireproofing at the time of sale were abated after the sale.</u>

5.  Total floor area with fireproofing remaining as of July 1996: .  <u>All remaining areas with fireproofing at the time of sale were abated after the sale.</u>

6.  Asbestos abatement scope of work (prior to sale):

    a.  Fireproofing locations: <u>Beams and columns</u>

    b.  Fireproofing surface area to floor area ratio:      <u>15,581.74 ÷ 12,680 = 1.23</u>

    c.  Location of inaccessible fireproofing left in place: <u>Exterior face of spandrel beams</u>

    d.  Base building components:

        •  HVAC duct mains:      <u>Duct mains remained in place during abatement.  All flexible duct was removed and disposed of.</u>

        •  Duct insulation:      <u>All duct insulation removed and disposed of as contaminated waste.</u>

        •  Sprinklers:      <u>No sprinklers in place during abatement.</u>

        •  Electrical main feeds:  <u>Remained in place during abatement.</u>

        •  Column enclosures:      <u>Demolished and abated as part of the project scope.  Column enclosures re-built by others under a separate contract were not included.</u>

e.  Core Area:

- Mechanical room:  One mechanical room dedicated to each floor.  Mechanical rooms fully abated as part of the scope of the 10th floor and the ground floor chiller room projects.  The mechanical room was not included as part of the project scope on other projects.

- Telephone/electrical closet:  Fully abated as part of the 10th floor project scope only.  All other telephone/electrical closets were abated after the sale.

- Bathrooms:  Fully abated as part of the 10th floor project scope only.  All other bathrooms were abated after the sale.

- Stairwells:  Stairwells were abated after the sale

f.  Other ACM:

- VAT:  The 10th floor bid matrix includes bid item No. 3 for VAT removal.  Contractor applications for payment indicate that bid item No. 3 was not chosen; therefore, VAT was not removed as part of the project scope.  No project or cost documentation for other projects completed prior to sale reference VAT removal.

- TSI:  TSI removal was mentioned in the contract documents to be removed from the mechanical room on the 10th floor.  From HEA's inspection, all original TSI remained in place during abatement.

- Miscellaneous:  No other ACM mentioned in project documentation.

g.  Special Conditions:  Missing consultant costs for the ground floor, suite 30 abatement. Low consultant costs for suite 750 (7th floor).

PART B:  **BUILDING INSPECTIONS CONDUCTED BY HALLIWELL ENGINEERING ASSOCIATES**

1. **Initial Inspection:**

    Date/Inspectors:           4/30/96; Paul Keitz, Project Manager and Gary Halliwell, Project Manager

    Building contact person:   Scott A. Clark, Vice President

    Inspection guide:          Tony Flemmings, Building Engineer

    Unabated floors inspected: All floors abated

    Abated floors inspected:   Ground, 5th, 8th, 10th

    Photographic record:       60 photos

2. **Second Inspection:**

    Date/Inspectors:           5/29/96; Jack Halliwell, P.E. and Todd Cormier, P.E.

    Building contact:          Scott A. Clark, Vice President

    Inspection guide:          Tony Flemmings, Building Engineer

    Unabated floors inspected: All floors abated

    Abated floors inspected:   Ground, 10th and 8th

    Photographic record:       31 photos

**PART C:  LOCATION AND DETAILS OF INFORMATION CONSIDERED IN THE DEVELOPMENT OF THIS REPORT**

1. **Building Information:**   Located in HEA Box No. C.C.-1

   Building design drawings:    Architectural, Mechanical, Structural and Electrical

   Asbestos survey:    4/86; BCM

   Correspondence:    Miscellaneous

   Building inspections:    4/30/96; Paul Keitz, Project Manager, and Gary Halliwell, Project Manager.
   5/29/96; Jack Halliwell, P.E. and Todd Cormier, P.E.

