CHAIN OF CUSTODY SHEET

Page 1 of 1

TRANSFER REQUESTED BY Brian C. Sithel

OF (AD) ASSOCIATES

Date 2/12/89

Transferred to Materials Analytical Services

JOB NAME Century Center 2200 Bldg.

JOB NUMBER A88-120.18

DATE 12/19/88

| Sample No. | FIELD COLLECTION | | | FIRST TRANSFER | | | SECOND TRANSFER | | | | THIRD TRANSFER | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sample Location | Init. | Date | LAB ASSOC LAB or other | Date Log In | Init. | Trans. To | Mode Trans. | Date | Recd. By | TRANS TO | Mode Trans. | Date | Init. |
| 1 | 9th Floor | BS | 2/12/89 | MAS | 1/12/89 | W.B.E. | | | | | | | | |
| 2 | 9th Floor | BS | | | | | | | | | | | | |
| 3 | 10th Floor | BS | | | | | | | | | | | | |
| 4 | 6th Floor | BS | | | | | | | | | | | | |
| 5 | 5th Floor | BS | | | | | | | | | | | | |
| 6 | 5th Floor | BS | | | | | | | | | | | | |
| 7 | 4th Floor | BS | | | | | | | | | | | | |
| 8 | 3rd Floor | BS | | | | | | | | | | | | |
| 9 | 2nd Floor | BS | | | | | | | | | | | | |
| 10 | Main Lobby | BS | | | | | | | | | | | | |

CHAIN OF CUSTODY SHEET

TRANSFER REQUESTED BY Brian L. Sutherland

OF  LAW ASSOCIATES

Page 1 of 1

JOB NAME  Century Center 2600 Bldg

JOB NUMBER  A28.120.18

DATE  12/19/88

Date  01/12/89

Transferred to Materials Analytical Services

| Sample No. | FIELD COLLECTION | | | FIRST TRANSFER | | | SECOND TRANSFER | | | | THIRD TRANSFER | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sample Location | Init. | Date | LAW ASSOC Lab or other | Date Log In | Init. | Trans. To | Mode Trans. | Date | Recd. By | TRANS To | Mode Trans. | Date | Init. |
| 1 | 4th floor | BS | 1/12/89 | MAS | 1/12/89 WES | | | | | | | | | |
| 2 | 4th floor | BS | | | | | | | | | | | | |
| 3 | 3rd floor | BS | | | | | | | | | | | | |
| 4 | 3rd floor | BS | | | | | | | | | | | | |
| 5 | Basement | BS | | | | | | | | | | | | |
| 6 | Basement | BS | | | | | | | | | | | | |
| 7 | 1st floor | BS | | | | | | | | | | | | |
| 8 | Service Elevator | BS | | | | | | | | | | | | |

**Table 1**
**DUST SAMPLES**
**2200 BUILDING**
**CENTURY CENTER IV**
**LAI POJECT NUMBER 1188-2120.18**

| SAMPLE NUMBER | LOCATION/DESCRIPTON | SAMPLE AREA |
|---|---|---|
| 1 | Carpet Sample, Suite 90, File Storage Room Floor | 12" X 12" |
| 2 | Dust Sample, Suite 90, File Storage Room Shelves | 12" X 12" |
| 3 | Carpet Sample, Suite, 660 Paper Storage Room | 12" X 12" |
| 4 | Dust Sample, Suite 650, Top of Kitchenette Cabinets | 12" X 12" |
| 5 | Carpet Sample, 5th Floor Lobby Entrance to en's Bathroom | 6 x 24" |
| 6 | Dust Sample Suite 532, Top of Brown Phone Switching Box | 5" X 24" |
| 7 | Dust Sample, 4th Floor Air Handler, Horizontal Surface above Intake Filters | 4" X |
| 8 | Dust Sample, 3rd Floor Air Handler, Horizontal Surface above Intake Filters | 4" X 24" |
| 9 | Dust Sample, Suite 220, Top of Isotec Switchbox | 12" X 12" |
| 10 | Carpet Sample, First Floor, Intersection of Elevator Lobby and Main Lobby | 12" X 12" |

* NOTE:  All samples taken @   liters/minu  for 60 seconds.

TABLE III-2
DUST SAMPLES
2600 BUILDING
CENTURY CENTER IV
LAI PROJECT NUMBER 1188-2120.18

| Sample Number | Location/Description | Sample Area |
|---|---|---|
| 1 | Dust Sample, Fourth Floor South Center Room, Back of Ceiling Tile | 12" X 12" |
| 2 | Dust Sample, Fourth Floor Air Handler Room, Top of Duct | 12" X 12" |
| 3 | Dust Sample, Third Floor Air Handler Room, Top of Duct | 12" x 12" |
| 4 | Carpet Sample, Suite 275, Left Rear Corner | 12" X 12" |
| 5 | Dust Sample, Basement Mechanical Room, Top of Breaker Box | 3" X 18" |
| 6 | Carpet Sample, Basement Mechanical Room Office, Behind Door | 12" X 12 |
| 7 | Carpet Sample, 1st Floor Lobby, West Side base of Steps | 12" X 12" |
| 8 | Carpet Sample, Service Elevator, left Front Corner | 12" X 12" |

NOTE:  All samples taken @ 2 liters/minutes for 60 seconds.



PREPPED DUST SAMPLE CASSETTE LABELS:

MAS JOB NUMBER:     _M 2140_

CLIENT JOB NUMBER:     _____

| SAMPLE NUMBER: | LABEL: |
|---|---|
| 1 | A88-120.18    12-19-88   Engr: BS   Flow: 2 lpm Pump # 7725   T=60 secs.   Sample # 1, 2200 Bldg. |
| 2 | A88-120.18    12-19-88   Engr: BS   Flow: 2 lpm Pump # 7725   T=60 secs.   Sample # 2, 2200 Bldg. |
| 3 | A88-120.18    12-19-88   Engr. BS   Flow: 2 lpm Pump # 7725   T=60 secs.   Sample # 3, 2200 Bldg. |
| 4. | A88-120.18   12-19-88   Engr. BS   Flow: 2 lpm Pump #: 7725   T=60 sec.   Sample # 4, 2200 Bldg. |
| 5. | A88-120.18   12-19-88   Engr. B.S.   Flow: 2 lpm Pump # 7725   T=60 sec.   Sample # 5, 2200 Bldg. |
| 6 | A88-120.18   12-19-88   Engr. BS   Flow: 2 lpm Pump # 7725   T=60 sec   Sample # 6, 2200 Bldg. |
| 7 | A88-120.18   12-19-88   Engr. BS   Flow: 2 lpm Pump #7725   T=60 secs   Sample # 7, 2200 Bldg. |
| 8 | A88-120.18   12-19-88   Engr. BS   Flow: 2 lpm Pump # 7725   T=60 secs   Sample # 8, 2200 Bldg. |
| 9 | A88-120.18   12-19-88   Engr. BS   Flow: 2 lpm Pump # 7725   T=60 sec   Sample # 9, 2200 Bldg. |
| 10. | A88-120.18   12-19-88   Engr. BS   Flow: 2 lpm Pump #7725   Sample # 10, 2200 Bldg. |
| 11 | A88-120.18   12-19-88   Engr. BS   Flow: 2 lpm Pump # 7725   T=60 sec   Sample # 1, 2600 Bldg. |



PREPPED DUST SAMPLE CASSETTE LABELS:

MAS JOB NUMBER: _M 2140_

CLIENT JOB NUMBER: _____

SAMPLE NUMBER:  LABEL:

