













**MATERIALS ANALYTICAL SERVICES, INC.**
*DUST SHEET*

PAGE # _11_

Client: _LAW ASSOC/ KENNESAW_

Accelerating Voltage: _100 KV_

Sample ID: _# 9_

Indicated Mag: _~~20~~ 25KX~~_
Screen Mag: _15414 ~~20KX~~_

MAS Job Number: _M 2190-9_

Microscope Number: (1)   2   3
Filter Type: (MCE)   PC,   Other =

Date Sample Analyzed: _26- Aug-90 Grid 1_
_28 - AUG 90 Grid#_

Filter Size: 25mm,   37mm,   (47m

Number of Openings/Grids Counted: _10.1  2_

Filter Pore Size (um): _0·22_

Grid Accepted, 600X: (Yes)  No  _5 70_

Grid Opening: 1) _93.7_ um × _89·1_

Analyst: _W·P· Smith (a) Harman /Grid#_

2) _90_ um × _84·5_

Dilution Factor: 1: _143_

**Calculating Results For Verbal Issue:**

Effective Filter Area: (A) _1339_

Number of Grid Openings Examined: (B) _10_

Average Grid Opening Area in sq. mm: (C) _0·007977_

Volume of Liquid Filtered in ml: (D) _0.7_

Area Sampled in Sq. Ft.: (E) _1_

Number of Asbestos Structures Counted: (F) _48_

**STRUCTURES PER SQ. FT. FORMULA:**

$$\frac{A}{B \cdot C} \cdot \frac{100}{D} \cdot \frac{1}{E} \cdot F = \text{(asbestos structures per sq. ft.)}$$

Calculations:

$$\frac{1339}{10 \cdot 0·007977} \cdot \frac{100}{0·7} \cdot \frac{1}{1} \cdot 48 = \boxed{1·15 \times 10^{8}}$$

CLIENT: _LAW ASSOC / KENNESAW_     PAGE # _213_

MAS JOB NUMBER: _M-2140-9_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 1 | 1-1 | C | F | 0.6 | 0.1 | ✓ | ✓ | P.O. |
| 2 | | C | F | 0.7 | 0.1 | ✓ | ✓ | ✓ |
| 3 | 1-2 | C | M | 1 | 0.1 | ✓ | ✓ | ✓ |
| 4 | | C | M | 0.8 | 0.1 | ✓ | ✓ | ✓ |
| 5 | | C | F | 1.5 | 0.2 | ✓ | ✓ | ✓ |
| 6 | | C | F | 2 | 0.1 | ✓ | ✓ | ✓ |
| 7 | 1-3 | C | F | 2.5 | 0.3 | ✓ | ✓ | ✓ |
| 8 | | C | F | 1.4 | 0.1 | ✓ | ✓ | ✓ |
| 9 | | C | F | 1.7 | 0.15 | ✓ | ✓ | ✓ |
| 10 | | C | F wp8 | 1.2 | 0.15 | ✓ | ✓ | ✓ |
| 11 | | C | F×M | 1.6 | 0.15 | ✓ | ✓ | P.O. |
| 12 | | C | F | 1.6 | 0.15 | ✓ | ✓ | ✓ |
| 13 | | C | F | 0.9 | 0.1 | ✓ | ✓ | ✓ |
| 14 | | C | F | 1.6 | 0.15 | ✓ | ✓ | ✓ |
| 15 | | C | F | 1.2 | 0.1 | ✓ | ✓ | ✓ |
| 16 | | C | F | 6 | 0.2 | ✓ | ✓ | ✓ |
| 17 | | C | F | 3.5 | 0.2 | ✓ | ✓ | ✓ |
| 18 | 1-4 | C | F | 1.5 | 0.1 | ✓ | ✓ | ✓ |
| 19 | | C | M | 1 | 0.1 | ✓ | ✓ | ✓ |
| 20 | 1-5 | C | F | 2 | 0.1 | ✓ | ✓ | ✓ |
| 21 | | C | M | 1.2 | 0.1 | ✓ | ✓ | P.O. |
| 22 | 2-1 | C | B | 210 | 0.3 | ✓ | ✓ | |
| 24 23 AN | | C | B | 315 | 0.2 | ✓ | ✓ | |
| 25 24 AN | | C | f | 3.4 | 0.1 | ✓ | ✓ | |
| 26 25 AN | | C | f | 0.5 | 0.1 | ✓ | ✓ | |
| 27 26 AN | | C | f | 1.4 | 0.1 | ✓ | ✓ | |
| 28 27 AN | 2-2 | C | M | 25.0 | 1.0 | ✓ | ✓ | |
| 29 28 AN | | C | f | 4.5 | 0.1 | ✓ | ✓ | |
| 29 | | C | f | 5.0 | 0.1 | ✓ | ✓ | |
| 30 | | C | f | 4.0 | 0.1 | ✓ | ✓ | P.O. |

CLIENT: _LAW ASSOC / KENNESAW_     PAGE # _3_ _13_

MAS JOB NUMBER: _M-2140-9_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 31 | 2-2 CONT | c | f | 0.7 | 0.1 | ✓ | ✓ | |
| 32 | | c | f | 11.0 | 0.1 | ✓ | ✓ | |
| 33 | 2-3 | c | f | 3.5 | 0.1 | ✓ | ✓ | |
| 34 | | c | f | 3.8 | 0.1 | ✓ | ✓ | |
| 35 | 2-4 | c | f | 8.0 | 0.1 | ✓ | ✓ | |
| 36 | | c | f | 2.5 | 0.1 | ✓ | ✓ | |
| 37 | | c | f | 4.5 | 0.1 | ✓ | ✓ | |
| 38 | | c | f | 3.2 | 0.1 | ✓ | ✓ | |
| 39 | | c | f | 5.5 | 0.1 | ✓ | ✓ | |
| 40 | | c | c | 8.0 | 3.5 | ✓ | ✓ | PO |
| 41 | | c | f | 3.5 | 0.1 | ✓ | ✓ | |
| 42 | | c | f | 4.0 | 0.1 | ✓ | ✓ | |
| 43 | | c | f | 5.5 | 0.1 | ✓ | ✓ | |
| 44 | 2-5 | c | f | 5.8 | 0.1 | ✓ | ✓ | |
| 45 | | c | f | 4.0 | 0.1 | ✓ | ✓ | |
| 46 | | c | f | 3.2 | 0.1 | ✓ | ✓ | |
| 47 | | c | f | 4.0 | 0.1 | ✓ | ✓ | |
| 48 | | c | f | 1.5 | 0.1 | ✓ | ✓ | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |











