







MATERIALS ANALYTICAL SERVICES, INC.
*DUST SHEET*

PAGE # _11_

Client: _LAW ASSOC/ KENNESAW_

Sample ID: _# 15_

MAS Job Number: _M 2140-15_

Date Sample Analyzed: _31 - Aug - 90_

Number of Openings/Grids Counted: _2.12_

Grid Accepted, 600X: (Yes) No _5-10%_

Analyst: _W.P. Smith_

Dilution Factor: 1: _1000_

Accelerating Voltage: _100 KV_

Indicated Mag: _20_ ~~25KX~~ _A2_
Screen Mag: _15414_ ~~20KX~~

Microscope Number: (1)   2   3
Filter Type: (MCE)   PC,   Other = 
Filter Size: 25mm,   37mm,   (47m)

Filter Pore Size (um): _0.22_

Grid Opening: 1) _95.3_ um × _91.2_

2) _93.7_ um × _93.2_

Calculating Results For Verbal Issue:

Effective Filter Area: (A) _1339_

Number of Grid Openings Examined: (B) _2_

Average Grid Opening Area in sq. mm: (C) _0.008711_

Volume of Liquid Filtered in ml: (D) _0.1_

Area Sampled in Sq. Ft.: (E) ~~1~~ (0.375)

Number of Asbestos Structures Counted: (F) _93_

STRUCTURES PER SQ. FT. FORMULA:

$$\frac{A}{B \cdot C} * \frac{100}{D} * \frac{1}{E} * F = \text{(asbestos structures per sq. ft.)}$$

Calculations:

$$\frac{1339}{2 \cdot 0.008711} * \frac{100}{0.1} * \frac{1}{\frac{1}{0.375}} * 93 = 1.48 \times 10^9$$

1.9 × 10^10 way

CLIENT: _LAW ASSOC / KENNESAW_   PAGE # 2 / 15 WPS

MAS JOB NUMBER: _M-2140-15_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | MORPH. | SAED. | EDS. |
|---|---|---|---|---|---|---|---|---|
| 1 | 1-1 | C | M | 8.5 | 1 | ✓ | | PO |
| 2 | | C | M | 7 | 0.7 | ✓ | ✓ | |
| 3 | | C | M | 7 | 3 | ✓ | ✓ | |
| 4 | | C | M | 12 | 0.6 | ✓ | ✓ | |
| 5 | | C | M | 7 | 7 | ✓ | ✓ | |
| 6 | | C | M | 26 | 0.1 | ✓ | ✓ | |
| 7 | | C | M | 14 | 5 | ✓ | ✓ | |
| 8 | | C | M | 8.5 | 1 | ✓ | ✓ | |
| 9 | | C | M | 5 | 2 | ✓ | ✓ | |
| 10 | | C | C | 1.2 | 0.8 | ✓ | ✓ | |
| 11 | | C | F | 3.5 | 0.1 | ✓ | | PO |
| 12 | | C | M | 7.5 | 2 | ✓ | ✓ | |
| 13 | | C | M | 3.5 | 2 | ✓ | ✓ | |
| 14 | | C | M | 9.5 | 2.5 | ✓ | ✓ | |
| 15 | | C | M | 30 | 7 | ✓ | ✓ | |
| 16 | | C | M | 3.5 | 1 | ✓ | | ✓ |
| 17 | | C | M | 13 | 1.5 | ✓ | ✓ | |
| 18 | | C | M | 28 | 0.6 | ✓ | ✓ | |
| 19 | | C | M | 25 | 1.2 | ✓ | ✓ | |
| 20 | | C | M | 14 | 7 | ✓ | ✓ | |
| 21 | | C | M | 2.2 | 0.4 | ✓ | | PO |
| 22 | | C | M | 5 | 1 | ✓ | ✓ | |
| 23 | | C | M | 4 | 1 | ✓ | ✓ | |
| 24 | | C | M | 10 | 1 | ✓ | ✓ | |
| 25 | | C | M | 25 | 25 | ✓ | ✓ | |
| 26 | | C | F | 7 | 0.2 | ✓ | ✓ | |
| 27 | | C | F | 3 | 0.2 | ✓ | ✓ | |
| 28 | | C | M | 18 | 6 | ✓ | ✓ | |
| 29 | | C | M | 5 | 1 | ✓ | ✓ | |
| 30 | | C | M | 27 | 3.5 | ✓ | ✓ | |

CLIENT: LAW ASSOC / KENNESAW

MAS JOB NUMBER: M-2140-

PAGE # 13 15

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 31 | 1-1 | C | M | 1.5 | 0.3 | ✓ | | P.0. |
| 32 | | C | M | 1.2 | 0.3 | ✓ | ✓ | |
| 33 | | C | M | 4 | 1 | ✓ | ✓ | |
| 34 | | C | M | 7.5 | 7.5 | ✓ | ✓ | |
| 35 | | C | M | 20 | 4 | ✓ | ✓ | |
| 36 | | C | M | 10 | 6 | ✓ | ✓ | |
| 37 | | C | M | 4 | 1 | ✓ | ✓ | |
| 38 | | C | M | 4 | 3.5 | ✓ | ✓ | |
| 39 | | C | M | 2 | 1 | ✓ | ✓ | |
| 40 | | C | M | 3 | 0.6 | ✓ | ✓ | |
| 41 | | C | M | 14 | 7 | ✓ | | PO |
| 42 | | C | M | x^{eps}13 | 2 | ✓ | ✓ | |
| 43 | | C | M | 21 | 3.5 | ✓ | ✓ | |
| 44 | | C | M | 4 | 2 | ✓ | ✓ | |
| 45 | | C | M | 1.3 | 0.3 | ✓ | ✓ | |
| 46 | | C | M | 12 | 2 | ✓ | ✓ | |
| 47 | | C | M | 4 | 3.5 | ✓ | ✓ | |
| 48 | | C | M | x^{eps}11 | 2 | ✓ | ✓ | |
| 49 | | C | M | 10 | 2 | ✓ | ✓ | |
| 50 | 2-1 | C | M | 3.5 | 0.8 | ✓ | ✓ | |
| 51 | | C | M | 9.5 | 2 | ✓ | | PO |
| 52 | | C | M | 5.5 | 2 | ✓ | ✓ | |
| 53 | | C | M | 10.5 | 2 | ✓ | ✓ | |
| 54 | | C | M | 35 | 17 | ✓ | ✓ | |
| 55 | | C | F | 1.1 | 0.1 | ✓ | ✓ | |
| 56 | | C | M | 4.5 | 1 | ✓ | ✓ | |
| 57 | | C | M | 7 | 3.5 | ✓ | ✓ | |
| 58 | | C | M | 1.9 | 0.6 | ✓ | ✓ | |
| 59 | | C | C | 4 | 0.15 | ✓ | ✓ | |
| 60 | | C | M | 5 | 0.6 | ✓ | ✓ | |

