1    depicts the distribution of structure types for all samples.    It is apparent that the two

2    methods produce rather similar asbestos structure distributions when dusts of similar

3    composition are analyzed.    The only reasonable explanation for the ASTM method

4    producing consistently higher results is the improved collection efficiency gained with the

5    higher face velocity at the point of sample collection.    Visually this was apparent in the

6    field since considerably more dust remained behind on surfaces sampled with the Law

7    Engineering method than the ASTM method D 5755-95.

8

9    On average it was determined that the ASTM method provides results 11 times greater

10   than the Law Engineering protocol.    This observation should be considered when

11   evaluating previous dust sampling results collected by Law Engineering in the late 1980's

12   in these Prudential buildings.

13

14   **Table 2. Asbestos Structure Distribution for 30 side-by-side Surface Dust Samples**

| Structure Type | Law Method | ASTM Method |
|---|---|---|
| Bundles | 50 (8.1%) | 42 (9.7%) |
| Clusters | 26 (4.2%) | 8 (1.8%) |
| Matrices | 267 (43.2%) | 170 (39.1%) |
| Fibers | 275 (44.5%) | 215 (49.4%) |
| Totals | 618 (100%) | 435 (100%) |

15

1    W.    ASBESTOS MANAGEMENT OPTIONS AVAILABLE TO

2          COMMERCIAL BUILDING OWNERS

3

4    There are several options available to building owners when developing a policy to

5    manage asbestos-containing materials in buildings.  In the short term, implementation of

6    an operations and maintenance (O&M) program is necessary.  An O&M program is a set

7    of procedures and practices designed to reduce exposures to in-place asbestos while

8    continuing to operate the building.  Such a program requires specific work practices when

9    working in the vicinity of asbestos, training of personnel, use of personal protective

10   equipment, proper disposal techniques, and other elements.[106]  Prudential has developed

11   or adopted O&M programs for buildings containing friable asbestos-containing materials.

12

13   In the long-term, a permanent solution is developed and implemented.  For asbestos-

14   containing fireproofing the options include encapsulation, enclosure, and removal.  Of

15   these, only removal is truly a permanent solution.  Encapsulation, the spraying of a sealant

16   on the fireproofing, does not prevent future damage or delamination, is costly, and may

17   void the fire rating of the material.  Enclosure, an airtight barrier constructed around the

18   fireproofing, is not a feasible option in the vast majority of the Prudential buildings due to

19   the lack of space in which to build the enclosures.  Enclosures would also be very costly.

20   The advantages and disadvantages of each option have been reported by the EPA.[83]

21

1   From the viewpoint of an industrial hygienist, removal of the asbestos-containing

2   fireproofing with substitution of a less hazardous material is preferable.  Industrial hygiene

3   is the science that deals with occupational health hazards and environmental stresses of a

4   chemical, physical and biological nature.  Its focus is the recognition, evaluation and

5   control of these hazards.  When an industrial hygienist considers control options, there

6   exists a hierarchy.  The first option in the hierarchy is elimination of a hazard through

7   substitution.  If this is not feasible, the hazard should be reduced or eliminated through

8   other engineering controls.  If this is not feasible, the hazard is reduced through personal

9   protective equipment such as respirators.  The use of respirators is the last option since it

10   relies upon workers to use and maintain them properly.[107]

11

12   The EPA requires friable asbestos-containing materials be removed from a building prior

13   to renovation or demolition activities which will disturb these materials.[108]  Ultimately, all

14   the asbestos-containing fireproofing will need to be removed properly from the Prudential

15   buildings.  The real question presented to the building owner is when should the removal

16   be conducted.  The options are immediate removal, phased removal over a period of time,

17   or removal at the time of demolition.

18

19   A formal policy for asbestos in Prudential buildings was first adopted in July 1986.[109]

20   While this policy referred to "hazardous substances," asbestos in buildings was one of the

21   major focuses.  The policy called for the following:

22

69

1   1. Investigate existing and perspective properties

2   2. Evaluate the scope of the hazard

3   3. Notify affected parties

4   4. Establish monitoring systems

5   5. Remove hazardous substances, if practical or necessary, as expeditiously as

6     possible.

7

8 By this time, Prudential had completed a nationwide survey of its investment properties

9 for asbestos, conducted by outside consultants.  Concurrent with this policy statement, the

10 Prudential Realty Group established a permanent task force to develop guidelines for

11 handling hazardous substances issues.[109]

12

13 In June 1987 the task force issued its "Policy Guidelines and Operating Procedures

14 Manual."[110]  This manual provided greater detail and guidance for implementing the

15 policy, as well as a structured system of oversight.  The following summarizes the

16 guidance provided for asbestos in Prudential Buildings.

17

18   1. Conduct a bulk sampling survey

19   2. Conduct an exposure and risk assessment

20   3. Implement an Operations and Maintenance Program

21   4. Provide training

22   5. Notify affected parties

1       6. Take immediate action (abatement) if there is a current health hazard

2       7. Continue inspection/monitoring and anticipate abatement in conjunction with

3         renovation activities

4       8. Conduct abatement activities in compliance with all OSHA, EPA, state and

5         local regulations/guidelines

6       9. Use qualified consultants/contractors

7       10. Maintain various records

8

9   At this stage of policy development the "exposure and risk assessment" of in-place

10  asbestos-containing materials relied largely on the results of area air sampling. No trigger

11  value was stated in the guidelines delineating a hazardous situation from a non-hazardous

12  one.

13

14  The guidance manual was continually revised and updated. In March 1990 a detailed

15  scope of work for performing bulk sampling and assessments was issued.[111]  This

16  document makes it clear that Prudential will follow the bulk sampling procedures outlined

17  in the EPA AHERA regulations for schools. This document further requires a written

18  material assessment be performed based on the same criteria used in the AHERA

19  regulations. The document does not require the material be placed into one of the seven

20  AHERA assessment categories. A similar specification guideline was also issued for

21  asbestos abatement projects in 1990.[112]

22

1    In May 1993 the guidance manual underwent a further revision that provided additional

2    guidance regarding types of abatement and when to perform abatement.[113]    The

3    document lists four instances when asbestos abatement will generally be required. These

4    are as follows:

5

6         1.  health hazard as determined by a consultant

7

8         2.  federal or local regulations (e.g., in conjunction with demolition or a building

9             or other disturbance of the ACM)

10

11        3.  market forces (e.g., tenants will not lease the space unless the ACM is

12            removed)

13

14        4.  a cost-benefit analysis indicates it is the most appropriate choice (e.g., removal

15            prior to renovation or installation of a sprinkler system may be more cost

16            effective and safer than working around the material)

17

18    Throughout the evolution of the Prudential asbestos policy, emphasis is placed on the fact

19    that each building is unique and decisions regarding asbestos should be evaluated and

20    made on a case-by-case basis.  It is also recognized that state asbestos regulations may

21    mandate certain procedures in one building while others may be required in a different

22    state.

72

1

2   In general, the approach in the Prudential buildings has been a phase-out of the asbestos-

3   containing fireproofing over time.   Generally this has been done in conjunction with

4   planned renovation activities.   In a 1990 EPA guidance document the EPA stated the

5   following.

6

7          Removal of ACM may also be appropriate when performed in conjunction

8          with major building renovations, or as part of long-term building

9          management policies (such as staged removal in conjunction with

10         renovations over the life of the building, as covered by the EPA NESHAP

11         requirements for removal before demolition or renovation).[93]

12

13   One obvious exception to this policy concerns the Prudential buildings in Short Hills, NJ.

14   Due to the planned imminent demolition of the building, immediate complete removal was

15   the only option available.   In the case of the Hunt Valley Marriott the fireproofing

16   removed was that which was judged to be in poor condition and/or readily accessible.   The

17   remaining fireproofing was either inaccessible or was encapsulated and enclosed to

18   prevent fiber release.   There exists a similar situation for the perimeter columns at

19   Chatham Center.

20

21   The general approach to asbestos-containing materials in these Prudential buildings is

22   similar to and consistent with the actions of other large building owners and managers in

73

1    the United States.  A 1989 study sponsored by EPA reported that approximately 50% of

2    the buildings in the survey had been inspected for asbestos.[114]  In those buildings where

3    asbestos was found, 75% had conducted same asbestos abatement actions.  The majority

4    of these were performed in conjunction with renovation activities.

5

6    Many owners and managers of large buildings evolved policies similar to Prudential during

7    the late 1980s.  Examples include the General Services Administration, the Defense

8    Department, and the Centers for Disease Control.  Each of these owners inspected their

9    facilities for asbestos, implemented an operations and maintenance  program, and have

10   conducted removal of fireproofing and other asbestos-containing materials. In most

11   instances the removal was performed in conjunction with building renovation activities.

12

13   Documents related to asbestos management procedures followed by W.R. Grace &

14   Company, U.S. Mineral Products Company, and U.S. Gypsum were reviewed.

15   Depositions of representatives from these companies were also reviewed.   Discussed

16   below are summaries of policies and procedures supported by examples of asbestos

17   management activities in their buildings.

18

19   W.R. Grace has established a policy regarding asbestos-containing materials in Grace

20   Premises.  Mr. Harry Eschenbach, Director of Health, Safety and Toxicology for W.R.

21   Grace & Company, indicated that asbestos abatement projects have been conducted in 100

1    to 150 Grace facilities. In some of the larger facilities, asbestos abatement has been done

2    in numerous locations.[115]

3

4    The types of asbestos-containing materials (ACM) that have typically been removed

5    include fireproofing, floor tile, thermal system insulation, gaskets and transite. Removal

6    has been conducted when ACM is damaged or deteriorated, in association with

7    renovations, and prior to demolition. Mr. Eschenbach indicated there were occasions

8    when ACM which was in good condition was removed at the same time as damaged ACM

9    because it was cost effective.[115]

10

11   The general factors considered in deciding to remove ACM include government

12   regulations, the condition of the material, and the potential for exposure to building/facility

13   occupants.[115]

14

15   Mr. Eschenbach acknowledged that it is Graces' responsibility under OSHA to inform

16   employees about the materials they work with. This is done at the Grace facilities either

17   by a facility survey to identify ACM or a "piece-by-piece" basis as situations arise.[115]

18   W.R. Grace provides training at its facilities to employees who work around ACM. This

19   includes maintenance personnel who work above drop ceilings where asbestos-containing

20   fireproofing is on the structural steel and/or the deck. The degree of training depends on

21   the type of work performed.[115]

22

1    A review of Grace documents pertaining to removal of ACM in various facilities provides

2    some examples of the circumstances under which asbestos removal was conducted in

3    Grace premises.

4

5    A September 29, 1986 memorandum by H.A. Eschenbach outlines his conclusions

6    regarding fireproofing material at the Bridgewater, New Jersey facility. Mr. Eschenbach

7    had visited the facility on September 25 to inspect the fireproofing and collect samples.[116]

8

9    Mr. Eschenbach described the material as containing 15% chrysotile asbestos, mineral

10   wool and some cellulosic fibers. "The material is extremely friable which means it falls

11   from the beams and ceiling at the slightest touch."[116]

12

13   Mr. Eschenbach recommended removal of the material. "Eventually, it will have to be

14   removed -- either because of governmental regulation or because its bonding abilities

15   deteriorate to the point that it can no longer be ignored. Further, continued use of the

16   area, especially if it involves construction of rooms and storage areas with ancillary wiring

17   changes and other modifications, will be much more expensive in order to work around

18   the asbestos-containing material with minimal worker exposure. Asbestos-containing

19   material as friable as this is mandates a "management program." This involves, among

20   other things, periodic air sampling to make sure that exposure levels remain low and a

21   system of permits to preclude any work which might disturb the asbestos-containing

22   material from being done without adequate safeguards and training of the workers

76

1   involved.  Removal will allow much greater freedom in making use of the basement area

2   and eliminate the need for ongoing elaborate inspection and control systems with their

3   burdensome administration requirements."[116]

4

5   An October 13, 1988 memorandum describes the subsequent asbestos removal project

6   conducted at the Baker & Taylor, Bridgewater, NJ facility (a Grace company).[117]

7   Approximately 5,600 square feet of fireproofing (15-25% chrysotile) applied to the metal

8   decking of the ceiling in the first floor storage/mechanical room was removed.  The memo

9   indicates that air testing conducted on several occasions was 0.002 f/cc.  "These readings

10  indicated that the air did not have any asbestos fibers, and that the air was equivalent to

11  outside air."[117]

12

13  The memo states that although air testing indicated no problem and there were no existing

14  regulations requiring removal, Baker & Taylor's senior management felt that "We should

15  remove the material, just to be on the safe side."  "The other alternative, encapsulation of

16  the offending area, was rejected because it was merely a stopgap measure.  Management

17  opted for a long-term solution, rather than a short term plan."[117]

18

19  Baker & Taylor issued Purchase Order 8189 to Eastern Environmental Services of the

20  Northeast, Inc. for $63,570 to conduct the removal work and provide $10 million of

21  Occurrence General Liability Coverage.[118]

22

1   Asbestos was removed in conjunction with renovation activities at the W.R. Grace

2   headquarters building in New York. Proposals were submitted by Primo Construction,

3   Inc. to W.R. Grace & Co. for construction cost for the 46th floor alteration at 1114

4   Avenue of the Americas in 1987.[(119)] The proposals indicate the alteration involved a

5   variety of general contract work such as drywall, ceilings, taping and cleaning, electrical,

6   painting, carpeting and base, and demolition and asbestos removal. The proposals indicate

7   an allowance of $40,000 to $45,000 was made for asbestos removal and related work in

8   the Conference Room on the 46th Floor.

