











# MATERIALS ANALYTICAL SERVICES, INC.
## DUST SHEET

PAGE # _1_

Client: _LAW ASSOC/ KENNESAW_

Accelerating Voltage: 100 KV

Sample ID: _# 8_

Indicated Mag: ~~20~~ ~~25KX~~  _20_
Screen Mag: _15414_ ~~20KX~~

MAS Job Number: _M 2140-8_

Date Sample Analyzed: 25-Aug-90 ← Grid 1 / _26 - Aug - 90_ ← Grid 2

Microscope Number: (1)   2   3
Filter Type: (MCE)   PC,   Other =
Filter Size: 25mm,   37mm,   (47)

Number of Openings/Grids Counted: _2 1 2_

Filter Pore Size (um): _0·22_

Grid Accepted, 600X: (Yes)  No   _6%_

Grid Opening:
1) _99·1_ um x _98_
2) _95·3_ um x _90·_ (WDS 91·2)

Analyst: _W.P. Smith_

Dilution Factor: 1: _1000_

### Calculating Results For Verbal Issue:

Effective Filter Area: (A) _1339_

Number of Grid Openings Examined: (B) _2_

Average Grid Opening Area in sq. mm: (C) _0·009005_

Volume of Liquid Filtered in ml: (D) _0·1_

Area Sampled in Sq. Ft.: (E) _0·666_

Number of Asbestos Structures Counted: (F) _107_

### STRUCTURES PER SQ. FT. FORMULA:

$$\frac{A}{B \cdot C} \cdot \frac{100}{D} \cdot \frac{1}{E} \cdot F = \text{(asbestos structures per sq. ft.)}$$

Calculations:

$$\frac{1339}{2 \cdot 0·009005} \cdot \frac{100}{0·1} \cdot \frac{1}{0·666} \cdot 107 = \boxed{1.19 \, 4 \times 10^{10}}$$

CLIENT: _Law Assoc./Kennesaw_    PAGE # _2 15_

S JOB NUMBER:    M- _2140-8_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 1 | 1-1 | C | F | 1.8 | 0.2 | ✓ | ✓ | ✓ |
| 2 | | C | F | 1.0 | 0.15 | ✓ | ✓ | P.O. |
| 3 | | C | F | 3.0 | 0.15 | ✓ | ✓ | |
| 4 | | C | F | 1.0 | 0.15 | ✓ | ✓ | |
| 5 | | C | F | 0.7 | 0.1 | ✓ | ✓ | ✓ |
| 6 | | C | F | 2.5 | 0.2 | ✓ | ✓ | |
| 7 | | C | F | 2.7 | 0.2 | ✓ | ✓ | |
| 8 | | C | F | 2.0 | 0.2 | ✓ | ✓ | |
| 9 | | C | F | 0.9 | 0.15 | ✓ | ✓ | ✓ |
| 10 | | C | F | 2.5 | 0.2 | ✓ | ✓ | |
| 11 | | C | M | 7 | 0.3 | ✓ | ✓ | P.O. |
| 12 | | C | M | 8 | 0.3 | ✓ | ✓ | |
| 13 | | C | F | 2.0 | 0.2 | ✓ | ✓ | |
| 14 | | C | F | 3.5 | 0.2 | ✓ | ✓ | |
| 15 | | C | F | 2.0 | 0.15 | ✓ | ✓ | |
| 16 | | C | F | 1.9 | 0.15 | ✓ | ✓ | |
| 17 | | C | F | 4.0 | 0.2 | ✓ | ✓ | |
| 18 | | C | F | 3.5 | 0.2 | ✓ | ✓ | |
| 19 | | C | F | 2 | 0.2 | ✓ | ✓ | |
| 20 | | C | F | 8 | 0.2 | ✓ | ✓ | P.O. |
| 21 | | C | C | 2 | 0.7 | ✓ | ✓ | |
| 22 | | C | F | 7 | 0.2 | ✓ | ✓ | |
| 23 | | C | M | 3.5 | 1.0 | ✓ | ✓ | |
| 24 | | C | F | 2 | 0.15 | ✓ | ✓ | |
| 25 | | C | F | 1.5 | 0.2 | ✓ | ✓ | |
| 26 | | C | F | 10 | 0.2 | ✓ | ✓ | |
| 27 | | C | F | 1 | 0.15 | ✓ | ✓ | ✓ |
| 28 | | C | F | 7 | 0.2 | ✓ | ✓ | |
| 29 | | C | F | 2.5 | 0.2 | ✓ | ✓ | |
| 30 | | C | F | 2.2 | 0.2 | ✓ | ✓ | P.O. |

CLIENT: _Law Assoc. / Kennesaw_     PAGE # 315

JOB NUMBER: M- 2140-8

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 31 | 1-1 | C | F | 3.5 | 0.15 | ✓ | ✓ | ✓ |
| 32 | Cont. | C | F | 3.5 | 0.2 | ✓ | ✓ | |
| 33 | | C | F | 2.2 | 0.2 | ✓ | ✓ | |
| 34 | | C | F | 6 | 0.15 | ✓ | ✓ | |
| 35 | | C | F | 5 | 0.2 | ✓ | ✓ | |
| 36 | | C | C | 2 | 1 | ✓ | ✓ | |
| 37 | | C | F | 2 | 0.15 | ✓ | ✓ | |
| 38 | | C | F | 10 | 0.2 | ✓ | ✓ | P.O. |
| 39 | | C | F | 3.5 | 0.2 | ✓ | ✓ | |
| 40 | | C | F | 3 | 0.15 | ✓ | ✓ | |
| 41 | | C | F | 3.6 | 0.3 | ✓ | ✓ | |
| 42 | 2-1 | C | F | 4 | 0.2 | ✓ | ✓ | |
| 43 | | C | F | 10 | 0.5 | ✓ | ✓ | |
| 44 | | C | F | 3.5 | 0.1 | ✓ | ✓ | |
| 45 | | C | F | 1.9 | 0.15 | ✓ | ✓ | |
| 46 | | C | F | 1.1 | 0.2 | ✓ | ✓ | |
| 47 | | C | F | 1.1 | 0.15 | ✓ | ✓ | ✓ |
| 48 | | C | F | 2.2 | 0.2 | ✓ | ✓ | P.O. |
| 49 | | C | F | 4 | 0.2 | ✓ | ✓ | |
| 50 | | C | C | 4 | 0.15 | ✓ | ✓ | |
| 51 | | C | C | 3 | 0.6 | ✓ | ✓ | |
| 52 | | C | F | 2 | 0.2 | ✓ | ✓ | |
| 53 | | C | F | 3 | 0.3 | ✓ | ✓ | |
| 54 | | C | M | 2 | 0.9 | ✓ | ✓ | |
| 55 | | C | F | 2 | 0.3 | ✓ | ✓ | |
| 56 | | C | F | 2 | 0.15 | ✓ | ✓ | |
| 57 | | C | M | 5 | 0.2 | ✓ | ✓ | ! |
| 58 | | C | F | 9 | 0.3 | ✓ | ✓ | P.O. |
| 59 | | C | M | 2.5 | 0.15 | ✓ | ✓ | |
| 60 | | C | F. | 1.0 | 0.15 | ✓ | ✓ | ✓ |

