First Florida Tower
111 East Madison Street
Tampa, FL  33602

# W.R. GRACE & CO.
# ASBESTOS PROPERTY DAMAGE
# PROOF OF CLAIM FORM

*The United States Bankruptcy Court for the District of Delaware*
*In re: W.R. Grace & Co., et al., Debtors, Case No. 01-01139 (JKF)*
*(Jointly Administered)*

## SUBMIT COMPLETED CLAIMS TO:

**Claims Processing Agent**
**Re: W.R. Grace & Co. Bankruptcy**
**PO Box 1620**
**Faribault, MN 55021-1620**

For a complete list of the Debtors in this case, please see "The Debtors" section of the General Instructions for Completing Proof of Claim Forms. The Debtors in this case are collectively referred to in this document as "Grace."

If you have a church claim against Grace for property damage allegedly resulting from asbestos from a Grace product (other than Zonolite Attic Insulation), THIS ASBESTOS PROPERTY DAMAGE PROOF OF CLAIM FORM MUST BE RECEIVED ON OR BEFORE 4:00 P.M., EASTERN TIME, ON MARCH 31, 2003, or you will be forever barred from asserting or receiving payment on your claim.

PremierView™ forms by NCS Pearson  MW239276-2    65432  .  Printed in U.S.A.

INSTRUCTIONS FOR FILING THE W.R. GRACE & CO.
ASBESTOS PROPERTY DAMAGE PROOF OF CLAIM FORM

## WHO SHOULD USE THIS ASBESTOS PROPERTY DAMAGE PROOF OF CLAIM FORM

1. This Asbestos Damage Proof of Claim Form (referred to in this document as the "Form") applies only to <u>current</u> claims made against Grace by or on behalf of parties who are alleging property damage with respect to asbestos in real property owned by the party (such person is referred to in this document as the "claiming party") from a Grace asbestos-containing product or as a result of one of Grace's vermiculite mining, milling, or processing facilities.

2. The Bar Date does not apply to Asbestos Personal Injury Claims, Settled Asbestos Claims or Zonolite Attic Insulation Claims. Those claims will be subject to a separate claim submission process and should not be filed at this time.

3. This form should not be used for Medical Monitoring Claims or Non-Asbestos Claims. Instead, separate specialized proof of claim forms for these claims should be completed.

4. If you are alleging current claims against Grace with respect to asbestos in more than one (1) real property, the claiming party should complete an Asbestos Property Damage Proof of Claim Form for <u>each</u> property. You may request additional forms by calling the Claims Processing Agent at 1-800-432-1909.

## GENERAL INSTRUCTIONS

1. This form must be signed by the claimant or authorized agent of the claimant. THIS FORM MUST BE RECEIVED ON OR BEFORE 4:00 PM EASTERN TIME ON MARCH 31, 2003, or you forever will be precluded from asserting your claim(s) against or receiving payment from Grace. Return your completed form to the Claims Processing Agent, Re: W.R. Grace & Co. Bankruptcy, P.O. Box 1620, Faribault, MN 55021-1620.
   If you are returning this form by mail, allow sufficient time so that this form is received on or before March 31, 2003. Forms that are postmarked before March 31, 2003 but received after March 31, 2003 will not be accepted. Only original forms will be accepted for filing. Forms transmitted by facsimile will not be accepted for filing.

2. If you cannot fit all information in any particular section or page, please make a copy of that page before filling it out and attach as many additional pages as needed.

3. If you are unable to provide any of the information required by the proof of claim form, please so specify, as well as provide a short statement describing why such information is unavailable. If you are in the process of obtaining such information at the time you file your proof of claim, please so advise and indicate that the same shall be provided when obtained.

4. This form must be filled out completely using BLACK or BLUE ink or may be typewritten.
   • Please print clearly using capital letters only.    • Do not use a felt tip pen.
   • Skip a box between words.    • Do not bend or fold the pages of the form.
   • Do not write outside of the boxes or blocks.

5. Because this form will be read by a machine, please print characters using the examples below. For optimum accuracy, please print in capital letters and avoid contact with the edge of the character boxes.

6. Mark check boxes with an "X" (example at right). ☒    N̄Ā̄M̄Ē̄ H̄Ē̄R̄Ē̄

7. Be <u>accurate</u> and <u>truthful</u>. A Proof of Claim Form is an official court document that may be used as evidence in any legal proceeding regarding your claim. The penalty for presenting a fraudulent claim is a fine of up to $500,000 or imprisonment for up to five years or both. 18 U.S.C. §§ 152 & 3571.

8. Make a copy of your completed Form to keep for your records. Send only <u>original</u> Forms to the Claims Processing Agent at the following address: Claims Processing Agent, Re: W.R. Grace & Co. Bankruptcy
   PO Box 1620
   Faribault, MN 55021-1620.

9. You will receive written notification of the proof of claim number assigned to this claim once it has been processed.

## PART 1: CLAIMING PARTY INFORMATION

**NAME:**

`THE PRUDENTIAL INSURANCE COMPANY`

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**

*(last four digits of SSN)*

**F.E.I.N. (Business Claimants)**

`22-1211670`

**Other names by which claiming party has been known (such as maiden name or married name):**

*First*     *MI*     *Last*

*First*     *MI*     *Last*

**GENDER:** ☐ MALE    ☐ FEMALE

**Mailing Address:**

`751 BROAD STREET 21ST FLOOR`
*Street Address*

`NEWARK`
*City*

`NJ` *State (Province)*    `07102` *Zip Code (Postal Code)*

`USA`
*Country*

## PART 2: ATTORNEY INFORMATION

**The claiming party's attorney, if any (You do not need an attorney to file this form):**

**Law Firm Name:**

`RIKER DANZIG SCHERER HYLAND PERRETTI LLP`

**Name of Attorney:**

`ROBERT` *First*    `J` *MI*    `GILSON` *Last*

**Mailing Address:**

`HEADQUARTERS PLAZA ONE SPEEDWELL AVENUE`
*Street Address*

`MORRISTOWN`
*City*

`NJ` *State (Province)*    `07962` *Zip Code (Postal Code)*

**Telephone:**

`(973) 451-8435`
*Area Code*

## PART 3. PROPERTY INFORMATION

### A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

`1 1 1   E A S T   M A D I S O N   S T R E E T`
*Street Address*

`T A M P A`                                        `F L`      `3 3 6 0 2`
*City*                                          *State*      *Zip Code*
                                          *(Province)*   *(Postal Code)*

`U N I T E D   S T A T E S   O F   A M E R I C A`
*Country*

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

   [X] Yes    ☐ No

3. Do you currently own the property listed in Question 1, above?

   ☐ Yes    [X] No

4. When did you purchase the property?    `0 4` - `0 9` - `1 9 8 4`
                                          *Month*  *Day*   *Year*

5. What is the property used for (check all that apply)
   ☐ Owner occupied residence
   ☐ Residential rental
   [X] Commercial
   ☐ Industrial    Specify:
   ☐ Other    Specify:

6. How many floors does the property have?    `0 3 8`

7. What is the approximate square footage of the property?    `0 0 0 7 7 0 0 0 0`

8. When was the property built?
   ☐ Before 1969
   [X] 1969 - 1973
   ☐ After 1973

9. What is the structural support of the property?
   ☐ Wood frame
   ☐ Structural concrete
   ☐ Brick
   [X] Steel beam/girder
   ☐ Other    Specify:

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?

    [X] Yes    ☐ No

9276102                                    1018572

239276-2-2/3

**A. Real Property For Which A Claim Is Being Asserted (continued)**

If yes, please specify the dates and description of such renovations.

| | | | | Description | See Addendum |
|-|-|-|-|-|-|
Year

| | | | | Description | |
|-|-|-|-|-|-|
Year

| | | | | Description | |
|-|-|-|-|-|-|
Year

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☐ Yes    ☐ No

If yes, please specify the dates and descriptions of such renovations.

| | | | | Description | See Addendum |
|-|-|-|-|-|-|
Year

| | | | | Description | |
|-|-|-|-|-|-|
Year

| | | | | Description | |
|-|-|-|-|-|-|
Year

**B. Claim Category**

12. For which category are you making a claim on the property?

☒ Category 1:  Allegation with respect to asbestos from a Grace product in the property
☐ Category 2:  Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

*If you checked Category 1 in question 12, complete section C.*
*If you checked Category 2 in question 12, complete section D.*

**C. Category 1 Claim: Allegation With Respect To Asbestos From A Grace Product In The Property**

13. For what alleged asbestos-containing product(s) are you making a claim?

☒ Monokote-3 fireproofing insulation
☐ Other, Specify:

(For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

| | | | |
|-|-|-|-|
Year

☒ I did not install the product(s)

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

| 1 | 9 | 7 | 2 |
|-|-|-|-|
Year

☐ Don't know.

1018572

16. Do you have documentation relating to the purchase and/or installation of the product in the property?

☒ Yes    ☐ No    See Addendum

If Yes, attach all such documents. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents upon Grace's further request.

17. If you do not have any such documents, explain why not and indicate who may have possession or control of such documents with respect to the property.

> See Addendum

18. When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?

**1 9 8 5**
*Year*

Please attach all documents relating or referring to the presence of asbestos in the property for which you are making this claim. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

19. How did you first learn of the presence of asbestos in the property of the Grace product for which you are making this claim?

> See Addendum

20. When did you first learn that the Grace product for which you are making this claim contained asbestos?

**1 9 8 5**
*Year*

21. How did you first learn that the Grace product for which you are making the claim contained asbestos?

> See Addendum

22. Have you or someone on your behalf made an effort to remove, contain and/or abate the Grace product for which you are making this claim?

☒ Yes    ☐ No

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

23. If you do not have any such documents, explain why not and indicate who may have possession and control of such documents with respect to the property.

> See Addendum

24. If you or someone on your behalf did not make an effort to remove, contain and/or abate the Grace product(s) for which you are making a claim, to the best of your knowledge, did anyone else make such an effort?

☒ Yes    ☐ No    See Addendum

9276104                                    1018572

25. If you responded Yes to question 22. or 24. and you have not supplied documents, please specify the dates and descriptions of any such efforts.

| Year | Description | See Addendum |
|---|---|---|
| Year | Description | |
| Year | Description | |

26. Have you or anyone on your behalf ever conducted any testing or sampling for the presence of asbestos or other particulates in the property?

☒ Yes    ☐ No    If Yes, Attach All Documents Related To Any Testing Of The Property.

27. If you responded Yes to question 26., but you have not provided documents, indicate who may have possession or control of such testing documents or where such documents may be located.

See Addendum

28. If you or someone on your behalf did not conduct any testing or sampling for the presence of asbestos or other particulates on the property, to the best of your knowledge, did anyone else conduct such testing or sampling with respect to the property?

☐ Yes    ☐ No    See Addendum

29. If you responded Yes to question 26. or 28. and you have not supplied related documents, please describe when and by whom and the type of testing and/or sampling (e.g. air, bulk and dust sampling).

| Year | Company/Individual | See Addendum |
|---|---|---|
| | Type of testing: | |
| Year | Company/Individual | |
| | Type of testing: | |
| Year | Company/Individual | |
| | Type of testing: | |

30. Has the Grace product or products for which you are making this claim ever been modified and/or disturbed?

☒ Yes    ☐ No

31. If yes, specify when and in what manner the Grace product or products was modified and/or disturbed?

| Year | Description | See Addendum |
|---|---|---|
| Year | Description | |
| Year | Description | |

**D. Category 2 Claims: Allegations With Respect to One of Grace's Vermiculite Mining Milling Or Processing Operations**

32. What is the business address or location of the Grace operation which has led to your claim?

_Business Name_

_Street Address_

_City_                                                    _State_        _Zip Code_
                                                         _(Province)_    _(Postal Code)_
_Country_

33. If your claim relates to a personal residence, does (or did) anyone living in the household work for Grace?

☐ Yes    ☐ No

34. If yes, specify the following for each such individual:

| Name of Individual Working at Grace Operation | Name of Individual Working at Grace Operation |
|---|---|
| **Date of Birth**<br>_Month_   _Day_   _Year_ | **Date of Birth**<br>_Month_   _Day_   _Year_ |
| **Occupation(s) of Individual** | **Occupation(s) of Individual** |
| **Dates Worked at Operation**<br>From: _Year_   To: _Year_ | **Dates Worked at Operation**<br>From: _Year_   To: _Year_ |
| Name of Individual Working at Grace Operation | Name of Individual Working at Grace Operation |
| **Date of Birth**<br>_Month_   _Day_   _Year_ | **Date of Birth**<br>_Month_   _Day_   _Year_ |
| **Occupation(s) of Individual** | **Occupation(s) of Individual** |
| **Dates Worked at Operation**<br>From: _Year_   To: _Year_ | **Dates Worked at Operation**<br>From: _Year_   To: _Year_ |

35. When did you first know of the presence of asbestos on your property?

_Year_

9276106                                    1018572

36. How did you first learn of the presence of asbestos on your property?

Attach all documents relating or referring to the presence of asbestos on the property. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession or control of the document.

If you provide a summary of the documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

37. If you do not have any documents relating or referring to the presence of asbestos on the property, explain why not and indicate who may have possession or control of any such documents with respect to the property.

38. Have you or anyone on your behalf made an effort to remove, contain and/or abate the asbestos on your property?

    ☐ Yes        ☐ No

    If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession or control of the document.

    If you provide a summary of the documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

39. If you do not have any documents relating or referring to the removal, containment and/or abatement of the asbestos on your property, explain why not and indicate who may have possession and control of such documents with respect to the property.

40. If you or someone on your behalf did not make an effort to remove, contain and/or abate the asbestos on your property, to the best of your knowledge, did anyone else make such an effort?

    ☐ Yes        ☐ No

9276107

1018572

41. If you responded Yes to question 38. or question 40. and you have not supplied related documents, please specify the dates and descriptions of any such efforts.

| | | | | Description | |
|--|--|--|--|--|--|

*Year*

| | | | | Description | |
|--|--|--|--|--|--|

*Year*

| | | | | Description | |
|--|--|--|--|--|--|

*Year*

42. Have you or anyone on your behalf conducted any other testing or sampling for the presence of asbestos on your property?

☐ Yes    ☐ No

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession or control of the document.

If you provide a summary of the documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

43. If you do not have any documents relating or referring to any other such testing or sampling for the presence of asbestos on your property, explain why not and indicate who may have possession or control of such documents with respect to the property.

44. If you or someone on your behalf did not conduct any other testing or sampling for the presence of asbestos on your property, to the best of your knowledge, did anyone else conduct such testing or sampling?

☐ Yes    ☐ No

45. If you responded Yes to question 42. or question 44. and you have not supplied related documents, please specify the dates and descriptions of any such efforts.

| | | | | Description | |
|--|--|--|--|--|--|

*Year*

| | | | | Description | |
|--|--|--|--|--|--|

*Year*

| | | | | Description | |
|--|--|--|--|--|--|

*Year*

46. Were you aware of the presence of asbestos on your property when you purchased your property?

☐ Yes    ☐ No

47. If you have sold the property, were you aware of the presence of asbestos on your property when you sold your property?

☐ Yes    ☐ No    ☐ Not Applicable, have not sold the property

9276108                    1018572

## PART 4: ASBESTOS LITIGATION AND CLAIMS

## A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No

   ☒ Yes – lawsuit

   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☒ No    **See Addendum**

   ☐ Yes – lawsuit

   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

## B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption    **See Addendum**

   b. Court where suit **originally filed:** ☐☐☐☐☐☐☐☐☐☐☐☐☐   Docket No.: ☐☐☐☐☐☐☐
      *County/State*

   c. Date filed: ☐☐ – ☐☐ – ☐☐☐☐
      *Month  Day  Year*

   a. Caption

   b. Court where suit **originally filed:** ☐☐☐☐☐☐☐☐☐☐☐☐☐   Docket No.: ☐☐☐☐☐☐☐
      *County/State*

   c. Date filed: ☐☐ – ☐☐ – ☐☐☐☐
      *Month  Day  Year*

   a. Caption

   b. Court where suit **originally filed:** ☐☐☐☐☐☐☐☐☐☐☐☐☐   Docket No.: ☐☐☐☐☐☐☐
      *County/State*

   c. Date filed: ☐☐ – ☐☐ – ☐☐☐☐
      *Month  Day  Year*

   (Attach additional pages if necessary.)

