First Florida Bank
The Wilson Company/The Taylor Simpson Group

EXECUTIVE SUMMARY
Page E-3

---

Also, asbestos containing overspray from the original fireproofing job when the building was first constructed is located throughout the elevator shafts. This area presents an interesting area of concern since the pressure created within the space as the elevators go up and down is much like a plunger forcing air out through cracks within the shaft. These elevator shafts in turn act as plenum spaces with a large amount of air velocity being pushed through the shafts as the elevators move. FGS, Inc. collected air samples within the elevator shafts and adjacent lobbies with results all well below the U.S. EPA's recommended level for clean air. However, special considerations should be made to provide awareness training, and health and safety monitoring to the elevator repair personnel since they regularly access this space. Also, periodic monitoring should be performed on these personnel when inside these spaces.

As a minimum, an operations and maintenance program should be implemented which will help ensure that no ACM are unnecessarily disturbed by personnel not properly trained.

s:\vl\a\b\A\C96-098.08

First Florida Bank
The Wilson Company/The Taylor Simpson Group

SECTION 1.0
BACKGROUND INFORMATION
Page 1-1

## 1.1    Introduction

FGS, Inc. (FGS) was retained by The Wilson Company and The Taylor Simpson Group to perform a comprehensive survey for asbestos containing materials (ACM) within the First Florida Bank Building located at 111 East Madison Street in Downtown Tampa, Florida. The survey was authorized via The Wilson Company, Mr. Gary Welch, and was performed by FGS, Inc. between the period of February 27 through April 15, 1996.

## 1.2    Scope of Services

The scope of this work included the following tasks:

- Review of records generated and published by other asbestos/environmental consulting companies previously employed at the tower;

- Review of available records from asbestos abatement contractors at the subject site;

- Review of documentation and oral (telephone and in person) conversations with current facility management and maintenance staff (CLW Realty Asset Group);

- Telephone conversations with Prudential Insurance (current facility owners) and ATEC Associates (previous asbestos consulting firm at facility);

- Comprehensive on-site investigative survey of facility;

- Bulk sample collection and analysis of suspect asbestos containing materials;

- Transmission electron microscopy (TEM) analysis of air samples within the elevator shafts and neighboring elevator lobbies;

- Progress meetings and telephone discussions with The Wilson Company/The Taylor Simpson Group;

- Limited Destructive Survey for ACM within parking garage;

- Preparation of Comprehensive Asbestos Survey Report; and

PIS-616069

c:\rdata\bf\O96-096.06

- Copying and providing pertinent previous consultants documentation and certifications supporting thoroughness and satisfactory completion of prior asbestos abatement activity within facility (found under separate cover).

## 1.3    Limitation

FGS, Inc. performed the scope of this work under the direction of FGS in-house Florida licensed asbestos consultants. Every reasonable effort was made to access all pertinent data required to identify ACM within this facility. Since portions of this facility were occupied during this survey, a destructive survey for suspect ACM possibly concealed behind walls, ceilings, floors and other permanent fixtures was not included in this scope of work. Therefore, before demolition or renovation of any portion of this building, compare this report with materials to be disturbed and any suspect materials not sampled should be identified in accordance with EPA guidelines.

Additionally, FGS in no way warranties asbestos abatement and survey work performed by others within this facility. Certifications, substantial completion forms and other documentation provided to The Wilson Company/The Taylor Simpson Group under separate cover clearly place the burden of accuracy and completeness of work previously performed within this facility on other environmental consulting companies and contractors.

PIS-616070

g:\vdm\bf\CJ96-098.05

First Florida Bank                                                    **SECTION 2.0**
The Wilson Company/The Taylor Simpson Group          **DESCRIPTION OF FACILITY**
                                                                          Page 2-1

The First Florida Tower, located at 111 East Madison Street in Tampa, Florida was originally constructed in the early 1970's. It consists of a basement, parking garage (levels 2 through 6), 1st floor and 7th through 35th floor office spaces, and the 36th floor (penthouse). The building consists of an estimated 570,000 square feet of office, restaurant and other commercial space with an additional estimated 200,000 square feet of garage space. The entire building is constructed of concrete floors and decks, structural steel beams throughout, glass and lightweight metal panels on the curtain walls and built-up roofing systems. The building is divided into four different portions, as described below.

The basement area was previously used primarily as bank offices, vaults, safety deposit boxes, and housed a mechanical room serving the basement and first floors. The first floor consist of the front entrance and guard's desk, two elevator lobbies, a Mexican food restaurant, a vacant bank and various shops on the street sides. Approximately one half of the first floor is used as ramps (up and down) for the garage and loading docks for the building. The office and bank areas are constructed of drywall interior partitions, carpeting throughout the basement and first floor bank areas, lay-in ceiling tile system, a marble-like tile is located at the main entrance to the building, and a few styles of vinyl floor coverings were observed in various areas of these two floors.

The second through sixth floors are used for vehicular parking with multiple storage rooms. The garage levels are a basic open air ventilation with a walking access to the central elevator lobbies. The main chiller room for the building is located on the fifth floor with access through the sixth floor. In addition, the maintenance office and a few shops are located on the sixth floor garage level. As a whole, the garage is constructed of concrete floor and deck with plaster around the beams and columns. The mechanical and shop areas are comprised of drywall partitions, vinyl floor coverings and lay-in ceiling tile systems.

The seventh through thirty-fourth floors are multi-tenant office spaces built-out to sit each tenant. Elevators, stairwells, pipe chases, telephone closets, restrooms and mechanical rooms are located within the central portion of each of these floors. The majority of these floors are constructed of drywall partitions, lay-in ceiling tiles systems, carpeting throughout office areas and miscellaneous floor tiles and floor coverings.

The thirty-fifth floor was previously used as a kitchen, restaurant, meeting area and club. The thirty-sixth floor (penthouse) was previously used as a fitness club with racquetball courts, weight room and other exercise rooms. Both of these floors are constructed of similar type materials with drywall partitions, lay-in ceiling tiles, various floor coverings and carpet throughout the meeting areas.

Two sets of elevators serve the building. The first set serves floors number 1 through 25 while the second set serves floors 1 through 6 and floors 25 through 35. A service elevator is accessible to every floor and is controlled through the maintenance shop.

PIS-616071

r:\rdm\bfl\C96-096.06

First Florida Bank
The Wilson Company/The Taylor Simpson Group

**SECTION 2.0**
**DESCRIPTION OF FACILITY**
Page 2-2

A separate document is provided to The Wilson Company/The Taylor Simpson Group which briefly discussing the history of asbestos abatement activities within this building with supporting documentation floor by floor. This comprehensive survey report discusses the results of the review of these files and summarizes the current conditions for The Wilson Company/The Taylor Simpson Group's consideration.

k:\rdata\bh\296-096.06

First Florida Bank                                                                    **SECTION 3.0**
The Wilson Company/The Taylor Simpson Group                           **SAMPLING AND ANALYTICAL**
**PROCEDURES**
**Page 3-1**

During this survey, FGS' EPA/State of Florida accredited inspectors, Mr. Orie Voigtmann, Mr. Brad Burton, Mr. Fred Van Deven, Mr. Rick D. Mahan, and Ms. Nancy Holloway along with Florida Licensed Asbestos Consultants Mr. Charles A. Otero and Mr. Timothy F. Caughey performed numerous walk-throughs of the subject facility. This was performed in order to identify and delineate locations of homogeneous materials suspected of containing asbestos. A homogeneous material is defined as a material which presents similar purpose, was installed at approximately the same time, same color, same texture and has other similar distinguishing features such as contents. Once homogeneous materials were identified, bulk samples were collected by FGS' EPA/State of Florida accredited inspectors from materials in order to confirm the presence or absence of asbestos in suspect materials. Samples were collected in general accordance with U.S. Environmental Protection Agency (EPA) and Occupational Safety and Health Administration (OSHA) published guidelines.

Bulk samples were sent to Henderson/Longfellow Associates, Inc. for laboratory analysis. This independent laboratory successfully participates in the National Voluntary Laboratory Accreditation Program (NVLAP) for bulk asbestos sample analysis. The samples were analyzed using polarized light microscopy (PLM) analysis methodology coupled with dispersion staining solutions to distinguish the unique optical properties of mineral forms. Employing this method of analysis allows asbestos fiber characteristics to colorize, which enables the microscopist to verify the presence or absence, quantity and type of asbestos in the samples. Any product that contains more than one percent asbestos is considered to be ACM by EPA and OSHA regulations. The PLM results are provided in Appendix A.

In addition to the collection and analysis of bulk samples, FGS collected air samples representative of the elevator shafts and adjacent lobby areas. Air sampling in these areas was performed as result of the identification of friable asbestos containing fireproofing overspray scattered on the walls of the elevator shafts. These air samples were sent to E. M. Analytical, Inc. of Dania, Florida, a NVLAP accredited laboratory. Analysis was performed using transmission electron microscopy (TEM) analysis methodology. TEM analysis is a definitive form of analysis for airborne asbestos fibers. It can magnify all types of fibers thousands of time so suspect airborne fibers can be positively identified by chemical composition.

c:\rlesi\bft\C96-096.06

First Florida Bank
The Wilson Company/The Taylor Simpson Group

SECTION 4.0
REVIEW OF PAST ACTIVITIES
WITHIN FACILITY
Page 4-1

A portion of this survey's scope of work included the review of past asbestos abatement and survey activities within this facility. The results of this review of the available files, conversations, and visual inspections are summarized in this section.

An Asbestos Survey Report published by BCM Converse, Inc. of Mobile, Alabama on October 25, 1985 identified up to fifteen percent (15%) chrysotile asbestos in the fireproofing on the structural steel beams in the basement, 1st floor and 7th through 36th floors. This report noted the 2nd through 6th floors are used as a parking garage and included testing of only fireproofing. No other surveys were located within the documents reviewed. However, limited testing of miscellaneous materials (floor tiles, garage columns, mastics, etc.) were found within CLW Realty Asset Group's (CLW) files or documentation forwarded by ATEC Associates during this review process. An Operations and Maintenance (O&M) Plan was found in CLW's files dated August 11, 1986.

According to available documents, asbestos abatement activities began within this facility in approximately 1988 with Blackwell, Inc. of Miami, Florida providing asbestos abatement activities and Law Engineering providing asbestos consulting services. Over the years, several different asbestos abatement contractors, including Blackwell, Cross Environmental Services (CES), Samuria Construction, and Cross Construction Company (CCC) performed asbestos abatement work within this facility. The asbestos consulting firms included Law Engineering (Law), BCM Converse (BCM), Accredited Environmental Technologies (AET) and American Testing and Engineering Corporation (ATEC). CES has performed the majority of the asbestos abatement work within this facility while ATEC provided the majority of the consulting within this building.

In most areas of the building the available records only discuss the removal and replacement of the asbestos containing fireproofing. Daily logs, visual inspection sheets, American Institute of Architecture (AIA) Substantial Completion Forms, Visual Inspection Sheets, and Final Clearance Air Monitoring Results indicate the successful removal of asbestos containing fireproofing and replacement with non-asbestos containing fireproofing within the following areas:

> Basement - Majority of Floor
> 1st Floor - Tenant spaces and overhang at the front entrance
> 7th through 8th Floors
> 10th through 34th Floors

Thermal System Insulation on the lines and storage tanks within the 6th (or 5th Floor) Floor Chiller Room were removed and replaced with non-asbestos materials during this same period. Specific description of the floor the Chiller Room can be confusing, since the Room is actually on the 5th level and 6th levels with access from both floors.

First Florida Bank
The Wilson Company/The Taylor Simpson Group

As a whole, final asbestos abatement reports were published for only the 1st Floor overhang (BCM), 6th Floor west elevator lobby and office spaces (ATEC), 7th Floor (AET), 8th Floor (Law), 25th Floor (BCM), 32nd Floor (Law), 33nd Floor (ATEC), and 34th Floor (ATEC). In a few of these cases, additional ACM (vinyl flooring and mastic, tank insulation, mastic on HVAC units, etc.) and light ballasts containing PCB were also noted to have been removed. FGS points out that on every floor, in which the fireproofing was removed and replaced with non-ACM, the entire floor was gutted and all materials (ACM or non-ACM) removed and disposed of.

The final report prepared by AET for the 7th Floor noted areas of inaccessible ACM on the perimeter beams, painted overspray and overspray on wall behind connection board in telephone closet. The final report prepared by Law Engineering for the 33rd Floor also noted the possibility of asbestos overspray behind the connection panel in the telephone closet.

Interviews FGS conducted with John Jordan of CLW and Al Biston of CES indicate the telephone panels could not have been removed from the walls at the time of abatement since doing so would have significantly impacted the telephone system to the rest of the building. Regarding the inaccessible ACM on the perimeter beams reported on the 7th Floor, AET reports that at the point in which the deck meets the exterior curtain walls, a small gap exists between the perimeter column and the perimeter wall (curtain wall). Due to the size limitations of reaching within this small gapped area and comfortably accessing the space for thorough scraping of the surfaces, the fireproofing was removed to the extent feasible, pressure washed, encapsulated and re-fireproofed. Al Biston with CES confirmed that this procedure was utilized on this floor, as well as others, since this space could not be adequately accessed, but that he felt the ACM had been removed and these notations were provided in the AET's reports due to access difficulties. As a result of AET's report, FGS collected and analyzed bulk samples from the replacement fireproofing on various floors from the inaccessible areas of the perimeter beams and other areas with all samples showing no asbestos detected.

In order to distinguish the new non-ACM fireproofing from prior ACM fireproofing, a blue dye was added for color coding. On the floors with prior abatement, this blue fireproofing was evident. The only floor which used a different color dye was the 27th floor which was red.

First Florida Bank
The Wilson Company/The Taylor Simpson Group

**SECTION 5.0**
**NON-ASBESTOS PRODUCTS**
Page 5-1

As a result of the inspection, analyses and review process performed at this site, the following materials were tested and determined to be non-asbestos products by EPA and OSHA definition:

- drywall systems (tape, mud and panels) and plaster systems

- 1' x 1' spline, 2' x 2' lay-in and 2' x 4' lay-in ceiling tiles - assorted styles throughout building (exception - basement rough textured ceiling in vault area contained asbestos)

- replacement fireproofing with blue dye

- replacement fireproofing with red dye

- white jacketing on chiller pipes of 5th (or 6th) floor chiller room

- Various styles of floor coverings - examples are as follows:

  12" x 12" Green floor tile and adhesive on 31st floor, 27th floor
  12" x 12" White and blue floor tile and adhesive on 33rd floor, 28th floor
  12" x 12" White floor tile and adhesive on basement
  12" x 12" Black floor tile in basement
  12" x 12" Red floor tile in basement
  12" x 12" Gray floor tile and adhesive on 19th floor, 16th floor, 8th floor
  Gray vinyl floor sheeting on 24th floor, 8th floor
  Beise vinyl floor sheeting on 15th floor
  12" x 12" Rose tile and adhesive on 10th floor
  12" x 12" Blue/gray tile and adhesive on 23rd floor

  Note: These non-asbestos floor coverings were observed in other portions of the building. Please refer to the Appendix B of this report for indication of the locations of the asbestos containing floor coverings. The remaining floor coverings within the building not shown on the Appendix B drawings were documented as non-ACMs.

- Baseboard and mastic - various colors; white, gray, black, blue, etc.

PIS-616076

c:\rdxx\bA\Q96-098.08

First Florida Bank                            **SECTION 6.0**
The Wilson Company/The Taylor Simpson Group     **ASBESTOS CONTAINING MATERIALS**
                                            Page 6-1

## 6.1    Locations and Type of Asbestos Containing Materials

Any product with greater than one percent asbestos content is regulated as an asbestos containing material (ACM) by the EPA and OSHA. The following table lists materials documented to contain greater than one percent asbestos:

| Floors | Description of Material | Location | Estimated Quantity | Type and Percentage of Asbestos |
|--------|------------------------|----------|--------------------|---------------------------------|
| Basement | • fireproofing on structural steel and overspray | safety deposit box area | ≈ 5,000 ft.² (1) | 7-15% chrysotile |
| | • 2' x 4' lay-in ceiling tile | vault area | ≈ 5,000 ft.² (1) | 7% Amosite |
| | • fire doors | firebreak areas | not able to quantify | assumed |
| 1st | • fireproofing on structural steel and overspray | current bank area | ≈ 11,250 ft.² | 7-15% chrysotile |
| | • fire doors | firebreak areas | not able to qatify | assumed |
| 2nd | • fireproofing on structural steel and overspray | garage area - cavity spaces in facade on south and west walls | ≈ 7,000 ft.² | 7-15% chrysotile |
| | • fire doors | firebreak areas | not able to qatify | assumed |
| 3rd | • fire doors | fire break areas | not able to quantify (NATQ) | assumed |
| 4th | • fire doors | fire break areas | NATQ | assumed |
| 5th | • coating on jacket on pipe insulation on small chiller/turbine | caged-in mechanical landing | ≈ 70 LF | 5-15% chrysotile |
| | • fire doors | firebreak areas | NATQ | assumed |
| 6th | • 9" x 9" white floor tile and mastic adhesive | maintenance control office | ≈ 175 ft.² | 3% chrysotile |
| | • 12" x 12" white floor tile and mastic | maintenance office area | ≈ 400 ft.² | 12% chrysotile (tile) 20% chrysotile (mastic) |
| | • fire doors | fire break areas | NATQ | assumed |

K:\ndam\bf\Q96-098.08

First Florida Bank
The Wilson Company/The Taylor Simpson Group

| Floors | Description of Material | Location | Estimated Quantity | Type and Percentage of Asbestos |
|---|---|---|---|---|
| 7th | • fire doors | fire break areas | NATQ | assumed |
| 8th | • fire doors | fire break areas | NATQ | assumed |
| | • coating on jacket on pipe insulation | mechanical room | ≈ 20 LF | 5-15% chrysotile |
| 9th | • fireproofing on structural steel and overspray | entire floor | ≈ 15,000 ft.$^2$ | 7-15% chrysotile |
| | • coating on jacket on pipe insulation | mechanical room | ≈ 20 LF | 5-15% chrysotile |
| | • fire doors | fire break areas | NATQ | assumed |
| 10th - 34th | • fire doors | fire break areas | NATQ | assumed |
| | • coating on jacket on pipe insulation | mechanical rooms | ≈ 20 LF per floor | 5-15% chrysotile |
| 35th | • fireproofing on structural steel and overspray | entire floor | ≈ 15,000 ft.$^2$ | 7-15% chrysotile |
| | • cementitious asbestos panels | curtain walls in kitchen area | ≈ 4,000 ft.$^2$ | 40% chrysotile |
| | • popcorn-like ceiling material | corridors and adjacent rooms | ≈ 6,000 ft.$^2$ | 6% chrysotile |
| | • fire doors | fire break areas | NATQ | assumed |
| | • coating on jacket on pipe insulation | mechanical room | ≈ 20 LF | 5-15% chrysotile |
| 36th | • fireproofing on structural steel and overspray | entire floor | ≈ 7,500 ft.$^2$ | 7-15 chrysotile |
| | • fire doors | fire break areas | NATQ | assumed |
| | • coating on jacket on pipe insulation | miscellaneous locations on floor | ≈ 35 LF | 5-15% chrysotile |

s:\rdm\bf\Q96-098.08

First Florida Bank
The Wilson Company/The Taylor Simpson Group

SECTION 6.0
ASBESTOS CONTAINING MATERIALS
Page 6-3

| Floors | Description of Material | Location | Estimated Quantity | Type and Percentage of Asbestos |
|---|---|---|---|---|
| Roof | • roofing membranes and flashing<br><br>• cementitious louvered panels on cooling tower | all roofs<br><br>roof of 35th floor | ≈ 31,000 ft.²<br><br>≈ 700 ft.² | assumed<br><br>assumed |
| Elevator Shafts | • asbestos containing overspray on walls | all elevator shaft walls | ≈ 4,700 LF of elevator shaft | 7% chrysotile |
| Basement - 36th | • 9" x 9" and 12" x 12" asbestos floor tiles and mastic adhesives; vinyl floor sheetings | asbestos floor tiles and vinyl floor sheetings were observed at various locations throughout the building. Please refer to drawings for illustration of asbestos floor covering location. | ≈ 18,000 ft.² | <1%-20% chrysotile in mastic<br><br>3% - 12% in tile |

