# DUST PREPARATION FORM

CLIENT: _(signature)_ Atlanta
TYPE OF SAMPLES: DUST
DATE OF PREP: 9/14/95
DUE DATE: _____

MAS JOB NUMBER: M13824
PREP TECH: _(signature)_
PREP METHOD: MT-003 # 1

FILTER TYPE/SIZE: Celanese MCE 47   FILTER AREA: _____   PORE SIZE: .45 μm   FILTER BOX NUMBER: Lot 41665

| SAMPLE NUMBER | CLIENT I.D. | VOLUME FILTERED NO. 1 | VOLUME FILTERED NO. 2 | VOLUME FILTERED NO. 3 | VOLUME FILTERED NO. 4 | TOTAL SUSPENSION VOLUME | COMMENTS |
|---|---|---|---|---|---|---|---|
| M13824-1 | 1 | 1 ml | .1 ml | .02 ml | .05 ml | 100 ml | Grid Box 3496 |
| 2.2 | 2.2 | .02 ml | .1 ml | .02 ml | .01 ml | " | " |
| 33 | 3 | .02 ml | .1 ml | .005 ml | .01 ml | " | " |
| #4 | 4 | .02 ml | .1 ml | .005 ml | .01 ml | " | " |
| 5 5 Field Blank | 30 ml | 1 | 1 | 1 | " | | 3522 |
| Lab Blank 9-14-95 | 30 ml | | | | " | | Grid Box 3557 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

# Reprep Request

Project: _M13824_          Date: _9-18-95_

| mple # | Original Volumes | Re-wick | More Grids | Volumes Requested |
|--------|------------------|---------|------------|-------------------|
| 1 | 0.1 , 0.6 | | | 0.05, 0.03 |
| 3 | 0.02, 0.1 | | | 0.01 , 0.005 |
| 4 | 0.02, 0.1 | | | 0.01 , 0.005 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Prep Tech: _____

Date: _9-19-95_

Grid Box: _3557_

Tracking Log Updated: _____

Original Prep Sheet Updated: _____



MATERIALS ANALYTICAL SERVICES          FRI 22-SEP-95  09:54
Cursor: 1.300keV = 23          ROI (SIKα) 1.660: 1.810=588
                               ROI (MGKα) 1.180: 1.330=416

0.000                                    VFS = 64     10.240
   18      M13824-1 , CHRYSOTILE



MATERIALS ANALYTICAL SERVICES          FRI 22-SEP-95  10:16
Cursor: 1.270keV = 12          ROI (SIKα) 1.660: 1.810=167
                               ROI (MGKα) 1.180: 1.330=123

0.000                                    VFS = 32     10.240
    9      M13824-1 , CHRYSOTILE



MATERIALS ANALYTICAL SERVICES          FRI 22-SEP-95  10:26
Cursor: 1.270KeV = 26        ROI (SIKα) 1.660: 1.810=482
                             ROI (MGKα) 1.180: 1.330=345

0.000                                 VFS = 128      10.240
   85      M13824-1 , CHRYSOTILE



MATERIALS ANALYTICAL SERVICES          FRI 22-SEP-95  10:49
Cursor: 1.270KeV = 6         ROI (SIKα) 1.660: 1.810=103
                             ROI (MGKα) 1.180: 1.330=84

0.000                                 VFS = 16       10.240
   9       M13824-1 , CHRYSOTILE









MATERIALS ANALYTICAL SERVICES          FRI 22-SEP-95  11:04
Cursor: 1.300keV = 4        ROI (SIKα) 1.660: 1.810=113
                            ROI (MGKα) 1.180: 1.330=74

0.000                                VFS = 16        10.240
    16      M13824-4 , CHRYSOTILE



MATERIALS ANALYTICAL SERVICES          FRI 22-SEP-95  12:32
Cursor: 1.300keV = 5        ROI (SIKα) 1.660: 1.810=143
                            ROI (MGKα) 1.180: 1.330=95

0.000                                VFS = 64        10.240
     4      M13824-4 , CHRYSOTILE

# PRUDENTIAL BUILDINGS:  REPORT OF
# WILLIAM M. EWING, CIH

### Prepared by:

**William M. Ewing, CIH**
**Technical Director**
**Compass Environmental, Inc.**
**Robinson Road, Suite B**
**Marietta, Georgia  30068**

**July 30, 1996**

# PRUDENTIAL BUILDINGS:  REPORT OF
# WILLIAM M. EWING, CIH

## TABLE OF CONTENTS

| | | |
|---|---|---|
| I. | INTRODUCTION AND BACKGROUND | 1 |
| II. | PROCEDURES AND METHODS | 4 |
| III. | PRESENTATION AND DISCUSSION OF FINDINGS | 9 |
| A. | EMBARCADERO CENTER I, SAN FRANCISCO, CA | 11 |
| B. | EMBARCADERO CENTER II, SAN FRANCISCO, CA | 15 |
| C. | CHATHAM CENTER/HYATT, PITTSBURGH, PA | 17 |
| D. | 130 JOHN STREET, NEW YORK, NY | 19 |
| E. | HUNT VALLEY MARRIOTT, HUNT VALLEY, MD | 22 |
| F. | 5 PENN CENTER, PHILADELPHIA, PA | 25 |
| G. | PRUDENTIAL PLAZA, NEWARK, NJ | 28 |
| H. | BROOKHOLLOW I BUILDING, HOUSTON, TX | 31 |
| I. | SHORT HILLS OFFICE COMPLEX, SHORT HILLS, NJ | 32 |
| J. | NORTHLAND TOWERS, SOUTHFIELD, MI | 33 |
| K. | PRUDENTIAL PLAZA, DENVER, CO | 36 |
| L. | NORTHWEST FINANCIAL CENTER, BLOOMINGTON, MN | 38 |
| M. | TWIN TOWERS, ATLANTA, GA | 40 |
| N. | CENTURY CENTER I & IV, ATLANTA, GA | 42 |
| O. | SOUTHDALE OFFICE COMPLEX, EDINA, MN | 44 |
| P. | FIRST FLORIDA TOWER, TAMPA, FL | 46 |
| Q. | 1100 MILAM, HOUSTON, TX | 48 |

R.      RENAISSANCE TOWER, DALLAS, TX                    52

S.      ROUTES OF ASBESTOS EXPOSURE IN BUILDINGS         54

T.      EPISODIC EXPOSURE STUDIES                        55

U.      MAINTENANCE AND RENOVATION EXPOSURE DATA         62

V.      SURFACE DUST EVALUATION                          65

W.      ASBESTOS MANAGEMENT OPTIONS AVAILABLE TO         68
        COMMERCIAL BUILDING OWNERS

X.      REGULATIONS                                      87

IV.   CONCLUSIONS                                        92

V.    REFERENCES                                         95

APPENDICES

A.      CURRICULUM VITAE FOR WILLIAM M. EWING, CIH

B.      LISTING OF EXPERT TESTIMONY FOR WILLIAM M.
        EWING, CIH 1990 - 1996

C.      ASTM STANDARD METHOD D 5755-95 MICROVACUUM
        SAMPLING AND INDIRECT ANALYSIS OF DUST BY
        TRANSMISSION ELECTRON MICROSCOPY FOR
        ASBESTOS STRUCTURE NUMBER CONCENTRATIONS

D.      SUMMARY OF ASBESTOS SURFACE DUST SAMPLING

E.      LABORATORY REPORTS OF SURFACE DUST SAMPLES
        COLLECTED BY COMPASS ENVIRONMENTAL, INC.

F.      SUMMARY OF AIR SAMPLING DATA DURING
        MAINTENANCE AND RENOVATION ACTIVITIES

G.      PHOTOGRAPHS AND PHOTOGRAPH LOGS FOR ALL
        BUILDING VISITS

H.      35mm SLIDE PRESENTATION ASBESTOS IN BUILDINGS

**PRUDENTIAL BUILDINGS: REPORT OF**

**WILLIAM M. EWING, CIH**

## I. INTRODUCTION AND BACKGROUND

William M. Ewing, CIH of Compass Environmental Inc., 2231 Robinson Road, Suite B, Marietta, Georgia 30068, was requested to evaluate selected buildings previously or currently owned by Prudential. Mr. Ewing is an expert on asbestos in buildings issues. Mr. Ewing is qualified as an expert in this area as a result of his education and experience in the field of asbestos identification, evaluation and control.

Mr. Ewing received a Bachelor of Sciences in Biology from Washington and Lee University. In 1978, Mr. Ewing worked at Clayton Environmental Consultants, Inc. as an industrial hygienist. In 1981, he joined the Georgia Tech Research Institute and started their industrial hygiene laboratory, instituted the hazardous waste program for small business in Georgia, was director of the EPA-sponsored Asbestos Information Center, and served as an industrial hygienist under the 7 (c) (1) program, sponsored by OSHA. In 1983, Mr. Ewing became board certified in the comprehensive practice of industrial hygiene. He was re-certified in 1989 and 1995 in accordance with the American Board of Industrial Hygiene requirements. In 1995 he was nominated by his peers and appeared as an American Industrial Hygiene Association Fellow Member. In 1987, he left the Georgia Tech Research Institute to take the position of Executive Vice President at The Environmental Management Group, Inc. In 1990, Diagnostic Engineering, Inc. acquired

1

1    The Environmental Management Group, Inc. and employed Mr. Ewing as Regional

2    Technical Director until 1993 when he formed the consulting firm, Compass

3    Environmental, Inc., where he is currently the Technical Director.

4

5    During his career, Mr. Ewing has conducted numerous industrial hygiene, asbestos

6    management and environmental studies. He has authored several publications and served

7    on many committees, including governmental and industrial committees, to study the

8    following: identifying asbestos in buildings, disposal of asbestos-containing materials, and

9    removal of asbestos-containing materials in buildings. Mr. Ewing has provided asbestos-

10   related consulting services to property managers and building owners throughout the

11   United States and Canada. He has conducted over 1,000 asbestos surveys for asbestos-

12   containing material (ACM). He has developed asbestos management and control

13   programs in commercial and government facilities; including commercial office buildings,

14   schools, hospitals, ships, industrial plants and government buildings. In addition, Mr.

15   Ewing has frequently directed or lectured in training courses sponsored by universities,

16   government agencies and private interests on topics including industrial hygiene,

17   respiratory protection, and asbestos identification, evaluation, and control.

18

19   As a result of Mr. Ewing's work experience and asbestos training, he is qualified to offer

20   opinions related to asbestos in buildings including the following: the condition of the in-

21   place asbestos-containing materials; air, dust, and bulk sampling techniques; regulations

22   and guidance documents applicable to asbestos in buildings; the reasonableness of the

2

1    precautions taken by building owners and managers for maintaining in-place asbestos-

2    containing materials; the contamination in a building resulting from the in-place asbestos-

3    containing materials; options available to building owners and managers when dealing with

4    asbestos; the necessity to remove the in-place asbestos-containing materials during a

5    renovation; and the ultimate need to remove the asbestos-containing materials upon

6    demolition of the building.  Mr. Ewing's expert qualifications and training are set forth

7    more fully in his Curriculum Vitae in Appendix A.

8

9    Mr. Ewing has testified as an expert on asbestos-in-building issues on several occasions in

10   both federal and state court.  Included in Appendix B is a list of Mr. Ewing's asbestos

11   expert deposition and trial testimony over the last five years.  Compass Environmental,

12   Inc. has and will be compensated for Mr. Ewing's time at a rate of $145/hour.

13   Compensation for Mr. Dawson's time is at a rate of $95/hour.

14

15   The purpose of the Prudential buildings evaluation was to review actions taken to date by

16   the building owner, conduct inspections of remaining fireproofing in the buildings,

17   determine the current condition of the remaining asbestos-containing fireproofing, conduct

18   sampling as appropriate, and opine on the reasonableness of the asbestos program

19   implemented by the building owner.

20

21   This report summarizes these findings and includes a description of methods employed, a

22   discussion of the findings, and conclusions drawn based on these findings.  Included as

3

1    Appendices to this report are photographs and laboratory results of sampling conducted.

2    In addition to the references cited herein, Mr. Ewing may rely on the opinions, data and

3    publications contained in plaintiffs' other expert reports.

4

5    **II.    PROCEDURES AND METHODS**

6    The buildings included for consideration are listed in <u>Table 1</u>.    For all buildings,

7    documents related to asbestos-containing materials were reviewed.    Site visits were made

8    to all buildings except the Short Hills Office Complex in Short Hills, New Jersey.    The

9    Short Hills Office Complex in Short Hills was completely abated prior to demolition in

10    1984. [1-4]

11

12                          **Table I.  Selected Prudential Buildings**

| Building Name | Location |
|---|---|
| Embarcadero I | San Francisco, CA |
| Embarcadero II | San Francisco, CA |
| Chatham Center/Hyatt | Pittsburgh, PA |
| 130 John Street | New York, NY |
| Hunt Valley Marriott | Hunt Valley, MD |
| 5 Penn Center | Philadelphia, PA |
| Prudential Plaza | Newark, NJ |
| Brookhollow I | Houston, TX |

4

| | |
|---|---|
| Short Hills Office Complex | Short Hills, NJ |
| Renaissance Tower | Dallas, TX |
| Northland Towers | Southfield, MI |
| First Florida Tower | Tampa, FL |
| Northwest Financial Center | Bloomington, MN |
| 1100 Milam | Houston, TX |
| Prudential Plaza | Denver, CO |
| Southdale Office Complex | Edina, MN |
| Century Center I & IV | Atlanta, GA |
| Twin Towers | Atlanta, GA |

1

2  For each building various asbestos-related documents were reviewed, often including the

3  asbestos survey, operations and maintenance program and floor plans. These documents

4  were reviewed to gain an understanding of the building lay-out, use, occupancy, and the

5  types of asbestos-containing materials known to be present, and their locations.

6  Arrangements for the building visits were made with each building representative. This

7  was often the building manager or building maintenance director. Assistance was usually

8  provided by building maintenance staff, local asbestos consultants, and/or local asbestos

9  abatement contractors, as necessary.

10

11  The results of asbestos surface dust sampling for each building visited were reviewed.

12  These samples were collected by Law Associates, Inc. and analyzed by Materials

5

1   Analytical Services, Inc. (MAS). All of these samples were collected in 1988 - 1995. The

2   results of bulk sample analyses were also reviewed with William E. Longo, Ph.D. of MAS.

3   For these buildings the focus was the spray-applied asbestos-containing fireproofing.

4

5   At each building a visual inspection of the remaining fireproofing was conducted to

6   determine its current condition and accessibility. The assessment techniques employed

7   were as described in the Asbestos Hazard Emergency Response Act (AHERA) regulations

8   promulgated by the US Environmental Protection Agency (EPA).[5-7]  The Asbestos

9   School Hazard Abatement Reauthorization Act (ASHARA) extended certain provisions of

10  the AHERA regulation to public and commercial buildings.[8]  One significant provision

11  was the requirement that only accredited inspectors perform building inspections.[9]  The

12  assessment procedures used by accredited inspectors is that prescribed by AHERA.

13

14  The AHERA assessment procedures place each friable asbestos-containing material into

15  an assessment category based on its degree of damage. For a surfacing material such as

16  friable fireproofing the available categories include:

17

18      1.  Significantly damaged friable surfacing ACBM (asbestos-containing building

19          material) - a material exhibiting greater than 10% damage evenly distributed or

20          25% damage in a localized area.

21

1      2. Damaged friable surfacing ACBM - a material exhibiting greater than 1 - 2%

2          damage and less than 10% damage evenly distributed or 1 - 2% damage and

3          less than 25% damage in a localized area.

4

5      3. Friable surfacing ACBM with a potential for significant damage - a material

6          that is not damaged or significantly damaged but has the potential for damage

7          that would be both extensive and severe.

