**BCM Converse Inc.**
Engineers, Planners and Scientists

108 St. Anthony Street • P.O. Box 1784 • Mobile, AL 36633 • Phone: (205) 433-3981

April 13, 1987

Mr. John Jordan
Senior Property Management
Grubb & Ellis of Florida, Inc.
First Florida Tower, Suite 2316
111 Madison Street
Tampa, Florida  33602

> RE:  Air Monitoring:  First Florida Tower
> BCM Project No. 05-4151-74

Dear Mr. Jordan:

Background ambient air samples were collected at the above referenced property for six month interval air tests on March 10, 22, 28, 29 and 30, 1987.

The samples were analyzed in accordance with the National Institute of Occupational Safety and Health (NIOSH) Method 7400. All of the air sample results indicated fiber levels below the Occupational Safety and Health Administration (OSHA) permissible exposure limit of 0.2 fibers per cubic centimeter (f/cc) of air and the proposed NIOSH exposure limit of 0.1 f/cc.

The air samples will be retained for a period of thirty days.  If no additional instructions are received, they will be disposed of at that time.

Enclosed is a copy of the BCM Air Monitoring Data Report for this property.  If you have further questions, please do not hesitate to call.

Yours very truly,

BCM CONVERSE INC

Michael E. Findley, CIH

ACM/ag

cc  Ms. Patricia Thompson

Enclosures

A Member Firm of BCM Engineers Inc.

## BCM CONVERSE INC.
## AIR MONITORING DATA REPORT

FIRST FLORIDA TOWER
BCM PROJECT NO. 05-4151-74
PAGE    1

| DATE | SAMPLE NO. | SAMPLE TYPE* | LOCATION | SAMPLE START | TIME STOP | SAMPLE VOL. LITERS | ANALYTICAL DETECTION LIMITS F/CC | RESULTS F/CC |
|------|------------|--------------|----------|--------------|-----------|--------------------|----------------------------------|--------------|
| 3/10/87 | 01 | BG | 2ND FL GARAGE | 6:23 | 9:52 | 1394 | 0.004 | < 0.004 |
| 3/10/87 | 02 | BG | 3RD FL GARAGE | 6:30 | 9:56 | 1524 | 0.003 | < 0.003 |
| 3/10/87 | 03 | BG | 4TH FL GARAGE | 6:35 | 10:06 | 1578 | 0.003 | < 0.003 |
| 3/10/87 | 04 | BG | 5TH FL GARAGE | 6:40 | 9:49 | 1472 | 0.003 | < 0.003 |
| 3/10/87 | 05 | BG | 6TH FL GARAGE | 6:43 | 10:58 | 1359 | 0.004 | < 0.004 |
| 3/22/87 | 06 | BG | PERSONNEL—LOBBY | 18:06 | 21:30 | 1510 | 0.003 | < 0.003 |
| 3/22/87 | 07 | BG | W. OFF.—ASHLEY ST. | 18:08 | 21:36 | 1602 | 0.003 | < 0.003 |
| 3/22/87 | 08 | BG | PERSONNEL—CEN. LOC. | 18:11 | 21:40 | 1563 | 0.003 | < 0.003 |
| 3/22/87 | 09 | BG | PERSONNEL—BREAKROOM | 18:12 | 21:43 | 1407 | 0.003 | < 0.003 |
| 3/22/87 | 10 | BG | PERSONNEL—CONF. RM. | 18:15 | 21:47 | 1651 | 0.003 | < 0.003 |
| 3/22/87 | 11 | BG | PERSONNEL—N. HALL | 18:17 | 21:50 | 1135 | 0.004 | < 0.004 |
| 3/28/87 | 12 | BG | 6TH FL.—MCEWEN TRAV. | 17:37 | 20:37 | 1346 | 0.004 | < 0.004 |
| 3/28/87 | 13 | BG | 7TH FL.—GTE DATA SYS. | 17:43 | 20:42 | 1194 | 0.004 | < 0.004 |
| 3/28/87 | 14 | BG | 8TH FL.—BREAK RM. | 13:52 | 17:05 | 1503 | 0.003 | < 0.003 |
| 3/28/87 | 15 | BG | 9TH FLOOR INFO SERVICE | 17:51 | 20:53 | 1401 | 0.003 | < 0.006 |
| 3/28/87 | 16 | BG | 10TH FL. DISTRIBUTION | 17:54 | 20:54 | 1201 | 0.004 | < 0.006 |
| 3/28/87 | 17 | BG | 11TH FL. TAMPA COMPUTER | 17:56 | 20:58 | 1418 | 0.003 | < 0.003 |
| 3/28/87 | 18 | BG | 12TH FL. TRAINING DEPT. | 20:46 | 1:14 | 2005 | 0.002 | < 0.002 |
| 3/28/87 | 19 | BG | 13TH FL. COMM. DEPT. | 20:50 | 1:16 | 1968 | 0.002 | < 0.002 |

*   P — Personal      BR — Barrier        WA — Work Area        IC — Initial Clearance
    BG — Background  CR — Clean Room    ER — Equipment Room  FC — Final Clearance
    NAM — Negative Air Machine        O — Other

FIRST FLORIDA TOWER
BCM PROJECT NO. 05-4151-74
PAGE   2

| DATE | SAMPLE NO. | SAMPLE TYPE* | LOCATION | SAMPLE START | TIME STOP | SAMPLE VOL. LITERS | ANALYTICAL DETECTION LIMITS F/CC | RESULTS F/CC |
|------|-----------|-------------|----------|-------------|-----------|-------------------|-------------------------------|--------------|
| 3/28/87 | 20 | BG | 14TH FL. BILLING SYS. | 21:15 | 1:19 | 1901 | 0.003 | < 0.003 |
| 3/28/87 | 21 | BG | 15TH FL. HEALTH SERVICE | 21:17 | 1:21 | 1615 | 0.003 | < 0.003 |
| 3/28/87 | 22 | BG | 16TH FL. CHEM. SERV. | 21:20 | 1:23 | 1871 | 0.003 | < 0.003 |
| 3/28/87 | 23 | BG | 17TH FL. CYPRESS RM. | 21:22 | 1:27 | 1306 | 0.004 | < 0.004 |
| 3/28/87 | 24 | BG | 18TH FL-MGT. SUPP. SYS. | 1:45 | 4:47 | 970 | 0.005 | < 0.005 |
| 3/28/87 | 25 | BG | 19TH FL. ACCT. DEPT. | 1:48 | 4:49 | 1394 | 0.004 | < 0.004 |
| 3/28/87 | 26 | BG | 20TH FL. INFO. SYS. | 1:51 | 4:53 | 1214 | 0.004 | < 0.004 |
| 3/28/87 | 27 | BG | 21ST FL-FAC. HQ | 17:22 | 21:34 | 1865 | 0.003 | < 0.003 |
| 3/28/87 | 28 | BG | 22ND FL-TREMAN SIMMONS | 17:25 | 21:36 | 1955 | 0.003 | < 0.003 |
| 3/29/87 | 29 | BG | 23RD FL-RM 2316 | 17:28 | 21:39 | 1883 | 0.003 | < 0.003 |
| 3/29/87 | 30 | BG | 24TH FL.-A. ANDERSON | 17:31 | 21:41 | 1925 | 0.003 | < 0.003 |
| 3/29/87 | 31 | BG | 26TH FL.-ELE. LOBBY | 17:35 | 21:43 | 1322 | 0.004 | < 0.004 |
| 3/29/87 | 32 | BG | 27TH FL.-PRICE WTRHSE. | 17:37 | 21:45 | 1654 | 0.003 | < 0.003 |
| 3/29/87 | 33 | BG | 25TH FL.-EXE. OFF. | 1:05 | 4:08 | 1369 | 0.004 | < 0.004 |
| 3/29/87 | 34 | BG | 28TH FL.-BREAKROOM | 1:17 | 4:11 | 1161 | 0.004 | < 0.004 |
| 3/29/87 | 35 | BG | 29TH FL.-RM 2910 | 1:19 | 4:13 | 1355 | 0.004 | < 0.004 |
| 3/29/87 | 36 | BG | 30TH FLOOR SUITE 3000 | 01:21 | 04:15 | 1340 | 0.004 | < 0.004 |
| 3/29/87 | 37 | BG | 31ST FL ACC PRSNL DEPT | 1:23 | 4:17 | 1288 | 0.004 | < 0.004 |
| 3/29/87 | 38 | BG | 32ND FL REAL ESTATE | 1:25 | 4:19 | 927 | 0.005 | < 0.005 |
| 3/30/87 | 39 | BG | 33RD FL INVESTMENTS | 16:19 | 19:30 | 1274 | 0.004 | < 0.004 |

*   P – Personal       BR – Barrier       WA – Work Area       IC – Initial Clearance
    BG – Background   CR – Clean Room    ER – Equipment Room   FC – Final Clearance
    NAM – Negative Air Machine       O – Other

019 00000033

FIRST FLORIDA TOWER
BCM PROJECT NO. 05-4151-74
PAGE   3

| DATE | SAMPLE NO. | SAMPLE TYPE* | LOCATION | SAMPLE START | TIME STOP | SAMPLE VOL. LITERS | ANALYTICAL DETECTION LIMITS F/CC | RESULTS F/CC |
|------|-----------|-------------|----------|-------------|-----------|--------------------|----------------------------------|--------------|
| 3/30/87 | 40 | BG | 34TH FL DINING RM | 16:23 | 19:37 | 1513 | 0.003 | < 0.003 |
| 3/30/87 | 41 | BG | 35TH FL WEST WALL | 16:25 | 19:40 | 1028 | 0.005 | < 0.005 |
| 3/30/87 | 42 | BG | 36TH FL MAIN HALL | 16:25 | 19:40 | 1443 | 0.003 | < 0.003 |

ANALYZED BY: S. ALEXANDER   REVIEWED BY: *Michael Findley CIH* DATE: *13 April 87*

* P — Personal    BR — Barrier      WA — Work Area      IC — Initial Clearance
  BG — Background  CR — Clean Room    ER — Equipment Room  FC — Final Clearance
  NAM — Negative Air Machine   O — Other



## DEFINITION OF TERMS

PERSONAL--An air sample taken with a battery operated sampling pump attached directly to the worker with the collecting filter placed in the worker's breathing zone.  The sampling pump is calibrated at a flowrate of 2 liters per minute and is operated from 2 to 8 hours.

BACKGROUND--An air sample taken with a high volume sampling pump with the collecting filter placed at breathing zone height.  The sampling pump is calibrated at a flowrate of from 2 to 12 liters per minute and is operated for a sufficient sampling period to provide an analytical detection limit of 0.005 f/cc or less. Background samples are utilized to establish a baseline fiber concentration in areas where asbestos removal is not in progress.

NEGATIVE AIR MACHINE--An air sample taken with a high volume sampling pump with the collecting filter placed at the exhaust of a negative air machine.  A negative air machine is a portable local exhaust system equipped with high efficiency particulate air (HEPA) filtration and capable of maintaining a constant, low velocity air flow into contaminated areas from adjacent uncontaminated areas.

BARRIER--An air sample taken with a high volume sampling pump with the collecting filter placed on the uncontaminated side of a containment barrier associated with asbestos removal.

CLEAN ROOM--An air sample taken with a high volume sampling pump with the collecting filter placed inside the clean room.  The clean room is an uncontaminated area or room which is a part of the worker decontamination unit with provisions for storage of worker's street clothes and protective equipment.

WORK AREA--An air sample collected with a high volume sampling pump with the collecting filter placed inside the contaminated area where asbestos removal is conducted.

EQUIPMENT ROOM--An air sample collected with a high volume sampling pump with the collecting filter placed inside the equipment room.  The equipment room is a contaminated area or room which is part of the worker decontamination unit with provisions for storage of contaminated clothing and equipment.



INITIAL CLEARANCE--An air sample collected with a high volume pump with the collecting filter placed inside the work area following the removal of all visible accumulation of asbestos, the wet cleaning of all surfaces and the removal of the inner layer of plastic which encloses the work area.

FINAL CLEARANCE--An air sample taken with a high volume sampling pump with the collecting filter placed inside the work area following the removal of the final layer of plastic.  The seals on the windows, vents doors, etc. remain, and the negative air machine(s) remain in operation until after the final clearance samples have passed.

ANALYTICAL DETECTION LIMIT--The analytical detection limit is the lowest statistically reliable value which can be reported based upon sample parameters such as volume, MFA, ECA, etc.  The precision of this value is based upon maintaining a fiber concentration of at least 10 fibers counted in 100 fields.

RESULT--The result is the value of the fiber concentration in air reported to the nearest 0.001 f/cc.  When the result is lower than the analytical detection limit, the actual fiber concentration is assumed to be less than the analytical detection limit.

The Analytical Detection Limit and Results are calculated using the following formula:

$$AC = \frac{[(FB/FL) - (BFB/BFL)]\ (ECA)}{(1000)\ (FR)\ (T)\ (MFA)}$$

where:

AC = Airborne fiber concentration in (fibers > 5um)/cm$^3$.
BFB = Total number of fibers counted in the BFL fields of the blank or control filters in fibers > 5um.
BFL = Total number of fields counted on the blank or control filters.
ECA = Effective collecting area of filter (385 mm$^2$ for a 25mm filter).
FR = Pump flow rate in liters/min (lpm).
FB = Total number of fibers counted in the FL fields in fibers > 5 micrometers.
FL = Total number of fields counted on the filter.
MFA = Microscope count fields are in mm$^2$ (generally 0.003 to 0.006).
T = Sample collection time in minutes.

# ...ASSOCIATES, INC.

1300 Williams Drive
Marietta, GA 30066-6299
(404) 427-9456

CLIENT: __GRUBB & ELLIS/PRUDENTIAL/FFT__

CONTAMINANT __ASBESTOS__

ANALYTICAL METHOD __NIOSH 7400A__

## SAMPLING RECORD SHEET

LOCATION __Tampa, Florida__

SAMPLING CONDUCTED BY __D. Cheaton__

SAMPLES ANALYZED BY __D. Cheaton__

| | Worker's Name | Job Location & Description | Date(s) | Sampling Time Start - Stop | Total Mins. | Air Flow Rate l/m | Air Vol. In Liters | Analytical Results Fibers/Field | Fibers/cc | Detect Limit |
|---|---|---|---|---|---|---|---|---|---|---|
| 50 | 0 & M Prevalent | Mechanical Room Basement (A) | 2/13/88 | 8:00AM 12:20PM | 260 | 15.0 | 3900 | 6/100 | BDL | 0.001 |
| 51 | 0 & M Prevalent | Mechanical Room Basement (B) | 2/13/88 | 8:00AM 12:20PM | 260 | 15.0 | 3900 | 12/100 | 0.001 | 0.001 |
| 52 | 0 & M Prevalent | Mechanical Room 6th Flr. (A) | 2/12/88 | 1:40PM 4:30PM | 170 | 15.0 | 2550 | 8/100 | BDL | 0.002 |
| 53 | 0 & M Prevalent | Mechanical Room 6th Flr. (B) | 2/12/88 | 4:30PM 7:30PM | 180 | 15.0 | 2700 | 4/100 | BDL | 0.002 |
| 54 | 0 & M Prevalent | Mechanical Room 7th Flr. (A) | 2/12/88 | 1:30PM 4:35PM | 185 | 15.0 | 2775 | 4/100 | BDL | 0.002 |
| 55 | 0 & M Prevalent | Mechanical Room 7th Flr. (B) | 2/12/88 | 1:30PM 4:35PM | 185 | 15.0 | 2775 | 4/100 | BDL | 0.002 |
| 56 | 0 & M Prevalent | Mechanical Room 8th Flr. (A) | 2/11/88 | 4:40PM 12:15A | 455 | 12.0 | 5460 | 4/100 | BDL | 0.001 |
| 57 | 0 & M Prevalent | Mechanical Room 8th Flr. (B) | 2/11/88 | 4:40PM 12:15A | 455 | 12.0 | 5460 | 2/100 | BDL | 0.001 |
| 58 | 0 & M Prevalent | Mechanical Room 9th Flr. (A) | 2/11/88 | 4:35PM 12:05AM | 450 | 12.0 | 5400 | 4/100 | BDL | 0.001 |
| 59 | 0 & M Prevalent | Mechanical Room 9th Flr. (B) | 2/11/88 | 4:15PM 12:05AM | 450 | 12.0 | 5400 | 6/100 | BDL | 0.001 |

The Permissible Exposure Limit (PEL) of Asbestos is 0.2 F/cc—Fibers per cubic centimeters of air
BDL - Below Detection Limit PPm—Parts per million parts of air
mg/M3—Milligrams per cubic meter of

PIS 00002122

# LAW ASSOCIATES, INC.

1300 Williams Drive
Marietta, GA 30066-6299
(404) 427-9456

CLIENT "Grubb & Ellis/Prudential. FFT   O & M"

CONTAMINANT  ASBESTOS

ANALYTICAL METHOD  NIOSH 7400A

**SAMPLING RECORD SHEET**

LOCATION  Tampa, Fla.

SAMPLING CONDUCTED BY  D. Cheatom

SAMPLES ANALYZED BY  D. Cheatom

| No. | Worker's Name | Job Location & Description | Date(s) | Sampling Time Start - Stop | Total Mins. | Air Flow Rate l/m | Air Vol. In Liters | Fibers/Field | Fibers/cc | Detect Limit |
|---|---|---|---|---|---|---|---|---|---|---|
| 60 | 0 & M Prevalent | Mechanical Room 10th Flr (A) | 2/11/88 | 1:15PM 4:30PM | 195 | 12.0 | 2340 | 50/100 | 0.01 | 0.002 |
| 61 | 0 & M Prevalent | Mechanical Room 10th Flr (B) | 2/11/88 | 1:15PM 4:30PM | 195 | 12.0 | 2340 | 26/100 | 0.005 | 0.002 |
| 62 | 0 & M Prevalent | Mechanical Room 11th Flr. (A) | 2/11/88 | 1:00PM 4:25PM | 205 | 12.0 | 2460 | 4/100 | BDL | 0.002 |
| 61 | 0 & M Prevalent | Mechanical Room 11th Flr. (B) | 2/11/88 | 1:00PM 4:25PM | 205 | 12.0 | 2460 | 16/100 | 0.003 | 0.002 |
| 61 | 0 & M Prevalent | Mechanical Room 12th Flr. (A) | 2/11/88 | 8:30AM 12:55PM | 265 | 12.0 | 3180 | 26/100 | 0.004 | 0.001 |
| 65 | 0 & M Prevalent | Mechanical Room 12th Flr. (B) | 2/11/88 | 8:30AM 12:55PM | 265 | 12.0 | 3180 | 14/100 | 0.002 | 0.001 |
| 64 | 0 & M Prevalent | Mechanical Room 13th Flr. (A) | 2/11/88 | 8:25AM 12:50PM | 265 | 12.0 | 3180 | 6/100 | BDL | 0.001 |
| 57 | 0 & M Prevalent | Mechanical Room 13th Flr. (B) | 2/11/88 | 8:50PM 8:20AM | 265 | 12.0 | 3180 | BDL | | 0.001 |
| 56 | 0 & M Prevalent | Mechanical Room 14th Flr. (A) | 2/10/88 | 8:50PM 8:20AM | 690 | 12.0 | 8280 | BDL | | 0.001 |
| 58 | 0 & M Prevalent | Mechanical Room 14th Flr. (A) | 2/10/88 | 8:50PM 8:20AM | 690 | 12.0 | 8280 | 2/100 | BDL | 0.0005 |
| 38 | 0 & M Prevalent | Mechanical Room 14th Flr. (B) | 2/10/88 | 8:50PM 8:20AM | 690 | 12.0 | 8280 | 4/100 | BDL | 0.0005 |

The Permissible Exposure Limit (PEL) of Asbestos is 0.2
BDL - Below Detection Limit

F/cc-Fibers per cubic centimeters of air
ppm-Parts per million parts of air
mg/M3-Milligrams per cubic meter of

PIS 00002123

... ASSOCIATES, INC.

1300 Williams Drive
Marietta, GA 30066-6209
(404) 427-9456

GRUBB & ELLIS/PRUDENTIAL FFT O & M

SAMPLING RECORD SHEET

CONTAMINANT ——— ASBESTOS

ANALYTICAL METHOD ——— NIOSH 7400A

LOCATION ——— Tampa, Fla.

