II.   BUILDING SUMMARY

Our survey consisted of four components:

- Review of records, plans and specifications relative to the use of asbestos in the construction and/or renovation of the building;

- Inspection of materials throughout the building to identify material that may contain asbestos;

- Sampling of the suspect materials and appropriate laboratory analysis;

- Profile of locations and amounts of all confirmed asbestos-containing materials, documentation of circumstances which may cause or contribute to contamination and videotaping of these identified locations.

A.   INSPECTION PROFILE

All samples were analyzed by PLM (polarized light microscopy), the EPA-approved analytical method for bulk analysis.

(2)

PIS 6000127

| EVENT | SAMPLE LOCATION | CONCENTRATION AND TYPE | APPROXIMATE AMOUNT |
|-------|-----------------|------------------------|--------------------|
| 1 | 24th floor fire retardant | None detected | 18,500 sq. ft. |
| 2 | 23rd floor fire retardant | None detected | 18,500 sq. ft. |
| 3 | 22nd floor fire retardant | None detected | 18,500 sq. ft. |
| 4 | 21st floor fire retardant | None detected | 18,500 sq. ft. |
| 5 | 1st floor lowrise fire retardant | 10% Chrysotile | 15,390 sq. ft. |
| 6 | pipe elbows, suite 100 | None detected | 20 |
| 7 | 19th floor fire retardant | None detected | 18,500 sq. ft. |
| 8 | ceiling tile 24th floor office areas, hallways, 23rd floor reception and hallway, 23rd floor NW area, 22nd floor SW area, 22nd E area 21st SE half of building, 20th floor: suite 2000, 2010, 2030, 2044, 1944, 1960, 1902, S end of 19th floor, suite 1776, 1740, 1733, 1730; SE half of the 17th floor, suite 1701, 13th floor operations room, West half of 9th floor, suite 928, 920, 902, 960, 959, 920, 810, 812, 860, 840, 830, 700, 702, suite adjacent to 702, suites behind the elevator shaft of the 7th floor, suite 730, 733, 528, S end of the 5th floor, suite 535, 3rd floor men's room, 2nd floor IBM space, 2nd floor travel agent space, 1st floor cafeteria, suite 120B, 1st floor S side, and the hair salon | None detected | 58,580 sq. ft. |

PIS 6000128

| EVENT | SAMPLE LOCATION | CONCENTRATION AND TYPE | APPROXIMATE AMOUNT |
|-------|----------------|------------------------|--------------------|
| 9 | Pipe elbows located on floors 1-24 | None detected | 670 |
| 10 | Ceiling tile located in the 24th floor restrooms, also located in the 23rd floor E side, 22nd E side and hallway, 22nd floor restroom and kitchen, 22nd floor NW area, 21st floor hall, 21st floor NW half, 20th floor hall, 20th floor restrooms, 20th floor offices in suite 2000, 19th floor hallway 19th floor restroom, suite 1944, 18th floor restroom, 17th floor hallway, 16th, 15th, 14th, 13th, 12th floor restroom, 12th floor hall, 12th floor suite 1230, 12th cellular 1 suite; 11th, 10th, 9th, 8th floor restroom; 8th floor hallway, 7th floor hallway, 7th, 6th, 5th floor restroom and 5th floor hallway, 4th floor restroom, 3rd floor restroom, 2nd floor restroom, 1st floor restroom and the connecting areas between the 2nd floor | None detected | 39,300 sq. ft. |
| 11 | 18th floor fire retardant | None detected | 18,500 sq. ft. |
| 12 | 17th floor fire retardant | None detected | 18,500 sq. ft. |
| 13 | 16th floor fire retardant | None detected | 18,500 sq. ft. |
| 14 | 16th floor fire retardant | None detected | 18,500 sq. ft. |
| 15 | 1st floor IBM space of the lowrise, ceiling tile | None detected | 24,752 sq. ft. |
| 16 | Ceiling tile, room 150 of the lowrise | None detected | 5,880 sq. ft. |
| 17 | lowrise fire retardant | 10% Chrysotile | 15,390 sq. ft. |

PIS 6000129

| EVENT | SAMPLE LOCATION | CONCENTRATION AND TYPE | APPROXIMATE AMOUNT |
|---|---|---|---|
| 18 | 1st floor ceiling tile in IBM space, Suite 150, restroom, computer room, safety deposit box area, Room 111, the loan operations room on the 3rd floor, room 305, 3rd floor restrooms | None detected | 13,976 sq. ft. |
| 19 | Pipe elbows in the lowrise, 1st floor IBM space, commercial teller area, safety deposit area, computer room, E end of 1st floor hallway, 1st floor mechanical room, room 10, Northern IBM space, room 106, room 207, the bank area and 3rd NW area | None detected | 23 |
| 20 | Ceiling tile in lowrise in commercial teller area, hall by safety deposit area, board room, all hallways and connections on 1st floor, executive lounge, the restrooms, room 207, 2nd floor bank area, 2nd floor hallway, 2nd floor restrooms, the W stairwell, 3rd floor hallway and both stairwells | None detected | 27,100 sq. ft. |
| 21 | Ceiling tile in the lowrise, rooms 110 and 106 | None detected | 2,212 sq. ft. |
| 22 | fire retardant on the 2nd floor of the lowrise | 10% Chrysotile | 14,078 sq. ft. |
| 23 | Sprayed-on material in the Bank area | None detected | 2,000 sq. ft. |
| 24 | Ceiling tile 2nd floor of the bank area | None detected | 1,000 sq. ft. |
| 25 | Ceiling tile 3rd floor NW area | None detected | 3,280 sq. ft. |
| 26 | Lowrise 3rd floor fire retardant | 10% Chrysotile | 15,390 sq. ft. |
| 27 | Vinyl floor tile in the loan operations area 3rd floor | None detected | 36 sq. ft. |

PIS 6000130

| EVENT | SAMPLE LOCATION | CONCENTRATION AND TYPE | APPROXIMATE AMOUNT |
|---|---|---|---|
| 28 | 3rd floor IBM area ceiling tile | None detected | 6,480 sq. ft. |
| 29 | 1st floor employee lounge vinyl floor tile | None detected | 162 sq. ft. |
| 30 | vinyl floor tile 1st floor, IBM space N side and 1st floor IBM space S side | None detected | 12,624 sq. ft. |
| 31 | vinyl floor tile 1st floor IBM space N side | None detected | 3,676 sq. ft. |
| 32 | vinyl floor tile 1st floor IBM space breakroom | None detected | 112 sq. ft. |
| 33 | ceiling tile 24th floor reception area and president's office, 23rd floor office and 23rd E office | None detected | 2,428 sq. ft. |
| 34 | Ceiling tile 24th floor record area, center office of the 24th floor, 24th floor mailroom, E side, 24th floor Vice President's Office, 24th floor reception and waiting room, 2nd floor travel agent, Suite 201B, 203B and the 1st floor gift shop | None detected | 4,176 sq. ft. |
| 35 | Ceiling material 23rd floor meeting room | None detected | 400 sq. ft. |
| 36 | 22nd floor paper storage, room 164D, 2044, 1776, 14th floor telephone room, IBM mailroom, 13th floor breakroom, 13th floor operations room, 2nd floor travel agent, vinyl floor tile | None detected | 925 sq. ft. |
| 37 | Vinyl floor tile 21st floor data processing center | None detected | 840 sq. ft. |
| 38 | 20th floor fire retardant | None detected | 18,500 sq. ft. |

PIS 6000131

| EVENT | SAMPLE LOCATION | CONCENTRATION AND TYPE | APPROXIMATE AMOUNT |
|---|---|---|---|
| 39 | Ceiling tile 18th floor IBM spaces and halls, 14th floor IBM space and halls, 10th floor suite 510 and 810, 3rd floor IBM space, 164B | None detected | 63,648 sq. ft. |
| 40 | Vinyl floor tile 18th floor IBM space breakroom, 14th floor breakroom, 10th floor breakroom, and 3rd floor storage area | None detected | 695 sq. ft. |
| 41 | Ceiling tile 16th floor, 15th floor | None detected | 32,112 sq. ft. |
| 42 | Reception area of 16th and 15th floor, ceiling tile | None detected | 560 sq. ft. |
| 43 | 15th floor fire retardant | None detected | 500 sq. ft. |
| 44 | 15th floor of copy center vinyl floor tile | None detected | 150 sq. ft. |
| 45 | 14th floor fire retardant | None detected | 18,500 sq. ft. |
| 46 | 13th floor E hallway ceiling tile | None detected | 264 sq. ft. |
| 47 | 13th floor fire retardant | None detected | 18,500 sq. ft. |
| 48 | Suite 1230 Breakroom vinyl floor tile | None detected | 300 sq. ft. |
| 49 | 12th floor fire retardant | None detected | 18,500 sq. ft. |
| 50 | Ceiling tile, 11th and 4th floor IBM spaces and hallways | None detected | 33,028 sq. ft. |
| 51 | 11th floor E area vinyl floor tile | None detected | 78 sq. ft. |
| 52 | 11th floor fire retardant | None detected | 18,500 sq. ft. |
| 53 | 10th floor fire retardant | None detected | 500 sq. ft. |
| 54 | Suite 956 & 210 ceiling tile | None detected | 3,772 sq. ft. |
| 55 | 9th floor fire retardant | None detected | 18,500 sq. ft. |
| 56 | 8th floor fire retardant | None detected | 18,500 sq. ft. |

PIS 6000132

| EVENT | SAMPLE LOCATION | CONCENTRATION AND TYPE | APPROXIMATE AMOUNT |
|-------|-----------------|------------------------|---------------------|
| 57 | 7th floor fire retardant | None detected | 18,500 sq. ft. |
| 58 | 6th floor fire retardant | None detected | 18,500 sq. ft. |
| 59 | 5th floor fire retardant | None detected | 18,500 sq. ft. |
| 60 | Ceiling tile 5th floor W side | None detected | 228 sq. ft. |
| 61 | 4th floor fire retardant | None detected | 18,500 sq. ft. |
| 62 | 3rd floor fire retardant | None detected | 18,500 sq. ft. |
| 63 | 2nd floor fire retardant | None detected | 18,500 sq. ft. |
| 64 | Ceiling tile 2nd floor receptionist area and 1st floor reception area | None detected | 7,752 sq. ft. |
| 65 | 1st floor fire retardant | None detected | 18,500 sq. ft. |
| 66 | Basement fire retardant | None detected | 18,500 sq. ft. |

III.   PATTERNS AND ROUTES OF CONTAMINATION

A.   Material Disturbance Potential

Asbestos fibers can potentially contaminate the breathing zone of employees and occupants when asbestos-bearing building materials are disturbed. This disturbance or disruption can be caused by a number of factors which we evaluated through the inspection process. The criteria for analyzing the potential contamination include the following:

. Type of material (geologic formation of particle).

. Percent by weight of asbestos within a product.

. Condition of the product and the adhesion to the underlying substrate.

. The current material condition including any observed or potential deterioration due to its age, water damage, evidence of physical abrasion or damage from vandalism or any other cause.

. Evidence of debris on horizontal surfaces, i.e. top side of suspended ceiling panels, shelving, or other office equipment.

PIS 6000133

. The location of asbestos-containing materials within the context of the heating, ventilating, air conditioning (HVAC) system.

. The location of asbestos-containing materials within a given area and the activities conducted in the area which may be conducive to or contribute to building/breathing zone contamination.

B.  **Potential Points of Contamination in the Northwestern Financial Center**

Our inspection reveals that the most critial and extensive source of potential contamination exists due to the asbestos-containing fire retardant applied to the load-bearing structures above the suspended ceiling system in the 3-story lowrise. We have identified a number of activities/occurences which could potentially contaminate the breathing zone. They are as follows:

1.  Routine maintenance which necessitates the removal of the ceiling panels. These panels function as a barrier in keeping the material out of the general building environment. Maintenance which requires the removal of the ceiling panels includes but is not limited to the following:

    . Service or repair to HVAC piping which involves several hundred lineal feet per floor in addition to the control valves that require repair and replacement on a periodic basis.

    . Maintenance or servicing fluorescent lighting.

    . Maintenance or servicing fire protection system.

    . Maintenance or servicing electrical system.

    . Maintenance, servicing or alteration of existing supply air ducts.

    . Any other maintenance or servicing activities which would require the ceiling panels to be removed creating an avenue for contamination into the building (breathing zone), especially in conjunction with work which may abrade or disrupt the asbestos-bearing fire retardant.

2.  The potential for disturbance or disruption of the fire retardant by water exists primarily from the use of the air plenum chamber for the routing of HVAC system piping and control valves. Water damage to fire retardant materials can exacerbate material deterioation. It is possible that material disturbance could occur if a control valve failed and created a higher than normal pressure of escaping water, thus impacting the fire retardant material and weakening the constituents used to bind the asbestos fibers, creating subsequent deterioration.

PIS 6000134

3.  Normal building activities, mechanical vibration, restructuring
    of office configuration etc., can increase material deterioration
    and disruption.

4.  In addition to the above routes of contamination, the natural
    deterioration over time of material being released from the
    load-bearing structure results in debris on the ceiling panels
    and contributes to the above mentioned routes of contamination.
    Any of the above circumstances may create a path for this
    material to enter into the breathing zone of employees and occu-
    pants.
    x

## SUMMARY/COST ESTIMATE

In conclusion, the Northwestern Financial Center contains approximately
44,000 sq. ft. of spray-on asbestos-containing fire retardant.
This estimate does not include the parking garage area or suite 200
from which asbestos-containing fire retardant has been removed in the
last year.

The following is a cost estimate for removal and replacement of the
remaining asbestos-containing material in the building. Note that the
Institute has completed the initial survey but that response action
recommendations have not been developed yet; this removal cost estimate
was prepared at the building owner's request. Not included is the cost
of a 3rd party consultant to monitor the project (generally between 20%
and 30% of the cost of removal).

