

SECOND FLOOR PLAN

SOUTHDALE OFFICE CENTRE
6700 FRANCE AVENUE SOUTH
EDINA, MINNESOTA 55435



**THIRD FLOOR PLAN**



SOUTHDALE OFFICE CENTRE
6700 FRANCE AVENUE SOUTH
EDINA, MINNESOTA 55435





**FIRST FLOOR PLAN**

SOUTHDALE OF
6750 FRANCE AV
EDINA, MINNESOTA





SECOND FLOOR PLAN

SOUTHDALE OFF
6750 FRANCE AVE
EDINA, MINNESOTA

PIS    800145





**THIRD FLOOR PLAN**

SOUTHDALE OFFI
6750 FRANCE AVEN
EDINA, MINNESOTA



FIRST FLOO

SOUTHDALE OF!
6800 FRANCE AVE
EDNA, MINNESOTA



SECOND FLOO

SOUTHDALE OF
6800 FRANCE AVE
EDINA, MINNESOTA



THIRD FLOO

SOUTHDALE OFF
6800 FRANCE AVE
EDINA, MINNESOTA



FOURTH FLOOR

SOUTHDALE OFFICE
6800 FRANCE AVENUE
EDINA, MINNESOTA



FIFTH FLOO

SOUTHDALE OF
6800 FRANCE AV
EDINA, MINNESOTA



SIXTH FLOOR

SOUTHDALE OFF
6800 FRANCE AVE
EDINA, MINNESOTA

PIS          800146



SEVENTH FLOO

SOUTHDALE OFFIC
6800 FRANCE AVEN
EDINA, MINNESOTA



MATERIALS
ANALYTICAL
SERVICES

March 25, 1991


RE:      Southdale Office Complex
         Edina, Minnesota

The constituent analysis of additional fireproofing samples for
the above-referenced project supplements my June 25, 1990 opinion
and confirms that the samples analyzed are Mono-Kote 3, which was
manufactured by W. R. Grace.

Worksheets reflecting the analysis are attached.


William E. Longo, Ph.D.

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200    FAX (404) 368-8256

PIS 00111041

BUILDING:        Southdale Office Complex
                 Edina, Minnesota


The following bulk samples from the above-referenced building
were analyzed and were used to supplement the opinion regarding
the manufacturer and product.

| Bulk Samples | Sample Location | Collected By |
|---|---|---|
| 1 | 6th Floor, Suite 674 | LAI |
| 2 | 6th Floor, Suite 676 | LAI |
| 3 | 5th Floor, Suite 555 North Side | LAI |
| 4 | 5th Floor, Suite 555 South Side | LAI |
| 5 | 4th Floor, Suite 425 | LAI |
| 6 | 4th Floor, Suite 410 | LAI |
| 7 | 3rd Floor, SW Corner 1st Column | LAI |
| 8 | 3rd Floor, SW Corner End Beam on South Side | LAI |
| 9 | 2nd Floor, Suite 243 2nd Column from North | LAI |
| 10 | 2nd Floor, Suite 243 West Wall Beam | LAI |
| 11 | 1st Floor, Suite 165 2nd Column, 2nd Row from South End | LAI |
| 12 | 1st Floor, Suite 165 South Side | LAI |
| 13 | Basement Storage by Room #22 | LAI |
| 14 | Parking Garage by Stall #40 | LAI |

# MATERIALS ANALYTICAL SERVICES, INC.

## BULK ASBESTOS SHEET

Project # – Spl #: _M2468 -1_                Date: _7/17/90_

Project Name: _PRO / Southdale office_      Analyst: _J. McKim_

Sample Identification: _6800 France Ave #1_    _6th Floor_

Gross Visual Description: _Beige with fine fibers gold flakes and_
_books bound in a fine grained matrix_

### Optical Data for Asbestos Identification

| | | | | |
|---|---|---|---|---|
| Morphology | _wavy_ | | | |
| Pleochroism | _no_ | | | |
| Refractive Index | _1.55/1.54_ | | | |
| Sign of Elongation | _+_ | | | |
| Extinction | _0_ | | | |
| Birefringence | _low_ | | | |
| Melt | _no_ | | | |
| Fiber Name | _Chrysotile_ | | | |

ASBESTOS MINERALS:                    Est. Vol. %

Chrysotile . . . . . . . . . . _12_
Amosite . . . . . . . . . . .
Crocidolite . . . . . . . . .
Tremolite/Actinolite . . . . .
Anthophyllite . . . . . . . .

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . .
Fibrous glass . . . . . . . .
Cellulose . . . . . . . . . .
Synthetic . . . . . . . . . .
Other

NON-FIBROUS COMPONENTS:

Perlite
Vermiculite . . . . . . . . . _35_
Other

Binders . . . . . . . . . . . _53_
_____ _Abundant Gypsum, fine grained aggregate_

EFFERVESCENCE: _none – weak in. Isolated areas_

COMMENTS:            _NSD_

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: M2468 - 2                    Date: 7/17/90

Project Name: PRU / Southdale office          Analyst: J Mollin

Sample Identification: 6800 France Ave #2          6th Floor

Gross Visual Description: Beige with fine fibers, gold flakes and
books bound in a fine grained matrix

| Optical Data for Asbestos Identification | | | |
|---|---|---|---|
| Morphology | wavy | | |
| Pleochroism | no | | |
| Refractive Index | 1.551 1.541 | | |
| Sign of Elongation | + | | |
| Extinction | 0 | | |
| Birefringence | low | | |
| Melt | no | | |
| Fiber Name | chrysotile | | |

ASBESTOS MINERALS:                    Est. Vol. %

| | |
|---|---|
| Chrysotile | 12 |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

OTHER FIBROUS COMPONENTS:

| | |
|---|---|
| Mineral/Rock wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |
| Other | |

NON-FIBROUS COMPONENTS:

| | |
|---|---|
| Perlite | |
| Vermiculite | 35 |
| Other | |

Binders . . . . . . . . . . . ≤3
Abundant Gypsum, fine grained aggregate

EFFERVESCENCE: none- weak in Isolated areas

COMMENTS: NSD

## MATERIALS ANALYTICAL SERVICES, INC.

### BULK ASBESTOS SHEET

Project # – Spl #: _M 2468-3_      Date: _2/17/90_

Project Name: _PRU / Southdale Office_      Analyst: _J. Medina_

Sample Identification: _6800 France Ave # 3   5th Floor_

Gross Visual Description: _Beige with fine f. bers, gold flakes and books bound in a fine grained matrix_

### Optical Data for Asbestos Identification

| | | | |
|---|---|---|---|
| Morphology | _Wavy_ | | |
| Pleochroism | _no_ | | |
| Refractive Index | _1.54 / 1.54_ | | |
| Sign of Elongation | _+_ | | |
| Extinction | _0_ | | |
| Birefringence | _low_ | | |
| Melt | _no_ | | |
| Fiber Name | _Chrysotile_ | | |

**ASBESTOS MINERALS:**      Est. Vol. %

| | |
|---|---|
| Chrysotile | _12_ |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

**OTHER FIBROUS COMPONENTS:**

| | |
|---|---|
| Mineral/Rock wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |
| Other | |

**NON-FIBROUS COMPONENTS:**

| | |
|---|---|
| Perlite | |
| Vermiculite | _35_ |
| Other | |

Binders _53_

_Abundant Gypsum, fine grained aggregate_

EFFERVESCENCE: _none- weak in Isolated areas_

COMMENTS: _Nso_

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # – Spl #: _M 2468- 4_    Date: _7/17/90_

Project Name: _PRU / Southdale office_    Analyst: _J. Martin_

Sample Identification: _6800 France Ave #4    5th Floor_

Gross Visual Description: _Beige with fine fibers, gold flakes and_ _bucks found in a fine grained matrix_

| Optical Data for Asbestos Identification | | | |
|---|---|---|---|
| Morphology | wavy | | |
| Pleochroism. | no | | |
| Refractive Index | 1-550 C+L | | |
| Sign of Elongation | + | | |
| Extinction | 0 | | |
| Birefringence. | low | | |
| Melt | no | | |
| Fiber Name | Chrysotile | | |

ASBESTOS MINERALS:                    Est. Vol. %

Chrysotile . . . . . . . . . . .    _12_
Amosite . . . . . . . . . . .    _____
Crocidolite . . . . . . . .    _____
Tremolite/Actinolite . . . .    _____
Anthophyllite . . . . . . . .    _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . .    _____
Fibrous glass . . . . . . . .    _____
Cellulose . . . . . . . . .    _____
Synthetic . . . . . . . . .    _____
Other    _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . .    _____
Vermiculite . . . . . . . .    _35_
Other    _____

Binders . . . . . . . . . . .    _53_
_____ _Abundant Gypsum, fine grained aggregate_

EFFERVESCENCE: _none- Weak in Isolated areas_

COMMENTS:

PIS 00111046

## MATERIALS ANALYTICAL SERVICES, INC.

### BULK ASBESTOS SHEET

Project # - Spl #: _M 2468-S_     Date: _7/17/90_

Project Name: _PRU / Southdale office_     Analyst: _J. Martin_

Sample Identification: _6800 France Ave #5    4th Floor_

Gross Visual Description: _Beige with fine fiber, gold flakes and beads bound in a fine grained matrix_

### Optical Data for Asbestos Identification

| | | | |
|---|---|---|---|
| Morphology | wavy | | |
| Pleochroism | no | | |
| Refractive Index | 1.55 n 1.54 | | |
| Sign of Elongation | + | | |
| Extinction | 0 | | |
| Birefringence | low | | |
| Melt | no | | |
| Fiber Name | Chrysotile | | |

**ASBESTOS MINERALS:**      **Est. Vol. %**

| | |
|---|---|
| Chrysotile | 12 |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

**OTHER FIBROUS COMPONENTS:**

| | |
|---|---|
| Mineral/Rock wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |
| Other | |

**NON-FIBROUS COMPONENTS:**

| | |
|---|---|
| Perlite | |
| Vermiculite | 35 |
| Other | |
| Binders | 53 |

_Abundant Gypsum, fine grained aggregate_

EFFERVESCENCE: _none - weak in Isolated area_

COMMENTS: _NSO_



## MATERIALS ANALYTICAL SERVICES, INC.
3597 Parkway Lane, Suite 250
Norcross, GA  30092
404/448-3200


TEM ANALYSIS: *BULK ANALYSIS*

PROJECT: *PRUDENTIAL: SOUTHDALE OFFICE COMPLEX 120.61*
SAMPLE NUMBER: *M 2468-5*
SAMPLE ID: *#5    4TH FLOOR   SUITE 425*

DATE OF ANALYSIS:  *8/20/90*

ANALYST: *N. B. Cychol*

---

Asbestos Minerals: *CHRYSOTILE (EOS)(DIFF)*


Other Components: *VERMICULITE (EOS)*
*GYPSUM (EOS)(DIFF)*
*CALCITE (EOS) #SMALL AMOUNT*


Comments:

