AUG 25 '89 14:30                                                          P. 3

with our experience. As noted in BAI's report, the actual cost will not be known until a contractor submits a bonded bid in response to a clear set of specifications. The Institute has provided a range for unit prices to attempt to compensate for that factor.

Upon reviewing past projects at the Southdale Office Centre and similar projects throughout 1989 year to date, the Institute has found removal prices to be far less than those presented in BAI's report. Described below as Project #1 and Project #2 are actual scenarios:

PROJECT #1 - Southdale Office Centre 6800 Building. This project involved the abatement of sprayed-on fire proofing and thermal system insulation on the seventh floor, east and south wings, and the east and south return air shafts which extended from the basement through the seventh floor inclusive. The scope of work included the removal of approximately 13,000 square feet of fire proofing applied to bar joists, columns, beams, and corrugated decking on the seventh floor; approximately 6,000 square feet of sprayed-on fire proofing attached to metal lath creating a fire barrier ceiling in Suites 725 and 795; approximately 10,400 square feet of fire proofing from the walls, ducts, and columns in the east and south shafts; and approximately 600 lineal feet of asbestos-containing thermal system insulation from the east and south shafts. This project was conducted in conjunction with the mechanical retrofit over a period of 30 days, 24-hours a day until project completion. The following costs were associated with the project:

| | |
|---|---|
| Abatement of Sprayed-on Fire Proofing and Reinsulation/Removal of Thermal System Insulation and Reapplication | $346,000 |
| A/E and Monitoring | $ 65,000 |

The following is a breakdown of these costs into unit prices:

$346,000 divided by 31,400 SQ. FT. = $11.00 per SQ. FT.

PROJECT #2 - Southdale Office Centre 6800 Building. This project involved the abatement of sprayed-on fire proofing on the seventh floor, west wing, Suites 750. The scope of work included the removal of approximately 10,700 square feet of fire proofing applied to the bar joists, columns, beams, wire metal lath, and corrugated decking. This project ran approximately 2 weeks, double shifts, 5 days a week, no weekends. The following costs were associated with the project:

| | |
|---|---|
| Abatement, Sprayed-on Fire Proofing and Reinsulation 10,700 SQ. FT. | $106,000 |
| A/E and Monitoring | $ 17,000 |

The following is a breakdown into unit prices:

$106,000.00 divided by 10,700 = $9.90 per SQ. FT.

As noted from previous projects conducted at the Southdale Office Centre, the square foot cost for removal and reinsulation was extremely low which is partially due to

2

PIS 00163677

the competitive market in the Twin Cities. It is important to note that these projects were conducted during the Spring and Summer of 1988. Since then, the adoption of the Minnesota Department of Health Regulations have required that asbestos contractors and workers become licensed within the state, pay a 1% permit fee and are held to higher public health standards. This has had an effect on the costs of abatement, which is indicative of the unit prices. We have found, through the Summer of 1989, that the prices for removal of fire proofing range from $15.00 to $22.00 a square foot. In addition, we have just completed a 3.7 million dollar emergency project for a school complex which began on May 4, 1989, and was completed on July 20, 1989, involving the removal of asbestos-containing fire proofing on all structural members and overspray throughout. The amount of asbestos-containing fire proofing totalled approximately 300,000 square feet and included the removal of the entire suspended ceiling system and light fixtures. The actual unit cost for fire proofing removal in this case amounted to $12.00 per square foot. This cost did not include reinsulation. The bid ranges were $12.00 - $19.00 per square foot.

The abatement cost estimates that the Institute provided did not include consulting services. BAI estimates include costs to prepare the technical specification and bid documents, along with assisting your organization in the selection of a qualified abatement contractor. They further stated that the estimates also include costs to monitor the abatement contractor's performance; to collect, analyze, and interpret environmental air samples during the project; and to prepare a report which will document the quality of the project.

BAI also stated that the cost estimates to provide ACM consultation and to monitor the ACM abatement are based upon the assumption that the contractor would work one shift, 8 hours per day, 5 days per week, per their estimated schedule.

The consulting services cost from BAI do reflect the Twin Cities market. Those costs are similar to what the Institute or any other consulting firm in the Twin Cities would charge to provide A/E monitoring services.

In conclusion, it is the Institute's belief that the cost for the asbestos removal and reinsulation in the 6800 Building as indicated in the May 20, 1988 Inspection Profile for the Southdale Office Centre, of approximately $5,000,000 is still accurate for the Twin Cities market. I would agree with BAI that the costs for removal and reinsulation in both the 6700 and 6750 Building should increase and are approximately $38,000 each. The following is an update to our cost estimates of May 20, 1988.

| ASBESTOS-CONTAINING MATERIAL | COST ESTIMATE | ACTUAL COST |
|---|---|---|
| **6800 Building** | | |
| Sprayed-on Fire Proofing Removal and Reinsulation (remaining 7th Floor) | $ 120,000 | |
| (previously removed 7th Floor) | | $452,000 |

PI8 00163678

3

AUG 25 '89 14:31                                                    P.5

1st - 6th Floors

Sprayed-on Fire Proofing Removal
and Reinsulation
Approximately $600,000 per floor          $3,600,000

Basement

Sprayed-on Fire Proofing Removal
and Reinsulation
(this includes the boiler room)           $  650,000

6750 Building

ACM Removal and Reinsulation
and/or Replacement                        $   38,000

6700 Building

ACM Removal and Reinsulation
and/or Replacement                        $   38,000

SUB TOTALS:

A/E and Monitoring ACM                    $  343,000*
ACM Removal (remainder)                   $4,446,000
Contingency 10%                           $  478,000

TOTAL                                     $5,267,000      $452,000

Spring + Summer
1988.

* Extracted from BAI Report.

All of the aforementioned prices were calculated utilizing the high range of the
scale.

Finally, it is important to note that the Southdale Office Centre now has an
operations and maintenance program, and the maintenance and custodial staff have
attended a one-day course on asbestos hazards.

I hope this information is helpful. If you have any comments or questions regarding
this information, please don't hesitate to contact me at 612/427-7870.

Sincerely,

Joe Schwartzbauer
Manager, Project Development

JS:dr/mw3

cc:  Howard Siegel

                                        PIS 00163679

4

APPENDIX I

# APPENDIX I

### GENERAL LEDGER JANUARY 1, 1990 THROUGH DECEMBER 31, 1995

Halliwell Engineering Associates, Inc., July 1996

```
Run Date: 02/25/91                 Client No. 310                        Page    5
Time: 10:34:30                   YTD General Ledger
                               Southdale Office Centre
                               As of December 31, 1990
```

| Gen  | Sub  | Description | J Ref | Debit | Credit | Balanc |
|------|------|-------------|-------|-------|--------|--------|
| 1610 | 0000 | Building    |       |       | 8,726,581.07 | |

```
*****************************
```

| 01/31/90 Albinson | AP 00293 | | 2,926.31 | |
| --- | --- | --- | --- | --- |
| | January Total | 0.00 | 2,926.31 | |
| | | | | 8,723,654.76 |

| 02/01/90 Trans-Alarm, Inc. | AP 00586 | 44,009.48 | | |
| --- | --- | --- | --- | --- |
| | February Total | 44,009.48 | 0.00 | |
| | | | | 8,767,664.24 |

| 03/01/90 Rcl Trans Al to/1810 | GJ 03047 | | 44,009.48 | |
| --- | --- | --- | --- | --- |
| | March Total | 0.00 | 44,009.48 | |
| | | | | 8,723,654.76 |

| 06/30/90 Reclass REI fr/1710 | GJ 06005 | 4,257.00 | | |
| --- | --- | --- | --- | --- |
| | June Total | 4,257.00 | 0.00 | |
| | | | | 8,727,911.76 |

```
                    ***YTD Total      48,266.48     46,935.79
                                      -----------   -----------
                                                                8,727,911.76
```

| 1630 | 0000 | Building Imrove.--Asbestos | | | | 0.00 |
| --- | --- | --- | --- | --- | --- | --- |

```
*******************************
```

| 03/30/90 Thompson Plastering | AP 00736 | 15,500.00 | | |
| --- | --- | --- | --- | --- |
| 03/31/90 Allegro Technology C | AP 00735 | 56,155.00 | | |
| 03/31/90 Rcl Thompson to/1430 | GJ 04090 | | 15,500.00 | |
| 03/31/90 Rcl Allegro to/1430 | GJ 04090 | | 56,155.00 | |
| | March Total | 71,655.00 | 71,655.00 | |
| | | | | 0.00 |

| 09/30/90 6800 5th flr fr/1430 | GJ 09010 | 191,643.22 | | |
| --- | --- | --- | --- | --- |
| | September Total | 191,643.22 | 0.00 | |
| | | | | 191,643.22 |

```
Run Date: 02/25/91              Client No. 310                    Page   99
Time: 10:34:31               YTD General Ledger
                            Southdale Office Centre
                            As of December 31, 1990
```

| Gen | Sub | Description | J Ref | Debit | Credit | Balance |
|-----|-----|-------------|-------|-------|--------|---------|
| 12/31/90 | | RVS GJ 09010 to/1435 GJ 12097 | | | 191,643.22 | |
| | | December Total | | 59,759.78 | 191,643.22 | |
| | | | | | | 59,759.78 |
| | | ***YTD Total | | 323,058.00 | 263,298.22 | |
| | | | | | | 59,759.78 |

---

**1635 0000   Building Improvements**                                         0.00

| | | | | | | |
|-----|-----|-------------|-------|-------|--------|---------|
| 05/31/90 | | Carpet donation | GJ 05045 | | 875.00 | |
| | | May Total | | 0.00 | 875.00 | |
| | | | | | | (875.00) |
| 12/31/90 | | '90 Bldg.Imp.fr/1435 GJ 12098 | | 17,647.13 | | |
| | | December Total | | 17,647.13 | 0.00 | |
| | | | | | | 16,772.13 |
| | | ***YTD Total | | 17,647.13 | 875.00 | |
| | | | | | | 16,772.13 |

---

**1640 0000   Tenant Improvements**                                        15,961.00

| | | | | | | |
|-----|-----|-------------|-------|-------|--------|---------|
| 01/01/90 | | Cirks Construction, | AP 00249 | 5,430.43 | | |
| 01/29/90 | | Cirks Construction, | AP 00489 | 9,725.67 | | |
| 01/29/90 | | Cirks Construction, | AP 00490 | 12,156.74 | | |
| 01/29/90 | | Cirks Construction, | AP 00491 | 8,406.02 | | |
| 01/31/90 | | Waverly Lock Co | AP 00305 | 33.00 | | |
| | | January Total | | 35,751.86 | 0.00 | |
| | | | | | | 51,712.86 |
| 02/28/90 | | Cirks Construction, | AP 00574 | 1,036.20 | | |
| 02/28/90 | | Cirks Construction, | AP 00575 | 2,730.09 | | |
```

```
Run Date: 03/04/92                  Company No. 310                        Page   108
Time: 09:31:29                     YTD General Ledger
                               SOUTHDALE OFFICE CENTRE
                               ASSETS - AS OF 12/31/91
```

| Gen | Sub | Description | J Ref | Debit | Credit | Balance |
|-----|-----|-------------|-------|-------|--------|---------|
| | | December Total | | 0.00 | 55,056.89 | |
| | | | | | | 821,000.00 |
| | | ***YTD Total | | 119,144.25 | 65,677.96 | |
| | | | | | | 821,000.00 |

```
1610 0000   Building                                                  8,727,911.76
*****************************
```

| | | ***YTD Total | | 0.00 | 0.00 | |
|---|---|---|---|---|---|---|
| | | | | | | 8,727,911.76 |

```
1630 0000   Building Imrove.-Asbestos                                   59,759.78
*****************************
```

| | Date | Description | J Ref | Debit | Credit |
|---|------|-------------|-------|-------|--------|
| | 03/01/91 | Corr basmnt GJ 03108 | GJ 03110 | | 5,000.00 |
| | 03/01/91 | Cirks ck1033 fr 1435 | GJ 03110 | 6,078.76 ✓ | |
| | 03/01/91 | Tfr 5th fl E fr/1430 | GJ 03108 | 194,855.06 | |
| | 03/01/91 | Tfr 6th fl fr/1430 | GJ 03108 | 455,414.64 | |
| | 03/01/91 | Tfr basmnt fr/1430 | GJ 03108 | 621,993.66 | |
| | 03/01/91 | Adj 12/90 entry elev | GJ 03108 | | 8,143.16 |
| | 03/01/91 | Tfr 5th fl W fr/1430 | GJ 03108 | 131,458.33 | |
| | 03/01/91 | Egan & Sons Air Cond | AP 32961 | 3,166.00 | |
| | 03/01/91 | Spectrum Electric, I | AP 33213 | 283.00 | |
| | 03/01/91 | Gebert Floor Coverin | AP 33214 | 97.65 | |
| | 03/01/91 | Thompson Plastering | AP 33281 | 4,636.00 | |
| | 03/01/91 | Nova Environmental | AP 33335 | 4,406.72 ✓ | |
| | 03/03/91 | Cirks Construction, | AP 33001 | 26,225.90 | |
| | 03/03/91 | Cirks Construction, | AP 33142 | 9,750.53 | |
| | 03/03/91 | Cirks Construction, | AP 33211 | 10,011.45 | |
| | 03/08/91 | Thompson Plastering | AP 33264 | 400.00 | |
| | 03/08/91 | Thompson Plastering | AP 33348 | 18,003.00 | |
| | 03/11/91 | Nova Environmental | AP 33336 | 2,250.24 ✓ | |
| | 03/15/91 | Gebert Floor Coverin | AP 33328 | 165.00 | |
| | 03/17/91 | PLUMM, Inc. | AP 33171 | 375.00 | |
| | 03/18/91 | Egan & Sons Air Cond | AP 33309 | 975.00 | |
| | 03/18/91 | Egan & Sons Air Cond | AP 33311 | 3,090.00 | |
| | 03/26/91 | Harmon Glass & Glazi | AP 33322 | 316.67 | |

```
-----------------------------------------------------------------------
Run Date: 03/04/92              Company No. 310                    Page
Time: 09:31:32               YTD General Ledger
                           SOUTHDALE OFFICE CENTRE
                           ASSETS - AS OF 12/31/91
-----------------------------------------------------------------------
Gen  Sub    Description       J Ref       Debit        Credit     Bala
-----------------------------------------------------------------------
03/29/91 Shield Fire Protecti AP 33328      256.48
03/31/91 Tfr 6750 bldg f/1430 GJ 03108   54,679.30
         ----------------                -------------- --------------
              March Total               1,548,883.39    13,143.16
         ----------------                -------------- --------------
                                                                 1,595,500.

04/01/91 Egan & Sons Air Cond AP 33458    6,360.00
04/03/91 Cirks Construction,  AP 33420   16,065.61
04/05/91 Electric Repair &    AP 33491    2,458.46
04/05/91 Electric Repair &    AP 33492    4,524.81
04/05/91 Electric Repair &    AP 33493    1,028.45
04/05/91 Electric Repair &    AP 33494    3,219.41
04/05/91 Electric Repair &    AP 33504    2,346.69
04/08/91 Thompson Plastering  AP 33388   22,458.00
         ----------------                -------------- --------------
              April Total                58,461.43          0.00
         ----------------                -------------- --------------
                                                                 1,653,961.

