MATERIALS ANALYTICAL SERVICES    .        FRI 14-SEP-90  07:51
Cursor: 1.310KeV = 11      ROI (SIKα) 1.660: 1.810=257
                           ROI (MGKα) 1.180: 1.330=209



0.000                              VFS = 128      10.240
   53    M3038-3,   CHRYSOTILE



MATERIALS ANALYTICAL SERVICES                    FRI 14-SEP-90  07:05
Cursor: 1.310KeV = 12          ROI (SIKα) 1.660: 1.810=305
                               ROI (MGKα) 1.180: 1.330=253

0.000                                    VFS = 128      10.240
   77     M3038-3,    CHRYSOTILE

MATERIALS ANALYTICAL SERVICES          .          FRI 14-SEP-90   06:56
Cursor: 1.310keV = 7          ROI (SIKα) 1.660: 1.810=254
                              ROI (MGKα) 1.180: 1.330=183



0.000                                    VFS = 128    10.240
    36     M3038-3,    CHRYSOTILE

MATERIALS ANALYTICAL SERVICES          ·          FRI 14-SEP-90   06:49
Cursor: 1.310keV = 43          ROI (SIKα) 1.660: 1.810=1021
                               ROI (MGKα) 1.180: 1.330=760



0.000                                      VFS = 128      10.240
   42      M3038-3,   CHRYSOTILE

# MATERIALS ANALYTICAL SERVICES, INC.
## DUST SHEET

PAGE #    ) , 5

Client: Law Assoc - Atlanta

Sample ID:    4

MAS Job Number:    M 3038 - 4

Date Sample Analyzed:    13 - Sept - 90

Number of Openings/Grids Counted:    8 / 2

Grid Accepted, 600X:    (Yes)    No

Percent Loading:    7 %

Analyst:    S TB

Dilution Factor:    1: 1000

Accelerating Voltage:    100 KV

Indicated Mag:    25KX

Screen Mag:    20KX

Microscope Number:    1    2    (3)    4

Filter Type:    (MCE,)   PC,   Other =

Filter Size:    25mm,   37mm,   (47mm)

Filter Pore Size (um):    .22

Grid Opening:    1) 92.8 um  x  87.4 um

2) 91.5 um  x  86.2 um

## Calculating Results For Verbal Issue:

Counting Rules:    (AHERA)          (LEVEL II)  .C

Effective Filter Area in mm$^2$:    (A)    1339

Number of Grid Openings Examined:    (B)    8

Average Grid Opening Area in mm$^2$:    (C)    0.007999

Volume of Liquid Filtered in ml:    (D)    0.1

Area Sampled in Sq. Ft.:    $\frac{2 \times 12}{144} = \frac{1}{6} ft^2 =$    (E)    0.167

Number of Asbestos Structures Counted:    (F)    91

## STRUCTURES PER SQ. FT. FORMULA:

$$\frac{A}{B \; * \; C} \; * \; \frac{100}{D} \; * \; \frac{1}{E} \; * \; F \; = \; \text{(asbestos structures per sq. ft.)}$$

Calculations:

$$\frac{1339}{8 \; * \; 0.007999} \; * \; \frac{100}{0.1} \; * \; \frac{1}{0.167} \; * \; 91 \; = \; 1.14 \; \chi \; 10^{10}$$

CLIENT: Law Assoc - Atlanta

MAS JOB NUMBER:  M 3038-4

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 1 | 1 - 1 | C | M | 0.9 | 0.6 | ✓ | ✓ | PRINT |
| 2 | | C | M | 1.3 | 0.7 | ✓ | ✓ | |
| 3 | | C | F | 0.5 | 0.1 | ✓ | ✓ | |
| 4 | | C | F | 1.9 | 0.05 | ✓ | ✓ | |
| 5 | | C | F | 1.6 | 0.05 | ✓ | ✓ | |
| 6 | | C | √F | 0.5 | 0.1 | ✓ | ✓ | |
| 7 | 1 - 2 | C | F | 0.5 | 0.1 | ✓ | ✓ | |
| 8 | | C | F | 0.5 | 0.05 | ✓ | ✓ | |
| 9 | | C | F | 1.0 | 0.05 | ✓ | ✓ | |
| 10 | | C | F | 22.0 | 0.1 | ✓ | ✓ | PRINT |
| 11 | | C | F | 0.5 | 0.05 | ✓ | ✓ | |
| 12 | | C | F | 0.9 | 0.05 | ✓ | ✓ | |
| 13 | | C | F | 1.2 | 0.05 | ✓ | ✓ | |
| 14 | | C | F | 1.0 | 0.07 | ✓ | ✓ | |
| 15 | | C | F | 1.1 | 0.07 | ✓ | ✓ | |
| 16 | | C | F | 0.7 | 0.05 | ✓ | ✓ | |
| 17 | | C | M | 9.8 | 9.3 | ✓ | ✓ | |
| 18 | 1 - 3 | C | F | 0.5 | 0.1 | ✓ | ✓ | |
| 19 | | C | C | 1.2 | 0.4 | ✓ | ✓ | |
| 20 | | F | C | 0.7 | 0.05 | ✓ | ✓ | PRINT |
| 21 | | C | F | 0.6 | 0.05 | ✓ | ✓ | |
| 22 | | C | F | 0.8 | 0.03 | ✓ | ✓ | |
| 23 | | C | F | 2.0 | 0.03 | ✓ | ✓ | |
| 24 | | C | F | 0.6 | 0.08 | ✓ | ✓ | |
| 25 | | C | B | 1.3 | 0.15 | ✓ | ✓ | |
| 26 | | C | F | 1.4 | 0.1 | ✓ | ✓ | |
| 27 | | C | F | 1.3 | 0.07 | ✓ | ✓ | |
| 28 | | C | M | 1.2 | 0.5 | ✓ | ✓ | |
| 29 | | C | F | 9.4 | 0.1 | ✓ | ✓ | |
| 30 | | C | F | 1.5 | 0.05 | ✓ | ✓ | PRINT |

**CLIENT:** LawAssoc - Atlanta     **PAGE #** 315

**MAS JOB NUMBER:** M 3038-4

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 31 | 1-3(cont) | C | M | 20.1 | 10.2 | ✓ | ✓ | |
| 32 | | C | F | 1.3 | 0.07 | ✓ | ✓ | |
| 33 | 1-4 | C | B | 0.6 | 0.1 | ✓ | ✓ | |
| 34 | | C | F | 0.5 | 0.1 | ✓ | ✓ | |
| 35 | | C | F | 0.6 | 0.07 | ✓ | ✓ | |
| 36 | | C | F | 1.1 | 0.05 | ✓ | ✓ | |
| 37 | | C | C | 2.6 | 0.5 | ✓ | ✓ | |
| 38 | | C | F | 0.9 | 0.1 | ✓ | ✓ | |
| 39 | | C | F | 0.9 | 0.1 | ✓ | ✓ | |
| 40 | | C | F | 1.2 | 0.1 | ✓ | ✓ | PRINT |
| 41 | | C | F | 0.9 | 0.07 | ✓ | ✓ | |
| 42 | | C | F | 1.7 | 0.07 | ✓ | ✓ | |
| 43 | | C | B | 1.6 | 0.15 | ✓ | ✓ | |
| 44 | | C | M | 2.2 | 1.1 | ✓ | ✓ | |
| 45 | 2-1 | C | F | 0.6 | 0.05 | ✓ | ✓ | |
| 46 | | C | F | 0.5 | 0.07 | ✓ | ✓ | |
| 47 | | C | F | 0.7 | 0.05 | ✓ | ✓ | |
| 48 | | C | M | 1.2 | 0.3 | ✓ | ✓ | |
| 49 | | C | F | 0.6 | 0.05 | ✓ | ✓ | |
| 50 | | C | B | 0.7 | 0.2 | ✓ | ✓ | PRINT |
| 51 | | C | F | 0.9 | 0.05 | ✓ | ✓ | |
| 52 | | C | F | 0.7 | 0.03 | ✓ | ✓ | |
| 53 | | C | M | 1.1 | 0.7 | ✓ | ✓ | |
| 54 | | C | F | 1.0 | 0.05 | ✓ | ✓ | |
| 55 | 2-2 | C | F | 3.9 | 0.05 | ✓ | ✓ | |
| 56 | | C | F | 1.7 | 0.07 | ✓ | ✓ | |
| 57 | | C | F | 6.2 | 0.07 | ✓ | ✓ | |
| 58 | | C | F | 1.8 | 0.05 | ✓ | ✓ | |
| 59 | | C | M | 12.3 | 9.2 | ✓ | ✓ | |
| 60 | | C | F | 0.6 | 0.1 | ✓ | ✓ | PRINT |

