BUILDING:        1100 Milam Building
                 Houston, Texas

The following bulk samples from the above-referenced building
were analyzed and were used to supplement the opinion regarding
the manufacturer and product.

| Bulk Sample | Sample Location | Collected By |
|---|---|---|
| 4 | L-34E Electrical Room | McCrone |
| 1B | 4th Floor | LAI |
| 2B | 14th Floor | LAI |
| 3B | 20th Floor | LAI |
| 4B | 30th Floor | LAI |
| 5B | 33rd Floor | LAI |
| 6B | 41st Floor | LAI |
| 7B | 40th Floor | LAI |
| 8B | 26th Floor | LAI |
| 9B | 12th Floor | LAI |
| 10B | 10th Floor | LAI |
| 11B | 8th Floor | LAI |
| 1A | 26th Floor | DEI |
| 1A | 16th Floor | DEI |
| 2A | 16th Floor | DEI |
| 16A | 16th Level, Low Rise Elevator Shaft | DEI |
| 16B | 16th Level, Low Rise Elevator Shaft | DEI |
| 5 | 5th Level, Low Rise Elevator Shaft | DEI |

1100 Milam Building
Page -2-

| Bulk Sample | Sample Location | Collected By |
|---|---|---|
| 10 | 10th Level, Low Rise Elevator Shaft | DEI |
| 1B | 39th Floor | DEI |
| 1C | 25th Floor | DEI |
| 1C | 40th Floor | DEI |

## MATERIALS ANALYTICAL SERVICES, INC.

### BULK ASBESTOS SHEET

Project # - Spl #: _M 1647-4_                         Date: _3/26/91_

Project Name: _PRUDENTIAL ; 1100 MILAM BLDG. 10C 48_   Analyst: _W.B. Eyler_

Sample Identification: _MB-4     L-34 E  ELECT RM._

Gross Visual Description: _LIGHT BEIGE, GOLD FLAKES AND DOORS AS WELL_
_AS FIBERS THROUGHOUT A FINE MATRIX. WHITE PAINT ATTACHED._

```
┌─────────────────────────────────────────────────────────────┐
│        Optical Data for Asbestos Identification             │
│   Morphology . . . . . . . .  WAVEY . . _____ . . _____  │
│   Pleochroism. . . . . . . .  NONE  . . _____ . . _____  │
│   Refractive Index . . . . (1.64) 1.54/1.55 . _____ . _____ │
│   Sign of Elongation . . . . .  +   . . _____ . . _____  │
│   Extinction . . . . . . . . parallel . _____ . . _____  │
│   Birefringence. . . . . . . .  LOW . . _____ . . _____  │
│   Melt . . . . . . . . . . . .  N₁  . . _____ . . _____  │
│   Fiber Name . . . . . . . . CHRYSOTILE _____ . . _____  │
└─────────────────────────────────────────────────────────────┘
```

ASBESTOS MINERALS:                    Est. Vol. %

Chrysotile . . . . . . . . . . . _12_
Amosite . . . . . . . . . . . _____
Crocidolite . . . . . . . . . _____
Tremolite/Actinolite . . . . . _____
Anthophyllite . . . . . . . . _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . _____
Fibrous glass . . . . . . . . _____
Cellulose . . . . . . . . . . _____
Synthetic . . . . . . . . . . _____
Other

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . . _____
Vermiculite . . . . . . . . . _35_
Other

Binders . . . . . . . . . . . _53_

_ABUNDANT GYPSUM WITH FINE GRANULAR MINERALS SCATTERED THROUGHOUT._

EFFERVESCENCE: _WEAK IN ISOLATED AREAS_

COMMENTS:
_NO STARCH OBSERVED_

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: _M3177-1_          Date: _0/5/90_

Project Name: _1100 Miam_           Analyst _Henderson_

Sample Identification: _1B    4TH FLOOR_

Gross Visual Description: _tan matrix w/ gold flakes & wavy fibers,_
_wet color one inch_

| Optical Data for Asbestos Identification | | | |
|---|---|---|---|
| Morphology | wavy | | |
| Pleochroism | no | | |
| Refractive Index | 1.54/1.55 | | |
| Sign of Elongation | + | | |
| Extinction | o | | |
| Birefringence | low | | |
| Melt | | | |
| Fiber Name | Chy | | |

**ASBESTOS MINERALS:**          Est. Vol. %

Chrysotile . . . . . . . . . ____12____

Amosite . . . . . . . . . _____

Crocidolite . . . . . . . . . _____

Tremolite/Actinolite . . . . . _____

Anthophyllite . . . . . . . . _____

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . . _____

Fibrous glass . . . . . . . . _____

Cellulose . . . . . . . . . _____

Synthetic . . . . . . . . . _____

Other                         _____

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . . _____

Vermiculite . . . . . . . . . ____35____

Other                         _____

Binders . . . . . . . . . ____53____

_abundant gypsum_

EFFERVESCENCE: _non-detected_

COMMENTS: _NSD_



MATERIALS ANALYTICAL SERVICES, INC.
3597 Parkway Lane, Suite 250
Norcross, GA   30092
404/448-3200

TEM ANALYSIS: *BULK ANALYSIS*

PROJECT: *PRUDENTIAL : 1100 MILAM  120.48*
SAMPLE NUMBER: *M3177-1*
SAMPLE ID: *#1B    4TH FLOOR*

DATE OF ANALYSIS: *8/6/90*

ANALYST: *W. B. Egeland*

Asbestos Minerals: *CHRYSOTILE   (EDS)(DIFF)*

Other Components: *GYPSUM   (EDS)(DIFF)*
*VERMICULITE (EDS)*

Comments:

PIS 00111203

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   09:45
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=1045



0.000                              VFS = 256    10.240
    9      M3177-1, CHRYSOTILE

PIS 00111204

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   09:47
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=65



