

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   16:22
Cursor: 0.000KeV = 0          ROI (SIKα) 1.660: 1.810=1103

0.000                                        V=S = 256     10.240
  25      M3177-11, VERMICULITE

PIS 00111289

MATERIALS ANALYTICAL SERVICES               MON 06-AUG-90   16:18
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=71



0.000                                   VFS = 256      10.240
   12      M3177-11, GYPSUM

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   16:36
Cursor: 0.000keV = 0        ROI (SIKα) 1.660: 1.810=35



0.000                                    VFS = 255        10.240
    9      M3177-11, CALCITE

PIS 00111291



**MATERIALS
ANALYTICAL
SERVICES**

## ADDITIONAL BULK ANALYSIS

Sample # _M3177-11_          Analyst _J.M.R._

Date     _08/06/90_

### ACID DISSOLUTION

(1) Petri dish plus sample:                                      _9.5474_  g

(2) Petri dish minus sample:                                     _7.6089_  g

(3) Original sample weight:                                      _1.9385_  g

(4) Filter weight:                                               _0.0562_  g

(5) Clean petri dish weight:                                     _7.3102_  g

(6) Final sample weight plus filter and petri dish:              _8.2756_  g

(7) Final sample wt:((6) −[(4) + (5)])                           _0.9092_  g


(8) Percent residue wt:((7)/(3) x 100)                           _·46.9_   %

(9) Amount in solution:(100 − (8))                               _53.1_    %

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200

PIS 00111292



MATERIALS
ANALYTICAL
SERVICES

ADDITIONAL BULK ANALYSIS

## STARCH VERIFICATION

Sample # _173/77-11_

Date _8/9/90_

Analyst _W.B. Schl_

**1) Sample Analyzed before/after ~~acid~~ dissolutions**

## Starch observed

(no) ✓

yes _____

### Iodine test
(ceiling tile only)

positive _____

negative _____

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: _M 3432-1_                    Date: _3/15/91_

Project Name: _Prudential / 120.48_              Analyst: _G. Mbi_

Sample Identification: _1A Spray on Fireproofing   26th Floor_

Gross Visual Description: _Beige with wavy fine fibers, gold flakes and bodies_
_bound in a fine grained matrix_

| Optical Data for Asbestos Identification | | | |
|---|---|---|---|
| Morphology | _wavy_ | | |
| Pleochroism | _no_ | | |
| Refractive Index | _1.55 || 1.54_ | | |
| Sign of Elongation | _+_ | | |
| Extinction | _0_ | | |
| Birefringence | _low_ | | |
| Melt | _no_ | | |
| Fiber Name | _Chrysotile_ | | |

ASBESTOS MINERALS:                    Est. Vol. %

Chrysotile . . . . . . . . . . _10_
Amosite . . . . . . . . .
Crocidolite . . . . . . . .
Tremolite/Actinolite . . . . . .
Anthophyllite . . . . . . . .

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . .
Fibrous glass . . . . . . .
Cellulose . . . . . . .
Synthetic . . . . . . . .
Other

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . .
Vermiculite . . . . . . . . _35_
Other

Binders . . . . . . . . . _55_
_Abundant gypsum, fine grained aggregate_

EFFERVESCENCE: _None - weak in isolated areas_

COMMENTS:
                    _NSO_

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: _____ M3544-1 _____      Date: 2/4/96

Project Name: _____ 1100 MlAm Bldg. _____      Analyst: Herdins

Sample Identification: V-11          1A  16TH FLOOR

Gross Visual Description: tan fine matrix w/ gold flakes +
 wavy fibers

| Optical Data for Asbestos Identification | | | | |
|---|---|---|---|---|
| Morphology | wavy | | | |
| Pleochroism | no | | | |
| Refractive Index | 1.54 Li, RI 1.1 | | | |
| Sign of Elongation | + | | | |
| Extinction | o | | | |
| Birefringence | low | | | |
| Melt | | | | |
| Fiber Name | Chry | | | |

ASBESTOS MINERALS:                              Est. Vol. %

| | |
|---|---|
| Chrysotile | 9 |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

OTHER FIBROUS COMPONENTS:

| | |
|---|---|
| Mineral/Rock wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |
| Other | |

NON-FIBROUS COMPONENTS:

| | |
|---|---|
| Perlite | |
| Vermiculite | 35 |
| Other | |

Binders . . . . . . . . . . . 56
 abundant gypsum, scattered carbonates

EFFERVESCENCE: _____ weak _____

COMMENTS: _____ NSD _____

## MATERIALS ANALYTICAL SERVICES, INC.

### BULK ASBESTOS SHEET

Project # - Spl #: _M 3544-5_                              Date: _3/15/91_

Project Name: _Prudential / 120.48_                        Analyst: _G. Mast._

Sample Identification: _1100 Milam Bldg. #1-11 1100 milam Bldg_
_Sample #2A   Spray on fire proofing  16th Floor_

Gross Visual Description: _Beige with wavy fine fibers, gold flakes and books_
_bound in a fine grained matrix_

```
┌──────────────────────────────────────────────────────────────┐
│         Optical Data for Asbestos Identification               │
│  Morphology . . . . . . . . . _wavy_ . . _____ . . _____    │
│  Pleochroism. . . . . . . . . _no_   . . _____ . . _____    │
│  Refractive Index . . . . . . _1.55 I1.54I_ . _____ . . ___  │
│  Sign of Elongation . . . . . _+_    . . _____ . . _____    │
│  Extinction . . . . . . . . . _0_    . . _____ . . _____    │
│  Birefringence. . . . . . . . _low_  . . _____ . . _____    │
│  Melt . . . . . . . . . . . . _no_   . . _____ . . _____    │
│  Fiber Name . . . . . . . . . _Chrysotile_ . _____ . . ___   │
└──────────────────────────────────────────────────────────────┘
```

ASBESTOS MINERALS:                        Est. Vol. %

Chrysotile . . . . . . . . . . _10_
Amosite  . . . . . . . . . . . _____
Crocidolite . . . . . . . . . . _____
Tremolite/Actinolite . . . . . _____
Anthophyllite . . . . . . . . . _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . . _____
Fibrous glass . . . . . . . . . _____
Cellulose . . . . . . . . . . . _____
Synthetic . . . . . . . . . . . _____
Other                          _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . . . _____
Vermiculite . . . . . . . . . . _35_
Other                          _____

Binders . . . . . . . . . . . . _55_
_Abundant Gypsum, fine grained aggregate._

EFFERVESCENCE: _none - weak in Isolated Grains_

COMMENTS:                      _N.S.O._

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # – Spl #: _M 4245-1_     Date: _7/3/90_

Project Name: _PRV /Law Assoc /1100 Milam_     Analyst: _J. Mogh____

Sample Identification: _# 16A   Bldg V-11_

_Low-Rise Elevator Shaft, 16 TH Level_

Gross Visual Description: _Beige with fine fibers and flakes and_

_books bound in a fine grained matrix_

| Optical Data for Asbestos Identification | | | | |
|---|---|---|---|---|
| Morphology | wavy | | | |
| Pleochroism | no | | | |
| Refractive Index | 1.550 LSL | | | |
| Sign of Elongation | + | | | |
| Extinction | 0 | | | |
| Birefringence | low | | | |
| Melt | no | | | |
| Fiber Name | Chrysotile | | | |

ASBESTOS MINERALS:      Est. Vol. %

Chrysotile . . . . . . . . . . _10_
Amosite . . . . . . . . . . .
Crocidolite . . . . . . . . .
Tremolite/Actinolite . . . . .
Anthophyllite . . . . . . . .

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . .
Fibrous glass . . . . . . . .
Cellulose . . . . . . . . . .
Synthetic . . . . . . . . . .
Other

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . .
Vermiculite . . . . . . . . _35_
Other

Binders . . . . . . . . . . _55_
_fine grained aggregate,  Gypsum present_

EFFERVESCENCE: _none- weak in Isolated areas_

COMMENTS: _NSD_

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: _M4245-2_                    Date: _2/3/90_

Project Name: _PRU lland Assoc 1100 Milam_     Analyst: _J. Martin_

Sample Identification: _#16B     Bldg J-11_

_Low Rise Elevator Shaft, 16th Level_

Gross Visual Description: _Beige with fine fibers, gold flakes that_
_books bound in a fine grained matrix_

| Optical Data for Asbestos Identification | | | |
|---|---|---|---|
| Morphology | wavy | | |
| Pleochroism | no | | |
| Refractive Index | 1.554/1.54 | | |
| Sign of Elongation | + | | |
| Extinction | o | | |
| Birefringence | low | | |
| Melt | no | | |
| Fiber Name | Chrysotile | | |

ASBESTOS MINERALS:                    Est. Vol. %

Chrysotile . . . . . . . . . .    _10_
Amosite . . . . . . . . . . .
Crocidolite . . . . . . . . .
Tremolite/Actinolite . . . . .
Anthophyllite . . . . . . . .

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . .
Fibrous glass . . . . . . . .
Cellulose . . . . . . . . . .
Synthetic . . . . . . . . . .
Other

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . .
Vermiculite . . . . . . . . .   _35_
Other

Binders . . . . . . . . . .     _55_
_Fine grained aggregate, Gypum Proct_

EFFERVESCENCE: _none - weak in isolated areas_

COMMENTS:
                    _Also_

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # – Spl #: __M4245-3__                    Date: __7/31/90__

Project Name: __PRU / Law Assoc /1160 milgn__     Analyst: __J. McKin__

Sample Identification: __#5    Bldg # V-11__

__Low Rise Elevator Shaft, 5TH Level__

Gross Visual Description: __Beige with fine fibers, gold flakes__
__and books bound in a fine grained matrix__

| Optical Data for Asbestos Identification | |
|---|---|
| Morphology | wavy |
| Pleochroism | no |
| Refractive Index | 1.551/1.541 |
| Sign of Elongation | + |
| Extinction | 0 |
| Birefringence | low |
| Melt | no |
| Fiber Name | Chrysotile |

ASBESTOS MINERALS:                    Est. Vol. %

Chrysotile . . . . . . . . . . .    10
Amosite . . . . . . . . . . . .
Crocidolite . . . . . . . . . .
Tremolite/Actinolite . . . . . .
Anthophyllite . . . . . . . . .

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . .
Fibrous glass . . . . . . . .
Cellulose . . . . . . . . . .
Synthetic . . . . . . . . . .
Other

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . .
Vermiculite . . . . . . . . .    35
Other

Binders . . . . . . . . . . .    55
__fine grained aggregate, Abundant Gypsum__

EFFERVESCENCE: __none- weak in Isolated areas__

COMMENTS:        __NSD__

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # – Spl #: _M4245-4_          Date: _7/3/90_

Project Name: _PRU / Law Assoc  / 1160 Milan_     Analyst: _J. M____n_

Sample Identification: _#10  Bldg # V-11_

_LOW RISE ELEVATOR SHAFT, 10TH LEVEL_

Gross Visual Description: _Beige with fine fibers, gold flakes_
_and books found in a fine grained matrix_

### Optical Data for Asbestos Identification

| | | | |
|---|---|---|---|
| Morphology | wavy | | |
| Pleochroism | no | | |
| Refractive Index | 1.55/1.54 | | |
| Sign of Elongation | + | | |
| Extinction | 0 | | |
| Birefringence | low | | |
| Melt | no | | |
| Fiber Name | Chrysotile | | |

ASBESTOS MINERALS:                Est. Vol. %

| | |
|---|---|
| Chrysotile | 10 |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

OTHER FIBROUS COMPONENTS:

| | |
|---|---|
| Mineral/Rock wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |
| Other | |

NON-FIBROUS COMPONENTS:

| | |
|---|---|
| Perlite | |
| Vermiculite | 35 |
| Other | |

| | |
|---|---|
| Binders | 55 |

_fine grained aggregate, Abundant Gypsum_

EFFERVESCENCE: _None - weak in Isolated areas_

COMMENTS:       _NSD_

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: __M 4329-2__          Date: __8/1/90__

Project Name: __PRU / Law Assoc / 1100 milam__          Analyst: __J. Mohn__

Sample Identification: __39-1B__     __39TH FLOOR__

Gross Visual Description: __Beige with fine fibers, gold flakes and banks__
__bond in a fine grained matrix__

| Optical Data for Asbestos Identification | | | | |
|---|---|---|---|---|
| Morphology | wavy | | | |
| Pleochroism. | no | | | |
| Refractive Index | 1.51/1.541 | | | |
| Sign of Elongation | + | | | |
| Extinction | 0 | | | |
| Birefringence. | low | | | |
| Melt | no | | | |
| Fiber Name | Chrysotile | | | |

