

APPENDIX D

# APPENDIX D

## CLOSING AGREEMENT, DATED DECEMBER 22, 1993

CLOSING AGREEMENT

THE STATE OF TEXAS    §

COUNTY OF HARRIS    §

THIS CLOSING AGREEMENT made this 22-4 day of December, 1993, by and between THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation (hereinafter called "Prudential"), HOUSTON INDUSTRIES INCORPORATED, a Texas corporation (hereinafter called "HI"), and HOUSTON INDUSTRIES BUILDING, INC., a Delaware corporation (hereinafter called "Building");

W I T N E S S E T H    T H A T:

1.    1100 Milam Building.  Subject to the terms, provisions, covenants and conditions herein contained, Prudential is conveying contemporaneously herewith to Building, in consideration of the conveyance by Building of the Electric Tower as provided in Paragraph 2 below and the cash consideration and discharge of indebtedness provided in Paragraph 3 below, the two (2) tracts of land situated in Harris County, Texas, described in Exhibits A-1 and A-2 attached hereto and made a part hereof for all purposes, together with (i) the forty-seven story office building and other improvements situated on the tract described in Exhibit A-1 (the "Office Building"), (ii) approximately 600 parking spaces located under said Office Building, and (iii) the Regency Garage (the "Garage") situated on the tract described in Exhibit A-2, including the central plant located on the fifteenth floor of the Garage (the "Central Plant"), (iv) the interests of Prudential in all agreements and easements, all tunnels, skywalks and vault spaces, and all ordinances, Permits (as hereinafter defined) and other governmental approvals, relating to tunnels, skywalks, vaults and the Central Plant, all as more completely described in said Exhibits A-1 and A-2 attached hereto, together with all fixtures and other property affixed thereto other than the property of tenants under the 1100 Milam Tenant Leases (as hereinafter defined) and all and singular the rights and appurtenances pertaining to said property, including any right, title and interest of Prudential in and to adjacent streets, alleys or rights-of-way (all of the foregoing being hereinafter called the "1100 Milam Building").

2.    Electric Tower.  Subject to the terms, provisions, covenants and conditions herein contained, Building is conveying contemporaneously herewith to Prudential, in consideration of the conveyance by Prudential of the 1100 Milam Building as provided

PIS185130

As used herein, the term "to the actual knowledge of HI and Building" shall mean to the current actual knowledge of David Barker, David George, Alan Gilbertson and Janet Rose who are the officers and/or employees of HLP who currently have primary responsibility for the Electric Tower on behalf of Building, and does not include constructive, imputed or inquiry knowledge, except that for each representation and warranty made by HI and Building in this Agreement HI and Building have made due inquiry of HLP as to the accuracy of such representation and warranty. Building hereby accepts the inspection by HLP of the 1100 Milam Building and agrees that any representation or approval given under this Agreement by HI and/or Building shall be binding on HI and/or Building even if actually performed, approved, made or given by HLP whether in HLP's own name or on behalf of HI and/or Building.

7.   Building's Approvals.   Building hereby acknowledges and agrees as follows:

(a)   Building has fully inspected the 1100 Milam Building, is thoroughly familiar with its condition and, subject to the representations of Prudential set forth in Paragraph 4 above, accepts the 1100 Milam Building in its present condition; subject, however, to the following matters: (i) the obligation of Prudential relating to ACM, as described in Paragraph 8(i) hereof; (ii) the obligation of Prudential relating to Remaining Tenants in the Office Building, as described in Paragraph 10 hereof; and (iii) the insurance and indemnity obligations of Prudential relating to the structure of the Office Building, as described in that certain Indemnity Agreement of even date herewith executed by Prudential in favor of Building. Building hereby acknowledges that Prudential has informed Building that the 1100 Milam Building contains ACM.

(b)   Building has examined (i) that certain Land Title Survey (the "Office Building Survey") of the Office Building prepared by Survcon Inc. ("Survcon"), dated December 16, 1993, as last revised December 15, 1993; (ii) that certain Land Title Survey (the "Garage Survey") of the Garage prepared by Survcon, dated December 7, 1993, as last revised December 15, 1993, and (iii) that certain survey of Air Rights (the "Air Rights Survey") prepared by Survcon, dated December 2, 1993, as last revised December 16, 1993 (the Official Building Survey, Garage Survey and Air Rights Survey being herein collectively called the "1100 Milam Building Survey"). Building hereby approves and accepts those easements, rights-of-way, encroachments, conflicts or protrusions affecting the 1100 Milam Building that are shown

PIS185142

on the 1100 Milam Building Survey.  Building further
acknowledges that it has received a Commitment for Title
Insurance covering the 1100 Milam Building (hereinafter
called the "1100 Milam Building Title Binder") dated
December 22, 1993, issued by Lawyers Title Insurance Company
issued in the amount of $31,000,000 (Lawyers Title Insurance
Company being herein called the "Building Title Company").
Building hereby approves and accepts those easements, liens,
encumbrances, restrictions, conditions or covenants with
respect to the 1100 Milam Building that are described in the
1100 Milam Title Binder.  The items and exceptions taken and
shown in the 1100 Milam Building Title Binder and on the
1100 Milam Building Survey are herein collectively called
the "1100 Milam Building Permitted Encumbrances" and are
more particularly described in _Exhibit T_ attached hereto and
made a part hereof.

        (c)  Prudential has made available to Building the
information regarding Prudential's proposed structural
enhancement to the steel frame of the Office Building that
is more particularly described in _Exhibit U_.

        (d)  Prudential has informed Building that approxi-
mately fifteen floors of the 1100 Milam Building have
undergone a certain level of ACM abatement.  Building has
received from Prudential and/or had an opportunity to review
the information relating to the asbestos program at the
Office Building described in _Exhibit V_ attached hereto.

        (e)  Building has received and accepts the estoppels,
assignments and conveyances, and amendments to agreements
described in _Exhibit W_ attached hereto and made a part
hereof.

        (f)  Building has received a copy of a memorandum dated
November 23, 1993, to Mark Sacco, Vice President of
Prudential, attached hereto as _Exhibit X_.

        (g)  Building has received and accepts the response
dated December 21, 1993, that Prudential received from
Tenneco after Prudential made due of inquiry of Tenneco as
to the accuracy of Prudential's representations and
warranties in Paragraphs 4(a)-4(p) herein (said response
being more particularly described in _Exhibit L_).

    8.   _Delivery of Documents/Instruments/Proceeds_.
Contemporaneously with the complete delivery of this Agreement:

        (a)  Prudential shall deliver to Building the
following:

PIS185143

Building, subject to no exceptions other than (i) the 1100
Milam Building Permitted Encumbrances; (ii) the exception as
to standby fees, taxes and assessments which shall have
inserted the year 1993 and (iii) other exceptions which
Building approves in writing.  The exception for "any·
discrepancies, conflicts, or shortages in area or boundary
lines, or any encroachments or protrusions, or any
overlapping of improvements" shall be deleted (except for
shortages in area) at Building's option and expense.  All
other endorsements to such title policy shall also be at
Building's expense.  The acceptance of such title policy by
Building shall be conclusive evidence that Prudential's
representation regarding good and indefeasible title to the
1100 Milam Building is accurate, and as a result thereof said
representation shall not survive the Closing; provided
however, Prudential shall not thereby be released from the
special warranty contained in the Special Warranty Deed from
Prudential to Building pursuant to this Agreement.

     (f)  Building shall deliver to Prudential concurrently
with delivery of this Agreement, the amount of cash
necessary to purchase an owner's title policy to be issued
by the Prudential Title Company, in a face amount of
$10,000,000 insuring that Prudential owns fee simple title
to the Electric Tower.  The acceptance of such cash amount
by Prudential shall be conclusive evidence that Building's
representation regarding good and indefeasible title to the
Electric Tower is accurate, and as a result thereof said
representation shall not survive the Closing; provided
however, Building shall not thereby be released from the·
special warranty contained in the Special Warranty Deed from
Building to Prudential pursuant to this Agreement.

     (g)  Possession of the 1100 Milam Building shall be
given.to Building, but shall be subject to the rights of
Prudential as provided in Paragraph 10 hereof.

     (h)  Possession of the Electric Tower shall be given to
Prudential, subject to the provisions of the lease described
in Paragraph 9 hereof.

     (i)  Prudential shall deliver to Building (in the form
of a credit on Building's closing statement) the amount of
$1,023,262.50, which amount represents the deemed cost of
the premium incurred by Building for twenty-four (24) months
of mutually agreeable insurance coverage of adequate scope
and limits in connection with the presence of ACM in the
1100 Milam Building and Building's removal of ACM in the
1100 Milam Building after the date of this Agreement.
Acceptance of such credit by Building upon execution of this

Agreement constitutes full waiver by Building of (i) all
claims of Building against Prudential as the result of the
presence of ACM in the 1100 Milam Building and Building's
removal of ACM in the 1100 Milam Building after the date of
this Agreement except for all rights of contribution from
Prudential that Building might otherwise have in connection
with third-party claims for personal injury or property
damage caused by the presence, abatement, removal,
transportation or disposal of ACM at or from the 1100 Milam
Building to the extent (but only to the extent) any of the
foregoing arise or accrue before the date hereof, and (ii)
all rights of contribution and/or indemnity or similar
recovery from Prudential that Building might otherwise have
in connection with third-party claims for personal injury or
property damage caused by the presence, abatement, removal,
transportation or disposal of ACM at or from the 1100 Milam
Building to the extent (but only to the extent) any of the
foregoing arise or accrue after the date hereof excepting
claims and rights of Building or others with respect to the
express indemnities authorized or referred to in Paragraph
28 hereof.

(j)  The escrow fees charged by the Title Companies
shall be paid one-half (1/2) by Prudential and one-half
(1/2) by Building.  Each party shall pay the fee for the
recording of documents delivered to it hereunder.  Each
party shall be responsible for the payment of its own
attorneys' fees incurred in connection with the transaction
which is the subject of this Agreement.

(k)  As to both the 1100 Milam Building and the
Electric Tower (hereafter in this subparagraph referred to
as the "Property"):

(i)  General real estate taxes for the then
current year relating to the Property shall be
prorated as of the date of this Agreement.  If the
tax rate is not fixed for the current year, the
apportionment of taxes shall be upon the basis of
the tax rate for the immediately preceding year
applied to the latest assessed valuation of the
Property, provided that, if the taxes for the
current year are more or less than the taxes for
the preceding year, then within ninety (90) days
after the date such tax rate is fixed, Prudential
and Building shall adjust the proration of such
taxes and Prudential or Building, as the case may
be, shall pay to the other any amount required as
a result of such adjustment and this covenant
shall not merge with the deeds delivered hereunder

PIS185148

## Summary of Halliwell Backup to 1100 Milam

| Date | Description |
|------|-------------|

### Milam Correspondence

**5/23/89** — Letter from Steve Lukingbeal (Tenneco Realty) to Diagnostic Engineering, Inc. re: proposed contract with Block 258 for engineering services for asbestos abatement in the 1100 Milam Building, Houston, Texas

**5/22/89** — Internal Tenneco memo re: summary of concerns with respect to Diagnostic Engineering contract for the 1100 Milam Building asbestos abatement project

**5/8/89** — Prudential letter to Diagnostic Engineering re: Hyatt Hotel, Houston, Texas – suggested comments with respect to the project manual for abatement work at the Hyatt Hotel

**4/27/89** — DEI letter to Tenneco Realty re: asbestos abatement planning strategies for the 1100 Milam Building

**4/28/89** — Notes of Tenneco discussion re: contract for asbestos removal

**1991** — Renovation work sequences for a typical floor with cost estimates prepared by Tenneco, attaching revised proposal for Law Engineering re: asbestos consulting engineering services, dated 6/29/92

**12/20/90** — Prudential memo attaching letter from DEI making additional E&O insurance available to Prudential in connection with the abatement of 1100 Milam

**3/5/91** — Prudential letter to Tenneco Realty re: 1100 Milam Building, additional errors and omissions insurance

**2/27/91** — Prudential letter to Investment Manager at 1100 Milam not recommending purchasing additional coverage for DEI

**1/7/91** — Prudential letter from Jim Hollinden to Joe Ervin (Tenneco Realty) re: asbestos abatement program requesting that Prudential be kept advised of any situation relating to asbestos containing materials that may cause concern about the abatement project

**7/8/92** — Letter from Law Engineering to John Carpenter re: asbestos consulting engineering services 1100 Milam

1

3249210.1

| Date | Description |
|------|-------------|
| 6/29/92 | Memo re: 1100 Milam attaching memo from Tony Chirico dealing with decisions which need to be made as to whether they close, renovate or fire sale the property |
| 10/29/92 | Memo from Mark Sacco to Lark Anderson, Jeff Toia re: HL&P update re: proposal of Prudential taking HL&P Building in exchange for HL&P taking the 1100 Milam Building |
| 11/9/92 | Memo re: 1100 Milam attaching brief descriptions of the various structural schemes |
| 10/14/92 | Memo re: Project Schedule, 1100 Milam Building Development attaching a 12-month conceptual schedule for the design process |
| 8/7/92 | Memo re: July 5, 1992 Meeting Summary, 1100 Milam Redevelopment |
| 6/26/92 | Prudential letter to Goldman Sachs re: 1100 Milam Building, Houston, Texas attaching general building description |
| 8/21/92 | Memo re: 1100 Milam attaching a summary of findings following investigation of exterior solution to the building structural problems |
| 11/5/92 | Letter from Premisys Real Estate Services to Prudential Realty re: 1100 Milam Building/Phase I List of Qualified Asbestos Abatement Contractors |
| 11/5/92 | Preliminary Budget Asbestos Abatement |
| 3/22/93 | Letter from the law firm of Canterbury, Stuber, Pratt, Elder & Gooch to Law Engineering, Inc. re: Proposed Contract for Abatement of Asbestos in 1100 Milam Building |
| 12/28/92 | Letter from the law firm of Canterbury, Stuber, Pratt, Elder & Gooch to Law Engineering re: Revised Contract, 1100 Milam Building |
| 12/20/92 | Prudential memo re: 1100 Milam Building |
| 2/1/91 | Agreement between Prudential Insurance Company and James Buescher |
| 1/28/93 | Prudential letter to Law Engineering re: 1100 Milam Engineering and Cost Studies |
| 3/30/93 | Prudential letter to Houston Lighting and Power Company re: 1100 Milam Abatement |

