MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: _____M3177-3_____          Date: 7/5/90

Project Name: _____1100 Milam_____          Analyst: _Kendena_

Sample Identification: _____38   20TH FLOOR._____

Gross Visual Description: _fine matrix, rust colored one side, gold_
_flakes, irony fiber_

| Optical Data for Asbestos Identification | | | |
|---|---|---|---|
| Morphology | wavy | | |
| Pleochroism. | no | | |
| Refractive Index | 1.m1.2... | | |
| Sign of Elongation | + | | |
| Extinction | e | | |
| Birefringence. | low | | |
| Melt | | | |
| Fiber Name | Chy | | |

**ASBESTOS MINERALS:**                    Est. Vol. %

Chrysotile . . . . . . . . .     11
Amosite . . . . . . . . . .
Crocidolite . . . . . . . .
Tremolite/Actinolite . . . .
Anthophyllite . . . . . . .

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . .
Fibrous glass . . . . . . .
Cellulose . . . . . . . . .
Synthetic . . . . . . . . .
Other

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . .
Vermiculite . . . . . . . .     35
Other

Binders . . . . . . . . . .     54
_abundant gypsum_

EFFERVESCENCE: _v. weak_

COMMENTS: _NSD_

PIS 00111217



**MATERIALS ANALYTICAL SERVICES, INC.**
3597 Parkway Lane, Suite 250
Norcross, GA  30092
404/448-3200

TEM ANALYSIS: *BULK ANALYSIS*

PROJECT: *PRUDENTIAL : 1100 MILAN : 120.48*
SAMPLE NUMBER: *M3177-3*
SAMPLE ID: *#3B  20TH FLOOR.*

DATE OF ANALYSIS: *8/6/90*

ANALYST: *W. B. Egeland*

Asbestos Minerals: *CHRYSOTICE (EDS)(DIFF)*

Other Components: *VERMICULITE (EDS)*
*GYPSUM (EDS)(DIFF)*
*CALCITE (EDS)(DIFF) *TRACE AMOUNT*

Comments:

PIS 00111218

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90  10:42
Cursor: 0.000KeV = 0          ROI (SIKα) 1.660: 1.810=1021



0.000                              VFS = 256    10.240
14      M3177-3, CHRYSOTILE

PIS 00111219

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   10:41
Cursor: 0.000KeV = 0          ROI (SIKα) 1.660: 1.810=1123



0.000                                    VFS = 256     10.240
    7    M3177-3, VERMICULITE



MATERIALS ANALYTICAL SERVICES                    MON 06-AUG-90   10:44
Cursor: 0.000KeV = 0          ROI (SIKα) 1.660: 1.810=49

0.000                                    VFS = 256    10.240

7      M3177-3, GYPSUM

PIS 00111221



MATERIALS ANALYTICAL SERVICES                    MON 06-AUG-90   10:45
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=38

0.000                                           VFS = 256    10.240
   11      M3177-3, CALCITE

PIS 00111222



MATERIALS
ANALYTICAL
SERVICES

## ADDITIONAL BULK ANALYSIS

Sample # _M3177-3_                          Analyst _J. K. L._

Date _08/07/90_

### ACID DISSOLUTION

(1) Petri dish plus sample:                          _9.2272_ g

(2) Petri dish minus sample:                         _8.1277_ g

(3) Original sample weight:                          _1.0995_ g

(4) Filter weight:                                   _0.0594_ g

(5) Clean petri dish weight:                         _7.3596_ g

(6) Final sample weight plus filter and petri dish:  _7.8741_ g

(7) Final sample wt:((6) −[(4) + (5)])               _0.4551_ g


(8) Percent residue wt:((7)/(3) x 100)               _41.4_ %

(9) Amount in solution:(100 − (8))                   _58.6_ %

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200



MATERIALS
ANALYTICAL
SERVICES

ADDITIONAL BULK ANALYSIS

# STARCH VERIFICATION

Sample # (7 3/77- 3               Analyst _W. B. Egland_

Date       8/9/90

1) Sample Analyzed before/after acid dissolutions

## Starch observed                         (no)   ✓

                                            yes _____

## Iodine test
(ceiling tile only)                positive _____

                                   negative _____

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: _M 377-4_     Date: _2/5/9c_

Project Name: _1100 M/An_     Analyst: _____

Sample Identification: _4B  30TH FLOOR._

Gross Visual Description: _thn  matrix, paint coating  one  side, rust_
_color  other side, wavy fibers & gold flakes_

### Optical Data for Asbestos Identification

| | |
|---|---|
| Morphology | wavy |
| Pleochroism | no |
| Refractive Index | 1.54 l 1.55 |
| Sign of Elongation | + |
| Extinction | 0 |
| Birefringence | low |
| Melt | |
| Fiber Name | chy |

**ASBESTOS MINERALS:**             **Est. Vol. %**

| | |
|---|---|
| Chrysotile | 10 |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

**OTHER FIBROUS COMPONENTS:**

| | |
|---|---|
| Mineral/Rock wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |
| Other | |

**NON-FIBROUS COMPONENTS:**

| | |
|---|---|
| Perlite | |
| Vermiculite | 35 |
| Other | |

Binders . . . . . . . . . . . _55_

_abundant gypsum, scattered carbonates_

EFFERVESCENCE: _v. weak, stronger near paint._

COMMENTS: _NGP_

PIS 00111225



**MATERIALS ANALYTICAL SERVICES, INC.**
3597 Parkway Lane, Suite 250
Norcross, GA  30092
404/448-3200

TEM ANALYSIS: *BULK ANALYSIS*

PROJECT: *PRUDENTIAL: 1100 MILAM: 120.48*
SAMPLE NUMBER: *M3177-4*
SAMPLE ID: *#4B  30TH FLOOR*

DATE OF ANALYSIS: *8/6/90*

ANALYST: *W. B. Egehol*

---

Asbestos Minerals: *CHRYSOTILE (EDS)(DIFF)*

Other Components: *VERMICULITE (EDS)*
*GYPSUM  (EDS)(DIFF)*
*CALCITE  (EDS) ✗ VERY SMALL AMOUNTS*

Comments:

PIS 00111226

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   12:10
Cursor: 0.000KeV = 0        ROI (SIKα) 1.660: 1.810=1119



0.000                              VFS = 256    10.240
    24      M3177-4, CHRYSOTILE

PIS 00111227

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   12:20
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=1040



0.000                                   VFS = 256      10.240
   10      M3177-4, VERMICULITE

PIS 00111228

MATERIALS ANALYTICAL SERVICES                MON 06-AUG-90  12:12
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=103



0.000                                    VFS = 256    10.240
   5      M3177-4, GYPSUM

PIS 00111229

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90  12:22
Cursor: 0.000KeV = 0          ROI (SIKα) 1.660: 1.810=60