   Photographs and photo logs:   From the above inspection

   Discussions with building personnel:   Scott A. Clark, Vice President and Tony Flemmings, Building Engineer

2. **Asbestos Abatement Cost Information:**   Located in HEA Box No. C.C.-1

   Contractor's bid forms

   Contract documents

   Consultant's invoices

   Contractor's applications for payment

   Correspondence

3. **Asbestos Abatement Project Information:**   Located in HEA Box No. C.C.-1

   Contract documents

   Abatement meeting minutes

   Correspondence

   Bulk/air sampling results

   Federal and state asbestos regulations

4. **Removal Fund Information:**    Located in HEA Box No. C.C.-1

    Asbestos removal estimates

    Property strategy/appraisal

    Proposed sale structure

    Agreement for purchase and sale

    Survey

    Removal Fund Allocation requests

APPENDIX B

# APPENDIX B

## PROJECT FLOOR AREA/FIREPROOFING AREA CALCULATIONS

# 2200 CENTURY CENTER

## FIREPROOFED FLOOR AREA CALCULATIONS

| Floor | Gross Area | Non-Fireproofed Floor Areas | Net Fireproofed Floor Area | |
|---|---|---|---|---|
| | | | Total | Abated by Pru |
| Ground | 12,680 | 0 | 12,680 | 880 |
| 1 | 12,680 | 0 | 12,680 | 0 |
| 2 | 12,680 | 0 | 12,680 | 0 |
| 3 | 12,680 | 0 | 12,680 | 0 |
| 4 | 12,680 | 0 | 12,680 | 0 |
| 5 | 12,680 | 0 | 12,680 | 0 |
| 6 | 12,680 | 0 | 12,680 | 0 |
| 7 | 12,680 | 0 | 12,680 | 2,580 |
| 8 | 12,680 | 0 | 12,680 | 0 |
| 9 | 12,680 | 0 | 12,680 | 0 |
| 10 | 12,680 | 0 | 12,680 | 12,557 |
| Penthouse | 1,600 | 1,600 | 0 | 0 |
| TOTALS | | | 139,480 | 16,017 |
| FIREPROOFED FLOOR AREA REMAINING AT TIME OF SALE | | | | 123,463 |

Typical Floor used for fireproofing ratio:  5th Floor

Floor area:  12,680 Sq. Ft.

# FIREPROOFING SURFACE AREA CALCULATIONS (Typical Office Floor)

BUILDING: 2200 CENTURY CENTER Atlanta, GA - (Beams and Columns)

Fireproofed Floor Area (Typical Floor): 12,680 square feet (sf)