12   A88-120.18   12-19-88   Engr. B.S.  Flow 2lpm
     Pump # 7725   T= 60 sec  Sample # 2, 2600 Bldg.

13   A88-120.18   12-19-88  Engr. BS  Flow: 2lpm
     Pump # 7725  Sample # 3, 2600 Bldg.

14   A88-120.18   12-19-88  Engr. BS  Flow: 2lpm
     Pump # 7725  T= 60 sec. Sample #4, 2600 Bldg.

15   A88-120.18   12-19-88  Engr. BS  Flow: 2lpm
     Pump # 7725  T= 60 sec  Sample #5, 2600 Bldg.

16   A88-120.18   12-19-88  Engr. BS  Flow: 2lpm
     Pump # 7725  T= 60 sec  Sample #6, 2600 Bldg.

17   A88-120.18   12-19-88  Engr. BS  Flow: 2lpm
     Pump # 7725  T= 60 sec  Sample # 7, 2600 Bldg.

18   A88-120.18   12-19-88  Engr. BS  Flow: 2lpm
     Pump # 7725  T= 60 sec  Sample # 8, 2600 Bldg.

PROJECT NAME: _Lou Corsaro / Kennison_

PROJECT NUMBER: _M2140_

TYPE OF SAMPLES: _DUST_

DATE DUE: _____

DATE OF PREP: _7-30-90 (1-10)_
_7-31-90 (11-18)_

PREP TECH: _____

PREP SOP #: _MT-003_

| LAB I.D. # | CLIENT I.D. # | FILTER TYPE | VOLUME FILTERED NO. 1 | VOLUME FILTERED NO. 2 | VOLUME FILTERED NO. 3 | TOTAL SUSPENSION VOLUME | COMMENTS |
|---|---|---|---|---|---|---|---|
| M2140 - 1 | 0.4 u film 2000 mls | 47mm MCE | 1 ml | 10 l | | 100 ml | |
| M2140 - 2 | 0.4 u film | '' | 2 ml | 20 ml | | | |
| M2140 - 3 | 10 u film | '' | 1 ml | 10 ml | | | |
| M2140 - 4 | 0.4 u film | '' | 0.1 ml | 1 ml | | | |
| M2140 - 5 | 5 u film | '' | 1 ml | 10 ml | | | |
| M2140 - 6 | 5 u film | '' | 0.2 ml | 2 ml | | | |
| M2140 - 7 | 4 u film | '' | 2 ml | 15 l | | | |
| M2140 - 8 | 3 u film | '' | 0.5 l | 5 l | | | |
| M2140 - 9 | 2 u film | '' | 0.7 l | 7 l | | | |
| M2140 - 10 | film 8 l | '' | 1 l | 10 l | | | |
| M2140 - 11 | 4 u film 2000 Bag | 47mm MCE | 0.7 l | 7 l | | | |
| M2140 - 12 | 4 u film | | 0.5 l | 6 l | | ✓ | ✓ |

PROJECT NAME: _Paul Cassos / Louisiana_

PROJECT NUMBER: _M2146_

TYPE OF SAMPLES: _DUST_

DATE DUE: _____

DATE OF PREP: _7-30-90 (1-10)_
_7-31-90 (11-18)_

PREP TECH: _K. Ossos / K. Argueta_

PREP SOP #: _MT-003_

| LAB I.D. # | CLIENT I.D. # | FILTER TYPE | VOLUME FILTERED NO. 1 | VOLUME FILTERED NO. 2 | VOLUME FILTERED NO. 3 | TOTAL SUSPENSION VOLUME | COMMENTS |
|---|---|---|---|---|---|---|---|
| M2146 - 13 | 3rd floor 2600 dog | 47mm mce | 0.5 ml | 5 ml | | 100 ml | |
| M2146 - 14 | 3rd floor | '' | 2 ml | 20 ml | | | |
| M2146 - 15 | Basement | '' | 0.5 ml | 5 ml | | | |
| M2146 - 16 | Basement | '' | 2 ml | 20 ml | | | |
| M2146 - 17 | 1st floor | '' | 2 ml | 15 ml | | | |
| M2146 - 18 | Save Color | '' | 2 ml | 20 ml | | ✓ | |
| — | Lab Blank | 47mm mce | | | | | Bag 81 D-5P15 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

# MATERIALS ANALYTICAL SERVICES, INC.
## DUST SHEET

PAGE # _____ 1 2

Client: _Law Assoc / Kennesaw_

Sample ID: _No. 1_

MAS Job Number: _M 2140-1_

Date Sample Analyzed: _23 + 21 Aug. - 90 / grid 1 / grid 2_

Number of Openings/Grids Counted: _10.12_

Grid Accepted, 600X: (Yes)  No  _4%_

Analyst: _W. Smith_

Dilution Factor: _1: 0.0676.667_ ##

Accelerating Voltage: __100 KV__

Indicated Mag: _20 KX_  ~~25KX~~
Screen Mag: _15.414 KX_  ~~20KX~~

Microscope Number: (1)  2  3  4

Filter Type: (MCE)  PC,  Other =
Filter Size: 25mm,  37mm,  (47mm)

Filter Pore Size (um): _0.22_

Grid Opening:  1) _88.1_ um  x _87.6_ um

2) _93.7_ um  x _89.6_ um

## Calculating Results For Verbal Issue:

Effective Filter Area: (A) _1339_

Number of Grid Openings Examined: (B) _10_

Average Grid Opening Area in sq. mm: (C) _0.008057_

Volume of Liquid Filtered in ml: (D) _15_

Area Sampled in Sq. Ft.: (E) _1_

Number of Asbestos Structures Counted: (F) _18_

## STRUCTURES PER SQ. FT. FORMULA:

$$\frac{A}{B \cdot C} \cdot \frac{100}{D} \cdot \frac{1}{E} \cdot F = \text{(asbestos structures per sq. ft.)}$$

Calculations:

$$\frac{1339}{10 \cdot 0.008057} \cdot \frac{100}{15} \cdot \frac{1}{1} \cdot 18 = 1.994 \times 10^{6}$$

CLIENT: _LAW ASSOC. / KENNESAW_   PAGE # _212_

MAS JOB NUMBER: M _21407_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 1 | 1-1 | C | F | 2.5 | 0.2 | ✓ | ✓ | ✓ P.O. |
| 2 | | C | F | 2.3 | 0.2 | ✓ | ✓ | ✓ |
| 3 | | C | F | 2.0 | 0.2 | ✓ | ✓ | ✓ |
| 4 | | C | F | 1.0 | 0.15 | ✓ | ✓ | ✓ |
| 5 | 1-2 | C | M | 3 | .2 | ✓ | ✓ | ✓ |
| 6 | | C | F | 1 | .15 | ✓ | ✓ | ✓ |
| 7 | 1-3 | C | F | 7.15 | 0.3 | ✓ | ✓ | ✓ |
| 8 | 1-4 | C | F | 1.5 | 0.15 | ✓ | ✓ | ✓ |
| 9 | 1-5 | C | F | 1 | 0.15 | ✓ | ✓ | ✓ |
| 10 | 2-1 | C | F | 1.5 | 0.15 | ✓ | ✓ | ✓ P.O. |
| 11 | 2-2 | C | M | 1.8 | 0.15 | ✓ | ✓ | ✓ |
| 12 | | C | M | 3.6 | 0.2 | ✓ | ✓ | ✓ |
| 13 | | C | M | 2.3 | 0.15 | ✓ | ✓ | ✓ |
| 14 | | C | M | 8.3.6 vbs | 0.15 | ✓ | ✓ | ✓ |
| 15 | 2-3 | C | F | 2.5 | 0.15 | ✓ | ✓ | ✓ |
| 16 | | C | F | 4.5 | 0.2 | ✓ | ✓ | ✓ |
| 17 | 2.4 | C | M | 2 | 0.2 | ✓ | ✓ | ✓ |
| 18 | 2.5 | C | F | 3 | 0.2 | ✓ | ✓ | ✓ |
| | | & vbs | | | | | | |