**MATERIALS ANALYTICAL SERVICES, INC.**
*DUST SHEET*

PAGE # *1 1*

Client: *LAW ASSOC/ KENNESAW*

Sample ID: *#-10*

MAS Job Number: *M-2140-10*
*Grid B -30-90*

Date Sample Analyzed: *Grid 1 8 -28 - 90*

Number of Openings/Grids Counted: *10 1 2*

Grid Accepted, 600X: (Yes) No
*Grid #1          Grid #2*
Analyst: *mk Smith  / al Harman*

Dilution Factor: 1: *Out 10:0 A#*

Accelerating Voltage: 100 KV

Indicated Mag: *20* 25KX
Screen Mag: *15414* 20KX

Microscope Number: (1)  2  3
Filter Type: (MCE)  PC.  Other ≈
Filter Size: 25mm,  37mm,  (47m

Filter Pore Size (um): *0.22*

Grid Opening: 1) *91* um x *89*
2) *90.1* um x *91.5*

**Calculating Results For Verbal Issue:**

Effective Filter Area: (A) *1339*

Number of Grid Openings Examined: (B) *10*

Average Grid Opening Area in sq. mm: (C) *0.008171*

Volume of Liquid Filtered in ml: (D) *110 10*
*UPS*
Area Sampled in Sq. Ft.: (E) *26  1*

Number of Asbestos Structures Counted: (F) *26*

**STRUCTURES PER SQ. FT. FORMULA:**

$$\frac{A}{B \cdot C} \cdot \frac{100}{D} \cdot \frac{1}{E} \cdot F = \text{(asbestos structures per sq. ft.)}$$

Calculations:

$$\frac{1339}{10 \cdot 0.008171} \cdot \frac{100}{10} \cdot \frac{1}{1} \cdot 26 = \blacksquare$$

CLIENT: *LAW ASSOC/ KENNESON*          PAGE # 2,12

MAS JOB NUMBER: M-2140-10

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 1 | 1-1 | C | f | 1.5 | .011 | ✓ | ✓ | PO |
| 2 | | C | f | 2.2 | .011 | ✓ | ✓ | |
| 3 | 1-2 | C | f | 2.8 | .011 | ✓ | ✓ | |
| 4 | | C | B | 2.2 | .012 | ✓ | ✓ | |
| 5 | | C | f | 2.0 | .011 | ✓ | ✓ | |
| 6 | | C | f | 2-8 | .011 | ✓ | ✓ | |
| 7 | 1-3 | C | f | 10.10 | .011 | ✓ | ✓ | |
| 8 | 1-4 | C | f | 2.15 | .011 | ✓ | ✓ | |
| 9 | | C | f | 4.15 | .011 | ✓ | ✓ | |
| 10 | 1-5 | C | f | 3.2 | .011 | ✓ | ✓ | PO |
| 11 | | C | f | 2.0 | .011 | ✓ | ✓ | |
| 12 | 2-1 | C | F | 1.0 | 0.1 | ✓ | | ✓ |
| 13 | | C | M | 5 | 0.7 | ✓ | ✓ | |
| 14 | | C | F | 1 | 0.15 | ✓ | ✓ | |
| 15 | | C | B | 1 | 0.2 | ✓ | ✓ | |
| 16 | | C | B | 1 | 0.2 | ✓ | ✓ | |
| 17 | | C | M | 3 | 0.7 | ✓ | ✓ | |
| 18 | 2-2 | C | B | 2.5 | 0.6 | ✓ | ✓ | |
| 19 | | C | F | 1.1 | 0.1 | ✓ | ✓ | |
| 20 | | C | C | 3.0 | 0.8 | ✓ | | P.O |
| 21 | 2-3 | C | F | 2.3 | 0.15 | ✓ | ✓ | |
| 22 | 2-4 | C | F | 1 | 0.1 | ✓ | ✓ | |
| 23 | 2-5 | C | F | 1.9 | 0.15 | ✓ | ✓ | |
| 24 | | C | F | 3.0 | 0.15 | ✓ | ✓ | |
| 25 | | C | M | 1.5 | 0.3 | ✓ | ✓ | |
| 26 | | C | M | 3 | 0.3 | ✓ | ✓ | |







**MATERIALS ANALYTICAL SERVICES, INC.**
**DUST SHEET**

PAGE # _16_

Client: _LAW ASSOC/ KENNESAW_

Sample ID: _#11_

MAS Job Number: _M 2140-11_

Date Sample Analyzed: _8-28-90_

Number of Openings/Grids Counted: _1.1 /_

Grid Accepted, 600X: (Yes) No _3.90_

Analyst: _Al Harmon_

Dilution Factor: _1: 500_

Accelerating Voltage: _100 KV_

Indicated Mag: _20  25KX_
Screen Mag: _15414  20KX_

Microscope Number: (1)   2   3
Filter Type: (MCE)  PC,  Other =
Filter Size: 25mm,  37mm,  (47m)

Filter Pore Size (um): _0.22_

Grid Opening: 1) _91_ um x _89_
2) ___ um x ___

Calculating Results For Verbal Issue:

| | |
|---|---|
| Effective Filter Area: | (A) _1339_ |
| Number of Grid Openings Examined: | (B) _1_ |
| Average Grid Opening Area in sq. mm: | (C) _0.008099_ |
| Volume of Liquid Filtered in ml: | (D) _0.2_ |
| Area Sampled in Sq. Ft.: | (E) _1_ |
| Number of Asbestos Structures Counted: | (F) _124_ |

**STRUCTURES PER SQ. FT. FORMULA:**

$$\frac{A}{B \cdot C} \cdot \frac{100}{D} \cdot \frac{1}{E} \cdot F = \text{(asbestos structures per sq. ft.)}$$

Calculations:

$$\frac{1339}{1 \cdot 0.008099} \cdot \frac{100}{0.2} \cdot \frac{1}{1} \cdot 124 = \boxed{1.005 \times 10^{20}}$$