CLIENT: Law Assoc / Kennesaw          PAGE # 4/5

AS JOB NUMBER: M-2140-15

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|--------|-----------------|-----------|--------------------------|----------------|---------------|--------|--------|-----|
| | | | | | | MORPH. | SAED. | EDS. |
| 61 | 2-1 | c | M | 16 | 5 | ✓ | ✓ | P.a |
| 62 | | C | F | 2.5 | 0.1 | ✓ | ✓ | |
| 63 | | C | F | 1.2 | 0.1 | ✓ | ✓ | |
| 64 | | C | M | 40 | 7 | ✓ | ✓ | |
| 65 | | C | M | 4 | 1 | ✓ | ✓ | |
| 66 | | c | M | 14 | 3 | ✓ | ✓ | |
| 67 | | C | F | 1.9 | 0.1 | ✓ | ✓ | |
| 68 | | C | F | 8.8 | 0.1 | ✓ | ✓ | |
| 69 | | c | M | 7 | 0.6 | ✓ | ✓ | |
| 70 | | c | M | 4.5 | 1.5 | ✓ | ✓ | |
| 71 | | C | M | 11 | 10 | ✓ | ✓ | PO |
| 72 | | c | F | 2 | 0.1 | ✓ | ✓ | |
| 73 | | c | M | 4 | 2 | ✓ | ✓ | |
| 74 | | c | M | 1 | 0.2 | ✓ | ✓ | |
| 75 | | c | M | 15 | 5 | ✓ | ✓ | |
| 76 | | c | M | 3.5 | 2.5 | ✓ | ✓ | |
| 77 | | c | m | 20 | 3 | ✓ | ✓ | |
| 78 | | c | F | 0.8 | 0.1 | ✓ | ✓ | |
| 79 | | C | M | 20 | 1.5 | ✓ | ✓ | |
| 80 | | C | M | 4 | 0.4 | ✓ | ✓ | |
| 81 | | C | F | 3.5 | 0.1 | ✓ | ✓ | PO |
| 82 | | c | C | 7.0 | 2.0 | ✓ | ✓ | |
| 83 | | C | m | 3 | 0.7 | ✓ | ✓ | |
| 84 | | C | F | 0.8 | 0.1 | ✓ | ✓ | |
| 85 | | c | M | 1.2 | 0.4 | ✓ | ✓ | |
| 86 | | c | M | 20 | 7 | ✓ | ✓ | |
| 87 | | c | M | 7 | 5 | ✓ | ✓ | |
| 88 | | C | M | 8 | 2 | ✓ | ✓ | |
| 89 | | C | F | 1.1 | 0.1 | ✓ | ✓ | |
| 90 | | c | M | 16 | 0.4 | ✓ | ✓ | |

CLIENT: _Law Assoc. /Kenncraw_       PAGE # _515_

AS JOB NUMBER:   _M- 214075_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 91 | 2-1 | C | M | 22 | 20 | ✓ | ✓ | PO |
| 92 | | C | M | 1.5 | 1 | ✓ | ✓ | |
| 93 | | C | F | 0.8 | 0.1 | ✓ | ✓ | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |





31-Aug-1990 18:49:59   M.A.S. Chicago

M2140-15; CHRYSOTILE
Vert= 318 counts   Disp= 1

Preset=                100 secs
Elapsed=               31 secs

0.000   Range = 10.230 keV   Integral 0 = 10.110
                                                12602















1-Sep-1990 09:09:22   M.A.S. Chicago

M2140-15; CHRYSOTILE
Vert= 134 counts   Disp= 1

Preset=           100 secs
Elapsed=           47 secs

1   0.000   Range=  10.230 keV      Integral 0  =  10.070   6099



DUPLICATE: ///     REPLICATE: _____     PAGE # / / 4

MAS JOB NUMBER: M – 2/40-15 0.1 µl     # of GO/grids counted: ____ 1 ____
    Ave. grid opening: _____ sq. um.

⬛E: 9-19-90

ANALYST: Orig: W.S.   I.C.J.Q.     Grid opening: 1) 90 um  X  88.5 um
    2) 99 µm  X  93.7 um

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 1 | 1-1 | -C | F | 16 | 0.2 | ✓ | ✓ | PD |
| 2 | | C | F | 9. | 0.1 | ✓ | ✓ | |
| 3 | | C | F | 9.5 | 0.2 | ✓ | ✓ | |
| 4 | | C | F | 1.5 | 0.1 | ✓ | ✓ | |
| 5 | | C | F | 7.0 | 0.1 | ✓ | ✓ | |
| 6 | | C | F | 1.3 | 0.1 | ✓ | ✓ | |
| 7 | | C | F | 7.0 | 0.1 | ✓ | ✓ | |
| 8 | | C | F | 4.5 | 0.1 | ✓ | ✓ | |
| 9 | | C | F | 17.0 | 0.1 | ✓ | ✓ | |
| 10 | | C | F | 1.5 | 0.1 | ✓ | ✓ | P.D. |
| 11 | | C | F - | 1.2 | 0.1 | ✓ | ✓ | |
| 12 | | C | F | 9.0 | 0.1 | ✓ | ✓ | |
| 13 | | C | F | 25.0 | 0.1 | ✓ | ✓ | |
| 14 | | C | F | 2.0 | 0.9 | ✓ | ✓ | |
| 15 | | C | F | 6.0 | 0.1 | ✓ | ✓ | |
| 16 | | C | F | 14.0 | 0.1 | ✓ | ✓ | |
| 17 | | C | B | 2.5 | 0.3 | ✓ | ✓ | |
| 18 | | C | F | 4.0 | 0.1 | ✓ | ✓ | |
| 19 | 1-2 | C | F | 3.5 | 0.1 | ✓ | ✓ | |
| 20 | | C | F | 2.0 | 0.1 | ✓ | ✓ | P.D. |
| 21 | | C | F | 6.0 | 0.1 | ✓ | ✓ | |
| 22 | | C | B | 10.0 | 0.4 | ✓ | ✓ | |
| 23 | | C | C | 3.0 | 0.3 | ✓ | ✓ | |
| 24 | | C | F | 6.0 | 0.1 | ✓ | ✓ | |
| 25 | | C | M | 7.0 | 5.0 | ✓ | ✓ | |
| 26 | | C | F | 3.5 | 0.1 | ✓ | ✓ | |
| 27 | | C | B | 2.5 | 0.3 | ✓ | ✓ | |
| 28 | | C | F | 12.0 | 0.1 | ✓ | ✓ | |

**DUPLICATE:** ///     **REPLICATE:**     **PAGE #** 214

**MAS JOB NUMBER:** M 2140-15     **# of GO/grids counted:** 1
**Ave. grid opening:** _____ sq. um.

**DATE:** 9-19-90

**ANALYST:** Orig: W.S. 1

Grid opening: 1) ___ um  X ___ um
          2) ___ um  X ___ um

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION MORPH. | SAED. | EDS. |
|---|---|---|---|---|---|---|---|---|
| 29 | 1-2 | C | B | 2.5 | 0.3 | ✓ | ✓ | |
| 30 | | C | F | 9.0 | 0.1 | ✓ | ✓ | P.D. |
| 31 | | C | F | 2.5 | 0.1 | ✓ | ✓ | |
| 32 | | C | M | 3.0 | 2.0 | ✓ | ✓ | |
| 33 | | C | M | 2.5 | 1.5 | ✓ | ✓ | |
| 34 | | C | F | 1.2 | 0.1 | ✓ | ✓ | |
| 35 | | C | F | 8.5 | 0.1 | ✓ | ✓ | |
| 36 | | C | M | 8.0 | 2.0 | ✓ | ✓ | |
| 37 | | C | F | 13.0 | 0.1 | ✓ | ✓ | |
| 38 | | C | F | 1.2 | 0.1 | ✓ | ✓ | |
| 39 | | C | M | 4.0 | 1.5 | ✓ | ✓ | |
| 40 | | C | F | 1.5 | 0.1 | ✓ | ✓ | PD |
| 41 | | C | F | 19.0 | 0.1 | ✓ | ✓ | |
| 42 | | C | F | 5.0 | 0.1 | ✓ | ✓ | |
| 43 | | C | F | 13.0 | 0.1 | ✓ | ✓ | |
| 44 | | C | C | 4.5 | 1.0 | ✓ | ✓ | |
| 45 | | C | B | 7.0 | 0.2 | ✓ | ✓ | |
| 46 | | C | C | 2.0 | 2.0 | ✓ | ✓ | |
| 47 | 2-1 | C | F | 3.5 | 0.2 | ✓ | ✓ | |
| 48 | Bb | C | C | 3.0 | 2.0 | ✓ | ✓ | |
| 49 | | C | F | 0.7 | 0.1 | ✓ | ✓ | |
| 50 | | C | F | 5.0 | 0.1 | ✓ | ✓ | PD |
| 51 | | C | M | 14.0 | 1.0 | ✓ | ✓ | |
| 52 | | C | M | 10.0 | 10.0 | ✓ | ✓ | |
| 53 | | C | F | 1.2 | 0.2 | ✓ | ✓ | |
| 54 | | C | F | 7.0 | 0.1 | ✓ | ✓ | |
| 55 | | C | M | 3.0 | 0.3 | ✓ | ✓ | |
| 56 | | C | F | 5.0 | 0.2 | ✓ | ✓ | |

DUPLICATE: _111_     REPLICATE: _____     PAGE # _3-14__

MAS JOB NUMBER: _M - 2140 - 15_     # of GO/grids counted: _____1_____
                                     Ave. grid opening: _____ sq. um.