9

10  A letter from Brian J. Smith, Senior Vice President of W.R. Grace & Co. to Mr. John

11  O'Brien of Primo Construction indicates that the project was approved.[(119)] It specifically

12  references the 46th floor Conference Room where asbestos removal was scheduled to be

13  conducted on October 8-12, 1987.

14

15  Following this abatement activity, on December 4, 1987 an evaluation was made of

16  procedures for incidental contact with asbestos-containing materials in the Headquarters

17  Building of W.R. Grace & Company.[(120)] This evaluation was conducted by Peter L.

18  Zavon, a Certified Industrial Hygienist with Agatha Corporation.

19

20  The evaluation was limited to floors 4, 5 and 41-48, which were the floors occupied by

21  W.R. Grace & Company. The evaluation included observation of telephone technicians'

22  work and a discussion with W. R. Grace personnel of other activities conducted above the

1  suspended ceiling. Personal air sampling was performed on telephone technicians as they

2  accessed the space above the suspended ceiling to pull telephone wires. In addition to

3  telephone company personnel, the report indicated some or all of the five maintenance

4  staff might have need to work above the ceiling.

5

6  The report noted that fireproofing reported to contain asbestos was sprayed on beams and

7  slab decking. Fiberglass, tongue-in-groove tiles formed a suspended ceiling about three

8  feet below the slab. Small pieces of fireproofing were seen on the upper surfaces of the

9  tile. All tiles were considered potentially contaminated.

10

11  Recommendations listed in the report included establishment of formal Respiratory

12  Protection and Asbestos Operations and Maintenance Programs. In addition, more refined

13  techniques for entry above the suspended ceiling were suggested.[120]

14

15  A W.R. Grace & Company memo from P.J. Walsh to R.P. Turner discusses the need to

16  remove asbestos-containing insulation from the underside of the roof and peaked wall

17  areas at both ends of the dry storage warehouse (Bldg. # 10) at the North Bergen, NJ

18  facility. Insulation was also applied on the east and west walls to a level 4.5 feet down

19  from the top of the wall. The memo indicates the ¾ inch thick insulation was composed

20  of mineral wool and chrysotile asbestos.[121]

21

1   The insulation had been damaged by forklift activities and there was concern that the

2   insulation could fall to the floor and be spread around the warehouse on the fork truck

3   tires without the operator being aware of it.  The memo also indicates make-up air was

4   drawn from inside the building at the base of one of the sprayed walls and air movement in

5   the area was substantial.  "Due to the damage and the material's highly friable nature,

6   removal seems to be the most viable alternative."[121]   The memo also discusses the

7   differences between cementitious and fibrous asbestos-containing products with respect to

8   management options.

9

10   A document titled Airborne Asbestos Monitoring, W.R. Grace, North Bergen, New Jersey

11   was prepared for Joe Miller of Finishing Touch Asbestos Abatement Corporation, Inc.[122]

12   This document indicates air monitoring was conducted in conjunction with asbestos

13   removal in Warehouse No. 10, North Bergen, NJ on October 1, 1986.  Finishing Touch

14   had submitted a proposal on June 11, 1986 for removal of approximately 5,780 ft$^2$ of

15   asbestos containing insulation from the underside of the roof and beams in the warehouse

16   storage area at North Bergen.[123]  The proposed removal price was $31,450.

17

18   A request was made for appropriations to remove asbestos insulation from the old #2 and

19   #3 festoons in the Quakertown, PA facility in 1987.[124]  The content of the insulation was

20   reported as 80-90% asbestos in a ratio of 8:1 chrysotile and Amosite.  The request

21   indicated that much of the insulation was damaged.  "In light of the fact that both pieces of

1    equipment are permanently idle we propose to have all insulation removed and disposed of

2    by a certified asbestos specialist."[124]

3

4    A purchase order was issued to Asbestos Removal and Hazards Control to remove the

5    insulation from the festoons and transite paneling from exterior oven walls and partition

6    walls between ovens.[125] The cost for this work was $33,468.

7

8    A deposition taken of Mr. James P. Verhalen on September 21, 1995 indicated that U.S.

9    Mineral had no formal written policy with regard to asbestos in company owned buildings.

10    When asked, "Does U.S. Mineral Products Company ever believe that it's appropriate to

11    remove asbestos-containing material during renovation?"    Mr. Verhalen replied,

12    "Sometimes you have to. There is no avoiding it. And sometimes you have to. I think it's

13    foolish to remove asbestos-containing materials if you don't have to." Mr. Verhalen cited

14    the following example of when ACM would have to be removed. "If ACM is applied to a

15    ceiling and the ceiling is going to be removed, the ACM must be removed."[126]

16

17    When asked if U.S. Mineral believes there are times when it is appropriate to abate and

18    remove asbestos-containing fireproofing material from a building, Mr. Verhalen replied

19    that generally, U.S. Mineral supports the Federal government's position on operations and

20    maintenance (in-place management) and removal. "Therefore, circumstances where it's

21    safe and sound and economical and practical to remove asbestos-containing materials."[126]

22

1    When asked if U.S. Mineral held the position that no precaution need to be taken when

2    ACM is disturbed during renovation, Mr. Verhalen replied "No".[126]  He indicated that

3    U.S. Mineral supports the maintenance and operations regulations that are federally

4    required and the EPA Greenbook. He stated that these regulations are "practical, logical

5    and safe."[126]  Mr. Verhalen also stated that U.S. Mineral supports monitoring in-place

6    ACM as part of the Federal government program.   "Monitoring I believe is always

7    desirable."[126]

8

9    U.S. Mineral monitored ACM in its own building in the early 1970's when the transition

10   was taking place between asbestos and non-asbestos products.  Initially, just air testing

11   was done.   Later written procedures for air monitoring were developed when the

12   government programs became more formal.  In recent years a map was drawn of the plant

13   and locations of asbestos-containing material were identified.

14

15   According to Mr. Verhalen, there are two U.S. Mineral office buildings that have

16   asbestos-containing material above suspended ceiling systems and "they're not subject to

17   any exposure or risk." Air sampling for asbestos was done in late 1994 or early 1995 at

18   the Stanhope office which has Cafco Heat Shield applied to a metal skin roof. The results

19   were negative.  However, monitoring is done if someone goes above the suspended

20   ceiling.

21

1    All ACM was removed in approximately June of 1995 from factory metal skin buildings.

2    The metal skins on the Butler buildings needed to be replaced.    According to Mr.

3    Verhalen, it was necessary prior to replacing the metal skins to remove the asbestos.[126]

4    Other removals conducted at U.S. Mineral facilities include thermal system insulation from

5    a boiler that was replaced (1987, 1989) and removal of ACM in conjunction with a roof

6    replacement (approx. 1990).[126]

7

8    In May 1984 U.S. Gypsum (USG) issued a document to all US plants titled "Managing an

9    Asbestos Control Program, Maintaining in Place".[127]    The memo attached to the

10   guidelines stated, "The past use of asbestos in insulation, and in other products, presents a

11   problem for plants, both in maintaining safe conditions in areas where the material was

12   used, and in its removal when necessary.  The objectives in any asbestos control program

13   are to protect all persons from exposure to airborne fibers in all sections where asbestos is

14   present, and if removal is necessary, to remove and dispose of the material in the manner

15   prescribed by Federal Regulations."[127]  These guidelines directed plants to survey and

16   identify ACM; identify ACM that appeared to be damaged or needed repair; repair

17   material that could be repaired; and if material was damaged beyond repair it was to be

18   removed.

19

20   An Asbestos Compliance Guide dated February 18, 1986 was distributed to all plant

21   managers.  This guide provided instructions on conducting renovation and demolition

22   work involving ACM. This document was revised on June 22, 1987 to include a re-

1    statement of the Corporation's policy to maintain asbestos-containing materials in place,

2    unless removal is necessary.[128]  In the "Purpose" section it is stated, "The intent of these

3    guidelines is to assist plant management in situations where removal is necessary.  This

4    includes preparations for capital installations, revisions of equipment arrangements or

5    where asbestos-containing material is damaged beyond repair."[128]

6

7    At least 15 different removal projects took place between July 1983 and February of 1985.

8    In May of 1985 there were numerous capital expansion projects at USG plants which

9    required ACM removal.[129]

10

11   A July 9, 1984 memorandum from M.J. Bagel to S.T. Hadley of USG provides

12   information on a seminar by the Building Owners Managers Association titled "Asbestos

13   In Office Buildings - A Tenant's Problem, and an Owner's Problem."[130]  At the end of

14   the memorandum Mr. Bagel states, "I believe the above provides sufficient information to

15   alert management to the fact that there is a potential problem in buildings that contain

16   asbestos materials. On the basis of this information I believe that a meeting should be held

17   as to what steps if any will be taken should asbestos material be found in the USG

18   building."[130]

19

20   The Headquarters Building at South Wacker Drive in Chicago contains Firecode

21   fireproofing.  A building committee was formed to handle asbestos problems at the

22   Headquarters Building.  A document titled "USG Building, Interim Report, Modifications

84

1    to Permit Interior Work" introduced in Mr. May's deposition describes the situation: "A

2    problem identified with doing any above ceiling work on floors two through 16 is that

3    when the fireproofing insulation is disturbed, as by changing pipes, wiring or supports for

4    ducts, ceiling, lighting or other utilities, installing partitions within the plenum to isolate a

5    space for separate air-conditioning and the like, asbestos fibers contained in the

6    fireproofing insulation may be released. This can be caught up in the circulating air within

7    the plenum and thereby distributed to the entire floor, recirculated through the return

8    ducts and ultimately spread throughout the entire building."[129]  USG called upon Dr.

9    Morton Corn to assist them in dealing with the ACM in the Headquarters Building.[131]

10    Clayton Environmental conducted air monitoring at the Headquarters Building on January

11    4-6, 1985.   Eighty samples were collected and analyzed by phase contrast and

12    transmission electron microscopy.[132]

13

14    A memo dated September 2, 1987 from D.E. Warrick to J.D. Cornell discusses the need

15    for a written facility plan relating to the inplace asbestos-containing material in the

16    Headquarters Building.[133]  Mr. Warrick stated, "I would feel much better if we had a

17    written plan to be followed by our own maintenance staff as well as outside workers."[133]

18

19    In summary, the procedures for management of asbestos in buildings which are used by

20    W.R. Grace & Company, U.S. Mineral Products Company, and U.S. Gypsum are similar

21    to those implemented by Prudential. All have conducted inspections in their buildings,

1    have instituted asbestos control procedures, and have removed asbestos-containing

2    materials in conjunction with renovation and demolition activities.