CLIENT: _Law Assoc. /Kennesaw_    PAGE # 4 15

JOB NUMBER: M- 2140-8

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 61 | 2-1 | C | F | 1.7 | 0.2 | ✓ | ✓ | |
| 62 | cont. | C | M | 0.9 | 0.1 | ✓ | ✓ | ✓ |
| 63 | | C | F | 0.9 | 0.1 | ✓ | ✓ | ✓ |
| 64 | | C | F | 1.8 | 0.15 | ✓ | ✓ | |
| 65 | | C | F | 0.9 | 0.1 | ✓ | ✓ | |
| 66 | | C | M | 1 | 0.15 | ✓ | ✓ | ✓ |
| 67 | | C | B | 3 | 0.3 | ✓ | ✓ | |
| 68 | | C | M | 4 | 0.8 | ✓ | ✓ | P.O. |
| 69 | | C | F | 1 | 0.15 | ✓ | ✓ | |
| 70 | | C | F | 30 | 0.3 | ✓ | ✓ | |
| 71 | | C | F | 24 | 0.3 | ✓ | ✓ | |
| 72 | | C | F | 2 | 0.15 | ✓ | ✓ | |
| 73 | | C | F | 3 | 0.2 | ✓ | ✓ | |
| 74 | | C | F | 0.9 | 0.15 | ✓ | ✓ | |
| 75 | | C | F | 3 | 0.15 | ✓ | ✓ | |
| 76 | | C | F | 1.8 | 0.2 | ✓ | ✓ | |
| 77 | | C | F | 18 | 0.2 | ✓ | ✓ | |
| 78 | | C | F | 8 | 0.2 | ✓ | ✓ | P.O. |
| 79 | | C | F | 1.7 | 0.2 | ✓ | ✓ | |
| 80 | | C | F | 5 | 0.2 | ✓ | ✓ | |
| 81 | | C | M | 2 | 0.2 | ✓ | ✓ | |
| 82 | | C | M | 1 | 0.15 | ✓ | ✓ | |
| 83 | | C | F | 1.9 | 0.1 | ✓ | ✓ | |
| 84 | | C | F | 1 | 0.1 | ✓ | ✓ | ✓ |
| 85 | | C | F | 2.5 | 0.2 | ✓ | ✓ | |
| 86 | | C | F | 3 | 0.2 | ✓ | ✓ | |
| 87 | | C | F | 3 | 0.3 | ✓ | ✓ | |
| 88 | | C | F | 2 | 0.2 | ✓ | ✓ | |
| 89 | | C | F | 2.3 | 0.15 | ✓ | ✓ | |
| 90 | | C | F | 6 | 0.3 | ✓ | ✓ | P.O. |

CLIENT: _Law Assoc. /Kennesaw_                    PAGE # _5 15_

MAS JOB NUMBER:    M- _2140-8_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|--------|-----------------|-----------|-------------------------|----------------|---------------|--------------|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 91 | 2-1 | C | F | 2.2 | 0.1 | ✓ | ✓ | |
| 92 | CONT. | C | F | 0.9 | 0.1 | ✓ | ✓ | ✓ |
| 93 | | C | M | 2 | 1.5 | ✓ | ✓ | |
| 94 | | C | F | 3.2 | 0.2 | ✓ | ✓ | |
| 95 | | C | F | 3.5 | 0.2 | ✓ | ✓ | |
| 96 | | C | F | 1.9 | 0.1 | ✓ | ✓ | |
| 97 | | C | F | 1.9 | 0.2 | ✓ | ✓ | |
| 98 | | C | F | 15 | 0.2 | ✓ | ✓ | P.O. |
| 99 | | C | F | 1 | 0.1 | ✓ | ✓ | ✓ |
| 100 | | C | M | 2.5 | 0.1 | ✓ | ✓ | |
| 101 | | C | B | 1. | 0.2 | ✓ | ✓ | |
| 102 | | C | F | 3.5 | 0.15 | ✓ | ✓ | |
| 103 | | C | F | 0.8 | 0.1 | ✓ | ✓ | ✓ |
| 104 | | C | F | 1 | 0.2 | ✓ | ✓ | |
| 105 | | C | M | 1.4 | 0.2 | ✓ | ✓ | |
| 106 | | C | M | 7 | 2 | ✓ | ✓ | P.O. |
| 107 | | C | B | 1.8 | 0.3 | ✓ | ✓ | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

























**MATERIALS ANALYTICAL SERVICES, INC.**
*DUST SHEET*

PAGE # _11_

Client: _LAW ASSOC/ KENNESAW_                  Accelerating Voltage: __100 KV__

Sample ID: _# 9_

Indicated Mag: _~70~ 25KX_
Screen Mag: _15414_ 20KX

MAS Job Number: _M 2140 - 9_
                _26 - Aug -90 Grid 1_
Date Sample Analyzed: _28 - AUG  90 Grid #_

Microscope Number: (1)    2    3
Filter Type: (MCE)  PC,  Other = 
Filter Size: 25mm,    37mm,  (47r

Number of Openings/Grids Counted: _10.1  2_

Filter Pore Size (um): __0·22__

Grid Accepted, 600X: (Yes)  No   _5 870_

Grid Opening: 1) _93.7_ um × _89.1_

Analyst: _W.P. Smith (a) Harmon_
                              _Grid #_

2) _90_ um × _84.1_

Dilution Factor:              1: _143_

**Calculating Results For Verbal Issue:**

Effective Filter Area:                         (A) _____1339_____

Number of Grid Openings Examined:              (B) _____10_____

Average Grid Opening Area in sq. mm:           (C) _____0·007977_____

Volume of Liquid Filtered in ml:               (D) _____0·7_____

Area Sampled in Sq. Ft.:                       (E) _____1_____

Number of Asbestos Structures Counted:         (F) _____48_____

**STRUCTURES PER SQ. FT. FORMULA:**

$$\frac{A}{B \quad \bullet \quad C} \quad * \quad \frac{100}{D} \quad * \quad \frac{1}{E} \quad * \quad F \quad = \quad \text{(asbestos structures per sq. ft.)}$$

Calculations:

$$\frac{1339}{10 \quad \bullet \quad 0·007977} \quad * \quad \frac{100}{0·7} \quad * \quad \frac{1}{1} \quad * \quad 48 \quad = \quad 1.151 \times 10^{-8}$$

CLIENT: _LAW ASSOC/ KENNESAW_          PAGE # _213_

MAS JOB NUMBER: _M-2140-9_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 1 | 1-1 | C | F | 0.6 | 0.1 | ✓ | ✓ | P✓ |
| 2 | | C | F | 0.7 | 0.1 | ✓ | | ✓ |
| 3 | 1-2 | C | M | 1 | 0.1 | ✓ | ✓ | ✓ |
| 4 | | C | M | 0.8 | 0.1 | ✓ | ✓ | ✓ |
| 5 | | C | F | 1.5 | 0.2 | ✓ | ✓ | ✓ |
| 6 | | C | F | 2 | 0.1 | ✓ | ✓ | ✓ |
| 7 | 1-3 | C | F | 2.5 | 0.3 | ✓ | ✓ | ✓ |
| 8 | | C | F | 1.4 | 0.1 | ✓ | ✓ | ✓ |
| 9 | | C | F | 1.7 | 0.15 | ✓ | ✓ | ✓ |
| 10 | | C | F ⁰·⁸ | 1.2 | 0.15 | ✓ | ✓ | ✓ |
| 11 | | C | F M | 1.6 | 0.15 | ✓ | ✓ | P.O. |
| 12 | | C | F | 1.6 | 0.15 | ✓ | ✓ | ✓ |
| 13 | | C | F | 0.9 | 0.1 | ✓ | ✓ | ✓ |
| 14 | | C | F | 1.6 | 0.15 | ✓ | ✓ | ✓ |
| 15 | | C | F | 1.2 | 0.1 | ✓ | ✓ | ✓ |
| 16 | | C | F | 6 | 0.2 | ✓ | ✓ | ✓ |
| 17 | | C | F | 3.5 | 0.2 | ✓ | ✓ | |
| 18 | 1-4 | C | F | 1.5 | 0.1 | ✓ | ✓ | ✓ |
| 19 | | C | M | 1 | 0.1 | ✓ | ✓ | |
| 20 | 1-5 | C | F | 2 | 0.1 | ✓ | ✓ | ✓ |
| 21 | | C | M | 1.2 | 0.1 | ✓ | ✓ | P.O. |
| 22 | 2-1 | C | B | 210 | 0.3 | ✓ | | |
| 2423 AN | | C | B | 315 | 0.2 | ✓ | | |
| 2524 AN | | C | f | 3.4 | 0.1 | ✓ | | |
| 2625 AN | | C | f | 0.5 | 0.1 | ✓ | | |
| 2726 AN | | C | f | 1.4 | 0.1 | ✓ | | |
| 2827 AN 2-2 | | C | M | 25.0 | 11.0 | ✓ | ✓ | |
| 2928 AN | | C | f | 4.5 | 0.1 | ✓ | | |
| 29 | | C | f | 5.0 | 0.1 | ✓ | | |
| 30 | | C | f | 4.0 | 0.1 | ✓ | | PO |