9 2 7 6 1 0 9                          1018572

## C. NON-LAWSUIT CLAIMS

1. If the claiming party has made any claims relating to the property for which you are making a claim (including administrative claims) against anyone, that was not filed with a court of law, please provide the following information for each claim:

   a. Description of claim: [                                                                ]

   b. Date submitted: [  ] - [  ] - [    ]  ■
   *Month   Day   Year*

   c. Name of entity to whom claim was submitted:
      ☐ Grace
      ☐ Other [                                                                ]
      *Name of Entity*

---

   a. Description of claim: [                                                                ]

   b. Date submitted: [  ] - [  ] - [    ]
   *Month   Day   Year*                    ■

   c. Name of entity to whom claim was submitted:
      ☐ Grace
      ☐ Other [                                                                ]
      *Name of Entity*

---

   a. Description of claim: [                                                                ]

   b. Date submitted: [  ] - [  ] - [    ]
   *Month   Day   Year*

   c. Name of entity to whom claim was submitted:
      ☐ Grace
      ☐ Other [                                                                ]
      *Name of Entity*

## PART 5 - SIGNATURE PAGE

All claims must be signed by the claiming party.

I have reviewed the information submitted on this proof of claim form and all documents submitted in support of my claim. I declare, under penalty of perjury,* that the above statements are true, correct, and not misleading.

CONSENT TO RELEASE OF RECORDS AND INFORMATION:  To the extent that I have produced a summary rather than the documents themselves as requested above or indicated who has possession and control of certain documents, I hereby authorize and request that all other parties with custody of any documents or information concerning my property damage or the information contained in this Form, upon the reasonable request of Grace or Grace's representative, with a copy to the claiming party, disclose any and all records to Grace or to Grace's representative.

_Ramsay Lamin_, VP-Corporate Counsel          [0][3] - [2][4] - [2][0][0][3]
SIGNATURE OF CLAIMANT                          *Month   Day   Year*

*The penalty for presenting a fraudulent claim is a fine up to $500,000.00 or imprisonment up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

9276110                                        1018572

Copyright © 2002 NCS Pearson, Inc.  All rights reserved.

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP,
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981
(973) 538-0800
Robert J. Gilson (RG 6618)

Attorneys for The Prudential Insurance Company of America

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 11 |
| **W.R. GRACE & CO., et al.,** | Case No. 01-01139 (JKF)<br>(Jointly Administered) |
| **Debtors.** | |

## ADDENDUM TO PROOF OF CLAIM OF PRUDENTIAL INSURANCE COMPANY OF AMERICA FOR:

### FIRST FLORIDA TOWER
### 111 EAST MADISON STREET
### TAMPA, FLORIDA 33602

### VOLUME I OF II

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP,
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981
(973) 538-0800
Robert J. Gilson (RG 6618)

Attorneys for The Prudential Insurance Company of America

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **W.R. GRACE & CO., et al.,** | Case No. 01-01139 (JKF) (Jointly Administered) |
| **Debtors.** | **ADDENDUM TO PROOF OF CLAIM OF PRUDENTIAL INSURANCE COMPANY OF AMERICA FOR: FIRST FLORIDA TOWER, 111 EAST MADISON STREET (TAMPA, FLORIDA)** |

A.  **CREDITOR INFORMATION**

1.      The Prudential Insurance Company of America for itself and various of its subsidiaries and affiliates (collectively "Prudential"), submits this addendum to its proof of claim with respect to its Asbestos Property Damage Claims against the Debtors, pursuant to their voluntary petition for reorganization under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").

2.      This addendum relates to the following property:

        First Florida Tower
        111 East Madison Street
        Tampa, Florida 33602

Prudential is concurrently filing proofs of claims for Asbestos Property Damage for seven other properties.

3.    Notices to Prudential should be addressed as follows:

> Robert J. Gilson, Esq.
> Riker, Danzig, Scherer, Hyland & Perretti LLP
> Headquarters Plaza
> One Speedwell Avenue
> Morristown, New Jersey 07962-1981

> and

> W.H. Ramsay Lewis, Esq.
> The Prudential Insurance Company of America
> 751 Broad Street, 21st Floor
> Newark, New Jersey 07102

## B. SUPPLEMENTAL RESPONSES

1.    The following answers supplement those given on the W.R. Grace & Co. Asbestos Property Damage Proof of Claim Form ("Proof of Claim Form"):

## PART 3: PROPERTY INFORMATION

**Response to Question No. 10**

Interior renovations which may have affected asbestos on the property include, but are not limited to, the following: In 1985, the lobby of the First Florida Tower was renovated to give it a more modern look. In 1986, a limited abatement was performed in the southwest corner of the First Floor. In 1988, limited abatements were performed in the northwest and southeast corners of the 1st Floor, as well as the columns on the 26th and 27th floor. In 1989, the elevator lobbies on the 2nd, 3rd, 4th and 5th floors were abated. In 1990, limited abatements were performed in McEwan Travel Agency on the 1st Floor, the elevator lobby and office space on the 6th Floor, and the west stairwells and landings on the 3rd, 4th, 5th, & 6th floors,

This building was the subject of a previous litigation, entitled, <u>The Prudential Insurance Company of America, et al. v. United States Gypsum Co., et al.</u>, as set forth in Part 4 of the Proof of Claim Form. Extensive discovery was conducted in this case. Prudential produced documents relating to its effort to abate asbestos and all other renovations on the property to W.R Grace and its counsel, Anthony J. Marchetta, Esq. of the Morristown, New Jersey law firm of Pitney, Hardin, Kipp and Szuch LLP. Therefore, W.R. Grace, or its counsel is already in possession of documents which are responsive to this question. In the event that W.R. Grace is unable to obtain such responsive documentation previously produced to its counsel, to the extent the documents are in Prudential's possession, they will be made available upon reasonable request.

See also Responses to Questions Nos. 22, 25, & 31, below.


**Response to Question No. 11**

In June 1982, prior to Prudential's purchase of the property, the previous owner, First National Bank of Florida, arranged for the encapsulation of approximately 6,000 square feet of asbestos-containing fireproofing on the ground floor of the building, and the removal and disposal of contaminated ceiling tiles, in connection with a remodeling.

See also Responses to Questions Nos. 10, 22, 25 and 31.

**Response to Question No. 16:**

Documents relating to the purchase and/or installation of the product in the property include, but are not limited to, the documents attached hereto as Exhibit A.

In addition, this building was the subject of a previous litigation, entitled, <u>The Prudential Insurance Company of America, et al. v. United States Gypsum Co., et al.</u>, as set forth in Part 4 of the Proof of Claim Form. Extensive discovery was conducted in this case. Prudential produced documents relating to the purchase and/or installation of the product on the property to W.R. Grace and its counsel, Anthony J. Marchetta, Esq. of the Morristown, New Jersey law firm of Pitney, Hardin, Kipp and Szuch LLP. Therefore, W.R. Grace, or its counsel is already in possession of any other documents which may be responsive to this question. In the event that W.R. Grace is unable to obtain such responsive documentation previously produced to its counsel, to the extent the documents are in Prudential's possession, they will be made available upon reasonable request.

**Response to Question No. 17**

See Response to Question No. 16.

**Response to Questions Nos. 18, 19, 20 and 21**

Prudential first became aware of the presence in the property of asbestos containing fireproofing in October 1985, when it received the results of a bulk sample analysis prepared by BCM Converse, Inc. Prudential first learned that the asbestos-containing fireproofing in the property was a Grace product in approximately 1990, when it received the results of constituent analysis performed by Materials Analytical

Services, Inc and when it conducted an independent investigation to identify the manufacturer of the asbestos containing fireproofing found in the property.

Documents responsive to Question Nos. 18, 19 20 & 21 include, but are not limited to, the documents attached hereto as Exhibit B.

**Response to Questions Nos. 22 and 23**

The documents relating to Prudential's abatement efforts are too voluminous to provide with this proof of claim. Instead, Prudential is attaching as Exhibit C, the report of Halliwell Engineering Associates (the "Halliwell Report"), which summarizes Prudential's abatement efforts and provides the dates such work was performed, as well as a summary of the documents which form the basis of the Halliwell Report.

As discussed above, this building was the subject of a previous litigation, entitled, The Prudential Insurance Company of America, et al. v. United States Gypsum Co., et al., as set forth in Part 4 of the Proof of Claim Form, in which extensive discovery was conducted. Prudential produced to W.R Grace and its counsel, Anthony J. Marchetta, Esq. of the law firm Pitney, Hardin, Kipp and Szuch LLP, documents relating to renovations of the building, including, but not limited to its efforts to abate asbestos containing material on the property. Therefore, W.R. Grace, or its counsel is already in possession of documents which are responsive to this question. In the event that W.R. Grace is unable to obtain such responsive documentation previously produced to its counsel, to the extent the documents are in Prudential's possession, they will be made available upon reasonable request.

5

**Response to Question No. 24**

See Response to Question No. 11, above, and documents attached as Exhibit A.

**Response to Question No. 25**

The tables attached as Exhibit D summarize the abatement of the fireproofing that was performed when Prudential owned the property. The tables, though focused on costs, also contain the dates and descriptions of the work performed.

As discussed above, this building was the subject of a previous litigation, entitled, The Prudential Insurance Company of America, et al. v. United States Gypsum Co., et al., as set forth in Part 4 of the Proof of Claim Form. Extensive discovery was conducted in this case. Prudential produced to W.R Grace and its counsel, Anthony J. Marchetta, Esq. of the law firm Pitney, Hardin, Kipp and Szuch LLP, documents relating to its efforts to abate asbestos-containing material on the property. Therefore, W.R. Grace, or its counsel is already in possession of documents which are responsive to this question. In the event that W.R. Grace is unable to obtain such responsive documentation previously produced to its counsel, to the extent the documents are in Prudential's possession, they will be made available upon reasonable request.

**Response to Question Nos. 26, 27, 28 and 29**

Documents relating to the testing of materials on the property include, but are not limited to, the constituent analysis performed by Materials Analytical Services, a report on representative sampling of the asbestos-containing fireproofing, a dust sampling report, and a report of William M. Ewing relating to asbestos testing. These

documents, along with other testing documents responsive to Question No. 26 are attached hereto as Exhibit E.

In addition, this building was the subject of a previous litigation, entitled, The Prudential Insurance Company of America, et al. v. United States Gypsum Co., et al., as set forth in Part 4 of the Proof of Claim Form, in which extensive discovery was conducted.  To the extent that they exist, Prudential produced other documents relating to other sampling/testing (i.e. air dust and bulk sampling) on the property to W.R. Grace and its counsel, Anthony J. Marchetta, Esq. of the Morristown, New Jersey law firm of Pitney Hardin Kipp & Szuch LLP.  Therefore, W.R. Grace, or its counsel, is already in possession of any other documents which may be further responsive to this request.  In the event that W.R. Grace is unable to obtain such responsive documentation previously produced to its counsel, to the extent the documents are in Prudential's possession, they will be made available upon reasonable request.

**Response to Question No. 28**

See Responses to Question Nos. 26 and 27.

**Response to Question No. 29**

See Responses to Question Nos. 26 and 27

**Response to Question No. 31**

Evidence pertaining to disturbance or modification of asbestos-containing materials in the property includes the abatement efforts and renovations as set forth in the Reponses to Question Nos. 10, 22, 23 and 25. In addition, in 1974, when no one realized that asbestos was involved and Prudential did not yet own the property, steel beams were refireproofed on the 35th floor following a removal around duct work and piping, and in the parking garage where fireproofing had been hit by a truck. Copies of documentation relating to this work are attached in Exhibit F.

In addition, this building was the subject of a previous litigation, entitled: The Prudential Insurance Company of America, et al. v. United States Gypsum Co., et al., as set forth in Part 4 of the Proof of Claim Form, in which extensive discovery was conducted. Prudential produced to W.R Grace and its counsel, Anthony J. Marchetta, Esq. of the law firm Pitney, Hardin, Kipp and Szuch LLP, documents relating to the modification or disturbance of asbestos containing materials. Therefore, W.R. Grace, or its counsel is already in possession of documents which are responsive to this question. In the event that W.R. Grace is unable to obtain such responsive documentation previously produced to its counsel, to the extent the documents are in Prudential's possession, they will be made available upon reasonable request.

8

## PART 4: ASBESTOS LITIGATION AND CLAIMS

### Response to Questions A.2 and B.1

This building was the subject of previous litigation, captioned: The Prudential Insurance Company of America, et al. v. United States Gypsum Co.; W.R.Grace & Co.; The Celotex Corporation; United States Mineral Products Co.; Keene Corporation; Asbestospray Corporation, Civil Action No. 87-4277 and The Prudential Insurance Company of America, et al. v. National Gypsum Company, Civil Action No. 87-4328. These cases were filed in the United States District Court for the District of New Jersey.

The Complaint in The Prudential Insurance Company of America, et al. v. United States Gypsum Co., et al. was filed on October 20, 1987. The Complaint in The Prudential Insurance Company of America v. National Gypsum was filed on October 21, 1987. These actions were consolidated on October 17, 1988. On April 13, 1989, Prudential filed its First Amended Complaint and Jury Demand in the consolidated litigation. Copies of the First Amended Complaint, and the face pages of the two earlier Complaints, are attached hereto as Exhibit G.

No lawsuit other than what is set forth above has been brought, but that litigation did include claims of joint and several liability. During the pendency of the above identified action all of the defendants filed for bankruptcy or dissolution. While there are claims pending in several bankruptcy proceedings and there is also a pending appeal, the claim related to the property that is the subject of this Proof of Claim is only being pursued against W.R. Grace & Co.

## C. MISCELLANEOUS PROVISIONS

1.    <u>No Waiver of Security or Rights:</u>  In executing and filing this proof of claim, Prudential does not waive any right to security held by it or for its benefit or any other right or rights that Prudential has or may have against Debtors or any other person or persons.

2.    <u>Right to Amend Reserved:</u>  Prudential expressly reserves the right to amend or supplement this proof of claim (including, but not limited to, for purposes of asserting a claim for rejection damages, administrative priority, fixing the amount of damages, fees, costs and expenses referred to herein) at any time and in any respect.

3.    <u>Jurisdiction Only Over Claim:</u>  In filing the within claim, Prudential does not submit itself to the jurisdiction of the Court for any other purpose other than with respect to such claim.

4.    <u>Additional Claims:</u>  This proof of claim is made without prejudice to the filing by Prudential of additional proofs of claim with respect to any other indebtedness or liability of Debtors to Prudential.

3250687.01

# EXHIBIT A

3591489.1

SECTION 9J
FIREPROOFING STRUCTURAL STEEL

1.    GENERAL-  APPROVED DESIGNS IN THIS PROJECT ARE LISTED
IN THE 1971 EDITION OF THE UNDERWRITER'S LABORATORIES BUILD-
ING MATERIALS LIST, GUIDE NO. 40 U 18.3, HEREINAFTER REFERRED
TO AS THE 'BUILDING MATERIALS LIST'.

        A.  BEAMS - REQUIRED FIRE RATING, 2 HOURS; EXCEPT 36TH
FLOOR FRAMING, 4 HOURS; 9TH FLOOR FRAMING, 2-1/2 HOURS.
BEAMS EXCEPT THOSE ENCASED IN CONCRETE SHEARWALLS SHALL BE
PROTECTED BY FIREPROOFING MATERIALS AS FOLLOWS -

        (1)    FLOOR FRAMING 1, 2, 8-36 CONCEALED, SPRAY TYPE
FOLLOWING CONTOUR OF BEAM.