## 6.2    Effect of ACM on Building Operations

### Fireproofing

Results of this survey and review process revealed friable asbestos containing fireproofing within areas of the building noted in the aforementioned table. These areas include: (1) Basement - safety deposit box area directly beneath banks stairwell, (2) 1st floor - current bank area, (3) 2nd floor garage area -cavity spaces in facade on south and west walls, (4) 9th floor - entire floor, (5) 35th floor -entire floor, and (6) 36th floor - entire floor. In all cases, with the exception of the 2nd Floor cavity spaces, the friable asbestos containing fireproofing is situated above lay-in ceiling tile or drywall ceiling systems. Many of the individual ceiling tiles were removed from the grid system with visual access to the fireproofing above. All of the areas with this fireproofing material were unoccupied at the time of the survey. It appeared that the space between the ceiling tile systems and deck served as a return air plenum space. In addition, much of the tops of the ceiling tile systems were covered with a dust and debris from the fireproofing sprayed on the beams overhead and on vertical columns. Asbestos overspray from when the fireproofing was originally applied is scattered over most permanent surfaces within each area. Examples of these surfaces include concrete block walls, corrugated pan decking, exterior curtain wall surfaces (behind the beams), wire hangers, supply ducts, plumbing lines and other surfaces which may have been in place when it was originally applied.

s:\rdm\bfs\CF96-098.08

The areas noted as cavity spaces within the second floor garage are primarily used as a facade. A fresh air duct serving the first floor and basement was observed in the west cavity space, however, it did appear to be sealed to the outside air with no air provided from the cavity. FGS could not determine the space's function since the fresh air intake for the previously mentioned duct appeared to be sealed.

Removal of ceiling tiles and work above the ceiling, or around areas directly affecting the integrity of the fireproofing should only be performed by appropriately trained and certified personnel. This material is considered to be regulated as friable ACM by the U.S. Environmental Protection Agency (EPA) as friable asbestos containing materials in accordance with 40 CFR, Part 61, National Emission Standard for Hazardous Air Pollutants (NESHAPs).

Popcorn-like Ceiling material

The popcorn-like ceiling material noted on the thirty-fifth floor appears to be a course pattern applied to a drywall substrate. At the time of the survey, it appeared to be in good condition. It was observed in the corridors and in a few of the adjacent rooms on the 35th floor. It was noted to be out of the reach of a normal sized person making it difficult to touch without an extended article or an elevated lift. This material is also regulated as friable ACM by EPA/NESHAPs.

Floor Tiles, Vinyl Floor Sheetings and Associated Mastic Adhesives

Various styles of floor tiles with their associated mastic adhesives were identified as ACM during this survey. The majority of these asbestos floor coverings were exposed (not covered) in many areas of the building, including hallways, offices, elevator entrance areas, breakrooms, maintenance areas, etc. FGS attempted to investigate the locations of the tile under the carpet. However, short of pulling up the entire carpeting, causing significant damage to the adhesive capabilities to the carpet and glue, we could not verify where the tiles started and stopped. The black adhesive mastic under the floor tiles was also found to be asbestos. These tiles (or other vinyl floor coverings similar to them) may be present beneath floor coverings in other areas of the buildings. Since most of the building had carpeting through the office areas, we do not believe a large abundance of suspect ACM floor coverings to be present under carpeting. However, before performing maintenance, renovation or demolition activities of the building verification of materials beneath the carpeting should be accomplished. These materials were found to be non-friable and in good condition. ACM floor tiles and adhesive mastics should not be drilled, sanded, grinded or other aggressive activities since these may create air borne fiber release episodes. These floor tiles are considered category I non-friable ACM in accordance with EPA's NESHAPs.

s:\vden\bf\Q96-098.08

First Florida Bank                                                    **SECTION 6.0**
The Wilson Company/The Taylor Simpson Group    **ASBESTOS CONTAINING MATERIALS**
                                                                        Page 6-5

Lay-in Ceiling Tile

A rough textured lay-in ceiling tile system was identified to contain asbestos in the basement vault area. The ceiling tile system is situated approximately twelve feet above the finish floor level and appeared to be in good condition at the time of this survey. This material is also regulated as friable ACM by the EPA/NESHAPs and should only be handled by appropriately trained and licensed individuals.

Pipe Insulation - Mechanical Rooms

Testing performed on the jacketing of fittings (elbows, joints, valves, etc.) and straight lines of the chilled water piping in the mechanical rooms of each floor indicated the presence of asbestos. Although many floors have had large scale abatement of the floors it does not appear that these pipe insulation and jacketing were ever removed. The asbestos was identified in the mastic/jacketing around the fiberglass insulation. FGS performed testing on various floors and found consistent results. As a whole, the jacketing appeared damaged at the time of the survey. The original jacketing, which is documented as asbestos by this report, is different in appearance than the non-asbestos jacketing and insulation found on the chilled water lines throughout the main chiller room located on the fifth floor. The chiller room had a large scale abatement activity in the early 1990's which removed the asbestos in that room. However, the jacketing on the insulation of piping at the small chiller/turbine in the caged-in mechanical landing on the fifth floor is the same asbestos material found in the rest of the mechanical rooms. This jacketing should be considered as friable ACM in accordance with the EPA's NESHAPs.

Fire Doors

Fire doors are located throughout the building at stairwells, mechanical rooms, vaults, document lift stations and other fire break areas. While we observed the asbestos insulation comprising the core of the fire door at the document lift station on the ninth floor others are assumed to contain a similar core. FGS attempted to locate other fire doors which may have had damage to access the core, with no success. It is common for fire doors within a building of this age to contain up to 60% friable asbestos in the core. Therefore, all fire doors within this building should be considered to have asbestos cores. This would mean personnel working on these doors should be trained and certified to work with asbestos materials before they drill, saw into or otherwise damage the doors. When left in tact these fire doors can be considered Category II non-friable ACM in accordance with EPA's NESHAPs. However, when damaged the core is considered friable ACM according NESHAPs.

Overspray

Asbestos containing overspray from when the building was originally fireproofed is evident in the elevator shafts of the building. Apparently when the building was originally fireproofed the

First Florida Bank                                                  **SECTION 6.0**
The Wilson Company/The Taylor Simpson Group      **ASBESTOS CONTAINING MATERIALS**
                                                                    Page 6-6

---

openings to the elevator shafts were not closed off resulting in asbestos overspray on the walls, beams, cross members and surfaces within the shafts. It is located within the shafts the entire height of the building. The overspray was found to be friable and easily damaged by touch. It is therefore regulated as friable ACM according to EPA's NESHAPs. While air samples taken within the elevator shafts and adjacent elevator lobbies did not detect significant airborne concentrations, the velocity of air created when the elevators go up and down could disturb the integrity of the overspray. In addition, elevator personnel are required to enter the shafts regularly to perform maintenance work on the elevators. These personnel should be trained to work within spaces with friable asbestos and have knowledge of how to protect themselves when needed.

Cementitious Panels

Asbestos containing cementitious flat panels were documented to be present at the curtain walls within the kitchen area of the 35th floor. In addition, asbestos containing cementitious louvered panels are located on the cooling tower on the roof of the 35th floor. In both of these cases, these panels were observed in overall good condition with minor localized damage. These panels are considered Category II non-friable ACM in accordance with NESHAPs. These materials should not be drilled, sanded, sawed, or other wise abraded to the point of creating an airborne fiber release. Only personnel appropriately trained and certified should handle these materials.

Roofing Materials

Since sampling roofing materials may void the warranty and possibly create leaks within the building FGS relied on the review of the records at the building to help determine locations and extent of asbestos roofing product. While reviewing the asbestos abatement records for the subject site, FGS came across documentation discussing limited roof repair activities and installations. However, we found no documentation that said asbestos containing roofing materials were removed and replaced with non-asbestos products. Therefore, all roofing materials at the subject site should be considered to be asbestos until proven otherwise. Roofing contractors may be necessary to adequately sample and repair the sampling locations otherwise roof warranties may be voided and leaks may occur.

- The vibration dampeners on Air Handling Units are also assumed since sampling would destroy the integrity of the vibration dampeners.

PIS-616082

First Florida Bank
The Wilson Company/The Taylor Simpson Group

**SECTION 7.0**
***OPTIONS & ESTIMATED COSTS***
**FOR HANDLING IDENTIFIED ACM**
Page 7-1

The following options and estimated costs for removal are provided for informational and budgetary purposes only. Theses prices are based on contractor's bid's from similar past projects managed by FGS, Inc. They do not represent terms for contract and specific conditions unknown at this time may affect contractor's actual bid prices.

## OPTION I
## REMOVAL OF ALL ACM AT ONE TIME

### Asbestos Consultant

| | |
|---|---|
| Asbestos Abatement Specification & Pre-bid Walk-through | $ 8,000.00 |
| On-site Air Monitoring and Air Sampling (Est. up to 180 Days) | 72,000.00 |
| Project Management and Final Report Preparation | $ 10,000.00 |
| Total Estimated Asbestos Consultant's Costs - Option 1 | $ 90,000.00 |

### Asbestos Contractor

| | |
|---|---|
| Basement & First Floor Areas | $ 195,000.00 |
| Second Floor Garage Cavity Spaces | 40,000.00 |
| Ninth Floor - Entire Floor | 145,000.00 |
| Thirty-fifth Floor - Entire Floor | 155,000.00 |
| Thirty-sixth Floor - Entire Floor | 120,000.00 |
| Elevator Shafts | 145,000.00 |
| Fire Doors (On Floors With No Asbestos Fireproofing) | 10,000.00 |
| Coating on jacket on pipes in Mechanical Rooms (On Floors With No Asbestos Fireproofing) | 10,000.00 |
| Asbestos Floor Coverings (On Floors With No Asbestos Fireproofing) | 10,000.00 |
| Cementitious Louvers on Cooling Tower | $ 5,000.00 |
| Total Estimated Asbestos Abatement Contractor's Costs - Option 1 | $835,000.00 |

PIS-616083

c:\rdm\bft\C96-O98.D6

First Florida Bank
The Wilson Company/The Taylor Simpson Group

**SECTION 7.0**
**OPTIONS & ESTIMATED COSTS**
**FOR HANDLING IDENTIFIED ACM**
Page 7-2

## OPTION II
## REMOVAL OF ACM AS NEEDED

<u>Asbestos Consultant</u>

| | |
|---|---|
| Asbestos Operations & Maintenance Program and Training of On-site Maintenance (Based On 5 Year Program) | $ 12,500.00 |
| Asbestos Abatement Specifications & Pre-bid Walk-throughs | 24,000.00 |
| On-site Air Monitoring and Air Sampling (Est. 220 Days) | 88,000.00 |
| Project Management and Final Report Preparation | 15,500.00 |
| **Total Estimated Asbestos Consultant's Costs - Option 2** | **$140,000.00** |

<u>Asbestos Contractor</u>

| | |
|---|---|
| Basement & First Floor Areas | $ 200,000.00 |
| Second Floor Garage Cavity Spaces | 50,000.00 |
| Ninth Floor - Entire Floor | 155,000.00 |
| Thirty-fifth Floor - Entire Floor | 178,000.00 |
| Thirty-sixth Floor - Entire Floor | 135,000.00 |
| Elevator Shafts | 155,000.00 |
| Fire Doors (On Floors With No Asbestos Fireproofing) | 24,000.00 ←— |
| Coating on jacket on pipes in Mechanical Rooms (On Floors With No Asbestos Fireproofing) | 26,000.00 ←— |
| Asbestos Floor Coverings (On Floors With No Asbestos Fireproofing) | 27,500.00 ←— |
| Cementitious Louvers on Cooling Tower | 17,500.00 ←— |
| **Total Estimated Asbestos Abatement Contractor's Costs - Option 2** | **$968,000.00** |

PIS-616084

s:\rdm\b\096-098.08

First Florida Bank                                           **SECTION 8.0**
The Wilson Company/The Taylor Simpson Group                  **CONCLUSIONS AND**
                                                             **RECOMMENDATIONS**
                                                             **Page 8-1**

---

Effective management of asbestos containing material (ACM) is critical to protect human health and reduce potential liability. Based on the observations and analytical results obtained during this project, FGS, Inc. (FGS) provides the following recommendations:

1.  Baseline air monitoring should be performed to document the airborne fiber levels within areas of this facility with friable ACM. Air monitoring combined with visual inspections of the ACM are suggested as a guide in controlling occupants exposure to asbestos fibers.

2.  Current or future damage of ACM noted within the facility should be either repaired to an undamaged condition or properly isolated from occupant exposure. Currently, the areas not occupied with asbestos fireproofing should be secured from general occupant entrance.

3.  Disturbance of the ACM, both friable and non-friable, should be avoided at all times. Only personnel trained in accordance with EPA, OSHA and State of Florida guidelines should handle the identified or assumed ACM. ACM should not be drilled, sanded, sawed or otherwise disturbed in a manner which will create an airborne fiber release. This includes the personnel required to access spaces with friable ACM (i.e. ceiling spaces, elevator shafts, elevator rooms, and electrical switch gear rooms).

4.  Prior to any demolition or renovation activities which would damage areas with ACM, ACM materials should be removed in accordance with local, state and federal guidelines. Firms hired to perform asbestos abatement activities or work on ACM should be appropriately licensed and trained and follow EPA, OSHA and State of Florida guidelines for handling ACM. State of Florida statutes require asbestos to be removed and handled by a licensed asbestos contractor with the exception of bituminous roofing products, resilient floor coverings and asbestos cement roof shingles. These materials can be handled by a general contractor provided he/she has completed the appropriate level of asbestos training. However, FGS feels that handling these materials by personnel not licensed as an asbestos contractor may unnecessarily expose workers and building occupants to increased levels of airborne asbestos.

5.  If, prior to or during demolition or renovation activities, a material is observed that is not noted in this inspection report or is suspected as containing asbestos, activity should halt and the material should be evaluated to determine if asbestos is present.

6.  The EPA has indicated that there are no longer any grounds for completely deferring actions once asbestos is identified in a building. Even when asbestos is identified in a building, and exists under ideal conditions, the minimal corrective actions that should be taken (according to the EPA) consist of an Operations & Maintenance (O&M) Program and on-going risk management of the material.

PIS-616085

t:\rdos\bk\ge6--078.06

### Halliwell Backup for First Florida Tower

| Date | Description |
|---|---|
| | **Phase 1 Spec** |
| | ATEC Environmental Services Project Specifications |
| | **Elevator Lobbies 2-5 Daily Project Reports** |
| | Daily reports for First Florida Towers from 5/18/89 through 10/12/89 |
| | **First Florida Project File – McEwan Travel Agency** |
| | ATEC Associates Daily Reports for the period 10/25/88 through 3/11/89 |
| 7/23/88 | Minutes of Pre-Bid Meeting and Walkthrough, Suite 2316, First Florida Tower, Tampa, Florida prepared by ATEC Environmental Consultants |
| | **First Florida Project File Phase 1 – 11, 12, 17, 19, 20, 21, 22, 32 and basement (GTE) (partial)** |
| | Quality Control Plan prepared for asbestos abatement project at First Florida Tower, 111 Madison Street, Tampa, Florida by ATEC Environmental Associates |
| | **Phase 2 Daily Project Reports–** |
| | Daily reports for the time period 4/9 through 9/17/89 |
| | **First Florida Project File – 6th floor** |
| 1/25/91 | Letter from ATEC Environmental Consultants to CLW Realty Asset Group re: asbestos abatement monitoring and air sampling report, First Florida Tower asbestos abatement – 6th floor, West elevator lobby and office spaces, 111 Madison Street, Tampa, Florida |
| | Daily Project Reports for the time period 5/24/90-10/8/90 |
| | Appendix C Asbestos Waste Disposal Manifests |
| | Asbestos Abatement Technology Landfill Receipts |

**Date**                                                    **Description**

**2-6 Stairwell Landings Project File**

Daily reports for the time period 1/7/90 through 2/22/90

**First Florida Project File – 33rd floor**

Project Information Logs for the period 10/15-11/15/90

Asbestos Abatement Monitoring and Air Sampling Report, First Florida Tower Asbestos Abatement – 33rd floor, 111 Madison Street, Tampa, Florida prepared by ATEC Environmental Consultants

10/25/90          First Florida Tower – 33rd floor Project Meeting Minutes

**First Florida Project File – 34th floor**

12/9/91          Final report of removal of asbestos-containing materials – First Florida Tower, Tampa, Florida prepared for CLW Realty Asset Group by ATEC Associates

Project Information Logs for the time period 10/31-11/30/91

**First Florida Project File – 25th floor**

Project Summary Report to Prudential for asbestos abatement and demolition at 25th floor, First Florida Tower prepared by BCM Converse

Observer's Progress Reports for the time frame 9/29-10/10/92

Appendix – scope of work and drawings

Daily Job Reports for the period 9/29-11/12/92

11/10/92          Letter from BCM to Samurai Construction re: asbestos abatement First Florida Tower - Floor 25 enclosing Work Directive Change Order 1

9/15/92          Letter from BCM to First Florida Tower re: asbestos abatement, floor 25 First Florida Tower enclosing bid document and technical specifications

10/7/92          Letter from BCM to Samurai Construction re: First Florida Tower - Floor 25 asbestos abatement and renovation pre-construction meeting minutes

10/14/92          Letter from BCM to Samurai Construction re: First Florida Tower - Floor 25 asbestos abatement and renovations pre-construction meeting

2

**Date**                                        **Description**

10/19/92        Letter from BCM to Samurai Construction re: First Florida Tower - Floor
                25 asbestos abatement and renovations with minutes of progress meeting 2

10/28/92        Letter from BCM to Samurai Construction re: First Florida Tower - Floor
                25 asbestos abatement and renovations with minutes of progress meeting 3

11/11/92        Letter from BCM to Samurai Construction re: First Florida Tower - Floor
                25 asbestos abatement and renovations enclosing minutes of progress
                meeting 4