8

9      4. Friable surfacing ACBM with a potential for damage - a material that is not

10         damaged or significantly damaged but has the potential for damage to occur.

11

12      5. Other friable ACBM - a surfacing material that does not fall into one of the

13         four previous categories.

14

15  Damage of a surfacing material is evidenced by the presence of physical damage such as

16  gouges, blistering, and vandalism; water damage indicated by stains, flaking, or

17  delamination; and damage due to deterioration or vibration.  Damage due to deterioration

18  or vibration is visually assessed by the presence of ACBM debris (having the same color

19  and texture) on surfaces beneath the ACBM.

20

21  In addition to the visual assessment, surface dust sampling was also conducted in six

22  buildings.  Small particles, generally less than 1 millimeter (mm) in diameter, cannot

7

1    usually be identified as ACBM based on color and texture.  Dust sampling with analysis by

2    transmission electron microscopy (TEM) allows for a quantitative estimate of asbestos

3    structures on surfaces.  Since dust sampling had been conducted previously in most of

4    these buildings, the primary purpose was to augment the previous sampling and conduct

5    side-by-side measurements to compare results using the 1988 methodology with the 1995

6    ASTM method D 5755-95.

7

8    In each of five Prudential buildings, three locations were randomly selected.  Each location

9    was a horizontal non-porous surface beneath asbestos-containing fireproofing.   All

10   locations had a visually discernible layer of dust.  No particles greater than 1 mm in

11   diameter were on the surfaces sampled.  At each location, two samples were collected

12   side-by-side.  One of these samples was collected using the 1988 methodology and one

13   collected as described in the current ASTM method.

14

15   The sampling conducted in 1988 - 1989 by Law Associates used a 37 mm diameter

16   cassette attached to a pump calibrated at 2 liters per minute (l/min).  These samples were

17   collected from a measured surface area, usually one square foot.  The 1988 - 1989

18   sampling used a 0.8 μm pore size mixed cellulose ester (MCE) filter and collected the

19   sample open face.

20

21   The ASTM standard method in 1995 allows for a 25 mm cassette, any pore size equal to

22   or less than 0.8 μm, an MCE filter, and a standard collection area of 100 cm$^2$ (although

8

1    smaller or larger areas are allowed).  The significant difference is the addition of a sample

2    collection nozzle providing a standard flowrate at the surface of approximately 100

3    centimeters per second (cm/sec).  This value is considerably higher than the 6.4 cm/sec

4    velocity when an open face 37 mm cassette is used (33 mm effective area).  A copy of the

5    ASTM method is included at Appendix C.

6

7    All dust samples were submitted to MAS for analyses.  It was requested the laboratory

8    follow the same procedures followed in 1988 for the 37 mm cassettes and the ASTM

9    standard method for the 25 mm cassettes.  Eight field blank (control) samples were also

10    submitted as a check for systematic contamination in the field or laboratory.  Results were

11    reported as asbestos structures per square centimeter (s/cm$^2$) and asbestos structures per

12    square foot (s/ft$^2$).

13

14    Following the building visits, additional documents related to the asbestos in the

15    Prudential buildings were reviewed.  These consisted of additional building surveys,

16    asbestos management procedures, abatement records, air monitoring reports, laboratory

17    reports, and other miscellaneous records.  In addition, documents and deposition

18    transcripts of defendants' representatives were reviewed.  Principal documents relied upon

19    appear in the reference list at the conclusion of this report.

20

21    **III.    PRESENTATION AND DISCUSSION OF FINDINGS**

22

1    Findings are discussed below by building followed by a general discussion of topics that

2    apply to multiple buildings.

1    **P.    FIRST FLORIDA TOWER, TAMPA, FL**

2

3    The First Florida Tower is located at 111 Madison Street in downtown Tampa, FL.  It is a

4    38-floor office building with multiple tenants.  It has a ducted supply air ventilation system

5    with an open above ceiling return air system.  Originally, asbestos-containing fireproofing

6    was applied to the structural steel of the basement, first-floor and floors 7 – 36.  Floors 2 –

7    6 are a parking garage and were reported never to have had fireproofing.[66,67]

8

9    The fireproofing is a high density spray-applied product reported to be Monokote MK-

10    3.[38]  William M. Ewing, CIH and Tod A. Dawson of Compass inspected the building on

11    April 15, 1996.  The original fireproofing was inspected on the basement, 1st, 9th, 35th and

12    36th floors.  The fireproofing was reported removed from all other floors.[68]

13

14    The fireproofing was consistently rated as damaged friable surfacing ACBM, with some

15    areas rated as significantly damaged (35th floor kitchen) and some areas rated as friable

16    surfacing ACBM with a potential for damage (basement vault).  The types of damage

17    included physical damage, water damage and deterioration.

18

19    Physical damage is illustrated in photographs 15 10:43, 15 10:47, 15 10:54 and 15 12:41.

20    Water damage was evidenced by instances of delamination of the fireproofing as shown in

21    photographs 15 12:36, 15 12:38 and 15 12:39.  At many locations inspected, a rust layer

22    has developed at the interface between the fireproofing and the steel beam.  Visually, a

1  yellow discoloration is observed where the fireproofing application is thin (5 mm or less).

2  This can be seen in photographs 15 10:38, 15 10:43, and 15 10:49. This rust layer results

3  in loss of adhesion between the fireproofing and structural steel with subsequent

4  delamination. In most instances at the First Florida Tower there was not evidence of water

5  intrusion being responsible for this layer of rust. This has been observed previously in

6  other buildings situated in humid environments.[69]

7

8  Fireproofing dust and debris were observed on surfaces below the in-place fireproofing.

9  Fireproofing debris having the same color and texture as the in-place material is visible in

10  photographs 15 12:26, 15 12:35 and 15 13:14. Surface dust sampling was conducted by

11  Law Engineering in 1988 and 1995.[70, 71] These results, summarized in Appendix D

12  demonstrate a high level of asbestos surface contamination throughout the return air

13  plenum spaces in the building.

14

15  A review of asbestos-related building documents resulted in 17 personal air samples

16  collected during maintenance or renovation activities.[72, 73] The exposure concentrations

17  were in a range of 0.01 to 1.36 f/cc. These results are summarized in Table 10 of

18  Appendix F. The building records indicate that a considerable number of additional

19  personal samples were collected. However, since renovations and maintenance activities

20  are normally conducted by outside contractors, these results were not found in the

21  building records.

1  S.      ROUTES OF ASBESTOS EXPOSURE IN BUILDINGS

2

3  Asbestos exposure from friable in-place materials occurs in several ways. First, asbestos

4  fibers are slowly released through deterioration over time.    In the EPA guidance

5  document, Controlling Asbestos-Containing Materials in Buildings, they stated, "Areas

6  covered by ACM tend to be large. If the material is friable, fibers are slowly released as

7  the material ages."[83]  This concept was also recognized in the guidance document issued

8  by the British Department of the Environment which stated, "As it ages, sprayed asbestos

9  may release more fibers and asbestos dust may accumulate in adjacent areas."[84]

10

11  The second common method of fiber release from in-place friable ACM is through impact

12  or direct contact.  This form of release occurs when the material is struck, scraped or

13  brushed such as during maintenance or renovation activities.  The magnitude of the release

14  is proportional to the intensity of the activity causing the disturbance.

15

16  Once asbestos fibers are liberated from a material such as fireproofing, the fibers will

17  slowly settle onto surfaces.  If not removed, the surfaces will accumulate increasing

18  concentrations of asbestos dust. This dust may then become resuspended into the air.

19  Custodial and maintenance procedures such as sweeping floors with asbestos dust or

20  changing ceiling tiles with settled dust are examples of activities which re-suspend dust

21  into the air.

22

54

1    These concepts of fiber release and re-suspension are widely recognized and have been

2    demonstrated repeatedly in observational and experimental studies.[85-90]

3

4    T.    **EPISODIC EXPOSURE STUDIES**

5

6    Industrial hygienists often refer to asbestos exposures in buildings as being either prevalent

7    level or episodic.   Prevalent level exposure refers to the continuous concentration of

8    asbestos in the air.   Prevalent level exposures are usually low in buildings with spray-

9    applied fireproofing.[91-92]   Area air sampling has traditionally been used to measure the

10   prevalent level.

11

12   Episodic exposures are often associated with a specific activity which disturbs the in-place

13   fireproofing or settled dust containing asbestos.   Such exposures represent a rapid rise in

14   the airborne asbestos concentration followed by a gradual decline.[91]   Episodic exposures

15   generally are limited to portions of the building where the activity occurs.   However,

16   ventilation patterns may distribute airborne asbestos to adjoining areas or even remote

17   locations.   Periodic air sampling in a building, such as once a year or every 6 months is

18   unlikely to detect episodic exposures.   For this reason the EPA recommends against air

19   sampling alone for assessing the condition of asbestos-containing materials.[83,93]

20

21   In a series of studies, episodic exposures were evaluated during routine maintenance and

22   custodial activities in buildings with surfacing ACM.   Five of these studies were conducted

55

1    in buildings with spray-applied fireproofing which was the same or substantially similar to

2    the fireproofing in the Prudential Buildings.    The results of these studies have been

3    published in peer-reviewed journals and are summarized in Figures 1 - 5.[87, 89, 90]

4

5    In each of the five studies a particular maintenance, renovation or custodial activity was

6    chosen.    Area air sampling was conducted before, during, and after each activity.    Personal

7    air samples were also collected on the individuals performing the activities.    All samples

8    were analyzed by transmission electron microscopy (TEM) and the personal samples were

9    analyzed by TEM and phase-contrast microscopy (PCM).    In each study it was found that

10   the asbestos exposures during the activity increased significantly when compared to

11   concentrations in the air before the activities began.    In each instance, the source of the

12   asbestos exposure was the fireproofing, or the dust and debris from the fireproofing.



Asbestos Concentrations During Cable Installation

### DESCRIPTIVE STATISTICS OF ASBESTOS CONCENTRATIONS

| | Cable Pull I | | | |
|---|---|---|---|---|
| Phase | Arithmetic Mean (s/cm³) | Arithmetic Std. Dev. (s/cm³) | Geometric Mean | Number of Observations |
| Before Inst. | 0.052 | 0.030 | 0.046 | 5 |
| During Inst. | 28.9 | 12.6 | 26.9 | 5 |
| During (Pers.) | 10.5 | 11.6 | 7.1 | 3 |
| After Inst. | 8.4 | 7.0 | 6.2 | 6 |

| | Cable Pull II | | | |
|---|---|---|---|---|
| Phase | Arithmetic Mean (s/cm³) | Arithmetic Std. Dev. (s/cm³) | Geometric Mean | Number of Observations |
| Before Inst. | 0.158 | 0.094 | 0.129 | 5 |
| During Inst. | 100.2 | 91.9 | 67.4 | 4 |
| During (Pers.) | 124.8 | 85.6 | 102.7 | 3 |
| After Inst. | 17.0 | 13.5 | 12.3 | 4 |

**Figure 1.** **Episodic Exposure Results Before, During and After Installation of Cables in the Vicinity of High Density Fireproofing**

57



Asbestos Concentrations During Cable Installation

DESCRIPTIVE STATISTICS OF ASBESTOS CONCENTRATIONS

| Phase | Arithmetic Mean (s/cm³) | Arithmetic Std. Dev. (s/cm³) | Geometric Mean | Number of Observations |
|---|---|---|---|---|
| Before | 0.006 | 0.014 | 0.002 | 5 |
| During (Area) | 3.6 | 0.84 | 3.5 | 5 |
| During (Pers.) | 26 | 7.5 | 26 | 2 |
| After | 3.8 | 1.9 | 3.4 | 5 |

**Figure 2.** Episodic Exposure Results Before, During and After Installation of Cables in the Vicinity of Low Density Fireproofing

58



Asbestos Concentrations During Ceiling Tile Replacement

### DESCRIPTIVE STATISTICS OF ASBESTOS CONCENTRATIONS

| Phase | Arithmetic Mean (s/cm³) | Range (s/cm³) | Geometric Mean (s/cm³) | Number of Observations |
|---|---|---|---|---|
| Before | 0.05 | ND - 0.08 | 0.03 | 5 |
| During | 15.3 | 10 - 20 | 14.7 | 5 |
| During (Pers.) | 23.0 | 22 - 24 | 23.0 | 2 |
| After | 11.4 | 9 -14 | 11.2 | 5 |
| Cleaning | 22.4 | 20 - 24 | 22.4 | 5 |

ND = No Asbestos Structures Detected

**Figure 3.** **Episodic Exposure Results Before, During, and After Replacement of Ceiling Tiles Below Fireproofing**



Asbestos Concentrations During Cleaning Activity

## DESCRIPTIVE STATISTICS OF ASBESTOS CONCENTRATIONS

| Phase | Arithmetic Mean (s/cm³) | Arithmetic Std. Dev. (s/cm³) | Geometric Mean | Number of Observations |
|---|---|---|---|---|
| Before - Inside | 0.264 | 0.221 | 0.097 | 5 |
| During - Inside | 329.9 | 173.0 | 298.4 | 5 |
| During - Inside (Personal) | 343.8 | 360.6 | 237.1 | 3 |
| After - Inside | 31.8 | 12.3 | 29.7 | 5 |

**Figure 4.**  Episodic Exposure Results Before, During and After Cleaning a Storage
*Room in a Building with Fireproofing*



Asbestos Concentrations During Office Remodeling

DESCRIPTIVE STATISTICS OF ASBESTOS CONCENTRATIONS

| Phase | Arithmetic Mean (s/cm³) | Arithmetic Std. Dev. (s/cm³) | Geometric Mean | Number of Observations |
|---|---|---|---|---|
| Before | 0.045 | 0.048 | 0.016 | 5 |
| During (Area) | 73.32 | 27.08 | 68.97 | 6 |
| During (Pers.) | 150.79 | 164.68 | 71.60 | 4 |
| After | 5.81 | 2.39 | 5.29 | 4 |

**Figure 5.** **Episodic Exposure Results Before, During and After Remodeling One Office in a Building with Fireproofing**

1  U.    MAINTENANCE AND RENOVATION EXPOSURE DATA

2

3  A review was conducted of the asbestos-related files stored at the offices of Riker,

4  Danzig, Scherer, Hyland & Perretti in Morristown, NJ. The purpose of the review was to

5  extract air sampling data collected during maintenance, custodial, and renovation activities

6  in the Prudential buildings discussed in this report. No effort was made to locate data for

7  other Prudential buildings. In excess of 375 file boxes were reviewed by William M.

8  Ewing, CIH and Tod A. Dawson.

9

10  No custodial worker's exposure data was located for these buildings. This is not unusual

11  since custodians have only rarely been monitored for asbestos exposure.[91] Maintenance

12  and renovation activity exposure sampling was located for eleven buildings.    These

13  included Embarcadero Center I, Embarcadero Center II, One Chatham Center, 5 Penn

14  Center, Renaissance Center, Prudential Plaza - Denver, Southdale Office Complex, Twin

15  Towers, Century Center, First Florida Tower, and the 1100 Milam Building.  Only the

16  personal samples were selected from the data available for ten of these buildings. Since

17  the data available from the Chatham Center included only two personal samples which

18  were too heavily loaded to analyze, the area samples from this building were included. All

19  samples included have been summarized in Tables 1 - 11 of Appendix F.

20

21  All the samples included were stated to be collected and analyzed by either National

22  Institute for Safety and Health (NIOSH) method 7400, or its predecessor NIOSH method

1    P&CAM 239.[94, 95] Both methods collect airborne particles by passing air through a filter.

2    The filter is then analyzed by phase contrast optical microscopy for fibers.  Any fibers

3    greater than 5 micrometers long, approximately 0.25 micrometers wide, and having an

4    aspect ratio of 3:1 are included in the count.  Limitations of the method include the

5    inability to identify asbestos fibers or "see" (resolve) thin fibers/bundles of asbestos.  It

6    was and continues to be widely used since it is the "OSHA method," is inexpensive,

7    provides quick results, and is widely available.