SAMPLING CONDUCTED BY ——— D. Cheatom

SAMPLES ANALYZED BY ——— D. Cheatom

| Line | Worker's Name | Job Location & Description | Date(s) | Sampling Time Start - Stop | Total Mins. | Air Flow Rate l/m | Air Vol. In Liters | Analytical Results Fibers/Field | Fibers/cc | Detection Limit |
|---|---|---|---|---|---|---|---|---|---|---|
| .70 | O & M Prevalent | Mechanical Room 15th Flr. (A) | 2/10/88 | 8:15AM / 8:45PM | 690 | 12.0 | 8280 | 4/100 | BDL | 0.0005 |
| 71 | O & M Prevalent | Mechanical Room 15th Flr. (B) | 2/10/88 | 8:15AM / 8:45PM | 690 | 12.0 | 8280 | 4/100 | BDL | 0.0005 |
| 72 | O & M Prevalent | Mechanical Room 16th Flr. (A) | 2/10/88 | 4:15PM / 8:40PM | 265 | 12.0 | 3180 | 4/100 | BDL | 0.002 |
| 73 | O & M Prevalent | Mechanical Room 16th Flr. (B) | 2/10/88 | 4:15PM / 8:40PM | 265 | 12.0 | 3180 | 8/100 | BDL | 0.002 |
| 74 | O & M Prevalent | Mechanical Room 17th Flr. (A) | 2/10/88 | 4:10PM / 8:25PM | 265 | 12.0 | 3180 | 8/100 | BDL | 0.002 |
| 75 | O & M Prevalent | Mechanical Room 17th Flr. (B) | 2/10/88 | 4:10PM / 8:35PM | 265 | 12.0 | 3180 | 4/100 | BDL | 0.002 |
| 76 | O & M Prevalent | Mechanical Room 18th Flr. (A) | 2/10/88 | 12:05PM / 4:04PM | 240 | 12.0 | 2880 | 2/100 | BDL | 0.002 |
| 77 | O & M Prevalent | Mechanical Room 18th Flr. (B) | 2/10/88 | 12:05PM / 4:05PM | 240 | 12.0 | 2880 | 2/100 | BDL | 0.002 |
| 78 | O & M Prevalent | Mechanical Room 19th Flr. (A) | 2/10/88 | 12:00PM / 4:00PM | 240 | 12.0 | 2880 | 4/100 | BDL | 0.002 |
| 79 | O & M Prevalent | Mechanical Room 19th Flr. (B) | 2/10/88 | 12:00PM / 4:00PM | 240 | 12.0 | 2880 | 2/100 | BDL | 0.002 |

The Permissible Exposure Limit (PEL) of Asbestos is 0.2

BDL - Below Detection Limit

F/cc-Fibers per cubic centimeters of air
ppm-Parts per million parts of air
mg/M3-Milligrams per cubic meter of

PIS 00002124

...ro ASSOCIATES, INC.

1300 Williams Drive
Marietta, GA 30066-6299
(404) 427-9456

SAMPLING RECORD SHEET

CONTAMINANT: Grubb & Ellis/Prudential FFT O & M

ANALYTICAL METHOD: NIOSH 7400A

LOCATION: Tampa, Fla.

SAMPLING CONDUCTED BY: D. Cheatom

SAMPLES ANALYZED BY: D. Cheatom

| Sample # | Contaminant | Worker's Name | Job Location & Description | Date(s) | Sampling Time Start - Stop | Total Mins. | Air Flow Rate l/m | Air Vol. In Liters | Fibers/ Field | Fibers/ cc | Detect Limit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 80 | O & M Prevalent | | Mechanical Room 20th Flr. (A) | 2/10/88 | 8:00AM 11:55AM | 235 | 12.0 | 2820 | 4/100 | BDL | 0.002 |
| 81 | O & M Prevalent | | Mechanical Room 20th Flr. (B) | 2/10/88 | 8:00AM 11:55AM | 235 | 12.0 | 2820 | 4/100 | BDL | 0.002 |
| 82 | O & M Prevalent | | Mechanical Room 21st Flr. (A) | 2/10/88 | 7:50AM 11:50AM | 240 | 12.0 | 2880 | 14/100 | 0.002 | 0.002 |
| 33 | O & M Prevalent | | Mechanical Room 21st Flr. (B) | 2/10/88 | 7:50AM 11:50AM | 240 | 12.0 | 2880 | 14/100 | BDL | 0.002 |
| 14 | O & M Prevalent | | Mechanical Room 22nd Flr. (A) | 2/9/88 | 8:25PM 7:45AM | 680 | 12.0 | 8160 | 14/100 | 0.0008 | 0.0006 |
| 15 | O & M Prevalent | | Mechanical Room 22nd Flr. (B) | 2/9/88 | 8:25PM 7:45AM | 680 | 12.0 | 8160 | 10/100 | 0.0006 | 0.0006 |
| 16 | O & M Prevalent | | Mechanical Room 23rd Flr. (A) | 2/9/88 | 8:20PM 7:40AM | 680 | 12.0 | 8160 | 4/100 | 0.0006 | 0.0006 |
| 7 | O & M Prevalent | | Mechanical Room 23rd Flr. (B) | 2/9/88 | 8:20PM 7:40AM | 680 | 12.0 | 8160 | 16/100 | 0.001 | 0.0006 |
| 8 | O & M Prevalent | | Mechanical Room 24th Flr. (A) | 2/9/88 | 3:20PM 8:15PM | 395 | 12.0 | 4740 | 4/100 | BDL | 0.001 |
| 9 | O & M Prevalent | | Mechanical Room 24th Flr. (B) | 2/9/88 | 3:20PM 8:15PM | 395 | 12.0 | 4740 | 6/100 | BDL | 0.001 |

The Permissible Exposure Limit (PEL) of Asbestos is 0.2
BDL - Below Detection Limit

F/cc-Fibers per cubic centimeters of
ppm-Parts per million parts of air
mg/M3-Milligrams per cubic meter of

1300 Williams Drive
Marietta, GA 30066-6299
(404) 427-8455

SAMPLING RECORD SHEET

IENT: Grubb & Ellis/Prudential    FFI O & M

R CONTAMINANT: ASBESTOS

LYTICAL METHOD: NIOSH 7400A

LOCATION

SAMPLING CONDUCTED BY: D. Cheaton / Dr. Cheatom

Tampa, Fla.

| ple # | Worker's Name | Job Location & Description | Date(s) | Sampling Time Start - Stop | Total Mins. | Air Flow Rate l/m | Air Vol. In Liters | Fibers/Field | Fibers/cc | Detect Limit |
|---|---|---|---|---|---|---|---|---|---|---|
| 390 | O & M Prevalent | Mechanical Room 25th Flr. (A) | 2/9/88 | 3:15PM 8:00PM | 295 | 12.0 | 3420 | 8/100 | BDL | 0.001 |
| 391 | O & M Prevalent | Mechanical Room 25th Flr. (B) | 2/9/88 | 3:15PM 8:00PM | 285 | 12.0 | 3420 | 12/100 | 0.002 | 0.001 |
| 392 | O & M Prevalent | Mechanical Room 28th Flr. (A) | 2/9/88 | 11:25AM 3:10PM | 220 | 12.0 | 2640 | 24/100 | 0.004 | 0.002 |
| 193 | O & M Prevalent | Mechanical Room 28th Flr. (B) | 2/9/88 | 11:25AM 3:10PM | 220 | 12.0 | 2640 | 12/100 | 0.002 | 0.002 |
| 194 | O & M Prevalent | Mechanical Room 29th Flr. (A) | 2/9/88 | 11:00AM 3:00PM | 240 | 12.0 | 2880 | 4/100 | BDL | 0.002 |
| 25 | O & M Prevalent | Mechanical Room 29th Flr. (B) | 2/9/88 | 11:00AM 3:00PM | 240 | 12.0 | 2880 | 8/100 | BDL | 0.002 |
| 96 | O & M Prevalent | Mechanical Room 30th Flr. (A) | 2/9/88 | 7:10AM 11:00AM | 230 | 12.0 | 2760 | 12/100 | 0.002 | 0.002 |
| 97 | O & M Prevalent | Mechanical Room 30th Flr. (B) | 2/9/88 | 7:10AM 11:00AM | 230 | 12.0 | 2760 | 16/100 | 0.003 | 0.002 |
| 98 | O & M Prevalent | Mechanical Room 31st. Flr. (A) | 2/9/88 | 7:05AM 11:00AM | 235 | 12.0 | 2820 | 4/100 | BDL | 0.002 |
| 99 | O & M Prevalent | Mechanical Room 31st Flr. (B) | 2/9/88 | 7:05AM 11:00AM | 235 | 12.0 | 2820 | 8/100 | BDL | 0.002 |

The Permissible Exposure Limit (PEL) of Asbestos is 0.2
BDL - Below Detection Limit

F/cc-Fibers per cubic centimeters of air
ppm-Parts per million parts of air
mg/M3-Milligrams per cubic meter of

PIS 00002126

ASSOCIATES, INC.

1300 Williams Drive
Marietta, GA 30066-6299
(404) 427-9456

**SAMPLING RECORD SHEET**

Grubb & Ellis/Prudential   FFT O & M

LOCATION — Tampa, Fla.

CONTAMINANT: ASBESTOS
ANALYTICAL METHOD: NIOSH 7400A

SAMPLING CONDUCTED BY: D. Cheaton
SAMPLES ANALYZED BY: D. Cheaton

| NT | Worker's Name (Contaminant) | Job Location & Description | Date(s) | Sampling Time Start - Stop | Total Mins. | Air Flow Rate l/m | Air Vol. In Liters | Fibers/ Field | Fibers/ cc | Detect Limit |
|---|---|---|---|---|---|---|---|---|---|---|
| 1e | O & M Prevalent | Mechanical Room 32nd Flr. (A) | 2/8/88 | 7:10PM / 7:00AM | 710 | 12.0 | 8520 | 24/100 | 0.001 | 0.0005 |
| 00 | O & M Prevalent | Mechanical Room 32nd Flr. (B) | 2/8/88 | 7:10PM / 7:00AM | 710 | 12.0 | 8520 | 12/100 | 0.0006 | 0.0005 |
| 01 | O & M Prevalent | Mechanical Room 33rd Flr. (A) | 2/8/88 | 7:00PM / 6:55AM | 715 | 12.0 | 8580 | 32/100 | 0.002 | 0.0005 |
| 22 | O & M Prevalent | Mechanical Room 33rd Flr. (B) | 2/8/88 | 7:00PM / 6:55AM | 715 | 12.0 | 8580 | 16/100 | 0.0009 | 0.0005 |
| 13 | O & M Prevalent | Mechanical Room 34th Flr. (A) | 2/8/88 | 2:40PM / 6:55PM | 255 | 12.0 | 3060 | 38/100 | 0.009 | 0.002 |
| 14 | O & M Prevalent | Mechanical Room 34th Flr. (B) | 2/8/88 | 2:40PM / 6:55PM | 255 | 12.0 | 3060 | 28/100 | 0.004 | 0.002 |
| 15 | O & M Prevalent | Mechanical Room 35th Flr. (A) | 2/8/88 | 2:30PM / 6:45PM | 255 | 12.0 | 3060 | 4/100 | BDL | 0.002 |
| 16 | O & M Prevalent | Mechanical Room 35th Flr. (B) | 2/8/88 | 2:30PM / 6:45PM | 255 | 12.0 | 3060 | 6/100 | BDL | 0.002 |
| 7 | O & M Prevalent | Mechanical Room 36th Flr. (A) | 2/12/88 | 1:50PM / 4:40PM | 170 | 15.0 | 2550 | 6/100 | BDL | 0.002 |
| 8 | O & M Prevalent | Mechanical Room 36th Flr. (B) | 2/12/88 | 1:50PM / 4:40PM | 170 | 15.0 | 2550 | 6/100 | BDL | 0.002 |
| 9 | O & M Prevalent | Mechanical Room 36th Flr. (B) | 2/12/88 | 1:50PM / 4:40PM | 170 | 15.0 | 2550 | 6/100 | BDL | 0.002 |

The Permissible Exposure Limit (PEL) of Asbestos  is  0.2  F/cc

F/cc—Fibers per cubic centimeters of air
ppm—Parts per million parts of air
mg/M3—Milligrams per cubic meter of

BDL - Below Detection Limit

**... ASSOCIATES, INC.**
1330 Williams Drive
Marietta, GA 30066-6299
(404) 427-9456

CONTAMINANT ___ Grubb & Ellis/ Prudential FFT O & M ___

ANALYTICAL METHOD ___ ASBESTOS ___ NIOSH 7400A

**SAMPLING RECORD SHEET**

LOCATION ___ Tampa, Fla. ___

SAMPLING CONDUCTED BY ___ D. Cheaton ___

SAMPLES ANALYZED BY ___ D. Cheaton ___

| ENT | Worker's Name | Job Location & Description | Date(s) | Sampling Time Start - Stop | Total Mins. | Air Flow Rate l/m | Air Vol. In Liters | Fibers/Field | Fibers/cc | Detection Limit |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | O & M Prevalent | Mechanical Room 6th Flr | 2/12/88 | 7:30PM 7:45PM | 735 | 15.0 | 11025 | 4/100 | BDL | 0.0004 |
| 47 | O & M Prevalent | (TEM) Mechanical Room 23rd Flr. | 2/12/88 | 7:35PM 7:25AM | 710 | 15.0 | 10650 | /100 | 0.052 | 0.0005 |
| 46 | O & M Prevalent | (TEM) Mechanical Room 36th Flr. | 2/12/88 | 7:35PM 8:20AM | 765 | 15.0 | 11475 | /100 | 0.062 | 0.0004 |
| 48 | O & M Prevalent | (TEM) Mechanical Room Basement | 2/13/88 | 8:00AM 12:20PM | 260 | 15.0 | 3900 | /100 | 0.010 | 0.001 |
| 11 | O & M Prevalent | Mechanical Room 8th Flr. | 2/13/88 | 8:10AM 12:35PM | 265 | 15.0 | 3975 | 4/100 | BDL | 0.001 |
| 2 | O & M Prevalent | Mechanical Room 10th Flr. | 2/13/88 | 8:15AM 12:30PM | 265 | 15.0 | 3975 | 4/100 | BDL | 0.001 |
| 9 | O & M Prevalent | QC Blank | 2/13/88 | | BLANK | | | 4/100 | BDL | 0.001 |

**Analytical Results**

The Permissible Exposure Limit (PEL) of Asbestos is 0.2

F/cc—Fibers per cubic centimeters of air

ppm—Parts per million parts of air

mg/M3—Milligrams per cubic meter of

BDL - Below Detection Limit

12/11/1990   12:20   FIRST FLORIDA TOWER                813 223 1925       P.03

# TEC Environmental Consultants
### Division of ATEC Associates, Inc.

## Air Monitoring Results

PROJECT NAME: First Florida Tower - Operations and Maintenance
PROJECT LOCATION: Tampa, Florida - Program Periodic/Ambient Air Sampling
PROJECT NUMBER: 32-79238
DATE: November 14, 1990 and November 16, 1990
PROJECT MANAGER: Brenda Ames

| SAMPLE NO. | EMPLOYEE NAME OR SAMPLE TYPE | ACTIVITY AND/OR CODE/LOCATION (CONTRACTOR, JOB SOC, SECURITY #) | PUMP NO | FLOW RATE | | | TRUE | | TOTAL MIN | TOTAL VOL (L) | RESULTS | | MEDIA | FORM NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ON | OFF | AVG | ON | OFF | | | S/MMF | S/CC | | |
| 10913 1/16 | Ambient | 32nd floor - south hallway | B15 | 13.0 l/m | 13.0 l/m | 13.2 l/m | 4:50 | 6:21 | 91 | 1201 | 4/100 | less 0.006 | A | 0.006 |
| 10914 1/16 | Ambient | 35th floor - east stairwell hallway | N/A | 12.6 l/m | 12.6 l/m | 12.8 l/m | 4:54 | 6:37 | 103 | 1318 | 16.5/100 | 0.006 | A | 0.004 |
| 10915 1/16 | Ambient | Basement - Safe deposit lobby | 4886DP | 2.9 l/m | 2.9 l/m | 3.3 l/m | 14:48 | 6:28 | 280 | 924 | 16/100 | 0.008 | A | 0.005 |
| 10916 1/16 | Ambient | 1st floor, back lobby behind teller counter | 3700p | 2.9 l/m | 2.9 l/m | 3.3 l/m | 13:46 | 6:26 | 280 | 924 | 3/100 | less 0.005 | A | 0.005 |
| 10917 1/16 | Ambient | 7th floor - South hallway | B15 | 9.8 l/m | 9.3 l/m | 10.25 l/m | 3:24 | 6:47 | 203 | 2061 | 4/100 | less 0.002 | A | 0.002 |
| 10918 1/16 | Ambient | 8th floor - cafeteria | 0021 | 9.4 l/m | 9.3 l/m | 9.75 l/m | 3:28 | 6:55 | 207 | 2018 | 9/200 | less 0.002 | A | 0.002 |
| 10919 1/16 | Ambient | 9th floor south hallway | 5766 | 9.3 l/m | 9.3 l/m | 10.1 l/m | 3:48 | 6:57 | 189 | 1947 | 2.5/100 | less 0.003 | A | 0.003 |
| 10920 1/16 | Ambient | 36th floor health club weight room | 1088-17 | 9.9 l/m | 9.9 l/m | 9.5 l/m | 4:21 | 7:23 | 182 | 1729 | 6/100 | less 0.003 | A | 0.003 |

### CALIBRATION INFORMATION

PRIMARY: BUCK CALIBRATOR
SECONDARY: ROTAMETER ☒   NUMBER 32in
COMMENTS: Rotameter calibrated to primary 10/72/90

CASSETTE MFR. / LOT # Analytical Acc. 9CT707
$f/mm^2$ = fibers/field   s/cc column = fiber/cc
COMMENTS:
AMC, flow rate represents corrected value

### CHAIN OF CUSTODY RECORD

| | | | |
|---|---|---|---|
| RELINQUISHED | SIGNATURE | DATE/TIME | Time "on" |
| RECEIVED | SIGNATURE | DATE/TIME | Time "off" |
| TRANSPORTED | SIGNATURE | DATE/TIME | Time "off" + 10 or + 2 hours |

| | |
|---|---|
| LAB CUSTODY: | SIGNATURE DATE/TIME |
| STORAGE | ATEC Site Lab |
| | SIGNATURE DATE/TIME |

Same as "Transported by" line

12/11/1990   12:21   FIRST FLORIDA TOWER          813 223 1925        P.04

# iC Environmental Consultants
Division of ATEC Associates, Inc.

## Monitoring Results

PROJECT NAME: First Florida Tower - Operations and Maintenance
PROJECT LOCATION: Tampa, Florida - Program Periodic Ambient Air Sampling
PROJECT NUMBER: 32-27938
DATE: November 16, 1990
PROJECT MANAGER: Brenda Ames

| SAMPLE NO. | EMPLOYEE NAME CO. SAMPLE TYPE | MINING | ENGINEER SUPPT SAMPLE LOCATION CONTROLADL ADD SEC SECURITY # | PUMP NO. | FLOW RATE ON | FLOW RATE OFF | FLOW RATE AVG. | TIME ON | TIME OFF | TOTAL MIN | TOTAL VOL (L) | RESULTS S/MM | RESULTS S/CC | COUNT OF | FILTER GREEN | MEDIA | FORMALD. | LOD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 921 16 | Ambient | X | 36th floor - elevator control northeast corner | 852 | 9.6 L/m | 9.7 L/m | 10.05 L/m | 4:17 | 7:19 | 192 | 1923 | 19/100 | 0.005 | X | | A | 72/01/71 | 0.003 |
| 922 16 | Ambient | X | 25th floor north hallway | 836 | 9.3 L/m | 9.3 L/m | 9.7 L/m | 4:09 | 7:02 | 172 | 1668 | 19.5 /100 | 0.006 | X | | A | | 0.003 |
| 923 16 | Ambient | X | 34th floor west hallway | 2506 | 9.8 L/m | 9.6 L/m | 10.2 L/m | 3:55 | 8:10 | 255 | 2601 | 1/100 | less 0.002 | X | | A | | 0.002 |
| 924 16 | Field Blank | X | 30 - second ambient air exposure | N.A | N.A | N.A | N.A | 4:22 | 30 sec | 30 sec | N.A | 1/100 | N.A | X | | A | | N.A |

### CALIBRATION INFORMATION

PRIMARY: Bat Calibrator
SECONDARY: ROTAMETER X    NUMBER 10 - 32
COMMENTS: Rotameter calibrated to primary 10/22/90

SIGNATURE _____ DATE/TIME _____
SIGNATURE _____ DATE/TIME _____
SIGNATURE _____ DATE/TIME _____

CASSETTE MFR / LOT # _____  Analytical Acc. 901707

COMMENTS:

$s/mm^2$ column = fibers/fields  s/cc column = fibers/cc
AMC, flow rate represents corrected value

### CHAIN OF CUSTODY RECORD

|  | LAB CUSTODY | LAB CUSTODY | LAB CUSTODY |
|---|---|---|---|
| RELINQUISHED | Time "on" | Time "off" | Time "off" + 10 min ANALYSIS |

SIGNATURE _____ DATE/TIME _____
STORAGE ATEC Site Lab
SIGNATURE _____ DATE/TIME _____ DATE/TIME above + 2 hours

Same as
transported by
the time

FIELD COPY

TOTAL P.04

McCRONE ENVIRONMENTAL SERVICES, INC.
Suite 100
1412 Oakbrook Drive
Norcross, GA  30093  (404) 368-9600

### BULK SAMPLE ANALYSIS

Project Number :    ME-4270                     Date analyzed :   10/09/87

Project Name : Prudential Insurance Co. of America

Client :      SAME

Client's Sample I.D. :  1

M.E. Sample I.D. No. :  871009002-7

Gross Visual Description : Gray  Flaky Powder

| ASBESTOS MINERALS: | Estimated Percentage |
|---|---|
| 1 . Chrysotile | 12 |
| 2 . Amosite | |
| 3 . Crocidolite | |
| 4 . Anthophyllite | |
| 5 . Tremolite/Actinolite | |
| Asbestos Total | 12 |
| Cellulose Paper/Wood Fibers | 2 |
| Glass Fibers | |
| Mineral Wool Fibers | |
| Perlite | |
| Mica | 40 |
| Binders | 39 |
| Others Opaques | 4 |
| Granular Minerals | 3 |
| Total | 100 |

Comments :    First Florida Tower - Tampa, FL, Fireproofing, 26th floor,
              Mechanical Room.  Mica appears expanded (vermiculite);
              Cellulose is possible contaminant (not homogeneously
              distributed).