Please note that changes in the retail price of consumed materials, hourly
rates for abatement professionals and support, variance in the actual
amount of material affected, and the degree of difficulty in implementing
and executing abatement procedures will have an influence on cost. An
allowance for such conditions has been built in, but one or more
significantly different factors could skew costs beyond the currently
estimated range.

## FIRE RETARDANT - REMOVAL/REPLACEMENT*

| | |
|---|---|
| Removal of Asbestos Containing Fire Retardant and Post Encapsulation (44,000 sq. ft.) | $575,000.00 |
| Reapplication of Fire Retardant (44,000 sq. ft.) | $ 55,000.00 |
| TOTAL | $630,000.00 ⟵ |

*In addition to the cost of removal/replacement of the fire retardant, the
ceiling system and tile would also need to be removed and replaced as part of
the scope of work. The cost for the removal and replacement of the suspension
ceiling system and tile is estimated to be $130,200.00, bringing the cost of all
removal and replacement to $760,200.00, excluding monitoring fees.

PIS 6000135

Appendix H

# APPENDIX H

## EXCERPTS FROM INSTITUTE FOR ENVIRONMENTAL ASSESSMENT'S PLAN AND ESTIMATE FOR ENVIRONMENTAL MANAGEMENT AND ABATEMENT PROJECT COSTS, DATED DECEMBER 29, 1989



**INSTITUTE FOR ENVIRONMENTAL ASSESSMENT**

641 EAST MAIN STREET, ANOKA, MINNESOTA 55303

(612) 427-7670

1-(800) 233-9513

JOAN NEPHEW
EXECUTIVE DIRECTOR

December 29, 1989

Janice Sava Goldsmith
Vice President
Design and Construction
Zeller Realty Corporation
333 West Wacker Drive
Chicago, IL 60606

Dear Ms. Goldsmith:

In response to your request, the Institute for Environmental Assessment (IEA) has prepared the following plan and estimate for environmental management and abatement project costs for Northwestern Financial Center. The estimate includes a range for all consulting fees as well as a projected range for abatement services.

The plan and estimate were developed on the basis of our assessment of the asbestos-containing fine retendant within the Northwestern Financial Center.

IEA services will specifically include:

### Environmental Design and Specification Development

- Determination of the scope of the work and business considerations including insurance, bonding and liquidated damages.
- Development of project specifications.

### Specified Project Management

- Coordination of pre-bid and pre-construction conferences.
- Review of contractor submissions, references and qualifications.
- Document contractor compliance with EPA, OSHA and MPCA regulatory requirements.
- Insure contractor compliance with abatement specifications.
- Conduct and document pre-abatement, abatement and post-abatement air sampling.
- Document appropriate disposal of asbestos-containing waste.
- Conduct and document abatement and post-abatement inspections, monitoring contractor adherence to abatement and clearance specification criteria.
- Document and act as liaison between building owner and the abatement contractor for any requested deviations from the contract specifications.

*A Minnesota Corporation*

. Submit final project report to Zeller Realty Corporation and any other interested party at the request and authorization of Zeller Realty Corporation.

Laboratory Analysis

. Archive and maintain all project samples and documentation including schedules for air sampling, sampling strategies and results of all laboratory analysis.

In the absence of project specifications which clearly define the project hours and workdays, IEA has projected both the project duration and project hours based on our understanding of the scope of the work involving the removal of asbestos-containing fine retendent. If project hours and workdays deviate from these estimates, the fee for our services will be prorated.

IEA's projected costs for the above services are as follows:

| Phase I  (6164 SF) | Project Duration of 10-14 days One 10 hour shift | | | |
|---|---|---|---|---|
| Specified Project Management | $ | 6,100 | - $ | 8,540 |
| Laboratory Analysis:  6 background air samples, 6 air samples per day (during removal) and 6 clearance air samples/ 7 or 13 clearance air samples | $ | 1,350 | - $ | 2,075 |
| Travel Expenses | $ | 220 | - $ | 300 |
| MN Department of Health Fee (1%) (including Project Management and Laboratory Analysis) | $ | 77 | - $ | 110 |
| Administrative Fee (15%) excluding Environmental Design and Specification Development and Travel Expenses | $ | 1,160 | - $ | 1,654 |
| TOTAL | $ | 8,900 | - $ | 12,680 |

Removal costs are projected as follows:

| Removal Range | $ | 52,000 | - $ | 57,000 |
|---|---|---|---|---|
| TOTAL ESTIMATED PHASE I COST | $ | 60,900 | - $ | 69,680 |

2

2

Phase II  (13,309 SF)                     Project Duration of
                                          15-20 days
                                          One 10 hour shift

| | | | | |
|---|---|---|---|---|
| Specified Project Management | $ | 9,150 | - $ | 12,200 |
| Laboratory Analysis: 6 background air samples, 6 air samples per day (during removal) and 6 clearance air samples/ 7 or 13 clearance air samples | $ | 2,400 | - $ | 3,225 |
| Travel Expenses | $ | 325 | - $ | 430 |
| MN Department of Health Fee (1%) (including Project Management and Laboratory Analysis) | $ | 120 | - $ | 160 |
| Administrative Fee (15%) excluding Environmental Design and Specification Development and Travel Expenses | $ | 1,800 | - $ | 2,400 |
| TOTAL | $ | 13,800 | - $ | 18,400 |

Removal costs are projected as follows:

| | | | | |
|---|---|---|---|---|
| Removal Range | $ | 100,300 | - $ | 111,500 |
| TOTAL ESTIMATED PHASE II COST | $ | 114,100 | - $ | 129,900 |

Phase III  (3527 SF)                      Project Duration of
                                          7-10 days
                                          One 10 hour shift

| | | | | |
|---|---|---|---|---|
| Specified Project Management | $ | 4,270 | - $ | 6,100 |
| Laboratory Analysis: 6 background air samples, 6 air samples per day (during removal) and 6 clearance air samples/ 7 or 13 clearance air samples | $ | 1,280 | - $ | 1,825 |
| Travel Expenses | $ | 150 | - $ | 220 |
| MN Department of Health Fee (1%) (including Project Management and Laboratory Analysis) | $ | 57 | - $ | 80 |
| Administrative Fee (15%) excluding Environmental Design and Specification Development and Travel Expenses | $ | 863 | - $ | 1,235 |
| TOTAL | $ | 6,620 | - $ | 9,460 |

3

Removal costs are projected as follows:

| | | | | |
|---|---|---|---|---|
| Removal Range | $ | 28,890 | - $ | 32,130 |
| TOTAL ESTIMATED PHASE III COST | $ | 35,510 | - $ | 41,590 |

*IV TOTAL   27360 SF*

**Phase IV A**  _____ Project Duration of
15-20 days
One 10 hour shift

| | | | | |
|---|---|---|---|---|
| Specified Project Management | $ | 9,150 | - $ | 12,200 |
| Laboratory Analysis:  6 background air samples, 6 air samples per day (during removal) and 6 clearance air samples/ 7 or 13 clearance air samples | $ | 2,400 | - $ | 3,225 |
| Travel Expenses | $ | 325 | - $ | 430 |
| MN Department of Health Fee (1%) (including Project Management and Laboratory Analysis) | $ | 120 | - $ | 160 |
| Administrative Fee (15%) excluding Environmental Design and Specification Development and Travel Expenses | $ | 1,800 | - $ | 2,400 |
| TOTAL | $ | 13,800 | - $ | 18,400 |

**Phase IV B**  _____ Project Duration of
10-15 days
One 10 hour shift

| | | | | |
|---|---|---|---|---|
| Specified Project Management | $ | 6,100 | - $ | 9,150 |
| Laboratory Analysis:  6 background air samples, 6 air samples per day (during removal) and 6 clearance air samples/ 7 or 13 clearance air samples | $ | 1,700 | - $ | 2,525 |
| Travel Expenses | $ | 220 | - $ | 325 |
| MN Department of Health Fee (1%) (including Project Management and Laboratory Analysis) | $ | 80 | - $ | 120 |
| Administrative Fee (15%) excluding Environmental Design and Specification Development and Travel Expenses | $ | 1,220 | - $ | 1,820 |
| TOTAL | $ | 9,320 | - $ | 13,940 |

4

Phase IV C _____    Project Duration of
                                                  10-15 days
                                                  One 10 hour shift

| | | | | |
|---|---|---|---|---|
| Specified Project Management | $ | 6,100 | - $ | 9,150 |
| Laboratory Analysis: 6 background air samples, 6 air samples per day (during removal) and 6 clearance air samples/ 7 or 13 clearance air samples | $ | 1,700 | - $ | 2,525 |
| Travel Expenses | $ | 220 | - $ | 325 |
| MN Department of Health Fee (1%) (including Project Management and Laboratory Analysis) | $ | 80 | - $ | 120 |
| Administrative Fee (15%) excluding Environmental Design and Specification Development and Travel Expenses | $ | 1,220 | - $ | 1,820 |
| TOTAL | $ | 9,320 | - $ | 13,940 |

Removal costs are projected as follows:

| | | | | |
|---|---|---|---|---|
| Removal Range | $ | 220,000 | - $ | 244,000 |
| TOTAL EST. PHASE IV A,B,C COST | $ | 252,440 | - $ | 290,280 |

Phase V   (4014 SF) _____    Project Duration of
                                                  7-10 days
                                                  One 10 hour shift

| | | | | |
|---|---|---|---|---|
| Specified Project Management | $ | 4,270 | - $ | 6,100 |
| Laboratory Analysis: 6 background air samples, 6 air samples per day (during removal) and 6 clearance air samples/ 7 or 13 clearance air samples | $ | 1,280 | - $ | 1,825 |
| Travel Expenses | $ | 150 | - $ | 220 |
| MN Department of Health Fee (1%) (including Project Management and Laboratory Analysis) | $ | 57 | - $ | 80 |
| Administrative Fee (15%) excluding Environmental Design and Specification Development and Travel Expenses | $ | 863 | - $ | 1,235 |
| TOTAL | $ | 6,620 | - $ | 9,460 |

5

Removal costs are projected as follows:

| | | | |
|---|---|---|---|
| Removal Range | $ 20,260 | - $ | 22,460 |
| TOTAL ESTIMATED PHASE V COST | $ 26,880 | - $ | 31,920 |

Phase VI  *(4000 SF)*                    Project Duration of
7-10 days
One 10 hour shift

| | | | |
|---|---|---|---|
| Specified Project Management | $ 4,270 | - $ | 6,100 |
| Laboratory Analysis: 6 background air samples, 6 air samples per day (during removal) and 6 clearance air samples/ 7 or 13 clearance air samples | $ 1,280 | - $ | 1,825 |
| Travel Expenses | $ 150 | - $ | 220 |
| MN Department of Health Fee (1%) (including Project Management and Laboratory Analysis) | $ 57 | - $ | 80 |
| Administrative Fee (15%) excluding Environmental Design and Specification Development and Travel Expenses | $ 863 | - $ | 1,235 |
| TOTAL | $ 6,620 | - $ | 9,460 |

Removal costs are projected as follows:

| | | | |
|---|---|---|---|
| Removal Range | $ 43,850 | - $ | 48,730 |
| TOTAL ESTIMATED PHASE VI COST | $ 50,470 | - $ | 58,190 |

| Phase VII A | Project Duration of 15-20 days One 10 hour shift | | |
|---|---|---|---|
| Specified Project Management | $ 9,150 | - | $ 12,200 |
| Laboratory Analysis: 6 background air samples, 6 air samples per day (during removal) and 6 clearance air samples/ 7 or 13 clearance air samples | $ 2,400 | - | $ 3,225 |
| Travel Expenses | $ 325 | - | $ 430 |
| MN Department of Health Fee (1%) (including Project Management and Laboratory Analysis) | $ 120 | - | $ 160 |
| Administrative Fee (15%) excluding Environmental Design and Specification Development and Travel Expenses | $ 1,800 | - | $ 2,400 |
| TOTAL | $ 13,800 | - | $ 18,400 |

Removal costs are projected as follows:

| Removal Range | $ 119,100 | - | $ 132,560 |
|---|---|---|---|
| TOTAL ESTIMATED PHASE VII A COST | $ 132,900 | - | $ 150,960 |

| Phase VII B | Project Duration of 10-14 days One 10 hour shift | | |
|---|---|---|---|
| Specified Project Management | $ 6,100 | - | $ 8,54( |
| Laboratory Analysis: 6 background air samples, 6 air samples per day (during removal) and 6 clearance air samples/ 7 or 13 clearance air samples | $ 1,350 | - | $ 2,07 |
| Travel Expenses | $ 220 | - | $ 3( |
| MN Department of Health Fee (1%) (including Project Management and Laboratory Analysis) | $ 77 | - | $ 1 |
| Administrative Fee (15%) excluding Environmental Design and Specification Development and Travel Expenses | $ 1,160 | - | 1,6 |
| TOTAL | $ 8,900 | - | $ 12,6 |

7

Removal costs are projected as follows:

| | | | | |
|---|---|---|---|---|
| Removal Range | $ | 45,700 | - $ | 50,900 |
| TOTAL ESTIMATED PHASE VII B COST | $ | 54,600 | - $ | 63,580 |

| Phase VIII | | Project Duration of 20-25 days One 10 hour shift | | |
|---|---|---|---|---|
| Specified Project Management | $ | 12,200 | - $ | 15,250 |
| Laboratory Analysis: 6 background air samples, 6 air samples per day (during removal) and 6 clearance air samples/ 7 or 13 clearance air samples | $ | 3,100 | - $ | 3,925 |
| Travel Expenses | $ | 450 | - $ | 550 |
| MN Department of Health Fee (1%) (including Project Management and Laboratory Analysis) | $ | 160 | - $ | 200 |
| Administrative Fee (15%) excluding Environmental Design and Specification Development and Travel Expenses | $ | 2,390 | - $ | 3,000 |
| TOTAL | $ | 18,300 | - $ | 23,000 |

Removal costs are projected as follows:

| | | | | |
|---|---|---|---|---|
| Removal Range | $ | 242,500 | - $ | 270,000 |
| TOTAL ESTIMATED PHASE VIII COST | $ | 260,800 | - $ | 293,000 |

| Phase IX | Project Duration of 7-10 days One 10 hour shift | | | |
|---|---|---|---|---|
| Specified Project Management | $ | 4,270 | - $ | 6,100 |
| Laboratory Analysis: 6 background air samples, 6 air samples per day (during removal) and 6 clearance air samples/ 7 or 13 clearance air samples | $ | 1,280 | - $ | 1,825 |
| Travel Expenses | $ | 150 | - $ | 220 |
| MN Department of Health Fee (1%) (including Project Management and Laboratory Analysis) | $ | 57 | - $ | 80 |
| Administrative Fee (15%) excluding Environmental Design and Specification Development and Travel Expenses | $ | 863 | - $ | 1,235 |
| TOTAL | $ | 6,620 | - $ | 9,460 |

Removal costs are projected as follows:

| | | | | |
|---|---|---|---|---|
| Removal Range | $ | 42,300 | - $ | 47,000 |
| TOTAL ESTIMATED PHASE IX COST | $ | 48,920 | - $ | 56,460 |

| | | | | |
|---|---|---|---|---|
| Environmental Design and Specification Development | to be negotiated | *$20,000* | | |
| | | | | *per J. Schward* |
| TOTAL ESTIMATED PROJECT COST | $ 1,037,520 | - $ 1,185,560 | | |
| | | *1,205,520* | | |

All IEA costs are based on one full-time monitor and a percentage of time for project management, executive adminstration and support staff.