MATERIALS ANALYTICAL SERVICES          MON 20-AUG-90  15:20
Cursor: 0.000KeV = 0          ROI (SIKα) 1.560: 1.810=1012



0.000                                   VFS = 256     10.240
  21     M2468-5, CHRYSOTILE

PIS 00111049

MATERIALS ANALYTICAL SERVICES          MON 20-AUG-90   16:22
Cursor: 0.000keV = 0        ROI (SIKα) 1.660: 1.810=1031



0.000                                   VFS = 256      10.240
    21     M2468-5, VERMICULITE

PIS 00111050



MATERIALS ANALYTICAL SERVICES          MON 20-AUG-90  16:23
Cursor: 0.000KeV = 0          ROI (SIKα) 1.660: 1.810=62

0.000                                    VFS = 256     10.240
  16     M2468-5, GYPSUM

MATERIALS ANALYTICAL SERVICES          MON 20-AUG-90   16:24
Cursor: 0.000KeV = 0          ROI (SIKα) 1.560: 1.810=60



0.000                              VFS = 256     10.240
   4    M2468-5, CALCITE

PIS 00111052



MATERIALS
ANALYTICAL
SERVICES

## ADDITIONAL BULK ANALYSIS

Sample # _MZ468-5_          Analyst _J. K. L._

Date    _C8/C9/9o_

### ACID DISSOLUTION

(1) Petri dish plus sample:                          _8.3848_  g

(2) Petri dish minus sample:                         _7.3342_  g

(3) Original sample weight:                          _1.0506_  g

(4) Filter weight:                                   _0.0599_  g

(5) Clean petri dish weight:                         _7.3388_  g

(6) Final sample weight plus filter and petri dish:  _7.8228_  g

(7) Final sample wt:((6) −[(4) + (5)])               _0.4241_  g


(8) Percent residue wt:((7)/(3) x 100)               _40.4_  %

(9) Amount in solution:(100 − (8))                   _59.6_  %

3597 Parkway Lane - Suite 250
Norcross, Georgia 30092
(404) 448-3200



MATERIALS
ANALYTICAL
SERVICES

ADDITIONAL BULK ANALYSIS

## STARCH VERIFICATION

Sample # _17 2468 - 5_    Analyst _W. D. Egel_

Date _8/17/9ₒ_

1) Sample Analyzed before/after acid dissolutions

Starch observed    (no) ✓

yes _____

Iodine test    positive _____
(ceiling tile only)
negative _____

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200

## MATERIALS ANALYTICAL SERVICES, INC.

### BULK ASBESTOS SHEET

Project # - Spl #: M2468-6                          Date: 7/17/90

Project Name: PRO/ Southdale office               Analyst: J. McKean

Sample Identification: 6800 France #6 4th Floor

Gross Visual Description: Beige with fine fibers, and flakes and rocks
bound in a fine grained matrix

| Optical Data for Asbestos Identification | | | |
|---|---|---|---|
| Morphology | wavy | | |
| Pleochroism | no | | |
| Refractive Index | 1.55 & 1.54L | | |
| Sign of Elongation | + | | |
| Extinction | 0 | | |
| Birefringence | low | | |
| Melt | no | | |
| Fiber Name | Chrysotile | | |

**ASBESTOS MINERALS:**                    Est. Vol. %

Chrysotile . . . . . . . . . 12
Amosite . . . . . . . . . .
Crocidolite . . . . . . . .
Tremolite/Actinolite . . . .
Anthophyllite . . . . . . .

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . .
Fibrous glass . . . . . . . .
Cellulose . . . . . . . . . .
Synthetic . . . . . . . . . .
Other

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . .
Vermiculite . . . . . . . . . 35
Other

Binders . . . . . . . . . 53
        Abundant Gypsum, fine grained aggregate

EFFERVESCENCE: none- weak in Isolated areas

COMMENTS:                NSD

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # – Spl #: _M2468-7_                    Date: _7/15/90_

Project Name: _PRU / Southdale office_          Analyst: _J. Mal___

Sample Identification: _6800 France #7  3rd Floor_

Gross Visual Description: _Beige with fine fibers, gold flakes and books Devoid in a fine grained matrix_

### Optical Data for Asbestos Identification

| | | | | |
|---|---|---|---|---|
| Morphology | _wavy_ | | | |
| Pleochroism | _no_ | | | |
| Refractive Index | _1.55/1.54_ | | | |
| Sign of Elongation | _+_ | | | |
| Extinction | _0_ | | | |
| Birefringence | _low_ | | | |
| Melt | _no_ | | | |
| Fiber Name | _Chrysotile_ | | | |

**ASBESTOS MINERALS:**                         Est. Vol. %

| | |
|---|---|
| Chrysotile | _12_ |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

**OTHER FIBROUS COMPONENTS:**

| | |
|---|---|
| Mineral/Rock wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |
| Other | |

**NON-FIBROUS COMPONENTS:**

| | |
|---|---|
| Perlite | |
| Vermiculite | _35_ |
| Other | |

Binders . . . . . . . . . . . _53_

_Abundant Gypsum, fine grained aggregate_

EFFERVESCENCE: _None – weak in isolated areas_

COMMENTS: _NSD_

PIS 00111056

## MATERIALS ANALYTICAL SERVICES, INC.

### BULK ASBESTOS SHEET

Project # – Spl #: _M2468-8_       Date: _7/17/90_

Project Name: _PRU / Southdale Office_       Analyst: _J. Martin_

Sample Identification: _6800 France # 8   3rd Floor_

Gross Visual Description: _Beige with fine fibers, gold flakes and_
_books bound in a fine grained matrix_

| Optical Data for Asbestos Identification | | | | |
|---|---|---|---|---|
| Morphology . . . . . . . . . | wavy | | | |
| Pleochroism. . . . . . . . . | m | | | |
| Refractive Index . . . . . . | 1.5/1.5|| | | | |
| Sign of Elongation . . . . . | + | | | |
| Extinction . . . . . . . . . | 0 | | | |
| Birefringence. . . . . . . . | (w) | | | |
| Melt . . . . . . . . . . . . | no | | | |
| Fiber Name . . . . . . . . . | Chrysotile | | | |

ASBESTOS MINERALS:                      Est. Vol. %

Chrysotile . . . . . . . .   _12_
Amosite . . . . . . . . .
Crocidolite . . . . . . . .
Tremolite/Actinolite . . . .
Anthophyllite . . . . . . .

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . .
Fibrous glass . . . . . . .
Cellulose . . . . . . . . .
Synthetic . . . . . . . . .
Other

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . .
Vermiculite . . . . . . . . .   _35_
Other

Binders . . . . . . . . . .   _53_
_Abundant Gypsum, fine grained aggregate_

EFFERVESCENCE: _None - weak in isolated areas_

COMMENTS:                    _NEO_

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: M 2468-9     Date: 7/17/90

Project Name: PRU / Southdale Office     Analyst: _J. Mathur_

Sample Identification: 6800 France #9 2nd Floor

Gross Visual Description: Beige with fine fibers, gold flakes and barks binding fine grained matrix

| Optical Data for Asbestos Identification | | | |
|---|---|---|---|
| Morphology | Wavy | | |
| Pleochroism. | no | | |
| Refractive Index | 1.551/1.55L | | |
| Sign of Elongation | b | | |
| Extinction | 0 | | |
| Birefringence. | low | | |
| Melt | no | | |
| Fiber Name | Chrysotile | | |

ASBESTOS MINERALS:                     Est. Vol. %

Chrysotile . . . . . . . . . . . 12
Amosite . . . . . . . . . . . .
Crocidolite . . . . . . . . . .
Tremolite/Actinolite . . . . .
Anthophyllite . . . . . . . . .

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . .
Fibrous glass . . . . . . . . .
Cellulose . . . . . . . . . . .
Synthetic . . . . . . . . . . .
Other

NON-FIBROUS COMPONENTS:

Perlite
Vermiculite . . . . . . . . . . 35
Other

Binders . . . . . . . . . . . 53
        Abundant Gypsum, fine grained aggregate

EFFERVESCENCE: None - Weak in Isolated Area

COMMENTS:          NSD



**MATERIALS ANALYTICAL SERVICES, INC.**
3597 Parkway Lane, Suite 250
Norcross, GA  30092
404/448-3200


TEM ANALYSIS: *BULK ANALYSIS*

PROJECT: *PRUDENTIAL: SOUTHDALE OFFICE COMPLEX : 120.61*
SAMPLE NUMBER: *M8468-9*
SAMPLE ID: *#9  2ND FLOOR  SUITE 243*

DATE OF ANALYSIS: *8/20/90*

ANALYST: *U.B. Eyl*

---

Asbestos Minerals: *CHRYSOTILE  (EDS) (DIFF)*


Other Components: *VERMICULITE  (EDS)*
*GYPSUM      (EDS)(DIFF)*
*CALCITE     (EDS) *TRACE OBSERVED (CHRYSOTILE ADHERING)*


Comments:

PIS 00111059

MATERIALS ANALYTICAL SERVICES          MON 20-AUG-90   16:36
Cursor: 0.000KeV = 0        ROI (5IKα) 1.560: 1.810=1035



0.000                                VFS = 256     10.240
  5     M2468-9, CHRYSOTILE

PIS 00111060

MATERIALS ANALYTICAL SERVICES          MON 20-AUG-90   16:39
Cursor: 2.000keV = 0          ROI (SIKα) 1.660: 1.810=2765



0.000                              VFS = 512     10.240
70      M2468-9, VERMICULITE



MATERIALS ANALYTICAL SERVICES         MON 20-AUG-90   16:40
Cursor: 0.000KeV = 0        ROI (SIKα) 1.550: 1.810=47

0.000                              VFS = 256    10.240
    S      M2468-9, GYPSUM

MATERIALS ANALYTICAL SERVICES          MON 20-AUG-90  16:43
Cursor: 0.000KeV = 0        ROI (SIKα) 1.660: 1.810=104



0.000                              VFS = 256    10.240
   11      M2468-9, CALCITE

PIS 00111063



MATERIALS
ANALYTICAL
SERVICES

### ADDITIONAL BULK ANALYSIS

Sample # _M2468-9_                        Analyst _S. F.R._

Date _08/09/90_

### ACID DISSOLUTION

(1) Petri dish plus sample:                        9.2289 g

(2) Petri dish minus sample:                       8.2722 g

(3) Original sample weight:                        0.9567 g

(4) Filter weight:                                 0.0583 g

(5) Clean petri dish weight:                       7.3169 g

(6) Final sample weight plus filter·and petri dish:   7.7735 g

(7) Final sample wt:((6) −[(4) + (5)])             0.3983 g

(8) Percent residue wt:((7)/(3) x 100)             · 41.6 %

(9) Amount in solution:(100 − (8))                 58.4 %

3597 Parkway Lane · Suite 250
Norcross, Georgia 30092
(404) 448-3200



MATERIALS
ANALYTICAL
SERVICES

ADDITIONAL BULK ANALYSIS


# STARCH VERIFICATION


Sample # *172468-9*          Analyst *W. B. Ezell*

Date    *8/17/94*


**1) Sample Analyzed before/after acid dissolutions**


## Starch observed                    (no)  ✓

                                      yes _____


### Iodine test          positive _____
(ceiling tile only)      negative _____


3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # – Spl #: _M2uky-10_    Date: _7/17/90_

Project Name: _PRU / Southdale office_    Analyst: _J. Mod_

Sample Identification: _6800 France    #10   2nd Floor_

Gross Visual Description: _Beige with fine fibers, gold flakes and_
_books bound in a fine grained matrix_

| Optical Data for Asbestos Identification | | | |
|---|---|---|---|
| Morphology . . . . . . . . . | wavy | | |
| Pleochroism. . . . . . . . . | no | | |
| Refractive Index . . . . . . | 1.55/1.54 | | |
| Sign of Elongation . . . . . | + | | |
| Extinction . . . . . . . . . | 0 | | |
| Birefringence. . . . . . . . | low | | |
| Melt . . . . . . . . . . . . | no | | |
| Fiber Name . . . . . . . . . | chrysotile | | |

ASBESTOS MINERALS:                      Est. Vol. %

Chrysotile . . . . . . . . . . . _12_
Amosite . . . . . . . . . . . ._____
Crocidolite . . . . . . . . . ._____
Tremolite/Actinolite . . . . ._____
Anthophyllite . . . . . . . . ._____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . ._____
Fibrous glass . . . . . . . ._____
Cellulose . . . . . . . . . ._____
Synthetic . . . . . . . . . ._____
Other                        _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . ._____
Vermiculite . . . . . . . ._35_
Other                      _____

Binders . . . . . . . . . . ._53_
_Abundant Gypsum, fine grained aggregate_

EFFERVESCENCE: _none- weak in Isolated area_

COMMENTS: _NSD_

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: _M2468-11_          Date: _7/17/96_

Project Name: _PRU / Southdale office_          Analyst: _J. Makin_

Sample Identification: _6800 France #11  2nd Floor  1st Floor_

Gross Visual Description: _Beige with fine fibers, gold flakes_
_gold bools bound in a fine grained matrix_

## Optical Data for Asbestos Identification

| | | | |
|---|---|---|---|
| Morphology | _wavy_ | | |
| Pleochroism | _no_ | | |
| Refractive Index | _1.544-1.54_ | | |
| Sign of Elongation | _+_ | | |
| Extinction | _b_ | | |
| Birefringence | _low_ | | |
| Melt | _no_ | | |
| Fiber Name | _Chrysotile_ | | |

**ASBESTOS MINERALS:**          Est. Vol. %

Chrysotile . . . . . . . . . . . . _12_
Amosite . . . . . . . . . . . . .
Crocidolite . . . . . . . . . . .
Tremolite/Actinolite . . . . .
Anthophyllite . . . . . . . . .