05/01/91 Cirks Construction,  AP 33556    9,466.60
05/01/91 Electric Repair &    AP 33581    6,584.71
05/01/91 Egan & Sons Air Cond AP 33582    5,025.00
05/05/91 Cirks Construction,  AP 33560    1,790.80
05/05/91 Cirks Construction,  AP 33562      458.70
05/05/91 Cirks Construction,  AP 33638    2,512.40
05/05/91 Cirks Construction,  AP 33639    9,251.00
05/10/91 Electric Repair &    AP 33589    2,169.42 /
         ----------------                -------------- --------------
              May Total                  37,258.63          0.00
         ----------------                -------------- --------------
                                                                 1,691,220.6

06/01/91 Gnl.Con.33578 fr1430 GJ 06104    2,150.00 ✓
06/01/91 Egan Son33583 fr1430 GJ 06104    4,490.00 /
06/01/91 Elec Rep33589 1430   GJ 06109                   2,169.42  /
06/01/91 GJ03110 Cirks sb1430 GJ 06103                   6,078.76 /
06/01/91 Nova AP33335 sb 1430 GJ 06103                   4,406.72 /
06/01/91 Nova AP33336 sb 1430 GJ 06103                   2,250.24 ✓
06/01/91 Cirks AP33288 u 1630 GJ 06103      654.50
06/01/91 GJ03108 bsmt. corr.  GJ 06103                   1,527.96
06/01/91 Electric Repair &    AP 33757    1,297.25
06/07/91 Cirks Construction,  AP 33773    1,861.20
         ----------------                -------------- --------------
              June Total                 10,452.95      16,433.10
         ----------------                -------------- --------------
                                                                 1,685,239.9

07/01/91 M.J. Construction Cl AP 33994      731.00
```

```
------------------------------------------------------------------------
Run Date: 03/04/92                Company No. 310              Page    116
Time: 09:31:36                  YTD General Ledger
                              SOUTHDALE OFFICE CENTRE
                              ASSETS - AS OF 12/31/91
------------------------------------------------------------------------
Gen  Sub    Description        J Ref        Debit         Credit      Balance
------------------------------------------------------------------------
07/01/91 Rem-Con, Inc.        AP 33995      6,111.00
07/01/91 Genuine Construction AP 33998      5,019.00
07/01/91 Egan & Sons Air Cond AP 34002      1,635.00
07/01/91 Electric Repair &    AP 34045        446.65
07/01/91 Gnl Con33578 to/1430 GJ 07105                    2,150.00 ✓
07/01/91 Egan&S.33583 to/1430 GJ 07105                    4,490.00 ✓
07/01/91 Allegro32759 fr/1430 GJ 07105        775.00
07/22/91 Electric Repair &    AP 34205        771.32
07/25/91 Rem-Con, Inc         AP 34190      5,549.50
7/28/91  Cirks Construction,  AP 34082      2,678.50
         ---------------                  --------------- ---------------
            July Total                       23,716.97     6,640.00
         ---------------                  --------------- ---------------
                                                                1,702,316.89

8/01/91  American Building    AP 34252        531.21
8/01/91  American Building    AP 34262        516.84
8/01/91  American Building    AP 34264        460.63
8/01/91  Barrett Moving & Sto AP 34269      2,342.00
8/01/91  Qual.Ins34198 f/1430 GJ 08106      2,312.00
8/30/91  Electric Repair &    AP 34392        337.43
         ---------------                  --------------- ---------------
            August Total                      6,500.11         0.00
         ---------------                  --------------- ---------------
                                                                1,708,817.00

9/01/91  Electric Repair &    AP 34554      2,433.46
9/01/91  American Building    AP 34479        394.40
9/01/91  American Building    AP 34480        465.88
9/23/91  Cirks Construction,  AP 34522        693.00 ✓
9/23/91  Cirks Construction,  AP 34531      1,435.50 ✓
         ---------------                  --------------- ---------------
            September Total                   5,422.24         0.00
         ---------------                  --------------- ---------------
                                                                1,714,239.24

9/01/91  Am Bldg34479 to/1430 GJ 10004                      693.00 ✓
9/01/91  Am Bldg34480 to/1430 GJ 10004                    1,435.50 ✓
9/11/91  Electric Repair &    AP 34701        157.00
9/16/91  Spectrum Electric, I AP 34703        300.00
9/17/91  Cirks Construction,  AP 34727        202.40
9/31/91  Cirks 34522 to/1443  GJ 10005                      693.00
         ---------------                  --------------- ---------------
            October Total                      659.40      2,821.50
         ---------------                  --------------- ---------------
                                                                1,712,077.14

10/07/91 Harmon Glass & Glazi AP 34879        395.00
```

```
------------------------------------------------------------------------
Run Date: 03/04/92              Company No. 310                    Page   1
Time: 09:31:39                YTD General Ledger
                            SOUTHDALE OFFICE CENTRE
                            ASSETS - AS OF 12/31/91
------------------------------------------------------------------------
Gen  Sub    Description       J Ref       Debit         Credit      Balanc
------------------------------------------------------------------------
11/16/91 Genuine Construction AP 34890      1,820.02
11/17/91 Cirks Construction,  AP 34881      3,174.60
         ----------------                ---------------  ---------------
            November Total                  5,389.60         0.00
         ----------------                ---------------  ---------------
                                                                1,717,466.74

12/31/91 Asbestos Imp.fr/1430 GJ 13001    889,624.94
         ----------------                ---------------  ---------------
            December Total                889,624.94         0.00
         ----------------                ---------------  ---------------
                                                                2,607,091.68

              ***YTD Total              2,586,369.66     39,037.76
                                        ===============  ===============
                                        ---------------  ---------------
                                                                2,607,091.68

------------------------------------------------------------------------
1635 0000    Building Improvements                              16,772.13
****************************************

03/01/91 Proj. 3.04 fr 1435   GJ 03110     37,055.53
         ----------------                ---------------  ---------------
            March Total                    37,055.53         0.00
         ----------------                ---------------  ---------------
                                                                  53,827.66

06/01/91 Petersen Electric    AP 33788      6,037.00
06/01/91 Petersen Electric    AP 33787      2,745.49
06/18/91 Ben Franklin Electri AP 33955     21,149.00
         ----------------                ---------------  ---------------
            June Total                     29,931.49         0.00
         ----------------                ---------------  ---------------
                                                                  83,759.15

07/01/91 K N R Electronics, I AP 34094        957.00
07/01/91 Shield Fire Protecti AP 34095      3,566.00
07/10/91 Simplex Time Recorde AP 34165      1,555.37 /
07/31/91 Simplex34165 to/1430 GJ 07123                    1,155.37 /
         ----------------                ---------------  ---------------
            July Total                      6,078.37      1,155.37
         ----------------                ---------------  ---------------
                                                                  88,682.15

08/01/91 Thomas Sign Company  AP 34281      2,875.00
```

```
-----------------------------------------------------------------------
Run Date: 02/17/94              Company No. 310                    Page
Time: 15:57:02                 YTD General Ledger
                              SOUTHDALE OFFICE CENTRE
                              FINAL - As of 12/31/93
-----------------------------------------------------------------------
Gen  Sub    Description        J Ref      Debit        Credit      Balan
-----------------------------------------------------------------------
1510 0000   Building Land                                    6,762,868.3
*****************************

                        ***YTD Total       0.00        0.00
                                        ----------  ----------
                                                            6,762,868.37

-----------------------------------------------------------------------
1520 0000   Land Improvements                                  825,985.19
****************************

03/31/93 GJ11225 fr/1635   GJ 03325    9,951.25
                                     ----------  ----------
            March Total               9,951.25       0.00
                                     ----------  ----------
                                                              835,936.44

09/04/93 Superior Striping In AP 07341    511.00
09/15/93 Thomas Sign Company  AP 07363  1,034.85
                                     ----------  ----------
            September Total           1,545.85       0.00
                                     ----------  ----------
                                                              837,582.29

                        ***YTD Total    11,597.10       0.00
                                     ----------  ----------
                                                              837,582.29

-----------------------------------------------------------------------
1610 0000   Building                                         8,727,911.76
****************************

                        ***YTD Total       0.00        0.00
                                     ----------  ----------
                                                            8,727,911.76

-----------------------------------------------------------------------
1630 0000   Building Imrove.-Asbestos                        2,760,861.62
****************************

01/12/93 HDR                 AP 06211     518.00
01/19/93 Nova Environmental  AP 06350   1,500.00
                                     ----------  ----------
            January Total             2,018.00       0.00
                                     ----------  ----------
                                                            2,762,879.62
```

```
------------------------------------------------------------------------------
Run Date: 02/17/94               Company No. 310                    Page    64
Time: 15:57:02                 YTD General Ledger
                             SOUTHDALE OFFICE CENTRE
                             FINAL - As of 12/31/93
------------------------------------------------------------------------------
Gen  Sub    Description          J Ref        Debit          Credit       Balance
------------------------------------------------------------------------------
02/09/93 HOR               AP 06280         492.00
         ----------------                   --------------   --------------
         February Total                     492.00          0.00
         ----------------                   --------------   --------------
                                                                        2,763,371.62

04/30/93 Tfr 1.01 fr 1430  GJ 04398       155,522.94
04/30/93 Tfr 1.02 fr 1430  GJ 04398       372,447.76
04/30/93 Tfr 1.03 fr 1430  GJ 04398       506,712.59
04/30/93 Tfr 1.06 fr 1430  GJ 04398       170,212.37
04/30/93 Tfr 1.07 fr 1430  GJ 04398       125,138.64
         ----------------                 --------------     --------------
         April Total                     1,330,034.30       0.00
         ----------------                 --------------     --------------
                                                                        4,093,405.92

06/30/93 Cirks:12/92 fr 1430 GJ 06316       1,500.00
06/30/93 Tfr Asb WIP fr 1430 GJ 06316      13,764.71
06/30/93 Tfr 12/92 WIP f/1430 GJ 06316      4,940.76
         ----------------                 --------------     --------------
         June Total                        20,205.47        0.00
         ----------------                 --------------     --------------
                                                                        4,113,611.3:

12/31/93 Tran 8WIP fr 1430  GJ 12323      351,074.51
         ----------------                 --------------     --------------
         December Total                   351,074.51        0.00
         ----------------                 --------------     --------------
                                                                        4,464,685.9(

         ***YTD Total                    1,703,824.28       0.00
         ----------------                 --------------     --------------
                                                                        4,464,685.9(
------------------------------------------------------------------------------
635 0000    Building Improvements                                         381,833.04
****************************************

3/31/93 GJ11225 to/1520     GJ 03325                        9,951.25
         ----------------                 --------------     --------------
         March Total                      0.00             9,951.25
         ----------------                 --------------     --------------
                                                                          371,881.79

04/30/93 Tr 2.03 fr 1435    GJ 04397      638,358.14
4/30/93 Tr 2.04 fr 1435     GJ 04397      113,747.47
4/30/93 Tr 2.05 fr 1435     GJ 04397        8,423.00
04/30/93 Tfr AP 06574 fr 1435 GJ 04397      1,300.97
3/30/93 Tfr 3.01 fr 1435    GJ 04397      338,985.79
```

```
Run Date: 03/04/93                Company No. 310                          Page   7
Time: 09:59:22                   YTD General Ledger
                              SOUTHDALE OFFICE CENTRE
                    Balance Sheet Accounts - As of 12/31/92
----------------------------------------------------------------------------------
Gen  Sub    Description        J Ref         Debit           Credit         Balanc
----------------------------------------------------------------------------------
                                       ================   ================
                        ***YTD Total        16,362.32        11,377.13
                                       ----------------   ----------------
                                                                           825,985.19

----------------------------------------------------------------------------------
1610 0000    Building                                                     8,727,911.76
*******************************

                                       ================   ================
                        ***YTD Total            0.00             0.00
                                       ----------------   ----------------
                                                                          8,727,911.76

----------------------------------------------------------------------------------
1630 0000    Building Imrove.-Asbestos                                    2,607,091.68
*******************************

01/07/92 Genuine Construction AP 35102         710.00
01/22/92 Cirks Construction,  AP 35276       1,782.00
         ----------------                -------------    -------------
         January Total                       2,492.00             0.00
         ----------------                -------------    -------------
                                                                          2,609,583.68

03/31/92 Gen.Con.35102 to1430 GJ 03227                          710.00
03/31/92 Cirks 35276 to/1630  GJ 03227                        1,782.00
         ----------------                -------------    -------------
         March Total                            0.00          2,492.00
         ----------------                -------------    -------------
                                                                          2,607,091.68

11/19/92 Nova Environmental   AP 05909       3,909.16
         ----------------                -------------    -------------
         November Total                      3,909.16             0.00
         ----------------                -------------    -------------
                                                                          2,611,000.84

12/31/92 1.05 balance fr/1430 GJ 12231      12,864.21
12/31/92 1.04 WIP fr/1430     GJ 12231     136,996.57
         ----------------                -------------    -------------
         December Total                    149,860.78             0.00
         ----------------                -------------    -------------
                                                                          2,760,861.62
```

```
ate: 03/04/93                Company No. 310                    Page   75
09:59:25                    YTD General Ledger
                          SOUTHDALE OFFICE CENTRE
                  Balance Sheet Accounts - As of 12/31/92
```

| ub | Description | J Ref | Debit | Credit | Balance |
|---|---|---|---|---|---|
| | ***YTD Total | | 156,261.94 | 2,492.00 | |
| | | | | | 2,760,861.62 |
| 0000 | Building Improvements | | | | 115,588.68 |
| /92 | Ettel & Franz Compan | AP 05653 | 43,690.00 | | |
| | October Total | | 43,690.00 | 0.00 | |
| | | | | | 159,278.68 |
| /92 | Petrotank reim-state | CR 11203 | | 11,377.13 | |
| /92 | NOVA #31577 fr/1225 | GJ 11225 | 1,804.80 | | |
| 92 | NOVA #31575 fr/1225 | GJ 11225 | 1,506.20 | | |
| 62 | Tank Abate fr/1225 | GJ 11225 | 2,376.23 | | |
| /92 | Tank Abate fr/1225 | GJ 11225 | 4,264.02 | | |
| | November Total | | 9,951.25 | 11,377.13 | |
| | | | | | 157,852.80 |
| 92 | 3.06 WIP fr/1435 | GJ 12231 | 6,684.00 | | |
| /92 | 2.02 WIP fr/1435 | GJ 12231 | 205,919.11 | | |
| 92 | Tank refund to/1520 | GJ 12231 | 11,377.13 | | |
| | December Total | | 223,980.24 | 0.00 | |
| | | | | | 381,833.04 |
| | ***YTD Total | | 277,621.49 | 11,377.13 | |
| | | | | | 381,833.04 |
| 000 | Tenant Improvements | | | | 3,497,110.31 |
| /92 | Clin.Ph.inc TI reim | RC 09104 | 88.20 | | |
| 92 | Cirks Construction, | AP 35169 | 253.04 | | |
| 2 | Cirks Construction, | AP 35099 | 8,657.29 | | |
| 92 | Fabyanske, Svoboda e | AP 35219 | 4,788.43 | | |
| 92 | Tech Builders Inc. | AP 35104 | 203,038.45 | | |
| 2 | Fabyanske, Svoboda e | AP 35277 | 1,977.03 | | |
| 2 | Cirks Construction, | AP 35217 | 1,111.00 | | |
| 92 | Cirks Construction. | AP 35218 | 1,159.18 | | |