CLIENT: Law Assoc – Atlanta     PAGE #: 415

MAS JOB NUMBER: M 3038-4

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 61 | 2-2(cont) | C | M | 1.8 | 1.5 | ✓ | ✓ | |
| 62 | | C | F | 0.6 | 0.03 | ✓ | ✓ | |
| 63 | | C | F | 0.8 | 0.1 | ✓ | ✓ | |
| 64 | | C | F | 0.7 | 0.1 | ✓ | ✓ | |
| 65 | | C | F | 0.6 | 0.05 | ✓ | ✓ | |
| 66 | | C | B | 28.8 | 0.3 | ✓ | ✓ | |
| 67 | | C | F | 0.6 | 0.07 | ✓ | ✓ | |
| 68 | | C | F | 1.7 | 0.07 | ✓ | ✓ | |
| 69 | | C | F | 1.5 | 0.07 | ✓ | ✓ | |
| 70 | 2-3 | C | F | 0.6 | 0.05 | ✓ | ✓ | PRINT |
| 71 | | C | M | 1.2 | 0.6 | ✓ | ✓ | |
| 72 | | C | F | 0.6 | 0.1 | ✓ | ✓ | |
| 73 | | C | F | 5.4 | 0.07 | ✓ | ✓ | |
| 74 | | C | F | 1.2 | 0.07 | ✓ | ✓ | |
| 75 | | C | F | 0.7 | 0.05 | ✓ | ✓ | |
| 76 | | C | F | 0.5 | 0.1 | ✓ | ✓ | |
| 77 | | C | F | 0.9 | 0.1 | ✓ | ✓ | |
| 78 | | C | F | 0.6 | 0.05 | ✓ | ✓ | |
| 79 | | C | F | 0.5 | 0.07 | ✓ | ✓ | |
| 80 | | C | F | 0.5 | 0.07 | ✓ | ✓ | PRINT |
| 81 | | C | F | 0.6 | 0.05 | ✓ | ✓ | |
| 82 | | C | F | 2.2 | 0.05 | ✓ | ✓ | |
| 83 | 2-4 | C | M | 2.1 | 0.6 | ✓ | ✓ | |
| 84 | | C | M | 2.7 | 1.2 | ✓ | ✓ | |
| 85 | | C | F | 0.5 | 0.05 | ✓ | ✓ | |
| 86 | | C | F | 3.0 | 0.05 | ✓ | ✓ | |
| 87 | | C | F | 0.8 | 0.07 | ✓ | ✓ | |
| 88 | | C | B | 2.5 | 0.15 | ✓ | ✓ | |
| 89 | | C | F | 1.3 | 0.1 | ✓ | ✓ | |
| 90 | | C | F | 1.7 | 0.07 | ✓ | ✓ | PRINT |

CLIENT: Law Assoc - Atlanta

PAGE #: S15

MAS JOB NUMBER: M 3038 - 4

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 91 | 2-4(cont) | C | M | 0.9 | 0.6 | ✓ | ✓ | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

MATERIALS ANALYTICAL SERVICES          THU 13-SEP-90   11:44
Cursor: 1.310keV = 38          ROI (SIKα) 1.660: 1.810=1010
                               ROI (MGKα) 1.180: 1.330=716



0.000                                    VFS = 256      10.240
102      M3038-4,    CHRYSOTILE



MATERIALS ANALYTICAL SERVICES           THU 13-SEP-90  12:02
Cursor: 1.310keV = 19        ROI (SIKα) 1.660: 1.810=630
                             ROI (MGKα) 1.180: 1.330=486

0.000                                    VFS = 128    10.240
    S6     M3038-4,    CHRYSOTILE

MATERIALS ANALYTICAL SERVICES          THU 13-SEP-90  12:18
Cursor: 1.310KeV = 27          ROI (SIKα) 1.660: 1.810=624
                               ROI (MGKα) 1.180: 1.330=403



0.000                                  VFS = 128     10.240
    70     M3038-4,    CHRYSOTILE

MATERIALS ANALYTICAL SERVICES          THU 13-SEP-90  12:25
Cursor: 1.310KeV = 15          ROI (SIKα) 1.660: 1.810=301
                               ROI (MGKα) 1.180: 1.330=201



0.000                                    VFS = 128     10.240
   14     M3038-4,    CHRYSOTILE

MATERIALS ANALYTICAL SERVICES          THU 13-SEP-90  12:36
Cursor: 1.310keV = 34          ROI (SIKα) 1.660: 1.810=684
                               ROI (MGKα) 1.180: 1.330=578



0.000                                    VFS = 128      10.240
  44    M3038-4,    CHRYSOTILE

MATERIALS ANALYTICAL SERVICES                    THU 13-SEP-90  12:57

Cursor: 1.310KeV = 32          ROI (SIKα) 1.660: 1.810=1017
                               ROI (MGKα) 1.180: 1.330=767



0.000                                    VFS = 256      10.240

25      M3038-4,    CHRYSOTILE

MATERIALS ANALYTICAL SERVICES          THU 13-SEP-90  13:08
Cursor: 1.310KeV = 38          ROI (SIKα) 1.660: 1.810=1012
                               ROI (MGKα) 1.180: 1.330=703



0.000                                  VFS = 256      10,240
   50     M3038-4,    CHRYSOTILE

MATERIALS ANALYTICAL SERVICES          THU 13-SEP-90   13:20
Cursor: 1.310keV = 26          ROI (SIKα) 1.660: 1.810=502
                               ROI (MGKα) 1.180: 1.330=415



0.000                                    VFS = 128      10,240
   S7    M3038-4,    CHRYSOTILE

MATERIALS ANALYTICAL SERVICES          THU 13-SEP-90  13:26
Cursor: 1.310KeV = 15        ROI (SIKα) 1.660: 1.810=491
                             ROI (MGKα) 1.180: 1.330=372



0.000                                    VFS = 128      10.240
   44      M3038-4,    CHRYSOTILE



MATERIALS ANALYTICAL SERVICES          THU 13-SEP-90   13:36
Cursor: 1.310keV = 33        ROI (SIKα) 1.660: 1.810=710
                             ROI (MGKα) 1.180: 1.330=553

0.000                              VFS = 128      10.240
   50      M3038-4,    CHRYSOTILE

## MATERIALS ANALYTICAL SERVICES, INC.
### DUST SHEET

PAGE # _1 13_

Client: _Lw Acc/Atl_

Sample ID: _5_

MAS Job Number: _M 30385_

Date Sample Analyzed: _9 - 14 - 90_

Number of Openings/Grids Counted: _10 | 2_

Grid Accepted, 600X:    (Yes)    No

Percent Loading: _2_ %

Analyst: _W. Stark_

Dilution Factor: 1: _1500_

Accelerating Voltage: 100 KV

Indicated Mag: 25KX

Screen Mag: 20KX

Microscope Number:    1    (2)    3    4

Filter Type:    (MCE)    PC,    Other =

Filter Size:    25mm,    37mm,    (47mm)

Filter Pore Size (um): _=0.22_

Grid Opening:    1) _90_ um x _91_ um

2) _90_ um x _90_ um

### Calculating Results For Verbal Issue:

Counting Rules:    (AHERA)    LEVEL II

Effective Filter Area in mm$^2$:    (A) _1339_

Number of Grid Openings Examined:    (B) _10_

Average Grid Opening Area in mm$^2$:    (C) _0.008145_

Volume of Liquid Filtered in ml:    (D) _e1_

Area Sampled in Sq. Ft.:    (E) _.062_

Number of Asbestos Structures Counted:    (F) _35_

### STRUCTURES PER SQ. FT. FORMULA:

$$\frac{A}{B \ * \ C} \ * \ \frac{100}{D} \ * \ \frac{1}{E} \ * \ F \ = \ \text{(asbestos structures per sq. ft.)}$$

Calculations:

$$\frac{1339}{10 \ * \ 0.008145} \ * \ \frac{150}{100} \ * \ \frac{1}{.1} \ * \ \frac{1}{.062} \ * \ 35 \ = \ \boxed{9.28 \times 10^{9} \text{ "}}$$

$1.4 \times 10^{10}$

CLIENT: _____   PAGE # _213_

MAS JOB NUMBER: _M 3038-5_

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION MORPH. | SAED. | EDS. |
|---|---|---|---|---|---|---|---|---|
| 1 | 1-1 | C | F | 2.0 | .01 | ✓ | ✓ | P.O. |
| 2 | | C | F | 1.2 | .01 | ✓ | ✓ | |
| 3 | | C | F | .80 | .01 | ✓ | ✓ | |
| 4 | | C | B | 1.2 | .18 | ✓ | ✓ | |
| 5 | 2 | C | B | .90 | .15 | ✓ | ✓ | |
| 6 | | C | F | 1.0 | .02 | ✓ | ✓ | |
| 7 | | C | F | 1.5 | .02 | ✓ | ✓ | |
| 8 | | C | M | 5.0 | .80 | ✓ | ✓ | |
| 9 | 3 | C | F | 1.7 | .04 | ✓ | ✓ | |
| 10 | | C | B | 2.8 | .30 | ✓ | ✓ | P.O. |
| 11 | | C | F | 1.2 | .05 | ✓ | ✓ | |
| 12 | | C | F | .60 | .02 | ✓ | ✓ | |
| 13 | | C | F | .80 | .02 | ✓ | ✓ | |
| 14 | | C | F | .70 | .01 | ✓ | ✓ | |
| 15 | 4 | C | B | 3.5 | .30 | ✓ | ✓ | |
| 16 | | C | F | .80 | .01 | ✓ | ✓ | |
| 17 | | C | F | .60 | .01 | ✓ | ✓ | |
| 18 | | C | F | 7.5 | .08 | ✓ | ✓ | |
| 19 | 5 | C | F | 1.5 | .08 | ✓ | ✓ | |
| 20 | | C | F | 2.0 | .08 | ✓ | ✓ | |
| 21 | | C | F | 5.0 | .08 | ✓ | ✓ | P.O. |
| 22 | 2-1 | C | F | .70 | .08 | ✓ | ✓ | |
| 23 | | C | F | 1.0 | .05 | ✓ | ✓ | |
| 24 | 2 | C | F | 3.5 | .02 | ✓ | ✓ | |
| 25 | | C | F | 1.0 | .02 | ✓ | ✓ | |
| 26 | | C | F | .60 | .02 | ✓ | ✓ | |
| 27 | 3 | C | F | 7.2 | .08 | ✓ | ✓ | |
| 28 | | C | F | 3.7 | .10 | ✓ | ✓ | |
| 29 | 4 | C | F | 1.1 | .08 | ✓ | ✓ | |
| 30 | | C | F | 1.0 | .05 | ✓ | ✓ | |