0.000                              VFS = 256     10.240
    6     M3177-1, GYPSUM

PIS 00111205



MATERIALS ANALYTICAL SERVICES      MON 06—AUG—90   09:49
Cursor: 0.000keV = 0      ROI (SIKα) 1.660: 1.810=1040

0.000                      VFS = 256     10.240

16       M3177-1, VERMICULITE

PIS 00111206



MATERIALS
ANALYTICAL
SERVICES

## ADDITIONAL BULK ANALYSIS

Sample # _M3177-1_                              Analyst _J. K. L_

Date      _08/07/90_

### ACID DISSOLUTION

(1) Petri dish plus sample:                          _8.9885_ g

(2) Petri dish minus sample:                         _8.1864_ g

(3) Original sample weight:                          _0.8021_ g

(4) Filter weight:                                   _0.0588_ g

(5) Clean petri dish weight:                         _7.3672_ g

(6) Final sample weight plus filter and petri dish:  _7.7781_ g

(7) Final sample wt:((6) −[(4) + (5)])               _0.3521_ g


(8) Percent residue wt:((7)/(3) X 100)               _43.9_ %

(9) Amount in solution:(100 − (8))                   _56.1_ %

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200



MATERIALS
ANALYTICAL
SERVICES

ADDITIONAL BULK ANALYSIS

# STARCH VERIFICATION

Sample # _Π3177-1_                        Analyst _W. D. Sylw____

Date        _8/9/90_

1) Sample Analyzed before/after acid dissolutions

Starch observed                     (no)  ✓

                                    yes _____

Iodine test                   positive  _____
(ceiling tile only)
                              negative  _____

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # ~ Spl #: _____ M3177-2 _____          Date: 7/5/50

Project Name: _____ 110a   Milton _____          Analyst: Henderson

Sample Identification: _____ 2B   14 TH FLOOR _____

Gross Visual Description: _____ tan matrix, rust color one side, wavy _____
_____ fibers, gold flakes _____

## Optical Data for Asbestos Identification

Morphology . . . . . . . . . . wavy
Pleochroism. . . . . . . . . . no
Refractive Index . . . . . . . 1=1.55 /=1.55
Sign of Elongation . . . . . . +
Extinction . . . . . . . . . . . 0
Birefringence. . . . . . . . . low
Melt . . . . . . . . . . . . .
Fiber Name . . . . . . . . . . chy

ASBESTOS MINERALS:                    Est. Vol. %

Chrysotile . . . . . . . . . .         10
Amosite . . . . . . . . . .
Crocidolite . . . . . . . . .
Tremolite/Actinolite . . . . .
Anthophyllite . . . . . . . .

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . .
Fibrous glass . . . . . . . .
Cellulose . . . . . . . . . .
Synthetic . . . . . . . . . .
Other

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . .
Vermiculite . . . . . . . . .        35
Other

Binders . . . . . . . . . .          55
_____ abundant gypsum. _____

EFFERVESCENCE: _____ non - detect _____

COMMENTS: _____ MD _____



**MATERIALS ANALYTICAL SERVICES, INC.**
3597 Parkway Lane, Suite 250
Norcross, GA  30092
404/448-3200


TEM ANALYSIS: *BULK  ANALYSIS*

PROJECT: *PRUDENTIAL · 1100 MILAM : 120.48*
SAMPLE NUMBER: *M3177-2*
SAMPLE ID: *#213   14TH FLOOR*

DATE OF ANALYSIS: *8/6/90*

ANALYST: *W. B. Eyl*

---

Asbestos Minerals: *CHRYSOTILE  (EDS)(DIFF)*

Other Components: *VERMICULITE (EDS)*
*GYPSUM    (EDS)(DIFF)*
*IRON PARTICLE (EDS)  TRACE AMOUNT*

Comments:

PIS 00111210

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   10:21
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=1001



0.000                              VFS = 256      10.240
   49      M3177-2, CHRYSOTILE

PIS 00111211

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   10:17
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=1035



0.000                              VFS = 256      10.240
   10     M3177-2, VERMICULITE

PIS 00111212

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90  10:23
Cursor: 0.000keV = 0        ROI (SIKα) 1.660: 1.810=55



0.000                                  VFS = 256    10.240
   4     M3177-2, GYPSUM

PIS 00111213

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   10:31
Cursor: 0.020keV = 0          ROI (SIKα) 1.660: 1.810=156



0.000                                    VFS = 256      10.240

7      M3177-2, IRON PARTICLE



MATERIALS
ANALYTICAL
SERVICES

## ADDITIONAL BULK ANALYSIS

Sample # _M3177-2_          Analyst _g. K.K._

Date      _08/07/90_

### ACID DISSOLUTION

(1) Petri dish plus sample:                                  _8.5863_ g

(2) Petri dish minus sample:                                 _7.7598_ g

(3) Original sample weight:                                  _0.8265_ g

(4) Filter weight:                                           _0.0591_ g

(5) Clean petri dish weight:                                 _7.3954_ g

(6) Final sample weight plus filter and petri dish:          _7.8256_ g

(7) Final sample wt:((6) -[(4) + (5)])                       _0.3711_ g


(8) Percent residue wt:((7)/(3) x 100)                       _44.9_ %

(9) Amount in solution:(100 - (8))                           _55.1_ %

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200



MATERIALS
ANALYTICAL
SERVICES

ADDITIONAL BULK ANALYSIS

## STARCH VERIFICATION

Sample # Ω3177-2                     Analyst _W. B. Gold_

Date    8/9/96

1) Sample Analyzed before/after acid dissolutions

## Starch observed                    (no) ✓

                                      yes _____

**Iodine test**                positive _____
(ceiling tile only)

                               negative _____

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: _____ M3177-3 _____          Date: 2/5/90

Project Name: _____ 1100 Milan _____          Analyst _Herolina_

Sample Identification: _3B_   _20ᵀᴴ FLOOR._

Gross Visual Description: _fam matrix, rust colored one side, gold_
_flakes + wavy fibers_

### Optical Data for Asbestos Identification

| | | |
|---|---|---|
| Morphology . . . . . . . . | wavy | |
| Pleochroism. . . . . . . . | no | |
| Refractive Index . . . . . | <1.550 | |
| Sign of Elongation . . . . | + | |
| Extinction . . . . . . . . | = | |
| Birefringence. . . . . . . | low | |
| Melt . . . . . . . . . . . | | |
| Fiber Name . . . . . . . . | Chy | |