ASBESTOS MINERALS:                    Est. Vol. %

Chrysotile . . . . . . . . . . . . __10__
Amosite . . . . . . . . . . . . _____
Crocidolite . . . . . . . . . . . _____
Tremolite/Actinolite . . . . . . _____
Anthophyllite . . . . . . . . . _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . _____
Fibrous glass . . . . . . . . _____
Cellulose . . . . . . . . . _____
Synthetic . . . . . . . . . _____
Other _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . _____
Vermiculite . . . . . . . . . __35__
Other _____

Binders . . . . . . . . . . __55__
__fine grained aggregate, Abundant Gypsum__

EFFERVESCENCE: __none - weak in Isolated areas__

COMMENTS:                    __NSD__

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # – Spl #: _M 4441- 3_          Date: _2/8/90_

Project Name: _1100   Milam Bldg.   V-11_          Analyst: _Gardener_

Sample Identification: _25-1C      25 TH FLOOR_

Gross Visual Description: _tan matrix w/ gold flakes +_
_wavy fiber_

| Optical Data for Asbestos Identification | | | |
|---|---|---|---|
| Morphology | wavy | | |
| Pleochroism | no | | |
| Refractive Index | 1.54 ±1.571 | | |
| Sign of Elongation | + | | |
| Extinction | σ | | |
| Birefringence | low | | |
| Melt | | | |
| Fiber Name | Chry | | |

ASBESTOS MINERALS:                    Est. Vol. %

| | |
|---|---|
| Chrysotile | 8 |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

OTHER FIBROUS COMPONENTS:

| | |
|---|---|
| Mineral/Rock wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |
| Other | |

NON-FIBROUS COMPONENTS:

| | |
|---|---|
| Perlite | |
| Vermiculite | 40 |
| Other | |

| | |
|---|---|
| Binders | 52 |

_abundant gypsum_

EFFERVESCENCE: _v. weak_

COMMENTS: _RSD_

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # – Spl #: _M 4636 - 3_      Date: _8/1/90_

Project Name: _PRU / Law Assc / 1100 Milam_      Analyst: _J McClin_

Sample Identification: _IC  Bldg.  V-11  40TH FLOOR_

Gross Visual Description: _Beige with fine fibers, gold flakes and_
_books bound in a fine grained matrix_

### Optical Data for Asbestos Identification

| | |
|---|---|
| Morphology | _Wavy_ |
| Pleochroism | _no_ |
| Refractive Index | _1.55/1.54_ |
| Sign of Elongation | _+_ |
| Extinction | _0_ |
| Birefringence | _low_ |
| Melt | _no_ |
| Fiber Name | _Chrysotile_ |

ASBESTOS MINERALS:      Est. Vol. %

| | |
|---|---|
| Chrysotile | _10_ |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

OTHER FIBROUS COMPONENTS:

| | |
|---|---|
| Mineral/Rock wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |
| Other | |

NON-FIBROUS COMPONENTS:

| | |
|---|---|
| Perlite | |
| Vermiculite | _35_ |
| Other | |

| | |
|---|---|
| Binders | _55_ |

_Abundant  Gypsum_

EFFERVESCENCE: _none-verken Isolated areas_

COMMENTS: _Niso_

# EXHIBIT C

# 1100 MILAM

## HOUSTON, TEXAS

## (W.R. GRACE)

## SUMMARY OF ASBESTOS
## FIREPROOFING MANAGEMENT,
## REMOVAL AND REPLACEMENT NET COSTS

*Prepared By*

**Halliwell Engineering Associates, Inc.**

**July, 1996**

# 1100 MILAM
# HOUSTON, TX
# (W.R. GRACE)

## TABLE OF CONTENTS

**SECTION I:**      **INTRODUCTION**

A.   BUILDING EXTERIOR PHOTOGRAPH

B.   ASBESTOS FIREPROOFING REMOVAL STATUS DRAWING

C.   BUILDING INFORMATION SUMMARY

D.   INFORMATION CONSIDERED IN THE DEVELOPMENT OF THIS REPORT

**SECTION II:**     **SUMMARY OF COSTS**

TABLE 1   SUMMARY OF ASBESTOS FIREPROOFING IN-PLACE MANAGEMENT, REMOVAL AND REPLACEMENT NET COSTS

TABLE 2   SUMMARY OF ASBESTOS FIREPROOFING REMOVAL AND REPLACEMENT NET COSTS PRIOR TO BUILDING SALE

TABLE 3   DETAILED COSTS FOR COMPLETED ASBESTOS FIREPROOFING REMOVAL AND REPLACEMENT PROJECTS PRIOR TO BUILDING SALE

TABLE 4   DETAILED COSTS FOR IN-PLACE MANAGEMENT PROJECTS PRIOR TO BUILDING SALE

TABLE 5   ANALYSIS OF THE SALES CREDIT DUE TO ASBESTOS IN THE BUILDING

TABLE 6   INTEREST CHARGES

TABLE 7   MISCELLANEOUS RELATED COSTS NOT INCLUDED IN THIS REPORT

**SECTION III:**    **STATEMENT OF OPINIONS**

Halliwell Engineering Associates, Inc., July, 1996

**1100 MILAM
HOUSTON, TX
(W.R. GRACE)**

**TABLE OF CONTENTS (cont'd)**

**SECTION IV:**    **QUALIFICATIONS OF HALLIWELL ENGINEERING ASSOCIATES, INC. AND JACK L. HALLIWELL (SUBMITTED UNDER SEPARATE COVER)**

     A.    MR. HALLIWELL'S CURRENT CURRICULUM VITAE

     B.    HALLIWELL ENGINEERING ASSOCIATES INC; SUMMARY OF EXPERIENCE AND CAPABILITIES

     C.    MR. HALLIWELL'S PRIOR TESTIMONY RECORD

     D.    ARTICLES ON ASBESTOS ABATEMENT AND MANAGEMENT AUTHORED BY MR. HALLIWELL

     E.    COMPENSATION SCHEDULES FOR MR. HALLIWELL AND HALLIWELL ENGINEERING ASSOCIATES, INC.

**APPENDICES:**

     **APPENDIX A**

       PART A:    ASBESTOS ABATEMENT PROJECT INFORMATION

       PART B:    BUILDING INSPECTIONS CONDUCTED BY HALLIWELL ENGINEERING ASSOCIATES

       PART C:    LOCATION AND DETAILS OF INFORMATION CONSIDERED IN THE DEVELOPMENT OF THIS REPORT

     **APPENDIX B**    PROJECT FLOOR AREA/FIREPROOFING AREA CALCULATIONS

     **APPENDIX C**    REDUCED BUILDING DRAWINGS

     **APPENDIX D**    CLOSING AGREEMENT, DATED DECEMBER 22, 1993

Halliwell Engineering Associates, Inc., July, 1996

SECTION I

# SECTION I

# INTRODUCTION

**A)**    BUILDING EXTERIOR PHOTOGRAPH



## 1100 Milam
## Houston, Texas

## B. ASBESTOS FIREPROOFING REMOVAL STATUS DRAWING

# 1100 MILAM BUILDING
## HOUSTON, TEXAS



LEGEND:

| | |
|---|---|
| ▨ | FIREPROOFING REMOVED PRIOR TO SALE |
| ▧ | FIREPROOFING REMOVED AFTER SALE |
| ▦ | FIREPROOFING REMAINS |
| ▢ | FIREPROOFING NEVER APPLIED |

Halliwell Engineering Associates, Inc., July, 1996

## C.  BUILDING INFORMATION SUMMARY

Building name:     1100 Milam

Location:          Houston, TX

Ownership:         Building sold by The Prudential Insurance Company of America (12/22/93)

Building use:      Multi-tenant commercial offices

Total number of floors:     52: 3 parking levels, lower level 1, 1st, 2nd (core only), 3rd, (core only), 4th floor MER, 5-47 offices and penthouse MER

Number of floors with spray-applied fireproofing:  49: lower level 1 through Penthouse

Total floor area with fireproofing: 1,116,630 sq. ft.

Location of fireproofing:   Beams and full columns

Type of deck:  Corrugated steel

Core area:     Restrooms and 2 MERs sprayed and abated as part of a typical office floor project. Stairwells not sprayed.

Fireproofing surface area on a typical office floor: 28,830.51

Fireproofing surface area to floor area ratio (typical floor):     $28,830.51 \div 21,865 = 1.32$

Type of HVAC system:     2 MERs located in core on each floor. Perimeter HVAC system consists of ceiling mounted diffusers. The interior system consists of VAV boxes in the ceiling plenum.

96107\SectL.st

## D. INFORMATION CONSIDERED IN THE DEVELOPMENT OF THIS REPORT

### 1. Building Information:

Building design drawings

Asbestos survey

Correspondence

Building inspections

Photographs and photo logs

Discussions with building personnel

### 2. Asbestos Abatement Cost Information:

Consultant's proposal

Contractor's bid form

Contract documents

Consultant's invoices

Contractor's applications for payment

Change orders

Correspondence

### 3. Asbestos Abatement Project Information:

Contract documents

Abatement specifications

Abatement meeting notes

Consultant's daily logs

Contractor's daily logs

96107\SectLst

Correspondence

Federal and state asbestos regulations

**4.**      **Sales Credit Information**

Closing Agreement dated 12/22/93

SECTION II

# SECTION II

# SUMMARY OF COSTS

Halliwell Engineering Associates, Inc., July 1996

TABLE 1

# 1100 M I L A M BUILDING
## Houston, TX
### (W.R. Grace)

### TABLE 1
### SUMMARY OF ASBESTOS FIREPROOFING IN–PLACE
### MANAGEMENT, REMOVAL AND REPLACEMENT NET COSTS

| | | |
|---|---|---|
| ASBESTOS FIREPROOFING REMOVAL AND REPLACEMENT NET COSTS PRIOR TO BUILDING SALE | = | $7,446,786.32 |
| ASBESTOS FIREPROOFING IN–PLACE MANAGEMENT NET COSTS PRIOR TO BUILDING SALE | = | 213,513.29 |
| NET SALES CREDIT DUE TO THE PRESENCE OF ASBESTOS FIREPROOFING* | = | 1,023,262.50 |
| TOTAL NET COSTS ATTRIBUTABLE TO ASBESTOS FIRE-PROOFING MANAGEMENT, REMOVAL AND REPLACEMENT | = | $8,683,562.11 |

* The Prudential Insurance Company of America sold the 1100 Milam Building on December 22, 1993 with
  a stated sales credit of $1,023,262.50 to reflect the presence of ACM within the building.
  An evaluation of that credit and its reasonableness in light of the remaining asbestos fireproofing in the
  1100 Milam Building at the time of sale is contained within this report.

TABLE 2

1100 Milam
Houston, TX
(W.R. Grace)

Page 1

## Table 2
### Summary of Asbestos Fireproofing Removal and Replacement
### Net Costs Prior to Building Sale

| PROJECT INFORMATION | 16 & 26 | Low Rise Elev. Shaft | 25 | 39 |
|---|---|---|---|---|
| Floor (s) | | | | |
| Asbestos Abatement Dates | 08/21/89 – 11/21/89 | 01/22/90 – 03/06/90 | 03/08/90 – 04/04/90 | 02/15/90 – 03/07/90 (6) |
| Asbestos Abatement Contractor | BFI Stephens | BFI Stephens | BFI Stephens | BFI Stephens |
| Asbestos Abatement Consultant | Diagnostics | Diagnostics | Diagnostics | Diagnostics |
| Project Floor Area (square feet) | 44,234 | 8,064 | 22,369 | 23,249 |
| **GROSS ABATEMENT PROJECT COSTS** (1) | | | | |
| Asbestos Abatement Contractor | $726,377.00 | $378,684.00 | $366,881.00 | $401,347.00 |
| Asbestos Abatement Consultant | 49,867.05 | 24,228.11 | 24,746.75 | 21,990.02 |
| Electrician | 69,966.00 | 0.00 | 0.00 | 0.00 |
| Total Gross Abatement Project Costs | $846,210.05 | $402,912.11 | $391,627.75 | $423,337.02 |
| Total Cost per square foot of Floor Area | $19.13 | $49.96 | $17.51 | $18.21 |
| **DEDUCTIONS FOR NON FIREPROOFING PROJECT COSTS (NON FP)** | | | | |
| Vinyl Asbestos Floor Tile (VAT) Removal (2) | $2,240.00 | $0.00 | $2,810.00 | $1,200.00 |
| Thermal System Insulation (TSI) Removal (3) | 0.00 | 0.00 | 0.00 | 0.00 |
| Miscellaneous Project Cost Deductions (4) | 7,375.00 | 0.00 | 3,525.00 | 3,275.00 |
| Total Project Deductions | $9,615.00 | $0.00 | $6,335.00 | $4,475.00 |
| **CONTAMINATED BUILDING COMPONENT REPLACEMENT COSTS** (5) | | | | |
| Ceilings | $0.00 | $0.00 | $0.00 | $0.00 |
| Light Fixtures | 0.00 | 0.00 | 0.00 | 0.00 |
| Ductwork | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Contaminated Building Component Replacement Costs | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL NET PROJECT COSTS** | | | | |
| Total Net Project Costs | $836,595.05 | $402,912.11 | $385,292.75 | $418,862.02 |
| Total Net Project Costs Per Square Root of Floor Area | $18.91 | $49.96 | $17.22 | $18.02 |

Notes:

(1) Refer to Table 3 for detailed listing of Gross Abatement Project Costs.
(2) Refer to Table 3 for detailed listing of VAT Project Cost Deductions.
(3) No Asbestos containing TSI identified, therefore deduct = $0.
(4) Refer to Table 3 for detailed listing of Miscellaneous Project Cost Deductions.
(5) Refer to Table 7 for costs not included in this report.
(6) Cost estimated based on average Consultant's cost on typical floors :
Floors 14, 15, 18, 19, 22, 25, 40, 41 = $175,920.12 / 8 = $21,990.02 per floor.