2

| Date | Description |
|---|---|
| 4/22/93 | Letter from the law firm of Canterbury, Stuber, Pratt, Elder & Gooch to Premisys Real Estate Services with redraft of agreement |

## 1100 Milam Proposals for Surveys

|  | 1100 Milam Exhibit 1 Asbestos Abatement Costs, Supplemental Asbestos Survey |
|---|---|
| 9/22/92 | Letter from Premisys Real Estate Services to Prudential Realty attaching a proposed supplemental asbestos survey contract with Law Engineering for 1100 Milam |
| 11/4/92 | Letter from Moore Engineering to Premisys Real Estate Services re: Report of Asbestos Survey, 1100 Milam Building |
| 5/21/92 | Letter from Premisys Real Estate Services to BCM Engineers attaching signed authorization to proceed documents for life safety system installation, inspection of structural steel columns, operation and maintenance program, maintenance and repair of mechanical equipment installation and minimization cleaning activities to accommodate renovations of floors 30 and 35 |
| 5/7/92 | *Premisys Real Estate Services Inc. proposal for supplemental asbestos survey at 1100 Milam Building and Regency Parking Garage, Houston, Texas* |

## 1100 Milam Surveys

| 10/25/85 | Asbestos Survey Report for Prudential Insurance Company, Property 11-11 Milam Building prepared by BCM Converse Inc. |
|---|---|
| 6/87 | Asbestos Survey Report for Regency Parking Garage prepared by BCM Converse Inc. |
| 11/4/92 | Letter from Law Engineering to Premisys Real Estate Services re: Report of Asbestos Survey, 1100 Milam Building |

## Milam Drawings

|  | Various drawings of 1100 Milam Building |
|---|---|

## Milam Inspection I

| 4/24/96 | *Photo log, photographs and various drawings* |
|---|---|

| Date | Description |
|------|-------------|

**Milam Inspection 2**

6/4/96    Photo log and photographs of 1100 Milam

**16th and 26th Floor Crossfile**

Change Orders increasing payment price for abatement project at 1100 Milam and Application and Certificates for Payments to BFI Stephens, dated October through December 1989

**Low Rise Elevator Shafts -- Cost File**

11/30/89    Tenneco letter to DEI re: Change Order 3 to ACM abatement project, 1100 Milam Building

3/31/90    DEI Invoice No. 1034 in the amount of $24,228.11

1/2/90    Application and Certificate for Payment from BFI Stephens, amount certified $175,733

1/31/90    Application and Certificate for Payment for BFI Stephens, amount certified $52,762

3/14/90    Application and Certificate for Payment for BFI Stephens, amount certified $93,978

3/20/90    Application and Certificate for Payment for BFI Stephens, payment due of $19,343

3/28/90    Tenneco letter to BFI Stephens re: Change Order 6 to ACM abatement project, 1100 Milam Building

2/28/90    BFI Stephens letter to Joe Ervin re: low rise elevator shaft abatement, 1100 Milam Building re: deduction of $16,942 or total deduction of $33,884 to delete the elevator equipment rooms for present scope of work

5/7/90    Application and Certificate for Payment for BFI Stephens, amount certified $37,868

12/4/89    Tenneco letter to BFI Stephens re: Change Order 4 to ACM abatement project

11/22/89    Addendum 3 to Schedule of Services

4

3249210.1

| Date | Description |
|------|-------------|
| 11/21/89 | Tenneco memo to Building Operations re: abatement of elevator shafts, 1100 Milam Building breakdown of costs for the elevator shafts for floors 5 through 16 for a total amount of $473,436 |

## 25th Floor Cost File

| | |
|------|-------------|
| 5/11/90 | Tenneco letter to BFI Stephens re: Change Order 7 to ACM abatement project |
| 5/7/90 | Application and Certificate for Payment for BFI Stephens, amount certified $330,193 |
| 5/11/90 | Tenneco letter to BFI Stephens re: Change Order 8 to ACM abatement project |
| 4/10/90 | BFI Stephens letter to Joe Ervin re: miscellaneous removal of floor tile 25th and 39th floors, 1100 Milam Building for a total amount of $4,010 |
| 6/8/90 | Application and Certificate for Payment for BFI Stephens, amount certified $36,688 |
| 4/30/90 | DEI Invoice No. 1278 in the amount of $24,746.75 |

## 22nd Floor Cost File

| | |
|------|-------------|
| 7/26/90 | Application and Certificate for Payment for BFI Stephens, amount certified $341,299 |
| 8/27/90 | Application and Certificate for Payment for BFI Stephens, amount certified $37,923 |
| 7/27/90 | Tenneco letter to BFI Stephens re: Change Order 7A to ACM abatement project |
| 6/25/90 | Letter from BFI Stephens to Block 258 Venture re: spot abatement on the 38th floor |
| 7/5/90 | BFI Stephens letter to Block 258 Venture re: letter on spot abatement on the 38th floor dated 6/25/90 |
| 8/8/90 | Tenneco letter to BFI Stephens re: Revised Change Order 9A to ACM abatement project |

| Date | Description |
|------|-------------|
| 7/31/90 | BFI Stephens letter to Block 258 Venture re: miscellaneous removal of floor tile 22nd floor |
| 7/31/90 | DEI Invoice No. 1923 in the amount of $24,743.81 |
| 9/6/90 | Contractor's Release and Affidavit |

## 15th Floor Cost File

| Date | Description |
|------|-------------|
| 10/1/90 | Application and Certificate for Payment for BFI Stephens, amount certified $36,061 |
| 8/28/90 | Tenneco Realty letter to BFI Stephens re: Change Order 10A to ACM abatement project |
| 8/17/90 | BFI Stephens letter to Block 258 Venture re: miscellaneous removal of floor tile 15th floor, 1100 Milam Building |
| 8/31/90 | DEI Invoice No. 3007 in the amount of $22,184.06 |
| 10/24/90 | Tenneco Realty letter to DEI re: Change Order 4A to ACM abatement project |

## 18th Floor Cost File

| Date | Description |
|------|-------------|
| 7/2/90 | Tenneco Realty letter to BFI Stephens re: Change Order 6A to ACM abatement project |
| 10/31/90 | Tenneco Realty letter to BFI Stephens re: Change Order 13A to ACM abatement project |
| 10/1/90 | Application and Certificate for Payment for BFI Stephens, amount certified $340,032 |
| 10/25/90 | Application and Certificate for Payment for BFI Stephens, amount certified $38,001 |
| 10/31/90 | DEI Invoice No. 3166 in the amount of $21,415 |
| 7/2/90 | Tenneco Realty letter to DEI re: Change Order 3A to ACM abatement project |
| 11/21/90 | Contractor's Release and Affidavit |

6

| Date | Description |
|---|---|

## 19th Floor Cost File

| | |
|---|---|
| 10/25/90 | Application and Certificate for Payment for BFI Stephens, amount certified $324,793 |
| 12/3/90 | Application and Certificate for Payment for BFI Stephens, amount certified $36,088 |
| 10/31/90 | DEI Invoice No. 3318 in the amount of $19,395 |
| 12/19/90 | Contractor's Release and Affidavit |

## 43rd Floor Cost File

| | |
|---|---|
| 6/26/90 | Application and Certificate for Payment for BFI Stephens, amount certified $345,599 |
| 7/2/90 | Tenneco Realty letter to BFI Stephens re: Change Order 5A to ACM abatement project |
| 7/26/90 | Application and Certificate for Payment for BFI Stephens, amount certified $38,400 |
| 6/30/90 | DEI Invoice No. 1719 in the amount of $21,038.50 |
| 8/6/90 | Contractor's Release and Affidavit |

## 14th Floor Cost File

| | |
|---|---|
| 12/7/90 | Application and Certificate for Payment for BFI Stephens, amount certified $324,064 |
| 11/30/90 | DEI Invoice No. 3571 in the amount of $19,118.25 |
| 11/13/90 | Tenneco Realty letter to DEI re: Change Order 5A to ACM abatement project |

## 13th Floor Cost File

| | |
|---|---|
| 12/31/90 | Tenneco Realty letter to BFI Stephens re: Change Order 14A to ACM abatement project |
| 11/14/90 | Tenneco Realty letter to DEI re: Change Order 6A to ACM abatement project |

3249210.1

| Date | Description |
|------|-------------|
| 12/14/90 | Tenneco Realty letter to BFI Stephens re: Change Order 15A to ACM abatement project |
| 10/11/90 | Tenneco Realty letter to BFI Stephens re: Change Order 12A to ACM abatement project |

### Mid-Rise Elevators Cost File

| Date | Description |
|------|-------------|
| 11/8/90 | BFI Stephens letter to Tenneco Realty confirming total lump sum price of $878,265 for the completion of asbestos removal from the mid-rise elevator shafts |
| 11/6/90 | DEI letter to Tenneco Realty re: Inspection of the mid-rise and high-rise elevator shafts at 1100 Milam |
| 11/8/90 | Tenneco Realty letter to Prudential Property re: inspection and abatement of elevator shafts – 1100 Milam Building with a total cost of $941,265 |

### Level 1 – Leopold Price and Low Space Cost File

| Date | Description |
|------|-------------|
| 9/27/93 | Application and Certificate for Payment for Premisys Real Estate Services, payment due $92,949 |
| 7/14/93 | Law Engineering Invoice No. 60-4535-2261 in the amount of $8,194.50 |
| 7/14/93 | Law Engineering Invoice No. 60-4534-2261 in the amount of $5,839.30 |
| 8/11/93 | Premisys Real Estate Services check payable to Law Engineering in the amount of $14,033.80 |
| 6/4/93 | Law Engineering Invoice No. 60-4250-2261 in the amount of $13,326.11 |
| No date | Agreement between Prudential Insurance Company of America by Premisys Real Estate Services and Brand Remediation Services for the abatement contract for existing exposed ACM at 1100 Milam Building |
| No date | Agreement between Prudential by Premisys Real Estate Services and National Service Cleaning Corp. for the abatement contract for existing exposed ACM at 1100 Milam Building |

### Perimeter Columns Cost File

| Date | Description |
|------|-------------|
| 8/31/92 | Application and Certificate for Payment for Falcon Associates, amount certified $13,207.70 |

3249210.1

| Date | Description |
|---|---|
| 8/31/92 | Letter from BCM Engineers to Premisys Real Estate Services re: 1100 Milam Building perimeter structural steel column abatement enclosing Pay Application 2 submitted by Falcon Associates in the amount of $1,467.50 |
| 8/92 | BCM Engineers authorization to proceed on the inspection of structural steel columns at 1100 Milam Building |

## 39th Floor Cost File

| Date | Description |
|---|---|
| 5/7/90 | Application and Certificate for Payment for BFI Stephens, amount certified $44,162 |
| 5/11/90 | Tenneco Realty letter to BFI Stephens re: Change Order 3A revised for the ACM abatement project |
| 3/7/90 | Tenneco Realty letter to DEI re: Change Order 1A for ACM abatement project |
| 3/29/90 | Tenneco Realty letter to BFI Stephens re: Revised Change Order 1A to ACM abatement project |
| 5/19/90 | Contractor's Release and Affidavit |

## 40th Floor Cost File

| Date | Description |
|---|---|
| 5/11/90 | Tenneco Realty letter to BFI Stephens re: Revised Change Order 2A to ACM abatement project |
| 6/26/90 | Application and Certificate for Payment for BFI Stephens, amount certified $42,007 |
| 5/31/90 | DEI Invoice No. 1554 in the amount of $23,279.75 |
| 7/2/90 | Tenneco Realty letter to DEI re: Change Order 2A to ACM abatement project |
| 7/3/90 | Contractor's Release and Affidavit |

3249210.1

| Date | Description |
|------|-------------|

<div align="center">

**1100 Milam Consultants Proposals**

</div>

Proposals for assisting Tenneco with asbestos abatement at 1100 Milam for McClelland Management Services, Law Engineering, Kaselaan & D'Angelo Associates, BFI Stephens, Allwaste, Thermotech, Diagnostic Engineering Inc.