0.000                              VFS = 256    10.240

7     M3177-4, CALCITE

PIS 00111230



MATERIALS
ANALYTICAL
SERVICES ⬡

### ADDITIONAL BULK ANALYSIS

Sample # *M3177-4*          Analyst *J. H. B.*

Date      *08/07/90*

### ACID DISSOLUTION

(1) Petri dish plus sample:                                  *8.6100* g

(2) Petri dish minus sample:                                 *7.3764* g

(3) Original sample weight:                                  *1.2336* g

(4) Filter weight:                                           *0.0594* g

(5) Clean petri dish weight:                                 *7.3546* g

(6) Final sample weight plus filter and petri dish:          *7.9282* g

(7) Final sample wt:((6) -[(4) + (5)])                       *0.5142* g


(8) Percent residue wt:((7)/(3) x 100)                       *- 41.7* %

(9) Amount in solution:(100 - (8))                           *58.3* %

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200



MATERIALS
ANALYTICAL
SERVICES

ADDITIONAL BULK ANALYSIS

## STARCH VERIFICATION

Sample # N 3177- 4            Analyst _W. B. Egbert_

Date _8/9/90_


1) Sample Analyzed before/after acid dissolutions


## Starch observed                              no ☑

                                                        yes _____


## Iodine test
(ceiling tile only)                    positive _____

                                       negative _____


3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # – Spl #: _____ M3177-5 _____     Date: 9/5/90

Project Name: _____ 1100  Mhm _____     Analyst: Henderson

Sample Identification: _____ 5B  33RD FLOOR _____

Gross Visual Description: tan matrix paint on side, rust color other side, wavy fibers & gold flakes.

### Optical Data for Asbestos Identification

Morphology . . . . . . . . . . . _____ wavy _____ . _____ . _____
Pleochroism. . . . . . . . . . . _____ no _____ . _____ . _____
Refractive Index . . . . . . . . _____ 1.49-1.52 _____ . _____ . _____
Sign of Elongation . . . . . . . _____ + _____ . _____ . _____
Extinction . . . . . . . . . . . _____ a _____ . _____ . _____
Birefringence. . . . . . . . . . _____ low _____ . _____ . _____
Melt . . . . . . . . . . . . . . _____ . _____ . _____
Fiber Name . . . . . . . . . . . _____ Chy _____ . _____ . _____

ASBESTOS MINERALS:                    Est. Vol. %

Chrysotile . . . . . . . . . . . _____ 11 _____
Amosite . . . . . . . . . . . . . _____
Crocidolite . . . . . . . . . . . _____
Tremolite/Actinolite . . . . . . _____
Anthophyllite . . . . . . . . . . _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . . . _____
Fibrous glass . . . . . . . . . . _____
Cellulose . . . . . . . . . . . . _____
Synthetic . . . . . . . . . . . . _____
Other _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . . . . _____
Vermiculite . . . . . . . . . . . _____ 35 _____
Other _____

Binders . . . . . . . . . . . . . _____ 54 _____
_____ abundant gypsum _____

EFFERVESCENCE: _____ ✓ weak _____

COMMENTS: _____ ASD _____



**MATERIALS ANALYTICAL SERVICES, INC.**
3597 Parkway Lane, Suite 250
Norcross, GA  30092
404/448-3200

TEM ANALYSIS: *BULK ANALYSIS*

PROJECT: *PRUDENTIAL 1100 MILAM 120.48*
SAMPLE NUMBER: *173177-5*
SAMPLE ID: *"SB 33RD FLOOR*

DATE OF ANALYSIS: *8/8/90*

ANALYST: *W.B. Ege____*

Asbestos Minerals: *CHRYSOTILE (EDS)(DIFF)*

Other Components: *VERMICULITE (EDS)*
*GYPSUM (EDS)(DIFF)*
*CALCITE (EDS) +TRACE*
*TiO_2 (EDS) SMALL AMOUNT*

Comments:

PIS 00111234



MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   12:35
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=1033

0.000                                   VFS = 256      10.240
·12     M3177-5, CHRYSOTILE

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   12:32
Cursor: 0.000KeV = 0          ROI (SIKα) 1.660: 1.810=1128



0.000                                        VFS = 256    10.240
20.    MG177-5. VERMICULITE

MATERIALS ANALYTICAL SERVICES                MON 06-AUG-90   12:36
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=52

3.000                                        VFS = 256     10 240
   4      M3177-5, GYPSUM

PIS 00111237

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90  12:38
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=87



0.000                                    VFS = 256      10.240
    5      M3177-5, CALCITE

PIS 00111238

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90  12:41
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=52



0.000                                    VFS = 256   10.240
    6      M3177-5, TIO2



**MATERIALS ANALYTICAL SERVICES**

## ADDITIONAL BULK ANALYSIS

Sample # __M3177-5__                          Analyst __J.R.R.__

Date __08/07/90__

### ACID DISSOLUTION

(1) Petri dish plus sample:                                    __8.0476__ g

(2) Petri dish minus sample:                                   __7.4409__ g

(3) Original sample weight:                                    __0.6067__ g

(4) Filter weight:                                             __0.0579__ g

(5) Clean petri dish weight:                                   __7.3946__ g

(6) Final sample weight plus filter and petri dish:            __7.7073__ g

(7) Final sample wt:((6) −[(4) + (5)])                         __0.2548__ g


(8) Percent residue wt:((7)/(3) x 100)                         __42.0__ %

(9) Amount in solution:(100 − (8))                             __58.0__ %

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200



MATERIALS
ANALYTICAL
SERVICES

ADDITIONAL BULK ANALYSIS

## STARCH VERIFICATION

Sample # _Π 3/77- 5_         Analyst _ω.β. Ξ̧ℓ ℓ_

Date _8/9/9o_

1) *Sample Analyzed before/after acid dissolutions*

**Starch observed**                    (no) ✓

                                        yes _____

**Iodine test**              positive _____
(ceiling tile only)
                            negative _____

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: _____M3177-6_____     Date: 9/6/90

Project Name: 1100 M.Ann     Analyst: Henderson

Sample Identification: 6B     41ST FLOOR

Gross Visual Description: TAN matrix, rust colored one side, print other side, wavy fibers, gold flakes.

### Optical Data for Asbestos Identification

Morphology . . . . . . . . . wavy
Pleochroism. . . . . . . . . no
Refractive Index . . . . . . 1.542 1.550
Sign of Elongation . . . . . +
Extinction . . . . . . . . . o
Birefringence. . . . . . . . low
Melt . . . . . . . . . . . .
Fiber Name . . . . . . . . . C

ASBESTOS MINERALS:     Est. Vol. %

Chrysotile . . . . . . . . . . 11
Amosite . . . . . . . . . . .
Crocidolite . . . . . . . . .
Tremolite/Actinolite . . . . .
Anthophyllite . . . . . . . .