Typical Floor Location: 5th Floor

| BEAM NUMBER | BEAM SIZE | TOTAL BEAM LENGTH No. Beams | TOTAL BEAM LENGTH Linear feet | TOTAL BEAM LENGTH Total lf | NET BEAM FIREPROOFED AREA (sq.ft./lf) | TOTAL BEAM FIREPROOFED AREA (sq.ft.) | AVERAGE (l) OVERSPRAY WIDTH (lf/side) | TOTAL OVERSPRAY AREA [length x width x 2 sides x 1.5 deck factor] (sq.ft.) | TOTAL BEAM & OVERSPRAY FIREPROOFING AREA (sq.ft.) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 24B55 | 4 @ | 38.50 = | 154.00 | 5.54 | 853.16 | 0.5 | 231.00 | 1,084.16 |
| 2 | 24B55 | 2 @ | 40.00 = | 80.00 | 5.54 | 443.20 | 0.5 | 120.00 | 563.20 |
| 3 | 16B31 | 16 @ | 38.50 = | 616.00 | 3.92 | 2,414.72 | 0.5 | 924.00 | 3,338.72 |
| 4 | 16WF45 | 8 @ | 38.50 = | 308.00 | 4.33 | 1,333.64 | 0.5 | 462.00 | 1,795.64 |
| 5 | 12B19 | 4 @ | 19.00 = | 76.00 | 2.95 | 224.20 | 0.5 | 114.00 | 338.20 |
| 6 | 16WF40 | 4 @ | 38.50 = | 154.00 | 4.31 | 663.74 | 0.5 | 231.00 | 894.74 |
| 7 | 16B26 | 8 @ | 40.00 = | 320.00 | 3.89 | 1,244.80 | 0.5 | 480.00 | 1,724.80 |
| 8 | BEAM "A" | 2 @ | 40.00 = | 80.00 | 4.31 | 344.80 | 0.5 | 120.00 | 464.80 |
| 9 | 16B31 | 3 @ | 40.00 = | 120.00 | 3.92 | 470.40 | 0.5 | 180.00 | 650.40 |
| 10 | 12WF31 | 4 @ | 19.00 = | 76.00 | 3.60 | 273.60 | 0.5 | 114.00 | 387.60 |
| 11 | 16WF40 | 1 @ | 40.00 = | 40.00 | 4.31 | 172.40 | 0.5 | 60.00 | 232.40 |
| 12 | 24WF76 | 4 @ | 32.00 = | 128.00 | 6.09 | 779.52 | 0.5 | 192.00 | 971.52 |
| 13 | 24WF76 | 4 @ | 6.50 = | 26.00 | 6.09 | 158.34 | 0.5 | 39.00 | 197.34 |
| 14 | 24WF145 | 2 @ | 40.00 = | 80.00 | 7.17 | 573.60 | 0.5 | 120.00 | 693.60 |
| 15 | G1 | 4 @ | 38.50 = | 154.00 | 3.92 | 603.68 | 0.5 | 231.00 | 834.68 |
| 16 | G2A | 2 @ | 40.00 = | 80.00 | 4.33 | 346.40 | 0.5 | 120.00 | 466.40 |
| 17 | 12C20.7 | 2 @ | 8.70 = | 17.40 | 2.69 | 46.81 | 0.5 | 26.10 | 72.91 |
| 18 | 8B13 | 1 @ | 8.70 = | 8.70 | 2.25 | 19.58 | 0.5 | 13.05 | 32.63 |
| | Beam and Overspray Totals | | | 2,518.10 | | 10,966.59 | | 5,777.15 | 14,743.74 |

(1) 6" is the minimum fireproofing overspray amount observed in most buildings.

| AVERAGE COLUMN SIZE | AVG. COLUMN FIREPROOFED AREA (sq.ft./lf) | COLUMN LENGTH linear feet (lf) | NUMBER OF COLUMNS | TOTAL COLUMN FIREPROOFED AREA (sq.ft.) |
|---|---|---|---|---|
| COLUMN TOTALS W10x39 | 4.19 | 12.5 | 16 | 838.00 |

TOTAL FIREPROOFING SURFACE AREA (Typical Floor) = 15,581.74

FIREPROOFING SURFACE AREA / FLOOR AREA RATIO (Typical Floor) (15,581.74 / 12,680) = 1.23

Hallwell Engineering Associates, Inc.   July, 1996



APPENDIX C

# APPENDIX C

## REDUCED BUILDING DRAWINGS

Halliwell Engineering Associates, Inc., July 1996



CENTURY CENTER I - GROUND FL.

LSG ENTERPRISES
1820
SUITE 67
(EXCLUSIVE)

VACANT
SUITE 13

VACANT
SUITE 45

VACANT
SUITE 42

SAFEWAY INSURANCE
2632
SUITE 45

LSG
184
SUITE 75
(EXCLUSIVE)

CENTURY
OFFICE
SUPPLY
1149
SUITE 85

PIS 4010183



PIS 4010184



CENTURY CENTER I-1ST FLOOR

CENTURY 21
8/21/1990
2182 RSF
1948 USF
SUITE 170

CENTURY 21
8/21/1990
1717 RSF
1533 USF
SUITE 171

VACANT
8/21/1990
1162 RSF
1310 USF
SUITE 150

CENTURY 21
8/21/1990
3618 RSF
3230 USF
SUITE 190

CENTURY 21
8/21/1990
1901 RSF
1697 USF
SUITE 130

PIS 4010184



CENTURY CENTER I-2ND FLOOR

SOUTHERN BELL
12/31/1993
3842 RSF
3430 USF
SUITE 200
(OPTIONS/FRDR)