**MATERIALS ANALYTICAL SERVICES, INC.**
*DUST SHEET*

PAGE # _11._

Client: _LAW ASSOC/ KENNESAW_

Accelerating Voltage: _100 KV_

Sample ID: _# 2_

Indicated Mag: _20  25KX_ WP8
Screen Mag: _15414  20KX_ WR8

MAS Job Number: _M 2140-2_

Microscope Number: ①  2  3
Filter Type: (MCE)  PC,  Other =
Filter Size: 25mm,  37mm,  (47m

Date Sample Analyzed: _24 - Aug - 90_

Number of Openings/Grids Counted: _10.1  2_

Filter Pore Size (um): _0.22_

Grid Accepted, 600X: (Yes)  No   _370_

Grid Opening: 1) _94.2_ um × _93.7_

Analyst: _W. P. Smith_ Grid#1 / _Al Harmon_ Grid#2

2) _92_ um × _93_

Dilution Factor: 1: _50_

Calculating Results For Verbal Issue:

Effective Filter Area:                              (A)  _.1339_

Number of Grid Openings Examined:     (B)  _10_

Average Grid Opening Area in sq. mm:   (C)  _0.0008645_

Volume of Liquid Filtered in ml:             (D)  _2_

Area Sampled in Sq. Ft.:                          (E)  _1_

Number of Asbestos Structures Counted: (F)  _30_

STRUCTURES PER SQ. FT. FORMULA:

$$\frac{A}{B \cdot C} \cdot \frac{100}{D} \cdot \frac{1}{E} \cdot F = \text{(asbestos structures per sq. ft.)}$$

Calculations:

$$\frac{1339}{10 \cdot 0.0008645} \cdot \frac{100}{2} \cdot \frac{1}{1} \cdot 30 = 2.323 \times 10^{9}$$

CLIENT: _LAW ASSOC. / KENNESAW_    PAGE # _212_

MAS JOB NUMBER: _M 2140-2_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 1 | 1-1 | C | F | 1 | .15 | ✓ | ✓ | ✓ |
| 2 | | C | M | 3.5 | 0.2 | ✓ | ✓ | P.O. |
| 3 | 1-2 | C | B | 1 | 0.15 | ✓ | ✓ | ✓ |
| 4 | 1-3 | C | F | 1.8 | 0.15 | ✓ | ✓ | ✓ |
| 5 | | C | F | 1 | 0.15 | ✓ | ✓ | ✓ |
| 6 | 1-4 | C | F | 1.2 | 0.1 | ✓ | ✓ | ✓ |
| 7 | | C | F | 2.2 | 0.2 | ✓ | ✓ | ✓ |
| 8 | | C | F | 1.5 | 0.15 | ✓ | ✓ | ✓ |
| 9 | | C | F | 2.5 | 0.2 | ✓ | ✓ | ✓ |
| 10 | | C | F | 6.0 | 0.2 | ✓ | ✓ | ✓ |
| 11 | 1-5 | C | M | 1.5 | 0.15 | ✓ | ✓ | P.O. |
| 12 | | C | F | 1 | 0.15 | ✓ | ✓ | ✓ |
| 13 | | C | F | 1.5 | 0.15 | ✓ | ✓ | ✓ |
| 14 | 2-1 | C | f | 1.8 | 011 | ✓ | ✓ | |
| 15 | | C | f | 2.0 | 011 | ✓ | ✓ | |
| 16 | 2-2 | C | f | 2.5 | 011 | ✓ | ✓ | |
| 17 | 2-3 | C | f | 8.0 | 011 | ✓ | ✓ | |
| 18 | | C | f | 1.0 | 011 | ✓ | ✓ | |
| 19 | | C | C | 5.5 | 2.2 | ✓ | ✓ | |
| 20 | | C | B | 6.0 | 0.2 | ✓ | ✓ | PO |
| 21 | | C | f | 4.8 | 011 | ✓ | ✓ | |
| 22 | | C | f | 12.0 | 011 | ✓ | ✓ | |
| 23 | 2-4 | C | f | 1.5 | 011 | ✓ | ✓ | |
| 24 | | C | f | 4.0 | 011 | ✓ | ✓ | |
| 25 | | C | f | 2.2 | 011 | ✓ | ✓ | |
| 26 | 2-5 | C | f | 3.8 | 011 | ✓ | ✓ | |
| 27 | | C | f | 2.5 | 011 | ✓ | ✓ | |
| 28 | | C | B | 6.5 | 0.2 | ✓ | ✓ | |
| 29 | | C | C | 3.0 | 2.5 | ✓ | ✓ | |
| 30 | | C | B | 3.8 | 0.4 | ✓ | ✓ | PO |







24-Aug-1990 18:16:35
Execution time = 59 second
M2140-2; CHRYSOTILE
Vert= 186 counts    Disp= 1

Preset=        100 secs
Elapsed=       30 secs

Range = 10.230 keV    Integral 0 =    14010



**MATERIALS ANALYTICAL SERVICES, INC.**
**DUST SHEET**

PAGE # _1.15_

Client: _LAW ASSOC/ KENNESAW_

Accelerating Voltage: 100 KV

Sample ID: _#3_

Indicated Mag: _20_ ~~25KX~~ _AX_
Screen Mag: _15414_ ~~20KX~~

MAS Job Number: _M 2140-3_

Microscope Number: (1)   2.   3   4
Filter Type: (MCE)   PC,   Other =

Date Sample Analyzed: _24_ _-AUG-_ _90_

Filter Size: 25mm,   37mm,   (47mm)

Number of Openings/Grids Counted: _10.1 2_

Filter Pore Size (um): _0.22_

Grid Accepted, 600X: (Yes)   No   _3%_

Grid Opening:   1)  _93_  um x  _90_  u

Analyst: _W.P. Smith_ ( GRID 1, opening 1 _af Hannon_

2)  _88_  um x  _90_  u

Dilution Factor:   1: _100_

Calculating Results For Verbal Issue:

Effective Filter Area:                    (A)  _1739_

Number of Grid Openings Examined:         (B)  _10_

Average Grid Opening Area in sq. mm:      (C)  _0.008145_

Volume of Liquid Filtered in ml:          (D)  _1_

Area Sampled in Sq. Ft.:                  (E)  _1_

Number of Asbestos Structures Counted:    (F)  _91_

STRUCTURES PER SQ. FT. FORMULA:

$$\frac{A}{B} \cdot \frac{1}{C} * \frac{100}{D} * \frac{1}{E} * F = \text{(asbestos structures per sq. ft.)}$$

Calculations:

$$\frac{1339}{10} \cdot \frac{1}{0.008145} * \frac{100}{1} * \frac{1}{1} * 91 = 1.196 \times 10^8$$

CLIENT: _Law Assoc. / Kennesaw_   PAGE # _315_

MAS JOB NUMBER:   M _31403_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 1 | 1-1 | C | M | 3 | 0.2 | ✓ | ✓ | ✓ |
| 2 | | C | M | 1 | 0.15 | ✓ | ✓ | P.O |
| 3 | | C | F | 1.2 | 0.2 | ✓ | ✓ | ✓ |
| 4 | | C | F | 1.1 | 0.15 | ✓ | ✓ | ✓ |
| 5 | | C | F | 1.4 | 0.15 | ✓ | ✓ | 2— |
| 6 | | C | F | 0.9 | 0.15 | ✓ | ✓ | ✓ |
| 7 | | C | F | 2.0 | 0.15 | ✓ | ✓ | ✓ |
| 8 | | C | F | 0.9 | 0.15 | ✓ | ✓ | ✓ |
| 9 | | C | B | 0.9 | 0.4 | ✓ | ✓ | ✓ |
| 10 | | C | F | 3.6 | 0.2 | ✓ | ✓ | ✓ |
| 11 | 1-2 | C | f | 6.0 | 0.1 | — | — | PO |
| 12 | | C | f | 2.8 | 0.1 | — | — | |
| 13 | | C | f | 2.5 | 0.1 | — | — | |
| 14 | | C | f | 0.8 | 0.1 | — | — | |
| 15 | | C | f | 1.5 | 0.1 | — | — | |
| 16 | | C | f | 1.2 | 0.1 | — | — | |
| 17 | | C | f | 5.0 | 0.1 | — | — | |
| 18 | 1-3 | C | f | 1.0 | 0.1 | — | — | |
| 19 | | C | f | 2.8 | 0.1 | — | — | |
| 20 | | C | f | 1.5 | 0.1 | — | — | PO |
| 21 | | C | B | 2.8 | 0.16 | — | — | |
| 22 | | C | f | 3.8 | 0.1 | — | — | |
| 23 | | C | f | 1.5 | 0.1 | — | — | |
| 24 | | C | f | 6.5 | 0.1 | — | — | |
| 25 | 1-4 | C | f | 6.0 | 0.1 | — | — | |
| 26 | | C | f | 7.0 | 0.1 | — | — | |
| 27 | | C | f | 2.5 | 0.1 | | — | |
| 28 | | C | f | 3.5 | 0.1 | | | |
| 29 | | C | f | 4.5 | 0.1 | — | — | |
| 30 | | C | f | 1.5 | 0.1 | — | — | PO |