CLIENT: LAW ASSOC/ KENNESON     PAGE # 216

MAS JOB NUMBER: M-240-11

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION MORPH. | SAED. | EDS. |
|---|---|---|---|---|---|---|---|---|
| 1 | 1✓ | C | f | 1.0 | 0.1 | ✓ | ✓ | PO |
| 2 | | C | f | 2.5 | 0.1 | ✓ | ✓ | |
| 3 | | C | f | 15.0 | 0.1 | | ✓ | |
| 4 | | c | f | 18.0 | 0.1 | ✓ | ✓ | |
| 5 | | C | f | 3.0 | 0.1 | ✓ | ✓ | |
| 6 | | C | f | 3.5 | 0.1 | ✓ | ✓ | |
| 7 | | C | f | 2.2 | 0.1 | ✓ | ✓ | |
| 8 | | C | f | 5.0 | 0.1 | | ✓ | |
| 9 | | C | f | 4.0 | 0.1 | | ✓ | |
| 10 | | C | f | 5.5 | 0.1 | | ✓ | PO |
| 11 | | C | f | 2.5 | 0.1 | ✓ | ✓ | |
| 12 | | C | C | 6.0 | 3.5 | ✓ | ✓ | |
| 13 | | C | f | 2.5 | 0.1 | ✓ | ✓ | |
| 14 | | C | f | 2.0 | 0.1 | ✓ | ✓ | |
| 15 | | C | M | 8.0 | 6.5 | ✓ | ✓ | |
| 16 | | C | f | 2.2 | 0.1 | ✓ | ✓ | |
| 17 | | C | f | 3.8 | 0.1 | ✓ | ✓ | |
| 18 | | C | f | 2.0 | 0.1 | ✓ | ✓ | |
| 19 | | C | M | 5.0 | 0.1 | ✓ | ✓ | |
| 20 | | C | f | 2.8 | 0.1 | ✓ | ✓ | PO |
| 21 | | C | f | 3.5 | 0.1 | ✓ | | |
| 22 | | C | f | 2.2 | 0.1 | ✓ | ✓ | |
| 23 | | C | f | 7.5 | 0.1 | ✓ | ✓ | |
| 24 | | C | f | 3.5 | 0.1 | ✓ | ✓ | |
| 25 | | C | f | 4.8 | 0.1 | ✓ | ✓ | |
| 26 | | C | f | 12.0 | 0.1 | ✓ | ✓ | |
| 27 | | C | B | 2.8 | 0.3 | ✓ | ✓ | |
| 28 | | C | f | 4.2 | 0.1 | ✓ | ✓ | |
| 29 | | C | M | 8.0 | 2.5 | ✓ | ✓ | |
| | | | c | 4.5 | 0.1 | ✓ | ✓ | PO |

CLIENT: _LAW ASSOC / KENNESAW_          PAGE # _3 1 6_

MAS JOB NUMBER: _M- 2140 - 11_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 31 | 1-1 cont | C | B | 8,15 | 0,12 | — | — | |
| 32 | | C | f | 3,5 | 0,11 | — | — | |
| 33 | | C | f | 4,10 | 0,11 | — | — | |
| 34 | | C | C | 4,15 | 2.8 | — | — | |
| 35 | | C | f | 2,5 | 0,11 | — | — | |
| 36 | | C | f | 6,15 | 0,11 | — | — | |
| 37 | | C | f | 2,5 | 0,11 | — | | |
| 38 | | C | f | 2,5 | 0,11 | | | |
| 39 | | C | f | 3,5 | 0,11 | — | — | |
| 40 | | C | M | 5,10 | 2,5 | — | — | PO |
| 41 | | C | f | 3,5 | 0,11 | — | — | |
| 42 | | C | f | 8,15 | 0,11 | — | — | |
| 43 | | C | f | 5,15 | 0,11 | — | — | |
| 44 | | C | f | 2,2 | 0,11 | — | | |
| 45 | | C | f | 5,10 | 0,11 | — | | |
| 46 | | C | f | 7,5 | 0,11 | — | — | |
| 47 | | C | f | 1,0 | 0,11 | — | — | |
| 48 | | C | f | 1,2 | 0,11 | | — | |
| 49 | | C | f | 7,0 | 0,11 | — | — | |
| 50 | | C | f | 3,5 | 0,11 | — | — | PO |
| 51 | | C | f | 8,15 | 0,11 | — | — | |
| 52 | | C | f | 6,18 | 0,11 | — | — | |
| 53 | | C | f | 2,5 | 0,11 | — | — | |
| 54 | | C | f | 8,10 | 0,11 | — | — | |
| 55 | | C | f | 3,2 | 0,11 | — | — | |
| 56 | | C | f | 3,5 | 0,11 | — | — | |
| 57 | | C | f | 4,10 | 0,11 | — | — | |
| 58 | | C | f | 2,2 | 0,11 | — | — | |
| 59 | | C | f | 4,2 | 0,11 | — | — | |
| 60 | | C | B | 8,15 | 0,12 | — | — | PO |

CLIENT: _LAW ASSOC / KENNESAW_     PAGE # _416_

MAS JOB NUMBER: _M-2140-11_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | MORPH. | SAED. | EDS. |
|---|---|---|---|---|---|---|---|---|
| 61 | 1-1 coat | C | M | 7.0 | 2.5 | ✓ | ✓ | |
| 62 | | C | f | 4.8 | 0.1 | — | — | |
| 63 | | C | f | 1.5 | 0.1 | — | — | |
| 64 | | C | f | 3.8 | 0.1 | — | ✓ | |
| 65 | | C | f | 2.0 | 0.1 | — | — | |
| 66 | | C | f | 9.0 | 0.1 | — | ✓ | |
| 67 | | C | B | 4.5 | 0.2 | — | ✓ | |
| 68 | | C | B | 11.0 | 0.2 | — | — | |
| 69 | | C | f | 4.2 | 0.1 | — | — | |
| 70 | | C | M | 2.8 | 1.5 | — | — | PO |
| 71 | | C | f | 2.5 | 0.1 | — | — | |
| 72 | | C | M | 4.5 | 3.5 | — | — | |
| 73 | | C | f | 7.5 | 0.1 | ✓ | — | |
| 74 | | C | f | 7.2 | 0.1 | — | . | |
| 75 | | C | f | 2.2 | 0.1 | — | — | |
| 76 | | C | f | 4.0 | 0.1 | — | — | |
| 77 | | C | B | 11.5 | 0.2 | — | | |
| 78 | | C | f | 2.5 | 0.1 | — | — | |
| 79 | | C | f | 2.5 | 0.1 | — | — | |
| 80 | | C | B | 4.8 | 0.2 | — | — | PO |
| 81 | | C | f | 5.5 | 0.1 | — | — | |
| 82 | | C | f | 5.0 | 0.1 | ✓ | — | |
| 83 | | C | M | 4.0 | 3.8 | | | |
| 84 | | C | C | 10.0 | 3.5 | | | |
| 85 | | C | f | 5.0 | 0.1 | | | |
| 86 | | C | f | 3.2 | 0.1 | — | — | |
| 87 | | C | f | 12.0 | 0.1 | — | — | |
| 88 | | C | f | 22.0 | 0.1 | — | — | |
| 89 | | C | f | 3.0 | 0.1 | — | — | |
| 90 | | C | f | 5.5 | 0.1 | — | — | PO |