DATE: _9-20-90_

ANALYST: Orig: _W. 51_     Grid opening: 1) ___ um  X  ___ um
                                         2) ___ um  X  ___ um

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | MORPH. | SAED. | EDS. |
|--------|-----------------|-----------|-------------------------|----------------|---------------|--------|-------|------|
| 57 | 2-1 | C | M | 10.0 | 7.0 | ✓ | ✓ | |
| 58 | | C | M | 19.0 | 2.0 | ✓ | ✓ | |
| 59 | | C | M | 12.0 | 4.0 | ✓ | ✓ | |
| 60 | | C | F | 2.5 | 0.1 | ✓ | ✓ | P.D |
| 61 | | C | F | 2.0 | 0.1 | ✓ | ✓ | |
| 62 | | C | M | 17.0 | 10.0 | ✓ | ✓ | |
| 63 | | C | F | 6.3 | 0.1 | ✓ | ✓ | |
| 64 | | C | M | 3.5 | 0.5 | ✓ | ✓ | |
| 65 | | C | M | 15.0 | 10.0 | ✓ | ✓ | |
| 66 | | C | F | 7.0 | 0.1 | ✓ | ✓ | |
| 67 | | C | M | 4.0 | 2.0 | ✓ | ✓ | |
| 68 | | C | M | 7.0 | 2.0 | ✓ | ✓ | |
| 69 | | C | F | 1.5 | 0.1 | ✓ | ✓ | |
| 70 | | C | M | 5.0 | 2.0 | ✓ | ✓ | P.D |
| 71 | | C | M | 10.0 | 2.0 | ✓ | ✓ | |
| 72 | | C | C | 1.5 | 1.0 | ✓ | ✓ | |
| 73 | | C | F | 3.8 | 0.1 | ✓ | ✓ | |
| 74 | | C | M | 12.0 | 4.0 | ✓ | ✓ | |
| 75 | | C | F | 15.0 | 0.1 | ✓ | ✓ | |
| 76 | | C | M | 5.0 | 3.0 | ✓ | ✓ | |
| 77 | | C | B | 2.0 | 0.3 | ✓ | ✓ | |
| 78 | | C | F | 12.0 | 0.1 | ✓ | ✓ | |
| 79 | | C | M | 15.0 | 2.5 | ✓ | ✓ | |
| 80 | | C | M | 8.0 | 1.0 | ✓ | ✓ | P.D |
| 81 | | C | F | 2.5 | 0.1 | ✓ | ✓ | |
| 82 | | C | M | 16.0 | 3.0 | ✓ | ✓ | |
| 83 | | C | M | 3.0 | 1.5 | ✓ | ✓ | |
| 84 | | C | M | 4.0 | 2.0 | ✓ | ✓ | |

DUPLICATE: _111(_     REPLICATE: _____     PAGE # _414_

MAS JOB NUMBER: _M 2140-15_

# of GO/grids counted: _____ 1

Ave. grid opening: _____ sq. um.

DATE: _____

ANALYST: Orig: _____ 1

Grid opening:  1) ___ um   X ___ um
               2) ___ um   X ___ um

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 85 | 2-1 | C | e | 4.0 | 3.0 | ✓ | ✓ | |
| 86 | | C | F | 2.0 | 0.2 | ✓ | ✓ | |
| 87 | | C | F | 3.5 | 0.1 | ✓ | ✓ | |
| 88 | | C | F | 6.0 | 0.1 | ✓ | ✓ | |
| 89 | | C | M | 3.5 | 1.0 | ✓ | ✓ | |
| 90 | | C | F | 13.0 | 0.1 | ✓ | ✓ | P.D |
| 91 | | C | F | 0.6 | 0.1 | ✓ | ✓ | |
| 92 | | C | F | 0.8 | 0.1 | ✓ | ✓ | |
| 93 | | C | M | 1.5 | 0.3 | ✓ | ✓ | |
| 94 | | C | F | 17.0 | 0.1 | ✓ | ✓ | |
| 95 | | C | C | 20.0 | 2.0 | ✓ | ✓ | |
| 96 | | C | M | 18.0 | 5.0 | ✓ | ✓ | |
| 97 | | C | M | 6.0 | 2.0 | ✓ | ✓ | |
| 98 | | C | B | 2.5 | 0.3 | ✓ | ✓ | |
| 99 | | C | M | 3.0 | 2.0 | ✓ | ✓ | |
| 100 | | C | F | 12.0 | 0.1 | ✓ | ✓ | P.D. |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |



















20-Sep-1990 14:11:10 M.A.S. Chicago

M2140-15D;Chrysotile
Vert= 500 counts Disp= 1

Preset=    100 secs
Elapsed=   100 secs

0.160  Range= 10.230 keV  Integral 0 =  10.230
                                         25671





20-Sep-1990 15:02:37  M.A.S. Chicago

M2140-15D;Chrysotile
Vert= 224 counts      Disp= 1

Preset=        100 secs
Elapsed=       100 secs

Range= 10.230 keV    Integral 0 =    10.230  16126

**MATERIALS ANALYTICAL SERVICES, INC.**
**DUST SHEET**

PAGE # _11_

Client: _LAW ASSOC/ KENNESAW_

Sample ID: _# 16_

MAS Job Number: _M 2140-16_

Date Sample Analyzed: _1 -SEP - 90_

Number of Openings/Grids Counted: _10.1 2_

Grid Accepted, 600X: (Yes) No

Analyst: _W.P. Smith_

Dilution Factor: 1: _50_

Accelerating Voltage: _100 KV_

Indicated Mag: _20  25KX_ A2
Screen Mag: _15414  20KX_

Microscope Number: (1)  2  3
Filter Type: (MCE)  PC,  Other = ___
Filter Size: 25mm,  37mm,  (47m

Filter Pore Size (um): _0.22_

Grid Opening: 1) _96.8_ um x _93.7_

2) _98.9_ um x _95.3_

Calculating Results For Verbal Issue:

Effective Filter Area: (A) _1339_

Number of Grid Openings Examined: (B) _10_

Average Grid Opening Area in sq. mm: (C) _0.009248_

Volume of Liquid Filtered in ml: (D) _2_

Area Sampled in Sq. Ft.: (E) _1_

Number of Asbestos Structures Counted: (F) _39_

STRUCTURES PER SQ. FT. FORMULA:

$$\frac{A}{B \cdot C} \cdot \frac{100}{D} \cdot \frac{1}{E} \cdot F = \text{(asbestos structures per sq. ft.)}$$

Calculations:

$$\frac{1339}{10 \cdot 0.009248} \cdot \frac{100}{2} \cdot \frac{1}{1} \cdot 39 = 2.823 \times 10^{7}$$