1    X.    **REGULATIONS**

2

3    The management and removal of the asbestos-containing fireproofing in the Prudential

4    buildings are subject to numerous federal, state and local regulations.  At the federal level

5    the two major regulations are the Occupational Safety and Health Administration (OSHA)

6    asbestos standard (29 CFR 1926.1101) and the EPA asbestos NESHAP standard.[134, 135]

7    In addition, the US Department of Transportation (DOT) standards for the transportation

8    of hazardous materials impact the buildings as well as the EPA Asbestos Hazard

9    Emergency Response Act (as amended) (AHERA) regulations which pose additional

10    burdens on the buildings.[136, 137]

11

12    The newly revised OSHA asbestos standard has further reduced the permissible exposure

13    limit (PEL) to 0.1 f/cc based on an 8-hour, time-weighted average (TWA).[134]  This

14    standard also requires work practices (regardless of exposure concentration) be

15    implemented when working around or on asbestos-containing materials.  It was noted by

16    OSHA in the preamble to the current revision that significant risk remains at the 0.1 f/cc

17    level.

18

19    The new OSHA asbestos standard provides a classification of work activities.  Class I

20    work includes removal of surfacing materials (such as fireproofing) and thermal system

21    insulation (such as pipe and boiler insulation).  Class II work includes removal of asbestos-

22    containing materials such as flooring, wallboard and roofing products.  Class III work

87

1  includes repair and maintenance operations where ACM is likely to be disturbed. Class IV

2  work includes clean-up of asbestos waste and debris.[134]

3

4  The work practices required under the OSHA asbestos standard are progressively more

5  stringent, with Class IV work the least stringent, and Class I work the most stringent. The

6  removal of fireproofing from a building is Class I work. This work must be conducted by

7  trained workers and supervisors, employ a negative pressure containment system, provide

8  for the use of respirators and protective clothing, and numerous other requirements.[134]

9

10  Custodial and maintenance activities which involve asbestos-containing fireproofing

11  generally fall into Class III or Class IV work. Class III work usually requires isolation of

12  the work area, use of respirators, specific work practices, a competent person (as defined

13  by OSHA) on site, and trained employees and supervisors. Class IV work requires trained

14  employees and specific work practices but does not mandate the use of respirators.[134]

15

16  The new OSHA standard contains numerous other provisions including notification and

17  labeling requirements, medical surveillance of employees, decontamination procedures,

18  testing requirements, and waste disposal procedures. The standard represents the latest

19  revision to the OSHA asbestos standards providing for greater stringency in the

20  requirements. It lowered the permissible exposure limit (PEL) to 0.1 f/cc from 0.2 f/cc (8-

21  hour, TWA) which had been in effect since July 1986. Prior to this time the PEL was 2

22  f/cc, expressed as an 8-hour, TWA.

1

2    The EPA NESHAP asbestos standard has likewise evolved and become more stringent

3    over the years.[135]  In summary, the standard requires building owners and operators to

4    properly remove friable asbestos-containing materials prior to renovation or demolition

5    activities which will disturb these materials.  It further regulates the method of removal

6    and disposal of the asbestos waste.[135]

7

8    In addition to the federal asbestos regulation, all of the buildings discussed in this report

9    were, or are subject to one or more state asbestos regulations.   Like the federal

10   regulations, the state asbestos regulations have evolved over the years, beginning in the

11   mid-1980s.

12

13   The provisions of the state regulations have been summarized repeatedly by the National

14   Conference of State Legislatures (NCSL) under a grant from the EPA.[137, 138]  The Bureau

15   of National Affairs (BNA) has also provided a history of early state asbestos

16   regulations.[139]  Certain cities and localities, such as New York City, Dallas, Philadelphia,

17   and Allegheny County (Pittsburgh) also passed regulations regarding asbestos in buildings.

18

19   Among these regulations the common issue was the provision for certification of

20   individuals who perform various asbestos-related activities.   In many states formal

21   licensing programs were established.  Initially, some programs only applied to school

22   buildings.  However, when the EPA AHERA regulations were amended, public and

1   commercial buildings were included nationwide in the Model Accreditation Plan (except

2   for Management Planners).[140]

3

4   The Prudential buildings discussed in this report contracted maintenance and renovation

5   work. The state regulations required work involving the disturbance of asbestos materials

6   be performed by certified or licensed personnel. Accordingly, it became common practice

7   for only certified workers to conduct asbestos activities in the vicinity of the fireproofing

8   in Prudential buildings.

9

10   Some states were also delegated authority from OSHA and EPA to implement and enforce

11   their own OSHA asbestos standard and NESHAP standard. For these Prudential

12   buildings, the states of California, Maryland, Michigan, Minnesota, and New York have

13   state OSHA programs. In these states, the regulations must be at least as stringent as the

14   federal standard. Most states adopted the federal OSHA asbestos standard(s) with little

15   modification. However, using California as an example, CAL-OSHA redefined an

16   asbestos-containing material as greater than 0.1% asbestos, and require all asbestos

17   workers to be registered with the agency.[141, 142]

18

19   California also has adopted, and revised the EPA asbestos NESHAP standard. For

20   Embarcadero I and II, located in San Francisco, they must comply with the Bay Area Air

21   Quality Management District (BAAQMD) NESHAP requirements.[143]   This regulation

1    significantly lowers the threshold for amounts of friable asbestos involved in renovation or

2    demolition activities.

3

4    City regulations have also impacted Prudential's management of asbestos in their

5    buildings. New York and Philadelphia's comprehensive asbestos in buildings regulation

6    have no threshold amounts before they are applicable.[144 - 146] The City of Dallas has

7    adopted the rules of the Texas Air Control Board.[147 - 149]

8

9    The multitude of federal, state and local regulations creates difficulty for large building

10   owners and operators with holdings in many states and localities. At the building level, it

11   is necessary to develop a site-specific plan to achieve compliance with the regulations. At

12   the national level, policies must be appropriate and flexible to allow for provisions of

13   various regulations to be met.

1    IV.    CONCLUSIONS

2

3    The following conclusions are based on site visits to the Prudential buildings, results of

4    bulk, air, dust and debris samples, interviews with building management representatives,

5    and reviews of asbestos-related building documents applicable standards, regulations,

6    guidance and research.

7

8    1. The spray-applied asbestos-containing fireproofing currently or formerly present on

9        structural steel (and/or the decking) is friable.

10

11   2. In all buildings assessed pursuant to the EPA assessment protocol, the fireproofing

12       was in the vast majority of areas rated as "damaged friable surfacing asbestos-

13       containing building materials."

14

15   3. In all buildings assessed, the original asbestos-containing fireproofing had both

16       physical damage and damage due to deterioration.  Instances of water damage and

17       delamination were evident at some locations.

18

19   4. In all buildings assessed and in which testing was performed it is concluded that

20       asbestos has released from the fireproofing.  This asbestos dust and debris has

21       accumulated and resulted in significant contamination of building surfaces.

22

1    5. Studies have demonstrated that routine maintenance, custodial, and renovation

2       activities that disturb in-place fireproofing or accumulated dust and debris from the

3       fireproofing can result in elevated airborne asbestos exposure to the workers and

4       others in the vicinity of the work.

5

6    6. Air sampling data from these Prudential buildings demonstrates that elevated

7       exposures have occurred among workers performing maintenance and renovation

8       activities.

9

10   7. These Prudential buildings are subject to the federal OSHA standard, EPA asbestos

11      NESHAP standard, the applicable state regulations for the states in which the

12      buildings are located, and local (city and county) ordinances for some buildings.

13

14   8. It has been necessary and prudent for Prudential to develop and implement asbestos

15      management plans, including asbestos operations and maintenance programs to

16      continue operating these buildings.

17

18   9. The removal of the asbestos-containing fireproofing following a phased approach has

19      been, and continues to be, appropriate and reasonable.

20

1   10. The Prudential asbestos policy, and implementation of that policy is consistent with

2       applicable regulations, standards, guidelines, and the actions of other major property

3       owners.

4

5   This report prepared by:

6                               William M. Ewing, CIH

7                               Technical Director



**Asbestos Abatement Services, Inc.**
11 North Parkway Square ■ 4200 Northside Parkway, N.W.
Atlanta, Georgia 30327 ■ (404) 264-9053

November 18, 1987

Mr. Steve Beverly
Property Manager
1800 Century Blvd., Suite 1500
Atlanta, Georgia  30345

Dear Mr. Beverly:

    Please find enclosed the results of analysis for air
samples collected during the asbestos abatement project at 2200
Century Blvd.  The samples were collected on November 6,7 and 8,
1987, by Mr. Anthony Bass of Asbestos Abatement Services, Inc.

    Personal air samples were collected during the abatement
procedures.  The results of analysis for these personal samples
indicated airborne fiber concentrations ranging from 0.065
fibers per cubic centimeter (f/cc) of air too "overloaded" and
unable to be analyzed.

    The results of analysis for air samples collected inside
the mechanical room during preparation activities indicated
airborne fiber concentrations of less than 0.002 f/cc and 0.002
f/cc of air.

    The results of analysis for air samples collected outside
the work area are as follows:  Samples PCM 5 & 6 were collected
on November 7 and 8 respectively.  Analysis of these samples
indicated airborne fiber concentrations of less than 0.001 f/cc
and 0.004 f/cc.  Sample PCM 8 was collected outside the
decontamination chamber on November 8.  Analysis of this sample
indicated less than 0.002 f/cc of air.

Washington, D.C.        ■        Atlanta        ■        New York        HEA-CENT-00109

A John J. Kirlin Company

PIS 4010579

November 18, 1987
Page 2


    Asbestos Abatement Services, Inc. appreciates the
opportunity to work with you on this project and we look forward
to working with Property Management Systems in the future.  If
you have any questions or require additional information
regarding the results presented here, please feel free to
contact Mr. John Dietrichs or me.

                      Sincerely,

                      Dennis Popham
                      Project Manager

DP/jr
Enclosure

HEA-CENT-00110

PIS 4010580



## Asbestos Abatement Services, Inc.
11 North Parkway Square ■ 4200 Northside Parkway, N.W. ■ Atlanta, GA 30357-3020 ■ (404) 264-9053

### AIR SAMPLE DATA SHEET

AASI Job No.: __72033__      Date: __11/6/87__

Collected By: __Tony Bass__      Analyzed By: __Geo-Environmental__

Couriered By: __AASI__      Date Analyzed: __11/7/87__

| Sample No. | Pump No. | Flow Rate | Time On | Time Off | Results |
|---|---|---|---|---|---|
| PCM/1 | LV-2 | 2.7 L/M | 1030 | 2000 | Less than 0.002 f/cc |

Location: Area sample - Inside mechanical room, North wall during preparation.

| Sample No. | Pump No. | Flow Rate | Time On | Time Off | Results |
|---|---|---|---|---|---|
| PCM/2 | LV-5 | 2.7 L/M | 1035 | 2005 | 0.002 f/cc |

Location: Area sample - Inside mechanical room, South wall during preparation.

| Sample No. | Pump No. | Flow Rate | Time On | Time Off | Results |
|---|---|---|---|---|---|
| | | | | | |

Location

| Sample No. | Pump No. | Flow Rate | Time On | Time Off | Results |
|---|---|---|---|---|---|
| | | | | | |

Location

| Sample No. | Pump No. | Flow Rate | Time On | Time Off | Results |
|---|---|---|---|---|---|
| | | | | | |

Location

| Sample No. | Pump No. | Flow Rate | Time On | Time Off | Results |
|---|---|---|---|---|---|
| | | | | | |

Location

| Sample No. | Pump No. | Flow Rate | Time On | Time Off | Results |
|---|---|---|---|---|---|
| | | | | | |

Location

HEA-CENT-00111

Sampling Media: __Air__      Analyze For: __PMS White & Associates__

White: Job      Yellow: Lab      Pink: Client

PIS 4010581



# Asbestos Abatement Services, Inc.
11 North Parkway Square ■ 4200 Northside Parkway, N.W. ■ Atlanta, GA 30357-3020 ■ (404) 264-9053

## AIR SAMPLE DATA SHEET

AASI Job No.: 72033      Date: 11/7/87

Collected By: Tony Bass      Analyzed By: Geo-Environmental

Couriered By: AASI      Date Analyzed: 11/8/87

| Sample No. | Pump No. | Flow Rate | Time On | Time Off | Results |
|---|---|---|---|---|---|
| PCM/3 | LV-1 | 2.7 L/M | 0905 | 1610 | 0.065 f/cc |