CLIENT: _LAW ASSOC / KENNESAW_    PAGE # _3 13_

MAS JOB NUMBER: _M- 2140-9_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|--------|-----------------|-----------|-------------------------|----------------|---------------|--------|-------|------|
| | | | | | | MORPH. | SAED. | EDS. |
| 31 | 2-2 CONT | c | f | 0.7 | 011 | ✓ | ✓ | |
| 32 | | c | f | 11.0 | 011 | ✓ | ✓ | |
| 33 | 2-3 | c | f | 3.5 | 011 | ✓ | | |
| 34 | | c | f | 3.8 | 011 | ✓ | ✓ | |
| 75 | 2-4 | c | f | 8.0 | 011 | ✓ | ✓ | |
| 36 | | c | f | 2.5 | 011 | ✓ | | |
| 37 | | c | f | 4.5 | 011 | ✓ | | |
| 38 | | c | f | 3.2 | 011 | ✓ | --- | |
| 39 | | c | f | 5.5 | 011 | ✓ | | |
| 40 | | c | c | 8.0 | 3.5 | ✓ | ✓ | PO |
| 41 | | c | f | 3.5 | 011 | ✓ | ✓ | |
| 42 | | c | f | 4.0 | 011 | ✓ | | |
| 43 | | c | f | 5.5 | 011 | ✓ | | |
| 44 | 2-5 | c | f | 5.8 | 011 | ✓ | | |
| 45 | | c | f | 4.0 | 011 | ✓ | | |
| 46 | | c | f | 3.2 | 011 | ✓ | ✓ | |
| 47 | | c | f | 4.0 | 011 | | ✓ | |
| 48 | | c | f | 1.5 | 011 | ✓ | ✓ | |











MATERIALS ANALYTICAL SERVICES, INC.                    PAGE # _1 /_
*DUST SHEET*

Client: _LAW ASSOC/ KENNESAW_          Accelerating Voltage: _____ 100 KV

Sample ID: _A-10_

Indicated Mag: _~~20~~  ~~25KX~~  A₂
Screen Mag: _15414_  ~~20KX~~

MAS Job Number: _M 2140 - 10_          Microscope Number: ①  2  3
                _bil x 8-30-90_        Filter Type: (MCE)  PC,  Other =
Date Sample Analyzed: _bil 8 -28 - 90_  Filter Size: 25mm,  37mm,  (47π

Number of Openings/Grids Counted: _10.1 2_    Filter Pore Size (um): _0-22_

Grid Accepted, 600X: (Yes)  No         Grid Opening: 1) _91_ um × _89_
            _bil#2      bid#)_
Analyst: _a.P.Smith / al Harman_                     2) _90.1_ um × _91.5_

Dilution Factor: 1: _out 10.0 AA_

Calculating Results For Verbal Issue:

Effective Filter Area: (A) _~1739_

Number of Grid Openings Examined: (B) _10_

Average Grid Opening Area in sq. mm: (C) _0.008171_

Volume of Liquid Filtered in ml: (D) _10.0_

Area Sampled in Sq. Ft: (E) _~~26~~ 1_  _UPS_

Number of Asbestos Structures Counted: (F) _26_

STRUCTURES PER SQ. FT. FORMULA:

$$\frac{A}{B \quad C} * \frac{100}{D} * \frac{1}{E} * F = \text{(asbestos structures per sq. ft.)}$$

Calculations:

$$\frac{1339}{10 \quad 0.008171} * \frac{100}{10} * \frac{1}{1} * 26 = \boxed{4.26 \times 10^{6}}$$

CLIENT: _LAW ASSOC / KENNESON_    PAGE # _212_

MAS JOB NUMBER: _M-2140-10_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 1 | 1-1 | C | f | 1.5 | 011 | ✓ | ✓ | PO |
| 2 | | C | f | 2.2 | 011 | ✓ | ✓ | |
| 3 | 1-2 | C | f | 2.8 | 011 | ✓ | ✓ | |
| 4 | | C | B | 2.2 | 012 | ✓ | ✓ | |
| 5 | | C | f | 2.0 | 011 | ✓ | ✓ | |
| 6 | | C | f | 2.8 | 011 | ✓ | ✓ | |
| 7 | 1-3 | C | f | 10.0 | 011 | ✓ | ✓ | |
| 8 | 1-4 | C | f | 2.5 | 011 | ✓ | ✓ | |
| 9 | | C | f | 4.5 | 011 | ✓ | ✓ | |
| 10 | 1-5 | C | f | 3.2 | 011 | ✓ | ✓ | PO |
| 11 | | C | f | 2.0 | 011 | ✓ | ✓ | |
| 12 | 2-1 | C | F | 1.0 | 0.1 | ✓ | | ✓ |
| 13 | | C | M | 5 | 0.7 | ✓ | ✓ | |
| 14 | | C | F | 1 | 0.15 | ✓ | ✓ | |
| 15 | | C | B | 1 | 0.2 | ✓ | ✓ | |
| 16 | | C | B | 1 | 0.2 | ✓ | ✓ | |
| 17 | | C | M | 3 | 0.7 | ✓ | ✓ | |
| 18 | 2-2 | C | B | 2.5 | 0.6 | ✓ | ✓ | |
| 19 | | C | F | 1.1 | 0.1 | ✓ | ✓ | |
| 20 | | C | C | 3.0 | 0.8 | ✓ | | P.O |
| 21 | 2-3 | C | F | 23 | 0.15 | ✓ | ✓ | |
| 22 | 2-4 | C | F | 1 | 0.1 | ✓ | ✓ | |
| 23 | 2-5 | C | F | 1.9 | 0.15 | ✓ | ✓ | |
| 24 | | C | F | 3.0 | 0.15 | ✓ | ✓ | |
| 25 | | C | M | 1.5 | 0.3 | ✓ | ✓ | |
| 26 | | C | M | 3 | 0.3 | ✓ | ✓ | |