            (A)  2 HOURS -

CEMENTITIOUS MIXTURE      U.L. DESIGN NO. 239-2  1/2".
OR
FIRE BAR TYPE F           U.L. DESIGN NO. 317-2  3/4"

            (B)  4 HOURS -

CEMENTITIOUS MIXTURE      U.L. DESIGN 248-2 (BM 4HR) 3/4"
OR
FIRE BAR                  RE. APPROPRIATE U.L. DESIGN


        (2)  FLOOR FRAMING 3-7 EXPOSED IN PARKING AND OTHER
AREAS, CEMENTITIOUS MATERIAL ON LATH, SMOOTH FINISH.

        CEMENTITIOUS MIXTURE      U.L. DESIGN 90-2 (BM 4HR)  7/8"

*no corner bead.*

*40-2*
*7/8" Vermiculite plaster*

        B.  COLUMNS -

        (1)    REQUIREMENTS FOR SPECIFIC LOCATIONS AND
CONDITIONS -

            (A)  REQUIRED FIRE RATING, 3 HOURS; EXCEPT
BETWEEN 35TH FLOOR AND 36TH FLOOR (ROOF) AND BETWEEN 8TH
AND 9TH FLOORS, 4 HOURS.

            (B)  COLUMNS EXCEPT THOSE ENCASED IN CONCRETE
SHEARWALLS SHALL BE PROTECTED BY FIREPROOFING MATERIALS.

            (C)  COLUMNS IN PARKING AREAS SHALL HAVE CON-
CRETE ENCASEMENT TO POINT 3 FEET ABOVE FLOOR, OTHER FIRE-
PROOFING ABOVE, SMOOTH HARD SURFACE.

(D)  COLUMNS ADJACENT TO CONCRETE BLOCK WALLS
MAY HAVE MASONRY CLOSURE OF THICKNESS REQUIRED BY BUILDING
CODE, PROVIDED FINISH DIMENSION COMPLIES WITH REQUIREMENTS
INDICATED.

(E)  COLUMNS IN RENTAL AREAS SHALL HAVE GWB
FINISH, MATCHING BUILDING STANDARD PARTITION.

(F)  FIRST FLOOR COLUMNS AT PERIMETER OF THE
BUILDING SHALL BE FIREPROOFED PRIOR TO PLACEMENT OF MARBLE
FACING.

(G)  COLUMN FIREPROOFING SHALL BE CARRIED
THROUGH HEIGHT OF BEAM CONNECTIONS.  BEAM FIREPROOFING SHALL
BE BROUGHT TIGHT AGAINST COLUMN FIREPROOFING WITH NO LOSS OF
PROTECTION AT THE JUNCTURE.

(H)  SPRAYED FIREPROOFING (CEMENTITIOUS) MA-
TERIAL USED TO OBTAIN FIREPROOFING SHALL BE COVERED WITH
FINISH MATERIAL APPROPRIATE TO THE AREA.  SPRAYED FIREPROOF-
ING MAY BE LEFT EXPOSED ABOVE CEILINGS IN RENTAL AREAS.

(I)  OUTSIDE DIMENSION OF FINISHED COLUMN
SHALL BE NOMINAL 2 FEET BY 2 FEET STANDARD THROUGHOUT THE
BUILDING, IF APPROVED BY BUILDING DEPARTMENT, OTHERWISE AT
DIMENSION PRODUCED BY COLUMN SIZE AND U.L. DETAIL WITH CLO-
SURE TO CURTAINWALL SYSTEM AS INDICATED.  STEEL SIZES ARE
W14 BY VARIOUS WEIGHTS.

(2)  APPROPRIATE U.L. DESIGNS -

(A)  4 HOURS - LARGER THAN W14 X 228

GWB FIREPROOFING            DESIGN NO. 45-4 OR 48-4

CORNER BEADS FINISHED WITH JOINT COMPOUND, 2 LAYERS 1/2"
BOARD.

SPRAYED MATERIAL (FINISH ENCLOSURE GWB)  DESIGN NO. 44-4

7/8" PLUS 5/8" GWB, CORNERS TO BE FINISHED WITH BEADS.

OR                          DESIGN NO. 27-4  1-1/4".

OR                          DESIGN NO. 49-4 (FIRE BAR TYPE F
                            1-5/8")

(B)  4 HOURS - SMALLER THAN W14 X 228

GWB FIREPROOFING            DESIGN NO. 26-4  4 LAYERS 5/8"

SPRAYED MATERIAL            (FINISH ENCLOSURE GWB)  DESIGN NO.
                            15-4  2-12"

(C)  3 HOURS — SMALLER THAN W14 X 228

GWB FIREPROOFING                DESIGN NO. 18-3, 20-3, 41-3

CORNER BEADS FINISHED WITH JOINT COMPOUND, 3 LAYERS 5/8"
BOARD.

SPRAYED MATERIAL              (FINISH ENCLOSURE GWB)  DESIGN NO.
                              17-3  1-7/8"

(D)  3 HOURS — LARGEP THAN W14 X 228

GWB FIREPROOFING                DESIGN NO. 35-3, 40-3

CORNER BEADS FINISHED WITH JOINT COMPOUND, 5/8" BOARD, 2
LAYERS WEB, 1 AT FLANGE.

SPRAYED MATERIAL              (FINISH ENCLOSURE GWB)  DESIGN NO.
                              44-4
                              OR
                              DESIGN NO. 23-3  7/8"

(E)  PARKING AREA — ALL SIZES

SPRAYED MATERIAL              DESIGN NO. 24-3  1-3/4" ON LATH

*les p. 3 per added*

IF DESIGN 24-3 IS NOT AVAILABLE, THE CONTRACTOR MAY USE GWB
FIREPROOFING, FOR DESIGNS LISTED FOR 3 HOUR RATING, OR
SPRAYED MATERIAL ON LATH APPROVED BY TAMPA BUILDING DEPART-
MENT.

C.  TESTING AND INSPECTION—

(1)    THE OWNER WILL CONTRACT SEPARATELY WITH AN
INDEPENDENT TESTING AGENCY TO VERIFY DENSITY OF SPRAY FIRE-
PROOFING.  SAMPLES SHALL BE OBTAINED BY SPRAYING MATERIAL
DIRECTLY FROM THE NOZZLE ON THE JOB SITE INTO SUITABLE CON-
TAINERS FURNISHED BY THE FIREPROOFING MANUFACTURER.  AT
LEAST ONE TEST SAMPLE SHALL BE TAKEN FOR EACH DAY FIRE-
PROOFING MATERIAL IS APPLIED.  AT LEAST ONE SAMPLE WILL BE
TAKEN FOR EACH FLOOR FOR EACH TYPE.

*?*

(2)    THE CONTRACTOR SHALL UTILIZE, AT ALL TIMES,
PROBES, DEPTH GAUGES, OR OTHER APPROVED MEANS TO DETERMINE
THICKNESS OF FIREPROOFING APPLICATION.

(3)    THE COST OF ALL TESTS, EXCEPT FURNISHING AND
REPLAEMENT OF TEST SAMPLES, WILL BE PAID FOR BY OWNER.  IN
EVENT THE TESTS SHOW BELOW STRENGTH DENSITY, CONTRACTOR
SHALL ASSUME COST OF ANY ADDITIONAL TESTS TO DETERMINE AREA
OF DEFECTIVE FIREPROOFING INVOLVED, REMOVAL OF DEFECTIVE
WORK AND REPLACEMENT WITH PROPER DENSITY FIREPROOFING IN-
CLUDING PROOF TESTS OF NEW WORK AND REPAIR OF OTHER FACIL-
ITIES DAMAGED BY REPLACEMENT.

D.   EQUIPMENT FOR SPRAY FIREPROOFING— ALL MIXING AND APPLICATION EQUIPMENT SHALL CONFORM TO THE RECOMMENDATIONS OF THE FIREPROOFING MANUFACTURER.  EQUIPMENT SHALL INCLUDE PRESET, QUICK-DUMP TANKS OR WATER METER DEVICES WITH AUTO-MATIC SHUTOFF TO INSURE UNIFORM CONSISTENCY OF MATERIALS.

E.   PROTECTION – DURING APPLICATION, PROVIDE CANVAS ENCLOSURES OR OTHER APPROVED DEVICES AS REQUIRED TO COM-PLETELY PREVENT BLOWING OR DRIFTING OF MATERIAL INTO SUR-ROUNDING AREAS AND CONSEQUENT NUISANCE TO OR STAINING OF ADJACENT PROPERTY.

2.   MATERIALS

A.   ALL MATERIALS REQUIRED FOR SPRAY OR TROWEL APPLIED FIREPROOFING AND FOR GWB FIREPROOFING, INCLUDING FRAMING, LATH, CONNECTORS AND OTHER APPLIANCES SHALL BE THE MATERIALS SPECIFICALLY APPROVED FOR THE SPECIFIED DESIGN AS THEY ARE GIVEN IN THE BUILDING MATERIALS LIST.

(1)   SPRAY FIREPROOFING – MILL MIXED, CEMENTITIOUS SETTING TYPE, WHICH WILL PROVIDE A FINISHED APPLICATION FREE OF SIFTING, FLAKING, OR DUSTING AND SHALL BE APPROVED BY GOVERNING CODES FOR FIRE PROTECTION OF THE BUILDING AND ELE-MENTS INDICATED.  THE MATERIAL SHALL HAVE THE CAPABILITY OF APPLICATIONS WITHOUT DISTRIBUTING FREE ASBESTOS PARTICLES INTO THE ATMOSPHERE.

3.   EXECUTION OF WORK—

A.   ALL MATERIALS SHALL BE SO DELIVERED, STORED AND HANDLED TO PREVENT THE INCLUSION OF FOREIGN MATERIALS AND DAMAGE BY WATER OR BREAKAGE.  PACKAGED MATERIALS SHALL BE DELIVERED AND STORED IN ORIGINAL PACKAGES WITH MANUFAC-TURER'S NAME AND BRAND, UNTIL READY FOR USE.

B.   ALL STEEL SURFACES SHALL BE CLEAN AND FREE OF DUST, SOOT, OIL, GREASE, WATER SOLUBLE MATERIALS OR ANY FOREIGN SUBSTANCE WHICH WOULD PREVENT ADHESION OF THE CONTACT FIRE-PROOFING MATERIALS.  STEEL COATED WITH GREASE OR OIL SHALL BE FIRST CLEANED WITH AN APPROVED SOLVENT.  DURING COLD WEATHER, TEMPERATURES SHALL BE MAINTAINED BETWEEN 55 DEGREES F. AND 70 DEGREES F. BEFORE, DURING, AND AFTER APPLICATION. ADEQUATE VENTILATION SHALL BE PROVIDED TO PROMOTE DRYING.

C.   SPRAYED FIREPROOFING MATERIALS SHALL BE MACHINE MIXED AND MACHINE SPRAYED IN STRICT ACCORDANCE WITH THE MAN-UFACTURER'S PRINTED INSTRUCTIONS.  MACHINE MIXER SHALL BE CLEAN AND FREE OF LOOSE OR SOLUBLE PARTICLES.  MATERIALS SHALL NOT BE RE-TEMPERED.  FROZEN, CAKED, OR LUMPY MATERIALS SHALL NOT BE USED.  EACH BATCH SHALL BE MIXED SEPARATELY.

D.   THE APPLICATION OF ALL FIREPROOFING MATERIALS SHALL BE COORDINATED WITH OTHER TRADES.  THE INSTALLATION OF ALL

HANGERS, INSERTS, AND CLIPS SHALL BE ACCOMPLISHED PRIOR TO
THE APPLICATION OF FIREPROOFING.  ALL DUCTWORK, PIPING, AND
OTHER OBSTRUCTING MATERIALS AND EQUIPMENT SHALL BE INSTALLED
AFTER THE FIREPROOFING WORK IS COMPLETE.

 E.  SPRAYED FIREPROOFING MATERIALS SHALL BE APPLIED IN
ONE OR MORE COATS TO THE THICKNESS NECESSARY TO PROVIDE THE
FIRE RESISTANCE RATINGS INDICATED IN THE SCHEDULE.

 F.  CUTTING, PATCHING, AND REPAIRING OF DAMAGED OR UN-
SATISFACTORY FIREPROOFING MATERIALS SHALL BE PERFORMED AS
DIRECTED BY THE A/E.

 G.  WHERE VOIDS OCCUR BETWEEN TOP OF STEEL BEAM AND
STEEL FLOOR UNITS, SUCH VOIDS SHALL BE PACKED TIGHT WITH
FIREPROOFING MATERIALS AND SHALL HAVE THE FULL COVERAGE AS
SPECIFIED HEREIN FOR THE PROTECTION OF THE BEAMS.

 H.  CLEANING-  CLEAN ALL DEPOSITS, OVERSPPAY, AND DROP-
PINGS FROM AREAS WHICH DO NOT REQUIRE FIREPROOFING AND RE-
MOVE ALL WASTE, REBOUND, AND SURPLUS MATERIAL FROM THE SITE.

4.  SUBMITTAL DATA-  IN ACCORDANCE WITH THE SECTION 'SUB-
MITTAL DATA', SUBMIT THE FOLLOWING-

 A.  COMPLETE MANUFACTURER'S DATA FOR FIREPROOFING FOR
EACH DESIGN INDICATING UL CLASSIFICATION, MATERIAL SPECIF-
ICATIONS, THICKNESSES, MIX DESIGN, DENSITY OF FINISHED MA-
TERIALS, AND DETAIL ON EQUIPMENT TO BE USED.

# THE AMERICAN INSTITUTE OF ARCHITECTS



AIA Document A111

# Standard Form of Agreement Between Owner and Contractor

*where the basis of payment is the*

## COST OF THE WORK PLUS A FEE

*Use only with the latest edition of AIA Document A201, General Conditions of the Contract for Construction.*

## AGREEMENT

made this                                    day of            June              in the year of Nineteen
Hundred and   Seventy-one

BETWEEN    First Financial Realty Corporation
First National Bank Building
Post Office Box 1810
Tampa, Florida 33601                                              the Owner, and



McCloskey & Co., Inc., a Pennsylvania
Corporation qualified to do business in
Florida under the registered fictitious
name of Arnold Construction Company of
Palm Beach
272 South County Road
Palm Beach, Florida 33480

the Contractor.

✓

The Owner and the Contractor agree as set forth below.

AIA DOCUMENT A111 • OWNER-CONTRACTOR AGREEMENT • SEPTEMBER 1967 EDITION • AIA® ©1967
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D. C. 20006

1

# ARTICLE 1

## THE CONTRACT DOCUMENTS

The Contract Documents consist of this Agreement, Conditions of the Contract (General, Supplementary and other Conditions), Drawings, Specifications, all Addenda issued ~~xxxxxxxxxxxxxxxxxxxxxxxxxxxx~~ and all Modifications issued subsequent thereto. These form the Contract, and all are as fully a part of the Contract as if attached to this Agreement or repeated herein. An enumeration of the Contract Documents appears in Article 17. If anything in the General Conditions is inconsistent with this Agreement, the Agreement shall govern.

# ARTICLE 2

## THE WORK

The Contractor shall perform all the Work required by the Contract Documents for the construction of
*(Here insert the caption descriptive of the Work as used on other Contract Documents.)*
the First National Bank Building, Tampa, Florida, further identified by the Architect and Engineers Commission Number T-0460.

# ARTICLE 3

## ARCHITECT

The Architect for this Project is Watson and Company, Architects and Engineers, 3013 Horatio Street, Post Office Box 18405, Tampa, Florida 33609.

# ARTICLE 4

## THE CONTRACTOR'S DUTIES AND STATUS

The Contractor accepts the relationship of trust and confidence established between him and the Owner by this Agreement. He covenants with the Owner to furnish his best skill and judgment and to cooperate with the Architect in furthering the interests of the Owner. He agrees to furnish efficient business administration and superintendence and to use his best efforts to furnish at all times an adequate supply of workmen and materials, and to perform the Work in the best and soundest way and in the most expeditious and economical manner consistent with the interests of the Owner.



4.1   The Contractor accepts the condition of negotiating the contract prior to the preparation of final Drawings and Specifications and fully understands the scope and intent of the project as described in the Project Description herein. Further, the Contractor agrees to assist the Architect in analyzing products, materials, etc., with regard to probable cost and with respect to construction methods he would use for various types of construction proposed.

4.2   The Contractor understands that Drawings and Specifications are being prepared and will be issued in phases so that construction work may proceed on a continuous basis. Drawings and Specifications for construction use (including those prepared by other architects acting for tenants) will be issued by the Architect by letter with detailed itemized index, and upon delivery to the Contractor will become Contract documents. Contractor shall furnish to the Architect signed receipts

AIA DOCUMENT A111 • OWNER-CONTRACTOR AGREEMENT • SEPTEMBER 1967 EDITION • AIA® ©1967
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D. C. 20006

2

The basement will be concrete, waterproofed, with floor about 15' below ground floor.

Foundation may be concrete mat or individual concrete caison at each column or a combination of the above. Basement slab shall be capable of resisting hydrostatic uplift.

Structural floor slabs will be steel deck, with cellular units for electrical use, with concrete fill.

The structure shall be fire proofed, Southern Standard Building Code, Type II, Fire-Resistive, generally:

| | | |
|---|---|---|
| Columns | 3 | Hours |
| Beams | 3 | Hours |
| Floor Decks | 2 | Hours |

The structure will be designed for lateral loads due to wind in accordance with the City of Tampa Building Code, which extends to 70 psf at the upper levels of the building.

6. MECHANICAL AND ELECTRICAL-

Plumbing will include necessary toilets to meet City of Tampa Plumbing Code, fire standpipes, and roof drainage.

Air conditioning will be central plant refrigeration machinery, about 1700 tons, with air handlers located at each floor or other areas as appropriate, with metal duct work to occupied spaces. Cooling towers are located on the roof over the 35th floor. The parking levels will be ventilated.

Electrical work will include connection to utility service, switchboard, motor control center, panels, and distribution to building service equipment, lighting, receptacles, etc. Lighting level in office areas will be about 100 foot candles. Exterior night lighting of the building for decorative purposes is required.

7. EXCAVATION-

Prior to commencement of work hereunder, the clearance and excavation of the property will have been accomplished by Owner under separate contract or contracts.

1A-3

A-E Comm. No. T-0460



019 00001122

FIRST NATIONAL BANK BUILDING

AUGUST 11, 1971

WATSON AND COMPANY
ARCHITECTS-ENGINEERS
3013 HORATIO STREET
P. O. BOX 18405
TAMPA, FLORIDA 33609

ADDENDUM NO. 2                    BASIC BUILDING

---

SPECIFICATIONS

PAGE 9J-2, PARAGRAPH 1.B.(1)(1), THIRD LINE, AFTER
"BUILDING", INSERT "EXCEPT ON PARKING FLOORS".

PAGE 9J-3, PARAGRAPH 1.A.(2), UNDER U.L. DESIGN 90-2,
AND/OR U.L. DESIGN 40-2 (BEAM 4HR) AND U.L. DESIGN 49-2
(BEAM 4HR), WHICH ARE PREFERRED".

PAGE 9J-3, PARAGRAPH 1.B.(2)(E), UNDER DESIGN 24-3 1-3/4
ON LATH, ADD "OR DESIGN 8-3 /FLOOR BEAM/ WHICH IS PREFERRED"

PAGE 9J-4, PARAGRAPH 2, ADD:

        (2)   ALL EXPOSED ACCESSORIES (METAL) SHALL BE
ZINC, AND CONFORM TO THE REQUIREMENTS OF SECTION "LATHING
AND FRAMING FOR PLASTER AND STUCCO".

        (3)   METAL LATH SHALL BE 1/8 INCH DIAMOND EX-
PANDED LATH FORMED OF COPPER ALLOY STEEL, ASPHALT COATED,
WEIGHING NOT LESS THAN 3.4 POUNDS PER SQUARE YARD CONFORM-
ING TO FED. SPEC. QQ-L-101.

PAGE 9J-5, PARAGRAPH 3.B., ADD:

        (1)   PROVIDE ZINC CASING BEADS ON ALL COLUMNS
AT PARKING FLOORS.

PAGE 9J-5, ADD:

5.   UNIT PRICE - PROVIDE A UNIT PRICE FOR PROVIDING ZINC
CASING BEADS ON EXPOSED EDGES OF BEAMS AT PARKING FLOORS.
UNIT PRICE SHALL BE AS QUOTED AS COST PER LINEAR FOOT IN
PLACE.

PAGE 15B-3, PARAGRAPH 2, (2), 6A, DELETE BOTH PARA-
GRAPHS.

ADDENDUM NO. 2         PAGE   OF        COMM. NO.



# CAGLE, INC.

ROOM 908 • SARASOTA BANK & TRUST BUILDING • (813) 955-1951
MAILING ADDRESS POST OFFICE BOX 156 SARASOTA, FLORIDA 33578.

November 1, 1971

To:.. . Arnold Construction Co.
       First National Bank of Tampa
          Construction Site
       Madison and Ashley Streets
       Tampa, Florida  33602

Att:  Mr. Robert Birdsell

Re:   Shop Drawing Submittals
      Sub-contract No. 15

Please find enclosed the five (5) copies of shop
drawings requested for Cagle, Inc's., phase of
construction to be submitted for approval.

If you have any questions or comments regarding
these submittals, please do not hesitate to con-
tact me at your earliest convenience.  I do hope
that I have included all information required.

Respectfully submitted,

CAGLE, INC.

Larry J. Hicks
Estimator
Phone:  813 959-8693

LJH/bja

Enclosures:  (5)

## ARNOLD CONSTRUCTION CO. of PALM BEACH

JOB ADDRESS
111 MADISON ST.
TAMPA, FLA. 33602

### TRANSMITTAL LETTER                    Date 11-3-71

To: Watson & Company          RE:    FIRST NATIONAL
    3013 Horatio St.
    Tampa, Florida                     BANK OF TAMPA

                                       BUILDING

                       SUBJ:

(X) Enclosed              )
( ) Under separate cover ) we are sending you the following:

1. ( ) Original Tracings        6. ( ) Schedule of _____
2. ( ) Architect's Drawings     7. ( ) Contract Change Order
3. (X) Shop Drawings            8. ( ) Physical sample (s)
4. ( ) Specifications           9. ( ) Color chart
5. ( ) Addenda                 10. ( )

Submittal # 89

| Item | Dwg. # | No. of each | Subject or Title | Prepared by | *Action CRS | A/N | A |
|------|--------|-------------|------------------|-------------|-----|-----|---|
|      |        | 4 | Fireproofing Req'm'ts Partition Systems | Cagle, Inc. | For your approval | | |

*CRS - Correct & Resubmit;  A/N - Approved as Noted;   A - Approved

Comments:

CC: J. C. McCloskey
    Job

                                 Very truly yours,

                                 ARNOLD CONSTRUCTION CO.
                                     of PALM BEACH

                                 By _Virgil Huff_



OFFICIAL COPY



FOR APPROVAL

ARNOLD CONSTRUCTION
COMPANY OF PALM BEACH

NOV 3 1971

RECEIVED BY

ARNOLD CONSTRUCTION
COMPANY OF PALM BEACH

NOV 3 1971



FIREPROOFING REQUIREMENTS - FIRST NATIONAL BANK (cont'd)

A-E COMM NO T-0460-1
G.C. JOB NO 534-71
PAGE 3/4

OCTOBER 29, 1971

SLAB ENDS

5

NOT TO SCALE

SEE NOTES - PAGE 1

ARNOLD CONSTRUCTION
COMPANY OF PALM BEACH

NOV 3 1971

RECEIVED BY

ARNOLD CONSTRUCTION
COMPANY OF PALM BEACH

NOV 3 1971

FOR APPROVAL

ARNOLD CONSTRUCTION CO. G.C.
P.O. BOX 1526
SARASOTA, FLORIDA

October 29, 1971
A-E Comm No. T-0460
G.C. Job No. 534-71

*Material Brand Names?*

FIREPROOFING REQUIREMENT - FIRST NATIONAL BANK OF TAMPA

Arnold Constru
By:

ARNOLD CONSTRUCTION
COMPANY OF PALM BEACH

A. Columns:

1. UL Design #35 - 3 hr.
   (1) 1-5/8" steel stud - 26 ga. *25 ga in U.L.*
   (2) 1/2" fire-rated gypsum board *ok?*
   (3) 1" drywall screw @ 24" o.c. @ub, @12 "o/c 2nd play
   (4) 1-5/8" drywall screw 12"o.c.
   (5) 1-1/4 x 1-1/4 gypsum metal corner bead *28 ga. galv*
   (6) Structural column member - 14 wf 228 or larger

2. UL Design #20 - 3 hr.
   (1) 1-5/8" steel stud - 26 ga *25 ga in U.L.*
   (2) 5/8" fire-rated gypsum board
   (3) 2 strands 18 ga tie wire @ 24" o.c. unit
   (4) 1-1/4" x 1-1/4" gypsum metal corner bead *28 ga. galv*
   (5) Structural column member smaller than 14 wf 228

3. UL Design #48 - 4 hr
   (1) 1-5/8" steel stud - 26 ga *25 ga in U.L.*
   (2) 1/2" fire-rated gypsum board
   (3) 1" drywall screw @ 12"
   (4) 1-5/8" drywall screw @12"
   (5) 1-1/4 x 1-1/4 gypsum metal corner bead *26 ga galv nailed*
   (6) Structural column member 14 wf 228 or larger

4. UL Design #26 - 4 hr
   (1) 1-5/8" steel stud - 26 ga *25 ga in U.L.*
   (2) 5/8" fire-rated gypsum board
   (3) 2" x 2" - 26 ga. metal angle *15/2 wire in U.L.*
   (4) 2 strands 18 ga tie wire @ 24" o.c.
   (5) 1-1/4 x 1-1/4 gypsum metal corner bead

5. UL Design #8 - 3 hr
   (1) Plaster corner bead stapled onto scratch coat
       plaster...

B. Beams: *See Added #2 r*

1. UL Design #239 - 2 hr (t
   (1) Mono-kote fireproo!
       Grace Co.

2. UL Design #48 - 2 hr (t
   (1) Mono-kote spray-on

3. UL Design #49 - 2 hr (be
   (1) lath hanger wires
   (2) 3.4 diamond mesh me
       wired-tied to hang
   (3) Plaster - scratch
       uncoated vermiculi
       fibered gypsum; fi

4. slab-end condition - No
   (1) Mono-kote spray on

5. Alternate for slab-end
   (1) Mono-kote spray-on
   (2) 3.4 diamond mesh m
   (3) Tack-welding of me
   (4) 3/8" pan head scre

   (2) 3.4 self-furring di
       copper alloy) 1/4"
   (3) Lapped and tied met
   (4) Plaster - scratch a
       coated or uncoated
       to 100 lbs. of fibe
       and 100 lbs. of uni
       finish coat 1/16 ir

NOV 3 1971

FOR APPROVAL

ARNOLD CONSTRUCTION
COMPANY OF PALM BEACH

| SHOP DRAWING RECORD | TRANSMITTAL NO. 89 |
|---|---|

**PROJECT:** FIRST NATIONAL BANK BUILDING

RETURN TO CONSTRUCTION CONTRACT ADMINISTRATION DEPT. BY B A M  **11-11-71**

| COMM. NO. T-0460 | DATE RECEIVED  11-4-71 |
|---|---|

**SUBJECT:** proofing
Fire/Requirements – Partition Systems

**SPECIFICATION SECT. NO.** 9J

ACTION REQUIRED BY:

| DEPT. | A | S | M | E | CO | X | 7 | PM |
|---|---|---|---|---|---|---|---|---|
| REQ'D. | ☐ | | ☐ | ☐ | ☐ | ☐ | XXX | ☐ |
| COMPLETE | | | | | | | | |
| INITIAL | ___ | ___ | ___ | ___ | ___ | ___ | ___ | |

ROUTED TO:                                    DATE:

(1) ~~John R. Berger~~                  ~~11-4-71~~
(2) Dan Harnly                          11-4-71  DH-11/30/71
(3) Crawford Greene    CG    7-7
(4) _____

| CROSS REFERENCE TO OTHER SUBMITTALS: | TIME SPENT INITIAL HOURS |
|---|---|

REASON FOR DELAY BEYOND SCHEDULED RETURN:

REMARKS TO CCA DEPT:

*Split into two packages
one Fireproofing, one
GWB.*

FINAL ACTION:

A- APPROVED

**B- APPROVED AS CORRECTED**

C- REVISE AND RESUBMIT

D- NOT APPROVED

REMARKS TO CONTRACTOR:

*Returning only Fireproofing
part of submittal, p1-4.
Note Addendum Number 2,
page 1 regarding lath accessories.
Verify detail 5 re beams with*

9J

*City of Tampa Bldg
Bureau. Also 2" square col. enclosure.*

110

# WATSON AND COMPANY

**PRINCIPALS**

WILLIAM A. WATSON
DALE LESTER
J. A. WOHLBERG
JAMES L. CARTER
CRAWFORD GREENE, JR.
H. N. HENDERSON
R. DANIEL HARNLY
ROLAND M. LEE
WAYNE D. HEASLEY

ENGINEERS                                          PLANNERS
CONSULTING ARCHITECT . . . . . . . . J. A. WOHLBERG

P.O. BOX 18405              3013 HORATIO ST.              TAMPA, FLORIDA

February 7, 1972

Arnold Construction Company    RE:  First National
Madison and Ashley Streets          Bank Building
Tampa, Florida   33602              Comm. No. T-0460

Gentlemen:

We are returning the following prepared by:

CAGLE, INC.

| ITEM | COPIES | DESCRIPTION | ACTION |
|------|--------|-------------|--------|
| 1 | 4 | Fireproofing Requirements | B* |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

ACTION CODE:
A-APPROVED                         C-REVISE AND RESUBMIT
B-APPROVED AS CORRECTED   D-NOT APPROVED

Remarks:

*Returning only fireproofing part of submittal, p 1 - 4.
Note Addendum No. 2, page 1, regarding lathe accessories.
Verify detail 5 re beams with City of Tampa Bldg. Bureau.
Also 2' square column enclosure re Cols. 1 - 4.  Also
indicate brand names.

WATSON AND COMPANY

*James V. Kelsall*

James V. Kelsall

cc:  Project Representative

SUBMITTAL NUMBER

**DELIVERY TICKET**

# ZONOLITE

W. R. GRACE & CO

**GRACE**

CONSTRUCTION PRODUCTS DIVISION

P.O. BOX 7093 · CHICAGO, ILLINOIS 60680

| INVOICE DATE | INVOICE NO | LOCATION 1- | PLANT DIST. 663 621 | TERRITORY OUR ORDER NO. | CUST. ORDER NO. AND DA 2/14/7 |
|---|---|---|---|---|---|
| SHIPPED VIA ~~TBA Express~~ *AIR FREIGHT* | | | CUST. NO. 04752 | SHIPPED FROM Omaha | CAR NO. | BILL OF LADING NO. HEA 43/19/70 CHE |

SOLD TO

Cagle, Inc.
6404 N. 90s St.
Omaha, Nebraska

SHIP TO

S A M E
% Arnold Construction Co.
First National Bank of
Corner Kennedy & Ashl
Tampa, Florida

**RUSH**

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUN |
|---|---|---|---|---|
| | | BAGS INSULATING FILL | | |
| | | BAGS ATTIC INSULATION | | |
| | | BAGS MASONRY FILL | | |
| | | BAGS PLAIN CONCRETE AGGREGATE | | |
| | | BAGS STABILIZED CONCRETE AGGREGATE | | |
| | | BAGS PLASTER AGGREGATE | | |
| | | BAGS INDUSTRIAL INSULATION | | |
| | | BAGS PERL-AG PLASTER | | |
| | | BAGS PERLITE CONCRETE AGGREGATE | | |
| | | BAGS DRI-PAC | | |
| 12 | | **Bags Acoustical Plastic – White 41-08-02-1-17** | $2.65 | |
| | | STA 269913 | | |

| FREIGHT | ADDED ALLOWED ☐ | PREPAID ☐ | COLLECT ☒ | ☐ | $ | CASH DISCOUNT ALLOWED IF PAID BY |
|---|---|---|---|---|---|---|
| | | | | ☐ | | NO CASH DISCOUNT-NET 30 DAYS |

**DUPLICATE SHIPPING ORDER**

WRG  N⁰ 15000

DELIVERY TICKET

# ZONOLITE

**W. R. GRACE & CO**

**GRACE**

CONSTRUCTION PRODUCTS DIVISION

P.O. BOX 7093    CHICAGO, ILLINOIS 60680

| INVOICE DATE | INVOICE NO | LOCATION | PLANT | DIST. | TERRITORY | OUR ORDER NO | CUST. ORDER NO. AND |
|---|---|---|---|---|---|---|---|
| | | 1- | 663 | | | | 2/28/ |

| SHIPPED VIA | CUST. NO | SHIPPED FROM | CAR NO. | BILL OF LADING NO |
|---|---|---|---|---|
| ~~Air Express~~ - Eastern Airlines 04752 | | Omaha | | |

SOLD TO
Cagle, Inc.
6404 N. 90th St.
Omaha, Nebraska

SHIP TO
SAME
% Arnold Construction
1st National Bank of
Corner Kennedy & Ashl
Tampa, Florida

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMK |
|---|---|---|---|---|
| | | BAGS INSULATING FILL | | |
| | | BAGS ATTIC INSULATION | | |
| | | BAGS MASONRY FILL | | |
| | | BAGS PLAIN CONCRETE AGGREGATE | | |
| | | BAGS STABILIZED CONCRETE AGGREGATE | | |
| | | BAGS PLASTER AGGREGATE | | |
| | | BAGS INDUSTRIAL INSULATION | | |
| | | BAGS PERL-AG PLASTER | | |
| | | BAGS PERLITE CONCRETE AGGREGATE | | |
| | | BAGS DRI-PAC | | |
| 10 | 10 | Bags ~~White~~ PLAIN Acoustical Plastic 41-08-02-1-17 | | |
| | | 255 lbs | | |
| | | SCF 269913 | | |
| | | Freight Charge | $18.00/cwt | |
| | | plus 5% on 100# Freight | | |

J. H. Hall    6-28-72

| FREIGHT | ADDED ALLOWED | PREPAID | COLLECT | X | $ | CASH DISCOUNT ALLOWED IF PAID BY |
|---|---|---|---|---|---|---|
| | | | | | | NO CASH DISCOUNT-NET 30 DAYS |

DUPLICATE SHIPPING ORDER

WRG  N⁰ 15001

INVOICE
# ZONOLITE
CONSTRUCTION PRODUCTS DIVISION
P.O. BOX 7093 · CHICAGO, ILLINOIS 60680

W. R. GRACE & CO.

**GRACE**

05-03-72

| INVOICE DATE | INVOICE NO. | LOCATION | PLANT | DIST. | TERRITORY | OUR ORDER NO. | CUST. ORDER NO. AND DATE |
|---|---|---|---|---|---|---|---|
| 5- 9-72 | 43-074 | 1-009-057 | 663 | 621 | 291 | 666 | 2-3616 | 05-0 |

| SHIPPED VIA | | CUST NO | SHIPPED FROM | CAR NO | BILL OF LADING NO | CHECKE |
|---|---|---|---|---|---|---|
| STURN RYDER PPD | | C4752 | OMAHA | | 18317 | |

SOLD TO
CAGLE, INC
6400 NORTH 90TH STREET
OMAHA, NEBRASKA

SHIP TO
SAME
% 1ST NATL BANK
111 MADISON STREET
TAMPA, FLA.

| QUANTITY ORDERED | QUANTITY SHIPPED | | DESCRIPTION | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | BAGS INSULATING FILL | ( -01-01-1-02) | | |
| | | | BAGS ATTIC INSULATION | ( -01-02-1-04) | | |
| | | | BAGS MASONRY FILL | ( -04-01-1-02) | | |
| | | | BAGS PLAIN CONCRETE AGGREGATE | ( -02-02-1-02) | | |
| | | | BAGS STABILIZED CONCRETE AGGREGATE | ( -02-01-1-02) | | |
| | | | BAGS PLASTER AGGREGATE | ( -03-01-1-02) | | |
| | | | BAGS INDUSTRIAL INSULATION | ( -07-01-1-02) | | |
| | | | BAGS PERL-AG PLASTER | (35-09-02-1-02) | | |
| | | | BAGS PERLITE CONCRETE AGGREGATE | (35-09-01-1-02) | | |
| 20 | 20 | 41-09-01-1-17 | BAGS ACOUSTICAL PLASTIC | | 2.15 | 43.0 |

STW 260013                                    FRT CHARGED                                    26.

WRG Nº 15082

**DELIVERY TICKET**

W. R. GRACE & CO.

# ZONOLITE

**GRACE**

CONSTRUCTION PRODUCTS DIVISION

P.O. BOX 96160    CHICAGO, ILLINOIS. 60690

| INVOICE DATE | INVOICE NO. | LOCATION | PLANT | DIST. | TERRITORY | OUR ORDER NO. | CUST. ORDER NO. AND DATE |
|---|---|---|---|---|---|---|---|
| 5-3-72 | | 1-009-057 | 663 | 621 | - | 666 | 2-3616  5/3/7 |

| SHIPPED VIA | CUST. NO. | SHIPPED FROM | CAR NO. | BILL OF LADING NO. | CH |
|---|---|---|---|---|---|
| Sturm——Ryder——— | 04752 | Omaha | | 18317 | |

SOLD TO
Cagle, Inc.
6404 North 90th Street
Omaha, Nebraska

SHIP TO
Cagle Inc.
Xlst Natl. Bank
111 Madison Street
Tampa, Flordia

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOU |
|---|---|---|---|---|
| 20 | 20 | Plain Acoustical Plastic 41-08-01-1-17 | 2.15 | |
| | | STK 269913 | | |

Frt. Charged

FREIGHT [ ALLOWED    PREPAID    COLLECT ]    $ (20)    Sturm

NO CASH DISCOUNT-NET 30 DAYS    CASH DISCOUNT ALLOWED IF PAID B

WRG    Nº 15098

SHIPPING COPY

# EXHIBIT B

3591489.1

ASBESTOS SURVEY REPORT

FOR

PRUDENTIAL INSURANCE COMPANY

PROPERTY 10-10, FIRST FLORIDA TOWER

BCM PROJECT NO. 05-4151-02-E30

OCTOBER 25, 1985

BCM CONVERSE INC.
108 ST. ANTHONY STREET
MOBILE, ALABAMA 36602

PIS-10010...

BCM No. E30
Page 1 of 9

BCM CONVERSE INC.
BCM NO.  E30

Prudential Portfolio No.:    10-10
Building Name:     First Florida Tower
Address:           Tampa, Florida

BCM Field Evaluator: Brian J. Britain
BCM Q/C Review:  David L. Upton/Brian J. Britain
Date of Survey: 8/23/85
Property Manager:  John Jordan
Phone No.:  (813)  221-2421
Person(s) Contacted:  John Jordan

Type of Building:  36 Story Bank and Office Building

Results of Visual Inspection:     Fireproof coating was found on the
                                  structural steel above the suspended
                                  ceilings in the basement, 1st floor and 7th
                                  through 36th floor.

| QUANTITY | DESCRIPTION | LOCATION |
|---|---|---|
| 303,000 S.F. | Coating on Beams | Basement, 1st Floor and 7th through 36th. Floor |

Comments:    The 2nd through 6th floors are a parking garage. The space
             between the suspended ceiling and the floor above is used for
             return air plenum.

BCM CONVERSE INC.

PIS-1031871

RESULTS OF LABORATORY ANALYSIS OF BULK SAMPLES OBTAINED:

| LOCATION | DESCRIPTION | SAMPLE I.D. | RESULTS/TYPE ASBESTOS* |
|----------|-------------|-------------|------------------------|
| 23rd Floor-Above Suspended Ceiling | Coating on Beams | E30-10-01 | 10%(2) |
| | Coating on Beams | E30-10-02 | 12%(2) |
| | Coating on Beams | E30-10-03 | 15%(2) |
| | Coating on Beams | E30-10-04 | 13%(2) |
| | Coating on Beams | E30-10-05 | 15%(2) |
| | Coating on Beams | E30-10-06 | 14%(2) |
| | Coating on Beams | E30-10-07 | 12%(2) |
| | Coating on Beams | E30-10-08 | 8%(2) |
| 25th Floor-Above Suspended Ceiling | Coating on Beams | E30-10-09 | 10%(2) |
| | Coating on Beams | E30-10-10 | 8%(2) |
| | Coating on Beams | E30-10-11 | 6%(2) |
| | Coating on Beams | E30-10-12 | 10%(2) |
| | Coating on Beams | E30-10-13 | 11%(2) |
| | Coating on Beams | E30-10-14 | 15%(2) |
| | Coating on Beams | E30-10-15 | 11%(2) |
| | Coating on Beams | E30-10-16 | 10%(2) |
| 24th Floor-Above Suspended Ceiling | Coating on Beams | E30-10-17 | 10%(2) |
| | Coating on Beams | E30-10-18 | 8%(2) |
| | Coating on Beams | E30-10-19 | 13%(2) |
| | Coating on Beams | E30-10-20 | 9%(2) |
| | Coating on Beams | E30-10-21 | 9%(2) |
| | Coating on Beams | E30-10-22 | 7%(2) |
| | Coating on Beams | E30-10-23 | 13%(2) |
| | Coating on Beams | E30-10-24 | 12%(2) |
| 22nd Floor-Above Suspended Ceiling | Coating on Beams | E30-10-25 | 11%(2) |
| | Coating on Beams | E30-10-26 | 13%(2) |
| | Coating on Beams | E30-10-27 | 15%(2) |
| | Coating on Beams | E30-10-28 | 12%(2) |
| | Coating on Beams | E30-10-29 | 10%(2) |
| | Coating on Beams | E30-10-30 | 12%(2) |
| | Coating on Beams | E30-10-31 | 14%(2) |
| | Coating on Beams | E30-10-32 | 10%(2) |

* The number in parentheses identifies the type asbestos present, as
follows: (1) Amosite, (2) Chrysotile, (3) Crocidolite, (4) Anthophyllite, (5)
Tremolite, and (6) Actinolite.

BCM CONVERSE INC.

PIS-1031872

RESULTS OF LABORATORY ANALYSIS OF BULK SAMPLES OBTAINED:

| LOCATION | DESCRIPTION | SAMPLE I.D. | RESULTS/TYPE ASBESTOS* |
|---|---|---|---|
| 20th Floor-Above Suspended Ceiling | Coating on Beams | E30-10-33 | 8%(2) |
| | Coating on Beams | E30-10-34 | 8%(2) |
| | Coating on Beams | E30-10-35 | 10%(2) |
| | Coating on Beams | E30-10-36 | 9%(2) |
| | Coating on Beams | E30-10-37 | 9%(2) |
| | Coating on Beams | E30-10-38 | 7%(2) |
| | Coating on Beams | E30-10-39 | 10%(2) |
| | Coating on Beams | E30-10-40 | 10%(2) |
| 19th Floor-Above Suspended Ceiling | Coating on Beams | E30-10-41 | 10%(2) |
| | Coating on Beams | E30-10-42 | 12%(2) |
| | Coating on Beams | E30-10-43 | 12%(2) |
| | Coating on Beams | E30-10-44 | 10%(2) |
| | Coating on Beams | E30-10-45 | 10%(2) |
| | Coating on Beams | E30-10-46 | 12%(2) |
| | Coating on Beams | E30-10-47 | 6%(2) |
| | Coating on Beams | E30-10-48 | 8%(2) |
| 18th Floor-Above Suspended Ceiling | Coating on Beams | E30-10-49 | 12%(2) |
| | Coating on Beams | E30-10-50 | 8%(2) |
| | Coating on Beams | E30-10-51 | 10%(2) |
| | Coating on Beams | E30-10-52 | 10%(2) |
| | Coating on Beams | E30-10-53 | 6%(2) |
| | Coating on Beams | E30-10-54 | 10%(2) |
| | Coating on Beams | E30-10-55 | 10%(2) |
| | Coating on Beams | E30-10-56 | 8%(2) |
| 17th Floor-Above Suspended Ceiling | Coating on Beams | E30-10-57 | 10%(2) |
| | Coating on Beams | E30-10-58 | 8%(2) |
| | Coating on Beams | E30-10-59 | 12%(2) |
| | Coating on Beams | E30-10-60 | 13%(2) |
| | Coating on Beams | E30-10-61 | 6%(2) |
| | Coating on Beams | E30-10-62 | 9%(2) |
| | Coating on Beams | E30-10-63 | 9%(2) |
| | Coating on Beams | E30-10-64 | 7%(2) |

* The number in parentheses identifies the type asbestos present, as follows: (1) Amosite, (2) Chrysotile, (3) Crocidolite, (4) Anthophyllite, (5) Tremolite, and (6) Actinolite.

BCM CONVERSE INC.

PIS-1031873

RESULTS OF LABORATORY ANALYSIS OF BULK SAMPLES OBTAINED:

| LOCATION | DESCRIPTION | SAMPLE I.D. | RESULTS/TYPE ASBESTOS* |
|---|---|---|---|
| 16th Floor-Above Suspended Ceiling | Coating on Beams | E30-10-65 | 4%(2) |
| | Coating on Beams | E30-10-66 | 8%(2) |
| | Coating on Beams | E30-10-67 | 7%(2) |
| | Coating on Beams | E30-10-68 | 5%(2) |
| | Coating on Beams | E30-10-69 | 10%(2) |
| | Coating on Beams | E30-10-70 | 8%(2) |
| | Coating on Beams | E30-10-71 | 4%(2) |
| | Coating on Beams | E30-10-72 | 6%(2) |
| 15th Floor-Above Suspended Ceiling | Coating on Beams | E30-10-73 | 8%(2) |
| | Coating on Beams | E30-10-74 | 4%(2) |
| | Coating on Beams | E30-10-75 | 12%(2) |
| | Coating on Beams | E30-10-76 | 10%(2) |
| | Coating on Beams | E30-10-77 | 8%(2) |
| | Coating on Beams | E30-10-78 | 12%(2) |
| | Coating on Beams | E30-10-79 | 10%(2) |
| | Coating on Beams | E30-10-80 | 10%(2) |
| 14th Floor-Above Suspended Ceiling | Coating on Beams | E30-10-81 | 10%(2) |
| | Coating on Beams | E30-10-82 | 6%(2) |
| | Coating on Beams | E30-10-83 | 12%(2) |
| | Coating on Beams | E30-10-84 | 4%(2) |
| | Coating on Beams | E30-10-85 | 4%(2) |
| | Coating on Beams | E30-10-86 | 8%(2) |
| | Coating on Beams | E30-10-87 | 8%(2) |
| | Coating on Beams | E30-10-88 | 6%(2) |
| 13th Floor-Above Suspended Ceiling | Coating on Beams | E30-10-89 | 13%(2) |
| | Coating on Beams | E30-10-90 | 9%(2) |
| | Coating on Beams | E30-10-91 | 6%(2) |
| | Coating on Beams | E30-10-92 | 4%(2) |
| | Coating on Beams | E30-10-93 | 6%(2) |
| | Coating on Beams | E30-10-94 | 9%(2) |
| | Coating on Beams | E30-10-95 | 8%(2) |
| | Coating on Beams | E30-10-96 | 10%(2) |

*  The number in parentheses identifies the type asbestos present, as
follows:  (1) Amosite, (2) Chrysotile, (3) Crocidolite, (4) Anthophyllite, (5)
Tremolite, and (6) Actinolite.

BCM CONVERSE INC.

PIS-1031874

RESULTS OF LABORATORY ANALYSIS OF BULK SAMPLES OBTAINED:

| LOCATION | DESCRIPTION | SAMPLE I.D. | RESULTS/TYPE ASBESTOS* |
|----------|-------------|-------------|------------------------|
| 12th Floor-Above Suspended Ceiling | Coating on Beams | E30-10-97 | 6%(2) |
| | Coating on Beams | E30-10-98 | 12%(2) |
| | Coating on Beams | E30-10-99 | 9%(2) |
| | Coating on Beams | E30-10-100 | 10%(2) |
| | Coating on Beams | E30-10-101 | 8%(2) |
| | Coating on Beams | E30-10-102 | 8%(2) |
| | Coating on Beams | E30-10-103 | 6%(2) |
| | Coating on Beams | E30-10-104 | 10%(2) |
| 11th Floor-Above Suspended Ceiling | Coating on Beams | E30-10-105 | 6%(2) |
| | Coating on Beams | E30-10-106 | 3%(2) |
| | Coating on Beams | E30-10-107 | 8%(2) |
| | Coating on Beams | E30-10-108 | 5%(2) |
| | Coating on Beams | E30-10-109 | 7%(2) |
| | Coating on Beams | E30-10-110 | 5%(2) |
| | Coating on Beams | E30-10-111 | 11%(2) |
| | Coating on Beams | E30-10-112 | 10%(2) |
| 10th Floor-Above Suspended Ceiling | Coating on Beams | E30-10-113 | 8%(2) |
| | Coating on Beams | E30-10-114 | 5%(2) |
| | Coating on Beams | E30-10-115 | 5%(2) |
| | Coating on Beams | E30-10-116 | 4%(2) |
| | Coating on Beams | E30-10-117 | 4%(2) |
| | Coating on Beams | E30-10-118 | 9%(2) |
| | Coating on Beams | E30-10-119 | 7%(2) |
| | Coating on Beams | E30-10-120 | 4%(2) |
| 9th Floor-Above Suspended Ceiling | Coating on Beams | E30-10-121 | 8%(2) |
| | Coating on Beams | E30-10-122 | 5%(2) |
| | Coating on Beams | E30-10-123 | 5%(2) |
| | Coating on Beams | E30-10-124 | 4%(2) |
| | Coating on Beams | E30-10-125 | 5%(2) |
| | Coating on Beams | E30-10-126 | 4%(2) |
| | Coating on Beams | E30-10-127 | 5%(2) |
| | Coating on Beams | E30-10-128 | 7%(2) |

* The number in parentheses identifies the type asbestos present, as
follows: (1) Amosite, (2) Chrysotile, (3) Crocidolite, (4) Anthophyllite, (5)
Tremolite, and (6) Actinolite.

BCM CONVERSE INC.

PIS-1031875

BCM No. E30
Page 6 of 9

RESULTS OF LABORATORY ANALYSIS OF BULK SAMPLES OBTAINED:

| LOCATION | DESCRIPTION | SAMPLE I.D. | RESULTS/TYPE ASBESTOS* |
|---|---|---|---|
| 8th Floor-Above Suspended Ceiling | Coating on Beams | E30-10-129 | 4%(2) |
| | Coating on Beams | E30-10-130 | 8%(2) |
| | Coating on Beams | E30-10-131 | 10%(2) |
| | Coating on Beams | E30-10-132 | 8%(2) |
| | Coating on Beams | E30-10-133 | 10%(2) |
| | Coating on Beams | E30-10-134 | 9%(2) |
| | Coating on Beams | E30-10-135 | 5%(2) |
| | Coating on Beams | E30-10-136 | 5%(2) |
| 21st Floor-Above Suspended Ceiling | Coating on Beams | E30-10-137 | 4%(2) |
| | Coating on Beams | E30-10-138 | 4%(2) |
| | Coating on Beams | E30-10-139 | 4%(2) |
| | Coating on Beams | E30-10-140 | 3%(2) |
| | Coating on Beams | E30-10-141 | 5%(2) |
| | Coating on Beams | E30-10-142 | 5%(2) |
| | Coating on Beams | E30-10-143 | 4%(2) |
| | Coating on Beams | E30-10-144 | 8%(2) |
| 36th Floor-Above Suspended Ceiling | Coating on Beams | E30-10-145 | 6%(2) |
| | Coating on Beams | E30-10-146 | 8%(2) |
| | Coating on Beams | E30-10-147 | 5%(2) |
| | Coating on Beams | E30-10-148 | 8%(2) |
| | Coating on Beams | E30-10-149 | 3%(2) |
| | Coating on Beams | E30-10-150 | 5%(2) |
| | Coating on Beams | E30-10-151 | 5%(2) |
| | Coating on Beams | E30-10-152 | 7%(2) |
| 35th Floor-Above Suspended Ceiling | Coating on Beams | E30-10-153 | 9%(2) |
| | Coating on Beams | E30-10-154 | 9%(2) |
| | Coating on Beams | E30-10-155 | 8%(2) |
| | Coating on Beams | E30-10-156 | 10%(2) |
| | Coating on Beams | E30-10-157 | 12%(2) |
| | Coating on Beams | E30-10-158 | 8%(2) |
| | Coating on Beams | E30-10-159 | 10%(2) |
| | Coating on Beams | E30-10-160 | 10%(2) |

* The number in parentheses identifies the type asbestos present, as follows: (1) Amosite, (2) Chrysotile, (3) Crocidolite, (4) Anthophyllite, (5) Tremolite, and (6) Actinolite.

BCM CONVERSE INC.

PIS-1031876

RESULTS OF LABORATORY ANALYSIS OF BULK SAMPLES OBTAINED:

| LOCATION | DESCRIPTION | SAMPLE I.D. | RESULTS/TYPE ASBESTOS* |
|---|---|---|---|
| 34th Floor-Above Suspended Ceiling | | | |
| | Coating on Beams | E30-10-161 | 8%(2) |
| | Coating on Beams | E30-10-162 | 6%(2) |
| | Coating on Beams | E30-10-163 | 10%(2) |
| | Coating on Beams | E30-10-164 | 10%(2) |
| | Coating on Beams | E30-10-165 | 8%(2) |
| | Coating on Beams | E30-10-166 | 8%(2) |
| | Coating on Beams | E30-10-167 | 6%(2) |
| | Coating on Beams | E30-10-168 | 7%(2) |
| 33rd Floor-Above Suspended Ceiling | | | |
| | Coating on Beams | E30-10-169 | 6%(2) |
| | Coating on Beams | E30-10-170 | 4%(2) |
| | Coating on Beams | E30-10-171 | 7%(2) |
| | Coating on Beams | E30-10-172 | 10%(2) |
| | Coating on Beams | E30-10-173 | 8%(2) |
| | Coating on Beams | E30-10-174 | 7%(2) |
| | Coating on Beams | E30-10-175 | 5%(2) |
| | Coating on Beams | E30-10-176 | 5%(2) |
| 32nd Floor-Above Suspended Ceiling | | | |
| | Coating on Beams | E30-10-177 | 8%(2) |
| | Coating on Beams | E30-10-178 | 10%(2) |
| | Coating on Beams | E30-10-179 | 6%(2) |
| | Coating on Beams | E30-10-180 | 10%(2) |
| | Coating on Beams | E30-10-181 | 12%(2) |
| | Coating on Beams | E30-10-182 | 11%(2) |
| | Coating on Beams | E30-10-183 | 13%(2) |
| | Coating on Beams | E30-10-184 | 10%(2) |
| 31st Floor-Above Suspended Ceiling | | | |
| | Coating on Beams | E30-10-185 | 10%(2) |
| | Coating on Beams | E30-10-186 | 7%(2) |
| | Coating on Beams | E30-10-187 | 9%(2) |
| | Coating on Beams | E30-10-188 | 7%(2) |
| | Coating on Beams | E30-10-189 | 9%(2) |
| | Coating on Beams | E30-10-190 | 12%(2) |
| | Coating on Beams | E30-10-191 | 10%(2) |
| | Coating on Beams | E30-10-192 | 7%(2) |

* The number in parentheses identifies the type asbestos present, as follows: (1) Amosite, (2) Chrysotile, (3) Crocidolite, (4) Anthophyllite, (5) Tremolite, and (6) Actinolite.

BCM CONVERSE INC.

RESULTS OF LABORATORY ANALYSIS OF BULK SAMPLES OBTAINED:

| LOCATION | DESCRIPTION | SAMPLE I.D. | RESULTS/TYPE ASBESTOS* |
|---|---|---|---|
| 30th Floor-Above Suspended Ceiling | | | |
| | Coating on Beams | E30-10-193 | 6%(2) |
| | Coating on Beams | E30-10-194 | 5%(2) |
| | Coating on Beams | E30-10-195 | 9%(2) |
| | Coating on Beams | E30-10-196 | 8%(2) |
| | Coating on Beams | E30-10-197 | 12%(2) |
| | Coating on Beams | E30-10-198 | 10%(2) |
| | Coating on Beams | E30-10-199 | 10%(2) |
| | Coating on Beams | E30-10-200 | 8%(2) |
| 29th Floor-Above Suspended Ceiling | | | |
| | Coating on Beams | E30-10-201 | 8%(2) |
| | Coating on Beams | E30-10-202 | 4%(2) |
| | Coating on Beams | E30-10-203 | 5%(2) |
| | Coating on Beams | E30-10-204 | 6%(2) |
| | Coating on Beams | E30-10-205 | 4%(2) |
| | Coating on Beams | E30-10-206 | 8%(2) |
| | Coating on Beams | E30-10-207 | 8%(2) |
| | Coating on Beams | E30-10-208 | 5%(2) |
| 28th Floor-Above Suspended Ceiling | | | |
| | Coating on Beams | E30-10-209 | 6%(2) |
| | Coating on Beams | E30-10-210 | 5%(2) |
| | Coating on Beams | E30-10-211 | 6%(2) |
| | Coating on Beams | E30-10-212 | 4%(2) |
| | Coating on Beams | E30-10-213 | 4%(2) |
| | Coating on Beams | E30-10-214 | 6%(2) |
| | Coating on Beams | E30-10-215 | 8%(2) |
| | Coating on Beams | E30-10-216 | 4%(2) |
| 27th Floor-Above Suspended Ceiling | | | |
| | Coating on Beams | E30-10-217 | 6%(2) |
| | Coating on Beams | E30-10-218 | 5%(2) |
| | Coating on Beams | E30-10-219 | 5%(2) |
| | Coating on Beams | E30-10-220 | 4%(2) |
| | Coating on Beams | E30-10-221 | 5%(2) |
| | Coating on Beams | E30-10-222 | 8%(2) |
| | Coating on Beams | E30-10-223 | 4%(2) |
| | Coating on Beams | E30-10-224 | 4%(2) |

* The number in parentheses identifies the type asbestos present, as
follows: (1) Amosite, (2) Chrysotile, (3) Crocidolite, (4) Anthophyllite, (5)
Tremolite, and (6) Actinolite.

BCM CONVERSE INC.

RESULTS OF LABORATORY ANALYSIS OF BULK SAMPLES OBTAINED:

| LOCATION | DESCRIPTION | SAMPLE I.D. | RESULTS/TYPE ASBESTOS* |
|---|---|---|---|
| 26th Floor-Above Suspended Ceiling | Coating on Beams | E30-10-225 | 8%(2) |
| | Coating on Beams | E30-10-226 | 6%(2) |
| | Coating on Beams | E30-10-227 | 6%(2) |
| | Coating on Beams | E30-10-228 | 7%(2) |
| | Coating on Beams | E30-10-229 | 8%(2) |
| | Coating on Beams | E30-10-230 | 10%(2) |
| | Coating on Beams | E30-10-231 | 4%(2) |
| | Coating on Beams | E30-10-232 | 6%(2) |
| Basement-Above Suspended Ceiling | Coating on Beams | E30-10-233 | 5%(2) |
| | Coating on Beams | E30-10-234 | 5%(2) |
| | Coating on Beams | E30-10-235 | 5%(2) |
| | Coating on Beams | E30-10-236 | 8%(2) |
| | Coating on Beams | E30-10-237 | 6%(2) |
| | Coating on Beams | E30-10-238 | 4%(2) |
| | Coating on Beams | E30-10-239 | 4%(2) |
| | Coating on Beams | E30-10-240 | 7%(2) |

* The number in parentheses identifies the type asbestos present, as follows: (1) Amosite, (2) Chrysotile, (3) Crocidolite, (4) Anthophyllite, (5) Tremolite, and (6) Actinolite.

LOCATION AND DESCRIPTION OF ASBESTOS-CONTAINING MATERIALS:

| QUANTITY | DESCRIPTION | LOCATION |
|---|---|---|
| 303,000 S.F. | Beam Coating | Basement, 1st Floor and 7th through 36th Floor |

BUDGET ESTIMATES FOR REMOVAL AND REPLACEMENT OF ASBESTOS MATERIALS:

| QUANTITY | DESCRIPTION | REMOVAL COST | TIME | REPLACEMENT COST | TIME |
|---|---|---|---|---|---|
| 303,000 S.F. | Beam Coating | $3,030,000 | 150 days | $3,030,000 | 150 days |

BCM CONVERSE INC.

PIS-1031879



MATERIALS
ANALYTICAL
SERVICES

June 25, 1990


Re:  First Florida Tower
     Tampa, Florida


Based on the constituent analysis of the fireproofing samples for the above-referenced project, it is my opinion that the samples analyzed are Mono-Kote 3, which was manufactured by W. R. Grace.

Worksheets reflecting our analysis are attached.


William E. Longo, Ph.D.


PIS 00060691

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200    FAX (404) 368-8256

BUILDING:        First Florida Tower
                 Tampa, Florida

The following bulk samples from the above-referenced buildings
were analyzed and were used to form an opinion of the manufactur-
er and product.

| Bulk Sample # | Sample Location | Collected By |
|---|---|---|
| 2 | 35th Floor Machine Room | McCrone |
| 4 | 30th Floor Reception Area Suite 3010 | McCrone |
| 5 | 22nd Floor Middle Hall at Freight Elevator | McCrone |
| 6 | 18th Floor Northside at David's Freeze's Cubicle | McCrone |
| 7 | 13th Floor Reception Area GTE Data Services | McCrone |
| 9 | 2nd Floor Southwest Corner Dead Space | McCrone |
| 10 | West Basement at Freight Elevator | McCrone |

PIS 00060692

## MATERIALS ANALYTICAL SERVICES, INC.

### BULK ANALYSIS SHEET

Project # - Spl #: _M1564-2_                          Date: _9/23/88_

Project Name: _LAW ASSOCIATES / HATFIELD_             Analyst: _W.H.S._
                        _#2_                           Reviewer: _____

Sample Identification: _1st FLORIDA TOWER. 35TH FLOOR MACHINE RM. FP_

_A88-120.17_

Gross Visual Description: _TAN TO LIGHT GRAY WITH GOLD FLAKES_

_THROUGHOUT. FIBERS EXPOSED._


ASBESTOS MINERALS:                        Est. Vol. %

Chrysotile . . . . . . . . . . . _8_ _____ ✓
Amosite . . . . . . . . . . . . _____
Crocidolite . . . . . . . . . . _____
Tremolite/Actinolite . . . . . . _____
Anthophyllite . . . . . . . . . _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . . _____
Fibrous glass . . . . . . . . . _____
Cellulose . . . . . . . . . . . _____
Synthetic . . . . . . . . . . . _____
Talc . . . . . . . . . . . . . _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . . . _____
Vermiculite . . . . . . . . . . _35_ _____ ✓
Mica . . . . . . . . . . . . . _____
Quartz . . . . . . . . . . . . _____
Calcite . . . . . . . . . . . . _____
Gypsum . . . . . . . . . . . . _____
Diatoms . . . . . . . . . . . . _____
Other _____

Binders . . . . . . . . . . . _57_ _____ ✓
_PREDOMINATED BY GYPSUM, SOME QUARTZ AND OTHER GRANULAR MINERALS._

EFFERVESCENCE: _NONE OBSERVED_

COMMENTS:

_____

_____

PIS 00060693

MATERIALS ANALYTICAL SERVICES, INC.

BULK ANALYSIS SHEET

Project # - Spl #: _M 1564-4_                          Date: _9/23/88_

Project Name: _LAW ASSOCIATES /HATFIELD_              Analyst: _W.D.E._
                                                        Reviewer: _____

Sample Identification: _A 88-120.17  #4  1ST FLORIDA TOWER_

_____ _30 TH FLOOR   RECEPTION AREA  SUITE  3010_

Gross Visual Description: _TAN TO LIGHT GRAY, WITH GOLD FLAKES, FIBERS_

_____ _EXPOSED._

ASBESTOS MINERALS:                    Est. Vol. %

Chrysotile . . . . . . . . . . .    _7_
Amosite . . . . . . . . . . . .     _____
Crocidolite . . . . . . . . . .     _____
Tremolite/Actinolite . . . . .      _____
Anthophyllite . . . . . . . . .     _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . .     _____
Fibrous glass . . . . . . . .       _____
Cellulose . . . . . . . . . .       _TR_
Synthetic . . . . . . . . . .       _____
Talc . . . . . . . . . . . .        _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . .       _____
Vermiculite . . . . . . . . .       _40_
Mica . . . . . . . . . . . .        _____
Quartz . . . . . . . . . . .        _____
Calcite . . . . . . . . . . .       _____
Gypsum . . . . . . . . . . .        _____
Diatoms . . . . . . . . . .         _____
Other                               _____

Binders . . . . . . . . . . .       _53_
_PREDOMINATED BY GYPSUM, SOME QUARTZ, CARBONATE AND OTHER GRANULAR MINERAL_

EFFERVESCENCE: _NONE OBSERVED_

COMMENTS:

_____

_____

PIS 00060694

## MATERIALS ANALYTICAL SERVICES, INC.

### BULK ANALYSIS SHEET

Project # - Spl #: _M1564-5_    Date: _9/23/88_

Project Name: _LAW ASSOCIATES/HATFIELD_    Analyst: _W.B.E._
#5    Reviewer: _____

Sample Identification: _1ST FLORIDA TOWER. 22ND FLOOR, MIDDLE HALL &_

_FREIGHT ELEVATOR_

Gross Visual Description: _TAN WITH GOLD FLAKES. FIBERS EXPOSED.  A LAYER_

_OF DARK GREY CEMENT IS ALSO PRESENT._

ASBESTOS MINERALS:    Est. Vol. %

Chrysotile . . . . . . . . . . . .    _8_
Amosite . . . . . . . . . . . . .    _____
Crocidolite . . . . . . . . . . .    _____
Tremolite/Actinolite . . . . . .    _____
Anthophyllite . . . . . . . . . .    _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . .    _____
Fibrous glass . . . . . . . . .    _____
Cellulose . . . . . . . . . . . .    _____
Synthetic . . . . . . . . . . . .    _____
Talc . . . . . . . . . . . . . .    _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . . .    _____
Vermiculite . . . . . . . . . .    _35_
Mica . . . . . . . . . . . . . .    _____
Quartz . . . . . . . . . . . . .    _____
Calcite . . . . . . . . . . . .    _____
Gypsum . . . . . . . . . . . . .    _____
Diatoms . . . . . . . . . . . .    _____
Other    _____

Binders . . . . . . . . . . . .    _57_
_ABUNDANT GYPSUM. SMALL AMOUNTS OF CARBONATE AND OTHER GRANULAR MINERALS._

EFFERVESCENCE: _NONE OBSERVED_

COMMENTS:

_____

_____

PIB 00060695

MATERIALS ANALYTICAL SERVICES, INC.

BULK ANALYSIS SHEET

Project # - Spl #: _M1564-6_                    Date: _9/23/88_

Project Name: _LAW ASSOCIATES/HATFIELD_        Analyst: _W.D.E._
                                                Reviewer: _____

Sample Identification: _#6  1st FLORIDA TOWER, 18TH FLOOR,_

_____NORTH SIDE @ DAVID FREEZE'S CUBICLE._

Gross Visual Description: _TAN TO LIGHT GRAY MATRIX WITH GOLD FLAKES_

_THROUGHOUT. FIBERS EXPOSED._

ASBESTOS MINERALS:                  Est. Vol. %

Chrysotile . . . . . . . . . . . _10_____
Amosite . . . . . . . . . . . : _____
Crocidolite . . . . . . . . : _____
Tremolite/Actinolite . . . : _____
Anthophyllite . . . . . . . : _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . . _____
Fibrous glass . . . . . . . . _____
Cellulose . . . . . . . . . . _TR_____
Synthetic . . . . . . . . . . _____
Talc . . . . . . . . . . . . _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . : _____
Vermiculite . . . . . . . . : _35_____
Mica . . . . . . . . . . . : _____
Quartz . . . . . . . . . . : _____
Calcite . . . . . . . . . . : _____
Gypsum . . . . . . . . . . : _____
Diatoms . . . . . . . . . . : _____
Other                         _____

Binders . . . . . . . . . . : _55_____
_ABUNDANT GYPSUM, SMALL AMOUNT OF CARBONATE, A FEW OTHER GRANULAR MINERAL._

EFFERVESCENCE; _VERY WEAK IN ISOLATED AREAS_

COMMENTS:

_____

_____

PIS 00060696

## MATERIALS ANALYTICAL SERVICES, INC.

### BULK ANALYSIS SHEET

Project # - Spl #: _M1564-7_                    Date: _9/23/88_

Project Name: _LAW ASSOCIATES/HATFIELD_         Analyst: _W.B.E._
                                                 Reviewer: _____

Sample Identification: _#7   1st FLORIDA TOWER, 13TH FLOOR @_

_RECEPTION AREA, GTE DATA SERVICES_

Gross Visual Description: _LIGHT GRAY TO TAN MATRIX. GOLD FLAKES THROUGHOU._

_CONTAINS FIBERS WHICH ARE EXPOSED_

**ASBESTOS MINERALS:**                  **Est. Vol. %**

Chrysotile . . . . . . . . . . .   _8_
Amosite . . . . . . . . . . . .
Crocidolite . . . . . . . . . .
Tremolite/Actinolite . . . . . .
Anthophyllite . . . . . . . . .

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . . .
Fibrous glass . . . . . . . . .
Cellulose . . . . . . . . . . .
Synthetic . . . . . . . . . . .
Talc . . . . . . . . . . . . . .

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . . . .
Vermiculite . . . . . . . . . .   _40_
Mica . . . . . . . . . . . . . .
Quartz . . . . . . . . . . . . .
Calcite . . . . . . . . . . . .
Gypsum . . . . . . . . . . . . .
Diatoms . . . . . . . . . . . .
Other

Binders . . . . . . . . . . . .   _52_
_ABUNDANT GYPSUM WITH SMALL AMOUNT OF CARBONATE_

EFFERVESCENCE; _VERY WEAK._

COMMENTS:
_____
_____

PIS 00060697

## MATERIALS ANALYTICAL SERVICES, INC.

### BULK ANALYSIS SHEET

Project # - Spl #: _M1564-9_          Date: _9/23/88_

Project Name: _LAW ASSOCIATES/HATFIELD_          Analyst: _W.B.E._
                                                  Reviewer: _____

Sample Identification: _#9 1ST FLORIDA TOWER. 2ND FLOOR._
_____ _S.W. CORNER DEAD SPACE._

Gross Visual Description: _LIGHT GRAY MATRIX WITH FLAKES OF GOLD_
_THROUGHOUT.  FIBERS EXPOSED._

ASBESTOS MINERALS:                Est. Vol. %

Chrysotile . . . . . . . . . . . _6_
Amosite . . . . . . . . . . . . . _____
Crocidolite . . . . . . . . . . . _____
Tremolite/Actinolite . . . . . . _____
Anthophyllite . . . . . . . . . . _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . . . _____
Fibrous glass . . . . . . . . . . _____
Cellulose . . . . . . . . . . . . _____
Synthetic . . . . . . . . . . . . _____
Talc . . . . . . . . . . . . . . _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . . . . _____
Vermiculite . . . . . . . . . . . _38_
Mica . . . . . . . . . . . . . . _____
Quartz . . . . . . . . . . . . . _____
Calcite . . . . . . . . . . . . . _____
Gypsum . . . . . . . . . . . . . _____
Diatoms . . . . . . . . . . . . . _____
Other _GRANULAR MINERALS_        _TR_

Binders . . . . . . . . . . . . . _56_
_GYPSUM ABUNDANT, CARBONATE PRESENT IN SMALL AMOUNTS_

EFFERVESCENCE: _VERY WEAK_

COMMENTS:

_____
_____

MATERIALS ANALYTICAL SERVICES, INC.

BULK ANALYSIS SHEET

Project # - Spl #: _M1564-10_                Date: _9/23/85_

Project Name: _LAW ASSOCIATES/HATFIELD_        Analyst: _D.B.E._
                                               Reviewer: _____

Sample Identification: _#10  IST FLORIDE TOWER, BASEMENT, WEST_

_CENTER AT FREIGHT ELEVATOR._

Gross Visual Description: _LIGHT GRAY MATRIX WITH GOLD FLAKES._

_FIBERS EXPOSED._

ASBESTOS MINERALS:                Est. Vol. %

Chrysotile . . . . . . . . . . . _8_____
Amosite . . . . . . . . . . . . ._____
Crocidolite . . . . . . . . . . ._____
Tremolite/Actinolite . . . . . ._____
Anthophyllite . . . . . . . . ._____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . . ._____
Fibrous glass . . . . . . . . ._____
Cellulose . . . . . . . . . . ._____
Synthetic . . . . . . . . . . ._____
Talc . . . . . . . . . . . . . ._____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . . ._____
Vermiculite . . . . . . . . . ._35_____
Mica . . . . . . . . . . . . ._____
Quartz . . . . . . . . . . . ._____
Calcite . . . . . . . . . . . ._____
Gypsum . . . . . . . . . . . ._____
Diatoms . . . . . . . . . . . ._____
Other _GRANULAR MINERALS_      _TR_____

Binders . . . . . . . . . . . ._57_____
_GYPSUM ABUNDANT WITH SMALL CARBONATE AMOUNT._

EFFERVESCENCE: _VERY WEAK_____

COMMENTS:

_____
_____

**MATERIALS ANALYTICAL SERVICES, INC.**
3597 PARKWAY LANE, SUITE 250
NORCROSS, GA  30092
404/448-3200

TEM ANALYSIS: _Binder_

MAS SAMPLE ID: _M1104-9_

PROJECT: _Law AH_

SAMPLE NUMBER: _1ST Floor, Tower_  _2nd Floor._

DATE OF ANALYSIS: _9 NOV 88_

ANALYST: _TJG_

| | Rel. Conc. | Morphology | Photo | SAED | Photo | EDS | Disc/File | Comments |
|---|---|---|---|---|---|---|---|---|
| **Asbestos Minerals:** | | | | | | | | |
| chrysotile | | ✓ | | ✓ | | ✓ | JDS/206 | ; |
| **Other Components:** | | | | | | | | |
| Gypsum | | ✓ | | | | ✓ | JDS/207 | ABUNDANT BEAM DAMAGED PIECES |
| vermiculite | | ✓ | | ✓ | | ✓ | JDS/208 | |

COMMENTS: _Whole sample on polycarbonate_

PIS 00060700

MATERIALS ANALYTICAL SERVICES          WED 09-NOV-88   08:32
Cursor: 8.040KeV = 325       ROI (SIKα) 1.660: 1.820=2055



0.000                                    VFS = 512       10.240
      S      M1564-9; CHRYSOTILE SAED

PIS 00060701



MATERIALS ANALYTICAL SERVICES           WED 09-NOV-88   08:37
Cursor: 3.040keV = 84        ROI (SIKα) 1.660: 1.820=149

0.000                                    VFS = 256      10.240
102     M1564-9; GYPSUM

PIS 00060702



MATERIALS ANALYTICAL SERVICES          WED 09-NOV-88   08:52
Cursor: 8.040keV = 1700      ROI (SIKα) 1.660: 1.820=2092

0.200                                    VFS = 1024   10.240
206      M1564-9; VERMICULITE

PIS 00060703

**M.A.S.**
3597 PARKWAY LANE
NORCROSS GA. 30092

# ACID DISSOLUTION BULK ANALYSIS

ANALYSIS USING 2% SOLUTION HCl

DATE 11/9/XX

| NO. | SAMPLE # | P-D + SAMPLE | P-D - SAMPLE | SAMPLE WEIGHT | FILTER WEIGHT | FINAL WT + FILTER | FINAL WT - FILTER | PERCENT FINAL WT | AMOUNT IN SOLU. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | M1564-3 | 8.4983 | 7.6472 | 0.8416 | 0.0155 | 7.9371 | 0.2580 | 30.7% | 69.3% |
| 2 | M1564-9 | 8.0813 | 7.6681 | 0.4152 | 0.0525 | 7.8649 | 0.1770 | 42.6% | 57-47% |
| 3 |  |  |  |  |  |  |  |  |  |
| 4 |  |  |  |  |  |  |  |  |  |
| 5 |  |  |  |  |  |  |  |  |  |
| 6 |  |  |  |  |  |  |  |  |  |
| 7 |  |  |  |  |  |  |  |  |  |
| 8 |  |  |  |  |  |  |  |  |  |
| 9 |  |  |  |  |  |  |  |  |  |
| 10 |  |  |  |  |  |  |  |  |  |
| 11 |  |  |  |  |  |  |  |  |  |
| 12 |  |  |  |  |  |  |  |  |  |
| 13 |  |  |  |  |  |  |  |  |  |
| 14 |  |  |  |  |  |  |  |  |  |
| 15 |  |  |  |  |  |  |  |  |  |
| 16 |  |  |  |  |  |  |  |  |  |
| 17 |  |  |  |  |  |  |  |  |  |
| 18 |  |  |  |  |  |  |  |  |  |
| 19 |  |  |  |  |  |  |  |  |  |
| 20 |  |  |  |  |  |  |  |  |  |
| 21 |  |  |  |  |  |  |  |  |  |
| 22 |  |  |  |  |  |  |  |  |  |
| 23 |  |  |  |  |  |  |  |  |  |
| 24 |  |  |  |  |  |  |  |  |  |
| 25 |  |  |  |  |  |  |  |  |  |
| XX |  |  |  |  |  |  |  |  |  |

PIS 0006 0704

## ADDITIONAL BULK ANALYSIS

Sample # __M1564-2__                    Analyst __D.D.D.__

Date      __10-3-89__

### ACID DISSOLUTION

(1) Petri dish plus sample: __9.2927__ g

(2) Petri dish minus sample: __7.4493__ g

(3) Original sample weight: __1.8434__ g

(4) Filter weight: __0.0950__ g

(5) Clean petri dish weight: __7.4232__ g

(6) Final sample weight plus filter and petri dish: __8.2713__ g

(7) Final sample wt:((6) −[(4) + (5)]) __0.7531__ g

(8) Percent residue wt:((7)/(3) x 100) __40.8__ %

(9) Amount in solution:(100 − (8)) __59.2__ %

STARCH VERIFICATION   M1564-2   10/8/89   W.A.S.

AFTER DISSOLUTION IN A MILD ACID TO REMOVE SOLUBLE MATERIALS, THE RESIDUE WAS ANALYZED USING POLARIZED LIGHT MICROSCOPY TO OBSERVE FOR STARCH.

STARCH WAS NOT OBSERVED

PIS 00060706



MATERIALS
ANALYTICAL
SERVICES

March 22, 1991


RE:      First Florida Tower
         Tampa, Florida

The constituent analysis of additional fireproofing samples for
the above-referenced project supplements my June 25, 1990 opinion
and confirms that the samples analyzed are Mono-Kote 3, which was
manufactured by W. R. Grace.

Worksheets reflecting the analysis are attached.


William E. Longo, Ph.D.


3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200    FAX (404) 368-825

PIS 00111014

BUILDING:        First Florida Tower
                 Tampa, Florida

The following bulk samples from the above-referenced building
were analyzed and were used to supplement the opinion regarding
the manufacturer and product.

| Bulk Sample # | Sample Location | Collected By |
|---|---|---|
| 1 | 26th Floor Mechanical Room | McCrone |
| 8 | 8th Floor NW Corner at front of Cafeteria Serviceline | McCrone |
| 1A | 11th Floor, NW Side of Room by Old Document lift | ATEC |
| 5 | 6th Floor | OccuSafe |
| 9 | 33rd Floor | OccuSafe |

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: _M/564-1_                                    Date: _2/21/91_

Project Name: _Prudential / Law Assoc_                         Analyst: _J McL_

Sample Identification: _11ᵗ Florida Tower A88-120.17 26ᵗ Floor_

_mechanical Room FP._

Gross Visual Description: _Beige with fine fibers, gold flakes and_

_books bound in a fine grained matrix_

| Optical Data for Asbestos Identification | | | | |
|---|---|---|---|---|
| Morphology . . . . . . . . | wavy | . | . | |
| Pleochroism . . . . . . . . | no | . | | |
| Refractive Index . . . . . . | 1.55 & 1.54 | . | | |
| Sign of Elongation . . . . . | + | . | | |
| Extinction . . . . . . . . | 0 | . | | |
| Birefringence . . . . . . . | low | . | | |
| Melt . . . . . . . . . . | no | . | | |
| Fiber Name . . . . . . . . | Chrysotile | . | | |

**ASBESTOS MINERALS:**                          Est. Vol. %

Chrysotile . . . . . . . . . . _10_
Amosite . . . . . . . . . . . _____
Crocidolite . . . . . . . . . _____
Tremolite/Actinolite . . . . . _____
Anthophyllite . . . . . . . . _____

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . . _____
Fibrous glass . . . . . . . . _____
Cellulose . . . . . . . . . . _____
Synthetic . . . . . . . . . . _____
Other _____

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . . . _____
Vermiculite . . . . . . . . . _35_
Other _____

Binders . . . . . . . . . . . _55_
_Abundant Gypsum, Scattered carbonate grains, fine gry-red aggregat_

EFFERVESCENCE: _none-weak in Isolated grns_

COMMENTS: _NSD_

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: _M1564-8A_   Date: _2/21/91_

Project Name: _Prudential / Law Assoc_   Analyst: _C. _____

Sample Identification: _1st Florida Tower New-12017 8th Floor_
_NW front of Cafeteria line_

Gross Visual Description: _Beige with "ribby" fibers and rod shaped bits,_
_gold flakes and books. Bound in a fine grained matrix_

### Optical Data for Asbestos Identification

| | |
|---|---|
| Morphology | |
| Pleochroism | |
| Refractive Index | |
| Sign of Elongation | |
| Extinction | |
| Birefringence | |
| Melt | |
| Fiber Name | |

**ASBESTOS MINERALS:**   Est. Vol. %

| | |
|---|---|
| Chrysotile | |
| Amosite | |
| Crocidolite | None |
| Tremolite/Actinolite | |
| Anthophyllite | |

**OTHER FIBROUS COMPONENTS:**

| | |
|---|---|
| Mineral/Rock wool | |
| Fibrous glass | 5 |
| Cellulose | 10 |
| Synthetic | |
| Other | |

**NON-FIBROUS COMPONENTS:**

| | |
|---|---|
| Perlite | |
| Vermiculite | 35 |
| Other | |
| Binders | 50 |

_Absorbent Gypsum, fine grained aggregate_

EFFERVESCENCE: _none - within isolated grains_

COMMENTS: _n.d.b._

PIS 00111017

## MATERIALS ANALYTICAL SERVICES, INC.

### BULK ASBESTOS SHEET

Project # - Spl #: _M1564 - 8B_        Date: _2/21/91_

Project Name: _Prudential / Law Assoc_        Analyst: _G. McL_

Sample Identification: _1st Florida Tower Ass-120.17 8th Floor_
_NW front of Cafeteria Line_

Gross Visual Description: _Beige with fine fibers gold flakes and_
_books found in a fine grained matrix_

```
              Optical Data for Asbestos Identification
Morphology . . . . . . . . .  wavy
Pleochroism . . . . . . . . .  no
Refractive Index . . . . . .  1.551/1.544
Sign of Elongation . . . . .  +
Extinction . . . . . . . . .  0
Birefringence . . . . . . . .  low
Melt . . . . . . . . . . . .  NM
Fiber Name . . . . . . . . .  Chrysotile
```

**ASBESTOS MINERALS:**                    Est. Vol. %

Chrysotile . . . . . . . .  _10_
Amosite . . . . . . . . .
Crocidolite . . . . . . .
Tremolite/Actinolite . . .
Anthophyllite . . . . . .

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . . .
Fibrous glass . . . . . . . .
Cellulose . . . . . . . . .
Synthetic . . . . . . . . .
Other

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . .
Vermiculite . . . . . . . . .  _35_
Other

Binders . . . . . . . . . . .  _55_
_Abundant Gypsum, fine grained aggregate, Scattered carbonate grains_

EFFERVESCENCE: _None- weak in Isolated areas_

COMMENTS:                   _NSD_

PIS 00111018

## MATERIALS ANALYTICAL SERVICES, INC.

### BULK ASBESTOS SHEET

Project # – Spl #: __M2930-1__          Date: __2/20/91__

Project Name: __Prudential Law Assoc__          Analyst: __P. Mc__

Sample Identification: __N.W. Side of Room by old__
__Document Lift   Archive Sample   No. 1A   11TH FLOOR__

Gross Visual Description: __Beige with fine fibers, gold flakes, and__
__books bound in a fine grained matrix__

### Optical Data for Asbestos Identification

| | | | |
|---|---|---|---|
| Morphology | Wavy | | |
| Pleochroism | no | | |
| Refractive Index | 1.55//1.54L | | |
| Sign of Elongation | + | | |
| Extinction | 0 | | |
| Birefringence | low | | |
| Melt | no | | |
| Fiber Name | Chrysotile | | |

**ASBESTOS MINERALS:**          Est. Vol. %

| | |
|---|---|
| Chrysotile | 10 |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

**OTHER FIBROUS COMPONENTS:**

| | |
|---|---|
| Mineral/Rock wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |
| Other | |

**NON-FIBROUS COMPONENTS:**

| | |
|---|---|
| Perlite | |
| Vermiculite | 35 |
| Other | |

Binders __55__
__Abundant Gypsum, fine grained aggregate__

EFFERVESCENCE: __none-weak in Isolated areas__

COMMENTS: __NSD__          __rusted metal and orange coating ob:__

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: M3496-5                     Date: 2/20/91

Project Name: Prudential / Law House           Analyst: G. May

Sample Identification: First Florida Tower 120.17

6th Floor

Gross Visual Description: Beige with fine fibers, gold flakes and bodies

bound in a fine grained matrix

| Optical Data for Asbestos Identification | | | |
|---|---|---|---|
| Morphology . . . . . . . . . | wavy | | |
| Pleochroism. . . . . . . . | no | | |
| Refractive Index . . . . . . | 1.549/1.54L | | |
| Sign of Elongation . . . . . | + | | |
| Extinction . . . . . . . . | 0 | | |
| Birefringence. . . . ❋ . . | low | | |
| Melt . . . . . . . . . . | no | | |
| Fiber Name . . . . . . . | Chrysotile | | |

ASBESTOS MINERALS:                          Est. Vol. %

Chrysotile . . . . . . . . . .        10
Amosite . . . . . . . . . . .
Crocidolite . . . . . . . . .
Tremolite/Actinolite . . . . .
Anthophyllite . . . . . . . .

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . .
Fibrous glass . . . . . . . .
Cellulose . . . . . . . . . .
Synthetic . . . . . . . . . .
Other

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . .
Vermiculite . . . . . . . . .        35
Other

Binders . . . . . . . . . . .        55

Abundant Gypsum, fine grained aggregate

EFFERVESCENCE: none-weak in Isolated areas

COMMENTS:                    NSO       Orange Staining observed

PIS 00111020

## MATERIALS ANALYTICAL SERVICES, INC.

### BULK ASBESTOS SHEET

Project # – Spl #: M 3496-9      Date: 2/20/91

Project Name: Prudential / Law Assoc      Analyst: J. Mohn

Sample Identification: First Florida Tower   A58- 120.17
33rd Floor

Gross Visual Description: Beige with fine fibers, gold flakes and
books bounding fine grained matrix

```
┌──────────────────────────────────────────────────────────────┐
│        Optical Data for Asbestos Identification                │
│   Morphology . . . . . . . . . wavy . . _____ . . _____      │
│   Pleochroism . . . . . . . . . no . . _____ . . _____       │
│   Refractive Index . . . . . 1.551/1.541 . . _____ . . _____ │
│   Sign of Elongation . . . . . . + . . _____ . . _____       │
│   Extinction . . . . . . . . . 0 . . _____ . . _____         │
│   Birefringence . . . . . . . . low . . _____ . . _____      │
│   Melt . . . . . . . . . . no . . _____ . . _____            │
│   Fiber Name . . . . . . Chrysotile . _____ . . _____        │
└──────────────────────────────────────────────────────────────┘
```

**ASBESTOS MINERALS:**      Est. Vol. %

Chrysotile . . . . . . . . . . . 10
Amosite . . . . . . . . . . . _____
Crocidolite . . . . . . . . . . _____
Tremolite/Actinolite . . . . . . _____
Anthophyllite . . . . . . . . . _____

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . . . _____
Fibrous glass . . . . . . . . . _____
Cellulose . . . . . . . . . . . _____
Synthetic . . . . . . . . . . . _____
Other . . . . . . . . . . . . . _____

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . . . . _____
Vermiculite . . . . . . . . . . 35
Other . . . . . . . . . . . . . _____

Binders . . . . . . . . . . . . 55
Abundant Gypsum, fine grained aggregate

EFFERVESCENCE: none-weak in Isolated Greas

COMMENTS:      NSD

# EXHIBIT C

# FIRST FLORIDA TOWER

## TAMPA, FLORIDA

## (W.R. GRACE)

### SUMMARY OF ASBESTOS FIREPROOFING MANAGEMENT, REMOVAL AND REPLACEMENT NET COSTS

*Prepared By*

**Halliwell Engineering Associates, Inc.**

**July, 1996**

# FIRST FLORIDA TOWER
## TAMPA, FL
## (W.R. GRACE)

## TABLE OF CONTENTS

**SECTION I:**     **INTRODUCTION**

A.    BUILDING EXTERIOR PHOTOGRAPH

B.    ASBESTOS FIREPROOFING REMOVAL STATUS DRAWING

C.    BUILDING INFORMATION SUMMARY

D.    INFORMATION CONSIDERED IN THE DEVELOPMENT OF THIS REPORT

**SECTION II:**     **SUMMARY OF COSTS**

TABLE 1     SUMMARY OF ASBESTOS FIREPROOFING IN-PLACE MANAGEMENT, REMOVAL AND REPLACEMENT NET COSTS

TABLE 2     SUMMARY OF ASBESTOS FIREPROOFING REMOVAL AND REPLACEMENT NET COSTS PRIOR TO BUILDING SALE

TABLE 3     DETAILED COSTS FOR COMPLETED ASBESTOS FIREPROOFING REMOVAL AND REPLACEMENT PROJECTS PRIOR TO BUILDING SALE

TABLE 4     DETAILED COSTS FOR COMPLETED ASBESTOS FIREPROOFING IN-PLACE MANAGEMENT PROJECTS PRIOR TO BUILDING SALE

TABLE 5     ANALYSIS OF THE SALES DISCOUNT DUE TO ASBESTOS IN THE BUILDING

TABLE 6     INTEREST CALCULATIONS

TABLE 7     MISCELLANEOUS RELATED COSTS NOT INCLUDED IN THIS REPORT

**SECTION III:**     **STATEMENT OF OPINIONS**

Halliwell Engineering Associates, Inc., July, 1996

# FIRST FLORIDA TOWER
## TAMPA, FL
## (W.R. GRACE)

TABLE OF CONTENTS (cont'd)

**SECTION IV:**  **QUALIFICATIONS OF HALLIWELL ENGINEERING ASSOCIATES, INC. AND JACK L. HALLIWELL (SUBMITTED UNDER SEPARATE COVER)**

    A.    MR. HALLIWELL'S CURRENT CURRICULUM VITAE

    B.    HALLIWELL ENGINEERING ASSOCIATES INC; SUMMARY OF EXPERIENCE AND CAPABILITIES

    C.    MR. HALLIWELL'S PRIOR TESTIMONY RECORD

    D.    ARTICLES ON ASBESTOS ABATEMENT AND MANAGEMENT AUTHORED BY MR. HALLIWELL

    E.    COMPENSATION SCHEDULES FOR MR. HALLIWELL AND HALLIWELL ENGINEERING ASSOCIATES, INC.

**APPENDICES:**

    **APPENDIX A**

        PART A:    ASBESTOS ABATEMENT PROJECT INFORMATION

        PART B:    BUILDING INSPECTIONS CONDUCTED BY HALLIWELL ENGINEERING ASSOCIATES

        PART C:    LOCATION AND DETAILS OF INFORMATION CONSIDERED IN THE DEVELOPMENT OF THIS REPORT

    **APPENDIX B**    PROJECT FLOOR AREA/FIREPROOFING AREA CALCULATIONS

    **APPENDIX C**    REDUCED BUILDING DRAWINGS

    **APPENDIX D**    SUMMARY OF VINYL ASBESTOS FLOOR TILE (VAT) PROJECT COST DEDUCTIONS

Halliwell Engineering Associates, Inc., July, 1996

# FIRST FLORIDA TOWER
## TAMPA, FL
## (W.R. GRACE)

TABLE OF CONTENTS (cont'd)

| | |
|---|---|
| **APPENDIX E** | SUMMARY OF ASBESTOS THERMAL SYSTEM INSULATION (TSI) PROJECT COST DEDUCTIONS |
| **APPENDIX F** | SUMMARY OF MISCELLANEOUS PROJECT COST DEDUCTIONS |
| **APPENDIX G** | PURCHASE AND SALE AGREEMENT, DATED MAY 9, 1996 |
| **APPENDIX H** | REPORT OF THE COMPREHENSIVE ASBESTOS BUILDING SURVEY WITHIN THE FIRST FLORIDA BANK BUILDING, DATED APRIL 22, 1996 |

Halliwell Engineering Associates, Inc., July, 1996

SECTION I

# SECTION I

# INTRODUCTION

**A)    BUILDING EXTERIOR PHOTOGRAPH**



# First Florida Tower
## Tampa, Florida

## B. ASBESTOS FIREPROOFING REMOVAL STATUS DRAWING

# FIRST FLORIDA

## TAMPA, FLORIDA



LEGEND:

| | |
|---|---|
| ▨ | FIREPROOFING REMOVED PRIOR TO SALE |
| ▨ | FIREPROOFING REMOVED AFTER SALE |
| ▨ | FIREPROOFING REMAINS |
| ▢ | FIREPROOFING NEVER APPLIED |

Halliwell Engineering Associates, Inc., July, 1996

## C. BUILDING INFORMATION SUMMARY

| | |
|---|---|
| Building name: | First Florida Tower |
| Location: | Tampa, Florida |
| Ownership: | Building sold by The Prudential Insurance Company of America (5/9/96) |
| Building use: | Multi-tenant commercial offices; first floor is retail space |
| Total number of floors: | 38; basement office, 1st floor is lobby and retail space, parking levels 2nd through 6th (maintenance and retail space on 6th also), 7th through 34th offices; 35th offices and private dining rooms; 36th athletic club with racquetball courts, and MER; 37th elevator machine room |
| Number of floors with spray-applied fireproofing: | 33 full floors. Elevator lobbies and west stairwell landings on floors 2 through 6 were fireproofed. Retail space on the 6th floor was fireproofed. Parking space on 2nd through 6th was not fireproofed. |
| Total floor area with fireproofing: | 528,709 sq. ft. |
| Location of fireproofing: | Beams and columns |
| Type of deck: | Corrugated steel |
| Core area: | Elevator shafts and stairwells are not sprayed with fireproofing |
| Fireproofing surface area on a typical office floor: | 25,752.80 sq. ft. |
| Fireproofing surface area to floor area ratio (typical floor): | $25,752.80 \div 14,106 = 1.83$ |
| Type of HVAC system: | Each typical office floor has one dedicated HVAC unit. HVAC on each floor is constant volume with electric re-heat coils in the ceiling plenum. Fresh air is supplied via ductwork leading from the HVAC unit to the exterior of the building. Air is returned to the mechanical room through a ceiling space return air plenum. In some instances there exists partial hard ducted return to the mechanical room. The mechanical rooms serve as return air/outside air mixing plenums. |