10/8/92         Letter from Samurai Construction to CLW Realty Asset Group re: First
                Florida Tower 25th floor asbestos abatement

10/13/92        Letter from Aneco to Samurai Construction re: install and remove
                temporary power First Florida

10/7/92         Letter from BCM to Samurai Construction re: asbestos abatement, First
                Florida Tower - Floor 25, Tampa, Florida

10/16/92        Letter from Samurai Construction to BCM re: First Florida Tower, 25th
                floor standby power

9/92            Technical specification asbestos abatement and renovations, First Florida
                Tower, Floor 25, Tampa, Florida prepared by BCM Engineers

**First Florida Project File – 32nd floor**

6/22/93         Letter from Law Engineering to CLW Realty Asset Group re: asbestos
                abatement alternative budget analysis of 32nd floor First Florida Tower

2/11/94         Letter from Law Engineering to CLW Realty Asset Group re: report of
                abatement observations, air monitoring and fireproofing testing, First
                Florida Tower 8th and 32nd floor

4/30/93         Law Engineering memo re: pre-bid conference meeting agenda, First
                Florida Tower, Tampa, Florida

                Law Engineering progress meeting minutes from 7/29/93 through 9/20/93

11/24/93        Law Engineering letter to Samurai Construction re: punch list asbestos
                removal project, 8th and 32nd floors, First Florida Tower

7/23/93         Memo re: First Florida Tower – acceptance of Law Engineering's

3

| **Date** | **Description** |
|---|---|
| | addendum to the technical specification and revised cost structure |
| | Project manual for removal of asbestos-containing materials at the First Florida Tower, 9th and 32nd floors |

### First Florida Project File – 7th floor

| | |
|---|---|
| 10/13/94 | Quality Assurance Monitoring Report, Prudential Real Estate Investors prepared by Accredited Environmental Technologies |
| 7/88 | First Florida specifications prepared by ATEC Environmental Services |

### First Florida BCM 12/86 Specification

| | |
|---|---|
| 12/86 | Asbestos removal for First Florida Tower prepared by BCM |

### First Florida O&M Project Files

| | |
|---|---|
| 10/20/87 | Letter from ATEC Associates to Prudential re: Proposal for Industrial Hygiene, Operations and Maintenance – First Florida Tower |
| 11/24/87 | Letter from ATEC Associates to Grubb & Ellis of Florida re: operations and maintenance and health and safety concerns – First Florida Tower |
| 1/21/88 | Letter from ATEC Associates to Grubb & Ellis re: inspection of First Florida Tower to determine the potential asbestos hazard relating to maintenance workers |
| 3/1/88 | Letter from ATEC Associates to Grubb & Ellis of Florida re: update – operations and maintenance program for First Florida Tower |

### First Florida Purchase and Sales Agreement

| | |
|---|---|
| 5/9/96 | Purchase and Sale Agreement between Prudential and TWC Fifty-Five, Inc. and Taylor Simpson Group, Inc. |

3252852.01

4

# EXHIBIT D

3591489.1

First Florida Tower
Tampa, FL
(W.R. Grace)

## TABLE 2
## Summary of Asbestos Fireproofing Removal and Replacement Net Costs Prior to Building Sale

| PROJECT INFORMATION | 1st SW Corner | 1st Flr Lobby | 26th, 27th (no columns) | Part of 1st (NW & SE) 26th,27th columns | 14th, 18th, 24th, 29th, 30th, 31st |
|---|---|---|---|---|---|
| Floor (s) | | | | | |
| Abatement Dates | 09/86 | 03/04/87–03/26/87 | 10/12/87–12/11/087 | 01/13/88–02/12/88 | 08/26/88–01/20/89 |
| Abatement Contractor | DPC | ARHC | Blackwell & Co | DPC/Gen. Ctn. | A.A.T. |
| Abatement Consultant | ATEC | BCM | ATEC | ATEC | ATEC |
| Project Floor Area (square feet) | 6,300 | 2,538 | 28,752 | 7,335 | 86,256 |
| GROSS ABATEMENT PROJECT COSTS (1) | | | | | |
| Abatement Contractor | $65,890.00 | $48,950.00 | $324,427.80 | $110,388.00 | $722,929.00 |
| Abatement Consultant | 2,852.00 | 16,650.00 | 38,591.39 | 23,035.21 | 103,135.22 |
| Electrical | 0.00 | 0.00 | 0.00 | 0.00 | 265.00 |
| Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 13,556.00 |
| Total Gross Abatement Project Costs | $68,742.00 | $65,600.00 | $363,023.19 | $133,423.21 | $839,885.22 |
| Total Cost per square foot of floor area | $10.91 | $25.85 | $12.63 | $18.19 | $9.74 |
| DEDUCTIONS FOR NON FIREPROOFING PROJECT COSTS (NON FP) | | | | | |
| Vinyl Asbestos Floor Tile (VAT) Removal (2) | $0.00 | $0.00 | $0.00 | $0.00 | $6,631.00 |
| Thermal System Insulation (TSI) Removal (3) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Miscellaneous Project Cost Deductions (4) | 0.00 | 0.00 | 450.00 | 0.00 | 13,401.00 |
| Total Project Deductions | $0.00 | $0.00 | $450.00 | $0.00 | $20,032.00 |
| CONTAMINATED BUILDING COMPONENT REPLACEMENT COSTS (5) | | | | | |
| Ceilings | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Light Fixtures | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ductwork | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Contaminated Building Component Replacement Costs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL NET PROJECT COSTS | | | | | |
| Total Net Project Costs | $68,742.00 | $65,600.00 | $362,573.19 | $133,423.21 | $819,853.22 |
| Total Net Project Costs Per Square Foot of Floor Area | $10.91 | $25.85 | $12.61 | $18.19 | $9.50 |

Notes:
(1) Refer to Table 3 for detailed listing of Gross Abatement Project Costs.
(2) Refer to Appendix D for Summary of VAT Project Cost Deductions.
(3) Refer to Appendix E for Summary of TSI Project Cost Deductions.
(4) Refer to Appendix F for detailed listing of Miscellaneous Project Cost Deductions.
(5) Refer to Table 7 for costs not included in this report.
(6) Consultant costs estimated, based on consultant / total cost percentage for projects completed in 1989 and 1990 = 8 % (rounded).

96103

First Florida Tower
Tampa, FL
(W.R. Grace)

## TABLE 2
### Summary of Asbestos Fireproofing Removal and Replacement Net Costs Prior to Building Sale

| PROJECT INFORMATION / Floor (s) | Elevator Lobbies 2nd, 3rd, 4th, & 5th | 1st McEwan Travel 12/89–01/90 | 10–13, 15–17, 19–23, 2B, Basement (partial) 04/01/89–02/27/90 | 6th Flr Elev. Lobby & Office Area | West Stairwells / Landings 3rd, 4th, 5th & 6th |
|---|---|---|---|---|---|
| Abatement Dates | 11/89 | 12/89–01/90 | 04/01/89–02/27/90 | 02/90 | 02/90 |
| Abatement Contractor | Cross | Cross | Cross Con. Co. | Cross Con. Co. | Cross |
| Abatement Consultant | ATEC | ATEC | ATEC | ATEC | ATEC |
| Project Floor Area (square feet) | 2,640 | 400 | 215,398 | 1,956 | 180 |
| GROSS ABATEMENT PROJECT COSTS (1) | | | | | |
| Abatement Contractor | $60,393.60 | $13,500.00 | $2,237,900.75 | $25,000.00 | $7,800.00 |
| Abatement Consultant | 4,831.49 (6) | 1,080.00 (6) | 142,480.85 | 1,526.26 | 624.00 (6) |
| Electrical | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Gross Abatement Project Costs | $65,225.09 | $14,580.00 | $2,380,381.60 | $26,526.26 | $8,424.00 |
| Total Cost per square foot of floor area | $24.71 | $36.45 | $11.05 | $13.56 | $46.80 |
| DEDUCTIONS FOR NON FIREPROOFING PROJECT COSTS  (NON FP) | | | | | |
| Vinyl Asbestos Floor Tile (VAT) Removal (2) | $0.00 | $0.00 | $48,223.00 | $0.00 | $0.00 |
| Thermal System Insulation (TSI) Removal (3) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Miscellaneous Project Cost Deductions (4) | 0.00 | 0.00 | 3,370.00 | 0.00 | 0.00 |
| Total Project Deductions | $0.00 | $0.00 | $51,593.00 | $0.00 | $0.00 |
| CONTAMINATED BUILDING COMPONENT REPLACEMENT COSTS (5) | | | | | |
| Ceilings | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Light Fixtures | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ductwork | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Contaminated Building Component Replacement Costs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL NET PROJECT COSTS | | | | | |
| Total Net Project Costs | $65,225.09 | $14,580.00 | $2,328,788.60 | $26,526.26 | $8,424.00 |
| Total Net Project Costs Per Square Foot of Floor Area | $24.71 | $36.45 | $10.81 | $13.56 | $46.80 |

Notes:
(1) Refer to Table 3 for detailed listing of Gross Abatement Project Costs.
(2) Refer to Appendix D for Summary of VAT Project Cost Deductions.
(3) Refer to Appendix E for Summary of TSI Project Cost Deductions.
(4) Refer to Appendix F for detailed listing of Miscellaneous Project Cost Deductions.
(5) Refer to Table 7 for costs not included in this report.
(6) Consultant costs estimated, based on consultant / total cost percentage for projects completed in 1989 and 1990 = 8 % (rounded).

First Florida Tower
Tampa, FL
(W.R. Grace)

## TABLE 2
## Summary of Asbestos Fireproofing Removal and Replacement Net Costs Prior to Building Sale

| PROJECT INFORMATION Floor (#) | 6th Floor Office space 09/24/90–10/09/90 Cross Con. Co. ATEC | 33rd 10/13/90–11/16/90 Cross Con. Co. ATEC | 34th 10/21/91–11/21/91 Cross Con. Co. ATEC | 25th 09/29/92–11/04/92 Samuni BCM | 8th & 32nd 08/02/93–09/24/93 Samuni Law |
|---|---|---|---|---|---|
| Abatement Dates | | | | | |
| Abatement Contractor | | | | | |
| Abatement Consultant | | | | | |
| Project Floor Area (square feet) | 3,448 | 14,646 | 14,646 | 14,106 | 28,752 |
| **GROSS ABATEMENT PROJECT COSTS (1)** | | | | | |
| Abatement Contractor | $50,788.50 | $146,263.00 | $150,000.00 | $194,600.00 | $422,000.00 |
| Abatement Consultant | 7,177.18 | 12,656.78 | 12,135.00 | 44,622.33 | 41,951.43 |
| Electrical | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 11,681.22 |
| Total Gross Abatement Project Costs | $57,965.68 | $158,919.78 | $162,135.00 | $239,222.33 | $475,632.65 |
| Total Cost per square foot of floor area | $16.81 | $10.85 | $11.07 | $16.96 | $16.54 |
| **DEDUCTIONS FOR NON FIREPROOFING PROJECT COSTS (NON FP)** | | | | | |
| Vinyl Asbestos Floor Tile (VAT) Removal (2) | $3,336.00 | $1,545.00 | $0.00 | $3,300.00 | $1,278.20 |
| Thermal System Insulation (TSI) Removal (3) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Miscellaneous Project Cost Deductions (4) | 180.00 | 0.00 | 135.00 | 18,258.29 | 24,609.72 |
| Total Project Deductions | $3,516.00 | $1,545.00 | $135.00 | $21,558.29 | $25,887.92 |
| **CONTAMINATED BUILDING COMPONENT REPLACEMENT COSTS (5)** | | | | | |
| Ceilings | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Light Fixtures | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ductwork | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Contaminated Building Component Replacement Costs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL NET PROJECT COSTS** | | | | | |
| Total Net Project Costs | $54,449.68 | $157,374.78 | $162,000.00 | $217,664.04 | $449,744.73 |
| Total Net Project Costs Per Square Foot of Floor Area | $15.79 | $10.75 | $11.06 | $15.43 | $15.64 |

Notes:
(1) Refer to Table 3 for detailed listing of Gross Abatement Project Costs.
(2) Refer to Appendix D for Summary of VAT Project Cost Deductions.
(3) Refer to Appendix E for Summary of TSI Project Cost Deductions.
(4) Refer to Appendix F for detailed listing of Miscellaneous Project Cost Deductions.
(5) Refer to Table 7 for costs not included in this report.
(6) Consultant costs estimated, based on consultant / total cost percentage for projects completed in 1989 and 1990 = 8 % (rounded).

96103

First Florida Tower
Tampa, FL
(W.R. Grace)

## TABLE 2
### Summary of Asbestos Fireproofing Removal and Replacement Net Costs Prior to Building Sale

| PROJECT INFORMATION Floor (s) | 7th | TOTALS |
|---|---|---|
| Abatement Dates | 08/15/94–09/30/94 | |
| Abatement Contractor | Cross Env. Serv., | |
| Abatement Consultant | A.E.T. | |
| Project Floor Area (square feet) | 40,604 | 467,957 |
| **GROSS ABATEMENT PROJECT COSTS** (1) | | |
| Abatement Contractor | $346,500.00 | $4,927,330.65 |
| Abatement Consultant | 47,581.10 | 500,934.24 |
| Electrical | 0.00 | 265.00 |
| Miscellaneous | 0.00 | 25,237.22 |
| Total Gross Abatement Project Costs | $394,081.10 | $5,453,767.11 |
| Total Cost per square foot of floor area | $9.71 | $11.65 |
| **DEDUCTIONS FOR NON FIREPROOFING PROJECT COSTS (NON FP)** | | |
| Vinyl Asbestos Floor Tile (VAT) Removal (2) | $6,000.00 | $70,313.20 |
| Thermal System Insulation (TSI) Removal (3) | 9,500.00 | 9,500.00 |
| Miscellaneous Project Cost Deductions (4) | 2,731.10 | 63,135.11 |
| Total Project Deductions | $18,231.10 | $142,948.31 |
| **CONTAMINATED BUILDING COMPONENT REPLACEMENT COSTS** (5) | | |
| Ceilings | $0.00 | $0.00 |
| Light Fixtures | 0.00 | 0.00 |
| Ductwork | 0.00 | 0.00 |
| Total Contaminated Building Component Replacement Costs | $0.00 | $0.00 |
| **TOTAL NET PROJECT COSTS** | | |
| Total Net Project Costs | $375,850.00 | $5,310,818.80 |
| Total Net Project Costs Per Square Foot of Floor Area | $9.26 | $11.35 |

Notes:
(1) Refer to Table 3 for detailed listing of Gross Abatement Project Costs.
(2) Refer to Appendix D for Summary of VAT Project Cost Deductions.
(3) Refer to Appendix E for Summary of TSI Project Cost Deductions.
(4) Refer to Appendix F for detailed listing of Miscellaneous Project Cost Deductions.
(5) Refer to Table 7 for costs not included in this report.
(6) Consultant costs estimated, based on consultant / total cost percentage for projects completed in 1989 and 1990 = 8 % (rounded).

Halliwell Engineering Associates, Inc.  July, 1996

First Florida Tower
Tampa, FL
(W.R. Grace)

## TABLE 3
### Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor No. | Vendor | Invoice No. | Invoice Date | Total Invoice | Non PP | Description |
|---|---|---|---|---|---|---|
| Lobby | Asbestos Removal & Hazards Control | 3617 | 4/9/87 | $38,000.00 | | Asbestos Abatement. |
| | Asbestos Removal & Hazards Control | App #2 | 6/1/87 | 10,950.00 | | Asbestos abatement includes C.O. #2 C.O. #2=$10,950.00 for removal of asbestos fireproofing and replacement above entrance. |
| | Contractor Subtotal = | | | $48,950.00 | | Total Contract Value = $38,000.00 (P.O.) + $10,950.00 (C.O.) = $48,950.00 |
| | BCM | 3–318 | 3/31/87 | $6,850.00 | | Project monitoring. |
| | BCM | 4–480 | 4/29/87 | 9,800.00 | | Project monitoring. |
| | Consultant Subtotal = | | | $16,650.00 | | |
| | Gross Abatement Project Costs = | | | $65,600.00 | | |

Halliwell Engineering Associates, Inc. July, 1996

96103

First Florida Tower
Tampa, FL
(W.R. Grace)

## TABLE 3

Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor No. | Vendor | Invoice No. | Invoice Date | Total Invoice | Non IP | Description |
|---|---|---|---|---|---|---|
| 26th & 27th | Wayne Blackwell & Co. | 240–1 | 11/13/87 | $168,750.00 | | Asbestos Abatement. |
| | Wayne Blackwell & Co. | 240–2 | 12/11/87 | 139,050.00 | | Asbestos Abatement. |
| | Wayne Blackwell & Co. | 240–3 | 2/1/88 | 16,627.80 | | Asbestos Abatement includes $17,572.20 in backcharges to contractor. |
| | | **Contractor Subtotal =** | | **$324,427.80** | | **Total Contract Value = $342,000.00 (Contract) − $17,572.20 (backcharges) = $324,427.80** |
| | ATEC | 3202857 | 9/30/87 | $5,053.51 | | Project monitoring. |
| | ATEC | 3203092 | 10/31/87 | 6,855.73 | | Project monitoring. |
| | ATEC | 3203347 | 11/27/87 | 16,466.15 | | Project monitoring. |
| | ATEC | 3203438 | 12/31/87 | 10,220.00 | | Project monitoring. |
| | | **Consultant Subtotal =** | | **$38,595.39** | x | **Misc. deduct for 15 bulk samples = $450.00** |
| | **Gross Abatement Project Costs =** | | | **$363,023.19** | x | **Total Miscellaneous Deduct = $450.00 (Deducted on Table 2).** |

Halliwell Engineering Associates, Inc. July, 1996

Page 3

First Florida Tower
Tampa, FL
(W.R. Grace)

TABLE 3

Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor No. | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| 1st, 26th, 27th | DPC Gen. Con. | App. No. 1 | 3/10/88 | $89,629.00 | | 1st floor (suites 101 & 103), 26th & 27th floor abatement |
| | DPC Gen. Con. | App. No. 2 | 4/28/88 | 17,959.00 | | 1st floor (suites 101 & 103), 26th & 27th floor abatement |
| | DPC Gen. Con. | App. No. 3 | 10/21/88 | 1,000.00 | | 1st floor (suites 101 & 103), 26th & 27th floor abatement |
| | DPC Gen. Con. | App. No. 5 | 5/1/89 | 1,800.00 | | CO #1 =$1,800.00 for removal and disposal of contaminated ducts in 1st floor NW area. |
| | | | | | | Remove & dispose, as contaminated, ducts in 1st floor NW area. |
| | | Contractor Subtotal= | | $110,368.00 | | Total Contract Value= $108,588.00 (Contract) + $1,800.00 (CO) = $110,388.00 |
| | ATEC | 3203637 | 12/31/87 | $3,637.09 | | Project monitoring. |
| | ATEC | 3203835 | 1/29/88 | 9,916.07 | | Project monitoring. |
| | ATEC | 3204070 | 2/29/88 | 9,482.05 | | Project monitoring. |
| | | Consultant Subtotal= | | $23,035.21 | | |
| | | Gross Abatement Project Costs = | | $133,423.21 | | |

First Florida Tower
Tampa, FL
(W.R. Grace)

TABLE 3

## Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor No. | Vendor | Invoice No. | Invoice Date | Total Invoice | Non IP | Description |
|---|---|---|---|---|---|---|
| 14th, 18th, 24th 29th, 30th, 31st | A.A.T. | App. No. 1 | 9/28/88 | $134,262.00 | | Asbestos Abatement. |
| | A.A.T. | App. No. 2 | 9/19/88 | 114,140.00 | | Asbestos Abatement. |
| | A.A.T. | App. No. 3 | 10/20/88 | 105,361.00 | | Asbestos Abatement. |
| | A.A.T. | App. No. 4 | 11/22/88 | 71,106.00 | | Asbestos Abatement. |
| | A.A.T. | App. No. 5 | 1/4/89 | 68,493.00 | | Asbestos Abatement including C.O. #1: C.O.#1 = $4,784.00 for floor tile removal. VAT Deduct = $4,784.00 |
| | | | | | x | |
| | A.A.T. | App. No. 6 | 1/30/89 | 39,367.00 | | Asbestos Abatement. |
| | A.A.T. | App. No. 7 | 2/29/89 | (1) | | App. No 7 paid in settlement agreement dated 10/6/89. |
| | A.A.T. | App. No. 8 | 4/25/89 | (1) | | App. No. 8 paid in settlement agreement dated 10/6/89. |
| | A.A.T. | App. No. 9 | 4/26/89 | (1) | | App. No. 9 paid in settlement agreement dated 10/6/89. |
| | A.A.T | (1) | 10/6/89 | 190,200.00 | | See Note (1) below |
| | | **Contractor Subtotal =** | | **$722,929.00** | x | Total Contract Value = $688,145.00 (Contract) + $34,784.00 (C.O. & settlement amount) = $722,929.00 |
| | ATEC | 3204669 | 5/31/88 | $357.50 | | Project design. |
| | ATEC | 3205103 | 6/30/88 | 1,808.40 | | Project design. |
| | ATEC | 3205460 | 8/31/88 | 13,466.47 | | Project design and monitoring. |
| | ATEC | 3205862 | 9/30/88 | 16,399.98 | | Project monitoring |
| | ATEC | 3206124 | 10/31/88 | 14,262.24 | | Project monitoring |
| | ATEC | 3206379 | 11/30/88 | 10,287.28 | | Project monitoring |
| | ATEC | 3206634 | 12/31/88 | 12,805.54 | | Project monitoring |
| | ATEC | 3206809 | 1/30/89 | 9,870.75 | | Project monitoring |
| | ATEC | 3207113 | 2/19/89 | 14,034.31 | | Project monitoring |
| | ATEC | 3207252 | 3/30/89 | 9,842.75 | | Project monitoring |
| | | **Consultant Subtotal =** | | **$103,135.22** | x | Misc. deduct for 23 bulk samples = $920.00 |

(1) Settlement agreement dated 10/6/89 ($140,200.00 for balance of contract plus $50,200.00 for additional work). This amount includes App No. 7 for $37,583.00 and App. No. 8 for $28,324.00 both previously not paid. Also included is the $7,000.00 for liquidated damages deleted from App. No. 6, plus the retainage fee of $67,293.00.

96103

First Florida Tower
Tampa, FL
(W.R. Grace)

## TABLE 3

### Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor No. | Vendor | Invoice No. | Invoice Date | Total Invoice | Non IP | Description |
|---|---|---|---|---|---|---|
| 14th, 18th, 24th 29th, 30th, 31st | Hamilton Electric | 23/319 | 10/21/88 | $53.00 | | Disconnect alarm system on 31st floor |
| | Hamilton Electric | 23000 | 8/19/88 | 212.00 | | Disconnect electricon 31st floor |
| | | Electrical Subtotal = | | $265.00 | | |
| | T.A.Taylor Inc. | S1343 | 4/14/89 | $1,075.00 | | Repair fireproofing where ducts were removed. |
| | Grinnell Fire Protection | 109364 | 11/18/88 | $12,481.00 | x | Sprinkler installation 31st floor. Misc. deduct = $12,481.00 |
| | | Miscellaneous Subtotal = | | $13,556.00 | | |
| | Gross Abatement Project Costs = | | | $339,885.22 | x x x | VAT Deduct = $4,784.00 (Deducted on Table 2). See Appendix D for additional VAT deducts. Total Miscellaneous Deducts = $13,401.00 (Deducted on Table 2). Tenant Contribution= $294,501.55 (Deducted on Table 1). |

Halliwell Engineering Associates, Inc. July, 1996

96103

First Florida Tower
Tampa, FL
(W.R. Grace)

**TABLE 3**

**Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale**

| Floor No. | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| Elev, Lobbies 2nd, 3rd, 4th, 5th | Cross. Con. Co. | | 11/30/89 | $60,393.60 | | Asbestos abatement of lobbies |
| | | Contractor Subtotal = | | $60,393.60 | | Total Contract Value = $60,393.00 |
| | ATEC | (1) | (1) | $4,831.49 | | Project Monitoring |
| | | Consultant Subtotal = | | $4,831.49 | | |
| | | Gross Abatement Project Costs = | | $65,225.09 | | |

(1) Consultant costs estimated.  See Note (6) on Table 2.

Hallwell Engineering Associates, Inc. July, 1996

Page 7

96103

First Florida Tower
Tampa, FL
(W.R. Grace)

TABLE 3

**Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale**

| Floor No. | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|-----------|--------|-------------|--------------|---------------|--------|-------------|
| 1st Flr. McEwan Trvl | Cross Con. Co. | | 1/12/90 | $13,500.00 | | Asbestos abatement. |
| | | Contractor Subtotal = | | $13,500.00 | | Total Contract Value = $13,500.00 |
| | ATEC | (1) | (1) | $1,080.00 | | Project Monitoring |
| | | Consultant Subtotal = | | $1,080.00 | | |
| | | Gross Abatement Project Costs = | | $14,580.00 | | |

(1) Consultant costs estimated.   See Note (6) on Table 2.

Halliwell Engineering Associates, Inc. July, 1996

First Florida Tower
Tampa, FL
(W.R. Grace)

## TABLE 3

### Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor No. | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| 10th, 11th, 12th, 13th, 15th, 16th, 17th, 19th, 20th, 21st, 22nd, 23rd, 28th, Basement (partial) | Cross Con. Co. | App. No. 1 | 4/18/89 | $28,350.00 | | Asbestos Abatement. |
| | Cross Con. Co. | App. No. 1 | 4/21/89 | 87,885.00 | | Asbestos Abatement. |
| | Cross Con. Co. | App. No. 2 | 5/5/89 | 226,017.00 | | Asbestos Abatement. |
| | Cross Con. Co. | App. No. 3 | 6/2/89 | 186,563.25 | | Asbestos Abatement. |
| | Cross Con. Co. | App. No. 4 | 7/10/89 | 218,422.00 | | Asbestos Abatement. |
| | Cross Con. Co. | App. No. 5 | 8/8/89 | 166,726.00 | | Asbestos Abatement. |
| | Cross Con. Co. | App. No. 6 | 8/31/89 | 181,950.00 | | Asbestos Abatement. Includes C.O.#1 – 6. |
| | | | | | | C.O. #1 = $100.00 for cleaning ACM from blower assembly on 6th floor. |
| | | | | | | C.O. #2 = $700.00 for VAT removal from 11th floor. |
| | | | | | x | C.O. #3 = $2,400.00 for patching of document lift shaft on the 12th & 13th floors. |
| | | | | | x | C.O. #4 = $3,619.00 for VAT removal on the 13th and 22nd floors. |
| | | | | | x | C.O. #5 = $994.00 for VAT removal on the 28th floor. |
| | | | | | x | C.O. #6 = $7,948.50 for VAT removal for basement. |
| | | | | | | VAT Deduct = $13,261.50 (CO#2, CO#4, CO#5, and CO#6) |
| | Cross Con. Co. | App. No. 7 | 10/16/89 | 262,980.00 | | Asbestos Abatement includes C.O.#7 and C.O. #8. |
| | | | | | x | C.O. #7 = $578,872.00 for addition of asbestos abatement and refireproofing on the 10th, 15th, 16th and 17th floors. |
| | | | | | | C.O.#8 = $6,000.00 for patching document lift opening on the 19th, 20th, 21st, 22nd and 23rd floors. |
| | Cross Con. Co. | App. No. 8 | 11/13/89 | 147,838.00 | | Asbestos Abatement. |
| | Cross Con. Co. | App. No. 9 | 11/16/89 | 190,217.48 | | Asbestos Abatement including C.O. #9, 10 and 11. |
| | | | | | | C.O. #9 = $1,500.00 for patching document lift pit in basement. |
| | | | | | x | C.O. #10 = $3,600.00 for patching document lift shaft on 10th, 16th and 17th floors. |
| | | | | | | C.O. #11 = $134.75 for VAT removal from 10th floor. |
| | | | | | | VAT Deduct = $134.75 (CO#11) |
| | Cross Con. Co. | App. No. 10 | 11/30/89 | 128,895.98 | | Asbestos Abatement includes C.O. #12–16. |
| | | | | | | C.O. #12 = $1,200.00 for patching document lift shaft on 1st floor. |
| | | | | | x | C.O. #13 = $1,200.00 for removal of fireproofing from document lift shaft on 9th floor. |
| | | | | | x | C.O. #14 = $3,109.75 for VAT removal on 15th floor. |
| | | | | | x | C.O. #15 = $ 672.00 for VAT removal on 16th floor. |
| | | | | | | C.O. #16 = $144,718.00 for asbestos removal and refireproofing on the 23rd floor. |
| | | | | | | VAT Deduct = $3,781.75 (CO#14 and CO#15) |

Hallwell Engineering Associates, Inc. July, 1996

96103

First Florida Tower
Tampa, FL
(W.R. Grace)

TABLE 3

Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor No. | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP? | Description |
|---|---|---|---|---|---|---|
| 10th, 11th, 12th, 13th, 15th, 16th, 17th, 19th, 20th, 21st, 22nd, 23rd, 28th, Basement (partial) | Cross Con. Co. | App. No. 11 | 12/28/89 | $87,346.20 | | Asbestos abatement |
| | Cross Con. Co. | App. No. 12 | 1/30/90 | 172,735.19 | | Asbestos abatement includes C.O. #18 |
| | | | | | | C.O. #18 = $146,518.00 for abatement and refireproofing of east side of basement. |
| | Cross Con. Co. | App. No. 13 | 2/27/90 | 138,974.65 | | Asbestos abatement include C.O. #19–22. |
| | | | | | x | C.O. #19 = $6,755.00 for VAT removal on the 17th and 23rd floors. |
| | | | | | x | C.O. #20 = $18,548.00 for VAT removal in basement. |
| | | | | | | C.O. #21 = Never approved–voided. |
| | | | | | x | C.O. #22 = $5,742.00 for VAT removal in basement vault area. |
| | | | | | | VAT Deduct = $31,045.00 (CO#19, CO#20, and CO#22) |
| | Cross Con. Co. | | 9/29/89 | 13,000.00 | | Temporary air duct return–Basement |
| | | | | | | |
| | | Contractor Subtotal = | | $2,237,900.75 | | Total Contract Value = $2,030,976.50 (PO) + $206,924.25 (CO's) = $2,237,900.75 |
| | ATEC | 3207635 | 4/30/89 | $12,036.09 | | Project monitoring. |
| | ATEC | 3207723 | 5/21/89 | 21,810.19 | | Project monitoring. |
| | ATEC | 3207893 | 6/13/89 | 1,169.00 | | Project monitoring. |
| | ATEC | 3208138 | 6/30/89 | 18,703.78 | | Project monitoring. |
| | ATEC | 3208361 | 7/23/89 | 1,121.88 | | Project monitoring. |
| | ATEC | 3208339 | 7/31/89 | 13,308.83 | | Project monitoring. |
| | ATEC | 3208502 | 8/31/89 | 19,196.30 | | Project monitoring. |
| | ATEC | 3208818 | 9/28/89 | 15,282.20 | | Project monitoring. |
| | ATEC | 3209055 | 10/31/89 | 14,227.66 | | Project monitoring. |
| | ATEC | 3210301 | 2/28/90 | 21,384.26 | | Project monitoring. |
| | ATEC | 3210454 | 3/15/90 | (10,000.00) | x | Project monitoring — credit memo relating to invoice # 3210301 |
| | ATEC | 3210636 | 3/31/90 | 4,277.22 | | Project monitoring. |
| | ATEC | 3211657 | 6/28/90 | 1,260.00 | | Project monitoring. |
| | ATEC | 3212610 | 9/29/90 | 1,526.26 | | Project monitoring. |
| | ATEC | 3213024 | 10/31/90 | 7,177.18 | | Project monitoring. |
| | | Consultant Subtotal = | | $142,480.85 | | |
| | | | | | x | Misc. deduct for 80 bulk samples = $3,370.00 |
| | | Gross Abatement Project Costs = | | $2,380,381.60 | x | Total VAT Deduct = $48,223.00 (Deducted on Table 2). |
| | | | | | x | Total Miscellaneous Deduct = $3,370.00 (Deducted on Table 2). |

Halliwell Engineering Associates, Inc. July, 1996

96103

First Florida Tower
Tampa, FL
(W.R. Grace)

## TABLE 3

### Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor No. | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| 6th – Elev. Lobby & Office Area | Cross. Con. Co. | N/A | 02/27/90 | $25,000.00 | | Asbestos abatement |
| | | Contractor Subtotal = | | $25,000.00 | | Total Contract Value = $25,000.00 |
| | ATEC | 3312610 | 9/29/90 | $1,526.26 | | Project monitoring. |
| | | Consultant Subtotal = | | $1,526.26 | | |
| | | Gross Abatement Project Costs = | | $26,526.26 | | |

Halliwell Engineering Associates, Inc. July, 1996

96103

First Florida Tower
Tampa, FL
(W.R. Grace)

TABLE 3

Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor No. | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| West Stairwells 3rd, 4th, 5th, 6th | Cross Con. Co. | | 2/27/90 | $7,800.00 | | Asbestos abatement of stairwells |
| | | Contractor Subtotal = | | $7,800.00 | | Total Contract Value = $7,800.00 |
| | ATEC | (1) | (1) | $624.00 | | Project Monitoring |
| | | Consultant Subtotal = | | $624.00 | | |
| | | Gross Abatement Project Costs = | | $8,424.00 | | |

(1) Consultant costs estimated.   See Note (6) on Table 2.

Hallwell Engineering Associates, Inc. July, 1996

First Florida Tower
Tampa, FL
(W.R. Grace)

TABLE 3

## Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor No. | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| 6th Office Space | Cross Con. Co. | App. No. 1 | 11/01/90 | $50,788.50 | x | Asbestos abatement includes C.O. #1. C.O. # 1 = $3,336.00 for VAT removal. VAT deduct = $3,336.00 |
| | | Contractor Subtotal = | | $50,788.50 | | Total Contract Value = $47,442.00 (P.O.) + $3,336.00 (C.O.) = $50,788.50 |
| | ATEC | 3212610 | 9/29/90 | $7,177.18 | | Project monitoring. |
| | | Consultant Subtotal= | | $7,177.18 | x | Misc. deduct for 4 bulk samples = $180.00 |
| | | Gross Abatement Project Costs = | | $57,965.68 | x | Total VAT Deduct = $3,336.00 (Deducted on Table 2). |
| | | | | | x | Total Miscellaneous Deduct = $180.00 (Deducted on Table 2). |

Halliwell Engineering Associates, Inc. July, 1996

96103

First Florida Tower
Tampa, FL
(W.R. Grace)

TABLE 3

## Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor No. | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| 33rd | Cross Con. Co. | App. No. 1 | 12/3/90 | $146,263.00 | x | Asbestos Abatement. C.O. #1 = $1,545.00 for VAT removal. VAT deduct = $1,545.00 |
| | | Contractor Subtotal = | | $146,263.00 | | Total Contract Value = $144,718.00 (P.O.) + $1,545.00 (C.O.) = $146,263.00 |
| | ATEC | 3212875 | 10/31/90 | $6,997.12 | | Project monitoring. |
| | ATEC | 3200593 | 1/29/91 | 6,042.00 | | Project monitoring. |
| | ATEC | 3200594 | 1/29/91 | (382.34) | | Project monitoring -- credit to invoice #3212875. |
| | | Consultant Subtotal = | | $12,656.78 | | |
| | | Gross Abatement Project Costs = | | $158,919.78 | x | Total VAT Deduct = $1,545.00 (Deducted on Table 2). |
| | | | | | x | Tenant Contribution = $168,577.18   ($157,374.78  Deducted on Table 1 ). |

First Florida Tower
Tampa, FL
(W.R. Grace)

## TABLE 3

### Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor No. | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| 34th | Cross Con. Co. | App. No. 1 | 12/20/91 | $150,000.00 | | Asbestos abatement. |
| | | Contractor Subtotal = | | $150,000.00 | | Total Contract Value = $150,000.00 |
| | ATEC | 7303004 | 8/30/91 | $135.00 | | Project monitoring. |
| | ATEC | 7300260 | 12/31/91 | 12,000.00 | | Project monitoring. |
| | | Consultant Subtotal = | | $12,135.00 | x | Misc. deduct for 3 bulk samples = $135.00 |
| | | Gross Abatement Project Costs = | | $162,135.00 | x | Total Miscellaneous Deduct = $135.00 (Deducted on Table 2). |
| | | | | | x | Tenant Contribution = $177,085.00  ($162,000.00  Deducted on Table 1 ). |

First Florida Tower
Tampa, FL
(W.R. Grace)

TABLE 3

Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor No. | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP? | Description |
|---|---|---|---|---|---|---|
| 25th | Samurai Con. | App. No. 1 92-1541 | 10/12/92 | $61,299.00 | | Asbestos Abatement. |
| | Samurai Con. | App. No. 2 92-1545 | 11/4/92 | 84,942.50 | | Asbestos Abatement. |
| | Samurai Con. | App. No. 3 92-1562 | 12/8/92 | 38,628.10 | | Asbestos Abatement. |
| | Samurai Con. | App. No. 4 93-1568 | 2/4/93 | 9,730.00 | | Asbestos Abatement. |
| | | Contractor Subtotal = | | $194,600.00 | | Total Contract Value = $194,600.00 |
| | BCM Converse | 11-2423 | 11/30/92 | $19,775.00 | x | Asbestos Engineering & Industrial Hygiene Services. Orig. Inv. = $32,143.66. Misc. deduct for 53 bulk samples and point counting (sheetrock compound) = $1,457.50. |
| | BCM Converse | 3-703 | 3/22/93 | 15,669.45 | x | Asbestos Engineering & Industrial Hygiene Services. Misc. deduct for PCB ballast disposal = $3,300.70 |
| | BCM Converse | 11-2423, RI | 11/30/93 | 9,177.88 | | Asbestos Engineering & Industrial Hygiene Services. |
| | | Consultant Subtotal = | | $44,622.33 | | |
| | | Gross Abatement Project Costs = | | $239,222.33 | x | Miscellaneous Deducts = $4,758.20 (Deducted on Table 2). See Appendix F for additional Miscellaneous Deducts. |
| | | | | | x | Tenant Contribution = $54,117.66 (Deducted on Table 1). See Appendix D for VAT deductions. |

First Florida Tower
Tampa, FL
(W.R. Grace)

TABLE 3

## Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor No. | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP? | Description |
|---|---|---|---|---|---|---|
| 8th & 32nd | Semtral Con. Co. | App. No. 1 93-1647 | 8/24/93 | $160,740.00 | | Asbestos Abatement. |
| | Semtral Con. Co. | App. No. 2 93-1658 | 9/17/93 | 140,040.00 | | Asbestos Abatement. |
| | Semtral Con. Co. | App. No. 3 | 12/10/93 | 121,220.00 | | Asbestos Abatement. |
| | | Contractor Subtotal = | | $422,000.00 | | Total Contract Value = $422,000.00 |
| | Law Eng. | 44-7921-1800 | 4/2/93 | $4,609.40 | | Project monitoring. |
| | Law Eng. | 44-8069-1800 | 5/7/93 | 4,890.00 | | Project monitoring (Invoice paid twice) See Note (1). |
| | Law Eng. | 44-8248-1800 | 6/4/93 | 2,300.00 | | Project monitoring. |
| | Law Eng. | 44-8519-1800 | 8/6/93 | 3,671.45 | | Project monitoring (Invoice paid twice) See Note (1). |
| | Law Eng. | 44-8751-1800 | 9/3/93 | 14,010.39 | | Project monitoring. |
| | Law Eng. | 44-8855-1800 | 10/01/93 | (1) | | Project monitoring. See Note (1) |
| | Law Eng. | 44-9111-1800 | 11/05/93 | (1) | | Project monitoring. See Note (1) |
| | Law Eng. | 44-9256 | 12/03/93 | (1) | | Project monitoring. See Note (1) |
| | Law Eng. | 46800350.03 | 05/10/94 | 12,470.19 | | Project monitoring. See Note (1) |
| | | Consultant Subtotal = | | $41,951.43 | x | Misc. deduct for 58 bulk samples = $1,775.00 |
| | Smith & Casady | 3187-1 | 10/22/93 | $2,346.50 | | Reinsulation of chilled water lines. |
| | Super Transport | 25-6248-8 | 11/93 | $934.72 | x | Shipping of drums containing PCB Ballasts. Misc. deduct = $934.72 |
| | Grinnell | 026018577 | 11/4/93 | $8,400.00 | x | Installation of upright sprinkler heads. Misc. deduct = $8,400.00 |
| | | Miscellaneous Subtotal = | | $11,681.22 | | |
| | | Gross Abatement Project Costs = | | $475,632.65 | x | Miscellaneous Deducts = $11,109.72 (Deducted on Table 2). See Appendix F for additional Miscellaneous Deducts. |
| | | | | | x | Tenant Contribution = $249,941.51 (Deducted on Table 1). |
| | | | | | x | See Appendix D for VAT deductions. |

(1) $12,470.19 = Settlement amount because of overpayment. Settlement amount includes partial payment of invoices that were not paid originally. Invoice #44-8855-1800 = $12,855.28, Invoice #44-9111-1800 = $6,900.00 and Invoice #44-9256 = $7,416.55 less double payments of invoices #44-8069-1800 ($4,890.00) and #44-8519-1800 ($3,671.45) listed above.
Actual amount paid = $41,951.43

First Florida Tower
Tampa, FL
(W.R. Grace)

## TABLE 3

### Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor No. | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP? | Description |
|---|---|---|---|---|---|---|
| 7th | Cross Env. | App. No. 1 | 10/6/94 | $344,500.00 | | Asbestos abatement includes C.O. #1 & 2. |
| | | | | | x | C.O. #1=$7,500.00 for demolition/removal of chillers. |
| | | | | | x | C.O. #2=$2,000.00 for pipe & cooling tower on roof & removal of A/C unit from 8th floor. |
| | | | | | | TSI deduct = $9,500.00 (CO#1 and CO#2). |
| | Cross Env. | App. No. 2 | 10/14/94 | 2,000.00 | | Asbestos abatement. |
| | | Contractor Subtotal = | | $346,500.00 | | Total Contract Value = $337,000.000 (P.O.) + $9,500.00 (C.O.) = $346,500.00 |
| | AET | B194 | 10/15/94 | $44,950.00 | | Project monitoring. |
| | AET | A0001 | 10/28/94 | 2,631.10 | x | Mercury bulb recycling and PCB ballast removal & disposal. Misc. deduct = $2,631.10 |
| | | | | | x | Misc. deduct for 1 bulk sample = $100.00 |
| | | Consultant Subtotal = | | $47,581.10 | | |
| | Gross Abatement Project Costs = | | | $394,081.10 | x | Total TSI deduct = $9,500.00 (Deducted on Table 2). |
| | | | | | x | Total Miscellaneous Deducts = $2,731.10 (Deducted on Table 2). |
| | | | | | x | See Appendix D for VAT deducts. |

First Florida Tower
Tampa, FL
(W.R. Grace)

## TABLE 4

### Detailed Costs for Completed Asbestos Fireproofing In–Place Management Projects Prior to Building Sale

| Floor No. | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| | BCM Converse | 4–463 | 04/28/87 | $3,000.00 | | O & M program bi–annual inspection. |
| | ATEC Assoc. | 3203834 | 01/29/88 | $940.00 | | O & M program (Industrial Hygiene). |
| | ATEC Assoc. | 3204306 | 03/30/88 | $3,409.00 | | O & M program. |
| | ATEC Assoc. | 3206183 | 10/31/88 | $4,010.00 | | O & M program. |
| | ATEC Assoc. | 3206375 | 11/30/88 | $240.00 | | O & M program. |
| | ATEC Assoc. | 3208500 | 08/31/89 | $120.00 | | O & M program. |
| | Asbestos Abatement Services | 02641 | 09/14/89 | $2,000.00 | | Professional Services 08/17/89 – 08/21/89. |
| | ATEC Assoc. | 3210635 | 03/31/90 | $1,938.99 | | O & M program. |
| Total In–Place Management Projects Cost = | | | | $15,657.99 | | |

Halliwell Engineering Associates, Inc.  July, 1996

# EXHIBIT E

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP,
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981
(973) 538-0800
Robert J. Gilson (RG 6618)

Attorneys for The Prudential Insurance Company of America

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 11 |
| **W.R. GRACE & CO., et al.,** | Case No. 01-01139 (JKF) (Jointly Administered) |
| **Debtors.** | |

## ADDENDUM TO PROOF OF CLAIM OF PRUDENTIAL INSURANCE COMPANY OF AMERICA FOR:

## FIRST FLORIDA TOWER
## 111 EAST MADISON STREET
## TAMPA, FLORIDA 33602

## VOLUME II OF II

**EXHIBIT E-1**



MATERIALS
ANALYTICAL
SERVICES

June 25, 1990


Re:  First Florida Tower
     Tampa, Florida


Based on the constituent analysis of the fireproofing
samples for the above-referenced project, it is my
opinion that the samples analyzed are Mono-Kote 3,
which was manufactured by W. R. Grace.

Worksheets reflecting our analysis are attached.



William E. Longo, Ph.D.

PIS 00060691

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200    FAX (404) 368-8256

BUILDING:        First Florida Tower
                 Tampa, Florida


The following bulk samples from the above-referenced buildings
were analyzed and were used to form an opinion of the manufactur-
er and product.

| Bulk Sample # | Sample Location | Collected By |
|---|---|---|
| 2 | 35th Floor Machine Room | McCrone |
| 4 | 30th Floor Reception Area Suite 3010 | McCrone |
| 5 | 22nd Floor Middle Hall at Freight Elevator | McCrone |
| 6 | 18th Floor Northside at David's Freeze's Cubicle | McCrone |
| 7 | 13th Floor Reception Area GTE Data Services | McCrone |
| 9 | 2nd Floor Southwest Corner Dead Space | McCrone |
| 10 | West Basement at Freight Elevator | McCrone |

# MATERIALS ANALYTICAL SERVICES, INC.

## BULK ANALYSIS SHEET

Project # - Spl #: _M1564-2_                    Date: _9/23/88_

Project Name: _LAW ASSOCIATES / HATFIELD_        Analyst: _W. H. S_
_#2_                                              Reviewer: _____

Sample Identification: _1st FLORIDA TOWER. 35TH FLOOR MACHINE RM. FP_

_A88-120.17_

Gross Visual Description: _TAN TO LIGHT GRAY WITH GOLD FLAKES_

_THROUGHOUT. FIBERS EXPOSED._

**ASBESTOS MINERALS:**                    Est. Vol. %

Chrysotile . . . . . . . . . . . _8_ ✓
Amosite . . . . . . . . . . . _____
Crocidolite . . . . . . . . . _____
Tremolite/Actinolite . . . . . _____
Anthophyllite . . . . . . . . _____

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . . _____
Fibrous glass . . . . . . . . _____
Cellulose . . . . . . . . . . _____
Synthetic . . . . . . . . . . _____
Talc . . . . . . . . . . . . _____

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . . . _____
Vermiculite . . . . . . . . . _35_ ✓
Mica . . . . . . . . . . . . _____
Quartz . . . . . . . . . . . _____
Calcite . . . . . . . . . . . _____
Gypsum . . . . . . . . . . . _____
Diatoms . . . . . . . . . . . _____
Other                         _____

Binders . . . . . . . . . . . _57_ ✓
_PREDOMINATES BY GYPSUM, SOME QUARTZ AND OTHER GRANULAR MINERALS._

EFFERVESCENCE: _NONE OBSERVED_

COMMENTS:

_____

_____

PIS 00060693

## MATERIALS ANALYTICAL SERVICES, INC.

### BULK ANALYSIS SHEET

Project # - Spl #: _M 1564-4_                         Date: _9/23/88_

Project Name: _LAW ASSOCIATES /HATFIELD_            Analyst: _W.D.E._
                                                     Reviewer: _____

Sample Identification: _A 88-120.17  #4  1ST FLORIDA TOWER_

_____ _30 TH FLOOR  RECEPTION AREA SUITE 3010_

Gross Visual Description: _TAN TO LIGHT GRAY, WITH GOLD FLAKES, FIBERS_

_____ _EXPOSED._

**ASBESTOS MINERALS:**            **Est. Vol. %**

Chrysotile . . . . . . . . . . _7_____
Amosite . . . . . . . . . . . _____
Crocidolite . . . . . . . . . _____
Tremolite/Actinolite . . . . . _____
Anthophyllite . . . . . . . . _____

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . . _____
Fibrous glass . . . . . . . . _____
Cellulose . . . . . . . . . . _TR_____
Synthetic . . . . . . . . . . _____
Talc . . . . . . . . . . . . _____

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . . . _____
Vermiculite . . . . . . . . . _40_____
Mica . . . . . . . . . . . . _____
Quartz . . . . . . . . . . . _____
Calcite . . . . . . . . . . . _____
Gypsum . . . . . . . . . . . _____
Diatoms . . . . . . . . . . . _____
Other                         _____

Binders . . . . . . . . . . . _53_____
_PREDOMINATED BY GYPSUM, SOME QUARTZ, CARBONATE AND OTHER GRANULAR MINERALS_

EFFERVESCENCE: _NONE OBSERVED._

COMMENTS:

_____

_____

MATERIALS ANALYTICAL SERVICES, INC.

BULK ANALYSIS SHEET

Project # - Spl #: _M1564-5_      Date: _9/23/88_

Project Name: _LAW ASSOCIATES/HATFIELD_      Analyst: _V.B.E._
       #5      Reviewer: _____

Sample Identification: _1ST FLORIDA TOWER, 22ND FLOOR, MIDDLE HALL AT_

_FREIGHT ELEVATOR_

Gross Visual Description: _TAN WITH GOLD FLAKES, FIBERS EXPOSED. A LAYER_

_OF DARK GREY CEMENT IS ALSO PRESENT._

**ASBESTOS MINERALS:**      Est. Vol. %

Chrysotile . . . . . . . . . . . _8_
Amosite . . . . . . . . . . . _____
Crocidolite . . . . . . . . . _____
Tremolite/Actinolite . . . . . _____
Anthophyllite . . . . . . . . _____

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . . _____
Fibrous glass . . . . . . . . _____
Cellulose . . . . . . . . . . _____
Synthetic . . . . . . . . . . _____
Talc . . . . . . . . . . . . _____

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . . . _____
Vermiculite . . . . . . . . . _35_
Mica . . . . . . . . . . . . _____
Quartz . . . . . . . . . . . _____
Calcite . . . . . . . . . . . _____
Gypsum . . . . . . . . . . . _____
Diatoms . . . . . . . . . . . _____
Other          _____

Binders . . . . . . . . . . . _57_
_ABUNDANT GYPSUM, SMALL AMOUNTS OF CARBONATE AND OTHER GRANULAR MINERALS._

EFFERVESCENCE: _NONE OBSERVED_

COMMENTS:

_____

_____

## MATERIALS ANALYTICAL SERVICES, INC.

### BULK ANALYSIS SHEET

Project # - Spl #: _M1564-6_      Date: _9/23/88_

Project Name: _LAW ASSOCIATES/HATFIELD_     Analyst: _W.D.E._
                                   Reviewer: _____

Sample Identification: _#6  1st FLORIDA TOWER. 18TH FLOOR._
_____ _NORTH SIDE @ DAVID FREEZE'S CUBICLE._

Gross Visual Description: _TAN TO LIGHT GRAY MATRIX WITH GOLD FLAKES_
_THROUGHOUT. FIBERS EXPOSED._

ASBESTOS MINERALS:            Est. Vol. %

Chrysotile . . . . . . . . . . . _10_____
Amosite . . . . . . . . . . . _____
Crocidolite . . . . . . . : . : _____
Tremolite/Actinolite . . . . . : _____
Anthophyllite . . . . . . . . _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . . _____
Fibrous glass . . . . . . . . _____
Cellulose . . . . . . . . . . _TR_____
Synthetic . . . . . . . . . . _____
Talc . . . . . . . . . . . . _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . . _____
Vermiculite . . . . . . . . . _35_____
Mica . . . . . . . . . . . . _____
Quartz . . . . . . . . . . . _____
Calcite . . . . . . . . . . . _____
Gypsum . . . . . . . . . . . _____
Diatoms . . . . . . . . . . . _____
Other _____

Binders . . . . . . . . . . . _55_____
_ABUNDANT GYPSUM, SMALL AMOUNT OF CARBONATE, A FEW OTHER GRANULAR MINERAL._

EFFERVESCENCE: _VERY WEAK IN ISOLATED AREAS_

COMMENTS:
_____
_____

PIS 00060696

## MATERIALS ANALYTICAL SERVICES, INC.

## BULK ANALYSIS SHEET

Project # - Spl #: _M 1564 - 7_      Date: _9/23/88_

Project Name: _LAW ASSOCIATES/HATFIELD_      Analyst: _W. B. E._
         Reviewer: _____

Sample Identification: _#7   1st FLORIDA TOWER, 13TH FLOOR @_

_RECEPTION AREA, GTE DATA SERVICES_

Gross Visual Description: _LIGHT GRAY TO TAN MATRIX, GOLD FLAKES THROUGHOUT_

_CONTAINS FIBERS WHICH ARE EXPOSED_

**ASBESTOS MINERALS:**          **Est. Vol. %**

Chrysotile . . . . . . . . . . . _8_ _____
Amosite . . . . . . . . . . _____
Crocidolite . . . . . . _____
Tremolite/Actinolite . . . . . _____
Anthophyllite . . . . . . . . _____

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . . . _____
Fibrous glass . . . . . . . _____
Cellulose . . . . . . . . . _____
Synthetic . . . . . . . . . _____
Talc . . . . . . . . . . _____

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . _____
Vermiculite . . . . . . . . . _40_ _____
Mica . . . . . . . . . . _____
Quartz . . . . . . . . . _____
Calcite . . . . . . . . . _____
Gypsum . . . . . . . . . _____
Diatoms . . . . . . . . . _____
Other _____

Binders . . . . . . . . . . _52_ _____
_ABUNDANT GYPSUM WITH SMALL AMOUNT OF CARBONATE_

EFFERVESCENCE: _VERY WEAK._

COMMENTS: _____

_____

## MATERIALS ANALYTICAL SERVICES, INC.

### BULK ANALYSIS SHEET

Project # - Spl #: _M1564-9_                     Date: _9/23/88_

Project Name: _LAW ASSOCIATES/HATFIELD_          Analyst: _W.B.S._
                                                 Reviewer: _____

Sample Identification: _#9  1st FLORIDA TOWER. 2ND FLOOR._
_____ _S.W. CORNER DEAD SPACE._

Gross Visual Description: _LIGHT GRAY MATRIX  WITH  FLAKES OF GOLD_
_THROUGHOUT.  ~~SOME~~ FIBERS EXPOSED._

**ASBESTOS MINERALS:**                    **Est. Vol. %**

Chrysotile . . . . . . . . . . .  _6_____
Amosite . . . . . . . . . . . :  _____
Crocidolite . . . . . . . . :  _____
Tremolite/Actinolite . . . . . :  _____
Anthophyllite . . . . . . . . :  _____

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . . . :  _____
Fibrous glass . . . . . . . . :  _____
Cellulose . . . . . . . . . . :  _____
Synthetic . . . . . . . . . . :  _____
Talc . . . . . . . . . . . . :  _____

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . . :  _____
Vermiculite . . . . . . . . . :  _38_____
Mica . . . . . . . . . . . . :  _____
Quartz . . . . . . . . . . . :  _____
Calcite . . . . . . . . . . . :  _____
Gypsum . . . . . . . . . . . :  _____
Diatoms . . . . . . . . . :  _____
Other _GRANULAR MINERALS_     _TR_____

Binders . . . . . . . . . . . . _56_____
_GYPSUM ABUNDANT, CARBONATE PRESENT IN SMALL AMOUNTS_

EFFERVESCENCE: _VERY WEAK_____

COMMENTS:

_____
_____

# MATERIALS ANALYTICAL SERVICES, INC.

## BULK ANALYSIS SHEET

Project # – Spl #: _M1564-10_     Date: _9/23/88_

Project Name: _LAW ASSOCIATES/HATFIELD_     Analyst: _W.B.E._
Reviewer: _____

Sample Identification: _#/0  1st FLORIDE TOWER, BASEMENT, WEST_

_CENTER AT FREIGHT ELEVATOR._

Gross Visual Description: _LIGHT GRAY MATRIX WITH GOLD FLAKES._

_FIBERS EXPOSED._

**ASBESTOS MINERALS:**                     Est. Vol. %

Chrysotile . . . . . . . . . . . . _8_
Amosite . . . . . . . . . . . . . _____
Crocidolite . . . . . . . . . : : _____
Tremolite/Actinolite . . . . . : _____
Anthophyllite . . . . . . . . . : _____

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . . . _____
Fibrous glass . . . . . . . . . _____
Cellulose . . . . . . . . . . . _____
Synthetic . . . . . . . . . . . _____
Talc . . . . . . . . . . . . . . _____

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . . . . _____
Vermiculite . . . . . . . . . . _35_
Mica . . . . . . . . . . . . . . _____
Quartz . . . . . . . . . . . . . _____
Calcite . . . . . . . . . . . . _____
Gypsum . . . . . . . . . . . . . _____
Diatoms . . . . . . . . . . . . _____
Other _GRANULAR MINERALS_     _TR_

Binders . . . . . . . . . . . . _57_
_GYPSUM ABUNDANT WITH SMALL CARBONATE AMOUNT._

EFFERVESCENCE: _VERY WEAK_

COMMENTS:

_____     :
_____

MATERIALS ANALYTICAL SERVICES, INC.
3597 PARKWAY LANE, SUITE 250
NORCROSS, GA   30092
404/448-3200

TEM ANALYSIS: Binder

HAS SAMPLE ID: MJS84-9

PROJECT: Law AM.

SAMPLE NUMBER: 1st Floor, 2nd Floor Tower

DATE OF ANALYSIS: 9 NOV 88

ANALYST: TJG

| | Rel. Conc. | Morphology | Photo | SAED | Photo | EDS | Disc/File | Comments |
|---|---|---|---|---|---|---|---|---|
| **Asbestos Minerals:** | | | | | | | | |
| Chrysotile | | ✓ | | ✓ | | ✓ | 505/206 | ✓ |
| | | | | | | | | |
| **Other Components:** | | | | | | | | |
| Gypsum | | ✓ | | | | ✓ | 505/207 | Absorbant beam damaged fibers |
| Vermiculite | | ✓ | | ✓ | | ✓ | 505/208 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

COMMENTS: whole sample on polycarbonate

MATERIALS ANALYTICAL SERVICES          WED 09-NOV-88   03:22
Cursor: 8.040KeV = 325      ROI (SIKα) 1.660: 1.820=2055



0.000                                    VFS = 512    10.240

S      M1564-9; CHRYSOTILE SAED

PIS 00060701

MATERIALS ANALYTICAL SERVICES          WED 09-NOV-88   08:37
Cursor: 3.040KeV = 84        ROI (SIKα) 1.660: 1.820=149



0.000                                    VFS = 256      10.240
102      M1564-9; GYPSUM

PIS 00060702



MATERIALS ANALYTICAL SERVICES                WED 09-NOV-88   08:52
Cursor: 3.040KeV = 1700        ROI (SIKα) 1.660: 1.820=2092

0.200                                    VFS = 1024    10.240

206        M1564-9; VERMICULITE

-PIS 00060703

# ACID DISSOLUTION
## BULK ANALYSIS

**M.A.S.**
3597 PARKWAY LANE
NORCROSS GA. 30092

ANALYSIS USING 2% SOLUTION HCl

DATE: 11/2/yy

W. B. Eull

| No. | SAMPLE # | P-D + SAMPLE | P-D - SAMPLE | SAMPLE WEIGHT | FILTER WEIGHT | FINAL WT + FILTER | FINAL WT - FILTER | PERCENT FINAL WT | AMOUNT IN SOLU. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | M1564-3 | 8.4898₃ | 7.6472₃ | 0.8416₃ | 8.0183 / 7.6692₃ | 7.9376 | 0.2580₃ | 30.72 | 69.3% |
| 2 | M1564-9 | 8.0833₃ | 7.6681₃ | 0.4152 | 8.0583₃ / 7.6722₃ | 7.8649₃ | 0.1770₃ | 42.62 | 57.42 |
| 3 |  |  |  |  |  |  |  |  |  |
| 4 |  |  |  |  |  |  |  |  |  |
| 5 |  |  |  |  |  |  |  |  |  |
| 6 |  |  |  |  |  |  |  |  |  |
| 7 |  |  |  |  |  |  |  |  |  |
| 8 |  |  |  |  |  |  |  |  |  |
| 9 |  |  |  |  |  |  |  |  |  |
| 10 |  |  |  |  |  |  |  |  |  |
| 11 |  |  |  |  |  |  |  |  |  |
| 12 |  |  |  |  |  |  |  |  |  |
| 13 |  |  |  |  |  |  |  |  |  |
| 14 |  |  |  |  |  |  |  |  |  |
| 15 |  |  |  |  |  |  |  |  |  |
| 16 |  |  |  |  |  |  |  |  |  |
| 17 |  |  |  |  |  |  |  |  |  |
| 18 |  |  |  |  |  |  |  |  |  |
| 19 |  |  |  |  |  |  |  |  |  |
| 20 |  |  |  |  |  |  |  |  |  |
| 21 |  |  |  |  |  |  |  |  |  |
| 22 |  |  |  |  |  |  |  |  |  |
| 23 |  |  |  |  |  |  |  |  |  |
| 24 |  |  |  |  |  |  |  |  |  |
| 25 |  |  |  |  |  |  |  |  |  |
| XX |  |  |  |  |  |  |  |  |  |

## ADDITIONAL BULK ANALYSIS

Sample # M1564-2                           Analyst D. D. D.

Date       10-3-89

### ACID DISSOLUTION

(1) Petri dish plus sample:                          9.2927  g

(2) Petri dish minus sample:                         7.4493  g

(3) Original sample weight:                          1.8434  g

(4) Filter weight:                                   0.0950  g

(5) Clean petri dish weight:                         7.4232  g

(6) Final sample weight plus filter and petri dish:  8.2713  g

(7) Final sample wt:((6) −[(4) + (5)])               0.7531  g


(8) Percent residue wt:((7)/(3) x 100)               40.8  %

(9) Amount in solution:(100 − (8))                   59.2  %

PIS 00060705

STARCH VERIFICATION   M1564-2      10/8/89    W.A.E.

AFTER DISSOLUTION IN A MILD ACID TO REMOVE SOLUBLE MATERIALS, THE RESIDUE WAS ANALYZED USING POLARIZED LIGHT MICROSCOPY TO OBSERVE FOR STARCH.

STARCH WAS NOT OBSERVED

PIS 00060706



MATERIALS
ANALYTICAL
SERVICES

March 22, 1991

RE:       First Florida Tower
          Tampa, Florida

The constituent analysis of additional fireproofing samples for
the above-referenced project supplements my June 25, 1990 opinion
and confirms that the samples analyzed are Mono-Kote 3, which was
manufactured by W. R. Grace.

Worksheets reflecting the analysis are attached.


_____
William E. Longo, Ph.D.

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200    FAX (404) 368-8256

PIS 00111014

BUILDING:    First Florida Tower
             Tampa, Florida

The following bulk samples from the above-referenced building
were analyzed and were used to supplement the opinion regarding
the manufacturer and product.

| Bulk Sample # | Sample Location | Collected By |
|---|---|---|
| 1 | 26th Floor Mechanical Room | McCrone |
| 8 | 8th Floor NW Corner at front of Cafeteria Serviceline | McCrone |
| 1A | 11th Floor, NW Side of Room by Old Document lift | ATEC |
| 5 | 6th Floor | OccuSafe |
| 9 | 33rd Floor | OccuSafe |

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: _M/564-1_                           Date: _2/21/91_

Project Name: _Prudential / Law Assoc_               Analyst: _Q McL_

Sample Identification: _1st Florida Tower   A68-120.17   26th Floor_

_Mechanical Room FP._

Gross Visual Description: _Beige with fine fibers, gold flakes and_

_books bound in a fine grained matrix_

| Optical Data for Asbestos Identification | | | |
|---|---|---|---|
| Morphology . . . . . . . . . | wavy | | |
| Pleochroism. . . . . . . . . | nD | | |
| Refractive Index . . . . . . | 1.55//1.54 | | |
| Sign of Elongation . . . . . | + | | |
| Extinction . . . . . . . . . | 0 | | |
| Birefringence. . . . . . . . | low | | |
| Melt . . . . . . . . . . . . | N | | |
| Fiber Name . . . . . . . . . | Chrysotile | | |

ASBESTOS MINERALS:                          Est. Vol. %

Chrysotile . . . . . . . . . . .  10
Amosite  . . . . . . . . . . . .  _____
Crocidolite  . . . . . . . . . .  _____
Tremolite/Actinolite . . . . . .  _____
Anthophyllite  . . . . . . . . .  _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool  . . . . . . .  _____
Fibrous glass  . . . . . . . . .  _____
Cellulose  . . . . . . . . . . .  _____
Synthetic  . . . . . . . . . . .  _____
Other  . . . . . . . . . . . . .  _____

NON-FIBROUS COMPONENTS:

Perlite  . . . . . . . . . . . .  _____
Vermiculite  . . . . . . . . . .  35
Other  . . . . . . . . . . . . .  _____

Binders  . . . . . . . . . . . .  55
_____ Abundant Gypsum, Scattered carbonate grains, fine gr. hel aggregate

EFFERVESCENCE: _None-weak in Isolated areas_

COMMENTS:                         _ASD_

## MATERIALS ANALYTICAL SERVICES, INC.

### BULK ASBESTOS SHEET

Project # – Spl #: _M1564-8A_                    Date: _2/21/91_

Project Name: _Prudential /Law Assoc_            Analyst: _____

Sample Identification: _1st Florida Tower Neg-12017 8th Floor_
_NW front of Cafeteria line_

Gross Visual Description: _Beige with "ribby" fibers and rod shaped (size_
_grid flakes and books. Sand in a fine grained matrix_

```
┌─────────────────────────────────────────────────────────────────┐
│           Optical Data for Asbestos Identification                │
│   Morphology . . . . . . . . .  _____ . . _____ . . _____          │
│   Pleochroism. . . . . . . . .  _____ . . _____ . . _____          │
│   Refractive Index . . . . . .  _____ . . _____ . . _____          │
│   Sign of Elongation . . . . .  _____ . . _____ . . _____          │
│   Extinction . . . . . . . . .  _____ . . _____ . . _____          │
│   Birefringence. . . . . . . .  _____ . . _____ . . _____          │
│   Melt . . . . . . . . . . . .  _____ . . _____ . . _____          │
│   Fiber Name . . . . . . . . .  _____ . . _____ . . _____          │
└─────────────────────────────────────────────────────────────────┘
```

**ASBESTOS MINERALS:**                    Est. Vol. %

Chrysotile . . . . . . . . . .  _____
Amosite . . . . . . . . . . .  _____
Crocidolite . . . . . . . . .  _NA_
Tremolite/Actinolite . . . .  _____
Anthophyllite . . . . . . . .  _____

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . .  _____
Fibrous glass . . . . . . . .  _5_
Cellulose . . . . . . . . . .  _10_
Synthetic . . . . . . . . . .  _____
Other                          _____

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . . .  _____
Vermiculite . . . . . . . . .  _55_
Other                          _____

Binders . . . . . . . . . . .  _20_
_Abundant Gypsum, Fine grained aggregate_

EFFERVESCENCE: _non-acidic Insulated gas_

COMMENTS: _n gso_

## MATERIALS ANALYTICAL SERVICES, INC.

### BULK ASBESTOS SHEET

Project # - Spl #: M1564-8B                Date: 2/21/91

Project Name: Prudential //Law Assoc.      Analyst: J. McL

Sample Identification: 1st Florida Towr Ass-120.17 8th Floor
N/W front of Cafeteria Line

Gross Visual Description: Beige with fine hhrs gold flakes and
books found in a fine grained matrix

| Optical Data for Asbestos Identification | | |
|---|---|---|
| Morphology | wavy | |
| Pleochroism | no | |
| Refractive Index | 1.564/1.546 | |
| Sign of Elongation | + | |
| Extinction | 0 | |
| Birefringence | low | |
| Melt | N0 | |
| Fiber Name | Chrysotile | |

**ASBESTOS MINERALS:**                    Est. Vol. %

Chrysotile . . . . . . . . . . . 10
Amosite . . . . . . . . . . . .
Crocidolite . . . . . . . . . .
Tremolite/Actinolite . . . . . .
Anthophyllite . . . . . . . . .

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . . .
Fibrous glass . . . . . . . . .
Cellulose . . . . . . . . . . .
Synthetic . . . . . . . . . . .
Other

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . . . .
Vermiculite . . . . . . . . . . 35
Other

Binders . . . . . . . . . . . . 55
Abundant Gypsum, fine grained aggregate, Scattered Carbonate grains

EFFERVESCENCE: None- weak in Isolated areas

COMMENTS:
NAD

## MATERIALS ANALYTICAL SERVICES, INC.

### BULK ASBESTOS SHEET

Project # – Spl #: __M2930 – 1__          Date: __2/20/91__

Project Name: __Prudential Law Assoc__          Analyst: __G. McL__

Sample Identification: __N.W. Side of Room by old__
__Document Lift Archive Sample No. 1A   11TH FLOOR__

Gross Visual Description: __Beige with fine fibers, gold flakes, and__
__books bound in a fine grained matrix__

```
┌────────────────────────────────────────────────────────────┐
│        Optical Data for Asbestos Identification              │
│   Morphology . . . . . . . .  Wavy  . . _____ . . _____  │
│   Pleochroism. . . . . . . . . no  . . _____ . . _____   │
│   Refractive Index . . . . . . 1.54/1.54 . _____ . _____ │
│   Sign of Elongation . . . . .  +  . . _____ . . _____   │
│   Extinction . . . . . . . . .  O  . . _____ . . _____   │
│   Birefringence. . . . . . . . low . . _____ . . _____   │
│   Melt . . . . . . . . . . . .  no  . . _____ . . _____  │
│   Fiber Name . . . . . . . . Chrysotile . _____ . _____  │
└────────────────────────────────────────────────────────────┘
```

ASBESTOS MINERALS:                    Est. Vol. %

Chrysotile . . . . . . . . . . . . __10__
Amosite . . . . . . . . . . . . _____
Crocidolite . . . . . . . . . . _____
Tremolite/Actinolite . . . . . . _____
Anthophyllite . . . . . . . . . _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . . _____
Fibrous glass . . . . . . . . . _____
Cellulose . . . . . . . . . . . _____
Synthetic . . . . . . . . . . . _____
Other . . . . . . . . . . . . . _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . . . _____
Vermiculite . . . . . . . . . . __35__
Other . . . . . . . . . . . . . _____

Binders . . . . . . . . . . . . __55__
__Abundant Gypsum, Fine grained aggregate__

EFFERVESCENCE: __none-weak in Isolated area's__

COMMENTS: __NSD           rusted metal and orange retaining op__

PIS 00111019

## MATERIALS ANALYTICAL SERVICES, INC.

### BULK ASBESTOS SHEET

Project # – Spl #: __M 3496 – 5__    Date: __2/20/91__

Project Name: __Prudential / Law Assoc__    Analyst: __J. Maj-__

Sample Identification: __First Florida Tower  120.17__
__6th Floor__

Gross Visual Description: __Beige with fine fibers, gold flakes and binders__
__bonding a fine grained matrix__

| Optical Data for Asbestos Identification | | | |
|---|---|---|---|
| Morphology | wavy | | |
| Pleochroism | no | | |
| Refractive Index | 1.49/1.44 | | |
| Sign of Elongation | + | | |
| Extinction | 0 | | |
| Birefringence | low | | |
| Melt | no | | |
| Fiber Name | Chrysotile | | |

**ASBESTOS MINERALS:**    Est. Vol. %

| | |
|---|---|
| Chrysotile | 10 |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

**OTHER FIBROUS COMPONENTS:**

| | |
|---|---|
| Mineral/Rock wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |
| Other | |

**NON-FIBROUS COMPONENTS:**

| | |
|---|---|
| Perlite | |
| Vermiculite | 35 |
| Other | |
| Binders | 55 |

__Abundant Gypsum, fine grained aggregate__

EFFERVESCENCE: __none—weak in Isolated areas__

COMMENTS: __NSO     Orange Staining observed__

**MATERIALS ANALYTICAL SERVICES, INC.**

**BULK ASBESTOS SHEET**

Project # – Spl #: M 3496-9                          Date: 2/28/91

Project Name: Prudential / Law Assoc                 Analyst: L. Mohr

Sample Identification: First Florida Tower    A55-120.17
       33rd Floor

Gross Visual Description: Beige with fine fibers, gold flakes and
books bounding fine grained matrix

```
┌──────────────────────────────────────────────────────────┐
│         Optical Data for Asbestos Identification          │
│   Morphology . . . . . . . .   wavy                       │
│   Pleochroism. . . . . . . .   no                         │
│   Refractive Index . . . . .   1.551/1.541                │
│   Sign of Elongation . . . .   +                          │
│   Extinction . . . . . . . .   0                          │
│   Birefringence. . . . . . .   low                        │
│   Melt . . . . . . . . . . .   no                         │
│   Fiber Name . . . . . . . .   Chrysotile                 │
└──────────────────────────────────────────────────────────┘
```

**ASBESTOS MINERALS:**                          Est. Vol. %

Chrysotile . . . . . . . . . .   10
Amosite . . . . . . . . . .
Crocidolite . . . . . . . .
Tremolite/Actinolite . . . .
Anthophyllite . . . . . . .

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . .
Fibrous glass . . . . . . . .
Cellulose . . . . . . . . . .
Synthetic . . . . . . . . . .
Other

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . .
Vermiculite . . . . . . . . .   35
Other

Binders . . . . . . . . . . .   55
         Abundant Gypsum, fine grained aggregate

EFFERVESCENCE: none-weak in isolated areas

COMMENTS:                  NSD

# Report on Representative Sampling of Asbestos - Containing Fireproofing

This report has been prepared by Richard L. Hatfield relating to The Prudential Insurance Company of America, et. al. vs. United States Gypsum Company, et. al., Civil Action Nos. 87-4227 and 87-4238 (HAA).

At the request of The Prudential Insurance Company, Law personnel made site visits to Prudential buildings which are the subject of this litigation. Among the purposes for these visits were to confirm the presence, location and homogeneity of the asbestos - containing fireproofing materials and to collect representative samples of the asbestos - containing fireproofing materials. Based on these site visits and other material I have reviewed, I am of the opinion that the samples collected are representative of the asbestos - containing fireproofing found in the buildings.

## 1100 Milam Building, Houston, TX

Law conducted a visual survey of the 1100 Milam Building and collected fireproofing samples in 1989. Our observations and sampling indicates only one type of asbestos - containing fireproofing is located in this building. Eleven representative bulk samples of this material were collected throughout the building. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

## 130 John St. Building, New York, NY

Law conducted a visual survey of the 130 Johns St. Building and collected fireproofing samples in 1988. Our observations and sampling indicates only one type of asbestos - containing fireproofing is located in this building. Three additional representative bulk samples of this material were collected to supplement eight other samples collected by McCrone Environmental. The samples were collected throughout the floors. An additional eight representative bulk samples were collected during a 1991 survey. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

## First Florida Tower, Tampa, FL

Law conducted a visual survey of the First Florida Tower and collected fireproofing samples in 1989. Our observations and sampling indicates only one type of asbestos - containing fireproofing is located in this building. Ten representative bulk samples of this material were collected throughout the building. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

## Century Center Buildings 2200 and 2600, Atlanta, GA

Law conducted a visual survey of the Century Center Buildings 2200 and 2600 and collected fireproofing samples in 1989. Our observations and sampling indicates only one type of

asbestos - containing fireproofing is located in these buildings. Fourteen representative bulk samples of this material were collected throughout the 2200 building and five representative bulk samples were collected from the 2600 building. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

Chatham Center/Hyatt in Pittsburgh, PA

Law conducted a visual survey of the Chatham Center/Hyatt and collected fireproofing samples in 1988. Our observations and sampling indicated only one type of asbestos - containing fireproofing located on floors ground through ten. Seven representative bulk samples of this material were collected throughout the floors. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

Northland Towers (East & West), Southfield, MI

Law conducted a visual survey of the Northland Towers (East & West) and collected fireproofing samples in 1988. Our observations and sampling indicates only one type of asbestos - containing fireproofing is located in these buildings. Eleven representative bulk samples of this material were collected from the East Tower and sixteen representative samples from the West Tower. The samples were collected throughout each tower. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

Northwest Financial Building, Bloomington, MN

Law conducted a visual survey of the Northwest Financial Building and collected fireproofing samples in 1988. Our observations and sampling indicates only one type of asbestos - containing fireproofing is located in this building. Four additional, representative bulk samples of this material were collected throughout the floors to supplement other representative samples collected by other consultants. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

Pru Plaza, Buildings A & B, Denver, CO

Law conducted a visual survey of the Pru Plaza, Buildings A & B and collected fireproofing samples in 1988. Our observations and sampling indicates only one type of asbestos - containing fireproofing is located in these buildings. Eight representative bulk samples of this material were collected throughout the A building and four representative bulk samples were collected from the B building. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

Southdale Office Complex, Edina, MI

Law conducted a visual survey of the Southdale Office Complex and collected fireproofing samples in 1989. Our observations and sampling indicates only one type of asbestos - containing fireproofing is located in this building. Fourteen representative bulk

samples of this material were collected throughout the building. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

Embarcadero I and II, San Francisco, CA

Law conducted visual surveys of Embarcadero I and II and collected fireproofing samples in 1989. Our observations and sampling indicates only one type of asbestos - containing fireproofing is located in each of these buildings. Four representative bulk samples of the fireproofing material located in Embarcadero I were collected to supplement seven samples previously obtained by McCrone and 20 representative bulk samples were collected throughout Embarcadero II. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

Renaissance Tower, Dallas, TX

Law conducted a visual survey of the Renaissance Tower and collected fireproofing samples in 1989. Our observations and sampling indicates only one type of asbestos - containing fireproofing is located in this building. Fifteen representative bulk samples of the fireproofing material were collected throughout most of the building. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

5 Penn Center, Philadelphia, PA

Law conducted a visual survey the 5 Penn Center building and collected fireproofing samples in 1988. Our observations and sampling indicates only one type of asbestos - containing fireproofing is located in this building. Fifty-one representative bulk samples of the fireproofing material were collected throughout the building. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

Twin Towers ( Gaslight/North and South), Atlanta, GA

Law conducted a visual survey of the Twin Towers ( Gaslight/North) and collected fireproofing samples in 1988. Our observations and sampling indicates only one type of asbestos - containing fireproofing is located in this building. Twenty-one representative bulk samples of the fireproofing material were collected throughout the building. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

Law conducted a visual survey of the Twin Towers (South Tower) and collected fireproofing samples in 1989. Our observations and sampling indicates only one type of asbestos - containing fireproofing is located in this building. Forty - one representative bulk samples of this material were collected throughout the floors. These samples as well as other

Page 3

samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

### Prudential Plaza, Newark, NJ

Law conducted a visual survey of the Prudential Plaza office building and Mall and collected two fireproofing samples from the 5th floor of the office building in 1988. Our observations and sampling indicates only one type of asbestos - containing fireproofing is located in the office building and a different type of fireproofing in the Mall. Twelve representative bulk samples of the fireproofing material located in the Mall were collected by K & D asbestos consultants. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

### Hunt Valley Marriott, Hunt Valley, MD

During our 1988 site visit one sample representing the chrysotile asbestos - containing fireproofing was collected. Additionally two samples representing the amosite asbestos - containing fireproofing were collected by K & D asbestos consultants and were submitted to Materials Analytical Services (MAS) for constituent analysis.

### Short Hills Office, Short Hills NJ

Two representative samples of fireproofing were collected by K & D asbestos consultants from the centrally located air handling rooms of the 2nd and the 4th floors of Short Hills Office, Short Hills NJ. building and were submitted to Materials Analytical Services (MAS) for constituent analysis.

### Brookhollow, Houston, TX

At the request of The Prudential Insurance Company, four representative samples of fireproofing were collected by BCM asbestos consultants from the centrally located elevator shafts of the 4th, 5th and 7th floors of Brookhollow, Houston, TX and were submitted to Materials Analytical Services (MAS) for constituent analysis.

Signed

*Richard L. Hatfield*

Richard L. Hatfield
Corporate Consultant
August, 1996

Page 4



**LAW**
ENGINEERING AND ENVIRONMENTAL SERVICES, INC.

# REPORT PREPARED
# BY
# RICHARD L. HATFIELD
# RELATING TO THE
# PRUDENTIAL INSURANCE COMPANY OF AMERICA,
# ET. AL.
# VS.
# UNITED STATES GYPSUM COMPANY, ET. AL.
# JULY, 1996

Report of Inspection and Evaluation of Asbestos - Containing Materials

This report has been prepared by Richard L. Hatfield relating to The Prudential Insurance Company of America, et. al. vs. United States Gypsum Company, et. al., Civil Action Nos. 87-4227 and 87-4238 (HAA).

I obtained Bachelor of Science degrees in Experimental Statistics and Geology from North Carolina State University. I am employed as a consultant in my capacity as Assistant Vice President and Senior Corporate Consultant for Law Engineering and Environmental Services, Inc., Atlanta, Ga. I have been employed at Law since December, 1987. Prior to my employment at Law, I served as Director of Services for McCrone Environmental Services, Inc. for five years. I began my career relating to asbestos, serving as a Technical Field Advisor to the US Environmental Protection Agency's Asbestos in Schools Program. I was appointed as an expert advisor to the US Environmental Protection Agency's negotiated rule making committee to promulgate new regulations for asbestos in schools pursuant to AHERA (Asbestos Hazards Emergency Response Act).

During my years dealing with asbestos - related problems, I have been an instructor in over fifty (50) courses and seminars on asbestos in buildings. I have developed protocols for the collection and analysis of asbestos in settled dust of buildings with asbestos - containing building materials, and consulted with the US Environmental Protection Agency (EPA) and the American Society for Testing and Materials (ASTM) in establishing guidelines for these protocols. These protocols have been accepted by both the scientific and the legal community.

As a consultant, I have served hundreds of public and private building owners regarding the proper response they should make regarding the disposition of asbestos in their properties. As part of my consulting services I have acquired extensive experience in the field of identifying products by visual and microscopic examination of the materials and their components and in the field of collection and analysis of the amount and frequency of asbestos release from asbestos - containing building materials.

I have been qualified as an expert in numerous asbestos property damage cases in the fields of asbestos materials characterization which includes asbestos sampling and analysis by various microscopy techniques and asbestos management, including _ USG v. Admiral Insurance Co. et. al. 1994 WL 605841, Nov. 3 1994 and City of Greenville v. W.R. Grace & Co., 640 F. Supp. 559 (D.S.C. 1986), aff'd City of Greenville v. W.R. Grace & Co., 827 F.2d (4th Cir. 1987). Upon information and belief, the United States Court of Appeals for the Fourth Circuit relied upon my testimony about the asbestos contamination of the Greenville City Hall Building as proof of property

Page 1

damage. (See attachment for listing of the last five years of deposition and court testimony.)

I have also participated in or reviewed a number of experiments and demonstrations involving asbestos - containing materials (ACM) in which either the asbestos - containing materials or their residue were disturbed during routine building operations and activities which resulted in the release of significant levels of airborne asbestos - containing dust. Measurements were made of either airborne or surface asbestos dust released during these operations. Such tests have demonstrated that significant numbers of asbestos fibers are released when these routine building operations and activities are undertaken. This release of asbestos fibers into the building's environment results in elevated airborne levels for some time and leads to the contamination of building and property surfaces with asbestos dust. For the purposes of this report, the word "contamination" is intended to convey the idea that the surfaces analyzed contain asbestos fibers to a degree far in excess of what would be expected on a surface which was not in proximity to an asbestos - containing material that was releasing asbestos fibers. In my experience in collecting, analyzing and reviewing thousands of dust samples such as the ones collected in this case, a dust sample taken from areas without asbestos - containing materials or some other identified source will reveal little to no contamination. Therefore, dust samples collected in the vicinity of an asbestos - containing material which reveal significant numbers of asbestos fibers demonstrate release from the material present in addition to demonstrating surface contamination.

Air sampling techniques can prove to be quite useful in measuring airborne asbestos concentrations during work practices which may disturb asbestos-containing materials, debris or dust. Ambient air sampling (sampling during times of no disturbance) can be quite misleading and are not good techniques to determine ACM's condition, or to make determinations as to levels of surface contamination. Ambient air sample results should not be used solely to make decisions about corrective actions since they do not provide sufficient information about airborne levels generated during many routine building activities. Defendants' representatives have collected a series of ambient air samples in and around these buildings. Some observations were made by myself and other Law personnel which would indicate that some of the sampling was not properly conducted. These observations included poorly placed sampling pumps, filters not positioned properly and equipment failure.

Asbestos fibers which are released from deteriorating ACM or from the disturbance of ACM will disburse into the ambient air within the buildings, settling on various surfaces in the building, contaminating various surfaces including furnishing, carpeting, draperies, supplies, books and other materials in buildings. The asbestos dust on these surfaces are subject to reentrainment into the air when this dust is disturbed during routine building activities. The reentrained fibers are as much of a concern as newly released asbestos fibers. The asbestos contamination will remain unless special cleaning procedures are employed to eliminate the asbestos - containing dust from non - porous surfaces or the proper removal and disposal of porous

materials, to which asbestos fibers customarily attach themselves. If ACM which is releasing asbestos fibers is left in areas where surfaces have been cleaned, these surfaces in time will become re-contaminated.

The dust sampling technique is accomplished by running a battery operated air sampling pump, equipped with a membrane filter cassette identical to those used in air sampling over a designated area of a surface. A nozzle fashioned from 1/4 inch diameter tubing is attached to the open nipple of the cassette cap (prior to August 1989 open face cassette). By operating the pump at 2 liters / minute the nozzle face velocity should be approximately 100 cm / second. The actual sample collection process involves delineating a surface area of interest. This is accomplished by measuring a selected area of at least 100 square centimeters. The size of the sampled area may also be measured after the collection is complete. Once the pump is activated, the nozzle is passed along the surface in a manner sufficient to vacuum up any settled dust. Light rubbing of the surface may be necessary to dislodge any lightly attached materials, hard rubbing is not necessary. The vacuuming should continue over the entire sample area until the operator is satisfied that all the dust which can be removed is removed. Upon completion, the sampling cassette should be turned upright and with the pump still running, the cap should be loosened and the nozzle removed and placed into the cassette. After replacing the cap, the pump may be turned off and the cap plug replaced to seal the cassette. These samples are documented as to their location, surface and area sampled, along with other pertinent project information. The filters are then transported to a laboratory for analysis.

The materials collected on the filter are then prepared for analysis under the electron microscope. The microscopist identifies and quantifies asbestos fibers in the microscope grid opening and reports the findings in fibers per unit area such as fibers per square centimeter or fibers per square foot using a mathematical calculation.

Having developed the use of dust sampling to make determinations about asbestos fiber release and contamination in the 1980's, I have followed the development of this sampling and analysis technique to present. To my knowledge, there has been only one significant change to the collection process and none to the analysis process. This collection change occurred about mid-1989 following the EPA's dust sampling workshop. Prior to this workshop surface dust samples were collected using an open face cassette. After making some determinations as to the collection efficiency of the open face cassette versus the use of close face cassette equipped with a sampling nozzle, I made the recommendation to the workshop that future sampling be conducted using the nozzle rather than the open face cassette, which was accepted and incorporated in EPA's method. Upon return from the workshop approximately August 1, 1989, I instructed Law personnel to begin using the nozzle for sampling. This is the sampling equipment described in the current ASTM protocol. As part of their work on this case, Compass Environmental collected pair samples using both collection methods. Based on the analytical data generated by this study, one must conclude the open face cassettes were less efficient in the collection of the asbestos dust. On the

Page 3

average, the open face cassettes collected only 10 percent of the samples now collected using the nozzel equipped cassette.

The following table illustrates the results of the study.

### Comparison of Open Face (PR) verses Nozzle Cassettes

| | Building | AB (Nozzle) * | PR (Open Face) * | Factor |
|---|---|---|---|---|
| 1 | Renaissance Tower | 7.7 Billion | 1.8 Billion | 4.28 |
| 2 | Pru Plaza (Newark, NJ.) | 8.8 Billion | 467 Million | 18.9 |
| 3 | Embarcadero 1 | 770 Million | 229 Million | 3.36 |
| 4 | Embarcadero 2 | 5.5 Billion | 625 Million | 8.78 |
| 5 | 5 Penn Center | 8.5 Billion | 525 Million | 16.19 |
| * Average per sq. ft. asbestos levels from three samples in each building | | | Total | 51.51 |
| | | | Average | 10.3 |

As requested, I and other Law personnel have inspected and collected samples of various asbestos - containing materials and dust samples in the buildings which are the subject of this litigation. Law personnel also accompanied defendants' representatives during their inspections. During most of these visits, reports, photographs and, in some cases, video tape documentation were generated. The subject asbestos-containing materials in these buildings are friable fireproofing which is generally sprayed on to steel beams, columns and floor decking.

The inspection process included a physical examination of the materials to determine the presence, location and use of the materials in the buildings and a determination of conditions. The level of contamination was measured in most of the facilities by the collection and analysis of dust samples. The findings of the inspection and sample collection were documented in various forms including reports, notes, logs, 35 mm photographs and video tape.

In some cases demonstrative activities were conducted and video taped to show how certain activities such as opening and closing a ceiling tile or disturbing the asbestos - containing materials release asbestos. These videos clearly demonstrate when asbestos - containing dust and debris or in place asbestos-containing materials are disturbed, asbestos-containing dust becomes airborne and results in contaminating surfaces below. These videos make use of a lighting technique referred to as the Tyndell light effect to illuminate any airborne particles. This lighting effect is the same as the observation of airborne dust through a stream of sunlight through a window. Dust samples were taken on the top of surfaces above the ceilings prior to the demonstrations and from the plastic covered floor following the demonstrations. These samples demonstrate that asbestos - containing dust was disturbed and that typical maintenance activities result in contaminating surfaces below. For safety, these

Page 4

demonstrations were conducted in contained areas to prevent the spread of the released asbestos and were thoroughly cleaned following the demonstrations.

The following table illustrates the results of the dust samples collected before and after the video demonstrations.

| | Building | Above Ceiling (Before) * | Floor Below (After) * |
|---|---|---|---|
| 1 | Prudential Plaza (Newark, NJ.) | 18.9 Billion | 11.5 Billion |
| 2 | 5 Penn Center | 6.7 Billion | 8.8 Billion |
| 3 | Embarcadero Center 1 | 37.8 Billion | 14.8 Billion |

* Sample results listed above are asbestos structures per sq. ft.

In addition to the general information above, I will also testify about the collection, analysis and interpretation of the dust samples collected at the Prudential buildings by both Compass Environmental and Law Companies.

The general findings are listed below.

1. The overall asbestos control programs are in place and functioning.

2. Since their discovery, a significant amount of the ACM has been removed. Some areas of the ACM have been encapsulated or enclosed, while other areas of the remaining materials have been repaired or patched under the O&M programs and will require continuous monitoring until such time as they are removed.

3. In general, friable ACMs can be classified in the following conditions. Materials which appear in good condition display very little damage (less than 1%), no asbestos - containing debris is present and conditions exist where only slight or no contamination is or should be present. Materials described as in fair condition indicates some damage was observed (1 - 10%), some asbestos - containing debris is present and levels ranging from moderate to extreme contamination would likely be or is present. Poor condition materials have significant damage (greater than 10% overall), significant amounts of asbestos - containing debris present and heavy to extreme levels of contamination very likely to be or are present. These condition categories are consistent with as AHERA's (Asbestos Hazzards Emergency Responce Act) damaged categories of no damage, damaged, and significantly damaged ACM. Additionally, AHERA use the potential for damage to add two additional categories, potential for damage and potential for significant damage. Generally, current conditions are the best indication of a material's potential for damage, unless there are

indications of future changes in the material's environment which would either increase or decrease the material's potential for damage.

4. The remaining materials located in the Prudential buildings are generally in a fair condition with some areas in poor condition. Additional areas of materials were observed in poor condition prior their to removal.

5. The conditions of the fireproofing in the Prudential buildings were generally a result of water damage, air erosion, vibration, building movement, physical contact causing abrasions, scratches, and gouges, delamination of materials due to the loss of either cohesion or adhesion, and cracking.

6. Nearly all of the dust samples collected and analyzed established some level of contamination; many samples demonstrated levels of contamination in excess of one (1) billion asbestos structures per square foot (extremely contaminated). Generally, as one might expect, the dust samples taken in closer proximity of the ACM resulted in the higher levels of contamination.

7. All of the building personnel encountered during the inspections were aware of the presence of the asbestos materials in their buildings.


Building Specific Information and Opinions


1. Prudential Plaza  Denver, Co. - The fireproofing materials where located in the two low rise buildings A and B. These buildings were inspected by myself in 1988 and the fireproofing materials were observed in fair condition. During this visit ten dust samples were collected in various locations in each building.  The analytical results of these dust samples demonstrated fiber release, and contamination. The results ranged from BDL (Below Detectable Limit) to 1.1 billion asbestos structures per square foot. Note that these dust samples were collected using the open face method and should be considered conservative. It is my opinion that the subject fireproofing in this building released asbestos fibers and debris and caused contamination in this building.

2. Century Center Atlanta, Ga. - In 1988 Law personnel collected ten dust samples throughout the 2200 building.  The analytical results of these dust samples ranged from 1.1 million to 11.7 billion asbestos structures per square foot. Note that these dust samples were collected using the open face method and should be considered conservative. This material was in fair to poor condition.  Eight dust samples were collected in the 2600 building and resulted in 303 thousand to 19.1 billion asbestos structures per square foot. Note these dust samples were collected using the open face method and should be considered conservative. This material was also in fair to poor condition. It is my opinion that the subject

fireproofing in these buildings released asbestos fibers and debris and caused contamination in these buildings.

3. <u>Embarcadero One San Francisco, Ca.</u> - In 1988 fifteen dust samples were collected during an inspection. The results of these early dust samples ranged from BDL to 7.9 billion asbestos structures per square foot. Note these dust samples were collected using the open face method and should be considered conservative. In 1995, I made an additional inspection of the materials remaining in the building and found them in fair to poor condition. During this inspection I collected four additional dust samples, which, when analyzed, resulted in 7.7 billion to 11.3 billion asbestos structures per square foot. Additionally, 3 dust samples collected by Compass Environmental also confirmed the presence of asbestos contamination at levels between 501 million to 1.2 billion asbestos structures per square foot. It is my opinion that the subject fireproofing in this building released asbestos fibers and debris and caused contamination in this building.

4. <u>Embarcadero Two  San Francisco, Ca.</u> - In 1988, nine dust samples were collected throughout the first eleven floors where the asbestos - containing fireproofing is located.  The results of these samples showed a contamination level of BDL to 89 million asbestos structures per square foot. Note these dust samples were collected by the open face method and should be considered conservative. During a 1994 inspection by Law personnel, seven additional dust samples were collected, of which three were analyzed. The results indicated contamination levels between 1.8 billion and 5.1 billion asbestos structures per square foot.  I also inspected this building during my 1995 visit and collected three additional dust samples. These samples resulted in contamination levels between 2.4 billion to 25.4 billion asbestos structures per square foot. Additionally, three dust samples collected by Compass Environmental also confirmed the presence of asbestos contamination at levels between 567 million to 12.8 billion asbestos structures per square foot. The fireproofing materials in this building should be considered in fair to poor condition. It is my opinion that the subject fireproofing in this building released asbestos fibers and debris and caused contamination in this building.

5. <u>First Florida Tower Tampa, Fla.</u> - During a 1988 inspection by Law personnel the in place asbestos - containing fireproofing appeared in good condition but fine debris was observed. Eleven surface dust samples were collected from various locations in the building. These samples, when analyzed, demonstrated contamination levels from BDL to 729 millions asbestos structures per square foot. Note these dust samples were collected using the open face method and should be considered conservative. In 1995, I inspected the remaining asbestos- containing fireproofing and collected four additional dust samples. These dust samples showed a contamination level of between 1.1 billion and 36.8 billion asbestos structures per square foot. Most of the remaining asbestos - containing fireproofing was observed in rather poor condition. It is my opinion

Page 7

that the subject fireproofing in this building released asbestos fibers and debris and caused contamination in this building.

6. Chatham Center/Hyatt Pittsburgh, Pa. - Reports from consultants indicated that the fireproofing located in the first ten floors showed signs of damage. These conditions were confirmed by a 1988 inspection by Law personnel. During this inspection nine dust samples were collected. The results of these dust samples demonstrated levels of contamination between 67.4 thousand and 75 million asbestos structures per square foot. Note these dust samples were collected using the open face method and should be considered conservative. It is my opinion that the subject fireproofing in this building released asbestos fibers and debris and caused contamination in this building.

7. 5 Penn Center  Philadelphia, Pa. - Reports by asbestos consultants indicated that the asbestos - containing fireproofing was damaged and deteriorating and became airborne when disturbed. Inspection of the fireproofing by Law personnel confirmed these conditions and five dust samples showed contamination levels between 149 thousand and 85 million asbestos structures per square foot. Note these dust samples were collected using the open face method and should be considered conservative. An additional inspection by myself of the remaining material on the 35th floor revealed asbestos - containing fireproofing in very poor condition with much delamination of the fireproofing and debris observed. Five additional dust samples obtained during this inspection revealed contamination levels between 2.7 billion to 9.1 billion asbestos structures per square foot. Additionally, 3 dust samples collected by Compass Environmental also confirmed the presence of asbestos contamination at levels between 4.1 billion to 13.1 billion asbestos structures per square foot.  It is my opinion that the subject fireproofing in this building released asbestos fibers and debris and caused contamination in this building.

8. 130 Johns St.  New York, NY. - The asbestos - containing fireproofing in this building is applied primarily to the structural columns of the building. However, the fireproofing is accessible above the drop ceiling at the top of the columns, at certain exterior columns and in mechanical spaces. During a 1988 inspection by Law personnel, areas of fireproofing were observed damaged fireproofing and resulting debris was observed. Eleven surface dust samples and a HVAC pre-filter sample were collected during this visit. The resulting analyses indicated contamination levels ranging from BDL to 26.3 million asbestos structures per square foot. Note these dust samples were collected using the open face method and should be considered conservative. In 1995 I inspected this facility and observed material in fair to poor condition. I collected an additional four dust samples. These samples indicated contamination levels between 1.0 billion and 24.3 billion asbestos structures per square foot. It is my opinion that the subject fireproofing in this building released asbestos fibers and debris and caused contamination in this building.

9. Hunt Valley Marriott, Hunt Valley, Md. - During inspections by asbestos consultants, the fireproofing materials were observed in damaged and deteriorating conditions. Law personnel inspected the facility in 1988 and confirmed similar observations. During Law's inspection, six surface dust samples and a HVAC pre-filter sample were collected. The ensuing analysis indicated contamination levels between BDL and 2.1 billion asbestos structures per square foot. Note these dust samples were collected using the open face method and should be considered conservative. It is my opinion that the subject fireproofing in this building released asbestos fibers and debris and caused contamination in this building.

10. 1100 Milam, Houston, TX. - Law personnel inspected this facility in 1988 and observed some of the fireproofing in damaged condition. During this inspection fifteen dust samples were collected throughout the building. The results of these dust samples demonstrated contamination levels between 1.7 million and 5.7 billion asbestos structures per square foot. Note these dust samples were collected using the open face method and should be considered conservative. It is my opinion that the subject fireproofing in this building released asbestos fibers and debris and caused contamination in this building.

11. Northland Towers, Southfield, Mi. - Law personnel inspected the tower buildings in 1988. During the inspection the asbestos - containing fireproofing was observed in fair condition with some areas in poor condition. Six dust samples were collected from the East and West towers. These dust samples had asbestos concentrations between 78 thousand and 40 million asbestos structures per square foot. Note these dust samples were collected using the open face method and should be considered conservative. These conditions were confirmed visually by my inspection in 1996 and by three additional dust samples collected in the West Tower and three additional dust samples collected in the East Tower by Compass Environmental. The results of these samples ranged from 2 billion to 5.9 billion asbestos structures per square foot in the West Tower and from 186.5 million to 3.1 billion asbestos structures per square foot in the East Tower. It is my opinion that the subject fireproofing in these buildings released asbestos fibers and debris and caused contamination in these buildings.

12. Northwest Financial Building, Bloomington, MN - During a 1988 inspection by Law personnel the in place asbestos - containing fireproofing appeared in good condition but fine debris and dust were observed. Fifteen dust samples were collected during this inspection. The results of the dust samples indicated contamination levels which ranged from BDL to 2.6 billion asbestos structures per square foot. Note these dust samples were collected using the open face method and should be considered conservative. It is my opinion that the subject fireproofing in this building released asbestos fibers and debris and caused contamination in this building.

13. Prudential Plaza, Newark, NJ - Law personnel inspected the fireproofing in the mall area and observed delamination and debris present on tops of ceiling tiles. The fireproofing in the office building was observed and dust samples were collected. The results were between BDL and 437 thousand asbestos structures per square foot. In 1995 I inspected the mall areas and the 5th floor of the office complex. I observed the fireproofing in the mall areas to be in fair to poor condition with much debris in many areas. I also inspected the asbestos - containing fireproofing on the 5th floor of the office complex. This material was in poor condition. During my inspection seven dust samples were collected from both areas. The results of these dust samples indicated contamination levels between 1.1 billion to 26.6 billion asbestos structures per square foot. Additionally, 3 dust samples collected by Compass Environmental also confirmed the presence of asbestos contamination at levels between 2.2 billion to 21.7 billion asbestos structures per square foot. It is my opinion that the subject fireproofing in this building released asbestos fibers and debris and caused contamination in this building.

14. Renaissance Tower, Dallas TX - Law personnel inspected the building in January of 1989. Observations of fireproofing debris and dust were made. Nine surface dust samples were collected and analyzed. The results indicated contamination levels between BDL and 10.9 billion asbestos structures per square foot. Note these dust samples were collected using the open face method and should be considered conservative. An additional inspection was made by Law personnel in 1996 and confirmed the condition of the remaining fireproofing in fair condition. Additionally, three dust samples collected by Compass Environmental confirmed the presence of asbestos contamination at levels between 2.2 billion to 17.0 billion asbestos structures per square foot. It is my opinion that the subject fireproofing in this building released asbestos fibers and debris and caused contamination in this building.

15. Southdale Office Complex, Edina, MN - In February of 1989 Law personnel inspected the complex and observed fireproofing debris and dust. During the inspection seven dust samples were collected. the analysis of these dust samples indicated contamination levels between BDL and 13.9 billion asbestos structures per square foot. Note these dust samples were collected using the open face method and should be considered conservative. Some air samples were taken during an operations and maintenance procedure which demonstrated elevated airborne concentrations. It is my opinion that the subject fireproofing in this building released asbestos fibers and debris and caused contamination in this building.

16. Twin Towers, Atlanta, GA - Inspections by Law personnel in 1986 and in 1989 observed fireproofing materials in poor condition, with much dust and debris on surfaces below. This condition was confirmed by my inspection in 1995 of the remaining fireproofing on the 21st floor. Four dust samples collected on this floor shows contamination levels between 9.5 billion to 28.3 billion asbestos

Page 10

structures per square foot. It is my opinion that the subject fireproofing in these buildings released asbestos fibers and debris and caused contamination in these buildings.

17. <u>Brookhollow, Dallas TX</u> - The asbestos - containing fireproofing was removed in 1986 and 1987 prior to occupancy by a new tenant.

18. <u>Short Hills Office Complex, Short Hills, NJ</u> - The asbestos - containing fireproofing was removed in 1984 piror to demolition of the building.


While the mere presence of asbestos - containing materials in a building does not necessarily mean asbestos fibers are being released or that there is an immediate health hazard present, its presence does present a continuing potential for the release of asbestos fibers into the building's environment and a potential for a health hazard. When asbestos materials are present and these materials have and are being disturbed or are deteriorating, asbestos fibers are being released into the air and on to surfaces below. This dust can, in turn being reentrained by the building maintenance staff, outside service personnel and some of the general building occupants. The U.S. EPA believes, as I do, that an increased exposure to asbestos results in an increase in occurrence of asbestos - related diseases. It was obvious from the inspections that the asbestos - containing materials in these buildings have and are continuing to release asbestos due to their presence, condition, activities and the building dynamics, despite reasonably good asbestos control programs. The asbestos - related problems and the asbestos contamination will continue until such time as the accessible, friable asbestos materials are removed.

Generally there are several ways to deal with in place ACMs. These include placing the materials under an Operations and Maintenance Program (O&M). This program is designed to control and minimize disturbance of the ACMs. While all ACM discovered in a building should be placed in an O&M program, only materials in good condition should remain in the program for an extended period of time. Sometimes an ACM is suitable for encapsulation or enclosure. These control methods are coating the ACM with a paint - like material or enclosing the ACM behind an air tight barrier. Both of these control methods should also be considered temporary and the treated ACM must still remain in the O&M program and under the watchful eye of the building's asbestos coordinator. The permanent solution to asbestos related - problems, is to remove the ACM and any contaminated materials which can not reasonably be cleaned, and replace them with new suitable non-asbestos containing materials.

The observations of the use, locations and conditions of the asbestos - containing fireproofing materials made during site visits of Prudential's buildings, the observed dust and debris on tops of ceiling systems and light fixtures coupled with the results of dust sampling conducted in various Prudential's buildings demonstrated building contamination and potential for exposure to airborne asbestos fibers. Additionally, given the location and conditions of the asbestos - containing fireproofing

materials, I would expect conditions and the problems to worsen in the future if not abated. Therefore the appropriate remedial action was to place the asbestos-containing fireproofing materials in an O&M program and schedule their removal and replacement. In my opinion, the corrective actions, in the above listed Prudential buildings were reasonable, appropiate and consistant with this approach.

This report summarizes opinions and testimony which I intend to provide in this case. These opinions are based on my work in these buildings and other buildings around the country, training, experience, studies and research of myself as well as studies and research of others scientists, asbestos professionals and governmental agencies. Attached to this report are my Curriculum Vitae, a list of testimony, a list of documents of which I may rely or use as exhibits, and a list of compensation rates.

Signed

Richard L. Hatfield

July, 1996

Page 12



**MATERIALS
ANALYTICAL
SERVICES**

April 25, 1996

Mr. Richard Hatfield
Law Engineering
396 Plasters Avenue
Atlanta, GA  30324

Re:  Prudential - First Florida Tower Microvac Dust Samples

Dear Mr. Hatfield:

Enclosed are the analyses of the dust samples we received at our facility on
November 11, 1988.  The samples sent under your job/purchase order
number:  A88-120.17, Prudential - First Florida Tower, were labeled as
follows:

1
2
3
4
5
6
7
8
9
10
11

Please call our office at your convenience should you have any questions
concerning the analyses of your samples.

Sincerely,

William E. Longo, Ph.D.
President

WEL/dab

Ref: M1811

**Raleigh Office:**
616 Hutton Street • Suite 101
Raleigh, North Carolina 27606
(919) 829-7041 • FAX (919) 829-5518

**Atlanta Office:**
3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(770) 448-3200 • FAX (770) 368-8256

# Materials Analytical Services, Inc.

### 3597 Parkway Lane, Suite 250
### Norcross, GA  30092
#### (770) 448-3200

*Summary of Results of Analysis by*
*Transmission Electron Microscopy (TEM)*

| | |
|---|---|
| Client Name: | Law Engineering/Atlanta |
| Client Job Number/Name: | A88-120.17 First Florida Tower |
| MAS Project Number: | M1811 |
| Reviewer: | |

| Client Sample Number | MAS Sample Number | Sample Location | Number of Asbestos Structures | Asbestos Concentration Str/sq.ft. | Asbestos Concentration Str/Cm² |
|---|---|---|---|---|---|
| 1 | M1811-1 | #1, A88-120.17, First Florida Tower 11th floor top of file cabinet | 0 | BAS | BAS |
| 2 | M1811-2 | #2, A88-120.17, First Florida Tower 11th floor top of light fixture | 50 | 91.1 Million | 98.0 Thousand |
| 3 | M1811-3 | #3, A88-120.17, First Florida Tower 11th floor top of partition wall | 1 | 347.2 Thousand | 373.2 |
| 4 | M1811-4 | #4, A88-120.17, First Florida Tower 11th floor carpet sample | 0 | BAS | BAS |
| 5 | M1811-5 | #5, A88-120.17, First Florida Tower 14th floot top of light fixture | 110 | 729.1 Million | 784.6 Thousand |
| 6 | M1811-6 | #6, A88-120.17, First Florida Tower 14th floor top of window seal | 1 | 471.4 Thousand | 505.5 |
| 7 | M1811-7 | #7, A88-120.17, First Florida Tower 18th floor counter top in telephone room | 20 | 1.5 Million | 1.6 Thousand |
| 8 | M1811-8 | #8, A88-120.17, First Florida Tower 18th floor top of duct work | 98 | 242.8 Million | 261.2 Thousand |
| 9 | M1811-9 | #9, A88-120.17, First Florida Tower carpet on floor | 2 | 102.1 Thousand | 109.9 |
| 10 | M1811-10 | #10, A88-120.17, First Florida Tower 18th floor top of light fixture | 59 | 220.0 Million | 213.1 Thousand |
| 11 | M1811-11 | #11, A88-120.17, First Florida Tower 35th floor top of picture frame | 2 | 748.3 Thousand | 804.2 |



MATERIALS
ANALYTICAL
SERVICES

### CHAIN-OF-CUSTODY

Company: _Law Associates_          MAS Job No: _M-1811_

Contact: _Richard Hatfield or Bruce Simonton_  Date: _11-11-88_

Phone No: _892-3200_               Client P.O.: _Prudential_

### TYPE OF ANALYSIS

TEM ( )    Level I ( )    LEVEL II ( )    AHERA ( )
WATER ( )    DUST (✓)    BULK ( )

OTHER: _____    Requested T.A.T.:_____

                                  Due Date:_____

Sample Number(s):

1)  A88-120.17  — 1        11)  A88-120.17  — 11

2)              — 2        12)  A88-120.15  — 1

3)              — 3        13)              — 2

4)                         14)

5)                         15)

6)                         16)

7)                         17)

8)                         18)

9)                         19)

10)                        20)                9

Samples Received By: _P. Miller_          Date: _11-11-88_

Condition of Samples: _ok_

Sample Preparation: _Jeff Hycock_     Date: ~~6/22/89~~ OA 6/25/89

Sample Analysis: _McMahon + law_      Date: 4-23-96, 4-94

Report(s) Sent By:_____       Date:_____

Sample(s) Shipped By: _R. Olsen_      Date: _5-10-90_

Samples Received By Client:_____
Date Received By Client:_____
(Please sign and return to MAS upon
 receipt of samples.)
_empty cassettes_
_discarded 2/8/93_

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200



PREPPED DUST SAMPLE CASSETTE LABELS:

MAS JOB NUMBER: M1811

CLIENT JOB NUMBER: A88 - 120.17, A88 - 120.15

SAMPLE NUMBER:        LABEL:

1  —  Sample #1  A88 - 120.17  First Florida Tower  #1 - 11th Floor
        Top of file cabinet    Area - 3½" X12"  T = 2mins  11-7-88

2  —  #2  A88-120.17  First Florida Tower  #2 - 11th Floor
        Top of light fixture    A = 6" X6"  T = 2min  11-7-88

3  —  #3  A88-120.17  First Florida Tower  #3 - 11th Floor  Top
        of partition wall    A = 2" X15"  T = 1min  11-7-88

4  —  #4  A88-120.17  First Florida Tower  #4 - 11th Floor
        Carpet Sample    A = 12" X12"  T = 1min 11-7-88

5  —  #5  A88-120.17  First Florida Tower  #5 - 14th Floor
        Top of light fixture    A = 6" X6"  T = 2min 11-7-88

6  —  #6  A88-120.17  First Florida Tower  #6 - 14th Floor
        Top of window seal    A = 1" X24"  T = 1min 11-7-88

7  —  #7  A88-120.17  First Florida Tower  #7 - 18th Floor
        Counter Top in telephone room  A = 12" X12".  T = 2min 11-7-88

8  —  #8  A88-120.17  First Florida Tower  #8 - 18th Floor
        Top of ductwork    A = 11" X16"  T = 1min 11-7-88

9  —  #9  A88 -120.17  First Florida Tower  #9  Carpet on Floor
        A = 12" X12"  T = 1min    11-7-88

10 —  #10  A88 - 120.17  First Florida Tower  #10 - 18th Floor
        Top of light fixture  A = 8" X8"  T = 2min 11-7-88

11 —  #11  A88-120.17  First Florida Tower  #11 - 35th Floor
        Top of picture frame    A = 1½" X40"  T = 1min 11-7-88

12 —  1  ~~Restaurant~~  A88-120.15  Oaks Mall, Gainesville, Fla.
        #1  B-12  Store Front - Top of sign  A = 4½" X6"
        T = 1min    11-8-88