8

9    The work activities monitored and summarized in Appendix F include maintenance and

10    renovation activities performed in the vicinity of asbestos-containing fireproofing.  Such

11    activities include replacing ceiling tiles, installing cables, electrical conduit and copper

12    pipe, removing light fixtures, shooting pipe hangers, installing ceiling tile grid, removing

13    duct work, removing walls, and clean-up activities.  Efforts were made during the

14    selection of samples for inclusion not to include samples where removal of fireproofing

15    was occurring.  The sources for the data included are listed at the end of each table and

16    given in the Reference section of this report.[41, 42, 43, 52, 53, 59, 64, 65, 72, 73, 79, 82, 96-105]

17

18    A total of 1097 samples (1066 personal samples, 31 area samples) are included in the data

19    set.  Of these, 22 samples are reported as overloaded and 3 samples were reported voided.

20

21    Of the 1066 personal samples, 505 (47%) were greater than or equal to 0.1 f/cc and 82

22    (8%) were greater than 1 f/cc.  These results are depicted in Figure 6.  These results are



**Figure 6.** Distribution of Fiber Concentrations Measured on Persons Performing Maintenance and Renovation Activities in Prudential Buildings (1066 samples)

1    consistent with results reported in the published literature and further demonstrate that

2    maintenance and renovation activities in buildings with spray-applied friable fireproofing

3    routinely cause elevated airborne exposures.

4

5    **V.    SURFACE DUST EVALUATION**

6

7    The results of surface dust samples collected and analyzed by ASTM method D 5755-95

8    for Embarcadero Center I, II, 5 Penn Center, Renaissance Tower, Northland Towers, and

9    Prudential Plaza (Newark) were discussed in conjunction with the individual building site

10    visits in this report. At 15 dust sampling locations a second sample was also collected

11    using the method previously employed by Law Engineering, Inc. in these buildings. The

12    sampling and analytical techniques are described in the Procedures and Methods section of

13    this report. All results are tabulated in <u>Appendix D</u> and the laboratory reports included as

14    <u>Appendix E</u>.

15

16    The results were evaluated and a correlation performed on the 15 pairs of sample results.

17    For all 15 pairs a positive correlation coefficient of 0.62 was obtained with a slope of

18    5.165 and an intercept of $2.73 \times 10^6$. Further analysis found the correlation coefficient for

19    three buildings (EC I, EC II, and Renaissance) to be 0.80 with a slope of 4.875 and an

20    intercept of $3.7 \times 10^5$. When the correlation coefficient is calculated for the sample pairs

21    collected in the remaining two buildings (5 Penn Center and Prudential Plaza - Newark)

22    the results is 0.98 with a slope of 18.27 and an intercept of $-1.16 \times 10^5$. The reason for

1    the correlation of the subsets to be better than the correlation of the entire set is the

2    different slopes of the regression lines.

3

4    Basically, it was determined that the ASTM method D 5755-95 provides results 17 and 22

5    times greater than the earlier Law Engineering method in the 5 Penn Center and Prudential

6    Newark buildings, respectively.    In the Embarcadero Center Buildings (2) and the

7    Renaissance Tower the increase using the ASTM method D 5755-95 was, on average, 4 -

8    7.3 times the Law Engineering method.  In no sample was the ASTM method result lower

9    than the corresponding side-by-side sample collected according to the Law Engineering

10   procedure.

11

12   The one significant difference between the two methods is the sample collection.   The

13   ASTM method employs a sample nozzle with a known diameter of 0.63 cm and a flowrate

14   of 2.0 l/min. This provides a face velocity at the point of dust collection of 106 cm/sec.

15   The Law Engineering method used an open face 37 mm cassette with an effective

16   collection area (diameter) of 33 mm.  Also operating at 2.0 l/min, this provides a face

17   velocity at the point of dust collection of 6.4 cm/sec.   Accordingly, the ASTM method

18   provides a face velocity over 16 times the face velocity of the Law Engineering method.

19

20   A total of 1053 asbestos structures were identified, characterized and sized in the 30

21   samples.  No asbestos structures were detected in the 8 blank (control) samples.  Each

22   asbestos structure was characterized as either a bundle, matrix, cluster, or fiber.  Table 2.

1    depicts the distribution of structure types for all samples.  It is apparent that the two

2    methods produce rather similar asbestos structure distributions when dusts of similar

3    composition are analyzed.  The only reasonable explanation for the ASTM method

4    producing consistently higher results is the improved collection efficiency gained with the

5    higher face velocity at the point of sample collection.  Visually this was apparent in the

6    field since considerably more dust remained behind on surfaces sampled with the Law

7    Engineering method than the ASTM method D 5755-95.

8

9    On average it was determined that the ASTM method provides results 11 times greater

10   than the Law Engineering protocol.  This observation should be considered when

11   evaluating previous dust sampling results collected by Law Engineering in the late 1980's

12   in these Prudential buildings.

13

14   **Table 2.  Asbestos Structure Distribution for 30 side-by-side Surface Dust Samples**

| Structure Type | Law Method | ASTM Method |
| --- | --- | --- |
| Bundles | 50 (8.1%) | 42 (9.7%) |
| Clusters | 26 (4.2%) | 8 (1.8%) |
| Matrices | 267 (43.2%) | 170 (39.1%) |
| Fibers | 275 (44.5%) | 215 (49.4%) |
| Totals | 618 (100%) | 435 (100%) |

15

1   W.    ASBESTOS MANAGEMENT OPTIONS AVAILABLE TO

2         COMMERCIAL BUILDING OWNERS

3

4   There are several options available to building owners when developing a policy to

5   manage asbestos-containing materials in buildings.  In the short term, implementation of

6   an operations and maintenance (O&M) program is necessary.  An O&M program is a set

7   of procedures and practices designed to reduce exposures to in-place asbestos while

8   continuing to operate the building.  Such a program requires specific work practices when

9   working in the vicinity of asbestos, training of personnel, use of personal protective

10  equipment, proper disposal techniques, and other elements.[106]  Prudential has developed

11  or adopted O&M programs for buildings containing friable asbestos-containing materials.

12

13  In the long-term, a permanent solution is developed and implemented.  For asbestos-

14  containing fireproofing the options include encapsulation, enclosure, and removal.  Of

15  these, only removal is truly a permanent solution.  Encapsulation, the spraying of a sealant

16  on the fireproofing, does not prevent future damage or delamination, is costly, and may

17  void the fire rating of the material.  Enclosure, an airtight barrier constructed around the

18  fireproofing, is not a feasible option in the vast majority of the Prudential buildings due to

19  the lack of space in which to build the enclosures.  Enclosures would also be very costly.

20  The advantages and disadvantages of each option have been reported by the EPA.[83]

21

68

1    From the viewpoint of an industrial hygienist, removal of the asbestos-containing

2    fireproofing with substitution of a less hazardous material is preferable.  Industrial hygiene

3    is the science that deals with occupational health hazards and environmental stresses of a

4    chemical, physical and biological nature.  Its focus is the recognition, evaluation and

5    control of these hazards.  When an industrial hygienist considers control options, there

6    exists a hierarchy.  The first option in the hierarchy is elimination of a hazard through

7    substitution.  If this is not feasible, the hazard should be reduced or eliminated through

8    other engineering controls.  If this is not feasible, the hazard is reduced through personal

9    protective equipment such as respirators.  The use of respirators is the last option since it

10   relies upon workers to use and maintain them properly.[107]

11

12   The EPA requires friable asbestos-containing materials be removed from a building prior

13   to renovation or demolition activities which will disturb these materials.[108]  Ultimately, all

14   the asbestos-containing fireproofing will need to be removed properly from the Prudential

15   buildings.  The real question presented to the building owner is when should the removal

16   be conducted.  The options are immediate removal, phased removal over a period of time,

17   or removal at the time of demolition.

18

19   A formal policy for asbestos in Prudential buildings was first adopted in July 1986.[109]

20   While this policy referred to "hazardous substances," asbestos in buildings was one of the

21   major focuses.  The policy called for the following:

22

69

1       1.  Investigate existing and perspective properties

2       2.  Evaluate the scope of the hazard

3       3.  Notify affected parties

4       4.  Establish monitoring systems

5       5.  Remove hazardous substances, if practical or necessary, as expeditiously as

6           possible.

7

8  By this time, Prudential had completed a nationwide survey of its investment properties

9  for asbestos, conducted by outside consultants.  Concurrent with this policy statement, the

10  Prudential Realty Group established a permanent task force to develop guidelines for

11  handling hazardous substances issues.[109]

12

13  In June 1987 the task force issued its "Policy Guidelines and Operating Procedures

14  Manual."[110]  This manual provided greater detail and guidance for implementing the

15  policy, as well as a structured system of oversight.  The following summarizes the

16  guidance provided for asbestos in Prudential Buildings.

17

18       1.  Conduct a bulk sampling survey

19       2.  Conduct an exposure and risk assessment

20       3.  Implement an Operations and Maintenance Program

21       4.  Provide training

22       5.  Notify affected parties

1   6. Take immediate action (abatement) if there is a current health hazard

2   7. Continue inspection/monitoring and anticipate abatement in conjunction with

3    renovation activities

4   8. Conduct abatement activities in compliance with all OSHA, EPA, state and

5    local regulations/guidelines

6   9. Use qualified consultants/contractors

7   10. Maintain various records

8

9 At this stage of policy development the "exposure and risk assessment" of in-place

10 asbestos-containing materials relied largely on the results of area air sampling. No trigger

11 value was stated in the guidelines delineating a hazardous situation from a non-hazardous

12 one.

13

14 The guidance manual was continually revised and updated. In March 1990 a detailed

15 scope of work for performing bulk sampling and assessments was issued.[111] This

16 document makes it clear that Prudential will follow the bulk sampling procedures outlined

17 in the EPA AHERA regulations for schools. This document further requires a written

18 material assessment be performed based on the same criteria used in the AHERA

19 regulations. The document does not require the material be placed into one of the seven

20 AHERA assessment categories. A similar specification guideline was also issued for

21 asbestos abatement projects in 1990.[112]

22

71

1   In May 1993 the guidance manual underwent a further revision that provided additional

2   guidance regarding types of abatement and when to perform abatement.[113]   The

3   document lists four instances when asbestos abatement will generally be required. These

4   are as follows:

5

6          1.  health hazard as determined by a consultant

7

8          2.  federal or local regulations (e.g., in conjunction with demolition or a building

9              or other disturbance of the ACM)

10

11         3.  market forces (e.g., tenants will not lease the space unless the ACM is

12             removed)

13

14         4.  a cost-benefit analysis indicates it is the most appropriate choice (e.g., removal

15             prior to renovation or installation of a sprinkler system may be more cost

16             effective and safer than working around the material)

17

18  Throughout the evolution of the Prudential asbestos policy, emphasis is placed on the fact

19  that each building is unique and decisions regarding asbestos should be evaluated and

20  made on a case-by-case basis.  It is also recognized that state asbestos regulations may

21  mandate certain procedures in one building while others may be required in a different

22  state.

72

1

2   In general, the approach in the Prudential buildings has been a phase-out of the asbestos-

3   containing fireproofing over time.   Generally this has been done in conjunction with

4   planned renovation activities.   In a 1990 EPA guidance document the EPA stated the

5   following.

6

7          Removal of ACM may also be appropriate when performed in conjunction

8          with major building renovations, or as part of long-term building

9          management policies (such as staged removal in conjunction with

10         renovations over the life of the building, as covered by the EPA NESHAP

11         requirements for removal before demolition or renovation).[93]

12

13   One obvious exception to this policy concerns the Prudential buildings in Short Hills, NJ.

14   Due to the planned imminent demolition of the building, immediate complete removal was

15   the only option available.   In the case of the Hunt Valley Marriott the fireproofing

16   removed was that which was judged to be in poor condition and/or readily accessible.  The

17   remaining fireproofing was either inaccessible or was encapsulated and enclosed to

18   prevent fiber release.   There exists a similar situation for the perimeter columns at

19   Chatham Center.

20

21   The general approach to asbestos-containing materials in these Prudential buildings is

22   similar to and consistent with the actions of other large building owners and managers in

1    the United States.  A 1989 study sponsored by EPA reported that approximately 50% of

2    the buildings in the survey had been inspected for asbestos.[114]  In those buildings where

3    asbestos was found, 75% had conducted same asbestos abatement actions.  The majority

4    of these were performed in conjunction with renovation activities.

5

6    Many owners and managers of large buildings evolved policies similar to Prudential during

7    the late 1980s.   Examples include the General Services Administration, the Defense

8    Department, and the Centers for Disease Control.  Each of these owners inspected their

9    facilities for asbestos, implemented an operations and maintenance  program, and have

10   conducted removal of fireproofing and other asbestos-containing materials.  In most

11   instances the removal was performed in conjunction with building renovation activities.

12

13   Documents related to asbestos management procedures followed by W.R. Grace &

14   Company, U.S. Mineral Products Company, and U.S. Gypsum were reviewed.

15   Depositions of representatives from these companies were also reviewed.   Discussed

16   below are summaries of policies and procedures supported by examples of asbestos

17   management activities in their buildings.

18

19   W.R. Grace has established a policy regarding asbestos-containing materials in Grace

20   Premises..  Mr. Harry Eschenbach, Director of Health, Safety and Toxicology for W.R.

21   Grace & Company, indicated that asbestos abatement projects have been conducted in 100

74

1    to 150 Grace facilities.  In some of the larger facilities, asbestos abatement has been done

2    in numerous locations.[115]

3

4    The types of asbestos-containing materials (ACM) that have typically been removed

5    include fireproofing, floor tile, thermal system insulation, gaskets and transite.  Removal

6    has been conducted when ACM is damaged or deteriorated, in association with

7    renovations, and prior to demolition.  Mr. Eschenbach indicated there were occasions

8    when ACM which was in good condition was removed at the same time as damaged ACM

9    because it was cost effective.[115]

10

11    The general factors considered in deciding to remove ACM include government

12    regulations, the condition of the material, and the potential for exposure to building/facility

13    occupants.[115]

14

15    Mr. Eschenbach acknowledged that it is Graces' responsibility under OSHA to inform

16    employees about the materials they work with.  This is done at the Grace facilities either

17    by a facility survey to identify ACM or a "piece-by-piece" basis as situations arise.[115]

18    W.R. Grace provides training at its facilities to employees who work around ACM.  This

19    includes maintenance personnel who work above drop ceilings where asbestos-containing

20    fireproofing is on the structural steel and/or the deck.  The degree of training depends on

21    the type of work performed.[115]

22

1    A review of Grace documents pertaining to removal of ACM in various facilities provides

2    some examples of the circumstances under which asbestos removal was conducted in

3    Grace premises.

4

5    A September 29, 1986 memorandum by H.A. Eschenbach outlines his conclusions

6    regarding fireproofing material at the Bridgewater, New Jersey facility. Mr. Eschenbach

7    had visited the facility on September 25 to inspect the fireproofing and collect samples.[116]

8

9    Mr. Eschenbach described the material as containing 15% chrysotile asbestos, mineral

10   wool and some cellulosic fibers. "The material is extremely friable which means it falls

11   from the beams and ceiling at the slightest touch."[116]

12

13   Mr. Eschenbach recommended removal of the material. "Eventually, it will have to be

14   removed -- either because of governmental regulation or because its bonding abilities

15   deteriorate to the point that it can no longer be ignored. Further, continued use of the

16   area, especially if it involves construction of rooms and storage areas with ancillary wiring

17   changes and other modifications, will be much more expensive in order to work around

18   the asbestos-containing material with minimal worker exposure. Asbestos-containing

19   material as friable as this is mandates a "management program." This involves, among

20   other things, periodic air sampling to make sure that exposure levels remain low and a

21   system of permits to preclude any work which might disturb the asbestos-containing

22   material from being done without adequate safeguards and training of the workers

76

1    involved.  Removal will allow much greater freedom in making use of the basement area

2    and eliminate the need for ongoing elaborate inspection and control systems with their

3    burdensome administration requirements."[116]

4

5    An October 13, 1988 memorandum describes the subsequent asbestos removal project

6    conducted at the Baker & Taylor, Bridgewater, NJ facility (a Grace company).[117]

7    Approximately 5,600 square feet of fireproofing (15-25% chrysotile) applied to the metal

8    decking of the ceiling in the first floor storage/mechanical room was removed.  The memo

9    indicates that air testing conducted on several occasions was 0.002 f/cc.  "These readings

10   indicated that the air did not have any asbestos fibers, and that the air was equivalent to

11   outside air."[117]

12

13   The memo states that although air testing indicated no problem and there were no existing

14   regulations requiring removal, Baker & Taylor's senior management felt that "We should

15   remove the material, just to be on the safe side."  "The other alternative, encapsulation of

16   the offending area, was rejected because it was merely a stopgap measure.  Management

17   opted for a long-term solution, rather than a short term plan."[117]

18

19   Baker & Taylor issued Purchase Order 8189 to Eastern Environmental Services of the

20   Northeast, Inc. for $63,570 to conduct the removal work and provide $10 million of

21   Occurrence General Liability Coverage.[118]

22

1    Asbestos was removed in conjunction with renovation activities at the W.R. Grace

2    headquarters building in New York.  Proposals were submitted by Primo Construction,

3    Inc. to W.R. Grace & Co. for construction cost for the 46th floor alteration at 1114

4    Avenue of the Americas in 1987.[(119)]  The proposals indicate the alteration involved a

5    variety of general contract work such as drywall, ceilings, taping and cleaning, electrical,

6    painting, carpeting and base, and demolition and asbestos removal.  The proposals indicate

7    an allowance of $40,000 to $45,000 was made for asbestos removal and related work in

8    the Conference Room on the 46th Floor.

9

10   A letter from Brian J. Smith, Senior Vice President of W.R. Grace & Co. to Mr. John

11   O'Brien of Primo Construction indicates that the project was approved.[(119)]  It specifically

12   references the 46th floor Conference Room where asbestos removal was scheduled to be

13   conducted on October 8-12, 1987.

14

15   Following this abatement activity, on December 4, 1987 an evaluation was made of

16   procedures for incidental contact with asbestos-containing materials in the Headquarters

17   Building of  W.R. Grace & Company.[(120)]  This evaluation was conducted by Peter L.

18   Zavon, a Certified Industrial Hygienist with Agatha Corporation.

19

20   The evaluation was limited to floors 4, 5 and 41-48, which were the floors occupied by

21   W.R. Grace & Company.  The evaluation included observation of telephone technicians'

22   work and a discussion with W. R. Grace personnel of other activities conducted above the

1  suspended ceiling. Personal air sampling was performed on telephone technicians as they

2  accessed the space above the suspended ceiling to pull telephone wires.  In addition to

3  telephone company personnel, the report indicated some or all of the five maintenance

4  staff might have need to work above the ceiling.

5

6  The report noted that fireproofing reported to contain asbestos was sprayed on beams and

7  slab decking.  Fiberglass, tongue-in-groove tiles formed a suspended ceiling about three

8  feet below the slab.  Small pieces of fireproofing were seen on the upper surfaces of the

9  tile. All tiles were considered potentially contaminated.

10

11  Recommendations listed in the report included establishment of formal Respiratory

12  Protection and Asbestos Operations and Maintenance Programs.  In addition, more refined

13  techniques for entry above the suspended ceiling were suggested.[120]

14

15  A W.R. Grace & Company memo from P.J. Walsh to R.P. Turner discusses the need to

16  remove asbestos-containing insulation from the underside of the roof and peaked wall

17  areas at both ends of the dry storage warehouse (Bldg. # 10) at the North Bergen, NJ

18  facility.  Insulation was also applied on the east and west walls to a level 4.5 feet down

19  from the top of the wall.  The memo indicates the ¾ inch thick insulation was composed

20  of mineral wool and chrysotile asbestos.[121]

21

1    The insulation had been damaged by forklift activities and there was concern that the

2    insulation could fall to the floor and be spread around the warehouse on the fork truck

3    tires without the operator being aware of it. The memo also indicates make-up air was

4    drawn from inside the building at the base of one of the sprayed walls and air movement in

5    the area was substantial. "Due to the damage and the material's highly friable nature,

6    removal seems to be the most viable alternative."[121]    The memo also discusses the

7    differences between cementitious and fibrous asbestos-containing products with respect to

8    management options.

9

10    A document titled Airborne Asbestos Monitoring, W.R. Grace, North Bergen, New Jersey

11    was prepared for Joe Miller of Finishing Touch Asbestos Abatement Corporation, Inc.[122]

12    This document indicates air monitoring was conducted in conjunction with asbestos

13    removal in Warehouse No. 10, North Bergen, NJ on October 1, 1986. Finishing Touch

14    had submitted a proposal on June 11, 1986 for removal of approximately 5,780 ft$^2$ of

15    asbestos containing insulation from the underside of the roof and beams in the warehouse

16    storage area at North Bergen.[123] The proposed removal price was $31,450.

17

18    A request was made for appropriations to remove asbestos insulation from the old #2 and

19    #3 festoons in the Quakertown, PA facility in 1987.[124]. The content of the insulation was

20    reported as 80-90% asbestos in a ratio of 8:1 chrysotile and Amosite. The request

21    indicated that much of the insulation was damaged. "In light of the fact that both pieces of

1    equipment are permanently idle we propose to have all insulation removed and disposed of

2    by a certified asbestos specialist."[124]

3

4    A purchase order was issued to Asbestos Removal and Hazards Control to remove the

5    insulation from the festoons and transite paneling from exterior oven walls and partition

6    walls between ovens.[125] The cost for this work was $33,468.

7

8    A deposition taken of Mr. James P. Verhalen on September 21, 1995 indicated that U.S.

9    Mineral had no formal written policy with regard to asbestos in company owned buildings.

10    When asked, "Does U.S. Mineral Products Company ever believe that it's appropriate to

11    remove asbestos-containing material during renovation?"    Mr. Verhalen replied,

12    "Sometimes you have to. There is no avoiding it. And sometimes you have to. I think it's

13    foolish to remove asbestos-containing materials if you don't have to." Mr. Verhalen cited

14    the following example of when ACM would have to be removed. "If ACM is applied to a

15    ceiling and the ceiling is going to be removed, the ACM must be removed."[126]

16

17    When asked if U.S. Mineral believes there are times when it is appropriate to abate and

18    remove asbestos-containing fireproofing material from a building, Mr. Verhalen replied

19    that generally, U.S. Mineral supports the Federal government's position on operations and

20    maintenance (in-place management) and removal.    "Therefore, circumstances where it's

21    safe and sound and economical and practical to remove asbestos-containing materials."[126]

22

1    When asked if U.S. Mineral held the position that no precaution need to be taken when

2    ACM is disturbed during renovation, Mr. Verhalen replied "No".[126]   He indicated that

3    U.S. Mineral supports the maintenance and operations regulations that are federally

4    required and the EPA Greenbook. He stated that these regulations are "practical, logical

5    and safe."[126]   Mr. Verhalen also stated that U.S. Mineral supports monitoring in-place

6    ACM as part of the Federal government program.   "Monitoring I believe is always

7    desirable."[126]

8

9    U.S. Mineral monitored ACM in its own building in the early 1970's when the transition

10    was taking place between asbestos and non-asbestos products.   Initially, just air testing

11    was done.   Later written procedures for air monitoring were developed when the

12    government programs became more formal.  In recent years a map was drawn of the plant

13    and locations of asbestos-containing material were identified.

14

15    According to Mr. Verhalen, there are two U.S. Mineral office buildings that have

16    asbestos-containing material above suspended ceiling systems and "they're not subject to

17    any exposure or risk." Air sampling for asbestos was done in late 1994 or early 1995 at

18    the Stanhope office which has Cafco Heat Shield applied to a metal skin roof. The results

19    were negative.   However, monitoring is done if someone goes above the suspended

20    ceiling.

21

1    All ACM was removed in approximately June of 1995 from factory metal skin buildings.

2    The metal skins on the Butler buildings needed to be replaced.   According to Mr.

3    Verhalen, it was necessary prior to replacing the metal skins to remove the asbestos.[126]

4    Other removals conducted at U.S. Mineral facilities include thermal system insulation from

5    a boiler that was replaced (1987, 1989) and removal of ACM in conjunction with a roof

6    replacement (approx. 1990).[126]

7

8    In May 1984 U.S. Gypsum (USG) issued a document to all US plants titled "Managing an

9    Asbestos Control Program, Maintaining in Place".[127]    The memo attached to the

10    guidelines stated, "The past use of asbestos in insulation, and in other products, presents a

11    problem for plants, both in maintaining safe conditions in areas where the material was

12    used, and in its removal when necessary.  The objectives in any asbestos control program

13    are to protect all persons from exposure to airborne fibers in all sections where asbestos is

14    present, and if removal is necessary, to remove and dispose of the material in the manner

15    prescribed by Federal Regulations."[127]   These guidelines directed plants to survey and

16    identify ACM; identify ACM that appeared to be damaged or needed repair; repair

17    material that could be repaired; and if material was damaged beyond repair it was to be

18    removed.

19

20    An Asbestos Compliance Guide dated February 18, 1986 was distributed to all plant

21    managers.  This guide provided instructions on conducting renovation and demolition

22    work involving ACM.  This document was revised on June 22, 1987 to include a re-

1    statement of the Corporation's policy to maintain asbestos-containing materials in place,

2    unless removal is necessary.[128]  In the "Purpose" section it is stated, "The intent of these

3    guidelines is to assist plant management in situations where removal is necessary.  This

4    includes preparations for capital installations, revisions of equipment arrangements or

5    where asbestos-containing material is damaged beyond repair."[128]

6

7    At least 15 different removal projects took place between July 1983 and February of 1985.

8    In May of 1985 there were numerous capital expansion projects at USG plants which

9    required ACM removal.[129]

10

11    A July 9, 1984 memorandum from M.J. Bagel to S.T. Hadley of USG provides

12    information on a seminar by the Building Owners Managers Association titled "Asbestos

13    In Office Buildings - A Tenant's Problem, and an Owner's Problem."[130]  At the end of

14    the memorandum Mr. Bagel states, "I believe the above provides sufficient information to

15    alert management to the fact that there is a potential problem in buildings that contain

16    asbestos materials.  On the basis of this information I believe that a meeting should be held

17    as to what steps if any will be taken should asbestos material be found in the USG

18    building."[130]

19

20    The Headquarters Building at South Wacker Drive in Chicago contains Firecode

21    fireproofing.  A building committee was formed to handle asbestos problems at the

22    Headquarters Building.  A document titled "USG Building, Interim Report, Modifications

1    to Permit Interior Work" introduced in Mr. May's deposition describes the situation: "A

2    problem identified with doing any above ceiling work on floors two through 16 is that

3    when the fireproofing insulation is disturbed, as by changing pipes, wiring or supports for

4    ducts, ceiling, lighting or other utilities, installing partitions within the plenum to isolate a

5    space for separate air-conditioning and the like, asbestos fibers contained in the

6    fireproofing insulation may be released. This can be caught up in the circulating air within

7    the plenum and thereby distributed to the entire floor, recirculated through the return

8    ducts and ultimately spread throughout the entire building."[129]    USG called upon Dr.

9    Morton Corn to assist them in dealing with the ACM in the Headquarters Building.[131]

10   Clayton Environmental conducted air monitoring at the Headquarters Building on January

11   4-6, 1985.    Eighty samples were collected and analyzed by phase contrast and

12   transmission electron microscopy.[132]

13

14   A memo dated September 2, 1987 from D.E. Warrick to J.D. Cornell discusses the need

15   for a written facility plan relating to the inplace asbestos-containing material in the

16   Headquarters Building.[133]   Mr. Warrick stated, "I would feel much better if we had a

17   written plan to be followed by our own maintenance staff as well as outside workers."[133]

18

19   In summary, the procedures for management of asbestos in buildings which are used by

20   W.R. Grace & Company, U.S. Mineral Products Company, and U.S. Gypsum are similar

21   to those implemented by Prudential. All have conducted inspections in their buildings,

1    have instituted asbestos control procedures, and have removed asbestos-containing

2    materials in conjunction with renovation and demolition activities.

1    X.    **REGULATIONS**

2

3    The management and removal of the asbestos-containing fireproofing in the Prudential

4    buildings are subject to numerous federal, state and local regulations.  At the federal level

5    the two major regulations are the Occupational Safety and Health Administration (OSHA)

6    asbestos standard (29 CFR 1926.1101) and the EPA asbestos NESHAP standard.[134, 135]

7    In addition, the US Department of Transportation (DOT) standards for the transportation

8    of hazardous materials impact the buildings as well as the EPA Asbestos Hazard

9    Emergency Response Act (as amended) (AHERA) regulations which pose additional

10   burdens on the buildings.[136, 137]

11

12   The newly revised OSHA asbestos standard has further reduced the permissible exposure

13   limit (PEL) to 0.1 f/cc based on an 8-hour, time-weighted average (TWA).[134]  This

14   standard also requires work practices (regardless of exposure concentration) be

15   implemented when working around or on asbestos-containing materials.  It was noted by

16   OSHA in the preamble to the current revision that significant risk remains at the 0.1 f/cc

17   level.

18

19   The new OSHA asbestos standard provides a classification of work activities.  Class I

20   work includes removal of surfacing materials (such as fireproofing) and thermal system

21   insulation (such as pipe and boiler insulation).  Class II work includes removal of asbestos-

22   containing materials such as flooring, wallboard and roofing products.  Class III work

87

1    includes repair and maintenance operations where ACM is likely to be disturbed.  Class IV

2    work includes clean-up of asbestos waste and debris.[134]

3

4    The work practices required under the OSHA asbestos standard are progressively more

5    stringent, with Class IV work the least stringent, and Class I work the most stringent.  The

6    removal of fireproofing from a building is Class I work.  This work must be conducted by

7    trained workers and supervisors, employ a negative pressure containment system, provide

8    for the use of respirators and protective clothing, and numerous other requirements.[134]

9

10   Custodial and maintenance activities which involve asbestos-containing fireproofing

11   generally fall into Class III or Class IV work.  Class III work usually requires isolation of

12   the work area, use of respirators, specific work practices, a competent person (as defined

13   by OSHA) on site, and trained employees and supervisors.  Class IV work requires trained

14   employees and specific work practices but does not mandate the use of respirators.[134]

15

16   The new OSHA standard contains numerous other provisions including notification and

17   labeling requirements, medical surveillance of employees, decontamination procedures,

18   testing requirements, and waste disposal procedures.  The standard represents the latest

19   revision to the OSHA asbestos standards providing for greater stringency in the

20   requirements.  It lowered the permissible exposure limit (PEL) to 0.1 f/cc from 0.2 f/cc (8-

21   hour, TWA) which had been in effect since July 1986.  Prior to this time the PEL was 2

22   f/cc, expressed as an 8-hour, TWA.

88

1

2    The EPA NESHAP asbestos standard has likewise evolved and become more stringent

3    over the years.[135]  In summary, the standard requires building owners and operators to

4    properly remove friable asbestos-containing materials prior to renovation or demolition

5    activities which will disturb these materials.  It further regulates the method of removal

6    and disposal of the asbestos waste.[135]

7

8    In addition to the federal asbestos regulation, all of the buildings discussed in this report

9    were, or are subject to one or more state asbestos regulations.  Like the federal

10   regulations, the state asbestos regulations have evolved over the years, beginning in the

11   mid-1980s.

12

13   The provisions of the state regulations have been summarized repeatedly by the National

14   Conference of State Legislatures (NCSL) under a grant from the EPA.[137, 138]  The Bureau

15   of National Affairs (BNA) has also provided a history of early state asbestos

16   regulations.[139]  Certain cities and localities, such as New York City, Dallas, Philadelphia,

17   and Allegheny County (Pittsburgh) also passed regulations regarding asbestos in buildings.

18

19   Among these regulations the common issue was the provision for certification of

20   individuals who perform various asbestos-related activities.  In many states formal

21   licensing programs were established.  Initially, some programs only applied to school

22   buildings.  However, when the EPA AHERA regulations were amended, public and

1  commercial buildings were included nationwide in the Model Accreditation Plan (except

2  for Management Planners).[140]

3

4  The Prudential buildings discussed in this report contracted maintenance and renovation

5  work. The state regulations required work involving the disturbance of asbestos materials

6  be performed by certified or licensed personnel. Accordingly, it became common practice

7  for only certified workers to conduct asbestos activities in the vicinity of the fireproofing

8  in Prudential buildings.

9

10 Some states were also delegated authority from OSHA and EPA to implement and enforce

11 their own OSHA asbestos standard and NESHAP standard. For these Prudential

12 buildings, the states of California, Maryland, Michigan, Minnesota, and New York have

13 state OSHA programs. In these states, the regulations must be at least as stringent as the

14 federal standard. Most states adopted the federal OSHA asbestos standard(s) with little

15 modification. However, using California as an example, CAL-OSHA redefined an

16 asbestos-containing material as greater than 0.1% asbestos, and require all asbestos

17 workers to be registered with the agency.[141, 142]

18

19 California also has adopted, and revised the EPA asbestos NESHAP standard. For

20 Embarcadero I and II, located in San Francisco, they must comply with the Bay Area Air

21 Quality Management District (BAAQMD) NESHAP requirements.[143] This regulation

90

1    significantly lowers the threshold for amounts of friable asbestos involved in renovation or

2    demolition activities.

3

4    City regulations have also impacted Prudential's management of asbestos in their

5    buildings.  New York and Philadelphia's comprehensive asbestos in buildings regulation

6    have no threshold amounts before they are applicable.[144 - 146]   The City of Dallas has

7    adopted the rules of the Texas Air Control Board.[147 - 149]

8

9    The multitude of federal, state and local regulations creates difficulty for large building

10   owners and operators with holdings in many states and localities.  At the building level, it

11   is necessary to develop a site-specific plan to achieve compliance with the regulations.  At

12   the national level, policies must be appropriate and flexible to allow for provisions of

13   various regulations to be met.

1    **IV.    CONCLUSIONS**

2

3    The following conclusions are based on site visits to the Prudential buildings, results of

4    bulk, air, dust and debris samples, interviews with building management representatives,

5    and reviews of asbestos-related building documents applicable standards, regulations,

6    guidance and research.

7

8    1.  The spray-applied asbestos-containing fireproofing currently or formerly present on

9        structural steel (and/or the decking) is friable.

10

11   2.  In all buildings assessed pursuant to the EPA assessment protocol, the fireproofing

12       was in the vast majority of areas rated as "damaged friable surfacing asbestos-

13       containing building materials."

14

15   3.  In all buildings assessed, the original asbestos-containing fireproofing had both

16       physical damage and damage due to deterioration.   Instances of water damage and

17       . delamination were evident at some locations.

18

19   4.  In all buildings assessed and in which testing was performed it is concluded that

20       asbestos has released from the fireproofing.   This asbestos dust and debris has

21       accumulated and resulted in significant contamination of building surfaces.

22

1    5. Studies have demonstrated that routine maintenance, custodial, and renovation

2        activities that disturb in-place fireproofing or accumulated dust and debris from the

3        fireproofing can result in elevated airborne asbestos exposure to the workers and

4        others in the vicinity of the work.

5

6    6. Air sampling data from these Prudential buildings demonstrates that elevated

7        exposures have occurred among workers performing maintenance and renovation

8        activities.

9

10    7. These Prudential buildings are subject to the federal OSHA standard, EPA asbestos

11        NESHAP standard, the applicable state regulations for the states in which the

12        buildings are located, and local (city and county) ordinances for some buildings.

13

14    8. It has been necessary and prudent for Prudential to develop and implement asbestos

15        management plans, including asbestos operations and maintenance programs to

16        continue operating these buildings.

17

18    9. The removal of the asbestos-containing fireproofing following a phased approach has

19        been, and continues to be, appropriate and reasonable.

20

1    10. The Prudential asbestos policy, and implementation of that policy is consistent with

2        applicable regulations, standards, guidelines, and the actions of other major property

3        owners.

4

5    This report prepared by:

6                                William M. Ewing, CIH

7                                Technical Director

**BCM CONVERSE INC.**
**AIR MONITORING DATA REPORT**

Proj. Desc. HR FURNITURE
Proj. No. 05-4151-06

| Date | Sample Number | Description | Pump No. | Sampling Per. Start | Stop | Col. Flow Rate | Sample Vol. Liters | Fibers Counted | Minimum Fiber Count | Results fibers/c |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/19/86 | 01 | SALES AREA | 29 | 09:30 | 13:30 | 10.2 | 2,448 | 3.0 | 10.0 | 0.00 |
| 4/19/86 | 02 | SALES AREA | 25 | 09:31 | 13:30 | 8.9 | 2,127 | 4.0 | 10.0 | 0.00 |
| 4/13/86 | 03 | SALES AREA | 11 | 09:29 | 13:30 | 8.6 | 2,073 | 2.0 | 10.0 | 0.00 |

ANALYZED BY: DON PIPPIN

REVIEWED BY: _Michael S. Eradley CIH_

DATE: 12 MAY 86

Page 1

PIS 00002140

BCM CONVERSE INC.
AIR MONITORING DATA REPORT

Desc. FIRST FL TOWER
Proj.No. 05-4151-06

| Date | Sample Number | Description | Pump No. | Sampling Per.- Start | Stop | Sample Time Min. | Cal. Flow Rate | Sample Vol. Liters | Fibers Counted | Minimum Fiber Count | Results fibers/cc |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/25/86 | 01 | 36TH FLOOR MECHANICAL ROOM | 33 | 08:39 | 10:45 | 120 | 9.1 | 1.092 | 5.0 | 10.0 | 0.006 |
| 4/25/86 | 02 | 39TH FLOOR | 26 | 08:55 | 10:55 | 120 | 8.5 | 1.020 | 2.0 | 10.0 | 0.007 |
| 4/25/86 | 03 | 34TH FLOOR MECHANICAL ROOM | 36 | 09:00 | 11:00 | 120 | 10.2 | 1.224 | 5.5 | 10.0 | 0.006 |
| 4/25/86 | 04 | 33RD FLOOR | 47 | 09:05 | 11:05 | 120 | 9.0 | 1.080 | 2.0 | 10.0 | 0.006 |
| 4/25/86 | 05 | 32ND FLOOR | 33 | 11:05 | 13:05 | 120 | 9.1 | 1.092 | 2.0 | 10.0 | 0.006 |
| 4/25/86 | 06 | 31ST FLOOR | 47 | 11:10 | 13:10 | 120 | 9.0 | 1.080 | 4.0 | 10.0 | 0.006 |
| 4/25/86 | 07 | 30TH FLOOR MECHANICAL ROOM | 26 | 11:15 | 13:15 | 120 | 9.0 | 1.080 | 3.5 | 10.0 | 0.006 |
| 4/25/86 | 08 | 29TH FLOOR | 36 | 11:20 | 13:20 | 120 | 9.2 | 1.104 | 4.5 | 10.0 | 0.006 |
| 4/25/86 | 09 | 28TH FLOOR | 33 | 13:20 | 15:20 | 120 | 9.1 | 1.092 | 4.5 | 10.0 | 0.007 |
| 4/25/86 | 10 | 27TH FLOOR MECHANICAL ROOM | 26 | 13:25 | 15:25 | 120 | 8.5 | 1.020 | 3.5 | 10.0 | 0.007 |
| 4/25/86 | 11 | 26TH FLOOR | 47 | 13:30 | 15:30 | 120 | 10.2 | 1.224 | 3.0 | 10.0 | 0.006 |
| 4/25/86 | 12 | 25TH FLOOR | 36 | 13:35 | 15:35 | 120 | 9.0 | 1.080 | 2.5 | 10.0 | 0.006 |
| 4/25/86 | 13 | 24TH FLOOR MECHANICAL ROOM | 26 | 15:35 | 17:35 | 120 | 8.5 | 1.020 | 4.0 | 10.0 | 0.007 |
| 4/25/86 | 14 | 23RD FLOOR | 47 | 15:37 | 17:37 | 120 | 10.2 | 1.224 | 4.0 | 10.0 | 0.006 |
| 4/25/86 | 15 | 22ND FLOOR | 36 | 15:39 | 17:39 | 120 | 9.0 | 1.080 | 2.0 | 10.0 | 0.006 |
| 4/25/86 | 16 | 21ST FLOOR | 33 | 15:41 | 17:41 | 120 | 9.1 | 1.092 | 6.0 | 10.0 | 0.006 |
| 4/25/86 | 17 | 20TH FLOOR PHONE ROOM | 47 | 17:43 | 19:43 | 120 | 9.0 | 1.080 | 8.0 | 10.0 | 0.006 |
| 4/25/86 | 18 | 19TH FLOOR | 26 | 17:45 | 19:45 | 120 | 8.5 | 1.020 | 2.0 | 10.0 | 0.007 |
| 4/25/86 | 19 | 18TH FLOOR PHONE ROOM | 36 | 17:47 | 19:47 | 120 | 10.2 | 1.224 | 3.0 | 10.0 | 0.006 |
| 4/25/86 | 20 | 17TH FLOOR | 33 | 19:49 | 21:49 | 120 | 9.1 | 1.092 | 2.5 | 10.0 | 0.006 |
| 4/25/86 | 21 | 16TH FLOOR MECHANICAL ROOM | 26 | 19:50 | 21:50 | 120 | 8.5 | 1.020 | 2.0 | 10.0 | 0.007 |
| 4/25/86 | 22 | 15TH FLOOR PHONE ROOM | 47 | 19:51 | 21:51 | 120 | 10.2 | 1.224 | 1.0 | 10.0 | 0.006 |
| 4/25/86 | 23 | 14TH FLOOR | 36 | 19:52 | 21:52 | 120 | 9.0 | 1.080 | 2.0 | 10.0 | 0.006 |
| 4/25/86 | 24 | 13TH FLOOR | 33 | 19:52 | 21:52 | 120 | 9.0 | 1.080 | 2.0 | 10.0 | 0.006 |
| 4/25/86 | 25 | 12TH FLOOR | 47 | 21:52 | 23:52 | 120 | 9.0 | 1.080 | 3.0 | 10.0 | 0.006 |
| 4/25/86 | 26 | 11TH FLOOR MECHANICAL ROOM | 36 | 21:53 | 23:53 | 120 | 8.5 | 1.020 | 3.0 | 10.0 | 0.007 |
| 4/25/86 | 27 | 10TH FLOOR | 26 | 21:54 | 23:54 | 120 | 10.2 | 1.224 | 3.0 | 10.0 | 0.006 |
| 4/25/86 | 28 | 9TH FLOOR | 47 | 21:55 | 23:55 | 120 | 9.1 | 1.092 | 7.0 | 10.0 | 0.006 |
| 4/26/86 | 29 | 6TH FLOOR SHOPS | 33 | 24:55 | 09:30 | 570 | 9.1 | 5.187 | 7.0 | 10.0 | 0.001 |
| 4/26/86 | 30 | 8TH FLOOR | 33 | 09:38 | 11:38 | 120 | 9.1 | 1.092 | 5.0 | 10.0 | 0.006 |
| 4/26/86 | 31 | 7TH FLOOR MECHANICAL ROOM | 36 | 09:39 | 11:39 | 120 | 10.2 | 1.224 | 5.0 | 10.0 | 0.006 |
| 4/26/86 | 32 | 1ST FLOOR | 33 | 09:40 | 11:40 | 120 | 8.5 | 1.020 | 2.5 | 10.0 | 0.007 |
| 4/26/86 | 33 | BASEMENT | 47 | 09:41 | 11:41 | 120 | 9.0 | 1.080 | 3.0 | 10.0 | 0.006 |

ANALYZED BY: MARK JOHNSON

REVIEWED BY: _Michael E. Findley_ c#

DATE: _12 MAY 86_

Page 1

BCM CONVERSE INC.
AIR MONITORING DATA REPORT

| Desc. SUN BANK BLDG. ORLANDO, FL Proj.No. 05-9-1151-06 Date | Sample Number | Pump No. | Sampling Per.-- Start Stop | | Sample Time Min. | Cal. Flow Rate | Sample Vol. Liters | Fibers Counted | Minimum Fiber Count | Minimum Results Fibers/cc |
|---|---|---|---|---|---|---|---|---|---|---|
| 1ST FLOOR | 01 | 47 | 11:10 | 17:10 | 180 | 9.0 | 1.620 | 5.0 | 10.0 | 0.004 |
| 2ND FLOOR | 02 | 26 | 11:15 | 17:15 | 180 | 8.5 | 1.530 | 3.0 | 10.0 | 0.004 |
| 3RD FLOOR | 03 | 33 | 11:50 | 17:50 | 180 | 9.1 | 1.638 | 5.0 | 10.0 | 0.004 |

Description:
4/22/06
4/22/06
4/22/06

ANALYZED BY: MARK JOHNSON

REVIEWED BY: *Michael Scully, CIH*

DATE: 12 MAY 86

Page 1

PIS 00002138

BCM CONVERSE INC.
AIR MONITORING DATA REPORT

Desc. SUN BANK BLDG.
ORLANDO, FL
Proj.No. 05-4151-06

| Sample Number | Date | Description | Pump No. | Sampling Per.- Start | Sampling Per.- Stop | Sample Time Min. | Cal. Flow Rate | Sample Vol. Liters | Fibers Counted | Minimum Fiber Count | Results fibers/cc |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 4/22/86 | 1ST FLOOR | 47 | 14:40 | 17:40 | 180 | 9.0 | 1,620 | 5.0 | 10.0 | 0.004 |
| 02 | 4/22/86 | 2ND FLOOR | 26 | 14:45 | 17:45 | 180 | 8.5 | 1,530 | 3.0 | 10.0 | 0.004 |
| 03 | 4/22/86 | 3RD FLOOR | 33 | 14:50 | 17:50 | 180 | 9.1 | 1,638 | 5.0 | 10.0 | 0.004 |

ANALYZED BY:  MARK JOHNSON

REVIEWED BY:  *Michael Lindley CIH*

DATE:  12 MAY 86

Page 1

PIS 00002139



# SOUTHERN EARTH SCIENCES, INC.

### CONSULTING GEOTECHNICAL ENGINEERS
762 DOWNTOWNER LOOP WEST, SUITE 101 • P. O. BOX 160745
MOBILE, ALABAMA 36616
AREA CODE: 205 PHONE 344-7711

## BULK ASBESTOS REPORT SHEET

CLIENT  Betz, Converse & Murdoch          PROJECT  First Florida Tower

DATE SAMPLED_____          JOB NO:  86-13

DATE TESTED  5/01/86                          METHOD:  PLM with Dispersion Staining

| SAMPLE ID # | | 01 | 02 | 03 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SAMPLE DESCRIPTION | | | | | | | | | | |
| ASBESTOS FIBERS PRESENT | AMOSITE | | | | | | | | | |
| | CHRYSOTILE | 20 | 20 | 20 | | | | | | |
| | CROCIDOLITE | | | | | | | | | |
| | | | | | | | | | | |
| | PERCENT ASBESTOS IN SAMPLE | 20 | 20 | 20 | | | | | | |
| OTHER FIBROUS MATERIALS NOTED | FIBROUS GLASS | | | | | | | | | |
| | CELLULOSE | | | | | | | | | |
| OTHER NON-FIBROUS MATERIALS NOTED | CARBONATES | | | | | | | | | |
| | GYPSUM | | | | | | | | | |
| | MICA | | | | | | | | | |
| | CLAY | | | | | | | | | |
| | QUARTZ | | | | | | | | | |
| | | Copy to: | | | | | | | | |

REC'D
MAY 12 '86

COMMENTS: N/D indicates asbestos fibers were not
detected using Polarized Light Microscopy

SAMPLES:  SOUTHERN EARTH SCIENCES, INC. WILL RETAIN THE SAMPLES FOR A PERIOD
OF 30 DAYS.  IF NO INSTRUCTIONS ARE RECEIVED, THEY WILL BE DISPOSED
OF AT THAT TIME.

ANALYST  _Charles W. Smith_          DATE  May 5, 1986

PIS 00006716

ATEC ASSOCIATES, INC.


Prudential Portfolio No.:    10-10
Building Name:    First Florida Tower
Address:    Tampa, Florida


BCM Field Evaluator: Brain J. Britain
BCM Review:    David Upton
Date of Survey:    1985
Property Manager:  John Jordan
Phone No.:  (813) 221-2421
Person(s) Contacted:  John Jordan


Type of Building:  36 Story Bank and Office Building


Results of Visual Inspection:    Fireproof coating was found on the structural steel above the suspended ceilings in the basement, 1st floor and 7th through 36th floor.

| QUANTITY | DESCRIPTION | LOCATION |
|----------|-------------|----------|
| 303,000 S.F. | Coating on Beams | Basement, 1st Floor and 7th through 36th Floor |


Comments:    The 2nd through 6th floors are a parking garage. The space between the suspended ceiling and the floor above is used for return air plenum.


C-3

RESULTS OF LABORATORY ANALYSIS OF BULK SAMPLES OBTAINED:

| LOCATION | DESCRIPTION | SAMPLE I.D. | RESULTS/TYPE ASBESTOS* |
|---|---|---|---|
| 23rd Floor-Above Suspended Ceiling | Coating on Beams | E30-10-01 | 10%(2) |
| | Coating on Beams | E30-10-02 | 12%(2) |
| | Coating on Beams | E30-10-03 | 15%(2) |
| | Coating on Beams | E30-10-04 | 13%(2) |
| | Coating on Beams | E30-10-05 | 15%(2) |
| | Coating on Beams | E30-10-06 | 14%(2) |
| | Coating on Beams | E30-10-07 | 12%(2) |
| | Coating on Beams | E30-10-08 | 8%(2) |
| 25th Floor-Above Suspended Ceiling | Coating on Beams | E30-10-09 | 10%(2) |
| | Coating on Beams | E30-10-10 | 8%(2) |
| | Coating on Beams | E30-10-11 | 6%(2) |
| | Coating on Beams | E30-10-12 | 10%(2) |
| | Coating on Beams | E30-10-13 | 11%(2) |
| | Coating on Beams | E30-10-14 | 15%(2) |
| | Coating on Beams | E30-10-15 | 11%(2) |
| | Coating on Beams | E30-10-16 | 10%(2) |
| 24th Floor-Above Suspended Ceiling | Coating on Beams | E30-10-17 | 10%(2) |
| | Coating on Beams | E30-10-18 | 8%(2) |
| | Coating on Beams | E30-10-19 | 13%(2) |
| | Coating on Beams | E30-10-20 | 9%(2) |
| | Coating on Beams | E30-10-21 | 9%(2) |
| | Coating on Beams | E30-10-22 | 7%(2) |
| | Coating on Beams | E30-10-23 | 13%(2) |
| | Coating on Beams | E30-10-24 | 12%(2) |
| 22nd Floor-Above Suspended Ceiling | Coating on Beams | E30-10-25 | 11%(2) |
| | Coating on Beams | E30-10-26 | 13%(2) |
| | Coating on Beams | E30-10-27 | 15%(2) |
| | Coating on Beams | E30-10-28 | 12%(2) |
| | Coating on Beams | E30-10-29 | 10%(2) |
| | Coating on Beams | E30-10-30 | 12%(2) |
| | Coating on Beams | E30-10-31 | 14%(2) |
| | Coating on Beams | E30-10-32 | 10%(2) |

* The number in parentheses identifies the type asbestos present, as
follows: (1) Amosite, (2) Chrysotile, (3) Crocidolite, (4) Anthophyllite,
(5) Tremolite, and (6) Actinolite.

C-4

RESULTS OF LABORATORY ANALYSIS OF BULK SAMPLES OBTAINED:

| LOCATION | DESCRIPTION | SAMPLE I.D. | RESULTS/TYPE ASBESTOS* |
|---|---|---|---|
| 20th Floor-Above Suspended Ceiling | Coating on Beams | E30-10-33 | 8%(2) |
| | Coating on Beams | E30-10-34 | 8%(2) |
| | Coating on Beams | E30-10-35 | 10%(2) |
| | Coating on Beams | E30-10-36 | 9%(2) |
| | Coating on Beams | E30-10-37 | 9%(2) |
| | Coating on Beams | E30-10-38 | 7%(2) |
| | Coating on Beams | E30-10-39 | 10%(2) |
| | Coating on Beams | E30-10-40 | 10%(2) |
| 19th Floor-Above Suspended Ceiling | Coating on Beams | E30-10-41 | 10%(2) |
| | Coating on Beams | E30-10-42 | 12%(2) |
| | Coating on Beams | E30-10-43 | 12%(2) |
| | Coating on Beams | E30-10-44 | 10%(2) |
| | Coating on Beams | E30-10-45 | 10%(2) |
| | Coating on Beams | E30-10-46 | 12%(2) |
| | Coating on Beams | E30-10-47 | 6%(2) |
| | Coating on Beams | E30-10-48 | 8%(2) |
| 18th Floor-Above Suspended Ceiling | Coating on Beams | E30-10-49 | 12%(2) |
| | Coating on Beams | E30-10-50 | 8%(2) |
| | Coating on Beams | E30-10-51 | 10%(2) |
| | Coating on Beams | E30-10-51 | 10%(2) |
| | Coating on Beams | E30-10-53 | 6%(2) |
| | Coating on Beams | E30-10-54 | 10%(2) |
| | Coating on Beams | E30-10-55 | 10%(2) |
| | Coating on Beams | E30-10-56 | 8%(2) |
| 17th Floor-Above Suspended Ceiling | Coating on Beams | E30-10-57 | 10%(2) |
| | Coating on Beams | E30-10-58 | 8%(2) |
| | Coating on Beams | E30-10-59 | 12%(2) |
| | Coating on Beams | E30-10-60 | 13%(2) |
| | Coating on Beams | E30-10-61 | 6%(2) |
| | Coating on Beams | E30-10-62 | 9%(2) |
| | Coating on Beams | E30-10-63 | 9%(2) |
| | Coating on Beams | E30-10-64 | 7%(2) |

* The number in parentheses identifies the type asbestos present, as follows: (1) Amosite, (2) Chrysotile, (3) Crocidolite, (4) Anthophyllite, (5) Tremolite, and (6) Actinolite.

C-5

August 1, 1986

PIS 00131171

RESULTS OF LABORATORY ANALYSIS OF BULK SAMPLES OBTAINED:

| LOCATION | DESCRIPTION | SAMPLE I.D. | RESULTS/TYPE ASBESTOS* |
|---|---|---|---|
| 16th Floor-Above Suspended Ceiling | Coating on Beams | E30-10-65 | 4%(2) |
| | Coating on Beams | E30-10-66 | 8%(2) |
| | Coating on Beams | E30-10-67 | 7%(2) |
| | Coating on Beams | E30-10-68 | 5%(2) |
| | Coating on Beams | E30-10-69 | 10%(2) |
| | Coating on Beams | E30-10-70 | 8%(2) |
| | Coating on Beams | E30-10-71 | 4%(2) |
| | Coating on Beams | E30-10-72 | 6%(2) |
| 15th Floor-Above Suspended Ceiling | Coating on Beams | E30-10-73 | 8%(2) |
| | Coating on Beams | E30-10-74 | 4%(2) |
| | Coating on Beams | E30-10-75 | 12%(2) |
| | Coating on Beams | E30-10-76 | 10%(2) |
| | Coating on Beams | E30-10-77 | 8%(2) |
| | Coating on Beams | E30-10-78 | 12%(2) |
| | Coating on Beams | E30-10-79 | 10%(2) |
| | Coating on Beams | E30-10-80 | 10%(2) |
| 14th Floor-Above Suspended Ceiling | Coating on Beams | E30-10-81 | 10%(2) |
| | Coating on Beams | E30-10-82 | 6%(2) |
| | Coating on Beams | E30-10-83 | 12%(2) |
| | Coating on Beams | E30-10-84 | 4%(2) |
| | Coating on Beams | E30-10-85 | 4%(2) |
| | Coating on Beams | E30-10-86 | 8%(2) |
| | Coating on Beams | E30-10-87 | 8%(2) |
| | Coating on Beams | E30-10-88 | 6%(2) |
| 13th Floor-Above Suspended Ceiling | Coating on Beams | E30-10-89 | 13%(2) |
| | Coating on Beams | E30-10-90 | 9%(2) |
| | Coating on Beams | E30-10-91 | 6%(2) |
| | Coating on Beams | E30-10-92 | 4%(2) |
| | Coating on Beams | E30-10-93 | 6%(2) |
| | Coating on Beams | E30-10-94 | 9%(2) |
| | Coating on Beams | E30-10-95 | 8%(2) |
| | Coating on Beams | E30-10-96 | 10%(2) |

* The number in parentheses identifies the type asbestos present, as
follows: (1) Amosite, (2) Chrysotile, (3) Crocidolite, (4) Anthophyllite,
(5) Tremolite, and (6) Actinolite.

C-6

August 1, 1986

PIS 00131172

RESULTS OF LABORATORY ANALYSIS OF BULK SAMPLES OBTAINED:

| LOCATION | DESCRIPTION | SAMPLE I.D. | RESULTS/TYPE ASBESTOS* |
|----------|-------------|-------------|------------------------|
| 12th Floor–Above Suspended Ceiling | Coating on Beams | E30-10-97 | 6%(2) |
| | Coating on Beams | E30-10-98 | 12%(2) |
| | Coating on Beams | E30-10-99 | 9%(2) |
| | Coating on Beams | E30-10-100 | 10%(2) |
| | Coating on Beams | E30-10-101 | 8%(2) |
| | Coating on Beams | E30-10-102 | 8%(2) |
| | Coating on Beams | E30-10-103 | 6%(2) |
| | Coating on Beams | E30-10-104 | 10%(2) |
| 11th Floor–Above Suspended Ceiling | Coating on Beams | E30-10-105 | 6%(2) |
| | Coating on Beams | E30-10-106 | 3%(2) |
| | Coating on Beams | E30-10-107 | 8%(2) |
| | Coating on Beams | E30-10-108 | 5%(2) |
| | Coating on Beams | E30-10-109 | 7%(2) |
| | Coating on Beams | E30-10-110 | 5%(2) |
| | Coating on Beams | E30-10-111 | 11%(2) |
| | Coating on Beams | E30-10-112 | 10%(2) |
| 10th Floor–Above Suspended Ceiling | Coating on Beams | E30-10-113 | 8%(2) |
| | Coating on Beams | E30-10-114 | 5%(2) |
| | Coating on Beams | E30-10-115 | 5%(2) |
| | Coating on Beams | E30-10-116 | 4%(2) |
| | Coating on Beams | E30-10-117 | 4%(2) |
| | Coating on Beams | E30-10-118 | 9%(2) |
| | Coating on Beams | E30-10-119 | 7%(2) |
| | Coating on Beams | E30-10-120 | 4%(2) |
| 9th Floor–Above Suspended Ceiling | Coating on Beams | E30-10-121 | 8%(2) |
| | Coating on Beams | E30-10-122 | 5%(2) |
| | Coating on Beams | E30-10-123 | 5%(2) |
| | Coating on Beams | E30-10-124 | 4%(2) |
| | Coating on Beams | E30-10-125 | 5%(2) |
| | Coating on Beams | E30-10-126 | 4%(2) |
| | Coating on Beams | E30-10-127 | 5%(2) |
| | Coating on Beams | E30-10-128 | 7%(2) |

* The number in parentheses identifies the type asbestos present, as follows: (1) Amosite, (2) Chrysotile, (3) Crocidolite, (4) Anthophyllite, (5) Tremolite, and (6) Actinolite.

C-7

August 1, 1986

PIS 001311 73

BCM No. E30
Page 6 of 9

RESULTS OF LABORATORY ANALYSIS OF BULK SAMPLES OBTAINED:

| LOCATION | DESCRIPTION | SAMPLE I.D. | RESULTS/TYPE ASBESTOS* |
|---|---|---|---|
| 8th Floor-Above Suspended Ceiling | Coating on Beams | E30-10-129 | 4%(2) |
| | Coating on Beams | E30-10-130 | 8%(2) |
| | Coating on Beams | E30-10-131 | 10%(2) |
| | Coating on Beams | E30-10-132 | 8%(2) |
| | Coating on Beams | E30-10-133 | 10%(2) |
| | Coating on Beams | E30-10-134 | 9%(2) |
| | Coating on Beams | E30-10-135 | 5%(2) |
| | Coating on Beams | E30-10-136 | 5%(2) |
| 21st Floor-Above Suspended Ceiling | Coating on Beams | E30-10-137 | 4%(2) |
| | Coating on Beams | E30-10-138 | 4%(2) |
| | Coating on Beams | E30-10-139 | 4%(2) |
| | Coating on Beams | E30-10-140 | 3%(2) |
| | Coating on Beams | E30-10-141 | 5%(2) |
| | Coating on Beams | E30-10-142 | 5%(2) |
| | Coating on Beams | E30-10-143 | 4%(2) |
| | Coating on Beams | E30-10-144 | 8%(2) |
| 36th Floor-Above Suspended Ceiling | Coating on Beams | E30-10-145 | 6%(2) |
| | Coating on Beams | E30-10-146 | 8%(2) |
| | Coating on Beams | E30-10-147 | 5%(2) |
| | Coating on Beams | E30-10-148 | 8%(2) |
| | Coating on Beams | E30-10-149 | 3%(2) |
| | Coating on Beams | E30-10-150 | 5%(2) |
| | Coating on Beams | E30-10-151 | 5%(2) |
| | Coating on Beams | E30-10-152 | 7%(2) |
| 35th Floor-Above Suspended Ceiling | Coating on Beams | E30-10-153 | 9%(2) |
| | Coating on Beams | E30-10-154 | 9%(2) |
| | Coating on Beams | E30-10-155 | 8%(2) |
| | Coating on Beams | E30-10-156 | 10%(2) |
| | Coating on Beams | E30-10-157 | 12%(2) |
| | Coating on Beams | E30-10-158 | 8%(2) |
| | Coating on Beams | E30-10-159 | 10%(2) |
| | Coating on Beams | E30-10-160 | 10%(2) |

* The number in parentheses identifies the type asbestos present, as
follows: (1) Amosite, (2) Chrysotile, (3) Crocidolite, (4) Anthophyllite,
(5) Tremolite, and (6) Actinolite.

C-8

August 1, 1986

PIS 00131174

RESULTS OF LABORATORY ANALYSIS OF BULK SAMPLES OBTAINED:

| LOCATION | DESCRIPTION | SAMPLE I.D. | RESULTS/TYPE ASBESTOS* |
|----------|-------------|-------------|------------------------|
| **34th Floor-Above Suspended Ceiling** | | | |
| | Coating on Beams | E30-10-161 | 8%(2) |
| | Coating on Beams | E30-10-162 | 6%(2) |
| | Coating on Beams | E30-10-163 | 10%(2) |
| | Coating on Beams | E30-10-164 | 10%(2) |
| | Coating on Beams | E30-10-165 | 8%(2) |
| | Coating on Beams | E30-10-166 | 8%(2) |
| | Coating on Beams | E30-10-167 | 6%(2) |
| | Coating on Beams | E30-10-168 | 7%(2) |
| **33rd Floor-Above Suspended Ceiling** | | | |
| | Coating on Beams | E30-10-169 | 6%(2) |
| | Coating on Beams | E30-10-170 | 4%(2) |
| | Coating on Beams | E30-10-171 | 7%(2) |
| | Coating on Beams | E30-10-172 | 10%(2) |
| | Coating on Beams | E30-10-173 | 8%(2) |
| | Coating on Beams | E30-10-174 | 7%(2) |
| | Coating on Beams | E30-10-175 | 5%(2) |
| | Coating on Beams | E30-10-176 | 5%(2) |
| **32nd Floor-Above Suspended Ceiling** | | | |
| | Coating on Beams | E30-10-177 | 8%(2) |
| | Coating on Beams | E30-10-178 | 10%(2) |
| | Coating on Beams | E30-10-179 | 6%(2) |
| | Coating on Beams | E30-10-180 | 10%(2) |
| | Coating on Beams | E30-10-181 | 12%(2) |
| | Coating on Beams | E30-10-182 | 11%(2) |
| | Coating on Beams | E30-10-183 | 13%(2) |
| | Coating on Beams | E30-10-184 | 10%(2) |
| **31st Floor-Above Suspended Ceiling** | | | |
| | Coating on Beams | E30-10-185 | 10%(2) |
| | Coating on Beams | E30-10-186 | 7%(2) |
| | Coating on Beams | E30-10-187 | 9%(2) |
| | Coating on Beams | E30-10-188 | 7%(2) |
| | Coating on Beams | E30-10-189 | 9%(2) |
| | Coating on Beams | E30-10-190 | 12%(2) |
| | Coating on Beams | E30-10-191 | 10%(2) |
| | Coating on Beams | E30-10-192 | 7%(2) |

* The number in parentheses identifies the type asbestos present, as follows: (1) Amosite, (2) Chrysotile, (3) Crocidolite, (4) Anthophyllite, (5) Tremolite, and (6) Actinolite.

C-9

August 1, 1986

PIS 00131175

RESULTS OF LABORATORY ANALYSIS OF BULK SAMPLES OBTAINED:

| LOCATION | DESCRIPTION | SAMPLE I.D. | RESULTS/TYPE ASBESTOS* |
|----------|-------------|-------------|------------------------|
| 30th Floor-Above Suspended Ceiling | Coating on Beams | E30-10-193 | 6%(2) |
| | Coating on Beams | E30-10-194 | 5%(2) |
| | Coating on Beams | E30-10-195 | 9%(2) |
| | Coating on Beams | E30-10-196 | 8%(2) |
| | Coating on Beams | E30-10-197 | 12%(2) |
| | Coating on Beams | E30-10-198 | 10%(2) |
| | Coating on Beams | E30-10-199 | 10%(2) |
| | Coating on Beams | E30-10-200 | 8%(2) |
| 29th Floor-Above Suspended Ceiling | Coating on Beams | E30-10-201 | 8%(2) |
| | Coating on Beams | E30-10-202 | 4%(2) |
| | Coating on Beams | E30-10-203 | 5%(2) |
| | Coating on Beams | E30-10-204 | 6%(2) |
| | Coating on Beams | E30-10-205 | 4%(2) |
| | Coating on Beams | E30-10-206 | 8%(2) |
| | Coating on Beams | E30-10-207 | 8%(2) |
| | Coating on Beams | E30-10-208 | 5%(2) |
| 28th Floor-Above Suspended Ceiling | Coating on Beams | E30-10-209 | 6%(2) |
| | Coating on Beams | E30-10-210 | 5%(2) |
| | Coating on Beams | E30-10-211 | 6%(2) |
| | Coating on Beams | E30-10-212 | 4%(2) |
| | Coating on Beams | E30-10-213 | 4%(2) |
| | Coating on Beams | E30-10-214 | 6%(2) |
| | Coating on Beams | E30-10-215 | 8%(2) |
| | Coating on Beams | E30-10-216 | 4%(2) |
| 27th Floor-Above Suspended Ceiling | Coating on Beams | E30-10-217 | 6%(2) |
| | Coating on Beams | E30-10-218 | 5%(2) |
| | Coating on Beams | E30-10-219 | 5%(2) |
| | Coating on Beams | E30-10-220 | 4%(2) |
| | Coating on Beams | E30-10-221 | 5%(2) |
| | Coating on Beams | E30-10-222 | 8%(2) |
| | Coating on Beams | E30-10-223 | 4%(2) |
| | Coating on Beams | E30-10-224 | 4%(2) |

* The number in parentheses identifies the type asbestos present, as follows: (1) Amosite, (2) Chrysotile, (3) Crocidolite, (4) Anthophyllite, (5) Tremolite, and (6) Actinolite.

C-10

August 1, 1986

PIS 00133 176

BCM No. E30
Page 9 of 9

RESULTS OF LABORATORY ANALYSIS OF BULK SAMPLES OBTAINED:

| LOCATION | DESCRIPTION | SAMPLE I.D. | RESULTS/TYPE ASBESTOS* |
|---|---|---|---|
| 26th Floor–Above Suspended Ceiling | | | |
| | Coating on Beams | E30-10-225 | 8%(2) |
| | Coating on Beams | E30-10-226 | 6%(2) |
| | Coating on Beams | E30-10-227 | 6%(2) |
| | Coating on Beams | E30-10-228 | 7%(2) |
| | Coating on Beams | E30-10-229 | 8%(2) |
| | Coating on Beams | E30-10-230 | 10%(2) |
| | Coating on Beams | E30-10-231 | 4%(2) |
| | Coating on Beams | E30-10-232 | 6%(2) |
| Basement–Above Suspended Ceiling | | | |
| | Coating on Beams | E30-10-233 | 5%(2) |
| | Coating on Beams | E30-10-234 | 5%(2) |
| | Coating on Beams | E30-10-235 | 5%(2) |
| | Coating on Beams | E30-10-236 | 8%(2) |
| | Coating on Beams | E30-10-237 | 6%(2) |
| | Coating on Beams | E30-10-238 | 4%(2) |
| | Coating on Beams | E30-10-239 | 4%(2) |
| | Coating on Beams | E30-10-240 | 7%(2) |

* The number in parentheses identifies the type asbestos present, as follows: (1) Amosite, (2) Chrysotile, (3) Crocidolite, (4) Anthophyllite, (5) Tremolite, and (6) Actinolite.

LOCATION AND DESCRIPTION OF ASBESTOS-CONTAINING MATERIALS:

| QUANTITY | DESCRIPTION | LOCATION |
|---|---|---|
| 303,000 S.F. | Beam Coating | Basement, 1st Floor and 7th through 36th Floor |

BUDGET ESTIMATES FOR REMOVAL AND REPLACEMENT OF ASBESTOS MATERIALS:

| QUANTITY | DESCRIPTION | REMOVAL COST | TIME | REPLACEMENT COST | TIME |
|---|---|---|---|---|---|
| 303,000 S.F. | Beam Coating | $3,030,000 | 150 days | $3,030,000 | 150 days |

C-11

August 1, 1986

PIS 00131177

 **BCM Converse Inc.**
Engineers, Planners and Scientists

108 St. Anthony Street • P.O. Box 1784 • Mobile, AL 36633 • Phone: (205) 433-3981

June 10, 1986

Ms. Patricia Thompson
Manager, Leasing and Management
The Prudential Leasing and
    Management Group
One Ravinia Drive, Suite 1400
Atlanta, Georgia  30346

RE:  Air Quality Tests
     BCM No. 05-4151-06

Dear Ms. Thompson:

Air sampling has been conducted at the Sunshine State Industrial building in Miami, Florida, the Orlando Central Park office building in Orlando, Florida, and the First Florida Tower in Tampa, Florida.  Air samples were collected and analyzed by BCM Converse Inc.  These samples were analyzed using National Institute of Occupational Safety and Health (NIOSH) Method P&CAM 239.  All air samples were less than the Occuptional Safety and Health Administration's permissible exposure level of 2.0 fibers/cc, the NIOSH recommended level of 0.10 fibers/cc and BCM's internal standard of 0.01 fibers/cc. BCM's air monitoring data reports are enclosed.

Three bulk samples were collected from fireproofing materials at the First Florida Tower in Tampa, Florida. · The bulk samples were analyzed utilizing polarized light microscopy with dispersion staining.  The bulk sample results are as follows:

| Sample No. | Location | Result |
|---|---|---|
| 01 | 6th Floor Shop | 20% Chrysotile asbestos |
| 02 | 6th Floor Shop | 20% Chrysotile asbestos |
| 03 | 1st Floor | 20% Chrysotile asbestos |

—————— A Member Firm of BCM Engineers Inc. ——————

Ms. Patricia Thompson
June 10, 1986
Page 2

A copy of the laboratory report is enclosed.

    If you should have any questions, please call.

                  Yours very truly,

                  BCM CONVERSE INC.

                  Michael E. Findley, C.I.H.

MEF/sce

Enclosures

PIS 00006728



# BCM Converse Inc.
### Engineers, Planners and Scientists

108 St. Anthony Street • P.O. Box 1784 • Mobile, AL 36633 • Phone: (205) 433-3981

April 6, 1987

Mr. John Jordan
Senior Property Management
Grubb & Ellis of Florida, Inc.
First Florida Tower
111 Madison Street
Suite 2316
Tampa, Florida  33602

> RE:  Air Monitoring:  First Florida Tower
> Prudential Property No. 10-10
> BCM Project No. E-30

Dear Ms. Thompson:

Background ambient air samples were collected at the above referenced property for six month interval air tests on March 10, 1987 through March 12, 1987.

The samples were analyzed in accordance with the National Institute of Occupational Safety and Health (NIOSH) Method 7400. All of the air sample results indicated fiber levels below the Occupational Safety and Health Administration (OSHA) permissible exposure limit of 0.2 fibers per cubic centimeter (f/cc) of air and the proposed NIOSH exposure limit of 0.1 f/cc.

The air samples will be retained for a period of thirty days.  If no additional instructions are received, they will be disposed of at that time.

Enclosed is a copy of the BCM Air Monitoring Data Report for this property.  If you have further questions, please do not hesitate to call.

Yours very truly,

BCM CONVERSE INC

Michael E. Findley, CIH

ACM/ag
cc    Ms. Patricia Thompson
Enclosures

A Member Firm of BCM Engineers Inc.

BCM CONVERSE INC.
AIR MONITORING DATA REPORT

FIRST FLORIDA TOWER
BCM PROJECT NO. 05-4151-54
PAGE   1

| DATE | SAMPLE NO. | SAMPLE TYPE* | LOCATION | SAMPLE START | TIME STOP | SAMPLE VOL. LITERS | ANALYTICAL DETECTION LIMITS F/CC | RESULTS F/CC |
|------|-----------|-------------|----------|-------------|-----------|-------------------|-------------------------------|-------------|
| 3/10/87 | 1 | BG | 2ND FL GARAGE | 6:23 | 9:52 | 1394 | 0.004 | < 0.004 |
| 3/10/87 | 2 | BG | 3RD FL GARAGE | 6:30 | 9:56 | 1524 | 0.003 | < 0.003 |
| 3/10/87 | 3 | BG | 4TH FL GARAGE | 6:35 | 10:06 | 1578 | 0.003 | < 0.003 |
| 3/10/87 | 4 | BG | 5TH FL GARAGE | 6:40 | 9:49 | 1472 | 0.003 | < 0.003 |
| 3/10/87 | 5 | BG | 6TH FL GARAGE | 6:43 | 10:58 | 1359 | 0.004 | < 0.004 |
| 3/10/87 | 6 | BG | 7TH FL SOUTH HALL | 9:58 | 13:30 | 1414 | 0.003 | < 0.003 |
| 3/10/87 | 7 | BG | 8TH FL KITCHEN | 10:00 | 13:19 | 1550 | 0.003 | < 0.003 |
| 3/10/87 | 8 | BG | 9TH FL INFO SYS DEPT. | 10:05 | 13:22 | 1458 | 0.003 | < 0.003 |
| 3/10/87 | 9 | BG | 10TH FL SOUTH HALL | 10:10 | 13:39 | 1563 | 0.003 | < 0.003 |
| 3/10/87 | 10 | BG | 1ST FL GARAGE | 11:05 | 14:20 | 1039 | 0.005 | < 0.005 |
| 3/10/87 | 11 | BG | FL 11 TAMPA COMP. CPLX | 13:48 | 16:46 | 1331 | 0.004 | < 0.004 |
| 3/10/87 | 12 | BG | FL 12 PROCURE. DEPT. | 13:45 | 16:58 | 1428 | 0.003 | < 0.003 |
| 3/10/87 | 13 | BG | FL 13 SOUTH HALL | 13:49 | 17:20 | 1407 | 0.003 | < 0.003 |
| 3/10/87 | 14 | BG | FL 14 INFO. RES. PLAN | 13:52 | 17:05 | 1503 | 0.003 | < 0.003 |
| 3/11/87 | 15 | BG | 15TH FL HALL | 6:34 | 9:45 | 1413 | 0.003 | < 0.003 |
| 3/11/87 | 16 | BG | 16TH FL NORTH HALL | 6:40 | 9:53 | 1486 | 0.003 | < 0.003 |
| 3/11/87 | 17 | BG | 17TH FL SECURITY DEPT. | 6:46 | 10:14 | 1387 | 0.004 | < 0.004 |
| 3/11/87 | 18 | BG | FL 18 MGMT SUPPORT SYS | 7:08 | 10:02 | 1355 | 0.004 | < 0.004 |
| 3/11/87 | 19 | BG | 19TH FL ACCT DEPT | 6:54 | 10:24 | 1571 | 0.003 | < 0.003 |
| 3/11/87 | 20 | BG | 20TH FL SOUTH HALL | 6:58 | 11:13 | 1359 | 0.004 | < 0.004 |

* P - Personal      BR - Barrier        WA - Work Area        IC - Initial Clearance
  BG - Background  CR - Clean Room    ER - Equipment Room   FC - Final Clearance
  NAM - Negative Air Machine          O - Other

FIRST FLORIDA TOWER
BCM PROJECT NO. 05-4151-54
PAGE   2.

| DATE | SAMPLE NO. | SAMPLE TYPE* | LOCATION | SAMPLE START | TIME STOP | SAMPLE VOL. LITERS | ANALYTICAL DETECTION LIMITS F/CC | RESULTS F/CC |
|---|---|---|---|---|---|---|---|---|
| 3/11/87 | 21 | BG | 21ST FL WEST HALL | 9:50 | 10:05 | 1443 | 0.003 | < 0.003 |
| 3/11/87 | 22 | BG | FL 22-ATTY'S OFFICE | 10:01 | 13:10 | 1455 | 0.003 | < 0.003 |
| 3/11/87 | 23 | BG | 23RD FL RM 2316 | 10:10 | 13:12 | 1418 | 0.003 | < 0.003 |
| 3/11/87 | 24 | BG | FL 24 A.A. ACCT | 10:30 | 14:03 | 1593 | 0.003 | < 0.003 |
| 3/11/87 | 25 | BG | FL 25 GTE EXEC STE | 10:35 | 14:10 | 1434 | 0.003 | < 0.003 |
| 3/11/87 | 26 | BG | FL 26 ELEVATOR LOBBY | 11:18 | 15:15 | 1263 | 0.004 | < 0.004 |
| 3/11/87 | 27 | BG | 27TH FL NORTH OFFICES | 15:20 | 18:10 | 906 | 0.005 | < 0.005 |
| 3/11/87 | 28 | BG | FL28 PRICE WTRHSE BKRM | 14:15 | 17:40 | 1533 | 0.003 | < 0.003 |
| 3/11/87 | 29 | BG | 29TH FL ROOM 2910 | 14:20 | 17:45 | 1367 | 0.004 | < 0.004 |
| 3/11/87 | 30 | BG | 30TH FL HH&D | 13:20 | 16:25 | 1441 | 0.003 | < 0.003 |
| 3/12/87 | 31 | BG | FL 31 INT'L BANKING | 7:00 | 10:30 | 1401 | 0.003 | < 0.003 |
| 3/12/87 | 32 | BG | 32ND FL MARKETING | 7:06 | 10:36 | 1554 | 0.003 | < 0.003 |
| 3/12/87 | 33 | BG | FL 33 INVEST. COUN. | 7:10 | 10:40 | 1571 | 0.003 | < 0.003 |
| 3/12/87 | 34 | BG | 34TH FL CREDIT DEPT. | 7:15 | 10:15 | 1402 | 0.003 | < 0.003 |
| 3/12/87 | 35 | BG | FL 35 T.CLUB W/WALL | 7:22 | 11:30 | 1322 | 0.004 | < 0.004 |
| 3/12/87 | 36 | BG | 36TH FL MAIN HALL | 7:30 | 10:50 | 1540 | 0.003 | < 0.003 |

ANALYZED BY: S. ALEXANDER    REVIEWED BY: _____ DATE: _4/6/87_

\* P — Personal      BR — Barrier      WA — Work Area      IC — Initial Clearance
   BG — Background   CR — Clean Room    ER — Equipment Room  FC — Final Clearance
   NAM — Negative Air Machine           O — Other

PIS 00002131



## DEFINITION OF TERMS

PERSONAL--An air sample taken with a battery operated sampling pump attached directly to the worker with the collecting filter placed in the worker's breathing zone. The sampling pump is calibrated at a flowrate of 2 liters per minute and is operated from 2 to 8 hours.

BACKGROUND--An air sample taken with a high volume sampling pump with the collecting filter placed at breathing zone height. The sampling pump is calibrated at a flowrate of from 2 to 12 liters per minute and is operated for a sufficient sampling period to provide an analytical detection limit of 0.005 f/cc or less. Background samples are utilized to establish a baseline fiber concentration in areas where asbestos removal is not in progress.

NEGATIVE AIR MACHINE--An air sample taken with a high volume sampling pump with the collecting filter placed at the exhaust of a negative air machine. A negative air machine is a portable local exhaust system equipped with high efficiency particulate air (HEPA) filtration and capable of maintaining a constant, low velocity air flow into contaminated areas from adjacent uncontaminated areas.

BARRIER--An air sample taken with a high volume sampling pump with the collecting filter placed on the uncontaminated side of a containment barrier associated with asbestos removal.

CLEAN ROOM--An air sample taken with a high volume sampling pump with the collecting filter placed inside the clean room. The clean room is an uncontaminated area or room which is a part of the worker decontamination unit with provisions for storage of worker's street clothes and protective equipment.

WORK AREA--An air sample collected with a high volume sampling pump with the collecting filter placed inside the contaminated area where asbestos removal is conducted.

EQUIPMENT ROOM--An air sample collected with a high volume sampling pump with the collecting filter placed inside the equipment room. The equipment room is a contaminated area or room which is part of the worker decontamination unit with provisions for storage of contaminated clothing and equipment.

PIS 00002132

 **BCM Converse Inc.**
Engineers, Planners and Scientists

108 St. Anthony Street • P.O. Box 1784 • Mobile, AL 36633 • Phone: (205) 433-3981

April 6, 1987

Mr. John Jordan
Senior Property Management
Grubb & Ellis of Florida, Inc.
First Florida Tower
111 Madison Street
Suite 2316
Tampa, Florida  33602

                    RE:   Air Monitoring:  First Florida Tower
                          Prudential Property No. 10-10
                          BCM Project No. E-30

Dear Ms. Thompson:

    Background ambient air samples were collected at the above
referenced property for six month interval air tests on March 10,
1987 through March 12, 1987.

    The samples were analyzed in accordance with the National
Institute of Occupational Safety and Health (NIOSH) Method 7400.
All of the air sample results indicated fiber levels below the
Occupational Safety and Health Administration (OSHA) permissible
exposure limit of 0.2 fibers per cubic centimeter (f/cc) of air
and the proposed NIOSH exposure limit of 0.1 f/cc.

    The air samples will be retained for a period of thirty
days.  If no additional instructions are received, they will be
disposed of at that time.

    Enclosed is a copy of the BCM Air Monitoring Data Report for
this property.  If you have further questions, please do not
hesitate to call.

                    Yours very truly,

                    BCM CONVERSE INC

                    Michael E. Findley, CIH

ACM/ag
cc   Ms. Patricia Thompson
Enclosures

A Member Firm of BCM Engineers Inc.

BCM CONVERSE INC.
AIR MONITORING DATA REPORT

FIRST FLORIDA TOWER
BCM PROJECT NO. 05-4151-54
PAGE    1

| DATE | SAMPLE NO. | SAMPLE TYPE* | LOCATION | SAMPLE START | TIME STOP | SAMPLE VOL. LITERS | ANALYTICAL DETECTION LIMITS F/CC | RESULTS F/CC |
|---|---|---|---|---|---|---|---|---|
| 3/10/87 | 1 | BG | 2ND FL GARAGE | 6:23 | 9:52 | 1394 | 0.004 | < 0.004 |
| 3/10/87 | 2 | BG | 3RD FL GARAGE | 6:30 | 9:56 | 1524 | 0.003 | < 0.003 |
| 3/10/87 | 3 | BG | 4TH FL GARAGE | 6:35 | 10:06 | 1578 | 0.003 | < 0.003 |
| 3/10/87 | 4 | BG | 5TH FL GARAGE | 6:40 | 9:49 | 1472 | 0.003 | < 0.003 |
| 3/10/87 | 5 | BG | 6TH FL GARAGE | 6:43 | 10:58 | 1359 | 0.004 | < 0.004 |
| 3/10/87 | 6 | BG | 7TH FL SOUTH HALL | 9:58 | 13:30 | 1414 | 0.003 | < 0.003 |
| 3/10/87 | 7 | BG | 8TH FL KITCHEN | 10:00 | 13:19 | 1550 | 0.003 | < 0.003 |
| 3/10/87 | 8 | BG | 9TH FL INFO SYS DEPT. | 10:05 | 13:22 | 1458 | 0.003 | < 0.003 |
| 3/10/87 | 9 | BG | 10TH FL SOUTH HALL | 10:10 | 13:39 | 1563 | 0.003 | < 0.003 |
| 3/10/87 | 10 | BG | 1ST FL GARAGE | 11:05 | 14:20 | 1039 | 0.005 | < 0.005 |
| 3/10/87 | 11 | BG | FL 11 TAMPA COMP. CPLX | 13:48 | 16:48 | 1331 | 0.004 | < 0.004 |
| 3/10/87 | 12 | BG | FL 12 PROCURE. DEPT. | 13:45 | 16:58 | 1428 | 0.003 | < 0.003 |
| 3/10/87 | 13 | BG | FL 13 SOUTH HALL | 13:49 | 17:20 | 1407 | 0.003 | < 0.003 |
| 3/10/87 | 14 | BG | FL 14 INFO. RES. PLAN | 13:52 | 17:05 | 1503 | 0.003 | < 0.003 |
| 3/11/87 | 15 | BG | 15TH FL HALL | 6:34 | 9:45 | 1413 | 0.003 | < 0.003 |
| 3/11/87 | 16 | BG | 16TH FL NORTH HALL | 6:40 | 9:53 | 1486 | 0.003 | < 0.003 |
| 3/11/87 | 17 | BG | 17TH FL SECURITY DEPT. | 6:48 | 10:14 | 1387 | 0.004 | < 0.004 |
| 3/11/87 | 18 | BG | FL 18 MGMT SUPPORT SYS | 7:08 | 10:02 | 1355 | 0.004 | < 0.004 |
| 3/11/87 | 19 | BG | 19TH FL ACCT DEPT | 6:54 | 10:24 | 1571 | 0.003 | < 0.003 |
| 3/11/87 | 20 | BG | 20TH FL SOUTH HALL | 6:58 | 11:13 | 1359 | 0.004 | < 0.004 |

* P — Personal       BR — Barrier        WA — Work Area        IC — Initial Clearance
  BG — Background    CR — Clean Room     ER — Equipment Room   FC — Final Clearance
  NAM — Negative Air Machine    O — Other

FIRST FLORIDA TOWER
BCM PROJECT NO. 05-4151-54
PAGE   2

| DATE | SAMPLE NO. | SAMPLE TYPE* | LOCATION | SAMPLE START | TIME STOP | SAMPLE VOL. LITERS | ANALYTICAL DETECTION LIMITS F/CC | RESULTS F/CC |
|------|-----------|--------------|----------|--------------|-----------|--------------------|----------------------------------|--------------|
| 3/11/87 | 21 | BG | 21ST FL WEST HALL | 9:50 | 10:05 | 1443 | 0.003 | < 0.003 |
| 3/11/87 | 22 | BG | FL 22-ATTY'S OFFICE | 10:01 | 13:10 | 1455 | 0.003 | < 0.003 |
| 3/11/87 | 23 | BG | 23RD FL RM 2316 | 10:10 | 13:12 | 1418 | 0.003 | < 0.003 |
| 3/11/87 | 24 | BG | FL 24 A.A. ACCT | 10:30 | 14:03 | 1593 | 0.003 | < 0.003 |
| 3/11/87 | 25 | BG | FL 25 GTE EXEC STE | 10:35 | 14:10 | 1434 | 0.003 | < 0.003 |
| 3/11/87 | 26 | BG | FL 26 ELEVATOR LOBBY | 11:18 | 15:15 | 1263 | 0.004 | < 0.004 |
| 3/11/87 | 27 | BG | 27TH FL NORTH OFFICES | 15:20 | 18:10 | 906 | 0.005 | < 0.005 |
| 3/11/87 | 28 | BG | FL28 PRICE WTRHSE BKRM | 14:15 | 17:40 | 1533 | 0.003 | < 0.003 |
| 3/11/87 | 29 | BG | 29TH FL ROOM 2910 | 14:20 | 17:45 | 1367 | 0.004 | < 0.004 |
| 3/11/87 | 30 | BG | 30TH FL HH&D | 13:20 | 16:25 | 1441 | 0.003 | < 0.003 |
| 3/12/87 | 31 | BG | FL 31 INT'L BANKING | 7:00 | 10:30 | 1401 | 0.003 | < 0.003 |
| 3/12/87 | 32 | BG | 32ND FL MARKETING | 7:06 | 10:36 | 1554 | 0.003 | < 0.003 |
| 3/12/87 | 33 | BG | FL 33 INVEST. COUN. | 7:10 | 10:40 | 1571 | 0.003 | < 0.003 |
| 3/12/87 | 34 | BG | 34TH FL CREDIT DEPT. | 7:15 | 10:15 | 1402 | 0.003 | < 0.003 |
| 3/12/87 | 35 | BG | FL 35 T.CLUB W/WALL | 7:22 | 11:30 | 1322 | 0.004 | < 0.004 |
| 3/12/87 | 36 | BG | 36TH FL MAIN HALL | 7:30 | 10:50 | 1540 | 0.003 | < 0.003 |

ANALYZED BY: S. ALEXANDER   REVIEWED BY: _____ DATE: _4/6/87_

* P - Personal      BR - Barrier        WA - Work Area        IC - Initial Clearance
  BG - Background  CR - Clean Room    ER - Equipment Room  FC - Final Clearance
  NAM - Negative Air Machine          O - Other

019 00000020



## DEFINITION OF TERMS

<u>PERSONAL</u>--An air sample taken with a battery operated sampling pump attached directly to the worker with the collecting filter placed in the worker's breathing zone.  The sampling pump is calibrated at a flowrate of 2 liters per minute and is operated from 2 to 8 hours.

<u>BACKGROUND</u>--An air sample taken with a high volume sampling pump with the collecting filter placed at breathing zone height.  The sampling pump is calibrated at a flowrate of from 2 to 12 liters per minute and is operated for a sufficient sampling period to provide an analytical detection limit of 0.005 f/cc or less. Background samples are utilized to establish a baseline fiber concentration in areas where asbestos removal is not in progress.

<u>NEGATIVE AIR MACHINE</u>--An air sample taken with a high volume sampling pump with the collecting filter placed at the exhaust of a negative air machine.  A negative air machine is a portable local exhaust system equipped with high efficiency particulate air (HEPA) filtration and capable of maintaining a constant, low velocity air flow into contaminated areas from adjacent uncontaminated areas.

<u>BARRIER</u>--An air sample taken with a high volume sampling pump with the collecting filter placed on the uncontaminated side of a containment barrier associated with asbestos removal.

<u>CLEAN ROOM</u>--An air sample taken with a high volume sampling pump with the collecting filter placed inside the clean room.  The clean room is an uncontaminated area or room which is a part of the worker decontamination unit with provisions for storage of worker's street clothes and protective equipment.

<u>WORK AREA</u>--An air sample collected with a high volume sampling pump with the collecting filter placed inside the contaminated area where asbestos removal is conducted.

<u>EQUIPMENT ROOM</u>--An air sample collected with a high volume sampling pump with the collecting filter placed inside the equipment room.  The equipment room is a contaminated area or room which is part of the worker decontamination unit with provisions for storage of contaminated clothing and equipment.

019 00000021



INITIAL CLEARANCE--An air sample collected with a high volume pump with the collecting filter placed inside the work area following the removal of all visible accumulation of asbestos, the wet cleaning of all surfaces and the removal of the inner layer of plastic which encloses the work area.

FINAL CLEARANCE--An air sample taken with a high volume sampling pump with the collecting filter placed inside the work area following the removal of the final layer of plastic. The seals on the windows, vents doors, etc. remain, and the negative air machine(s) remain in operation until after the final clearance samples have passed.

ANALYTICAL DETECTION LIMIT--The analytical detection limit is the lowest statistically reliable value which can be reported based upon sample parameters such as volume, MFA, ECA, etc. The precision of this value is based upon maintaining a fiber concentration of at least 10 fibers counted in 100 fields.

RESULT--The result is the value of the fiber concentration in air reported to the nearest 0.001 f/cc. When the result is lower than the analytical detection limit, the actual fiber concentration is assumed to be less than the analytical detection limit.

The Analytical Detection Limit and Results are calculated using the following formula:

$$AC = \frac{[(FB/FL) - (BFB/BFL)] \; (ECA)}{(1000) \; (FR) \; (T) \; (MFA)}$$

where:

AC = Airborne fiber concentration in (fibers > 5um)/cm$^3$.
BFB = Total number of fibers counted in the BFL fields of the blank or control filters in fibers > 5um.
BFL = Total number of fields counted on the blank or control filters.
ECA = Effective collecting area of filter (385 mm$^2$ for a 25mm filter).
FR = Pump flow rate in liters/min (lpm).
FB = Total number of fibers counted in the FL fields in fibers > 5 micrometers.
FL = Total number of fields counted on the filter.
MFA = Microscope count fields are in mm$^2$ (generally 0.003 to 0.006).
T = Sample collection time in minutes.