Microscopist : W. Randy Boltin

PIS 00002134

McCRONE ENVIRONMENTAL SERVICES, INC.
Suite 100
1412 Oakbrook Drive
Norcross, GA  30093  (404) 368-9600

BULK SAMPLE ANALYSIS

Project Number :    ME-4270                    Date analyzed :  10/09/87

Project Name : Prudential Insurance Co. of America

Client :        SAME

Client's Sample I.D. :  3

M.E. Sample I.D. No. :  871009002-9

Gross Visual Description : White  Granular Powder


| ASBESTOS MINERALS: | Estimated Percentage |
|---|---|
| 1 .  Chrysotile | 17 |
| 2 .  Amosite | |
| 3 .  Crocidolite | |
| 4 .  Anthophyllite | |
| 5 .  Tremolite/Actinolite | |
| Asbestos Total | 17 |
| Cellulose Paper/Wood Fibers | trace |
| Glass Fibers | |
| Mineral Wool Fibers | |
| Perlite | 50 |
| Mica | |
| Binders | 28 |
| Others Opaques | 2 |
| Granular Minerals | 3 |
| Total | 100 |

Comments :   First Florida Tower - Tampa, FL. Textured ceiling finish,
             35th floor, Tower Club.
             White paint detected, not included in percentages

Microscopist : W. Randy Boltin

**PIS 00002135**

McCRONE ENVIRONMENTAL SERVICES, INC.
Suite 100
1412 Oakbrook Drive
Norcross, GA  30093  (404) 368-9600

BULK SAMPLE ANALYSIS

Project Number :    ME-4270                    Date analyzed :  10/09/87

Project Name : Prudential Insurance Co. of America

Client :        SAME

Client's Sample I.D. :  8

M.E. Sample I.D. No. :  871009002-14

Gross Visual Description : Tan  Flaky Powder


    ASBESTOS MINERALS:                        Estimated Percentage

        1 .  Chrysotile   -    -    -    -    -        8
        2 .  Amosite
        3 .  Crocidolite
        4 .  Anthophyllite
        5 .  Tremolite/Actinolite
                          Asbestos Total                8

    Cellulose
        Paper/Wood Fibers  -    -    -    -    -       20

    Glass Fibers          -    -    -    -    -        2

    Mineral Wool Fibers

    Perlite

    Mica                  -    -    -    -    -       45

    Binders               -    -    -    -    -       21

    Others
        Granular Minerals  -    -    -    -    -       4

        Opaques           -    -    -    -    -     trace


                              Total       100

Comments :   First Florida Tower - Tampa, FL, Fireproofing overspray,
             8th floor, NW corner at front of cafeteria service line.
             Mica appears expanded (vermiculite)


Microscopist : W. Randy Boltin

                                        PIS 00002136

McCRONE ENVIRONMENTAL SERVICES, INC.
Suite 100
1412 Oakbrook Drive
Norcross, GA  30093  (404) 368-9600

## BULK SAMPLE ANALYSIS

Project Number :    ME-4270                    Date analyzed :  10/09/87

Project Name : Prudential Insurance Co. of America

Client :        SAME

Client's Sample I.D. :  1

M.E. Sample I.D. No. :  871009002-7

Gross Visual Description : Gray  Flaky Powder


ASBESTOS MINERALS:                          Estimated Percentage

    1 .  Chrysotile     –    –    –    –    –    12
    2 .  Amosite
    3 .  Crocidolite
    4 .  Anthophyllite
    5 .  Tremolite/Actinolite
                         Asbestos Total            12

Cellulose
    Paper/Wood Fibers   –    –    –    –    –     2

Glass Fibers

Mineral Wool Fibers

Perlite

Mica                    –    –    –    –    –    40

Binders                 –    –    –    –    –    39    –

Others
    Opaques             –    –    –    –    –     4

    Granular Minerals   –    –    –    –    –     3


                              Total       100

Comments :    First Florida Tower – Tampa, FL, Fireproofing, 26th floor,
              Mechanical Room.  Mica appears expanded (vermiculite);
              Cellulose is possible contaminant (not homogeneously
              distributed).

Microscopist : W. Randy Boltin

PIS 00006713

McCRONE ENVIRONMENTAL SERVICES, INC.
Suite 100
1412 Oakbrook Drive
Norcross, GA  30093  (404) 368-9600

BULK SAMPLE ANALYSIS

Project Number :    ME-4270                    Date analyzed :  10/09/87

Project Name : Prudential Insurance Co. of America

Client :       SAME

Client's Sample I.D. :  3

M.E. Sample I.D. No. :  871009002-9

Gross Visual Description : White  Granular Powder


ASBESTOS MINERALS:                          Estimated Percentage

        1 .  Chrysotile    -    -    -    -    -    17
        2 .  Amosite
        3 .  Crocidolite
        4 .  Anthophyllite
        5 .  Tremolite/Actinolite
                          Asbestos Total          17

Cellulose
        Paper/Wood Fibers   -    -    -    -    -    trace

Glass Fibers

Mineral Wool Fibers

Perlite              -    -    -    -    -    50

Mica

Binders              -    -    -    -    -    28

Others
        Opaques       -    -    -    -    -    2

        Granular Minerals   -    -    -    -    -    3


                                   Total     100

Comments :   First Florida Tower - Tampa, FL. Textured ceiling finish,
             35th floor, Tower Club.
             White paint detected, not included in percentages


Microscopist : W. Randy Boltin                 PIS 00006714

McCRONE ENVIRONMENTAL SERVICES, INC.
Suite 100
1412 Oakbrook Drive
Norcross, GA  30093  (404) 368-9600

### BULK SAMPLE ANALYSIS

Project Number :   ME-4270                    Date analyzed :   10/09/87

Project Name : Prudential Insurance Co. of America

Client :      SAME

Client's Sample I.D. :  8

M.E. Sample I.D. No. :  871009002-14

Gross Visual Description : Tan  Flaky Powder


ASBESTOS MINERALS:                          Estimated Percentage

```
      1 .  Chrysotile    -    -    -    -    -      8
      2 .  Amosite
      3 .  Crocidolite
      4 .  Anthophyllite
      5 .  Tremolite/Actinolite
                         Asbestos Total            8

Cellulose
     Paper/Wood Fibers   -    -    -    -    -      20

Glass Fibers             -    -    -    -    -      2

Mineral Wool Fibers

Perlite

Mica                     -    -    -    -    -      45

Binders                  -    -    -    -    -      21

Others
     Granular Minerals   -    -    -    -    -      4

     Opaques             -    -    -    -    -    trace
```

                                      Total    100

Comments :   First Florida Tower - Tampa, FL, Fireproofing overspray,
             8th floor, NW corner at front of cafeteria service line.
             Mica appears expanded (vermiculite)


Microscopist : W. Randy Boltin

**PIS 00006715**

# First Florida Tower

March 8, 1988

MR. GEORGE H. PINEDA
OPERATIONS MANAGER
ATEC ASSOCIATES, INC.
1300 Williams Drive
Marietta, GA  30066-6299

Dear George,

Reference your letter of March 1, 1988, which included the air-sampling results for the latest First Florida Tower ATEC survey, I would appreciate your explanation of samples;(1.) I.D.#446 location-Bill Bond's office 6th floor "no asbestos detected", and (2.) I.D.#453 location hallway in maint. office, 6th floor, "chrysotile 1-2" percent by volume.

George, the exact same tile is in both areas. If one has it the other does too.

Might be a good idea to check this area again.

Sincerely,

GRUBB & ELLIS OF FLORIDA, INC.

JOHN E. JORDAN
Building Manager

019 00000215

Grubb & Ellis of Florida, Inc. • 111 Madison Street, Suite 2316 • Tampa, Florida 33602 • (813) 221-2421



**ATEC Environmental
Consultants**
Division of ATEC Associates, Inc.
1300 Williams Drive
Marietta, Georgia 30066-6299
(404) 427-9456, FAX # (404) 427-1907

**⅃RECEIVED APR 05 1990**

Solid & Hazardous Waste Site Assessments
Remedial Design & Construction
Underground Tank Management
Asbestos Surveys & Analysis
Hydrogeologic Investigations & Monitoring
Analytical Testing / Chemistry
Industrial Hygiene / Hazard Communication
Environmental Audits & Permitting
Exploratory Drilling & Monitoring Wells

March 28, 1990

Mr. John Jordan
Senior Property Manager
CLW Realty Asset Group
111 Madison Street, Suite 2420
Tampa, Florida 33602

> RE: Results of Air Monitoring of Ambient
> Air Condition on Unabated Floors,
> First Florida Tower, Tampa, Florida
>
> ATEC Project Number 32-78086

Dear Mr. Jordan:

This report summarizes the air monitoring performed on March 15, 1990 by ATEC Environmental Consultants. Ambient air samples were collected on partially abated or unabated floors of First Florida Tower, 111 Madison Street, Tampa, Florida. These areas include: The Basement and first floor Bank Lobbies, the Western section of the sixth floor, and floors 7, 8, 9, 25, 32, 33, 34, 35, and Penthouse. Sampling locations were selected based on their representative nature of average activity levels on these floors. These locations were generally hallways, lobbies, or other common areas. The majority of samples were collected during late morning and afternoon hours.

<u>RESULTS</u>

The locations and results of the air samples obtained are indicated in the attached laboratory report. The samples obtained were analyzed utilizing the NIOSH Analytical Method 7400. Ten of the fourteen samples collected were determined to indicate airborne fiber levels of less than 0.01 of fibers per cubic centimeter (f/cc). The remaining four samples indicated levels of 0.010 to 0.027 f/cc. These four samples were collected from the basement and first floor bank lobbies. The slightly higher airborne fiber levels observed here could be attributable to higher activity levels, or the influx of street level air through building entrances.

*A Subsidiary of American Testing and Engineering Corporation
Offices in Major U.S. Cities/Since 1958*

*Consulting Environmental, Geotechnical and
Materials Engineers*

CLW REALTY ASSET GROUP
MARCH 29, 1990
PAGE TWO


However, all fiber concentrations observed were significantly lower
than the U.S. Environmental Protection Agency's action level of 0.1
f/cc.

ATEC Environmental Consultants is pleased to have been of service
to you on this project.  Should you have any questions concerning
this report or the results, please don't hesitate to contact us.


Sincerely,

ATEC Environmental Consultants


*David S. Horton /lg*
Dave S. Horton
Industrial Hygiene Technician


*Lorenzo Gates*
Lorenzo Gates
Project Manager


*R.L. Weyand*
Robert L. Weyand
Industrial Hygiene District Manager


Enclosure:    Air Monitoring Results
              Sample Numbers 203401-203415


DSH:LG:RLW:btl

# ATEC Environmental Consultants
Division of ATEC Associates, Inc.

## Air Monitoring Results

PROJECT NAME: First Florida Tower - Ambient Air Sampling
PROJECT LOCATION: Tampa, Florida-Unabated Floors
PROJECT NUMBER: 32-78086
DATE: March 15, 1990
PROJECT MANAGER: Lorenzo Gates

| SAMPLE NO. | EMPLOYEE NAME OR SAMPLE TYPE | PERSONAL | AREA | ACTIVITY AND/OR SAMPLE LOCATION FOR PERSONAL - AND SOC. SECURITY # | PUMP NO. | FLOW RATE ON | FLOW RATE OFF | FLOW RATE AVG. | TIME ON | TIME OFF | TOTAL MIN | TOTAL VOL (L) | RESULTS S/MM² | RESULTS S/CC | MEDIA PCM | MEDIA TEM | MEDIA SEM | MCE Filters | FORM NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 203401 | Ambient 32nd Floor | X | | Southeast of high-rise elevator lobby | 2216 | 15.0 1/m | 15.0 1/m | 15.0 1/m | 10:37 a.m. | 2:23 p.m. | 254 | 3810 | 62/100 | 0.008 | X | | | A | 203401 |
| 203402 | Ambient 34th Floor | X | | Southwest hallway by Women's restroom | 01A | 14.4 1/m | 14.2 1/m | 14.3 1/m | 10:45 a.m. | 2:29 p.m. | 224 | 3203 | 59/100 | 0.009 | X | | | A | 0.0009 |
| 203403 | Ambient 33rd Floor | X | | Large southwest room | 5632 | 14.4 1/m | 14.1 1/m | 14.25 1/m | 10:53 a.m. | 2:55 p.m. | 242 | 3449 | 43/100 | 0.006 | X | | | A | 0.001 |
| 203404 | Ambient 25th Floor | X | | North hallway | 2211 | 14.5 1/m | 14.5 1/m | 14.5 1/m | 11:04 a.m. | 5:05 p.m. | 361 | 5225 | 34.5/100 | 0.007 | X | | | A | 0.001 |
| 203405 | Ambient 9th Floor | X | | South hallway by freight elevator | 2212 | 14.4 1/m | 14.7 1/m | 14.55 1/m | 11:15 a.m. | 5:31 p.m. | 376 | 5471 | 78.5/100 | 0.007 | X | | | A | 0.0006 |
| 203406 | Ambient 1st Floor | X | | Southend of bank lobby, behind teller counters | 3703P | 2.4 1/m | 2.4 1/m | 2.4 1/m | 11:32 a.m. | 3:50 p.m. | 258 | 619 | 34.5/100 | 0.027 | X | | | A | 0.0006 |
| 203407 | Ambient Bsmt. | X | | Coupon room I in safe deposit area. | 4883UP | 4.1 1/m | 4.1 1/m | 4.1 1/m | 11:49 a.m. | 3:55 p.m. | 246 | 1009 | 41/100 | 0.020 | X | | | A | 0.006 |
| 203408 | Ambient 6th Floor | X | | Mr. Six Lobby | 2215 | 14.4 1/m | 14.4 1/m | 14.4 1/m | 11:58 a.m. | 5:11 p.m. | 313 | 4507 | 59.5/100 | 0.008 | X | | | A | 0.003 |
| | | | | | | | | | | | | | | | | | | | 0.0008 |

### CALIBRATION INFORMATION
PRIMARY: Buck Calibrator
SECONDARY: ROTAMETER ☒    NUMBER 32-10
COMMENTS: Calibrated to 1° standard-March 7, 1990

CASSETTE MFR. / LOT # Millipore R9NK 332110
COMMENTS: s/mm² column=fibers/fields
s/cc column=fibers/cc

### CHAIN OF CUSTODY RECORD



SET UP BY: SIGNATURE David S. Horton DATE/TIME Time "On"
RETRIEVED BY: SIGNATURE David S. Horton DATE/TIME Time "Off"
TRANSPORTED BY: SIGNATURE David S. Horton DATE/TIME Time "Off" +10

LAB CUSTODY: SIGNATURE David S. Horton DATE/TIME time
STORAGE: ATEC Site Lab
LAB ANALYSIS: SIGNATURE David S. Horton DATE/TIME time "transported by" +3 hours
Same as "transported by"

# ATEC Environmental Consultants
Division of ATEC Associates, Inc.

## Air Monitoring Results

PROJECT NAME: First Florida Tower - Ambient Air Sampling
PROJECT LOCATION: Tampa, Florida - Unabated Floors
PROJECT NUMBER: 32-78086
DATE: March 15, 1990
PROJECT MANAGER: Lorenzo Gates

| SAMPLE NO. | EMPLOYEE NAME OR SAMPLE TYPE | PERS | AREA | ACTIVITY AND/OR SAMPLE LOCATION | PUMP NO. | FLOW RATE ON | OFF | AVG. | TIME ON | TIME OFF | TOTAL MIN | TOTAL VOL (L) | RESULTS S/MM² | RESULTS S/CC | PCEM | STEM | MEDIA | MCE Filters FORM NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 203409 | Ambient 8th Floor | | X | South hallway near freight elevator | A00 1927 | 14.4 1/m | 14.4 1/m | 14.4 1/m | 12:11 p.m. | 5:35 p.m. | 324 | 4666 | 75/100 | 0.008 | X | | A | 203409 0007 |
| 203410 | Field Blank | | X | 30-second ambient air exposure | N.A. | N.A. | N.A. | N.A. | 12:14 p.m. | 12:14 p.m. | 0.5 | N/A | .2 /100 | N.A. | X | | A | N.A. |
| 203411 | Ambient Penthouse | | X | North end of weight room | 2216 | 15.4 1/m | 15.3 1/m | 15.35 1/m | 2:42 p.m. | 6:03 p.m. | 201 | 3085 | 9/100 | 0.001 | X | | A | 0.001 |
| 203412 | Ambient 35th Floor | | X | North end of main dining room | 01A | 14.4 1/m | 14.5 1/m | 14.45 1/m | 2:50 p.m. | 5:49 p.m. | 179 | 2587 | 11/100 | 0.002 | X | | A | 0.001 |
| 203413 | Ambient 7th Floor | | X | Large room on south side, at north end | 5632 | 14.4 1/m | 14.3 1/m | 14.35 1/m | 3:12 p.m. | 6:12 p.m. | 180 | 2583 | 8/100 | 0.001 | X | | A | 0.001 |
| 203414 | Ambient Basement | | X | Safe deposit area, near desks | 2215 | 14.4 1/m | 14.4 1/m | 14.4 1/m | 5:20 p.m. | 7:46 p.m. | 146 | 2102 | 101.5/ 91 | 0.026 | X | | A | 0.002 |
| 203415 | Ambient 1st Floor | | X | Main Lobby area, centrally located | 2211 | 14.4 1/m | 14.2 1/m | 14.3 1/m | 5:27 p.m. | 7:47 p.m. | 140 | 2002 | 41/100 | 0.010 | X | | A | 0.002 |
| 203416 | | | | | | | | | | | | | | | | | | |

CASSETTE MFR. / LOT # Millipore R9NK332110

COMMENTS: s/mm column=fibers/fields S/cc column= fibers/cc= Note: sample#203414 was collected during and after vacuuming.

### CALIBRATION INFORMATION

PRIMARY: Buck Calibrator
SECONDARY: ROTAMETER ☒ NUMBER 32-10
COMMENTS: Calibrated to 1° standard March 7, 1990

### CHAIN OF CUSTODY RECORD

LAB CUSTODY: SIGNATURE David Solomon DATE/TIME "Transported Time"
Same as
STORAGE ATEC Site Lab



SET UP BY: SIGNATURE David Solomon DATE/TIME Time "on"
RETRIEVED BY: SIGNATURE David Solomon DATE/TIME Time "off"

# CLW REALTY ASSET GROUP
# 111 MADISON STREET
# SUITE 2410
# TAMPA, FLORIDA 33602

## ASBESTOS-CONTAINING MATERIALS SURVEY

### FIRST FLORIDA TOWER
### 25TH FLOOR
### TAMPA, FLORIDA

BCM Project No. 05-6660-01

September, 1992



**Engineers, Planners, Scientists and Laboratory Services**

PIS-103180

# ASBESTOS-CONTAINING
## MATERIALS SURVEY

### OF

## FIRST FLORIDA TOWER
### 25TH FLOOR
### TAMPA, FLORIDA

### PREPARED FOR:

## CLW REALTY ASSET GROUP
### 111 MADISON STREET
### SUITE 2410
### TAMPA, FLORIDA 33602

### BCM PROJECT NO. 05-6660-01

### SEPTEMBER 11, 1992

### PREPARED BY:

FREDERICK W. ROWELL, SR., P. E.
FLORIDA CONSULTANT NO. 0000034
(205) 433-3981

### APPROVED BY:

W. E. WILKERSON, P.E.
VICE PRESIDENT
(205) 433-3981

©SEPTEMBER 1992, BCM ENGINEERS INC.

## BCM

Engineers, Planners, Scientists
and Laboratory Services

PIS 1031804

108 St. Anthony Street • P. O. Box 1784 • Mobile, AL 36633 • Phone: (205) 433-3981

# TABLE OF CONTENTS

PAGE

SURVEY SUMMARY ............................................................................... 1

1.0   GENERAL INFORMATION ................................................................. 3

2.0   ASBESTOS SURVEY/SAMPLING DATA.............................................. 4

3.0   ASBESTOS ANALYTICAL DATA............................................................. 8

4.0   COST PROJECTIONS FOR REMOVAL AND REPLACEMENT OF
      ASBESTOS-CONTAINING MATERIALS ............................................... 11

5.0   ASBESTOS SURVEY LIMITATIONS ...................................................... 13

TABLES

TABLE 1   SUSPECT ACM CHECKLIST ....................................................... 6

TABLE 2   SUMMARY OF ASBESTOS-CONTAINING MATERIALS ........... 10

TABLE 3   PRELIMINARY COST PROJECTIONS FOR REMOVAL
          AND REPLACEMENT OF ASBESTOS-CONTAINING
          MATERIALS ............................................................................. 12

APPENDICES

APPENDIX A     PHOTOGRAPHS

APPENDIX B     HOMOGENEOUS AREA ASSESSMENT FORMS

APPENDIX C     ASBESTOS LABORATORY DATA SHEETS

APPENDIX D     PREVIOUS ASBESTOS SURVEY REPORT

PIs.

BCM Project No.: 05-6660-01
Page: 1

## SURVEY SUMMARY

BCM Engineers Inc. (BCM) was retained by CLW Realty Asset Group to conduct an asbestos survey of the 25th floor of First Florida Tower located at 111 Madison Street in Tampa, Florida. This survey was conducted August 28, 1992 and included all areas of the 25th floor except the stairwells. The survey was conducted in accordance with the Prudential Asbestos Bulk Survey Scope of Work.

The First Florida Tower is a bank/office facility that was constructed in 1972. The 25th floor has a total area of approximately 15,000 square feet, consisting of office areas, hallways, elevator lobbies, restrooms and maintenance areas.

A previous asbestos survey conducted by BCM Converse Inc. in October 1985 identified the presence of asbestos-containing fireproofing. This survey did not address any other suspect materials. A copy of the previous asbestos survey report is provided in Appendix D.

The intent of the current BCM survey was to identify and sample suspect asbestos-containing materials (ACM) not addressed by the previous survey, as well as confirm pervious sampling results, as necessary, by additional sampling and analysis. As appropriate, asbestos sampling results from the previous survey have been referenced, so that the current report provides a complete summary of ACM identified to date.

Samples of suspect ACM were collected from various areas of the 25th floor. A total of thirty eight (38) samples of suspect asbestos-containing building materials were collected. These samples included white mastic on pipe insulation, ceiling tile, sheetrock spackling compound, floor tile, and associated mastic, debris, baseboard mastic, and linoleum. Homogeneous Area Assessment Forms, which describe suspect ACM and identify sample locations, as well as reference results of the previous survey, where appropriate, are presented in Appendix B.

The scope of work for the asbestos survey did not include sampling of roofing materials. Destructive sampling of other materials, such as window seals and fire doors also was not performed.

PIS-1021303

Laboratory analysis by Polarized Light Microscopy (PLM) and point counting revealed the presence of asbestos minerals in the mastic on the pipe insulation, sheetrock spackling compound, ceiling tile, fireproofing, and in the floor tile and associated mastic. Results of the laboratory analyses are annotated on the Homogeneous Area Assessment Forms presented in Appendix B. The Asbestos Laboratory Data Sheets are presented in Appendix C. Table 2 provides a summary of the ACM identified and assumed for the subject property.

In three hundred (300) square feet of both floor tile and linoleum (homogenous areas 08 and 11), the presence of asbestos was not detected when analyzed by PLM. In lieu of analyzing ten percent, or at least one sample from each homogenous area by the TEM Chatfield Method, these materials were assumed to contain asbestos and scheduled for removal during the pending full-floor abatement. This decision was made since it proved to be more cost effective than TEM analysis.

The asbestos-containing materials were generally in good condition. BCM, however, did notice fall-out from the fireproofing on top of the ceiling tiles. BCM recommends continuation of the Operations and Maintenance Program be followed for all areas above the ceiling until the pending asbestos abatement project is complete.

The total preliminary cost for removal of the ACM identified and assumed herein is $246,800. The preliminary cost for replacement of the fireproofing and white mastic with suitable substitute is $39,100. A breakdown of the preliminary costs and limitations of the cost projections are presented in Table 3 and Section 4.3, respectively.

BCM understands that the materials identified and assumed to be asbestos-containing by this survey are to be addressed by an abatement project in the near future. If the abatement plans should change, these materials should be incorporated into the existing Operations and Maintenance (O&M) Program.

PIS 10213...

BCM Project No.: 05-6660-01
Page: 3

## 1.0    GENERAL INFORMATION

### 1.1    PROPERTY INFORMATION:

| | |
|---|---|
| **PROJECT NAME:** | First Florida Tower |
| **PROJECT ADDRESS:** | 111 Madison Street<br>Tampa, Florida  33602 |
| **ON-SITE CONTACT:** | Mr. John Jordan<br>Senior Property Manager<br>(813) 221-2421 |

### 1.2    CLIENT INFORMATION:

| | |
|---|---|
| **CLIENT NAME:** | CLW Realty Asset Group |
| **CLIENT ADDRESS:** | 111 Madison Street, Suite 2410<br>Tampa, Florida  33602 |
| **CLIENT CONTACT:** | Mr. John Jordan<br>Senior Property Manager<br>(813) 221-2421 |

### 1.3    BUILDING DESCRIPTION

The First Florida Tower is an office facility and bank that was constructed in 1972.  The 25th floor has a total area of approximately 15,000 square feet, consisting of office areas, hallways, maintenance areas, elevator lobbies, and restrooms.

### 1.4    SURVEY DATE

8/28/92

BCM Project No.: 05-6660-01
Page: 4

### 2.0    ASBESTOS SURVEY/SAMPLING DATA

### 2.1    SUSPECT ACM?                                    YES _X_ NO __

A suspect ACM checklist is presented in Table 1.

### 2.2    PREVIOUS ASBESTOS SURVEY?                       YES _X_ NO __

A previous asbestos survey conducted by BCM Converse Inc. in October
1985 identified the presence of asbestos-containing fireproofing on the
25th floor. This survey did not address other suspect materials. A copy
of the previous asbestos survey report is provided in Appendix D. As
appropriate, results of the previous survey are referenced on the
Homogeneous Area Assessment Forms presented in Appendix B.

### 2.3    DO BUILDING RECORDS INDICATE THE PRESENCE OF ACM?

YES ___    NO _X_ UNAVAILABLE __

### 2.4    IS THERE AN OPERATIONS AND MAINTENANCE PLAN IN EFFECT?

YES _X_    NO __

COMMENTS:  Mr. John Jordan stated that there is currently on O&M
Program in place.

### 2.5    NAME OF INSPECTOR COLLECTING BULK SAMPLES:

Colleen M. Murphy

PIS-1001800

**2.6   INSPECTOR'S TRAINING COURSE AND ACCREDITATION NUMBER:**

Asbestos Building Inspector's Accreditation No. 68637

**2.7   TOTAL NUMBER OF SAMPLES COLLECTED:** 38

**2.8   SPECIAL SAMPLING REQUIREMENTS BASED ON PROJECT SCOPE OF WORK:**

The fireproofing has previously been sampled and found to contain asbestos and was not to be sampled per the scope of work.

**2.9   WHAT ASSUMPTIONS WERE MADE IN DETERMINING HOMOGENEOUS AREAS?**

Homogeneous areas were based on the color and texture of the suspect materials. Homogeneous Area Assessment Forms, which describe suspect asbestos containing materials, are presented in Appendix B.

**2.10  INACCESSIBLE AREAS:**

All areas of the 25th floor were accessible with the exception of the elevator shafts. Stairwells were not to be included in the survey. Materials hidden behind permanent walls or fixtures and materials inside equipment were not surveyed or sampled.

PIS

BCM Project No.: 05-6660-01
Page: 6

## TABLE 1
## SUSPECT ACM CHECKLIST

| | THERMAL SYSTEM INSULATION | PRESENT | SAMPLED |
|---|---|---|---|
| 1. | Boiler Insulation | Y__ N_x U__ | Y__ N__ |
| 2. | Pipe Insulation | Y_x N__ U__ | Y_x N__ |
| 3. | Pipe Fittings | Y__ N_x U__ | Y__ N__ |
| 4. | Tank Insulation | Y__ N_x U__ | Y__ N__ |
| 5. | Duct Interiors | Y__ N_x U__ | Y__ N__ |
| 6. | Duct Exteriors | Y__ N_x U__ | Y__ N__ |
| 7. | Heat Exchangers | Y__ N_x U__ | Y__ N__ |
| 8. | Blowers | Y__ N_x U__ | Y__ N__ |
| 9. | Chiller Insulation | Y__ N_x U__ | Y__ N__ |
| 10. | Blown-on Insulation (attic, etc.) | Y__ N_x U__ | Y__ N__ |
| | SURFACING MATERIALS | | |
| 11. | Blown-on Fireproofing (columns) | Y_x N__ U__ | Y__ N_x |
| 12. | Blown-on Fireproofing (beams) | Y_x N__ U__ | Y__ N_x |
| 13. | Blown-on fireproofing (decks) | Y__ N_x U__ | Y__ N__ |
| 14. | Blown-on Fireproofing (shafts) | Y__ N_x U__ | Y__ N__ |
| 15. | Blown-on Fireproofing (walls) | Y__ N_x U__ | Y__ N__ |
| 16. | Blown-on Fireproofing (ceilings) | Y__ N_x U__ | Y__ N__ |
| 17. | Textured Paint (ceilings) | Y__ N_x U__ | Y__ N__ |
| 18. | Textured Paint (walls) | Y__ N_x U__ | Y__ N__ |
| 19. | Plaster (ceilings) | Y__ N_x U__ | Y__ N__ |
| 20. | Plaster (walls) | Y__ N_x U__ | Y__ N__ |
| 21. | Sprayed-on Acoustical Ceiling Material | Y__ N_x U__ | Y__ N__ |
| 22. | Sheetrock Mud (joint compound) | Y_x N__ U__ | Y_x N__ |
| 23. | Stucco | Y__ N_x U__ | Y__ N__ |

## COMMENTS:

2)   Pipe insulation has white mastic at seams.  The mastic is the suspect material.

11-12) The fireproofing was sampled and determined to be ACM by a previous survey.

FIS-1631a/1

BCM Project No.: 05-6660-01
Page: 7

## TABLE 1
## SUSPECT ACM CHECKLIST

| | MISCELLANEOUS MATERIALS | PRESENT | SAMPLED |
|---|---|---|---|
| 24. | Suspended Ceiling Panels | Y_x_ N__ U__ | Y_x_ N__ |
| 25. | Glued-on Ceiling Tiles | Y__ N_x_ U__ | Y__ N__ |
| 26. | Floor Tile/Mastic | Y_x_ N__ U__ | Y_x_ N__ |
| 27. | Linoleum/Mastic | Y_x_ N__ U__ | Y_x_ N__ |
| 28. | Baseboard Mastic | Y_x_ N__ U__ | Y_x_ N__ |
| 29. | Roof Felt | Y__ N__ U_x_ | Y__ N__ |
| 30. | Shingles | Y__ N__ U_x_ | Y__ N__ |
| 31. | Transite Siding | Y__ N_x_ U__ | Y__ N__ |
| 32. | Transite Panels | Y__ N_x_ U__ | Y__ N__ |
| 33. | Fire Curtains | Y__ N_x_ U__ | Y__ N__ |
| 34. | Fire Doors | Y_x_ N__ U__ | Y__ N_x_ |
| 35. | Soils in crawlspaces | Y__ N_x_ U__ | Y__ N__ |

## COMMENTS:

29 & 30)   Identification and sampling of roofing materials was not included in the project scope of work.

34)   Fire doors were not sampled as this would have required destructive sampling.

PIS 103151

## 3.0   ASBESTOS ANALYTICAL DATA

### 3.1   NAME OF LABORATORY AND LOCATION:

**POLARIZED LIGHT MICROSCOPY (PLM):**   BCM Engineers Inc.
262 Glenwood Street
Mobile, Alabama 36606

### 3.2   LABORATORY ACCREDITATION INFORMATION:

The BCM Laboratory in Mobile, Alabama has successfully participated in the EPA Interim Asbestos Bulk Sample Quality Control Program and is certified by the National Institute of Standards and Technology (NIST), National Voluntary Laboratory Accreditation Program (NVLAP). In addition, the BCM Laboratory maintains a quality control program which is committed to reanalyzing at least 15% of all samples submitted for testing. The BCM Laboratory is also AIHA certified.

### 3.3   NUMBER OF SAMPLES ANALYZED:

49 by PLM
4 by point counting

### 3.4   ANALYSIS RESULTS

Eighteen (18) of the forty-nine (49) samples analyzed by PLM were determined to be asbestos-containing. These samples represented white mastic on chilled water system insulation, sheetrock spackling compound, ceiling tile, floor tile and floor tile mastic. In addition, all four of sheetrock spackling compound samples re-analyzed by point counting were determined to be asbestos-containing.

Results of the laboratory analyses are annotated on the Homogeneous Area Assessment Forms presented in Appendix B. The Asbestos Laboratory Data Sheets are presented in Appendix C. Table 2 provides a summary of the asbestos-containing materials identified for the subject property. Photographs will be included as a forthcoming supplement to this report.

PIS  103101

BCM Project No.: 05-6660-01
Page: 9

## TABLE 2
## SUMMARY OF ASBESTOS-CONTAINING MATERIALS
### FIRST FLORIDA TOWER - 25TH FLOOR

| HOMO AREA NO. | MATERIAL DESCRIPTION | LOCATIONS | TOTAL QUANTITY* |
|---|---|---|---|
| 01 | White Mastic On Chilled Water Insulation | HVAC Room | 10 SF(1) |
| 02 | Sheetrock Spackling Compound | Offices and Hallways | 18,000 SF (1) |
| 03 | 2' x 2' Ceiling Tile | Hallway, Offices | 11,500 SF (1) |
| 06 | Fireproofing | Throughout | 13,000 SF (3) |
| 08 | Floor Tile (Cream with Gray Streaks) and Mastic | North Central Break Room | 300 SF (4) |
| 09 | Floor Tile (Cream with Green Streaks) and Mastic | Offices | 500 SF (1) |
| 11 | Linoleum Under Floor Tile | North Central Break Room | 300 SF (4) |

---

\* The number in parentheses identifies the method used to determine that the material is asbestos-containing as follows: (1) based on PLM results, (2) based on TEM results, (3) based on previous survey, and (4) assumed to be ACM. Details of homogeneous areas, sample locations and laboratory results are provided by individual Homogeneous Area Assessment Forms presented in Appendix B.

PIS 1031314

**4.0   COST PROJECTIONS FOR REMOVAL AND REPLACEMENT OF ASBESTOS-CONTAINING MATERIALS**

**4.1   PRELIMINARY COST PROJECTIONS**

The preliminary cost projections for removal and replacement of the identified and assumed asbestos-containing materials are presented in Table 3.

**4.2   COST PROJECTION ASSUMPTIONS**

The preliminary cost projections are based on the assumption that all identified and assumed asbestos-containing materials on the 25th floor are removed in one project to be bid and awarded as one contract. Replacement costs for tenant finish out materials such as ceiling tile, floor tile and drywall have not been included because these items are being addressed in the budget for this specific renovation.

**4.3   LIMITATIONS OF COST PROJECTIONS**

The Client should be aware that the above cost projections are based solely on the information gained during our survey.  In any construction project of this nature and at this phase, it is likely that a number of unknown factors may significantly increase the cost.  These would include hidden materials; complications in the scheduling and implementation of the removal and replacement process; union demands; changes in regulatory requirements; and the availability and cost of insurance and bonding.  Accordingly, BCM recommends and includes in preliminary cost projections a contingency of 15 percent of the projected removal cost.  Further, the Client should be aware that there will be other costs associated with the construction including engineering and testing fees, and the Client's internal administration costs.  For planning purposes, BCM recommends an allowance of 20 percent of the projected removal cost for these costs.

BCM Project No.: 05-6660-01
Page: 11

## TABLE 3
## PRELIMINARY COST PROJECTIONS FOR
## REMOVAL AND REPLACEMENT OF ASBESTOS-CONTAINING MATERIALS

| DESCRIPTION | QUANTITY | APPROXIMATE REMOVAL COST | APPROXIMATE REPLACEMENT COST |
|---|---|---|---|
| IDENTIFIED ACM: | | | |
| White Mastic | 10 SF | $     200 | $100 |
| Sheetrock Spackling Compound | 18,000 SF | $ 54,000 | NA |
| 2'x 2' Ceiling Tile | 11,500 SF | $ 23,000 | NA |
| Fireproofing | 13,000 SF | $104,000 | $39,000 |
| Floor Tile (Cream with Green Streaks) and Mastic | 500 SF | $   1,000 | NA |
| ASSUMED ACM: | | | |
| Floor Tile (Cream with Gray Streaks) and Mastic | 300 SF | $     600 | NA |
| Linoleum under Floor Tile | 300 SF | (Included With Floor Tile Above) | NA |
| Subtotal | | $182,800 | $39,100 |
| Contingencies (15% of Estimated Removal Cost) | | $ 27,400 | |
| Engineering, Testing, and Administrative (20% of Estimated Removal Cost) | | $ 36,600 | |
| Total | | $246,800 | $39,100 |

NA (Not applicable)

PIS 103181~

## 5.0 ASBESTOS SURVEY LIMITATIONS

Locating and identifying materials containing asbestos in buildings is a difficult and time-consuming task. All buildings have many hidden spaces which may not be immediately obvious to a surveyor who is not intimately familiar with the building and who has only a limited amount of time in the building. Complicating this task is the fact that asbestos was used in many forms and in many types of materials in the construction of buildings. In some of these materials, asbestos is present, not as an intentional ingredient, but as a contaminant.

Although BCM uses trained and certified inspectors in attempting to locate and identify materials potentially containing asbestos, BCM does not warrant that all materials containing asbestos have been identified. It is possible that there are materials containing asbestos that were not visible or accessible to the surveyor or, for various other reasons, were not sampled. Moreover, it is possible that the actual quantities of materials containing asbestos which can be determined during the detailed design of a removal project may differ from the quantities of materials estimated during this survey.

It is also possible that maintenance and custodial staff, who have a more in-depth knowledge of the building and more time to access the buildings, may encounter materials which were not sampled and identified as asbestos-containing by this survey. Although BCM is comfortable that materials posing significant hazards have been identified, building managers should exercise due care anytime materials which have not been sampled are to be disturbed by maintenance or renovation activities.

**APPENDIX A**

**PHOTOGRAPHS**

**(PHOTOGRAPHS WILL BE FURNISHED UPON RECEIPT)**

PIS-103181

# APPENDIX B

## HOMOGENEOUS AREA ASSESSMENT FORMS

## HOMOGENEOUS AREA ASSESSMENT FORM

### HOMOGENEOUS AREA NO.  01

**MATERIAL DESCRIPTION:**    White Mastic on Chilled Water System Insulation

**FRIABLE** _____  **NON-FRIABLE** __x__

**APPROXIMATE QUANTITY OF MATERIAL (SF/LF/EA):**    10 SF

**LOCATIONS:**    Chilled Water Risers - HVAC Room on 25th Floor.

**TYPE OF DAMAGE:**    None _____    Flaking __x__    Blistering _____
Water _____    Other _____    Physical ___x___

**SEVERITY OF DAMAGE:**    Major _____    Minor __x__    None _____

**% OF DAMAGE OVER HOMOGENEOUS AREA:**    10%

**ACCESSIBILITY:**    None ____    Rare ____    O&M Only __x__    General_____

**POTENTIAL FOR DISTURBANCE:**    None _____    Minor ___x___
Moderate _____    Major _____

**IMMEDIATE HAZARD PRESENTED, IF ACM?**    Yes _____        No __x__

**PREVENTIVE MEASURES FOR FUTURE DAMAGE, IF ACM:**    Remove

**COMMENTS:**    The entire floor is scheduled for major renovation in the near future.

### 25TH FLOOR

| SAMPLE NO. | SAMPLE LOCATION | RESULT %* |
|------------|-----------------|-----------|
| FFT-01-001 | HVAC Room | 5% (2) |
| FFT-01-002 | HVAC Room | 5% (2) |
| FFT-01-003 | HVAC Room | 5% (2) |

\*    The number in parentheses identifies the type of asbestos present as follows:  (1) Amosite, (2) Chrysotile, (3) Crocidolite, (4) Anthophyllite, (5) Tremolite, and (6) Actinolite.  Results are based on PLM analysis unless otherwise indicated.

\*\*    ND = None Detected        +    TEM Analysis Results

P13.

BCM Project No. 05-6660-01
Page 2

## HOMOGENEOUS AREA ASSESSMENT FORM

### HOMOGENEOUS AREA NO. _02_

**MATERIAL DESCRIPTION:**    Sheetrock Spackling Compound

**FRIABLE** _____    **NON-FRIABLE** __x__

**APPROXIMATE QUANTITY OF MATERIAL (SF/LF/EA):**    18,000 SF

**LOCATIONS:**    Throughout Offices and Hallways on 25th Floor.

**TYPE OF DAMAGE:**    None __x__    Flaking _____    Blistering _____
                      Water _____    Other _____    Physical _____

**SEVERITY OF DAMAGE:**    Major _____    Minor _____    None __x__

**% OF DAMAGE OVER HOMOGENEOUS AREA:**    N/A

**ACCESSIBILITY:**    None _____    Rare _____    O&M Only _____    General __x__

**POTENTIAL FOR DISTURBANCE:**    None _____    Minor _____
                                 Moderate _____    Major __x__

**IMMEDIATE HAZARD PRESENTED, IF ACM?**    Yes _____    No __x__

**PREVENTIVE MEASURES FOR FUTURE DAMAGE, IF ACM:**    Remove

**COMMENTS:**    The entire floor is scheduled for major renovation in the near future.

### 25TH FLOOR

| SAMPLE NO. | SAMPLE LOCATION | RESULT %* |
|---|---|---|
| FFT-02-004 | S. E. Corner Office | 2-4% (2) 2.11% (2) ++ |
| FFT-02-005 | North Hallway | ND |
| FFT-02-006 | Adjacent East of N. W. Corner Office | 2-4% (2) 2.42% (2) ++ |
| FFT-02-007 | Third Office From N. E. Corner | ND |
| FFT-02-008 | Adjacent East of S. E. Corner Office | 2-4% (2) 2.31% (2) ++ |
| FFT-02-009 | Adjacent South of N. W. Corner Office | 2-4% (2) 2.14% (2) ++ |
| FFT-02-010 | South Hallway | ND |

* The number in parentheses identifies the type of asbestos present as follows: (1) Amosite, (2) Chrysotile, (3) Crocidolite, (4) Anthophyllite, (5) Tremolite, and (6) Actinolite. Results are based on PLM analysis unless otherwise indicated.

** ND = None Detected    +    TEM Analysis Results    ++ Point Counting Results

PIS-1031821

BCM Project No. 05-6660-01
Page 3

## HOMOGENEOUS AREA ASSESSMENT FORM

### HOMOGENEOUS AREA NO. __03__

**MATERIAL DESCRIPTION:**    2' x 2' Ceiling Tile (Squiggles & Dots)

**FRIABLE __x__**                    **NON-FRIABLE _____**

**APPROXIMATE QUANTITY OF MATERIAL (SF/LF/EA):**    11,500 SF

**LOCATIONS:**    Throughout Offices and Hallways on 25th Floor.

**TYPE OF DAMAGE:**    None _____    Flaking _____    Blistering _____
                          Water __x__    Other _____    Physical __x__

**SEVERITY OF DAMAGE:**    Major _____    Minor __x__    None _____

**% OF DAMAGE OVER HOMOGENEOUS AREA:**        <10%

**ACCESSIBILITY:**    None _____    Rare _____    O&M Only ____    General __x__

**POTENTIAL FOR DISTURBANCE:**    None _____    Minor _____
                                   Moderate _____    Major __x__

**IMMEDIATE HAZARD PRESENTED, IF ACM?**    Yes _____            No __x__

**PREVENTIVE MEASURES FOR FUTURE DAMAGE, IF ACM:**    Remove

**COMMENTS:**    The entire floor is scheduled for major renovation in the near future.

### 25TH FLOOR

| SAMPLE NO. | SAMPLE LOCATION | RESULT %* |
|---|---|---|
| FFT-03-011 | Center Hallway at 2501 | 2-4% (1)<br>10% (2) |
| FFT-03-012 | Center Hallway at 2502 | 2-4% (1)<br>10% (2) |
| FFT-03-013 | Adjacent N. of S. E. Corner Office | 2-4% (1)<br>10% (2) |
| FFT-03-014 | S. W. Corner Office | 10% (2) |
| FFT-03-015 | Adjacent South of N. W. Corner Office | 10% (2) |

\*    The number in parentheses identifies the type of asbestos present as follows:  (1) Amosite. (2) Chrysotile, (3) Crocidolite, (4) Anthophyllite, (5) Tremolite, and (6) Actinolite.  Results are based on PLM analysis unless otherwise indicated.

\*\*    ND = None Detected        +    TEM Analysis Results

PIS 1031822

BCM Project No. 05-6660-01
Page 4

## HOMOGENEOUS AREA ASSESSMENT FORM

### HOMOGENEOUS AREA NO. __04__

**MATERIAL DESCRIPTION:**    *Ceiling Tile # 2*

**FRIABLE __x__**                    **NON-FRIABLE _____**

**APPROXIMATE QUANTITY OF MATERIAL (SF/LF/EA):**    480 SF

**LOCATIONS:**    Elevator Corridors on 25th Floor.

**TYPE OF DAMAGE:**    None _____    Flaking _____    Blistering _____
                          Water _____    Other _____    Physical __x__

**SEVERITY OF DAMAGE:**    Major _____    Minor __x__    None _____

**% OF DAMAGE OVER HOMOGENEOUS AREA:**    <10%

**ACCESSIBILITY:**    None _____  Rare _____  O&M Only _____    General __x__

**POTENTIAL FOR DISTURBANCE:**    None _____    Minor _____
                                      Moderate _____    Major __x__

**IMMEDIATE HAZARD PRESENTED, IF ACM?**    Yes _____        No __x__

**PREVENTIVE MEASURES FOR FUTURE DAMAGE, IF ACM:**    N/A

**COMMENTS:**    The entire floor is scheduled for major renovation in the near future.

### 25TH FLOOR

| SAMPLE NO. | SAMPLE LOCATION | RESULT %* |
|---|---|---|
| FFT-04-016 | 2501 South End | ND |
| FFT-04-017 | 2501 North End | ND |
| FFT-04-018 | 2502 South End | ND |

* The number in parentheses identifies the type of asbestos present as follows:  (1) Amosite, (2) Chrysotile, (3) Crocidolite, (4) Anthophyllite, (5) Tremolite, and (6) Actinolite.  Results are based on PLM analysis unless otherwise indicated.

** ND = None Detected        + TEM Analysis Results

PIS 1031820

## HOMOGENEOUS AREA ASSESSMENT FORM

### HOMOGENEOUS AREA NO. __05__

**MATERIAL DESCRIPTION:**    Debris

**FRIABLE** ___x___                **NON-FRIABLE** _____

**APPROXIMATE QUANTITY OF MATERIAL (SF/LF/EA):**    10 SF

**LOCATIONS:**    Janitor's Closet 2503B.

**TYPE OF DAMAGE:**    None _____    Flaking _____    Blistering _____
                       Water _____    Other _____    Physical ___x___

**SEVERITY OF DAMAGE:**    Major ___x___    Minor _____    None _____

**% OF DAMAGE OVER HOMOGENEOUS AREA:**    100%

**ACCESSIBILITY:**    None _____ Rare _____ O&M Only ___x___    General _____

**POTENTIAL FOR DISTURBANCE:**    None _____    Minor _____
                                  Moderate _____    Major ___x___

**IMMEDIATE HAZARD PRESENTED, IF ACM?**    Yes ___x___    No _____

**PREVENTIVE MEASURES FOR FUTURE DAMAGE, IF ACM:**    N/A

**COMMENTS:**    None

### 25TH FLOOR

| SAMPLE NO. | SAMPLE LOCATION | RESULT %* |
|---|---|---|
| FFT-05-019 | 2503B North End | ND |
| FFT-05-020 | 2503B North End | ND |
| FFT-05-021 | 2503B North End | ND |

\*    The number in parentheses identifies the type of asbestos present as follows:  (1) Amosite, (2) Chrysotile, (3) Crocidolite, (4) Anthophyllite, (5) Tremolite, and (6) Actinolite.  Results are based on PLM analysis unless otherwise indicated.

\*\*  ND = None Detected        +   TEM Analysis Results

P.IS·10318.4

BCM Project No. 05-6660-01
Page 6

## HOMOGENEOUS AREA ASSESSMENT FORM

### HOMOGENEOUS AREA NO. __06__

**MATERIAL DESCRIPTION:**    Fireproofing

**FRIABLE __x___**                        **NON-FRIABLE _____**

**APPROXIMATE QUANTITY OF MATERIAL (SF/LF/EA):**        13,000 SF

**LOCATIONS:** On I beams and structural columns throughout the 25th floor.

**TYPE OF DAMAGE:**     None _____      Flaking __x___      Blistering _____
                        Water _____      Other _____      Physical ___x___

**SEVERITY OF DAMAGE:**     Major _____      Minor __x___      None _____

**% OF DAMAGE OVER HOMOGENEOUS AREA:**        10%

**ACCESSIBILITY:**    None _____ Rare _____ O&M Only __x___      General _____

**POTENTIAL FOR DISTURBANCE:**      None _____          Minor _____
                                    Moderate ___x___      Major _____

**IMMEDIATE HAZARD PRESENTED, IF ACM?**    Yes _____          No __x___

**PREVENTIVE MEASURES FOR FUTURE DAMAGE, IF ACM:**   Remove

**COMMENTS:**   The fireproofing was previously sampled during BCM's 1985 survey and was
determined to be asbestos-containing. This material is located in an air
plenum.

### 25TH FLOOR

| **SAMPLE NO.** | **SAMPLE LOCATION** | **RESULT %*** |
| --- | --- | --- |

---

* The number in parentheses identifies the type of asbestos present as follows:  (1) Amosite. (2) Chrysotile, (3) Crocidolite, (4) Anthophyllite, (5) Tremolite, and (6) Actinolite.  Results are based on PLM analysis unless otherwise indicated.

** ND = None Detected        + TEM Analysis Results

P I

BCM Project No. 05-6660-01
Page 7

## HOMOGENEOUS AREA ASSESSMENT FORM

### HOMOGENEOUS AREA NO. __07__

**MATERIAL DESCRIPTION:**    2' x 2' Ceiling tile (Rough)

**FRIABLE __x___**                    **NON-FRIABLE _____**

**APPROXIMATE QUANTITY OF MATERIAL (SF/LF/EA):**    1,400 SF

**LOCATIONS:**    Offices

**TYPE OF DAMAGE:**    None __x___    Flaking _____    Blistering _____
                      Water _____    Other _____    Physical _____

**SEVERITY OF DAMAGE:**    Major _____    Minor _____    None __x___

**% OF DAMAGE OVER HOMOGENEOUS AREA:**    N/A

**ACCESSIBILITY:**    None _____ Rare _____ O&M Only___    General __x___

**POTENTIAL FOR DISTURBANCE:**    None _____    Minor _____
                                  Moderate _____    Major __x___

**IMMEDIATE HAZARD PRESENTED, IF ACM?**    Yes _____    No __x___

**PREVENTIVE MEASURES FOR FUTURE DAMAGE, IF ACM:**    N/A

**COMMENTS:**    The entire floor is scheduled for major renovation in the near future.

### 25TH FLOOR

| SAMPLE NO. | SAMPLE LOCATION | RESULT %* |
|---|---|---|
| FFT-07-022 | S. E. Corner Office | ND |
| FFT-07-023 | Adjacent West to S. E. Corner Office | ND |
| FFT-07-024 | N. E. Corner Office | ND |

*    The number in parentheses identifies the type of asbestos present as follows:  (1) Amosite, (2) Chrysotile, (3) Crocidolite, (4) Anthophyllite, (5) Tremolite, and (6) Actinolite.  Results are based on PLM analysis unless otherwise indicated.

**    ND = None Detected        +    TEM Analysis Results

PIS-1001822

## HOMOGENEOUS AREA ASSESSMENT FORM

### HOMOGENEOUS AREA NO. __08__

**MATERIAL DESCRIPTION:**   Floor Tile (Cream with Grey Streaks) and Mastic

**FRIABLE** _____                **NON-FRIABLE** ___x___

**APPROXIMATE QUANTITY OF MATERIAL (SF/LF/EA):**      300 SF

**LOCATIONS:**   North Central Break Room

**TYPE OF DAMAGE:**   None _____      Flaking _____      Blistering _____
                    Water __x__      Other _____      Physical _____

**SEVERITY OF DAMAGE:**      Major _____      Minor __x__      None _____

**% OF DAMAGE OVER HOMOGENEOUS AREA:**            10-15%

**ACCESSIBILITY:**   None _____ Rare _____ O&M Only___      General __x___

**POTENTIAL FOR DISTURBANCE:**      None _____ ·      Minor _____
                              Moderate _____      Major __x___

**IMMEDIATE HAZARD PRESENTED, IF ACM?**   Yes _____            No _x___

**PREVENTIVE MEASURES FOR FUTURE DAMAGE, IF ACM:**   Remove

**COMMENTS:**   The entire floor is scheduled for major renovation in the near future. The floor tile is assumed to be asbestos-containing in lieu of analysis by the TEM Chatfield Method.

### 25TH FLOOR

| SAMPLE NO. | SAMPLE LOCATION | RESULT %* |
|---|---|---|
| FFT-08-025 | North Center Break Room at Perimeter | ND |
| FFT-08-025.1 | North Center Break Room at Perimeter | ND |
| FFT-08-026 | North Center Break Room at Perimeter | ND |
| FFT-08-026.1 | North Center Break Room at Perimeter | ND |
| FFT-08-027 | North Center Break Room at Perimeter | ND |
| FFT-08-027.1 | North Center Break Room at Perimeter | ND |

\*   The number in parentheses identifies the type of asbestos present as follows:  (1) Amosite, (2) Chrysotile, (3) Crocidolite, (4) Anthophyllite, (5) Tremolite, and (6) Actinolite.  Results are based on PLM analysis unless otherwise indicated.

\*\*   ND = None Detected        +   TEM Analysis Results

## HOMOGENEOUS AREA ASSESSMENT FORM

### HOMOGENEOUS AREA NO. __09__

**MATERIAL DESCRIPTION:**    Floor Tile  (Cream with Green Streaks) and Mastic

**FRIABLE** _____          **NON-FRIABLE** __x__

**APPROXIMATE QUANTITY OF MATERIAL (SF/LF/EA):**        500 SF

**LOCATIONS:**    Three (3) rooms west of elevators 10-12.

**TYPE OF DAMAGE:**     None _____     Flaking _____     Blistering _____
                        Water __x__     Other _____     Physical _____

**SEVERITY OF DAMAGE:**     Major _____          Minor __x__          None _____

**% OF DAMAGE OVER HOMOGENEOUS AREA:**            <5%

**ACCESSIBILITY:**    None _____  Rare _____  O&M Only __        General __x__

**POTENTIAL FOR DISTURBANCE:**     None _____          Minor _____
                                   Moderate _____          Major __x__

**IMMEDIATE HAZARD PRESENTED, IF ACM?**    Yes _____          No __x__

**PREVENTIVE MEASURES FOR FUTURE DAMAGE, IF ACM:**    Remove

**COMMENTS:**    The entire floor is scheduled for major renovation in near future

### 25TH FLOOR

| SAMPLE NO. | SAMPLE LOCATION | RESULT %* |
|---|---|---|
| FFT-09-028 | S. W. Corner Room West of Elevators | 5% (2) |
| FFT-09-028.1 | S. W. Corner Room West of Elevators | 5% (2) |
| FFT-09-029 | Center Room West of Elevators | 5% (2) |
| FFT-09-029.1 | Corner Room West of Elevators | 5% (2) |
| FFT-09-030 | N. W. Corner Room West of Elevators | 5% (2) |
| FFT-09-030.1 | N. W. Corner Room West of Elevators | 5% (2) |

\*    The number in parentheses identifies the type of asbestos present as follows:  (1) Amosite, (2) Chrysotile, (3) Crocidolite, (4) Anthophyllite, (5) Tremolite, and (6) Actinolite.  Results are based on PLM analysis unless otherwise indicated.

\*\*    ND = None Detected        +    TEM Analysis Results

P13-103.028

BCM Project No. 05-6660-01

Page 10

## HOMOGENEOUS AREA ASSESSMENT FORM

### HOMOGENEOUS AREA NO. __10__

**MATERIAL DESCRIPTION:**   Baseboard Mastic

**FRIABLE** _____                **NON-FRIABLE** __x____

**APPROXIMATE QUANTITY OF MATERIAL (SF/LF/EA):**        1,080 LF *

**LOCATIONS:**   Offices

**TYPE OF DAMAGE:**   None _____      Flaking _____      Blistering _____
                     Water _____      Other _x_____      Physical _____

**SEVERITY OF DAMAGE:**      Major _____       Minor __x____    None _____

**% OF DAMAGE OVER HOMOGENEOUS AREA:**           <5%

**ACCESSIBILITY:**   None _____ Rare _____ O&M Only ___ General __x___

**POTENTIAL FOR DISTURBANCE:**      None _____        Minor _____
                                    Moderate _____     Major _x_____

**IMMEDIATE HAZARD PRESENTED, IF ACM?**   Yes _____          No __x__

**PREVENTIVE MEASURES FOR FUTURE DAMAGE, IF ACM:**   N/A

**COMMENTS:**    The entire floor is scheduled for major renovation in the near future.

### 25TH FLOOR

| SAMPLE NO. | SAMPLE LOCATION | RESULT %* |
|---|---|---|
| FFT-10-031 | Second Office North of S. W. Corner Office | ND |
| FFT-10-031.1 | Second Office North of S. W. Corner Office | ND |
| FFT-11-032 | Second Office North of S. E. Corner Office | ND |
| FFT-11-032.1 | Second Office North of S. E. Corner Office | ND |
| FFT-12-033 | Second Office North of S. E. Corner Office | ND |
| FFT-12-033.1 | Second Office North of S. E. Corner Office | ND |
| FFT-13-034 | North Center Office at Perimeter | ND |
| FFT-13-034.1 | North Center Office at Perimeter | ND |
| FFT-14-035 | Second Office West of S. E. Corner Office | ND |
| FFT-14-035.1 | Second Office West of S. E. Corner Office | ND |

*   The number in parentheses identifies the type of asbestos present as follows:  (1) Amosite, (2) Chrysotile, (3) Crocidolite, (4) Anthophyllite, (5) Tremolite, and (6) Actinolite. Results are based on PLM analysis unless otherwise indicated.

**   ND = None Detected          +   TEM Analysis Results

FIS-103182

## HOMOGENEOUS AREA ASSESSMENT FORM

### HOMOGENEOUS AREA NO. __11__

**MATERIAL DESCRIPTION:**     Linoleum Under Floor Tile (Homogeneous Area No. 08)

**FRIABLE** _____                    **NON-FRIABLE** __x____

**APPROXIMATE QUANTITY OF MATERIAL (SF/LF/EA):**     300 SF

**LOCATIONS:** North Central Break Room.

**TYPE OF DAMAGE:**     None __x___     Flaking _____     Blistering _____
                        Water _____     Other _____     Physical _____

**SEVERITY OF DAMAGE:**     Major _____     Minor _____     None __x____

**% OF DAMAGE OVER HOMOGENEOUS AREA:**     N/A

**ACCESSIBILITY:**     None __x___     Rare _____     O&M Only ___ General _____

**POTENTIAL FOR DISTURBANCE:**     None _____     Minor _____
                                   Moderate _____     Major __x____

**IMMEDIATE HAZARD PRESENTED, IF ACM?**     Yes _____     No __x___

**PREVENTIVE MEASURES FOR FUTURE DAMAGE, IF ACM:**     Remove

**COMMENTS:**     This material is under Floor Tile identified as Homogeneous Area No. 08.
The entire area is scheduled for major renovation in the near future. The
linoleum is assumed to be asbestos-containing in lieu of analysis by the TEM
Chatfield Method.

### 25TH FLOOR

| SAMPLE NO. | SAMPLE LOCATION | RESULT %* |
|---|---|---|
| FFT-15-036 | North Center Break Room at Perimeter | ND |
| FFT-15-037 | North Center Break Room at Perimeter | ND |
| FFT-15-038 | North Center Break Room at Perimeter | ND |

* The number in parentheses identifies the type of asbestos present as follows: (1) Amosite, (2) Chrysotile, (3) Crocidolite, (4) Anthophyllite, (5) Tremolite, and (6) Actinolite. Results are based on PLM analysis unless otherwise indicated.

** ND = None Detected        + TEM Analysis Results

PIS

# APPENDIX C

## ASBESTOS LABORATORY DATA SHEETS

PIS-1031831

BCM Engineers, Inc.
262 Glenwood Street
P. O. Box 1784
Mobile, AL  36633
(205) 433-0517

BULK SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY
EPA-600/M4-82-020

Client: Prudential                    Project Manager: B. Britain

Description: First Florida Tower      Project Number:  05-6660-01
             25th Flr.

Sample I.D.

| FFT-01-001 | FFT-01-002 | FFT-01-003 | FFT-02-004 |
| FFT-02-005 | FFT-02-006 | FFT-02-007 | FFT-02-008 |
| FFT-02-009 | FFT-02-010 | FFT-03-011 | FFT-03-012 |
| FFT-03-013 | FFT-03-014 | FFT-03-015 | FFT-04-016 |
| FFT-04-017 | FFT-04-018 | FFT-05-019 | FFT-05-020 |

Note:     These samples have been analyzed and reviewed in
          accordance with the EPA Test Method "EPA-600/M4-82-020"
          and the NIST "Bulk Asbestos Handbook".  The reported
          analytical results relate only to the material
          submitted for testing.

          Finely milled asbestos was commonly used in vinyl floor
          tiles and textured paints.  The fiber size in these
          products is frequently below the detection limits of
          polarized light microscopy.  Since there is no EPA
          approved methodology for the analysis of asbestos in
          floor tile, none detected (ND) results are rendered
          inconclusive.  When trace amounts of asbestos are found
          as an inherent part of the sample, the BCM Laboratory
          recommends  verification by an alternate method such as
          Transmission Electron Microscopy (TEM).  Trace (TR) is
          defined as less than one percent asbestos.

          The BCM Laboratory has successfully participated in the
          EPA Interim Asbestos Bulk Sample Quality Control
          Program and is certified by the National
          Institute of Standards and Technology (NIST), National
          Voluntary Laboratory Accreditation Program (NVLAP).   In
          addition, the BCM Laboratory maintains a quality
          control program which is committed to reanalyzing at
          least fifteen percent of all samples submitted for
          testing.  The signature below certifies that all data
          has been reviewed and monitored for quality assurance.

QA Review _Mary Agnes Doak_          Date _9│3│92_

FIS 1031832

BCM Engineers, Inc.
262 Glenwood Street
P. O. Box 1784
Mobile, AL  36633
(205) 433-0517

BULK SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY
EPA-600/M4-82-020

Client: Prudential                    Project Manager: B. Britain

Description: First Florida Tower      Project Number:  05-6660-01
             25th Flr.

Sample I.D.

| | | | |
|---|---|---|---|
| FFT-05-021 | FFT-07-022 | FFT-07-023 | FFT-07-024 |
| FFT-08-025 | FFT-08-025.1 | FFT-08-026 | FFT-08-026.1 |
| FFT-08-027 | FFT-08-027.1 | FFT-09-028 | FFT-09-028.1 |
| FFT-09-029 | FFT-09-029.1 | FFT-09-030 | FFT-09-030.1 |
| FFT-10-031 | FFT-10-031.1 | FFT-11-032 | FFT-11-032.1 |

Note:    These samples have been analyzed and reviewed in
         accordance with the EPA Test Method "EPA-600/M4-82-020"
         and the NIST "Bulk Asbestos Handbook".  The reported
         analytical results relate only to the material
         submitted for testing.

         Finely milled asbestos was commonly used in vinyl floor
         tiles and textured paints.  The fiber size in these
         products is frequently below the detection limits of
         polarized light microscopy.  Since there is no EPA
         approved methodology for the analysis of asbestos in
         floor tile, none detected (ND) results are rendered
         inconclusive.  When trace amounts of asbestos are found
         as an inherent part of the sample, the BCM Laboratory
         recommends  verification by an alternate method such as
         Transmission Electron Microscopy (TEM).  Trace (TR) is
         defined as less than one percent asbestos.

         The BCM Laboratory has successfully participated in the
         EPA Interim Asbestos Bulk Sample Quality Control
         Program and is certified by the National
         Institute of Standards and Technology (NIST), National
         Voluntary Laboratory Accreditation Program (NVLAP).   In
         addition, the BCM Laboratory maintains a quality
         control program which is committed to reanalyzing at
         least fifteen percent of all samples submitted for
         testing.  The signature below certifies that all data
         has been reviewed and monitored for quality assurance.

QA Review _Mary Agnes Sader_          Date _9/3/92_

PIS 1031835

BCM Engineers, Inc.
262 Glenwood Street
P. O. Box 1784
Mobile, AL  36633
(205) 433-0517

BULK SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY
EPA-600/M4-82-020

Client: Prudential                    Project Manager: B. Britain

Description: First Florida Tower      Project Number:  05-6660-01
             25th Flr.

Sample I.D.

| | | | |
|---|---|---|---|
| FFT-12-033 | FFT-12-033.1 | FFT-13-034 | FFT-13-034.1 |
| FFT-14-035 | FFT-14-035.1 | FFT-15-036 | FFT-15-037 |
| FFT-15-038 | | | |

Note:    These samples have been analyzed and reviewed in
         accordance with the EPA Test Method "EPA-600/M4-82-020"
         and the NIST "Bulk Asbestos Handbook".  The reported
         analytical results relate only to the material
         submitted for testing.

         Finely milled asbestos was commonly used in vinyl floor
         tiles and textured paints.  The fiber size in these
         products is frequently below the detection limits of
         polarized light microscopy.  Since there is no EPA
         approved methodology for the analysis of asbestos in
         floor tile, none detected (ND) results are rendered
         inconclusive.  When trace amounts of asbestos are found
         as an inherent part of the sample, the BCM Laboratory
         recommends  verification by an alternate method such as
         Transmission Electron Microscopy (TEM).  Trace (TR) is
         defined as less than one percent asbestos.

         The BCM Laboratory has successfully participated in the
         EPA Interim Asbestos Bulk Sample Quality Control
         Program and is certified by the National
         Institute of Standards and Technology (NIST), National
         Voluntary Laboratory Accreditation Program (NVLAP).  In
         addition, the BCM Laboratory maintains a quality
         control program which is committed to reanalyzing at
         least fifteen percent of all samples submitted for
         testing.  The signature below certifies that all data
         has been reviewed and monitored for quality assurance.

QA Review _Maytena Soder_____    Date _9/3/92_____

PIS--10:1834

BCM ENGINEERS, INC.                    PAGE   1 OF   49
262 GLENWOOD ST.                       VOL
P.O.BOX 1784
MOBILE, AL 36633

## BULK SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY
### EPA-600/M4-82-020

Client    : Prudential              Project Manager: B. Britain

Description: First Florida Tower 25th  Project Number : 05-6660-01
            Flr.

| BCM ID | SAMPLE ID | ANALYSIS DATE | ANALYST |
|--------|-----------|---------------|---------|
| 083192-0170 | FFT-01-001 | 9/01/92 | M. Belen |

SAMPLE DESCRIPTION                     TREATMENT METHOD
Homogeneous brown fibrous              1. THF
material with a vinyl-like layer       2. Diluted HCl
and white paint.                       3.


### ASBESTOS PRESENT

| Chrysotile | Amosite | Other | Other | Total |
|------------|---------|-------|-------|-------|
| 5% | ND | ND | ND | 5% |

NONASBESTOS FIBERS

1. Fibrous Glass : 30%    3. Cellulose : 5%    5. Other      : ND
2. Syn. Fiber    : ND     4. Other     : ND    6. Other      : ND

NONFIBROUS COMPONENTS

1. Filler/Binder : 40%    4. Mica      : ND    7. Amphibole  : 2-4%
2. Quartz        : TR     5. Perlite   : ND    8. Styrofoam  : ND
3. Carbonate     : 15%    6. Filter    : ND    9. Other      : ND

COMMENTS

The chrysotile was found in the vinyl-like portion of the sample.


NOTE: The reported results relate only to the material submitted
      for testing. This report may not be used to claim product
      endorsement by NVLAP or any agency of the Federal Government.

ANALYST SIGNATURE _Maria Belen / MW_          DATE _9/3/92_

F. 1

BCM ENGINEERS, INC.                PAGE   2 OF   49
262 GLENWOOD ST.                   VOL
P.O.BOX 1784
MOBILE, AL 36633

**BULK SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY**
**EPA-600/M4-82-020**

Client     : Prudential          Project Manager: B. Britain

Description: First Florida Tower 25th  Project Number : 05-6660-01
             Flr.

| BCM ID | SAMPLE ID | ANALYSIS DATE | ANALYST |
|--------|-----------|---------------|---------|
| 083192-0171 | FFT-01-002 | 9/03/92 | M. Mercier |

**SAMPLE DESCRIPTION**                **TREATMENT METHOD**
Homogeneous white vinyl-like          1. 1.680 HD
paint material with a fibrous and     2.
metal backing and white paint.        3.

**ASBESTOS PRESENT**

| Chrysotile | Amosite | Other | Other | Total |
|------------|---------|-------|-------|-------|
| 5% | ND | ND | ND | 5% |

**NONASBESTOS FIBERS**

| 1. Fibrous Glass : 20% | 3. Cellulose : 20% | 5. Other | : ND |
|---|---|---|---|
| 2. Syn. Fiber : ND | 4. Other : ND | 6. Other | : ND |

**NONFIBROUS COMPONENTS**

| 1. Filler/Binder : 37% | 4. Mica : TR | 7. Amphibole | : 2-4% |
|---|---|---|---|
| 2. Quartz : 2-4% | 5. Perlite : ND | 8. Styrofoam | : ND |
| 3. Carbonate : 5% | 6. Filter : ND | 9. Picrolite | : 2-4% |

**COMMENTS**

The chrysotile was found in the vinyl-like portion of the sample.

NOTE: The reported results relate only to the material submitted
      for testing. This report may not be used to claim product
      endorsement by NVLAP or any agency of the Federal Government.

ANALYST SIGNATURE _Mark Mercier (NVL)_      DATE _9/3/92_

PIS·1031833

BCM ENGINEERS, INC.                    PAGE   3 OF   49
262 GLENWOOD ST.                       VOL
·P.O.BOX 1784
MOBILE, AL 36633

**BULK SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY**
**EPA-600/M4-82-020**

Client      : Prudential              Project Manager: B. Britain

Description: First Florida Tower 25th  Project Number : 05-6660-01
            Flr.

| BCM ID | SAMPLE ID | ANALYSIS DATE | ANALYST |
|---|---|---|---|
| 083192-0172 | FFT-01-003 | 9/01/92 | M. Belen |

**SAMPLE DESCRIPTION**                  **TREATMENT METHOD**
Homogeneous yellow fibrous              1. THF
material with a vinyl-like layer        2. Diluted HCl
and white paint.                        3. 1.680 HD


**ASBESTOS PRESENT**

| Chrysotile 5% | Amosite ND | Other ND | Other ND | Total 5% |
|---|---|---|---|---|

**NONASBESTOS FIBERS**

1. Fibrous Glass : 30%    3. Cellulose : 10%    5. Other    : ND
2. Syn. Fiber    : ND     4. Other     : ND     6. Other    : ND

**NONFIBROUS COMPONENTS**

1. Filler/Binder : 35%    4. Mica    : ND    7. Amphibole : 2-4%
2. Quartz        : TR     5. Perlite : ND    8. Styrofoam : ND
3. Carbonate     : 15%    6. Filter  : ND    9. Other     : ND

**COMMENTS**

The chrysotile was found in the vinyl-like portion of the sample.

NOTE: The reported results relate only to the material submitted
      for testing. This report may not be used to claim product
      endorsement by NVLAP or any agency of the Federal Government.

ANALYST SIGNATURE _Moira Belen_ DATE 9/3/92

PIS 1031837

BCM ENGINEERS, INC.                PAGE   4 OF   49
262 GLENWOOD ST.                   VOL
P.O.BOX 1784
MOBILE, AL 36633


**BULK SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY**
**EPA-600/M4-82-020**


Client      : Prudential          Project Manager: B. Britain

Description: First Florida Tower 25th   Project Number : 05-6660-01
            Flr.

| BCM ID | SAMPLE ID | ANALYSIS DATE | ANALYST |
|---|---|---|---|
| 083192-0173 | FFT-02-004 | 9/01/92 | M. Belen |


SAMPLE DESCRIPTION              TREATMENT METHOD
Homogeneous white fibrous and   1. Diluted HCl
plaster-like material with      2.
fibrous and crystalline layers. 3.


### ASBESTOS PRESENT

| Chrysotile | Amosite | Other | Other | Total |
|---|---|---|---|---|
| 2-4% | ND | ND | ND | 2-4% |

NONASBESTOS FIBERS

| 1. Fibrous Glass : 10% | 3. Cellulose : 30% | 5. Other | : ND |
|---|---|---|---|
| 2. Syn. Fiber   : ND | 4. Other   : ND | 6. Other | : ND |

NONFIBROUS COMPONENTS

| 1. Filler/Binder : 13% | 4. Mica   : 5% | 7. Amphibole | : 2-4% |
|---|---|---|---|
| 2. Quartz   : 2-4% | 5. Perlite : ND | 8. Styrofoam | : ND |
| 3. Carbonate : 30% | 6. Filter : ND | 9. Other | : ND |

COMMENTS

The chrysotile was found in the crystalline portion of the sample.


NOTE: The reported results relate only to the material submitted
      for testing. This report may not be used to claim product
      endorsement by NVLAP or any agency of the Federal Government.

ANALYST SIGNATURE _Maria Reder/Wal MM_ DATE _9/3/92_

PIS-1031838

BCM ENGINEERS, INC.  PAGE  5 OF  49
262 GLENWOOD ST.  VOL
P.O.BOX 1784
MOBILE, AL 36633

### BULK SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY
### EPA-600/M4-82-020

Client    : Prudential  Project Manager: B. Britain

Description: First Florida Tower 25th  Project Number : 05-6660-01
Flr.

| BCM ID | SAMPLE ID | ANALYSIS DATE | ANALYST |
|--------|-----------|---------------|---------|
| 083192-0174 | FFT-02-005 | 9/01/92 | M. Belen |

**SAMPLE DESCRIPTION**
Homogeneous white fibrous and
plaster-like material with
fibrous and crystalline layers
and paint.

**TREATMENT METHOD**
1. THF
2. Diluted HCl
3.

### ASBESTOS PRESENT

| Chrysotile | Amosite | Other | Other | Total |
|------------|---------|-------|-------|-------|
| ND | ND | ND | ND | ND |

**NONASBESTOS FIBERS**

| 1. Fibrous Glass : 5% | 3. Cellulose : 25% | 5. Other | : ND |
|---|---|---|---|
| 2. Syn. Fiber : ND | 4. Other : ND | 6. Other | : ND |

**NONFIBROUS COMPONENTS**

| 1. Filler/Binder : 30% | 4. Mica : 5% | 7. Amphibole | : TR |
|---|---|---|---|
| 2. Quartz : 2-4% | 5. Perlite : ND | 8. Styrofoam | : ND |
| 3. Carbonate : 30% | 6. Filter : ND | 9. Other | : ND |

**COMMENTS**

None

NOTE: The reported results relate only to the material submitted
for testing. This report may not be used to claim product
endorsement by NVLAP or any agency of the Federal Government.

ANALYST SIGNATURE _Maria Belen/We_    DATE _9/3/92_

PIS-1031039

BCM ENGINEERS, INC.                 PAGE   6 OF   49
262 GLENWOOD ST.                    VOL
P.O.BOX 1784
MOBILE, AL 36633

## BULK SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY
### EPA-600/M4-82-020

Client      : Prudential            Project Manager: B. Britain

Description: First Florida Tower 25th  Project Number : 05-6660-01
             Flr.

| BCM ID | SAMPLE ID | ANALYSIS DATE | ANALYST |
|--------|-----------|---------------|---------|
| 083192-0175 | FFT-02-006 | 9/01/92 | M. Belen |

SAMPLE DESCRIPTION                  TREATMENT METHOD
Homogeneous white fibrous and       1. Diluted HCl
plaster-like material with          2.
fibrous and crystalline layers      3.
and paint.

### ASBESTOS PRESENT

| Chrysotile | Amosite | Other | Other | Total |
|------------|---------|-------|-------|-------|
| 2-4% | ND | ND | ND | 2-4% |

### NONASBESTOS FIBERS

| 1. Fibrous Glass : 5% | 3. Cellulose : 25% | 5. Other | . : ND |
|---|---|---|---|
| 2. Syn. Fiber   : ND | 4. Other     : ND | 6. Other | : ND |

### NONFIBROUS COMPONENTS

| 1. Filler/Binder : 23% | 4. Mica    : 5% | 7. Amphibole | : 2-4% |
|---|---|---|---|
| 2. Quartz    : 2-4% | 5. Perlite : ND | 8. Styrofoam | : ND |
| 3. Carbonate : 30% | 6. Filter  : ND | 9. Other | : ND |

### COMMENTS

The chrysotile was found in the crystalline portion of the sample.

NOTE: The reported results relate only to the material submitted
      for testing. This report may not be used to claim product
      endorsement by NVLAP or any agency of the Federal Government.

ANALYST SIGNATURE _Maria Belen/AW_____    DATE _9/3/92_____

BCM ENGINEERS, INC.                    PAGE   7 OF   49
262 GLENWOOD ST.                       VOL
P.O.BOX 1784
MOBILE, AL 36633


## BULK SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY
### EPA-600/M4-82-020

Client    : Prudential              Project Manager: B. Britain

Description: First Florida Tower 25th  Project Number : 05-6660-01
             Flr.

| BCM ID | SAMPLE ID | ANALYSIS DATE | ANALYST |
|--------|-----------|---------------|---------|
| 083192-0176 | FFT-02-007 | 9/01/92 | M. Belen |

**SAMPLE DESCRIPTION**              **TREATMENT METHOD**
Homogeneous white fibrous and        1. Diluted HCl
plaster-like material with           2.
fibrous and crystalline layers       3.
and paint.


### ASBESTOS PRESENT

| Chrysotile | Amosite | Other | Other | Total |
|------------|---------|-------|-------|-------|
| ND | ND | ND | ND | ND |

**NONASBESTOS FIBERS**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Fibrous Glass | : 5% | 3. Cellulose | : 25% | 5. Other | : ND |
| 2. Syn. Fiber | : ND | 4. Other | : ND | 6. Other | : ND |

**NONFIBROUS COMPONENTS**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Filler/Binder | : 27% | 4. Mica | : 5% | 7. Amphibole | : 2-4% |
| 2. Quartz | : 2-4% | 5. Perlite | : ND | 8. Styrofoam | : ND |
| 3. Carbonate | : 30% | 6. Filter | : ND | 9. Other | : ND |

**COMMENTS**

None

NOTE: The reported results relate only to the material submitted
      for testing. This report may not be used to claim product
      endorsement by NVLAP or any agency of the Federal Government.

ANALYST SIGNATURE _Marcia Belen / TVe_ DATE _9/3/92_

PIS-1031841

BCM ENGINEERS, INC.                    PAGE   8  OF   49
262 GLENWOOD ST.                       VOL
P.O.BOX 1784
MOBILE, AL 36633


## BULK SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY
### EPA-600/M4-82-020

Client      : Prudential                Project Manager: B. Britain

Description: First Florida Tower 25th   Project Number : 05-6660-01
             Flr.

| BCM ID | SAMPLE ID | ANALYSIS DATE | ANALYST |
|--------|-----------|---------------|---------|
| 083192-0177 | FFT-02-008 | 9/01/92 | M. Belen |


SAMPLE DESCRIPTION                      TREATMENT METHOD
Homogeneous white crystalline          1. Diluted HCl
material with a fibrous layer.          2.
                                        3.


### ASBESTOS PRESENT

| Chrysotile 2-4% | Amosite ND | Other ND | Other ND | Total 2-4% |
|-----------------|------------|----------|----------|------------|

NONASBESTOS FIBERS

1. Fibrous Glass : ND    3. Cellulose : 30%    5. Other    : ND
2. Syn. Fiber    : ND    4. Other     : ND     6. Other    : ND

NONFIBROUS COMPONENTS

1. Filler/Binder : 18%    4. Mica     : 10%    7. Amphibole : 2-4%
2. Quartz        : 2-4%   5. Perlite  : ND     8. Styrofoam : ND
3. Carbonate     : 30%    6. Filter   : ND     9. Other     : ND

COMMENTS

The chrysotile was found in the crystalline portion of the sample.


NOTE: The reported results relate only to the material submitted
      for testing. This report may not be used to claim product
      endorsement by NVLAP or any agency of the Federal Government.

ANALYST SIGNATURE *Maria Belen / TVW M*  DATE 9/3/92

BCM ENGINEERS, INC.                    PAGE    9 OF    49
262 GLENWOOD ST.                       VOL
P.O.BOX 1784
MOBILE, AL 36633


## BULK SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY
### EPA-600/M4-82-020

Client      : Prudential              Project Manager: B. Britain

Description: First Florida Tower 25th  Project Number : 05-6660-01
             Flr.

| BCM ID | SAMPLE ID | ANALYSIS DATE | ANALYST |
|--------|-----------|---------------|---------|
| 083192-0178 | FFT-02-009 | 9/01/92 | M. Belen |

SAMPLE DESCRIPTION                     TREATMENT METHOD
Homogeneous white fibrous and          1. THF
plaster-like material with             2. Diluted HCl
fibrous and crystalline layers.        3.


### ASBESTOS PRESENT

| Chrysotile | Amosite | Other | Other | Total |
|------------|---------|-------|-------|-------|
| 2-4% | ND | ND | ND | 2-4% |

NONASBESTOS FIBERS

| 1. Fibrous Glass : ND | 3. Cellulose : 30% | 5. Other | : ND |
|---|---|---|---|
| 2. Syn. Fiber    : ND | 4. Other     : ND | 6. Other | : ND |

NONFIBROUS COMPONENTS

| 1. Filler/Binder : 21% | 4. Mica     : 10% | 7. Amphibole | : TR |
|---|---|---|---|
| 2. Quartz        : 2-4% | 5. Perlite : ND | 8. Styrofoam | : ND |
| 3. Carbonate     : 30% | 6. Filter  : ND | 9. Other     | : ND |

COMMENTS

The chrysotile was found in the crystalline portion of the sample.


NOTE: The reported results relate only to the material submitted
      for testing. This report may not be used to claim product
      endorsement by NVLAP or any agency of the Federal Government.

ANALYST SIGNATURE *Maria Belen/NW*          DATE *9/3/92*

BCM ENGINEERS, INC.                    PAGE  10 OF   49
262 GLENWOOD ST.                       VOL
P.O.BOX 1784
MOBILE, AL 36633

## BULK SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY
### EPA-600/M4-82-020

Client      : Prudential              Project Manager: B. Britain

Description: First Florida Tower 25th  Project Number : 05-6660-01
             Flr.

BCM ID            SAMPLE ID        ANALYSIS DATE       ANALYST
083192-0179       FFT-02-010          9/01/92          M. Belen

SAMPLE DESCRIPTION                    TREATMENT METHOD
Homogeneous white fibrous and         1. Diluted HCl
plaster-like material with            2.
fibrous and crystalline layers.       3.


### ASBESTOS PRESENT

| Chrysotile | Amosite | Other | Other | Total |
|------------|---------|-------|-------|-------|
| ND | ND | ND | ND | ND |

### NONASBESTOS FIBERS

| | | | |
|---|---|---|---|
| 1. Fibrous Glass : 5% | 3. Cellulose : 40% | 5. Other | : ND |
| 2. Syn. Fiber   : ND | 4. Other    : ND | 6. Other | : ND |

### NONFIBROUS COMPONENTS

| | | | |
|---|---|---|---|
| 1. Filler/Binder : 17% | 4. Mica    : ND | 7. Amphibole | : 2-4% |
| 2. Quartz        : 2-4% | 5. Perlite : ND | 8. Styrofoam | : ND |
| 3. Carbonate     : 30% | 6. Filter  : ND | 9. Other | : ND |

### COMMENTS

None


NOTE: The reported results relate only to the material submitted
      for testing. This report may not be used to claim product
      endorsement by NVLAP or any agency of the Federal Government.

ANALYST SIGNATURE _Maria Belen/WW_      DATE _9/3/92_

PIS ·1031844

BCM ENGINEERS, INC.                    PAGE  11  OF    49
262 GLENWOOD ST.                       VOL
P.O.BOX 1784
MOBILE, AL 36633

## BULK SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY
### EPA-600/M4-82-020

Client      : Prudential              Project Manager: B. Britain

Description: First Florida Tower 25th  Project Number : 05-6660-01
             Flr.

| BCM ID | SAMPLE ID | ANALYSIS DATE | ANALYST |
|--------|-----------|---------------|---------|
| 083192-0180 | FFT-03-011 | 9/01/92 | M. Belen |

SAMPLE DESCRIPTION                    TREATMENT METHOD
Homogeneous white fibrous ceiling    1. Diluted HCl
tile with white paint.               2.
                                     3.

### ASBESTOS PRESENT

| Chrysotile | Amosite | Other | Other | Total |
|------------|---------|-------|-------|-------|
| 10% | 2-4% | ND | ND | 12-14% |

### NONASBESTOS FIBERS

1. Fibrous Glass : 70%   3. Cellulose : ND   5. Other    : ND
2. Syn. Fiber    : ND    4. Other     : ND   6. Other    : ND

### NONFIBROUS COMPONENTS

1. Filler/Binder : 11%   4. Mica      : ND   7. Amphibole : ND
2. Quartz        : ND    5. Perlite   : ND   8. Styrofoam : ND
3. Carbonate     : 5%    6. Filter    : ND   9. Other     : ND

### COMMENTS

None

NOTE: The reported results relate only to the material submitted
      for testing. This report may not be used to claim product
      endorsement by NVLAP or any agency of the Federal Government.

ANALYST SIGNATURE *Maria Belen/forte* MM DATE 9/3/92

P1

BCM ENGINEERS, INC.                    PAGE  12 OF   49
262 GLENWOOD ST.                       VOL
P.O.BOX 1784
MOBILE, AL 36633


## BULK SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY
### EPA-600/M4-82-020

Client    : Prudential              Project Manager: B. Britain

Description: First Florida Tower 25th  Project Number : 05-6660-01
             Flr.

| BCM ID | SAMPLE ID | ANALYSIS DATE | ANALYST |
|--------|-----------|---------------|---------|
| 083192-0181 | FFT-03-012 | 9/01/92 | M. Belen |

**SAMPLE DESCRIPTION**                 **TREATMENT METHOD**
Homogeneous white fibrous ceiling      1. Diluted HCl
tile with white paint.                 2.
                                       3.


### ASBESTOS PRESENT

| Chrysotile | Amosite | Other | Other | Total |
|------------|---------|-------|-------|-------|
| 10% | 2-4% | ND | ND | 12-14% |

**NONASBESTOS FIBERS**

1. Fibrous Glass : 70%   3. Cellulose : TR   5. Other    : ND
2. Syn. Fiber    : ND    4. Other     : ND   6. Other    : ND

**NONFIBROUS COMPONENTS**

1. Filler/Binder : 10%   4. Mica      : ND   7. Amphibole : ND
2. Quartz        : ND    5. Perlite   : ND   8. Styrofoam : ND
3. Carbonate     : 5%    6. Filter    : ND   9. Other     : ND

**COMMENTS**

None


NOTE: The reported results relate only to the material submitted
      for testing. This report may not be used to claim product
      endorsement by NVLAP or any agency of the Federal Government.

ANALYST SIGNATURE *Olivia Belin* _____  DATE 9/3/92 _____

PIS-1031846

BCM ENGINEERS, INC.                    PAGE  13 OF   49
262 GLENWOOD ST.                       VOL
P.O.BOX 1784
MOBILE, AL 36633

## BULK SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY
### EPA-600/M4-82-020

Client      : Prudential              Project Manager: B. Britain

Description: First Florida Tower 25th  Project Number : 05-6660-01
             Flr.

| BCM ID | SAMPLE ID | ANALYSIS DATE | ANALYST |
|--------|-----------|---------------|---------|
| 083192-0182 | FFT-03-013 | 9/01/92 | M. Belen |

SAMPLE DESCRIPTION                     TREATMENT METHOD
Homogeneous white fibrous ceiling       1. Diluted HCl
tile with white paint.                  2.
                                        3.

### ASBESTOS PRESENT

| Chrysotile | Amosite | Other | Other | Total |
|------------|---------|-------|-------|-------|
| 10% | 2-4% | ND | ND | 12-14% |

### NONASBESTOS FIBERS

| 1. Fibrous Glass : 70% | 3. Cellulose : TR | 5. Other | : ND |
|---|---|---|---|
| 2. Syn. Fiber    : ND  | 4. Picrolite : TR | 6. Other | : ND |

### NONFIBROUS COMPONENTS

| 1. Filler/Binder : 8% | 4. Mica    : ND | 7. Amphibole | : ND |
|---|---|---|---|
| 2. Quartz        : TR | 5. Perlite : ND | 8. Styrofoam | : ND |
| 3. Carbonate     : 5% | 6. Filter  : ND | 9. Other     | : ND |

### COMMENTS

None

NOTE: The reported results relate only to the material submitted
      for testing. This report may not be used to claim product
      endorsement by NVLAP or any agency of the Federal Government.

ANALYST SIGNATURE *Marin Belen /AVel*          DATE 9/3/92

PIS 1031842

BCM ENGINEERS, INC.                    PAGE  16 OF   49
262 GLENWOOD ST.                       VOL
P.O.BOX 1784
MOBILE, AL 36633

## BULK SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY
### EPA-600/M4-82-020

Client    : Prudential              Project Manager: B. Britain

Description: First Florida Tower 25th  Project Number : 05-6660-01
             Flr.

| BCM ID | SAMPLE ID | ANALYSIS DATE | ANALYST |
|--------|-----------|---------------|---------|
| 083192-0185 | FFT-04-016 | 9/01/92 | T. Seals |

SAMPLE DESCRIPTION                   TREATMENT METHOD
Homogeneous white fibrous ceiling     1. Diluted HCl
tile.                                 2. IN Sulfuric Acid
                                      3.


### ASBESTOS PRESENT

| Chrysotile | Amosite | Other | Other | Total |
|------------|---------|-------|-------|-------|
| ND | ND | ND | ND | ND |

### NONASBESTOS FIBERS

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Fibrous Glass : 80% | 3. Cellulose : 10% | 5. Other | : ND |
| 2. Syn. Fiber  : ND | 4. Other | : ND | 6. Other | : ND |

### NONFIBROUS COMPONENTS

| 1. Filler/Binder : 5% | 4. Mica | : ND | 7. Amphibole | : ND |
|---|---|---|---|---|
| 2. Quartz      : TR | 5. Perlite | : ND | 8. Styrofoam | : ND |
| 3. Carbonate   : 2-4% | 6. Filter | : ND | 9. Other | : ND |

### COMMENTS

None


NOTE: The reported results relate only to the material submitted
      for testing. This report may not be used to claim product
      endorsement by NVLAP or any agency of the Federal Government.

ANALYST SIGNATURE _Thad Seals /TW/_          DATE _9/3/92_

PIS-1031848

BCM ENGINEERS, INC.                    PAGE  17 OF   49
262 GLENWOOD ST.                       VOL
P.O.BOX 1784
MOBILE, AL 36633


## BULK SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY
### EPA-600/M4-82-020

Client     : Prudential            Project Manager: B. Britain

Description: First Florida Tower 25th  Project Number : 05-6660-01
             Flr.

| BCM ID | SAMPLE ID | ANALYSIS DATE | ANALYST |
|--------|-----------|---------------|---------|
| 083192-0186 | FFT-04-017 | 8/01/92 | T. Seals |

**SAMPLE DESCRIPTION**                 **TREATMENT METHOD**
Homogeneous white fibrous ceiling      1. Diluted HCl
tile.                                  2. IN Sulfuric Acid
                                       3.


### ASBESTOS PRESENT

| Chrysotile | Amosite | Other | Other | Total |
|------------|---------|-------|-------|-------|
| ND | ND | ND | ND | ND |

**NONASBESTOS FIBERS**

| 1. Fibrous Glass : 80% | 3. Cellulose : 10% | 5. Other | : ND |
|------------------------|--------------------|----------|------|
| 2. Syn. Fiber    : ND  | 4. Other     : ND  | 6. Other | : ND |

**NONFIBROUS COMPONENTS**

| 1. Filler/Binder : 5% | 4. Mica     : ND | 7. Amphibole | : ND |
|-----------------------|------------------|--------------|------|
| 2. Quartz        : TR | 5. Perlite  : ND | 8. Styrofoam | : ND |
| 3. Carbonate     : 2-4% | 6. Filter : ND | 9. Other | : ND |

**COMMENTS**

None


NOTE: The reported results relate only to the material submitted
      for testing. This report may not be used to claim product
      endorsement by NVLAP or any agency of the Federal Government.

ANALYST SIGNATURE _Thos Seals /or W M_ DATE _9/3/92_

BCM ENGINEERS, INC.                    PAGE  18 OF  49
262 GLENWOOD ST.                       VOL
P.O.BOX 1784
MOBILE, AL 36633


**BULK SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY**
**EPA-600/M4-82-020**


Client     : Prudential              Project Manager: B. Britain

Description: First Florida Tower 25th  Project Number : 05-6660-01
             Flr.

| BCM ID | SAMPLE ID | ANALYSIS DATE | ANALYST |
|--------|-----------|---------------|---------|
| 083192-0187 | FFT-04-018 | 8/01/92 | T. Seals |


**SAMPLE DESCRIPTION**                 **TREATMENT METHOD**
Homogeneous white fibrous ceiling      1. Diluted HCl
tile.                                  2. IN Sulfuric Acid
                                       3.


### ASBESTOS PRESENT

| Chrysotile | Amosite | Other | Other | Total |
|------------|---------|-------|-------|-------|
| ND | ND | ND | ND | ND |

**NONASBESTOS FIBERS**

| 1. Fibrous Glass : 80% | 3. Cellulose : 10% | 5. Other | : ND |
|---|---|---|---|
| 2. Syn. Fiber   : ND | 4. Other    : ND | 6. Other | : ND |

**NONFIBROUS COMPONENTS**

| 1. Filler/Binder : 5% | 4. Mica    : ND | 7. Amphibole | : ND |
|---|---|---|---|
| 2. Quartz    : TR | 5. Perlite : ND | 8. Styrofoam | : ND |
| 3. Carbonate : 2-4% | 6. Filter  : ND | 9. Other | : ND |

**COMMENTS**

None


NOTE: The reported results relate only to the material submitted
      for testing. This report may not be used to claim product
      endorsement by NVLAP or any agency of the Federal Government.

ANALYST SIGNATURE _Thad Seals /nVil_          DATE _9/3/92_

PIS-1031850

BCM ENGINEERS, INC.      PAGE  19 OF   49
262 GLENWOOD ST.      VOL
P.O.BOX 1784
MOBILE, AL 36633


## BULK SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY
### EPA-600/M4-82-020

Client     : Prudential      Project Manager: B. Britain

Description: First Florida Tower 25th  Project Number : 05-6660-01
Flr.

| BCM ID | SAMPLE ID | ANALYSIS DATE | ANALYST |
|---|---|---|---|
| 083192-0188 | FFT-05-019 | 8/01/92 | T. Seals |

| SAMPLE DESCRIPTION | TREATMENT METHOD |
|---|---|
| Homogeneous grey cementitious material. | 1. Diluted HCl<br>2.<br>3. |

### ASBESTOS PRESENT

| Chrysotile | Amosite | Other | Other | Total |
|---|---|---|---|---|
| ND | ND | ND | ND | ND |

### NONASBESTOS FIBERS

| 1. Fibrous Glass : ND | 3. Cellulose : 2-4% | 5. Other | : ND |
|---|---|---|---|
| 2. Syn. Fiber    : ND | 4. Other     : ND | 6. Other | : ND |

### NONFIBROUS COMPONENTS

| 1. Filler/Binder : 1% | 4. Mica    : 10% | 7. Amphibole | : 5% |
|---|---|---|---|
| 2. Quartz        : 50% | 5. Perlite : ND | 8. Styrofoam | : ND |
| 3. Carbonate     : 30% | 6. Filter  : ND | 9. Other | : ND |

### COMMENTS

*None*

NOTE: The reported results relate only to the material submitted
     for testing. This report may not be used to claim product
     endorsement by NVLAP or any agency of the Federal Government.

ANALYST SIGNATURE *Tidard Seals /Ph.l*     DATE *9/3/92*

PIS-1031851

BCM ENGINEERS, INC.
262 GLENWOOD ST.
P.O.BOX 1784
MOBILE, AL 36633

PAGE 20 OF 49
VOL

## BULK SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY
### EPA-600/M4-82-020

Client      : Prudential          Project Manager: B. Britain

Description: First Florida Tower 25th  Project Number : 05-6660-01
             Flr.

| BCM ID | SAMPLE ID | ANALYSIS DATE | ANALYST |
|--------|-----------|---------------|---------|
| 083192-0189 | FFT-05-020 | 8/01/92 | T. Seals |

SAMPLE DESCRIPTION            TREATMENT METHOD
Homogeneous grey cementitious    1. Diluted HCl
material.                        2.
                                 3.


### ASBESTOS PRESENT

| Chrysotile | Amosite | Other | Other | Total |
|------------|---------|-------|-------|-------|
| ND | ND | ND | ND | ND |

NONASBESTOS FIBERS

| 1. Fibrous Glass : ND | 3. Cellulose : 2-4% | 5. Other | : ND |
|---|---|---|---|
| 2. Syn. Fiber   : ND | 4. Other   : ND | 6. Other | : ND |

NONFIBROUS COMPONENTS

| 1. Filler/Binder : 1% | 4. Mica   : 10% | 7. Amphibole | : 5% |
|---|---|---|---|
| 2. Quartz    : 50% | 5. Perlite : ND | 8. Styrofoam | : ND |
| 3. Carbonate : 30% | 6. Filter : ND | 9. Other | : ND |

COMMENTS

None


NOTE: The reported results relate only to the material submitted
      for testing. This report may not be used to claim product
      endorsement by NVLAP or any agency of the Federal Government.

ANALYST SIGNATURE _Thad Seals for W_      DATE _9/3/92_

BCM ENGINEERS, INC.   PAGE  21 OF  49
262 GLENWOOD ST.    VOL
P.O.BOX 1784
MOBILE, AL 36633

## BULK SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY
### EPA-600/M4-82-020

Client  : Prudential    Project Manager: B. Britain

Description: First Florida Tower 25th Project Number : 05-6660-01
      Flr.

| BCM ID | SAMPLE ID | ANALYSIS DATE | ANALYST |
|---|---|---|---|
| 083192-0190 | FFT-05-021 | 9/01/92 | T. Warren |

SAMPLE DESCRIPTION    TREATMENT METHOD
Homogeneous grey cementitious  1. Diluted HCl
material.        2.
           3.

### ASBESTOS PRESENT

| Chrysotile | Amosite | Other | Other | Total |
|---|---|---|---|---|
| ND | ND | ND | ND | ND |

### NONASBESTOS FIBERS

| | | | | | |
|---|---|---|---|---|---|
| 1. Fibrous Glass : ND | 3. Cellulose : TR | 5. Other | : ND |
| 2. Syn. Fiber   : ND | 4. Other     : ND | 6. Other | : ND |

### NONFIBROUS COMPONENTS

| | | | | | |
|---|---|---|---|---|---|
| 1. Filler/Binder : 50% | 4. Mica    : ND | 7. Amphibole | : 2-4% |
| 2. Quartz        : 20% | 5. Perlite : ND | 8. Styrofoam | : ND |
| 3. Carbonate     : 25% | 6. Filter  : ND | 9. Other     | : ND |

### COMMENTS

None

NOTE: The reported results relate only to the material submitted
   for testing. This report may not be used to claim product
   endorsement by NVLAP or any agency of the Federal Government.

ANALYST SIGNATURE _Tim Warren_    DATE _9/3/92_

BCM ENGINEERS, INC.                 PAGE  22 OF  49
262 GLENWOOD ST.                  VOL
P.O.BOX 1784
MOBILE, AL 36633


## BULK SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY
### EPA-600/M4-82-020

Client    : Prudential              Project Manager: B. Britain

Description: First Florida Tower 25th  Project Number : 05-6660-01
Flr.

| BCM ID | SAMPLE ID | ANALYSIS DATE | ANALYST |
|--------|-----------|---------------|---------|
| 083192-0191 | FFT-07-022 | 9/01/92 | T. Warren |

**SAMPLE DESCRIPTION**                 **TREATMENT METHOD**
Homogeneous grey fibrous ceiling       1. Diluted HCl
tile with a foil backing and           2.
white paint.                           3.


### ASBESTOS PRESENT

| Chrysotile | Amosite | Other | Other | Total |
|------------|---------|-------|-------|-------|
| ND | ND | ND | ND | ND |

**NONASBESTOS FIBERS**

| | | | | |
|--|--|--|--|--|
| 1. Fibrous Glass : 60% | 3. Cellulose : 10% | 5. Other | : ND |
| 2. Syn. Fiber : ND | 4. Other : ND | 6. Other | : ND |

**NONFIBROUS COMPONENTS**

| | | | |
|--|--|--|--|
| 1. Filler/Binder : 24% | 4. Mica : TR | 7. Amphibole | : ND |
| 2. Quartz : ND | 5. Perlite : ND | 8. Styrofoam | : ND |
| 3. Carbonate : 5% | 6. Filter : ND | 9. Other | : ND |

**COMMENTS**

None


NOTE: The reported results relate only to the material submitted
for testing. This report may not be used to claim product
endorsement by NVLAP or any agency of the Federal Government.

ANALYST SIGNATURE _Tim Warren_          DATE _9/3/92_

PIS 1031535

BCM ENGINEERS, INC.       PAGE  23 OF  49
262 GLENWOOD ST.        VOL
P.O.BOX 1784
MOBILE, AL 36633

## BULK SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY
### EPA-600/M4-82-020

Client    : Prudential      Project Manager: B. Britain

Description: First Florida Tower 25th  Project Number : 05-6660-01
Flr.

| BCM ID | SAMPLE ID | ANALYSIS DATE | ANALYST |
|--------|-----------|---------------|---------|
| 083192-0192 | FFT-07-023 | 9/01/92 | T. Warren |

**SAMPLE DESCRIPTION**
Homogeneous grey fibrous ceiling
tile with white paint.

**TREATMENT METHOD**
1. Diluted HCl
2.
3.

### ASBESTOS PRESENT

| Chrysotile | Amosite | Other | Other | Total |
|------------|---------|-------|-------|-------|
| ND | ND | ND | ND | ND |

**NONASBESTOS FIBERS**

| 1. Fibrous Glass : 60% | 3. Cellulose : 20% | 5. Other | : ND |
|---|---|---|---|
| 2. Syn. Fiber : ND | 4. Other : ND | 6. Other | : ND |

**NONFIBROUS COMPONENTS**

| 1. Filler/Binder : 10% | 4. Mica : ND | 7. Amphibole | : ND |
|---|---|---|---|
| 2. Quartz : ND | 5. Perlite : ND | 8. Styrofoam | : ND |
| 3. Carbonate : 10% | 6. Filter : ND | 9. Other | : ND |

**COMMENTS**

None

NOTE: The reported results relate only to the material submitted
for testing. This report may not be used to claim product
endorsement by NVLAP or any agency of the Federal Government.

ANALYST SIGNATURE _Tim Warren_     DATE _9/3/92_

PIS-103002

BCM ENGINEERS, INC.                 PAGE  24 OF   49
262 GLENWOOD ST.                    VOL
P.O.BOX 1784
MOBILE, AL 36633


**BULK SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY**
**EPA-600/M4-82-020**


Client      : Prudential          Project Manager: B. Britain

Description: First Florida Tower 25th   Project Number : 05-6660-01
             Flr.

| BCM ID | SAMPLE ID | ANALYSIS DATE | ANALYST |
|--------|-----------|---------------|---------|
| 083192-0193 | FFT-07-024 | 9/01/92 | T. Warren |


**SAMPLE DESCRIPTION**                **TREATMENT METHOD**
Homogeneous grey fibrous ceiling      1. Diluted HCl
tile with white paint.                2.
                                      3.


**ASBESTOS PRESENT**

| Chrysotile | Amosite | Other | Other | Total |
|------------|---------|-------|-------|-------|
| ND | ND | ND | ND | ND |

**NONASBESTOS FIBERS**

| | | | | | |
|---|---|---|---|---|---|
| 1. Fibrous Glass : 60% | 3. Cellulose : 10% | 5. Other | : ND |
| 2. Syn. Fiber    : ND  | 4. Other     : ND  | 6. Other | : ND |

**NONFIBROUS COMPONENTS**

| | | | |
|---|---|---|---|
| 1. Filler/Binder : 24% | 4. Mica    : TR | 7. Amphibole | : ND |
| 2. Quartz        : ND  | 5. Perlite : ND | 8. Styrofoam | : ND |
| 3. Carbonate     : 5%  | 6. Filter  : ND | 9. Other     | : ND |

**COMMENTS**

None


NOTE: The reported results relate only to the material submitted
      for testing. This report may not be used to claim product
      endorsement by NVLAP or any agency of the Federal Government.

ANALYST SIGNATURE _____     DATE 9/3/92

BCM ENGINEERS, INC.                PAGE  25 OF  49
262 GLENWOOD ST.                   VOL
P.O.BOX 1784
MOBILE, AL 36633


## BULK SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY
### EPA-600/M4-82-020

Client     : Prudential            Project Manager: B. Britain

Description: First Florida Tower 25th  Project Number : 05-6660-01
             Flr.

| BCM ID | SAMPLE ID | ANALYSIS DATE | ANALYST |
|--------|-----------|---------------|---------|
| 083192-0194 | FFT-08-025 | 9/01/92 | T. Warren |

**SAMPLE DESCRIPTION**                **TREATMENT METHOD**
Homogeneous tan granular and           1. THF
vinyl-like floor tile.                 2.
                                       3.


### ASBESTOS PRESENT

| Chrysotile | Amosite | Other | Other | Total |
|------------|---------|-------|-------|-------|
| ND | ND | ND | ND | ND |

**NONASBESTOS FIBERS**

| 1. Fibrous Glass : ND | 3. Cellulose : 2-4% | 5. Other | : ND |
|---|---|---|---|
| 2. Syn. Fiber   : ND | 4. Other     : ND | 6. Other | : ND |

**NONFIBROUS COMPONENTS**

| 1. Filler/Binder : 34% | 4. Mica    : TR | 7. Amphibole | : TR |
|---|---|---|---|
| 2. Quartz    : 15% | 5. Perlite : ND | 8. Styrofoam | : ND |
| 3. Carbonate : 45% | 6. Filter  : ND | 9. Other | : ND |

**COMMENTS**

None


NOTE: The reported results relate only to the material submitted
      for testing. This report may not be used to claim product
      endorsement by NVLAP or any agency of the Federal Government.

ANALYST SIGNATURE *Tim Warren*   *MM*   DATE 9/3/92

PIS 103165?

BCM ENGINEERS, INC.
262 GLENWOOD ST.
P.O.BOX 1784
MOBILE, AL 36633

PAGE 26 OF  49
VOL

## BULK SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY
### EPA-600/M4-82-020

Client      : Prudential                Project Manager: B. Britain

Description: First Florida Tower 25th  Project Number : 05-6660-01
             Flr.

| BCM ID | SAMPLE ID | ANALYSIS DATE | ANALYST |
|--------|-----------|---------------|---------|
| 083192-0194.1 | FFT-08-025.1 | 9/01/92 | T. Warren |

**SAMPLE DESCRIPTION**
Homogeneous clear glue mastic.

**TREATMENT METHOD**
1. Xylene
2.
3.

### ASBESTOS PRESENT

| Chrysotile | Amosite | Other | Other | Total |
|------------|---------|-------|-------|-------|
| ND | ND | ND | ND | ND |

**NONASBESTOS FIBERS**

| | | | |
|---|---|---|---|
| 1. Fibrous Glass : ND | 3. Cellulose : TR | 5. Other | : ND |
| 2. Syn. Fiber : ND | 4. Other : ND | 6. Other | : ND |

**NONFIBROUS COMPONENTS**

| | | | |
|---|---|---|---|
| 1. Filler/Binder : 91% | 4. Mica : ND | 7. Amphibole | : ND |
| 2. Quartz : 2-4% | 5. Perlite : ND | 8. Styrofoam | : ND |
| 3. Carbonate : 2-4% | 6. Filter : ND | 9. Other | : ND |

**COMMENTS**

None

NOTE: The reported results relate only to the material submitted
      for testing. This report may not be used to claim product
      endorsement by NVLAP or any agency of the Federal Government.

ANALYST SIGNATURE _Tim V Warren_      DATE _9/3/92_

P1

BCM ENGINEERS, INC.
262 GLENWOOD ST.
P.O.BOX 1784
MOBILE, AL 36633

PAGE  27 OF  49
VOL

### BULK SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY
### EPA-600/M4-82-020

Client     : Prudential          Project Manager: B. Britain

Description: First Florida Tower 25th   Project Number : 05-6660-01
             Flr.

| BCM ID | SAMPLE ID | ANALYSIS DATE | ANALYST |
|--------|-----------|---------------|---------|
| 083192-0195 | FFT-08-026 | 9/01/92 | T. Warren |

**SAMPLE DESCRIPTION**
Homogeneous tan granular and
vinyl-like floor tile.

**TREATMENT METHOD**
1. THF
2.
3.

#### ASBESTOS PRESENT

| Chrysotile | Amosite | Other | Other | Total |
|------------|---------|-------|-------|-------|
| ND | ND | ND | ND | ND |

**NONASBESTOS FIBERS**

| | | | | | |
|---|---|---|---|---|---|
| 1. Fibrous Glass : ND | 3. Cellulose : 2-4% | 5. Other | : ND |
| 2. Syn. Fiber : ND | 4. Other : ND | 6. Other | : ND |

**NONFIBROUS COMPONENTS**

| | | | | | |
|---|---|---|---|---|---|
| 1. Filler/Binder : 39% | 4. Mica : TR | 7. Amphibole | : TR |
| 2. Quartz : 10% | 5. Perlite : ND | 8. Styrofoam | : ND |
| 3. Carbonate : 45% | 6. Filter : ND | 9. Other | : ND |

**COMMENTS**

None

NOTE: The reported results relate only to the material submitted
      for testing. This report may not be used to claim product
      endorsement by NVLAP or any agency of the Federal Government.

ANALYST SIGNATURE _Tim Warren_          DATE _9/3/92_

PIS-1031859

BCM ENGINEERS, INC.          PAGE  28  OF   49
262 GLENWOOD ST.             VOL
P.O.BOX 1784
MOBILE, AL 36633

## BULK SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY
### EPA-600/M4-82-020

Client      : Prudential          Project Manager: B. Britain

Description: First Florida Tower 25th  Project Number : 05-6660-01
             Flr.

| BCM ID | SAMPLE ID | ANALYSIS DATE | ANALYST |
|--------|-----------|---------------|---------|
| 083192-0195.1 | FFT-08-026.1 | 9/01/92 | T. Warren |

**SAMPLE DESCRIPTION**              **TREATMENT METHOD**
Homogeneous yellow glue mastic.       1. Xylene
                                      2.
                                      3.


### ASBESTOS PRESENT

| Chrysotile | Amosite | Other | Other | Total |
|------------|---------|-------|-------|-------|
| ND | ND | ND | ND | ND |

**NONASBESTOS FIBERS**

| 1. Fibrous Glass : ND | 3. Cellulose : TR | 5. Other | : ND |
|-----------------------|-------------------|----------|------|
| 2. Syn. Fiber    : ND | 4. Other     : ND | 6. Other | : ND |

**NONFIBROUS COMPONENTS**

| 1. Filler/Binder : 83% | 4. Mica    : ND | 7. Amphibole | : ND |
|------------------------|-----------------|--------------|------|
| 2. Quartz        : TR  | 5. Perlite : ND | 8. Styrofoam | : ND |
| 3. Carbonate     : 15% | 6. Filter  : ND | 9. Other     | : ND |

**COMMENTS**

None


NOTE: The reported results relate only to the material submitted
      for testing. This report may not be used to claim product
      endorsement by NVLAP or any agency of the Federal Government.

ANALYST SIGNATURE _Tim V Warren_          DATE _9/3/92_

BCM ENGINEERS, INC.                    PAGE   29 OF   49
262 GLENWOOD ST.                       VOL
P.O.BOX 1784
MOBILE, AL 36633


## BULK SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY
### EPA-600/M4-82-020

Client      : Prudential            Project Manager: B. Britain

Description: First Florida Tower 25th  Project Number : 05-6660-01
              Flr.

| BCM ID | SAMPLE ID | ANALYSIS DATE | ANALYST |
|--------|-----------|---------------|---------|
| 083192-0196 | FFT-08-027 | 9/01/92 | T. Warren |

SAMPLE DESCRIPTION                    TREATMENT METHOD
Homogeneous tan granular and         1. THF
vinyl-like floor tile.               2.
                                     3.


### ASBESTOS PRESENT

| Chrysotile | Amosite | Other | Other | Total |
|------------|---------|-------|-------|-------|
| ND | ND | ND | ND | ND |

### NONASBESTOS FIBERS

1. Fibrous Glass : ND    3. Cellulose : 2-4%    5. Other    : ND
2. Syn. Fiber    : ND    4. Other     : ND      6. Other    : ND

### NONFIBROUS COMPONENTS

1. Filler/Binder : 55%    4. Mica     : TR    7. Amphibole  : TR
2. Quartz        : 2-4%   5. Perlite  : ND    8. Styrofoam  : ND
3. Carbonate     : 35%    6. Filter   : ND    9. Other      : ND

### COMMENTS

None


NOTE: The reported results relate only to the material submitted
       for testing. This report may not be used to claim product
       endorsement by NVLAP or any agency of the Federal Government.

ANALYST SIGNATURE _Tom Warren_           DATE _9/3/92_

PIS· 1031861

BCM ENGINEERS, INC.
262 GLENWOOD ST.
P.O.BOX 1784
MOBILE, AL 36633

PAGE  30 OF  49
VOL

## BULK SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY
### EPA-600/M4-82-020

Client     : Prudential                    Project Manager: B. Britain

Description: First Florida Tower 25th   Project Number : 05-6660-01
             Flr.

| BCM ID | SAMPLE ID | ANALYSIS DATE | ANALYST |
|--------|-----------|---------------|---------|
| 083192-0196.1 | FFT-08-027.1 | 9/01/92 | T. Warren |

SAMPLE DESCRIPTION                       TREATMENT METHOD
Homogeneous yellow glue mastic.          1. Xylene
                                         2.
                                         3.


### ASBESTOS PRESENT

| Chrysotile | Amosite | Other | Other | Total |
|------------|---------|-------|-------|-------|
| ND | ND | ND | ND | ND |

NONASBESTOS FIBERS

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Fibrous Glass | : ND | 3. Cellulose | : 2-4% | 5. Other | : ND |
| 2. Syn. Fiber | : ND | 4. Other | : ND | 6. Other | : ND |

NONFIBROUS COMPONENTS

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Filler/Binder | : 85% | 4. Mica | : ND | 7. Amphibole | : ND |
| 2. Quartz | : TR | 5. Perlite | : ND | 8. Styrofoam | : ND |
| 3. Carbonate | : 10% | 6. Filter | : ND | 9. Other | : ND |

COMMENTS

None


NOTE: The reported results relate only to the material submitted
      for testing. This report may not be used to claim product
      endorsement by NVLAP or any agency of the Federal Government.

ANALYST SIGNATURE  _Tim Warren_____     DATE _9/3/92____

FIS 10518o2

BCM ENGINEERS, INC.
262 GLENWOOD ST.
P.O.BOX 1784
MOBILE, AL 36633

PAGE  31 OF   49
VOL

## BULK SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY
### EPA-600/M4-82-020

Client     : Prudential                Project Manager: B. Britain

Description: First Florida Tower 25th  Project Number : 05-6660-01
             Flr.

| BCM ID | SAMPLE ID | ANALYSIS DATE | ANALYST |
|--------|-----------|---------------|---------|
| 083192-0197 | FFT-09-028 | 9/01/92 | A. Williams |

**SAMPLE DESCRIPTION**
Homogeneous white granular and
vinyl-like floor tile.

**TREATMENT METHOD**
1. 1.680 HD
2.
3.

## ASBESTOS PRESENT

| Chrysotile | Amosite | Other | Other | Total |
|------------|---------|-------|-------|-------|
| 5% | ND | ND | ND | 5% |

**NONASBESTOS FIBERS**

| | | | | | |
|--|--|--|--|--|--|
| 1. Fibrous Glass : ND | 3. Cellulose : 2-4% | 5. Other | : ND |
| 2. Syn. Fiber   : ND | 4. Other   : ND | 6. Other | : ND |

**NONFIBROUS COMPONENTS**

| | | | | | |
|--|--|--|--|--|--|
| 1. Filler/Binder : 44% | 4. Mica    : TR | 7. Amphibole | : TR |
| 2. Quartz        : 5% | 5. Perlite : ND | 8. Styrofoam | : ND |
| 3. Carbonate     : 40% | 6. Filter  : ND | 9. Other    | : ND |

**COMMENTS**

None

NOTE: The reported results relate only to the material submitted
      for testing. This report may not be used to claim product
      endorsement by NVLAP or any agency of the Federal Government.

ANALYST SIGNATURE _Andrew Williams /AW_  DATE _9/3/92_

PI.

BCM ENGINEERS, INC.               PAGE 32 OF   49
262 GLENWOOD ST.                  VOL
P.O.BOX 1784
MOBILE, AL 36633

## BULK SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY
### EPA-600/M4-82-020

Client     : Prudential           Project Manager: B. Britain

Description: First Florida Tower 25th   Project Number : 05-6660-01
             Flr.

| BCM ID | SAMPLE ID | ANALYSIS DATE | ANALYST |
|--------|-----------|---------------|---------|
| 083192-0197.1 | FFT-09-028.1 | 9/01/92 | A. Williams |

SAMPLE DESCRIPTION                TREATMENT METHOD
Homogeneous black tar mastic.     1. Xylene
                                  2.
                                  3.

### ASBESTOS PRESENT

| Chrysotile | Amosite | Other | Other | Total |
|------------|---------|-------|-------|-------|
| 5% | ND | ND | ND | 5% |

NONASBESTOS FIBERS

| | | | | | |
|---|---|---|---|---|---|
| 1. Fibrous Glass : ND | 3. Cellulose : 2-4% | 5. Other | : ND |
| 2. Syn. Fiber   : ND | 4. Other     : ND | 6. Other | : ND |

NONFIBROUS COMPONENTS

| | | | | | |
|---|---|---|---|---|---|
| 1. Filler/Binder : 85% | 4. Mica    : ND | 7. Amphibole | : ND |
| 2. Quartz        : 5% | 5. Perlite : ND | 8. Styrofoam | : ND |
| 3. Carbonate     : TR | 6. Filter  : ND | 9. Other     | : ND |

COMMENTS

None

NOTE: The reported results relate only to the material submitted
      for testing. This report may not be used to claim product
      endorsement by NVLAP or any agency of the Federal Government.

ANALYST SIGNATURE _Andrew Williams PhD_    DATE _9/3/92_

BCM ENGINEERS, INC.
262 GLENWOOD ST.
P.O.BOX 1784
MOBILE, AL 36633

PAGE  33 OF  49
VOL

## BULK SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY
### EPA-600/M4-82-020

Client   : Prudential                Project Manager: B. Britain

Description: First Florida Tower 25th  Project Number : 05-6660-01
             Flr.

| BCM ID | SAMPLE ID | ANALYSIS DATE | ANALYST |
|--------|-----------|---------------|---------|
| 083192-0198 | FFT-09-029 | 9/01/92 | A. Williams |

SAMPLE DESCRIPTION
Homogeneous white granular and
vinyl-like floor tile.

TREATMENT METHOD
1. 1.680 HD
2.
3.

### ASBESTOS PRESENT

| Chrysotile | Amosite | Other | Other | Total |
|------------|---------|-------|-------|-------|
| 5% | ND | ND | ND | 5% |

NONASBESTOS FIBERS

| | | | | | |
|--|--|--|--|--|--|
| 1. Fibrous Glass | : ND | 3. Cellulose | : 2-4% | 5. Other | : ND |
| 2. Syn. Fiber | : ND | 4. Other | : ND | 6. Other | : ND |

NONFIBROUS COMPONENTS

| | | | | | |
|--|--|--|--|--|--|
| 1. Filler/Binder | : 44% | 4. Mica | : TR | 7. Amphibole | : TR |
| 2. Quartz | : 5% | 5. Perlite | : ND | 8. Styrofoam | : ND |
| 3. Carbonate | : 40% | 6. Filter | : ND | 9. Other | : ND |

COMMENTS

None

NOTE: The reported results relate only to the material submitted
for testing. This report may not be used to claim product
endorsement by NVLAP or any agency of the Federal Government.

ANALYST SIGNATURE _Andrew Williams /NVL_ DATE _9/3/92_

BCM ENGINEERS, INC.          PAGE  34 OF   49
262 GLENWOOD ST.            VOL
P.O.BOX 1784
MOBILE, AL 36633

## BULK SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY
### EPA-600/M4-82-020

Client    : Prudential          Project Manager: B. Britain

Description: First Florida Tower 25th   Project Number : 05-6660-01
             Flr.

| BCM ID | SAMPLE ID | ANALYSIS DATE | ANALYST |
|--------|-----------|---------------|---------|
| 083192-0198.1 | FFT-09-029.1 | 9/01/92 | A. Williams |

SAMPLE DESCRIPTION              TREATMENT METHOD
Homogeneous black tar mastic.    1. Xylene
                                 2.
                                 3.

### ASBESTOS PRESENT

| Chrysotile | Amosite | Other | Other | Total |
|------------|---------|-------|-------|-------|
| 5% | ND | ND | ND | 5% |

NONASBESTOS FIBERS

| | | | | | |
|---|---|---|---|---|---|
| 1. Fibrous Glass : ND | 3. Cellulose : 2-4% | 5. Other | : ND |
| 2. Syn. Fiber    : ND | 4. Other     : ND   | 6. Other | : ND |

NONFIBROUS COMPONENTS

| | | | | | |
|---|---|---|---|---|---|
| 1. Filler/Binder : 85% | 4. Mica    : ND | 7. Amphibole | : ND |
| 2. Quartz        : 5%  | 5. Perlite : ND | 8. Styrofoam | : ND |
| 3. Carbonate     : TR  | 6. Filter  : ND | 9. Other     | : ND |

COMMENTS

None

NOTE: The reported results relate only to the material submitted
      for testing. This report may not be used to claim product
      endorsement by NVLAP or any agency of the Federal Government.

ANALYST SIGNATURE *Andrew Williams /NVW*          DATE *9/3/92*

PIS-1031882

BCM ENGINEERS, INC.
262 GLENWOOD ST.
P.O.BOX 1784
MOBILE, AL 36633

PAGE  36  OF    49
VOL

## BULK SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY
### EPA-600/M4-82-020

Client      : Prudential              Project Manager: B. Britain

Description: First Florida Tower 25th  Project Number : 05-6660-01
             Flr.

| BCM ID | SAMPLE ID | ANALYSIS DATE | ANALYST |
|---|---|---|---|
| 083192-0199.1 | FFT-09-030.1 | 9/01/92 | A. Williams |

**SAMPLE DESCRIPTION**
Homogeneous black tar mastic.

**TREATMENT METHOD**
1. Xylene
2.
3.

## ASBESTOS PRESENT

| Chrysotile | Amosite | Other | Other | Total |
|---|---|---|---|---|
| 5% | ND | ND | ND | 5% |

**NONASBESTOS FIBERS**

| | | | | | |
|---|---|---|---|---|---|
| 1. Fibrous Glass : ND | 3. Cellulose : 2-4% | 5. Other | : ND |
| 2. Syn. Fiber : ND | 4. Other : ND | 6. Other | : ND |

**NONFIBROUS COMPONENTS**

| | | | |
|---|---|---|---|
| 1. Filler/Binder : 86% | 4. Mica : ND | 7. Amphibole : ND |
| 2. Quartz : 2-4% | 5. Perlite : ND | 8. Styrofoam : ND |
| 3. Carbonate : TR | 6. Filter : ND | 9. Other : ND |

**COMMENTS**

None

NOTE: The reported results relate only to the material submitted
for testing. This report may not be used to claim product
endorsement by NVLAP or any agency of the Federal Government.

ANALYST SIGNATURE _Andrew Williams for W.i.l_      DATE _9/3/92_

BCM ENGINEERS, INC.          PAGE  37  OF     49
262 GLENWOOD ST.              VOL
P.O.BOX 1784
MOBILE, AL 36633

## BULK SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY
### EPA-600/M4-82-020

Client     : Prudential              Project Manager: B. Britain

Description: First Florida Tower 25th  Project Number : 05-6660-01
             Flr.

| BCM ID | SAMPLE ID | ANALYSIS DATE | ANALYST |
|--------|-----------|---------------|---------|
| 083192-0200 | FFT-10-031 | 9/01/92 | A. Williams |

SAMPLE DESCRIPTION                    TREATMENT METHOD
Homogeneous tan vinyl-like             1. THF
moulding.                              2.
                                       3.


## ASBESTOS PRESENT

| Chrysotile | Amosite | Other | Other | Total |
|------------|---------|-------|-------|-------|
| ND | ND | ND | ND | ND |

### NONASBESTOS FIBERS

| | | | | |
|--|--|--|--|--|
| 1. Fibrous Glass : ND | 3. Cellulose : TR | 5. Other | : ND |
| 2. Syn. Fiber    : ND | 4. Other     : ND | 6. Other | : ND |

### NONFIBROUS COMPONENTS

| | | | |
|--|--|--|--|
| 1. Filler/Binder : 45% | 4. Mica    : ND | 7. Amphibole : ND |
| 2. Quartz        : 2-4% | 5. Perlite : ND | 8. Styrofoam : ND |
| 3. Carbonate     : 50% | 6. Filter  : ND | 9. Other     : ND |

### COMMENTS

None


NOTE: The reported results relate only to the material submitted
      for testing. This report may not be used to claim product
      endorsement by NVLAP or any agency of the Federal Government.

ANALYST SIGNATURE _Andrew Williams_____          DATE _9/3/92_____

PIS 1031884

BCM ENGINEERS, INC.
262 GLENWOOD ST.
P.O.BOX 1784
MOBILE, AL 36633

PAGE 38 OF 49
VOL

**BULK SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY**
**EPA-600/M4-82-020**

Client      : Prudential          Project Manager: B. Britain

Description: First Florida Tower 25th   Project Number : 05-6660-01
             Flr.

| BCM ID | SAMPLE ID | ANALYSIS DATE | ANALYST |
|--------|-----------|---------------|---------|
| 083192-0200.1 | FFT-10-031.1 | 9/01/92 | A. Williams |

**SAMPLE DESCRIPTION**            **TREATMENT METHOD**
Homogeneous white and brown glue    1. Xylene
mastic.                             2.
                                    3.

**ASBESTOS PRESENT**

| Chrysotile | Amosite | Other | Other | Total |
|------------|---------|-------|-------|-------|
| ND | ND | ND | ND | ND |

**NONASBESTOS FIBERS**

| | | | |
|---|---|---|---|
| 1. Fibrous Glass : ND | 3. Cellulose : ND | 5. Other : ND |
| 2. Syn. Fiber : ND | 4. Other : ND | 6. Other : ND |

**NONFIBROUS COMPONENTS**

| | | |
|---|---|---|
| 1. Filler/Binder : 79% | 4. Mica : ND | 7. Amphibole : TR |
| 2. Quartz : 5% | 5. Perlite : ND | 8. Styrofoam : ND |
| 3. Carbonate : 15% | 6. Filter : ND | 9. Other : ND |

**COMMENTS**

None

NOTE: The reported results relate only to the material submitted
      for testing. This report may not be used to claim product
      endorsement by NVLAP or any agency of the Federal Government.

ANALYST SIGNATURE _Andrew William Wil_      DATE 9/3/92