All removal costs are based on average contractor rates for this area.

Please note that these costs are based on the assumption that the work will occur during the non premium hours. Staff time will be billed at 1.5 times normal rates for premium hours (evenings and weekends).

Please do not hesitate to contact me if you have any questions or require further information.

Sincerely,-

Cary Hernandez
Senior Project Manager

CH\yanw5

10

EASTDIL

Abated Areas

# NORTHWESTERN FINANCIAL CENTER
## Low Rise - Floor 1

SUITE 145
1355 SF (L)

SUITE 130A
SF (L)

SUITE
3046 SF (L)

SUITE 111
802 SF (L)

PHASE VII
SUITE 100
15494 SF (L)

PHASE II

PHASE II

SUITE 158
86 SF (L)

SUITE 110
SF (L)

SUITE 180
2030 SF (L)

SUITE 170
6296 SF (L)

PHASE

PHASE VII

Grid references: 2, 3, 4, 5, 6, 7, 8, 9, 10, 11

A, B, C, D, E



EASTDIL

NORTHWESTERN FINANCIAL CENTER
Low Rise - Floor 2

Abated Areas



EASTDIL

NORTHWESTERN FINANCIAL CENTER
Low Rise · Floor 3

PHASE VIII

SUITE 310
32258 SF OLD

443 SF
OLD

SUITE 300
19943 SF NEW

Temporary
build out
space

PHASE IX

Abated Areas

Appendix 1

# APPENDIX I

## SIDE LETTER TO PURCHASE AND SALE AGREEMENT

August 22, 1991

Zeller-Minnesota Limited Partnership
c/o Zeller Realty Corporation
333 West Wacker Drive
Suite 2050
Chicago, Illinois 60606

            Re:    IP 942
                   Northwestern Financial Center
                   Bloomington, Minnesota

Gentlemen:

As you are aware, we entered into a Purchase and Sale Agreement ("Contract") with Zeller Realty Corporation ("Zeller Realty") for the sale of the property located at 7900 Xerxes Avenue South, Bloomington, Minnesota, commonly known as Northwestern Financial Center (the "Property"). All of Zeller Realty's right, title and interest in and to the Contract have been assigned to you pursuant to the terms of an Assignment of Contract for Purchase and Sale dated August 22, 1991.

The $19,812,000.00 purchase price for the Property provided in the Contract shall be reduced by $3,012,000.00 to $16,800,000.00 through a credit at closing for certain asbestos related and capital improvement and repair related price discounts. The amount of the reduction of the purchase price on account of the presence of asbestos containing material and to offset any additional expenses directly related to asbestos maintenance or abatement totals $1,871,560.00. The amount of the reduction on account of capital improvements and other property repairs totals $1,141,440.00.

If you agree with the provisions of this letter, please so indicate below.

Very truly yours,

THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA, a New Jersey corporation

By: _____
    Its:  VICE PRESIDENT

The provisions of this letter are accepted:

ZELLER-MINNESOTA LIMITED PARTNERSHIP,
an Illinois limited partnership

By: _____
    Its: _____

PIS 6005161

Appendix J

# APPENDIX J

## UNIPRO CONSTRUCTION COMPANY'S BUDGET ESTIMATE IN SUPPORT OF ASBESTOS ABATEMENT



**UNIPRO**
**CONSTRUCTION**
**COMPANY**

January 5, 1990

Ms. Janice Sava Goldsmith
Zeller Realty Corporation
333 W. Wacker Drive
Suite 2050
Chicago, IL  60606

RE:  Northwestern Financial Center
     Bloomington, Minnesota

Dear Janice:

Attached is a revised preliminary budget estimate for work at the
Northwestern Financial Center.  In response to your comments
regarding our first submittal, we were able to obtain more
accurate drawings of this facility, and also spent extensive time
reviewing the on-site conditions.  As you will note, the cost for
all phases have been increased somewhat, but in particular, in
phase IV which you had pointed out is a very complicated space.
The complicated nature of this space was overlooked on our first
review of the work required in this area.

Should you need additional information, or would like to discuss
this preliminary budget estimate in further detail, please do not
hesitate to contact me at (612) 893-8821.

Sincerely,

Bruce W. Palmer (8821)
Vice President

BWP/lrl

PIS 6004473

JAN  5 '92 15:51    UNITED PROPERTIES .              PAGE.02



**UNIPRO
CONSTRUCTION
COMPANY**

### NORTHWESTERN FINANCIAL CENTER
### BLOOMINGTON, MINNESOTA
### PRELIMINARY BUDGET ESTIMATE

* Build out Suite 350 as temporary
  relocation space - 8,000 s.f. @ $15.00
  per square foot.                                $120,000.00

* **PHASE I - 6,164 s.f.**

  General Cleaning and Labor             $  1,500.00
  Dumpster                                    500.00
  Fire Proofing                             3,000.00
  Lighting                                  9,500.00
  Ceilings                                 ·15,000.00
  Wall Finishes                            10,000.00

  Subtotal:                              $ 39,500.00

* **PHASE II - 13,309 s.f.**

  General Cleaning and Labor             $  3,000.00
  Dumpster                                  1,000.00
  Fire Proofing                             5,000.00
  Lighting                                 20,000.00
  Ceilings                                 30,000.00
  Wall Finishes                            29,000.00

  Subtotal:  ·                           $ 88,000.00

* **PHASE III - 3,527 s.f.**

  General Cleaning and Labor             $  1,000.00
  Dumpster                                    500.00
  Fire Proofing                             2,000.00
  Lighting                                  6,000.00
  Ceilings                                . 8,000.00
  Wall Finishes                            12,200.00

  Subtotal:                              $ 29,700.00

PIS 6004474

NORTHWESTERN FINANCIAL CENTER
PRELIMINARY BUDGET ESTIMATE
PAGE 2

* PHASE IV - 27,360 s.f.

| | |
|---|---|
| General Cleaning and Labor | $ 18,000. |
| Dumpster | 4,000.00 |
| Fire Proofing | 17,000.00 |
| Lighting | 56,000.00 |
| Ceilings and Gypsum Board Soffits | 77,000.00 |
| Wall Finishes | 45,000.00 |
| Temporary Partitions | 5,000.00 |
| Furniture Protection | 15,000.00 |
| Wood Covered Columns | 10,000.00 |
| Subtotal: | $247,000.00 |

* PHASE V - 4,014 s.f.

| | |
|---|---|
| General Cleaning and Labor | $ 1,000.00 |
| Dumpster | 500.00 |
| Fire Proofing | 2,000.00 |
| Lighting | 7,000.00 |
| Ceilings | 9,300.00 |
| Wall Finishes | 8,000.00 |
| Subtotal: | $ 27,800.00 |

* PHASE VI - 4,000 s.f.

| | |
|---|---|
| General Cleaning and Labor | $ 1,000.00 |
| Dumpster | 500.00 |
| Fire Proofing | 2,000.00 |
| Lighting | 7,000.00 |
| Ceilings | 9,300.00 |
| Wall Finishes | 8,000.00 |
| Subtotal: | $ 27,800.00 |

* PHASE VII - 21,727 s.f.

| | |
|---|---|
| Fire Proofing | $ 8,000.00 |
| General Cleaning and Labor | 1,000.00 |
| Dumpster | 500.00 |
| Subtotal: | $ 9,500.00 |

PIS 6004475

NORTHWESTERN FINANCIAL CENTER
PRELIMINARY BUDGET ESTIMATE
PAGE 3

* <u>PHASE VIII - 33,258 s.f.</u>

| | |
|---|---:|
| Fire Proofing | $ 12,000.00 |
| General Cleaning and Labor | 1,500.00 |
| Dumpster | 500.00 |
| Subtotal: | $ 14,000.00 |

* <u>PHASE IX - 4,000 s.f.</u>

| | |
|---|---:|
| Fire Proofing | $ 2,000.00 |
| General Cleaning and Labor | 500.00 |
| Subtotal: | $ 2,500.00 |

| | |
|---|---:|
| TOTAL: | $605,800.00 |
| OVERHEAD AND FEE: | 60,200.00 |
| GRAND TOTAL: | $666,000.00 |

JSH/lrl
1/5/90

PIS 6004476

**Halliwell Back-Up to Northwestern Financial Center**

**Date**                                     **Description**

**Survey N.F.C.**

7/15/86          Asbestos Survey Report prepared by BCM Converse, Inc.

5/88             Inspection Profile, Northwestern Financial Center prepared by the
                 Institute for Environmental Assessment

8/5/88           Asbestos and Public Health Concerns for Northwestern Financial Center
                 prepared by the Institute for Environmental Assessment

5/20/88          Northwestern Financial Center Bulk Sampling Analysis Forms and Chain
                 of Custody Forms prepared by the Institute for Environmental Assessment

12/29/89         Letter from the Institute for Environmental Assessment to Zeller Realty
                 re: plan and estimate for environmental management and abatement
                 project costs for Northwestern Financial Center

**Drawings/File Plans**

                 Floor Plans and drawings for Northwestern Financial Center

**Operations & Maintenance Plans**

3/89             Operations and Maintenance Plan for the Northwestern Financial Center
                 prepared by the Institute for Environmental Assessment

                 Procedures Manual for the Northwestern Financial Center prepared by the
                 Institute for Environmental Assessment

5/5/89           United Properties letter to IBM re: asbestos management and abatement
                 program being implemented at the Northwestern Financial Center

**Parking Garage Cost File**

8/28/87          NPI Purchase Order to Metco Asbestos Abatement Contractors for
                 removal of asbestos material from 3-story underground garage - $148,350

8/26/87          NPI Purchase Order to the Institute for Environmental Assessment for
                 consultation work done regarding removing asbestos in 3-story
                 underground garage - $15,525

| Date | Description |
|------|-------------|
| 9/18/87 | Application and Certificate of Payment for Metco - $148,350 payment due |
| 8/18/87 | Metco letter to NPI re: price quote for removal and replacement of asbestos in underground garage |
| 8/17/87 | Institute for Environmental Assessment letter to NPI re: estimated project cost for abatement of fireproofing in basement garage |
| 9/15/87 | Institute for Environmental Assessment letter to NPI re: time and material rates for asbestos abatement project |
| 10/15/87 | Institute for Environmental Assessment letter to NPI enclosing invoice for asbestos abatement project – removal of fireproofing materials |
| 9/11/87 | NPI letter to Prudential re: estimated cost of work for asbestos removal – Northwestern Financial Center |

**Parking Garage Project File**

| | |
|------|-------------|
| 3/29/89 | Institute for Environmental Assessment letter to United Properties re: removal of asbestos-containing fireproofing in the NFC garage area |
| | Manhour schedule -- 8/29-9/15 |
| 9/3/87 | Institute for Environmental Assessment letter to Prudential re: Insurance Certificate and Security Schedule |
| 8/28/88 | Handwritten notes re: removal of asbestos |
| 9/3/87 | NPI letter to Institute for Environmental Assessment re: NFC Asbestos Abatement Electrical Requirements |
| 9/3/87 | Prudential memo to Institute for Environmental Assessment re: construction work in 3-story building underground parking |
| 8/28/87 | NPI letter to Metco re: 2-day extension on Proposal |
| 9/10/87 9/17/87 | Institute for Environmental Assessment letters to Prudential, NPI re: NFC Parking Ramp Abatement Project – 8/29/87 to 9/8/87, 9/9/87 to 9/16/87 |
| 9/17/87 | NPI memo re: Flood Repairing and Asbestos Removal |

2

| Date | Description |
|------|-------------|
| 9/21/87 | NPI letter to Prudential re: Asbestos Removal Northwestern Financial Center |
| 9/24/87 | NPI memo re: Asbestos Removal at NFC |
| 8/17/87 | NPI memo re: Flood Damage Repairs at Northwestern Financial Center |
| | Final Report – Northwestern Financial Center/Normandale Properties Abatement of Asbestos-Containing Sprayed-On Fireproofing prepared by the Institute for Environmental Assessment |
| 10/26/87 | Institute for Environmental Assessment Addendum to NFC Abatement Project |
| 8/17/87 | Institute for Environmental Assessment letter to NPI re: estimated project cost for abatement of fireproofing in basement garage |
| | Specification of Asbestos Abatement for Northwestern Financial Center/ Normandale Properties |
| 3/29/89 | Institute for Environmental Assessment letter to United Properties re: removal of asbestos-containing fireproofing in the NFC garage |

**Suite 200 IBM Cost File**

| Date | Description |
|------|-------------|
| 3/30/88 | Application and Certificate for Payment for Metco - $48,279 current payment due |
| 4/7/88 | Application and Certificate for Payment for Metco - $11,941 current payment due |
| 5/25/88 | Institute for Environmental Assessment Invoice #11027 in the amount of $25,283 and Invoice #11019 in the amount of $12,500 |
| 2/4/88 | Institute for Environmental Assessment letter to United Properties re: estimated project cost for abatement of fireproofing in IBM office space |
| 8/16/88 | Prudential letter requesting authorization to expend money for asbestos abatement |
| 2/4-11/88 | Metco letters to United Properties re: Add-ons to original quotation |

3

| **Date** | **Description** |
|---|---|
| | **Suite IBM Project File** |
| | Specification for Asbestos Abatement for Area Renovation – Northwestern Financial Center |
| 6/9/88 | Final Report – Northwestern Financial Center Suite 200 prepared by the Institute for Environmental Assessment |
| 12/1/88 | Institute for Environmental Assessment letter to Prudential enclosing air sampling and laboratory analysis results for the Northwestern Financial Center |
| 2/25/88 | Minutes of Pre-Construction Meeting – 2/24/88 |
| | IBM Corporation Real Estate and Construction Division Asbestos Procedures and Construction Specifications |
| | Diagram: Typical Floor Plan 3rd through 13th Floor |
| 11/19/86 | NPI letter to Prudential enclosing information regarding asbestos problems at NFC |
| | **O&M Survey Cost File** |
| 10/9/87 | NPI Purchase Order to the Institute for Environmental Assessment for gathering samples of fire materials from 3-story |
| 8/16/88 | Institute for Environmental Assessment Invoice No. 11305 in the amount of $12,500 |
| 12/2/87 | BCM Converse letter to NPI re: Asbestos Related Operations & Maintenance Programs |
| | Handwritten Notes |
| 11/25/87<br>10/19/87 | Institute for Environmental Assessment letters to NPI re: proposal for O&M Program |
| 11/19/87 | NPI letter to Critical Waste Control requesting proposal for O&M program |

4

| **Date** | **Description** |
|---|---|
| | **Deduct File** |
| | Specification of Asbestos Abatement for Area Renovation Northwest Financial Center |
| 10/26/87 | Institute for Environmental Assessment Addendum to NFC Abatement Project |
| | **Respray** |
| 4/26/88 | Grace letter to United Properties re: Retro-Guard RG Fireproofing |
| | **NW Financial 3rd Floor NW Corner Project** |
| 12/14/89 | United Properties memo re: Asbestos Abatement |
| 9/25/90 | Institute for Environmental Assessment letter to Prudential enclosing updated asbestos removal costs |
| | Final Report Asbestos Abatement of Fireproofing, Northwest Financial Center |
| | Prudential Asbestos Removal Costs, Removal & Replacement Only |
| | Document entitled Response Stages |
| | **3rd Floor Project File** |
| 8/27/91 | Northwestern Financial Center Third Floor Asbestos Abatement Project Manual prepared by the Institute for Environmental Assessment |
| 1/8/92 | Final Report – NFC -- Third Floor, Phase 1 prepared by the Institute for Environmental Assessment |
| | **NW Financial Purchase & Sales Agreements** |
| | Property Sale Proposal – Northwestern Financial |
| 8/22/91 | Purchase and Sale Agreement between Prudential and Zeller Realty |
| 8/22/91 | Prudential letter to Zeller – Minnesota Limited Partnership re: reduction in purchase price for asbestos-related and capital improvement and repair related price discounts |

| Date | Description |
|------|-------------|
| | Sale of Real Estate Developed for Investment – Northwestern Financial Center |
| 12/29/89 | Institute for Environmental Assessment letter to Zeller Realty re: plan and estimate for environmental management and abatement project costs for the Northwestern Financial Center |
| 4/23/91 | Prudential letter to Zeller Realty setting forth general terms and conditions of the sale of Northwestern Financial Center |
| 1/10/90 | Prudential letter to Zeller Realty re: Northwestern Financial Center Property Request for Sale Price Reduction |

**NW Financial Inspection**

Photos and Halliwell Photo Log

3251208.01

# EXHIBIT D

Northwest Financial Center
Bloomington, MN.
(W.R. Grace)

TABLE 2

## Summary of Asbestos Fireproofing Removal and Replacement Net Costs Prior to Building Sale

| | Parking Garage | Suite 200/IBM | TOTALS |
|---|---|---|---|
| **PROJECT INFORMATION** | | | |
| Asbestos Abatement Dates | 08/87–09/87 | 03/88–04/88 | |
| Asbestos Abatement Contractor | Metco Inc. | Metco Inc. | |
| Asbestos Abatement Consultant | Inst Env. Assess. | Inst Env. Assess. | |
| Project Floor Area (square feet) | 44,181 | 10,000 | 54,181 |
| **GROSS ABATEMENT PROJECT COSTS (1)** | | | |
| Asbestos Abatement Contractor | $145,383.00 | $60,220.00 | $205,603.00 |
| Asbestos Abatement Consultant | 24,420.70 | 25,283.00 | 49,703.70 |
| Miscellaneous | 0.00 | 0.00 | 0.00 |
| Total Gross Abatement Project Costs | $169,803.70 | $85,503.00 | $255,306.70 |
| Total Cost per square foot of floor area | $3.84 | $8.55 | $4.71 |
| **DEDUCTIONS FOR NON FIREPROOFING** | | | |
| **PROJECT COSTS (NON FP)** | | | |
| Vinyl Asbestos Floor Tile (VAT) Removal (2) | $0.00 | $0.00 | $0.00 |
| Thermal System Insulation (TSI) Removal (3) | 2,000.00 | 0.00 | 2,000.00 |
| Miscellaneous Project Cost Deductions (4) | 0.00 | 0.00 | 0.00 |
| Total Project Deductions | $2,000.00 | $0.00 | $2,000.00 |
| **CONTAMINATED BUILDING** | | | |
| **COMPONENT REPLACEMENT COSTS (5)** | | | |
| Ceilings | $0.00 | $0.00 | $0.00 |
| Light Fixtures | 0.00 | 0.00 | 0.00 |
| Ductwork | 0.00 | 0.00 | 0.00 |
| Total Contaminated Bldg. Component | | | |
| Replacement Cost | $0.00 | $0.00 | $0.00 |
| **TOTAL NET PROJECT COSTS** | $167,803.70 | $85,503.00 | $253,306.70 |
| **Total Net Project Costs Per Square Foot of Floor Area** | $3.80 | $8.55 | $4.68 |

Notes:

(1) Refer to Table 3 for detailed listing of Gross Abatement Project Costs.
(2) No VAT removal required by project documents, therefore deduct = $0.
(3) Refer to Table 3 for listing of TSI Project Cost Deductions.
(4) No Miscellaneous Project Cost Deductions, therefore deduct = $0.
(5) Refer to Table 5 for costs not included in this report.

Northwest Financial Center
Bloomington, MN
(W.R. Grace)

## TABLE 3

### Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor No. | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| Parking Garage | Metco Inc. | App #1 | 9/18/87 | $148,350.00 | | Asbestos abatement & respray/Original Contract Sum. |
| Parking Garage | Metco Inc. | | | 3,400.00 | | CO#1: Additional cost of fireproofing. |
| Parking Garage | Metco Inc. | | | 2,000.00 | x | CO#2: Heat exchanger tank insulation removal and replacement. TSI deduct = $2,000.00 |
| Parking Garage | Metco Inc. | | | (2,400.00) | | CO#3: Damage to electrical circuit board. |
| Parking Garage | Metco Inc. | | | (3,000.00) | | CO#4: Penalty on completion of Contract – 3 day overrun ($1,000 per day). |
| Parking Garage | Metco Inc. | | | (2,967.00) | | 2% discount – invoice paid within 10 days. |
| | | Contractor Subtotal = | | $145,383.00 | | |
| Parking Garage | I.E.A. | 9736 | 10/14/87 | $24,420.70 | | Project design and project management. |
| | | Consultant Subtotal = | | $24,420.70 | | |
| | Gross Abatement Project Costs = | | | $169,803.70 | | Total TSI deduct = $2,000.00 (Deducted on Table 2). |

Northwest Financial Center
Bloomington, MN
(W.R. Grace)

TABLE 3

**Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale**

| Floor No. | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| Suite 200/IBM | Metco Inc. | App #1 | 3/30/88 | $48,279.00 | | Asbestos abatement. |
| Suite 200/IBM | Metco Inc. | App #2 | 4/7/88 | 11,941.00 | | Asbestos abatement. |
| | | Contractor Subtotal= | | $60,220.00 | | Total Contract Value = $53,620 (P.O.) + $6,600 (C.O.'s) = $60,220<br>CO #1 = $4,700 : Remove and replace styrofoam insulation<br>CO #2 = $1,900 : Respray styrofoam insulation |
| Suite 200/IBM | I.E.,. | 11027 | 5/25/88 | $25,283.00 | | Design, consulting monitoring and laboratory services. |
| | | Consultant Subtotal= | | $25,283.00 | | |
| | Gross Abatement Project Costs = | | | $85,503.00 | | |

Northwest Financial Center
Bloomington, MN
(W.R. Grace)

TABLE 4

**Detailed Costs for Completed Asbestos Fireproofing In-Place Management Projects Prior to Building Sale**

| Floor No. | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | M | Description |
|---|---|---|---|---|---|---|---|
|  | Inst. Env. Assessment | 9742 | 11/11/87 | $96.40 |  |  | Inspection and samples of fire material from 3-story building. |
|  | Inst. Env. Assessment | 11305 | 8/16/88 | $12,500.00 |  |  | Risk Assessment. |
| Total In-Place Management Projects Costs = |  |  |  | $12,596.40 |  |  |  |

# EXHIBIT E

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP,
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981
(973) 538-0800
Robert J. Gilson (RG 6618)

Attorneys for The Prudential Insurance Company of America

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 11 |
| **W.R. GRACE & CO., et al.,** | Case No. 01-01139 (JKF) <br> (Jointly Administered) |
| **Debtors.** | |

---

## ADDENDUM TO PROOF OF CLAIM OF PRUDENTIAL INSURANCE COMPANY OF AMERICA FOR:

## NORTHWEST FINANCIAL CENTER
## 7900 XERXES AVENUE SOUTH
## BLOOMINGTON, MINNESOTA 55431

---

## VOLUME II OF II

# EXHIBIT E-1

3591489.1



**MATERIALS**
**ANALYTICAL**
**SERVICES**

June 25, 1990

Re:  Northwest Financial Center
     Bloomington, Minnesota

Based on the constituent analysis of the fireproofing
samples for the above-referenced project, it is my
opinion that the samples analyzed are Mono-Kote 3,
which was manufactured by W. R. Grace.

Worksheets reflecting our analysis are attached.


William E. Longo, Ph.D.

PIS 00060599

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200   FAX (404) 368-8256

BUILDING:      Northwest Financial Center
               Bloomington, Minnesota


The following bulk samples from the above-referenced building
were analyzed and were used to form an opinion of the manufactur-
er and product.

| Bulk Sample | Sample Location | Collected By |
|---|---|---|
| 1 | 1st Floor Mechanical | McCrone |
| 2 | 1st Floor Men's Room | McCrone |
| 3 | 2nd Floor Men's Room | McCrone |
| 4 | 3rd Floor Lunch Room | McCrone |
| 5 | 3rd Floor Accounting | McCrone |
| 7 | Northwest Parking Ramp | McCrone |
| 8 | Northwest Parking Ramp | McCrone |

## MATERIALS ANALYTICAL SERVICES, INC.

### BULK ANALYSIS SHEET

Project # - Spl #: _M1629-1_    Date: _11/1/88_

Project Name: _LAW ASSOCIATES/HATFIELD_    Analyst:_____
Reviewer:_____

Sample Identification: _A88-120.29    NORTHWEST FINANCIAL BUILDING_
_1ST FLOOR    MECHANICAL ROOM._

Gross Visual Description: _LIGHT TAN TO LIGHT GRAY.  GOLD FLAKES THROUGHOUT._
_FIBERS EXPOSED._

**ASBESTOS MINERALS:**                    Est. Vol. %

Chrysotile . . . . . . . . . . .  _15_
Amosite . . . . . . . . . . .
Crocidolite . . . . . . . . . .
Tremolite/Actinolite . . . . . .
Anthophyllite . . . . . . . . .

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock Wool . . . . . .
Fibrous Glass . . . . . . . .
Cellulose . . . . . . . . . .
Synthetic . . . . . . . . . .
Talc . . . . . . . . . . . .

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . . .
Vermiculite . . . . . . . . .  _40_
Mica . . . . . . . . . . . .
Quartz . . . . . . . . . . .
Calcite . . . . . . . . . . .
Gypsum . . . . . . . . . . .
Diatoms . . . . . . . . . . .
Other . . . . . . . . . . . .

Binders . . . . . . . . . . .  _45_
_GYPSUM PREDOMINATES, SCATTERED QUARTZ AND CARBONATE_

**EFFERVESCENCE:** _WEAK TO MODERATE_

**COMMENTS:**
_NO STARCH OBSERVED_

PIS 00060601

# MATERIALS ANALYTICAL SERVICES, INC.

## BULK ANALYSIS SHEET

Project # - Spl #: _M1629-2_      Date: _11/1/88_

Project Name: _LAW ASSOCIATES / HATFIELD_    Analyst: _W. B. E_
Reviewer:

Sample Identification: _APP-120.29. NORTHWEST FINANCIAL BUILDING._
_1ST FLOOR MEN'S ROOM._

Gross Visual Description: _LIGHT TAN TO LIGHT GRAY. GOLD FLAKES THROUGHOU_
_FIBERS EXPOSED_

**ASBESTOS MINERALS:**      **Est. Vol. %**

Chrysotile . . . . . . . . . . _13_
Amosite . . . . . . . . . .
Crocidolite . . . . . . . . .
Tremolite/Actinolite . . . . .
Anthophyllite . . . . . . . .

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . .
Fibrous glass . . . . . . . .
Cellulose . . . . . . . . . .
Synthetic . . . . . . . . . .
Talc . . . . . . . . . . . .

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . . .
Vermiculite . . . . . . . . . _39_
Mica . . . . . . . . . . . .
Quartz . . . . . . . . . . .
Calcite . . . . . . . . . . .
Gypsum . . . . . . . . . . .
Diatoms . . . . . . . . . . .
Other . . . . . . . . . . . .

Binders . . . . . . . . . . . _48_
_GYPSUM PREDOMINATES, SCATTERED GRANULAR MINERALS_

EFFERVESCENCE: _WEAK TO MODERATE_

COMMENTS:
_NO STARCH OBSERVED_

# MATERIALS ANALYTICAL SERVICES, INC.

## BULK ANALYSIS SHEET

Project # - Spl #: _M1629-3_                     Date: _11/1/88_

Project Name: _LAW ASSOCIATES / HATFIELD_        Analyst: _N.B.E._
                                                 Reviewer:

Sample Identification: _A88-120.29   NORTHWEST FINANCIAL BUILDING_
_2ND FLOOR  ABOVE  MAINT / MEN'S ROOM_

Gross Visual Description: _LIGHT TAN.  GOLD FLAKES THROUGHOUT. FIBERS_
_EXPOSED._

**ASBESTOS MINERALS:**                    Est. Vol. %

Chrysotile . . . . . . . . . . .     _18_
Amosite . . . . . . . . . . .
Crocidolite . . . . . . . . .
Tremolite/Actinolite . . . . .
Anthophyllite . . . . . . . .

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . .
Fibrous glass . . . . . . . .
Cellulose . . . . . . . . . .
Synthetic . . . . . . . . . .
Talc . . . . . . . . . . . .

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . . .
Vermiculite . . . . . . . . .     _38_
Mica . . . . . . . . . . . .
Quartz . . . . . . . . . . .
Calcite . . . . . . . . . . .
Gypsum . . . . . . . . . . .
Diatoms . . . . . . . . . . .
Other

Binders . . . . . . . . . . .     _44_
_GYPSUM PREDOMINATES, SCATTERED GRANULAR MINERALS_

EFFERVESCENCE: _WEAK_

COMMENTS:
_NO STARCH OBSERVED._

# MATERIALS ANALYTICAL SERVICES, INC.

## BULK ANALYSIS SHEET

Project # - Spl #: _M1629-4_                              Date: _11/1/88_

Project Name: _LAW ASSOCIATES / HATFIELD_                 Analyst: _W.B.E._
                                                          Reviewer:

Sample Identification: _A88-120.29. NORTHWEST FINANCIAL BUILDING_
_3RD FLOOR, IBM LUNCH ROOM - PILLAR._

Gross Visual Description: _LIGHT TAN TO LIGHT GRAY. GOLD FLAKES_
_THROUGH OUT. FIBERS EXPOSED._

**ASBESTOS MINERALS:**                    Est. Vol. %

Chrysotile . . . . . . . . . . .    _12_
Amosite . . . . . . . . . . . :
Crocidolite . . . . . . . . . :
Tremolite/Actinolite . . . . :
Anthophyllite . . . . . . . . :

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . :
Fibrous glass . . . . . . . :
Cellulose . . . . . . . . . :
Synthetic . . . . . . . . . :
Talc . . . . . . . . . . . :

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . . :
Vermiculite . . . . . . . . :   _38_
Mica . . . . . . . . . . . :
Quartz . . . . . . . . . . :
Calcite . . . . . . . . . . :
Gypsum . . . . . . . . . . :
Diatoms . . . . . . . . . . :
Other

Binders . . . . . . . . . . :   _50_
_GYPSUM PREDOMINANT. SCATTERED GRANULAR MINERALS._

EFFERVESCENCE: _WEAK TO MODERATE_

COMMENTS:
_NO STARCH OBSERVED_

PIS 00060604

## MATERIALS ANALYTICAL SERVICES, INC.

## BULK ANALYSIS SHEET

Project # - Spl #: _M 1629-5_                    Date: _11/1/88_

Project Name: _LAW ASSOCIATES/HATFIELD_      Analyst: _W.B.E._
                                             Reviewer: _____

Sample Identification: _ASP-120.29   NORTHWEST FINANCIAL BUILDING_

_3RD FLOOR   ACCOUNTING-UNOCCUPIED_

Gross Visual Description: _LIGHT TAN TO LIGHT GRAY.  GOLD FLAKES THROUGH_

_FIBERS EXPOSED._

**ASBESTOS MINERALS:**                    Est. Vol. %

Chrysotile . . . . . . . . . . .  _11_
Amosite . . . . . . . . . . . . . _____
Crocidolite . . . . . . . . . . . _____
Tremolite/Actinolite . . . . . . _____
Anthophyllite . . . . . . . . . . _____

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . . . _____
Fibrous glass . . . . . . . . . _____
Cellulose . . . . . . . . . . . _____
Synthetic . . . . . . . . . . . _____
Talc . . . . . . . . . . . . . . _____

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . . . . _____
Vermiculite . . . . . . . . . .  _35_
Mica . . . . . . . . . . . . . . _____
Quartz . . . . . . . . . . . . . _____
Calcite . . . . . . . . . . . . _____
Gypsum . . . . . . . . . . . . . _____
Diatoms . . . . . . . . . . . . _____
Other

Binders . . . . . . . . . . . .  _54_
_GYPSUM PREDOMINATES, FINE GRANULAR MINERALS SCATTERED THROUGHOUT._

EFFERVESCENCE: _WEAKLY_

COMMENTS:
      _NO STARCH OBSERVED._

PIB 00060605

# MATERIALS ANALYTICAL SERVICES, INC.

## BULK ANALYSIS SHEET

Project # - Spl #: _M1629-7_                    Date: _11/1/88_

Project Name: _CAW ASSOCIATES / HATFIELD_       Analyst: _W. D. E_
                                                Reviewer:

Sample Identification: _A88-120.29    NORTHWEST FINANCIAL BUILDING_
_FIRE PROOFING  NORWEST PARKING RAMP._

Gross Visual Description: _LIGHT TAN TO LIGHT GRAY. GOLD FLAKES_
_THROUGH OUT. FIBERS EXPOSED._

**ASBESTOS MINERALS:**            Est. Vol. %

Chrysotile . . . . . . . . . . _13_
Amosite . . . . . . . . . . . .
Crocidolite . . . . . . . . . .
Tremolite/Actinolite . . . . .
Anthophyllite . . . . . . . . .

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . . .
Fibrous glass . . . . . . . . .
Cellulose . . . . . . . . . . .
Synthetic . . . . . . . . . . .
Talc . . . . . . . . . . . . .

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . . . .
Vermiculite . . . . . . . . . . _37_
Mica . . . . . . . . . . . . .
Quartz . . . . . . . . . . . .
Calcite . . . . . . . . . . . .
Gypsum . . . . . . . . . . . .
Diatoms . . . . . . . . . . . .
Other . . . . . . . . . . . . .

Binders . . . . . . . . . . . _50_
_GYPSUM PREDOMINATES, SCATTERED FINE GRANULAR MINERALS_

EFFERVESCENCE: _WEAK_

COMMENTS:
_NO STARCH OBSERVED._

# MATERIALS ANALYTICAL SERVICES, INC.

## BULK ANALYSIS SHEET

Project # - Spl #: _M1629-8_      Date: _11/1/88_

Project Name: _LAW ASSOCIATES/HATFIELD_      Analyst: _W.B.E._
Reviewer: _____

Sample Identification: _A88-720.29   NORTHWEST FINANCIAL BUILDING._
_FIRE PROOFING - NORWEST PARKING RAMP._

Gross Visual Description: _LIGHT TAN TO LIGHT GRAY, GOLD FLAKES_
_THROUGHOUT, FIBERS EXPOSED._

ASBESTOS MINERALS:      Est. Vol. %

| | |
|---|---|
| Chrysotile | _12_ |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

OTHER FIBROUS COMPONENTS:

| | |
|---|---|
| Mineral/Rock wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |
| Talc | |

NON-FIBROUS COMPONENTS:

| | |
|---|---|
| Perlite | |
| Vermiculite | _37_ |
| Mica | |
| Quartz | |
| Calcite | |
| Gypsum | |
| Diatoms | |
| Other | |

Binders      _51_
_GYPSUM PREDOMINATES, SCATTERED FINE GRANULAR MINERALS._

EFFERVESCENCE: _WEAK_

COMMENTS:
_NO STARCH OBSERVED_

PIS 00060607

**MATERIALS ANALYTICAL SERVICES, INC.**
3597 PARKWAY LANE, SUITE 250
NORCROSS, GA 30092
404/448-3200

TEM ANALYSIS: Binder

MAS SAMPLE ID: M-1629-7

PROJECT: A88-120.29

SAMPLE NUMBER: Northwest France 1

DATE OF ANALYSIS: 1/25/88

ANALYST: WEF

| | Rel. Conc. | Morphology | Photo | SAED | Photo | EDS | Disc/File | Comments |
|---|---|---|---|---|---|---|---|---|
| **Asbestos Minerals:** | | | | | | | | |
| ChrySotile | | ✓ | | ✓ | | ✓ | | Amtext ? |
| | | | | | | | | |
| **Other Components:** | | | | | | | | |
| Vermiculite | | ✓ | | ✓ | | ✓ | | Amtext |
| Gypsum | | ✓ | | ✓ | | ✓ | | Amtext |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

COMMENTS:

PIS 00060608

MATERIALS ANALYTICAL SERVICES          FRI 25-NOV-88   12:05
Cursor: 7.340KeV = 5          ROI (SIKα) 1.660: 1.820=1005



```
0.000      B- .5                          VFS = 256      10.240
   28      M1629-7 CHRYSOTILE
```

PI8 00060609

MATERIALS ANALYTICAL SERVICES          FRI 25-NOV-88  11:55
Cursor: 7.340keV = 14        ROI (SIKα) 1.660: 1.820=1001



0.000      B- 5                        VFS = 256      10.240
   69      M1629-7 VERMICULITE

PIS 00060610

MATERIALS ANALYTICAL SERVICES               FRI 25-NOV-88   11:59
Cursor: 7.340keV = 60        ROI (SIKα) 1.660: 1.820=768

0.000      B- 5                          VFS = 1024    10.240
43         M1629-7 GYPSUM

PIS 00060611

П.П.Э.
3597 PARKWAY LANE
NORCROSS GA. 30092

BULK ANALYSIS

DATE _____

ANALYSIS USING 2% SOLUTION HCl

| NO. | SAMPLE # | P-D + SAMPLE | P-D - SAMPLE | SAMPLE WEIGHT | FILTER WEIGHT | FINAL WT + FILTER | FINAL WT - FILTER | PERCENT FINAL WT | AMOUNT IN SOLU. |
|-----|----------|--------------|--------------|---------------|---------------|-------------------|-------------------|------------------|-----------------|
| 1 | N162?-7 | 8.9307$_g$ | 7.6600$_g$ | 1.2707$_g$ | 0.0133$_g$ / 7.6278$_g$ | 7.04M / 8.131$_g$ | 0.1458$_g$ | 35.1% | 64.9% |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| XX | | | | | | | | | |



MATERIALS
ANALYTICAL
SERVICES

**ADDITIONAL BULK ANALYSIS**

# STARCH VERIFICATION

Sample # M1629-7                    Analyst W.H. Gluud

Date    6/24/90

1) Sample Analyzed before/after acid dissolutions

## Starch observed                    (no)  ✓

yes _____

## Iodine test                  positive _____
(ceiling tile only)
                               negative _____

**PIS 00060613**

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200



MATERIALS
ANALYTICAL
SERVICES ❦

March 22, 1991

RE:        Northwest Financial Center
           Bloomington, Minnesota

The constituent analysis of additional fireproofing samples for
the above-referenced project supplements my June 25, 1990 opinion
and confirms that the samples analyzed are Mono-Kote 3, which was
manufactured by W. R. Grace.

Worksheets reflecting the analysis are attached.


William E. Longo, Ph.D.