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . . .
Fibrous glass . . . . . . . . . .
Cellulose . . . . . . . . . . . .
Synthetic . . . . . . . . . . . .
Other

**NON-FIBROUS COMPONENTS:**

Perlite
Vermiculite . . . . . . . . . . . _35_
Other

Binders . . . . . . . . . . . . . _53_
_Abundant Gypsum, fine grained aggregate_

EFFERVESCENCE: _none- weak in isolated area_

COMMENTS:
_NSO_

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: _M 2468-12_     Date: _7/17/90_

Project Name: _PRU / Southdale office_     Analyst: _[signature]_

Sample Identification: _6800 France #12 1ˢᵗ Foor_

Gross Visual Description: _Beige with fine fibers, gold flakes and books bound in a fine grained matrix_

### Optical Data for Asbestos Identification

| | |
|---|---|
| Morphology | Wavy |
| Pleochroism | no |
| Refractive Index | ±551/±54L |
| Sign of Elongation | + |
| Extinction | 0 |
| Birefringence | low |
| Melt | no |
| Fiber Name | Chrysotile |

**ASBESTOS MINERALS:**          Est. Vol. %

Chrysotile . . . . . . . . . .  _12_
Amosite . . . . . . . . . .
Crocidolite . . . . . . . . .
Tremolite/Actinolite . . . . .
Anthophyllite . . . . . . . .

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . .
Fibrous glass . . . . . . . .
Cellulose . . . . . . . . . .
Synthetic . . . . . . . . . .
Other

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . .
Vermiculite . . . . . . . . .  _35_
Other

Binders . . . . . . . . . .  _53_

_Abundant Gypsum, fine grained aggregate_

EFFERVESCENCE: _none - weak in isolated areas_

COMMENTS:          _NSD_

## MATERIALS ANALYTICAL SERVICES, INC.

### BULK ASBESTOS SHEET

Project # – Spl #: _M2468-13_                    Date: _2/8/90_

Project Name: _PRU / Southdale office_          Analyst: _J. Mahon_

Sample Identification: _6860 France #13 Basement_

Gross Visual Description: _Beige with fine fibers, gold flakes and_
_books bound in a fine grained matrix_

#### Optical Data for Asbestos Identification

| | | |
|---|---|---|
| Morphology | _wavy_ | |
| Pleochroism | _no_ | |
| Refractive Index | _1.55/1.654_ | |
| Sign of Elongation | _+_ | |
| Extinction | _0_ | |
| Birefringence | _low_ | |
| Melt | _no_ | |
| Fiber Name | _Chrysotile_ | |

**ASBESTOS MINERALS:**                    Est. Vol. %

| | |
|---|---|
| Chrysotile | _12_ |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

**OTHER FIBROUS COMPONENTS:**

| | |
|---|---|
| Mineral/Rock wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |
| Other | |

**NON-FIBROUS COMPONENTS:**

| | |
|---|---|
| Perlite | |
| Vermiculite | _35_ |
| Other | |

| | |
|---|---|
| Binders | _53_ |

_Abundant Gypsom, fine grained aggregate_

EFFERVESCENCE: _none- weak in isolated areas_

COMMENTS: _NSD_

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # – Spl #: _M2468 –14_          Date: _2/18/90_

Project Name: _PRU / Southdale office_          Analyst: _J McShin_

Sample Identification: _6800 France #14      Parking Garage_

Gross Visual Description: _Beige with fine fibers, and flakes and_
_bucks bound in a fine grained matrix_

| Optical Data for Asbestos Identification | | | |
|---|---|---|---|
| Morphology . . . . . . . . . | Wavy | | |
| Pleochroism. . . . . . . . | no | | |
| Refractive Index . . . . . | 1.551/1.54L | | |
| Sign of Elongation . . . . | + | | |
| Extinction . . . . . . . . | 0 | | |
| Birefringence. . . . . . . | low | | |
| Melt . . . . . . . . . . . | no | | |
| Fiber Name . . . . . . . . | Chrysotile | | |

ASBESTOS MINERALS:                    Est. Vol. %

Chrysotile . . . . . . . . . . . _12_
Amosite . . . . . . . . . . . . _____
Crocidolite . . . . . . . . . . _____
Tremolite/Actinolite . . . . . _____
Anthophyllite . . . . . . . . . _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . . _____
Fibrous glass . . . . . . . . . _____
Cellulose . . . . . . . . . . . _____
Synthetic . . . . . . . . . . . _____
Other . . . . . . . . . . . . . _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . . . _____
Vermiculite . . . . . . . . . . _35_
Other . . . . . . . . . . . . . _____

Binders . . . . . . . . . . . . _53_
_Abundant Gypsum, fine grained aggregate_

EFFERVESCENCE: _None - weak in Isolated areas_

COMMENTS: _NSD_



**MATERIALS ANALYTICAL SERVICES, INC.**
3597 Parkway Lane, Suite 250
Norcross, GA  30092
404/448-3200

TEM ANALYSIS: *BULK ANALYSIS*

PROJECT: *PRUDENTIAL - SOUTHDALE OFFICE COMPLEX 120.61*
SAMPLE NUMBER: *M 2468-14*
SAMPLE ID: *#14 PARKING GARAGE ABOVE STALL #40*

DATE OF ANALYSIS: *5/20/90*

ANALYST: *W. B. Egeland*

---

Asbestos Minerals: *CHRYSOTILE (EDS)(DIFF)*

Other Components: *VERMICULITE (EDS)*
*GYPSUM (EDS)(DIFF)*
*CALCITE (EDS)(DIFF) * TRACE OBSERVED*

Comments:

MATERIALS ANALYTICAL SERVICES          MON 20-AUG-90   17:51
Cursor: 0.000KeV = 0          ROI (SIKα) 1.660: 1.810=1005



0.000                              VFS = 256     10.240
  17      M2468-14, CHRYSOTILE

PIS 00111072

MATERIALS ANALYTICAL SERVICES          MON 20-AUG-90  17:55
Cursor: 0.000KeV = 0         ROI (SIKα) 1.660: 1.810=1040



0.000                                    VFS = 256     10.240
22     M2468-14, VERMICULITE

PIS 00111073

MATERIALS ANALYTICAL SERVICES          MON 20-AUG-90   17:56
Cursor: 0.000keV = 0        ROI (SIKα) 1.560: 1.910=77



0.000                              VFS = 256    10.240
    S      M2468-14, GYPSUM



MATERIALS ANALYTICAL SERVICES          MON 20-AUG-90   17:59
Cursor: 0.000KeV = 0          ROI (SIKα) 1.660: 1.810=39

0.220                                    VFS = 256      10.240
    4    M2468-14, CALCITE

PIS 00111075



**MATERIALS
ANALYTICAL
SERVICES**

# ADDITIONAL BULK ANALYSIS

Sample # _M2468-14_                         Analyst _J. K. h._

Date _08/15/90_

## ACID DISSOLUTION

(1) Petri dish plus sample:                                _8.8997_ g

(2) Petri dish minus sample:                               _7.9071_ g

(3) Original sample weight:                                _0.9926_ g

(4) Filter weight:                                         _0.0577_ g

(5) Clean petri dish weight:                               _7.3645_ g

(6) Final sample weight plus filter and petri dish:        _7.8404_ g

(7) Final sample wt:((6) -[(4) + (5)])                     _0.4182_ g


(8) Percent residue wt:((7)/(3) x 100)                     _42.1_ %

(9) Amount in solution:(100 - (8))                         _57.9_ %

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200



MATERIALS
ANALYTICAL
SERVICES

ADDITIONAL BULK ANALYSIS

# STARCH VERIFICATION

Sample # *M2468-14*

Analyst *V.B. Egel*

Date *8/17/90*

**1) Sample Analyzed before/after acid dissolutions**

## Starch observed

no ✓

yes _____

## Iodine test
(ceiling tile only)

positive _____

negative _____

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200



**MATERIALS
ANALYTICAL
SERVICES**

June 25, 1990


Re:  Southdale Office Center
     Edina, Minnesota


Based on the constituent analysis of the fireproofing
samples for the above-referenced project, it is my
opinion that the samples analyzed are Mono-Kote 3,
which was manufactured by W. R. Grace.

Worksheets reflecting our analysis are attached.



William E. Longo, Ph.D.