```
Run Date: 05/31/96              Company No. 310                    Page   1
Time: 16:05:45                 YTD General Ledger
                             SOUTHDALE OFFICE CENTRE
                               01/01/94 - 12/31/94
```

| Gen  Sub   Description | J Ref | Debit | Credit | Balance |
|---|---|---|---|---|
| 1630 0000   Building Imrove.-Asbestos | | | | 4,464,685.90 |
| ****************************** | | | | |
| 03/31/94 Tfr WIP-Asbests 3/94 GJ 03445 | | 400.00 | | |
| 03/31/94 Tfr WIP-Asbests 3/94 GJ 03446 | | 950.00 | | |
| March Total | | 1,350.00 | 0.00 | |
| | | | | 4,466,035.90 |
| 06/30/94 Rcl fr 1430-Asbestos GJ 06412 | | 2,198.00 | | |
| 06/30/94 Rcl fr 1430-Asbestos GJ 06413 | | 800.00 | | |
| June Total | | 2,998.00 | 0.00 | |
| | | | | 4,469,033.90 |
| 08/01/94 Rcl fr 1635 | GJ 08401 | 8,021.20 | | |
| 08/01/94 Cirks Construction, | AP 08836 | 3,738.90 | | |
| 08/09/94 Cirks Construction, | AP 08929 | 2,498.00 | | |
| 08/31/94 Rcl fr 1635 -AP 7811 | GJ 08402 | 6,462.50 | | |
| 08/31/94 Rcl fr 1635 -AP 7840 | GJ 08402 | 1,097.80 | | |
| August Total | | 21,818.40 | 0.00 | |
| | | | | 4,490,852.30 |
| ***YTD Total | | 26,166.40 | 0.00 | |
| | | | | 4,490,852.30 |

```
Run Date: 05/31/96                Company No. 310                  Page    1
Time: 16:05:30                  YTD General Ledger
                              SOUTHDALE OFFICE CENTRE
                                01/01/95 - 12/31/95
```

| Gen | Sub | Description | J Ref | Debit | Credit | Balance |
|-----|-----|-------------|-------|-------|--------|---------|
| 1630 | 0000 | Building Imrove.-Asbestos | | | | 4,490,852.30 |

```
05/31/95 Trnsf fr 1430 - WIP  GJ 05577     46,685.10
         ----------------
              May Total                    46,685.10           0.00
         ----------------
                                                                   4,537,537.40

06/30/95 Trnf fr 1430-WIP Asb GJ 06516     20,927.02
         ----------------
              June Total                   20,927.02           0.00
         ----------------
                                                                   4,558,464.42

07/01/95 Plantscape, Inc.     AP 10507        255.60
         ----------------
              July Total                      255.60           0.00
         ----------------
                                                                   4,558,720.02

10/31/95 Sale of SOC          GJ 10545                  4,558,720.02
         ----------------
              October Total                    0.00    4,558,720.02
         ----------------
                                                                           0.00

                                        ================  ================
                 ***YTD Total              67,867.72    4,558,720.02
                                        ----------------  ----------------
                                                                           0.00
```

**Halliwell Backup to Southdale Office Complex**

<u>Date</u>                                          <u>Description</u>

**Southdale Purchase Agreement**

11/3/88          Prudential letter to The Lexington Property Fund re: Southdale Office Building – Purchase Agreement

11/3/89          Purchase Agreement between 745 Property Investments to The Lexington Property Fund

6/30/89          Letter from James Felt Realty Services to Prudential re: PRISA 609 Southdale Office Center, Edina, Minnesota – market value as of 6/30/89 is $20,650,000

7/3/89           Letter from Boelter Environmental Consultants to The Lexington Company re: Preliminary Cost Estimates – Southdale Office Center

**Sales Discount Info $/Square Feet**

11/3/89          Excerpt of Purchase Agreement between 745 Property Investments and The Lexington Property Fund

5/88             Inspection profile for the Southdale Office Complex, Edina, Minnesota prepared by The Institute for Environmental Assessment

8/23/89          Letter from The Institute for Environmental Assessment to Prudential Realty – comments to review of environmental audit

11/3/89          Prudential letter to The Lexington Property Fund re: Southdale Office Building – Purchase Agreement

7/3/89           Letter from Boelter Environmental Consultants to The Lexington Company re: preliminary cost estimates of $6 million – Southdale Office Center

6/30/89          Letter from James Felt Realty Services to Prudential re: PRISA 609, Southdale Office Center, Edina, Minnesota – market value as of 6/30/89 is $20,750,000

                 Handwritten notes re: Southdale Purchase Agreement 11/3/88

| Date | Description |
|------|-------------|

**Asbestos Management Plan**

6/29/90    Standard procedures for operation and maintenance activities involving asbestos in the Southdale Office Center – Master Manual Draft No. 2 by Nova Environmental Services

Document entitled Asbestos and Public Health Concerns for the Prudential Property Company Southdale Office Center

6/6/90    Asbestos Building Survey, 6600 Southdale Office Center, Edina, Minnesota prepared for Richard Ellis, Inc. prepared by Nova Environmental Services

**Survey Southdale**

7/14/86    Asbestos Survey Report for Prudential Insurance Company Property 745-609, Southdale Office Center prepared by BCM Converse, Inc.

12/9/87    Report of Asbestos Survey prepared by Twin City Testing to The Lexington Company

8/23/89    Letter from The Institute for Environmental Assessment to Prudential Realty re: comments on the environmental audit of the Southdale Office Center

**Cost File – 7th Floor Ph. 2 Suite 735**

6/30/88    Standard form of Agreement between Prudential Property Company and EnviroNet, Inc. for the Southdale Office Complex Suite 735

11/30/88    Institute for Environmental Assessment Invoice No. 12304 in the amount of $23,584.52

7/16/90    Invoice No. 43640 of Egan & Sons Air Conditioning in the amount of $190

Invoice from EnviroNet for asbestos abatement in the amount of $96,035

6/27/88    Letter from United Properties to Prudential re: Southdale Office Center 735 – asbestos removal charges to date

2

| Date | Description |
|------|-------------|
| 6/29/88 | Letter from The Institute for Environmental Assessment to United Properties -- estimate for environmental management project costs in the amount of $18,864 in the 6800 Building of the Southdale Office Center, Suite 735 |

**Project File -- 7th Floor Ph. 1 Pre-Sale**

| Date | Description |
|------|-------------|
| 4/21/88 | Letter from The Institute for Environmental Assessment to United Properties re: revisions to 4/13/88 proposal for Southdale Office Complex |
| 4/13/88 | Letter from The Institute for Environmental Assessment to United Properties re: inspection of Suites 795 and 727 at the Southdale Office Complex |
| 4/26/88 | Letter sent to all Southdale tenants regarding the asbestos management and abatement program being implemented |
| 8/88 | Final Report for Prudential Properties, 6800 Southdale Office Complex abatement of sprayed-on fire retardant on the 7th floor East and South wings and the East and South return air shafts prepared by The Institute for Environment Assessment |

**Cost File -- 7th Floor Ph. 1 Pre-Sale**

| Date | Description |
|------|-------------|
| 5/13/88 | EnviroNet Invoice No. 3366 in the amount of $170,000 |
| 5/31/88 | EnviroNet Invoice No. 3378 in the amount of $131,089.58 |
| 5/18/88 | Change Order 1 |
| 5/18/88 | Change Order 2 |
| 5/18/88 | Change Order 3 |
| 7/8/88 | Change Order 4 |
| 7/14/88 | EnviroNet Invoice No. 5711 in the amount of $992 |
| 7/8/88 | Change Order 5 |
| 7/14/88 | EnviroNet Invoice No. 5710 in the amount of $3,731 |
| 5/19/88 | Change Order 6 |

| **Date** | **Description** |
|---|---|
| 5/25/88 | Institute for Environmental Assessment Invoice No. 11023 in the amount of $10,000 |
| 8/31/88 | Institute for Environmental Assessment Invoice No. 11400 in the amount of $67,155.02 |
| 6/3/88 | SECO Invoice No. 0020802 in the amount of $1,697.65 |
| 6/27/88 | United Properties letter to Prudential re: Southdale Office Center 735 removal – total Phase 1 charges of $437,006 spent on asbestos removal |

**Drawings, Sketches**

| | |
|---|---|
| 5/1/96 | Fax from Bob at Richard Ellis, Inc. to Todd attaching various drawings of complex |

**Project File – Suite 735 Ph. 2 7th Floor Pre-Sale**

| | |
|---|---|
| Undated | Final Report, 6800 Southdale Office Complex, Abatement of Sprayed-On Fire Retardant on the 7th Floor West Wing Suites 735 through 750 prepared by The Institute for Environmental Assessment |
| Undated | Specification for asbestos abatement for area renovation Southdale Office Center, Edina, Minnesota |

**Specs**

| | |
|---|---|
| 3/4/91 | Specifications for asbestos abatement at 6800 France Avenue South, Edina, Minnesota prepared by Nova Environmental Services |

**Post-Sale General Ledger**

| | |
|---|---|
| 2/25/91 | Year-to-date general ledger for Southdale Office Center as of December 31, 1990 |

**Opinion File Southdale**

| | |
|---|---|
| 4/12/88 | Prudential letter re: Southdale Office Center attaching letter from The Institute for Environmental Assessment regarding asbestos |
| 4/21/88 | Institute for Environmental Assessment letter to United Properties re: revisions to 4/13/88 proposal on the abatement of asbestos-containing materials at the Southdale Office Complex |

| Date | Description |
|------|-------------|
| 8/6/90 | Letter from Richard Ellis, Inc. to Abrams & Spector re: response to letter to Ms. Laurie Randall dated 8/2/90 |
| 8/20/90 | Letter from Richard Ellis, Inc. to Cummings, Keegan & Co. re: proposal for move to 6$^{th}$ floor |

**Costs Summary Status of Abatement**

| Date | Description |
|------|-------------|
| Undated | Building summary for Southdale Office Complex |
| 11/1/90 | Letter from Richard Ellis, Inc. to Bank of Montreal re: Southdale Office Center Activity Update |
| 8/6/90 | Letter from Richard Ellis, Inc. to Abrams & Spector re: response to letter to Ms. Laurie Randall dated 8/2/90 |
| 8/20/90 | Letter from Richard Ellis, Inc. to Cummings, Keegan & Co. re: proposal for move to 6$^{th}$ floor |
| Undated | Prudential Insurance Summary of Available Information |

**Future Cost**

| Date | Description |
|------|-------------|
| 7/30/90 | Letter from Nova Environmental Services to Richard Ellis, Inc. enclosing Addendum to Conclusion to be incorporated into the Final Air Monitoring Report for the 5$^{th}$ floor East Abatement Project Report dated 4/19/90 |

**Dust Control Cost Pre-Sale/Non FP**

| Date | Description |
|------|-------------|
| 5/25/88 | Marsten Invoice to United Properties in the amount of $1,650.42 |
| 5/17/88 | Heerquist Elevators Invoice No. 47358 to United Properties in the amount of $671.90 |
| 12/3/89 | Final Report Abatement of 24 Expansion Joints October 21-23, 1988 6750 Southdale Office Complex penthouse, United Properties, Edina, Minnesota prepared by The Institute for Environmental Assessment |

**Project File O&M**

| Date | Description |
|------|-------------|
| 6/29/90 | Standard Procedures for Operations and Maintenance Activities Involving Asbestos in the Southdale Office Center Master Manual Draft No. 2 prepared by Nova Environmental Services |

| Date | Description |
|------|-------------|
| 3/89 | Operations and Maintenance Plan for Southdale Office Center 6600, 6700, 6750 and 6800 France Avenue, Edina, Minnesota prepared by The Institute for Environmental Assessment |
| 10/30/87 | Excerpts from the Federal Register |

**Southdale Inspection 1**

Photographs and Jack Halliwell Photo Log

**Southdale Inspection 2**

Photographs and Jack Halliwell Photo Log

3251710.01

# EXHIBIT D

Southdale Office Complex
6800 Bldg
Edina, MN
(W.R. Grace)

## TABLE 2

## Summary of Asbestos Fireproofing Removal and Replacement
## Net Costs Prior to Building Sale

| PROJECT INFORMATION | 7th – Phases 1 & 2 |
|---|---|
| Asbestos Abatement Dates | 05/88 – 11/88 |
| Asbestos Abatement Contractor | Environet |
| Asbestos Abatement Consultant | I.E.A. |
| Project Floor Area (square feet) | 19,918 |
| GROSS ABATEMENT PROJECT COSTS   (1) | |
| Asbestos Abatement Contractor | $453,041.38 |
| Asbestos Abatement Consultant | 100,739.54 |
| Electrician | 1,697.65 |
| Total Gross Abatement Project Costs | $555,478.57 |
| Total Cost per square foot of floor area | $27.89 |
| DEDUCTIONS FOR NON FIREPROOFING | |
| PROJECT COSTS (NON FP) | |
| Vinyl Asbestos Floor Tile (VAT) Removal   (2) | $0.00 |
| Thermal System Insulation (TSI) Removal   (3) | 12,586.00 |
| Miscellaneous Project Cost Deductions   (4) | 0.00 |
| Total Project Deductions | $12,586.00 |
| CONTAMINATED BUILDING | |
| COMPONENT REPLACEMENT COSTS   (5) | |
| Ceilings | $0.00 |
| Light Fixtures | 0.00 |
| Ductwork | 0.00 |
| Total Contaminated Bldg. Component | |
| Replacement Cost | $0.00 |
| TOTAL NET PROJECT COSTS | $542,892.57 |
| Total Net Project Costs | |
| Total Net Project Costs Per Square Foot of Floor Area | $27.26 |

Notes:
(1) Refer to Table 3 for detailed listing of Gross Abatement Project Costs.
(2) No VAT removal required by project documents, therefore deduct = $0.
(3) Refer to Appendix D for Summary of TSI Project Costs Deductions.
(4) There were no Miscellaneous Project Cost Deductions, therefore deduct = $0.
(5) Refer to Table 7 for costs not included in this report.

96106

Halliwell Engineering Associates, Inc. July, 1996

Southdale Office Complex
6800 Bldg
Edina, MN
(W.R. Grace)

## TABLE 3

### Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor No | Vendor | Invoice No | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| 7th | Environet | 3366 | 5/13/88 | $170,000.00 | | 50% progress payment for asbestos abatement. (Contract Amount = $340,000) |