CLIENT: _____   PAGE # _313_

MAS JOB NUMBER:   M 3038-5

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 31 | | C | F | 3.0 | .08 | ✓ | ✓ | -P.O. |
| 32 | 5 | C | F | 1.8 | .08 | ✓ | ✓ | |
| 33 | | C | B | 1.5 | .18 | ✓ | ✓ | |
| 34 | | C | F | .70 | .05 | ✓ | ✓ | |
| 35 | | C | F | 1.1 | .05 | ✓ | ✓ | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |









# MATERIALS ANALYTICAL SERVICES, INC.
## DUST SHEET

PAGE # ___1·1·4___

| | |
|---|---|
| Client: _Low Assoc / Atlanta_ | Accelerating Voltage: 100 KV |
| Sample ID: _#6_ | Indicated Mag: 25KX |
| MAS Job Number: _M 3038-6_ | Screen Mag: 20KX |
| Date Sample Analyzed: _9 - 13 - 90_ | Microscope Number: 1 ②(2) 3 4 |
| Number of Openings/Grids Counted: _10 / 2_ | Filter Type: (MCE,) PC, Other = |
| Grid Accepted, 600X: (Yes) No | Filter Size: 25mm, 37mm, (47mm) |
| Percent Loading: % | Filter Pore Size (um): _0.22_ |
| Analyst: _M. Matones_ | Grid Opening: 1) _92_ um x _70_ um |
| Dilution Factor: _1: 100_ | 2) _94_ um x _92_ um |

## Calculating Results For Verbal Issue:

Counting Rules: (AHERA)    LEVEL II

| | | |
|---|---|---|
| Effective Filter Area in mm²: | (A) | _1339_ |
| Number of Grid Openings Examined: | (B) | _10_ |
| Average Grid Opening Area in mm²: | (C) | _0.008464_ |
| Volume of Liquid Filtered in ml: | (D) | _1.0_ |
| Area Sampled in Sq. Ft.: | (E) | _1.0_ |
| Number of Asbestos Structures Counted: | (F) | _82_ |

## STRUCTURES PER SQ. FT. FORMULA:

$$\frac{A}{B \, * \, C} \; * \; \frac{100}{D} \; * \; \frac{1}{E} \; * \; F \; = \; \text{(asbestos structures per sq. ft.)}$$

## Calculations:

$$\frac{1339}{10 \, * \, 0.008464} \; * \; \frac{100}{1} \; * \; \frac{1}{1} \; * \; 82 \; = \; 1.297 \times 10^{8}$$

CLIENT: Low Asbco / Atlanta    PAGE #: 214

MAS JOB NUMBER: M 3038-6

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION MORPH. | SAED. | EDS. |
|---|---|---|---|---|---|---|---|---|
| 1 | 1-1 | C | F | 1.4 | 0.02 | ⌣ | ✓ | P.o. |
| 2 | | C | F | 2.0 | 0.15 | ⌣ | ⌣ | |
| 3 | | C | P | 0.7 | 0.02 | ⌣ | ✓ | |
| 4 | | C | F | 28.0 | 0.1 | ⌣ | ✓ | |
| 5 | | C | F | 2.6 | 0.1 | ⌣ | ⌣ | |
| 6 | 1-2 | C | F | 1.1 | 0.1 | ⌣ | ⌣ | |
| 7 | | C | F | 2.0 | 0.1 | ⌣ | ✓ | |
| 8 | | C | F | 19.0 | 0.1 | ✓ | ⌣ | |
| 9 | | C | F | 2.5 | 0.1 | ⌣ | ⌣ | |
| 10 | | C | F | 14.0 | 0-1 | ⌣ | ✓ | P.o |
| 11 | | C | m | 1.7 | 0.15 | ⌣ | ⌣ | |
| 12 | | C | F | 0.6 | 0.02 | ⌣ | ✓ | |
| 13 | | C | B | 1.0 | 0.2 | ⌣ | ✓ | |
| 14 | | C | m | 4.6 | 3.0 | ⌣ | ✓ | |
| 15 | | C | F | 0.6 | 0.1 | ⌣ | ✓ | |
| 16 | 1-3 | C | B | 5.6 | 0.7 | ⌣ | | |
| 17 | | C | F | 1.3 | 0.1 | ⌣ | ✓ | |
| 18 | | C | F | 2.0 | 0.02 | ⌣ | ✓ | |
| 19 | 1-4 | C | F | 0.5 | 0.1 | ⌣ | ⌣ | |
| 20 | | C | m | 3.7 | 0.6 | ⌣ | — | P.o. |
| 21 | | C | F | 0.7 | 0.1 | ⌣ | ✓ | |
| 22 | | C | F | 1.1 | 0.1 | — | ✓ | |
| 23 | | C | F | 0.6 | 0.1 | ⌣ | ⌣ | |
| 24 | | C | F | 1.2 | 0.1 | ⌣ | ⌣ | |
| 25 | | C | F | 0.6 | 0.1 | ✓ | ⌣ | |
| 26 | 1-5 | C | m | 1.7 | 0.8 | ⌣ | ⌣ | |
| 27 | | C | F | 1.0 | 0.1 | ⌣ | ✓ | |
| 28 | | C | F | 8.6 | 0.1 | ⌣ | ✓ | |
| 29 | | C | F | 1.8 | 0.1 | ⌣ | ⌣ | |
| 30 | | C | P | 1.3 | 0.1 | ⌣ | ⌣ | P.o. |

CLIENT: _Law Assoc / Atlanta_     PAGE # 3.4

MAS JOB NUMBER: M 3038-6

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 31 | 2-1 | C | F | 0.8 | 0.1 | ∪ | ∪ | |
| 32 | | C | B | 1.8 | 0.2 | ∪ | ∪ | |
| 33 | | C | F | 1.8 | 0.1 | — | ∪ | |
| 34 | | C | F | 11.0 | 0.1 | — | ∪ | |
| 35 | | C | F | 5.6 | 0.1 | ∪ | ∪ | |
| 36 | | C | F | 1.0 | 0.1 | ∪ | ∪ | |
| 37 | | C | F | 0.7 | 0.1 | ✓ | ∪ | |
| 38 | | C | F | 0.7 | 0.1 | — | ∪ | |
| 39 | | C | F | 1.7 | 0.1 | — | ∪ | |
| 40 | | C | F | 8.7 | 0.1 | ∪ | ∪ | p.o |
| 41 | | C | F | 1.8 | 0.1 | ∪ | ∪ | |
| 42 | | C | F | 1.4 | 0.1 | — | ∪ | |
| 43 | 2-2 | C | F | 2.2 | 0.1 | — | ∪ | |
| 44 | | C | F | 1.8 | 0.1 | — | ∪ | |
| 45 | | C | F | 2.3 | 0.1 | C | ∪ | |
| 46 | | C | B | 5.7 | 0.1 | — | ∕ | |
| 47 | | C | F | 2.0 | 0.4 | — | ∪ | |
| 48 | | C | F | 1.5 | 0.1 | — | ∪ | |
| 49 | | C | F | 1.1 | 0.1 | — | ∪ | |
| 50 | | C | F | 4.5 | 0.1 | — | ∪ | p.o |
| 51 | | C | F | 14.5 | 0.1 | ∪ | ∪ | |
| 52 | 2-3 | C | F | 2.0 | 0.1 | ∪ | ∪ | |
| 53 | | C | B | 2.3 | 0.5 | ∪ | ∕ | |
| 54 | | C | F | 2.0 | 0.2 | — | ∕ | |
| 55 | | C | M | 2.4 | 1.5 | ∪ — | ∪ | |
| 56 | | C | B | 0.9 | 0.2 | ∪ | ∪ | |
| 57 | | C | B | 8.4 | 0.4 | ∪ | ∪ | |
| 58 | | C | C | 26.0 | 8.3 | ∪ | ∪ | |
| 59 | | C | F | 3.8 | 0.1 | | | |
| 60 | | C | F | 1.0 | 0.05 | ∪ | ∪ | p.o |

CLIENT: _Lou Assoc / Atlanta_    PAGE #: _4.4_

MAS JOB NUMBER:    M 3038-6

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 61 | 2-4 | C | F | 1.0 | 0.1 | ⌣ | ✓ | |
| 62 | | C | F | 4.2 | 0.1 | ⌣ | ✓ | |
| 63 | | C | F | 2.0 | 0.1 | ⌣ | ✓ | |
| 64 | | C | F | 14.6 | 0.2 | ⌣ | ✓ | |
| 65 | | C | F | 4.0 | 0.1 | ⌣ | ✓ | |
| 66 | | C | F | 1.3 | 0.1 | ⌣ | ✓ | |
| 67 | | C | F | 0.8 | 0.1 | ⌣ | ✓ | |
| 68 | | C | F | 0.7 | 0.1 | ⌣ | ⌣ | |
| 69 | | C | F | 1.5 | 0.1 | ⌣ | ⌣ | |
| 70 | | C | F | 1.8 | 0.1 | ⌣ | ✓ | P.O |
| 71 | | C | F | 2.0 | 0.1 | ⌣ | ⌣ | |
| 72 | | C | F | 1.7 | 0.1 | ⌣ | ✓ | |
| 73 | | C | F | 0.8 | 0.02 | ⌣ | ⌣ | |
| 74 | 2-5 | C | F | 2.0 | 0.1 | ⌣ | ⌣ | |
| 75 | | C | F | 1.6 | 0.1 | ⌣ | ⌣ | |
| 76 | | C | F | 3.0 | 0.1 | ⌣ | ✓ | |
| 77 | | C | M | 8.0 | 0.5 | ⌣ | ⌣ | |
| 78 | | C | a F | 9.0 | 0.1 | ⌣ | ⌣ | |
| 79 | | C | F | 1.0 | 0.1 | ⌣ | ⌣ | |
| 80 | | C | F | 0.9 | 0.1 | ⌣ | ✓ | P.O |
| 81 | | C | F | 0.6 | 0.1 | ⌣ | ⌣ | |
| 82 | | C | F | 3.0 | 0.1 | ⌣ | ⌣ | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |



















# MATERIALS ANALYTICAL SERVICES, INC.
## DUST SHEET

PAGE # 1,2

Client: Law Assoc./Atl.