ASBESTOS MINERALS:                    Est. Vol. %

| | |
|---|---|
| Chrysotile . . . . . . . . | 11 |
| Amosite . . . . . . . . . | |
| Crocidolite . . . . . . . | |
| Tremolite/Actinolite . . . | |
| Anthophyllite . . . . . . | |

OTHER FIBROUS COMPONENTS:

| | |
|---|---|
| Mineral/Rock wool . . . . . | |
| Fibrous glass . . . . . . . | |
| Cellulose . . . . . . . . . | |
| Synthetic . . . . . . . . . | |
| Other | |

NON-FIBROUS COMPONENTS:

| | |
|---|---|
| Perlite . . . . . . . . . | |
| Vermiculite . . . . . . . | 35 |
| Other | |

Binders . . . . . . . . . . 54
_abundant gypsum_

EFFERVESCENCE: _✓ weak_

COMMENTS: _ISD_



MATERIALS ANALYTICAL SERVICES, INC.
3597 Parkway Lane, Suite 250
Norcross, GA   30092
404/448-3200


TEM ANALYSIS: *BULK ANALYSIS*

PROJECT: *PRUDENTIAL : 1100 MILAM : 120.48*
SAMPLE NUMBER: *M3177-3*
SAMPLE ID: *#3 β   20TH FLOOR.*

DATE OF ANALYSIS: *8/8/90*

ANALYST: *W. B. Egeland*

---

Asbestos Minerals: *CHRYSOTICE (EDS)(DIFF)*


Other Components: *VERMICULITE (EDS)*
*GYPSUM (EDS)(DIFF)*
*CALCITE (EDS)(DIFF) *TRACE AMOUNT*

Comments:

PIS 00111218

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   10:42
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=1021



0.000                                   VFS = 256    10.240
   14      M3177-3, CHRYSOTILE

MATERIALS ANALYTICAL SERVICES              MON 06-AUG-90   10:41
Cursor: 0.000KeV = 0          ROI (SIKα) 1.660: 1.810=1123



0.000                                    VFS = 256    10.240

   7     M3177-3, VERMICULITE

PIS 00111220

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   10:44
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=49



0.000                                    VFS = 256     10.240

    7      M3177-3, GYPSUM

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90  10:45
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=38



0.000                                    VFS = 256    10.240
   11      M3177-3, CALCITE

PIS 00111222



MATERIALS
ANALYTICAL
SERVICES

## ADDITIONAL BULK ANALYSIS

Sample # _M3177-3_                                     Analyst _S.K.P._

Date _08/07/90_

### ACID DISSOLUTION

(1) Petri dish plus sample:                              _9.2272_ g

(2) Petri dish minus sample:                            _8.1277_ g

(3) Original sample weight:                             _1.0995_ g

(4) Filter weight:                                      _0.0594_ g

(5) Clean petri dish weight:                           _7.3596_ g

(6) Final sample weight plus filter and petri dish:    _7.8741_ g

(7) Final sample wt:((6) −[(4) + (5)])                  _0.4551_ g


(8) Percent residue wt:((7)/(3) x 100)                  _41.4_ %

(9) Amount in solution:(100 − (8))                      _58.6_ %

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200



MATERIALS
ANALYTICAL
SERVICES

ADDITIONAL BULK ANALYSIS

## STARCH VERIFICATION

Sample # _M3/77-3_                    Analyst _W. B. Eyler_

Date   _8/9/90_

1) Sample Analyzed before/after acid dissolutions

## Starch observed                   (no)    ✓

                                     yes _____

## Iodine test
(ceiling tile only)                  positive _____

                                     negative _____

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # – Spl #: _____ M 377-4 _____          Date: 2/5/9c

Project Name: _____ 1100 M/Av _____          Analyst: _____

Sample Identification: _____ 4B  30TH FLOOR. _____

Gross Visual Description: tan matrix, paint coating one side, rust color other side, wavy fibers & gold flakes

### Optical Data for Asbestos Identification

| | | | | | | |
|---|---|---|---|---|---|---|
| Morphology | wavy | | | | | |
| Pleochroism | no | | | | | |
| Refractive Index | 1.54 1.55 | | | | | |
| Sign of Elongation | + | | | | | |
| Extinction | o | | | | | |
| Birefringence | low | | | | | |
| Melt | | | | | | |
| Fiber Name | chry | | | | | |

**ASBESTOS MINERALS:**                    Est. Vol. %

| | Est. Vol. % |
|---|---|
| Chrysotile | 10 |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

**OTHER FIBROUS COMPONENTS:**

| | |
|---|---|
| Mineral/Rock wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |
| Other | |

**NON-FIBROUS COMPONENTS:**

| | |
|---|---|
| Perlite | |
| Vermiculite | 35 |
| Other | |

| | |
|---|---|
| Binders | 55 |

abundant gypsum, scattered carbonates

EFFERVESCENCE: _____ v. weak, stronger near paint. _____

COMMENTS: _____



### MATERIALS ANALYTICAL SERVICES, INC.
3597 Parkway Lane, Suite 250
Norcross, GA  30092
404/448-3200

TEM ANALYSIS: *BULK ANALYSIS*

PROJECT: *PRUDENTIAL: 1100 MILAM: 120.48*
SAMPLE NUMBER: *M3177-4*
SAMPLE ID: *# 4β  30TH FLOOR*

DATE OF ANALYSIS: *8/8/90*

ANALYST: *W. B. Eghol*

Asbestos Minerals: *CHRYSOTILE (EDS)(DIFF)*

Other Components: *VERMICULITE (EDS)*
*GYPSUM (EDS)(DIFF)*
*CALCITE (EDS) ☆ VERY SMALL AMOUNTS*

Comments:

PIS 00111226

MATERIALS ANALYTICAL SERVICES                MON 06-AUG-90   12:10
Cursor: 0.000KeV = 0          ROI (SIKα) 1.660: 1.810=1119