(7) Cost estimated based on average Contractor's cost on typical floors :
Floors 13, 14, 15, 18, 19, 22, 25, 39, 40, 41 = $3,742,493.00 / 10 = $374,249.30 per floor.
(8) Cost listed on BFI Stephen's proposal dated November 8, 1990.
(9) Proposed cost shown on Tranceo Realty's correspondence dated November 8, 1990
(10) Total project cost deductions estimated based on average deductions on typical floor :
Floors 13, 14, 15, 22, 25, 39, 41 = $23,550.00 / 7 = $3,364.29 per floor.

96107

1100 Milam
Houston, TX
(W.R. Grace)

## Table 2
### Summary of Asbestos Fireproofing Removal and Replacement Net Costs Prior to Building Sale

| PROJECT INFORMATION | 40 | 41 | 22 | 15 | 18 |
|---|---|---|---|---|---|
| Floor (s) | | | | | |
| Asbestos Abatement Dates | 04/17/90 – 05/17/90 | 05/18/90 – 06/12/90 | 06/12/90 – 07/09/90 | 07/10/90 – 08/07/90 | 8/08/90 – 09/05/90 |
| Asbestos Abatement Contractor | BFI Stephens | BFI Stephens | BFI Stephens | BFI Stephens | BFI Stephens |
| Asbestos Abatement Consultant | Diagnostics | Diagnostics | Diagnostics | Diagnostics | Diagnostics |
| Project Floor Area (square feet) | 23,249 | 23,249 | 22,369 | 21,865 | 22,369 |
| **GROSS ABATEMENT PROJECT COSTS (1)** | | | | | |
| Asbestos Abatement Contractor | $390,593.00 | $383,999.00 | $379,222.00 | $360,605.00 | $378,253.00 |
| Asbestos Abatement Consultant | 23,279.75 | 21,038.50 | 24,742.81 | 22,184.06 | 21,415.00 |
| Electrician | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Gross Abatement Project Costs | $413,872.75 | $405,037.50 | $403,964.81 | $382,789.06 | $399,668.00 |
| Total Cost per square foot of Floor Area | $17.80 | $17.42 | $18.06 | $17.51 | $17.87 |
| **DEDUCTIONS FOR NON FIREPROOFING PROJECT COSTS (NON FP)** | | | | | |
| Vinyl Asbestos Floor Tile (VAT) Removal (2) | $3,275.00 | $2,368.00 | $2,368.00 | $2,980.00 | $440.00 |
| Thermal System Insulation (TSI) Removal (3) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Miscellaneous Project Cost Deductions (4) | 175.00 | 3,450.00 | 3,400.00 | 3,350.00 | 0.00 |
| Total Project Deductions | $3,450.00 | $5,818.00 | $5,768.00 | $6,330.00 | $440.00 |
| **CONTAMINATED BUILDING COMPONENT REPLACEMENT COSTS (5)** | | | | | |
| Ceilings | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Light Fixtures | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ductwork | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Contaminated Building Component Replacement Costs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL NET PROJECT COSTS** | | | | | |
| Total Net Project Costs | $410,422.75 | $399,219.50 | $398,196.81 | $376,459.06 | $399,228.00 |
| Total Net Project Costs Per Square Foot of Floor Area | $17.65 | $17.17 | $17.80 | $17.22 | $17.83 |

Notes:

(1) Refer to Table 3 for detailed listing of Gross Abatement Project Costs.
(2) Refer to Table 3 for detailed listing of VAT Project Cost Deductions.
(3) No Asbestos containing TSI identified, therefore deduct = $0.
(4) Refer to Table 3 for detailed listing of Miscellaneous Project Cost Deductions.
(5) Refer to Table 7 for details not included in this report.
(6) Cost estimated based on average Consultant's cost on typical floors :
    Floors 14, 15, 18, 19, 22, 25, 40, 41 = $175,920.12 / 8 = $21,990.02 per floor.

(7) Cost estimated based on average Contractor's cost on typical floors :
    Floors 13, 14, 15, 18, 19, 22, 25, 39, 40, 41 = $3,742,493.00 / 10 = $374,249.30 per floor.
(8) Cost listed on BFI Stephen's proposal dated November 8, 1990.
(9) Proposed cost shown on Temeco Realty's correspondence dated November 8, 1990.
(10) Total project cost deductions estimated based on average deductions on typical floor :
    Floors 13, 14, 15, 22, 25, 39, 41 = $23,550.00 / 7 = $3,364.29 per floor.

Halliwell Engineering Associates, Inc. July, 1996

1100 Milam
Houston, TX
(W.R. Grace)

**Table 2**
**Summary of Asbestos Fireproofing Removal and Replacement**
**Net Costs Prior to Building Sale**

| PROJECT INFORMATION | 19 | 13 | 14 | Mid Rise Elev Shaft |
|---|---|---|---|---|
| Floor(s) | 19 | 13 | 14 | Mid Rise Elev Shaft |
| Asbestos Abatement Dates | 09/04/90 – 10/02/90 | 10/11/90 – 12/14/90 | 10/01/90 – 11/07/90 | 09/01/91 – 12/17/91 |
| Asbestos Abatement Contractor | BFI Stephens | BFI Stephens | BFI Stephens | BFI Stephens |
| Asbestos Abatement Consultant | Diagnostics | Diagnostics | Diagnostics | Diagnostics |
| Project Floor Area (square feet) | 22,369 | 21,865 | 21,865 | 12,544 |
| **GROSS ABATEMENT PROJECT COSTS** (1) | | | | |
| Asbestos Abatement Contractor | $360,881.00 | $360,641.00 | $360,071.00 | $878,265.00 (8) |
| Asbestos Abatement Consultant | 19,395.00 | 21,990.02 (6) | 19,118.25 | 63,000.00 (9) |
| Electrician | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Gross Abatement Project Costs | $380,276.00 | $382,631.02 | $379,189.25 | $941,265.00 |
| Total Cost per square foot of Floor Area | $17.00 | $17.50 | $17.34 | $75.04 |
| **DEDUCTIONS FOR NON FIREPROOFING** | | | | |
| **PROJECT COSTS (NON FP)** | | | | |
| Vinyl Asbestos Floor Tile (VAT) Removal (2) | $810.00 | $570.00 | $0.00 | $0.00 |
| Thermal System Insulation (TSI) Removal (3) | 0.00 | 0.00 | 0.00 | 0.00 |
| Miscellaneous Project Cost Deductions (4) | 250.00 | 3,275.00 | 3,275.00 | 0.00 |
| Total Project Deductions | $1,060.00 | $3,845.00 | $3,275.00 | $0.00 |
| **CONTAMINATED BUILDING** | | | | |
| **COMPONENT REPLACEMENT COSTS** (5) | | | | |
| Ceilings | $0.00 | $0.00 | $0.00 | $0.00 |
| Light Fixtures | 0.00 | 0.00 | 0.00 | 0.00 |
| Ductwork | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Contaminated Building Component Replacement Costs | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL NET PROJECT COSTS** | | | | |
| Total Net Project Costs | $379,216.00 | $378,786.02 | $375,914.25 | $941,265.00 |
| Total Net Project Costs Per Square Foot of Floor Area | $16.95 | $17.32 | $17.19 | $75.04 |

Notes:
(1) Refer to Table 3 for detailed listing of Gross Abatement Project Costs.
(2) Refer to Table 3 for detailed listing of VAT Project Cost Deductions.
(3) No Asbestos containing TSI identified, therefore deduct = $0.
(4) Refer to Table 3 for detailed listing of Miscellaneous Project Cost Deductions.
(5) Refer to Table 7 for costs not included in this report.
(6) Cost estimated based on average Consultant's cost on typical floors :
   Floors 14, 15, 18, 19, 22, 25, 40, 41 = $175,920.12 / 8 = $21,990.02 per floor.

(7) Cost estimated based on average Contractor's cost on typical floors :
   Floors 13, 14, 15, 18, 19, 22, 25, 39, 40, 41 = $3,742,493.00 / 10 = $374,249.30 per floor.
(8) Cost listed on BFI Stephen's proposal dated November 8, 1990.
(9) Proposed cost shown on Tenneco Realty's correspondence dated November 8, 1990.
(10) Total project cost deductions estimated based on average deductions on typical floor :
   Floors 13, 14, 15, 22, 25, 39, 41 = $23,550.00 / 7 = $3,364.29 per floor.

96107

1100 Milam
Houston, TX
(W.R. Grace)

Page 4

## Table 2
### Summary of Asbestos Fireproofing Removal and Replacement
### Net Costs Prior to Building Sale

| | Perimeter Columns | 10 | 11 | 12 |
|---|---|---|---|---|
| **PROJECT INFORMATION** | | | | |
| Floor (s) | | | | |
| Asbestos Abatement Dates | 08/21/92 | 10/92 | 10/92 | 10/92 |
| Asbestos Abatement Contractor | Falcon Assoc. | BFI Stephens Diagnostics | BFI Stephens Diagnostics | BFI Stephens Diagnostics |
| Asbestos Abatement Consultant | BCM | | | |
| Project Floor Area (square feet) | 236 | 21,865 | 21,865 | 21,865 |
| **GROSS ABATEMENT PROJECT COSTS (1)** | | | | |
| Asbestos Abatement Contractor | $27,845.00 | $374,249.30 (7) | $374,249.30 (7) | $374,249.30 (7) |
| Asbestos Abatement Consultant | 7,310.00 | 21,990.02 (6) | 21,990.02 (6) | 21,990.02 (6) |
| Electrician | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Gross Abatement Project Costs | $35,155.00 | $396,239.32 | $396,239.32 | $396,239.32 |
| Total Cost per square foot of Floor Area | $148.96 | $18.12 | $18.12 | $18.12 |
| **DEDUCTIONS FOR NON FIREPROOFING PROJECT COSTS (NON FP)** | | | | |
| Vinyl Asbestos Floor Tile (VAT) Removal (2) | $0.00 | $0.00 | $0.00 | $0.00 |
| Thermal System Insulation (TSI) Removal (3) | 0.00 | 0.00 | 0.00 | 0.00 |
| Miscellaneous Project Cost Deductions (4) | 0.00 | 3,364.29 | 3,364.29 | 3,364.29 |
| Total Project Deductions | $0.00 | $3,364.29 (10) | $3,364.29 (10) | $3,364.29 (10) |
| **CONTAMINATED BUILDING COMPONENT REPLACEMENT COSTS (5)** | | | | |
| Ceilings | $0.00 | $0.00 | $0.00 | $0.00 |
| Light Fixtures | 0.00 | 0.00 | 0.00 | 0.00 |
| Ductwork | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Contaminated Building Component Replacement Costs | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL NET PROJECT COSTS** | | | | |
| Total Net Project Costs | $35,155.00 | $392,875.03 | $392,875.03 | $392,875.03 |
| Total Net Project Costs Per Square Foot of Floor Area | $148.96 | $17.97 | $17.97 | $17.97 |

Notes:
(1) Refer to Table 3 for detailed listing of Gross Abatement Project Costs.
(2) Refer to Table 3 for detailed listing of VAT Project Cost Deductions.
(3) No Asbestos containing TSI identified, therefore deduct = $0.
(4) Refer to Table 3 for detailed listing of Miscellaneous Project Cost Deductions
(5) Refer to Table 7 for costs not included in this report.
(6) Cost estimated based on average Consultant's cost on typical floors :
Floors 14,15,18,19,22,25,40,41 = $175,920.12 / 8 = $21,990.02 per floor.