<div align="center">

**1100 Milam O&M Cost File**

</div>

| Date | Description |
|------|-------------|
| 5/15/97 | BCM Invoice No. 5-555 in the amount of $2800 |
| 6/30/87 | BCM Invoice No. 6-742 in the amount of $1200 |
| | Excerpt from the Asset Management Plan/Premisys Real Estate Services 1993/92 |
| 12/18/92 | Premisys Real Estate Services 1100 Milam Building expenditures by project |
| | BCM Engineering authorization to proceed with light safety system installation at 1100 Milam on estimated cost of $131,000 |
| 9/6/89 | Eagle Environmental Health Invoice No. 183 in the amount of $1,772.90 |
| 12/10/92 | Law Engineering Invoice No. 60-2897-2261 in the amount of $13,458 |
| 12/10/92 | Law Engineering Invoice No. 60-2886-2261 in the amount of $10,955.79 |
| 1/5/93 | Premisys check payable to Law Engineering in the amount of $24,413.78 |
| 2/5/93 | Law Engineering Invoice No. 60-3274-2261 in the amount of $209.70 |
| 2/5/93 | Law Engineering Invoice No. 60-3286-2261 for supplementary asbestos survey in the amount of $2,011.44 |
| 2/5/93 | Law Engineering Invoice No. 60-3287-2261 for floors 10 and 11 markup and monitoring and project management in the amount of $5,034 |
| 2/5/93 | Law Engineering Invoice No. 60-3286-2261 for floor 6 asbestos abatement in the amount of $209.70 |
| 2/5/93 | Law Engineering Invoice No. 60-3289-2261 for floor 9 asbestos abatement in the amount of $202.50 |

3249210.1

| Date | Description |
|------|-------------|
| 2/5/93 | Law Engineering Invoice No. 60-3290-2261 for floor 13 asbestos abatement in the amount of $247.50 |
| 2/5/93 | Law Engineering Invoice No. 60-3291-2261 for floor 14 asbestos abatement in the amount of $247.50 |
| 2/5/93 | Law Engineering Invoice No. 60-3292-2261 for floor 16 asbestos abatement in the amount of $270 |
| 2/5/93 | Law Engineering Invoice No. 60-3299-2261 for floor 8 asbestos abatement in the amount of $232.20 |
| 2/5/93 | Law Engineering Invoice No. 60-3300-2261 for floor 10 asbestos abatement in the amount of $225 |
| 2/5/93 | Law Engineering Invoice No. 60-3301-2261 for floor 11 asbestos abatement in the amount of $225 |
| 2/5/93 | Law Engineering Invoice No. 60-3303-2261 for floor 18 asbestos abatement in the amount of $225 |
| 2/5/93 | Law Engineering Invoice No. 60-3304-2261 for floor 19 asbestos abatement in the amount of $232.20 |
| 2/5/93 | Law Engineering Invoice No. 60-3310-2261 for life safety general consulting in the amount of $948 |
| 2/5/93 | Law Engineering Invoice No. 60-3323-2261 for floor 24 asbestos abatement in the amount of $180 |
| 2/5/93 | Law Engineering Invoice No. 60-3324-2261 for floor 40 asbestos abatement in the amount of $225 |
| 2/5/93 | Law Engineering Invoice No. 60-3325-2261 for floor 41 asbestos abatement in the amount of $247.50 |
| 3/5/93 | Law Engineering Invoice No. 60-3553-2261 for asbestos consulting services in the amount of $24,221.74 |
| 5/7/93 | Law Engineering Invoice No. 60-4029-2261 for 1100 Milam Building tunnel indoor air quality sample in the amount of $1,378.10 |
| 6/4/93 | Law Engineering Invoice No. 60-4246-2261 for O&M program in the amount of $1,150 |

11

| Date | Description |
|------|-------------|
| 11/5/93 | Law Engineering Invoice No. 60-5317-2261 for additional consulting services in the amount of $4,327.45 |
| 11/5/93 | Law Engineering Invoice No. 60-5316-2261 for asbestos consulting services in the amount of $5,710.60 |
| 12/17/92 | Premisys letter to Prudential Realty requesting approval to pay Law Engineering for additional services performed after the contract |
| 5/21/92 | Premisys letter to BCM Engineers attaching signed authorization to proceed documents for the life safety system installation, inspection of structural steel columns, O&M program, maintenance and repair mechanical equipment installation and minimization cleaning activities to accommodate renovations on floors 30 and 39 |
| 6/16/92 | Letter from BCM Engineers to Premisys Real Estate Services re: 1100 Milam Building O&M program |
| 2/18/93 | Premisys Real Estate Services 1100 Milam CIP tracking of asbestos abatement consulting |
| 8/27/92 | Premisys Real Estate letter to Prudential re: 1100 Milam full building abatement and placing approval on terminating BCM and contracting with Law Engineering |
| 2/19/93 | Premisys Real Estate Services 1100 Milam CIP tracking for supplemental asbestos survey |

### 1100 Milam Fire Alarm Installation and
### ACM Abatement O&M Project

| Date | Description |
|------|-------------|
| 6/19/92 | Premisys Real Estate Services letter to Prudential Realty re: 1100 Milam Building fire alarm system and ACM abatement – cost summary for project |
| 6/25/92 | 1100 Milam Building fire alarm system installation progress chart |
| | BCM Engineering authorization to proceed with life safety system installation with an estimated cost of $131,000 |
| 8/8/89 | Letter from Schirmer Engineering to Tenneco Realty re: sprinkler and alarm system retrofit for 1100 Milam Building enclosing proposal for same |

| <u>Date</u> | <u>Description</u> |
|---|---|

### 1100 Milam Life Safety Project File

| | |
|---|---|
| 10/10/90 | Tenneco Realty letter to The City of Houston re: sprinkler system versus one hour fire rated corridors |
| 8/6/92 | Letter from BCM Engineers to Premisys Real Estate Services re: 1100 Milam Life Safety System Installation |
| 8/13/92 | Memo re: 1100 Milam Life Safety System Installation |
| 6/19/92 | Letter from Premisys Real Estate Services to Prudential Realty re: 1100 Milam Building Fire Alarm System and ACM Abatement |
| 6/12/92 | Meeting Minutes on the 1100 Milam fire alarm work in non-abated areas |
| 8/11/92 | Letter BCM Engineers to Prudential Realty re: 1100 Milam Life Safety System Installation with attached air monitoring data report chain of custody record |
| 8/92 | Various letters from BCM Engineers to Premisys Real Estate Services re: life safety system installation on different floors of 1100 Milam |
| 10/92 | Project summary report to Premisys Real Estate Services for asbestos consulting and engineering services associated with life safety system installation at 1100 Milam, Houston, Texas prepared by BCM Engineers |

### 16th and 26th Floor Project File

Handwritten notes of ACM abatement and costs

### Low Rise Elevators Project File

| | |
|---|---|
| 5/9/91 | Prudential letter to DEI re: 1100 Milam mid-rise elevator abatement enclosing addendum to specifications |
| 5/7/91 | Prudential memo re: 1100 Milam mid-rise elevator shaft abatement |
| 8/1/89 | Agreement Block 258 Venture and BFI Stephens for 1100 Milam Building abatement project |
| 5/10/91 | DEI letter to Prudential re: proposed changes to Block 258 Venture asbestos abatement specification for mid-rise elevator shafts at 1100 Milam Building |

| **Date** | **Description** |
|---|---|
| | Definition of schedules to agreement |
| 6/12/89 | Tenneco letter to DEI enclosing contract between Block 258 Venture by its duly authorized agent, Tenneco Realty Inc. and Diagnostic Engineering Inc. for engineering services incident to asbestos abatement on the 25th and 26th floors of the 1100 Milam Building |

**Perimeter Columns Project File**

| | |
|---|---|
| 6/92 | Technical specifications perimeter structural steel column abatement for 1100 Milam Building prepared by BCM Engineering |
| 5/7/92 | Premisys Real Estate Services proposal for asbestos engineering services required for inspection of structural columns |
| | Supplementary conditions |
| 5/15/92 | Premisys Real Estate Services letter to Prudential re: 1100 Milam asbestos consulting requesting approval of request for proposal for asbestos consulting work |
| 5/21/92 | Premisys Real Estate Services letter to BCM Engineers re: 1100 Milam attaching signed authorization to pursue documents for life safety system installation, inspection of structural steel columns, O&M program, maintenance and repair of mechanical equipment installation and minimization cleaning activities to accommodate renovations on floors 30 and 39 |
| 6/11/92 | Bid form to Prudential from Falcon Associates |
| 6/11/92 | BCM letter to Premisys Real Estate Services re: 1100 Milam Asbestos Consulting Services breakdown of information |
| 6/23/92 | BCM Engineers letter to Premisys Real Estate Services re: Perimeter Structural Steel Columns Abatement Bid Abstract |
| 7/10/92 | Prudential memo re: 1100 Milam specifications prepared by BCM Engineers |
| 7/10/92 | Agreement between Falcon Associates and Prudential for the perimeter structural steel column abatement |
| 8/10/92 | Thickness and density test laboratory sheets |

| Date | Description |
|------|-------------|

**8/17/92** — Letter from BCM Engineers to Premisys Real Estate Services re: 1100 Milam Building perimeter structural steel column abatement on floors 11, 13, 19 and 41

**10/23/92** — Letter from Falcon Associates to Law Engineering re: 10th and 11th floors column scrape

BCM Engineers authorization to proceed with inspection of structural steel columns at 1100 Milam at estimated cost of $40,000

**6/10/92** — Letter from BCM Engineers to Premisys Real Estate Services re: 1100 Milam Building perimeter structural steel column abatement enclosing specifications for the spot abatement of the fireproofing on the perimeter structural steel columns on vacant floors

**6/23/92** — Letter from BCM Engineers to Premisys Real Estate Services re: perimeter structural steel column abatement

Bid abstract – 1100 Milam perimeter structural steel column abatement

**8/24/92** — Letter from Law Engineering to Walter P. Law and Associates re: Invoice No. 60-1704-0523 structural steel observation and testing, 1100 Milam Building

**8/92** — Premisys Real Estate Services perimeter structural steel column abatement for 1100 Milam Building project summary report prepared by BCM Engineers

### Leopold Space Project File

**8/93** — Report of abatement observations, air monitoring and fireproof testing 1100 Milam Building Leopold Space – Level 1 prepared by Law Engineering

**5/93** — Pre-construction meeting minutes 1100 Milam Building Leopold Space

**6/5/93** — Letter from Law Engineering to National Surface Cleaning Corp. re: 1100 Milam Leopold Space spec revision – Hepa Filters

**5/24/93** — Letter from Law Engineering to NSC Corporation re: 1100 Milam Leopold Project 1 Changes

3249210.1

| Date | Description |
|------|-------------|
| 3/30/93 | Letter from Law Engineering to Falcon Associates, Brand Remediation Services and Project Development Group re: Addendum No. 5 -- 1100 Milam Building |
| 3/30/93 | Memo to prospective bidders re: Addendum 5 – 1100 Milam Building |

### 1100 Milam 1992 Abatement Plans for Project Not Performed Prior to Sale

| | |
|------|-------------|
| 10/31/92 | Blueprints for the 1100 Milam Building abatement plan and structural details |

### 1100 Milam Closing Agreement

| | |
|------|-------------|
| 12/22/93 | Closing agreement between Prudential and Houston Industries Incorporated |

Exhibit 5 Asbestos Information

| | |
|------|-------------|
| 11/10/92 | Letter from Law Engineering to Premisys Real Estate Services re: revised opinion of cost 1100 Milam Building |
| 11/30/92 | Letter from Montgomery-Conine and Robinson to Houston Lighting and Power submitting proposal for the exchange of ownership of the 1100 Milam Building |
| 12/16/92 | Letter from Law Engineering to Premisys Real Estate Services re: review of bids for first phase of asbestos removal 1100 Milam Building |
| 3/5/93 | Memo re: cost information for real estate tax appeal 1100 Milam Building |

### General Project Meeting Minutes

| | |
|------|-------------|
| 7/23-12/11/92 | Law Engineering General Project Meeting Minutes for 1100 Milam Building |

16

3249210.1

# EXHIBIT
# D

1100 Milam
Houston, TX
(W.R. Grace)

Table 2
Summary of Asbestos Fireproofing Removal and Replacement
Net Costs Prior to Building Sale

| PROJECT INFORMATION | | | | |
|---|---|---|---|---|
| Floor (s) | 16 & 26 | Low Rise Elev. Shaft | 25 | 39 |
| Asbestos Abatement Dates | 08/21/89–11/21/89 | 01/22/90–03/06/90 | 03/08/90–04/04/90 | 02/15/90–03/07/90 |
| Asbestos Abatement Contractor | BFI Stephens | BFI Stephens | BFI Stephens | BFI Stephens |
| Asbestos Abatement Consultant | Diagnostics | Diagnostics | Diagnostics | Diagnostics |
| Project Floor Area (square feet) | 44,234 | 8,064 | 22,369 | 23,249  (6) |
| **GROSS ABATEMENT PROJECT COSTS**  (1) | | | | |
| Asbestos Abatement Contractor | $726,377.00 | $378,684.00 | $366,881.00 | $401,347.00 |
| Asbestos Abatement Consultant | 49,867.05 | 24,228.11 | 24,746.75 | 21,990.02  (6) |
| Electrician | 69,966.00 | 0.00 | 0.00 | 0.00 |
| Total Gross Abatement Project Costs | $846,210.05 | $402,912.11 | $391,627.75 | $423,337.02 |
| Total Cost per square foot of Floor Area | $19.13 | $49.96 | $17.51 | $18.21 |
| **DEDUCTIONS FOR NON FIREPROOFING PROJECT COSTS (NON FP)** | | | | |
| Vinyl Asbestos Floor Tile (VAT) Removal  (2) | $2,240.00 | $0.00 | $2,810.00 | $1,200.00 |
| Thermal System Insulation (TSI) Removal  (3) | 0.00 | 0.00 | 0.00 | 0.00 |
| Miscellaneous Project Cost Deductions  (4) | 7,375.00 | 0.00 | 3,525.00 | 3,275.00 |
| Total Project Deductions | $9,615.00 | $0.00 | $6,335.00 | $4,475.00 |
| **CONTAMINATED BUILDING COMPONENT REPLACEMENT COSTS**  (5) | | | | |
| Ceilings | $0.00 | $0.00 | $0.00 | $0.00 |
| Light Fixtures | 0.00 | 0.00 | 0.00 | 0.00 |
| Ductwork | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Contaminated Building Component Replacement Costs | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL NET PROJECT COSTS** | | | | |
| Total Net Project Costs | $836,595.05 | $402,912.11 | $385,292.75 | $418,862.02 |
| Total Net Project Cost Per Square Foot of Floor Area | $18.91 | $49.96 | $17.22 | $18.02 |

Notes:
(1) Refer to Table 3 for detailed listing of Gross Abatement Project Costs.
(2) Refer to Table 3 for detailed listing of VAT Project Cost Deductions.
(3) No Asbestos containing TSI identified, therefore deduct = $0.
(4) Refer to Table 3 for detailed listing of Miscellaneous Project Cost Deductions.
(5) Refer to Table 7 for costs not included in this report.
(6) Cost estimated based on average Consultant's cost on typical floors :
Floors 14, 15, 18, 19, 22, 25, 40, 41 = $175,920.12 / 8 = $21,990.02 per floor.