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . .
Fibrous glass . . . . . . . .
Cellulose . . . . . . . . . .
Synthetic . . . . . . . . . .
Other

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . .
Vermiculite . . . . . . . . . 33
Other

Binders . . . . . . . . . . . 54

abundant gypsum

EFFERVESCENCE: non detect'd

COMMENTS: cYD



**MATERIALS ANALYTICAL SERVICES, INC.**
3597 Parkway Lane, Suite 250
Norcross, GA  30092
404/448-3200


TEM ANALYSIS: *BULK ANALYSIS*


PROJECT: *PRUDENTIAL: 1100 MILAM : 180.48*
SAMPLE NUMBER: *M 3177-6*
SAMPLE ID: *#6B 41ST FLOOR*

DATE OF ANALYSIS: *8/6/90*

ANALYST: *W.B. Seyeld*

---

Asbestos Minerals:   *CHRYSOTILE (EDS)(DIFF)*


Other Components:   *VERMICULITE (EDS)*
   *GYPSUM (EDS)(DIFF)*
   *$Ti_{}O_2$ (EDS)(DIFF) #TRACE*
   *CALCITE (EDS)(DIFF) #TRACE*

Comments:


PIS 00111243

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90  12:59
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=1033



0.000                                    VFS = 256      10 240
  43      M3177-6, CHRYSOTILE



MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   12:54
Cursor: 0.000KeV = 0          ROI (SIKα) 1.660: 1.810=1004

VFS = 256          10 240

0.000

77     MS177-S, VERMICULITE

PIS 00111245



MATERIALS ANALYTICAL SERVICES              MON 06-AUG-90  12:56
Cursor: 0.000keV = 0        ROI (SIKα) 1.660: 1.810=78

2.000                              VFS = 256     10.240
    4     MG177-6, GYPSUM

PIS 00111246

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   13:02
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=134



2.000                                    VFS = 256      10.240
    12      M3177-6, CALCITE W/ CHRYSOTILE

PIS 00111247



MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90  13:07
Cursor: 0.000KeV = 0          ROI (SIKα) 1.660: 1.810=73

0.000                                   VFS = 256      10.240
    8      M3177-6, TIO2



**MATERIALS
ANALYTICAL
SERVICES**

## ADDITIONAL BULK ANALYSIS

Sample # _M3177-6_                         Analyst _S.K.P._

Date    _08/07/90_

### ACID DISSOLUTION

(1) Petri dish plus sample:                     _8.5047_ g

(2) Petri dish minus sample:                    _7.3652_ g

(3) Original sample weight:                     _1.1395_ g

(4) Filter weight:                              _0.0572_ g

(5) Clean petri dish weight:                    _7.3524_ g

(6) Final sample weight plus filter and petri dish:  _7.9198_ g

(7) Final sample wt:((6) -[(4) + (5)])          _0.5102_ g


(8) Percent residue wt:((7)/(3) x 100)          _44.8_ %

(9) Amount in solution:(100 - (8))              _55.2_ %

3597 Parkway Lane·· Suite 250
Norcross, Georgia 30092
(404) 448-3200



MATERIALS
ANALYTICAL
SERVICES

ADDITIONAL BULK ANALYSIS

# STARCH VERIFICATION

Sample # _M 3/77-6_                    Analyst _W. B. E. J. l_

Date _8/9/90_

**1) Sample Analyzed before/after acid dissolutions**

## Starch observed                    (no)  ✓

yes _____

## Iodine test
(ceiling tile only)                    positive _____

negative _____

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # – Spl #: _____ M 3177-7 _____     Date: 9/6/90

Project Name: _____ 1100 Mi_____     Analyst: _____

Sample Identification: _____ 78   40TH FLOOR _____

Gross Visual Description: tan matrix, rust color one side, painted other side, wavy fibers, gold-8h___

| Optical Data for Asbestos Identification | | | | | |
|---|---|---|---|---|---|
| Morphology | wavy | | | | |
| Pleochroism | no | | | | |
| Refractive Index | 1.54L 1.55n | | | | |
| Sign of Elongation | + | | | | |
| Extinction | | | | | |
| Birefringence | low | | | | |
| Melt | | | | | |
| Fiber Name | Chy | | | | |

ASBESTOS MINERALS:                     Est. Vol. %

Chrysotile . . . . . . . . . _____ 10 _____
Amosite . . . . . . . . . _____
Crocidolite . . . . . . . . _____
Tremolite/Actinolite . . . . . _____
Anthophyllite . . . . . . . _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . _____
Fibrous glass . . . . . . . _____
Cellulose . . . . . . . . _____
Synthetic . . . . . . . . _____
Other _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . _____
Vermiculite . . . . . . . . _____ 35 _____
Other _____

Binders . . . . . . . . . _____ 55 _____

abundant gypsum

EFFERVESCENCE: _____ V. weak _____

COMMENTS: _____ NAD _____



MATERIALS ANALYTICAL SERVICES, INC.
3597 Parkway Lane, Suite 250
Norcross, GA 30092
404/448-3200


TEM ANALYSIS: *BULK ANALYSIS*

PROJECT: *PRUDENTIAL 1100 MILAM 120.48*
SAMPLE NUMBER: *M3177-7*
SAMPLE ID: *# 7B 40TH FLOOR*

DATE OF ANALYSIS: *8/6/90*

ANALYST: *W. B. Cogbell*

_____

Asbestos Minerals: *CHRYSOTILE (EDS)(DIFF)*


Other Components: *VERMICULITE (EDS)*
*GYPSUM (EDS)(DIFF)*
*CALCITE (EDS)(DIFF) SMALL AMOUNT*


Comments:



MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   13:47
Cursor: 0.000KeV = 0          ROI (SIKα) 1.660: 1.810=1001

0.000                              VFS = 256      10.240
   44       M3177-7, CHRYSOTILE



MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   13:45
Cursor: 0.000KeV = 0          ROI (SIKα) 1.660: 1.810=1033

@ 003                                    VFS = 256      10.240
9       M2177-7, VERMICULITE

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   13:43
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=73



0.000                                   VFS = 256     10.240
    S      M3177-7, GYPSUM

PIS 00111255

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   13:50
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=100



0.000                                   VFS = 256      10.240
    11      M3177-7, CALCITE

PIS 00111256



MATERIALS
ANALYTICAL
SERVICES

### ADDITIONAL BULK ANALYSIS

Sample # M 3177-7                                  Analyst J. F. P.

Date   08/07/90

### ACID DISSOLUTION

(1) Petri dish plus sample:                        8.5237  g

(2) Petri dish minus sample:                       7.3385  g

(3) Original sample weight:                        1.1852  g

(4) Filter weight:                                 0.0575  g

(5) Clean petri dish weight:                       7.3771  g

(6) Final sample weight plus filter and petri dish:  7.9115  g

(7) Final sample wt:((6) −[(4) + (5)])             0.4769  g


(8) Percent residue wt:((7)/(3) x 100)             40.2  %

(9) Amount in solution:(100 − (8))                 59.8  %

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092 ·
(404) 448-3200



MATERIALS
ANALYTICAL
SERVICES

ADDITIONAL BULK ANALYSIS


## STARCH VERIFICATION


Sample # _N 3177- 7_          Analyst _U. B. Eyel_

Date     _8/9/90_


1) Sample Analyzed before/after acid dissolutions


## Starch observed                        (no)  ✓

                                          yes _____



## Iodine test
(ceiling tile only)                positive _____

                                   negative _____

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # – Spl #: _____ M3177-8 _____     Date: 7/6 /70

Project Name: _____ 1100 mil _____     Analyst: Skroleno

Sample Identification: _____ 88   26 TH FLOOR _____

Gross Visual Description: _tan matrix w/long fibers gold flakes,_
_rust color one side._

## Optical Data for Asbestos Identification

| | | | |
|---|---|---|---|
| Morphology . . . . . . . . | wavy | | |
| Pleochroism. . . . . . . . | no | | |
| Refractive Index . . . . . | 1.55 1.55 | | |
| Sign of Elongation . . . . | + | | |
| Extinction . . . . . . . . | 0 | | |
| Birefringence. . . . . . . | low | | |
| Melt . . . . . . . . . . . | | | |
| Fiber Name . . . . . . . . | Chry | | |