DRAKE, BEAM & MORIN
4/30/1998
7445 RSF
6647 USF
SUITE 220
(FRDR/OPTIONS)

MARTIN THEATERS
5/31/1989
1842 RSF
1645 USF
SUITE 202

PIS 4010185



CENTURY CENTER 1-280 FLOOR

GENERAL CINEMA
10/14/1999
3593 RSF
3208 USF
SUITE 300

VACANT
10/14/1999
2152 RSF
1921 USF
SUITE 164

SOUTHERN BELL
12/20/1995
7494 RSF
6691 USF
SUITE 325

(OPTIONS/FBDR)



PIS 4010187





CENTURY CENTER I-6TH FLOOR

STEVEN'S GRAPHICS
3/31/1992
3555 RSF
3174 USF
SUITE 660

MILTON PATE
8/31/1996
3543 RSF
3163 USF
SUITE 650

VACANT
MM
417 RSF
372 USF
SUITE 685

MILTON PATE
8/31/1996
659 RSF
589 USF
SUITE 680

VACANT
MM
26 RSF
124 USF
SUITE 690

PIS  4010189



CENTURY CENTER 1-7TH FLOOR

SAUL WEINBERG
5/28/1991
4693 RSF
666 RSF
595 USF
SUITE 751
(OPTIONS)

WARNER BROTHERS
5/28/1991
4693 RSF
4190 USF
SUITE 760

BELL SOUTH
SERVICES, INC.
12/31/1993
3055 RSF
2720 USF
SUITE 750
(OPTIONS)

NAT'L REVENUE
2/28/1990
1175 RSF
1049 USF
SUITE 724

VINCENT INS.
ADJUSTERS
12/31/1990
970 RSF
866 USF
SUITE 798

VACANT
MIN
489 RSF
437 USF
SUITE 710

CARMIKE CINEMA
5/20/1989
1382 RSF
1234 USF
SUITE 710

VACANT
MIN
276 RSF
246 USF
SUITE 715

PIS 4010190



PIS 4010191





CHAMBERS, MABRY, MCCLELLAND & BROOKS

7-31-1996

13619 RSF
12160 USF
SUITE 1000

CENTURY CENTER I-10TH FLOOR

APPENDIX D

# APPENDIX D

## PROPERTY MANAGEMENT SYSTEMS' PRELIMINARY ASBESTOS REMOVAL ESTIMATES AND RECOMMENDATIONS, DATED JANUARY 20, 1988

Halliwell Engineering Associates, Inc., July 1996



PROPERTY
MANAGEMENT
SYSTEMS
1800 CENTURY BOULEVARD • SUITE 1500 • ATLANTA, GEORGIA 30345 • 404/325-0402

Associated with White & Associates / Real Estate

January 20, 1988

Mr. Jeffrey R. DuFresne
Associate Investment Manager
The Prudential Realty Group
One Ravinia Drive, Suite 1400
Atlanta, Georgia  30346

RE:  Asbestos Abatement
     2200 and 2600 Buildings
     Century Center
     Atlanta, Georgia

Dear Jeff:

Enclosed are preliminary numbers we discussed the other day,
along with materials concerning the abatement work.

Please give me a call after you have reviewed these.