CLIENT: LAW ASSOC /KENNEDOW          PAGE #: 315

MAS JOB NUMBER: M 2140-3

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|--------|------|------|------|------|------|------|------|------|
| | | | | | | MORPH. | SAED. | EDS. |
| 31 | 1-4 con? | C | C | 4.0 | 1.8 | ✓ | ✓ | |
| 32 | | C | f | 1.0 | 0.1 | ✓ | ✓ | |
| 33 | | C | f | 2.0 | 0.1 | ✓ | ✓ | |
| 34 | | C | C | 3.5 | 3.5 | ✓ | ✓ | |
| 35 | | C | f | 1.5 | 0.1 | ✓ | ✓ | |
| 36 | | C | f | 4.2 | 0.1 | ✓ | ✓ | |
| 37 | | C | B | 6.5 | 0.2 | ✓ | ✓ | |
| 38 | | C | f | 1.2 | 0.1 | ✓ | ✓ | |
| 39 | | C | f | 2.5 | 0.1 | ✓ | ✓ | |
| 40 | | C | f | 2.0 | 0.1 | ✓ | ✓ | PD |
| 41 | 1-5 | C | C | 5.5 | 4.0 | ✓ | ✓ | |
| 42 | | C | f | 3.6 | 0.1 | ✓ | ✓ | |
| 43 | | C | f | 8.5 | 0.1 | ✓ | ✓ | |
| 44 | | C | C | 4.2 | 0.1 | ✓ | ✓ | |
| 45 | | C | f | 2.0 | 0.1 | ✓ | ✓ | |
| 46 | | C | f | 4.0 | 0.1 | ✓ | ✓ | |
| 47 | | C | f | 3.2 | 0.1 | ✓ | ✓ | |
| 48 | | C | f | 8.0 | 0.1 | ✓ | ✓ | |
| 49 | | C | f | 2.2 | 0.1 | ✓ | ✓ | |
| 50 | | C | f | 2.5 | 0.1 | ✓ | ✓ | PD |
| 51 | | C | f | 2.2 | 0.1 | ✓ | ✓ | |
| 52 | | C | f | 12.0 | 0.1 | ✓ | ✓ | |
| 53 | 2-1 | C | f | 1.5 | 0.1 | ✓ | ✓ | |
| 54 | | C | f | 4.8 | 0.1 | ✓ | ✓ | |
| 55 | | C | f | 5.0 | 0.1 | ✓ | ✓ | |
| 56 | | C | f | 1.5 | 0.1 | ✓ | ✓ | |
| 57 | 2-2 | C | f | 2.2 | 0.1 | ✓ | ✓ | |
| 58 | | C | f | 1.2 | 0.1 | ✓ | ✓ | |
| 59 | | C | f | 1.5 | 0.1 | ✓ | ✓ | |
| 60 | | C | f | 3.0 | 0.1 | ✓ | ✓ | PD |

CLIENT: _L#W ASSOC/KENNESAW_                    PAGE # 415

MAS JOB NUMBER: M 2140-3

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 61 | 2-2 cov5 | C | f | 3.0 | 011 | ✓ | ✓ | |
| 62 | | C | C | 3.5 | 1.8 | ✓ | — | |
| 63 | | C | B | 1.5 | 0.2 | — | ✓ | |
| 64 | 2-3 | C | f | 2.2 | 011 | — | — | |
| 65 | | C | B | 4.5 | 0.2 | ✓ | — | |
| 66 | | C | M | 3.2 | 2.8 | ✓ | ✓ | |
| 67 | | C | M | 2.5 | 2.0 | ✓ | — | |
| 68 | | C | f | 1.5 | 011 | — | ✓ | |
| 69 | | C | C | 5.0 | 3.8 | — | ✓ | |
| 70 | | C | f | 7.2 | 011 | ✓ | ✓ | FD |
| 71 | | C | B | 1.8 | 0.2 | — | ✓ | |
| 72 | 2-4 | C | f | 6.5 | 011 | ✓ | ✓ | |
| 73 | | C | f | 1.2 | 011 | ✓ | ✓ | |
| 74 | | C | f~ | 6.8 | 011 | ✓ | ✓ | |
| 75 | | C | f | 1.5 | 011 | ✓ | — | |
| 76 | | C | f | 2.2 | 011 | ✓ | — | |
| 77 | | C | f | 3.2 | 011 | — | — | |
| 78 | | C | f | 2.8 | 011 | — | — | |
| 79 | | C | f | 2.2 | 011 | — | — | |
| 80 | | C | M | 3.8 | 3.0 | ✓ | ✓ | FD |
| 81 | | C | f | 4.5 | 011 | — | ✓ | |
| 82 | | C | C | 2.0 | 1.0 | ✓ | ✓ | |
| 83 | 2-5 | C | f | 3.5 | 011 | ✓ | — | |
| 84 | | C | f | 1.0 | 011 | — | ✓ | |
| 85 | | C | f | 1.2 | 011 | — | — | |
| 86 | | C | M | 4.5 | 2.5 | — | — | |
| 87 | | C | f | 2.0 | 011 | — | ✓ | |
| 88 | | C | f | 5.0 | 011 | — | ✓ | |
| 89 | | C | f | 3.5 | 011 | — | — | |
| 90 | | C | C | 4.0 | 1.5 | — | ✓ | FD TR |

CLIENT: _LAN ASSOC (KENNESAW)_    PAGE # _515_

MAS JOB NUMBER:    _M 2140-3_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 91 | 2-5 GRID | C | f | 115 | 011 | — | — | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |



















24-Aug-1990 17:42:11
Execution time = 59 second
M2140-3; CHRYSOTILE
Vert = 200 counts    Disp= 1

Preset =
Elapsed =

100 secs
52 secs

0.160    Range = 10.230 keV    Integral 0 =    10.230
14842

MATERIALS ANALYTICAL SERVICES, INC.
*DUST SHEET*

PAGE # _/. 12_

Client: _LAW ASSOC / KENNESAW_

Sample ID: _4_

MAS Job Number: _M 2140·4_

Date Sample Analyzed: _8 - 27 - 90_

Number of Openings/Grids Counted: _101  2_

Grid Accepted, 600X: (Yes) No _10 %_

Analyst: _al Herman_

Dilution Factor: 1: _5·0_

Accelerating Voltage: _100 KV_

Indicated Mag: _20 25KX_ ~~##~~
Screen Mag: _15414 20KX_

Microscope Number; (1)   2   3   4
Filter Type: (MCE)   PC,   Other =
Filter Size: 25mm,   37mm,   (47mm)

Filter Pore Size (um): _0·22_

Grid Opening:   1) _88_ um x _89_ u
                2) _90_ um x _81_ u

Calculating Results For Verbal Issue:

Effective Filter Area:                         (A) _1339_

Number of Grid Openings Examined:              (B) _10_

Average Grid Opening Area in sq. mm:           (C) _0·00 8011_

Volume of Liquid Filtered in ml:               (D) _2_

Area Sampled in Sq. Ft.:                        (E) _1_

Number of Asbestos Structures Counted:         (F) _3_

STRUCTURES PER SQ. FT. FORMULA:

$$\frac{A}{B \cdot C} \cdot \frac{100}{D} \cdot \frac{1}{E} \cdot F = \text{(asbestos structures per sq. ft.)}$$

Calculations:

$$\frac{1339}{10 \cdot 0·008011} \cdot \frac{100}{2} \cdot \frac{1}{1} \cdot 3 = 2·509 \times 10^6$$

CLIENT: _LAW ASSOC/KENNESAW_                    PAGE # _212_

MAS JOB NUMBER:    _M-2140-4_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| | 1-1 | | NSD | | | | | |
| | 1-2 | | NSD | | | | | |
| | 1-3 | | NSD | | | | | |
| | 1-4 | | NSD | | | | | |
| | 1-5 | | NSD | | | | | |
| | 2-1 | | NSD | | | | | |
| | 2-2 | | NSD | | | | | |
| | 2-3 | | NSD | | | | | |
| 1 | 2-4 | A | f | 1.8 | 0.1 | ✓ | 168 | PO |
| 2 | | C | f | 6.8 | 0.1 | — | — | PO |
| 3 | 2-5 | C | f | 4.2 | 0.1 | — | — | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |





# MATERIALS ANALYTICAL SERVICES, INC.
## DUST SHEET

PAGE # _1.12_

Client: _LOW ASSOC / KENNESOW_     Accelerating Voltage: _100 KV_

Sample ID: _5_     Indicated Mag: _20 25KX AH_
Screen Mag: _15414 20KX_

MAS Job Number: _M 2140-5_     Microscope Number: (1)  2  3  4
Filter Type: (MCE)  PC,  Other =
Date Sample Analyzed: _8-27-90_     Filter Size: _25mm,  37mm,  (47mm)_

Number of Openings/Grids Counted: _10.1  2_     Filter Pore Size (um): _0.22_

Grid Accepted, 600X: (Yes)  No  _590_     Grid Opening: 1)  _90_ um x _90_ L

Analyst: _Al Harmon_     2)  _91_ um x _90_ L

Dilution Factor:     1: _4_

## Calculating Results For Verbal Issue:

Effective Filter Area:     (A) _1339_

Number of Grid Openings Examined:     (B) _10_

Average Grid Opening Area in sq. mm:     (C) _0100 8145_

Volume of Liquid Filtered in ml:     (D) _25_

Area Sampled in Sq. Ft.:     (E) _1_

Number of Asbestos Structures Counted:     (F) _17_

## STRUCTURES PER SQ. FT. FORMULA:

$$\frac{A}{B \cdot C} \cdot \frac{100}{D} \cdot \frac{1}{E} \cdot F = \text{(asbestos structures per sq. ft.)}$$

Calculations:

$$\frac{1339}{10 \cdot 0100 8145} \cdot \frac{100}{25} \cdot \frac{1}{1} \cdot 17 = \boxed{1.118 \times 10^6}$$

CLIENT: _LAW ASSOC / KENNESAW_   PAGE # _212_

MAS JOB NUMBER: _M-2140-5_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 1 | 1-1 | C | f | 1.2 | 011 | ⟋ | ⟋ | PO |
| 2 | | C | f | 115 | 011 | ⟋ | — | |
| 3 | | C | f | 4.5 | 011 | ⟋ | — | |
| 4 | | C | f | 2.5 | 011 | ⟋ | ⟋ | |
| 5 | 1-2 | C | f | 1.8 | 011 | ⟋ | ⟋ | |
| 6 | 1-3 | C | f | 7.0 | 011 | ⟋ | ⟋ | |
| 7 | | C | B | 6.8 | 012 | — | — | |
| | 1-4 | | NSD | | | | | |
| | 1-5 | | NSD | | | | | |
| 8 | 2-1 | C | f | 3.5 | 011 | — | ⟋ | |
| 9 | | C | f | 3.8 | 011 | — | ⟋ | |
| 10 | 2-2 | C | f | 2.8 | 011 | — | ⟋ | PO |
| 11 | | C | f | 1.5 | 011 | — | — | |
| 12 | 2-3 | C | f | 2.5 | 011 | — | — | |
| 13 | | C | f | 2.8 | 011 | — | — | |
| | 2-4 | | NSD | | | | | |
| 14 | 2-5 | C | f | 3.6 | 011 | ⟋ | ⟋ | |
| 15 | | C | f | 3.2 | 011 | ⟋ | ⟋ | |
| 16 | | C | f | 2.5 | 011 | ⟋ | ⟋ | |
| 17 | | C | B | 4.5 | 012 | ⟋ | ⟋ | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |





DUPLICATE: ✓✓✓          REPLICATE: _____          PAGE # 1 1 1

MAS JOB NUMBER:   M 2140-5   25 mil insulation     # of GO/grids counted: 10 1 2
                                                    Ave. grid opening:  .8592  sq. um.

DATE:   09-SEPT-90

ANALYST:  Orig: AA   1   BS          Grid opening: 1) 987 um   X  89.6 um
                                                   2) 93.7 um   X  93.7 um

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| | 1-1 | | NSD | | | | | |
| 1 | 1-2 | C | M | 1.7 | 0.3 | ✓ | ✓ | P.O. |
| 2 | | C | F | 8 | 0.1 | ✓ | ✓ | |
| 3 | 1-3 | C | F | 2.6 | 0.1 | ✓ | ✓ | |
| 4 | | C | F | 1.4 | 0.1 | ✓ | ✓ | |
| | 1-4 | | NSD | | | | | |
| 5 | 1-5 | C | M | 1.0 | 0.2 | ✓ | ✓ | |
| 6 | | C | M | 2.8 | 0.7 | ✓ | ✓ | |
| 7 | | C | F | 1.1 | 0.05 | ✓ | ✓ | |
| 8 | 2-1 | C | F | 0.9 | 0.05 | ✓ | ✓ | |
| 9 | 2-2 | C | F | 2.4 | 0.1 | ✓ | ✓ | |
| 10 | | A | F | 3.7 | 0.3 | | 187 | P.O. |
| 11 | | C | F | 2 | 0.1 | ✓ | ✓ | P.O. |
| 12 | 2-3 | C | M | 2.9 | 0.9 | ✓ | ✓ | |
| | 2-4 | | NSD | | | | | |
| | 2-5 | | NSD | | | | | |









9-Sep-1990 12:39:24  M.A.S. Chicago

M2140-5; Duplicate; Chrysotile
Vert= 95 counts Disp= 1

Preset= 100 secs
Elapsed= 52 secs

Range= 10.230 keV

Integral 0 = 10.230 → 5385

**MATERIALS ANALYTICAL SERVICES, INC.**
*DUST SHEET*

PAGE # _11_

Client: _LAW ASSOC/ KENNESAW_

Accelerating Voltage: 100 KV

Sample ID: _#6_

Indicated Mag: _20_ ~~25KX~~
Screen Mag: _15414_ ~~20KX~~

MAS Job Number: _M 2140-6_

Microscope Number: (1)    2    3
Filter Type: (MCE)    PC,    Other =

Date Sample Analyzed: _grid #1 25 -Aug -90_
_grid #2 27-Aug -90_
Number of Openings/Grids Counted: _10.1 2_

Filter Size: 25mm,    37mm,    (47)

Filter Pore Size (um): _0.22_

Grid Accepted, 600X: (Yes)  No  _6%_

Grid Opening: 1) _90.1_ um x _89_

Analyst: _W.B.Smith / Al Harmon_  _Grid #2_

2) _92_ um x _89_

Dilution Factor:              1: _500_

Calculating Results For Verbal Issue:

Effective Filter Area:                    (A) _1339_

Number of Grid Openings Examined:         (B) _10_

Average Grid Opening Area in sq. mm:      (C) _0.008130_

Volume of Liquid Filtered in ml:          (D) _0.2_

Area Sampled in Sq. Ft.:                  (E) _0.833_

Number of Asbestos Structures Counted:    (F) _22_

STRUCTURES PER SQ. FT. FORMULA:

$$\frac{A}{B \quad C} * \frac{100}{D} * \frac{1}{E} * F = \text{(asbestos structures per sq. ft.)}$$

Calculations:

$$\frac{1339}{10 \quad 0.008130} * \frac{100}{0.2} * \frac{1}{0.833} * 22 = \boxed{2.175 \times 10^8}$$

CLIENT: _L2W Assoc./Kennesaw_    PAGE # 2 12

MAS JOB NUMBER: M- 2140 6

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 1 | 1-1 | C | F | 2 | 0.3 | ✓ | ✓ | P.O. |
| 2 | | C | F | 2.4 | 0.2 | ✓ | ✓ | ✓ |
| 3 | 1-2 | C | M | 1.8 | 0.2 | ✓ | ✓ | ✓ |
| 4 | | C | M | 3 | 0.15 | ✓ | ✓ | ✓ |
| 5 | 1-3 | C | M | 1.1 | 0.15 | ✓ | ✓ | ✓ |
| 6 | | C | M | 2.5 | 0.15 | ✓ | ✓ | ✓ |
| 7 | 1-4 | C | F | 8 | 0.2 | ✓ | ✓ | ✓ |
| 8 | | C | F | 17 | 0.2 | ✓ | ✓ | ✓ |
| 9 | | C | M | 1 | 0.15 | ✓ | ✓ | P.O |
| 10 | | C | F | 1.8 | 0.2 | ✓ | ✓ | ✓ |
| 11 | | C | M | 3 | 0.3 | ✓ | ✓ | ✓ |
| 12 | 1-5 | C | F | 4 | 0.2 | ✓ | ✓ | ✓ |
| | 2-1 | | USD | | | | | |
| 13 | 2-2 | C | f | 3.0 | 0.1 | — | — | |
| 14 | | C | B | 3.2 | 0.2 | — | — | |
| 15 | | C | M | 5.0 | 4.5 | — | — | |
| 16 | | C | f | 2.0 | 0.1 | — | — | |
| 17 | 2-3 | C | f | 11.0 | 0.1 | — | — | |
| 18 | | C | f | 6.0 | 0.1 | — | — | |
| 19 | | C | f | 4.2 | 0.1 | — | — | |
| 20 | 2-4 | C | M | 4.0 | 3.5 | — | — | PO |
| 21 | | C | f | 2.8 | 0.1 | — | — | |
| 22 | | C | M | 4.2 | 3.8 | — | — | |
| | 2.5 | | USD | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |







**MATERIALS ANALYTICAL SERVICES, INC.**
*DUST SHEET*

PAGE # _1.15_

Client: _LAW ASSOC / KENNESAW_

Accelerating Voltage: 100 KV

Sample ID: _7_

Indicated Mag: _20_ 25KX
Screen Mag: _15414_ 20KX

MAS Job Number: _M 2140 - 7_

Microscope Number: (1)    2    3    4
Filter Type: (MCE)  PC,  Other =

Date Sample Analyzed: _8 - 28 - 90_

Filter Size: 25mm,  37mm,  (47mm)

Number of Openings/Grids Counted: _1.1 1_

Filter Pore Size (um): _0.22_

Grid Accepted, 600X: (Yes) No  _10 %_

Grid Opening:  1) _88_ um x _87_ u

Analyst: _Al Harmon_

2) ___ um x ___ u

Dilution Factor:  1: _50_

Calculating Results For Verbal Issue:

Effective Filter Area:  (A) _1339_

Number of Grid Openings Examined:  (B) _1_

Average Grid Opening Area in sq. mm:  (C) _0.1007656_

Volume of Liquid Filtered in ml:  (D) _2.0_

Area Sampled in Sq. Ft.:  (E) _0.1667_

Number of Asbestos Structures Counted:  (F) _91_

STRUCTURES PER SQ. FT. FORMULA:

$$\frac{A}{B \cdot C} \cdot \frac{100}{D} \cdot \frac{1}{E} \cdot F = \text{(asbestos structures per sq. ft.)}$$

Calculations:

$$\frac{1339}{1 \cdot 0.1007656} \cdot \frac{100}{2.0} \cdot \frac{1}{0.1667} \cdot 91 = 4.195 \times 10^9$$

CLIENT: LAW ASSOC/ KENNESAW          PAGE # 215

MAS JOB NUMBER: M-2140-7

| STR. # | GRID #/SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 1 | 1-1 | C | f | 3.5 | 0.1 | — | — | PD |
| 2 | | C | f | 3.0 | 0.1 | — | — | |
| 3 | | C | f | 1.5 | 0.1 | — | — | |
| 4 | | C | C | 2.5 | 1.5 | — | — | |
| 5 | | C | M | 4.8 | 1.0 | ✓ | — | |
| 6 | | C | M | 5.0 | 3.5 | — | — | |
| 7 | | C | C | 3.5 | 2.8 | — | — | |
| 8 | | C | M | 5.5 | 4.8 | ✓ | — | |
| 9 | | C | f | 4.0 | 0.1 | — | — | |
| 10 | | C | B | 5.5 | 0.2 | — | — | 10 |
| 11 | | C | f | 3.5 | 0.1 | — | — | |
| 12 | | C | f | 4.5 | 0.1 | — | — | |
| 13 | | C | f | 2.2 | 0.1 | — | — | |
| 14 | | C | f | 15.0 | 0.1 | — | — | |
| 15 | | C | f | 4.5 | 0.1 | — | — | |
| 16 | | C | f | 3.5 | 0.1 | — | — | |
| 17 | | C | f | 3.8 | 0.1 | — | — | |
| 18 | | C | f | 1.5 | 0.1 | — | — | |
| 19 | | C | f | 5.5 | 0.1 | — | — | |
| 20 | | C | f | 2.8 | 0.1 | — | — | PD |
| 21 | | C | f | 1.8 | 0.1 | — | — | |
| 22 | | C | f | 4.0 | 0.1 | — | — | |
| 23 | | C | f | 1.2 | 0.1 | — | — | |
| 24 | | C | f | 3.5 | 0.1 | — | — | |
| 25 | | C | f | 3.2 | 0.1 | — | — | |
| 26 | | C | f | 3.2 | 0.1 | ✓ | — | |
| 27 | | C | f | 3.6 | 0.1 | ✓ | — | |
| 28 | | C | f | 1.0 | 0.1 | — | — | |
| 29 | | C | f | 1.5 | 0.1 | — | — | |
| 30 | | C | f | 2.5 | 0.1 | — | — | PD |