CLIENT: _LAW ASSOC / KENNESAW_    PAGE # 5 1 6

MAS JOB NUMBER: M-2N40-11

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION MORPH. | SAED. | EDS. |
|---|---|---|---|---|---|---|---|---|
| 91 | 1-1 count | C | f | 28.0 | 0.11 | — | — | |
| 92 | | C | f | 12.0 | 0.11 | — | — | |
| 93 | | C | f | 8.0 | 0.11 | — | — | |
| 94 | | C | f | 4.0 | 0.11 | — | — | |
| 95 | | C | M | 9.0 | 3.15 | — | — | |
| 96 | | C | f | 3.0 | 0.11 | — | — | |
| 97 | | C | f | 2.2 | 0.11 | — | — | |
| 98 | | C | C | 7.5 | 3.5 | — | — | |
| 99 | | C | f | 1.8 | 0.11 | — | — | |
| 100 | | C | f | 2.5 | 0.11 | — | — | PD |
| 101 | | C | f | 10.5 | 0.11 | — | — | |
| 102 | | C | M | 3.8 | 3.0 | — | — | |
| 103 | | C | f | 11.0 | 0.11 | — | — | |
| 104 | | C | f | 4.5 | 0.11 | — | — | |
| 105 | | C | f | 3.5 | 0.11 | — | — | |
| 106 | | C | f | 7.5 | 0.11 | — | — | |
| 107 | | C | C | 3.5 | 2.4 | — | — | |
| 108 | | C | M | 3.0 | 2.5 | — | — | |
| 109 | | C | f | 4.5 | 0.11 | — | — | |
| 110 | | C | B | 3.5 | 0.2 | — | — | PD |
| 111 | | C | f | 3.5 | 0.11 | — | — | |
| 112 | | C | f | 3.5 | 0.11 | — | — | |
| 113 | | C | f | 3.0 | 0.11 | — | — | |
| 114 | | C | f | 4.0 | 0.11 | — | — | |
| 115 | | C | f | 4.0 | 0.11 | — | — | |
| 116 | | C | f | 8.0 | 0.11 | — | — | |
| 117 | | C | f | 1.8 | 0.11 | — | — | |
| 118 | | C | f | 6.0 | 0.11 | — | — | |
| 119 | | C | f | 3.5 | 0.11 | — | — | |
| 120 | | C | B | 5.0 | 0.3 | — | — | PD |

CLIENT: _LAW ASSOC / KENNESAW_                                    PAGE # 6 16

MAS JOB NUMBER: _M-2140-11_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 121 | 1-1 0015 | C | f | 1,5 | 0'1 | ⌐ | ⌐ | |
| 122 | | C | f | 1,8 | 0'1 | ⌐ | ⌐ | |
| 123 | | C | f | 2,5 | 0'1 | ⌐ | ⌐ | |
| 124 | | C | f | 2,8 | 0'1 | ⌐ | ⌐ | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |



























MATERIALS ANALYTICAL SERVICES, INC.                                    PAGE # _11_
  DUST SHEET

Client: _LAW ASSOC/ KENNESAW_          Accelerating Voltage: _____ 100 KV

Sample ID: _# 12_                       Indicated Mag: _____ 20 ~~25KX~~ A:
                                        Screen Mag: _____ 15414 ~~20KX~~

MAS Job Number: _M 2140-12_            Microscope Number: (1)    2    3
                                        Filter Type: (MCE)  PC,  Other =
Date Sample Analyzed: _29 - Aug - 90_  Filter Size: 25mm,  37mm,  (47m

Number of Openings/Grids Counted: _8.12_   Filter Pore Size (um): _____ 0.22

Grid Accepted, 600X: (Yes) No _3%_    Grid Opening: 1) _95.3 um_ × _90.6_

Analyst: _W.P.Smith_                                 2) _93.2 um_ × _92.7_

Dilution Factor: _1: 200_

Calculating Results For Verbal Issue:

Effective Filter Area:                  (A) _____ 1339

Number of Grid Openings Examined:       (B) _____ 8

Average Grid Opening Area in sq. mm:    (C) _____ 0.008638

Volume of Liquid Filtered in ml:        (D) _____ 015

Area Sampled in Sq. Ft.:                (E) _____ 1.0

Number of Asbestos Structures Counted:  (F) _____ 100

STRUCTURES PER SQ. FT. FORMULA:

$$\frac{A}{B * C} * \frac{100}{D} * \frac{1}{E} * F = \text{(asbestos structures per sq. ft.)}$$

Calculations:

$$\frac{1339}{8 * 0.008638} * \frac{100}{015} * \frac{1}{1.0} * 100 = 3.875 \times 10^8$$