CLIENT: _LAW ASSOC / KENNESAW_          PAGE # 213

MAS JOB NUMBER: M-2140-16

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION MORPH. | SAED. | EDS. |
|---|---|---|---|---|---|---|---|---|
| 1 | 1-1 | C | M | 14 | 1 | ✓ | ✓ | PO |
| 2 | | c | F | 2.4 | 0.1 | ✓ | ✓ | |
| 3 | | C | F | 1.4 | 0.1 | ✓ | ✓ | |
| 4 | | c | F | 0.6 | 0.05 | ✓ | ✓ | |
| 5 | | c | F | 2.3 | 0.1 | ✓ | ✓ | |
| 6 | | C | B | 1.9 | 0.3 | ✓ | ✓ | |
| 7 | 1-2 | c | F | 1.4 | 0.1 | ✓ | ✓ | |
| 8 | | c | B | 1.4 | 0.15 | ✓ | ✓ | |
| 9 | | c | F | 1.5 | 0.1 | ✓ | ✓ | |
| 10 | | c | F | 3.5 | 0.3 | ✓ | ✓ | |
| 11 | | c | F | 1.3 | 0.1 | ✓ | ✓ | PO |
| 12 | 1-3 | C | F | 2.2 | 0.1 | ✓ | ✓ | |
| 13 | | C | F | 1.8 | 0.1 | ✓ | ✓ | |
| 14 | | C | B | 8.5 | 0.5 | ✓ | ✓ | |
| 15 | 1-4 | C | M | 3.0 | 1.0 | ✓ | ✓ | |
| 16 | | C | F | 1.4 | 0.15 | ✓ | ✓ | |
| 17 | | C | F | 1.5 | 0.1 | ✓ | ✓ | |
| 18 | | C | F | 3.4 | 0.1 | ✓ | ✓ | |
| 19 | | C | F | 2.4 ups | 0.15 | ✓ | ✓ | |
| 20 | 1-5 | c | F | 1.6 | 0.1 | ✓ | ✓ | |
| 21 | | C | F | 1.4 | 0.1 | ✓ | ✓ | PO |
| 22 | | C | F | 1.0 | 0.15 | ✓ | ✓ | |
| 23 | 2-1 | C | F | 1.6 | 0.15 | ✓ | ✓ | |
| 24 | | c | F | 1.6 | 0.2 | ✓ | ✓ | |
| 25 | 2-2 | C | F | 2.8 | 0.15 | ✓ | ✓ | |
| 26 | | C | F | 1.0 | 0.1 | ✓ | ✓ | |
| 27 | | C | F | 1.0 | 0.1 | ✓ | ✓ | |
| 28 | | C | M | 1.5 | 0.2 | ✓ | ✓ | |
| 29 | 2-3 | c | B | 3.5 ups | 0.3 | ✓ | ✓ | |
| 30 | | C | C | 3.5 | 0.6 | ✓ | ✓ | |

CLIENT: _Law Assoc. / Kennesaw_    PAGE # _313_

MAS JOB NUMBER:    M- _2140-16_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 31 | 2-3 | C | F | 4.3 | 0.1 | ✓ | ✓ | P.O |
| 32 | | c | M | 2.7 | 0.6 | ✓ | ✓ | |
| 33 | | c | F | 3.5 | 0.15 | ✓ | ✓ | |
| 34 | | c | B | 2.4 | 0.2 | ✓ | ✓ | |
| | 2-4 | | NSD | | | | | |
| 35 | 2-5 | c | M | 6.0 | 1.4 | ✓ | ✓ | |
| 36 | | c | F | 5.5 | 0.1 | ✓ | ✓ | |
| 37 | | c | B | 3.5 | 0.15 | ✓ | ✓ | |
| 38 | | c | F | 4 | 0.1 | ✓ | ✓ | |
| 39 | | c | F | 26 | 0.1 | ✓ | ✓ | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |









**MATERIALS ANALYTICAL SERVICES, INC.**
**DUST SHEET**

PAGE # _1_

Client: _LAW ASSOC/ KENNESAW_                  Accelerating Voltage: _100 KV_

Sample ID: _# 17_

Indicated Mag: _~~20~~ ~~25KX~~_
Screen Mag: _15414_ ~~20KX~~

MAS Job Number: _M 2140-17_

Microscope Number: (1)  2  3
Filter Type: (MCE)  PC,  Other =
Filter Size: 25mm,  37mm,  (47m)

Date Sample Analyzed: _2 -SEP - 90_

Number of Openings/Grids Counted: _10.1  2_            Filter Pore Size (um): _0.22_

Grid Accepted, 600X: (Yes)  No  _15%_              Grid Opening: 1) _983_ um × _93_

Analyst: _W. P. Smith_                                  2) _97.3_ um × _93_

Dilution Factor:                    1: ~~6.067~~ _(1.66)_

<u>Calculating Results For Verbal Issue:</u>

Effective Filter Area:                            (A)  _1339_

Number of Grid Openings Examined:                 (B)  _10_

Average Grid Opening Area in sq. mm:              (C)  _0.008858_

Volume of Liquid Filtered in ml:                 (D)  _15_

Area Sampled in Sq. Ft:                          (E)  _1_

Number of Asbestos Structures Counted:           (F)  _3_

**STRUCTURES PER SQ. FT. FORMULA:**

$$\frac{A}{B \cdot C} \cdot \frac{100}{D} \cdot \frac{1}{E} \cdot F = \text{(asbestos structures per sq. ft.)}$$

Calculations:

$$\frac{1339}{10 \cdot 0.008858} \cdot \frac{100}{15} \cdot \frac{1}{1} \cdot 3 = \boxed{3.023 \times 10^{5}}$$

CLIENT: _LAW ASSOC/ KENNESAW_                     PAGE # _212_

MAS JOB NUMBER: _M- 2140 - 17_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| | 1-1 | | NSD | | | | | |
| 1 | 1-2 | C | B | 17 | 1.4 | ✓ | ✓ | P.O |
| | 1-3 | | NSD | | | | | |
| | 1-4 | | NSD | | | | | |
| | 1-5 | | NSD | | | | | |
| | 2-1 | | NSD | | | | | |
| | 2-2 | | NSD | | | | | |
| 2 | 2-3 | C | M | 5 | 0.3 | ✓ | ✓ | |
| 3 | 2-4 | C | F | 3.5 | 0.2 | ✓ | ✓ | |
| | 2-5 | | NSD | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |



**MATERIALS ANALYTICAL SERVICES, INC.**
*DUST SHEET*

PAGE # _11_

Client: _LAW ASSOC/ KENNESAW_          Accelerating Voltage: _____ 100 KV

Sample ID: _# 18_                       Indicated Mag: _____ 20 25KX
                                        Screen Mag: _____ 15414 20KX

MAS Job Number: M _2140 - 18_           Microscope Number: (1)  2  3
                                        Filter Type: (MCE)  PC,  Other =
Date Sample Analyzed: _1 - SEP - 90_    Filter Size: 25mm,  37mm,  (47m

Number of Openings/Grids Counted: _10.1 2_     Filter Pore Size (um): _0.22_

Grid Accepted, 600X, Yes / No _15%_     Grid Opening: 1) _9410_ um x _9.3.7_

Analyst: _W.P. Smith_                                 2) _87.6_ um x _91.7_

Dilution Factor: 1: _0-5 50 MM_

Calculating Results For Verbal Issue:

Effective Filter Area:                  (A) _____ .1339

Number of Grid Openings Examined:       (B) _____ 10

Average Grid Opening Area in sq. mm:    (C) _____ 0.008418

Volume of Liquid Filtered in ml:        (D) _____ 2.

Area Sampled in Sq. Ft.:                (E) _____ 1

Number of Asbestos Structures Counted:  (F) _____ 10

STRUCTURES PER SQ. FT. FORMULA:

$$\frac{A}{B \cdot C} \cdot \frac{100}{D} \cdot \frac{1}{E} \cdot F = \text{(asbestos structures per sq. ft.)}$$

Calculations:

$$\frac{1339}{10 \cdot 0.008418} \cdot \frac{100}{2} \cdot \frac{1}{1} \cdot 10 = 7.954 \times 10^6$$

CLIENT: _LAW ASSOC / KENNESAW_    PAGE # _112_

MAS JOB NUMBER: _M-2140-_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 1 | 1-1 | C | F | 1.9 | 0.1 | ✓ | ✓ | P.O. |
| 2 | 1-2 | C | F | 2.2 | 0.1 | ✓ | ✓ | |
| 3 | 1-3 | C | F | 1.6 | 0.1 | ✓ | ✓ | |
| | 1-4 | | NSD | | | | | |
| 4 | 1-5 | c | B | 1.9 | 0.3 | ✓ | ✓ | |
| 5 | 2-1 | C | F | 1.0 | 0.1 | ✓ | ✓ | |
| | 2-2 | | NSD | | | | | |
| 6 | 2-3 | c | F | 1.4 | 0.1 | ✓ | ✓ | |
| 7 | | C | F | 4.3 | 0.15 | ✓ | ✓ | ✓ |
| 8 | 2-4 | C | F | 3 | 0.1 | ✓ | ✓ | |
| 9 | | c | F | 0.6 | 0.1 | ✓ | ✓ | |
| 10 | 2-5 | c | F | 1.5 | 0.1 | ✓ | ✓ | |
| | | | | | | | | |



MATERIALS ANALYTICAL SERVICES, INC.　　　PAGE# / / /
TEM  QA & QC  Lab Blank Sheet

Client: _LAW ASSOC / KEININGSAW_　Magnification: _20KX  #1, #2, #3_
Sample ID: _Lab Blank_　　　　　Filter Type: _PC, MCE, other_
MAS Job NO: _M 314D_　　　　　Filter Size: _25mm, 37mm, 47mm_
　　　　　　　　　　　　　　　# of Grid openings counted: _10_
Date sample analyzed: _09 - 06 - 90_　# of Grids counted: _2_
Type of sample: _Lab Blank_　　Average Grid Opening: _____
Dilution factor: _1:1_　　　　Grid opening  1 _96.8_ x _94.8_
Analyst: _E.A._　　　　　　　　　　　　　2 _94.8_ x _90.6_

| STR. # | GRID # SQUARE# | TYPE C,A | STRUCTURE F,B,C,M | LENGTH MICRONS | WIDTH MICRONS | CO FIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| | 1-1 | | NSD | | | | | |
| | 1-2 | | NSD | | | | | |
| | 1-3 | | NSD | | | | | |
| | 1-4 | | NSD | | | | | |
| | 1-5 | | NSD | | | | | |
| | 2-1 | | NSD | | | | | |
| | 2-2 | | NSD | | | | | |
| | 2-3 | | NSD | | | | | |
| | 2-4 | | NSD | | | | | |
| | 2-5 | | NSD | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Comments: _____

1      **PRUDENTIAL BUILDINGS: REPORT OF**

2      **WILLIAM M. EWING, CIH**

3

4      **I.  INTRODUCTION AND BACKGROUND**

5      William M. Ewing, CIH of Compass Environmental Inc., 2231 Robinson Road, Suite B,

6      Marietta, Georgia 30068, was requested to evaluate selected buildings previously or

7      currently owned by Prudential.  Mr. Ewing is an expert on asbestos in buildings issues.

8      Mr. Ewing is qualified as an expert in this area as a result of his education and experience

9      in the field of asbestos identification, evaluation and control.

10

11      Mr. Ewing received a Bachelor of Sciences in Biology from Washington and Lee

12      University.  In 1978, Mr. Ewing worked at Clayton Environmental Consultants, Inc. as an

13      industrial hygienist.  In 1981, he joined the Georgia Tech Research Institute and started

14      their industrial hygiene laboratory, instituted the hazardous waste program for small

15      business in Georgia, was director of the EPA-sponsored Asbestos Information Center, and

16      served as an industrial hygienist under the 7 (c) (1) program, sponsored by OSHA.  In

17      1983, Mr. Ewing became board certified in the comprehensive practice of industrial

18      hygiene.  He was re-certified in 1989 and 1995 in accordance with the American Board of

19      Industrial Hygiene requirements.  In 1995 he was nominated by his peers and appeared as

20      an American Industrial Hygiene Association Fellow Member.  In 1987, he left the Georgia

21      Tech Research Institute to take the position of Executive Vice President at The

22      Environmental Management Group, Inc.  In 1990, Diagnostic Engineering, Inc. acquired

1

1   The Environmental Management Group, Inc. and employed Mr. Ewing as Regional

2   Technical Director until 1993 when he formed the consulting firm, Compass

3   Environmental, Inc., where he is currently the Technical Director.

4

5   During his career, Mr. Ewing has conducted numerous industrial-hygiene, asbestos

6   management and environmental studies. He has authored several publications and served

7   on many committees, including governmental and industrial committees, to study the

8   following: identifying asbestos in buildings, disposal of asbestos-containing materials, and

9   removal of asbestos-containing materials in buildings. Mr. Ewing has provided asbestos-

10  related consulting services to property managers and building owners throughout the

11  United States and Canada. He has conducted over 1,000 asbestos surveys for asbestos-

12  containing material (ACM). He has developed asbestos management and control

13  programs in commercial and government facilities; including commercial office buildings,

14  schools, hospitals, ships, industrial plants and government buildings. In addition, Mr.

15  Ewing has frequently directed or lectured in training courses sponsored by universities,

16  government agencies and private interests on topics including industrial hygiene,

17  respiratory protection, and asbestos identification, evaluation, and control.

18

19  As a result of Mr. Ewing's work experience and asbestos training, he is qualified to offer

20  opinions related to asbestos in buildings including the following: the condition of the in-

21  place asbestos-containing materials; air, dust, and bulk sampling techniques; regulations

22  and guidance documents applicable to asbestos in buildings; the reasonableness of the

2

1   precautions taken by building owners and managers for maintaining in-place asbestos-

2   containing materials; the contamination in a building resulting from the in-place asbestos-

3   containing materials; options available to building owners and managers when dealing with

4   asbestos; the necessity to remove the in-place asbestos-containing materials during a

5   renovation; and the ultimate need to remove the asbestos-containing materials upon

6   demolition of the building.  Mr. Ewing's expert qualifications and training are set forth

7   more fully in his Curriculum Vitae in Appendix A.

8

9   Mr. Ewing has testified as an expert on asbestos-in-building issues on several occasions in

10  both federal and state court.  Included in Appendix B is a list of Mr. Ewing's asbestos

11  expert deposition and trial testimony over the last five years.  Compass Environmental,

12  Inc. has and will be compensated for Mr. Ewing's time at a rate of $145/hour.

13  Compensation for Mr. Dawson's time is at a rate of $95/hour.

14

15  The purpose of the Prudential buildings evaluation was to review actions taken to date by

16  the building owner, conduct inspections of remaining fireproofing in the buildings,

17  determine the current condition of the remaining asbestos-containing fireproofing, conduct

18  sampling as appropriate, and opine on the reasonableness of the asbestos program

19  implemented by the building owner.

20

21  This report summarizes these findings and includes a description of methods employed, a

22  discussion of the findings, and conclusions drawn based on these findings.  Included as

1    Appendices to this report are photographs and laboratory results of sampling conducted.

2    In addition to the references cited herein, Mr. Ewing may rely on the opinions, data and

3    publications contained in plaintiffs' other expert reports.

4

5    **II.    PROCEDURES AND METHODS**

6    The buildings included for consideration are listed in Table 1.    For all buildings,

7    documents related to asbestos-containing materials were reviewed.    Site visits were made

8    to all buildings except the Short Hills Office Complex in Short Hills, New Jersey.    The

9    Short Hills Office Complex in Short Hills was completely abated prior to demolition in

10   1984. [1-4]

11

12                              **Table I.  Selected Prudential Buildings**

| Building Name | Location |
| --- | --- |
| Embarcadero I | San Francisco, CA |
| Embarcadero II | San Francisco, CA |
| Chatham Center/Hyatt | Pittsburgh, PA |
| 130 John Street | New York, NY |
| Hunt Valley Marriott | Hunt Valley, MD |
| 5 Penn Center | Philadelphia, PA |
| Prudential Plaza | Newark, NJ |
| Brookhollow I | Houston, TX |

| | |
|---|---|
| Short Hills Office Complex | Short Hills, NJ |
| Renaissance Tower | Dallas, TX |
| Northland Towers | Southfield, MI |
| First Florida Tower | Tampa, FL |
| Northwest Financial Center | Bloomington, MN |
| 1100 Milam | Houston, TX |
| Prudential Plaza | Denver, CO |
| Southdale Office Complex | Edina, MN |
| Century Center I & IV | Atlanta, GA |
| Twin Towers | Atlanta, GA |

1

2   For each building various asbestos-related documents were reviewed, often including the

3   asbestos survey, operations and maintenance program and floor plans. These documents

4   were reviewed to gain an understanding of the building lay-out, use, occupancy, and the

5   types of asbestos-containing materials known to be present, and their locations.

6   Arrangements for the building visits were made with each building representative. This

7   was often the building manager or building maintenance director. Assistance was usually

8   provided by building maintenance staff, local asbestos consultants, and/or local asbestos

9   abatement contractors, as necessary.

10

11  The results of asbestos surface dust sampling for each building visited were reviewed.

12  These samples were collected by Law Associates, Inc. and analyzed by Materials

5

1    Analytical Services, Inc. (MAS). All of these samples were collected in 1988 - 1995. The

2    results of bulk sample analyses were also reviewed with William E. Longo, Ph.D. of MAS.

3    For these buildings the focus was the spray-applied asbestos-containing fireproofing.

4

5    At each building a visual inspection of the remaining fireproofing was conducted to

6    determine its current condition and accessibility. The assessment techniques employed

7    were as described in the Asbestos Hazard Emergency Response Act (AHERA) regulations

8    promulgated  by the US Environmental Protection Agency (EPA).[5-7]  The Asbestos

9    School Hazard Abatement Reauthorization Act (ASHARA) extended certain provisions of

10   the AHERA regulation to public and commercial buildings.[8]  One significant provision

11   was the requirement that only accredited inspectors perform building inspections.[9]  The

12   assessment procedures used by accredited inspectors is that prescribed by AHERA.

13

14   The AHERA assessment procedures place each friable asbestos-containing material into

15   an assessment category based on its degree of damage. For a surfacing material such as

16   friable fireproofing the available categories include:

17

18       1.  Significantly damaged friable surfacing ACBM (asbestos-containing building

19           material) - a material exhibiting greater than 10% damage evenly distributed or

20           25% damage in a localized area.

21

6

1       2. Damaged friable surfacing ACBM - a material exhibiting greater than 1 - 2%

2          damage and less than 10% damage evenly distributed or 1 - 2% damage and

3          less than 25% damage in a localized area.

4

5       3. Friable surfacing ACBM with a potential for significant damage - a material

6          that is not damaged or significantly damaged but has the potential for damage

7          that would be both extensive and severe.

8

9       4. Friable surfacing ACBM with a potential for damage - a material that is not

10         damaged or significantly damaged but has the potential for damage to occur.

11

12      5. Other friable ACBM - a surfacing material that does not fall into one of the

13         four previous categories.

14

15   Damage of a surfacing material is evidenced by the presence of physical damage such as

16   gouges, blistering, and vandalism; water damage indicated by stains, flaking, or

17   delamination; and damage due to deterioration or vibration. Damage due to deterioration

18   or vibration is visually assessed by the presence of ACBM debris (having the same color

19   and texture) on surfaces beneath the ACBM.

20

21   In addition to the visual assessment, surface dust sampling was also conducted in six

22   buildings. Small particles, generally less than 1 millimeter (mm) in diameter, cannot

7

1   usually be identified as ACBM based on color and texture.  Dust sampling with analysis by

2   transmission electron microscopy (TEM) allows for a quantitative estimate of asbestos

3   structures on surfaces.  Since dust sampling had been conducted previously in most of

4   these buildings, the primary purpose was to augment the previous sampling and conduct

5   side-by-side measurements to compare results using the 1988 methodology with the 1995

6   ASTM method D 5755-95.

7

8   In each of five Prudential buildings, three locations were randomly selected.  Each location

9   was a horizontal non-porous surface beneath asbestos-containing fireproofing.    All

10  locations had a visually discernible layer of dust.  No particles greater than 1 mm in

11  diameter were on the surfaces sampled.  At each location, two samples were collected

12  side-by-side.  One of these samples was collected using the 1988 methodology and one

13  collected as described in the current ASTM method.

14

15  The sampling conducted in 1988 - 1989 by Law Associates used a 37 mm diameter

16  cassette attached to a pump calibrated at 2 liters per minute (l/min).  These samples were

17  collected from a measured surface area, usually one square foot.  The 1988 - 1989

18  sampling used a 0.8 μm pore size mixed cellulose ester (MCE) filter and collected the

19  sample open face.

20

21  The ASTM standard method in 1995 allows for a 25 mm cassette, any pore size equal to

22  or less than 0.8 μm, an MCE filter, and a standard collection area of 100 cm$^2$ (although

8

1    smaller or larger areas are allowed). The significant difference is the addition of a sample

2    collection nozzle providing a standard flowrate at the surface of approximately 100

3    centimeters per second (cm/sec). This value is considerably higher than the 6.4 cm/sec

4    velocity when an open face 37 mm cassette is used (33 mm effective area). A copy of the

5    ASTM method is included at <u>Appendix C</u>.

6

7    All dust samples were submitted to MAS for analyses. It was requested the laboratory

8    follow the same procedures followed in 1988 for the 37 mm cassettes and the ASTM

9    standard method for the 25 mm cassettes. Eight field blank (control) samples were also

10   submitted as a check for systematic contamination in the field or laboratory. Results were

11   reported as asbestos structures per square centimeter ($s/cm^2$) and asbestos structures per

12   square foot ($s/ft^2$).

13

14   Following the building visits, additional documents related to the asbestos in the

15   Prudential buildings were reviewed. These consisted of additional building surveys,

16   asbestos management procedures, abatement records, air monitoring reports, laboratory

17   reports, and other miscellaneous records. In addition, documents and deposition

18   transcripts of defendants' representatives were reviewed. Principal documents relied upon

19   appear in the reference list at the conclusion of this report.

20

21   **III.    PRESENTATION AND DISCUSSION OF FINDINGS**

22

9

1    Findings are discussed below by building followed by a general discussion of topics that

2    apply to multiple buildings.

1    N.    CENTURY CENTER I & IV, ATLANTA, GA

2

3    The Century Center complex is located in northeast Atlanta and includes two office

4    buildings with asbestos-containing fireproofing originally installed.  One of these buildings

5    is an 12-story structure located at 2200 Century Parkway.  The other is a five-story

6    building located at 2600 Century Parkway.

7

8    A 1986 survey of the 2200 and 2600 buildings indicated both buildings had asbestos-

9    containing fireproofing applied to all floors.[54]    Subsequent constituent analysis

10    determined the fireproofing was a product known as Monokote MK-III.[38]

11

12    In 1986, BCM Converse (consultant) collected five surface samples from the 4th floor of

13    the 2200 building.  Three were wipe samples reported as "too dirty to read."  Two were

14    vacuum samples reported as "significant quantity of fibers resembling the configuration of

15    asbestos fibers."[54] These results are considered inconclusive.

16

17    In 1988, Law Engineering collected 18 surface dust samples from locations throughout

18    the 2200 and 2600 buildings.[55]  These results demonstrated a high level of asbestos

19    contamination on building surfaces below the asbestos-containing fireproofing.  These

20    results are summarized in Appendix D.

21

42

1    The 1986 BCM Converse survey determined the fireproofing was friable. This consultant

2    recommended these friable asbestos-containing materials be managed through an

3    operations and maintenance program until redevelopment or remodeling occurs. It was

4    recommended all friable materials be removed at that time. The operations and

5    maintenance program was issued on July 18, 1986 and revised in January 1988.[56, 57] All

6    the fireproofing was removed (except at the perimeter beams which was not accessible)

7    during 1988 - 1992 in conjunction with renovation of the buildings.[58]

8

9    William M. Ewing, CIH and Tod A. Dawson of Compass inspected the two buildings on

10   April 30, 1996. The inspection confirmed the buildings are multi-tenant office buildings.

11   The fireproofing was located in a return air plenum which also houses utilities such as

12   electrical conduit, communication cables, ventilation equipment, and plumbing. The

13   sprinkler system was installed during the renovation to comply with the Atlanta building

14   code.[58]

15

16   Building records related to asbestos were reviewed. Only two personal air samples were

17   located measuring exposure during maintenance or renovation activities. These results

18   were less than 0.05 f/cc and 0.345 f/cc for two workers removing ceiling tile and using a

19   HEPA vacuum.[59] These results are summarized in Table 7 of Appendix F.

1    S.    **ROUTES OF ASBESTOS EXPOSURE IN BUILDINGS**

2

3    Asbestos exposure from friable in-place materials occurs in several ways. First, asbestos

4    fibers are slowly released through deterioration over time.    In the EPA guidance

5    document, Controlling Asbestos-Containing Materials in Buildings, they stated, "Areas

6    covered by ACM tend to be large. If the material is friable, fibers are slowly released as

7    the material ages."[83] This concept was also recognized in the guidance document issued

8    by the British Department of the Environment which stated, "As it ages, sprayed asbestos

9    may release more fibers and asbestos dust may accumulate in adjacent areas."[84]

10

11    The second common method of fiber release from in-place friable ACM is through impact

12    or direct contact.    This form of release occurs when the material is struck, scraped or

13    brushed such as during maintenance or renovation activities. The magnitude of the release

14    is proportional to the intensity of the activity causing the disturbance.

15

16    Once asbestos fibers are liberated from a material such as fireproofing, the fibers will

17    slowly settle onto surfaces.    If not removed, the surfaces will accumulate increasing

18    concentrations of asbestos dust. This dust may then become resuspended into the air.

19    Custodial and maintenance procedures such as sweeping floors with asbestos dust or

20    changing ceiling tiles with settled dust are examples of activities which re-suspend dust

21    into the air.

22

54

1    These concepts of fiber release and re-suspension are widely recognized and have been

2    demonstrated repeatedly in observational and experimental studies.[85-90]

3

4    T.    EPISODIC EXPOSURE STUDIES

5

6    Industrial hygienists often refer to asbestos exposures in buildings as being either prevalent

7    level or episodic.    Prevalent level exposure refers to the continuous concentration of

8    asbestos in the air.    Prevalent level exposures are usually low in buildings with spray-

9    applied fireproofing.[91-92]    Area air sampling has traditionally been used to measure the

10    prevalent level.

11

12    Episodic exposures are often associated with a specific activity which disturbs the in-place

13    fireproofing or settled dust containing asbestos.    Such exposures represent a rapid rise in

14    the airborne asbestos concentration followed by a gradual decline.[91]    Episodic exposures

15    generally are limited to portions of the building where the activity occurs.    However,

16    ventilation patterns may distribute airborne asbestos to adjoining areas or even remote

17    locations.    Periodic air sampling in a building, such as once a year or every 6 months is

18    unlikely to detect episodic exposures.    For this reason the EPA recommends against air

19    sampling alone for assessing the condition of asbestos-containing materials.[83,93]

20

21    In a series of studies, episodic exposures were evaluated during routine maintenance and

22    custodial activities in buildings with surfacing ACM.    Five of these studies were conducted

55

1   in buildings with spray-applied fireproofing which was the same or substantially similar to

2   the fireproofing in the Prudential Buildings.   The results of these studies have been

3   published in peer-reviewed journals and are summarized in Figures 1 - 5.[87, 89, 90]

4

5   In each of the five studies a particular maintenance, renovation or custodial activity was

6   chosen.  Area air sampling was conducted before, during, and after each activity.  Personal

7   air samples were also collected on the individuals performing the activities.  All samples

8   were analyzed by transmission electron microscopy (TEM) and the personal samples were

9   analyzed by TEM and phase-contrast microscopy (PCM).  In each study it was found that

10   the asbestos exposures during the activity increased significantly when compared to

11   concentrations in the air before the activities began.  In each instance, the source of the

12   asbestos exposure was the fireproofing, or the dust and debris from the fireproofing.



Asbestos Concentrations During Cable Installation

DESCRIPTIVE STATISTICS OF ASBESTOS CONCENTRATIONS

Cable Pull I

| Phase | Arithmetic Mean (s/cm³) | Arithmetic Std. Dev. (s/cm³) | Geometric Mean | Number of Observations |
|---|---|---|---|---|
| Before Inst. | 0.052 | 0.030 | 0.046 | 5 |
| During Inst. | 28.9 | 12.6 | 26.9 | 5 |
| During (Pers.) | 10.5 | 11.6 | 7.1 | 3 |
| After Inst. | 8.4 | 7.0 | 6.2 | 6 |

Cable Pull II

| Phase | Arithmetic Mean (s/cm³) | Arithmetic Std. Dev. (s/cm³) | Geometric Mean | Number of Observations |
|---|---|---|---|---|
| Before Inst. | 0.158 | 0.094 | 0.129 | 5 |
| During Inst. | 100.2 | 91.9 | 67.4 | 4 |
| During (Pers.) | 124.8 | 85.6 | 102.7 | 3 |
| After Inst. | 17.0 | 13.5 | 12.3 | 4 |

**Figure 1.** **Episodic Exposure Results Before, During and After Installation of Cables in the Vicinity of High Density Fireproofing**



**Asbestos Concentrations During Cable Installation**

DESCRIPTIVE STATISTICS OF ASBESTOS CONCENTRATIONS

| Phase | Arithmetic Mean (s/cm$^3$) | Arithmetic Std. Dev. (s/cm$^3$) | Geometric Mean | Number of Observations |
|---|---|---|---|---|
| Before | 0.006 | 0.014 | 0.002 | 5 |
| During (Area) | 3.6 | 0.84 | 3.5 | 5 |
| During (Pers.) | 26 | 7.5 | 26 | 2 |
| After | 3.8 | 1.9 | 3.4 | 5 |

**Figure 2.**  Episodic Exposure Results Before, During and After Installation of Cables
in the Vicinity of Low Density Fireproofing



Asbestos Concentrations During Ceiling Tile Replacement

DESCRIPTIVE STATISTICS OF ASBESTOS CONCENTRATIONS

| Phase | Arithmetic Mean (s/cm³) | Range (s/cm³) | Geometric Mean (s/cm³) | Number of Observations |
|---|---|---|---|---|
| Before | 0.05 | ND - 0.08 | 0.03 | 5 |
| During | 15.3 | 10 - 20 | 14.7 | 5 |
| During (Pers.) | 23.0 | 22 - 24 | 23.0 | 2 |
| After | 11.4 | 9 -14 | 11.2 | 5 |
| Cleaning | 22.4 | 20 - 24 | 22.4 | 5 |

ND = No Asbestos Structures Detected

**Figure 3.** **Episodic Exposure Results Before, During, and After Replacement of Ceiling Tiles Below Fireproofing**



Asbestos Concentrations During Cleaning Activity

DESCRIPTIVE STATISTICS OF ASBESTOS CONCENTRATIONS

| Phase | Arithmetic Mean (s/cm³) | Arithmetic Std. Dev. (s/cm³) | Geometric Mean | Number of Observations |
|---|---|---|---|---|
| Before - Inside | 0.264 | 0.221 | 0.097 | 5 |
| During - Inside | 329.9 | 173.0 | 298.4 | 5 |
| During - Inside (Personal) | 343.8 | 360.6 | 237.1 | 3 |
| After - Inside | 31.8 | 12.3 | 29.7 | 5 |

**Figure 4.** **Episodic Exposure Results Before, During and After Cleaning a Storage Room in a Building with Fireproofing**

60



DESCRIPTIVE STATISTICS OF ASBESTOS CONCENTRATIONS

| Phase | Arithmetic Mean (s/cm³) | Arithmetic Std. Dev. (s/cm³) | Geometric Mean | Number of Observations |
|---|---|---|---|---|
| Before | 0.045 | 0.048 | 0.016 | 5 |
| During (Area) | 73.32 | 27.08 | 68.97 | 6 |
| During (Pers.) | 150.79 | 164.68 | 71.60 | 4 |
| After | 5.81 | 2.39 | 5.29 | 4 |

**Figure 5.** **Episodic Exposure Results Before, During and After Remodeling One Office in a Building with Fireproofing**

1    U.    MAINTENANCE AND RENOVATION EXPOSURE DATA

2

3    A review was conducted of the asbestos-related files stored at the offices of Riker,

4    Danzig, Scherer, Hyland & Perretti in Morristown, NJ. The purpose of the review was to

5    extract air sampling data collected during maintenance, custodial, and renovation activities

6    in the Prudential buildings discussed in this report. No effort was made to locate data for

7    other Prudential buildings. In excess of 375 file boxes were reviewed by William M.

8    Ewing, CIH and Tod A. Dawson.

9

10   No custodial worker's exposure data was located for these buildings. This is not unusual

11   since custodians have only rarely been monitored for asbestos exposure.[91] Maintenance

12   and renovation activity exposure sampling was located for eleven buildings. These

13   included Embarcadero Center I, Embarcadero Center II, One Chatham Center, 5 Penn

14   Center, Renaissance Center, Prudential Plaza - Denver, Southdale Office Complex, Twin

15   Towers, Century Center, First Florida Tower, and the 1100 Milam Building. Only the

16   personal samples were selected from the data available for ten of these buildings. Since

17   the data available from the Chatham Center included only two personal samples which

18   were too heavily loaded to analyze, the area samples from this building were included. All

19   samples included have been summarized in Tables 1 - 11 of Appendix F.

20

21   All the samples included were stated to be collected and analyzed by either National

22   Institute for Safety and Health (NIOSH) method 7400, or its predecessor NIOSH method

62

1    P&CAM 239.[94, 95] Both methods collect airborne particles by passing air through a filter.

2    The filter is then analyzed by phase contrast optical microscopy for fibers. Any fibers

3    greater than 5 micrometers long, approximately 0.25 micrometers wide, and having an

4    aspect ratio of 3:1 are included in the count. Limitations of the method include the

5    inability to identify asbestos fibers or "see" (resolve) thin fibers/bundles of asbestos. It

6    was and continues to be widely used since it is the "OSHA method," is inexpensive,

7    provides quick results, and is widely available.

8

9    The work activities monitored and summarized in Appendix F include maintenance and

10   renovation activities performed in the vicinity of asbestos-containing fireproofing. Such

11   activities include replacing ceiling tiles, installing cables, electrical conduit and copper

12   pipe, removing light fixtures, shooting pipe hangers, installing ceiling tile grid, removing

13   duct work, removing walls, and clean-up activities. Efforts were made during the

14   selection of samples for inclusion not to include samples where removal of fireproofing

15   was occurring. The sources for the data included are listed at the end of each table and

16   given in the Reference section of this report.[41, 42, 43, 52, 53, 59, 64, 65, 72, 73, 79, 82, 96-105]

17

18   A total of 1097 samples (1066 personal samples, 31 area samples) are included in the data

19   set. Of these, 22 samples are reported as overloaded and 3 samples were reported voided.

20

21   Of the 1066 personal samples, 505 (47%) were greater than or equal to 0.1 f/cc and 82

22   (8%) were greater than 1 f/cc. These results are depicted in Figure 6. These results are



**Figure 6.** Distribution of Fiber Concentrations Measured on Persons Performing Maintenance and Renovation Activities in Prudential Buildings (1066 samples)

1   consistent with results reported in the published literature and further demonstrate that

2   maintenance and renovation activities in buildings with spray-applied friable fireproofing

3   routinely cause elevated airborne exposures.

4

5   **V.     SURFACE DUST EVALUATION**

6

7   The results of surface dust samples collected and analyzed by ASTM method D 5755-95

8   for Embarcadero Center I, II, 5 Penn Center, Renaissance Tower, Northland Towers, and

9   Prudential Plaza (Newark) were discussed in conjunction with the individual building site

10  visits in this report. At 15 dust sampling locations a second sample was also collected

11  using the method previously employed by Law Engineering, Inc. in these buildings. The

12  sampling and analytical techniques are described in the Procedures and Methods section of

13  this report. All results are tabulated in <u>Appendix D</u> and the laboratory reports included as

14  <u>Appendix E</u>.

15

16  The results were evaluated and a correlation performed on the 15 pairs of sample results.

17  For all 15 pairs a positive correlation coefficient of 0.62 was obtained with a slope of

18  5.165 and an intercept of $2.73 \times 10^6$. Further analysis found the correlation coefficient for

19  three buildings (EC I, EC II, and Renaissance) to be 0.80 with a slope of 4.875 and an

20  intercept of $3.7 \times 10^5$. When the correlation coefficient is calculated for the sample pairs

21  collected in the remaining two buildings (5 Penn Center and Prudential Plaza - Newark)

22  the results is 0.98 with a slope of 18.27 and an intercept of $-1.16 \times 10^5$. The reason for

1   the correlation of the subsets to be better than the correlation of the entire set is the

2   different slopes of the regression lines.

3

4   Basically, it was determined that the ASTM method D 5755-95 provides results 17 and 22

5   times greater than the earlier Law Engineering method in the 5 Penn Center and Prudential

6   Newark buildings, respectively.   In the Embarcadero Center Buildings (2) and the

7   Renaissance Tower the increase using the ASTM method D 5755-95 was, on average, 4 -

8   7.3 times the Law Engineering method.   In no sample was the ASTM method result lower

9   than the corresponding side-by-side sample collected according to the Law Engineering

10  procedure.

11

12  The one significant difference between the two methods is the sample collection.   The

13  ASTM method employs a sample nozzle with a known diameter of 0.63 cm and a flowrate

14  of 2.0 l/min. This provides a face velocity at the point of dust collection of 106 cm/sec.

15  The Law Engineering method used an open face 37 mm cassette with an effective

16  collection area (diameter) of 33 mm.   Also operating at 2.0 l/min, this provides a face

17  velocity at the point of dust collection of 6.4 cm/sec.   Accordingly, the ASTM method

18  provides a face velocity over 16 times the face velocity of the Law Engineering method.

19

20  A total of 1053 asbestos structures were identified, characterized and sized in the 30

21  samples.   No asbestos structures were detected in the 8 blank (control) samples.   Each

22  asbestos structure was characterized as either a bundle, matrix, cluster, or fiber.   Table 2.

66