Location
Personal sample - Inside mechanical room during gross removal.

| Sample No. | Pump No. | Flow Rate | Time On | Time Off | Results |
|---|---|---|---|---|---|
| PCM/4 | LV-4 | 2.7 L/M | 0815 | 2000 | Overloaded |

Location
Area sample - Inside mechanical room, South end during gross removal.

| Sample No. | Pump No. | Flow Rate | Time On | Time Off | Results |
|---|---|---|---|---|---|
| PCM/5 | LV-3 | 2.7 L/M | 0820 | 2016 | Less than 0.001 f/c |

Location
Area sample - Outside the work area, Inside the clean room of the decontamination chamber.

| Sample No. | Pump No. | Flow Rate | Time On | Time Off | Results |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Location

| Sample No. | Pump No. | Flow Rate | Time On | Time Off | Results |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Location

| Sample No. | Pump No. | Flow Rate | Time On | Time Off | Results |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Location

| Sample No. | Pump No. | Flow Rate | Time On | Time Off | Results |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Location

HEA-CENT-00112

Sampling Media: Air      Analyze For: PMS White & Associates

White: Lab      Yellow: Lab      Pink: Client



**Asbestos Abatement Services, Inc.**
11 North Parkway Square ■ 4200 Northside Parkway, N.W. ■ Atlanta, GA 30357 3020 ■ (404) 264-9053

## AIR SAMPLE DATA SHEET

AASI Job No.: 72033                                    Date: 11/8/87

Collected By: Tony Bass                          Analyzed By: Geo-Environmental

Couriered By: AASI                              Date Analyzed: 11/10/87

| Sample No. | Pump No. | Flow Rate | Time On | Time Off | Results |
|---|---|---|---|---|---|
| PCM/6 | LV-5 | 2.7 L/M | 0805 | 1540 | 0.004 f/cc |

Location  Area sample - Outside the work area, Inside the clean room of the decontamination chambe

| Sample No. | Pump No. | Flow Rate | Time On | Time Off | Results |
|---|---|---|---|---|---|
| PCM/7 | LV-2 | 2.7 L/M | 0810 | 1530 | Overloaded filter |

Location  Personal sample - Inside the work area in mechanical room.

| Sample No. | Pump No. | Flow Rate | Time On | Time Off | Results |
|---|---|---|---|---|---|
| PCM/8 | LV-1 | 2.7 L/M | 0820 | 1515 | Less than 0.002 f/cc |

Location  Area sample - Outside the work area by the decontamination chamber.

| Sample No. | Pump No. | Flow Rate | Time On | Time Off | Results |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Location

| Sample No. | Pump No. | Flow Rate | Time On | Time Off | Results |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Location

| Sample No. | Pump No. | Flow Rate | Time On | Time Off | Results |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Location

| Sample No. | Pump No. | Flow Rate | Time On | Time Off | Results |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Location

HEA-CENT-00113

Sampling Media: Air                    Analyze For: PMS White & Associates

White· Job                 Yellow· Lab                 Pink: Client



**Asbestos Abatement Services, Inc.**
11 North Parkway Square ■ 4200 Northside Parkway, N.W.
Atlanta, Georgia 30327 ■ (404) 264-9053
Facsimile Number: (404) 261-6401

# DAILY LOG SHEET

Date: 11/6/87 AASI Job No. 2203 3 Job Name: Century     PM: DP  Page: 1 of

| Time | Remarks |
|------|---------|
| 0800 | arrived on site, workers not on site |
| 0845 | Place call into Project m. Dennis Popham |
| 0900 | Mr. Popham informed me workers would be on site |
| 1015 | Bruce Holbert arrived on site |
| 1030 | Set up two area samples one at the north End and one at the South End of work area |
| 1040 | Bruce began building work barrier around compressor which will run during abatement |
| 1115 | work continuals on Pep of fresh room. |
| 1200 | no asbestos would be removed until 11/7/87 |
| | "1200-2000 work continual of D. con at 2000 I Pick up air samples, work area was Secure for the night |
| 2030 | off work site. |

HEA-CENT-00114

PIS 4010584



**Asbestos Abatement Services, Inc.**
11 North Parkway Square ■ 4200 Northside Parkway, N.W.
Atlanta, Georgia 30327 ■ (404) 264-9053
Facsimile Number: (404) 261-6401

# DAILY LOG SHEET

Date: _11/7/87_ AASI Job No.: _7203_ Job Name: _Century_       PM: _D P_ Page: ___ o

| Time | Remarks |
|------|---------|
| 0800 | arrived on site field supervisor Bruce Walker on site |
| 0830 | Set up Pcm 7400 air sample in south End of work area are in clean room |
| 0910 | Set up Personal on Blue north. Mr. noir in bagging up material in work area. |
| 1030 | Project manager D Popham arrived on site |
| 1100 | Project manager discuss with Bruce Walker about Plan for running final air |
| 1115 | Mr. Popham inform he we will not be running final air. |
| 1200 | Entered work area, observed worker removing asbestos. worker are wearing full face dul carage respirator. material is wetted down |
| 1330 | worker break for lunch. "1435" worker Enter work area. continued removal |
| 1600 | Enter work area check low volume Pump Pump running ok. |
| 1800 | Central Jersey worker are doing a~~nd th~~ a great job in removing insulation |
| 2000 | worker are ~~same~~ securing work area for the day. |
|  |  |
|  |  |
|  |  |
|  |  |

HEA-CENT-00115

PIS 4010585



**Asbestos Abatement Services, Inc.**
11 North Parkway Square ■ 4200 Northside Parkway, N.W.
Atlanta, Georgia 30327 ■ (404) 264-9053
Facsimile Number:  (404) 261-6401

# DAILY LOG SHEET

Date: 11/8/87 AASI Job No. 72033 Job Name: _Centure_ ___ PM: _DP_ Page: ___ of ___

| Time | Remarks |
|------|---------|
| 0800 | arrived on site, set up a personal, and clean room of De Con unit |
| 900 | workers have begun removing asbestos from work area. workers are wearing full face respirators, and Protected clothes |
| 01000 | No finale will be run by we AASI |
| 1120 | workers are bring out double bag material through d con unit |
| 1200 | checked air 7400 Pumps, clean room and outside area Pumps running ok. |
| 1305 | Centural Jersey workers continual removing asbestos material from work area. air test will continual to run until area is ready for final air |
| 1536 | Pick up Personal air sample |
| 1540 | Pick up clean room sample 1550 Pick up sample from out side of work area |
| 1630 | area ready for final air |
| 1700 | Departed work site |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

HEA-CENT-00116

PIS 4010586

# GEO-ENVIRONMENTAL SERVICES, INC.

electron microscopy • light microscopy • industrial hygiene

RECEIVED
MAY 3 1 1988

May 27, 1988

Mr. Steve Patterson
Asbestos Abatement Technology
P.O. Box 47039
Doraville, GA  30362

Reference:  Air Monitoring and Air Sample Analyses
            2200 Century Tower, 10th Floor
            GES Job Number AM 280-30

Dear Mr. Patterson:

GEO-ENVIRONMENTAL SERVICES, INC. has completed the authorized
sampling of asbestos in air and the subsequent laboratory
analysis of these samples for the asbestos abatement project
conducted at 2200 Century Tower, 10th floor.  The sampling data
and analytical results are summarized in the attached tables of
this report.

All sampling techniques and analytical methods are in accordance
with the standard procedures regulated and recommended by OSHA
and NIOSH, respectively (RE: CFR 1910.1001 and NIOSH 7400-1
method as of 3/1/87.)

We are pleased to provide these services to you.  If you have any
questions concerning this report, please feel free to contact us.

Sincerely,

J. Michael Herring
Laboratory Manager

JMH/cr

Enclosures



APR 1 9 1996



Main Lab: 141 W. Wieuca Road, Suite 200 A, Atlanta, GA 30342
Electron Microscopy Lab: 130 W. Wieuca Road, Suite 108, Atlanta, GA 30342
Main Lab: (404) 257-9303 EM Lab: (404) 256-6437

HEA-CENT-00485

GEO-ENVIRONMENTAL SERVICES INC.

PCM AIR SAMPLE REPORT

Client Name: Asbestos Abatement Technology
Project Name: 2200 Century Tower, 10th Floor
GES Job No.: AM 280-30

| Sample I.D. Location | Pump Flow Rate (l/m) | Total Sample Volume (liter) | Total Fields Counted | Total Fibers Counted | Measured Fiber Concentration (f/cc) | Detection Limit (f/cc) | Reported Fiber Concentration (f/cc) | 95% Upper Confidence Level (f/cc) |
|---|---|---|---|---|---|---|---|---|
| 04/22/98 | | | | | | | | |
| 0422/V1 Field Blank 1 | | | 100 | 0.0 | | | | |
| 0422/V2 Field Blank 2 | | | 100 | 0.0 | | | | |
| 0422/V3 E*/Personal: John Deard SS# 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 | 2.0 | 280.0 | 100 | 16.0 | 0.028 | 0.010 | 0.028 | N/A |
| 0422/V4 E*/Personal: Charlie Joseph SS# 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 | 2.0 | 286.0 | 100 | 2.0 | 0.003 | 0.010 | <0.010 | N/A |
| 0422/V5 E*/Personal: Brown SS# 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 | 2.0 | 126.0 | 100 | 1.5 | 0.006 | 0.022 | <0.022 | N/A |
| 0422/V6 E*/Personal: Ronel Joseph SS# 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 | 2.0 | 180.0 | 100 | 91.5 | 0.253 | 0.015 | 0.253 | N/A |

*B:Background; P:Preparation; R:Removal, cleaning, or encapsulation; O:Outside work area; C:Final test

HALLIWELL ENGINEERING, INC. 1996

HEA-CENT-00486

GEO-ENVIRONMENTAL SERVICES INC.

PCM AIR SAMPLE REPORT

Client Name: Asbestos Abatement Technology
Project Name: 2200 Century Tower, 10th Floor
GES Job No. : AM 280-30

| Sample I.D. Location | Pump Flow Rate (1/m) | Total Sample Volume (liter) | Total Fields Counted | Total Fibers Counted | Measured Fiber Concentration (f/cc) | Detection Limit (f/cc) | Reported Fiber Concentration (f/cc) | 95% Upper Confidence Level (f/cc) |
|---|---|---|---|---|---|---|---|---|
| 04/22/88 cont. | | | | | | | | |
| 0422/V7 E'/Personal: Daniel SS# 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 | 2.1 | 63.0 | 100 | 12.5 | 0.098 | 0.043 | 0.098 | N/A |

$$TWA = \frac{(0.028)vs(140) + (0.003)vs(143) + (0.006)vs(63) + (0.253)vs(90)}{466}$$

$$= 0.065$$

| Sample I.D. Location | Pump Flow Rate (1/m) | Total Sample Volume (liter) | Total Fields Counted | Total Fibers Counted | Measured Fiber Concentration (f/cc) | Detection Limit (f/cc) | Reported Fiber Concentration (f/cc) | 95% Upper Confidence Level (f/cc) |
|---|---|---|---|---|---|---|---|---|
| 04/23/88 | | | | | | | | |
| 0423/T1 E'/Personal: B. Daniel SS# 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 | 2.0 | 360.0 | 100 | 21.5 | 0.029 | 0.007 | 0.029 | N/A |
| 0423/#2 Clean Room | 2.0 | 760.0 | 100 | 2.5 | 0.002 | 0.004 | <0.004 | N/A |
| 0423/T3 E'/Personal: B. Daniel SS# 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 | 2.0 | 190.0 | 80.0 | 97.5 | 0.316 | 0.014 | 0.316 | N/A |

HALLIWELL ENGINEERING, INC.
RECEIVED
APR 1996

B:Background; R:Preparation; R:Removal, cleaning, or encapsulation; O:Outside work area; C:Final test

HEA-CENT-00487

GEO-ENVIRONMENTAL SERVICES INC.

PCM AIR SAMPLE REPORT

Client Name:
Project Name: Asbestos Abatement Technology
2200 Century Tower, 10th Floor
GES Job No. : AM 280-30

| Sample I.D. Location | Pump Flow Rate (1/m) | Total Sample Volume (liter) | Total Fields Counted | Total Fibers Counted | Measured Fiber Con-centration (f/cc) | Detection Limit (f/cc) | Reported Fiber Con-centration (f/cc) | 95% Upper Confidence Level (f/cc) |
|---|---|---|---|---|---|---|---|---|
| 04/23/88 cont. | | | | | | | | |
| 0423/T4 E'/Personal: B. Daniel SS# 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 | 2.0 | 110.0 | 100 | 15.0 | 0.067 | 0.025 | 0.067 | N/A |
| 0423/T5 Field Blank 1 | | | 100 | 1.0 | | | | |
| 0423/T6 Field Blank 2 | | | 100 | 3.5 | | | | |

TWA = (0.029)T1(180) + (0.252)T3(95) + (0.067)T4(55)
                         330

= 0.100

| 04/26/88 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0426/L1 E'/Personal: Augustine Riggand SS# 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 | 2.5 | 187.5 | 100 | 20.5 | 0.054 | 0.014 | 0.054 | N/A |

HALLIWELL
ENGINEERING, INC.
RECEIVED
1 9 1996

HEA-CENT-00488

*B:Background; P:Preparation; R:Removal, cleaning, or encapsulation; O:Outside work area; C:Final test

# GEO-ENVIRONMENTAL SERVICES INC.

## PCM AIR SAMPLE REPORT

Client Name: Asbestos Abatement Technology
Project Name: 2200 Century Tower, 10th Floor
GES Job No. : AM 280-30

| Sample I.D. Location | Pump Flow Rate (l/m) | Total Sample Volume (liter) | Total Fields Counted | Total Fibers Counted | Measured Fiber Concentration (f/cc) | Detection Limit (f/cc) | Reported Fiber Concentration (f/cc) | 95% Upper Confidence Level (f/cc) |
|---|---|---|---|---|---|---|---|---|
| 04/26/88 cont. | | | | | | | | |
| 0426/L2 E*/Personal: John Bird SS# 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 | 2.5 | 187.5 | 100 | 6.5 | 0.017 | 0.014 | 0.017 | N/A |
| 0426/L3 Field Blank 1 | | | 100 | 0.0 | | | | |
| 0426/L4 Field Blank 2 | | | 100 | 2.0 | | | | |
| 05/02/88 | | | | | | | | |
| 0502/Q1 Field Blank 1 | | | 100 | 2.5 | | | | |
| 05020/Q2 Field Blank 2 | | | 100 | 7.5 | | | | |
| 0502/Q3 E*/Personal: Gray | 2.0 | 424.0 | 100 | 28.5 | 0.045 | 0.006 | 0.045 | N/A |
| 0502/Q4 E*/Personal: Wilburt | 2.0 | 412.0 | 100 | 45.0 | 0.054 | 0.007 | 0.054 | N/A |

*B:Background; P:Preparation; R:Removal, cleaning, or encapsulation; O:Outside work area; C:Final test

APR 1 9 1996

HALLIWELL
ENGINEERING, INC
RECEIVED

HEA-CENT-00489

GEO-ENVIRONMENTAL SERVICES INC.

PCM AIR SAMPLE REPORT

Client Name:    Asbestos Abatement Technology
Project Name:   2200 Century Tower, 10th Floor
GES Job No. :   AM 280-30

| Sample I.D. Location | Pump Flow Rate (l/m) | Total Sample Volume (liter) | Total Fields Counted | Total Fibers Counted | Measured Fiber Concentration (f/cc) | Detection Limit (f/cc) | Reported Fiber Concentration (f/cc) | 95% Upper Confidence Level (f/cc) |
|---|---|---|---|---|---|---|---|---|
| 05/02/88 cont. | | | | | | | | |
| 0502/Q5 E'/Personal: Gray | 2.0 | 210.0 | 100 | 64.0 | 0.151 | 0.013 | 0.151 | N/A |
| 0502/Q6 E'/Personal: Wilburt | 2.0 | 208.0 | 100 | 68.0 | 0.162 | 0.013 | 0.162 | N/A |
| 05/03/88 | | | | | | | | |
| 0503/Q1 Field Blank 1 | | | 100 | 3.0 | | | | |
| 0503/Q2 Field Blank 2 | | | 100 | 3.5 | | | | |
| 0503/Q3 E'/Personal: Joseph | 2.0 | 384.0 | 100 | 70.5 | 0.091 | 0.007 | 0.091 | N/A |
| 0503/Q4 E'/Personal: Gray | 2.0 | 386.0 | 100 | 67.5 | 0.087 | 0.007 | 0.087 | N/A |

HEA-CENT-00490

HALLIWELL ENGINEERING. INC.
RECEIVED
APR 19 1996

'B:Background; P:Preparation; R:Removal, cleaning, or encapsulation; O:Outside work area; C:Final test

# GEO-ENVIRONMENTAL SERVICES INC.

## PCM AIR SAMPLE REPORT

Client Name:     Asbestos Abatement Technology
Project Name:    2200 Century Tower, 10th Floor
GES Job No. :    AM 280-30

| Sample I.D. Location | Pump Flow Rate (l/m) | Total Sample Volume (liter) | Total Fields Counted | Total Fibers Counted | Measured Fiber Con- centration (f/cc) | Detection Limit (f/cc) | Reported Fiber Con- centration (f/cc) | 95% Upper Confidence Level (f/cc) |
|---|---|---|---|---|---|---|---|---|
| 05/03/88 cont. | | | | | | | | |
| 0503/Q5 E*/Personal: Gray | 2.0 | 414.0 | 100 | 69.5 | 0.083 | 0.007 | 0.083 | N/A |
| 0503/Q6 E*/Personal: Joseph | 2.0 | 406.0 | 100 | 75.5 | 0.092 | 0.007 | 0.092 | N/A |
| 05/04/88 | | | | | | | | |
| 0504/Q1 Field Blank 1 | | | 100 | 5.0 | | | | |
| 0504/Q2 Field Blank 2 | | | 100 | 5.0 | | | | |
| 0504/Q3 E*/Personal: Charlie | 2.0 | 434.0 | 100 | 94.5 | 0.108 | 0.006 | 0.108 | N/A |
| 0504/Q4 E*/Personal: Gray | 2.0 | 444.0 | 100 | 85.0 | 0.095 | 0.006 | 0.095 | N/A |

*B:Background; P:Preparation; R:Removal, cleaning, or encapsulation; O:Outside work area; C:Final test

HALLIWELL ENGINEERING, INC. RECEIVED

APR 1 9 1996

HEA-CENT-00491

GEO-ENVIRONMENTAL SERVICES INC.

PCM AIR SAMPLE REPORT

Client Name:   Asbestos Abatement Technology
Project Name:  2200 Century Tower, 10th Floor
GES Job No. :  AM 280-30

| Sample I.D. Location | Pump Flow Rate (l/m) | Total Sample Volume (liter) | Total Fields Counted | Total Fibers Counted | Measured Fiber Concentration (f/cc) | Detection Limit (f/cc) | Reported Fiber Concentration (f/cc) | 95% Upper Confidence Level (f/cc) |
|---|---|---|---|---|---|---|---|---|
| 05/04/88 cont. | | | | | | | | |
| 0504/Q5 E*/Personal: Gray | 2.0 | 428.0 | 98.0 | 97.0 | 0.115 | 0.006 | 0.115 | N/A |
| 0504/Q6 E*/Personal: Charlie | 2.0 | 430.0 | 100 | 93.0 | 0.107 | 0.006 | 0.107 | N/A |
| 05/05/88 | | | | | | | | |
| 0505/Q1 Field Blank 1 | | | 100 | 8.0 | | | | |
| 0505/Q2 Field Blank 2 | | | 100 | 4.5 | | | | |
| 0505/Q3 E*/Personal: Humphrey | 2.0 | 408.0 | 100 | 74.5 | 0.091 | 0.007 | 0.091 | N/A |
| 0505/Q4 E*/Personal: Lupoe | 2.0 | 380.0 | Filter was wet. | | | | | |
| 0505/Q5 R*/Work Area | 2.0 | 788.0 | 100 | 84.5 | 0.053 | 0.003 | 0.053 | N/A |

HEA-CENT-00492

HALLIWELL
ENGINEERING, INC.
RECEIVED

APR 19 1996

*B:Background; P:Preparation; R:Removal, cleaning, or encapsulation; O:Outside work area; C:Final test

GEO-ENVIRONMENTAL SERVICES INC.

PCM AIR SAMPLE REPORT

Client Name:    Asbestos Abatement Technology
Project Name:   2200 Century Tower, 10th Floor
GES Job No. :   AM 280-30

| Sample I.D. Location | Pump Flow Rate (1/m) | Total Sample Volume (liter) | Total Fields Counted | Total Fibers Counted | Measured Fiber Con-centration (f/cc) | Detection Limit (f/cc) | Reported Fiber Con-centration (f/cc) | 95% Upper Confidence Level (f/cc) |
|---|---|---|---|---|---|---|---|---|
| 05/05/88 cont. | | | | | | | | |
| 0505/06 E*/Personal: Sengsouls | 2.0 | 384.0 | 100 | 75.5 | 0.098 | 0.007 | 0.098 | N/A |
| 0505/Q7 E*/Personal: Stevens | 2.0 | 376.0 | 100 | 71.0 | 0.094 | 0.007 | 0.094 | N/A |



APR 1 9 1996

'B:Background; P:Preparation; R:Removal, cleaning, or encapsulation; O:Outside work area; C:Final test

HEA-CENT-00493

GEO-ENVIRONMENTAL SERVICES, INC.   No. 88C
ATLANTA, GEORGIA
INTER-OFFICE CHAIN OF CUSTODY

1. Package Delivered by: ____N|A_____Date:_____
2. Package Received by: ____N|A_____Date:_____
3. Condition of Package on Receipt: good  fair  poor (circle one)
   if poor, explain:_____

4. Client Name:_____Asbestos Abatement Technology_____

5. Job Name/Number:__2300 Century Tower, 10th Floor_____

6. GES Job Number:_____AM 280-30_____

7. Package Opened by:_____N|A_____Date:_____

8. Type of Sample(s): ASA  BSA  (AM)  TEM  SEM  (circle one)
   Other:_____

9. Condition of Samples: (good)  fair  poor  (circle one)
   if poor, explain:_____

10. Number of Samples Received:_____(7)_____(4)_____(22)
11. GES Sample Log No.(s):7908-7917  BA-7248-  MA-7915-  IS.- 7792 - 7793; 7798-7803;
                          C|T         7254      7918      7804 - 7809; 7810-7816

12. Samples Analyzed by:_CH, BA, MA, ES____Date:_____
                          4/23  4/22  4/26  5/5-5/6
13. Results Reported by: (8)  (7)  (4)  (26)____Date:_____

14. Report Given to Typist    Time:___3pm___Date: 5/26/88

15. Report Typed by:_____CAR_____Date: 5/28/88

16. Cover Letter Typed by:_____CAR_____Date: 5/27/88

17. Invoiced by:_____CA___Invoice #: 7987___Date: 5/27/88

18. Report Proofread by:_____KMS_____Date: 5/30/88

19. Report Corrected by:_____CAR_____Date: 5/30/88

20. Report Signed Off by:_____JMH_____Date: 5/30/88

21. Duplicated by:_____CR_____Date: 5/30/88

22. Mailed by:_____Date_____

    HALLIWELL
    ENGINEERING, INC.
    ARRIVED

Comments:_____

----------------------------------------------------------

*If package has sustained substantial damage, stop and
contact project manager and shipper.   FEB 14 1996

HEA-CENT-00494



**Atec Associates**
Geotechnical and Materials Engineers
A subsidiary of American Testing
and Engineering Corporation

Soil & Foundation
Engineering
Subsurface Exploration
Engineering Geology
Materials Testing

# PROJECT INSPECTION REPORT

Reply To:

District Offices: Atlanta/Baltimore-Washington/
Chicago/Cincinnati/Dallas/Denver/Houston/
Indianapolis/Louisville/Norfolk

PROJECT **Century Center**  JOB NO. **32-88005**

LOCATION **2200 Century Parkway**  CONTRACTOR **A.A.T.**

CLIENT **Property Management Systems**  DATE **4-16-88**

REMARKS:

Saturday: 9:00am to 12:00pm

10th Fl: Steve Patterson, crew moved equipment
onto floor in preparation for start of job.
Equipment moved in thus far was found by me
to meet project specifications

\* Forsee possibility of delay in start of job on
Monday (4-18-88) Due to the fact that the demo.
contractor worked only ½ day today and has no
plans to work tomorrow.

~~st ran !~~

Visitors: None
Employees: 7 men

HEA-CENT-00495
PIS 4009656

**PROJECT INSPECTION REPORT**

ATEC

District Offices: Atlanta/Baltimore-Washington/
Chicago/Cincinnati/Dallas/Denver/Houston/
Indianapolis/Louisville/Norfolk

Reply To:

PROJECT: Century Center     JOB NO. 32 - 88005
LOCATION: 2200 Century Prkway     CONTRACTOR: AAT
CLIENT: Property Management Systems     DATE: 4-17-88

REMARKS:

Sunday: 10:00 to 2:00 p.

10th Fl.: Steve Patterson. Windows removed and
boarded in preparation for Negative Air Hookup.

Test: RAM & Ambient test for background.
Visitors: NO
Employees:

HEA-CENT-00496

PIS 4009657

# ATEC Associates, Inc.

1300 Williams Drive
Marietta, GA 30066-6209
(404) 421-3456

**SAMPLING RECORD SHEET**

CLIENT: P.M.S.

LOCATION: 2200 Century Parkway

AIR CONTAMINANT: ASBESTOS

ANALYTICAL METHOD: NIOSH 7400A

SAMPLING CONDUCTED BY: Yyael K Plunkele

SAMPLES ANALYZED BY: Yyael K Plunkele

| Sample # | Worker's Name | Job Location & Description | Date(s) | Sampling Time Start - Stop | Total Mins. | Air Flow Rate l/m | Air Vol. in Liters | Fibers/ Field | Fibers/ cc | Dete Limi |
|---|---|---|---|---|---|---|---|---|---|---|
| 1343 | Ambient air<br>Before start of work | Outside Bld. roof, N side<br>Background | 4-17-96 | 12:00 pm<br>4:20 | 260 | 12 | 3120 | 12.5/100 | 0.002 | 0.001 |
| 1344 | | Outside Bld. roof, S side<br>Background | | 12:00 pm<br>4:20 | 260 | 12 | 3120 | 15.5/100 | 0.002 | 0.001 |
| 1345 | | Outside Bld ground, N side<br>Background | | 12:00 pm<br>4:20 | 260 | 12 | 3120 | 13.5/100 | 0.002 | 0.001 |
| 1346 | | 10th Fl., Work Area, N side<br>Background | | 12:20<br>4:40 | 092 | 12 | 3120 | 2.5/100 | 0.004 | 0.001 |
| 1347 | | 10th Fl., Work Area, S. side<br>Background | | 12:20<br>4:40 | 260 | 12 | 3120 | 31.5/100 | 0.005 | 0.001 |
| 1348 | | 9th Fl.  Outside Mech Room<br>Background | | 12:30<br>4:50 | 092 | 12 | 3120 | 15/100 | 0.003 | 0.001 |
| 1349 | | 9th Fl.  Hallway<br>Background | | 12:30<br>4:50 | 092 | 12 | 3120 | 16.5/100 | 0.002 | 0.001 |
| 1350 | | 10th Fl. Stairwell #1<br>Background | | 12:15<br>4:45 | 092 | 12 | 3120 | 18.5/100 | 0.003 | 0.001 |

PIS 4009658

HEA-CENT-00497

**ATEC Associates**

Geotechnical and Materials Engineers
A subsidiary of American Testing
and Engineering Corporation

Soil & Foundation
Engineering
Subsurface Exploration
Engineering Geology
Materials Testing

**ATEC**

**PROJECT INSPECTION REPORT**

Reply To:

District Offices: Atlanta/Baltimore-Washington/
Chicago/Cincinnati/Dallas/Denver/Houston/
Indianapolis/Louisville/Norfolk

PROJECT 2200 Century Center                    JOB NO. 32-88005

LOCATION 2200 Century Parkway          CONTRACTOR A.A.I.

CLIENT Property Management Systems          DATE 4-18-88

REMARKS:

Monday: 8:00 to 5:00 p

10th Floor: Steve Patterson; Crew began wet wiping,
and prepping. Both restrooms prepped. Negative air machines
were contacted and powered up. Compressor Hp Aprain
emplaced in stairwell #2.

* Problems: Met with Tom GRUBBS to discuss small problems,
ie: Preexisting condition of Elevator, leak in top right corner
of 3rd Window on South Side, leak from roof in mens
restroom, and shutdown HVAC. Also compressor in stairwell #2
was determined to loud on 9th floor. Steve Patterson said
he would have a styrofoam Box built around it.
in a attempt to bring the noise level down.

Visitors: None Neil Palmer (ATEC) IRENE WANG (ATEC)
Employees: 15

HEA-CENT-00498

PIS 4009659

**Atec Associates,**
Geotechnical and Materials Engineers
A subsidiary of American Testing
and Engineering Corporation

**Soil & Foundation Engineering**
**Subsurface Exploration**
**Engineering Geology**
**Materials Testing**



# PROJECT INSPECTION REPORT

Reply To:

District Offices: Atlanta/Baltimore-Washington/
Chicago/Cincinnati/Dallas/Denver/Houston/
Indianapolis/Louisville/Norfolk

PROJECT _Century Center_     JOB NO. _3Z-98005_

LOCATION _3200 Century _____     CONTRACTOR _H.A.T._

CLIENT _P.M.S._     DATE _4-14-98_

REMARKS: _____

Tuesday : 8:00 + 5:00

1st Floor : Steve Patterson : Crew completed ____ &
____ ____ construction of Decon Structure.
Supplied ____ ____ ____ ____ ____ ____
and ____ ____ have begun noise down considerably :
____ ____ Floor. Collected samples of pipe joint compound
in Mechanical Room.

Visitors : Dr. Wang, Neil Palmer    (ATEC)
Problems : NONE
Employees : 14 men

HEA-CENT-00499

PIS 4009660

CHAIN OF CUSTODY FORM

PRUDENTIAL BUILDING ID NUMBER __2200 CENTURY CENTER__
BUILDING NAME __2200 CENTURY CENTER__
ADDRESS __2200 CENTURY PARKWAY__
__GA.__
ARCHIVE SAMPLE NUMBERS FROM __1A__ TO __4D__
TOTAL NUMBER OF SAMPLES __16__
FULL NAME AND EMPLOYER OF SAMPLE COLLECTOR __Lloyd Nuckols__
__ATEC.__

DATE COLLECTED __4-15-88__

**EXACT LOCATION**(Floor Number,
Specific Area or particular
Room, Corridor or Office).  The
location where the sample is
taken should also be noted on
building drawing if available.

| ATEC Sample # | ARCHIVE SAMPLE NUMBER | TYPE OF MATERIAL | |
|---|---|---|---|
| 1238 | 1A | Fire Proofing | 10th Floor Column Beams Located on Bue pr Lines 4C on Sheet A of 2-3. |
| 1239 | 2A | | 4C |
| 1240 | 3A | | 4C |
| 1241 | 4A | | 4C |
| 1242 | 1B | | 3A |
| 1243 | 2B | | 3A |
| 1244 | 3B | | 3A |
| 1245 | 4B | | 3A |
| 1246 | 1C | | 3B |
| 1247 | 2C | | 3B |
| 1248 | 3C | | 3B |
| 1249 | 4C | | 3B |
| 1250 | 1D | Joint Compound | 10th A. Mech Room, Elbow Above WATER HEI |
| 1251 | 2D | | Tee Joint compound above the |
| 1252 | 3D | | insulman compound or HVA |
| 1253 | 4D | | connection into top of the |

From
(Print Name and          Date of          To
Affiliation)             Transfer         (Print Name and          Date
                                          Affiliation)             Received

1._____

2._____

3._____

4._____

5._____

6._____
NOTE:  PLEASE PRINT OR TYPE ALL INFORMATION.

HEA-CENT-00500

PIS 4009661

**Atec**
**Associates**
Geotechnical and Materials Engineers
A subsidiary of American Testing
and Engineering Corporation

Soil & Foundation
Engineering
Subsurface Exploration
Engineering Geology
Materials Testing



**PROJECT INSPECTION
REPORT**

Reply To:

District Offices:  Atlanta/Baltimore-Washington/
Chicago/Cincinnati/Dallas/Denver/Houston/
Indianapolis/Louisville/Norfolk

PROJECT _Century Center_                                    JOB NO. _32-98005_
LOCATION _2200 Century Parkway_              CONTRACTOR _A.A.T_
CLIENT _Property Management Systems_     DATE _4-26-88_
REMARKS: ~~Property m~~

_Wednesday : 8:00 to 5:00_

10th Fl. : Steve Patterson : Crew continued prep on
decon : 6 mil poly inside and out, access to floor (10th)
on elevators Two & Three was closed with plywood &
2nd 6 mil poly on both sides. Showers, waste water filtration
system, and compressor for type C respirators
were installed. Mech room was prepped with 2 layers
of 6 mil poly and all equipment is "covered".

* Attended meeting with PMS and AAT in
Bld. 1800. Discussed overspray in air shaft
& mechanical room. It was decided that
it would be best to leave this alone until
later date at which time entire airshaft
would be done as a whole.

Visitors : Neil Palmer (ATEC)
Employees 18 men

HEA-CENT-00501

PIS 4009662

**Atec**
**Associates,**
Geotechnical and Materials Engineers
A subsidiary of American Testing
and Engineering Corporation

Soil & Foundation
Engineering
Subsurface Exploration
Engineering Geology
Materials Testing



**PROJECT INSPECTION REPORT**

Reply To:

District Offices: Atlanta/Baltimore-Washington/
Chicago/Cincinnati/Dallas/Denver/Houston/
Indianapolis/Louisville/Norfolk

PROJECT _Century Center_     JOB NO. _32-88005_

LOCATION _2200 Century Parkway_     CONTRACTOR _A.A.T._

CLIENT _Property Management Systems_     DATE _1-21-88_

REMARKS: _____

_____

_____

Thursday : 8:00am to 5:00pm

10th Fl : Steve Patterson Crew completed building of
decon. chamber. Posted signs at all entrances to
floor. Ceiling tile removal to begin at 8:00am Friday
(1-22-88).

✱ Problems: Did walk through with Neil Palmer (Atec)
Everything ok at except the following; No t-taping
door at stairwell or Elevator #1, No fire extinguisher or
decon procedures in Clean room. Contractor was
notified of this and is to correct these things
ASAP.

Visitors : Neil Palmer.
Employees : 15 men

HEA-CENT-00502

PIS 4009663

**Atec Associates,**
Geotechnical and Materials Engineers
A subsidiary of American Testing
and Engineering Corporation

Soil & Foundation
Engineering
Subsurface Exploration
Engineering Geology
Materials Testing



# PROJECT INSPECTION REPORT

Reply To:

District Offices: Atlanta/Baltimore/Washington/
Chicago/Cincinnati/Dallas/Denver/Houston/
Indianapolis/Louisville/Norfolk

PROJECT ___Century Center___  JOB NO. __32-88005__

LOCATION ___2200 Century Parkway___  CONTRACTOR __A.A.T.__

CLIENT ___Property Management System___  DATE __4-23-88__

REMARKS:

Saturday : 8:00 to 5:00

10" fl. : Steve Peterson: Crew continued to remove
and bag ceiling tile. tile is being placed in holding
area for removal on sunday, is to be stored in room
on 8" fl.

* Problem: Counts in work area still a little ___
but appear to be dropping.
Visitors : NONE
Employees : 11 men

HEA-CENT-00503

PIS 4009664



1300 Williams Drive
Marietta, GA 30066-6299
(404) 427-9456

**SAMPLING RECORD SHEET**

CLIENT ___Priority Management Systems___   LOCATION ___2200 Century Parkway___

AIR CONTAMINANT ___ASBESTOS___   SAMPLING CONDUCTED BY _____

ANALYTICAL METHOD ___NIOSH 7400A___   SAMPLES ANALYZED BY _____

| Sample # | Worker's Name | Job Location & Description | Date(s) | Sampling Time Start - Stop | Total Mins. | Air Flow Rate l/m | Air Vol. In Liters | Fibers/ Field | Fibers/ cc | Date Limi |
|---|---|---|---|---|---|---|---|---|---|---|
| 1304 | Ambient Air Sample | 2200 Century Center | 4-23-98 | 9:00 am 12:00 pm | 180 | 3.5 | 630 | 112/40 | 0.217 | 0.008 |
| 1305 | | Work Area (tile removal) | | 9:00 am 12:00 pm | 180 | 3.5 | 630 | 115.5 | 0.224 | 0.008 |
| 1306 | | Work Area | | 9:00 am 1:20 pm | 260 | 12.0 | 3120 | 55/100 | 0.008 | 0.001 |
| 1307 | | Clean room | | 9:00 am 1:20 pm | 260 | 12.0 | 3120 | 25/100 | 0.003 | 0.001 |
| 1308 | | Outside Bld Negative air output | | 9:00 am 1:20 pm | 260 | 12.0 | 3120 | 15/100 | 0.001 | 0.001 |

1) The Permissible Exposure Limit (PEL) of asbestos is 0.2 f/cc.   f/cc-Fibers per cubic centimeters o...
2) BDL - Below Detection Limit.   ppm-Parts per million parts of air
mg/m3-Milligrams per cubic meter of

HEA-CENT-00504

PIS 4009665

**Atec**
**Associates**
Geotechnical and Materials Engineers
A subsidiary of American Testing
and Engineering Corporation

Soil & Foundation
Engineering
Subsurface Exploration
Engineering Geology
Materials Testing



**PROJECT INSPECTION REPORT**

Reply To:

District Offices:  Atlanta/Baltimore-Washington/
Chicago/Cincinnati/Dallas/Denver/Houston/
Indianapolis/Louisville/Norfolk

PROJECT _____    JOB NO. 32-58605

LOCATION _____    CONTRACTOR  H.H.T.

CLIENT _____    DATE  4-24-88

REMARKS: _____

_____ Sunday: 9:00 - 11:00 ___

10th Fl: Scope Delivered: Crew removed ceiling
tile from floor, stored on 8th Fl. Poly'd elevator
and truck and began removal of ACM (Trash Bags, Lins)
from floor.

★ Problems: Leakage from shower occurred but
was cleaned up immediately. NO DAMAGE
Visitors: None
Employees: 15 men

HEA-CENT-00505 -

PIS 4009666

**1300 Williams Drive**
**Marietta, GA 30066-6299**
**(404) 421-3456**

## SAMPLING RECORD SHEET

CLIENT: Property Management Systems    LOCATION: 2200 Century Parkway

AIR CONTAMINANT: ASBESTOS    SAMPLING CONDUCTED BY _____

ANALYTICAL METHOD: NIOSH 7400A    SAMPLES ANALYZED BY _____

| Sample # | Worker's Name | Job Location & Description | Date(s) | Sampling Time Start - Stop | Total Mins. | Air Flow Rate l/m | Air Vol. In Liters | Fibers/Field | Fibers/cc | Fibers/Dete Limi |
|---|---|---|---|---|---|---|---|---|---|---|
| 1309 | Ambient Air | Ambient Air WORK AREA | 4-24 | 12:00 - 3:00 | 180 | 3.5 | 630 | 112.5/100 | 0.086 | 0.008 |
| 1310 |  | Ambient Air WORK AREA N.E. |  | 12:00 - 3:00 | 180 | 3.5 | 630 | 101/100 | 0.079 | 0.008 |
| 1311 |  | Work Area  Womens Rest Rm. |  | 12:05 - 3:00 | 180 | 3.5 | 630 | 11/100 | 0.079 | 0.008 |
| 1312 |  | Negative Air Output |  | 12:00 - 4:20 | 266 | 12.0 | 3120 | 15/100 | 0.001 | 0.001 |
| 1313 |  | Outside Bld 3rd Fl |  | 12:06 - 4:20 | 266 | 12.0 | 3120 | 60/100 | 0.002 | 0.001 |
| 1314 |  | Clean room |  | 12:00 - 4:20 | 266 | 12.0 | 3120 | 0/100 | 0.001 | 0.001 |
| BLANK |  | Lot #: 723K057 | 4-24 | N/A - N/A | NA | NA | NA | NA | NA | NA |

1)  The Permissible Exposure Limit (PEL) of asbestos is 0.2

f/cc-fibers per cubic centimeters o
ppm-parts per million parts of air
mg/m3-Milligrams per cubic meter of

2)  DDL - Below Detection Limit

HEA-CENT-00506

PIS 4009667

ASBESTOS ABATEMENT TECHNOLOGY

DISPOSAL FORM

Date: 4-25-88

Generator (Building Owner)

Name: CENTRY PARK   Address: ATLANTA, GA

Contact Person: _____   Telephone No. ( )

Contractor: AAt

HAULER:

Company Name: AAt   Drivers Name: E. TELISMAT
Address: 5721 NEW PEACHTREE Rd
City: CHAMBLEB   State: GA   Zip: _____
Phone: ( ) 455-0340

LANDFILL:

Name of Facility Donzi   Owned By MC DOUGALD

Operated By ''

Address: 100 Donzi Ln.
City: Atl.   State: GA   Zip: 30316
Phone: ( ) 622-3389

Description of Materials to be disposed: ACM CEiling TiLE

Approximate Volume of Materials Received: _____

Type of Container Utilized: 6 miL PoL BAGS

Containers Labeled: Yes ✓   No _____

I certify that the landfill has been approved for disposal of
asbestos by EPA per regulations (40 CFR 61) and Sections
172.101 and 173.1090 of the DOT regulations (49 CFR). The
delivered material will be covered with 6 inches of (15 cm) of
non-asbestos material within 24 hours.

_____
(Landfill Owner/Operator)

*To be completed for each load delivered to receiving landfill.

FM 10

HEA-CENT-00507
PIS 4009668

## DONZI LANE LANDFILL

TELEPHONE: 622-3389

IF NO ANSWER CALL: 351-6301

| QUAN | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | ASBESTOS | 55000 | |
| | 36.6 cu yds | | |
| | Century Pk - Atl. | | |
| | AT+T - Ivy St Atl | | |
| | CDC - Chamblee | | |
| | Eddy Velasquez | | |

Customer's Order No ___ Date 4-25 19__

Name Asbestos Mgmt Tech

Address CN 1475

All claims and returned goods MUST be accompanied by this bill.

361721    Received By

TAX

TOTAL

**Atec**
**Associates,**
Geotechnical and Materials Engineers
A subsidiary of American Testing
and Engineering Corporation

Soil & Foundation
Engineering
Subsurface Exploration
Engineering Geology
Materials Testing



# PROJECT INSPECTION REPORT

Reply To:

District Offices: Atlanta/Baltimore-Washington/
Chicago/Cincinnati/Dallas/Denver/Houston/
Indianapolis/Louisville/Norfolk

PROJECT _Century Center_     JOB NO. _32-88005_

LOCATION _2200 Century Parkway_     CONTRACTOR _A.A.T._

CLIENT _Property Management Systems_     DATE _4-25-88_

REMARKS: _____

_Monday: 8:00 to 5:00 pm_

10ᵗʰ Fl.: Steve Patterson; Crew wet wiping ceiling lights and moving them to storage area on 8ᵗʰ floor. Also wet wiped most of grid and or preparing it for transport to dump.

\* Problems: Have not yet received documentation on 3 workers.
Tests: ran 5 Ambient Air test
Visitors: NONE
Employees: men

HEA-CENT-00509

PIS 4009670

**1300 Williams Drive**
**Marietta, GA 30066-6299**
**(404) 427-9456**

## AIR CONTAMINANT SAMPLING RECORD SHEET

CLIENT _P.M.S._

AIR CONTAMINANT _ASBESTOS_

ANALYTICAL METHOD _NIOSH 7400A_

LOCATION _2200 Century Parkway_

SAMPLING CONDUCTED BY _Nigel Tucker_

| Sample # | Worker's Name | Job Location & Description | Date(s) | Sampling Time Start - Stop | Total Mins. | Air Flow Rate l/m | Air Vol. In Liters | Fibers/Field | Fibers/cc | Date Limi |
|---|---|---|---|---|---|---|---|---|---|---|
| 1315 | Ambient Air | 10th Fl Weruping ligns WORK AREA | 4-26 | 1:30 pm 4:30 pm | 180 | 3.5 | 630 | 36.5/100 | 0.029 | 0.008 |
| 1316 | | WORK AREA | | 1:30 pm 4:30 pm | 180 | 3.5 | 630 | 32/100 | 0.024 | 0.008 |
| 1317 | | Clean Room | | 1:30 pm 5:50pm | 260 | 12 | 3120 | 41.5/100 | 0.006 | 0.001 |
| 1318 | | Negative Air output | | 1:30 pm 5:50pm | 260 | 12 | 3120 | 5/100 | BDL | 0.001 |
| 1319 | | 2nd Fl. outside Bld. | | 1:30pm 5:50pm | 260 | 12 | 3120 | 15/100 | 0.002 | 0.001 |

1) The Permissable Exposure Limit (PEL) of _asbestos_ is _0.2_

2) BDL - Below Detection Limit

f/cc - Fibers per cubic centimeters or
ppm - Parts per million parts of air
mg/m3 - milligrams per cubic meter of

HEA-CENT-00510

PIS 4009671

# IEC ASSOCIATES, INC.

1300 Williams Drive
Marietta, GA 30066-6299
(404) 427-9456

INDUSTRIAL HYGIENE SERVICES

CHAIN OF CUSTODY RECORD

| ATEC PROJ. NO: | CLIENT NAME | | | | RELINQUISHED BY: Lloyd Nuckol |
|---|---|---|---|---|---|
| 32-88005 | P.M.S. | | | | DATE: 4-25-88    TIME: |

SAMPLERS (Signature) Lloyd Nuckols

| ATEC LAB NO. | DATE | TIME | SAMPLE LOCATION | CALIBRA-TED FLOW RATE | DURATION OF SAMPLE COLLECTION |
|---|---|---|---|---|---|
| 1315 | 4-25 | 6:00 | 10TH Fl. Bld 2200    Work Area | 3.5 | 180 |
| 1316 | | | 10TH Fl. Bld 2200    Work Area | 3.5 | 180 |
| 1317 | | | 10TH Fl. Bld 2200    Clean Room | 12 | 260 |
| 1318 | | | 10TH Fl. Bld 2200    Negative air output | 12 | 260 |
| 1319 | ↓ | ↓ | ground Fl. Bld 2200    Outside Bld | 12 | 260 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

REQUESTED ANALYSIS: PLM

BULK ASBESTOS
(1) Polarized Light Microscopy (PLM)
(2) Scanning Electron Microscopy (SEC)
(3) Transmission Electron Microscopy (TEM)

AIR MONITORING
(1) Phase Contrast Microscopy (PCM)

OTHER: _____

_____

RECEIVED BY: Lloyd Nuckols
DATE: 4-25-88    TIME:
RELINQUISHED BY: Lloyd Nuckols
DATE: 4-25-88    TIME:
RECEIVED BY:
DATE:    TIME:
RECEIVED FOR LAB ANALYSIS BY:

Date _____    Time _____

HEA-CENT-00511
PIS 4009672

**Atec Associates,**
Geotechnical and Materials Engineers
A subsidiary of American Testing
and Engineering Corporation

Soil & Foundation
Engineering
Subsurface Exploration
Engineering Geology
Materials Testing



**PROJECT INSPECTION
REPORT**

Reply To:

District Offices:  Atlanta/Baltimore-Washington/
Chicago/Cincinnati/Dallas/Denver/Houston/
Indianapolis/Louisville/Norfolk

PROJECT _Century Center_     JOB NO. _32-88005_
LOCATION _2200 Century Parkway_     CONTRACTOR _A.A.T._
CLIENT _Property Management Systems_     DATE _4-22-88_

REMARKS:

Friday : 8:00 am to 5:00 pm

10th Fl : Since Johnson crew began removal of
ceiling tile, wet wiring foil backs and wrapping
in 2 layers of 6 mill poly. Contractor installed temporary
doors with locks on Stairwell and elevator #1.
Fire extinguiser in clean room, however a decon procedure
board has not yet been posted. Workers on PAPR.
Grade D test performed on Type C respirator.

＊Problem : Fiber counts in work area high
Advised contractor to ~~use~~ utilize the airless mist
gun more in the future
Employees : 15 men
Visitors : ~~None~~ Greg Hedrick (GEO-Environmental Services)

HEA-CENT-00512

PIS 4009673

1300 Williams Drive
Marietta, GA 30066-6299
(404) 427-9456

**SAMPLING RECORD SHEET**

CLIENT: Property Management Systems    LOCATION: 2200 Century Parkway

AIR CONTAMINANT: ASBESTOS    SAMPLING CONDUCTED BY: _____

ANALYTICAL METHOD: NIOSH 7400A    SAMPLES ANALYZED BY: _____

| Sample # | Worker's Name | Job Location & Description | Date(s) | Sampling Time Start - Stop | Total Mins. | Air Flow Rate l/m | Air Vol. In Liters | Analytical Results Fibers/ Field | Fibers/ cc | Dete Limi |
|---|---|---|---|---|---|---|---|---|---|---|
| 1299 | Ambient Air Sample | Work Area 2200 Century Center (category noted) | 4-22-84 | 1:00 pm 4:00 pm | 180 | 3.5 | 630 | 96/10 | 0.186 | 0.005 |
| 1300 | ↓ | ↓ | | 1:00 pm 4:00 pm | 180 | 3.5 | 630 | 87/10 | 0.169 | 0.006 |
| 1301 | | Clean room | | 1:00 pm 5:20 pm | 260 | 12 | 3120 | 97.5/100 | 0.015 | 0.001 |
| 1302 | | Outside Bld (North side) | | 1:00 pm 5:20 pm | 260 | 12 | 3120 | 30/100 | 0.004 | 0.001 |
| 1303 | ↓ | Negative air output | ↓ | 1:00 pm 5:20 pm | 260 | 12 | 3120 | 21/100 | 0.003 | 0.001 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

1) The Permissible Exposure Limit (PEL) of asbestos is 0.2
   f/cc. f/cc-fibers per cubic centimeters o.
   ppm-parts per million parts of air
2) BDL - Below Detection Limit.
   mg/m3-milligrams per cubic meter of

PIS 4009674

HEA-CENT-00513

GEO-ENVIRONMENTAL SERVICES, INC.

## Grade D Test

Client: __A A T_____     Date: _4 / 22 / 88_
        _Century Tower_ 10th
Project: __AM 280 - 30_ floor GES Representative: _Greg Hedrick_

GES Job Number: _AM 280 - 30_

Oxygen (O₂)            _20.0_ % 

Oil Mist             $< 5.0$ ___ Mg/M³

Carbon Monoxide(CO)     $\leq 20$ ___ PPM

Carbon Dioxide (CO₂)     $\leq 1000$ PPM

Water Vapor           _2.5_ ___ Mg H₂O/Liter

Test performed by _Greg Hedrick_

### Grade "D" Air Requirements

Oxygen    : 19.5 - 23.5%

Carbon Monoxide : ‹20 ppm

Carbon Dioxide  : ‹1000 ppm

Oil Mist  : ‹5 MG/M³

Water Vapor  : The compressed gas
association standard
does'nt specifically
establish a limit
for moisture.

HEA-CENT-00514

PIS 4009675

**Atec
Associates,**
Geotechnical and Materials Engineers
A subsidiary of American Testing
and Engineering Corporation

Soil & Foundation
Engineering
Subsurface Exploration
Engineering Geology
Materials Testing


**ATEC®**

**PROJECT INSPECTION
REPORT**

Reply To:

District Offices:  Atlanta/Baltimore-Washington/
Chicago/Cincinnati/Dallas/Denver/Houston/
Indianapolis/Louisville/Norfolk

PROJECT _Century Center_     JOB NO. _32-88005_

LOCATION _2200 Century Parkway_     CONTRACTOR _A.A.T._

CLIENT _Property Management Systems_     DATE _4-26-88_

REMARKS: _____

Tuesday : 9:00am to 5:00pm

10TH Fl. ; Steve Patterson : Crew continues to prepare
ceiling grid for transport to disposal site.
Electrical conduit being removed and prepared for
lod out also.

Problems : none
Visitors : Neil Palmer   (ATEC)
test : ran 5 ambient Air
Employees : 17 men

HEA-CENT-00515

PIS 4009676

ATC Associates Inc.
1300 Williams Drive
Marietta, GA 30066-6299
(404) 427-9456

**SAMPLING RECORD SHEET**

CLIENT _____ P.M.S.

LOCATION _____ 2200 Century Parkway

AIR CONTAMINANT _____ ASBESTOS

SAMPLING CONDUCTED BY _____

ANALYTICAL METHOD _____ NIOSH 7400A

SAMPLES ANALYZED BY _____ Roger Turk

| Sample # | Worker's Name | Job Location & Description | Date(s) | Sampling Time Start – Stop | Total Mins. | Air Flow Rate l/m | Air Vol. In Liters | Fibers/ Field | Fibers/ cc | Del Lin |
|---|---|---|---|---|---|---|---|---|---|---|
| | Ambient Air | 10th Fl.  WORK AREA | 4-26 | 10:30 AM 1:30 pm | 180 | 3.5 | 630 | 30.5/100 | 0.023 | 0.00 |
| | | WET wiping  Light a grids | | 10:30am 1:30 pm | 180 | 3.5 | 630 | 27/100 | 0.021 | 0.00 |
| | | WORK AREA | | 10:50am 2:50pm | 260 | 12 | 3120 | 23.5/100 | 0.003 | 0.00 |
| | | Clean Room | | 10:30am 2:50pm | 260 | 12 | 3120 | 6/100 | BDL | 0.00 |
| | | Negative air output | | 10:30am 2:50pm | 260 | 12 | 3120 | 14.5/100 | 0.002 | 0.00 |
| | | ground Fl. outside Bld. | | 10:30am 2:50 pm | 180 | 3.5 | 630 | 32/100 | 0.024 | 0.00 |
| | | Q.A. Duplicate W.A. | | | | | | | | |

PIS 4009677

HEA-CENT-00516

1) – The Permissible Exposure Limit (PEL) of __asbestos__ is __0.2__
2) BDL = Below Detection Limit

f/cc/fibers per cubic centimeters
ppm-parts per million parts of air
mg/m3-Milligrams per cubic meter o

**Atec
Associates,**
Geotechnical and Materials Engineers
A Subsidiary of American Testing
and Engineering Corporation

Soil & Foundation
Engineering
Subsurface Exploration
Engineering Geology
Materials Testing



**PROJECT INSPECTION
REPORT**

Reply To:

District Offices: Atlanta/Baltimore-Washington/
Chicago/Cincinnati/Dallas/Denver/Houston/
Indianapolis/Louisville/Norfolk

PROJECT _Century Center_          JOB NO. _32-33005_
LOCATION _33 C Century Parkway_   CONTRACTOR _A.A.T._
CLIENT _Property Management Systems_  DATE _4-27-88_
REMARKS: _____

_____ Wednesday 12:00pm to 11:00pm

10ᵀᴴ Fl. Steve Patterson: Crew still in process of
preparing ceiling grid and electrical conduit for
transport to disposal area. Ceiling grid down
and being wrapped in 2 layers of 6 mil poly.
Conduit removal is nearly completed also, all
material demoed on Floor is being wrapped in
2 layers of 6 mil poly.

＊ Problems: At Approx. 4:10pm A.A.T. worker
cut exit light & conduit on the Parkway side
of Bld. which set off alarm for fire.
Occupants of bld. exited bld. A.A.T. workers
continued to work, and maintenance workers
were notified of what happened. Elevators
continued to work once alarm was cut off,
but improperly. Elevator repairman was called
in, however system was found in proper order
At approx. 11:00pm elevators were back to
proper order when maintenance worker found
fuse on ground Fl. blown and replaced it.

Visitors: Larry & Rob from bld. maintenance
             Bob Cline (A.A.T.)
Employees: 13 men.
Test: 5 Ambient air

HEA-CENT-00517

PIS 4009678

**AEC ASSOCIATES, INC.**

1300 Williams Drive
Marietta, GA 30066-6299
(404) 427-9459

# SAMPLING RECORD SHEET

CLIENT _____ P. M. S. _____

LOCATION ___ 2200 Century Parkway ___

AIR CONTAMINANT ___ ASBESTOS ___

SAMPLING CONDUCTED BY ___ (signature) ___

ANALYTICAL METHOD ___ NIOSH 7400A ___

SAMPLES ANALYZED BY ___ (signature) ___

| Sample # | Worker's Name | Job Location & Description | Date(s) | Sampling Time Start - Stop | Total Mins. | Air Flow Rate l/m | Air Vol. In Liters | Fibers/ Field | Fibers/ cc | Date Limi |
|---|---|---|---|---|---|---|---|---|---|---|
| | Ambient Air | 10th Fl. Work Area, Prep of grid & conductor Disposal | 4-27 | 3:00 p<br>6:00 pm | 180 | 3.5 | 630 | 26/100 | 0.020 | 0.008 |
| | " | 10th Fl. WORK Area | | 3:00 pm<br>6:00 pm | 180 | 3.5 | 630 | 28.5/100 | 0.022 | 0.008 |
| | " | 10th Fl. Clean Room | | 3:00 pm<br>7:20 pm | 260 | 12 | 3120 | 47.5/100 | 0.007 | 0.001 |
| | " | 10th Fl. Neg Air Output | | 3:00 pm<br>7:20 pm | 260 | 12 | 3120 | 9.5/100 | BDL | 0.001 |
| | " | 10th Fl. Stairwell #1 | | 3:00 pm<br>6:00 pm | 180 | 3.5 | 630 | 13.5/100 | 0.010 | 0.008 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

1) The Permissible Exposure Limit (PEL) of Asbestos is 0.2 f/cc Fibers per cubic centimeters or
ppm-Parts per million parts of air
mg/m3-Milligrams per cubic meter of

2) BDL - Below Detection Limit

HEA-CENT-00518

PIS 4009679

**Atec**
**Associates,**
Geotechnical and Materials Engineers
A subsidiary of American Testing
and Engineering Corporation

Soil & Foundation
Engineering
Subsurface Exploration
Engineering Geology
Materials Testing


**ATEC**

# PROJECT INSPECTION
# REPORT

Reply To:

District Offices:  Atlanta/Baltimore-Washington/
Chicago/Cincinnati/Dallas/Denver/Houston/
Indianapolis/Louisville/Norfolk

PROJECT  Century Center _____ JOB NO. 32-88005
LOCATION  2200 Century Parkway _____ CONTRACTOR  A.A.T.
CLIENT  P.M.S. _____ DATE  4-28-88

REMARKS: _____

_____ Thursday : 2:00pm to 12:30pm

10th Fl Steve Patteson: Crew is nearing completion
of prep on demolished materials. I was informed
by Contractor that the remaining conduit (approx 5%)
is to remain in place until clean air is achieved
at which time he will bring in electrician
to isolate fire alarm circuit on 10th Fl. before
removal of such. Crew began load out of
grid conduit and sheetrock at 7:00pm. Inner
core almost 50% exposed.

* Problem : At approx ___ pm 4 negative air
machines were lost from system due to
demolished overhang at perimeter falling on
exhaust hoses causing panels connected to
plywood ~~sealing~~ at window to come off.
Negative air was maintained at 0.02
and no emissions of A.C.M. occurred
system was repaired promptly.
At 10:15pm door to elevator became
jammed during loadout of grid & conduit
and had to be freed in order to unload
elevator. Once freed at 17:30pm, elevator
was functioning but doors would not
close properly. Contractor halted work for
night. Load out to continue on 4-29-88
provided elevator is funtioning properly.
Cause was not apparent. Start up of
gross removal now delayed to 4-30-88.
Visitors: ~~None~~ Neil Palmer (ATEC)
Employees 18 men    test 5 ambient air

PIS 4009680