## MATERIALS ANALYTICAL SERVICES, INC.
### DUST SHEET

PAGE # _11_

Client: _LAW ASSOC/ KENNESAW_

Accelerating Voltage: _100 KV_

Sample ID: _# 11_

Indicated Mag: _20_ ~~25KX~~ A_2_
Screen Mag: _15414_ ~~20KX~~

MAS Job Number: _M 2140-11_

Microscope Number: (1)  2  3
Filter Type: (MCE)  PC,  Other = ___

Date Sample Analyzed: _8 - 28 - 90_

Filter Size: 25mm,  37mm,  (47m_

Number of Openings/Grids Counted: _1 / 1_

Filter Pore Size (um): _0-22_

Grid Accepted, 600X: (Yes)  No  _3 %_

Grid Opening: 1) _91_ um x _89_

Analyst: _al Harmon_

2)  um x ___

Dilution Factor: 1: _500_

### Calculating Results For Verbal Issue:

Effective Filter Area: (A) _1339_

Number of Grid Openings Examined: (B) _1_

Average Grid Opening Area in sq. mm: (C) _0.008099_

Volume of Liquid Filtered in ml: (D) _0.2_

Area Sampled in Sq. Ft.: (E) _1_

Number of Asbestos Structures Counted: (F) _124_

### STRUCTURES PER SQ. FT. FORMULA:

$$\frac{A}{B \cdot C} \cdot \frac{100}{D} \cdot \frac{1}{E} \cdot F = \text{(asbestos structures per sq. ft.)}$$

Calculations:

$$\frac{1339}{1 \cdot 0.008099} \cdot \frac{100}{0.2} \cdot \frac{1}{1} \cdot 124 = 1.025 \times 10^{10}$$

CLIENT: LAW ASSOC / KENNESAW         PAGE # 216

MAS JOB NUMBER: M-2140-11

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION MORPH. | SAED. | EDS. |
|---|---|---|---|---|---|---|---|---|
| 1 | 1-1 | C | f | 1.0 | 0.1 | ✓ | ✓ | PO |
| 2 | | C | f | 2.5 | 0.1 | | ✓ | |
| 3 | | C | f | 15.0 | 0.1 | | | |
| 4 | | C | f | 18.0 | 0.1 | ✓ | | |
| 5 | | C | f | 3.0 | 0.1 | | ✓ | |
| 6 | | C | f | 3.5 | 0.1 | | ✓ | |
| 7 | | C | f | 2.2 | 0.1 | | | |
| 8 | | C | f | 5.0 | 2.1 | ✓ | | |
| 9 | | C | f | 4.0 | 0.1 | ✓ | ✓ | |
| 10 | | C | f | 5.5 | 0.1 | ✓ | ✓ | PO |
| 11 | | C | f | 2.5 | 0.1 | ✓ | ✓ | |
| 12 | | C | C | 6.0 | 3.5 | ✓ | | |
| 13 | | C | f | 2.5 | 0.1 | ✓ | | |
| 14 | | C | f | 2.0 | 0.1 | ✓ | | |
| 15 | | C | M | 8.0 | 6.5 | ✓ | ✓ | |
| 16 | | C | f | 2.2 | 0.1 | ✓ | ✓ | |
| 17 | | C | f | 3.8 | 0.1 | ✓ | ✓ | |
| 18 | | C | f | 2.0 | 0.1 | ✓ | ✓ | |
| 19 | | C | M | 5.0 | 0.1 | | ✓ | |
| 20 | | C | f | 2.8 | 0.1 | ✓ | ✓ | PO |
| 21 | | C | f | 3.5 | 0.1 | | ✓ | |
| 22 | | C | f | 2.2 | 0.1 | ✓ | | |
| 23 | | C | f | 7.5 | 0.1 | ✓ | ✓ | |
| 24 | | C | f | 3.5 | 0.1 | ✓ | | |
| 25 | | C | f | 4.8 | 0.1 | ✓ | | |
| 26 | | C | f | 12.0 | 0.1 | ✓ | | |
| 27 | | C | B | 2.8 | 0.3 | ✓ | ✓ | |
| 28 | | C | f | 4.2 | 0.1 | ✓ | ✓ | |
| 29 | | C | M | 8.0 | 2.5 | ✓ | ✓ | |
| 30 | | C | f | 4.5 | 0.1 | ✓ | ✓ | PO |

CLIENT: __LAW ASSOC / KENNESAW__     PAGE # _316_

MAS JOB NUMBER: __M-240-11__

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 31 | 1-1 cont | C | B | 8,15 | 0,12 | — | — | |
| 32 | | C | f | 3,5 | 0,11 | — | — | |
| 33 | | C | f | 4,0 | 0,11 | — | — | |
| 34 | | C | C | 4,5 | 2·8 | — | — | |
| 35 | | C | f | 2,5 | 0,11 | — | — | |
| 36 | | C | f | 6,5 | 0,11 | — | — | |
| 37 | | C | f | 3,5 | 0,11 | — | — | |
| 38 | | C | f | 2,5 | 0,11 | — | — | |
| 39 | | C | f | 3,5 | 0,11 | — | — | |
| 40 | | C | M | 5,0 | 2,5 | — | — | PO |
| 41 | | C | f | 3,5 | 0,11 | — | — | |
| 42 | | C | f | 8,5 | 0,11 | — | — | |
| 43 | | C | f | 5,5 | 0,11 | — | | |
| 44 | | C | f | 2,2 | 0,11 | — | — | |
| 45 | | C | f | 5,0 | 0,11 | — | — | |
| 46 | | C | f | 7,5 | 0,11 | — | — | |
| 47 | | C | f | 1,0 | 0,11 | — | — | |
| 48 | | C | f | 1,2 | 0,11 | — | — | |
| 49 | | C | f | 7,0 | 0,11 | — | | |
| 50 | | C | f | 2,5 | 0,11 | — | — | PO |
| 51 | | C | f | 8,5 | 0,11 | — | — | |
| 52 | | C | f | 6,8 | 0,11 | — | — | |
| 53 | | C | f | 2,5 | 0,11 | — | — | |
| 54 | | C | f | 8,0 | 0,11 | — | — | |
| 55 | | C | f | 3,2 | 0,11 | | — | |
| 56 | | C | f | 3,5 | 0,11 | — | — | |
| 57 | | C | f | 4,0 | 0,11 | — | — | |
| 58 | | C | f | 2,2 | 0,11 | — | — | |
| 59 | | C | f | 4,2 | 0,11 | — | — | |
| 60 | | C | B | 8,5 | 0,12 | — | — | PO |

CLIENT: _LAW ASSOC / KENNESAW_    PAGE # _416_

MAS JOB NUMBER: _M-2140-11_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 61 | 1-1 cont | C | M | 7.0 | 3.5 | ✓ | ✓ | |
| 62 | | C | f | 4.8 | 0.11 | ✓ | ✓ | |
| 63 | | C | f | 1.5 | 0.11 | ✓ | ✓ | |
| 64 | | C | f | 3.8 | 0.11 | ✓ | ✓ | |
| 65 | | C | f | 2.0 | 0.11 | ✓ | ✓ | |
| 66 | | C | f | 9.0 | 0.11 | ✓ | ✓ | |
| 67 | | C | B | 4.5 | 0.12 | ✓ | ✓ | |
| 68 | | C | B | 11.0 | 0.12 | ✓ | ✓ | |
| 69 | | C | f | 4.2 | 0.11 | ✓ | ✓ | |
| 70 | | C | M | 2.8 | 1.5 | ✓ | ✓ | PO |
| 71 | | C | f | 2.5 | 0.11 | ✓ | ✓ | |
| 72 | | C | M | 4.5 | 3.5 | ✓ | ✓ | |
| 73 | | C | f | 7.5 | 0.11 | ✓ | ✓ | |
| 74 | | C | f | 7.2 | 0.11 | ✓ | ✓ | |
| 75 | | C | f | 2.2 | 0.11 | ✓ | ✓ | |
| 76 | | C | f | 4.0 | 0.11 | ✓ | ✓ | |
| 77 | | C | B | 11.5 | 0.12 | ✓ | ✓ | |
| 78 | | C | f | 2.5 | 0.11 | ✓ | ✓ | |
| 79 | | C | f | 2.5 | 0.11 | ✓ | ✓ | |
| 80 | | C | B | 4.8 | 0.12 | ✓ | ✓ | PO |
| 81 | | C | f | 5.5 | 0.11 | ✓ | ✓ | |
| 82 | | C | f | 5.0 | 0.11 | ✓ | ✓ | |
| 83 | | C | M | 4.0 | 3.8 | | | |
| 84 | | C | C | 10.0 | 3.5 | | | |
| 85 | | C | f | 5.0 | 0.11 | | ✓ | |
| 86 | | C | f | 3.2 | 0.11 | | ✓ | |
| 87 | | C | f | 12.0 | 0.11 | | ✓ | |
| 88 | | C | f | 22.0 | 0.11 | ✓ | ✓ | |
| 89 | | C | f | 3.0 | 0.11 | ✓ | ✓ | |
| 90 | | C | f | 5.5 | 0.11 | ✓ | ✓ | PO |

CLIENT: _LAW ASSOC/ KENNESON_          PAGE # _5 1 6_

MAS JOB NUMBER: _M-240-11_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 91 | 1-1 cont | C | f | 28.0 | 0.1 | — | — | |
| 92 | | C | f | 12.0 | 0.1 | — | — | |
| 93 | | C | f | 8.0 | 0.1 | — | — | |
| 94 | | C | f | 4.0 | 0.1 | — | — | |
| 95 | | C | M | 9.0 | 3.5 | — | — | |
| 96 | | C | f | 3.0 | 0.1 | — | — | |
| 97 | | C | f | 2.2 | 0.1 | | | |
| 98 | | C | C | 7.5 | 3.5 | | | |
| 99 | | C | f | 1.8 | 0.1 | | | |
| 100 | | C | f | 2.5 | 0.1 | — | — | PO |
| 101 | | C | f | 10.5 | 0.1 | — | — | |
| 102 | | C | M | 3.8 | 3.0 | — | — | |
| 103 | | C | f | 11.0 | 0.1 | — | — | |
| 104 | | C | f | 4.5 | 0.1 | — | — | |
| 105 | | C | f | 3.5 | 0.1 | — | — | |
| 106 | | C | f | 7.5 | 0.1 | — | — | |
| 107 | | C | C | 3.5 | 2.4 | — | — | |
| 108 | | C | M | 3.0 | 2.5 | — | — | |
| 109 | | C | f | 4.5 | 0.1 | — | — | |
| 110 | | C | B | 3.5 | 0.2 | — | — | PO |
| 111 | | C | f | 3.5 | 0.1 | — | — | |
| 112 | | C | f | 3.5 | 0.1 | — | — | |
| 113 | | C | f | 3.0 | 0.1 | — | — | |
| 114 | | C | f | 4.0 | 0.1 | — | — | |
| 115 | | C | f | 4.0 | 0.1 | — | — | |
| 116 | | C | f | 8.0 | 0.1 | — | — | |
| 117 | | C | f | 1.8 | 0.1 | — | — | |
| 118 | | C | f | 6.0 | 0.1 | — | — | |
| 119 | | C | f | 3.5 | 0.1 | — | — | |
| 120 | | C | B | 5.0 | 0.3 | — | — | PO |

CLIENT: _LAW ASSOC / KENNESAW_     PAGE # _6 1 6_

MAS JOB NUMBER: _M-2140-11_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 121 | (-) aont | C | f | 1,5 | 0,1 | ✓ | ✓ | |
| 122 | | C | f | 1,8 | 0,1 | ✓ | ✓ | |
| 123 | | C | f | 2,5 | 0,1 | ✓ | ✓ | |
| 124 | | C | f | 2,8 | 0,1 | ✓ | ✓ | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |



























**MATERIALS ANALYTICAL SERVICES, INC.**
*DUST SHEET*

PAGE # _11_

Client: _LAW ASSOC/ KENNESAW_

Accelerating Voltage: 100 KV

Sample ID: _# 12_

Indicated Mag: ~~70~~ _20_ ~~25KX~~
Screen Mag: _15414_ ~~20KX~~

MAS Job Number: _M 2140-12_

Microscope Number: (1)   2   3
Filter Type: (MCE)   PC,   Other =

Date Sample Analyzed: _29_ - _Au_ - _90_

Filter Size: 25mm,   37mm,  (47)

Number of Openings/Grids Counted: _8.12_

Filter Pore Size (um): _0·22_

Grid Accepted, 600X: (Yes)  No  _3%_

Grid Opening: 1) _95·3_ um x _90·6_

Analyst: _W.P.Smith_

2) _9.3·2_ um x _9.2_

Dilution Factor: 1: _200_

Calculating Results For Verbal Issue:

Effective Filter Area:                                   (A)   _1339_

Number of Grid Openings Examined:            (B)   _8_

Average Grid Opening Area in sq. mm:         (C)   _0·008638_

Volume of Liquid Filtered in ml:                    (D)   _0·15_

Area Sampled in Sq. Ft.:                                (E)   _1·0_

Number of Asbestos Structures Counted:      (F)   _100_

## STRUCTURES PER SQ. FT. FORMULA:

$$\frac{A}{B \cdot C} \cdot \frac{100}{D} \cdot \frac{1}{E} \cdot F = \text{(asbestos structures per sq. ft.)}$$

Calculations:

$$\frac{1339}{8 \cdot 0·008638} \cdot \frac{100}{0·15} \cdot \frac{1}{1·0} \cdot 100 = 3.875 \times 10^{8}$$

CLIENT: _Law Assoc. / Kennesaw_   PAGE # 215

MAS JOB NUMBER: M- 2140-12

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|--------|------|------|------|------|------|------|------|------|
| | | | | | | MORPH. | SAED. | EDS. |
| 1 | 1-1 | C | B | 1.7 | 0.15 | ✓ | ✓ | P.O. |
| 2 | | C | M | 1.8 | 1 | ✓ | ✓ | ✓ |
| 3 | | C | F | 2.5 | 0.1 | ✓ | ✓ | ✓ |
| 4 | | C | F | 1.8 | 0.1 | ✓ | ✓ | ✓ |
| 5 | | C | F | 5 | 0.1 | ✓ | ✓ | ✓ |
| 6 | | C | F | 1.3 | 0.1 | ✓ | ✓ | ✓ |
| 7 | | C | F | 3 | 0.15 | ✓ | ✓ | ✓ |
| 8 | | C | B | 1.7 | 0.2 | ✓ | ✓ | ✓ |
| 9 | | C | F | 1 | 0.1 | ✓ | ✓ | ✓ |
| 10 | | C | F | 1.9 | 0.1 | ✓ | ✓ | ✓ |
| 11 | 1-2 | C | F | 6.5 | 0.1 | ✓ | ✓ | |
| 12 | | C | F | 2 | 0.1 | ✓ | ✓ | P.O. |
| 13 | | C | F | 11.3 | 0.1 | ✓ | ✓ | ✓ |
| 14 | | C | F | 27 | 0.1 | ✓ | ✓ | ✓ |
| 15 | | C | F | 1 | 0.1 | ✓ | ✓ | ✓ |
| 16 | | C | M | 4 | 1 | ✓ | ✓ | ✓ |
| 17 | | C | F | 4 | 0.2 | ✓ | ✓ | ✓ |
| 18 | | C | F | 4.5 | 0.1 | ✓ | ✓ | ✓ |
| 19 | | C | F | 6.5 | 0.1 | ✓ | ✓ | ✓ |
| 20 | | C | F | 32 | 0.1 | ✓ | ✓ | ✓ |
| 21 | | C | M | 1 | 0.3 | ✓ | ✓ | P.O. |
| 22 | | C | M | 4.5 | 1.5 | ✓ | ✓ | |
| 23 | 1-3 | C | F | 1 | 0.1 | ✓ | ✓ | |
| 24 | | C | F | 0.8 | 0.05 | ✓ | | ✓ |
| 25 | | C | B | .3.5 | 0.15 | ✓ | | ✓ |
| 26 | | C | F | 3.5 | 0.1 | ✓ | ✓ | ✓ |
| 27 | | C | F | 1.1 | 0.1 | ✓ | | ✓ |
| 28 | | C | B | 14 | 0.6 | ✓ | ✓ | |
| 29 | | C | F | 3.5 | 0.1 | ✓ | ✓ | |
| 30 | | C | F | 0.8 | 0.05 | ✓ | ✓ | |

CLIENT: _Law Assoc. / Kennesaw_          PAGE # _315_

MAS JOB NUMBER: _M- 2140-12_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 31 | 1-3 | C | F | 3 | 0.1 | ✓ | | |
| 32 | | C | M | 0.9 | 0.4 | ✓ | | ✓ |
| 33 | | C | F | 0.8 | 0.05 | ✓ | | PO |
| 34 | | C | F | 9 | 0.1 | ✓ | | ✓ |
| 35 | | C | F | 20 | 0.2 | ✓ | ✓ | |
| 36 | | C | F | 1.5 | 0.15 | ✓ | ✓ | |
| 37 | | C | F | 1.2 | 0.1 | ✓ | | ✓ |
| 38 | | C | B | 4.5 | 0.4 | ✓ | ✓ | |
| 39 | | C | F | 5.1 | 0.1 | ✓ | ✓ | |
| 40 | | C | F | 1 | 0.05 | ✓ | ✓ | |
| 41 | 1-4 | C | F | 4.5 | 0.2 | ✓ | ✓ | P.O. |
| 42 | | C | C | 3.5 | 0.8 | ✓ | ✓ | |
| 43 | | C | M | 3 | 0.6 | ✓ | | ✓ |
| 44 | | C | F | 12 | 0.15 | ✓ | | ✓ |
| 45 | | C | M | 2 | 0.6 | ✓ | ✓ | |
| 46 | | C | F | 6 | 0.2 | ✓ | ✓ | |
| 47 | | C | C | 2 | 0.6 | ✓ | ✓ | |
| 48 | | C | F | 0.8 | 0.1 | ✓ | ✓ | |
| 49 | | C | F | 9 | 0.2 | ✓ | | ✓ |
| 50 | | C | F | 1.9 | 0.15 | ✓ | ✓ | |
| 51 | | C | F | 1.4 | 0.15 | ✓ | | ✓ |
| 52 | 1-5 | C | F | 0.8 | 0.1 | ✓ | | P.O. |
| 53 | | C | F | 1.2 | 0.1 | ✓ | | |
| 54 | | C | & WAS B | 1.2 | 0.2 | ✓ | ✓ | |
| 55 | | C | C | 1.5 | 0.3 | ✓ | ✓ | |
| 56 | | C | F | 0.8 | 0.1 | ✓ | ✓ | |
| 57 | | C | F | 30 | 0.15 | ✓ | | ✓ |
| 58 | 2-1 | C | F | 1.3 | 0.1 | ✓ | | ✓ |
| 59 | | C | F | 4 | 0.15 | ✓ | | ✓ |
| 60 | | C | F | 1.8 | 0.1 | ✓ | ✓ | |

CLIENT: _Law Assoc. / Kennesaw_          PAGE # _4 15_

AS JOB NUMBER: M- _2140-12_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 61 | 2-1 | C | F | 1.2 | 0.15 | ✓ | ✓ | |
| 62 | | C | F | 1.9 | 0.1 | ✓ | | ✓ |
| 63 | | C | F | 40 | 0.15 | ✓ | | ✓ |
| 64 | | C | F | 1 | 0.05 | ✓ | | ✓ |
| 65 | | C | F | 3.5 | 0.1 | ✓ | | ✓ |
| 66 | | C | F | 4 | 0.1 | ✓ | ✓ | |
| 67 | | C | F | 1 | .05 | ✓ | | ✓ |
| 68 | | C | F | 1.2 | 0.1 | ✓ | ✓ | |
| 69 | | C | F | 1.4 | 0.05 | ✓ | ✓ | |
| 70 | | C | F | 2 | 0.1 | ✓ | ✓ | |
| 71 | | C | F | 6 | 0.1 | ✓ | | ✓ |
| 72 | | C | F | 3.5 | 0.1 | ✓ | ✓ | |
| 73 | | C | F | 1.5 | 0.1 | ✓ | | PO |
| 74 | | C | F | 1.5 | 0.2 | ✓ | ✓ | |
| 75 | 2-2 | C | F | 2.2 | 0.1 | ✓ | ✓ | |
| 76 | | C | F | 0.8 | 0.1 | ✓ | ✓ | |
| 77 | | C | F | 1.2 | 0.1 | ✓ | ✓ | |
| 78 | | C | F | 0.9 | 0.1 | ✓ | ✓ | |
| 79 | | C | F | 4 | 0.1 | ✓ | | ✓ |
| 80 | | C | M | 2 | 0.4 | ✓ | | ✓ |
| 81 | | C | B | 5.5 | 0.3 | ✓ | ✓ | |
| 82 | | C | F | 2.2 | 0.1 | ✓ | ✓ | |
| 83 | 2-3 | C | M | 2.0 | 0.x ups 0.3 | ✓ | | PO |
| 84 | | C | F | 0.8 | 0.1 | ✓ | ✓ | |
| 85 | | C | M | 1.2 | 0.05 | ✓ | | ✓ |
| 86 | | C | F | 29 | one ups 0.1 | ✓ | | ✓ |
| 87 | | C | F | 2.5 | 0.1 | ✓ | ✓ | |
| 88 | | C | F | 8.5 | 0.2 | ✓ | ✓ | ✓ |
| 89 | | C | F | 2.1 | 0.15 | ✓ | ✓ | |
| 90 | | C | F | 2.7 | 0.2 | ✓ | ✓ | |

CLIENT: _Law Assoc. / Kennesaw_    PAGE # _515_

MAS JOB NUMBER: M- 214072

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|--------|------------------|-----------|--------------------------|----------------|---------------|------|-------|------|
| | | | | | | MORPH. | SAED. | EDS. |
| 91 | 2·3 | C | F | 1.9 | 0·1 | ✓ | | ✓ |
| 92 | | C | F | 1 | 0·1 | ✓ | | P.O. |
| 93 | | C | F | 1.5 | 0·1 | ✓· | ✓ | |
| 94 | | C | F | 1 | 0·1 | ✓ | ✓ | |
| 95 | | C | F | 1 | 0·1 | ✓ | ✓ | |
| 96 | | C | M | 4 | 0·3 | ✓ | ✓ | |
| 97 | | C | F | 1.5 | 0·15 | ✓ | ✓ | ✓ |
| 98 | | C | F | 7.5 | 0·2 | ✓ | ✓ | ✓ |
| 99 | | C | F | 2.3 | 0·2 | ✓ | | ✓ |
| 100 | | C | F M | .3 | 0·2 | ✓ | | ✓ |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |











29-Aug-1990 11:53:01 M.A.S. Chicago
Execution time = 20 second
M2140-12; CHRYSOTILE    Preset= 100 secs
Vert= 310 counts Disp= 1    Elapsed= 53 secs

Range = 10.230 keV    10.110 →
Integral 0 = 18708









**MATERIALS ANALYTICAL SERVICES, INC.**
*DUST SHEET*

PAGE # _11_

Client: _LAW ASSOC/ KENNESAW_

Accelerating Voltage: 100 KV

Sample ID: _# 13_

Indicated Mag: _20_ ~~25KX~~
Screen Mag: _15414_ ~~20KX~~

MAS Job Number: _M 2140 - 13_
Grid #1  8·29-90
Date Sample Analyzed: _Grid #2 8- 30 - 90_

Microscope Number: (1)    2    3
Filter Type: (MCE)  PC.  Other =
Filter Size: 25mm,    37mm,  (47o

Number of Openings/Grids Counted: _5 1 2_

Filter Pore Size (um): _0·22_

Grid Accepted, 600X: (Yes)  No  _2%_

Grid Opening: 1) _92_ um × _91_

Analyst: _al Hannon_

2) _92_ um × _93_

Dilution Factor: 1: _200_

Calculating Results For Verbal Issue:

Effective Filter Area: (A) _1339_

Number of Grid Openings Examined: (B) _5_

Average Grid Opening Area in sq. mm: (C) _0·00 8464_

Volume of Liquid Filtered in ml: (D) _015_

Area Sampled in Sq. Ft: (E) _1_

Number of Asbestos Structures Counted: (F) _94_

STRUCTURES PER SQ. FT. FORMULA:

$$\frac{A}{B \cdot C} \cdot \frac{100}{D} \cdot \frac{1}{E} \cdot F = \text{(asbestos structures per sq. ft.)}$$

Calculations:

$$\frac{1339}{5 \cdot 0·008464} \cdot \frac{100}{015} \cdot \frac{1}{1} \cdot 94 = 5·948 \times 10^8$$

CLIENT: LAW ASSOC / KENNESON          PAGE # 315

MAS JOB NUMBER: M-240-13

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 1 | 1-1 | C | f | 2.5 | 0.1 | ✓ | ✓ | PO |
| 2 | | C | f | 6.5 | 0.1 | ✓ | ✓ | |
| 3 | | C | M | 4.5 | 3.5 | ✓ | ✓ | |
| 4 | | C | f | 2.5 | 0.1 | ✓ | ✓ | |
| 5 | | C | f | 1.8 | 0.1 | ✓ | ✓ | |
| 6 | | C | C | 12.0 | 4.5 | ✓ | ✓ | |
| 7 | | C | M | 5.0 | 2.8 | ✓ | | |
| 8 | | C | f | 1.5 | 0.1 | ✓ | ✓ | |
| 9 | | C | f | 1.2 | 0.1 | ✓ | ✓ | |
| 10 | | C | M | 2.8 | 1.6 | ✓ | | PO |
| 11 | | C | f | 1.5 | 0.1 | ✓ | | |
| 12 | | C | M | 4.5 | 3.8 | ✓ | | |
| 13 | | C | f | 3.0 | 0.1 | ✓ | | |
| 14 | | C | f | 1.8 | 0.1 | ✓ | | |
| 15 | | C | M | 2.2 | 0.8 | ✓ | | |
| 16 | | C | M | 5.0 | 3.8 | ✓ | | |
| 17 | | C | f | 3.8 | 0.1 | ✓ | ✓ | |
| 18 | | C | f | 1.5 | 0.1 | ✓ | ✓ | |
| 19 | | C | f | 2.5 | 0.1 | ✓ | | |
| 20 | | C | f | 4.5 | 0.1 | | ✓ | PO |
| 21 | | C | M | 18.0 | 9.5 | | | |
| 22 | | C | f | 1.5 | 0.1 | | | |
| 23 | | C | f | 4.5 | 0.1 | ✓ | | |
| 24 | | C | f | 1.0 | 0.1 | ✓ | | |
| 25 | 1-2 | C | f | 2.5 | 0.1 | ✓ | | |
| 26 | | C | f | 1.8 | 0.1 | ✓ | ✓ | |
| 27 | | C | f | 2.5 | 0.1 | ✓ | | |
| 28 | | C | B | 2-8 | 0.12 | ✓ | | |
| 29 | | C | f | 2.4 | 0.1 | ✓ | | |
| 30 | | C | f | 2.2 | 0.1 | ✓ | ✓ | PO |

CLIENT: _LAW ASSOC / KENNESAW_    PAGE # _3rd 215_

MAS JOB NUMBER: _M-2140-13_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 31 | 1-3 cont | C | f | 3.5 | 0.1 | — | — | |
| 32 | | C | f | 2.2 | 0.1 | — | — | |
| 33 | | C | B | 3.0 | 0.1 | — | — | |
| 34 | 1-3 | C | f | 11.0 | 0.1 | — | — | |
| 35 | | C | f | 2.8 | 0.1 | ✓ | — | |
| 36 | | C | B | 8.0 | 0.2 | — | — | |
| 37 | | C | f | 6.0 | 0.1 | — | — | |
| 38 | | C | f | 2.5 | 0.1 | — | — | |
| 39 | | C | f | 2.8 | 0.1 | — | — | |
| 40 | | C | f | 1.8 | 0.1 | — | — | PD |
| 41 | | C | C | 4.5 | 2.5 | — | — | |
| 42 | | C | f | 1.0 | 0.1 | — | — | |
| 43 | | C | f | 1.2 | 0.1 | — | — | |
| 44 | | C | f | 4.0 | 0.1 | — | — | |
| 45 | | C | M | 3.5 | 3.0 | — | — | |
| 46 | | C | f | 1.5 | 0.1 | — | — | |
| 47 | | C | f | 3.0 | 0.1 | — | — | |
| 48 | | C | f | 3.4 | 0.1 | — | — | |
| 49 | | C | B | 2.5 | 0.2 | ✓ | | |
| 50 | | C | f | 5.2 | 0.1 | — | — | PD |
| 51 | | C | f | 1.2 | 0.1 | — | — | |
| 52 | | C | f | 2.0 | 0.1 | — | — | |
| 53 | | C | f | 2.2 | 0.1 | — | — | |
| 54 | | C | B | 2.8 | 0.2 | — | — | |
| 55 | | C | M | 4.5 | 2.5 | — | — | |
| 56 | | C | f | 5.5 | 0.1 | — | — | |
| 57 | | C | f | 2.8 | 0.1 | — | — | |
| 58 | | C | f | 1.5 | 0.1 | — | — | |
| 59 | | C | f | 2.6 | 0.1 | — | — | |
| 60 | | C | f | 1.8 | 0.1 | — | — | PD |

CLIENT: _Low Assoc/Kennesaw_     PAGE # 4 <sup>th</sup> 15

MAS JOB NUMBER: M- 2/40-13

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 61 | 2-1 | C | f | 1.5 | 011 | — | — | |
| 62 | | C | f | 3.5 | 011 | — | — | |
| 63 | | C | f | 3.0 | 011 | — | — | |
| 64 | | C | f | 3.8 | 011 | — | — | |
| 65 | | C | f | 1.5 | 011 | — | — | |
| 66 | | C | f | 1.2 | 011 | — | — | |
| 67 | | C | f | 3.0 | 011 | — | — | |
| 68 | | C | f | 2.5 | 011 | — | — | |
| 69 | | C | C | 4.5 | 2.5 | — | — | |
| 70 | | C | B | 2.5 | 0.2 | — | — | PD |
| 71 | | C | f | 3.5 | 011 | — | — | |
| 72 | | C | B | 8.5 | 0.3 | — | — | |
| 73 | | C | M | 3.2 | 1.5 | — | — | |
| 74 | | C | f | 4.5 | 011 | — | — | |
| 75 | 2-2 | C | f | 1.2 | 011 | — | — | |
| 76 | | C | f | 2.2 | 011 | — | — | |
| 77 | | C | f | 1.8 | 011 | — | — | |
| 78 | | C | f | 2.0 | 011 | — | — | |
| 79 | | C | f | 1.5 | 011 | — | — | |
| 80 | | C | f | 3.5 | 011 | — | — | PD |
| 81 | | C | B | 3.5 | 0.4 | — | — | |
| 82 | | C | f | 3.2 | 011 | — | — | |
| 83 | | C | f | 6.0 | 011 | — | — | |
| 84 | | C | f | 2.2 | 011 | — | — | |
| 85 | | C | f | 3.2 | 011 | — | — | |
| 86 | | C | f | 1.0 | 011 | — | — | |
| 87 | | C | M | 1.5 | 0.5 | — | — | |
| 88 | | C | f | 12.0 | 011 | — | — | |
| 89 | | C | f | 1.8 | 011 | — | — | |
| 90 | | C | f | 3.5 | 011 | — | — | PD |

CLIENT: _LAW ASSOC / KENNESAW_   PAGE # 5 OH 4 1 5

MAS JOB NUMBER:   M- 2140-13

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 91 | 2-2 CONF | C | f | 2.5 | 011 | — | — | |
| 92 | | C | f | 7.5 | 011 | — | — | |
| 93 | | C | f | 2.5 | 011 | — | — | |
| 94 | | C | M | 3.5 | 2.0 | — | — | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |





















## MATERIALS ANALYTICAL SERVICES, INC.
### DUST SHEET

PAGE # _1_

Client: _LAW ASSOC/ KENNESAW_         Accelerating Voltage: _____ 100 KV

Sample ID: _#-14_                      Indicated Mag: _~~20~~ ~~25KX~~
                                       Screen Mag: _15414_ ~~20KX~~

MAS Job Number: _M2140-14_            Microscope Number: ①   2   3
                                      Filter Type: (MCE)  PC,  Other =
Date Sample Analyzed: _8 - 30 - 90_   Filter Size: 25mm,  37mm,  ⓐ47

Number of Openings/Grids Counted: _101 2_     Filter Pore Size (um): _0.22_

Grid Accepted, 600X: (Yes)  No  _590_    Grid Opening: 1) _51_ um x _0_

Analyst: _Al Henman_                      2) _87_ um x _90_

Dilution Factor: 1: _50_

Calculating Results For Verbal Issue:

Effective Filter Area:                    (A) _1.739_

Number of Grid Openings Examined:         (B) _10_

Average Grid Opening Area in sq. mm:      (C) _0.007965_

Volume of Liquid Filtered in ml:          (D) _2.0_

Area Sampled in Sq. Ft.:                  (E) _1_

Number of Asbestos Structures Counted:    (F) _62_

## STRUCTURES PER SQ. FT. FORMULA:

$$\frac{A}{B * C} * \frac{100}{D} * \frac{1}{E} * F = \text{(asbestos structures per sq. ft.)}$$

Calculations:

$$\frac{1739}{10 * 0.007965} * \frac{100}{2.0} * \frac{1}{1} * 62 = 5.211 \times 10^{?}$$

CLIENT: _LAW ASSOC / KENNESAW_    PAGE # _2 14_

MAS JOB NUMBER: _M-2140-14_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 1 | 1-1 | C | f | 8.5 | 0.1 | — | — | PO |
| 2 | | C | f | 1.3 | 0.1 | — | | |
| 3 | | C | f | 3.0 | 0.1 | — | | |
| 4 | | C | f | 4.8 | 0.1 | — | | |
| 5 | | C | f | 3.5 | 0.1 | — | | |
| 6 | | C | f | 2.8 | 0.1 | — | — | |
| 7 | | C | f | 8.5 | 0.1 | — | | |
| 8 | 1-2 | C | f | 2.0 | 0.1 | — | | |
| 9 | | C | f | 2.8 | 0.1 | — | | |
| 10 | | C | f | 5.5 | 0.1 | — | — | PO |
| 11 | | C | f | 5.8 | 0.1 | | | |
| 12 | 1-3 | C | f | 2.5 | 0.1 | — | | |
| 13 | | C | C | 3.0 | 1.5 | — | | |
| 14 | | C | M | 3.8 | 2.5 | — | | |
| 15 | | C | f | 6.5 | 0.1 | — | — | |
| 16 | 1-4 | C | f | 2.5 | 0.1 | — | — | |
| 17 | | C | f | 3.0 | 0.1 | — | — | |
| 18 | | C | f | 1.2 | 0.1 | — | — | |
| 19 | | C | f | 2.0 | 0.1 | — | | |
| 20 | | C | f | 2.5 | 0.1 | | — | PO |
| 21 | | C | f | 2.8 | 0.1 | — | | |
| 22 | | C | f | 1.8 | 0.1 | — | | |
| 23 | 1-5 | C | f | 2.0 | 0.1 | — | | |
| 24 | | C | f | 1.0 | 0.1 | — | | |
| 25 | | C | f | 3.0 | 0.1 | — | — | |
| 26 | | C | f | 2.5 | 0.1 | — | — | |
| 27 | | C | f | 4.5 | 0.1 | — | | |
| 28 | | C | f | 1.8 | 0.1 | — | | |
| 29 | 2-1 | C | f | 7.5 | 0.1 | — | — | |
| 30 | | C | B. | 2.5 | 0.2 | — | — | PO |

CLIENT: _LAW ASSOC / KENNESAW_    PAGE # _314_

MAS JOB NUMBER: _M-2140-14_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 31 | 2-1 cont | C | B | 3.0 | 0.2 | — | — | |
| 32 | | C | B | 5.5 | 0.3 | — | — | |
| 33 | | C | f | 3.5 | 0.1 | — | — | |
| 34 | | C | f | 5.0 | 0.1 | — | — | |
| 35 | 2-2 | C | f | 8.0 | 0.1 | — | — | |
| 36 | | C | C | 4.0 | 2.0 | — | — | |
| 37 | | C | f | 4.5 | 0.1 | — | — | |
| 38 | | C | f | 2.0 | 0.1 | — | — | |
| 39 | | C | f | 1.5 | 0.1 | — | — | |
| 40 | 2-3 | C | f | 6.0 | 0.1 | — | — | PO |
| 41 | | C | f | 5.5 | 0.1 | — | — | |
| 42 | | C | f | 2.8 | 0.1 | — | — | |
| 43 | | C | f | 2.2 | 0.1 | — | — | |
| 44 | | C | f | 4.5 | 0.1 | — | — | |
| 45 | 2-4 | C | f | 3.0 | 0.1 | — | — | |
| 46 | | C | f | 2.2 | 0.1 | — | — | |
| 47 | | C | f | 6.5 | 0.1 | — | — | |
| 48 | | C | f | 6.8 | 0.1 | I 0.877 | | |
| 49 | | C | f | 2.8 | 0.1 | I 0.770 | | PO |
| 50 | | C | f | 4.5 | 0.1 | — | — | |
| 51 | 2-5 | C | f | 12.0 | 0.1 | — | — | |
| 52 | | C | f | 2.5 | 0.1 | — | — | |
| 53 | | C | f | 6.5 | 0.1 | — | — | |
| 54 | | C | f | 7.5 | 0.1 | — | — | |
| 55 | | C | f | 3.5 | 0.1 | — | — | |
| 56 | | C | f | 2.2 | 0.1 | — 0.171 2/90 | | |
| 57 | | C | f | 6.0 | 0.1 | — | — | |
| 58 | | C | f | 2.2 | 0.1 | — | — | |
| 59 | | C | f | 4.0 | 0.1 | — | — | |
| 60 | | C | B | 9.5 | 0.2 | — | — | PO |

CLIENT: _LAW ASSOC / KENNESAW_          PAGE # _4/14_

MAS JOB NUMBER: _M-2140-14_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 61 | 2-5 coat | C | C | 11.0 | 7.0 | ✓ | ✓ | |
| 62 | | C | F | 3.0 | 011 | ✓ | ✓ | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |