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200    FAX (404) 368-

<u>BUILDING:</u>      Northwest Financial Center
                 Bloomington, Minnesota

The following bulk samples from the above-referenced building
were analyzed and were used to supplement the opinion regarding
the manufacturer and product.

| <u>Bulk Sample</u> | <u>Sample Location</u> | <u>Collected By</u> |
|---|---|---|
| 364A39A | 1st Floor, IBM Space 2nd Column from SW Corner | IEA |
| 364A42A | 1st Floor, East End of Hall at Exit Sign | IEA |
| 364A48A | 2nd Floor, NE Corner of Building | IEA |
| 364A49A | 2nd Floor, Bank Area | IEA |
| 364A51A | 3rd Floor, NW Area 2nd Column from North | IEA |

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: __M 3290-1__                    Date: __3/7/91__

Project Name: __Prudential / 120.29__            Analyst: __C. Mey__

Sample Identification: __± 364A39A    Northwest Financial Center__

__Bldg. IP 942    Sprayed on fireproofing__

Gross Visual Description: __Beige with fine fibers gold flakes and bricks__
__bound in a fine grained matrix__

| Optical Data for Asbestos Identification | | | | |
|---|---|---|---|---|
| Morphology . . . . . . . | wavy | | | |
| Pleochroism. . . . . . . | no | | | |
| Refractive Index . . . . . . | 1.55±1.54 | | | |
| Sign of Elongation . . . . . | + | | | |
| Extinction . . . . . . . | 0 | | | |
| Birefringence. . . . . . | low | | | |
| Melt . . . . . . . . | no | | | |
| Fiber Name . . . . . . | Chrysotile | | | |

ASBESTOS MINERALS:                    Est. Vol. %

Chrysotile . . . . . . . . .    10
Amosite . . . . . . . . .
Crocidolite . . . . . . . .
Tremolite/Actinolite . . . . .
Anthophyllite . . . . . . .

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . .
Fibrous glass . . . . . . .
Cellulose . . . . . . . .
Synthetic . . . . . . . .
Other

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . .
Vermiculite . . . . . . . .    35
Other

Binders . . . . . . . . . .    55
__Abundant Gypsum, fine grained aggregate.__

EFFERVESCENCE: __None- weak in Isolated areas__

COMMENTS:                    __NSD__

PIS 00111036

MATERIALS ANALYTICAL SERVICES, INC.

## BULK ASBESTOS SHEET

Project # - Spl #: _M 3290 - 5_        Date: _3/7/91_

Project Name: _Prudential / 120.29_        Analyst: _J. Max_

Sample Identification: _364 A42A    North West Financial Center_
_Bldg. IP 942    Sprayed on   Fireproofing_

Gross Visual Description: _Beige with fine fibers, gold flakes and rocks_
_bound in a fine grained matrix_

| Optical Data for Asbestos Identification | | | |
|---|---|---|---|
| Morphology . . . . . . . . | wavy | | |
| Pleochroism. . . . . . . | no | | |
| Refractive Index . . . . . | 1.551/1.546 | | |
| Sign of Elongation . . . . | + | | |
| Extinction . . . . . . . | 0 | | |
| Birefringence. . . . . . . | low | | |
| Melt . . . . . . . . . | no | | |
| Fiber Name . . . . . . . | Chrysotile | | |

ASBESTOS MINERALS:                    Est. Vol. %

Chrysotile . . . . . . . . .    10
Amosite . . . . . . . . .
Crocidolite . . . . . . . .
Tremolite/Actinolite . . . . .
Anthophyllite . . . . . . .

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . .
Fibrous glass . . . . . . .
Cellulose . . . . . . . .
Synthetic . . . . . . . .
Other

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . .
Vermiculite . . . . . . . .    35
Other

Binders . . . . . . . . .    55
_Abundant Gypsum, fine grained aggregate_

EFFERVESCENCE: _None - weak in Isolated areas_

COMMENTS:                _N 90_

PIS 00111037

## MATERIALS ANALYTICAL SERVICES, INC.

### BULK ASBESTOS SHEET

Project # - Spl #:  *M 3290-17*                    Date:  *3/7/91*

Project Name:  *Prudential //20.29*               Analyst:  *G. Nix*

Sample Identification:  *# 364 A48A    Northwest Financial Center*
*Bldg. IP942    2nd Floor North East Corner Sprayed on Fireproofing*

Gross Visual Description:  *Beige with fine fibers, gold flakes and bowls*
*bound in a fine grained matrix*

| Optical Data for Asbestos Identification | | | |
|---|---|---|---|
| Morphology . . . . . . . . . | *Wavy* | | |
| Pleochroism. . . . . . . . . | *no* | | |
| Refractive Index . . . . . . | *1.641/1.54* | | |
| Sign of Elongation . . . . . | *+* | | |
| Extinction . . . . . . . . . | *8* | | |
| Birefringence. . . . . . . . | *low* | | |
| Melt . . . . . . . . . . . . | *no* | | |
| Fiber Name . . . . . . . . . | *Chrysotile* | | |

**ASBESTOS MINERALS:**                    Est. Vol. %

Chrysotile . . . . . . . . . . . *10*
Amosite . . . . . . . . . . . .
Crocidolite . . . . . . . . . .
Tremolite/Actinolite . . . . . .
Anthophyllite . . . . . . . . .

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . . .
Fibrous glass . . . . . . . . .
Cellulose . . . . . . . . . . .
Synthetic . . . . . . . . . . .
Other

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . . .
Vermiculite . . . . . . . . . *35*
Other

Binders . . . . . . . . . . . *55*
*Abundant Gypsum, fine grained aggregate*

EFFERVESCENCE:  *none - weak in Isolated areas*

COMMENTS:
                    *NSD*

PIS 00111038

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # – Spl #: _M3290-21_   Date: _3/7/91_

Project Name: _Prudential: /120.29_   Analyst: _G. McL__

Sample Identification: _# 364A49A   Northwest Financial Center_
_Bldg. IP942   2nd Floor   Bank area_

Gross Visual Description: _Beige with fine fibers, gold flakes and books_
_bound in a fine grained matrix_

### Optical Data for Asbestos Identification

| | |
|---|---|
| Morphology . . . . . . . . . | _wavy_ |
| Pleochroism. . . . . . . . . | _no_ |
| Refractive Index . . . . . . | _1.554/1.556_ |
| Sign of Elongation . . . . . | _+_ |
| Extinction . . . . . . . . . | _0_ |
| Birefringence. . . . . . . . | _low_ |
| Melt . . . . . . . . . . . . | _no_ |
| Fiber Name . . . . . . . . . | _Chrysotile_ |

ASBESTOS MINERALS:              Est. Vol. %

Chrysotile . . . . . . . . . . _10_
Amosite   . . . . . . . . . . _____
Crocidolite . . . . . . . . . _____
Tremolite/Actinolite . . . . . _____
Anthophyllite . . . . . . . . _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . _____
Fibrous glass . . . . . . . . _____
Cellulose . . . . . . . . . . _____
Synthetic . . . . . . . . . . _____
Other                         _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . . _____
Vermiculite . . . . . . . . . _35_
Other                         _____

Binders . . . . . . . . . . . _55_
    _Abundant Gypsum, fine grained aggregate_

EFFERVESCENCE: _none- weak in Isolated areas_

COMMENTS:
                    _NSO_

PIS 00111039

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: _M3290-25_          Date: _3/7/91_

Project Name: _Prudential 1120.29_     Analyst: _G. Miel_

Sample Identification: _#364 A51A   Northwest Financial Center_
_Bldg. IP 942   3rd floor North West   Sprayed on Fireproofing_

Gross Visual Description: _Beige with fine t. has, gold flakes and books_
_bound in a fine grained matrix_

```
┌─────────────────────────────────────────────────────────────┐
│          Optical Data for Asbestos Identification            │
│   Morphology . . . . . . . . . _Wavy_  . . _____ . . _____│
│   Pleochroism. . . . . . . . . _no_    . . _____ . . _____│
│   Refractive Index . . . . . . _1.55/1.54_ . _____ . _____│
│   Sign of Elongation . . . . . _+_     . . _____ . . _____│
│   Extinction . . . . . . . . . _0_     . . _____ . . _____│
│   Birefringence. . . . . . . . _low_   . . _____ . . _____│
│   Melt . . . . . . . . . . . . _no_    . . _____ . . _____│
│   Fiber Name . . . . . . . . . _Chrysotile_ . _____ . ____│
└─────────────────────────────────────────────────────────────┘
```

ASBESTOS MINERALS:                Est. Vol. %

Chrysotile . . . . . . . . . . . _10_
Amosite   . . . . . . . . . . . _____
Crocidolite . . . . . . . . . . _____
Tremolite/Actinolite . . . . . . _____
Anthophyllite . . . .: . . . . . _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool  . . . . . . . _____
Fibrous glass . . . . . . . . . _____
Cellulose . . . . . . . . . . . _____
Synthetic . . . . . . . . . . . _____
Other                           _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . . . _____
Vermiculite . . . . . . . . . . _35_
Other                           _____

Binders . . . . . . . . . . . . _55_
_____ _Abundant Gypsum, fine grained Aggregate_

EFFERVESCENCE: _none-weak in Isolated areas_

COMMENTS:                    _NSD_

# Report on Representative Sampling of Asbestos - Containing Fireproofing

This report has been prepared by Richard L. Hatfield relating to The Prudential Insurance Company of America, et. al. vs. United States Gypsum Company, et. al., Civil Action Nos. 87-4227 and 87-4238 (HAA).

At the request of The Prudential Insurance Company, Law personnel made site visits to Prudential buildings which are the subject of this litigation. Among the purposes for these visits were to confirm the presence, location and homogeneity of the asbestos - containing fireproofing materials and to collect representative samples of the asbestos - containing fireproofing materials. Based on these site visits and other material I have reviewed, I am of the opinion that the samples collected are representative of the asbestos - containing fireproofing found in the buildings.

## 1100 Milam Building, Houston, TX

Law conducted a visual survey of the 1100 Milam Building and collected fireproofing samples in 1989. Our observations and sampling indicates only one type of asbestos - containing fireproofing is located in this building. Eleven representative bulk samples of this material were collected throughout the building. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

## 130 John St. Building, New York, NY

Law conducted a visual survey of the 130 Johns St. Building and collected fireproofing samples in 1988. Our observations and sampling indicates only one type of asbestos - containing fireproofing is located in this building. Three additional representative bulk samples of this material were collected to supplement eight other samples collected by McCrone Environmental. The samples were collected throughout the floors. An additional eight representative bulk samples were collected during a 1991 survey. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

## First Florida Tower, Tampa, FL

Law conducted a visual survey of the First Florida Tower and collected fireproofing samples in 1989. Our observations and sampling indicates only one type of asbestos - containing fireproofing is located in this building. Ten representative bulk samples of this material were collected throughout the building. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

## Century Center Buildings 2200 and 2600, Atlanta, GA

Law conducted a visual survey of the Century Center Buildings 2200 and 2600 and collected fireproofing samples in 1989. Our observations and sampling indicates only one type of

asbestos - containing fireproofing is located in these buildings. Fourteen representative bulk samples of this material were collected throughout the 2200 building and five representative bulk samples were collected from the 2600 building. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

## Chatham Center:Hyatt in Pittsburgh, PA

Law conducted a visual survey of the Chatham Center:Hyatt and collected fireproofing samples in 1988. Our observations and sampling indicated only one type of asbestos - containing fireproofing located on floors ground through ten. Seven representative bulk samples of this material were collected throughout the floors. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

## Northland Towers (East & West), Southfield, MI

Law conducted a visual survey of the Northland Towers (East & West) and collected fireproofing samples in 1988. Our observations and sampling indicates only one type of asbestos - containing fireproofing is located in these buildings. Eleven representative bulk samples of this material were collected from the East Tower and sixteen representative samples from the West Tower. The samples were collected throughout each tower. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

## Northwest Financial Building, Bloomington, MN

Law conducted a visual survey of the Northwest Financial Building and collected fireproofing samples in 1988. Our observations and sampling indicates only one type of asbestos - containing fireproofing is located in this building. Four additional, representative bulk samples of this material were collected throughout the floors to supplement other representative samples collected by other consultants. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

## Pru Plaza, Buildings A & B, Denver, CO

Law conducted a visual survey of the Pru Plaza, Buildings A & B and collected fireproofing samples in 1988. Our observations and sampling indicates only one type of asbestos - containing fireproofing is located in these buildings. Eight representative bulk samples of this material were collected throughout the A building and four representative bulk samples were collected from the B building. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

## Southdale Office Complex, Edina, MI

Law conducted a visual survey of the Southdale Office Complex and collected fireproofing samples in 1989. Our observations and sampling indicates only one type of asbestos - containing fireproofing is located in this building. Fourteen representative bulk

samples of this material were collected throughout the building. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

## Embarcadero I and II, San Francisco, CA

Law conducted visual surveys of Embarcadero I and II and collected fireproofing samples in 1989. Our observations and sampling indicates only one type of asbestos - containing fireproofing is located in each of these buildings. Four representative bulk samples of the fireproofing material located in Embarcadero I were collected to supplement seven samples previously obtained by McCrone and 20 representative bulk samples were collected throughout Embarcadero II. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

## Renaissance Tower, Dallas, TX

Law conducted a visual survey of the Renaissance Tower and collected fireproofing samples in 1989. Our observations and sampling indicates only one type of asbestos - containing fireproofing is located in this building. Fifteen representative bulk samples of the fireproofing material were collected throughout most of the building. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

## 5 Penn Center, Philadelphia, PA

Law conducted a visual survey the 5 Penn Center building and collected fireproofing samples in 1988. Our observations and sampling indicates only one type of asbestos - containing fireproofing is located in this building. Fifty-one representative bulk samples of the fireproofing material were collected throughout the building. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

## Twin Towers ( Gaslight/North and South), Atlanta, GA

Law conducted a visual survey of the Twin Towers ( Gaslight/North) and collected fireproofing samples in 1988. Our observations and sampling indicates only one type of asbestos - containing fireproofing is located in this building. Twenty-one representative bulk samples of the fireproofing material were collected throughout the building. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

Law conducted a visual survey of the Twin Towers (South Tower) and collected fireproofing samples in 1989. Our observations and sampling indicates only one type of asbestos - containing fireproofing is located in this building. Forty - one representative bulk samples of this material were collected throughout the floors. These samples as well as other

samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

Prudential Plaza, Newark, NJ

Law conducted a visual survey of the Prudential Plaza office building and Mall and collected two fireproofing samples from the 5th floor of the office building in 1988. Our observations and sampling indicates only one type of asbestos - containing fireproofing is located in the office building and a different type of fireproofing in the Mall. Twelve representative bulk samples of the fireproofing material located in the Mall were collected by K & D asbestos consultants. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

Hunt Valley Marriott, Hunt Valley, MD

During our 1988 site visit one sample representing the chrysotile asbestos - containing fireproofing was collected. Additionally two samples representing the amosite asbestos - containing fireproofing were collected by K & D asbestos consultants and were submitted to Materials Analytical Services (MAS) for constituent analysis.

Short Hills Office, Short Hills NJ

Two representative samples of fireproofing were collected by K & D asbestos consultants from the centrally located air handling rooms of the 2nd and the 4th floors of Short Hills Office, Short Hills NJ, building and were submitted to Materials Analytical Services (MAS) for constituent analysis.

Brookhollow, Houston, TX

At the request of The Prudential Insurance Company, four representative samples of fireproofing were collected by BCM asbestos consultants from the centrally located elevator shafts of the 4th, 5th and 7th floors of Brookhollow, Houston, TX and were submitted to Materials Analytical Services (MAS) for constituent analysis.

Signed

*Richard L. Hatfield*

Richard L. Hatfield
Corporate Consultant
August, 1996

Page 4



# REPORT PREPARED
## BY
## RICHARD L. HATFIELD
## RELATING TO THE
## PRUDENTIAL INSURANCE COMPANY OF AMERICA, ET. AL.
## VS.
## UNITED STATES GYPSUM COMPANY, ET. AL.
## JULY, 1996

# Report of Inspection and Evaluation of Asbestos - Containing Materials

This report has been prepared by Richard L. Hatfield relating to The Prudential Insurance Company of America, et. al. vs. United States Gypsum Company, et. al., Civil Action Nos. 87-4227 and 87-4238 (HAA).

I obtained Bachelor of Science degrees in Experimental Statistics and Geology from North Carolina State University. I am employed as a consultant in my capacity as Assistant Vice President and Senior Corporate Consultant for Law Engineering and Environmental Services, Inc., Atlanta, Ga. I have been employed at Law since December, 1987. Prior to my employment at Law, I served as Director of Services for McCrone Environmental Services, Inc. for five years. I began my career relating to asbestos, serving as a Technical Field Advisor to the US Environmental Protection Agency's Asbestos in Schools Program. I was appointed as an expert advisor to the US Environmental Protection Agency's negotiated rule making committee to promulgate new regulations for asbestos in schools pursuant to AHERA (Asbestos Hazards Emergency Response Act).

During my years dealing with asbestos - related problems, I have been an instructor in over fifty (50) courses and seminars on asbestos in buildings. I have developed protocols for the collection and analysis of asbestos in settled dust of buildings with asbestos - containing building materials, and consulted with the US Environmental Protection Agency (EPA) and the American Society for Testing and Materials (ASTM) in establishing guidelines for these protocols. These protocols have been accepted by both the scientific and the legal community.

As a consultant, I have served hundreds of public and private building owners regarding the proper response they should make regarding the disposition of asbestos in their properties. As part of my consulting services I have acquired extensive experience in the field of identifying products by visual and microscopic examination of the materials and their components and in the field of collection and analysis of the amount and frequency of asbestos release from  asbestos - containing building materials.

I have been qualified as an expert in numerous asbestos property damage cases in the fields of asbestos materials characterization which includes asbestos sampling and analysis by various microscopy techniques and asbestos management, including _ USG v. Admiral Insurance Co. et. al. 1994 WL 605841, Nov. 3 1994 and  City of Greenville v. W.R. Grace & Co., 640 F. Supp. 559 (D.S.C. 1986), aff'd City of Greenville v. W.R. Grace & Co., 827 F.2d (4th Cir. 1987). Upon information and belief, the United States Court of Appeals for the Fourth Circuit relied upon my testimony about the asbestos contamination of the Greenville City Hall Building as proof of property

damage. (See attachment for listing of the last five years of deposition and court testimony.)

I have also participated in or reviewed a number of experiments and demonstrations involving asbestos - containing materials (ACM) in which either the asbestos - containing materials or their residue were disturbed during routine building operations and activities which resulted in the release of significant levels of airborne asbestos - containing dust. Measurements were made of either airborne or surface asbestos dust released during these operations. Such tests have demonstrated that significant numbers of asbestos fibers are released when these routine building operations and activities are undertaken. This release of asbestos fibers into the building's environment results in elevated airborne levels for some time and leads to the contamination of building and property surfaces with asbestos dust. For the purposes of this report, the word "contamination" is intended to convey the idea that the surfaces analyzed contain asbestos fibers to a degree far in excess of what would be expected on a surface which was not in proximity to an asbestos - containing material that was releasing asbestos fibers. In my experience in collecting, analyzing and reviewing thousands of dust samples such as the ones collected in this case, a dust sample taken from areas without asbestos - containing materials or some other identified source will reveal little to no contamination. Therefore, dust samples collected in the vicinity of an asbestos - containing material which reveal significant numbers of asbestos fibers demonstrate release from the material present in addition to demonstrating surface contamination.

Air sampling techniques can prove to be quite useful in measuring airborne asbestos concentrations during work practices which may disturb asbestos-containing materials, debris or dust. Ambient air sampling (sampling during times of no disturbance) can be quite misleading and are not good techniques to determine ACM's condition, or to make determinations as to levels of surface contamination. Ambient air sample results should not be used solely to make decisions about corrective actions since they do not provide sufficient information about airborne levels generated during many routine building activities. Defendants' representatives have collected a series of ambient air samples in and around these buildings. Some observations were made by myself and other Law personnel which would indicate that some of the sampling was not properly conducted. These observations included poorly placed sampling pumps, filters not positioned properly and equipment failure.

Asbestos fibers which are released from deteriorating ACM or from the disturbance of ACM will disburse into the ambient air within the buildings, settling on various surfaces in the building, contaminating various surfaces including furnishing, carpeting, draperies, supplies, books and other materials in buildings. The asbestos dust on these surfaces are subject to reentrainment into the air when this dust is disturbed during routine building activities. The reentrained fibers are as much of a concern as newly released asbestos fibers. The asbestos contamination will remain unless special cleaning procedures are employed to eliminate the asbestos - containing dust from non - porous surfaces or the proper removal and disposal of porous

materials, to which asbestos fibers customarily attach themselves. If ACM which is releasing asbestos fibers is left in areas where surfaces have been cleaned, these surfaces in time will become re-contaminated.

The dust sampling technique is accomplished by running a battery operated air sampling pump, equipped with a membrane filter cassette identical to those used in air sampling over a designated area of a surface. A nozzle fashioned from 1/4 inch diameter tubing is attached to the open nipple of the cassette cap (prior to August 1989 open face cassette). By operating the pump at 2 liters / minute the nozzle face velocity should be approximately 100 cm / second. The actual sample collection process involves delineating a surface area of interest. This is accomplished by measuring a selected area of at least 100 square centimeters. The size of the sampled area may also be measured after the collection is complete. Once the pump is activated, the nozzle is passed along the surface in a manner sufficient to vacuum up any settled dust. Light rubbing of the surface may be necessary to dislodge any lightly attached materials, hard rubbing is not necessary. The vacuuming should continue over the entire sample area until the operator is satisfied that all the dust which can be removed is removed. Upon completion, the sampling cassette should be turned upright and with the pump still running, the cap should be loosened and the nozzle removed and placed into the cassette. After replacing the cap, the pump may be turned off and the cap plug replaced to seal the cassette. These samples are documented as to their location, surface and area sampled, along with other pertinent project information. The filters are then transported to a laboratory for analysis.

The materials collected on the filter are then prepared for analysis under the electron microscope. The microscopist identifies and quantifies asbestos fibers in the microscope grid opening and reports the findings in fibers per unit area such as fibers per square centimeter or fibers per square foot using a mathematical calculation.

Having developed the use of dust sampling to make determinations about asbestos fiber release and contamination in the 1980's, I have followed the development of this sampling and analysis technique to present. To my knowledge, there has been only one significant change to the collection process and none to the analysis process. This collection change occurred about mid-1989 following the EPA's dust sampling workshop. Prior to this workshop surface dust samples were collected using an open face cassette. After making some determinations as to the collection efficiency of the open face cassette versus the use of close face cassette equipped with a sampling nozzle, I made the recommendation to the workshop that future sampling be conducted using the nozzle rather than the open face cassette, which was accepted and incorporated in EPA's method. Upon return from the workshop approximately August 1, 1989, I instructed Law personnel to begin using the nozzle for sampling. This is the sampling equipment described in the current ASTM protocol. As part of their work on this case, Compass Environmental collected pair samples using both collection methods. Based on the analytical data generated by this study, one must conclude the open face cassettes were less efficient in the collection of the asbestos dust. On the

average, the open face cassettes collected only 10 percent of the samples now collected using the nozzle equipped cassette.

The following table illustrates the results of the study.

### Comparison of Open Face (PR) verses Nozzle Cassettes

| | Building | AB (Nozzle) * | PR (Open Face) * | Factor |
|---|---|---|---|---|
| 1 | Renaissance Tower | 7.7 Billion | 1.8 Billion | 4.28 |
| 2 | Pru Plaza (Newark, NJ.) | 8.8 Billion | 467 Million | 18.9 |
| 3 | Embarcadero 1 | 770 Million | 229 Million | 3.36 |
| 4 | Embarcadero 2 | 5.5 Billion | 625 Million | 8.78 |
| 5 | 5 Penn Center | 8.5 Billion | 525 Million | 16.19 |
| * Average per sq. ft. asbestos levels from three samples in each building | | | Total | 51.51 |
| | | | Average | 10.3 |

As requested, I and other Law personnel have inspected and collected samples of various asbestos - containing materials and dust samples in the buildings which are the subject of this litigation. Law personnel have also accompanied defendants' representatives during their inspections. During most of these visits, reports, photographs and, in some cases, video tape documentation were generated. The subject asbestos-containing materials in these buildings are friable fireproofing which is generally sprayed on to steel beams, columns and floor decking.

The inspection process included a physical examination of the materials to determine the presence, location and use of the materials in the buildings and a determination of conditions.   The level of contamination was measured in most of the facilities by the collection and analysis of dust samples. The findings of the inspection and sample collection were documented in various forms including reports, notes, logs, 35 mm photographs and video tape.

In some cases demonstrative activities were conducted and video taped to show how certain activities such as opening and closing a ceiling tile or disturbing the asbestos - containing materials release asbestos. These videos clearly demonstrate when asbestos - containing dust and debris or the in place asbestos-containing materials are disturbed, asbestos-containing dust becomes airborne and results in contaminating surfaces below. These videos make use of a lighting technique referred to as the Tyndell light effect to illuminate any airborne particles. This lighting effect is the same as the observation of airborne dust through a stream of sunlight through a window. Dust samples were taken on the top of surfaces above the ceilings prior to the demonstrations and from the plastic covered floor following the demonstrations. These samples demonstrate that asbestos - containing dust was disturbed and that typical maintenance activities result in contaminating surfaces below.  For safety, these

Page 4

demonstrations were conducted in contained areas to prevent the spread of the released asbestos and were thoroughly cleaned following the demonstrations.

The following table illustrates the results of the dust samples collected before and after the video demonstrations.

| | Building | Above Ceiling (Before) * | Floor Below (After) * |
|---|---|---|---|
| 1 | Prudential Plaza (Newark, NJ.) | 18.9 Billion | 11.5 Billion |
| 2 | 5 Penn Center | 6.7 Billion | 8.8 Billion |
| 3 | Embarcadero Center 1 | 37.8 Billion | 14.8 Billion |

* Sample results listed above are asbestos structures per sq. ft.

In addition to the general information above, I will also testify about the collection, analysis and interpretation of the dust samples collected at the Prudential buildings by both Compass Environmental and Law Companies.

The general findings are listed below.

1. The overall asbestos control programs are in place and functioning.

2. Since their discovery, a significant amount of the ACM has been removed. Some areas of the ACM have been encapsulated or enclosed, while other areas of the remaining materials have been repaired or patched under the O&M programs and will require continuous monitoring until such time as they are removed.

3. In general, friable ACMs can be classified in the following conditions. Materials which appear in good condition display very little damage (less than 1%), no asbestos - containing debris is present and conditions exist where only slight or no contamination is or should be present. Materials described as in fair condition indicates some damage was observed (1 - 10%), some asbestos - containing debris is present and levels ranging from moderate to extreme contamination would likely be or is present. Poor condition materials have significant damage (greater than 10% overall), significant amounts of asbestos - containing debris present and heavy to extreme levels of contamination very likely to be or are present. These condition categories are consistent with as AHERA's (Asbestos Hazzards Emergency Responce Act) damaged categories of no damage, damaged, and significantly damaged ACM. Additionally, AHERA use the potential for damage to add two additional categories, potential for damage and potential for significant damage. Generally, current conditions are the best indication of a material's potential for damage, unless there are

Page 5

indications of future changes in the material's environment which would either increase or decrease the material's potential for damage.

4. The remaining materials located in the Prudential buildings are generally in a fair condition with some areas in poor condition. Additional areas of materials were observed in poor condition prior their to removal.

5. The conditions of the fireproofing in the Prudential buildings were generally a result of water damage, air erosion, vibration, building movement, physical contact causing abrasions, scratches, and gouges, delamination of materials due to the loss of either cohesion or adhesion, and cracking.

6. Nearly all of the dust samples collected and analyzed established some level of contamination; many samples demonstrated levels of contamination in excess of one (1) billion asbestos structures per square foot (extremely contaminated). Generally, as one might expect, the dust samples taken in closer proximity of the ACM resulted in the higher levels of contamination.

7. All of the building personnel encountered during the inspections were aware of the presence of the asbestos materials in their buildings.

Building Specific Information and Opinions

1. Prudential Plaza  Denver, Co. - The fireproofing materials where located in the two low rise buildings A and B. These buildings were inspected by myself in 1988 and the fireproofing materials were observed in fair condition. During this visit ten dust samples were collected in various locations in each building. The analytical results of these dust samples demonstrated fiber release, and contamination. The results ranged from BDL (Below Detectable Limit) to 1.1 billion asbestos structures per square foot. Note that these dust samples were collected using the open face method and should be considered conservative. It is my opinion that the subject fireproofing in this building released asbestos fibers and debris and caused contamination in this building.

2. Century Center Atlanta, Ga. - In 1988 Law personnel collected ten dust samples throughout the 2200 building. The analytical results of these dust samples ranged from 1.1 million to 11.7 billion asbestos structures per square foot. Note that these dust samples were collected using the open face method and should be considered conservative. This material was in fair to poor condition. Eight dust samples were collected in the 2600 building and resulted in 303 thousand to 19.1 billion asbestos structures per square foot. Note these dust samples were collected using the open face method and should be considered conservative. This material was also in fair to poor condition. It is my opinion that the subject

Page 6

fireproofing in these buildings released asbestos fibers and debris and caused contamination in these buildings.

3. <u>Embarcadero One San Francisco, Ca.</u> - In 1988 fifteen dust samples were collected during an inspection. The results of these early dust samples ranged from BDL to 7.9 billion asbestos structures per square foot. Note these dust samples were collected using the open face method and should be considered conservative. In 1995, I made an additional inspection of the materials remaining in the building and found them in fair to poor condition. During this inspection I collected four additional dust samples, which, when analyzed, resulted in 7.7 billion to 11.3 billion asbestos structures per square foot. Additionally, 3 dust samples collected by Compass Environmental also confirmed the presence of asbestos contamination at levels between 501 million to 1.2 billion asbestos structures per square foot. It is my opinion that the subject fireproofing in this building released asbestos fibers and debris and caused contamination in this building.

4. <u>Embarcadero Two  San Francisco, Ca.</u> - In 1988, nine dust samples were collected throughout the first eleven floors where the asbestos - containing fireproofing is located.  The results of these samples showed a contamination level of BDL to 89 million asbestos structures per square foot. Note these dust samples were collected by the open face method and should be considered conservative. During a 1994 inspection by Law personnel, seven additional dust samples were collected, of which three were analyzed. The results indicated contamination levels between 1.8 billion and 5.1 billion asbestos structures per square foot.  I also inspected this building during my 1995 visit and collected three additional dust samples. These samples resulted in contamination levels between 2.4 billion to 25.4 billion asbestos structures per square foot. Additionally, three dust samples collected by Compass Environmental also confirmed the presence of asbestos contamination at levels between 567 million to 12.8 billion asbestos structures per square foot. The fireproofing materials in this building should be considered in fair to poor condition. It is my opinion that the subject fireproofing in this building released asbestos fibers and debris and caused contamination in this building.

5. <u>First Florida Tower Tampa, Fla.</u> - During a 1988 inspection by Law personnel the in place asbestos - containing fireproofing appeared in good condition but fine debris was observed. Eleven surface dust samples were collected from various locations in the building. These samples, when analyzed, demonstrated contamination levels from BDL to 729 millions asbestos structures per square foot. Note these dust samples were collected using the open face method and should be considered conservative. In 1995, I inspected the remaining asbestos- containing fireproofing and collected four additional dust samples. These dust samples showed a contamination level of between 1.1 billion and 36.8 billion asbestos structures per square foot. Most of the remaining asbestos - containing fireproofing was observed in rather poor condition. It is my opinion

that the subject fireproofing in this building released asbestos fibers and debris and caused contamination in this building.

6. Chatham Center/Hyatt Pittsburgh, Pa. - Reports from consultants indicated that the fireproofing located in the first ten floors showed signs of damage. These conditions were confirmed by a 1988 inspection by Law personnel. During this inspection nine dust samples were collected. The results of these dust samples demonstrated levels of contamination between 67.4 thousand and 75 million asbestos structures per square foot. Note these dust samples were collected using the open face method and should be considered conservative. It is my opinion that the subject fireproofing in this building released asbestos fibers and debris and caused contamination in this building.

7. 5 Penn Center  Philadelphia, Pa. - Reports by asbestos consultants indicated that the asbestos - containing fireproofing was damaged and deteriorating and became airborne when disturbed. Inspection of the fireproofing by Law personnel confirmed these conditions and five dust samples showed contamination levels between 149 thousand and 85 million asbestos structures per square foot. Note these dust samples were collected using the open face method and should be considered conservative. An additional inspection by myself of the remaining material on the 35th floor revealed asbestos - containing fireproofing in very poor condition with much delamination of the fireproofing and debris observed. Five additional dust samples obtained during this inspection revealed contamination levels between 2.7 billion to 9.1 billion asbestos structures per square foot. Additionally, 3 dust samples collected by Compass Environmental also confirmed the presence of asbestos contamination at levels between 4.1 billion to 13.1 billion asbestos structures per square foot.  It is my opinion that the subject fireproofing in this building released asbestos fibers and debris and caused contamination in this building.

8. 130 Johns St.  New York, NY. - The asbestos - containing fireproofing in this building is applied primarily to the structural columns of the building. However, the fireproofing is accessible above the drop ceiling at the top of the columns, at certain exterior columns and in mechanical spaces. During a 1988 inspection by Law personnel, areas of fireproofing were observed damaged fireproofing and resulting debris was observed. Eleven surface dust samples and a HVAC pre-filter sample were collected during this visit. The resulting analyses indicated contamination levels ranging from BDL to 26.3 million asbestos structures per square foot. Note these dust samples were collected using the open face method and should be considered conservative. In 1995 I inspected this facility and observed material in fair to poor condition. I collected an additional four dust samples. These samples indicated contamination levels between 1.0 billion and 24.3 billion asbestos structures per square foot. It is my opinion that the subject fireproofing in this building released asbestos fibers and debris and caused contamination in this building.

9. Hunt Valley Marriott, Hunt Valley, Md. - During inspections by asbestos consultants, the fireproofing materials were observed in damaged and deteriorating conditions. Law personnel inspected the facility in 1988 and confirmed similar observations. During Law's inspection, six surface dust samples and a HVAC pre-filter sample were collected. The ensuing analysis indicated contamination levels between BDL and 2.1 billion asbestos structures per square foot. Note these dust samples were collected using the open face method and should be considered conservative. It is my opinion that the subject fireproofing in this building released asbestos fibers and debris and caused contamination in this building.

10. 1100 Milam, Houston, TX. - Law personnel inspected this facility in 1988 and observed some of the fireproofing in damaged condition. During this inspection fifteen dust samples were collected throughout the building. The results of these dust samples demonstrated contamination levels between 1.7 million and 5.7 billion asbestos structures per square foot. Note these dust samples were collected using the open face method and should be considered conservative. It is my opinion that the subject fireproofing in this building released asbestos fibers and debris and caused contamination in this building.

11. Northland Towers, Southfield, Mi. - Law personnel inspected the tower buildings in 1988. During the inspection the asbestos - containing fireproofing was observed in fair condition with some areas in poor condition. Six dust samples were collected from the East and West towers. These dust samples had asbestos concentrations between 78 thousand and 40 million asbestos structures per square foot. Note these dust samples were collected using the open face method and should be considered conservative. These conditions were confirmed visually by my inspection in 1996 and by three additional dust samples collected in the West Tower and three additional dust samples collected in the East Tower by Compass Environmental. The results of these samples ranged from 2 billion to 5.9 billion asbestos structures per square foot in the West Tower and from 186.5 million to 3.1 billion asbestos structures per square foot in the East Tower. It is my opinion that the subject fireproofing in these buildings released asbestos fibers and debris and caused contamination in these buildings.

12. Northwest Financial Building, Bloomington, MN - During a 1988 inspection by Law personnel the in place asbestos - containing fireproofing appeared in good condition but fine debris and dust were observed. Fifteen dust samples were collected during this inspection. The results of the dust samples indicated contamination levels which ranged from BDL to 2.6 billion asbestos structures per square foot. Note these dust samples were collected using the open face method and should be considered conservative. It is my opinion that the subject fireproofing in this building released asbestos fibers and debris and caused contamination in this building.

13. Prudential Plaza, Newark, NJ - Law personnel inspected the fireproofing in the mall area and observed delamination and debris present on tops of ceiling tiles. The fireproofing in the office building was observed and dust samples were collected. The results were between BDL and 437 thousand asbestos structures per square foot. In 1995 I inspected the mall areas and the 5th floor of the office complex. I observed the fireproofing in the mall areas to be in fair to poor condition with much debris in many areas. I also inspected the asbestos - containing fireproofing on the 5th floor of the office complex. This material was in poor condition. During my inspection seven dust samples were collected from both areas. The results of these dust samples indicated contamination levels between 1.1 billion to 26.6 billion asbestos structures per square foot. Additionally, 3 dust samples collected by Compass Environmental also confirmed the presence of asbestos contamination at levels between 2.2 billion to 21.7 billion asbestos structures per square foot. It is my opinion that the subject fireproofing in this building released asbestos fibers and debris and caused contamination in this building.

14. Renaissance Tower, Dallas TX - Law personnel inspected the building in January of 1989. Observations of fireproofing debris and dust were made. Nine surface dust samples were collected and analyzed. The results indicated contamination levels between BDL and 10.9 billion asbestos structures per square foot. Note these dust samples were collected using the open face method and should be considered conservative. An additional inspection was made by Law personnel in 1996 and confirmed the condition of the remaining fireproofing in fair condition. Additionally, three dust samples collected by Compass Environmental confirmed the presence of asbestos contamination at levels between 2.2 billion to 17.0 billion asbestos structures per square foot. It is my opinion that the subject fireproofing in this building released asbestos fibers and debris and caused contamination in this building.

15. Southdale Office Complex, Edina, MN - In February of 1989 Law personnel inspected the complex and observed fireproofing debris and dust. During the inspection seven dust samples were collected. the analysis of these dust samples indicated contamination levels between BDL and 13.9 billion asbestos structures per square foot. Note these dust samples were collected using the open face method and should be considered conservative. Some air samples were taken during an operations and maintenance procedure which demonstrated elevated airborne concentrations. It is my opinion that the subject fireproofing in this building released asbestos fibers and debris and caused contamination in this building.

16. Twin Towers, Atlanta, GA - Inspections by Law personnel in 1986 and in 1989 observed fireproofing materials in poor condition, with much dust and debris on surfaces below. This condition was confirmed by my inspection in 1995 of the remaining fireproofing on the 21st floor. Four dust samples collected on this floor shows contamination levels between 9.5 billion to 28.3 billion asbestos

Page 10

structures per square foot. It is my opinion that the subject fireproofing in these buildings released asbestos fibers and debris and caused contamination in these buildings.

17. Brookhollow, Dallas TX - The asbestos - containing fireproofing was removed in 1986 and 1987 prior to occupancy by a new tenant.

18. Short Hills Office Complex, Short Hills, NJ - The asbestos - containing fireproofing was removed in 1984 piror to demolition of the building.


While the mere presence of asbestos - containing materials in a building does not necessarily mean asbestos fibers are being released or that there is an immediate health hazard present, its presence does present a continuing potential for the release of asbestos fibers into the building's environment and a potential for a health hazard. When asbestos materials are present and these materials have and are being disturbed or are deteriorating, asbestos fibers are being released into the air and on to surfaces below. This dust can, in turn being reentrained by the building maintenance staff, outside service personnel and some of the general building occupants. The U.S. EPA believes, as I do, that an increased exposure to asbestos results in an increase in occurrence of asbestos - related diseases. It was obvious from the inspections that the asbestos - containing materials in these buildings have and are continuing to release asbestos due to their presence, condition, activities and the building dynamics, despite reasonably good asbestos control programs. The asbestos - related problems and the asbestos contamination will continue until such time as the accessible, friable asbestos materials are removed.

Generally there are several ways to deal with in place ACMs. These include placing the materials under an Operations and Maintenance Program (O&M). This program is designed to control and minimize disturbance of the ACMs. While all ACM discovered in a building should be placed in an O&M program, only materials in good condition should remain in the program for an extended period of time. Sometimes an ACM is suitable for encapsulation or enclosure. These control methods are coating the ACM with a paint - like material or enclosing the ACM behind an air tight barrier. Both of these control methods should also be considered temporary and the treated ACM must still remain in the O&M program and under the watchful eye of the building's asbestos coordinator. The permanent solution to asbestos related - problems, is to remove the ACM and any contaminated materials which can not reasonably be cleaned, and replace them with new suitable non-asbestos containing materials.

The observations of the use, locations and conditions of the asbestos - containing fireproofing materials made during site visits of Prudential's buildings, the observed dust and debris on tops of ceiling systems and light fixtures coupled with the results of dust sampling conducted in various Prudential's buildings demonstrated building contamination and potential for exposure to airborne asbestos fibers. Additionally, given the location and conditions of the asbestos - containing fireproofing

Page 11

materials, I would expect conditions and the problems to worsen in the future if not abated. Therefore the appropriate remedial action was to place the asbestos-containing fireproofing materials in an O&M program and schedule their removal and replacement. In my opinion, the corrective actions, in the above listed Prudential buildings were reasonable, appropiate and consistant with this approach.

This report summarizes opinions and testimony which I intend to provide in this case. These opinions are based on my work in these buildings and other buildings around the country, training, experience, studies and research of myself as well as studies and research of others scientists, asbestos professionals and governmental agencies. Attached to this report are my Curriculum Vitae, a list of testimony, a list of documents of which I may rely or use as exhibits, and a list of compensation rates.

Signed

Richard L. Hatfield

Richard L. Hatfield

July, 1996

Page 12