**PIS 00060987**

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200    FAX (404) 368-8256

BUILDING:        Southdale Office Center
                 Edina, MN

The following bulk samples from the above-referenced buildings were
analyzed and were used to form an opinion of the manufacturer and
product.

| Bulk Sample # | Sample Location | Collected By |
|---|---|---|
| 1 | 7th Floor, Suite 735 | IEA |
| 2 | 7th Floor, Suite 735 | IEA |
| 3 | 7th Floor, Suite 735 | IEA |
| 4 | 7th Floor, Suite 735 | IEA |
| 5 | 7th Floor, Suite 735 | IEA |
| 6 | 7th Floor, Suite 735 | IEA |
| 7 | 7th Floor, Suite 735 | IEA |
| 8 | 7th Floor, Suite 735 | IEA |
| 9 | 7th Floor, Suite 735 | IEA |
| 10 | 7th Floor, Suite 735 | IEA |
| 11 | 7th Floor, Suite 735 | IEA |
| 12 | 7th Floor, Suite 735 | IEA |
| 13 | 7th Floor, East Wing | IEA |
| 14 | 7th Floor, East Wing | IEA |
| 15 | 7th Floor, East Wing | IEA |
| 16 | 7th Floor, East Wing | IEA |
| 17 | 7th Floor, East Wing | IEA |

Page -2-
Southdale Office Center

| 18 | 7th Floor, East Wing | IEA |
| 19 | 7th Floor, East Wing | IEA |
| 20 | 7th Floor, East Wing | IEA |
| 21 | 7th Floor, South Wing | IEA |
| 22 | 7th Floor, South Wing | IEA |
| 23 | 7th Floor, South Wing | IEA |
| 24 | 7th Floor, South Wing | IEA |
| 25 | 7th Floor, South Wing | IEA |
| 26 | 7th Floor, South Wing | IEA |
| 27 | 7th Floor, South Wing | IEA |
| 28 | 7th Floor, South Wing | IEA |
| 29 | Basement Storage | IEA |
| 30 | Suite 165 | IEA |
| 31 | Suite 555 | IEA |

PIS 00060989

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: __M 2971-1__                                    Date: __6/16/89__

Project Name: __Law Assoc. /ATL__                          Analyst: __Chm__
                                                           Reviewer: _____

Sample Identification: __Pisa  00609 — 375A7/A__

Gross Visual Description: __Beige, fibrous, fine grained matrix with gold__
__flakes and Dooks__

| Optical Data for Asbestos Identification | | | |
|---|---|---|---|
| Morphology . . . . . . . . . | Wavy | _____ | _____ |
| Pleochroism. . . . . . . . | no | _____ | _____ |
| Refractive Index . . . . . | 1.551 1.542 | _____ | _____ |
| Sign of Elongation . . . . | + | _____ | _____ |
| Extinction . . . . . . . . | O | _____ | _____ |
| Birefringence. . . . . . . | low | _____ | _____ |
| Melt . . . . . . . . . . . | no | _____ | _____ |
| Fiber Name . . . . . . . . | Chrysotile | _____ | _____ |

ASBESTOS MINERALS:                    Est. Vol. %

Chrysotile . . . . . . . . . .        12
Amosite . . . . . . . . . . .         _____
Crocidolite . . . . . . . . .         _____
Tremolite/Actinolite . . . . .        _____
Anthophyllite . . . . . . . .         _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . .         _____
Fibrous glass . . . . . . . .         _____
Cellulose . . . . . . . . . .         _____
Synthetic . . . . . . . . . .         _____
Talc . . . . . . . . . . . .          _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . .            _____
Vermiculite . . . . . . . . .          35
Mica . . . . . . . . . . . .           _____
Quartz . . . . . . . . . . .           _____
Calcite . . . . . . . . . . .          _____
Gypsum . . . . . . . . . . .           _____
Diatoms . . . . . . . . . . .          _____
Other . . . . . . . . . . . .          _____

Binders . . . . . . . . . . .          53
__Gypsum common - some carbonate present__

EFFERVESCENCE: weak— __moderate__

COMMENTS:          __also__

MATERIALS ~~~~~~~~~~~~~~~~

## BULK ASBESTOS SHEET

Project # - Spl #: _M 2972-2_    Date: _6/16/89_

Project Name: _Law Assoc / ATL._    Analyst: _Jhm_

Sample Identification: _Prism 00609 - 3750 > 18_    Reviewer: _✓_

Gross Visual Description: _Beige, fibrous, finegrained matrix with gold flakes and books_

### Optical Data for Asbestos Identification

| | |
|---|---|
| Morphology . . . . . . . . | _Wavy_ |
| Pleochroism . . . . . . . . | _No_ |
| Refractive Index . . . . . . | _1.54 ‹ 1.511_ |
| Sign of Elongation . . . . . | _+_ |
| Extinction . . . . . . . . | _O_ |
| Birefringence . . . . . . . | _Low_ |
| Melt . . . . . . . . . . | _No_ |
| Fiber Name . . . . . . . . | _Chrysotile_ |

ASBESTOS MINERALS:    Est. Vol. %

| | |
|---|---|
| Chrysotile . . . . . . . . . . | _12_ |
| Amosite . . . . . . . . . . | |
| Crocidolite . . . . . . . . . | |
| Tremolite/Actinolite . . . . . | |
| Anthophyllite . . . . . . . . | |

OTHER FIBROUS COMPONENTS:

| | |
|---|---|
| Mineral/Rock wool . . . . . . | |
| Fibrous glass . . . . . . . . | |
| Cellulose . . . . . . . . . . | |
| Synthetic . . . . . . . . . . | |
| Talc . . . . . . . . . . . . | |

NON-FIBROUS COMPONENTS:

| | |
|---|---|
| Perlite . . . . . . . . . . | |
| Vermiculite . . . . . . . . . | _35_ |
| Mica . . . . . . . . . . . | |
| Quartz . . . . . . . . . . | |
| Calcite . . . . . . . . . . | |
| Gypsum . . . . . . . . . . | |
| Diatoms . . . . . . . . . . | |
| Other | |

Binders . . . . . . . . . . _53_

_Gypsum common - Some Carbonate present_

EFFERVESCENCE: _weak - Moderate_

COMMENTS: _NSO_

PIS 00060991

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: ____M2972-3____    Date: 6/16/88

Project Name: Law Assoc/ATL.    Analyst: ___

Reviewer: ___

Sample Identification: Pasa 00609 - 375A71C

Gross Visual Description: Beige, fibrous, finegrained matrix with gold flakes and books

## Optical Data for Asbestos Identification

| Morphology | . . . . . . . . | wavy | . _____ . _____ |
|---|---|---|---|
| Pleochrism | . . . . . . . . | NO | . _____ . _____ |
| Refractive Index | . . . . . . | 1.541 1.551 | . _____ . _____ |
| Sign of Elongation | . . . . . | + | . _____ . _____ |
| Extinction | . . . . . . . | 0 | . _____ . _____ |
| Birefringence | . . . . . . . | low | . _____ . _____ |
| Melt | . . . . . . . . | NO | . _____ . _____ |
| Fiber Name | . . . . . . . | chrysotile | . _____ . _____ |

ASBESTOS MINERALS:          Est. Vol. %

Chrysotile . . . . . . . . .    12
Amosite . . . . . . . . . .    _____
Crocidolite . . . . . . . .    _____
Tremolite/Actinolite . . . .    _____
Anthophyllite . . . . . . .    _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . .    _____
Fibrous glass . . . . . . .    _____
Cellulose . . . . . . . . .    _____
Synthetic . . . . . . . . .    _____
Talc . . . . . . . . . . .    _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . .    _____
Vermiculite . . . . . . . .    35
Mica . . . . . . . . . . .    _____
Quartz . . . . . . . . . .    _____
Calcite . . . . . . . . .    _____
Gypsum . . . . . . . . . .    _____
Diatoms . . . . . . . . .    _____
Other . . . . . . . . . .    _____

Binders . . . . . . . . .    53
Gypsum Common - Some Carbonate present

EFFERVESCENCE: weak - moderate

COMMENTS:          NSO

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: __M2977-4__      Date: __6/16/88__

Project Name: __Law Assoc. /ATL.__      Analyst: __Qly__
                                          Reviewer: __Z__

Sample Identification: __Rosa 60609 - 375A710__

Gross Visual Description: Beige, fibrous, finegrained matrix with gold flakes and books

| Optical Data for Asbestos Identification | |
|---|---|
| Morphology | wavy |
| Pleochroism | no |
| Refractive Index | 1.54 ⊥ 1.55 ∥ |
| Sign of Elongation | + |
| Extinction | 0 |
| Birefringence | low |
| Melt | no |
| Fiber Name | Chrysotile |

ASBESTOS MINERALS:                 Est. Vol. %

Chrysotile . . . . . . . . . . __12__
Amosite . . . . . . . . . . _____
Crocidolite . . . . . . . . _____
Tremolite/Actinolite . . . . _____
Anthophyllite . . . . . . . _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . _____
Fibrous glass . . . . . . . _____
Cellulose . . . . . . . . . _____
Synthetic . . . . . . . . . _____
Talc . . . . . . . . . . . _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . _____
Vermiculite . . . . . . . . __35__
Mica . . . . . . . . . . . _____
Quartz . . . . . . . . . . _____
Calcite . . . . . . . . . . _____
Gypsum . . . . . . . . . . _____
Diatoms . . . . . . . . . . _____
Other . . . . . . . . . . . _____

Binders . . . . . . . . . . __53__
__Gypsum common - some carbonate present__

EFFERVESCENCE: __Weak - moderate__

COMMENTS: __NSD__

MATERIALS ANALYTICAL SERVICES, INC.

## BULK ASBESTOS SHEET

Project # – Spl #: __M 2972 - 5__          Date: __6/17/89__

Project Name: __Law Assoc /ATL.__          Analyst: __GM__
Reviewer: ___

Sample Identification: __PtiSA 0069    375A 72 A__

Gross Visual Description: __Beige, fibrous, fine grained matrix__
__with gold flakes and books__

| Optical Data for Asbestos Identification |
|---|
| Morphology . . . . . . . . . __wavy__ . . _____ . . _____ |
| Pleochroism. . . . . . . . . __no__ . . _____ . . _____ |
| Refractive Index . . . . . . __1.54 1.55/.__ . _____ . . _____ |
| Sign of Elongation . . . . . __+__ . . _____ . . _____ |
| Extinction . . . . . . . . . __0__ . . _____ . . _____ |
| Birefringence. . . . . . . . __Low__ . . _____ . . _____ |
| Melt . . . . . . . . . . . . __no__ . . _____ . . _____ |
| Fiber Name . . . . . . . . . __Chrysotile__ . _____ . _____ |

**ASBESTOS MINERALS:**          Est. Vol. %

                                     12

Chrysotile . . . . . . . . . . . _____
Amosite . . . . . . . . . . . _____
Crocidolite . . . . . . . . . _____
Tremolite/Actinolite . . . . . _____
Anthophyllite . . . . . . . . _____

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . . _____
Fibrous glass . . . . . . . . _____
Cellulose . . . . . . . . . . _____
Synthetic . . . . . . . . . . _____
Talc . . . . . . . . . . . . _____

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . . . _____
Vermiculite . . . . . . . . . __35__
Mica . . . . . . . . . . . . _____
Quartz . . . . . . . . . . . _____
Calcite . . . . . . . . . . . _____
Gypsum . . . . . . . . . . . _____
Diatoms . . . . . . . . . . . _____
Other . . . . . . . . . . . . _____

Binders . . . . . . . . . . . __53__
__Gypsum common - scattered grains of carbonate present__

EFFERVESCENCE: __weak - moderate__

COMMENTS: __NSO__

PIS 00060994

MATERIALS ANALYSIS

### BULK ASBESTOS SHEET

Project # - Spl #: _M 2972-6_          Date: _6/5/89_

Project Name: _Law Assoc. /ATL_          Analyst: _GM_
Reviewer:

Sample Identification: _Plaza corp 375A 72B_

Gross Visual Description: _Beige, fibrous, fine grained matrix with gold flakes and books_

| Optical Data for Asbestos Identification | | | |
|---|---|---|---|
| Morphology . . . . . . . | wavy | | |
| Pleochroism. . . . . . . | No | | |
| Refractive Index . . . . | 1.54<1.55// | | |
| Sign of Elongation . . . | + | | |
| Extinction . . . . . . . | O | | |
| Birefringence. . . . . . | low | | |
| Melt . . . . . . . . . . | No | | |
| Fiber Name . . . . . . . | Chrysotile | | |

ASBESTOS MINERALS:          Est. Vol. %

Chrysotile . . . . . . . . .    12
Amosite . . . . . . . . . .
Crocidolite . . . . . . . .
Tremolite/Actinolite . . . .
Anthophyllite . . . . . . .

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . .
Fibrous glass . . . . . . .
Cellulose . . . . . . . . .
Synthetic . . . . . . . . .
Talc . . . . . . . . . . .