| 7th | Environet | 3378 | 5/31/88 | 131,089.38 | | Removal & disposal of asbestos containing materials (includes C.O.#1 = $1,668.38 for cleaning debris in penthouse & roof area). |
| 7th | Environet | | | 40,000.00 | | Retainage. |
| 7th | Environet | C.O. #2 | 5/2/88 | 0.00 | | C.O.#2 = $0.00 for an additional 6 days to remove overspray from ducts & piping within shafts unknown to the owner. |
| 7th | Environet | C.O. #3 | 5/2/88 | 0.00 | | C.O.#3 = $0.00 for an additional 16 hours because of the wind conditions and building air not on. |
| 7th | Environet | C.O. #4 | 5/19/88 | 992.00 | | C.O.#4 = $992.00 : $427.00 for ACM bulk removal from the roof & $565.00 for glovebag removal of fireproofing over south door. |
| 7th | Environet | C.O. #5 | 5/19/88 | 3,731.00 | | C.O.#5 = $3,731.00 for southside enclosure & decon chamber to lower ducts & build air return for air conditioning. |
| 7th | Environet | C.O. #6 | 5/19/88 | 1,194.00 | | C.O.#6 = $1,194.00 : $1,080.00 for covering of A/C copper pipe with plywood & $114.00 for repairs to plywood covering after trouble with A/C refrigerant lines underneath plywood enclosure. |
| 7th | Environet | 5737 | 8/1/88 | 96,035.00 | | Removal and disposal of asbestos containing materials. (Contract Amount = $106,035). |
| 7th | Environet | | | 10,000.00 | | Retainage. |
| | | **Contractor Subtotal =** | | **$453,041.38** | | **Total Contract Value = $340,000.00 + $106,035.00 + $7,585.38 (CO's) = $453,620.38** |
| 7th | I.E.A. | 11023 | 5/25/88 | $10,000.00 | | Inspection, assessment, sampling and analysis |
| 7th | I.E.A. | 11400 | 8/31/88 | 67,155.02 | | On-site monitoring, project development, consultation, lab analysis for April, May & June 1988. |
| | I.E.A. | 12304 | 11/30/88 | 23,584.52 | | Abatement air monitoring |
| | | **Consultant Subtotal =** | | **$100,739.54** | | |
| 7th | Seco | 0020802 | 6/3/88 | $1,697.65 | | Remove electrical devices for asbestos removal. |
| | | **Electrician Subtotal =** | | **$1,697.65** | | |
| | | **Gross Abatement Project Costs =** | | **$555,478.57** | | |

Halliwell Engineering Associates, Inc. July, 1996

Southdale Office Complex
6800 Bldg
Edina, MN
(W.R. Grace)

## TABLE 4

### Detailed Costs for Completed Asbestos Fireproofing In–Place Management Projects Prior to Building Sale

| Floor No. | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| 4th | Environet | 5712 | 7/12/88 | $1,163.68 | | Removal & disposal of asbestos containing materials from rooms 445 and 448. |
| 4th | Environet | 5713 | 7/13/88 | 1,070.63 | | Removal & disposal of asbestos containing materials from the NW corner. |
| 4th | Environet | 5746 | 8/8/88 | 13,592.66 | | Removal & disposal of asbestos containing materials from the NW corner. |
| | | Dust Control Subtotal= | | $15,826.97 | | |
| | Twin City Testing | 4410-88-1151 | 12/30/87 | $871.84 * | | *Asbestos testing: Total invoice $7,026.00 for 137 bulk samples. Pro−rated cost for the 6800 building fireproofing samples = (17 / 137) x $7,026.00 = $871.84 (rounded). |
| | | Building Survey Total= | | $871.84 | | |
| | Environet | 3356 | 4/29/88 | $2,688.00 | | Cleanup from roof leak. |
| | | Cleanup Subtotal= | | $2,688.00 | | |
| | I.E.A | 11304 | 8/16/88 | $10,000.00 | | Risk assessment completion. |
| | I.E.A | 13117 | 4/21/89 | 2,500.00 | | Professional services – Operations and Maintenance Plan. |
| | I.E.A | 13342 | 6/16/89 | 1,875.00 | | 1 day O & M training. |
| | | Subtotal | | $14,375.00 | | |
| | BCM Engineers | 4–3162 | 4/7/89 | $250.00 | | Asbestos awareness video. |
| | | O&M Total= | | $14,625.00 | | |
| | Total In–Place Management Projects Costs = | | | $34,011.81 | | |

# EXHIBIT E



**MATERIALS
ANALYTICAL
SERVICES**

June 25, 1990

Re:   Southdale Office Center
      Edina, Minnesota

Based on the constituent analysis of the fireproofing
samples for the above-referenced project, it is my
opinion that the samples analyzed are Mono-Kote 3,
which was manufactured by W. R. Grace.

Worksheets reflecting our analysis are attached.


William E. Longo, Ph.D.

PIS 00060987

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200    FAX (404) 368-8256

BUILDING:      Southdale Office Center
               Edina, MN

The following bulk samples from the above-referenced buildings were analyzed and were used to form an opinion of the manufacturer and product.

| Bulk Sample # | Sample Location | Collected By |
|---|---|---|
| 1 | 7th Floor, Suite 735 | IEA |
| 2 | 7th Floor, Suite 735 | IEA |
| 3 | 7th Floor, Suite 735 | IEA |
| 4 | 7th Floor, Suite 735 | IEA |
| 5 | 7th Floor, Suite 735 | IEA |
| 6 | 7th Floor, Suite 735 | IEA |
| 7 | 7th Floor, Suite 735 | IEA |
| 8 | 7th Floor, Suite 735 | IEA |
| 9 | 7th Floor, Suite 735 | IEA |
| 10 | 7th Floor, Suite 735 | IEA |
| 11 | 7th Floor, Suite 735 | IEA |
| 12 | 7th Floor, Suite 735 | IEA |
| 13 | 7th Floor, East Wing | IEA |
| 14 | 7th Floor, East Wing | IEA |
| 15 | 7th Floor, East Wing | IEA |
| 16 | 7th Floor, East Wing | IEA |
| 17 | 7th Floor, East Wing | IEA |

PIS 00060988

Page -2-
Southdale Office Center

| 18 | 7th Floor, East Wing | IEA |
| 19 | 7th Floor, East Wing | IEA |
| 20 | 7th Floor, East Wing | IEA |
| 21 | 7th Floor, South Wing | IEA |
| 22 | 7th Floor, South Wing | IEA |
| 23 | 7th Floor, South Wing | IEA |
| 24 | 7th Floor, South Wing | IEA |
| 25 | 7th Floor, South Wing | IEA |
| 26 | 7th Floor, South Wing | IEA |
| 27 | 7th Floor, South Wing | IEA |
| 28 | 7th Floor, South Wing | IEA |
| 29 | Basement Storage | IEA |
| 30 | Suite 165 | IEA |
| 31 | Suite 555 | IEA |

PIS 00060989

MATERIALS ANALYTICAL SERVICES, INC.

### BULK ASBESTOS SHEET

Project # - Spl #: __M 2971-1__                        Date: __6.16.89__

Project Name: __Law Assoc. /ATL__                    Analyst: __Ahm__
                                                     Reviewer: __//__
Sample Identification: __Qusa  00609 - 375A7/A__

Gross Visual Description: __Beige, fibrous, fine grained matrix with gold__
__flakes and books__

| Optical Data for Asbestos Identification | | | |
|---|---|---|---|
| Morphology . . . . . . . . . | Wavy | | |
| Pleochroism . . . . . . . . | No | | |
| Refractive Index . . . . . | 1-55/1.544 | | |
| Sign of Elongation . . . . . | + | | |
| Extinction . . . . . . . . | O | | |
| Birefringence . . . . . . . | low | | |
| Melt . . . . . . . . . | No | | |
| Fiber Name . . . . . . . . | Chrysotile | | |

**ASBESTOS MINERALS:**                 Est. Vol. %

Chrysotile . . . . . . . . . :___12___
Amosite  . . . . . . . . . :_____
Crocidolite . . . . . . . . :_____
Tremolite/Actinolite . . . . :_____
Anthophyllite . . . . . . . :_____

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . . :_____
Fibrous glass . . . . . . . :_____
Cellulose . . . . . . . . . :_____
Synthetic . . . . . . . . . :_____
Talc . . . . . . . . . . . :_____

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . :_____
Vermiculite . . . . . . . . :___35___
Mica . . . . . . . . . . . :_____
Quartz . . . . . . . . . . :_____
Calcite . . . . . . . . . :_____
Gypsum . . . . . . . . . . :_____
Diatoms . . . . . . . . . :_____
Other . . . . . . . . . . :_____

Binders . . . . . . . . . :___53___
__Gypsum common - some carbonate present__

EFFERVESCENCE: __weak - Moderate__

COMMENTS: __NSO__

## BULK ASBESTOS SHEET

Project # - Spl #: _M 2972-2_          Date: _6/16/89_

Project Name: _Law Assoc /ATL._          Analyst: _Ghm_
                                          Reviewer: _____
Sample Identification: _Prisa 00609 - 375A >, B_

Gross Visual Description: _Beige, fibrous, finegrained matrix with_
_gold flakes and books_

| Optical Data for Asbestos Identification | |
|---|---|
| Morphology . . . . . . . . | _Wavy_ |
| Pleochroism. . . . . . . . | _NO_ |
| Refractive Index . . . . . | _1.54L 1511_ |
| Sign of Elongation . . . . | _+_ |
| Extinction . . . . . . . . | _O_ |
| Birefringence. . . . . . . | _Low_ |
| Melt . . . . . . . . . . . | _NO_ |
| Fiber Name . . . . . . . . | _Chrysotile_ |

**ASBESTOS MINERALS:**          Est. Vol. %

Chrysotile . . . . . . . . . .      _12_
Amosite . . . . . . . . . . .      _____
Crocidolite . . . . . . . . .      _____
Tremolite/Actinolite . . . . .      _____
Anthophyllite . . . . . . . .      _____

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . . .      _____
Fibrous glass . . . . . . . .      _____
Cellulose . . . . . . . . . .      _____
Synthetic . . . . . . . . . .      _____
Talc . . . . . . . . . . . . .      _____

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . . .      _____
Vermiculite . . . . . . . . .      _35_
Mica . . . . . . . . . . . . .      _____
Quartz . . . . . . . . . . . .      _____
Calcite . . . . . . . . . . .      _____
Gypsum . . . . . . . . . . . .      _____
Diatoms . . . . . . . . . . .      _____
Other . . . . . . . . . . . .      _____

Binders . . . . . . . . . . .      _53_
_____ Gypsum Common - Some Carbonate present

EFFERVESCENCE: _weak - Moderate_

COMMENTS: _NSD_

PIS 00060991

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: ___M2972-3___                    Date: 6/16/88

Project Name: _Law Assoc°/ATL._                    Analyst: _____
                                                   Reviewer: _____

Sample Identification: _Prisa 00609 - 375A21C_

Gross Visual Description: _Beige, fibrous, finegrained matrix with_
_gold flakes and books_

## Optical Data for Asbestos Identification

| | |
|---|---|
| Morphology | way |
| Pleochroism | NO |
| Refractive Index | 1.541 1.557 |
| Sign of Elongation | + |
| Extinction | 0 |
| Birefringence | low |
| Melt | NO |
| Fiber Name | chrysotile |

ASBESTOS MINERALS:              Est. Vol. %

Chrysotile . . . . . . . . .    12
Amosite . . . . . . . . . .    _____
Crocidolite . . . . . . . .    _____
Tremolite/Actinolite . . . .    _____
Anthophyllite . . . . . . .    _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . .    _____
Fibrous glass . . . . . . .    _____
Cellulose . . . . . . . . .    _____
Synthetic . . . . . . . . .    _____
Talc . . . . . . . . . . .    _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . .    _____
Vermiculite . . . . . . . .    35
Mica . . . . . . . . . . .    _____
Quartz . . . . . . . . . .    _____
Calcite . . . . . . . . . .    _____
Gypsum . . . . . . . . . .    _____
Diatoms . . . . . . . . . .    _____
Other . . . . . . . . . . .

Binders . . . . . . . . . .    53
_____Gypsum Common - Some Carbonate present_

EFFERVESCENCE: weak - moderate

COMMENTS:          NSO

MATERIALS ANALYTICAL SERVICES, INC.

## BULK ASBESTOS SHEET

Project # - Spl #: _M2972-4_          Date: _6/16/88_

Project Name: _Law Assoc./ATL._          Analyst: _Sh_
Reviewer: _L_

Sample Identification: _Pesa 60609 - 375A710_

Gross Visual Description: _Beige, fibrous, finegrained matrix with_
_gold flakes and books_

| Optical Data for Asbestos Identification | | | | |
|---|---|---|---|---|
| Morphology | wavy | | | |
| Pleochroism | no | | | |
| Refractive Index | 1.541-1.557 | | | |
| Sign of Elongation | + | | | |
| Extinction | 0 | | | |
| Birefringence | low | | | |
| Melt | no | | | |
| Fiber Name | Chrysotile | | | |

ASBESTOS MINERALS:          Est. Vol. %

Chrysotile . . . . . . . . . . ___12___
Amosite . . . . . . . . . . . _____
Crocidolite . . . . . . . . . _____
Tremolite/Actinolite . . . . . _____
Anthophyllite . . . . . . . . _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . _____
Fibrous glass . . . . . . . . _____
Cellulose . . . . . . . . . . _____
Synthetic . . . . . . . . . . _____
Talc . . . . . . . . . . . . _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . . _____
Vermiculite . . . . . . . . . ___35___
Mica . . . . . . . . . . . . _____
Quartz . . . . . . . . . . . _____
Calcite . . . . . . . . . . . _____
Gypsum . . . . . . . . . . . _____
Diatoms . . . . . . . . . . . _____
Other . . . . . . . . . . . . _____

Binders . . . . . . . . . . . ___53___
_Gypsum common - some carbonate present_

EFFERVESCENCE: _Weak - Moderate_

COMMENTS: _NSD_

## BULK ASBESTOS SHEET

Project # - Spl #: ___M 2972 - 5___          Date: _6/17/89_

Project Name: _Law Assoc. /ATL·_          Analyst: _9h_
                                          Reviewer: _7_

Sample Identification: _PiiSA 00609   375A 72 A_

Gross Visual Description: _Beige, fibrous, fine grained matrix_
_with gold flakes and books_

### Optical Data for Asbestos Identification

| Morphology | _Wavy_ | | |
|---|---|---|---|
| Pleochroism | _NO_ | | |
| Refractive Index | _1.54 L 1.55/_ | | |
| Sign of Elongation | _+_ | | |
| Extinction | _O_ | | |
| Birefringence | _Low_ | | |
| Melt | _NO_ | | |
| Fiber Name | _Chrysotile_ | | |

ASBESTOS MINERALS:          Est. Vol. %

| | |
|---|---|
| Chrysotile | _12_ |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

OTHER FIBROUS COMPONENTS:

| | |
|---|---|
| Mineral/Rock wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |
| Talc | |

NON-FIBROUS COMPONENTS:

| | |
|---|---|
| Perlite | |
| Vermiculite | _35_ |
| Mica | |
| Quartz | |
| Calcite | |
| Gypsum | |
| Diatoms | |
| Other | |

Binders _53_
_Gypsum common - scattered grains of carbonate present_

EFFERVESCENCE: _weak - moderate_

COMMENTS: _NISO_

PIS 00060994

MATERIALS ANALYTICAL SERVICES, INC.

### BULK ASBESTOS SHEET

Project # – Spl #: _M Z972-6_     Date: _8/7/89_

Project Name: _Law Assoc. /ATL_     Analyst: _QM_
Reviewer: _

Sample Identification: _Pu2A msq 375A 72B_

Gross Visual Description: _Beige, fibrous, fine grained matrix with gold flakes and books_