Sample ID: #7

MAS Job Number: M 3039-7

Date Sample Analyzed: 9 - 13 - 90

Number of Openings/Grids Counted: 10 / 2

Grid Accepted, 600X: (Yes)   No

Percent Loading: 8 %

Analyst: Frazier

Dilution Factor: 1:20

Accelerating Voltage: 100 KV

Indicated Mag: 25KX

Screen Mag: 20KX

Microscope Number: (1)   2   3   4

Filter Type: (MCE)   PC,   Other =

Filter Size: 25mm,   37mm,   (47mm)

Filter Pore Size (um):

Grid Opening:   1) 92 um x 92 um
                2) 89.6 um x 88.8 um

## Calculating Results For Verbal Issue:

Counting Rules:   AHERA   LEVEL II

Effective Filter Area in $mm^2$ :   (A) 1339

Number of Grid Openings Examined:   (B) 10

Average Grid Opening Area in $mm^2$ :   (C) 0.008210

Volume of Liquid Filtered in ml:   (D) 5

Area Sampled in Sq. Ft.:   (E) 1

Number of Asbestos Structures Counted:   (F) 12

## STRUCTURES PER SQ. FT. FORMULA:

$$\frac{A}{B * C} * \frac{100}{D} * \frac{1}{E} * F = \text{(asbestos structures per sq. ft.)}$$

Calculations:

$$\frac{1339}{10 * 0.008210} * \frac{100}{5} * \frac{1}{1} * 12 = 3,914,251$$

**CLIENT:** Law Assoc//4t    **PAGE #** 212

**MAS JOB NUMBER:** M3039-7

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION MORPH. | SAED. | EDS. |
|--------|-----------------|-----------|--------------------------|----------------|---------------|---------------------|-------|------|
| 1 | 1-1 | C | B | 2.3 | 0.5 | ✓ | ✓ | ✓ |
| 2 | 1-2 | C | F | 0.5 | 0.1 | ✓ | ✓ | |
| 3 | | C | F | 2 | 0.1 | ✓ | ✓ | |
| 4 | | C | F | 1.2 | 0.2 | ✓ | ✓ | |
| | 1-3 | | NSD | | | | | |
| 5 | 1-4 | C | F | 1.5 | 0.1 | ✓ | ✓ | |
| 6 | | C | B | 1.5 | 0.3 | ✓ | ✓ | |
| 7 | | C | F | 1.8 | 0.1 | ✓ | ✓ | |
| 8 | 1-5 | C | F | 1.4 | 0.1 | ✓ | ✓ | |
| 9 | | C | F | 0.6 | 0.1 | ✓ | ✓ | |
| | | | | | | | | |
| | 2-1 | | NSD | | | | | |
| 10 | 2-2 | C | M | 3.8 | 2 | ✓ | ✓ | ✓ |
| 11 | | C | M | 3.2 | 2.3 | ✓ | ✓ | |
| | 2-3 | | NSD | | | | | |
| | 2-4 | | NSD | | | | | |
| 12 | 2-5 | C | F | 1 | 0.1 | ✓ | ✓ | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

MATERIALS ANALYTICAL SERVICES            TUE 11-SEP-90   14:47
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=202



0.000                              VFS = 128      10.240

36        M3038-7; CHRYSOTILE



MATERIALS ANALYTICAL SERVICES          .          TUE 11-SEP-90   14:24
Cursor: 0.000KeV = 0          ROI (SIKα) 1.660: 1.810=254

0.000                                          VFS = 128      10.240
   8      M3038-7; CHRYSOTILE

Box 89

**MAS LAB BLANK**               Str/mm sq:   < 13.5

MAS JOB NUMBER:   M 3038-BL               # of GO/grids counted:   10   12
                                          Ave. grid opening:   7396   sq. um.

DATE:   9-6-90                            Grid opening:  1) 86 um   X   86 um
                                                         2) 86 um   X   86 um
ANALYST:   R White

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | LENGTH MICRONS | WIDTH MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| | 1-1 | | NSD | | | | | |
| | 2 | | NSD | | | | | |
| | 3 | | NSD | | | | | |
| | 4 | | NSD | | | | | |
| | 5 | | NSD | | | | | |
| | | | | | | | | |
| | 2-1 | | NSD | | | | | |
| | 2 | | NSD | | | | | |
| | 3 | | NSD | | | | | |
| | 4 | | NSD | | | | | |
| | 5 | | NSD | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

# PRUDENTIAL BUILDINGS:  REPORT OF
## WILLIAM M. EWING, CIH

Prepared by:

**William M. Ewing, CIH**
**Technical Director**
**Compass Environmental, Inc.**
**Robinson Road, Suite B**
**Marietta, Georgia  30068**

**July 30, 1996**

# PRUDENTIAL BUILDINGS: REPORT OF
# WILLIAM M. EWING, CIH

## TABLE OF CONTENTS

| | | |
|---|---|---|
| I. | INTRODUCTION AND BACKGROUND | 1 |
| II. | PROCEDURES AND METHODS | 4 |
| III. | PRESENTATION AND DISCUSSION OF FINDINGS | 9 |
| A. | EMBARCADERO CENTER I, SAN FRANCISCO, CA | 11 |
| B. | EMBARCADERO CENTER II, SAN FRANCISCO, CA | 15 |
| C. | CHATHAM CENTER/HYATT, PITTSBURGH, PA | 17 |
| D. | 130 JOHN STREET, NEW YORK, NY | 19 |
| E. | HUNT VALLEY MARRIOTT, HUNT VALLEY, MD | 22 |
| F. | 5 PENN CENTER, PHILADELPHIA, PA | 25 |
| G. | PRUDENTIAL PLAZA, NEWARK, NJ | 28 |
| H. | BROOKHOLLOW I BUILDING, HOUSTON, TX | 31 |
| I. | SHORT HILLS OFFICE COMPLEX, SHORT HILLS, NJ | 32 |
| J. | NORTHLAND TOWERS, SOUTHFIELD, MI | 33 |
| K. | PRUDENTIAL PLAZA, DENVER, CO | 36 |
| L. | NORTHWEST FINANCIAL CENTER, BLOOMINGTON, MN | 38 |
| M. | TWIN TOWERS, ATLANTA, GA | 40 |
| N. | CENTURY CENTER I & IV, ATLANTA, GA | 42 |
| O. | SOUTHDALE OFFICE COMPLEX, EDINA, MN | 44 |
| P. | FIRST FLORIDA TOWER, TAMPA, FL | 46 |
| Q. | 1100 MILAM, HOUSTON, TX | 48 |

R.    RENAISSANCE TOWER, DALLAS, TX                          52

S.    ROUTES OF ASBESTOS EXPOSURE IN BUILDINGS              54

T.    EPISODIC EXPOSURE STUDIES                             55

U.    MAINTENANCE AND RENOVATION EXPOSURE DATA             62

V.    SURFACE DUST EVALUATION                              65

W.    ASBESTOS MANAGEMENT OPTIONS AVAILABLE TO             68
      COMMERCIAL BUILDING OWNERS

X.    REGULATIONS                                          87

IV.   CONCLUSIONS                                          92

V.    REFERENCES                                           95

APPENDICES

A.    CURRICULUM VITAE FOR WILLIAM M. EWING, CIH

B.    LISTING OF EXPERT TESTIMONY FOR WILLIAM M.
      EWING, CIH 1990 - 1996

C.    ASTM STANDARD METHOD D 5755-95 MICROVACUUM
      SAMPLING AND INDIRECT ANALYSIS OF DUST BY
      TRANSMISSION ELECTRON MICROSCOPY FOR
      ASBESTOS STRUCTURE NUMBER CONCENTRATIONS

D.    SUMMARY OF ASBESTOS SURFACE DUST SAMPLING

E.    LABORATORY REPORTS OF SURFACE DUST SAMPLES
      COLLECTED BY COMPASS ENVIRONMENTAL, INC.

F.    SUMMARY OF AIR SAMPLING DATA DURING
      MAINTENANCE AND RENOVATION ACTIVITIES

G.    PHOTOGRAPHS AND PHOTOGRAPH LOGS FOR ALL
      BUILDING VISITS

H.    35mm SLIDE PRESENTATION ASBESTOS IN BUILDINGS

1                    **PRUDENTIAL BUILDINGS: REPORT OF**

2                       **WILLIAM M. EWING, CIH**

3

4   **I.  INTRODUCTION AND BACKGROUND**

5   William M. Ewing, CIH of Compass Environmental Inc., 2231 Robinson Road, Suite B,

6   Marietta, Georgia 30068, was requested to evaluate selected buildings previously or

7   currently owned by Prudential.  Mr. Ewing is an expert on asbestos in buildings issues.

8   Mr. Ewing is qualified as an expert in this area as a result of his education and experience

9   in the field of asbestos identification, evaluation and control.