2.000                                    VFS = 256      10.240
   24      M3177-4, CHRYSOTILE

PIS 00111227

MATERIALS ANALYTICAL SERVICES            MON 06-AUG-90   12:20
Cursor: 0.000keV = 0        ROI (SIKα) 1.660: 1.810=1040



0.000                                    VFS = 256     10.240
    10      M3177-4, VERMICULITE

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90  12:12
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=103



0.000                                    VFS = 256     10.240

    5     M3177-4, GYPSUM

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   12:22
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=60



0.000                              VFS = 256      10.240
    7      M3177-4, CALCITE

PIS 00111230



MATERIALS
ANALYTICAL
SERVICES

### ADDITIONAL BULK ANALYSIS

Sample # _M3177-4_                    Analyst _J. K. h._

Date      _08/07/90_

### ACID DISSOLUTION

(1)  Petri dish plus sample:                                    _8.6100_ g

(2)  Petri dish minus sample:                                   _7.3764_ g

(3)  Original sample weight:                                    _1.2336_ g

(4)  Filter weight:                                             _0.0594_ g

(5)  Clean petri dish weight:                                   _7.3546_ g

(6)  Final sample weight plus filter and petri dish:            _7.9282_ g

(7)  Final sample wt:((6) -[(4) + (5)])                         _0.5142_ g


(8)  Percent residue wt:((7)/(3) x 100)                          _41.7_ %

(9)  Amount in solution:(100 - (8))                              _58.3_ %

3597 Parkway Lane · Suite 250
Norcross, Georgia 30092
(404) 448-3200



MATERIALS
ANALYTICAL
SERVICES

ADDITIONAL BULK ANALYSIS

## STARCH VERIFICATION

Sample # ⋀3177- 4                    Analyst _W.D.Syl.D_

Date    8/9/90

1) Sample Analyzed before/after acid dissolutions

**Starch observed**                    (no)  ✓

                                        yes _____

**Iodine test**                positive  _____
(ceiling tile only)
                               negative  _____

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: _____ M3177-5 _____          Date: 9/5/90

Project Name: _____ 1100  M.hm _____          Analyst: _____

Sample Identification: _____ 5B   33 RD FLOOR. _____

Gross Visual Description: tan matrix paint on side, rust color
other side, wavy fibers & gold flakes.

## Optical Data for Asbestos Identification

| | | | |
|---|---|---|---|
| Morphology | wavy | | |
| Pleochroism | m | | |
| Refractive Index | 1.54 1.55 | | |
| Sign of Elongation | + | | |
| Extinction | a | | |
| Birefringence | low | | |
| Melt | | | |
| Fiber Name | Cy. | | |

ASBESTOS MINERALS:          Est. Vol. %

Chrysotile . . . . . . . . .          11
Amosite . . . . . . . . . .
Crocidolite . . . . . . . .
Tremolite/Actinolite . . . .
Anthophyllite . . . . . . .

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . .
Fibrous glass . . . . . . .
Cellulose . . . . . . . . .
Synthetic . . . . . . . . .
Other

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . .
Vermiculite . . . . . . . .          35
Other

Binders . . . . . . . . . .          54
_____ abundant gypsum _____

EFFERVESCENCE: √ weak

COMMENTS: _____ ASD _____



**MATERIALS ANALYTICAL SERVICES, INC.**
3597 Parkway Lane, Suite 250
Norcross, GA 30092
404/448-3200

TEM ANALYSIS: *BULK ANALYSIS*

PROJECT: *PRUDENTIAL 1100 MILAM 120.48*
SAMPLE NUMBER: *M3177-5*
SAMPLE ID: *#5B  33ᴿᴰ FLOOR*

DATE OF ANALYSIS: *8/8/90*

ANALYST: *W.B. Engl...*

---

Asbestos Minerals: *CHRYSOTILE (EDS)(DIFF)*

Other Components: *VERMICULITE (EDS)*
*GYPSUM (EDS)(DIFF)*
*CALCITE (EDS) +TRACE*
*TI C₂ (EDS) SMALL AMOUNT*

Comments:

PIS 00111234

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   12:35
Cursor: 0.000KeV = 0          ROI (SIKα) 1.660: 1.810=1033



0.000                                    VFS = 256      10.240

12      M3177-5, CHRYSOTILE

PIS 00111235

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   12:32
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=1128



0 000                                   VFS = 256      10.240
20        M3177-5, VERMICULITE

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   12:36
Cursor: 0.000KeV = 0          ROI (SIKα) 1.660: 1.810=52



0.000                                    VFS = 256      10 240
     4      M3177-5, GYPSUM

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   12:38
Cursor: 0.000KeV = 0          ROI (SIKα) 1.660: 1.810=87



0.300                                  VFS = 256    10.240
   5      M3177-5, CALCITE

PIS 00111238

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   12:41
Cursor: 0.000KeV = 0         ROI (SIKα) 1.660: 1.810=52



0.000                                    VFS = 256      10.240
  - 6      M3177-5, TIO2



MATERIALS
ANALYTICAL
SERVICES

## ADDITIONAL BULK ANALYSIS

Sample # _M3177-5_                              Analyst _J.A.R._

Date       _08/07/90_

### ACID DISSOLUTION

(1) Petri dish plus sample:                              _8.0476_ g

(2) Petri dish minus sample:                            _7.4409_ g

(3) Original sample weight:                              _0.6067_ g

(4) Filter weight:                                      _0.0579_ g

(5) Clean petri dish weight:                            _7.3946_ g

(6) Final sample weight plus filter and petri dish:    _7.7073_ g

(7) Final sample wt:((6) −[(4) + (5)])                  _0.2548_ g


(8) Percent residue wt:((7)/(3) x 100)                  _42.0_ %

(9) Amount in solution:(100 − (8))                      _58.0_ %

3397 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200



**MATERIALS ANALYTICAL SERVICES** ❀

ADDITIONAL BULK ANALYSIS

# STARCH VERIFICATION

Sample # _Π 3/77 – 5_       Analyst _W.B.S.L_

Date _8/9/90_

**1) Sample Analyzed before/after acid dissolutions**

## Starch observed                    (no) ✓

                                              yes _____

### Iodine test
(ceiling tile only)              positive _____

                                 negative _____

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # ~ Spl #: _M3177-6_                        Date: _9/6/90_