Notes:
(7) Cost estimated based on average Contractor's cost on typical floors :
Floors 13,14,15,18,19,22,25,39,40,41 = $3,742,493.00 /10 = $374,249.30 per floor.
(8) Cost listed on BFI Stephen's proposal dated November 8, 1990.
(9) Proposed cost shown on Temeco Realty's correspondence dated November 8, 1990.
(10) Total project cost deductions estimated based on average deductions on typical floor:
Floors 13,14,15,22,25,39,41 = $23,550.00 / 7 = $3,364.29 per floor.

Halliwell Engineering Associates, Inc. July, 1996

96107

1100 Milam
Houston, TX
(W.R. Grace)

Table 2
Summary of Asbestos Fireproofing Removal and Replacement
Net Costs Prior to Building Sale

| | | TOTALS |
|---|---|---|
| **PROJECT INFORMATION** | | |
| Floor(s) | Leopolds Space | |
| Asbestos Abatement Dates | 05/06/93–06/50/93 | |
| Asbestos Abatement Contractor | NSC Corp | |
| Asbestos Abatement Consultant | Law Eng | |
| Project Floor Area (square feet) | 7,733 | 363,224 |
| **GROSS ABATEMENT PROJECT COSTS** (1) | | |
| Asbestos Abatement Contractor | $103,277.00 | $6,979,688.90 |
| Asbestos Abatement Consultant | 27,359.91 | 457,635.29 |
| Electrician | 0.00 | 69,966.00 |
| Total Gross Abatement Project Costs | $130,636.91 | $7,507,290.19 |
| Total Cost per square foot of Floor Area | $16.89 | $20.67 |
| **DEDUCTIONS FOR NON FIREPROOFING** | | |
| **PROJECT COSTS (NON FP)** | | |
| Vinyl Asbestos Floor Tile (VAT) Removal (2) | $0.00 | $19,061.00 |
| Thermal System Insulation (TSI) Removal (3) | 0.00 | 0.00 |
| Miscellaneous Project Cost Deductions (4) | 0.00 | 41,442.87 |
| Total Project Deductions | $0.00 | $60,503.87 |
| **CONTAMINATED BUILDING** | | |
| **COMPONENT REPLACEMENT COSTS** (5) | | |
| Ceilings | $0.00 | $0.00 |
| Light Fixtures | 0.00 | 0.00 |
| Ductwork | 0.00 | 0.00 |
| Total Contaminated Building Component Replacement Costs | $0.00 | $0.00 |
| **TOTAL NET PROJECT COSTS** | $130,636.91 | $7,446,786.32 |
| **Total Net Project Costs Per Square Foot of Floor Area** | $16.89 | $20.50 |

Notes:
(1) Refer to Table 3 for detailed listing of Gross Abatement Project Costs.
(2) Refer to Table 3 for detailed listing of VAT Project Cost Deductions.
(3) No Asbestos containing TSI identified, therefore deduct =$0.
(4) Refer to Table 3 for detailed listing of Miscellaneous Project Cost Deductions.
(5) Refer to Table 7 for costs not included in this report.
(6) Cost estimated based on average Consultant's cost on typical floors :
    Floors 14, 15, 18, 19, 22, 25, 40, 41 = $175,920.12 / 8 = $21,990.02 per floor.

Notes:
(7) Cost estimated based on average Contractor's cost on typical floors :
    Floors 13, 14, 15, 18, 19, 22, 25, 39, 40, 41 = $3,742,493.00 / 10 = $374,249.30 per floor.
(8) Cost listed on BFI Stephen's proposal dated November 8, 1990.
(9) Proposed cost shown on Tenreco Realty's correspondence dated November 8, 1990.
(10) Total project cost deductions estimated based on average deductions on typical floor :
    Floors 13, 14, 15, 22, 25, 39, 41 = $23,550.00 / 7 = $3,364.29 per floor.

Halliwell Engineering Associates, Inc. July, 1996

96107

TABLE 3

1100 Milam
Houston, TX
(W.R. Grace)

## TABLE 3

### Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| 16 & 26 | BFI Stephens Inc. | App #1 Rev. | 10/20/89 | $324,717.00 | | Asbestos removal. Includes CO. #1 <$15,704.00> credit |
| 16 & 26 | BFI Stephens Inc. | App #2 | 10/27/89 | 322,902.00 | | Asbestos removal. Includes CO. #2 <$2,016.00> for additional consulting services by Diagnostics. |
| 16 & 26 | BFI Stephens Inc. | App #3 | 12/8/89 | 71,958.00 | x | Asbestos removal. (Retainage) |
| | | | | | | VAT Deduct = $2,240.00 |
| | | | Subtotal | $719,577.00 | | Total Contract Value = $737,297.00 (Original Contract Value) – $17,720.00 (C.O.'s) = $719,577.00 |
| 16 & 25 | BFI Stephens Inc. | App #1 | 11/30/89 | $6,120.00 | | PCB ballast removal and disposal. |
| 16 & 25 | BFI Stephens Inc. | App #2 | 11/30/89 | 680.00 | x | PCB ballast removal and disposal (Retainage). |
| | | | Subtotal | $6,800.00 | | Misc. Deduct = $6,800.00 |
| | | Contractor Subtotal= | | $726,377.00 | | |
| 16 & 25 | Diagnostic | D/11810–T | 07/89 | $7,114.00 | | Construction Document Services and Bidding or Negotiation Services. |
| 16 & 26 | Diagnostic | | 09/89 | 21,224.05 | x | Project Adm., Agency Consulting, Office Construction, Construction Observation, Air Testing, Bulk Testing, Change Order, Project Punchlist, Job Book, Reimbursables. |
| | | | | | | Misc. Deduct = $275.00 for 11 bulk samples. |
| 16 & 26 | Diagnostic | D/11893–T | 10/89 | 21,529.00 | x | Project Adm., Office Construction, Construction Observation, Air Testing, Bulk Testing, Change Order, Project Punchlist, Job Book, Reimbursables. |
| | | | | | | Misc. Deduct = $300.00 for 12 bulk samples. |
| | | Consultant Subtotal= | | $49,867.05 | | |
| 16 & 26 | Britain Electric | (1) | | $69,966.00 | x | Install a lighting and power grid on floors 16, 25 & 26. |
| | | Electrician Subtotal= | | $69,966.00 | | |
| | | Gross Abatement Project Costs = | | $846,210.05 | x | Total VAT Deduct = $2,240.00 (Deducted on Table 2). |
| | | | | | x | Total Miscellaneous Deducts = $7,375.00 (Deducted on Table 2). |

(1) Contract Amount = $51,756.00 (Original Contract Amount) + $18,210.00 (C.O. # 1) = $69,966.00

Halliwell Engineering Associates, Inc.  July, 1996

1100 Milam
Houston, TX
(W.R. Grace)

## TABLE 3

### Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| Low Rise Elevator Shaft | BFI Stephens Inc. | App #1 | 1/2/90 | $175,733.00 | | Asbestos removal. |
| | BFI Stephens Inc. | App #2 | 1/31/90 | 52,762.00 | | Asbestos removal. |
| | BFI Stephens Inc. | App #3 | 3/14/90 | 92,978.00 | | Asbestos removal. |
| | BFI Stephens Inc. | App #4 | 3/31/90 | 19,343.00 | | Asbestos removal includes C.O. #1 ($33,884) deduct for elevator equipment room. |
| | BFI Stephens Inc. | App #5 | 5/7/90 | 37,868.00 | | Asbestos removal. |
| | | Contractor Subtotal = | | $378,684.00 | | Total Contract Value = $412,568.00 (Original Contract Value) − $33,884.00 (C.O.) = $378,684.00 |
| | Diagnostics | 03/31/90 | | $24,228.11 | | Project monitoring. |
| | | Consultant Subtotal = | | $24,228.11 | | |
| | | Gross Abatement Project Costs = | | $402,912.11 | | |

1100 Milam
Houston, TX
(W.R. Grace)

## TABLE 3

### Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| 25 | BFI Stephens Inc. | App #1 | 5/7/90 | $330,193.00 | | Asbestos removal includes PCB Ballast removal and CO #1 for VAT removal. VAT Deduct = $2,810.00 Misc. Deduct = $3,275.00 for PCB ballast removal. |
| 25 | BFI Stephens Inc. | App #2 | 6/8/90 | 36,688.00 | x | Asbestos removal |
| | | Contractor Subtotal= | | $366,881.00 | | Total Contract Value = $364,071.00 (Original Contract Value) + $2,810.00 (C.O. #1) = $366,881.00 |
| 25 | Diagnostics | 1278 | 04/30/90 | $24,746.75 | | Project monitoring |
| | | Consultant Subtotal= | | $24,746.75 | x | Misc. Deduct for 10 Bulk Samples = $250.00 |
| | Gross Abatement Project Costs = | | | $391,627.75 | x | Total VAT Deduct = $2,810.00 (Deducted on Table 2) |
| | | | | | x | Total Miscellaneous Deducts = $3,525.00 (Deducted on Table 2) |

1100 Milam
Houston, TX
(W.R. Grace)

TABLE 3

## Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|-------|--------|-------------|--------------|---------------|--------|-------------|
| 39 | BFI Stephens Inc. | App #1 | | $357,185.00 | | Asbestos removal includes PCB Ballast removal and CO #1 for VAT removal, APP #1 missing, cost obtained from App. #2.<br>VAT Deduct = $1,200.00<br>Misc. Deduct = $3,275.00 for PCB ballast removal. |
| 39 | BFI Stephens Inc. | App #2 | 4/30/90 | 44,162.00 | x x | Asbestos removal |
| | | Contractor Subtotal = | | $401,347.00 | | Total Contract Value = $400,147.00 (Original Contract Value) + $1,200.00 (C.O.)<br>= $401,347.00 |
| 39 | Diagnostic | (1) | | $21,990.02 | | Project monitoring |
| | | Consultant Subtotal = | | $21,990.02 | | |
| | **Gross Abatement Project Costs =** | | | **$423,337.02** | x x | Total VAT Deduct = $1,200.00 (Deducted on Table 2).<br>Total Miscellaneous Deduct = $3,275.00 (Deducted on Table 2). |

(1) Cost estimated based on average Consultant's cost on typical floors :
Floors 14, 15, 18, 19, 22, 25, 40, 41 = $175,920.12 / 8 = $21,990.02 per floor.

Halliwell Engineering Associates, Inc. July, 1996

Page 4

1100 Milam
Houston, TX
(W.R. Grace)

TABLE 3

## Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| 40 | BFI Stephens Inc. | App #1 | | $348,586.00 | | Asbestos removal, includes CO #1 for VAT removal, App #1 missing, cost obtained from App. #2. VAT Deduct = $3,275.00 |
| 40 | BFI Stephens Inc. | App #2 | 6/26/90 | 42,007.00 | x | Asbestos removal. |
| | | Contractor Subtotal = | | $390,593.00 | | Total Contract Value = $387,318.00 (Original Contract Value) + $3,275.00 (C.O.) = $390,593.00 |
| 40 | Diagnostic | 1554 | 05/31/90 | $23,279.75 | | Project monitoring |
| | | Consultant Subtotal = | | $23,279.75 | x | Misc. Deduct for 7 Bulk Samples = $175.00 |
| | Gross Abatement Project Costs = | | | $413,872.75 | x x | Total VAT Deduct = $3,275.00 (Deducted on Table 2). Total Miscellaneous Deduct = $175.00 (Deducted on Table 2). |

Halliwell Engineering Associates, Inc.  July, 1996

Page 5

96107

1100 Milam
Houston, TX
(W.R. Grace)

TABLE 3

## Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor | Vendor | Invoice No. | Invoice Date | Total Invoice | Non EP | Description |
|-------|--------|-------------|--------------|---------------|--------|-------------|
| 41 | BFI Stephens Inc. | App #1 | 6/26/90 | $345,599.00 | x | Asbestos removal includes C.O. #1 for PCB removal, and CO #2 for VAT removal. VAT Deduct = $2,368.00 Misc. Deduct = $3,275.00 for PCB ballast removal. |
| 41 | BFI Stephens Inc. | App #2 | 7/26/90 | 38,400.00 | x | Asbestos removal. |
|  |  | Contractor Subtotal= |  | $383,999.00 |  | Total Contract Value = $378,365.00 (Original Contract Value) + $5,634.00 (C.O.'s) = $383,999.00 |
| 41 | Diagnostic | 1719 | 06/30/90 | $21,038.50 |  | Project monitoring |
|  |  | Consultant Subtotal= |  | $21,038.50 | x | Misc. Deduct for 7 Bulk Samples = $175.00 |
|  | Gross Abatement Project Costs = |  |  | $405,037.50 | x x | Total VAT Deduct = $2,368.00 (Deducted on Table 2). Total Miscellaneous Deducts = $3,450.00 (Deducted on Table 2). |