Notes:
(7) Cost estimated based on average Contractor's cost on typical floors :
Floors 13, 14, 15, 18, 19, 22, 25, 39, 40, 41 = $3,742,493.00 / 10 = $374,249.30 per floor.
(8) Cost listed on BFI Stephan's proposal dated November 8, 1990.
(9) Proposed cost shown on Temeco Realty's correspondence dated November 8, 1990.
(10) Total project cost deductions estimated based on average deductions on typical floor :
Floors 13, 14, 15, 22, 25, 39, 41 = $23,550.00 / 7 = $3,364.29 per floor.

96107

Halliwell Engineering Associates, Inc. July, 1996

1100 Milam
Houston, TX
(W.R. Grace)

Table 2
Summary of Asbestos Fireproofing Removal and Replacement
Net Costs Prior to Building Sale

| PROJECT INFORMATION | 40 | 41 | 22 | 15 | 18 |
|---|---|---|---|---|---|
| Floor(s) | | | | | |
| Asbestos Abatement Dates | 04/17/90–05/17/90 | 05/18/90–06/12/90 | 06/12/90–07/10/90 | 07/10/90–08/07/90 | 8/08/90–09/05/90 |
| Asbestos Abatement Contractor | BFI Stephens | BFI Stephens | BFI Stephens | BFI Stephens | BFI Stephens |
| Asbestos Abatement Consultant | Diagnostics | Diagnostics | Diagnostics | Diagnostics | Diagnostics |
| Project Floor Area (square feet) | 23,249 | 23,249 | 22,369 | 21,865 | 22,369 |
| GROSS ABATEMENT PROJECT COSTS   (1) | | | | | |
| Asbestos Abatement Contractor | $390,593.00 | $383,999.00 | $379,222.00 | $360,605.00 | $378,253.00 |
| Asbestos Abatement Consultant | 23,279.75 | 21,038.50 | 24,742.81 | 22,184.06 | 21,415.00 |
| Electrician | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Gross Abatement Project Costs | $413,872.75 | $405,037.50 | $403,964.81 | $382,789.06 | $399,668.00 |
| Total Cost per square foot of Floor Area | $17.80 | $17.42 | $18.06 | $17.51 | $17.87 |
| DEDUCTIONS FOR NON FIREPROOFING PROJECT COSTS   (NON FP) | | | | | |
| Vinyl Asbestos Floor Tile (VAT) Removal   (2) | $3,275.00 | $2,368.00 | $2,368.00 | $2,980.00 | $440.00 |
| Thermal System Insulation (TSI) Removal   (3) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Miscellaneous Project Cost Deductions   (4) | 175.00 | 3,450.00 | 3,400.00 | 3,350.00 | 0.00 |
| Total Project Deductions | $3,450.00 | $5,818.00 | $5,768.00 | $6,330.00 | $440.00 |
| CONTAMINATED BUILDING COMPONENT REPLACEMENT COSTS   (5) | | | | | |
| Ceilings | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Light Fixtures | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ductwork | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Contaminated Building Component Replacement Costs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL NET PROJECT COSTS | | | | | |
| Total Net Project Costs | $410,422.75 | $399,219.50 | $398,196.81 | $376,459.06 | $399,228.00 |
| Total Net Project Costs Per Square Foot of Floor Area | $17.65 | $17.17 | $17.80 | $17.22 | $17.83 |

Notes:
(1) Refer to Table 3 for detailed listing of Gross Abatement Project Costs.
(2) Refer to Table 3 for detailed listing of VAT Project Cost Deductions.
(3) No Asbestos containing TSI identified, therefore deduct = $0.
(4) Refer to Table 3 for detailed listing of Miscellaneous Project Cost Deductions.
(5) Refer to Table 7 for costs not included in this report.
(6) Cost estimated based on average Consultant's cost on typical floors :
Floors 14, 15, 18, 19, 22, 25, 40, 41 = $175,920.12 / 8 = $21,990.02 per floor.

(7) Cost estimated based on average Contractor's cost on typical floors :
Floors 13, 14, 15, 18, 19, 22, 25, 39, 40, 41 = $3,742,493.00 / 10 = $374,249.30 per floor.
(8) Cost listed on BFI Stephen's proposal dated November 8, 1990.
(9) Proposed cost shown on Tamco Realty's correspondence dated November 8, 1990.
(10) Total project cost deductions estimated based on average deductions on typical floor :
Floors 13, 14, 15, 22, 25, 39, 41 = $23,550.00 / 7 = $3,364.29 per floor.

1100 Milam
Houston, TX
(W.R. Grace)

## Table 2
## Summary of Asbestos Fireproofing Removal and Replacement
### Net Costs Prior to Building Sale

| PROJECT INFORMATION | | | | |
|---|---|---|---|---|
| Floor (s) | 19 | 13 | 14 | Mid Rise Elev Shaft |
| Asbestos Abatement Dates | 09/04/90–10/02/90 | 10/11/90–12/4/90 | 10/01/90–11/07/90 | 09/01/91–12/17/91 |
| Asbestos Abatement Contractor | BFI Stephens | BFI Stephens | BFI Stephens | BFI Stephens |
| Asbestos Abatement Consultant | Diagnostics | Diagnostics | Diagnostics | Diagnostics |
| Project Floor Area (square feet) | 22,369 | 21,865 | 21,865 | 12,544 |
| **GROSS ABATEMENT PROJECT COSTS** (1) | | | | |
| Asbestos Abatement Contractor | $360,881.00 | $360,641.00 | $360,071.00 | $878,265.00 (8) |
| Asbestos Abatement Consultant | 19,395.00 | 21,990.02 (6) | 19,118.25 | 63,000.00 (9) |
| Electrician | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Gross Abatement Project Costs | $380,276.00 | $382,631.02 | $379,189.25 | $941,265.00 |
| Total Cost per square foot of Floor Area | $17.00 | $11.50 | $17.34 | $75.04 |
| **DEDUCTIONS FOR NON FIREPROOFING PROJECT COSTS (NON FP)** | | | | |
| Vinyl Asbestos Floor Tile (VAT) Removal (2) | $810.00 | $570.00 | $0.00 | $0.00 |
| Thermal System Insulation (TSI) Removal (3) | 0.00 | 0.00 | 0.00 | 0.00 |
| Miscellaneous Project Cost Deductions (4) | 250.00 | 3,275.00 | 3,275.00 | 0.00 |
| Total Project Deductions | $1,060.00 | $3,845.00 | $3,275.00 | $0.00 |
| **CONTAMINATED BUILDING COMPONENT REPLACEMENT COSTS** (5) | | | | |
| Ceilings | $0.00 | $0.00 | $0.00 | $0.00 |
| Light Fixtures | 0.00 | 0.00 | 0.00 | 0.00 |
| Ductwork | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Contaminated Building Component Replacement Costs | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL NET PROJECT COSTS** | | | | |
| Total Net Project Costs | $379,216.00 | $378,786.02 | $375,914.25 | $941,265.00 |
| Total Net Project Cost Per Square Root of Floor Area | $16.95 | $17.32 | $17.19 | $75.04 |

Notes:

(1) Refer to Table 3 for detailed listing of Gross Abatement Project Costs.
(2) Refer to Table 3 for detailed listing of VAT Project Cost Deductions.
(3) No Asbestos containing TSI identified, therefore deduct = $0.
(4) Refer to Table 3 for detailed listing of Miscellaneous Project Cost Deductions.
(5) Refer to Table 7 for costs not included in this report.
(6) Cost estimated based on average Consultant's cost on typical floors :
Floors 14, 15, 18, 19, 22, 25, 40, 41 = $175,920.12 / 8 = $21,990.02 per floor.

(7) Cost estimated based on average Contractor's cost on typical floors :
Floors 13, 14, 15, 18, 19, 22, 25, 39, 40, 41 = $3,742,493.00 / 10 = $374,249.30 per floor.
(8) Cost listed on BFI Stephen's proposal dated November 8, 1990.
(9) Proposed cost shown on Tenneco Realty's correspondence dated November 8, 1990.
(10) Total project cost deductions estimated based on average deductions on typical floor :
Floors 13, 14, 15, 22, 25, 39, 41 = $23,550.00 / 7 = $3,364.29 per floor.

96107

1100 Milam
Houston, TX
(WR Grace)

## Table 2
### Summary of Asbestos Fireproofing Removal and Replacement
### Net Costs Prior to Building Sale

| PROJECT INFORMATION | Perimeter Columns | 10 | 11 | 12 |
|---|---|---|---|---|
| Floor (s) | | | | |
| Asbestos Abatement Dates | 08/21/92 | 10/92 | 10/92 | 10/92 |
| Asbestos Abatement Contractor | Falcon Assoc. | BFI Stephens | BFI Stephens | BFI Stephens |
| Asbestos Abatement Consultant | BCM | Diagnostics | Diagnostics | Diagnostics |
| Project Floor Area (square feet) | 256 | 21,865 | 21,865 | 21,865 |
| **GROSS ABATEMENT PROJECT COSTS    (1)** | | | | |
| Asbestos Abatement Contractor | $27,845.00 | $374,249.30 (7) | $374,249.30 (7) | $374,249.30 (7) |
| Asbestos Abatement Consultant | 7,310.00 | 21,990.02 (6) | 21,990.02 (6) | 21,990.02 (6) |
| Electrician | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Gross Abatement Project Costs | $35,155.00 | $396,239.32 | $396,239.32 | $396,239.32 |
| Total Cost per square foot of Floor Area | $148.96 | $18.12 | $18.12 | $18.12 |
| **DEDUCTIONS FOR NON FIREPROOFING** | | | | |
| **PROJECT COSTS  (NON FP)** | | | | |
| Vinyl Asbestos Floor Tile (VAT) Removal   (2) | $0.00 | $0.00 | $0.00 | $0.00 |
| Thermal System Insulation (TSI) Removal   (3) | 0.00 | 0.00 | 0.00 | 0.00 |
| Miscellaneous Project Cost Deductions   (4) | 0.00 | 3,364.29 | 3,364.29 | 3,364.29 |
| Total Project Deductions | $0.00 | $3,364.29 (10) | $3,364.29 (10) | $3,364.29 (10) |
| **CONTAMINATED BUILDING** | | | | |
| **COMPONENT REPLACEMENT COSTS       (5)** | | | | |
| Ceilings | $0.00 | $0.00 | $0.00 | $0.00 |
| Light Fixtures | 0.00 | 0.00 | 0.00 | 0.00 |
| Ductwork | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Contaminated Building Component Replacement Costs | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL NET PROJECT COSTS** | | | | |
| Total Net Project Costs | $35,155.00 | $392,875.03 | $392,875.03 | $392,875.03 |
| Total Net Project Costs Per Square Foot of Floor Area | $148.96 | $17.97 | $17.97 | $17.97 |

Notes:
(1) Refer to Table 3  for detailed listing of Gross Abatement Project Costs.
(2) Refer to Table 3  for detailed listing of VAT Project Cost Deductions.
(3) No Asbestos containing TSI identified, therefore deduct = $0.
(4) Refer to Table 3  for detailed listing of Miscellaneous Project Cost Deductions.
(5) Refer to Table 7  for costs not included in this report.
(6) Cost estimated based on average Consultant's cost on typical floors :
   Floors 14, 15, 18, 19, 22, 25, 40, 41 = $175,920.12 / 8 = $21,990.02 per floor.
(7) Cost estimated based on average Contractor's cost on typical floors :
   Floors 13, 14, 15, 18, 19, 22, 25, 39, 40, 41 = $3,742,493.00 / 10 = $374,249.30 per floor.
(8) Cost listed on BFI Stephen's proposal dated November 8, 1990.
(9) Proposed cost shown on Tamco Realty's correspondence dated November 8, 1990.
(10) Total project cost deductions estimated based on average deductions on typical floor :
   Floors 13, 14, 15, 22, 25, 39, 41 = $23,550.00 / 7 = $3,364.29 per floor.

96107

1100 Milam
Houston, TX
(W.R. Grace)

## Table 2
## Summary of Asbestos Fireproofing Removal and Replacement
## Net Costs Prior to Building Sale

| | | TOTALS |
|---|---|---|
| **PROJECT INFORMATION** | | |
| Floor (s) | Leopolds Space | 363,224 |
| Asbestos Abatement Dates | 05/06/93–06/24/93 | |
| Asbestos Abatement Contractor | NSC Corp | |
| Asbestos Abatement Consultant | Law Eng | |
| Project Floor Area (square feet) | 7,733 | 363,224 |
| **GROSS ABATEMENT PROJECT COSTS** (1) | | |
| Asbestos Abatement Contractor | $103,277.00 | $6,979,688.90 |
| Asbestos Abatement Consultant | 27,359.91 | 457,635.29 |
| Electrician | 0.00 | 69,966.00 |
| Total Gross Abatement Project Costs | $130,636.91 | $7,507,290.19 |
| Total Cost per square foot of Floor Area | $16.89 | $20.67 |
| **DEDUCTIONS FOR NON FIREPROOFING** | | |
| **PROJECT COSTS  (NON FP)** | | |
| Vinyl Asbestos Floor Tile (VAT) Removal (2) | $0.00 | $19,061.00 |
| Thermal System Insulation (TSI) Removal (3) | 0.00 | 0.00 |
| Miscellaneous Project Cost Deductions (4) | 0.00 | 41,442.87 |
| Total Project Deductions | $0.00 | $60,503.87 |
| **CONTAMINATED BUILDING** | | |
| **COMPONENT REPLACEMENT COSTS** (5) | | |
| Ceilings | $0.00 | $0.00 |
| Light Fixtures | 0.00 | 0.00 |
| Ductwork | 0.00 | 0.00 |
| Total Contaminated Building Component Replacement Costs | $0.00 | $0.00 |
| **TOTAL NET PROJECT COSTS** | | |
| Total Net Project Costs | $130,636.91 | $7,446,786.32 |
| Total Net Project Costs Per Square Foot of Floor Area | $16.89 | $20.50 |

Notes:
(1) Refer to Table  3  for detailed listing of Gross Abatement Project Costs.
(2) Refer to Table  3  for detailed listing of VAT Project Cost Deductions.
(3) No Asbestos containing TSI identified, therefore deduct=$0.
(4) Refer to Table  3  for detailed listing of Miscellaneous Project Cost Deductions.
(5) Refer to Table  7  for costs not included in this report.
(6) Cost estimated based on average Consultant's cost on typical floors :
    Floors 14, 15, 18, 19, 22, 25, 40, 41 = $175,920.12 / 8 = $21,990.02 per floor.