ASBESTOS MINERALS:                    Est. Vol. %

| | |
|---|---|
| Chrysotile . . . . . . . . | 11 |
| Amosite . . . . . . . . . | |
| Crocidolite . . . . . . . | |
| Tremolite/Actinolite . . . | |
| Anthophyllite . . . . . . | |

OTHER FIBROUS COMPONENTS:

| | |
|---|---|
| Mineral/Rock wool . . . . . | |
| Fibrous glass . . . . . . | |
| Cellulose . . . . . . . . | |
| Synthetic . . . . . . . . | |
| Other | |

NON-FIBROUS COMPONENTS:

| | |
|---|---|
| Perlite . . . . . . . . . | |
| Vermiculite . . . . . . . | 35 |
| Other | |
| | |
| Binders . . . . . . . . . | 54 |

_abundant gypsum_

EFFERVESCENCE: _weak_

COMMENTS: _____



**MATERIALS ANALYTICAL SERVICES, INC.**
3597 Parkway Lane, Suite 250
Norcross, GA  30092
404/448-3200

TEM ANALYSIS: *BULK ANALYSIS*

PROJECT: *PRUDENTIAL 1100 MILAM  120.48*
SAMPLE NUMBER: *M 3177-8*
SAMPLE ID: *#8B 26TH FLOOR*

DATE OF ANALYSIS: *8/6/90*

ANALYST: *W.B. England*

---

Asbestos Minerals: *CHRYSOTILE (EDS)(DIFF)*

Other Components: *VERMICULITE (EDS)(*
*GYPSUM      (EDS)(DIFF)*
*CALCITE (EDS) *TRACE*

Comments:

PIS 00111260

MATERIALS ANALYTICAL SERVICES            MON 06-AUG-90  14:44
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=1027



0.000                                VFS = 256      10.240
  12      M3177-8, CHRYSOTILE



MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   14:41
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=1017

0.000                                    VFS = 256      10.240
18     M3177-8, VERMICULITE

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90  14:42
Cursor: 0.000KeV = 0          ROI (SIKα) 1.660: 1.810=68



0.000                                    VFS = 256    10.240
    4      M3177-9  GYPSUM

PIS 00111263

MATERIALS ANALYTICAL SERVICES                MON 06-AUG-90   14:45
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=34



0.000                                    VFS = 256    10.240
    4      M3177-8, CALCITE



MATERIALS
ANALYTICAL
SERVICES

## ADDITIONAL BULK ANALYSIS

Sample # M3177-8

Analyst _J.X.R._

Date    08/07/90

## ACID DISSOLUTION

(1) Petri dish plus sample:                          8.9653   g

(2) Petri dish minus sample:                         7.8489.  g

(3) Original sample weight:                          1.1164   g

(4) Filter weight:                                   0.0619   g

(5) Clean petri dish weight:                         7.3833   g

(6) Final sample weight plus filter and petri dish:  7.9077   g

(7) Final sample wt:((6) −[(4) + (5)])               0.4625   g


(8) Percent residue wt:((7)/(3) x 100)               41.4   %

(9) Amount in solution:(100 − (8))                   58.6   %

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200



MATERIALS
ANALYTICAL
SERVICES

ADDITIONAL BULK ANALYSIS


# STARCH VERIFICATION

Sample # _A 3177- 8_          Analyst _W.B. Gahal_

Date   _8/9/90_


**1) Sample Analyzed before/after acid dissolutions**


## Starch observed                    (no) ___✓___

                                       yes _____


## Iodine test                 positive _____
(ceiling tile only)
                               negative _____


PIS 00111266

3597 Parkway Lane · Suite 250
Norcross, Georgia 30092
(404) 448-3200

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # – Spl #: _M3̄77-9_     Date: _9/6/90_

Project Name: _1100 Mh_     Analyst: _Henderson_

Sample Identification: _9B    12ᵀᴴ FLOOR._

Gross Visual Description: _tan matrix painted one side, rust_
_color other side, wavy fibers, g-bd flakes._

### Optical Data for Asbestos Identification

| | | | | | |
|---|---|---|---|---|---|
| Morphology | | | | | |
| Pleochroism | | | | | |
| Refractive Index | | | | | |
| Sign of Elongation | | | | | |
| Extinction | | | | | |
| Birefringence | | | | | |
| Melt | | | | | |
| Fiber Name | | | | | |

ASBESTOS MINERALS:                    Est. Vol. %

Chrysotile . . . . . . . . . .  _12_
Amosite . . . . . . . . . . .  _____
Crocidolite . . . . . . . . .  _____
Tremolite/Actinolite . . . . .  _____
Anthophyllite . . . . . . . .  _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . .  _____
Fibrous glass . . . . . . . .  _____
Cellulose . . . . . . . . . .  _____
Synthetic . . . . . . . . . .  _____
Other                          _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . .  _____
Vermiculite . . . . . . . . .  _35_
Other                          _____

Binders . . . . . . . . .  _<3_
_abundant gypsum_

EFFERVESCENCE: _weak_

COMMENTS: _nsb_



MATERIALS ANALYTICAL SERVICES, INC.
3597 Parkway Lane, Suite 250
Norcross, GA   30092
404/448-3200

TEM ANALYSIS: *BULK ANALYSIS*

PROJECT: *PRUDENTIAL 1100 MILAM 120.48*
SAMPLE NUMBER: *M3177-9*
SAMPLE ID: *#9B  12TH FLOOR*

DATE OF ANALYSIS: *8/6/90*

ANALYST: *W. B. Egeland*

Asbestos Minerals: *CHRYSOTILE  (EDS)(DIFF)*

Other Components: *VERMICULITE  (EDS)*
*GYPSUM  (EDS)(DIFF)*
*CALCITE  (EDS)(DIFF) * TRACE*
*IRON  (EDS)  * TRACE*
Comments: *TiO$_2$  (EDS)(DIFF)*

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   15:01
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=1092



0.000                                  VFS = 256       10.240
  16      M3177-9, CHRYSOTILE

PIS 00111269

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   14:58
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=1026

0.000                                      VFS = 256    10.240
  28      M3177-9, VERMICULITE

PIS 00111270



MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   14:59
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=99

0.000                                        VFS = 256    10.240
    7    M3177-9, GYPSUM



MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   15:10
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=82

0.000                              VFS = 256      10.240
    6      M3177-9, CALCITE

PIS 00111272

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   15:07
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=89



0.000                                    VFS = 256     10.240
 48      M3177-9, IRON

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   14:56
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=95