Very truly yours,

Kip R. Marshall
Project Manager

KRM/cb

Enclosure

PIS 4002282

PRELIMINARY ASBESTOS REMOVAL ESTIMATES
2200 and 2600 BUILDINGS
CENTURY CENTER

Asbestos Removal

| | |
|---|---|
| Removal of Asbestos and Reapplication of Fireproofing | $ 9.50/s.f. |
| Engineering Fees | 1.00/s.f. |
| Demolition of Existing Interior Construction | 2.50/s.f. |
| Replacement of Ceiling and Grid | 2.00/s.f. |
| Supervision | 1.23/s.f. |
| Total Removal and Reconstruction to Base Building | $16.23/s.f. |

Reconstruction

| | |
|---|---|
| Tenant Construction | $12-14/s.f. |
| Moving Cost | 1.25/s.f. |
| Telephone/Computer Relocation | .50-1/s.f.* |
| Space Planning | .75/s.f. |
| Stationary | .75/s.f. |
| Leasing Commissions | 1-1.50/s.f. |
| Tenant Upgrades | ? |
| Supervision | 1.30-1.50/s.f. |
| Total Reconstruction | $17.55-20.75/s.f. |

| | |
|---|---|
| TOTAL ESTIMATED COSTS | $33.83-37.03/s.f. |

Cost Estimate - 2200 Building

| | |
|---|---|
| Asbestos Removal | $2,279,000 |
| Reconstruction | $2,457,000-$2,905,000 |
| Total 2200 Building | $4,736,000-$5,184,000 |

Cost Estimate - 2600 Building

| | |
|---|---|
| Asbestos Removal | $1,628,000 |
| Reconstruction | $1,755,000-$2,075,000 |
| Total 2600 Building | $3,383,000-$3,703,000 |

Grand Total

PIS 4002283

| | |
|---|---|
| Asbestos Removal | $3,907,000 |
| Reconstruction | $4,212,000-$4,982,000 |
| Grand Total | $8,119,000-$8,887,000 |

*Datalines, computer moving, and supplemental HVAC could increase this figure.

PROJECT:

    Century Center
    2200 and 2600 Building

SCOPE OF WORK:

    Phased removal of asbestos containing fireproofing from
    structural steel members.

BUILDING HISTORY:

    Century Center I (2200 Building)

    Century Center I is a ten-story office building built in the
    early seventies with average occupancy of 80%.  It presently
    has asbestos containing fireproofing on the structural steel
    members with some overspray on adjacent metal decking.  The
    property has in place an Operations and Maintenance procedure
    for protecting and monitoring asbestos containing fireproofing
    prepared by BCM Converse, a professional engineering firm
    specializing in asbestos control and abatement.

    Century Center IV (2600 Building)

    Century Center IV is a four-story office building built in the
    early seventies with an average occupancy of 90%.  It presently
    has asbestos containing fireproofing on the structural members
    with some overspray on adjacent metal decking.  The same O & M
    procedure developed for Century Center I is in use in this
    building.

    Both projects remain viable real estate investments despite the
    presence of asbestos containing material (ACM) because of the
    healthy real estate submarket, stable tenants, and general tenant
    confidence in the project administration and ownership.  Prospects
    for the continued success of these projects, however, are
    jeopardized by the growing concern in the real estate community
    about ACM.  Tenants and brokers are beginning to avoid projects
    with ACM because of the liabilities they are subject to with
    respect to their obligations to their employees and/or clients.
    This trend is manifesting itself in the gradual relocation of
    tenants to projects without ACM, further perpetuating the
    hazardous stigma associated with a building with ACM.

PIS 4002284

RECOMMENDATIONS:

Prudential's interest in Century Center can take one of two
paths in the future: 1) The continued development and operations
of the project or 2) the sale of the project. In either scenario,
Property Management Systems recommends the expeditious institution
of a phased abatement program in the 2200 and 2600 properties
to maintain their marketability in the future. Most investors
looking at the project will either not be interested in these two
properties or will want to see a viable program in place to
eradicate the ACM problem.

If Prudential continues to own the project, the phased abatement
program will provide evidence of the project's commitment to
improving the tenant environment and encourage tenants who are
happy with the location to renegotiate their leases without the
added concern of asbestos in the building.