CLIENT: _LAW ASSOC/KENNESAW_                    PAGE # _315_

MAS JOB NUMBER: _M- 2140-7_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|--------|-----------------|-----------|--------------------------|----------------|---------------|--------|-------|-----|
|        |                 |           |                          |                |               | MORPH. | SAED. | EDS. |
| 31 | CONT | C | f | 1.0 | 0.1 | — | — | |
| 32 | | C | f | 2.8 | 0.1 | — | — | |
| 33 | | C | f | 4.0 | 0.1 | — | — | |
| 34 | | C | f | 1.5 | 0.1 | — | — | |
| 35 | | C | f | 2.0 | 0.1 | — | — | |
| 36 | | C | f | 2.2 | 0.1 | — | — | |
| 37 | | C | f | 2.2 | 0.1 | — | — | |
| 38 | | C | f | 2-8 | 0.1 | — | — | |
| 39 | | C | B | 2.5 | 0.2 | — | — | |
| 40 | | C | f | 2.2 | 0.1 | — | — | PO |
| 41 | | C | f | 4.5 | 0.1 | — | — | |
| 42 | | C | f | 5.5 | 0.1 | — | — | |
| 43 | | C | f | 2.8 | 0.1 | — | — | |
| 44 | | C | f | 1.0 | 0.1 | — | — | |
| 45 | | C | f | 3.5 | 0.1 | — | — | |
| 46 | | C | f | 2.8 | 0.1 | — | — | |
| 47 | | C | C | 3.5 | 2.4 | — | — | |
| 48 | | C | C | 4.5 | 3.8 | — | — | |
| 49 | | C | f | 13.0 | 0.1 | — | — | |
| 50 | | C | f | 2.2 | 0.1 | — | — | PO |
| 51 | | C | f | 2.8 | 0.1 | — | — | |
| 52 | | C | M | 4.0 | 3.5 | — | — | |
| 53 | | C | f | 4.5 | 0.1 | — | — | |
| 54 | | C | f | 2.0 | 0.1 | — | — | |
| 55 | | C | f | 1.2 | 0.1 | — | — | |
| 56 | | C | f | 2.8 | 0.1 | — | — | |
| 57 | | C | f | 2.0 | 0.1 | — | — | |
| 58 | | C | f | 2.5 | 0.1 | — | — | |
| 59 | | C | f | 8.5 | 0.1 | — | — | |
| 60 | | C | f | 6.0 | 0.1 | — | — | PO |

CLIENT: ____ L+W A550C/KENNESOW ____    PAGE # 415

MAS JOB NUMBER: ____ M-2140-7 ____

| STR. # | GRID #/SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION MORPH. | SAED. | EDS. |
|---|---|---|---|---|---|---|---|---|
| 61 | 1-1 CONT | C | C | 11.0 | 4.0 | ✓ | ✓ | |
| 62 | | C | f | 4.0 | 0.1 | — | — | |
| 63 | | C | f | 1.8 | 0.1 | — | — | |
| 64 | | C | C | 8.5 | 3.6 | — | — | |
| 65 | | C | f | 1.2 | 0.1 | — | — | |
| 66 | | C | f | 2.0 | 0.1 | — | — | |
| 67 | | C | f | 6.5 | 0.1 | — | — | |
| 68 | | C | f | 1.2 | 0.1 | — | — | |
| 69 | | C | f | 2.0 | 0.1 | — | — | |
| 70 | | C | f | 3.0 | 0.1 | ✓ | — | PO |
| 71 | | C | f | 3.2 | 0.1 | — | — | |
| 72 | | C | C | 11.0 | 3.8 | — | — | |
| 73 | | C | f | 0.8 | 0.1 | — | — | |
| 74 | | C | M | 7.0 | 2.2 | ✓ | — | |
| 75 | | C | f | 4.0 | 0.1 | — | — | |
| 76 | | C | f | 1.4 | 0.1 | — | — | |
| 77 | | C | f | 2.8 | 0.1 | — | — | |
| 78 | | C | f | 1.5 | 0.1 | ✓ | — | |
| 79 | | C | f | 1.2 | 0.1 | — | — | |
| 80 | | C | B | 8.5 | 0.3 | — | — | PO |
| 81 | | C | M | 2.5 | 0.8 | ✓ | — | |
| 82 | | C | f | 1.5 | 0.1 | — | — | |
| 83 | | C | f | 18.0 | 0.1 | — | — | |
| 84 | | C | f | 4.8 | 0.1 | — | — | |
| 85 | | C | f | 1.5 | 0.1 | — | — | |
| 86 | | C | f | 4.6 | 0.1 | — | | |
| 87 | | C | f | 1.2 | 0.1 | — | — | |
| 88 | | C | B | 1.5 | 0.2 | — | — | |
| 89 | | C | f | 1.8 | 0.1 | — | — | |
| 90 | | C | f | 4.0 | 0.1 | — | — | PO |

CLIENT: _LAW ASSOC/KENNESON_    PAGE # _515_

MAS JOB NUMBER: _M- 2140-7_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 91 | 1-1 cont | c | f | 2.2 | 0.1 | — | — | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |





28-Aug-1990 10:44:38    M.A.S. Chicago

M2140-7;    CHRYSOTILE
Vert=    830 counts    Disp= 1

Preset=    100 secs
Elapsed=    51 secs

1    0.000    Cursor =    8.040 keV    463 counts    10.110
Integral 0 =    41899

















## MATERIALS ANALYTICAL SERVICES, INC.
### DUST SHEET

PAGE # _11_

Client: _LAW ASSOC/ KENNESAW_

Accelerating Voltage: _100 KV_

Sample ID: _# 8_

Indicated Mag: _20_ ~~25KX~~
Screen Mag: _15414_ ~~20KX~~

MAS Job Number: _M 2140 -8_

Microscope Number: (1)  2  3

Date Sample Analyzed: _25-Aug-90 ± Grid 1_
_26 - Aug - 90 ± Grid 2_

Filter Type: (MCE)  PC,  Other =
Filter Size: 25mm,  37mm,  (47m

Number of Openings/Grids Counted: _2.1.2_

Filter Pore Size (um): _0.22_

Grid Accepted, 600X: (Yes)  No   _6%_

Grid Opening: 1) _99.1_ um x _98_

Analyst: _W.P. Smith_

2) _95.3_ WPS _91.2_ um x _90._

Dilution Factor: 1: _1000_

### Calculating Results For Verbal Issue:

Effective Filter Area: (A) _1339_

Number of Grid Openings Examined: (B) _2_

Average Grid Opening Area in sq. mm: (C) _0.009005_

Volume of Liquid Filtered in ml: (D) _0.1_

Area Sampled in Sq. Ft.: (E) _0.666_

Number of Asbestos Structures Counted: (F) _107_

### STRUCTURES PER SQ. FT. FORMULA:

$$\frac{A}{B \cdot C} \cdot \frac{100}{D} \cdot \frac{1}{E} \cdot F = \text{(asbestos structures per sq. ft.)}$$

Calculations:

$$\frac{1339}{2 \cdot .009005} \cdot \frac{100}{.011} \cdot \frac{1}{.0666} \cdot 107 = 1.194 \times 10^{10}$$

CLIENT: _Law Assoc. /Kennesaw_          PAGE # 2 15

S JOB NUMBER: M- 2140-8

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 1 | 1-1 | C | F | 1.8 | 0.2 | ✓ | ✓ | ✓ |
| 2 | | C | F | 1.0 | 0.15 | ✓ | ✓ | P.O. |
| 3 | | C | F | 3.0 | 0.15 | ✓ | ✓ | |
| 4 | | C | F | 1.0 | 0.15 | ✓ | ✓ | |
| 5 | | C | F | 0.7 | 0.1 | ✓ | ✓ | ✓ |
| 6 | | C | F | 2.5 | 0.2 | ✓ | ✓ | |
| 7 | | C | F | 2.7 | 0.2 | ✓ | ✓ | |
| 8 | | C | F | 2.0 | 0.2 | ✓ | ✓ | |
| 9 | | C | F | 0.9 | 0.15 | ✓ | ✓ | ✓ |
| 10 | | C | F | 2.5 | 0.2 | ✓ | ✓ | |
| 11 | | C | M | 7 | 0.3 | ✓ | ✓ | P.O. |
| 12 | | C | M | 8 | 0.3 | ✓ | ✓ | |
| 13 | | C | F | 2.0 | 0.2 | ✓ | ✓ | |
| 14 | | C | F | 3.5 | 0.2 | ✓ | ✓ | |
| 15 | | C | F | 2.0 | 0.15 | ✓ | ✓ | |
| 16 | | C | F | 1.9 | 0.15 | ✓ | ✓ | |
| 17 | | C | F | 4.0 | 0.2 | ✓ | ✓ | |
| 18 | | C | F | 3.5 | 0.2 | ✓ | ✓ | |
| 19 | | C | F | 2 | 0.2 | ✓ | ✓ | |
| 20 | | C | F | 8 | 0.2 | ✓ | ✓ | P.O. |
| 21 | | C | C | 2 | 0.7 | ✓ | ✓ | |
| 22 | | C | F | 7 | 0.2 | ✓ | ✓ | |
| 23 | | C | M | 3.5 | 1.0 | ✓ | ✓ | |
| 24 | | C | F | 2 | 0.15 | ✓ | ✓ | |
| 25 | | C | F | 1.5 | 0.2 | ✓ | ✓ | |
| 26 | | C | F | 10 | 0.2 | ✓ | ✓ | |
| 27 | | C | F | 1 | 0.15 | ✓ | ✓ | ✓ |
| 28 | | C | F | 7 | 0.2 | ✓ | ✓ | |
| 29 | | C | F | 2.5 | 0.2 | ✓ | ✓ | |
| 30 | | C | F | 2.2 | 0.2 | ✓ | ✓ | P.O. |