CLIENT: _Law Assoc. / KENNESAW_          PAGE # _215_

MAS JOB NUMBER: _M- 2140-12_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 1 | 1-1 | C | B | 1.7 | 0.15 | ✓ | ✓ | P.O. |
| 2 | | C | M | 1.8 | 1 | ✓ | ✓ | ✓ |
| 3 | | C | F | 2.5 | 0.1 | ✓ | ✓ | ✓ |
| 4 | | C | F | 1.8 | 0.1 | ✓ | ✓ | ✓ |
| 5 | | C | F | 5 | 0.1 | ✓ | ✓ | ✓ |
| 6 | | C | F | 1.3 | 0.1 | ✓ | ✓ | ✓ |
| 7 | | C | F | 3 | 0.15 | ✓ | ✓ | ✓ |
| 8 | | C | B | 1.7 | 0.2 | ✓ | ✓ | ✓ |
| 9 | | C | F | 1 | 0.1 | ✓ | ✓ | ✓ |
| 10 | | C | F | 1.9 | 0.1 | ✓ | ✓ | ✓ |
| 11 | 1-2 | C | F | 6.5 | 0.1 | ✓ | ✓ | ✓ |
| 12 | | C | F | 2 | 0.1 | ✓ | ✓ | P.O. |
| 13 | | C | F | 1.3 | 0.1 | ✓ | ✓ | ✓ |
| 14 | | C | F | 27 | 0.1 | ✓ | ✓ | ✓ |
| 15 | | C | F | 1 | 0.1 | ✓ | ✓ | ✓ |
| 16 | | C | M | 4 | 1 | ✓ | ✓ | ✓ |
| 17 | | C | F | 4 | 0.2 | ✓ | ✓ | ✓ |
| 18 | | C | F | 4.5 | 0.1 | ✓ | ✓ | ✓ |
| 19 | | C | F | 6.5 | 0.1 | ✓ | ✓ | ✓ |
| 20 | | C | F | 32 | 0.1 | ✓ | ✓ | ✓ |
| 21 | | C | M | 1 | 0.3 | ✓ | ✓ | P.O. |
| 22 | | C | M | 4.5 | 1.5 | ✓ | ✓ | |
| 23 | 1-3 | C | F | 1 | 0.1 | ✓ | ✓ | |
| 24 | | C | F | 0.8 | 0.05 | ✓ | | ✓ |
| 25 | | C | B | 3.5 | 0.15 | ✓ | | ✓ |
| 26 | | C | F | 3.5 | 0.1 | ✓ | ✓ | ✓ |
| 27 | | C | F | 1.1 | 0.1 | ✓ | | ✓ |
| 28 | | C | B | 14 | 0.6 | ✓ | ✓ | |
| 29 | | C | F | 3.5 | 0.1 | ✓ | ✓ | |
| 30 | | C | F | 0.8 | 0.05 | ✓ | ✓ | |

CLIENT: _Low Assoc./Kennesaw_     PAGE # _315_

MAS JOB NUMBER: _M- 2140-12_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 31 | 1-3 | C | F | 3 | 0.1 | ✓ | ✓ | |
| 32 | | C | M | 0.9 | 0.7 | ✓ | | ✓ |
| 33 | | C | F | 0.8 | 0.05 | ✓ | | PO |
| 34 | | C | F | 9 | 0.1 | ✓ | | ✓ |
| 35 | | C | F | 20 | 0.2 | ✓ | ✓ | |
| 36 | | C | F | 1.5 | 0.15 | ✓ | ✓ | |
| 37 | | C | F | 1.2 | 0.1 | ✓ | | ✓ |
| 38 | | C | B | 4.5 | 0.4 | ✓ | ✓ | |
| 39 | | C | F | 5.1 | 0.1 | ✓ | ✓ | |
| 40 | | C | F | 1 | 0.05 | ✓ | ✓ | |
| 41 | 1-4 | C | F | 4.5 | 0.2 | ✓ | ✓ | P.O. |
| 42 | | C | C | 3.5 | 0.8 | ✓ | ✓ | |
| 43 | | C | M | 1.3 | 0.6 | ✓ | | ✓ |
| 44 | | C | F | 12 | 0.15 | ✓ | | ✓ |
| 45 | | C | M | 2 | 0.6 | ✓ | ✓ | |
| 46 | | C | F | 6 | 0.2 | ✓ | ✓ | |
| 47 | | C | C | 2 | 0.6 | ✓ | ✓ | |
| 48 | | C | F | 0.8 | 0.1 | ✓ | ✓ | |
| 49 | | C | F | 9 | 0.2 | ✓ | | ✓ |
| 50 | | C | F | 1.9 | 0.15 | ✓ | ✓ | |
| 51 | | C | F | 1.4 | 0.15 | ✓ | | ✓ |
| 52 | 1-5 | C | F | 0.8 | 0.1 | ✓ | | P.O. |
| 53 | | C | F | 1.2 | 0.1 | ✓ | | ✓ |
| 54 | | C | Q wrs B | 1.2 | 0.2 | ✓ | ✓ | |
| 55 | | C | C | 1.5 | 0.3 | ✓ | ✓ | |
| 56 | | C | F | 0.8 | 0.1 | ✓ | ✓ | |
| 57 | | C | F | 30 | 0.15 | ✓ | | ✓ |
| 58 | 2-1 | C | F | 1.3 | 0.1 | ✓ | | ✓ |
| 59 | | C | F | 4 | 0.15 | ✓ | | ✓ |
| 60 | | C | F | 1.8 | 0.1 | ✓ | ✓ | |

CLIENT: _Law Assoc. /Kennesaw_                    PAGE # _2 15_

MAS JOB NUMBER: _M- 2140-12_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 61 | 2-1 | C | F | 1.2 | 0.15 | ✓ | ✓ | |
| 62 | | C | F | 1.9 | 0.1 | ✓ | | ✓ |
| 63 | | C | F | 40 | 0.15 | ✓ | | ✓ |
| 64 | | C | F | 1 | 0.05 | ✓ | | ✓ |
| 65 | | C | F | 3.5 | 0.1 | ✓ | | ✓ |
| 66 | | C | F | 4 | 0.1 | ✓ | ✓ | |
| 67 | | C | F | 1 | .05 | ✓ | | ✓ |
| 68 | | C | F | 1.2 | 0.1 | ✓ | ✓ | |
| 69 | | C | F | 1.4 | 0.05 | ✓ | ✓ | |
| 70 | | C | F | 2 | 0.1 | ✓ | ✓ | |
| 71 | | C | F | 6 | 0.1 | ✓ | | ✓ |
| 72 | | C | F | 3.5 | 0.1 | ✓ | ✓ | |
| 73 | | C | F | 1.5 | 0.1 | ✓ | | PO |
| 74 | | C | F | 1.5 | 0.2 | ✓ | ✓ | |
| 75 | 2-2 | C | F | 2.2 | 0.1 | ✓ | ✓ | |
| 76 | | C | F | 0.8 | 0.1 | ✓ | ✓ | |
| 77 | | C | F | 1.2 | 0.1 | ✓ | ✓ | |
| 78 | | C | F | 0.9 | 0.1 | ✓ | ✓ | |
| 79 | | C | F | 4 | 0.1 | ✓ | | ✓ |
| 80 | | C | M | 2 | 0.4 | ✓ | | ✓ |
| 81 | | C | B | 5.5 | 0.3 | ✓ | ✓ | |
| 82 | | C | F | 2.2 | 0.1 | ✓ | ✓ | |
| 83 | 2-3 | C | M | 2.0 | 0.X wds 0.3 | ✓ | | PO |
| 84 | | C | F | 0.8 | 0.1 | ✓ | ✓ | |
| 85 | | C | M | 1.2 | 0.05 | ✓ | | ✓ |
| 86 | | C | F | 29 | 0.x wds 0.1 | ✓ | | ✓ |
| 87 | | C | F | 2.5 | 0.1 | ✓ | ✓ | |
| 88 | | C | F | 8.5 | 0.2 | ✓ | ✓ | ✓ |
| 89 | | C | F | 2.1 | 0.15 | ✓ | ✓ | |
| 90 | | C | F | 2.2 | 0.2 | ✓ | ✓ | |

CLIENT: _Law Assoc. / Kennesaw_          PAGE # ___5T 5___

MAS JOB NUMBER: ___M- 2140 72___

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 91 | 2-3 | C | F | 1.9 | 0.1 | ✓ | | ✓ |
| 92 | | C | F | 1 | 0.1 | ✓ | | P.O. |
| 93 | | C | F | 1.5 | 0.1 | ✓ | ✓ | |
| 94 | | C | F | 1 | 0.1 | ✓ | ✓ | |
| 95 | | C | F | 1 | 0.1 | ✓ | ✓ | |
| 96 | | A+ C | M | 4 | 0.3 | ✓ | ✓ | ✓ |
| 97 | | C | F | 1.5 | 0.15 | ✓ | ✓ | ✓ |
| 98 | | C | F | 7.5 | 0.2 | ✓ | | ✓ |
| 99 | | C | F | 2.3 | 0.2 | ✓ | | ✓ |
| 100 | | C | F was M | .3 | 0.2 | ✓ | | ✓ |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |







29-Aug-1990 09:05:24  M.A.S. Chicago
Execution time = 20 second
M2140-12; CHRYSOTILE
Vert= 91 counts. Disp= 1

Preset=           100 secs
Elapsed=           40 secs

Range = 10.230 keV        Integral 0 =  10.110 →
                                                 5561













MATERIALS ANALYTICAL SERVICES, INC.                    PAGE # _11_
   DUST SHEET

Client: _LAW ASSOC/ KENNESAW_                Accelerating Voltage:           100 KV

Sample ID: _# 13_                            Indicated Mag:          ~~20~~  ~~25KX~~
                                             Screen Mag:             _15414_  ~~20KX~~

MAS Job Number:        _M 2140 - 13_         Microscope Number:    ①    2    3
                       _Grid #1 8-29-90_     Filter Type:        (MCE)   PC,   Other =
Date Sample Analyzed:  _Grid#2 8- 30 - 90_   Filter Size:        25mm,    37mm,   (47r

Number of Openings/Grids Counted: _5.1  2_   Filter Pore Size (um):        _0.22_

Grid Accepted, 600X: (Yes)  No  _2%_         Grid Opening:        1) _92_ um x _91_

Analyst:    _Cl Henwon_                                            2) _92_ um x _93_

Dilution Factor:            1: _200_

Calculating Results For Verbal Issue:

Effective Filter Area:                       (A) _____1339_____

Number of Grid Openings Examined:            (B) _____5_____

Average Grid Opening Area in sq. mm:         (C) _____0.00 8464_____

Volume of Liquid Filtered in ml:             (D) _____015_____

Area Sampled in Sq. Ft.:                     (E) _____1_____

Number of Asbestos Structures Counted:       (F) _____94_____

STRUCTURES PER SQ. FT. FORMULA:

$$\frac{A}{B \cdot C} * \frac{100}{D} * \frac{1}{E} * F = \text{(asbestos structures per sq. ft.)}$$

Calculations:

$$\frac{1339}{5 \cdot 0.00 8464} * \frac{100}{0.15} * \frac{1}{1} * 94 = 5.448 \times 10^8$$

CLIENT: LAW ASSOC / KENNESAW                    PAGE # 315

MAS JOB NUMBER: M-2140-13

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 1 | 1-1 | C | f | 2.5 | 01) | ✓ | ✓ | PO |
| 2 | | C | f | 6.5 | 011 | | ✓ | |
| 3 | | C | M | 4.5 | 3.5 | | ✓ | |
| 4 | | C | f | 2.5 | 011 | | ✓ | |
| 5 | | C | f | 1.8 | 011 | | ✓ | |
| 6 | | C | C | 13.0 | 4.5 | | ✓ | |
| 7 | | C | M | 5.0 | 2.8 | | ✓ | |
| 8 | | C | f | 1.5 | 011 | | ✓ | |
| 9 | | C | f | 1.2 | 011 | ✓ | ✓ | |
| 10 | | C | M | 2.8 | 1.6 | ✓ | ✓ | PO |
| 11 | | C | f | 1.5 | 011 | | ✓ | |
| 12 | | C | M | 4.5 | 3.8 | | ✓ | |
| 13 | | C | f | 3.0 | 011 | | ✓ | |
| 14 | | C | f | 1.8 | 011 | | ✓ | |
| 15 | | C | M | 2.2 | 0.8 | ✓ | ✓ | |
| 16 | | C | M | 5.0 | 3.8 | ✓ | ✓ | |
| 17 | | C | f | 3.8 | 011 | ✓ | ✓ | |
| 18 | | C | f | 1.5 | 011 | | ✓ | |
| 19 | | C | f | 2.5 | 011 | | ✓ | |
| 20 | | C | f | 4.5 | 011 | | ✓ | PO |
| 21 | | C | M | 18.0 | 9.5 | | ✓ | |
| 22 | | C | f | 1.5 | 011 | ✓ | ✓ | |
| 23 | | C | f | 4.5 | 011 | | ✓ | |
| 24 | | C | f | 1.0 | 011 | ✓ | ✓ | |
| 25 | 1-2 | C | f | 2.5 | 0.71 | | ✓ | |
| 26 | | C | f | 1.8 | 011 | | ✓ | |
| 27 | | C | f | 2.5 | 011 | | ✓ | |
| 28 | | C | B | 2-8 | 017 | | ✓ | |
| 29 | | C | f | 2.4 | 011 | | ✓ | |
| 30 | | C | f | 2.2 | 011 | | ✓ | PO |

CLIENT: _LAW ASSOC / KENNESAW_          PAGE # _3rd 2 1 5_

MAS JOB NUMBER: _M-2140-13_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 31 | 1-3 CONT | C | f | 3.5 | 0.1 | — | — | |
| 32 | | C | f | 3.2 | 0.1 | — | — | |
| 33 | | C | B | 3.0 | 0.1 | | — | |
| 34 | 1-3 | C | f | 11.0 | 0.1 | | — | |
| 35 | | C | f | 2.8 | 0.1 | — | — | |
| 36 | | C | B | 8.0 | 0.2 | — | — | |
| 37 | | C | f | 6.0 | 0.1 | — | — | |
| 38 | | C | f | 2.5 | 0.1 | — | — | |
| 39 | | C | f | 2.8 | 0.1 | — | — | |
| 40 | | C | f | 1.8 | 0.1 | — | — | PD |
| 41 | | C | C | 4.5 | 2.5 | — | — | |
| 42 | | C | f | 1.0 | 0.1 | — | | |
| 43 | | C | f | 1.2 | 0.1 | — | | |
| 44 | | C | f | 4.0 | 0.1 | | | |
| 45 | | C | M | 3.5 | 3.0 | — | | |
| 46 | | C | f | 1.5 | 0.1 | — | — | |
| 47 | | C | f | 3.0 | 0.1 | — | — | |
| 48 | | C | f | 3.4 | 0.1 | — | — | |
| 49 | | C | B | 2.5 | 0.2 | — | — | |
| 50 | | C | f | 5.2 | 0.1 | — | — | PD |
| 51 | | C | f | 1.2 | 0.1 | — | — | |
| 52 | | C | f | 2.0 | 0.1 | — | — | |
| 53 | | C | f | 2.2 | 0.1 | — | — | |
| 54 | | C | B | 3.8 | 0.2 | — | — | |
| 55 | | C | M | 4.5 | 2.5 | — | — | |
| 56 | | C | f | 5.5 | 0.1 | — | — | |
| 57 | | C | f | 2.8 | 0.1 | — | — | |
| 58 | | C | f | 1.5 | 0.1 | — | — | |
| 59 | | C | f | 2.6 | 0.1 | — | — | |
| 1.0 | | C | f | 1.8 | 0.1 | — | — | PD |

CLIENT: _LAW ASSOC/KENNESOW_   PAGE # 4 of 5 / 8 / 5

MAS JOB NUMBER:  M- 2140-13

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION MORPH. | SAED. | EDS. |
|---|---|---|---|---|---|---|---|---|
| 61 | 2-1 | C | f | 1.5 | 011 | — | — | |
| 62 | | C | f | 3.5 | 011 | — | — | |
| 63 | | C | f | 3.0 | 011 | — | — | |
| 64 | | C | f | 3.8 | 011 | — | — | |
| 65 | | C | f | 1.5 | 011 | — | — | |
| 66 | | C | f | 1.2 | 011 | — | — | |
| 67 | | C | f | 3.0 | 011 | — | — | |
| 68 | | C | f | 3.5 | 011 | — | — | |
| 69 | | C | C | 4.5 | 2.5 | — | — | |
| 70 | | C | B | 2.5 | 0.2 | — | — | PD |
| 71 | | C | f | 3.5 | 011 | — | — | |
| 72 | | C | B | 8.5 | 0.3 | — | — | |
| 73 | | C | M | 3.2 | 1.5 | — | — | |
| 74 | | C | f | 4.5 | 011 | — | — | |
| 75 | 2-2 | C | f | 1.2 | 011 | — | — | |
| 76 | | C | f | 2.2 | 011 | — | — | |
| 77 | | C | f | 1.8 | 011 | — | — | |
| 78 | | C | f | 2.0 | 011 | — | — | |
| 79 | | C | f | 1.5 | 011 | — | — | |
| 80 | | C | f | 3.5 | 011 | — | — | PD |
| 81 | | C | B | 3.5 | 014 | — | — | |
| 82 | | C | f | 3.2 | 011 | — | — | |
| 83 | | C | f | 6.0 | 011 | — | — | |
| 84 | | C | f | 2.2 | 011 | — | — | |
| 85 | | C | f | 3.2 | 011 | — | — | |
| 86 | | C | f | 1.0 | 011 | — | — | |
| 87 | | C | M | 1.5 | 015 | — | — | |
| 88 | | C | f | 12.0 | 011 | — | — | |
| 89 | | C | f | 1.8 | 011 | — | — | |
| 90 | | C | f | 3.5 | 011 | — | — | PD |

CLIENT: _LAW ASSOC / KENNESAW_                    PAGE # _5 of 5_

MAS JOB NUMBER: _M- 2140-13_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 91 | 2-2 cont | C | f | 2.5 | 0.1 | — | — | |
| 92 | | C | f | 7.5 | 0.1 | — | — | |
| 93 | | C | f | 2.5 | 0.1 | — | — | |
| 94 | | C | M | 3.5 | 2.0 | — | — | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |





















MATERIALS ANALYTICAL SERVICES, INC.                              PAGE # _11_
         *DUST SHEET*

Client: _LAW ASSOC/ KENNESAW_          Accelerating Voltage: _____ 100 KV

Sample ID: _#14_                       Indicated Mag:       _20_ ~~25KX~~
                                       Screen Mag:          _15414_ ~~20KX~~

MAS Job Number: _M 2140-14_            Microscope Number:   ① 2   3
                                       Filter Type:    MCE   PC,   Other =
Date Sample Analyzed: _8 - 30 - 90_    Filter Size:    25mm,    37mm,   47m

Number of Openings/Grids Counted: _101  2_     Filter Pore Size (um):  _0.22_

Grid Accepted, 600X: ⟨Yes⟩ No  _5 90_          Grid Opening:   1) _5) _ um x _8_

Analyst: _Al Hannon_                                           2) _87_ um x _90_

Dilution Factor:       1: _50_

Calculating Results For Verbal Issue:

Effective Filter Area:                 (A) _____ _1.339_

Number of Grid Openings Examined:      (B) _____ _10_

Average Grid Opening Area in sq. mm:   (C) _____ _0.007965_

Volume of Liquid Filtered in ml:       (D) _____ _2.0_

Area Sampled in Sq. Ft.:               (E) _____ _1_

Number of Asbestos Structures Counted: (F) _____ _62_

STRUCTURES PER SQ. FT. FORMULA:

$$\frac{A}{B \cdot C} \cdot \frac{100}{D} \cdot \frac{1}{E} \cdot F = \text{(asbestos structures per sq. ft.)}$$

Calculations:

$$\frac{1339}{10 \cdot 0.007965} \cdot \frac{100}{2.0} \cdot \frac{1}{1} \cdot 62 = 5.211 \times 10^{?}$$

CLIENT: _LAW ASSOC / KENNESAW_    PAGE # _214_

MAS JOB NUMBER: _M-2140-14_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 1 | 1-1 | C | f | 8.5 | 0.1 | — | — | PO |
| 2 | | C | f | 1.2 | 0.1 | — | — | |
| 3 | | C | f | 2.0 | 0.1 | — | — | |
| 4 | | C | f | 4.8 | 0.1 | — | — | |
| 5 | | C | f | 2.5 | 0.1 | — | — | |
| 6 | | C | f | 2.8 | 0.1 | — | — | |
| 7 | | C | f | 8.5 | 0.1 | — | — | |
| 8 | 1-2 | C | f | 2.0 | 0.1 | — | — | |
| 9 | | C | f | 2.8 | 0.1 | | — | |
| 10 | | C | f | 5.5 | 0.1 | — | — | PO |
| 11 | | C | f | 5.8 | 0.1 | — | — | |
| 12 | 1-3 | C | f | 2.5 | 0.1 | — | — | |
| 13 | | C | C | 3.0 | 1.5 | — | | |
| 14 | | C | M | 3.8 | 3.5 | — | — | |
| 15 | | C | f | 6.5 | 0.1 | — | — | |
| 16 | 1-4 | C | f | 2.5 | 0.1 | — | — | |
| 17 | | C | f | 3.0 | 0.1 | — | — | |
| 18 | | C | f | 1.2 | 0.1 | — | — | |
| 19 | | C | f | 2.0 | 0.1 | — | — | |
| 20 | | C | f | 2.5 | 0.1 | — | — | PO |
| 21 | | C | f | 2.8 | 0.1 | — | — | |
| 22 | | C | f | 1.8 | 0.1 | — | — | |
| 23 | 1-5 | C | f | 2.0 | 0.1 | | — | |
| 24 | | C | f | 1.0 | 0.1 | — | — | |
| 25 | | C | f | 3.0 | 0.1 | — | — | |
| 26 | | C | f | 2.5 | 0.1 | — | — | |
| 27 | | C | f | 4.5 | 0.1 | — | — | |
| 28 | | C | f | 1.8 | 0.1 | — | — | |
| 29 | 2-1 | C | f | 7.5 | 0.1 | — | — | |
| 30 | | C | B. | 2.5 | 0.2 | — | — | PO |

CLIENT: _LAW ASSOC/ KENNESAW_     PAGE # _314_

MAS JOB NUMBER: _M-240-14_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 31 | 2-1 CONT | C | B | 3.0 | 0.2 | — | — | |
| 32 | | C | B | 5.5 | 0.3 | — | — | |
| 33 | | C | f | 3.5 | 0.1 | — | — | |
| 34 | | C | f | 5.0 | 0.1 | — | — | |
| 35 | 2-2 | C | f | 8.0 | 0.1 | — | — | |
| 36 | | C | C | 4.0 | 2.0 | — | — | |
| 37 | | C | f | 4.5 | 0.1 | — | — | |
| 38 | | C | f | 2.0 | 0.1 | — | — | |
| 39 | | C | f | 1.5 | 0.1 | — | — | |
| 40 | 2-3 | C | f | 6.0 | 0.1 | — | — | PO |
| 41 | | C | f | 5.5 | 0.1 | — | — | |
| 42 | | C | f | 2.8 | 0.1 | — | — | |
| 43 | | C | f | 2.2 | 0.1 | — | — | |
| 44 | | C | f | 4.5 | 0.1 | — | — | |
| 45 | 2-4 | C | f | 3.0 | 0.1 | — | — | |
| 46 | | C | f | 3.2 | 0.1 | — | — | |
| 47 | | C | f | 6.5 | 0.1 | — | — | |
| 48 | | C | f | 6.8 | 0.1 | 0.833 | — | |
| 49 | | C | f | 2.8 | 0.1 | 0.170 | — | PO |
| 50 | | C | f | 4.5 | 0.1 | — | — | |
| 51 | 2-5 | C | f | 12.0 | 0.1 | — | — | |
| 52 | | C | f | 2.5 | 0.1 | — | — | |
| 53 | | C | f | 6.5 | 0.1 | — | — | |
| 54 | | C | f | 7.5 | 0.1 | — | — | |
| 55 | | C | f | 3.5 | 0.1 | — | — | |
| 56 | | C | f | 2.2 | 0.1 | — | 2.40 0.171 | |
| 57 | | C | f | 6.0 | 0.1 | — | — | |
| 58 | | C | f | 2.2 | 0.1 | — | — | |
| 59 | | C | f | 4.0 | 0.1 | — | — | |
| 60 | | C | B | 9.5 | 0.2 | — | — | PO |

CLIENT: _LAW ASSOC / KENNESAW_     PAGE # _4/14_

MAS JOB NUMBER: _M-2140-14_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|--------|-----------------|-----------|--------------------------|----------------|---------------|--------|-------|-----|
| | | | | | | MORPH. | SAED. | EDS. |
| 61 | 2-5 count | c | c | 11.0 | 7.0 | ✓ | ✓ | |
| 62 | | c | f | 3.0 | 0.1) | ✓ | ✓ | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |