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . .
Vermiculite . . . . . . . .    35
Mica . . . . . . . . . . .
Quartz . . . . . . . . . .
Calcite . . . . . . . . . .
Gypsum . . . . . . . . . .
Diatoms . . . . . . . . . .
Other

Binders . . . . . . . . . .    53
_Gypsum common - scattered grains of carbonate present_

EFFERVESCENCE: _weak - moderate_

COMMENTS: _NS0_

PIS 00060995

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: __M 2972 - 7__     Date: __6/7/89__

Project Name: __Law Assoc /ATL.__     Analyst: _____
Reviewer: _____

Sample Identification: __Plisa   00609   375A - 72C__

Gross Visual Description: __Beige, fibrous, fine grained matrix with__
__gold flakes and books__

### Optical Data for Asbestos Identification

| | |
|---|---|
| Morphology . . . . . . . . . | wavy |
| Pleochroism. . . . . . . . . | no |
| Refractive Index . . . . . . | 1.546 1.5511 |
| Sign of Elongation . . . . . | + |
| Extinction . . . . . . . . . | O |
| Birefringence. . . . . . . . | low |
| Melt . . . . . . . . . . . . | no |
| Fiber Name . . . . . . . . . | Chrysotile |

ASBESTOS MINERALS:     Est. Vol. %

Chrysotile . . . . . . . . . . . . __12__
Amosite . . . . . . . . . . . . _____
Crocidolite . . . . . . . . . . _____
Tremolite/Actinolite . . . . . _____
Anthophyllite . . . . . . . . . _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . . _____
Fibrous glass . . . . . . . . . _____
Cellulose . . . . . . . . . . . _____
Synthetic . . . . . . . . . . . _____
Talc . . . . . . . . . . . . . _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . . _____
Vermiculite . . . . . . . . . __35__
Mica . . . . . . . . . . . . . _____
Quartz . . . . . . . . . . . . _____
Calcite . . . . . . . . . . . _____
Gypsum . . . . . . . . . . . . _____
Diatoms . . . . . . . . . . . _____
Other . . . . . . . . . . . . _____

Binders . . . . . . . . . . . __53__
__Gypsum common - scattered grains of carbonate present__

EFFERVESCENCE: __weak - moderate__

COMMENTS: __NSD__

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: _M Z97Z-8_          Date: _6/17/89_

Project Name: _Law Assoc./ATC_          Analyst: _JAm_
                                          Reviewer: _____

Sample Identification: _Prisa   00609   375A-72 D_

Gross Visual Description: _Beige, fibrous, fine grained matrix with gold flakes and books_

### Optical Data for Asbestos Identification

| | | |
|---|---|---|
| Morphology | _wavy_ | _____ |
| Pleochrism | _NO_ | _____ |
| Refractive Index | _1.54 ⊥ 1.55∥_ | _____ |
| Sign of Elongation | _+_ | _____ |
| Extinction | _0_ | _____ |
| Birefringence | _low_ | _____ |
| Melt | _N0_ | _____ |
| Fiber Name | _Chrysotile_ | _____ |

**ASBESTOS MINERALS:**          Est. Vol. %

Chrysotile . . . . . . . . . _12_
Amosite . . . . . . . . . _____
Crocidolite . . . . . . . . . _____
Tremolite/Actinolite . . . . . _____
Anthophyllite . . . . . . . . _____

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . . _____
Fibrous glass . . . . . . . . _____
Cellulose . . . . . . . . . _____
Synthetic . . . . . . . . . _____
Talc . . . . . . . . . . . _____

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . . _____
Vermiculite . . . . . . . . . _35_
Mica . . . . . . . . . . . _____
Quartz . . . . . . . . . . _____
Calcite . . . . . . . . . . _____
Gypsum . . . . . . . . . . _____
Diatoms . . . . . . . . . . _____
Other . . . . . . . . . . _____

Binders . . . . . . . . . . _53_
_Gypsum common - Scattered grains of carbonate present_

EFFERVESCENCE: _Weak to moderate_

COMMENTS: _N50_

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: __M 2972-9__    Date: __6/15/89__

Project Name: __Law Assoc/ATL__    Analyst: __Gtm__
                                    Reviewer: _____

Sample Identification: __Pisa  00609  375A  73A__

Gross Visual Description: __Beige, fibrous, finegrained matrix with__
__gold flakes and books__

### Optical Data for Asbestos Identification

| | |
|---|---|
| Morphology | Wavy |
| Pleochroism | no |
| Refractive Index | 1.55 ll 1.54 |
| Sign of Elongation | + |
| Extinction | 0 |
| Birefringence | low |
| Melt | no |
| Fiber Name | Chrysotile |

ASBESTOS MINERALS:                Est. Vol. %

Chrysotile . . . . . . . . . . __12__
Amosite . . . . . . . . . . _____
Crocidolite . . . . . . . . _____
Tremolite/Actinolite . . . . _____
Anthophyllite . . . . . . . _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . _____
Fibrous glass . . . . . . . . _____
Cellulose . . . . . . . . . . _____
Synthetic . . . . . . . . . . _____
Talc . . . . . . . . . . . . _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . _____
Vermiculite . . . . . . . . __35__
Mica . . . . . . . . . . . . _____
Quartz . . . . . . . . . . . _____
Calcite . . . . . . . . . . _____
Gypsum . . . . . . . . . . . _____
Diatoms . . . . . . . . . . _____
Other . . . . . . . . . . . _____

Binders . . . . . . . . . . __53__
__Gypsum common - scattered grains of carbonate present.__

EFFERVESCENCE: __Weak - moderate__

COMMENTS:
__Also__

MATERIALS ANALYTICAL SERVICES, INC.

## BULK ASBESTOS SHEET

Project # - Spl #: ___M297270___    Date: _6/17/89_

Project Name: _Law Assoc./ATL._    Analyst: _John_
    Reviewer: _____

Sample Identification: _Prisa 00609 375A   73B_

Gross Visual Description: _Beige, fibrous, fine grained material with_
_gold flakes and books_

### Optical Data for Asbestos Identification

| | |
|---|---|
| Morphology | wavy |
| Pleochroism | no |
| Refractive Index | 1.54 1.55 |
| Sign of Elongation | + |
| Extinction | 0 |
| Birefringence | low |
| Melt | no |
| Fiber Name | chrysotile |

**ASBESTOS MINERALS:**    Est. Vol. %

Chrysotile . . . . . . . . . . _12_
Amosite . . . . . . . . . . . _____
Crocidolite . . . . . . . . . _____
Tremolite/Actinolite . . . . . _____
Anthophyllite . . . . . . . . _____

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . . _____
Fibrous glass . . . . . . . . _____
Cellulose . . . . . . . . . . _____
Synthetic . . . . . . . . . . _____
Talc . . . . . . . . . . . . _____

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . . . _____
Vermiculite . . . . . . . . . _35_
Mica . . . . . . . . . . . . _____
Quartz . . . . . . . . . . . _____
Calcite . . . . . . . . . . . _____
Gypsum . . . . . . . . . . . _____
Diatoms . . . . . . . . . . . _____
Other . . . . . . . . . . . _____

Binders . . . . . . . . . . . _53_
_Gypsum common - scattered grains of carbonate present_

EFFERVESCENCE: _Weak - moderate_

COMMENTS: _Also_

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: _M 2972-11_          Date: _6/17/69_

Project Name: _Law Assoc. / ATL._          Analyst: _GAm_
                                           Reviewer: _/_

Sample Identification: _Plisa   00609   375A   736_

Gross Visual Description: _Beige, fibrous, fine grained matrix with gold flakes and books_

### Optical Data for Asbestos Identification

| | |
|---|---|
| Morphology | _wavy_ |
| Pleochroism | _no_ |
| Refractive Index | _1.546 1.511_ |
| Sign of Elongation | _+_ |
| Extinction | _0_ |
| Birefringence | _low_ |
| Melt | _no_ |
| Fiber Name | _Chrysotile_ |

**ASBESTOS MINERALS:**          Est. Vol. %

| | |
|---|---|
| Chrysotile | _12_ |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

**OTHER FIBROUS COMPONENTS:**

| | |
|---|---|
| Mineral/Rock wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |
| Talc | |

**NON-FIBROUS COMPONENTS:**

| | |
|---|---|
| Perlite | |
| Vermiculite | _35_ |
| Mica | |
| Quartz | |
| Calcite | |
| Gypsum | |
| Diatoms | |
| Other | |

Binders _53_
_Gypsum Common - Scattered grains of Carbonate Present_

EFFERVESCENCE: _Weak - moderate_

COMMENTS: _NSD_

MATERIALS ANALYTICAL SERVICES, INC.

## BULK ASBESTOS SHEET

Project # - Spl #: __M2972-12__                Date: __6/17/89__

Project Name: __Law Assoc. /ATL.__            Analyst: __GM__
                                              Reviewer: _____

Sample Identification: __Pilsa    00609   375A   730__

Gross Visual Description: __Beige, fibrous, finegrained matrix with__
__gold flakes and books__

| Optical Data for Asbestos Identification | |
|---|---|
| Morphology . . . . . . . . | Wavy |
| Pleochroism . . . . . . . . | no |
| Refractive Index . . . . . | 1.54 1.55/1 |
| Sign of Elongation . . . . | + |
| Extinction . . . . . . . . | 0 |
| Birefringence . . . . . . . | low |
| Melt . . . . . . . . . . . | no |
| Fiber Name . . . . . . . . | Chrysotile |

**ASBESTOS MINERALS:**            Est. Vol. %

Chrysotile . . . . . . . . .     12
Amosite . . . . . . . . .        _____
Crocidolite . . . . . . . .      _____
Tremolite/Actinolite . . . .     _____
Anthophyllite . . . . . . . .    _____

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . .    _____
Fibrous glass . . . . . . . .    _____
Cellulose . . . . . . . . .      _____
Synthetic . . . . . . . . .      _____
Talc . . . . . . . . . .         _____

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . .        _____
Vermiculite . . . . . . . .      85
Mica . . . . . . . . .           _____
Quartz . . . . . . . . .         _____
Calcite . . . . . . . . .        _____
Gypsum . . . . . . . . .         _____
Diatoms . . . . . . . . .        _____
Other                            _____

Binders . . . . . . . .          53
__Gypsum Common - scattered grains of Carbonate Present__

EFFERVESCENCE: __Weak - moderate__

COMMENTS: __NSO__

PIS 00061001

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: __M 2972-13__    Date: __6/17/89__

Project Name: __Law Assoc / ATC__    Analyst: __OM__
    Reviewer: __∅__

Sample Identification: __Prisa 60600  375A   67A__

Gross Visual Description: __Beige, fibrous, finegrained matrix with__
__gold flakes and books__

| Optical Data for Asbestos Identification | |
|---|---|
| Morphology . . . . . . . . . | wavy |
| Pleochroism. . . . . . . . . | no |
| Refractive Index . . . . . . | 1.54 1.551 |
| Sign of Elongation . . . . . | + |
| Extinction . . . . . . . . . | 0 |
| Birefringence. . . . . . . . | low |
| Melt . . . . . . . . . . . . | no |
| Fiber Name . . . . . . . . . | Chrysotile |

ASBESTOS MINERALS:            Est. Vol. %

Chrysotile . . . . . . . . . . .    12
Amosite . . . . . . . . . . . .    _____
Crocidolite . . . . . . . . . .    _____
Tremolite/Actinolite . . . . .    _____
Anthophyllite . . . . . . . . .    _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . .    _____
Fibrous glass . . . . . . . . .    _____
Cellulose . . . . . . . . . . .    _____
Synthetic . . . . . . . . . . .    _____
Talc . . . . . . . . . . . . .    _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . . .    _____
Vermiculite . . . . . . . . . .    35
Mica . . . . . . . . . . . . .    _____
Quartz . . . . . . . . . . . .    _____
Calcite . . . . . . . . . . . .    _____
Gypsum . . . . . . . . . . . .    _____
Diatoms . . . . . . . . . . . .    _____
Other . . . . . . . . . . . . .    _____

Binders . . . . . . . . . . . .    53
    Gypsum common - Scattered grains of Carbonate Present

EFFERVESCENCE: __Weak - moderate__

COMMENTS: __NSO__

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: _M 2972-14_           Date: _6/17/89_

Project Name: _Law Assoc. /A-R._           Analyst: _Ohm_
                                           Reviewer: _____

Sample Identification: _Pasa 00009 375A 67B_

Gross Visual Description: _Beige, fibrous, finegrained matrix with gold flakes and books_

## Optical Data for Asbestos Identification

Morphology . . . . . . . . . _Wavy_
Pleochroism . . . . . . . . _no_
Refractive Index . . . . . . _1.54 1.55//_
Sign of Elongation . . . . . _+_
Extinction . . . . . . . . . _0_
Birefringence . . . . . . . _low_
Melt . . . . . . . . . . . . _no_
Fiber Name . . . . . . . . _Chrysotile_

ASBESTOS MINERALS:           Est. Vol. %

Chrysotile . . . . . . . . . . . _12_
Amosite . . . . . . . . . . . . _____
Crocidolite . . . . . . . . . . _____
Tremolite/Actinolite . . . . . _____
Anthophyllite . . . . . . . . . _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . _____
Fibrous glass . . . . . . . . . _____
Cellulose . . . . . . . . . . . _____
Synthetic . . . . . . . . . . . _____
Talc . . . . . . . . . . . . . . _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . . . _____
Vermiculite . . . . . . . . . . _35_
Mica . . . . . . . . . . . . . _____
Quartz . . . . . . . . . . . . _____
Calcite . . . . . . . . . . . . _____
Gypsum . . . . . . . . . . . . _____
Diatoms . . . . . . . . . . . . _____
Other . . . . . . . . . . . . . _____

Binders . . . . . . . . . . . _53_
_Gypsum Common - scattered grains of carbonate Present_

EFFERVESCENCE: _Weak-moderate_

COMMENTS: _NSD_

MATERIALS ANALYTICAL SERVICES, INC.

### BULK ASBESTOS SHEET

Project # - Spl #: M 2972-15                     Date: 6/17/88

Project Name: Lew Assoc '/ATL                    Analyst: JM
                                                 Reviewer: 7
Sample Identification: Prism 6060a  375A  67C

Gross Visual Description: Beige, fibrous, finegrained matrix with gold
flakes and books

### Optical Data for Asbestos Identification

| | | | | |
|---|---|---|---|---|
| Morphology . . . . . . . . | Wavy | | | |
| Pleochroism. . . . . . . | no | | | |
| Refractive Index . . . . | 1.55//1.541 | | | |
| Sign of Elongation . . . . | + | | | |
| Extinction . . . . . . . | 0 | | | |
| Birefringence. . . . . . | low | | | |
| Melt . . . . . . . . . . | no | | | |
| Fiber Name . . . . . . . | chrysotile | | | |

ASBESTOS MINERALS:              Est. Vol. %

Chrysotile . . . . . . . . . . .  12
Amosite . . . . . . . . . . .
Crocidolite . . . . . . . . .
Tremolite/Actinolite . . . . .
Anthophyllite . . . . . . . .

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . .
Fibrous glass . . . . . . . .
Cellulose . . . . . . . . . .
Synthetic . . . . . . . . . .
Talc . . . . . . . . . . . .

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . .
Vermiculite . . . . . . . . .  35
Mica . . . . . . . . . . . .
Quartz . . . . . . . . . . .
Calcite . . . . . . . . . . .
Gypsum . . . . . . . . . . .
Diatoms . . . . . . . . . .
Other

Binders . . . . . . . . . .  53
Gypsum common — scattered grains of carbonate present

EFFERVESCENCE: weak - moderate

COMMENTS:           Nso

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # – Spl #: __M 2972-16__          Date: __6/17/89__

Project Name: __Law Assoc MTL__          Analyst: __QM__
                                          Reviewer: __//__
Sample Identification: __Prisa  G0609   375 A   67D__

Gross Visual Description: __Beige, fibrous, finegrained matrix with__
__gold flakes and books__

| Optical Data for Asbestos Identification | |
|---|---|
| Morphology . . . . . . . . | Wavy |
| Pleochroism. . . . . . . . | NO |
| Refractive Index . . . . . | 1.54 1.55// |
| Sign of Elongation . . . . | + |
| Extinction . . . . . . . . | O |
| Birefringence. . . . . . . | low |
| Melt . . . . . . . . . . . | NO |
| Fiber Name . . . . . . . . | Chrysotile |

ASBESTOS MINERALS:                 Est. Vol. %

Chrysotile . . . . . . . . . . . ___12___
Amosite . . . . . . . . . . . . _____
Crocidolite . . . . . . . . . . _____
Tremolite/Actinolite . . . . . _____
Anthophyllite . . . . . . . . . _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . . _____
Fibrous glass . . . . . . . . . _____
Cellulose . . . . . . . . . . . _____
Synthetic . . . . . . . . . . . _____
Talc . . . . . . . . . . . . . _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . . . _____
Vermiculite . . . . . . . . . . ___35___
Mica . . . . . . . . . . . . . _____
Quartz . . . . . . . . . . . . _____
Calcite . . . . . . . . . . . . _____
Gypsum . . . . . . . . . . . . _____
Diatoms . . . . . . . . . . . . _____
Other . . . . . . . . . . . . . _____

Binders . . . . . . . . . . . . ___53___
__Gypsum Common – Scattered grains of Carbonate Present__

EFFERVESCENCE: __Weak – moderate__

COMMENTS: __N=0__

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: __M 2922-17__                    Date: __6/10/89__

Project Name: __Law Assoc / ATL.__                  Analyst: __John__
                                                    Reviewer: __/__
Sample Identification: __Prisa   00609   375A   68A__

Gross Visual Description: __Beige, fibrous, finegrained matrix with__
__gold flakes and bodies__

### Optical Data for Asbestos Identification

| | |
|---|---|
| Morphology . . . . . . . . . | wavy |
| Pleochroism . . . . . . . . . | NO |
| Refractive Index . . . . . . | 1.54 ± 1.551/ |
| Sign of Elongation . . . . . | + |
| Extinction . . . . . . . . . | 0 |
| Birefringence . . . . . . . . | low |
| Melt . . . . . . . . . . . . | no |
| Fiber Name . . . . . . . . . | Chrysotile |

ASBESTOS MINERALS:                    Est. Vol. %

Chrysotile . . . . . . . . . . . .    1Z
Amosite . . . . . . . . . . . . .
Crocidolite . . . . . . . . . . .
Tremolite/Actinolite . . . . . .
Anthophyllite . . . . . . . . . .

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . .
Fibrous glass . . . . . . . . .
Cellulose . . . . . . . . . . .
Synthetic . . . . . . . . . . .
Talc . . . . . . . . . . . . . .

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . . .
Vermiculite . . . . . . . . . .    35
Mica . . . . . . . . . . . . . .
Quartz . . . . . . . . . . . . .
Calcite . . . . . . . . . . . .
Gypsum . . . . . . . . . . . . .
Diatoms . . . . . . . . . . . .
Other . . . . . . . . . . . . .

Binders . . . . . . . . . . .    53
__Gypsum Common — Scattered grains of Carbonate Present__

EFFERVESCENCE: __Weak - moderate__

COMMENTS: __NSO__

MATERIALS ANALYTICAL SERVICES, INC.

## BULK ASBESTOS SHEET

Project # - Spl #: __M 2972 - 18__                    Date: __6/17/89__

Project Name: __Law Assoc / ATL.__                    Analyst: __Jhon__
                                                       Reviewer: __/__

Sample Identification: __Pcisa   00609   375A    68B__

Gross Visual Description: __Beige, fibrous, finegrained  matrix with__
__gold flakes and books__

### Optical Data for Asbestos Identification

| | | |
|---|---|---|
| Morphology | __Wavy__ | |
| Pleochroism | __no__ | |
| Refractive Index | __1.542 1.551__ | |
| Sign of Elongation | __+__ | |
| Extinction | __o__ | |
| Birefringence | __low__ | |
| Melt | __no__ | |
| Fiber Name | __Chrysotile__ | |

ASBESTOS MINERALS:              Est. Vol. %

Chrysotile . . . . . . . . . . __12__
Amosite . . . . . . . . . .
Crocidolite . . . . . . . . .
Tremolite/Actinolite . . . . .
Anthophyllite . . . . . . . .

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . .
Fibrous glass . . . . . . . .
Cellulose . . . . . . . . . .
Synthetic . . . . . . . . . .
Talc . . . . . . . . . . . .

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . .
Vermiculite . . . . . . . . . __35__
Mica . . . . . . . . . . . .
Quartz . . . . . . . . . . .
Calcite . . . . . . . . . . .
Gypsum . . . . . . . . . . .
Diatoms . . . . . . . . . . .
Other

Binders . . . . . . . . . . __53__
__Gypsum Common  -  Scattered  grains of  carbonate present__

EFFERVESCENCE: __Weak - moderate__

COMMENTS:
__NSD__

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # – Spl #: _M 2972-19_    Date: _6/17/89_

Project Name: _Law Assoc? /ATL_    Analyst: _OM_
Reviewer: _/_

Sample Identification: _Prisa   00609   375A   68C_

Gross Visual Description: _Beige, fibrous, finegrained matrix with gold flakes and books_

### Optical Data for Asbestos Identification

| | |
|---|---|
| Morphology | Wavy |
| Pleochroism | 0 0 |
| Refractive Index | 1.54 / 1.55 II |
| Sign of Elongation | + |
| Extinction | 0 |
| Birefringence | low |
| Melt | n o |
| Fiber Name | Chrysotile |

ASBESTOS MINERALS:    Est. Vol. %

| | |
|---|---|
| Chrysotile | 12 |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

OTHER FIBROUS COMPONENTS:

| | |
|---|---|
| Mineral/Rock wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |
| Talc | |

NON-FIBROUS COMPONENTS:

| | |
|---|---|
| Perlite | |
| Vermiculite | 35 |
| Mica | |
| Quartz | |
| Calcite | |
| Gypsum | |
| Diatoms | |
| Other | |

Binders    53

_Gypsum Common – Scattered grains of carbonate present._

EFFERVESCENCE: _Weak – Moderate_

COMMENTS: _N = 0_

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: _M2972-20_          Date: _6/12/89_

Project Name: _Law Assoc/ATC_          Analyst: _GHm_
                                        Reviewer: _____

Sample Identification: _Prisa    00609 375A-68D_

Gross Visual Description: _Beige, I-brown, fine grained material with gold_
_flakes and pores_

| Optical Data for Asbestos Identification | | | |
|---|---|---|---|
| Morphology . . . . . . . . . | wavy | | |
| Pleochroism. . . . . . . . | No | | |
| Refractive Index . . . . . | 1.54 1.551 | | |
| Sign of Elongation . . . . . | L | | |
| Extinction . . . . . . . . | 0 | | |
| Birefringence. . . . . . . | low | | |
| Melt . . . . . . . . . . | NO | | |
| Fiber Name . . . . . . . . | Chrysotile | | |

ASBESTOS MINERALS:                Est. Vol. %

Chrysotile . . . . . . . . . . .    12
Amosite     . . . . . . . . . .    _____
Crocidolite . . . . . . . . . .    _____
Tremolite/Actinolite . . . . . :    _____
Anthophyllite . . . . . . . . .    _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . .    _____
Fibrous glass . . . . . . . . .    _____
Cellulose . . . . . . . . . . .    _____
Synthetic . . . . . . . . . . .    _____
Talc . . . . . . . . . . . . .    _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . .    _____
Vermiculite . . . . . . . . . .    35
Mica . . . . . . . . . . . . .    _____
Quartz . . . . . . . . . . . .    _____
Calcite . . . . . . . . . . . .    _____
Gypsum . . . . . . . . . . . .    _____
Diatoms . . . . . . . . . . . .    _____
Other                            _____

Binders . . . . . . . . . . .    53
_Gypsum Common - Scattered grains of Carbonate present_

EFFERVESCENCE: _Weak - Moderate_

COMMENTS:            _NSD_

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # – Spl #: __M2912-21__   Date: __6/17/89__

Project Name: __Law Assoc./ATL.__   Analyst: __Ohm__
Reviewer: __

Sample Identification: __Pass 375A – 69A__

Gross Visual Description: __Beige, fibrous, finegrained match with gold flakes and books__

### Optical Data for Asbestos Identification

| | | | |
|---|---|---|---|
| Morphology | Wavy | | |
| Pleochroism | no | | |
| Refractive Index | 1.546 1.551 | | |
| Sign of Elongation | + | | |
| Extinction | 0 | | |
| Birefringence | low | | |
| Melt | no | | |
| Fiber Name | Chrysotile | | |

**ASBESTOS MINERALS:**          Est. Vol. %

| | |
|---|---|
| Chrysotile | 12 |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

**OTHER FIBROUS COMPONENTS:**

| | |
|---|---|
| Mineral/Rock wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |
| Talc | |

**NON-FIBROUS COMPONENTS:**

| | |
|---|---|
| Perlite | |
| Vermiculite | 35 |
| Mica | |
| Quartz | |
| Calcite | |
| Gypsum | |
| Diatoms | |
| Other | |

Binders . . . . . . . . __53__
__Gypsum Common – Scattered grains of Carbonate present__

EFFERVESCENCE: __weak – moderate__

COMMENTS: __NSO__

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: _M 2972 -22_     Date: _6/17/89_

Project Name: _Law Assoc./ATL._     Analyst: _Glm_
                                     Reviewer: _____

Sample Identification: _Prisa 375A - 69B_

Gross Visual Description: _Beige, fibrous, finegrained matrix with gold flakes and books_

| Optical Data for Asbestos Identification | | | |
|---|---|---|---|
| Morphology | wavy | | |
| Pleochroism | no | | |
| Refractive Index | 1541 1551 | | |
| Sign of Elongation | + | | |
| Extinction | 0 | | |
| Birefringence | low | | |
| Melt | no | | |
| Fiber Name | Chrysotile | | |

ASBESTOS MINERALS:          Est. Vol. %

Chrysotile . . . . . . . . . . _12_
Amosite . . . . . . . . . . . _____
Crocidolite . . . . . . . . . _____
Tremolite/Actinolite . . . . . _____
Anthophyllite . . . . . . . . _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . _____
Fibrous glass . . . . . . . . _____
Cellulose . . . . . . . . . . _____
Synthetic . . . . . . . . . . _____
Talc . . . . . . . . . . . . _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . . _____
Vermiculite . . . . . . . . . _35_
Mica . . . . . . . . . . . . _____
Quartz . . . . . . . . . . . _____
Calcite . . . . . . . . . . . _____
Gypsum . . . . . . . . . . . _____
Diatoms . . . . . . . . . . . _____
Other . . . . . . . . . . . . _____

Binders . . . . . . . . . . . _53_
_Gypsum common - scattered grains of Carbonate present_

EFFERVESCENCE: _Weak - moderate_

COMMENTS: _N S O_

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: __M 2972 - 23__          Date: __6/17/89__

Project Name: __Law Assoc. /ATL__          Analyst: __Ohm__
                                            Reviewer: _____

Sample Identification: __Prisa 375R - 69 C__

Gross Visual Description: __Beige, fibrous, finegrained matrix with__
__gold flakes and books__

| Optical Data for Asbestos Identification | | | | |
|---|---|---|---|---|
| Morphology . . . . . . . . . | wavy | . | _____ | . _____ |
| Pleochrosim. . . . . . . . . | no | . | _____ | . _____ |
| Refractive Index . . . . . . | 1.54L 1.551 | . | _____ | . _____ |
| Sign of Elongation . . . . . | + | . | _____ | . _____ |
| Extinction . . . . . . . . . | 0 | . | _____ | . _____ |
| Birefringence. . . . . . . . | low | . | _____ | . _____ |
| Melt . . . . . . . . . . . . | no | . | _____ | . _____ |
| Fiber Name . . . . . . . . . | chrysotile | . | _____ | . _____ |

ASBESTOS MINERALS:                Est. Vol. %

Chrysotile . . . . . . . . . . . ___12___
Amosite . . . . . . . . . . . . . _____
Crocidolite . . . . . . . . . . . _____
Tremolite/Actinolite . . . . . . _____
Anthophyllite . . . . . . . . . . _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . . _____
Fibrous glass . . . . . . . . . _____
Cellulose . . . . . . . . . . . _____
Synthetic . . . . . . . . . . . _____
Talc . . . . . . . . . . . . . . _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . . . _____
Vermiculite . . . . . . . . . . ___35___
Mica . . . . . . . . . . . . . . _____
Quartz . . . . . . . . . . . . . _____
Calcite . . . . . . . . . . . . _____
Gypsum . . . . . . . . . . . . . _____
Diatoms . . . . . . . . . . . . _____
Other . . . . . . . . . . . . . _____

Binders . . . . . . . . . . . . ___53___
_____ Gypsum common - Scattered grains of carbonate present.

EFFERVESCENCE: __Weak - moderate__

COMMENTS:
_____ __NSO__ _____
_____

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # – Spl #: ___M 2972-24___          Date: _6/17/99_

Project Name: _Law Assoc. /ATL._          Analyst: _Ghm_
                                          Reviewer: _____

Sample Identification: _Prisa 375A - 69D_

Gross Visual Description: _Beige, fibrous, finegrained matrix with_
_gold flakes and books_

### Optical Data for Asbestos Identification

Morphology . . . . . . . . . _wavy_ . . _____ . . _____
Pleochroism. . . . . . . . . _no_ . . _____ . . _____
Refractive Index . . . . . _1.541 1.551_ . . _____ . . _____
Sign of Elongation . . . . . _+_ . . _____ . . _____
Extinction . . . . . . . . . _O_ . . _____ . . _____
Birefringence. . . . . . . . _low_ . . _____ . . _____
Melt . . . . . . . . . . . . _no_ . . _____ . . _____
Fiber Name . . . . . . . . . _Chrysotile_ . _____ . _____

**ASBESTOS MINERALS:**                    Est. Vol. %

Chrysotile . . . . . . . . . . ___12___
Amosite . . . . . . . . . . . _____
Crocidolite . . . . . . . . . _____
Tremolite/Actinolite . . . . . _____
Anthophyllite . . . . . . . . _____

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . . _____
Fibrous glass . . . . . . . . _____
Cellulose . . . . . . . . . . _____
Synthetic . . . . . . . . . . _____
Talc . . . . . . . . . . . . _____

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . . . _____
Vermiculite . . . . . . . . . ___35___
Mica . . . . . . . . . . . . _____
Quartz . . . . . . . . . . . _____
Calcite . . . . . . . . . . . _____
Gypsum . . . . . . . . . . . _____
Diatoms . . . . . . . . . . . _____
Other . . . . . . . . . . .

Binders . . . . . . . . . ___53___
            _Gypsum common - scattered grains of carbonate present_

EFFERVESCENCE: _Weak - moderate_

COMMENTS: _____ _NSD_

MATERIALS ANALYTICAL SERVICES, INC.

## BULK ASBESTOS SHEET

Project # ~ Spl #: __M2972 - 25__          Date: __6/17/89__

Project Name: __Law Assoc. /ATL__          Analyst: __Jm__
                                            Reviewer: __C__

Sample Identification: __Prisa 375A - 70A__

Gross Visual Description: __Beige, fibrous, finegrained matrix with__
__gold flakes and books__

### Optical Data for Asbestos Identification

| | | | | |
|---|---|---|---|---|
| Morphology . . . . . . . . . | wavy | | | |
| Pleochroism. . . . . . . . . | no | | | |
| Refractive Index . . . . . . | 1.541,1.551 | | | |
| Sign of Elongation . . . . . | + | | | |
| Extinction . . . . . . . . . | 0 | | | |
| Birefringence. . . . . . . . | low | | | |
| Melt . . . . . . . . . . . . | no | | | |
| Fiber Name . . . . . . . . . | Chrysotile | | | |

ASBESTOS MINERALS:                    Est. Vol. %

Chrysotile . . . . . . . . . . .  __12__
Amosite . . . . . . . . . . . .
Crocidolite . . . . . . . . . .
Tremolite/Actinolite . . . . . .
Anthophyllite . . . . . . . . .

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . .
Fibrous glass . . . . . . . . .
Cellulose . . . . . . . . . . .
Synthetic . . . . . . . . . . .
Talc . . . . . . . . . . . . . .

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . . .
Vermiculite . . . . . . . . . .  __35__
Mica . . . . . . . . . . . . . .
Quartz . . . . . . . . . . . . .
Calcite . . . . . . . . . . . .
Gypsum . . . . . . . . . . . . .
Diatoms . . . . . . . . . . . .
Other

Binders . . . . . . . . . . . .  __53__
__Gypsum common - scattered grains of carbonate present__

EFFERVESCENCE: __Weak - moderate__

COMMENTS: __NSD__

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: __M2a71 - 26__   Date: _6/13/89_

Project Name: _Law Assoc /ATL_   Analyst: _JKm_
   Reviewer: _____

Sample Identification: _Prisa 375A - 70B_

Gross Visual Description: _Beige, fibrous, finegrained matrix with_
_gold flakes and books_

### Optical Data for Asbestos Identification

| | | | | |
|---|---|---|---|---|
| Morphology . . . . . . . . | wavy | | | |
| Pleochroism. . . . . . . . | no | | | |
| Refractive Index . . . . . | 1.54 ± 1.551 | | | |
| Sign of Elongation . . . . | + | | | |
| Extinction . . . . . . . . | O | | | |
| Birefringence. . . . . . . | low | | | |
| Melt . . . . . . . . . . . | no | | | |
| Fiber Name . . . . . . . . | chrysotile | | | |

**ASBESTOS MINERALS:**            Est. Vol. %

Chrysotile . . . . . . . . . . . . . __12__
Amosite . . . . . . . . . . . . . . _____
Crocidolite . . . . . . . . . . . . _____
Tremolite/Actinolite . . . . . . . _____
Anthophyllite . . . . . . . . . . _____

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . . . _____
Fibrous glass . . . . . . . . . . _____
Cellulose . . . . . . . . . . . . _____
Synthetic . . . . . . . . . . . . _____
Talc . . . . . . . . . . . . . . . _____

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . . . . . _____
Vermiculite . . . . . . . . . . . __35__
Mica . . . . . . . . . . . . . . _____
Quartz . . . . . . . . . . . . . _____
Calcite . . . . . . . . . . . . . _____
Gypsum . . . . . . . . . . . . . _____
Diatoms . . . . . . . . . . . . _____
Other . . . . . . . . . . . . . _____

Binders . . . . . . . . . . . . __53__
_Gypsum common — scattered grains of carbonate present_

EFFERVESCENCE: _weak — moderate_

COMMENTS:
_N≤O_

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: _M2972-27_    Date: _6/17/89_

Project Name: _Law Assoc / ATC._    Analyst: _Jhm_
    Reviewer: _/_

Sample Identification: _Prisa  375A - 70 C_

Gross Visual Description: _Beige, fibrous, finegrained matrix with gold flakes and books_

### Optical Data for Asbestos Identification

Morphology . . . . . . . . _wavy_
Pleochroism. . . . . . . . _no_
Refractive Index . . . . . _1.55// 1.54⊥_
Sign of Elongation . . . . _+_
Extinction . . . . . . . . _0_
Birefringence. . . . . . . _low_
Melt . . . . . . . . . . . _no_
Fiber Name . . . . . . . . _Chrysotile_

ASBESTOS MINERALS:    Est. Vol. %

Chrysotile . . . . . . . . . . . _12_
Amosite . . . . . . . . . . . . _____
Crocidolite . . . . . . . . . . _____
Tremolite/Actinolite . . . . . . _____
Anthophyllite . . . . . . . . . _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . _____
Fibrous glass . . . . . . . . _____
Cellulose . . . . . . . . . . _____
Synthetic . . . . . . . . . . _____
Talc . . . . . . . . . . . . . _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . . _____
Vermiculite . . . . . . . . . _35_
Mica . . . . . . . . . . . . . _____
Quartz . . . . . . . . . . . . _____
Calcite . . . . . . . . . . . _____
Gypsum . . . . . . . . . . . . _____
Diatoms . . . . . . . . . . . _____
Other . . . . . . . . . . . . _____

Binders . . . . . . . . . . . _53_
_Gypsum common - Scattered grains of Carbonate present_

EFFERVESCENCE: _weak - moderate_

COMMENTS:
_Also_

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # – Spl #: _M2971-28_          Date: _6/17/89_

Project Name: _Law Assc /ATL._          Analyst: _Jhn_
                                        Reviewer: _____

Sample Identification: _Pusa 375A - 70D_

Gross Visual Description: _Beige, fibrous, finegrained matrix with_
_gold flakes and books_

### Optical Data for Asbestos Identification

| | | |
|---|---|---|
| Morphology . . . . . . . . . | _wavy_ | |
| Pleochroism. . . . . . . . . | _no_ | |
| Refractive Index . . . . . . | _1.541 1.551_ | |
| Sign of Elongation . . . . . | _+_ | |
| Extinction . . . . . . . . . | _0_ | |
| Birefringence. . . . . . . . | _low_ | |
| Melt . . . . . . . . . . . . | _no_ | |
| Fiber Name . . . . . . . . . | _Chrysotile_ | |

**ASBESTOS MINERALS:**          Est. Vol. %

| | |
|---|---|
| Chrysotile . . . . . . . . . | _17_ |
| Amosite . . . . . . . . . . | |
| Crocidolite . . . . . . . . | |
| Tremolite/Actinolite . . . . | |
| Anthophyllite . . . . . . . | |

**OTHER FIBROUS COMPONENTS:**

| | |
|---|---|
| Mineral/Rock wool . . . . . . | |
| Fibrous glass . . . . . . . | |
| Cellulose . . . . . . . . . | |
| Synthetic . . . . . . . . . | |
| Talc . . . . . . . . . . . . | |

**NON-FIBROUS COMPONENTS:**

| | |
|---|---|
| Perlite . . . . . . . . . . | |
| Vermiculite . . . . . . . . | _55_ |
| Mica . . . . . . . . . . . . | |
| Quartz . . . . . . . . . . . | |
| Calcite . . . . . . . . . . | |
| Gypsum . . . . . . . . . . . | |
| Diatoms . . . . . . . . . . | |
| Other . . . . . . . . . . . | |

Binders . . . . . . . . . . _53_
_Gypsum Common - Scattered grains of Carbonate Present_

EFFERVESCENCE; _weak - moderate_

COMMENTS: _NSO_

## MATERIALS ANALYTICAL SERVICES, INC.

### BULK ASBESTOS SHEET

Project # - Spl #: _N4334-5_                          Date: _6/27/90_

Project Name: _PRUDENTIAL : SOUTH DALE OFFICE COMPLEX_   Analyst: _W. B. Egle_
120.61

Sample Identification: _5-OS1   FIREPROOFING ; BSMT STORAGE, BLDG 6800_

_120.61_

Gross Visual Description: _LIGHT BEIGE, GOLD FLAKES AND BOOKS AS WELL_

_AS FIBERS BOUND BY AN ABUNDANT FINE MATRIX._

| Optical Data for Asbestos Identification | | | |
|---|---|---|---|
| Morphology | _WAVEY_ | | |
| Pleochrism. | _NONE_ | | |
| Refractive Index (+//) | _1.54/1.55_ | | |
| Sign of Elongation | _+_ | | |
| Extinction | _parallel_ | | |
| Birefringence. | _LOW_ | | |
| Melt | _No_ | | |
| Fiber Name | _CHRYSOTILE_ | | |

**ASBESTOS MINERALS:**                    Est. Vol. %

Chrysotile . . . . . . . . . .  _10_
Amosite . . . . . . . . . .
Crocidolite . . . . . . . . .
Tremolite/Actinolite . . . . .
Anthophyllite . . . . . . . .

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . .
Fibrous glass . . . . . . . .
Cellulose . . . . . . . . . .
Synthetic . . . . . . . . . .
Other

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . .
Vermiculite . . . . . . . .  _37_
Other

Binders . . . . . . . . . . .  _53_

_ABUNDANT GYPSUM WITH FINE GRANULAR CARBONATE AND QUARTZ_

_SEEN RANDOMLY THROUGHOUT._

EFFERVESCENCE: _WEAK_

COMMENTS:
_NO STARCH OBSERVED._

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # – Spl #: ☐ 4334-6                     Date: 6/27/90

Project Name: PRUDENTIAL: SOUTH DALE OFFICE COMPLEX     Analyst: W.B. Cybul
                                       120.61

Sample Identification: 6 - 051    FIREPROOFING . SUITE 165, BLDG 6800.

Gross Visual Description: LIGHT BEIGE, GOLD FLAKES AND BOOKS AS WELL

AS FIBERS BOUND BY AND ABUNDANT FINE MATRIX.

| Optical Data for Asbestos Identification | |
|---|---|
| Morphology | WAVEY |
| Pleochroism. | NONE |
| Refractive Index | (⊥//) 1.54/1.55 |
| Sign of Elongation | + |
| Extinction | parallel |
| Birefringence. | low |
| Melt | NO |
| Fiber Name | CHRYSOTILE |

ASBESTOS MINERALS:                    Est. Vol. %

Chrysotile . . . . . . . . . . .  10
Amosite . . . . . . . . . . .
Crocidolite . . . . . . . . . .
Tremolite/Actinolite . . . . .
Anthophyllite . . . . . . . .

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . .
Fibrous glass . . . . . . . .
Cellulose . . . . . . . . . .
Synthetic . . . . . . . . . .
Other

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . .
Vermiculite . . . . . . . . . .  35
Other

Binders . . . . . . . . . . . .  55

ABUNDANT GYPSUM WITH FINE GRANULAR CARBONATE AND

QUARTZ OBSERVED THROUGHOUT.

EFFERVESCENCE: WEAK

COMMENTS:
NO STARCH OBSERVED

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # – Spl #: _M4334-7_   Date: _6/27/90_

120.61

Project Name: _PRUDENTIAL: SOUTHPALE OFFICE COMPLEX_   Analyst: _W.B.Egel_

Sample Identification: _7. OSI FIREPROOFING; SUITE 555, BLDG 6800_

Gross Visual Description: _LIGHT BEIGE. GOLD FLAKES AND BOOKS AS_

_WELL AS FIBERS BOUND BY AN ABUNDANT FINE MATRIX._

## Optical Data for Asbestos Identification

| | |
|---|---|
| Morphology | _WAVEY_ |
| Pleochroism | _NONE_ |
| Refractive Index | _(⊥ll) 1.54/1.55_ |
| Sign of Elongation | _+_ |
| Extinction | _parallel_ |
| Birefringence | _low_ |
| Melt | _no_ |
| Fiber Name | _CHRYSOTILE_ |

ASBESTOS MINERALS:                    Est. Vol. %

Chrysotile . . . . . . . . . . _10_
Amosite . . . . . . . . . . . . _____
Crocidolite . . . . . . . . . _____
Tremolite/Actinolite . . . . . _____
Anthophyllite . . . . . . . . _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . . _____
Fibrous glass . . . . . . . . . _____
Cellulose . . . . . . . . . . . _____
Synthetic . . . . . . . . . . . _____
Other . . . . . . . . . . . . . _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . . _____
Vermiculite . . . . . . . . . _37_
Other . . . . . . . . . . . . _____
                             _____

Binders . . . . . . . . . . . _53_

_ABUNDANT GYPSUM WITH CARBONATE AND SMALL AMOUNTS OF SILTY_

_QUARTZ SCATTERED THROUGHOUT._

EFFERVESCENCE: _WEAK_

COMMENTS:
_NO STARCH OBSERVED._

MATERIALS ANALYTICAL SERVICES, INC.
3597 Parkway Lane
Suite 250
Norcross, GA  30092

TEM Analysis Type: _Bindles_

Project Number/
Sample Number: _m-2971-1_

Project Name: _South Dale_

Sample
Identification: _00609 - 32579 714_

Analyst/
Date: _6/25/89_  _Longo_

Asbestos Minerals:

_Chrysotile (diff/EDS)_

Non-Asbestos Components:

_Vermiculite (diff/EDS)_
_Gypsum (EDS)_
_Calcite (EDS) small Amount_

Comments:

PIS 00061021



MATERIALS ANALYTICAL SERVICES          SUN 25-JUN-89  12:38
Cursor: 0.000keV = 0        ROI (SIKα) 1.660: 1.810=306



0.000                                   VFS = 1024   10.240
  20      M-2971-1: GYPSUM

PIS 00061023



MATERIALS ANALYTICAL SERVICES          SUN 25-JUN-89  12:40
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=1615

0.000                                   VFS = 512    10.240
  35     M-2971-1: CHRYSOTILE

PIS 00061024

## ACID DISSOLUTION BULK ANALYSIS

**M.A.S.**
3597 PARKWAY LANE
NORCROSS GA. 30092

DATE 6/25/87

ANALYSIS USING 2% SOLUTION HCl

| NO. | SAMPLE # | P-D + SAMPLE | P-D - SAMPLE | SAMPLE WEIGHT | FILTER WEIGHT | FINAL WT + FILTER | FINAL WT - FILTER | PERCENT FINAL WT | AMOUNT IN SOLU. |
|------|----------|--------------|--------------|---------------|---------------|-------------------|-------------------|------------------|-----------------|
| 1 | M2471-1 | 8.8778₃ | 7.5723₂ | 1.3055₂ | 6.0173₂ 7.5365₂ | 7.9911₅ | 0.4354₃ | 33.4% | 66.62 |
| 2 | | | | | | | | | ; |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |



MATERIALS
ANALYTICAL
SERVICES

ADDITIONAL BULK ANALYSIS

## STARCH VERIFICATION

Sample # _M 2971- 1_          Analyst _W. B. Eghard_

Date _6/23/90_

1) Sample Analyzed before/after acid dissolutions

**Starch observed**          no ✓

                              yes _____

**Iodine test**          positive _____
(ceiling tile only)
                          negative _____

**PIS 00061026**

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200

# EXHIBIT C