```
┌─────────────────────────────────────────────────────────┐
│        Optical Data for Asbestos Identification          │
│   Morphology . . . . . . . .  wavy                       │
│   Pleochroism. . . . . . . .  no                         │
│   Refractive Index . . . . .  1.54 1.55//                │
│   Sign of Elongation . . . .  +                          │
│   Extinction . . . . . . . .  0                          │
│   Birefringence. . . . . . .  low                        │
│   Melt . . . . . . . . . . .  no                         │
│   Fiber Name . . . . . . . .  chrysotile                 │
└─────────────────────────────────────────────────────────┘
```

**ASBESTOS MINERALS:**      Est. Vol. %

Chrysotile . . . . . . . . . . . _12_
Amosite . . . . . . . . . . . . _____
Crocidolite . . . . . . . . . . _____
Tremolite/Actinolite . . . . . . _____
Anthophyllite . . . . . . . . . _____

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . . . _____
Fibrous glass . . . . . . . . . _____
Cellulose . . . . . . . . . . . _____
Synthetic . . . . . . . . . . . _____
Talc . . . . . . . . . . . . . _____

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . . . . _____
Vermiculite . . . . . . . . . . _35_
Mica . . . . . . . . . . . . . _____
Quartz . . . . . . . . . . . . _____
Calcite . . . . . . . . . . . . _____
Gypsum . . . . . . . . . . . . _____
Diatoms . . . . . . . . . . . . _____
Other . . . . . . . . . . . . . _____

Binders . . . . . . . . . . . . _53_
_Gypsum common — scattered grains of carbonate present_

EFFERVESCENCE: _weak ~ moderate_

COMMENTS: _Also_

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: __M 2972 - 7__          Date: __6/7/89__

Project Name: __Law Assot /ATL__          Analyst: __JM__
          Reviewer: __∅__

Sample Identification: __Prisa  00609   375A -72C__

Gross Visual Description: __Beige, fibrous, fine grained matrix with gold flakes and books__

## Optical Data for Asbestos Identification

| | | | | |
|---|---|---|---|---|
| Morphology | wavy | | | |
| Pleochrism | no | | | |
| Refractive Index | 1.54↓ 1.55↑ | | | |
| Sign of Elongation | + | | | |
| Extinction | 0 | | | |
| Birefringence | low | | | |
| Melt | no | | | |
| Fiber Name | Chrysotile | | | |

ASBESTOS MINERALS:          Est. Vol. %

| | |
|---|---|
| Chrysotile | 12 |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

OTHER FIBROUS COMPONENTS:

| | |
|---|---|
| Mineral/Rock wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |
| Talc | |

NON-FIBROUS COMPONENTS:

| | |
|---|---|
| Perlite | |
| Vermiculite | 35 |
| Mica | |
| Quartz | |
| Calcite | |
| Gypsum | |
| Diatoms | |
| Other | |

Binders __53__
__Gypsum common - scattered grains of carbonate present__

EFFERVESCENCE: __weak - moderate__

COMMENTS: __NSO__

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: __M 2972-8__                   Date: __6/7/89__

Project Name: __Law Assoc / ATL.__                Analyst: __JM__
                                                  Reviewer: __JM__

Sample Identification: __Prisa   00609   375A - 72 D__

Gross Visual Description: __Beige, fibrous, finegrained matrix with__
__gold flakes and books__

### Optical Data for Asbestos Identification

| | |
|---|---|
| Morphology . . . . . . . . . | wavy |
| Pleochroism. . . . . . . . . | NO |
| Refractive Index . . . . . . | 1.54 < 1.55 // |
| Sign of Elongation . . . . . | + |
| Extinction . . . . . . . . . | 0 |
| Birefringence. . . . . . . . | low |
| Melt . . . . . . . . . . . . | NO |
| Fiber Name . . . . . . . . . | Chrysotile |

ASBESTOS MINERALS:                    Est. Vol. %

Chrysotile . . . . . . . . . . . ___12___
Amosite . . . . . . . . . . . . _____
Crocidolite . . . . . . . . . . _____
Tremolite/Actinolite . . . . . . _____
Anthophyllite . . . . . . . . . _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . . _____
Fibrous glass . . . . . . . . . _____
Cellulose . . . . . . . . . . . _____
Synthetic . . . . . . . . . . . _____
Talc . . . . . . . . . . . . . _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . . . _____
Vermiculite . . . . . . . . . . ___35___
Mica . . . . . . . . . . . . . _____
Quartz . . . . . . . . . . . . _____
Calcite . . . . . . . . . . . . _____
Gypsum . . . . . . . . . . . . _____
Diatoms . . . . . . . . . . . . _____
Other . . . . . . . . . . . . . _____

Binders . . . . . . . . . . . . ___53___
__Gypsum common - scattered grains of carbonate present__

EFFERVESCENCE: __weak to moderate__

COMMENTS: __N50__

MATERIALS ANALYTICAL SERVICES, INC.

## BULK ASBESTOS SHEET

Project # - Spl #: __M 2972-9__                    Date: __6/15/89__

Project Name: __Law Assoc / ATL.__                    Analyst: __JMm__
                                                      Reviewer: __/__

Sample Identification: __Fusa  00609  375A  73A__

Gross Visual Description: __Beige, fibrous, finegrained matrix with__
__gold flakes and books__

### Optical Data for Asbestos Identification

| | |
|---|---|
| Morphology | Wavy |
| Pleochroism | no |
| Refractive Index | 1.551, 1.54 |
| Sign of Elongation | + |
| Extinction | 0 |
| Birefringence | low |
| Melt | no |
| Fiber Name | Chrysotile |

ASBESTOS MINERALS:                    Est. Vol. %

| | |
|---|---|
| Chrysotile | 12 |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

OTHER FIBROUS COMPONENTS:

| | |
|---|---|
| Mineral/Rock wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |
| Talc | |

NON-FIBROUS COMPONENTS:

| | |
|---|---|
| Perlite | |
| Vermiculite | 35 |
| Mica | |
| Quartz | |
| Calcite | |
| Gypsum | |
| Diatoms | |
| Other | |

Binders .............. __53__
__Gypsum common — scattered grains of carbonate present.__

EFFERVESCENCE: __Weak – moderate__

COMMENTS: __Also__

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: ___M297270___                    Date: _6/17/89_

Project Name: _Law Assoc./ATL._                     Analyst: _○__
                                                    Reviewer: _✓_

Sample Identification: _Prisa 00609 375A  73B_

Gross Visual Description: _Beige, fibrous, fine grained matrix with_
_gold flakes and books_

### Optical Data for Asbestos Identification

| | | | | |
|---|---|---|---|---|
| Morphology . . . . . . . . | wavy | | | |
| Pleochroism. . . . . . . . | no | | | |
| Refractive Index . . . . . | 1.54/1.550 | | | |
| Sign of Elongation . . . . | + | | | |
| Extinction . . . . . . . . | 0 | | | |
| Birefringence. . . . . . . | low | | | |
| Melt . . . . . . . . . . . | no | | | |
| Fiber Name . . . . . . . . | chrysotile | | | |

**ASBESTOS MINERALS:**                         Est. Vol. %

Chrysotile . . . . . . . . . . . . . _12_
Amosite . . . . . . . . . . . . . . _____
Crocidolite . . . . . . . . . . . . _____
Tremolite/Actinolite . . . . . . . _____
Anthophyllite . . . . . . . . . . . _____

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . . . . _____
Fibrous glass . . . . . . . . . . _____
Cellulose . . . . . . . . . . . . _____
Synthetic . . . . . . . . . . . . _____
Talc . . . . . . . . . . . . . . . _____

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . . . . . _____
Vermiculite . . . . . . . . . . . _35_
Mica . . . . . . . . . . . . . . . _____
Quartz . . . . . . . . . . . . . . _____
Calcite . . . . . . . . . . . . . _____
Gypsum . . . . . . . . . . . . . . _____
Diatoms . . . . . . . . . . . . . _____
Other _____

Binders . . . . . . . . . . . . . _53_
_Gypsum (common) - scattered grains of Carbonate present_

EFFERVESCENCE: _Weak - moderate_

COMMENTS: _Also_

MATERIALS ANALYTICAL SERVICES, INC.

## BULK ASBESTOS SHEET

Project # - Spl #: ___M 2972 - 11___     Date: _6/17/89_

Project Name: _Law Assoc. /ATL._     Analyst: _GHm_
     Reviewer: _____

Sample Identification: _PLis  00609  375 A   736_

Gross Visual Description: _Beige, fibrous, fine grained matrix with gold_
_flakes and books_

### Optical Data for Asbestos Identification

| | | | | |
|---|---|---|---|---|
| Morphology . . . . . . . . . | wavy | . | | |
| Pleochroism. . . . . . . . . | no | . | | |
| Refractive Index . . . . . | 1.54 1.551 | . | | |
| Sign of Elongation . . . . . | + | . | | |
| Extinction . . . . . . . . | 0 | . | | |
| Birefringence. . . . . . . | low | . | | |
| Melt . . . . . . . . . . . | no | . | | |
| Fiber Name . . . . . . . . | Chrysotile | . | | |

ASBESTOS MINERALS:          Est. Vol. %

| | |
|---|---|
| Chrysotile . . . . . . . . . | 12 |
| Amosite . . . . . . . . . | |
| Crocidolite . . . . . . . . | |
| Tremolite/Actinolite . . . . | |
| Anthophyllite . . . . . . . | |

OTHER FIBROUS COMPONENTS:

| | |
|---|---|
| Mineral/Rock wool . . . . . | |
| Fibrous glass . . . . . . . | |
| Cellulose . . . . . . . . . | |
| Synthetic . . . . . . . . . | |
| Talc . . . . . . . . . . . | |

NON-FIBROUS COMPONENTS:

| | |
|---|---|
| Perlite . . . . . . . . . | |
| Vermiculite . . . . . . . . | 35 |
| Mica . . . . . . . . . . | |
| Quartz . . . . . . . . . . | |
| Calcite . . . . . . . . . | |
| Gypsum . . . . . . . . . | |
| Diatoms . . . . . . . . . | |
| Other . . . . . . . . . | |

Binders . . . . . . . . . _53_
_Gypsum Common - Scattered grains of Carbonate present_

EFFERVESCENCE: _Weak - moderate_

COMMENTS: _NSO_

MATERIAL ~~~~~~~~~

## BULK ASBESTOS SHEET

Project # - Spl #: __M2972-12__          Date: __6/17/89__

Project Name: __Law Assoc /ATL__          Analyst: __ghm__
                                           Reviewer: __ρ__

Sample Identification: __A.sa   00609  375A   730__

Gross Visual Description: __Beige, fibrous, finegrained matrix with__
__gold flakes and books__

| Optical Data for Asbestos Identification | |
|---|---|
| Morphology | wavy |
| Pleochroism | no |
| Refractive Index | 1.54 1.551 |
| Sign of Elongation | + |
| Extinction | 0 |
| Birefringence | low |
| Melt | no |
| Fiber Name | chrysotile |

**ASBESTOS MINERALS:**          Est. Vol. %

| | |
|---|---|
| Chrysotile | 12 |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

**OTHER FIBROUS COMPONENTS:**

| | |
|---|---|
| Mineral/Rock wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |
| Talc | |

**NON-FIBROUS COMPONENTS:**

| | |
|---|---|
| Perlite | |
| Vermiculite | 35 |
| Mica | |
| Quartz | |
| Calcite | |
| Gypsum | |
| Diatoms | |
| Other | |

Binders . . . . . . __53__
__Gypsum Common - Scattered grains of Carbonate Present__

EFFERVESCENCE; __Weak- moderate__

COMMENTS: __NSD__

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: _M 2972-13_          Date: _6/17/89_

Project Name: _Law Assoc / ATC_          Analyst: _GM_
                                         Reviewer: _____

Sample Identification: _Prisa 60609 375A 67A_

Gross Visual Description: _Beige, fibrous, finegrained matrix with_
_gold flakes and books_

### Optical Data for Asbestos Identification

| | |
|---|---|
| Morphology | _Wavy_ |
| Pleochroism | _no_ |
| Refractive Index | _1.54 & 1.55//_ |
| Sign of Elongation | _+_ |
| Extinction | _O_ |
| Birefringence | _low_ |
| Melt | _no_ |
| Fiber Name | _Chrysotile_ |

ASBESTOS MINERALS:          Est. Vol. %

| | |
|---|---|
| Chrysotile | _12_ |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

OTHER FIBROUS COMPONENTS:

| | |
|---|---|
| Mineral/Rock wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |
| Talc | |

NON-FIBROUS COMPONENTS:

| | |
|---|---|
| Perlite | |
| Vermiculite | _35_ |
| Mica | |
| Quartz | |
| Calcite | |
| Gypsum | |
| Diatoms | |
| Other | |
| Binders | _53_ |

_Gypsum Common - Scattered grains of Carbonate Present_

EFFERVESCENCE: _Weak - moderate_

COMMENTS: _NSO_

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # – Spl #: __M 2972-14__    Date: __6/17/89__

Project Name: __Law Asso. / ATC.__    Analyst: __JAm__
    Reviewer: __

Sample Identification: __Pisa 00009 375A 67B__

Gross Visual Description: __Beige, fibrous, finegrained matrix with gold flakes and books__

### Optical Data for Asbestos Identification

| | | |
|---|---|---|
| Morphology | Wavy | |
| Pleochrism. | no | |
| Refractive Index | 1.546 1.551 | |
| Sign of Elongation | + | |
| Extinction | 0 | |
| Birefringence. | low | |
| Melt | no | |
| Fiber Name | Chrysotile | |

**ASBESTOS MINERALS:**    Est. Vol. %

| | |
|---|---|
| Chrysotile | 12 |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

**OTHER FIBROUS COMPONENTS:**

| | |
|---|---|
| Mineral/Rock wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |
| Talc | |

**NON-FIBROUS COMPONENTS:**

| | |
|---|---|
| Perlite | |
| Vermiculite | 35 |
| Mica | |
| Quartz | |
| Calcite | |
| Gypsum | |
| Diatoms | |
| Other | |

Binders __53__
__Gypsum Common = scattered grains of carbonate Present__

EFFERVESCENCE: __Weak-moderate__

COMMENTS: __NSD__

MATERIALS ANALYTICAL SERVICES, INC.

### BULK ASBESTOS SHEET

Project # - Spl #: M 2972-15                         Date: 6/17/89

Project Name: Lew Assoc. *1/ATC                       Analyst: JM
                                                      Reviewer:

Sample Identification: Prism 6060a   375A  67C

Gross Visual Description: Beige, fibrous, finegrained matrix with gold flakes and books

### Optical Data for Asbestos Identification

| | | | | |
|---|---|---|---|---|
| Morphology . . . . . . . . | Wavy | | | |
| Pleochroism. . . . . . . . | no | | | |
| Refractive Index . . . . . | 1.55 // 1.54 | | | |
| Sign of Elongation . . . . | + | | | |
| Extinction . . . . . . . . | 0 | | | |
| Birefringence. . . . . . . | low | | | |
| Melt . . . . . . . . . . . | no | | | |
| Fiber Name . . . . . . . . | chrysotile | | | |

ASBESTOS MINERALS:                    Est. Vol. %

Chrysotile . . . . . . . . . . . ___17___
Amosite . . . . . . . . . . . . _____
Crocidolite . . . . . . . . . . _____
Tremolite/Actinolite . . . . . _____
Anthophyllite . . . . . . . . . _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . _____
Fibrous glass . . . . . . . . _____
Cellulose . . . . . . . . . . _____
Synthetic . . . . . . . . . . _____
Talc . . . . . . . . . . . . . _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . . _____
Vermiculite . . . . . . . . . ___35___
Mica . . . . . . . . . . . . . _____
Quartz . . . . . . . . . . . . _____
Calcite . . . . . . . . . . . _____
Gypsum . . . . . . . . . . . . _____
Diatoms . . . . . . . . . . . _____
Other . . . . . . . . . . . . _____

Binders . . . . . . . . . . . ___53___
         Gypsum common — scattered grains of Carbonate Present.

EFFERVESCENCE: weak - moderate

COMMENTS:        NSD

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: __M 2972-16__          Date: __6/17/89__

Project Name: __Law Assoc MTL.__          Analyst: __Chi__
                                          Reviewer: __//__
Sample Identification: __Prisu G0609   375 A   67D__

Gross Visual Description: __Beige, fibrous, finegrained matrix with__
__gold flakes and books__

## Optical Data for Asbestos Identification

| | | | | |
|---|---|---|---|---|
| Morphology | Wavy | | | |
| Pleochroism | NO | | | |
| Refractive Index | 1.54-1.55// | | | |
| Sign of Elongation | + | | | |
| Extinction | 0 | | | |
| Birefringence | low | | | |
| Melt | no | | | |
| Fiber Name | chrysotile | | | |

ASBESTOS MINERALS:          Est. Vol. %

Chrysotile . . . . . . . . . __12__
Amosite . . . . . . . _____
Crocidolite . . . . . . . _____
Tremolite/Actinolite . . . . . _____
Anthophyllite . . . . . . . _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . _____
Fibrous glass . . . . . . . _____
Cellulose . . . . . . . _____
Synthetic . . . . . . . _____
Talc . . . . . . . . . _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . _____
Vermiculite . . . . . . . __35__
Mica . . . . . . . . . _____
Quartz . . . . . . . . _____
Calcite . . . . . . . . _____
Gypsum . . . . . . . . _____
Diatoms . . . . . . . . _____
Other _____

Binders . . . . . . . . __53__
    __Gypsum Common - Scattered grains of Carbonate Present__

EFFERVESCENCE: __Weak - moderate__

COMMENTS: __N50__

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: __M 2972-A__          Date: __6/17/89__

Project Name: __Law Assoc./ATL.__        Analyst: __Ofn__
                                         Reviewer: __/__
Sample Identification: __Prisa  00609  375A  68A__

Gross Visual Description: __Beige, fibrous, finegrained matrix with__
__gold flakes and bodies__

### Optical Data for Asbestos Identification

| | |
|---|---|
| Morphology | wavy |
| Pleochroism | NO |
| Refractive Index | 1.54 & 1.55// |
| Sign of Elongation | + |
| Extinction | 0 |
| Birefringence | low |
| Melt | no |
| Fiber Name | Chrysotile |

ASBESTOS MINERALS:                Est. Vol. %

Chrysotile . . . . . . . . . . . . __12__
Amosite . . . . . . . . . . . _____
Crocidolite . . . . . . . . . _____
Tremolite/Actinolite . . . . . _____
Anthophyllite . . . . . . . . _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . _____
Fibrous glass . . . . . . . . _____
Cellulose . . . . . . . . . . _____
Synthetic . . . . . . . . . . _____
Talc . . . . . . . . . . . . . _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . . _____
Vermiculite . . . . . . . . . __35__
Mica . . . . . . . . . . . . . _____
Quartz . . . . . . . . . . . . _____
Calcite . . . . . . . . . . . _____
Gypsum . . . . . . . . . . . . _____
Diatoms . . . . . . . . . . . _____
Other . . . . . . . . . . . . _____

Binders . . . . . . . . . . . __53__
__Gypsum common — scattered grains of carbonate present.__

EFFERVESCENCE: __Weak - moderate__

COMMENTS: __NSO__

MATERIALS ANALYTICAL SERVICES, INC.

### BULK ASBESTOS SHEET

Project # – Spl #: ___M 2972 - 18___    Date: _6/17/89_

Project Name: _Law Assoc / ATL._    Analyst: _Ghm_
    Reviewer: _____

Sample Identification: _Prisa   00609   375A    68B_

Gross Visual Description: _Beige, fibrous, finegrained matrix with_
_gold flakes and books_

| Optical Data for Asbestos Identification | | | | |
|---|---|---|---|---|
| Morphology . . . . . . . . . | wavy | . | _____ | . |
| Pleochroism. . . . . . . . | no | . | _____ | . |
| Refractive Index . . . . . | 1.541/1.511 | . | _____ | . |
| Sign of Elongation . . . . . | + | . | _____ | . |
| Extinction . . . . . . . | 0 | . | _____ | . |
| Birefringence. . . . . . . | low | . | _____ | . |
| Melt . . . . . . . . . | no | . | _____ | . |
| Fiber Name . . . . . . . . | Chrysotile | . | _____ | . |

**ASBESTOS MINERALS:**    Est. Vol. %

Chrysotile . . . . . . . . . . . . . ___12___
Amosite . . . . . . . . . . . . _____
Crocidolite . . . . . . . . . . _____
Tremolite/Actinolite . . . . . . _____
Anthophyllite . . . . . . . . . _____

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . . _____
Fibrous glass . . . . . . . . _____
Cellulose . . . . . . . . . . _____
Synthetic . . . . . . . . . . _____
Talc . . . . . . . . . . . . . _____

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . . . _____
Vermiculite . . . . . . . . . ___35___
Mica . . . . . . . . . . . . . _____
Quartz . . . . . . . . . . . . _____
Calcite . . . . . . . . . . . _____
Gypsum . . . . . . . . . . . _____
Diatoms . . . . . . . . . . . _____
Other . . . . . . . . . . . . _____

Binders . . . . . . . . . . . ___53___
_Gypsum Common - Scattered grains of carbonate present_

EFFERVESCENCE: _Weak - moderate_

COMMENTS: _NSD_

MATERIALS ANALYTICAL SERVICES, INC.

## BULK ASBESTOS SHEET

Project # - Spl #: _M 2972-19_    Date: _6/17/89_

Project Name: _Law Assoc?/ATL._    Analyst: _Ohm_
Reviewer: _____

Sample Identification: _Prisa   00609   375A   68C_

Gross Visual Description: _Beige, fibrous, finegrained matrix with gold_
_flakes and books_

| Optical Data for Asbestos Identification | | | |
|---|---|---|---|
| Morphology . . . . . . . . . . | Wavy | | |
| Pleochroism. . . . . . . . . | no | | |
| Refractive Index . . . . . | 1.5uf 1.551 | | |
| Sign of Elongation . . . . . | + | | |
| Extinction . . . . . . . . | 0 | | |
| Birefringence. . . . . . . . | low | | |
| Melt . . . . . . . . . . . | no | | |
| Fiber Name . . . . . . . . | Chrysotile | | |

ASBESTOS MINERALS:                    Est. Vol. %

Chrysotile . . . . . . . . . . _12_
Amosite  . . . . . . . . . . _____
Crocidolite  . . . . . . . . _____
Tremolite/Actinolite . . . . . _____
Anthophyllite . . . . . . . . _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . _____
Fibrous glass . . . . . . . . _____
Cellulose . . . . . . . . . . _____
Synthetic . . . . . . . . . . _____
Talc . . . . . . . . . . . . _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . _____
Vermiculite . . . . . . . . . _35_
Mica . . . . . . . . . . . . _____
Quartz . . . . . . . . . . . _____
Calcite . . . . . . . . . . _____
Gypsum . . . . . . . . . . . _____
Diatoms . . . . . . . . . . _____
Other . . . . . . . . . . _____

Binders . . . . . . . . . . _53_
_Gypsum Common — Scattered grains of carbonate present._

EFFERVESCENCE: _Weak — Moderate_

COMMENTS:                    _Also_

PIS 00061008

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: _M 2972 - 20_          Date: _6/12/89_

Project Name: _Law Assoc / ATC_          Analyst: _Ohm_
                                          Reviewer: /

Sample Identification: _Prise    00609  375A  68Ω_

Gross Visual Description: _Beise, X brows, fine grained material with gold_
_flakes and pores_

### Optical Data for Asbestos Identification

Morphology . . . . . . . . . _wax_
Pleochroism. . . . . . . . . _NO_
Refractive Index . . . . . . _1.54 ⊥ 1.55 ∥_
Sign of Elongation . . . . . _L_
Extinction . . . . . . . . . _O_
Birefringence. . . . . . . . _low_
Melt . . . . . . . . . . . . _NO_
Fiber Name . . . . . . . . . _Chrysotile_

ASBESTOS MINERALS:              Est. Vol. %

Chrysotile . . . . . . . . . . _12_
Amosite . . . . . . . . . . . _____
Crocidolite . . . . . . . . . _____
Tremolite/Actinolite . . . . . _____
Anthophyllite . . . . . . . . _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . _____
Fibrous glass . . . . . . . . _____
Cellulose . . . . . . . . . . _____
Synthetic . . . . . . . . . . _____
Talc . . . . . . . . . . . . _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . . _____
Vermiculite . . . . . . . . . _35_
Mica . . . . . . . . . . . . _____
Quartz . . . . . . . . . . . _____
Calcite . . . . . . . . . . . _____
Gypsum . . . . . . . . . . . _____
Diatoms . . . . . . . . . . . _____
Other . . . . . . . . . . . . _____

Binders . . . . . . . . . . . _53_
_Gypsum Common - Scattered grains of Carbonate present_

EFFERVESCENCE; _Weak - Moderate_

COMMENTS: _NSO_

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: ___M 291-21___          Date: ___6/17/89___

Project Name: _Law Assoc / ATL._          Analyst: _Jim_
                                          Reviewer:
Sample Identification: _Pos. 375A - 69A_

Gross Visual Description: _Beige, fibrous, finegrained matrix with_
_gold flakes and books_

### Optical Data for Asbestos Identification

Morphology . . . . . . . . _Wavy_
Pleochroism. . . . . . . . _no_
Refractive Index . . . . . _1.54 / 1.55 ||_
Sign of Elongation . . . . _+_
Extinction . . . . . . . . _0_
Birefringence. . . . . . . _low_
Melt . . . . . . . . . . . _no_
Fiber Name . . . . . . . . _Chysotile_

ASBESTOS MINERALS:                Est. Vol. %

Chrysotile . . . . . . . . . . _12_
Amosite . . . . . . . . . . .
Crocidolite . . . . . . . . .
Tremolite/Actinolite . . . . .
Anthophyllite . . . . . . . .

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . .
Fibrous glass . . . . . . . .
Cellulose . . . . . . . . . .
Synthetic . . . . . . . . . .
Talc . . . . . . . . . . . .

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . .
Vermiculite . . . . . . . . . _35_
Mica . . . . . . . . . . . .
Quartz . . . . . . . . . . .
Calcite . . . . . . . . . . .
Gypsum . . . . . . . . . . .
Diatoms . . . . . . . . . . .
Other . . . . . . . . . . . .

Binders . . . . . . . . . . . _53_
_Gypsum common - Scattered grains of Carbonate present_

EFFERVESCENCE: _weak - moderate_

COMMENTS: _NSO_

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: _M 2972-22_                     Date: _6/17/89_

Project Name: _Law Assoc./ATL._                    Analyst: _Jim_
                                                   Reviewer: _____
Sample Identification: _Disa 375A - 69B_

Gross Visual Description: _Beige, fibrous, finegrained matrix with_
_gold flakes and books_

### Optical Data for Asbestos Identification

| | | | | |
|---|---|---|---|---|
| Morphology | _wavy_ | | | |
| Pleochroism | _no_ | | | |
| Refractive Index | _1.54 1.55ll_ | | | |
| Sign of Elongation | _+_ | | | |
| Extinction | _0_ | | | |
| Birefringence | _low_ | | | |
| Melt | _no_ | | | |
| Fiber Name | _Chrysotile_ | | | |

ASBESTOS MINERALS:                    Est. Vol. %

Chrysotile . . . . . . . . . . _12_
Amosite
Crocidolite . . . . . . .
Tremolite/Actinolite . . . .
Anthophyllite . . . . . . .

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . .
Fibrous glass . . . . . .
Cellulose . . . . . . . .
Synthetic . . . . . . . .
Talc . . . . . . . . . .

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . .
Vermiculite . . . . . . . . _35_
Mica . . . . . . . . . .
Quartz . . . . . . . . .
Calcite . . . . . . . . .
Gypsum . . . . . . . . .
Diatoms . . . . . . . .
Other

Binders . . . . . . . . _53_
_Gypsum common - scattered grains of Carbonate present_

EFFERVESCENCE: _Weak - moderate_

COMMENTS:          _N≤0_

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: __M 2972 - 23__     Date: __6/17/89__

Project Name: __Law Assoc. /Atl.__     Analyst: __Ghm__
     Reviewer: __∅__

Sample Identification: __Pisa  375A - 69 C__

Gross Visual Description: Beige, fibrous, finegrained matrix with gold flakes and books

```
┌─────────────────────────────────────────────────────────┐
│        Optical Data for Asbestos Identification          │
│   Morphology . . . . . . . . wavy . . _____ . . _____    │
│   Pleochroism . . . . . . . . no . . . _____ . . _____    │
│   Refractive Index . . . . . 1.54↓ 1.551 . _____ . _____  │
│   Sign of Elongation . . . . . + . . . _____ . . _____    │
│   Extinction . . . . . . . . . 0 . . . _____ . . _____    │
│   Birefringence. . . . . . . . low . . _____ . . _____    │
│   Melt . . . . . . . . . . . . no . . . _____ . . _____    │
│   Fiber Name . . . . . . . chrysotile _____ . . _____     │
└─────────────────────────────────────────────────────────┘
```

**ASBESTOS MINERALS:**     Est. Vol. %

Chrysotile . . . . . . . . . . __12__
Amosite
Crocidolite . . . . . . . . .
Tremolite/Actinolite . . . .
Anthophyllite . . . . . . . .

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . .
Fibrous glass . . . . . . . .
Cellulose . . . . . . . . . .
Synthetic . . . . . . . . . .
Talc . . . . . . . . . . . . .

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . .
Vermiculite . . . . . . . . . __35__
Mica . . . . . . . . . . . .
Quartz . . . . . . . . . . .
Calcite . . . . . . . . . . .
Gypsum . . . . . . . . . . .
Diatoms . . . . . . . . . . .
Other

Binders . . . . . . . . . . __53__
__Gypsum common - Scattered grains of carbonate present.__

EFFERVESCENCE; __Weak - moderate__

COMMENTS: __NSO__

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: __M 2972 - 24__    Date: __6/17/8?__

Project Name: __Law Assx. /ATL__    Analyst: __Ohm__
Sample Identification: __Prisa 375A - 69D__    Reviewer: __✓__

Gross Visual Description: __Beige, fibrous, finegrained matrix with__
__gold flakes and books__

### Optical Data for Asbestos Identification

| Morphology | wavy |
|---|---|
| Pleochroism | no |
| Refractive Index | 1.541 1.55// |
| Sign of Elongation | + |
| Extinction | 0 |
| Birefringence | low |
| Melt | no |
| Fiber Name | chrysotile |

**ASBESTOS MINERALS:**          Est. Vol. %

| | |
|---|---|
| Chrysotile | 12 |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

**OTHER FIBROUS COMPONENTS:**

| | |
|---|---|
| Mineral/Rock wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |
| Talc | |

**NON-FIBROUS COMPONENTS:**

| | |
|---|---|
| Perlite | |
| Vermiculite | 35 |
| Mica | |
| Quartz | |
| Calcite | |
| Gypsum | |
| Diatoms | |
| Other | |

Binders __53__
__Gypsum Common - Scattered grains of carbonate present__

EFFERVESCENCE: __Weak - moderate__

COMMENTS: __NSD__

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # – Spl #: _M2972 – 25_     Date: _6/17/89_

Project Name: _Law Assoc. /ATL_     Analyst: _John_
Sample Identification: _Prisa 375A – 70A_     Reviewer: _∅_

Gross Visual Description: _Beige, fibrous, finegrained matrix with_
_gold flakes and books_

### Optical Data for Asbestos Identification

Morphology . . . . . . . . . _wavy_ . . _____ . _____
Pleochroism. . . . . . . . . _no_ . . _____ . _____
Refractive Index . . . . . . _1.54 1.56 ll._ . _____ . _____
Sign of Elongation . . . . . _+_ . . _____ . _____
Extinction . . . . . . . . . _0_ . . _____ . _____
Birefringence. . . . . . . . _low_ . . _____ . _____
Melt . . . . . . . . . . . . _no_ . . _____ . _____
Fiber Name . . . . . . . . . _Chrysotile_ . _____ . _____

ASBESTOS MINERALS:     Est. Vol. %

Chrysotile . . . . . . . . . . . _12_
Amosite . . . . . . . . . . . . _____
Crocidolite . . . . . . . . . . _____
Tremolite/Actinolite . . . . . . _____
Anthophyllite . . . . . . . . . . _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . _____
Fibrous glass . . . . . . . . _____
Cellulose . . . . . . . . . . _____
Synthetic . . . . . . . . . . _____
Talc . . . . . . . . . . . . . _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . . _____
Vermiculite . . . . . . . . . _35_
Mica . . . . . . . . . . . . . _____
Quartz . . . . . . . . . . . . _____
Calcite . . . . . . . . . . . _____
Gypsum . . . . . . . . . . . . _____
Diatoms . . . . . . . . . . . _____
Other . . . . . . . . . . . . _____

Binders . . . . . . . . . . . _53_
_Gypsum common – Scattered grains of Carbonate present_

EFFERVESCENCE: _Weak – moderate_

COMMENTS: _NSO_

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: _M2971-26_                  Date: _6/17/89_

Project Name: _Law Assoc /ATL_                 Analyst: _glm_
                                               Reviewer: _____

Sample Identification: _Prisa 375A - 70B_

Gross Visual Description: _Beige, fibrous, finegrained matrix with_
_gold flakes and books_

### Optical Data for Asbestos Identification

| | |
|---|---|
| Morphology | wavy |
| Pleochroism | no |
| Refractive Index | 1.5w⊥ 1.55∥ |
| Sign of Elongation | + |
| Extinction | O |
| Birefringence | low |
| Melt | no |
| Fiber Name | Chrysotile |

**ASBESTOS MINERALS:**                    Est. Vol. %

| | |
|---|---|
| Chrysotile | 12 |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

**OTHER FIBROUS COMPONENTS:**

| | |
|---|---|
| Mineral/Rock wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |
| Talc | |

**NON-FIBROUS COMPONENTS:**

| | |
|---|---|
| Perlite | |
| Vermiculite | 35 |
| Mica | |
| Quartz | |
| Calcite | |
| Gypsum | |
| Diatoms | |
| Other | |

Binders . . . . . . . . . . _53_
_Gypsum common — scattered grains of carbonate present_

EFFERVESCENCE: _weak — moderate_

COMMENTS:
_NSD_

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: __M2972 - 27__                    Date: __6/17/89__

Project Name: __Law Assoc /ATC.__                    Analyst: __JHm__
                                                     Reviewer: /
Sample Identification: __Prisu   375A - 20C__

Gross Visual Description: __Beige, fibrous, finegrained matrix with__
__gold flakes and books__

## Optical Data for Asbestos Identification

| | |
|---|---|
| Morphology . . . . . . . . | wavy |
| Pleochroism. . . . . . . . | no |
| Refractive Index . . . . . | 1.55 / 1.54 |
| Sign of Elongation . . . . | + |
| Extinction . . . . . . . . | 0 |
| Birefringence. . . . . . . | low |
| Melt . . . . . . . . . . . | no |
| Fiber Name . . . . . . . . | Chrysotile |

ASBESTOS MINERALS:              Est. Vol. %

Chrysotile . . . . . . . . . . __12__
Amosite . . . . . . . . . . . _____
Crocidolite . . . . . . . . . _____
Tremolite/Actinolite . . . . _____
Anthophyllite . . . . . . . . _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . _____
Fibrous glass . . . . . . . . _____
Cellulose . . . . . . . . . . _____
Synthetic . . . . . . . . . . _____
Talc . . . . . . . . . . . . _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . . _____
Vermiculite . . . . . . . . . __35__
Mica . . . . . . . . . . . . _____
Quartz . . . . . . . . . . . _____
Calcite . . . . . . . . . . . _____
Gypsum . . . . . . . . . . . _____
Diatoms . . . . . . . . . . . _____
Other . . . . . . . . . . . . _____

Binders . . . . . . . . . . . __53__
__Gypsum Common - Scattered grains of carbonate present__

EFFERVESCENCE: __weak - moderate__

COMMENTS: __NSO__

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # – Spl #: _M2977-28_    Date: _6/17/89_

Project Name: _Law Assoc/MTL_    Analyst: _GMn_
Reviewer: _____

Sample Identification: _Pulsa 375A - 70D_

Gross Visual Description: _Beige, fibrous, finegrained matrix with gold flakes and books_

## Optical Data for Asbestos Identification

| | |
|---|---|
| Morphology . . . . . . . . | _wavy_ |
| Pleochroism. . . . . . . . | _no_ |
| Refractive Index . . . . . | _1.541 1.551_ |
| Sign of Elongation . . . . | _+_ |
| Extinction . . . . . . . . | _0_ |
| Birefringence. . . . . . . | _low_ |
| Melt . . . . . . . . . . . | _no_ |
| Fiber Name . . . . . . . . | _Chrysotile_ |

ASBESTOS MINERALS:    Est. Vol. %

| | |
|---|---|
| Chrysotile . . . . . . . . | _17_ |
| Amosite . . . . . . . . . | |
| Crocidolite . . . . . . . | |
| Tremolite/Actinolite . . . | |
| Anthophyllite . . . . . . | |

OTHER FIBROUS COMPONENTS:

| | |
|---|---|
| Mineral/Rock wool . . . . | |
| Fibrous glass . . . . . . | |
| Cellulose . . . . . . . . | |
| Synthetic . . . . . . . . | |
| Talc . . . . . . . . . . . | |

NON-FIBROUS COMPONENTS:

| | |
|---|---|
| Perlite . . . . . . . . . | |
| Vermiculite . . . . . . . | _55_ |
| Mica . . . . . . . . . . . | |
| Quartz . . . . . . . . . . | |
| Calcite . . . . . . . . . | |
| Gypsum . . . . . . . . . . | |
| Diatoms . . . . . . . . . | |
| Other . . . . . . . . . . | |

Binders . . . . . . . . . _53_
_Gypsum Common - Scattered grains of Carbonate Present_

EFFERVESCENCE: _weak - moderate_

COMMENTS: _NSD_

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: _N 4334-5_          Date: _6/27/90_

Project Name: _PRUDENTIAL : SOUTHDALE OFFICE COMPLEX_          Analyst: _W.B. Eagle_
120.61

Sample Identification: _5-05) FIREPROOFING ; BSMT STORAGE, BLDG 6800_

_~~120.61~~_

Gross Visual Description: _LIGHT BEIGE COLD FLAKES AND BOOKS AS WELL_

_AS FIBERS BOUND BY AN ABUNDANT FINE MATRIX._

| Optical Data for Asbestos Identification | | | |
|---|---|---|---|
| Morphology | _WAVEY_ | | |
| Pleochroism | _NONE_ | | |
| Refractive Index (⊥\|\|) | _1.54/1.55_ | | |
| Sign of Elongation | _+_ | | |
| Extinction | _parallel_ | | |
| Birefringence | _LOW_ | | |
| Melt | _NO_ | | |
| Fiber Name | _CHRYSOTILE_ | | |

**ASBESTOS MINERALS:**                    Est. Vol. %

Chrysotile . . . . . . . . . . .    _10_
Amosite . . . . . . . . . . .
Crocidolite . . . . . . . . .
Tremolite/Actinolite . . . .
Anthophyllite . . . . . . .

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . .
Fibrous glass . . . . . . .
Cellulose . . . . . . . . .
Synthetic . . . . . . . . .
Other

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . . .
Vermiculite . . . . . . . . .    _37_
Other

Binders . . . . . . . . . . .    _53_

_ABUNDANT GYPSUM WITH FINE GRANULAR CARBONATE AND QUARTZ_

_SEEN RANDOMLY THROUGHOUT._

EFFERVESCENCE: _WEAK_

COMMENTS:
_NO STARCH OBSERVED._

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # – Spl #: ☐ 4334-6                                        Date: 6/27/90

Project Name: PRUDENTIAL: SOUTH DALE OFFICE COMPLEX          Analyst: W.B. Eyhul
                                    120.61

Sample Identification: 6 - 051   FIREPROOFING · SUITE 165, BLDG 6800

Gross Visual Description: LIGHT BEIGE, GOLD FLAKES AND BOOKS AS WELL

AS FIBERS BOUND BY AND ABUNDANT FINE MATRIX.

```
┌─────────────────────────────────────────────────────────────────┐
│           Optical Data for Asbestos Identification                │
│   Morphology . . . . . . . . .  WAVEY                             │
│   Pleochroism. . . . . . . . .  NONE                              │
│   Refractive Index . . . . (±//) 1.54//.55                        │
│   Sign of Elongation . . . . .  +                                 │
│   Extinction . . . . . . . . .  parallel                          │
│   Birefringence. . . . . . . .  Low                               │
│   Melt . . . . . . . . . . . .  NO                                │
│   Fiber Name . . . . . . . . .  CHRYSOTILE                        │
└─────────────────────────────────────────────────────────────────┘
```

ASBESTOS MINERALS:                          Est. Vol. %

Chrysotile . . . . . . . . . . .   10
Amosite . . . . . . . . . . . .
Crocidolite . . . . . . . . . .
Tremolite/Actinolite . . . . . .
Anthophyllite . . . . . . . . .

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . .
Fibrous glass . . . . . . . .
Cellulose . . . . . . . . . .
Synthetic . . . . . . . . . .
Other

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . .
Vermiculite . . . . . . . . .   35
Other

Binders . . . . . . . . . . .   55

ABUNDANT GYPSUM WITH FINE GRANULAR CARBONATE AND

QUARTZ OBSERVED THROUGHOUT.

EFFERVESCENCE: WEAK

COMMENTS:
NO STARCH OBSERVED.

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # ~ Spl #: _M4334-7_    Date: _6/27/90_

Project Name: _PRUDENTIAL: SOUTHPACE OFFICE COMPLEX_    Analyst: _W.B. Egel_

Sample Identification: _7, OS1 FIREPROOFING; SUITE 555, BLDG 6800_

Gross Visual Description: _LIGHT BEIGE. GOLD FLAKES AND BOOKS AS WELL AS FIBERS BOUND BY AN ABUNDANT FINE MATRIX._

### Optical Data for Asbestos Identification

| | |
|---|---|
| Morphology | _WAVEY_ |
| Pleochroism | _NONE_ |
| Refractive Index _(⊥||)_ | _1.54/1.55_ 120.61 |
| Sign of Elongation | _+_ |
| Extinction | _parallel_ |
| Birefringence | _Low_ |
| Melt | _No_ |
| Fiber Name | _CHRYSOTILE_ |

**ASBESTOS MINERALS:**    Est. Vol. %

| | |
|---|---|
| Chrysotile | _10_ |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

**OTHER FIBROUS COMPONENTS:**

| | |
|---|---|
| Mineral/Rock wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |
| Other | |

**NON-FIBROUS COMPONENTS:**

| | |
|---|---|
| Perlite | |
| Vermiculite | _37_ |
| Other | |

| | |
|---|---|
| Binders | _53_ |

_ABUNDANT GYPSUM WITH CARBONATE AND SMALL AMOUNTS OF SILTY QUARTZ SCATTERED THROUGHOUT._

EFFERVESCENCE: _WEAK_

COMMENTS:
_NO STARCH OBSERVED._

MATERIALS ANALYTICAL SERVICES, INC.
3597 Parkway Lane
Suite 250
Norcross, GA   30092

TEM Analysis Type: _Bundle_

Project Number/
Sample Number: _M-2971-1_

Project Name: _South Dale_

Sample
Identification: _00609 - 37577 717_

Analyst/
Date: _6/25/89_ _Longo_

Asbestos Minerals:

_Chrysotile (diff/EDS)_

Non-Asbestos Components:

_Vermiculite (diff/EDS)_
_Gypsum (EDS)_
_Calcite (EDS) small Amount_

Comments:

PIS 00061021

MATERIALS ANALYTICAL SERVICES          SUN 25-JUN-89  12:36
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=3019



0.000                                    VFS = 1024    10.240
   30    M-2971-1: VERMICULITE

MATERIALS ANALYTICAL SERVICES            SUN 25-JUN-89   12:38
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=306



0.000                                    VFS = 1024    10.240
   20    M-2971-1: GYPSUM

PIS 00061023

MATERIALS ANALYTICAL SERVICES          SUN 25-JUN-89   12:40
Cursor: 0.000KeV = 0        ROI (SIKα) 1.660: 1.810=1615



0.000                                           VFS = 512    10.240
   35      M-2971-1: CHRYSOTILE

PIS 00061024

# ACID DISSOLUTION
# BULK ANALYSIS

M.A.S.
3597 PARKWAY LANE
NORCROSS GA. 30092

ANALYSIS USING 2% SOLUTION HCl

DATE 6/15/89

| NO. | SAMPLE # | P-D + SAMPLE | P-D - SAMPLE | SAMPLE WEIGHT | FILTER WEIGHT | FINAL WT + FILTER | FINAL WT - FILTER | PERCENT FINAL WT | AMOUNT IN SOLU. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | M2471-1 | 8.8778₃ | 7.5723₃ | 1.3055₃ | 0.0172₃ / 7.5365₃ | 7.9911₃ | 0.4354₃ | 33.47% | 66.62 |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |



**MATERIALS
ANALYTICAL
SERVICES** ❁

ADDITIONAL BULK ANALYSIS

# STARCH VERIFICATION

Sample # _M 2971- 1_                    Analyst _W. B. Eghard_

Date        _6/23/90_

1) Sample Analyzed before/after acid dissolutions

## Starch observed                    (no) ✓

                                       yes _____

**Iodine test**                    positive _____
(ceiling tile only)
                                   negative _____

PIS 00061026

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200



MATERIALS
ANALYTICAL
SERVICES

March 25, 1991


RE:        Southdale Office Complex
           Edina, Minnesota

The constituent analysis of additional fireproofing samples for
the above-referenced project supplements my June 25, 1990 opinion
and confirms that the samples analyzed are Mono-Kote 3, which was
manufactured by W. R. Grace.

Worksheets reflecting the analysis are attached.


William E. Longo, Ph.D.

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200    FAX (404) 368-8256

PIS 00111041

BUILDING:        Southdale Office Complex
                 Edina, Minnesota

The following bulk samples from the above-referenced building
were analyzed and were used to supplement the opinion regarding
the manufacturer and product.

| Bulk Samples | Sample Location | Collected By |
|---|---|---|
| 1 | 6th Floor, Suite 674 | LAI |
| 2 | 6th Floor, Suite 676 | LAI |
| 3 | 5th Floor, Suite 555 North Side | LAI |
| 4 | 5th Floor, Suite 555 South Side | LAI |
| 5 | 4th Floor, Suite 425 | LAI |
| 6 | 4th Floor, Suite 410 | LAI |
| 7 | 3rd Floor, SW Corner 1st Column | LAI |
| 8 | 3rd Floor, SW Corner End Beam on South Side | LAI |
| 9 | 2nd Floor, Suite 243 2nd Column from North | LAI |
| 10 | 2nd Floor, Suite 243 West Wall Beam | LAI |
| 11 | 1st Floor, Suite 165 2nd Column, 2nd Row from South End | LAI |
| 12 | 1st Floor, Suite 165 South Side | LAI |
| 13 | Basement Storage by Room #22 | LAI |
| 14 | Parking Garage by Stall #40 | LAI |

# MATERIALS ANALYTICAL SERVICES, INC.

## BULK ASBESTOS SHEET

Project # – Spl #: _M2468 -1_          Date: _7/17/90_

Project Name: _PRU / Southdale office_          Analyst: _J. McKim_

Sample Identification: _6800 France Ave #1_          _6th floor_

Gross Visual Description: _Beige with fine fibers gold flakes and_
_books bound in a fine grained matrix_

### Optical Data for Asbestos Identification

| | | |
|---|---|---|
| Morphology | _Wavy_ | |
| Pleochroism. | _no_ | |
| Refractive Index | _1.55/1.541_ | |
| Sign of Elongation | _+_ | |
| Extinction | _0_ | |
| Birefringence. | _low_ | |
| Melt | _no_ | |
| Fiber Name | _Chrysotile_ | |

**ASBESTOS MINERALS:**          **Est. Vol. %**

| | |
|---|---|
| Chrysotile | _12_ |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

**OTHER FIBROUS COMPONENTS:**

| | |
|---|---|
| Mineral/Rock wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |
| Other | |

**NON-FIBROUS COMPONENTS:**

| | |
|---|---|
| Perlite | |
| Vermiculite | _35_ |
| Other | |
| Binders | _53_ |

_Abundant Gypsum, fine grained aggregate_

EFFERVESCENCE: _none - weak in. Isolated areas_

COMMENTS: _NSD_

## MATERIALS ANALYTICAL SERVICES, INC.

### BULK ASBESTOS SHEET

Project # – Spl #: _M 2468 – 2_                   Date: _7/7/90_

Project Name: _PRU / Southdale office_           Analyst: _J. Mollum_

Sample Identification: _6800 France Ave #2        6th Floor_

Gross Visual Description: _Beige with fine fibers, gold flakes and books bound in a fine grained matrix_

### Optical Data for Asbestos Identification

| | | | | |
|---|---|---|---|---|
| Morphology | Wavy | | | |
| Pleochroism | no | | | |
| Refractive Index | 1.5511 (54) | | | |
| Sign of Elongation | + | | | |
| Extinction | 0 | | | |
| Birefringence | low | | | |
| Melt | no | | | |
| Fiber Name | Chrysotile | | | |

**ASBESTOS MINERALS:**                          Est. Vol. %

| | |
|---|---|
| Chrysotile | 12 |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

**OTHER FIBROUS COMPONENTS:**

| | |
|---|---|
| Mineral/Rock wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |
| Other | |

**NON-FIBROUS COMPONENTS:**

| | |
|---|---|
| Perlite | |
| Vermiculite | 35 |
| Other | |

Binders . . . . . . . . . . . . . _<3_

_Abundant Gypsum, fine grained aggregate_

EFFERVESCENCE: _none - weak in Isolated Grains_

COMMENTS: _NSD_

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # – Spl #: _M 2468-3_   Date: _2/17/90_

Project Name: _PRU Isouthdale Office_   Analyst: _J. Mathew_

Sample Identification: _6800 France Ave # 3   5th Floor_

Gross Visual Description: _Beige with fine t. bers, gold flakes and books bound in a fine grained matrix_

### Optical Data for Asbestos Identification

| Morphology | _Wavy_ | | |
|---|---|---|---|
| Pleochroism | _no_ | | |
| Refractive Index | _1.55/1.54_ | | |
| Sign of Elongation | _+_ | | |
| Extinction | _0_ | | |
| Birefringence | _low_ | | |
| Melt | _NS_ | | |
| Fiber Name | _Chrysotile_ | | |

ASBESTOS MINERALS:    Est. Vol. %

| Chrysotile | _12_ |
|---|---|
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

OTHER FIBROUS COMPONENTS:

| Mineral/Rock wool | |
|---|---|
| Fibrous glass | |
| Cellulose | |
| Synthetic | |
| Other | |

NON-FIBROUS COMPONENTS:

| Perlite | |
|---|---|
| Vermiculite | _35_ |
| Other | |

| Binders | _53_ |
|---|---|

_Abundant Gypsum, fine grained aggregate_

EFFERVESCENCE: _none- weak in isolated areas_

COMMENTS: _NSO_

## MATERIALS ANALYTICAL SERVICES, INC.

### BULK ASBESTOS SHEET

Project # - Spl #: _M 2468 - 4_       Date: _7/17/90_

Project Name: _PRU 1 Southdale office_       Analyst: _J Mardin_

Sample Identification: _6800 France Ave #4    5th Floor_

Gross Visual Description: _Beige with fine fibers, gold flakes and_
_banks found in a fine grained matrix_

### Optical Data for Asbestos Identification

| | | | |
|---|---|---|---|
| Morphology | wavy | | |
| Pleochroism | no | | |
| Refractive Index | 1.55 (+/- | | |
| Sign of Elongation | + | | |
| Extinction | 0 | | |
| Birefringence | low | | |
| Melt | no | | |
| Fiber Name | Chrysotile | | |

**ASBESTOS MINERALS:**       **Est. Vol. %**

Chrysotile . . . . . . . . . . . _12_
Amosite . . . . . . . . . . . .
Crocidolite . . . . . . . . . .
Tremolite/Actinolite . . . . .
Anthophyllite . . . . . . . . .

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . . .
Fibrous glass . . . . . . . . .
Cellulose . . . . . . . . . . .
Synthetic . . . . . . . . . . .
Other

**NON-FIBROUS COMPONENTS:**

Perlite
Vermiculite . . . . . . . . . . _35_
Other

Binders . . . . . . . . . . . . _53_

_Abundant Gypsum, fine grained aggregate_

EFFERVESCENCE: _none - weak in isolated areas_

COMMENTS:

## MATERIALS ANALYTICAL SERVICES, INC.

### BULK ASBESTOS SHEET

Project # – Spl #: _M 2468-5_          Date: _7/17/90_

Project Name: _PRU / Southdale office_          Analyst: _J. Ma___

Sample Identification: _6800  France Ave #5   4th Floor_

Gross Visual Description: _Beige with fine fiber, gold flakes and books bound in a fine grained matrix_

### Optical Data for Asbestos Identification

| | | | | |
|---|---|---|---|---|
| Morphology | _wavy_ | | | |
| Pleochroism | _no_ | | | |
| Refractive Index | _1.550 545_ | | | |
| Sign of Elongation | _+_ | | | |
| Extinction | _0_ | | | |
| Birefringence | _low_ | | | |
| Melt | _no_ | | | |
| Fiber Name | _Chrysotile_ | | | |

**ASBESTOS MINERALS:**          **Est. Vol. %**

Chrysotile . . . . . . . . _12_

Amosite . . . . . . . . . ___

Crocidolite . . . . . . . ___

Tremolite/Actinolite . . . ___

Anthophyllite . . . . . . ___

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . ___

Fibrous glass . . . . . . ___

Cellulose . . . . . . . . ___

Synthetic . . . . . . . . ___

Other ___

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . ___

Vermiculite . . . . . . . _35_

Other ___

Binders . . . . . . . . . _53_

_Abundant Gypsum, fine grained aggregate_

EFFERVESCENCE: _none – weak in isolated areas_

COMMENTS:

_NSO_



**MATERIALS ANALYTICAL SERVICES, INC.**
3597 Parkway Lane, Suite 250
Norcross, GA   30092
404/448-3200

TEM ANALYSIS: *BULK ANALYSIS*

PROJECT: *PRUDENTIAL: SOUTHDALE OFFICE COMPLEX 120.61*
SAMPLE NUMBER: *M 2468-5*
SAMPLE ID: *#5    4TH FLOOR   SUITE 425*

DATE OF ANALYSIS: *8/20/90*

ANALYST: *N. B. Cuhl*

Asbestos Minerals:  *CHRYSOTILE  (EDS)(DIFF)*

Other Components:  *VERMICULITE  (EDS)*
*GYPSUM   (EDS)(DIFF)*
*CALCITE  (EDS) #SMALL AMOUNT*

Comments:

MATERIALS ANALYTICAL SERVICES            MON 20-AUG-90  15:20
Cursor: 0.000KeV = 0        ROI (SIKα) 1.660: 1.810=1012



0.000                                    VFS = 256    10.240
    21    M2468-5, CHRYSOTILE

MATERIALS ANALYTICAL SERVICES          MON 20-AUG-90  16:22
Cursor: 0.000KeV = 0        ROI (SIKα) 1.660: 1.810=1031



0.000                                  VFS = 256      10.240
  21     M2468-5, VERMICULITE

PIS 00111050

MATERIALS ANALYTICAL SERVICES                MON 20-AUG-90   16:23
Cursor: 0.000keV = 0           ROI (SIKα) 1.660: 1.810=62



0.000                                    VFS = 256      10.240

    16     M2468-5, GYPSUM

PIS 00111051

MATERIALS ANALYTICAL SERVICES          MON 20-AUG-90  16:24
Cursor: 0.000KeV = 0          ROI (SIKα) 1.660: 1.810=60



```
0.000                            VFS = 256    10.240
   4     M2468-5, CALCITE
```

PIS 00111052



MATERIALS
ANALYTICAL
SERVICES

## ADDITIONAL BULK ANALYSIS

Sample # _M2468-5_                    Analyst _J. H. K._

Date    _08/09/90_

### ACID DISSOLUTION

(1) Petri dish plus sample:                                      _8.3848_  g

(2) Petri dish minus sample:                                     _7.3342_  g

(3) Original sample weight:                                      _1.0506_  g

(4) Filter weight:                                               _0.0599_  g

(5) Clean petri dish weight:                                     _7.3388_  g

(6) Final sample weight plus filter and petri dish:             _7.8228_  g

(7) Final sample wt:((6) −[(4) + (5)])                          _0.4241_  g


(8) Percent residue wt:((7)/(3) x 100)                          _40.4_  %

(9) Amount in solution:(100 − (8))                              _59.6_  %

3597 Parkway Lane - Suite 250
Norcross, Georgia 30092
(404) 448-3200



MATERIALS
ANALYTICAL
SERVICES

ADDITIONAL BULK ANALYSIS

## STARCH VERIFICATION

Sample # *M2468-5*                                   Analyst *W. D. Eye*

Date    *8/17/9?*

1) Sample Analyzed before/after acid dissolutions

**Starch observed**                    (no) ___✓___

                                        yes _____

**Iodine test**                  positive _____
(ceiling tile only)
                                 negative _____

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200

PIS 00111054

## MATERIALS ANALYTICAL SERVICES, INC.

### BULK ASBESTOS SHEET

Project # – Spl #: _M2468-6_          Date: _7/17/90_

Project Name: _PRU/ Southdale Office_          Analyst: _J. McClain_

Sample Identification: _6800 France #6 4th Floor_

Gross Visual Description: _Beige with fine fibers, and flakes, and rocks_
_bound in a fine grained matrix_

### Optical Data for Asbestos Identification

| | |
|---|---|
| Morphology | _wavy_ |
| Pleochroism | _no_ |
| Refractive Index | _1.550/1.542_ |
| Sign of Elongation | _+_ |
| Extinction | _0_ |
| Birefringence | _low_ |
| Melt | _no_ |
| Fiber Name | _Chrysotile_ |

**ASBESTOS MINERALS:**          **Est. Vol. %**

| | |
|---|---|
| Chrysotile | _12_ |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

**OTHER FIBROUS COMPONENTS:**

| | |
|---|---|
| Mineral/Rock wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |
| Other | |

**NON-FIBROUS COMPONENTS:**

| | |
|---|---|
| Perlite | |
| Vermiculite | _35_ |
| Other | |

Binders . . . . . . . . _53_

_Abundant Gypsum, fine grained aggregate_

EFFERVESCENCE: _some - weak in isolated areas_

COMMENTS: _N\$0_

## MATERIALS ANALYTICAL SERVICES, INC.

### BULK ASBESTOS SHEET

Project # - Spl #: _M 2468-7_       Date: _7/17/90_

Project Name: _PRV / Southdale office_       Analyst: _J. Mac____

Sample Identification: _6800 France #7 3rd Floor_

Gross Visual Description: _Beige with fine fibers, gold flakes and books_
_Bound in a fine grained matrix_

### Optical Data for Asbestos Identification

| | |
|---|---|
| Morphology | wavy |
| Pleochroism | no |
| Refractive Index | 1.55/1.54 |
| Sign of Elongation | + |
| Extinction | ⊥ |
| Birefringence | low |
| Melt | no |
| Fiber Name | Chrysotile |

**ASBESTOS MINERALS:**                    Est. Vol. %

| | |
|---|---|
| Chrysotile | 12 |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

**OTHER FIBROUS COMPONENTS:**

| | |
|---|---|
| Mineral/Rock wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |
| Other | |

**NON-FIBROUS COMPONENTS:**

| | |
|---|---|
| Perlite | |
| Vermiculite | 35 |
| Other | |

| | |
|---|---|
| Binders | 53 |

_Abundant Gypsum, fine grained aggregate_

EFFERVESCENCE: _None - weak in isolated areas_

COMMENTS: _NSD_

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: _M2468-8_     Date: _7/17/90_

Project Name: _PRU / Southdale Office_     Analyst: _J Mohr_

Sample Identification: _6800 France # 8  3rd Floor_

Gross Visual Description: _Beige with fine fibers, gold flakes and_
_books found in a fine grained matrix_

### Optical Data for Asbestos Identification

| | | | | | | |
|---|---|---|---|---|---|---|
| Morphology | _wavy_ | | | | | |
| Pleochroism | _no_ | | | | | |
| Refractive Index | _1.51/1.54_ | | | | | |
| Sign of Elongation | _+_ | | | | | |
| Extinction | _p_ | | | | | |
| Birefringence | _low_ | | | | | |
| Melt | _no_ | | | | | |
| Fiber Name | _Chrysotile_ | | | | | |

ASBESTOS MINERALS:     Est. Vol. %

Chrysotile . . . . . . . . . . _12_
Amosite . . . . . . . . . . . _____
Crocidolite . . . . . . . . . _____
Tremolite/Actinolite . . . . . _____
Anthophyllite . . . . . . . . _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . _____
Fibrous glass . . . . . . . . _____
Cellulose . . . . . . . . . . _____
Synthetic . . . . . . . . . . _____
Other . . . . . . . . . . . . _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . . _____
Vermiculite . . . . . . . . . _35_
Other . . . . . . . . . . . . _____

Binders . . . . . . . . . . . _53_
_Abundant Gypsum, fine grained aggregate_

EFFERVESCENCE: _None - weak in isolated areas_

COMMENTS: _NEO_

MATERIALS ANALYTICAL SERVICES, INC.

## BULK ASBESTOS SHEET

Project # - Spl #: _M 2468-9_    Date: _7/2/90_

Project Name: _PRV / Southdale Office_    Analyst: _J. Mathin_

Sample Identification: _6800 France #9 2nd Floor_

Gross Visual Description: _Beige with fine fibers, gold flakes and bars during fine grained matrix_

### Optical Data for Asbestos Identification

| | | | |
|---|---|---|---|
| Morphology | _Wavy_ | | |
| Pleochroism | _no_ | | |
| Refractive Index | _1.550/1.5-L_ | | |
| Sign of Elongation | _+_ | | |
| Extinction | _0_ | | |
| Birefringence | _low_ | | |
| Melt | _no_ | | |
| Fiber Name | _Chrysotile_ | | |

ASBESTOS MINERALS:    Est. Vol. %

Chrysotile . . . . . . . . . . _12_
Amosite . . . . . . . . . . . .
Crocidolite . . . . . . . . . .
Tremolite/Actinolite . . . . .
Anthophyllite . . . . . . . . .

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . .
Fibrous glass . . . . . . . . .
Cellulose . . . . . . . . . . .
Synthetic . . . . . . . . . . .
Other

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . . .
Vermiculite . . . . . . . . . . _35_
Other

Binders . . . . . . . . . . . _53_

_Abundant Gypsum, fine grained aggregate_

EFFERVESCENCE: _None - Weak in Isolated Area_

COMMENTS: _NSD_



**MATERIALS ANALYTICAL SERVICES, INC.**
3597 Parkway Lane, Suite 250
Norcross, GA  30092
404/448-3200

TEM ANALYSIS: *BULK ANALYSIS*

PROJECT: *PRUDENTIAL: SOUTHDALE OFFICE COMPLEX : 120.61*
SAMPLE NUMBER: *M8468-9*
SAMPLE ID: *#9  2ND FLOOR  SUITE 243*

DATE OF ANALYSIS: *8/20/90*

ANALYST: *D. B. Engl*

Asbestos Minerals:  *CHRYSOTILE  (EDS) (DIFF)*

Other Components: *VERMICULITE  (EDS)*
*GYPSUM  (EDS)(DIFF)*
*CALCITE  (EDS) ✕ TRACE OBSERVED (CHRYSOTILE ADHERING)*

Comments:

PIS 00111059



MATERIALS ANALYTICAL SERVICES          MON 20-AUG-90   15:36
Cursor: 0.000KeV = 0        ROI (5IKα) 1.660: 1.810=1035

0.000                              VFS = 256      10.240
    5      M2468-9, CHRYSOTILE

MATERIALS ANALYTICAL SERVICES          MON 20-AUG-90   16:39
Cursor: 2.000keV = 0        ROI (SIKα) 1.660: 1.810=2765



0.000                              VFS = 512     10.240
   70    M2468-9, VERMICULITE

PIS 00111061



MATERIALS ANALYTICAL SERVICES           MON 20-AUG-90  16:40
Cursor: 0.000KeV = 0        ROI (SIKα) 1.550: 1.810=47

0.000                              VFS = 256    10.240
     5     M2468-9, GYPSUM

PIS 00111062