10

11   Mr. Ewing received a Bachelor of Sciences in Biology from Washington and Lee

12   University.  In 1978, Mr. Ewing worked at Clayton Environmental Consultants, Inc. as an

13   industrial hygienist.  In 1981, he joined the Georgia Tech Research Institute and started

14   their industrial hygiene laboratory, instituted the hazardous waste program for small

15   business in Georgia, was director of the EPA-sponsored Asbestos Information Center, and

16   served as an industrial hygienist under the 7 (c) (1) program, sponsored by OSHA.  In

17   1983, Mr. Ewing became board certified in the comprehensive practice of industrial

18   hygiene.  He was re-certified in 1989 and 1995 in accordance with the American Board of

19   Industrial Hygiene requirements.  In 1995 he was nominated by his peers and appeared as

20   an American Industrial Hygiene Association Fellow Member.  In 1987, he left the Georgia

21   Tech Research Institute to take the position of Executive Vice President at The

22   Environmental Management Group, Inc.  In 1990, Diagnostic Engineering, Inc. acquired

1    The Environmental Management Group, Inc. and employed Mr. Ewing as Regional

2    Technical Director until 1993 when he formed the consulting firm, Compass

3    Environmental, Inc., where he is currently the Technical Director.

4

5    During his career, Mr. Ewing has conducted numerous industrial hygiene, asbestos

6    management and environmental studies. He has authored several publications and served

7    on many committees, including governmental and industrial committees, to study the

8    following: identifying asbestos in buildings, disposal of asbestos-containing materials, and

9    removal of asbestos-containing materials in buildings. Mr. Ewing has provided asbestos-

10   related consulting services to property managers and building owners throughout the

11   United States and Canada. He has conducted over 1,000 asbestos surveys for asbestos-

12   containing material (ACM). He has developed asbestos management and control

13   programs in commercial and government facilities; including commercial office buildings,

14   schools, hospitals, ships, industrial plants and government buildings. In addition, Mr.

15   Ewing has frequently directed or lectured in training courses sponsored by universities,

16   government agencies and private interests on topics including industrial hygiene,

17   respiratory protection, and asbestos identification, evaluation, and control.

18

19   As a result of Mr. Ewing's work experience and asbestos training, he is qualified to offer

20   opinions related to asbestos in buildings including the following: the condition of the in-

21   place asbestos-containing materials; air, dust, and bulk sampling techniques; regulations

22   and guidance documents applicable to asbestos in buildings; the reasonableness of the

2

1   precautions taken by building owners and managers for maintaining in-place asbestos-

2   containing materials; the contamination in a building resulting from the in-place asbestos-

3   containing materials; options available to building owners and managers when dealing with

4   asbestos; the necessity to remove the in-place asbestos-containing materials during a

5   renovation; and the ultimate need to remove the asbestos-containing materials upon

6   demolition of the building.  Mr. Ewing's expert qualifications and training are set forth

7   more fully in his Curriculum Vitae in Appendix A.

8

9   Mr. Ewing has testified as an expert on asbestos-in-building issues on several occasions in

10  both federal and state court.  Included in Appendix B is a list of Mr. Ewing's asbestos

11  expert deposition and trial testimony over the last five years.  Compass Environmental,

12  Inc. has and will be compensated for Mr. Ewing's time at a rate of $145/hour.

13  Compensation for Mr. Dawson's time is at a rate of $95/hour.

14

15  The purpose of the Prudential buildings evaluation was to review actions taken to date by

16  the building owner, conduct inspections of remaining fireproofing in the buildings,

17  determine the current condition of the remaining asbestos-containing fireproofing, conduct

18  sampling as appropriate, and opine on the reasonableness of the asbestos program

19  implemented by the building owner.

20

21  This report summarizes these findings and includes a description of methods employed, a

22  discussion of the findings, and conclusions drawn based on these findings.  Included as

3

1   Appendices to this report are photographs and laboratory results of sampling conducted.

2   In addition to the references cited herein, Mr. Ewing may rely on the opinions, data and

3   publications contained in plaintiffs' other expert reports.

4

5   **II.      PROCEDURES AND METHODS**

6   The buildings included for consideration are listed in <u>Table 1</u>.   For all buildings,

7   documents related to asbestos-containing materials were reviewed.  Site visits were made

8   to all buildings except the Short Hills Office Complex in Short Hills, New Jersey.  The

9   Short Hills Office Complex in Short Hills was completely abated prior to demolition in

10  1984. [1-4]

11

12                          **Table I.  Selected Prudential Buildings**

| **Building Name** | **Location** |
|---|---|
| Embarcadero I | San Francisco, CA |
| Embarcadero II | San Francisco, CA |
| Chatham Center/Hyatt | Pittsburgh, PA |
| 130 John Street | New York, NY |
| Hunt Valley Marriott | Hunt Valley, MD |
| 5 Penn Center | Philadelphia, PA |
| Prudential Plaza | Newark, NJ |
| Brookhollow I | Houston, TX |

4

| | |
|---|---|
| Short Hills Office Complex | Short Hills, NJ |
| Renaissance Tower | Dallas, TX |
| Northland Towers | Southfield, MI |
| First Florida Tower | Tampa, FL |
| Northwest Financial Center | Bloomington, MN |
| 1100 Milam | Houston, TX |
| Prudential Plaza | Denver, CO |
| Southdale Office Complex | Edina, MN |
| Century Center I & IV | Atlanta, GA |
| Twin Towers | Atlanta, GA |

1

2  For each building various asbestos-related documents were reviewed, often including the

3  asbestos survey, operations and maintenance program and floor plans. These documents

4  were reviewed to gain an understanding of the building lay-out, use, occupancy, and the

5  types of asbestos-containing materials known to be present, and their locations.

6  Arrangements for the building visits were made with each building representative. This

7  was often the building manager or building maintenance director. Assistance was usually

8  provided by building maintenance staff, local asbestos consultants, and/or local asbestos

9  abatement contractors, as necessary.

10

11  The results of asbestos surface dust sampling for each building visited were reviewed.

12  These samples were collected by Law Associates, Inc. and analyzed by Materials

1  Analytical Services, Inc. (MAS). All of these samples were collected in 1988 - 1995. The

2  results of bulk sample analyses were also reviewed with William E. Longo, Ph.D. of MAS.

3  For these buildings the focus was the spray-applied asbestos-containing fireproofing.

4

5  At each building a visual inspection of the remaining fireproofing was conducted to

6  determine its current condition and accessibility. The assessment techniques employed

7  were as described in the Asbestos Hazard Emergency Response Act (AHERA) regulations

8  promulgated by the US Environmental Protection Agency (EPA).[5-7] The Asbestos

9  School Hazard Abatement Reauthorization Act (ASHARA) extended certain provisions of

10  the AHERA regulation to public and commercial buildings.[8] One significant provision

11  was the requirement that only accredited inspectors perform building inspections.[9] The

12  assessment procedures used by accredited inspectors is that prescribed by AHERA.

13

14  The AHERA assessment procedures place each friable asbestos-containing material into

15  an assessment category based on its degree of damage. For a surfacing material such as

16  friable fireproofing the available categories include:

17

18    1. Significantly damaged friable surfacing ACBM (asbestos-containing building

19       material) - a material exhibiting greater than 10% damage evenly distributed or

20       25% damage in a localized area.

21

6

1    2.  Damaged friable surfacing ACBM - a material exhibiting greater than 1 - 2%

2        damage and less than 10% damage evenly distributed or 1 - 2% damage and

3        less than 25% damage in a localized area.

4

5    3.  Friable surfacing ACBM with a potential for significant damage - a material

6        that is not damaged or significantly damaged but has the potential for damage

7        that would be both extensive and severe.

8

9    4.  Friable surfacing ACBM with a potential for damage - a material that is not

10        damaged or significantly damaged but has the potential for damage to occur.

11

12    5.  Other friable ACBM - a surfacing material that does not fall into one of the

13        four previous categories.

14

15   Damage of a surfacing material is evidenced by the presence of physical damage such as

16   gouges, blistering, and vandalism; water damage indicated by stains, flaking, or

17   delamination; and damage due to deterioration or vibration. Damage due to deterioration

18   or vibration is visually assessed by the presence of ACBM debris (having the same color

19   and texture) on surfaces beneath the ACBM.

20

21   In addition to the visual assessment, surface dust sampling was also conducted in six

22   buildings. Small particles, generally less than 1 millimeter (mm) in diameter, cannot

7

1   usually be identified as ACBM based on color and texture. Dust sampling with analysis by

2   transmission electron microscopy (TEM) allows for a quantitative estimate of asbestos

3   structures on surfaces. Since dust sampling had been conducted previously in most of

4   these buildings, the primary purpose was to augment the previous sampling and conduct

5   side-by-side measurements to compare results using the 1988 methodology with the 1995

6   ASTM method D 5755-95.

7

8   In each of five Prudential buildings, three locations were randomly selected. Each location

9   was a horizontal non-porous surface beneath asbestos-containing fireproofing. All

10  locations had a visually discernible layer of dust. No particles greater than 1 mm in

11  diameter were on the surfaces sampled. At each location, two samples were collected

12  side-by-side. One of these samples was collected using the 1988 methodology and one

13  collected as described in the current ASTM method.

14

15  The sampling conducted in 1988 - 1989 by Law Associates used a 37 mm diameter

16  cassette attached to a pump calibrated at 2 liters per minute (l/min). These samples were

17  collected from a measured surface area, usually one square foot. The 1988 - 1989

18  sampling used a 0.8 $\mu$m pore size mixed cellulose ester (MCE) filter and collected the

19  sample open face.

20

21  The ASTM standard method in 1995 allows for a 25 mm cassette, any pore size equal to

22  or less than 0.8 $\mu$m, an MCE filter, and a standard collection area of 100 cm$^2$ (although

1    smaller or larger areas are allowed). The significant difference is the addition of a sample

2    collection nozzle providing a standard flowrate at the surface of approximately 100

3    centimeters per second (cm/sec). This value is considerably higher than the 6.4 cm/sec

4    velocity when an open face 37 mm cassette is used (33 mm effective area). A copy of the

5    ASTM method is included at Appendix C.

6

7    All dust samples were submitted to MAS for analyses. It was requested the laboratory

8    follow the same procedures followed in 1988 for the 37 mm cassettes and the ASTM

9    standard method for the 25 mm cassettes. Eight field blank (control) samples were also

10    submitted as a check for systematic contamination in the field or laboratory. Results were

11    reported as asbestos structures per square centimeter (s/cm$^2$) and asbestos structures per

12    square foot (s/ft$^2$).

13

14    Following the building visits, additional documents related to the asbestos in the

15    Prudential buildings were reviewed. These consisted of additional building surveys,

16    asbestos management procedures, abatement records, air monitoring reports, laboratory

17    reports, and other miscellaneous records. In addition, documents and deposition

18    transcripts of defendants' representatives were reviewed. Principal documents relied upon

19    appear in the reference list at the conclusion of this report.

20

21    **III.    PRESENTATION AND DISCUSSION OF FINDINGS**

22

9

1    Findings are discussed below by building followed by a general discussion of topics that

2    apply to multiple buildings.

1    O.    SOUTHDALE OFFICE COMPLEX, EDINA, MN

2

3    The Southdale Office Complex is located in Edina, MN, a suburb of Minneapolis. The

4    eight-story building located at 6800 France Avenue was reported to have asbestos-

5    containing fireproofing applied to the structural steel with overspray on the corrugated

6    deck.[60-62] This fireproofing was reported to be a product known as Monokote MK-3.[38]

7

8    In 1989, Law Engineering conducted surface dust sampling in the 6800 France Avenue

9    building.[63]    The results indicated a wide variation in asbestos dust concentrations.

10   Portions of the ventilation system and locations below the suspended ceiling system had

11   high concentrations of asbestos contamination. The results have been summarized in

12   Appendix D.

13

14   William M. Ewing, CIH and Tod A. Dawson of Compass visited the Southdale Office

15   Complex on May 9, 1996. During a meeting with Mr. Robert Coatsworth of the building

16   management company it was learned that the original fireproofing was located above two

17   suspended ceiling systems. The first ceiling consisted of standard lay-in ceiling tiles. The

18   second ceiling consisted of a hard plaster (non-asbestos) on expanded metal lathe. During

19   the period 1988 - 1994 the entire building was renovated. A significant element of this

20   renovation was the ventilation system retrofit. The building was changed from a constant

21   flow multi-zone system with roof top units to a variable air volume (VAV) system. To

1    accommodate the new system both ceiling systems had to be demolished. Photographs 9

2    11:36, 9 11:39, 9 11:53, and 9 11:54 depict several of the new VAV boxes installed.

3

4    Building records were reviewed to locate exposure data for workers performing

5    maintenance and renovation activities in the building prior to fireproofing removal. These

6    data have been summarized in Table 8 of Appendix F. A total of 42 personal samples

7    were located.[64, 65]   The range for these samples was 0.02 - 0.22 f/cc during ceiling

8    removal.

1    S.    **ROUTES OF ASBESTOS EXPOSURE IN BUILDINGS**

2

3    Asbestos exposure from friable in-place materials occurs in several ways.  First, asbestos

4    fibers are slowly released through deterioration over time.    In the EPA guidance

5    document, Controlling Asbestos-Containing Materials in Buildings, they stated, "Areas

6    covered by ACM tend to be large.  If the material is friable, fibers are slowly released as

7    the material ages."[83]  This concept was also recognized in the guidance document issued

8    by the British Department of the Environment which stated, "As it ages, sprayed asbestos

9    may release more fibers and asbestos dust may accumulate in adjacent areas."[84]

10

11    The second common method of fiber release from in-place friable ACM is through impact

12    or direct contact.  This form of release occurs when the material is struck, scraped or

13    brushed such as during maintenance or renovation activities.  The magnitude of the release

14    is proportional to the intensity of the activity causing the disturbance.

15

16    Once asbestos fibers are liberated from a material such as fireproofing, the fibers will

17    slowly settle onto surfaces.  If not removed, the surfaces will accumulate increasing

18    concentrations of asbestos dust. This dust may then become resuspended into the air.

19    Custodial and maintenance procedures such as sweeping floors with asbestos dust or

20    changing ceiling tiles with settled dust are examples of activities which re-suspend dust

21    into the air.

22

1  These concepts of fiber release and re-suspension are widely recognized and have been

2  demonstrated repeatedly in observational and experimental studies.[85-90]

3

4  **T.    EPISODIC EXPOSURE STUDIES**

5

6  Industrial hygienists often refer to asbestos exposures in buildings as being either prevalent

7  level or episodic.  Prevalent level exposure refers to the continuous concentration of

8  asbestos in the air.  Prevalent level exposures are usually low in buildings with spray-

9  applied fireproofing.[91-92]  Area air sampling has traditionally been used to measure the

10  prevalent level.

11

12  Episodic exposures are often associated with a specific activity which disturbs the in-place

13  fireproofing or settled dust containing asbestos.  Such exposures represent a rapid rise in

14  the airborne asbestos concentration followed by a gradual decline.[91]  Episodic exposures

15  generally are limited to portions of the building where the activity occurs.  However,

16  ventilation patterns may distribute airborne asbestos to adjoining areas or even remote

17  locations.  Periodic air sampling in a building, such as once a year or every 6 months is

18  unlikely to detect episodic exposures.  For this reason the EPA recommends against air

19  sampling alone for assessing the condition of asbestos-containing materials.[83,93]

20

21  In a series of studies, episodic exposures were evaluated during routine maintenance and

22  custodial activities in buildings with surfacing ACM.  Five of these studies were conducted

55

1    in buildings with spray-applied fireproofing which was the same or substantially similar to

2    the fireproofing in the Prudential Buildings.    The results of these studies have been

3    published in peer-reviewed journals and are summarized in <u>Figures 1 - 5</u>.[87, 89, 90]

4

5    In each of the five studies a particular maintenance, renovation or custodial activity was

6    chosen.  Area air sampling was conducted before, during, and after each activity.  Personal

7    air samples were also collected on the individuals performing the activities.  All samples

8    were analyzed by transmission electron microscopy (TEM) and the personal samples were

9    analyzed by TEM and phase-contrast microscopy (PCM).  In each study it was found that

10   the asbestos exposures during the activity increased significantly when compared to

11   concentrations in the air before the activities began.  In each instance, the source of the

12   asbestos exposure was the fireproofing, or the dust and debris from the fireproofing.



Asbestos Concentrations During Cable Installation

## DESCRIPTIVE STATISTICS OF ASBESTOS CONCENTRATIONS

| | Cable Pull I | | | |
|---|---|---|---|---|
| Phase | Arithmetic Mean (s/cm³) | Arithmetic Std. Dev. (s/cm³) | Geometric Mean | Number of Observations |
| Before Inst. | 0.052 | 0.030 | 0.046 | 5 |
| During Inst. | 28.9 | 12.6 | 26.9 | 5 |
| During (Pers.) | 10.5 | 11.6 | 7.1 | 3 |
| After Inst. | 8.4 | 7.0 | 6.2 | 6 |

| | Cable Pull II | | | |
|---|---|---|---|---|
| Phase | Arithmetic Mean (s/cm³) | Arithmetic Std. Dev. (s/cm³) | Geometric Mean | Number of Observations |
| Before Inst. | 0.158 | 0.094 | 0.129 | 5 |
| During Inst. | 100.2 | 91.9 | 67.4 | 4 |
| During (Pers.) | 124.8 | 85.6 | 102.7 | 3 |
| After Inst. | 17.0 | 13.5 | 12.3 | 4 |

**Figure 1.** Episodic Exposure Results Before, During and After Installation of Cables in the Vicinity of High Density Fireproofing



Asbestos Concentrations During Cable Installation

DESCRIPTIVE STATISTICS OF ASBESTOS CONCENTRATIONS

| Phase | Arithmetic Mean (s/cm$^3$) | Arithmetic Std. Dev. (s/cm$^3$) | Geometric Mean | Number of Observations |
|---|---|---|---|---|
| Before | 0.006 | 0.014 | 0.002 | 5 |
| During (Area) | 3.6 | 0.84 | 3.5 | 5 |
| During (Pers.) | 26 | 7.5 | 26 | 2 |
| After | 3.8 | 1.9 | 3.4 | 5 |

**Figure 2.** **Episodic Exposure Results Before, During and After Installation of Cables in the Vicinity of Low Density Fireproofing**

58



**Asbestos Concentrations During Ceiling Tile Replacement**

### DESCRIPTIVE STATISTICS OF ASBESTOS CONCENTRATIONS

| Phase | Arithmetic Mean (s/cm$^3$) | Range (s/cm$^3$) | Geometric Mean (s/cm$^3$) | Number of Observations |
|---|---|---|---|---|
| Before | 0.05 | ND - 0.08 | 0.03 | 5 |
| During | 15.3 | 10 - 20 | 14.7 | 5 |
| During (Pers.) | 23.0 | 22 - 24 | 23.0 | 2 |
| After | 11.4 | 9 -14 | 11.2 | 5 |
| Cleaning | 22.4 | 20 - 24 | 22.4 | 5 |

ND = No Asbestos Structures Detected

**Figure 3.** **Episodic Exposure Results Before, During, and After Replacement of Ceiling Tiles Below Fireproofing**



**Asbestos Concentrations During Cleaning Activity**

DESCRIPTIVE STATISTICS OF ASBESTOS CONCENTRATIONS

| Phase | Arithmetic Mean (s/cm³) | Arithmetic Std. Dev. (s/cm³) | Geometric Mean | Number of Observations |
|---|---|---|---|---|
| Before - Inside | 0.264 | 0.221 | 0.097 | 5 |
| During - Inside | 329.9 | 173.0 | 298.4 | 5 |
| During - Inside (Personal) | 343.8 | 360.6 | 237.1 | 3 |
| After - Inside | 31.8 | 12.3 | 29.7 | 5 |

<u>**Figure 4.**</u>  **Episodic Exposure Results Before, During and After Cleaning a Storage Room in a Building with Fireproofing**

60



Asbestos Concentrations During Office Remodeling

DESCRIPTIVE STATISTICS OF ASBESTOS CONCENTRATIONS

| Phase | Arithmetic Mean (s/cm³) | Arithmetic Std. Dev. (s/cm³) | Geometric Mean | Number of Observations |
|---|---|---|---|---|
| Before | 0.045 | 0.048 | 0.016 | 5 |
| During (Area) | 73.32 | 27.08 | 68.97 | 6 |
| During (Pers.) | 150.79 | 164.68 | 71.60 | 4 |
| After | 5.81 | 2.39 | 5.29 | 4 |

**Figure 5.** **Episodic Exposure Results Before, During and After Remodeling One Office in a Building with Fireproofing**

1    U.      MAINTENANCE AND RENOVATION EXPOSURE DATA

2

3    A review was conducted of the asbestos-related files stored at the offices of Riker,

4    Danzig, Scherer, Hyland & Perretti in Morristown, NJ. The purpose of the review was to

5    extract air sampling data collected during maintenance, custodial, and renovation activities

6    in the Prudential buildings discussed in this report. No effort was made to locate data for

7    other Prudential buildings. In excess of 375 file boxes were reviewed by William M.

8    Ewing, CIH and Tod A. Dawson.

9

10   No custodial worker's exposure data was located for these buildings. This is not unusual

11   since custodians have only rarely been monitored for asbestos exposure.[91] Maintenance

12   and renovation activity exposure sampling was located for eleven buildings. These

13   included Embarcadero Center I, Embarcadero Center II, One Chatham Center, 5 Penn

14   Center, Renaissance Center, Prudential Plaza - Denver, Southdale Office Complex, Twin

15   Towers, Century Center, First Florida Tower, and the 1100 Milam Building. Only the

16   personal samples were selected from the data available for ten of these buildings. Since

17   the data available from the Chatham Center included only two personal samples which

18   were too heavily loaded to analyze, the area samples from this building were included. All

19   samples included have been summarized in Tables 1 - 11 of Appendix F.

20

21   All the samples included were stated to be collected and analyzed by either National

22   Institute for Safety and Health (NIOSH) method 7400, or its predecessor NIOSH method

62

1    P&CAM 239.[94, 95] Both methods collect airborne particles by passing air through a filter.

2    The filter is then analyzed by phase contrast optical microscopy for fibers. Any fibers

3    greater than 5 micrometers long, approximately 0.25 micrometers wide, and having an

4    aspect ratio of 3:1 are included in the count. Limitations of the method include the

5    inability to identify asbestos fibers or "see" (resolve) thin fibers/bundles of asbestos. It

6    was and continues to be widely used since it is the "OSHA method," is inexpensive,

7    provides quick results, and is widely available.

8

9    The work activities monitored and summarized in Appendix F include maintenance and

10    renovation activities performed in the vicinity of asbestos-containing fireproofing. Such

11    activities include replacing ceiling tiles, installing cables, electrical conduit and copper

12    pipe, removing light fixtures, shooting pipe hangers, installing ceiling tile grid, removing

13    duct work, removing walls, and clean-up activities. Efforts were made during the

14    selection of samples for inclusion not to include samples where removal of fireproofing

15    was occurring. The sources for the data included are listed at the end of each table and

16    given in the Reference section of this report.[41, 42, 43, 52, 53, 59, 64, 65, 72, 73, 79, 82, 96-105]

17

18    A total of 1097 samples (1066 personal samples, 31 area samples) are included in the data

19    set. Of these, 22 samples are reported as overloaded and 3 samples were reported voided.

20

21    Of the 1066 personal samples, 505 (47%) were greater than or equal to 0.1 f/cc and 82

22    (8%) were greater than 1 f/cc. These results are depicted in Figure 6. These results are



**Figure 6.** Distribution of Fiber Concentrations Measured on Persons Performing Maintenance and Renovation Activities in Prudential Buildings (1066 samples)

1    consistent with results reported in the published literature and further demonstrate that

2    maintenance and renovation activities in buildings with spray-applied friable fireproofing

3    routinely cause elevated airborne exposures.

4

5    **V.    SURFACE DUST EVALUATION**

6

7    The results of surface dust samples collected and analyzed by ASTM method D 5755-95

8    for Embarcadero Center I, II, 5 Penn Center, Renaissance Tower, Northland Towers, and

9    Prudential Plaza (Newark) were discussed in conjunction with the individual building site

10   visits in this report. At 15 dust sampling locations a second sample was also collected

11   using the method previously employed by Law Engineering, Inc. in these buildings.  The

12   sampling and analytical techniques are described in the Procedures and Methods section of

13   this report.  All results are tabulated in Appendix D and the laboratory reports included as

14   Appendix E.

15

16   The results were evaluated and a correlation performed on the 15 pairs of sample results.

17   For all 15 pairs a positive correlation coefficient of 0.62 was obtained with a slope of

18   5.165 and an intercept of $2.73 \times 10^6$.  Further analysis found the correlation coefficient for

19   three buildings (EC I, EC II, and Renaissance) to be 0.80 with a slope of 4.875 and an

20   intercept of $3.7 \times 10^5$.  When the correlation coefficient is calculated for the sample pairs

21   collected in the remaining two buildings (5 Penn Center and Prudential Plaza - Newark)

22   the results is 0.98 with a slope of 18.27 and an intercept of $-1.16 \times 10^5$.  The reason for

1  the correlation of the subsets to be better than the correlation of the entire set is the

2  different slopes of the regression lines.

3

4  Basically, it was determined that the ASTM method D 5755-95 provides results 17 and 22

5  times greater than the earlier Law Engineering method in the 5 Penn Center and Prudential

6  Newark buildings, respectively.  In the Embarcadero Center Buildings (2) and the

7  Renaissance Tower the increase using the ASTM method D 5755-95 was, on average, 4 -

8  7.3 times the Law Engineering method.  In no sample was the ASTM method result lower

9  than the corresponding side-by-side sample collected according to the Law Engineering

10  procedure.

11

12  The one significant difference between the two methods is the sample collection.  The

13  ASTM method employs a sample nozzle with a known diameter of 0.63 cm and a flowrate

14  of 2.0 l/min. This provides a face velocity at the point of dust collection of 106 cm/sec.

15  The Law Engineering method used an open face 37 mm cassette with an effective

16  collection area (diameter) of 33 mm. Also operating at 2.0 l/min, this provides a face

17  velocity at the point of dust collection of 6.4 cm/sec.  Accordingly, the ASTM method

18  provides a face velocity over 16 times the face velocity of the Law Engineering method.

19

20  A total of 1053 asbestos structures were identified, characterized and sized in the 30

21  samples.  No asbestos structures were detected in the 8 blank (control) samples.  Each

22  asbestos structure was characterized as either a bundle, matrix, cluster, or fiber.  Table 2.

1  depicts the distribution of structure types for all samples.  It is apparent that the two

2  methods produce rather similar asbestos structure distributions when dusts of similar

3  composition are analyzed.  The only reasonable explanation for the ASTM method

4  producing consistently higher results is the improved collection efficiency gained with the

5  higher face velocity at the point of sample collection.  Visually this was apparent in the

6  field since considerably more dust remained behind on surfaces sampled with the Law

7  Engineering method than the ASTM method D 5755-95.

8

9  On average it was determined that the ASTM method provides results 11 times greater

10  than the Law Engineering protocol.  This observation should be considered when

11  evaluating previous dust sampling results collected by Law Engineering in the late 1980's

12  in these Prudential buildings.

13

14  **Table 2.  Asbestos Structure Distribution for 30 side-by-side Surface Dust Samples**

| Structure Type | Law Method | ASTM Method |
|---|---|---|
| Bundles | 50 (8.1%) | 42 (9.7%) |
| Clusters | 26 (4.2%) | 8 (1.8%) |
| Matrices | 267 (43.2%) | 170 (39.1%) |
| Fibers | 275 (44.5%) | 215 (49.4%) |
| Totals | 618 (100%) | 435 (100%) |

15

1    W.    ASBESTOS MANAGEMENT OPTIONS AVAILABLE TO

2          COMMERCIAL BUILDING OWNERS

3

4    There are several options available to building owners when developing a policy to

5    manage asbestos-containing materials in buildings. In the short term, implementation of

6    an operations and maintenance (O&M) program is necessary. An O&M program is a set

7    of procedures and practices designed to reduce exposures to in-place asbestos while

8    continuing to operate the building. Such a program requires specific work practices when

9    working in the vicinity of asbestos, training of personnel, use of personal protective

10   equipment, proper disposal techniques, and other elements.[106] Prudential has developed

11   or adopted O&M programs for buildings containing friable asbestos-containing materials.

12

13   In the long-term, a permanent solution is developed and implemented. For asbestos-

14   containing fireproofing the options include encapsulation, enclosure, and removal. Of

15   these, only removal is truly a permanent solution. Encapsulation, the spraying of a sealant

16   on the fireproofing, does not prevent future damage or delamination, is costly, and may

17   void the fire rating of the material. Enclosure, an airtight barrier constructed around the

18   fireproofing, is not a feasible option in the vast majority of the Prudential buildings due to

19   the lack of space in which to build the enclosures. Enclosures would also be very costly.

20   The advantages and disadvantages of each option have been reported by the EPA.[83]

21

1   From the viewpoint of an industrial hygienist, removal of the asbestos-containing

2   fireproofing with substitution of a less hazardous material is preferable.  Industrial hygiene

3   is the science that deals with occupational health hazards and environmental stresses of a

4   chemical, physical and biological nature.  Its focus is the recognition, evaluation and

5   control of these hazards.  When an industrial hygienist considers control options, there

6   exists a hierarchy.  The first option in the hierarchy is elimination of a hazard through

7   substitution.  If this is not feasible, the hazard should be reduced or eliminated through

8   other engineering controls.  If this is not feasible, the hazard is reduced through personal

9   protective equipment such as respirators.  The use of respirators is the last option since it

10  relies upon workers to use and maintain them properly.[107]

11

12  The EPA requires friable asbestos-containing materials be removed from a building prior

13  to renovation or demolition activities which will disturb these materials.[108]  Ultimately, all

14  the asbestos-containing fireproofing will need to be removed properly from the Prudential

15  buildings.  The real question presented to the building owner is when should the removal

16  be conducted.  The options are immediate removal, phased removal over a period of time,

17  or removal at the time of demolition.

18

19  A formal policy for asbestos in Prudential buildings was first adopted in July 1986.[109]

20  While this policy referred to "hazardous substances," asbestos in buildings was one of the

21  major focuses.  The policy called for the following:

22

69

1.  Investigate existing and perspective properties

2.  Evaluate the scope of the hazard

3.  Notify affected parties

4.  Establish monitoring systems

5.  Remove hazardous substances, if practical or necessary, as expeditiously as possible.

By this time, Prudential had completed a nationwide survey of its investment properties for asbestos, conducted by outside consultants.  Concurrent with this policy statement, the Prudential Realty Group established a permanent task force to develop guidelines for handling hazardous substances issues.[109]

In June 1987 the task force issued its "Policy Guidelines and Operating Procedures Manual."[110]  This manual provided greater detail and guidance for implementing the policy, as well as a structured system of oversight.  The following summarizes the guidance provided for asbestos in Prudential Buildings.

1.  Conduct a bulk sampling survey

2.  Conduct an exposure and risk assessment

3.  Implement an Operations and Maintenance Program

4.  Provide training

5.  Notify affected parties

1      6. Take immediate action (abatement) if there is a current health hazard

2      7. Continue inspection/monitoring and anticipate abatement in conjunction with

3         renovation activities

4      8. Conduct abatement activities in compliance with all OSHA, EPA, state and

5         local regulations/guidelines

6      9. Use qualified consultants/contractors

7      10. Maintain various records

8

9   At this stage of policy development the "exposure and risk assessment" of in-place

10  asbestos-containing materials relied largely on the results of area air sampling. No trigger

11  value was stated in the guidelines delineating a hazardous situation from a non-hazardous

12  one.

13

14  The guidance manual was continually revised and updated. In March 1990 a detailed

15  scope of work for performing bulk sampling and assessments was issued.[111]  This

16  document makes it clear that Prudential will follow the bulk sampling procedures outlined

17  in the EPA AHERA regulations for schools. This document further requires a written

18  material assessment be performed based on the same criteria used in the AHERA

19  regulations. The document does not require the material be placed into one of the seven

20  AHERA assessment categories. A similar specification guideline was also issued for

21  asbestos abatement projects in 1990.[112]

22

1    In May 1993 the guidance manual underwent a further revision that provided additional

2    guidance regarding types of abatement and when to perform abatement.[113]    The

3    document lists four instances when asbestos abatement will generally be required. These

4    are as follows:

5

6        1.  health hazard as determined by a consultant

7

8        2.  federal or local regulations (e.g., in conjunction with demolition or a building

9            or other disturbance of the ACM)

10

11       3.  market forces (e.g., tenants will not lease the space unless the ACM is

12           removed)

13

14       4.  a cost-benefit analysis indicates it is the most appropriate choice (e.g., removal

15           prior to renovation or installation of a sprinkler system may be more cost

16           effective and safer than working around the material)

17

18   Throughout the evolution of the Prudential asbestos policy, emphasis is placed on the fact

19   that each building is unique and decisions regarding asbestos should be evaluated and

20   made on a case-by-case basis.  It is also recognized that state asbestos regulations may

21   mandate certain procedures in one building while others may be required in a different

22   state.

72

1

2    In general, the approach in the Prudential buildings has been a phase-out of the asbestos-

3    containing fireproofing over time.    Generally this has been done in conjunction with

4    planned renovation activities.    In a 1990 EPA guidance document the EPA stated the

5    following.

6

7            Removal of ACM may also be appropriate when performed in conjunction

8            with major building renovations, or as part of long-term building

9            management policies (such as staged removal in conjunction with

10           renovations over the life of the building, as covered by the EPA NESHAP

11           requirements for removal before demolition or renovation).[93]

12

13    One obvious exception to this policy concerns the Prudential buildings in Short Hills, NJ.

14    Due to the planned imminent demolition of the building, immediate complete removal was

15    the only option available.    In the case of the Hunt Valley Marriott the fireproofing

16    removed was that which was judged to be in poor condition and/or readily accessible.    The

17    remaining fireproofing was either inaccessible or was encapsulated and enclosed to

18    prevent fiber release.    There exists a similar situation for the perimeter columns at

19    Chatham Center.

20

21    The general approach to asbestos-containing materials in these Prudential buildings is

22    similar to and consistent with the actions of other large building owners and managers in

1    the United States. A 1989 study sponsored by EPA reported that approximately 50% of

2    the buildings in the survey had been inspected for asbestos.[114] In those buildings where

3    asbestos was found, 75% had conducted same asbestos abatement actions. The majority

4    of these were performed in conjunction with renovation activities.

5

6    Many owners and managers of large buildings evolved policies similar to Prudential during

7    the late 1980s.   Examples include the General Services Administration, the Defense

8    Department, and the Centers for Disease Control. Each of these owners inspected their

9    facilities for asbestos, implemented an operations and maintenance  program, and have

10   conducted removal of fireproofing and other asbestos-containing materials. In most

11   instances the removal was performed in conjunction with building renovation activities.

12

13   Documents related to asbestos management procedures followed by W.R. Grace &

14   Company, U.S. Mineral Products Company, and U.S. Gypsum were reviewed.

15   Depositions of representatives from these companies were also reviewed.   Discussed

16   below are summaries of policies and procedures supported by examples of asbestos

17   management activities in their buildings.

18

19   W.R. Grace has established a policy regarding asbestos-containing materials in Grace

20   Premises. Mr. Harry Eschenbach, Director of Health, Safety and Toxicology for W.R.

21   Grace & Company, indicated that asbestos abatement projects have been conducted in 100

1   to 150 Grace facilities. In some of the larger facilities, asbestos abatement has been done

2   in numerous locations.[115]

3

4   The types of asbestos-containing materials (ACM) that have typically been removed

5   include fireproofing, floor tile, thermal system insulation, gaskets and transite. Removal

6   has been conducted when ACM is damaged or deteriorated, in association with

7   renovations, and prior to demolition. Mr. Eschenbach indicated there were occasions

8   when ACM which was in good condition was removed at the same time as damaged ACM

9   because it was cost effective.[115]

10

11   The general factors considered in deciding to remove ACM include government

12   regulations, the condition of the material, and the potential for exposure to building/facility

13   occupants.[115]

14

15   Mr. Eschenbach acknowledged that it is Graces' responsibility under OSHA to inform

16   employees about the materials they work with. This is done at the Grace facilities either

17   by a facility survey to identify ACM or a "piece-by-piece" basis as situations arise.[115]

18   W.R. Grace provides training at its facilities to employees who work around ACM. This

19   includes maintenance personnel who work above drop ceilings where asbestos-containing

20   fireproofing is on the structural steel and/or the deck. The degree of training depends on

21   the type of work performed.[115]

22

1    A review of Grace documents pertaining to removal of ACM in various facilities provides

2    some examples of the circumstances under which asbestos removal was conducted in

3    Grace premises.

4

5    A September 29, 1986 memorandum by H.A. Eschenbach outlines his conclusions

6    regarding fireproofing material at the Bridgewater, New Jersey facility.  Mr. Eschenbach

7    had visited the facility on September 25 to inspect the fireproofing and collect samples.[116]

8

9    Mr. Eschenbach described the material as containing 15% chrysotile asbestos, mineral

10   wool and some cellulosic fibers.  "The material is extremely friable which means it falls

11   from the beams and ceiling at the slightest touch."[116]

12

13   Mr. Eschenbach recommended removal of the material.  "Eventually, it will have to be

14   removed -- either because of governmental regulation or because its bonding abilities

15   deteriorate to the point that it can no longer be ignored.  Further, continued use of the

16   area, especially if it involves construction of rooms and storage areas with ancillary wiring

17   changes and other modifications, will be much more expensive in order to work around

18   the asbestos-containing material with minimal worker exposure.  Asbestos-containing

19   material as friable as this is mandates a "management program."  This involves, among

20   other things, periodic air sampling to make sure that exposure levels remain low and a

21   system of permits to preclude any work which might disturb the asbestos-containing

22   material from being done without adequate safeguards and training of the workers

76