Project Name: _1100  Milam_                         Analyst: _Henderson_

Sample Identification: _6 B      41ST FLOOR_

Gross Visual Description: _tan matrix, mist colored one side_
_paint other side, wavy fibers, gold flakes._

| Optical Data for Asbestos Identification | | | |
|---|---|---|---|
| Morphology . . . . . . . . | wavy | | |
| Pleochroism. . . . . . . . | no | | |
| Refractive Index . . . . . | 1.542 1.550 | | |
| Sign of Elongation . . . . | + | | |
| Extinction . . . . . . . . | 0 | | |
| Birefringence. . . . . . . | low | | |
| Melt . . . . . . . . . . . | | | |
| Fiber Name . . . . . . . . | C | | |

ASBESTOS MINERALS:                          Est. Vol. %

Chrysotile . . . . . . . . . . ___11___
Amosite . . . . . . . . . . . _____
Crocidolite . . . . . . . . . _____
Tremolite/Actinolite . . . . . _____
Anthophyllite . . . . . . . . _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . . _____
Fibrous glass . . . . . . . . . _____
Cellulose . . . . . . . . . . . _____
Synthetic . . . . . . . . . . . _____
Other                           _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . . . _____
Vermiculite . . . . . . . . . . ___33___
Other                           _____
                                _____

Binders . . . . . . . . . . . ___54___
_abundant gypsum_

EFFERVESCENCE: _non detected_

COMMENTS: _none_



**MATERIALS ANALYTICAL SERVICES, INC.**
3597 Parkway Lane, Suite 250
Norcross, GA  30092
404/448-3200


TEM ANALYSIS: *BULK ANALYSIS*

PROJECT: *PRUDENTIAL : 1100 MICAN : 180. 48*
SAMPLE NUMBER: *M 3177-6*
SAMPLE ID: *#6A  41ST FLOOR*

DATE OF ANALYSIS: *8/6/90*

ANALYST: *W. B. Ezell*

---

Asbestos Minerals:   *CHRYSOTILE  (EDS)(DIFF)*


Other Components:   *VERMICULITE  (EDS)*
   *GYPSUM      (EDS)(DIFF)*
   *$TiO_2$      (EDS)(DIFF)\*TRACE*
   *CALCITE    (EDS)(DIFF)\*TRACE*

Comments:

PIS 00111243

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   12:59
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=1033



0.000                                          VFS = 256      10 240
   43      M3177-6, CHRYSOTILE

PIS 00111244

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90  12:54
Cursor: 0.000KeV = 0          ROI (SIKα) 1.660: 1.810=1004



0.000                                    VFS = 256      10 240
77       M3177-6, VERMICULITE

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   12:56
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=78



2.000                                    VFS = 256      10.240
     4      MS177-6, GYPSUM

PIS 00111246

MATERIALS ANALYTICAL SERVICES                MON 06-AUG-90   13:02
Cursor: 0.000keV = 0        ROI (SIKα) 1.660: 1.810=134



0.000                              VFS = 256      10.240
12      MS177-6, CALCITE W/ CHRYSOTILE

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90  13:07
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=73



0.000                              VFS = 256      10 240
    8      M3177-6. TIO2

PIS 00111248



MATERIALS
ANALYTICAL
SERVICES

## ADDITIONAL BULK ANALYSIS

Sample # _M3177-6_                     Analyst _S.K.K._

Date    _08/07/90_ .

### ACID DISSOLUTION

(1) Petri dish plus sample:                                    _8.5047_  g

(2) Petri dish minus sample:                                   _7.3652_  g

(3) Original sample weight:                                    _1.1395_  g

(4) Filter weight:                                             _0.0572_  g

(5) Clean petri dish weight:                                   _7.3524_  g

(6) Final sample weight plus filter and petri dish:           _7.9198_  g

(7) Final sample wt:((6) -[(4) + (5)])                        _0.5102_  g


(8) Percent residue wt:((7)/(3) x 100)                         _44.8_  %

(9) Amount in solution:(100 - (8))                             _55.2_  %

3597 Parkway Lane · Suite 250
Norcross, Georgia 30092
(404) 448-3200



MATERIALS
ANALYTICAL
SERVICES

ADDITIONAL BULK ANALYSIS

## STARCH VERIFICATION

Sample # _M 3177-6_          Analyst _W. B. Egl_

Date _8 / 9 / 90_

1) Sample Analyzed before/after acid dissolutions

**Starch observed**                    (no)  ✓

                                   yes _____

**Iodine test**              positive _____
(ceiling tile only)

                            negative _____

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # – Spl #: _M 3177-7_          Date: _9/6/90_

Project Name: _1100 Milam_          Analyst _Jordan_

Sample Identification: _7B   40TH FLOOR_

Gross Visual Description: _tan matrix, rust color one side, painted_
_other side, wavy fibers, gold-8bden_

| Optical Data for Asbestos Identification | | | |
|---|---|---|---|
| Morphology . . . . . . . . . | wavy | | |
| Pleochroism . . . . . . . . | no | | |
| Refractive Index . . . . . . | 1.54/1.55n | | |
| Sign of Elongation . . . . . | + | | |
| Extinction . . . . . . . . . | a | | |
| Birefringence . . . . . . . | low | | |
| Melt . . . . . . . . . . . | | | |
| Fiber Name . . . . . . . . | Chry | | |

**ASBESTOS MINERALS:**          Est. Vol. %

Chrysotile . . . . . . . . . _10_
Amosite . . . . . . . . .
Crocidolite . . . . . . .
Tremolite/Actinolite . . . .
Anthophyllite . . . . . .