1100 Milam
Houston, TX
(W.R. Grace)

## TABLE 3

### Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| 22 | BFI Stephens Inc. | App #1 | 7/26/90 | $341,299.00 | x | Asbestos removal includes C.O. #1 for spot removal on 38th flr, CO #2 for PCB removal, and CO #3 for VAT removal. VAT Deduct = $2,368.00 Misc. Deduct = $3,275.00 for PCB ballast removal. |
| 22 | BFI Stephens Inc. | App #2 | 8/30/90 | 37,923.00 | x | Asbestos removal. |
| | | Contractor Subtotal = | | $379,222.00 | | Total Contract Value = $360,796.00 (Original Contract Value) + $18,426.00 (C.O.'s 1, 2, & 3 ) = $379,222.00 |
| 22 | Diagnostic | 1923 | 07/31/90 | $24,742.81 | x | Project monitoring |
| | | Consultant Subtotal = | | $24,742.81 | | Misc. Deduct for 5 Bulk Samples = $125.00 |
| | Gross Abatement Project Costs = | | | $403,964.81 | x x | Total VAT Deduct = $2,368.00 (Deducted on Table 2). Total Miscellaneous Deducts = $3,400.00 (Deducted on Table 2). |

1100 Milam
Houston, TX
(W.R. Grace)

TABLE 3

## Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|-------|--------|-------------|--------------|---------------|--------|-------------|
| 15 | BFI Stephens Inc. | App #1 | 8/30/90 | $324,544.00 | | Asbestos removal includes CO.#1 for PCB removal,C.O.#2 for VAT removal and CO #3 CREDIT ($16,000.00) Deduct for continuous work on Floors 15, 22, 40, & 41. |
| | | | | | x | VAT Deduct = $2,980.00 |
| | | | | | x | Misc. Deduct = $3,275.00 for PCB ballast removal. |
| 15 | BFI Stephens Inc. | App #2 | 9/30/90 | 36,061.00 | | Asbestos removal. |
| | | Contractor Subtotal = | | $360,605.00 | | Total Contract Value = $370,350.00 (Original Contract Value) + $6,255.00(CO's #1 & #2) less $16,000 (CO# 3) + $2,980.00 (CO #10A) = $363,585.00 |
| 15 | Diagnostic | 3007 | 08/31/90 | $22,184.06 | | Project monitoring |
| | | | | | x | Misc. Deduct for 3 Bulk Samples = $75.00 |
| | | Consultant Subtotal = | | $22,184.06 | | |
| | | Gross Abatement Project Costs = | | $382,789.06 | | |
| | | | | | x | Total VAT Deduct = $2,980.00 (Deducted on Table 2). |
| | | | | | x | Total Miscellaneous Deducts = $3,350.00 (Deducted on Table 2). |

Halliwell Engineering Associates, Inc.  July, 1996

Page 8

96107

1100 Milam
Houston, TX
(W.R. Grace)

## TABLE 3

### Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|-------|--------|-------------|--------------|---------------|--------|-------------|
| 18 | BFI Stephens Inc. | App #1 | 10/1/90 | $340,032.00 | | Asbestos removal includes CO. #1 CREDIT ($4,000.00) for continous work |
| 18 | BFI Stephens Inc. | App #2 | 10/25/90 | 38,001.00 | | Asbestos removal includes CO #2 for VAT removal |
| 18 | BFI Stephens Inc. | App #3 | 12/3/90 | 220.00 | x | VAT Deduct = $220.00<br>Removal of VAT<br>VAT Deduct = $220.00 |
| | | Contractor Subtotal= | | $378,253.00 | x | Total Contract Value = $381,863.00 (Original Contract Value) − $4,000.00 (CO #1) + $220.00 (CO #2) = $378,083.00 |
| 18 | Diagnostic | 3166 | 10/31/90 | $21,415.00 | | Project monitoring |
| | | Consultant Subtotal= | | $21,415.00 | | |
| | Gross Abatement Project Costs = | | | $399,668.00 | x | Total VAT Deducts = $440.00 (Deducted on Table 2). |

1100 Milam
Houston, TX
(W.R. Grace)

TABLE 3

## Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|-------|--------|-------------|--------------|---------------|--------|-------------|
| 19 | BFI Stephens Inc. | App #1 | 10/25/90 | $324,793.00 | | Asbestos removal includes CO. #1 CREDIT ($4,000.00) for Continous work, and CO #2 for VAT removal.<br>VAT Deduct = $810.00 |
| 19 | BFI Stephens Inc. | App #2 | 12/3/90 | 36,088.00 | x | Asbestos removal includes CO. #2 |
| | | Contractor Subtotal= | | $360,881.00 | | Total Contract Value = $364,071.00 (Original Contract Value) – $3,190.00 (C.O.'s)<br>= $360,881.00 |
| 19 | Diagnostic | 3318 | 10/31/90 | $19,395.00 | | Project monitoring |
| | | Consultant Subtotal= | | $19,395.00 | x | Misc. Deduct for 10 Bulk Samples = $250.00 |
| | Gross Abatement Project Costs = | | | $380,276.00 | x<br>x | Total VAT Deduct = $810.00 (Deducted on Table 2).<br>Total Miscellaneous Deduct = $250.00 (Deducted on Tabel 2). |

Halliwell Engineering Associates, Inc.  July, 1996

Page 10

96107

1100 Milam
Houston, TX
(W.R. Grace)

## TABLE 3

### Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| 13 | BFI Stephens Inc. | | 10/31/90 | $364,071.00 | | CO #14A Asbestos Removal<br>CO #14A includes $3,275.00 for PCB Ballasts<br>Misc. Deduct = $3,275.00 |
| 13 | BFI Stephens Inc. | | 10/11/90 | (4,000.00) | x | CO #12A=CREDIT $4,000.00 for Continous Work. |
| 13 | BFI Stephens Inc. | | 12/14/90 | 570.00 | | CO #15A=$570.00 Removal of Floor tile and mastic<br>VAT Deduct = $570.00 |
| | | Contractor Subtotal | | $360,641.00 | x | Total Contract Value = $364,071.00 (Original Contract Value) – $3,430.00 (CO's)<br>= $360,641.00 |
| 13 | Diagnostic | (1) | | $21,990.02 | | Project monitoring |
| | | Consultant Subtotal = | | $21,990.02 | | |
| | | Gross Abatement Project Costs = | | $382,631.02 | x<br>x | Total VAT Deduct = $570.00 (Deducted on Table 2).<br>Total Miscellaneous Deduct = $3,275.00 (Deducted on Table 2). |

(1) Cost estimated based on average Consultant's cost on typical floors :
   Floors 14, 15, 18, 19, 22, 25, 40, 41 = $175,920.12 / 8 = $21,990.02 per floor.

Halliwell Engineering Associates, Inc. July, 1996

Page 11

96107

1100 Milam
Houston, TX
(W.R. Grace)

TABLE 3

Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| 14 | BFI Stephens Inc. | App #1 | 12/7/90 | $324,064.00 | | Asbestos removal includes PCB removal and C.O. #1 CREDIT (-$4,000.00) for continous work. Misc. Deduct = $3,275.00 for PCB ballast removal. |
| 14 | BFI Stephens Inc. | App #2 | | 36,007.00 | x | Retainage—Asbestos removal (missing App #2, cost obtained form original contract sum less App #1). |
| | | Contractor Subtotal= | | $360,071.00 | | Total Contract Value = $364,071.00 (Original Contract Value) –$4,000.00 (C.O.) = $360,071.00 |
| 14 | Diagnostic | 3571 | 11/30/90 | $19,118.25 | | Project monitoring |
| | | Consultant Subtotal= | | $19,118.25 | | |
| | Gross Abatement Project Costs = | | | $379,189.25 | x | Total Miscellaneous Deduct = $3,275.00 (Deducted on Table 2). |

Halliwell Engineering Associates, Inc. July, 1996

96107

1100 Milam
Houston, TX
(W.R. Grace)

## TABLE 3

### Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|-------|--------|-------------|--------------|---------------|--------|-------------|
| Mid–Rise Elevator Shaft | BFI Stephens | (1) | 11/08/90 | $878,265.00 | | Proposal–Asbestos abatement |
| | | Contractor Subtotal= | | $878,265.00 | | |
| Mid–Rise Elevator Shaft | Diagnostic | (2) | 11/08/90 | $63,000.00 | | Proposal–Project monitoring |
| | | Consultant Subtotal= | | $63,000.00 | | |
| | | Gross Abatement Project Costs= | | $941,265.00 | | |

(1) Cost obtained from BFI Stephens proposal dated November 8, 1990.
(2) Cost obtained from Tenneco Realty correspondence dated November 8, 1990.

Halliwell Engineering Associates, Inc. July, 1996

Page 13

96107

1100 Milam
Houston, TX
(W.R. Grace)

TABLE 3

## Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| Perimeter Columns | Falcon Associates | App #1 | 8/31/92 | $13,207.50 | | Asbestos removal. |
| | Falcon Associates | App #2 | 8/21/92 | 1,467.50 | | Asbestos removal. Retainage. |
| | Falcon Associates | (1) | | 13,170.00 | | Asbestos abatement (Additional 6 columns). |
| | | Contractor Subtotal= | | $27,845.00 | | Total Contract Value = $14,675.00 (Original Contract Value) +$13,170.00 (C.O.) = $27,845.00 |
| | BCM | (2) | (2) | $7,310.00 | | Inspection of structural steel columns. |
| | | Consultant Subtotal= | | $7,310.00 | | |
| | | Gross Abatement Project Costs = | | $35,155.00 | | |

(1) Change Order #1 = $13,170.00 for the spot abatement of 6 additional perimeter columns.
(2) Cost obtained from BCM authorization – to – proceed letter and proposal.

Halliwell Engineering Associates, Inc. July, 1996

96107

1100 Milam
Houston, TX
(W.R. Grace)

TABLE 3

## Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|-------|--------|-------------|--------------|---------------|--------|-------------|
| 10 | BFI Stephens | (1) | | $374,249.30 | | Asbestos abatement |
| | | Contractor Subtotal = | | $374,249.30 | | |
| 10 | Diagnostic | (2) | | $21,990.02 | | Project monitoring |
| | | Consultant Subtotal = | | $21,990.02 | | |
| | | Gross Abatement Project Costs = | | $396,239.32 | x | Total Miscellaneous Deducts -- See Note (3) = $3,364.29 (Deducted on Table 2). |

(1) Cost estimated based on average Contractor's cost on typical floors :
   Floors 13, 14, 15, 18, 19, 22, 25, 39, 40, 41 = $3,742,493.00 / 10 = $374,249.30 per floor.

(2) Cost estimated based on average Consultant's cost on typical floors :
   Floors 14, 15, 18, 19, 22, 25, 40, 41 = $175,920.12 / 8 = $21,990.02 per floor.

(3) Total project cost deductions estimated based on average deductions on typical floors :
   Floors 13, 14, 15, 22, 25, 39, 41 = $23,550.00 / 7 = $3,364.29 per floor.

1100 Milam
Houston, TX
(W.R. Grace)

## TABLE 3

### Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|-------|--------|-------------|--------------|---------------|--------|-------------|
| 11 | BFI Stephens | (1) | | $374,249.30 | | Asbestos abatement |
| | | Contractor Subtotal = | | $374,249.30 | | |
| 11 | Diagnostic | (2) | | $21,990.02 | | Project monitoring |
| | | Consultant Subtotal = | | $21,990.02 | | |
| | | Gross Abatement Project Costs = | | $396,239.32 | x | Total Miscellaneous Deducts -- See Note (3) = $3,364.29 (Deducted on Table 2). |

(1) Cost estimated based on average Contractor's cost on typical floors :
Floors 13, 14, 15, 18, 19, 22, 25, 39, 40, 41 = $3,742,493.00 / 10 = $374,249.30 per floor.

(2) Cost estimated based on average Consultant's cost on typical floors :
Floors 14, 15, 18, 19, 22, 25, 40, 41 = $175,920.12 / 8 = $21,990.02 per floor.

(3) Total project cost deductions estimated based on average deductions on typical floors :
Floors 13, 14, 15, 22, 25, 39, 41 = $23,550.00 / 7 = $3,364.29 per floor.