(7) Cost estimated based on average Contractor's cost on typical floors :
    Floors 13, 14, 15, 18, 19, 22, 25, 39, 40, 41 = $3,742,493.00 / 10 = $374,249.30 per floor.
(8) Cost listed on BFI Stephan's proposal dated November 8, 1990.
(9) Proposed cost shown on Terraco Realty's correspondence dated November 8, 1990.
(10) Total project cost deductions estimated based on average deductions on typical floor :
    Floors 13, 14, 15, 22, 25, 39, 41 = $23,550.00 / 7 = $3,364.29 per floor.

96107

Halliwell Engineering Associates, Inc.   July, 1996

1100 Milam
Houston, TX
(W.R. Grace)

## TABLE 3
### Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| 16 & 26 | BFI Stephens Inc. | App #1 Rev. | 10/20/89 | $324,717.00 | | Asbestos removal. Includes C.O. #1 <$15,704.00> credit |
| 16 & 26 | BFI Stephens Inc. | App #2 | 10/27/89 | 322,902.00 | | Asbestos removal. Includes C.O. #2 <$2,016.00> for additional consulting services by Diagnostics. |
| 16 & 26 | BFI Stephens Inc. | App #3 | 12/8/89 | 71,958.00 | | Asbestos removal. (Retainage) |
| | | | | | x | VAT Deduct = $2,240.00 |
| | | | Subtotal | $719,577.00 | | Total Contract Value = $737,297.00 (Original Contract Value) – $17,720.00 (C.O.'s) = $719,577.00 |
| 16 & 26 | BFI Stephens Inc. | App #1 | 11/30/89 | $6,120.00 | | PCB ballast removal and disposal. |
| 16 & 26 | BFI Stephens Inc. | App #2 | 11/30/89 | 680.00 | | PCB ballast removal and disposal (Retainage). |
| | | | Subtotal | $6,800.00 | x | Misc. Deduct = $6,800.00 |
| | | Contractor Subtotal = | | $726,377.00 | | |
| 16 & 26 | Diagnostic | D/11810–T | 07/89 | $7,114.00 | | Construction Document Services and Bidding or Negotiation Services. |
| 16 & 26 | Diagnostic | | 09/89 | 21,224.05 | | Project Adm., Agency Consulting,Office Construction, Construction Observation, Air Testing, Bulk Testing, Change Order, Project Punchlist, Job Book, Reimbursables. |
| | | | | | x | Misc. Deduct = $275.00 for 11 bulk samples. |
| 16 & 26 | Diagnostic | D/11893–T | 1089 | 21,529.00 | | Project Adm., Office Construction, Construction Observation, Air Testing, Bulk Testing, Change Order, Project Punchlist, Job Book, Reimbursables. |
| | | | | | x | Misc. Deduct = $300.00 for 12 bulk samples. |
| | | Consultant Subtotal = | | $49,867.05 | | |
| 16 & 26 | Britain Electric | (1) | | $69,966.00 | | Install a lighting and power grid on floors 16, 25 & 26. |
| | | Electrician Subtotal = | | $69,966.00 | | |
| | Gross Abatement Project Costs = | | | $846,210.05 | x | Total VAT Deduct = $2,240.00 (Deducted on Table 2). |
| | | | | | x | Total Miscellaneous Deducts = $7,375.00 (Deducted on Table 2). |

(1) Contract Amount = $51,756.00 (Original Contract Amount) + $18,210.00 (C.O.# 1) = $69,966.00

Halliwell Engineering Associates, Inc. July, 1996

1100 Milam
Houston, TX
(W.R. Grace)

TABLE 3

## Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor | Vendor | Invoice No | Invoice Date | Total Invoice | Non BP | Description |
|---|---|---|---|---|---|---|
| Low Rise Elevator Shaft | BFI Stephens Inc. | App #1 | 1/2/90 | $175,733.00 | | Asbestos removal. |
| | BFI Stephens Inc. | App #2 | 1/31/90 | 52,762.00 | | Asbestos removal. |
| | BFI Stephens Inc. | App #3 | 3/14/90 | 92,978.00 | | Asbestos removal. |
| | BFI Stephens Inc. | App #4 | 3/31/90 | 19,343.00 | | Asbestos removal includes C.O. #1 ($33,884) deduct for elevator equipment room. |
| | BFI Stephens Inc. | App #5 | 5/7/90 | 37,868.00 | | Asbestos removal. |
| | | **Contractor Subtotal =** | | **$378,684.00** | | Total Contract Value = $412,568.00 (Original Contract Value) – $33,884.00 (C.O.) = $378,684.00 |
| | Diagnostics | 03/31/90 | | $24,228.11 | | Project monitoring. |
| | | **Consultant Subtotal =** | | **$24,228.11** | | |
| | | **Gross Abatement Project Costs =** | | **$402,912.11** | | |

1100 Milam
Houston, TX
(W.R. Grace)

## TABLE 3

### Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor | Vendor | Invoice No. | Invoice Date | Total Invoice | Non-TP | Description |
|---|---|---|---|---|---|---|
| 25 | BFI Stephens Inc. | App #1 | 5/7/90 | $330,193.00 | x x | Asbestos removal includes PCB Ballast removal and CO #1 for VAT removal. VAT Deduct = $2,810.00 Misc. Deduct = $3,275.00 for PCB ballast removal. |
| 25 | BFI Stephens Inc. | App #2 | 6/8/90 | 36,688.00 | | Asbestos removal |
| | Contractor Subtotal= | | | $366,881.00 | | Total Contract Value = $364,071.00 (Original Contract Value) + $2,810.00 (C.O. #1) = $366,881.00 |
| 25 | Diagnostics | 1278 | 04/30/90 | $24,746.75 | | Project monitoring |
| | Consultant Subtotal= | | | $24,746.75 | x | Misc. Deduct for 10 Bulk Samples = $250.00 |
| | Gross Abatement Project Costs = | | | $391,627.75 | x x | Total VAT Deduct = $2,810.00 (Deducted on Table 2) Total Miscellaneous Deducts = $3,525.00 (Deducted on Table 2) |

1100 Milam
Houston, TX
(W.R. Grace)

TABLE 3

**Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale**

| Floor | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|-------|--------|-------------|--------------|---------------|--------|-------------|
| 39 | BFI Stephens Inc. | App #1 | | $357,185.00 | | Asbestos removal includes PCB Ballast removal and CO #1 for VAT removal, APP #1 missing, cost obtained from App. #2. |
| | | | | | x | VAT Deduct = $1,200.00 |
| | | | | | x | Misc. Deduct = $3,275.00 for PCB ballast removal. |
| 39 | BFI Stephens Inc. | App #2 | 4/30/90 | 44,162.00 | | Asbestos removal |
| | | Contractor Subtotal= | | $401,347.00 | | Total Contract Value = $400,147.00 (Original Contract Value) + $1,200.00 (C.O.) = $401,347.00 |
| 39 | Diagnostic | (1) | | $21,990.02 | | Project monitoring |
| | | Consultant Subtotal= | | $21,990.02 | | |
| | | Gross Abatement Project Costs = | | $423,337.02 | x | Total VAT Deduct = $1,200.00 (Deducted on Table 2). |
| | | | | | x | Total Miscellaneous Deduct = $3,275.00 (Deducted on Table 2). |

(1) Cost estimated based on average Consultant's cost on typical floors :
Floors 14, 15, 18, 19, 22, 25, 40, 41 = $175,920.12 / 8 = $21,990.02 per floor.

Halliwell Engineering Associates, Inc.  July, 1996

1100 Milam
Houston, TX
(W.R. Grace)

TABLE 3

**Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale**

| Floor | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| 40 | BFI Stephens Inc. | App #1 | | $348,586.00 | x | Asbestos removal, includes CO #1 for VAT removal, App #1 missing, cost obtained from App. #2. VAT Deduct = $3,275.00 |
| 40 | BFI Stephens Inc. | App #2 | 6/26/90 | 42,007.00 | | Asbestos removal. |
| | | Contractor Subtotal = | | $390,593.00 | | Total Contract Value = $387,318.00 (Original Contract Value) + $3,275.00 (C.O.) = $390,593.00 |
| 40 | Diagnostic | 1554 | 05/31/90 | $23,279.75 | | Project monitoring |
| | | Consultant Subtotal = | | $23,279.75 | x | Misc. Deduct for 7 Bulk Samples = $175.00 |
| | | Gross Abatement Project Costs = | | $413,872.75 | x x | Total VAT Deduct = $3,275.00 (Deducted on Table 2). Total Miscellaneous Deduct = $175.00 (Deducted on Table 2). |

1100 Milam
Houston, TX
(W.R. Grace)

## TABLE 3

### Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| 41 | BFI Stephens Inc. | App #1 | 6/26/90 | $345,599.00 | x | Asbestos removal includes CO. #1 for PCB removal, and CO #2 for VAT removal. VAT Deduct = $2,368.00 <br> Misc. Deduct = $3,275.00 for PCB ballast removal. |
| 41 | BFI Stephens Inc. | App #2 | 7/26/90 | 38,400.00 | x | Asbestos removal. |
| | | Contractor Subtotal= | | $383,999.00 | | Total Contract Value = $378,365.00 (Original Contract Value) + $5,634.00 (C.O.'s) = $383,999.00 |
| 41 | Diagnostic | 1719 | 06/30/90 | $21,038.50 | | Project monitoring |
| | | Consultant Subtotal= | | $21,038.50 | x | Misc. Deduct for 7 Bulk Samples = $175.00 |
| | Gross Abatement Project Costs = | | | $405,037.50 | x <br> x | Total VAT Deduct = $2,368.00 (Deducted on Table 2). <br> Total Miscellaneous Deducts = $3,450.00 (Deducted on Table 2). |

Halliwell Engineering Associates, Inc. July, 1996

1100 Milam
Houston, TX
(W.R. Grace)

## TABLE 3

### Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| 22 | BFI Stephens Inc. | App #1 | 7/26/90 | $341,299.00 | x x | Asbestos removal includes C.O. #1 for spot removal on 38th flr, CO #2 for PCB removal, and CO #3 for VAT removal. VAT Deduct = $2,368.00 Misc. Deduct = $3,275.00 for PCB ballast removal. Asbestos removal. |
| 22 | BFI Stephens Inc. | App #2 | 8/30/90 | 37,923.00 | | |
| | Contractor Subtotal= | | | $379,222.00 | | Total Contract Value = $360,796.00 (Original Contract Value) + $18,426.00 (C.O.'s 1, 2, & 3) = $379,222.00 |
| 22 | Diagnostic | 1923 | 07/31/90 | $24,742.81 | x | Project monitoring |
| | Consultant Subtotal= | | | $24,742.81 | | Misc. Deduct for 5 Bulk Samples = $125.00 |
| | Gross Abatement Project Costs = | | | $403,964.81 | x x | Total VAT Deduct = $2,368.00 (Deducted on Table 2). Total Miscellaneous Deducts = $3,400.00 (Deducted on Table 2). |

1100 Milam
Houston, TX
(W.R. Grace)

## TABLE 3

### Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| 15 | BFI Stephens Inc. | App #1 | 8/30/90 | $324,544.00 | | Asbestos removal includes CO.#1 for PCB removal,CO.#2 for VAT removal and CO #3 CREDIT ($16,000.00) Deduct for continuous work on Floors 15, 22, 40, & 41. |
| | | | | | x | VAT Deduct = $2,980.00 |
| | | | | | x | Misc. Deduct = $3,275.00 for PCB ballast removal. |
| 15 | BFI Stephens Inc. | App #2 | 9/30/90 | 36,061.00 | | Asbestos removal. |
| | | Contractor Subtotal= | | $360,605.00 | | Total Contract Value = $370,350.00 (Original Contract Value) + $6,255.00(CO's #1 & #2) less $16,000 (CO# 3) + $2,980.00 (CO #10A) = $363,585.00 |
| 15 | Diagnostic | 3007 | 08/31/90 | $22,184.06 | | Project monitoring |
| | | Consultant Subtotal= | | $22,184.06 | x | Misc. Deduct for 3 Bulk Samples = $75.00 |
| | Gross Abatement Project Costs = | | | $382,789.06 | x | Total VAT Deduct = $2,980.00 (Deducted on Table 2). |
| | | | | | x | Total Miscellaneous Deducts = $3,350.00 (Deducted on Table 2). |

Halliwell Engineering Associates, Inc. July, 1996

96107

1100 Milam
Houston, TX
(W.R. Grace)

TABLE 3

## Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| 18 | BFI Stephens Inc. | App #1 | 10/1/90 | $340,032.00 | | Asbestos removal includes C.O. #1 CREDIT ($4,000.00) for continous work |
| 18 | BFI Stephens Inc. | App #2 | 10/25/90 | 38,001.00 | x | Asbestos removal includes CO #2 for VAT removal<br>VAT Deduct = $220.00 |
| 18 | BFI Stephens Inc. | App #3 | 12/3/90 | 220.00 | x | Removal of VAT<br>VAT Deduct = $220.00 |
| | **Contractor Subtotal=** | | | $378,253.00 | | Total Contract Value = $381,863.00 (Original Contract Value) – $4,000.00 (CO #1) +<br>$220.00 (CO #2) = $378,083.00 |
| 18 | Diagnostic | 3166 | 10/31/90 | $21,415.00 | | Project monitoring |
| | **Consultant Subtotal=** | | | $21,415.00 | | |
| | **Gross Abatement Project Costs =** | | | $399,668.00 | x | Total VAT Deducts = $440.00 (Deducted on Table 2). |