0.000                                    VFS = 256     10.240
    3      M3177-9, TIO2



MATERIALS
ANALYTICAL
SERVICES

## ADDITIONAL BULK ANALYSIS

Sample # _M3177-9_                    Analyst _J.H.R._

Date       _08/06/90_

### ACID DISSOLUTION

(1) Petri dish plus sample:                       _9.3558_ g

(2) Petri dish minus sample:                      _8.0519._ g

(3) Original sample weight:                        _1.3039_ g

(4) Filter weight:                                _0.0623_ g

(5) Clean petri dish weight:                      _7.3638_ g

(6) Final sample weight plus filter and petri dish:   _8.0169_ g

(7) Final sample wt:((6) -[(4) + (5)])            _0.5908_ g


(8) Percent residue wt:((7)/(3) x 100)            _45.3_ %

(9) Amount in solution:(100 - (8))                _54.7_ %

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200



MATERIALS
ANALYTICAL
SERVICES

### ADDITIONAL BULK ANALYSIS

## STARCH VERIFICATION

Sample # _M 3177-9_          Analyst _U. R. Egbel_

Date _8/9/90_

1) Sample Analyzed before/after acid dissolutions

Starch observed                    ( no )  ✓

                                   yes _____

Iodine test                 positive _____
(ceiling tile only)

                            negative _____

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: _____ M3177-10 _____     Date: 9/6 /90

Project Name:_____ 1100 Mh _____     Analyst: _____

Sample Identification:_____ 10 B     10 TH FLOOR _____

Gross Visual Description: tan matrix, gold flakes, white paint on side, rust color other side, wavy fibers

| Optical Data for Asbestos Identification | | | | |
|---|---|---|---|---|
| Morphology | wavy | | | |
| Pleochrosim | no | | | |
| Refractive Index | 1.54/1.55 | | | |
| Sign of Elongation | + | | | |
| Extinction | ° | | | |
| Birefringence | low | | | |
| Melt | | | | |
| Fiber Name | C | | | |

ASBESTOS MINERALS:                    Est. Vol. %

Chrysotile . . . . . . . . .     10
Amosite . . . . . . . . . .     _____
Crocidolite . . . . . . . .     _____
Tremolite/Actinolite . . . .     _____
Anthophyllite . . . . . . .     _____

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . .     _____
Fibrous glass . . . . . . .     _____
Cellulose . . . . . . . . .     _____
Synthetic . . . . . . . . .     _____
Other                            _____

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . .     _____
Vermiculite . . . . . . . .     35
Other                            _____

Binders . . . . . . . . . .     55

abundant gypsum

EFFERVESCENCE: _____ weak _____

COMMENTS: _____ H₂O _____



MATERIALS ANALYTICAL SERVICES, INC.
3597 Parkway Lane, Suite 250
Norcross, GA  30092
404/448-3200

TEM ANALYSIS: *BULK  ANALYSIS*

PROJECT: *PRUDENTIAL  1100 MILAM  120.48*
SAMPLE NUMBER: *M 3177-10*
SAMPLE ID: *#10 B    10TH FLOOR*

DATE OF ANALYSIS: *8/6/90*

ANALYST: *W. B. Egland*

---

Asbestos Minerals: *CHRYSOTILE  (EDS)(DIFF)*

Other Components: *VERMICULITE  (EDS)*
                   *GYPSUM    (EDS)(DIFF)*
                   *$TiO_2$    (EDS)\* TRACE*
                   *IRON    (EDS)\* TRACE*

Comments:

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   15:40
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=1013



0.000                                    VFS = 256      10.240
32        M3177-10, CHRYSOTILE

PIS 00111279



MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   15:37
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=1016

0.000                                          VFS = 256      10.240
  27      M3177-10, VERMICULITE

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   15:39
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=51



0.000                                    VFS = 256     10.240
    S     M3177-10, GYPSUM

PIS 00111281

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90  15:47
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=93



0.000                              VFS = 256        10.240
   S      M3177-10, TIO2

PIS 00111282

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   15:57
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=88



0.000                                   VFS = 256      10.240
  7       M3177-10, IRON



MATERIALS
ANALYTICAL
SERVICES

## ADDITIONAL BULK ANALYSIS

Sample # _M3177-10_                     Analyst _J.K.R._

Date _08/06/90_

### ACID DISSOLUTION

(1) Petri dish plus sample:                                    _8.0788_ g

(2) Petri dish minus sample:                                   _7.3235_ g

(3) Original sample weight:                                    _0.7753_ g

(4) Filter weight:                                             _0.0630_ g

(5) Clean petri dish weight:                                   _7.3535_ g

(6) Final sample weight plus filter and petri dish:            _7.7461_ g

(7) Final sample wt:((6) -[(4) + (5)])                         _0.3296_ g


(8) Percent residue wt:((7)/(3) x 100)                         _42.5_ %

(9) Amount in solution:(100 - (8))                             _57.5_ %

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200



**MATERIALS
ANALYTICAL
SERVICES**

ADDITIONAL BULK ANALYSIS

## STARCH VERIFICATION

Sample # _13177-10_                   Analyst _W.B. Egald_

Date _8/9/90_


1) Sample Analyzed before/after acid dissolutions


## Starch observed                    (no) ✓

                                      yes _____



## Iodine test
(ceiling tile only)                   positive _____

                                      negative _____

3597 Parkway Lane • Suite 250
Narcross, Georgia 30092
(404) 448-3200

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: _____ M3177-11 _____    Date: 2/6/90

Project Name: _____ 1100 Mil _____    Analyst: Stevenson

Sample Identification: _____ 11B   8TH FLOOR _____

Gross Visual Description: _____ thn matrix, gold flakes, wavy film, ____ color one side _____

### Optical Data for Asbestos Identification

| | |
|---|---|
| Morphology | wavy |
| Pleochroism | ne |
| Refractive Index | 1.54 n11 |
| Sign of Elongation | + |
| Extinction | o |
| Birefringence | low |
| Melt | |
| Fiber Name | A |

ASBESTOS MINERALS:                     Est. Vol. %

| | |
|---|---|
| Chrysotile | 11 |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

OTHER FIBROUS COMPONENTS:

| | |
|---|---|
| Mineral/Rock wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |
| Other | |

NON-FIBROUS COMPONENTS:

| | |
|---|---|
| Perlite | |
| Vermiculite | 35 |
| Other | |

Binders . . . . . . . . . . . .    54

_____ standant gypsum _____

EFFERVESCENCE: _____ weak _____

COMMENTS: _____ NSD _____



**MATERIALS ANALYTICAL SERVICES, INC.**
3597 Parkway Lane, Suite 250
Norcross, GA  30092
404/448-3200

TEM ANALYSIS:  *BULK ANALYSIS*

PROJECT:  *PRUDENTIAL 1100 NICAN 120.48*
SAMPLE NUMBER:  *M 3177-11*
SAMPLE ID:  *# 11/3    8 TH FLOOR*

DATE OF ANALYSIS:  *8/6/90*

ANALYST:  *W. B. Egeland*

Asbestos Minerals:  *CHRYSOTILE (EDS)(DIFF)*

Other Components:  *VERMICULITE (EDS)*
*GYPSUM    (EDS)(DIFF)*
*CALCITE    (EDS)(DIFF)* TRACE*

Comments:

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   16:24
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=1010



0.000                              VFS = 256      10.240
   19     M3177-11, CHRYSOTILE

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   16:22
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=1103



0.000                                        VFS = 256        10.240
25        M3177-11, VERMICULITE

PIS 00111289

MATERIALS ANALYTICAL SERVICES          MON 06-AUG-90   16:18
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=71



0.000                                    VFS = 256      10.240
   12      M3177-11, GYPSUM

PIS 00111290

MATERIALS ANALYTICAL SERVICES              MON 06-AUG-90   16:36
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=35