To accomplish the abatement process, the program must be phased
by floors as vacancies and relocation opportunity arise. PMS's
recent survey of the leases in the 2200 Building indicated an
ideal opportunity to begin the abatement program on level 10 and
continue it on level 8 upon relocation of Chambers, Mabry,
McClelland and Brooks presently on 8 to the abated level 10.
Utilizing this opportunity as a starting point, we can project
the following phasing schedule for the 2200 Building: (see attached
spread sheets). Also, Roddy White of White and Associates is
talking with Southern Bell (total occupancy in 2200 Building is
30,000± s.f.), and their reaction is critical to the relocation
program following the 8th and 10th floor abatements.

Although this phasing schedule is far from ideal, it represents
a starting point from which corrective measures will invariably
need to be made along the way. Since the 2600 Building's leases
tend to extend further into the 1990's than the 2200 Building's,
we have not addressed the development of a phasing schedule for it
pending the success we encounter in the 2200 Building. Additionally,
with the pending renewal of Canada Dry in the 2600 Building, the
entire program depends on the direction that this negotiation takes.

EXECUTION OF ABATEMENT PROJECT:

A brief review of the proposed phasing of the abatement project
in the 2200 Building illustrates the complex interrelationship
that must occur between the tenants, PMS and the brokerage
group. Many of the sequences are contingent on the success of
the tenant relocation effort in relatively short periods of time.
The brokerage group will in turn need to work closely with and have
strong support from Prudential to accomplish the goals established
and move through the building smoothly.

PIS 4002285

PMS's role will be to orchestrate the various players in the program (contractors, consultants, tenants, architects/engineers and brokers) to achieve the eventual abatement of the buildings. The main responsibilities of this role will be as follows:

Document Preparation: PMS will direct the architect/engineer/ consultant selected by Prudential during the development of plans and specification for the removal of the ACM. PMS will endeavor to provide these professionals with relevant insight into the idiosyncrasies of the operations and routines of the occupants in order to provide a program sensitive to the on-going needs of the tenants.

Tenants Relocation: PMS, White and Associates and a space planner of Prudential's choice will need to work quickly and effectively to meet with tenants affected by the phased sequence to relocate and/or renegotiate their leases to accommodate the abatement project. PMS will initially meet with and outline the program to all tenants defining the parameters to be used in the project and establish a confidence and awareness level which is reassuring to the tenants.

Contractor Selection: Once project documents have been established for the abatement process, PMS will establish a list of qualified contractors and solicit bids for the first phases of the project. A pre-bid conference will be held to elaborate on the specifics of the project, the phasing approach and the guidelines that PMS will maintain to minimize tenant inconvenience.

Because of the phased nature, the extended period of time involved in the execution of the project, and the potential lag time between abatement activity, a comprehensive bid for the entire project would be difficult to define. Instead, the bidding will be based on current phases with unit prices for work uncovered which was not anticipated. Although rebidding each phase may add somewhat to the complexity of the process, it will assure the project of pricing based on definable parameters, maintain a competitive spirit with respect to cost and encourage high performance from successful bidders interested in staying involved in the project. If one of the successful contractors proves to be superior in cost and quality consistently, the option to negotiate future phases to solidify a team approach and increase efficiencies can be considered.

Interior Construction Contractors: Depending on the nature of the abatement contractors in the Atlanta area and the extent of alternative construction activity they pursue, the project may need to provide for the necessary lease finish construction activity required to build out new tenant space for relocated tenants.

Once the list of abatement contractors has been established and
the extent of their construction expertise in other forms of
construction can be assessed, the decision to incorporate or
segregate the leasehold construction in their contracts can be
determined.  If the abatement contractor can offer this service
cost effectively, the continuity provided would enhance the
project and control liability exposure.

Special Logistical and Technical Consideration: The execution of
the actual ACM abatement presents less of a problem than the
access and exiting requirements that must be developed to prevent
interaction of the tenants and the work.  Because of the stigma
associated with abatement work, PMS recommends that the work occur
afterhours on a second shift basis to maintain a low profile.
The lack of a segregated service elevator and entrance requires
that workmen and material be transported in a passenger car protected
for construction.  By performing the work afterhours, the risks of
"exposure claims" can be minimized and clearance level air samples
outside the work area can be prepared before the regular business
day begins.