CLIENT: _Law Assoc. /Kennesaw_          PAGE # 3 15

JOB NUMBER: M- 2140-8

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 31 | 1-1 | C | F | 3.5 | 0.15 | ✓ | ✓ | ✓ |
| 32 | CONT. | C | F | 3.5 | 0.2 | ✓ | ✓ | |
| 33 | | C | F | 2.2 | 0.2 | ✓ | ✓ | |
| 34 | | C | F | 6 | 0.15 | ✓ | ✓ | |
| 35 | | C | F | 5 | 0.2 | ✓ | ✓ | |
| 36 | | C | C | 2 | 1 | ✓ | ✓ | |
| 37 | | C | F | 2 | 0.15 | ✓ | ✓ | |
| 38 | | C | F | 10 | 0.2 | ✓ | ✓ | P.a |
| 39 | | C | F | 3.5 | 0.2 | ✓ | ✓ | |
| 40 | | C | F | 3 | 0.15 | ✓ | ✓ | |
| 41 | | C | F | 3.6 | 0.3 | ✓ | ✓ | |
| 42 | 2-1 | C | F | 4 | 0.2 | ✓ | ✓ | |
| 43 | | C | F | 10 | 0.5 | ✓ | ✓ | |
| 44 | | C | F | 3.5 | 0.1 | ✓ | ✓ | |
| 45 | | C | F | 1.9 | 0.15 | ✓ | ✓ | |
| 46 | | C | F | 1.1 | 0.2 | ✓ | ✓ | |
| 47 | | C | F | 1.1 | 0.15 | ✓ | ✓ | ✓ |
| 48 | | C | F | 2.2 | 0.2 | ✓ | ✓ | P.O. |
| 49 | | C | F | 4 | 0.2 | ✓ | ✓ | |
| 50 | | C | C | 4 | 0.15 | ✓ | ✓ | |
| 51 | | C | C | 3 | 0.6 | ✓ | ✓ | |
| 52 | | C | F | 2 | 0.2 | ✓ | ✓ | |
| 53 | | C | F | 3 | 0.3 | ✓ | ✓ | |
| 54 | | C | M | 2 | 0.9 | ✓ | ✓ | |
| 55 | | C | F | 2 | 0.3 | ✓ | ✓ | |
| 56 | | C | F | 2 | 0.15 | ✓ | ✓ | |
| 57 | | C | M | 5 | 0.2 | ✓ | ✓ | / |
| 58 | | C | F | 9 | 0.3 | ✓ | ✓ | P.O. |
| 59 | | C | M | 2.5 | 0.15 | ✓ | ✓ | |
| 60 | | C | F | 1.0 | 0.15 | ✓ | ✓ | ✓ |

LIENT: _Law Assoc. / Kennesaw_       PAGE # _4.15_

JOB NUMBER:   M- _2140-8_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 61 | 2-1 | C | F | 1.7 | 0.2 | ✓ | ✓ | |
| 62 | cont. | C | M | 0.9 | 0.1 | ✓ | ✓ | ✓ |
| 63 | | C | F | 0.9 | 0.1 | ✓ | ✓ | ✓ |
| 64 | | C | F | 1.8 | 0.15 | ✓ | ✓ | |
| 65 | | C | F | 0.9 | 0.1 | ✓ | ✓ | |
| 66 | | C | M | 1 | 0.15 | ✓ | ✓ | ✓ |
| 67 | | C | B | 3 | 0.3 | ✓ | ✓ | |
| 68 | | C | M | 4 | 0.8 | ✓ | ✓ | P.O. |
| 69 | | C | F | 1 | 0.15 | ✓ | ✓ | |
| 70 | | C | F | 30 | 0.3 | ✓ | ✓ | |
| 71 | | C | F | 24 | 0.3 | ✓ | ✓ | |
| 72 | | C | F | 2 | 0.15 | ✓ | ✓ | |
| 73 | | C | F | 3 | 0.2 | ✓ | ✓ | |
| 74 | | C | F | 0.9 | 0.15 | ✓ | ✓ | |
| 75 | | C | F | 3 | 0.15 | ✓ | ✓ | |
| 76 | | C | F | 1.8 | 0.2 | ✓ | ✓ | |
| 77 | | C | F | 18 | 0.2 | ✓ | ✓ | |
| 78 | | C | F | 8 | 0.2 | ✓ | ✓ | P.O. |
| 79 | | C | F | 1.7 | 0.2 | ✓ | ✓ | |
| 80 | | C | F | 5 | 0.2 | ✓ | ✓ | |
| 81 | | C | M | 2 | 0.2 | ✓ | ✓ | |
| 82 | | C | M | 1 | 0.15 | ✓ | ✓ | |
| 83 | | C | F | 1.9 | 0.1 | ✓ | ✓ | |
| 84 | | C | F | 1 | 0.1 | ✓ | ✓ | ✓ |
| 85 | | C | F | 2.5 | 0.2 | ✓ | ✓ | |
| 86 | | C | F | 3 | 0.2 | ✓ | ✓ | |
| 87 | | C | F | 3 | 0.3 | ✓ | ✓ | |
| 88 | | C | F | 2 | 0.2 | ✓ | ✓ | |
| 89 | | C | F | 2.3 | 0.15 | ✓ | ✓ | |
| 90 | | C | F | 6 | 0.3 | ✓ | ✓ | P.O. |

JENT: _Law Assoc. /Kennesaw_    PAGE # _5 15_

AS JOB NUMBER: M– _2140-8_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 91 | 2-1 | C | F | 2.2 | 0.1 | ✓ | ✓ | |
| 92 | CONTi | C | F | 0.9 | 0.1 | ✓ | ✓ | ✓ |
| 93 | | C | M | 2. | 1.5 | ✓ | ✓ | |
| 94 | | C | F | 3.2 | 0.2 | ✓ | ✓ | |
| 95 | | C | F | 3.5 | 0.2 | ✓ | ✓ | |
| 96 | | C | F | 1.9 | 0.1 | ✓ | ✓ | |
| 97 | | C | F | 1.9 | 0.2 | ✓ | ✓ | |
| 98 | | C | F | 15 | 0.2 | ✓ | ✓ | P.O. |
| 99 | | C | F | 1 | 0.1 | ✓ | ✓ | ✓ |
| 100 | | C | M | 2.5 | 0.1 | ✓ | ✓ | |
| 101 | | C | B | 1. | 0.2 | ✓ | ✓ | |
| 102 | | C | F | 3.5 | 0.15 | ✓ | ✓ | |
| 103 | | C | F | 0.8 | 0.1 | ✓ | ✓ | ✓ |
| 104 | | C | F | 1 | 0.2 | ✓ | ✓ | |
| 105 | | C | M | 1.4 | 0.2 | ✓ | ✓ | |
| 106 | | C | M | 7 | 2. | ✓ | ✓ | P.O. |
| 107 | | C | B | 1.8 | 0.3 | ✓ | ✓ | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |