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . .
Fibrous glass . . . . . .
Cellulose . . . . . . . .
Synthetic . . . . . . . .
Other

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . .
Vermiculite . . . . . . . _35_
Other

Binders . . . . . . . . . _55_
_abundant gypsum_

EFFERVESCENCE: _V. weak_

COMMENTS: _NPD_



**MATERIALS ANALYTICAL SERVICES, INC.**
3597 Parkway Lane, Suite 250
Norcross, GA  30092
404/448-3200

TEM ANALYSIS: *BULK ANALYSIS*

PROJECT: *PRUDENTIAL 1100 MILAM 120.48*
SAMPLE NUMBER: *M3177-7*
SAMPLE ID: *# 7B 40TH FLOOR*

DATE OF ANALYSIS: *8/6/90*

ANALYST: *W. B. Egeland*

Asbestos Minerals: *CHRYSOTILE (EDS)(DIFF)*

Other Components: *VERMICULITE (EDS)*
*GYPSUM (EDS)(DIFF)*
*CALCITE (EDS)(DIFF) SMALL AMOUNT*

Comments:

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   13:47
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=1001



0.000                                    VFS = 256      10.240
44       M3177-7, CHRYSOTILE

PIS 00111253

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   13:45
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=1033



0 003                                              VFS = 256      10.240
    9      M3177-7, VERMICULITE

PIS 00111254



MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   13:43
Cursor: 0.000KeV = 0          ROI (SIKα) 1.660: 1.810=73

0.000                              VFS = 256      10.240
      3    .M3177-7, GYPSUM

PIS 00111255

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90  13:50
Cursor: 0.000KeV = 0          ROI (SIKα) 1.660: 1.810=100



0.000                                    VFS = 256      10.240
    11      M3177-7, CALCITE

PIS 00111256



MATERIALS
ANALYTICAL
SERVICES

## ADDITIONAL BULK ANALYSIS

Sample # _M 3177-7_

Analyst _J. F. P._

Date _08/07/90_

### ACID DISSOLUTION

(1) Petri dish plus sample: _8.5237_ g

(2) Petri dish minus sample: _7.3385_ g

(3) Original sample weight: _1.1852_ g

(4) Filter weight: _0.0575_ g

(5) Clean petri dish weight: _7.3721_ g

(6) Final sample weight plus filter and petri dish: _7.9116_ g

(7) Final sample wt:((6) −[(4) + (5)]) _0.4769_ g

(8) Percent residue wt:((7)/(3) x 100) _40.2_ %

(9) Amount in solution:(100 − (8)) _59.8_ %

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200

PIS 00111257



MATERIALS
ANALYTICAL
SERVICES

ADDITIONAL BULK ANALYSIS

# STARCH VERIFICATION

Sample # *D 3177 - 7*

Date *8/9/90*

Analyst *U.B. Eyl*

**1) Sample Analyzed before/after acid dissolutions**

## Starch observed

(no) ✓

yes _____

## Iodine test
(ceiling tile only)

positive _____

negative _____

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # – Spl #: _____ M3177-8 _____          Date: 2/6 /90

Project Name: _____ 1100 Mil _____          Analyst: Kroleya

Sample Identification: _____ 8B    26 TH FLOOR _____

Gross Visual Description: tan matrix w/long fibers, gold flakes, rust color one side.

| Optical Data for Asbestos Identification | | | | |
|---|---|---|---|---|
| Morphology | wavy | | | |
| Pleochroism | no | | | |
| Refractive Index | 1.511 1.574 | | | |
| Sign of Elongation | + | | | |
| Extinction | o | | | |
| Birefringence | low | | | |
| Melt | | | | |
| Fiber Name | Amy | | | |

ASBESTOS MINERALS:                     Est. Vol. %

| | |
|---|---|
| Chrysotile | 11 |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

OTHER FIBROUS COMPONENTS:

| | |
|---|---|
| Mineral/Rock wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |
| Other | |

NON-FIBROUS COMPONENTS:

| | |
|---|---|
| Perlite | |
| Vermiculite | 35 |
| Other | |

Binders . . . . . . . . . . . 54

abundant gypsum

EFFERVESCENCE: _____ weak _____

COMMENTS: _____



**MATERIALS ANALYTICAL SERVICES, INC.**
3597 Parkway Lane, Suite 250
Norcross, GA   30092
404/448-3200

TEM ANALYSIS: *BULK ANALYSIS*

PROJECT: *PRUDENTIAL 1100 MILAM 120.48*
SAMPLE NUMBER: *M 3177-8*
SAMPLE ID: *#8 B  26ᵀᴴ FLOOR*

DATE OF ANALYSIS: *8/6/90*

ANALYST: *W.B. Eglel*

Asbestos Minerals: *CHRYSOTILE  (EDS)(DIFF)*

Other Components: *VERMICULITE (EDS)(*
*GYPSUM      (EDS)(DIFF)*
*CALCITE (EDS) *TRACE*

Comments:

MATERIALS ANALYTICAL SERVICES         MON 06-AUG-90  14:44
Cursor: 0.000keV = 0         ROI (SIKα) 1.660: 1.810=1027



0.000                                    VFS = 256    10.240
    12     M3177-8, CHRYSOTILE

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   14:41
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=1017



0.000                                    VFS = 256      10.240
  18      M3177-8, VERMICULITE

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90  14:42
Cursor: 0.000KeV = 0          ROI (SIKα) 1.660: 1.810=68



0.000                              VFS = 256    10.240
   4      M3177-8  GYPSUM

PIS 00111263

MATERIALS ANALYTICAL SERVICES          MON 06~AUG-90   14:45
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=34



0.000                                    VFS = 256     10.240
     4      M3177-8, CALCITE



MATERIALS
ANALYTICAL
SERVICES

# ADDITIONAL BULK ANALYSIS

Sample #_M3177-8_                                    Analyst _J.X.R._

Date   _08/07/90_

## ACID DISSOLUTION

(1) Petri dish plus sample:                          _8.9653_ g

(2) Petri dish minus sample:                         _7.8489_ g

(3) Original sample weight:                          _1.1164_ g

(4) Filter weight:                                   _0.0619_ g

(5) Clean petri dish weight:                         _7.3833_ g

(6) Final sample weight plus filter and petri dish:  _7.9077_ g

(7) Final sample wt:((6) −[(4) + (5)])               _0.4625_ g

(8) Percent residue wt:((7)/(3) x 100)               _41.4_ %

(9) Amount in solution:(100 − (8))                   _58.6_ %

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200



**MATERIALS
ANALYTICAL
SERVICES**

ADDITIONAL BULK ANALYSIS

# STARCH VERIFICATION

Sample # _Δ 3177- 8_           Analyst _W. B. Eglund_

Date _8/9/90_


**1) Sample Analyzed before/after acid dissolutions**


## Starch observed                    (no) _✓_

                                        yes _____



**Iodine test**                    positive _____
(ceiling tile only)
                                    negative _____

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: _____ M377-9 _____   Date: 0/6/90

Project Name: _____ 1100 Mih _____   Analyst: Henderson

Sample Identification: _____ 9B   12 TH FLOOR.

Gross Visual Description: tan matrix, painted one side, rust color other side, wavy fibers, gold flakes.

## Optical Data for Asbestos Identification

Morphology . . . . . . . . . . . . . . .
Pleochroism . . . . . . . . . . . . . .
Refractive Index . . . . . . . . . . .
Sign of Elongation . . . . . . . . . .
Extinction . . . . . . . . . . . . . .
Birefringence . . . . . . . . . . . . .
Melt . . . . . . . . . . . . . . . . .
Fiber Name . . . . . . . . . . . . . .

**ASBESTOS MINERALS:**                    Est. Vol. %

Chrysotile . . . . . . . . . . . . .    12
Amosite . . . . . . . . . . . . . .
Crocidolite . . . . . . . . . . . .
Tremolite/Actinolite . . . . . . .
Anthophyllite . . . . . . . . . . .

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . . . .
Fibrous glass . . . . . . . . . .
Cellulose . . . . . . . . . . . .
Synthetic . . . . . . . . . . . .
Other

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . . . . .
Vermiculite . . . . . . . . . . .    35
Other

Binders . . . . . . . . . . . .    <3
abundant gypsum

EFFERVESCENCE: _____ weak

COMMENTS: _____ nsb



MATERIALS ANALYTICAL SERVICES, INC.
3597 Parkway Lane, Suite 250
Norcross, GA   30092
404/448-3200

TEM ANALYSIS: *BULK ANALYSIS*

PROJECT: *PRUDENTIAL 1100 MILAM  120.48*
SAMPLE NUMBER: *M3/77-9*
SAMPLE ID: *#9B  12TH FLOOR*

DATE OF ANALYSIS: *8/6/90*

ANALYST: *W. B. Eghell*

Asbestos Minerals: *CHRYSOTILE  (EDS)(DIFF)*

Other Components: *VERMICULITE  (EDS)*
*GYPSUM        (EDS)(DIFF)*
*CALCITE       (EDS)(DIFF)  * TRACE*
*IRON          (EDS)    * TRACE*
Comments: *TiO₂          (EDS)(DIFF)*

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   15:01
Cursor: 0.000keV = 0       ROI (SIKα) 1.660: 1.810=1092



0.000                              VFS = 256      10.240
16      M3177-9, CHRYSOTILE

MATERIALS ANALYTICAL SERVICES                    MON 06-AUG-90  14:58
Cursor: 0.000KeV = 0           ROI (SIKα) 1.660: 1.810=1026



0.000                                            VFS = 256      10.240

28        M3177-9, VERMICULITE

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   14:59
Cursor: 0.000KeV = 0        ROI (SIKα) 1.660: 1.810=99



0.000                                   VFS = 256      10.240
     7     M3177-9, GYPSUM

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   15:10
Cursor: 0.000KeV = 0          ROI (SIKα) 1.660: 1.810=82



0.000                              VFS = 256      10.240
    6      M3177-9, CALCITE

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90  15:07
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=89



2.000                              VFS = 256     10.240
  48      M3177-9, IRON

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90  14:56
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=95



0.000                                    VFS = 256    10.240
   3     M3177-9, TIO2

PIS 00111274



MATERIALS
ANALYTICAL
SERVICES

### ADDITIONAL BULK ANALYSIS

Sample # _M3177-9_          Analyst _J. H. R._

Date _08/06/90_

### ACID DISSOLUTION

(1) Petri dish plus sample:                               _9.3558_ g

(2) Petri dish minus sample:                              _8.0519_ g

(3) Original sample weight:                               _1.3039_ g

(4) Filter weight:                                        _0.0623_ g

(5) Clean petri dish weight:                             _7.3638_ g

(6) Final sample weight plus filter and petri dish:     _8.0169_ g

(7) Final sample wt:((6) −[(4) + (5)])                   _0.5908_ g

(8) Percent residue wt:((7)/(3) x 100)                    _45.3_ %

(9) Amount in solution:(100 − (8))                        _54.7_ %

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200

PIS 00111275



MATERIALS
ANALYTICAL
SERVICES

ADDITIONAL BULK ANALYSIS

## STARCH VERIFICATION

Sample # _17 3177-9_     Analyst _U. P. Eye_

Date _8/9/90_

1) Sample Analyzed before/after acid dissolutions

**Starch observed**     (no) ✓

yes _____

**Iodine test**     positive _____
(ceiling tile only)

negative _____

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200

## MATERIALS ANALYTICAL SERVICES, INC.

### BULK ASBESTOS SHEET

Project # - Spl #: _____ M3177-10 _____     Date: 9/6/90

Project Name: _____ 1100 RL _____     Analyst: _____

Sample Identification: _____ 10B    10 TH Floor _____

Gross Visual Description: thin matrix, gold flakes, white paint on side, rust color other side, wavy fibers

| Optical Data for Asbestos Identification | | | |
|---|---|---|---|
| Morphology | wavy | | |
| Pleochroism | no | | |
| Refractive Index | 1.74 - 1.55 | | |
| Sign of Elongation | + | | |
| Extinction | o | | |
| Birefringence | low | | |
| Melt | | | |
| Fiber Name | C | | |

**ASBESTOS MINERALS:**          Est. Vol. %

Chrysotile . . . . . . . . .     10
Amosite . . . . . . . .
Crocidolite . . . . . . . .
Tremolite/Actinolite . . . . .
Anthophyllite . . . . . . .