1100 Milam
Houston, TX
(W.R. Grace)

## TABLE 3

### Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| 12 | BFI Stephens | (1) | | $374,249.30 | | Asbestos abatement |
| | | Contractor Subtotal= | | $374,249.30 | | |
| 12 | Diagnostic | (2) | | $21,990.02 | | Project monitoring |
| | | Consultant Subtotal= | | $21,990.02 | | |
| | | Gross Abatement Project Costs= | | $396,239.32 | x | Total Miscellaneous Deducts – See Note (3) = $3,364.29 (Deducted on Table 2). |

(1) Cost estimated based on average Contractor's cost on typical floors :
Floors 13, 14, 15, 18, 19, 22, 25, 39, 40, 41 = $3,742,493.00 / 10 = $374,249.30 per floor.

(2) Cost estimated based on average Consultant's cost on typical floors :
Floors 14, 15, 18, 19, 22, 25, 40, 41 = $175,920.12 / 8 = $21,990.02 per floor.

(3) Total project cost deductions estimated based on average deductions on typical floors :
Floors 13, 14, 15, 22, 25, 39, 41 = $23,550.00 / 7 = $3,364.29 per floor.

1100 Milam
Houston, TX
(W.R. Grace)

## TABLE 3

### Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| Level 1 Leopold | NSC Corp. | App #1 | 7/8/93 | $92,949.00 | | Asbestos removal. |
| | NSC Corp. | App #2 | | 10,328.00 | | Retainage—Asbestos removal (missing App. #2, cost obtained from original contract sum less App #1). |
| | | Contractor Subtotal= | | $103,277.00 | | Total Contract Value = $103,277.00 |
| | Law Eng. | 60-4535-2261 | 07/14/93 | $8,194.50 | | Project monitoring |
| | Law Eng. | 60-4535-2261 | 07/14/93 | 5,839.30 | | Project monitoring |
| | Law Eng. | 60-4250-2261 | 06/04/93 | 13,326.11 | | Abatement air monitoring, Project management, Project manual/drawings, Reimbursable Expenses. |
| | | Consultant Subtotal= | | $27,359.91 | | |
| | | Gross Abatement Project Costs = | | $130,636.91 | | |

Halliwell Engineering Associates, Inc. July, 1996

96107

TABLE 4

1100 Milam
Houston, TX
(W. R. Grace)

Table 4

## Detailed Costs for In−Place Management Projects Prior to Building Sale

| Floor No. | Vendor | Invoice No. | Invoice Date | Total Invoice | | Non PP | Description |
|---|---|---|---|---|---|---|---|
| Misc. | BCM | 5−555 | 05/15/87 | $2,800.00 | | | O & M |
| Misc. | BCM | 6−742 | 06/30/87 | 1,200.00 | | | O & M |
| Misc. | BCM | (1) | 05/07/92 | 131,000.00 | | | Life safety system installation monitoring. |
| | | | Subtotal | $135,000.00 | | | |
| | | | | | | | |
| Misc. | Eagle Enviro | 183 | 09/06/89 | $1,772.90 | | | Professional Services Aug 1 −  Aug 31, 1989 |
| Misc. | Eagle Enviro | | | 7,660.14 | | | Professional Services Sept 1 −  Sept 30, 1989 |
| | | | Subtotal | $9,433.04 | | | |
| | | | | | | | |
| Misc | Law Engineering | 60−2887−2261 | 12/10/92 | 13,458.00 | | | Confirmation Survey, Workplan, Contractor Pre−Qualification, Project Manual/Drawings |
| Misc | Law Engineering | 60−2886−2261 | 12/10/92 | 7,995.78 | (2) | | Material Survey, Abatement Air Monitoring, Project Management, Laboratory Services, Reimbursable Expenses. |
| | | | | | | | |
| Misc | Law Engineering | 60−3274−2261 | 02/05/93 | 209.70 | | | Prevalent Level Survey, Reimbursable Expenses − 7th Floor |
| Misc | Law Engineering | 60−3286−2261 | 02/05/93 | 1,711.44 | (3) | x | Material Survey, Laboratory Services, Reimbursable Expenses. |
| Misc | Law Engineering | 60−3287−2261 | 02/05/93 | 5,000.34 | | x | Abatement Air monitoring, Project Managment, Fireproof testing, Laboratory Services, Reimbursable Expenses − 10th & 11th Floors. |
| | | | | | | | |
| Misc | Law Engineering | 60−3288−2261 | 02/05/93 | 209.70 | | | Prevalent Level Survey, Reimbursable Expenses − 6th Floor |
| Misc | Law Engineering | 60−3289−2261 | 02/05/93 | 202.50 | | | Prevalent Level Survey − 9th Floor |
| Misc | Law Engineering | 60−3290−2261 | 02/05/93 | 247.50 | | | Prevalent Level Survey − 13th Floor. |
| Misc | Law Engineering | 60−3291−2261 | 02/05/93 | 247.50 | | | Prevalent Level Survey − 14th Floor |
| Misc | Law Engineering | 60−3292−2261 | 02/05/93 | 270.00 | | | Prevalent Level Survey − 16th Floor |
| Misc | Law Engineering | 60−3299−2261 | 02/05/93 | 232.20 | | | Prevalent Level Survey, Reimbursable Expenses − 8th Floor |
| Misc | Law Engineering | 60−3300−2261 | 02/05/93 | 225.00 | | | Prevalent Level Survey − 10th Floor |
| Misc | Law Engineering | 60−3301−2261 | 02/05/93 | 225.00 | | | Prevalent Level Survey − 11th Floor |
| Misc | Law Engineering | 60−3303−2261 | 02/05/93 | 225.00 | | | Prevalent Level Survey − 40th Floor |
| Misc | Law Engineering | 60−3304−2261 | 02/05/93 | 232.20 | | | Prevalent Level Survey, Reimbursable Expenses − 19th Floor |

(1) Cost obtained from Authorization−to−Proceed letter and proposal dated May 7, 1992.
(2) Invoice total of $10,995.78 deducted by $3,000.00 for 143 bulk samples.
(3) Invoice total of $2,011.44 deducted by $300.00 for 15 bulk samples.

1100 Milam
Houston, TX
(W. R. Grace)

## Table 4
### Detailed Costs for In–Place Management Projects Prior to Building Sale

| Floor No. | Vendor | Invoice No. | Invoice Date | Total Invoice | Non PP | Description |
|---|---|---|---|---|---|---|
| Misc | Law Engineering | 60-3310-2261 | 02/05/93 | 948.00 | | Life Safety. |
| Misc | Law Engineering | 60-3323-2261 | 02/05/93 | 180.00 | | Prevalent Level Survey – 24th Floor |
| Misc | Law Engineering | 60-3324-2261 | 02/05/93 | 225.00 | | Prevalent Level Survey – 18th Floor |
| Misc | Law Engineering | 60-3325-2261 | 02/05/93 | 247.50 | | Prevalent Level Survey – 41st Floor |
| Misc | Law Engineering | 60-3553-2261 | 03/05/93 | 24,221.74 | | Pre–Bid / Bid Evaluation /negotiation, Opinion of Cost, Project Manual/Drawings, Reimbursable Expenses. |
| Misc | Law Engineering | 60-4029-2260 | 05/07/93 | 1,378.10 | | Engineering services, Indoor air quality, Reimbursable expenses. |
| Misc | Law Engineering | 60-4246-2261 | 06/04/93 | 1,150.00 | | Professional consulting services related to asbestos O & M program. |
| Misc | Law Engineering | 60-5317-2261 | 11/05/93 | 4,327.45 | | Engineering services, Project management, Fireproof testing, Laboratory services, Reimbursable Expenses |
| Misc | Law Engineering | 60-5316-2261 | 11/05/93 | 5,710.60 | | General meeting, Prevalent Level survey, Project management, Reimbursable expenses. |
| | | | Subtotal = | $69,080.25 | | |
| | | Consultant Subtotal = | | $213,513.29 | | |

**Total In–Place Management Project Costs =** $213,513.29

(1) Cost obtained from Authorization –to–Proceed letter and proposal dated May 7, 1992.
(2) Invoice total of $10,995.78 deducted by $3,000.00 for 143 bulk samples.
(3) Invoice total of $2,011.44 deducted by $300.00 for 15 bulk samples.

Halliwell Engineering Associates, Inc. July, 1996

96107

Page 2

TABLE 5

1100 Milam
Houston, TX
(W.R. Grace)

# TABLE 5
## ANALYSIS OF THE SALES CREDIT
## DUE TO ASBESTOS IN THE BUILDING

In paragraph 7d of the December 22, 1993 Closing Agreement for 1100 Milam Building (see Appendix D), the buyer acknowledged that The Prudential Insurance Company of America had informed them that approximately 15 floors of the building had undergone a certain level of ACM abatement and that they had the opportunity to review the information relating to the asbestos program at the building.

Paragraph 8 of the Agreement states that Prudential shall deliver to the buyer (in the form of a credit on closing statement) the amount of $1,023,262.50, representing the cost of premiums incurred for 24 months of insurance coverage in connection with the presence of ACM in the 1100 Milam Building, and buyer's removal of the ACM after the date of the Agreement.

The buyer acknowledged that the asbestos fireproofing had been removed from 15 floors of the building, leaving 28 office floors, 4th floor MER, 3rd floor, 2nd floor, 1st floor and lower level 1 with asbestos fireproofing remaining (approximately 753,406 square feet of floor area).

Estimated costs to remove the asbestos fireproofing from the remaining floor area equals 753,406 square feet x $20.50 (average past net cost) = $15,444,823.00. **For the purposes of this report, however, only the stated credit of $1,023,262.50 for insurance premium costs will be considered.**

Following the sale of the building, the buyer did undertake and complete a comprehensive project to remove the remaining asbestos fireproofing.

TABLE 6

1100 Milam
Houston, TX
(W.R. Grace)

## TABLE 6

## INTEREST CHARGES

An additional element of costs is interest charges. However, this report does not calculate that aspect of The Prudential Insurance Company of America's damages.

Halliwell Engineering Associates, Inc., July, 1996

TABLE 7

1100 Milam
Houston, TX
(W.R. Grace)

# TABLE 7

## MISCELLANEOUS RELATED COSTS
## NOT INCLUDED IN THIS REPORT

1.   The Prudential Insurance Company of America's internal asbestos management costs.

2.   Electrical or water consumption costs incurred during the asbestos removal projects.

3.   Costs for the relocation of furniture, equipment, and employees to other areas of the building during the asbestos abatement project.

4.   Elevator after hours operational costs for asbestos removal projects.

5.   Costs for the replacement of asbestos contaminated building components (ceilings, column enclosures and light fixtures).

6.   Costs to replace the perimeter gypsum soffit removed to access asbestos fireproofing.

In addition to the above costs that were not included, this report did not consider or calculate lost rental income due to the asbestos fireproofing in the building.

Halliwell Engineering Associates, Inc. July, 1996

SECTION III

# SECTION III

# STATEMENT OF OPINIONS



# STATEMENT OF OPINIONS

## 1100 MILAM

In preparing this report, we have formulated certain opinions pertaining to the costs for the management, removal and replacement of the asbestos containing fireproofing. Those opinions relate specifically to costs incurred to date, estimates of future costs, and any explicit discount of the property, realized at the time of sale due to the presence of the remaining asbestos fireproofing.

For the purposes of the opinions set forth herein, we have:

(1)   collected and reviewed certain information relating to the original design and construction of the building;

(2)   discussed with building management, issues pertaining to the building's construction and operations as well as the management, removal and replacement of the asbestos containing fireproofing;

(3)   inspected and photographed the building on two independent occasions;

(4)   collected and reviewed cost information pertaining to the management, removal and replacement of the asbestos containing fireproofing;

(5)   collected and reviewed project information pertaining to the management, removal and replacement of the asbestos containing fireproofing;

(6)   evaluated past costs pertaining to the asbestos abatement contractors, asbestos consultants and miscellaneous costs related to the management, removal and replacement of asbestos containing materials on a project by project basis;

(7)   determined gross costs for the asbestos abatement;

(8)   reviewed project and cost information relating to the abatement of other (non-fireproofing) asbestos containing materials and miscellaneous costs not directly related to the asbestos fireproofing;

(9)   developed cost deductions for each type of non-fireproofing ACM that was abated, as well as other miscellaneous costs not directly related to the asbestos fireproofing;

(10)  determined the net project costs directly related to the abatement of the asbestos fireproofing;

865 Waterman Avenue, East Providence  Rhode Island  02914-1340  (401) 438-5020  (401) 434-1909 (Fax)

EAST PROVIDENCE, RI                    SAN FRANCISCO, CA                    ORLANDO, FL

(11)    determined the abatement project areas and calculated the net costs per square foot for the abatement of the asbestos fireproofing;

(12)    calculated the net individual project costs, the net individual project costs per square foot, and the net total project costs per square foot and compared them to the project size, the amount of asbestos fireproofing being abated, the scope of the work, the level of difficulty, the method of contractor selection, the location of the project and the timeframe in which the work occurred;

(13)    compared the net costs for the abatement of the asbestos containing fireproofing with those of certain other comparable projects;

(14)    reviewed certain documents pertaining to the sale of the building, that identify an agreed upon sales credit due to the presence of asbestos containing materials remaining in the building at the time of the sale;

(15)    performed such other analyses as we have deemed appropriate.