Halliwell Engineering Associates, Inc.  July, 1996

96107

1100 Milam
Houston, TX
(W.R. Grace)

TABLE 3

## Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| 19 | BFI Stephens Inc. | App #1 | 10/25/90 | $324,793.00 | | Asbestos removal includes C.O. #1 CREDIT ($4,000.00) for Continous work, and CO #2 for VAT removal. |
| 19 | BFI Stephens Inc. | App #2 | 12/3/90 | 36,088.00 | x | VAT Deduct = $810.00 Asbestos removal includes CO. #2 |
| | | Contractor Subtotal= | | $360,881.00 | | Total Contract Value = $364,071.00 (Original Contract Value) − $3,190.00 (C.O.'s) = $360,881.00 |
| 19 | Diagnostic | 3318 | 10/31/90 | $19,395.00 | | Project monitoring |
| | | Consultant Subtotal= | | $19,395.00 | x | Misc. Deduct for 10 Bulk Samples = $250.00 |
| | | Gross Abatement Project Costs = | | $380,276.00 | x x | Total VAT Deduct = $810.00 (Deducted on Table 2). Total Miscellaneous Deduct = $250.00 (Deducted on Tabel 2). |

Halliwell Engineering Associates, Inc. July, 1996

Page 10

96107

1100 Milam
Houston, TX
(W.R. Grace)

## TABLE 3
### Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| 13 | BFI Stephens Inc. | | 10/31/90 | $364,071.00 | | CO #14A Asbestos Removal<br>CO #14A includes $3,275.00 for PCB Ballasts<br>Misc. Deduct = $3,275.00 |
| 13 | BFI Stephens Inc. | | 10/11/90 | (4,000.00) | x | CO #12A=CREDIT $4,000.00 for Continous Work. |
| 13 | BFI Stephens Inc. | | 12/14/90 | 570.00 | x | CO #15A=$570.00 Removal of Floor tile and mastic<br>VAT Deduct = $570.00 |
| | | **Contractor Subtotal** | | $360,641.00 | | Total Contract Value = $364,071.00 (Original Contract Value) – $3,430.00 (CO's)<br> = $360,641.00 |
| 13 | Diagnostic | (1) | | $21,990.02 | | Project monitoring |
| | | **Consultant Subtotal =** | | $21,990.02 | | |
| | | **Gross Abatement Project Costs =** | | $382,631.02 | x<br>x | Total VAT Deduct = $570.00 (Deducted on Table 2).<br>Total Miscellaneous Deduct = $3,275.00 (Deducted on Table 2). |

(1) Cost estimated based on average Consultant's cost on typical floors:
Floors 14, 15, 18, 19, 22, 25, 40, 41 = $175,920.12 / 8 = $21,990.02 per floor.

Halliwell Engineering Associates, Inc.  July, 1996

1100 Milam
Houston, TX
(W.R. Grace)

## TABLE 3

### Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor | Vendor | Invoice No. | Invoice Date | Total Invoice | Non IFP | Description |
|---|---|---|---|---|---|---|
| 14 | BFI Stephens Inc. | App #1 | 12/7/90 | $324,064.00 | | Asbestos removal includes PCB removal and C.O. #1 CREDIT ($4,000.00) for continous work. Misc. Deduct = $3,275.00 for PCB ballast removal. |
| 14 | BFI Stephens Inc. | App #2 | | 35,007.00 | x | Retainage--Asbestos removal (missing App #2, cost obtained form original contract sum less App #1). |
| | | Contractor Subtotal= | | $360,071.00 | | Total Contract Value = $364,071.00 (Original Contract Value) −$4,000.00 (C.O.) = $360,071.00 |
| 14 | Diagnostic | 3571 | 11/30/90 | $19,118.25 | | Project monitoring |
| | | Consultant Subtotal= | | $19,118.25 | | |
| | Gross Abatement Project Costs = | | | $379,189.25 | x | Total Miscellaneous Deduct = $3,275.00 (Deducted on Table 2). |

Halliwell Engineering Associates, Inc. July, 1996

1100 Milam
Houston, TX
(W.R. Grace)

TABLE 3

**Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale**

| Floor | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| Mid–Rise Elevator Shaft | BFI Stephens | (1) | 11/08/90 | $878,265.00 | | Proposal – Asbestos abatement |
| | | Contractor Subtotal= | | $878,265.00 | | |
| Mid–Rise Elevator Shaft | Diagnostic | (2) | 11/08/90 | $63,000.00 | | Proposal – Project monitoring |
| | | Consultant Subtotal= | | $63,000.00 | | |
| | Gross Abatement Project Costs= | | | $941,265.00 | | |

(1) Cost obtained from BFI Stephens proposal dated November 8, 1990.
(2) Cost obtained from Tenneco Realty correspondence dated November 8, 1990.

Page 13

Halliwell Engineering Associates, Inc. July, 1996

1100 Milam
Houston, TX
(W.R. Grace)

## TABLE 3

### Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| Perimeter Columns | Falcon Associates | App #1 | 8/31/92 | $13,207.50 | | Asbestos removal. |
| | Falcon Associates | App #2 | 8/21/92 | 1,467.50 | | Asbestos removal. Retainage. |
| | Falcon Associates | (1) | | 13,170.00 | | Asbestos abatement (Additional 6 columns). |
| | | Contractor Subtotal= | | $27,845.00 | | Total Contract Value = $14,675.00 (Original Contract Value) +$13,170.00 (C.O.) = $27,845.00 |
| | BCM | (2) | (2) | $7,310.00 | | Inspection of structural steel columns. |
| | | Consultant Subtotal= | | $7,310.00 | | |
| | | Gross Abatement Project Costs = | | $35,155.00 | | |

(1) Change Order #1 = $13,170.00 for the spot abatement of 6 additional perimeter columns.
(2) Cost obtained from BCM authorization–to–proceed letter and proposal.

1100 Milam
Houston, TX
(W.R. Grace)

## TABLE 3

### Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|-------|--------|-------------|--------------|---------------|--------|-------------|
| 10 | BFI Stephens | (1) | | $374,249.30 | | Asbestos abatement |
| | | Contractor Subtotal = | | $374,249.30 | | |
| 10 | Diagnostic | (2) | | $21,990.02 | | Project monitoring |
| | | Consultant Subtotal = | | $21,990.02 | | |
| | | Gross Abatement Project Costs = | | $396,239.32 | x | Total Miscellaneous Deducts -- See Note (3) = $3,364.29 (Deducted on Table 2). |

(1) Cost estimated based on average Contractor's cost on typical floors :
Floors 13, 14, 15, 18, 19, 22, 25, 39, 40, 41 = $3,742,493.00 / 10 = $374,249.30 per floor.

(2) Cost estimated based on average Consultant's cost on typical floors :
Floors 14, 15, 18, 19, 22, 25, 40, 41 = $175,920.12 / 8 = $21,990.02 per floor.

(3) Total project cost deductions estimated based on average deductions on typical floors :
Floors 13, 14, 15, 22, 25, 39, 41 = $23,550.00 / 7 = $3,364.29 per floor.

1100 Milam
Houston, TX
(W.R. Grace)

## TABLE 3

### Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|-------|--------|-------------|--------------|---------------|--------|-------------|
| 11 | BFI Stephens | (1) | | $374,249.30 | | Asbestos abatement |
| | | Contractor Subtotal= | | $374,249.30 | | |
| 11 | Diagnostic | (2) | | $21,990.02 | | Project monitoring |
| | | Consultant Subtotal= | | $21,990.02 | | |
| | | Gross Abatement Project Costs= | | $396,239.32 | x | Total Miscellaneous Deducts -- See Note (3) = $3,364.29 (Deducted on Table 2). |

(1) Cost estimated based on average Contractor's cost on typical floors :
Floors 13, 14, 15, 18, 19, 22, 25, 39, 40, 41 = $3,742,493.00 / 10 = $374,249.30 per floor.

(2) Cost estimated based on average Consultant's cost on typical floors :
Floors 14, 15, 18, 19, 22, 25, 40, 41 = $175,920.12 / 8 = $21,990.02 per floor.

(3) Total project cost deductions estimated based on average deductions on typical floors :
Floors 13, 14, 15, 22, 25, 39, 41 = $23,550.00 / 7 = $3,364.29 per floor.

Halliwell Engineering Associates, Inc.  July, 1996

Page 16

96107

1100 Milam
Houston, TX
(W.R. Grace)

**TABLE 3**

**Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale**

| Floor | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| 12 | BFI Stephens | (1) | | $374,249.30 | | Asbestos abatement |
| | | Contractor Subtotal= | | $374,249.30 | | |
| 12 | Diagnostic | (2) | | $21,990.02 | | Project monitoring |
| | | Consultant Subtotal= | | $21,990.02 | | |
| | Gross Abatement Project Costs= | | | $396,239.32 | x | Total Miscellaneous Deducts -- See Note (3) = $3,364.29 (Deducted on Table 2). |

(1) Cost estimated based on average Contractor's cost on typical floors :
Floors 13, 14, 15, 18, 19, 22, 25, 39, 40, 41 = $3,742,493.00 / 10 = $374,249.30 per floor.

(2) Cost estimated based on average Consultant's cost on typical floors :
Floors 14, 15, 18, 19, 22, 25, 40, 41 = $175,920.12 / 8 = $21,990.02 per floor.

(3) Total project cost deductions estimated based on average deductions on typical floors :
Floors 13, 14, 15, 22, 25, 39, 41 = $23,550.00 / 7 = $3,364.29 per floor.

Halliwell Engineering Associates, Inc. July, 1996

Page 17

96107

1100 Milam
Houston, TX
(W.R. Grace)

TABLE 3

Detailed Costs for Completed Asbestos Fireproofing Removal and Replacement Projects Prior to Building Sale

| Floor | Vendor | Invoice No. | Invoice Date | Total Invoice | Non FP | Description |
|---|---|---|---|---|---|---|
| Level 1 Leopold | NSC Corp. NSC Corp. | App #1 App #2 | 7/8/93 | $92,949.00 10,328.00 | | Asbestos removal. Retainage—Asbestos removal (missing App. #2, cost obtained from original contract sum less App #1). |
| | | Contractor Subtotal= | | $103,277.00 | | Total Contract Value = $103,277.00 |
| | Law Eng. Law Eng. Law Eng. | 60—4535—2261 60—4535—2261 60—4250—2261 | 07/14/93 07/14/93 06/04/93 | $8,194.50 5,839.30 13,326.11 | | Project monitoring Project monitoring Abatement air monitoring, Project management, Project manual/drawings, Reimbursable Expenses. |
| | | Consultant Subtotal= | | $27,359.91 | | |
| | | Gross Abatement Project Costs = | | $130,636.91 | | |

Halliwell Engineering Associates, Inc. July, 1996

96107

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP,
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981
(973) 538-0800
Robert J. Gilson (RG 6618)

Attorneys for The Prudential Insurance Company of America

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 11 |
| **W.R. GRACE & CO., et al.,** | Case No. 01-01139 (JKF) (Jointly Administered) |
| **Debtors.** | |

---

## ADDENDUM TO PROOF OF CLAIM OF PRUDENTIAL INSURANCE COMPANY OF AMERICA FOR:

### 1100 MILAM
### HOUSTON, TEXAS 77001

---

### VOLUME II OF II

# EXHIBIT
# E



**MATERIALS
ANALYTICAL
SERVICES**

June 25, 1990


Re:  1100 Milam Building
     Houston, Texas


Based on the constituent analysis of the fireproofing
samples for the above-referenced project, it is my
opinion that the samples analyzed are Mono-Kote 3,
which was manufactured by W. R. Grace.

Worksheets reflecting our analysis are attached.




William E. Longo, Ph.D.




PIS 00060763

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200    FAX (404) 368-8256

BUILDING:        1100 Milam Building
                 Houston, Texas

The following bulk samples from the above-referenced buildings
were analyzed and were used to form an opinion of the manufactur-
er and product.

| Bulk Sample # | Sample Location | Collected By |
|---|---|---|
| 1 | L-44 W, Electrical Room | McCrone |
| 2 | L-42 W, Electrical Room | McCrone |
| 3 | L-39 E, Hallway | McCrone |
| 5 | L-28 E, Interior | McCrone |
| 6 | L-23 W, Electrical Room | McCrone |
| 7 | 1072 Office | McCrone |
| 8 | L-12, Hot Water Heater Room | McCrone |
| 9 | 830 N.E. Office | McCrone |
| 10 | L-4 W, Mechanical Room | McCrone |

PIS 00060764

MATERIALS ANALYTICAL SERVICES, INC.

BULK ANALYSIS SHEET

Project # - Spl #: _H1647-1_                    Date: _11/17/88_

Project Name: _LAW ASSOCIATES/HATFIELD_        Analyst: _W.R.C._
                                               Reviewer: _____

Sample Identification: _A81-120.48  1100 MILAM BLDG._

_L-44 WEST ELECT. ROOM._

Gross Visual Description: _LIGHT TAN. GOLD FLAKES THROUGHOUT._

_FIBERS EXPOSED._

ASBESTOS MINERALS:                    Est. Vol. %

Chrysotile . . . . . . . . . .        _18_
Amosite . . . . . . . . . . .         _____
Crocidolite . . . . . . . . .         _____
Tremolite/Actinolite . . . .          _____
Anthophyllite . . . . . . . .         _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock Wool . . . . . .         _____
Fibrous glass . . . . . . . .         _____
Cellulose . . . . . . . . . .         _____
Synthetic . . . . . . . . . .         _____
Talc . . . . . . . . . . . .          _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . .         _____
Vermiculite . . . . . . . . .         _35_
Mica . . . . . . . . . . . .          _____
Quartz . . . . . . . . . . .          _____
Calcite . . . . . . . . . . .         _____
Gypsum . . . . . . . . . . .          _____
Diatoms . . . . . . . . . . .         _____
Other . . . . . . . . . . . .         _____

Binders . . . . . . . . . . .         _47_
_PREDOMINANTLY GYPSUM, ALSO SCATTERED GRANULAR MINERALS_

EFFERVESCENCE: _WEAK IN ISOLATED AREAS_

COMMENTS:
_NO STARCH OBSERVED._

# MATERIALS ANALYTICAL SERVICES, INC.

## BULK ANALYSIS SHEET

Project # - Spl #: M1647-2 Date: 11/17/88

Project Name: LAW ASSOCIATES / HATFIELD Analyst: U.D.E.