0.000                                  VFS = 255      10.240
    9    M3177-11, CALCITE



MATERIALS
ANALYTICAL
SERVICES

# ADDITIONAL BULK ANALYSIS

Sample # __M3177-11__          Analyst __J.F.R.__

Date __08/06/90__

## ACID DISSOLUTION

(1) Petri dish plus sample: __9.5474__ g

(2) Petri dish minus sample: __7.6089__ g

(3) Original sample weight: __1.9385__ g

(4) Filter weight: __0.0562__ g

(5) Clean petri dish weight: __7.3102__ g

(6) Final sample weight plus filter and petri dish: __8.2756__ g

(7) Final sample wt:((6) −[(4) + (5)]) __0.9092__ g

(8) Percent residue wt:((7)/(3) x 100) __46.9__ %

(9) Amount in solution:(100 − (8)) __53.1__ %

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200



MATERIALS
ANALYTICAL
SERVICES

ADDITIONAL BULK ANALYSIS

# STARCH VERIFICATION

Sample # _173/77-11_                    Analyst _W. B. Sal_

Date  _8/9/90_

1) Sample Analyzed before/after acid dissolutions

## Starch observed                      (no) ✓

                                        yes _____

## Iodine test                          positive _____
(ceiling tile only)
                                        negative _____

3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(404) 448-3200

MATERIALS ANALYTICAL SERVICES, INC.

## BULK ASBESTOS SHEET

Project # – Spl #: M 3432-1                          Date: 3/15/91

Project Name: Prudential / 120.48                    Analyst: G.Mel.

Sample Identification: 1A Spray on fireproofing 26th Floor

Gross Visual Description: Beige with wavy fine fibers, gold flakes and bodies

bound in a fine grained matrix

| Optical Data for Asbestos Identification | | | |
|---|---|---|---|
| Morphology . . . . . . . . . . | wavy | . | |
| Pleochroism . . . . . . . . . | no | . | |
| Refractive Index . . . . . . . | 1.55116 5+L | . | |
| Sign of Elongation . . . . . . | + | . | |
| Extinction . . . . . . . . . | 0 | . | |
| Birefringence . . . . . . . . | low | . | |
| Melt . . . . . . . . . . . | no | . | |
| Fiber Name . . . . . . . . | Chrysotile | | |

ASBESTOS MINERALS:                          Est. Vol. %

Chrysotile . . . . . . . . . . .          10
Amosite . . . . . . . . . . . .
Crocidolite . . . . . . . . . .
Tremolite/Actinolite . . . . . .
Anthophyllite . . . . . . . . .

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . .
Fibrous glass . . . . . . . . .
Cellulose . . . . . . . . . . .
Synthetic . . . . . . . . . . .
Other

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . . .
Vermiculite . . . . . . . . . .          35
Other

Binders . . . . . . . . . . .          55
          Abundant Gypsum, fine grained aggregate

EFFERVESCENCE: None- week in isolated areas

COMMENTS:                          NSD

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # – Spl #: _____ M3544-1 _____   Date: 2/4/9c

Project Name: _____ 1100 M/Am Bldg. _____   Analyst: Henderso

Sample Identification: V-11 _____ 1A 16TH FLOOR

Gross Visual Description: tan fine matrix w/ gold flakes +
wavy fibers

## Optical Data for Asbestos Identification

| | | | | |
|---|---|---|---|---|
| Morphology | wavy | | | |
| Pleochroism | no | | | |
| Refractive Index | 1.54, 1.55 n 11 | | | |
| Sign of Elongation | + | | | |
| Extinction | o | | | |
| Birefringence | low | | | |
| Melt | | | | |
| Fiber Name | chy | | | |

**ASBESTOS MINERALS:**                         Est. Vol. %

| | |
|---|---|
| Chrysotile | 9 |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

**OTHER FIBROUS COMPONENTS:**

| | |
|---|---|
| Mineral/Rock wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |
| Other | |

**NON-FIBROUS COMPONENTS:**

| | |
|---|---|
| Perlite | |
| Vermiculite | 35 |
| Other | |

| | |
|---|---|
| Binders | 56 |

abundant gypsum, scattered carbonates.

EFFERVESCENCE: _____ weak _____

COMMENTS: _____ NSD _____

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # – Spl #: _M 3544-5_               Date: _3/15/91_

Project Name: _Prudential / 120.48_         Analyst: _C. Mohr_

Sample Identification: _1100 Milam Bldg. # U-11 1100 Milam Bldg._
_Sample # 2A   Spray on fire proofing  16th Floor_

Gross Visual Description: _Beige with wavy fine fibers, gold flakes and books_
_bound in a fine grained matrix_

| Optical Data for Asbestos Identification | | | |
|---|---|---|---|
| Morphology . . . . . . . . . | _Wavy_ | . . . . ___ | . ___ |
| Pleochroism. . . . . . . . | _no_ | . ___ | . ___ |
| Refractive Index . . . . . | _1.551/1.546_ | . ___ | . ___ |
| Sign of Elongation . . . . | _+_ | . ___ | . ___ |
| Extinction . . . . . . . . | _0_ | . ___ | . ___ |
| Birefringence. . . . . . . | _low_ | . ___ | . ___ |
| Melt . . . . . . . . . . . | _no_ | . ___ | . ___ |
| Fiber Name . . . . . . . . | _Chrysotile_ | . ___ | . ___ |

ASBESTOS MINERALS:                    Est. Vol. %

| | |
|---|---|
| Chrysotile . . . . . . . . | _10_ |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite . . . . . | |
| Anthophyllite . . . . . . | |

OTHER FIBROUS COMPONENTS:

| | |
|---|---|
| Mineral/Rock wool . . . . . | |
| Fibrous glass . . . . . . | |
| Cellulose . . . . . . | |
| Synthetic . . . . . . | |
| Other | |

NON-FIBROUS COMPONENTS:

| | |
|---|---|
| Perlite . . . . . . | |
| Vermiculite . . . . . . | _35_ |
| Other | |

| | |
|---|---|
| Binders . . . . . . | _55_ |

_Abundant Gypsum, fine grained aggregate_

EFFERVESCENCE: _none- weak in isolated areas_

COMMENTS:            _NSD_

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: __M 4245-1__          Date: __7/3/90__

Project Name: __PRU /Low Assoc /1100 Milam__     Analyst: __J. Mohan__

Sample Identification: __# 16A   Bldg V-11__

__LOW RISE ELEVATOR SHAFT, 16TH LEVEL__

Gross Visual Description: __Beige with fine fibers and flakes and__
__books bound in a fine grained matrix__

| Optical Data for Asbestos Identification | |
|---|---|
| Morphology | wavy |
| Pleochroism | no |
| Refractive Index | 1.550 1.545L |
| Sign of Elongation | + |
| Extinction | 0 |
| Birefringence | low |
| Melt | no |
| Fiber Name | Chrysotile |

ASBESTOS MINERALS:                    Est. Vol. %

| | |
|---|---|
| Chrysotile | 10 |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

OTHER FIBROUS COMPONENTS:

| | |
|---|---|
| Mineral/Rock wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |
| Other | |