Movement of ACM materials to certified landfills can also be
scheduled to minimize transition in the building by storing sealed
containers on the abatement floor until a complete dumpster load is
collected.

Most logistical and technical problems worked out for abatement on
level 10 will remain the same for all of the floors except the
ground level.  The ground level represents a unique problem
because it is the main entrance and a retail level.  To execute
the abatement on this level, our proposal still anticipates
relocating or vacating all tenants but also would incorporate a
tunnel designed to allow unrestricted access to the building
while allowing abatement efforts to occur above and around it.
A similar approach was used at Houston's Hobby Airport successfully.

Staffing: PMS proposes that this project be initially set up by
Wallace Harberson, our Corporate Construction Manager, with Steve
Beverly, the on-site manager handling leasehold improvements.

Once the project is in full swing, we believe the importance of
close supervision and continuous coordination of the tenant phasing
program will require the addition of a manager to carry on the
program or relieve Mr. Beverly of his operational duties for the
course of the abatement project.

PIS 4002287

Compensation: PMS remains flexible with respect to the form of
compensation for a project of this nature. Asbestos in buildings
presents the same uncomfortable problem to PMS as managers as it
does to you as the owner; therefore, we would like to facilitate
any effort to remove it. Because of the uncertainty inherent in
a phase project like this, we have estimated a 8.5% fee on the
total project costs over a four-year period would cover overhead
and expense to manage the project as proposed.

PIS 4002288

APPENDIX E

# APPENDIX E

## PROPERTY STRATEGY/
## APPRAISAL SUMMARY FORM EXCERPT,
## DATED MARCH 19, 1988

Halliwell Engineering Associates, Inc., July 1996

PROPERTY STRATEGY


IP 4046
Century Center I
2200 Century Parkway
Atlanta, Georgia  30345


This property is being actively marketed and our strategy and decision to
sell is based upon 3 factors:  (1) the Northeast Expressway market has not
kept pace with the other major office markets in Atlanta, (2) the age and
condition (including the existence of asbestos material) of the building
will require large capital improvement dollars and (3) the economic perform-
ance of the building has declined over the past four years.

Prudential purchased this 161,050 gross square foot 11-story office building
on February 16, 1973 for $5,100,000.  At the time Prudential purchased the
building, the market area was one of the more desirable areas in Atlanta.
Now, it is being bypassed by the major suburban growth markets of Midtown,
Buckhead, Perimeter and Galleria.

Century Center I is 16 years old and is in immediate need of a general face
lift such as renovation of the restrooms and other public areas.  Based upon
the age of equipment, within a few years the air conditioning system could
also need to be replaced.  The property has asbestos which is scheduled
for removal over the next 4 to 5 years at an estimated cost of $18.00 per
square foot.

The average year-end occupancy for the past four years is 82.5%.  Gross
revenue has increased from $11.46 to $12.43 per square foot, an 8%
increase.  However, the operating expenses have increased 39% from $4.32
to $6.02 per square foot.  The major increases have been in cleaning,
fixed expenses, administrative and general operating.

The Northeast Expressway Market where Century Center I is located could be
considered a compromise location.  Cost conscious tenants who do not need a
high profile area shop very aggressively for moderately priced office space.
A typical five year proposal for Century Center I would offer space at
$15.00 per square foot, a $15 tenant finish allowance and six months free
rent.  The net average economic benefit based on a $6.23 per square foot
operating expense would be $3.83.  Century Center is near the top of the
market in rate and the competition for these cost conscious tenants makes
additional concessions necessary in some instances.  There is no indication
that this trend will reverse itself within the next few years.

All of the Century Center properties have been packaged to sell as one unit.
Currently, the Acquisitions and Sales Unit has a letter of intent on the
project.  If this sale does not go through, we need to price and sell the
buildings individually or in smaller packages.

PIS 4000468