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . .
Fibrous glass . . . . . . .
Cellulose . . . . . . . . .
Synthetic . . . . . . . .
Other

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . .
Vermiculite . . . . . . . .     35
Other

Binders . . . . . . . . .     55

abundant gypsum

EFFERVESCENCE: _____ weak _____

COMMENTS: _____



**MATERIALS ANALYTICAL SERVICES, INC.**
3597 Parkway Lane, Suite 250
Norcross, GA   30092
404/448-3200

TEM ANALYSIS: *BULK ANALYSIS*

PROJECT: *PRUDENTIAL 1100 MILAM 120.48*
SAMPLE NUMBER: *M 3177-10*
SAMPLE ID: *#10 B    10TH FLOOR*

DATE OF ANALYSIS: *8/6/90*

ANALYST: *W. B. Englud*

---

Asbestos Minerals:   *CHRYSOTILE (EDS)(DIFF)*

Other Components:   *VERMICULITE (EDS)*
                    *GYPSUM      (EDS)(DIFF)*
                    $T_1 O_2$    *(EDS)* TRACE*
                    *IRON        (EDS)* TRACE*

Comments:

PIS 00111278

MATERIALS ANALYTICAL SERVICES                    MON 06-AUG-90   15:40
Cursor: 0.000keV = 0            ROI (SIKα) 1.660: 1.810=1013



∂ 000                                    VFS = 256        10.240
      S2      M3177-10, CHRYSOTILE

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90  15:37
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=1016



0.000                              VFS = 256      10.240
27       M3177-10, VERMICULITE



MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90  15:39
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=51

0.000                                    VFS = 256    10.240
    S     M3177-10, GYPSUM

MATERIALS ANALYTICAL SERVICES           MON 06-AUG-90   15:47
Cursor: 0.000keV = 0           ROI (SIKα) 1.660: 1.810=93



0.000                                    VFS = 256      10.240
    S     M3177-10, TIO2

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90  15:57
Cursor: 0.000KeV = 0          ROI (SIKα) 1.660: 1.810=88



0.000                                    VFS = 256    10.240
   7      M3177-10, IRON

PIS 00111283



**MATERIALS
ANALYTICAL
SERVICES**

## ADDITIONAL BULK ANALYSIS

Sample # _M3177-10_                     Analyst _J.K.R._

Date _08/06/90_

### ACID DISSOLUTION

(1) Petri dish plus sample:                          _8.0988_ g

(2) Petri dish minus sample:                         _7.3235_ g

(3) Original sample weight:                          _0.7753_ g

(4) Filter weight:                                   _0.0630_ g

(5) Clean petri dish weight:                         _7.3535_ g

(6) Final sample weight plus filter and petri dish:  _7.7461_ g

(7) Final sample wt:((6) −[(4) + (5)])               _0.3296_ g


(8) Percent residue wt:((7)/(3) x 100)               _42.5_ %

(9) Amount in solution:(100 − (8))                   _57.5_ %

3397 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200



**MATERIALS
ANALYTICAL
SERVICES**

ADDITIONAL BULK ANALYSIS

## STARCH VERIFICATION

Sample # _/₇3/77-/0_          Analyst _w. B. Egleb_

Date _8/9/90_

1) Sample Analyzed before/after acid dissolutions

**Starch observed**                    (no)   ✓

                                        yes _____

**Iodine test**              positive _____
(ceiling tile only)

                            negative _____

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200

PIS 00111285

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # – Spl #: _____ M3177-11 _____    Date: 2/6/90

Project Name: _____ 1100 Mil _____    Analyst: _____

Sample Identification: _____ 11B    8 TH FLOOR _____

Gross Visual Description: _____ tan matrix, gold flakes, waxy sheen, _____ red color on red _____

| Optical Data for Asbestos Identification | | | |
|---|---|---|---|
| Morphology | wavy | | |
| Pleochroism | N | | |
| Refractive Index | 1.549n11 | | |
| Sign of Elongation | + | | |
| Extinction | 0 | | |
| Birefringence | low | | |
| Melt | | | |
| Fiber Name | C | | |

ASBESTOS MINERALS:                    Est. Vol. %

Chrysotile . . . . . . . . . _____ 11 _____
Amosite . . . . . . . . . . _____
Crocidolite . . . . . . . . _____
Tremolite/Actinolite . . . . _____
Anthophyllite . . . . . . . _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . _____
Fibrous glass . . . . . . . _____
Cellulose . . . . . . . . . _____
Synthetic . . . . . . . . . _____
Other _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . _____
Vermiculite . . . . . . . . _____ 35 _____
Other _____

Binders . . . . . . . . . . _____ 54 _____
_____ standard gypsum _____

EFFERVESCENCE: _____ weak _____

COMMENTS: _____



**MATERIALS ANALYTICAL SERVICES, INC.**
3597 Parkway Lane, Suite 250
Norcross, GA   30092
404/448-3200

TEM ANALYSIS: *BULK ANALYSIS*

PROJECT: *PRUDENTIAL 1100 MILAM 120.48*
SAMPLE NUMBER: *A 3177~11*
SAMPLE ID: *# 11 B    8 TH FLOOR*

DATE OF ANALYSIS: *8/6/90*

ANALYST: *W. B. Eyland*

---

Asbestos Minerals: *CHRYSOTILE (EDS)(DIFF)*

Other Components: *VERMICULITE (EDS)*
*GYPSUM    (EDS)(DIFF)*
*CALCITE    (EDS)(DIFF) # TRACE*

Comments:

PIS 00111287

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   16:24
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=1010



0.000                                    VFS = 256      10.240
   19       M3177-11, CHRYSOTILE

PIS 00111288