Based upon and subject to the foregoing, we are of the opinion that the asbestos abatement actions taken by The Prudential Insurance Company of America, in the 1100 Milam building, were both reasonable and appropriate; and

Based upon and subject to the foregoing, we are of the opinion on the date hereof, that the total net project costs as calculated in this report, were incurred due to the past abatement of asbestos containing fireproofing in this building, and that those costs are both fair and reasonable.

Jack L. Halliwell, P.E.
*President*
Halliwell Engineering Associates, Inc.

July, 1996

APPENDIX A

# APPENDIX A

**PART A:   ASBESTOS ABATEMENT PROJECT INFORMATION**

**PART B:   BUILDING INSPECTIONS CONDUCTED BY HALLIWELL ENGINEERING ASSOCIATES**

**PART C:   LOCATION AND DETAILS OF INFORMATION CONSIDERED IN THE DEVELOPMENT OF THIS REPORT**

Halliwell Engineering Associates, Inc., July 1996

**PART A:   ASBESTOS ABATEMENT PROJECT INFORMATION:**

1.  Total floor area abated by Prudential:   363,224 sq. ft.

2.  Floors abated by Prudential:          1 (Leopold space only), 10, 11, 12, 13, 14, 15, 16, 18, 19, 22, 25, 26, 39, 40, 41

3.  Dates of Prudential's abatement:       8/89 to 6/93

4.  Floors with asbestos fireproofing remaining:          None as of July 1996

5.  Total floor area with fireproofing remaining as of July 1996:   None

6.  Asbestos abatement scope of work (prior to sale):

    a.  Fireproofing locations:                          Beams only and full columns

    b.  Fireproofing surface area to floor area ratio:    28,830.51 ÷ 21,865 = 1.32

    c.  Location of inaccessible fireproofing left in place: Exterior face of spandrel beams. Small inaccessible amounts may remain throughout the structure.

    d.  Base building components:

        • HVAC duct mains:        Remained in-place during abatement

        • Duct insulation:        Removed and disposed

        • Sprinklers:            Installed following abatement

        • Electrical main feeds   Main feeds on distribution system were totally demolished during abatement

        • Drapery pockets:        Removed to access asbestos fireproofing on the spandrel beams

        • Column enclosures:      Removed to access asbestos fireproofing

    e.  Core Area:

        • Mechanical room:            Fully abated and resprayed

        • Telephone/electrical closet:   Fully abated and resprayed

        • Bathrooms:                Fully abated and resprayed

        • Stairwells:               Not sprayed

96107\SectLst

f.  Other ACM:

- **VAT:**          <u>VAT was removed as change orders to the contract</u>

- **TSI:**          <u>TSI was not referenced in the asbestos cost or project information documents</u>

- Miscellaneous: <u>PCBs were removed as change orders to the contract</u>

g.  Special Conditions:

**PART B:**  **BUILDING INSPECTIONS CONDUCTED BY HALLIWELL ENGINEERING ASSOCIATES**

1. **Initial Inspection:**

   Date/Inspectors:          4/24/96; Paul Keitz, Project Manager and Gary Halliwell, Project Manager

   Building contact person:  Ray Hein, Premisys Building Manager

   Inspection guide:         Patrick E. Kelly, Facilities Consultant

   Unabated floors inspected: None

   Abated floors inspected:  LL1, 4 MER, 6th, 10th, 19th, 34th, 39th and Penthouse

   Photographic record:      98 photos

2. **Second Inspection:**

   Date/Inspectors:          6/4/96; Jack Halliwell, P.E. and Todd Cormier, P.E.

   Building contact:         Janet Rose, Houston Lighting and Power

   Inspection guide:         Patrick E. Kelly, Facilities Manager

   Unabated floors inspected: None

   Abated floors inspected:  1, 4 MER, 7th, 40th

   Photographic record:      74 photos

**PART C:   LOCATION AND DETAILS OF INFORMATION CONSIDERED IN THE
DEVELOPMENT OF THIS REPORT**

1. **Building Information:**   Located in HEA Box No. M-1

    Building design drawings:   Architectural, Structural

    Asbestos survey:          10/25/85; BCM
                              11/4/92; Law Engineering

    Correspondence:           Miscellaneous

    Building inspections:     4/24/96; Paul Keitz, Project Manager and Gary Halliwell,
                              Project Manager
                              6/4/96; Jack Halliwell, P.E. and Todd Cormier, P.E.

    Photographs and photo logs:        From the inspection above

    Discussions with building personnel:   Ray Hein, Premisys Building Manager

2. **Asbestos Abatement Cost Information:**   Located in HEA Box No. M-1

    Consultant's proposals

    Contractor's bid forms

    Contract documents

    Consultant's invoices

    Contractor's applications for payment

    Change orders

    Correspondence

3. **Asbestos Abatement Project Information:**   Located in HEA Box No. M-1

    Contract documents

    Abatement specifications

    Abatement meeting minutes

    Consultant's daily logs

Contractor's daily logs

Correspondence

Federal and state asbestos regulations

4.  **Sales Credit Information:   <u>Located in HEA Box No. M-1</u>**

Closing Agreement, dated 12/22/93

APPENDIX B

# APPENDIX B

## PROJECT FLOOR AREA/FIREPROOFING AREA CALCULATIONS

Halliwell Engineering Associates, Inc., July 1996

# 1100 MILAM

## FIREPROOFED FLOOR AREA CALCULATIONS

| Floor | Gross Area | Non-Fireproofed Floor Areas Stairwells | Net Fireproofed Floor Areas Elevator Shafts Total | Abated by Pru | Typical Floor Total | Abated by Pru |
|-------|-----------|-----------|-------|-------|-------|-------|
| LL1 | 24,025 | 440 | 288 | 0 | 23,297 | 0 |
| 1 | 20,625 | 680 | 2,046 | 952 | 17,899 | 7,733 |
| 2 | 12,752 | 500 | 2,046 | 952 | 10,206 | 0 |
| 3 | 12,752 | 500 | 2,046 | 952 | 10,206 | 0 |
| 4 | 24,025 | 224 | 1,904 | 952 | 21,897 | 0 |
| 5 | 24,025 | 256 | 1,904 | 952 | 21,865 | 0 |
| 6 | 24,025 | 256 | 1,904 | 952 | 21,865 | 0 |
| 7 | 24,025 | 256 | 1,904 | 952 | 21,865 | 0 |
| 8 | 24,025 | 256 | 1,904 | 952 | 21,865 | 0 |
| 9 | 24,025 | 256 | 1,904 | 952 | 21,865 | 0 |
| 10 | 24,025 | 256 | 1,904 | 952 | 21,865 | 21,865 |
| 11 | 24,025 | 256 | 1,904 | 952 | 21,865 | 21,865 |
| 12 | 24,025 | 256 | 1,904 | 952 | 21,865 | 21,865 |
| 13 | 24,025 | 256 | 1,904 | 952 | 21,865 | 21,865 |
| 14 | 24,025 | 256 | 1,904 | 952 | 21,865 | 21,865 |
| 15 | 24,025 | 256 | 1,904 | 952 | 21,865 | 21,865 |
| 16 | 24,025 | 256 | 1,904 | 952 | 21,865 | 21,865 |
| 17 | 24,025 | 256 | 1,400 | 448 | 22,369 | 0 |
| 18 | 24,025 | 256 | 1,400 | 448 | 22,369 | 22,369 |
| 19 | 24,025 | 256 | 1,400 | 448 | 22,369 | 22,369 |

Halliwell Engineering Associates, Inc., July, 1996

# 1100 MILAM

## FIREPROOFED FLOOR AREA CALCULATIONS

| Floor | Gross Area | Non-Fireproofed Floor Areas Stairwells | Net Fireproofed Floor Areas | | | |
|---|---|---|---|---|---|---|
| | | | Elevator Shafts | | Typical Floor | |
| | | | Total | Abated by Pru | Total | Abated by Pru |
| 20 | 24,025 | 256 | 1,400 | 448 | 22,369 | 0 |
| 21 | 24,025 | 256 | 1,400 | 448 | 22,369 | 0 |
| 22 | 24,025 | 256 | 1,400 | 448 | 22,369 | 22,369 |
| 23 | 24,025 | 256 | 1,400 | 448 | 22,369 | 0 |
| 24 | 24,025 | 256 | 1,400 | 448 | 22,369 | 0 |
| 25 | 24,025 | 256 | 1,400 | 448 | 22,369 | 22,369 |
| 26 | 24,025 | 256 | 1,400 | 448 | 22,369 | 22,369 |
| 27 | 24,025 | 256 | 1,400 | 448 | 22,369 | 0 |
| 28 | 24,025 | 256 | 1,400 | 448 | 22,369 | 0 |
| 29 | 24,025 | 256 | 952 | 0 | 22,817 | 0 |
| 30 | 24,025 | 256 | 952 | 0 | 22,817 | 0 |
| 31 | 24,025 | 256 | 952 | 0 | 22,817 | 0 |
| 32 | 24,025 | 256 | 952 | 0 | 22,817 | 0 |
| 33 | 24,025 | 256 | 952 | 0 | 22,817 | 0 |
| 34 | 24,025 | 256 | 952 | 0 | 22,817 | 0 |
| 35 | 24,025 | 256 | 952 | 0 | 22,817 | 0 |
| 36 | 24,025 | 256 | 952 | 0 | 22,817 | 0 |
| 37 | 24,025 | 256 | 952 | 0 | 22,817 | 0 |
| 38 | 24,025 | 256 | 952 | 0 | 22,817 | 0 |
| 39 | 24,025 | 256 | 520 | 0 | 23,249 | 23,249 |
| 40 | 24,025 | 256 | 520 | 0 | 23,249 | 23,249 |

Halliwell Engineering Associates, Inc., July, 1996

# 1100 MILAM

## FIREPROOFED FLOOR AREA CALCULATIONS

| Floor | Gross Area | Non-Fireproofed Floor Areas Stairwells | Net Fireproofed Floor Areas | | | |
|---|---|---|---|---|---|---|
| | | | Elevator Shafts | | Typical Floor | |
| | | | Total | Abated by Pru | Total | Abated by Pru |
| 41 | 24,025 | 256 | 520 | 0 | 23,249 | 23,249 |
| 42 | 24,025 | 256 | 520 | 0 | 23,249 | 0 |
| 43 | 24,025 | 256 | 520 | 0 | 23,249 | 0 |
| 44 | 24,025 | 256 | 520 | 0 | 23,249 | 0 |
| 45 | 24,025 | 256 | 520 | 0 | 23,249 | 0 |
| 46 | 24,025 | 256 | 520 | 0 | 23,249 | 0 |
| 47 | 24,025 | 256 | 520 | 0 | 23,249 | 0 |
| Penthouse | 2,856 | 128 | 0 | 0 | 2,728 | 0 |
| Perimeter Columns | N/A | N/A | N/A | N/A | N/A | 236 |
| TOTALS | | | 62,178 | 20,608 | 1,054,452 | 342,616 |
| TOTAL FIREPROOFED FLOOR AREAS ABATED BY PRUDENTIAL | | | | | | 363,224 |
| TOTAL FIREPROOFED FLOOR AREA REMAINING AT TIME OF SALE | | | | | | 753,406 |

Typical Floor used for fireproofing ratio:   11th

Floor area:   21,865 sq. ft.

Halliwell Engineering Associates, Inc., July, 1996

# FIREPROOFING SURFACE AREA CALCULATIONS (Typical Office Floor)

BUILDING:
Fireproofed Floor Area (Typical Floor):   MILAM  Houston, TX – (Beams and Columns)
Typical Floor Location:   21,865 square feet (sf)
11th Floor

| BEAM NUMBER | BEAM SIZE | TOTAL BEAM LENGTH No. Beams | @ | floor feet (lf) | Total lf | NET BEAM FIREPROOFED AREA (sq.ft./lf) | TOTAL BEAM FIREPROOFED AREA (sq.ft.) | AVERAGE (t) OVERSPRAY WIDTH (ft/side) | TOTAL OVERSPRAY AREA [length x width x 2 sides x 1.5 deck factor] (sq.ft.) | TOTAL BEAM & OVERSPRAY FIREPROOFING AREA (sq.ft.) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | WB1–N girder | 4 | @ | 31.00 = | 124.00 | 10.10 | 1,252.40 | 0.5 | 186.00 | 1,438.40 |
| 2 | WB2–N girder | 4 | @ | 30.00 = | 120.00 | 10.10 | 1,212.00 | 0.5 | 180.00 | 1,392.00 |
| 3 | WB3–N girder | 4 | @ | 30.00 = | 120.00 | 10.10 | 1,212.00 | 0.5 | 180.00 | 1,392.00 |
| 4 | WB4–N girder | 4 | @ | 31.00 = | 124.00 | 10.10 | 1,252.40 | 0.5 | 186.00 | 1,438.40 |
| 5 | WB5–N girder | 4 | @ | 30.00 = | 120.00 | 10.35 | 1,242.00 | 0.5 | 180.00 | 1,422.00 |
| 6 | 2.5 x 2.5 x 3/16 L | 7 | @ | 6.40 = | 44.80 | 0.625 | 28.00 | 0.5 | 67.20 | 95.20 |
| 7 | 2.5 x 2.5 x 3/16 L | 27 | @ | 7.20 = | 194.40 | 0.625 | 121.50 | 0.5 | 291.60 | 413.10 |
| 8 | 2.5 x 2.5 x 3/16 L | 5 | @ | 5.80 = | 29.00 | 0.625 | 18.13 | 0.5 | 43.50 | 61.63 |
| 9 | W18 x 40 | 40 | @ | 43.25 = | 1730.00 | 4.38 | 7,577.40 | 0.5 | 2,595.00 | 10,172.40 |
| 10 | W18 x 114 | 4 | @ | 43.25 = | 173.00 | 5.81 | 1,005.13 | 0.5 | 259.50 | 1,264.63 |
| 11 | W6 x 15.5 | 12 | @ | 10.33 = | 123.96 | 1.98 | 245.44 | 0.5 | 185.94 | 431.38 |
| 12 | W14 x 43 | 4 | @ | 17.75 = | 71.00 | 4.14 | 293.94 | 0.5 | 106.50 | 400.44 |
| 13 | W12 x 16.5 | 2 | @ | 15.20 = | 30.40 | 2.92 | 88.77 | 0.5 | 45.60 | 134.37 |
| 14 | W14 x 22 | 2 | @ | 12.27 = | 24.54 | 3.44 | 84.42 | 0.5 | 36.81 | 121.23 |
| 15 | W18 x 35 | 2 | @ | 17.73 = | 35.46 | 4.34 | 153.90 | 0.5 | 53.19 | 207.09 |
| 16 | W18 x 45 | 2 | @ | 17.75 = | 35.50 | 4.41 | 156.56 | 0.5 | 53.25 | 209.81 |
| 17 | W18 x 60 | 2 | @ | 21.375 = | 42.75 | 4.80 | 205.20 | 0.5 | 64.13 | 269.33 |
| 18 | W8 x 10 | 2 | @ | 8.625 = | 17.25 | 2.23 | 38.47 | 0.5 | 25.88 | 64.35 |
| 19 | W16 x 31 | 2 | @ | 17.75 = | 35.50 | 3.92 | 139.16 | 0.5 | 53.25 | 192.41 |
| 20 | W10 x 11.5 | 2 | @ | 12.22 = | 24.44 | 2.56 | 62.57 | 0.5 | 36.66 | 99.23 |
| 21 | C10 x 15.3 | 2 | @ | 12.22 = | 24.44 | 2.24 | 54.75 | 0.5 | 36.66 | 91.41 |
| 22 | W12 x 16 | 2 | @ | 3.90 = | 7.80 | 2.92 | 22.78 | 0.5 | 11.70 | 34.48 |
| 23 | C3 x 4.1 | 6 | @ | 3.90 = | 23.40 | 0.81 | 18.95 | 0.5 | 35.10 | 54.05 |
| 24 | W14 x 26 | 2 | @ | 9.42 = | 18.84 | 3.47 | 65.37 | 0.5 | 28.26 | 93.63 |
| 25 | W16 x 26 | 1 | @ | 17.75 = | 17.75 | 3.89 | 69.05 | 0.5 | 26.63 | 95.68 |
| 26 | W16 x 26 | 3 | @ | 26.60 = | 79.80 | 3.89 | 310.42 | 0.5 | 119.70 | 430.12 |
| 27 | W16 x 26 | 1 | @ | 26.375 = | 26.375 | 3.89 | 102.62 | 0.5 | 39.57 | 142.19 |
| 28 | W12 x 14 | 1 | @ | 26.60 = | 26.60 | 2.90 | 77.14 | 0.5 | 39.90 | 117.04 |
| 29 | W8 x 10 | 4 | @ | 7.83 = | 31.32 | 2.23 | 69.84 | 0.5 | 46.98 | 116.82 |
| 30 | W10 x 11.5 | 2 | @ | 8.81 = | 17.62 | 2.56 | 45.11 | 0.5 | 26.43 | 71.54 |
| 31 | W8 x 10 | 3 | @ | 8.86 = | 26.58 | 2.23 | 59.27 | 0.5 | 39.87 | 99.14 |
| 32 | W8 x 10 | 1 | @ | 9.20 = | 9.20 | 2.23 | 20.52 | 0.5 | 13.80 | 34.32 |
| 33 | W10 x 11.5 | 1 | @ | 8.20 = | 8.20 | 2.56 | 20.99 | 0.5 | 12.30 | 33.29 |
| 34 | W10 x 11.5 | 1 | @ | 7.90 = | 7.90 | 2.56 | 20.22 | 0.5 | 11.85 | 32.07 |
| 35 | W16 x 26 | 1 | @ | 18.70 = | 18.70 | 3.89 | 72.74 | 0.5 | 28.05 | 100.79 |
| 36 | W12 x 19 | 1 | @ | 11.70 = | 11.70 | 2.95 | 34.52 | 0.5 | 17.55 | 52.07 |
| 37 | W8 x 10 | 1 | @ | 5.00 = | 5.00 | 2.23 | 11.15 | 0.5 | 7.50 | 18.55 |
| 38 | W16 x 26 | 1 | @ | 26.80 = | 26.80 | 3.89 | 104.25 | 0.5 | 40.20 | 144.45 |
| 39 | W16 x 31 | 2 | @ | 26.375 = | 52.75 | 3.92 | 206.78 | 0.5 | 79.13 | 285.91 |
| 40 | W12 x 14 | 1 | @ | 27.40 = | 27.40 | 2.90 | 79.46 | 0.5 | 41.10 | 120.56 |
| 41 | W16 x 26 | 1 | @ | 26.60 = | 26.60 | 3.89 | 103.47 | 0.5 | 39.90 | 143.37 |
| 42 | W8 x 10 | 4 | @ | 9.00 = | 36.00 | 2.23 | 80.28 | 0.5 | 54.00 | 134.28 |
| 43 | W8 x 10 | 1 | @ | 5.20 = | 5.20 | 2.23 | 11.60 | 0.5 | 7.80 | 19.40 |
| 44 | W14 x 22 | 1 | @ | 12.60 = | 12.60 | 3.44 | 43.34 | 0.5 | 18.90 | 62.24 |

## FIREPROOFING SURFACE AREA CALCULATIONS (Typical Office Floor)

BUILDING: MILAM  Houston, TX -- (Beams and Columns)
Fireproofed Floor Area (Typical Floor): 21,865 square feet (sf)
Typical Floor Location: 11th Floor

| BEAM NUMBER | BEAM SIZE | TOTAL BEAM LENGTH | | | NET BEAM FIREPROOFED AREA (sq.ft/lf) | TOTAL BEAM FIREPROOFED AREA (sq.ft.) | AVERAGE (1) OVERSPRAY WIDTH (ft/side) | TOTAL OVERSPRAY AREA [ length x width x 2 sides x 1.5 deck factor ] (sq.ft.) | TOTAL BEAM & OVERSPRAY FIREPROOFING AREA (sq.ft.) |
|---|---|---|---|---|---|---|---|---|---|
| | | No. Beams | linear feet (lf) | Total lf | | | | | |
| 45 | W10x11.5 | 6 @ | 8.80 = | 52.80 | 2.56 | 135.17 | 0.5 | 79.20 | 214.37 |
| 46 | W8x10 | 3 @ | 8.70 = | 26.10 | 2.23 | 58.20 | 0.5 | 39.15 | 97.35 |
| 47 | W8x10 | 4 @ | 8.86 = | 35.44 | 2.23 | 79.03 | 0.5 | 53.16 | 132.19 |
| 48 | W14x30 | 2 @ | 17.70 = | 35.40 | 3.89 | 137.71 | 0.5 | 53.10 | 190.81 |
| 49 | W8x10 | 1 @ | 8.90 = | 8.90 | 2.23 | 19.85 | 0.5 | 13.35 | 33.20 |
| 50 | W8x10 | 2 @ | 6.20 = | 12.40 | 2.23 | 27.65 | 0.5 | 18.60 | 46.25 |
| 51 | W14x38 | 2 @ | 12.10 = | 24.20 | 3.93 | 95.11 | 0.5 | 36.30 | 131.41 |
| 52 | W12x14 | 1 @ | 12.80 = | 12.80 | 2.90 | 37.12 | 0.5 | 19.20 | 56.32 |
| 53 | W10x11.5 | 1 @ | 11.70 = | 11.70 | 2.56 | 29.95 | 0.5 | 17.55 | 47.50 |
| 54 | W10x11.5 | 1 @ | 12.60 = | 12.60 | 2.56 | 32.26 | 0.5 | 18.90 | 51.16 |
| 55 | W10x11.5 | 1 @ | 11.70 = | 11.70 | 2.56 | 29.95 | 0.5 | 17.55 | 47.50 |
| 56 | W8x10 | 1 @ | 6.10 = | 6.10 | 2.23 | 13.60 | 0.5 | 9.15 | 22.75 |
| **Beam and Overspray Totals** | | | | 4,016.572 | | 18,789.63 | | 6,028.10 | 24,817.71 |

| | AVERAGE COLUMN SIZE | AVG. COLUMN FIREPROOFED AREA (sq.ft/lf) | COLUMN LENGTH linear feet (lf) | NUMBER OF COLUMNS | TOTAL COLUMN FIREPROOFED AREA (sq.ft.) |
|---|---|---|---|---|---|
| COLUMN TOTALS | W14x455 | 8.36 | 12 | 40 | 4,012.80 |

TOTAL FIREPROOFING SURFACE AREA (Typical Floor)    28,830.51

FIREPROOFING SURFACE AREA / FLOOR AREA RATIO (Typical Floor) ( 28,830.51 / 21,865) =    1.32

(1) 6" is the minimum fireproofing overspray amount observed in most buildings.



APPENDIX C

# APPENDIX C

## REDUCED BUILDING DRAWINGS

Halliwell Engineering Associates, Inc., July 1996



KWIK KOPY

1B FLOOR PLAN

Block 258 Venture

'LEVEL 1B'
'FLOOR PLAN'

A2-1



1 FLOOR PLAN

LEVEL 1 FLOOR PLAN

A2-5

Block 258 Venture

Ten Ten Travis Corporation
Houston, Texas
Owner

JV III
Joint Venture Architects
Koetter Tharp & Cowell
Caudill Rowlett Scott
Neuhaus & Taylor

Walter P. Moore & Associates
Structural Engineers

Chenault & Brady
Mechanical Engineers

SECTION
SCALE 1/2"=1'-0"

ED W/CHROME HEADS
AS TO BE RETIGHTENED AT LATER
DED IN THIS CONTRACT. SHOWN FOR
N PURPOSE ONLY.
AREAS MAY BE RETIGHTENED
FINAL ARCHITECTURAL REFLECTED
ON SP-9

Revisions

JV III
Joint Venture Architects
Koetter Tharp & Cowell
Cavitt Rowlett Scott
Neuhaus & Taylor

Walter P. Moore & Associates
Structural Engineers

Chenault & Brady
Mechanical Engineers

Block 258 Venture

Ten Ten Travis Corporation
Houston, Texas
Owner

LEVEL 2

DISPATCH

SP-7

FLOOR PLAN

Revisions

JVⅢ
Joint Venture Architects
Koetter Tharp & Cowell
Caudill Rowlett Scott
Neuhaus & Taylor

Walter P. Moore & Associates
Structural Engineers
Chenault & Brady
Mechanical Engineers

Block 258 Venture

Ten Ten Travis Corporation
Houston, Texas
Owner

LEVEL 3 FLOOR PLAN

Drawn          Date June 8, 1978

A2-7