Reviewer:

Sample Identification: A88-120.48 1100 MILAN BLDG. L-42 WEST ELECT. ROOM.

Gross Visual Description: LIGHT TAN. GOLD FLAKES THROUGHOUT. FIBERS EXPOSED.

| ASBESTOS MINERALS: | Est. Vol. % |
|---|---|
| Chrysotile | 15 |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

OTHER FIBROUS COMPONENTS:

| | |
|---|---|
| Mineral/Rock wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |
| Talc | |

NON-FIBROUS COMPONENTS:

| | |
|---|---|
| Perlite | |
| Vermiculite | 35 |
| Mica | |
| Quartz | |
| Calcite | |
| Gypsum | |
| Diatoms | |
| Other | |
| Binders | 50 |

PREDOMINANTLY GYPSUM, SCATTERED GRANULAR MINERALS

EFFERVESCENCE: WEAK IN ISOLATED AREAS

COMMENTS: NO STARCH OBSERVED. PAINT LAYER NOT ANALYZED

# MATERIALS ANALYTICAL SERVICES, INC.

## BULK ANALYSIS SHEET

Project # - Spl #: __M1647-3__                                   Date: __11/17/88__

Project Name: __LAW ASSOCIATES /HATFIELD__                       Analyst: __W.B.C.__
                                                                 Reviewer: _____

Sample Identification: __A81-120.48    1100 MILAM BLDG.__

__L-39   E   HALLWAY__

Gross Visual Description: __LIGHT TAN. GOLD FLAKES THROUGHOUT.__

__FIBERS EXPOSED.__

**ASBESTOS MINERALS:**                    **Est. Vol. %**

Chrysotile . . . . . . . . . . . . __13__
Amosite . . . . . . . . . . . . . _____
Crocidolite . . . . . . . . . . . _____
Tremolite/Actinolite . . . . . . _____
Anthophyllite . . . . . . . . . . _____

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock Wool . . . . . . . _____
Fibrous glass . . . . . . . . . _____
Cellulose . . . . . . . . . . . _____
Synthetic . . . . . . . . . . . _____
Talc . . . . . . . . . . . . . . _____

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . . . . _____
Vermiculite . . . . . . . . . . __35__
Mica . . . . . . . . . . . . . . _____
Quartz . . . . . . . . . . . . . _____
Calcite . . . . . . . . . . . . _____
Gypsum . . . . . . . . . . . . . _____
Diatoms . . . . . . . . . . . . _____
Other . . . . . . . . . . . . . _____

Binders . . . . . . . . . . . . __52__
__PREDOMINANTLY GYPSUM, SCATTERED GRANULAR MINERALS__

EFFERVESCENCE: __WEAK IN ISOLATED AREAS.__

COMMENTS:
__NO STARCH OBSERVED.__

# MATERIALS ANALYTICAL SERVICES, INC.

## BULK ANALYSIS SHEET

Project # ~ Spl #: *M 1647-S*                          Date: *11/17/88*

Project Name: *LAW ASSOCIATES / HATFIELD*              Analyst: *W.B.C.*
                                                       Reviewer:

Sample Identification: *APP-120.48    1100 MILAM BLDG.*
*L 28 NE INTERIOR.* <small>N.A.S. 6/27/00</small>

Gross Visual Description: *LIGHT TAN. COLD FLAKES THROUGHOUT. FIBERS*
*EXPOSED*

**ASBESTOS MINERALS:**                    Est. Vol. %

Chrysotile . . . . . . . . . . . .    *13*
Amosite . . . . . . . . . . . . .
Crocidolite . . . . . . . . . . .
Tremolite/Actinolite . . . . . .
Anthophyllite . . . . . . . . . .

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . . .
Fibrous glass . . . . . . . .
Cellulose . . . . . . . . . .
Synthetic . . . . . . . . . .
Talc . . . . . . . . . . . . .

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . . . .
Vermiculite . . . . . . . . . .    *34*
Mica . . . . . . . . . . . . .
Quartz . . . . . . . . . . . .
Calcite . . . . . . . . . . . .
Gypsum . . . . . . . . . . . .
Diatoms . . . . . . . . . . .
Other

Binders . . . . . . . . . . . .    *53*
*PREDOMINANTLY GYPSUM, SCATTERED GRANULAR MINERALS.*

EFFERVESCENCE: *VERY WEAK IN ISOLATED AREAS*

COMMENTS:
*NI STARCH OR SERVED*

# MATERIALS ANALYTICAL SERVICES, INC.

## BULK ANALYSIS SHEET

Project # – Spl #: __M1647-6__          Date: __11/17/81__

Project Name: __LAW ASSOCIATES / HATFIELD__     Analyst: __W. B. E.__
Reviewer: _____

Sample Identification: __A88-120.48   1100 MILAM BLDG.__
__L-23 W   ELECT. RM.__

Gross Visual Description: __LIGHT TAN. GOLD FLAKES THROUGHOUT.__
__FIBERS EXPOSED.__

**ASBESTOS MINERALS:**                    Est. Vol. %

Chrysotile . . . . . . . . . . __13__
Amosite . . . . . . . . . . _____
Crocidolite . . . . . . . . _____
Tremolite/Actinolite . . . . _____
Anthophyllite . . . . . . . _____

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . _____
Fibrous glass . . . . . . . _____
Cellulose . . . . . . . . . _____
Synthetic . . . . . . . . . _____
Talc . . . . . . . . . . . . _____

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . . _____
Vermiculite . . . . . . . . __35__
Mica . . . . . . . . . . . . _____
Quartz . . . . . . . . . . . _____
Calcite . . . . . . . . . . _____
Gypsum . . . . . . . . . . . _____
Diatoms . . . . . . . . . . _____
Other . . . . . . . . . . . _____

Binders . . . . . . . . . . __52__
__PREDOMINANTLY GYPSUM WITH GRANULAR MINERALS SCATTERED LIGHTLY THROUGHOUT.__

EFFERVESCENCE: __VERY WEAK IN ISOLATED AREAS__

COMMENTS:
__NO STARCH OBSERVED.__

# MATERIALS ANALYTICAL SERVICES, INC.

## BULK ANALYSIS SHEET

Project # — Spl #: *M/647-7*                    Date: *11/17/88*

Project Name: *LAW ASSOCIATES / HATFIELD*      Analyst: *W.B.E.*
                                               Reviewer:

Sample Identification: *A88-120.48    1100 MILAM BLDG.*

*1072 OFFICE*

Gross Visual Description: *LIGHT TAN. GOLD FLAKES THROUGHOUT. FIBERS*

*EXPOSED.*

**ASBESTOS MINERALS:**                 **Est. Vol. %**

Chrysotile . . . . . . . . . .  *12*
Amosite
Crocidolite
Tremolite/Actinolite
Anthophyllite

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock Wool . . . . . .
Fibrous glass . . . . . . . .
Cellulose . . . . . . . . . .
Synthetic . . . . . . . . . .
Talc . . . . . . . . . . . .

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . . .
Vermiculite . . . . . . . . .  *33*
Mica . . . . . . . . . . . . .
Quartz . . . . . . . . . . . .
Calcite . . . . . . . . . . .
Gypsum . . . . . . . . . . . .
Diatoms . . . . . . . . . . .
Other

Binders . . . . . . . . . . .  *55*
*PREDOMINANTLY GYPSUM WITH GRANULAR MINERALS SCATTERED LIGHTLY THROUGHOU.*

EFFERVESCENCE: *VERY WEAK IN ISOLATED AREAS*

COMMENTS:
   *NO STARCH OBSERVED.*

PIS 00060770

MATERIALS ANALYTICAL SERVICES, INC.

BULK ANALYSIS SHEET

Project # - Spl #: _M1647-8_          Date: _11/17/88_

Project Name: _LAW ASSOCIATES / HATFIELD_          Analyst: _V.D.E._
                                                      Reviewer: _____

Sample Identification: _AP8-120.48    1100 MILAM BLDG_

_L-12  HOT WATER HEATER ROOM._

Gross Visual Description: _LIGHT TAN. GOLD FLAKES THROUGH OUT._

_FIBERS EXPOSED. WHITE PAINT LAYER ATTACHED_

ASBESTOS MINERALS:          Est. Vol. %

Chrysotile . . . . . . . . . . . _13_
Amosite . . . . . . . . . . . . . _____
Crocidolite . . . . . . . . . . . _____
Tremolite/Actinolite . . . . . . _____
Anthophyllite . . . . . . . . . . _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . . . _____
Fibrous glass . . . . . . . . . . _____
Cellulose . . . . . . . . . . . . _____
Synthetic . . . . . . . . . . . . _____
Talc . . . . . . . . . . . . . . _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . . . . _____
Vermiculite . . . . . . . . . . . _34_
Mica . . . . . . . . . . . . . . _____
Quartz . . . . . . . . . . . . . _____
Calcite . . . . . . . . . . . . . _____
Gypsum . . . . . . . . . . . . . _____
Diatoms . . . . . . . . . . . . . _____
Other . . . . . . . . . . . . . . _____

Binders . . . . . . . . . . . . . _53_
_PREDOMINANTLY GYPSUM, SCATTERED GRANULAR MINERALS THROUGHOUT._

EFFERVESCENCE: _VERY WEAK IN ISOLATED AREAS_

COMMENTS: _NO STARCH OBSERVED. PAINT NOT INCLUDED IN ANALYSIS._

MATERIALS ANALYTICAL SERVICES, INC.

BULK ANALYSIS SHEET

Project # - Spl #: _M1647-9_                          Date: _11/17/88_

Project Name: _LAW ASSOCIATES / HATFIELD_             Analyst: _W.B.C._
                                                      Reviewer: _____

Sample Identification: _Ast-120.48      1100 MILAM BLDG._

_830 N.E. OFFICE._

Gross Visual Description: _LIGHT TAN. GOLD FLAKES THROUGHOUT. FIBERS_

_EXPOSED._

| ASBESTOS MINERALS: | Est. Vol. % |
|---|---|
| Chrysotile | 12 |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

OTHER FIBROUS COMPONENTS:

| | |
|---|---|
| Mineral/Rock wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |
| Talc | |

NON-FIBROUS COMPONENTS:

| | |
|---|---|
| Perlite | |
| Vermiculite | 34 |
| Mica | |
| Quartz | |
| Calcite | |
| Gypsum | |
| Diatoms | |
| Other | |

Binders: 54
_GYPSUM PREDOMINATES WITH FEW SCATTERED GRANULAR MINERALS THROUGHOUT._

EFFERVESCENCE: _VERY WEAK IN ISOLATED AREAS._

COMMENTS:
_NO STARCH OBSERVED._

PIS 00060772

MATERIALS ANALYTICAL SERVICES, INC.

BULK ANALYSIS SHEET

Project # - Spl #: _M1647-10_                     Date: _11/17/88_

Project Name: _LAW ASSOCIATES /HATFIELD_          Analyst: _V.A.E._
                                                  Reviewer: _____

Sample Identification: _A 88-120. 48    1100 MILAN BLDG._

_____ _L-4 W MECH. ROOM._

Gross Visual Description: _LIGHT TAN. GOLD FLAKES THROUGHOUT._

_____ _FIBERS EXPOSED._

ASBESTOS MINERALS:                    Est. Vol. %

Chrysotile . . . . . . . . . . . . _14_
Amosite . . . . . . . . . . . . _____
Crocidolite . . . . . . . . . . . _____
Tremolite/Actinolite . . . . . . _____
Anthophyllite . . . . . . . . . . _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . . . _____
Fibrous glass . . . . . . . . . . _____
Cellulose . . . . . . . . . . . . _____
Synthetic . . . . . . . . . . . . _____
Talc . . . . . . . . . . . . . . _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . . . . _____
Vermiculite . . . . . . . . . . . _34_
Mica . . . . . . . . . . . . . . _____
Quartz . . . . . . . . . . . . . _____
Calcite . . . . . . . . . . . . . _____
Gypsum . . . . . . . . . . . . . _____
Diatoms . . . . . . . . . . . . . _____
Other . . . . . . . . . . . . . . _____

Binders . . . . . . . . . . . . . _52_
_GYPSUM PREDOMINATES, GRANULAR MINERALS ARE A SMALL PERCENTAGE._

EFFERVESCENCE: _VERY WEAK IN ISOLATED AREAS_

COMMENTS:
_NO STARCH OBSERVED._

_____

MATERIALS ANALYTICAL SERVICES, INC.
3597 PARKWAY LANE, SUITE 250
NORCROSS, GA  30092
404/448-3200

TEM ANALYSIS: _Bindley_

MAS SAMPLE ID: _M-1647-10_

PROJECT: _1100 Milan Bldg_

SAMPLE NUMBER: _ABP-120.45_

DATE OF ANALYSIS: _12-12-85_

ANALYST: _WE_

| | Rel. Conc. | Morphology | Photo | SAED | Photo | EDS | Disc/File | Comments |
|---|---|---|---|---|---|---|---|---|
| **Asbestos Minerals:** | | | | | | | | |
| Chrysotile | | ✓ | | ✓ | | ✓ | | printout |
| **Other Components:** | | | | | | | | |
| Vermiculite | | ✓ | | ✓ | | ✓ | | printout |
| Gypsum | | ✓ | | | | ✓ | | printout |
| Calcite (small amount) | | ✓ | | | | ✓ | | printout |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

ENTS:

MATERIALS ANALYTICAL SERVICES          MON 12-DEC-88   08:16
Cursor: 0.040keV = 3531



0.000      SI-14                            VFS = 1024    10.240
  48       M1647-10 CHRYSOTILE

PIS 00060775



MATERIALS ANALYTICAL SERVICES          MON 12-DEC-88   08:10
Cursor: 7.900keV = 1721

0.000      K-19                          VFS = 1024    10.240
50      M1647-10 VERMICULITE

PIS 00060776

MATERIALS ANALYTICAL SERVICES          MON 12-DEC-88   08:12
Cursor: 7.980keV = 457



0.000    CA-20                          VFS = 1024    10.240
   5     M1647-10 GYPSUM

PIS 00060777

MATERIALS ANALYTICAL SERVICES          MON 12-DEC-88   08:32
Cursor: 8.040keV = 742



0.000    CA-20                              VFS = 1024    10.240
  10 .    M1647-10 CALCITE

PIS 00060778

# ACID DISSOLUTION BULK ANALYSIS

**M.A.S.**
3597 PARKWAY LANE
NORCROSS GA. 30092

ANALYSIS USING 2% SOLUTION HCl

DATE: _____

| NO. | SAMPLE # | P-D + SAMPLE | P-D - SAMPLE | SAMPLE WEIGHT | FILTER WEIGHT | FINAL WT + FILTER | FINAL WT - FILTER | PERCENT FINAL WT | AMOUNT IN SOLU. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | M1647-10 | 9.0823g | 7.8138g | 1.2655g | 7.6871g | 8.2454g | 0.5728g | 45.22 | 54.82 |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| XX | | | | | | | | | |



**MATERIALS
ANALYTICAL
SERVICES**

## ADDITIONAL BULK ANALYSIS

## STARCH VERIFICATION

Sample # _M1647-10_          Analyst _W.B.Gdd_

Date _6/24/90_

1) Sample Analyzed before/after acid dissolutions

**Starch observed**                    no  ✓

                                       yes _____

**Iodine test**                 positive _____
(ceiling tile only)

                                negative _____

PIS 00060780
3597 Parkway Lane • Suite 2 • 1
Norcross, Georgia 30092
(404) 448-3200



MATERIALS
ANALYTICAL
SERVICES

March 26, 1991


RE:        1100 Milam Building
           Houston, Texas


The constituent analysis of additional fireproofing samples for
the above-referenced project supplements my June 25, 1990 opinion
and confirms that the samples analyzed are Mono-Kote 3, which was
manufactured by W. R. Grace.

Worksheets reflecting the analysis are attached.


William E. Longo, Ph.D.

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200   FAX (404) 368-8256

BUILDING:        1100 Milam Building
                 Houston, Texas

The following bulk samples from the above-referenced building
were analyzed and were used to supplement the opinion regarding
the manufacturer and product.

| Bulk Sample | Sample Location | Collected By |
|---|---|---|
| 4 | L-34E Electrical Room | McCrone |
| 1B | 4th Floor | LAI |
| 2B | 14th Floor | LAI |
| 3B | 20th Floor | LAI |
| 4B | 30th Floor | LAI |
| 5B | 33rd Floor | LAI |
| 6B | 41st Floor | LAI |
| 7B | 40th Floor | LAI |
| 8B | 26th Floor | LAI |
| 9B | 12th Floor | LAI |
| 10B | 10th Floor | LAI |
| 11B | 8th Floor | LAI |
| 1A | 26th Floor | DEI |
| 1A | 16th Floor | DEI |
| 2A | 16th Floor | DEI |
| 16A | 16th Level, Low Rise Elevator Shaft | DEI |
| 16B | 16th Level, Low Rise Elevator Shaft | DEI |
| 5 | 5th Level, Low Rise Elevator Shaft | DEI |

1100 Milam Building
Page -2-

| Bulk Sample | Sample Location | Collected By |
| --- | --- | --- |
| 10 | 10th Level, Low Rise Elevator Shaft | DEI |
| 1B | 39th Floor | DEI |
| 1C | 25th Floor | DEI |
| 1C | 40th Floor | DEI |

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: _M 1647-4_                    Date: _3/26/91_

Project Name: _PRUDENTIAL ; 1100 MILAM BLDG. 10C 48_    Analyst: _W.B. Egly_

Sample Identification: _MB-4    L-34 E ELECT RM._

Gross Visual Description: _LIGHT BEIGE. GOLD FLAKES AND DOORS AS WELL_
_AS FIBERS THROUGHOUT A FINE MATRIX. WHITE PAINT ATTACHED._

| Optical Data for Asbestos Identification | | | |
|---|---|---|---|
| Morphology . . . . . . . | _WAVEY_ | . . | . |
| Pleochroism. . . . . . . | _NONE_ | . . | . |
| Refractive Index . . . . | (1(11)_1.54/1.55_ | . . | . |
| Sign of Elongation . . . . . | _+_ | . . | . |
| Extinction . . . . . . . . | _parallel_ | . . | . |
| Birefringence. . . . . . . | _Low_ | . . | . |
| Melt . . . . . . . . . | _NL_ | . . | . |
| Fiber Name . . . . . . . | _CHRYSOTILE_ | . . | . |

ASBESTOS MINERALS:                    Est. Vol. %

Chrysotile . . . . . . . . . . _12_
Amosite . . . . . . . . . .
Crocidolite . . . . . . . . .
Tremolite/Actinolite . . . . . .
Anthophyllite . . . . . . . .

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . .
Fibrous glass . . . . . . . .
Cellulose . . . . . . . . .
Synthetic . . . . . . . . .
Other

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . .
Vermiculite . . . . . . . . . _35_
Other

Binders . . . . . . . . . . _53_

_ABUNDANT GYPSUM WITH FINE GRANULAR MINERALS SCATTERED THROUGHOUT._

EFFERVESCENCE: _WEAK IN ISOLATED AREAS_

COMMENTS:
_NO STARCH OBSERVED._

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: _M3177-1_                           Date: _2/5/90_

Project Name: _1100   Miami_                            Analyst _Carolena_

Sample Identification: _1B   4TH FLOOR_

Gross Visual Description: _tan matrix w/ gold flakes & wavy fibers,_
_wet color   one inch_

| Optical Data for Asbestos Identification | | | | | |
|---|---|---|---|---|---|
| Morphology | _wavy_ | | | | |
| Pleochroism | _no_ | | | | |
| Refractive Index | _1.54(±.01)_ | | | | |
| Sign of Elongation | _+_ | | | | |
| Extinction | _c_ | | | | |
| Birefringence | _low_ | | | | |
| Melt | | | | | |
| Fiber Name | _C_ | | | | |

ASBESTOS MINERALS:                         Est. Vol. %

Chrysotile . . . . . . . . . . _12_
Amosite . . . . . . . . . . ._____
Crocidolite . . . . . . . . ._____
Tremolite/Actinolite . . . . ._____
Anthophyllite . . . . . . . ._____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . ._____
Fibrous glass . . . . . . . ._____
Cellulose . . . . . . . . . ._____
Synthetic . . . . . . . . . ._____
Other                        _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . ._____
Vermiculite . . . . . . . . . _35_
Other                        _____
                             _____

Binders . . . . . . . . . . _53_
_abundant gypsum_

EFFERVESCENCE: _____ _non-detected_

COMMENTS: _____ _NSD_



**MATERIALS ANALYTICAL SERVICES, INC.**
3597 Parkway Lane, Suite 250
Norcross, GA 30092
404/448-3200

TEM ANALYSIS: *BULK ANALYSIS*

PROJECT: *PRUDENTIAL : 1100 MILAM  120.48*
SAMPLE NUMBER: *M3177-1*
SAMPLE ID: *#1B    4TH FLOOR*

DATE OF ANALYSIS: *8/6/90*

ANALYST: *W B. Egeland*

Asbestos Minerals: *CHRYSOTILE    (EDS)(DIFF)*

Other Components: *GYPSUM    (EDS)(DIFF)*
*VERMICULITE (EDS)*

Comments:

PIS 00111203

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90  09:45
Cursor: 0.000keV = 0        ROI (SIKα) 1.660: 1.810=1045



0.000                              VFS = 256      10.240
    9      M3177-1, CHRYSOTILE



MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   09:47
Cursor: 0.000KeV = 0          ROI (SIKα) 1.660: 1.810=65

0.000                              VFS = 256     10.240
   6      M3177-1, GYPSUM

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   09:49
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=1040



0.000                                    VFS = 256    10.240
    16      M3177-1, VERMICULITE

PIS 00111206



MATERIALS
ANALYTICAL
SERVICES

## ADDITIONAL BULK ANALYSIS

Sample # _M3177-1_          Analyst _J.K.P_

Date    _08/07/90_

### ACID DISSOLUTION

(1) Petri dish plus sample:                                _8.9885_ g

(2) Petri dish minus sample:                               _8.1864_ g

(3) Original sample weight:                                _0.8021_ g

(4) Filter weight:                                         _0.0588_ g

(5) Clean petri dish weight:                               _7.3672_ g

(6) Final sample weight plus filter and petri dish:        _7.7781_ g

(7) Final sample wt:((6) -[(4) + (5)])                     _0.3521_ g


(8) Percent residue wt:((7)/(3) x 100)                     _43.9_ %

(9) Amount in solution:(100 - (8))                         _56.1_ %

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200



MATERIALS
ANALYTICAL
SERVICES

### ADDITIONAL BULK ANALYSIS

## STARCH VERIFICATION

Sample # Π 3 1 7 7 - 1                    Analyst ω. Ɗ. ＿＿＿＿

Date ___8/9/90___


1) Sample Analyzed before/after acid dissolutions


**Starch observed**                    (no) ✓

                                        yes ＿＿＿＿＿＿＿


**Iodine test**
(ceiling tile only)              positive ＿＿＿＿＿

                                 negative ＿＿＿＿＿

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: _M3177-2_   Date: _7/5/50_

Project Name: _1100_ _Milar_   Analyst: _Henderson_

Sample Identification: _2B_   _14 TH FLOOR_

Gross Visual Description: _thn matrix, rust color one side, waxy_
_fibers, gold flakes_

## Optical Data for Asbestos Identification

| | | | |
|---|---|---|---|
| Morphology . . . . . . . . | _wavy_ | | |
| Pleochroism. . . . . . . . | _no_ | | |
| Refractive Index . . . . . | _1.54/or..._ | | |
| Sign of Elongation . . . . | _+_ | | |
| Extinction . . . . . . . . | _o_ | | |
| Birefringence. . . . . . . | _low_ | | |
| Melt . . . . . . . . . . . | | | |
| Fiber Name . . . . . . . . | _Chy_ | | |

ASBESTOS MINERALS:                    Est. Vol. %

Chrysotile . . . . . . . . . . _10_
Amosite . . . . . . . . . . . _____
Crocidolite . . . . . . . . . _____
Tremolite/Actinolite . . . . . _____
Anthophyllite . . . . . . . . _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . _____
Fibrous glass . . . . . . . . _____
Cellulose . . . . . . . . . . _____
Synthetic . . . . . . . . . . _____
Other . . . . . . . . . . . . _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . . _____
Vermiculite . . . . . . . . . _35_
Other . . . . . . . . . . . . _____

Binders . . . . . . . . . . . _55_
_abundant gypsum._

EFFERVESCENCE: _non-detect'l_

COMMENTS: _NSD_



MATERIALS ANALYTICAL SERVICES, INC.
3597 Parkway Lane, Suite 250
Norcross, GA 30092
404/448-3200

TEM ANALYSIS: *BULK ANALYSIS*

PROJECT: *PRUDENTIAL 1100 MILAM : 120.48*
SAMPLE NUMBER: *M3177-2*
SAMPLE ID: *#213 14TH FLOOR*

DATE OF ANALYSIS: *8/6/90*

ANALYST: *W. B. Egyl*

Asbestos Minerals: *CHRYSOTILE (EDS)(DIFF)*

Other Components: *VERMICULITE (EDS)*
*GYPSUM (EDS)(DIFF)*
*IRON PARTICLE (EDS) TRACE AMOUNT*

Comments:

PIS 00111210

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   10:21
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=1001



0.000                                        VFS = 256      10.240
    49      M3177-2, CHRYSOTILE

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90  10:17
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=1035



0.000                              VFS = 256    10.240
   10     M3177-2, VERMICULITE

PIS 00111212



MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90  10:23
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=55

0.000                                   VFS = 256    10.240
    4      M3177-2, GYPSUM

PIS 00111213

MATERIALS ANALYTICAL SERVICES              MON 06-AUG-90  10:31
Cursor: 0.020keV = 0        ROI (SIKα) 1.660: 1.810=156



0.000                                    VFS = 256      10.240

    7      M3177-2, IRON PARTICLE

PIS 00111214



MATERIALS
ANALYTICAL
SERVICES

## ADDITIONAL BULK ANALYSIS

Sample # _M3177-2_                          Analyst _g. H. R._

Date      _08/07/90_

## ACID DISSOLUTION

(1) Petri dish plus sample:                          _8.5863_ g

(2) Petri dish minus sample:                         _7.7598_ g

(3) Original sample weight:                          _0.8265_ g

(4) Filter weight:                                   _0.0591_ g

(5) Clean petri dish weight:                         _7.3954_ g

(6) Final sample weight plus filter and petri dish:  _7.8256_ g

(7) Final sample wt:((6) −[(4) + (5)])               _0.3711_ g


(8) Percent residue wt:((7)/(3) x 100)               _44.9_ %

(9) Amount in solution:(100 − (8))                   _55.1_ %

3597 Parkway Lane · Suite 250
Norcross, Georgia 30092
(404) 448-3200



MATERIALS
ANALYTICAL
SERVICES

ADDITIONAL BULK ANALYSIS

# STARCH VERIFICATION

Sample # _Ω3177-2_            Analyst _W. B. Gylul_

Date _8/9/90_

**1) Sample Analyzed before/after acid dissolutions**

## Starch observed            (no) ___✓___

yes _____

## Iodine test            positive _____
(ceiling tile only)

negative _____

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200