NON-FIBROUS COMPONENTS:

| | |
|---|---|
| Perlite | |
| Vermiculite | 35 |
| Other | |

Binders . . . . . . . . . . . 55

__fine grained aggregate, Gypsum present__

EFFERVESCENCE: __none- weak in Isolated areas__

COMMENTS: __N>O__

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: _M4245-2_          Date: _2/3/90_

Project Name: _PRU /Law Assoc /1100 Milam_   Analyst: _J. Mat__

Sample Identification: _#16B     Bldg J-11_

_LOW RISE ELEVATOR SHAFT, 16TH LEVEL_

Gross Visual Description: _Beige with fine fibers, gold flakes that_
_hooks bound in a fine grained matrix_

| Optical Data for Asbestos Identification | | | |
|---|---|---|---|
| Morphology | wavy | | |
| Pleochroism | no | | |
| Refractive Index | 1.55N/1.54↓ | | |
| Sign of Elongation | + | | |
| Extinction | 0 | | |
| Birefringence | low | | |
| Melt | no | | |
| Fiber Name | Chrysotile | | |

**ASBESTOS MINERALS:**                 **Est. Vol. %**

Chrysotile . . . . . . . . .     _10_
Amosite . . . . . . . . .     _____
Crocidolite . . . . . . .     _____
Tremolite/Actinolite . . . .     _____
Anthophyllite . . . . . .     _____

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . .     _____
Fibrous glass . . . . . .     _____
Cellulose . . . . . . . .     _____
Synthetic . . . . . . . .     _____
Other     _____

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . .     _____
Vermiculite . . . . . . .     _35_
Other     _____

Binders . . . . . . . . .     _55_
_Fine grained aggregate, Gypsum Plaster_

EFFERVESCENCE: _none- Weak in Isolated areas_

COMMENTS:          _Also_

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # – Spl #: __M4245-3__          Date: 7/31/90

Project Name: PRV / Law Assoc /1100 milan          Analyst: J. McKim

Sample Identification: __#5__ __Bldg # V-11__

LOW RISE ELEVATOR SHAFT, 5TH LEVEL

Gross Visual Description: Beige with fine fibers, gold flakes
and books bound in a fine grained matrix

| Optical Data for Asbestos Identification | | | |
|---|---|---|---|
| Morphology | wavy | | |
| Pleochroism | no | | |
| Refractive Index | 1.551/1.542 | | |
| Sign of Elongation | + | | |
| Extinction | 0 | | |
| Birefringence | low | | |
| Melt | no | | |
| Fiber Name | Chrysotile | | |

ASBESTOS MINERALS:          Est. Vol. %

Chrysotile . . . . . . . . . . .     10
Amosite . . . . . . . . . . .
Crocidolite . . . . . . . . .
Tremolite/Actinolite . . . . .
Anthophyllite . . . . . . . .

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . .
Fibrous glass . . . . . . . .
Cellulose . . . . . . . . . .
Synthetic . . . . . . . . . .
Other

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . .
Vermiculite . . . . . . . . .     35
Other

Binders . . . . . . . . . . .     55
fine grained aggregate, Abundant Gypsum

EFFERVESCENCE: none-weak in Isolated areas

COMMENTS:          NSD

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # – Spl #: _M4245-4_                        Date: _7/3/90_

Project Name: _PRU / Law Assoc //100 Milan_        Analyst: _J. Mohr_

Sample Identification: _#10  Bldg # V-11_

_Low Rise Elevator Shaft, 10TH Level_

Gross Visual Description: _Beige with fine fibers, gold flakes_
_and books bound in a fine grained matrix_

## Optical Data for Asbestos Identification

| | | | | |
|---|---|---|---|---|
| Morphology | _wavy_ | | | |
| Pleochroism | _no_ | | | |
| Refractive Index | _1.552/1.541_ | | | |
| Sign of Elongation | _+_ | | | |
| Extinction | _0_ | | | |
| Birefringence | _low_ | | | |
| Melt | _no_ | | | |
| Fiber Name | _Chrysotile_ | | | |

**ASBESTOS MINERALS:**                        Est. Vol. %

Chrysotile . . . . . . . . . . . _10_
Amosite . . . . . . . . . . . .
Crocidolite . . . . . . . . . .
Tremolite/Actinolite . . . . . .
Anthophyllite . . . . . . . . .

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . .
Fibrous glass . . . . . . . .
Cellulose . . . . . . . . . .
Synthetic . . . . . . . . . .
Other

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . . . . .
Vermiculite . . . . . . . . . _35_
Other

Binders . . . . . . . . . . . _55_
_fine grained aggregate, Abundant Gypsum_

EFFERVESCENCE: _None- weak in Isolated areas_

COMMENTS:            _NSD !_

PIS 00111300

## MATERIALS ANALYTICAL SERVICES, INC.

### BULK ASBESTOS SHEET

Project # – Spl #: _M 4329-2_          Date: _8/1/90_

Project Name: _PRU / Law Assoc / 1100 milam_      Analyst: _J. Martin_

Sample Identification: _39-1B     39TH FLOOR_

Gross Visual Description: _Beige with fine fibers, gold flakes and tasks bond in a fine grained matrix_

| Optical Data for Asbestos Identification | | | |
|---|---|---|---|
| Morphology | wavy | | |
| Pleochroism. | no | | |
| Refractive Index | 1.50/1.54L | | |
| Sign of Elongation | + | | |
| Extinction | 0 | | |
| Birefringence. | low | | |
| Melt | no | | |
| Fiber Name | Chrysotile | | |

**ASBESTOS MINERALS:**                    Est. Vol. %

Chrysotile . . . . . . . . . .  _10_
Amosite . . . . . . . . . .
Crocidolite . . . . . . . .
Tremolite/Actinolite . . . . .
Anthophyllite . . . . . . .

**OTHER FIBROUS COMPONENTS:**

Mineral/Rock wool . . . . . .
Fibrous glass . . . . . . .
Cellulose . . . . . . . .
Synthetic . . . . . . . .
Other

**NON-FIBROUS COMPONENTS:**

Perlite . . . . . . . .
Vermiculite . . . . . . . .  _35_
Other

Binders . . . . . . . . . .  _55_
_fine grained aggregate; Abundant Gypsum_

EFFERVESCENCE: _none - weak in Tosuted grass_

COMMENTS:                _NSD_

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: _____ M4441-3 _____          Date: 8/8/90

Project Name: 1100 Milam Bldg. V-11          Analyst: _Kardener_

Sample Identification: 25-1C   25 7/H FLOOR

Gross Visual Description: tan matrix w/ gld flakes 5

_____ very fibr _____

## Optical Data for Asbestos Identification

| | |
|---|---|
| Morphology | wavy |
| Pleochroism | no |
| Refractive Index | 1.44 1.571 |
| Sign of Elongation | + |
| Extinction | 0 |
| Birefringence | low |
| Melt | |
| Fiber Name | Chry |

ASBESTOS MINERALS:                    Est. Vol. %

Chrysotile . . . . . . . . .          8
Amosite . . . . . . . . . .
Crocidolite . . . . . . . .
Tremolite/Actinolite . . . .
Anthophyllite . . . . . . .

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . .
Fibrous glass . . . . . . .
Cellulose . . . . . . . . .
Synthetic . . . . . . . . .
Other

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . .
Vermiculite . . . . . . . .         40
Other

Binders . . . . . . . . . .         52
_abundant gypsum_

EFFERVESCENCE: v. weak

COMMENTS: MSD

MATERIALS ANALYTICAL SERVICES, INC.

BULK ASBESTOS SHEET

Project # - Spl #: _M 4636 - 3_   Date: _8/1/90_

Project Name: _PRU / Law Assoc / 1100 Milam_   Analyst: _R McGlin_

Sample Identification: _1C   Bldg.   V-11   40 TH FLOOR_

Gross Visual Description: _Beige with fine fibers, gold flakes and_
_books bound in a fine grained matrix_

| Optical Data for Asbestos Identification | |
|---|---|
| Morphology | wavy |
| Pleochroism | no |
| Refractive Index | 1.55 // 1.54 |
| Sign of Elongation | n |
| Extinction | 0 |
| Birefringence | low |
| Melt | no |
| Fiber Name | Chrysotile |

ASBESTOS MINERALS:                    Est. Vol. %

Chrysotile . . . . . . . . . . . . . . . _10_
Amosite . . . . . . . . . . . . . . .
Crocidolite . . . . . . . . . . . . .
Tremolite/Actinolite . . . . . . . . .
Anthophyllite . . . . . . . . . . . .

OTHER FIBROUS COMPONENTS:

Mineral/Rock wool . . . . . . . . .
Fibrous glass . . . . . . . . . . . .
Cellulose . . . . . . . . . . . . . .
Synthetic . . . . . . . . . . . . . .
Other

NON-FIBROUS COMPONENTS:

Perlite . . . . . . . . . . . . . . .
Vermiculite . . . . . . . . . . . . . _35_
Other

Binders . . . . . . . . . . . . . . . _55_
_Abundant  Gypsum_

EFFERVESCENCE: _none - weak in Isolated areas_

COMMENTS: _NSD_

## Report on Representative Sampling of Asbestos - Containing Fireproofing

This report has been prepared by Richard L. Hatfield relating to The Prudential Insurance Company of America, et. al. vs. United States Gypsum Company. et. al., Civil Action Nos. 87-4227 and 87-4238 (HAA).

At the request of The Prudential Insurance Company. Law personnel made site visits to Prudential buildings which are the subject of this litigation. Among the purposes for these visits were to confirm the presence, location and homogeneity of the asbestos - containing fireproofing materials and to collect representative samples of the asbestos - containing fireproofing materials. Based on these site visits and other material I have reviewed, I am of the opinion that the samples collected are representative of the asbestos - containing fireproofing found in the buildings.

### 1100 Milam Building, Houston, TX

Law conducted a visual survey of the 1100 Milam Building and collected fireproofing samples in 1989. Our observations and sampling indicates only one type of asbestos - containing fireproofing is located in this building. Eleven representative bulk samples of this material were collected throughout the building. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

### 130 John St. Building, New York, NY

Law conducted a visual survey of the 130 Johns St. Building and collected fireproofing samples in 1988. Our observations and sampling indicates only one type of asbestos - containing fireproofing is located in this building. Three additional representative bulk samples of this material were collected to supplement eight other samples collected by McCrone Environmental. The samples were collected throughout the floors. An additional eight representative bulk samples were collected during a 1991 survey. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

### First Florida Tower, Tampa, FL

Law conducted a visual survey of the First Florida Tower and collected fireproofing samples in 1989. Our observations and sampling indicates only one type of asbestos - containing fireproofing is located in this building. Ten representative bulk samples of this material were collected throughout the building. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

### Century Center Buildings 2200 and 2600, Atlanta, GA

Law conducted a visual survey of the Century Center Buildings 2200 and 2600 and collected fireproofing samples in 1989. Our observations and sampling indicates only one type of

asbestos - containing fireproofing is located in these buildings. Fourteen representative bulk samples of this material were collected throughout the 2200 building and five representative bulk samples were collected from the 2600 building. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

Chatham Center·Hyatt in Pittsburgh, PA

Law conducted a visual survey of the Chatham Center·Hyatt and collected fireproofing samples in 1988. Our observations and sampling indicated only one type of asbestos - containing fireproofing located on floors ground through ten. Seven representative bulk samples of this material were collected throughout the floors. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

Northland Towers (East & West), Southfield, MI

Law conducted a visual survey of the Northland Towers (East & West) and collected fireproofing samples in 1988. Our observations and sampling indicates only one type of asbestos - containing fireproofing is located in these buildings. Eleven representative bulk samples of this material were collected from the East Tower and sixteen representative samples from the West Tower. The samples were collected throughout each tower. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

Northwest Financial Building, Bloomington, MN

Law conducted a visual survey of the Northwest Financial Building and collected fireproofing samples in 1988. Our observations and sampling indicates only one type of asbestos - containing fireproofing is located in this building. Four additional, representative bulk samples of this material were collected throughout the floors to supplement other representative samples collected by other consultants. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

Pru Plaza, Buildings A & B, Denver, CO

Law conducted a visual survey of the Pru Plaza, Buildings A & B and collected fireproofing samples in 1988. Our observations and sampling indicates only one type of asbestos - containing fireproofing is located in these buildings. Eight representative bulk samples of this material were collected throughout the A building and four representative bulk samples were collected from the B building. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

Southdale Office Complex, Edina, MI

Law conducted a visual survey of the Southdale Office Complex and collected fireproofing samples in 1989. Our observations and sampling indicates only one type of asbestos - containing fireproofing is located in this building. Fourteen representative bulk

samples of this material were collected throughout the building. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

Embarcadero I and II, San Francisco, CA

Law conducted visual surveys of Embarcadero I and II and collected fireproofing samples in 1989. Our observations and sampling indicates only one type of asbestos - containing fireproofing is located in each of these buildings. Four representative bulk samples of the fireproofing material located in Embarcadero I were collected to supplement seven samples previously obtained by McCrone and 20 representative bulk samples were collected throughout Embarcadero II. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

Renaissance Tower, Dallas, TX

Law conducted a visual survey of the Renaissance Tower and collected fireproofing samples in 1989. Our observations and sampling indicates only one type of asbestos - containing fireproofing is located in this building. Fifteen representative bulk samples of the fireproofing material were collected throughout most of the building. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

5 Penn Center, Philadelphia, PA

Law conducted a visual survey the 5 Penn Center building and collected fireproofing samples in 1988. Our observations and sampling indicates only one type of asbestos - containing fireproofing is located in this building. Fifty-one representative bulk samples of the fireproofing material were collected throughout the building. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

Twin Towers ( Gaslight/North and South), Atlanta, GA

Law conducted a visual survey of the Twin Towers ( Gaslight/North) and collected fireproofing samples in 1988. Our observations and sampling indicates only one type of asbestos - containing fireproofing is located in this building. Twenty-one representative bulk samples of the fireproofing material were collected throughout the building. These samples as well as other samples collected by others were submitted to Materials Analytical Services (MAS) for constituent analysis.

Law conducted a visual survey of the Twin Towers (South Tower) and collected fireproofing samples in 1989. Our observations and sampling indicates only one type of asbestos - containing fireproofing is located in this building. Forty - one representative bulk samples of this material were collected throughout the floors. These samples as well as other