## Q. 1100 MILAM, HOUSTON, TX

The 1100 Milam Street building is located at 1111 Louisiana Street in downtown Houston, TX. It is a 47-story building with spray-applied fireproofing on the structural steel.[74-76] No fireproofing was reported present on the parking levels.[76] The fireproofing was reported to be friable.[75] Subsequent analysis of the fireproofing determined it was a product known as Monokote MK-3.[38]

The removal of the fireproofing was reported conducted in conjunction with significant renovation activities. The renovation activities included the following major building alterations.

1. Conversion of building spaces from multi-tenant to single tenant for the housing of Houston Power and Light (HPL) employees.

2. Retrofit of the building with a sprinkler system and a life safety equipment upgrade.

3. Reinforcement of structural columns with concrete (eight per floor).

4. Installation of structural wind bracing at eight locations per floor.

5. Complete replacement of HVAC system to increase the quantity of outside air delivered to building occupants.

6. Electrical, plumbing, and communications systems upgrades.

7. Replacement of suspended ceiling system and building finishes.

These improvements are depicted in photographs 25 13:10 through 25 13:50 in Appendix G. The sprinkler system and life safety equipment are shown in photographs 25 13:11 and 25 13:14. A concrete reinforced column is shown in photograph 25 13:32. The structural wind bracing is shown in photographs 25 13:21 and 25 13:49. Representative photographs of the new HVAC system include 25 13:10, 25 13:12, 25 13:17, 25 13:19, and 25 13:35.

William M. Ewing, CIH and Tod A. Dawson of Compass visited the building on April 25, 1996. At this time all the asbestos-containing fireproofing had been removed from the building except the exterior side of the perimeter spandrel beams and portions of the plumbing chase. In these areas an enclosure of gypsum board had been constructed making the fireproofing inaccessible.

The reports of three previous building surveys were reviewed.[74-75, 77] The BCM Converse 1985 survey did not characterize the condition of the fireproofing other than to note it was

friable and asbestos-containing.[74] The 1986 report by John Heussner and La Verne Kettler stated the fireproofing was in "good shape" with no obvious physical damage, water damage, or delamination.[75] Observations by Law Associates in 1988 indicated the fireproofing was in "overall good condition," no significant delamination, but numerous instances of fireproofing debris on surfaces below the in-place material.[77]

Law Associates conducted surface dust sampling throughout the building in December 1988.[77] The results of these samples, summarized in <u>Appendix D</u>, demonstrated a high contamination of asbestos dust on building surfaces above the suspended ceiling system.[78] Nine samples collected above the suspended tile ceiling found from 740,000 s/cm$^2$ (690 million s/ft$^2$) to 6.2 million s/cm$^2$ (5.7 billion s/ft$^2$).

The accumulation of asbestos-containing dust and debris on surfaces below the fireproofing is considered evidence of damage. In the absence of physical damage, water damage, and delamination, this damage would likely be due to deterioration of the fireproofing over time.

Asbestos related building records were reviewed. Among other documents personal air sampling results were located. Most of the personal air sampling results were collected during renovation and asbestos removal during 1988 - 1990. Unfortunately, the worker's activities were not recorded, or not located in the building records if they were.

One set of 21 personal samples were located for contractor personnel installing cables for a new life safety system on unabated floors.[79] These samples indicated a low exposure, as measured by NIOSH method 7400, during this activity. It was noted in the reports that the cable installation procedures included pre-cleaning of the ceiling tiles with a HEPA vacuum, wetting the tiles with amended water, and using a pushrod to install the cables. No sample results were located for any BCM personnel who performed the pre-cleaning activities.

## S. ROUTES OF ASBESTOS EXPOSURE IN BUILDINGS

Asbestos exposure from friable in-place materials occurs in several ways. First, asbestos fibers are slowly released through deterioration over time. In the EPA guidance document, Controlling Asbestos-Containing Materials in Buildings, they stated, "Areas covered by ACM tend to be large. If the material is friable, fibers are slowly released as the material ages."[83] This concept was also recognized in the guidance document issued by the British Department of the Environment which stated, "As it ages, sprayed asbestos may release more fibers and asbestos dust may accumulate in adjacent areas."[84]

The second common method of fiber release from in-place friable ACM is through impact or direct contact. This form of release occurs when the material is struck, scraped or brushed such as during maintenance or renovation activities. The magnitude of the release is proportional to the intensity of the activity causing the disturbance.

Once asbestos fibers are liberated from a material such as fireproofing, the fibers will slowly settle onto surfaces. If not removed, the surfaces will accumulate increasing concentrations of asbestos dust. This dust may then become resuspended into the air. Custodial and maintenance procedures such as sweeping floors with asbestos dust or changing ceiling tiles with settled dust are examples of activities which re-suspend dust into the air.

These concepts of fiber release and re-suspension are widely recognized and have been demonstrated repeatedly in observational and experimental studies.[85-90]

## T. EPISODIC EXPOSURE STUDIES

Industrial hygienists often refer to asbestos exposures in buildings as being either prevalent level or episodic. Prevalent level exposure refers to the continuous concentration of asbestos in the air. Prevalent level exposures are usually low in buildings with spray-applied fireproofing.[91-92] Area air sampling has traditionally been used to measure the prevalent level.

Episodic exposures are often associated with a specific activity which disturbs the in-place fireproofing or settled dust containing asbestos. Such exposures represent a rapid rise in the airborne asbestos concentration followed by a gradual decline.[91] Episodic exposures generally are limited to portions of the building where the activity occurs. However, ventilation patterns may distribute airborne asbestos to adjoining areas or even remote locations. Periodic air sampling in a building, such as once a year or every 6 months is unlikely to detect episodic exposures. For this reason the EPA recommends against air sampling alone for assessing the condition of asbestos-containing materials.[83,93]

In a series of studies, episodic exposures were evaluated during routine maintenance and custodial activities in buildings with surfacing ACM. Five of these studies were conducted

in buildings with spray-applied fireproofing which was the same or substantially similar to the fireproofing in the Prudential Buildings. The results of these studies have been published in peer-reviewed journals and are summarized in Figures 1 - 5.[87, 89, 90]

In each of the five studies a particular maintenance, renovation or custodial activity was chosen. Area air sampling was conducted before, during, and after each activity. Personal air samples were also collected on the individuals performing the activities. All samples were analyzed by transmission electron microscopy (TEM) and the personal samples were analyzed by TEM and phase-contrast microscopy (PCM). In each study it was found that the asbestos exposures during the activity increased significantly when compared to concentrations in the air before the activities began. In each instance, the source of the asbestos exposure was the fireproofing, or the dust and debris from the fireproofing.



DESCRIPTIVE STATISTICS OF ASBESTOS CONCENTRATIONS

Cable Pull I

| Phase | Arithmetic Mean (s/cm$^3$) | Arithmetic Std. Dev. (s/cm$^3$) | Geometric Mean | Number of Observations |
|---|---|---|---|---|
| Before Inst. | 0.052 | 0.030 | 0.046 | 5 |
| During Inst. | 28.9 | 12.6 | 26.9 | 5 |
| During (Pers.) | 10.5 | 11.6 | 7.1 | 3 |
| After Inst. | 8.4 | 7.0 | 6.2 | 6 |

Cable Pull II

| Phase | Arithmetic Mean (s/cm$^3$) | Arithmetic Std. Dev. (s/cm$^3$) | Geometric Mean | Number of Observations |
|---|---|---|---|---|
| Before Inst. | 0.158 | 0.094 | 0.129 | 5 |
| During Inst. | 100.2 | 91.9 | 67.4 | 4 |
| During (Pers.) | 124.8 | 85.6 | 102.7 | 3 |
| After Inst. | 17.0 | 13.5 | 12.3 | 4 |

**Figure 1. Episodic Exposure Results Before, During and After Installation of Cables in the Vicinity of High Density Fireproofing**



DESCRIPTIVE STATISTICS OF ASBESTOS CONCENTRATIONS

| Phase | Arithmetic Mean (s/cm³) | Arithmetic Std. Dev. (s/cm³) | Geometric Mean | Number of Observations |
|---|---|---|---|---|
| Before | 0.006 | 0.014 | 0.002 | 5 |
| During (Area) | 3.6 | 0.84 | 3.5 | 5 |
| During (Pers.) | 26 | 7.5 | 26 | 2 |
| After | 3.8 | 1.9 | 3.4 | 5 |

**Figure 2. Episodic Exposure Results Before, During and After Installation of Cables in the Vicinity of Low Density Fireproofing**



DESCRIPTIVE STATISTICS OF ASBESTOS CONCENTRATIONS

| Phase | Arithmetic Mean (s/cm$^3$) | Range (s/cm$^3$) | Geometric Mean (s/cm$^3$) | Number of Observations |
|---|---|---|---|---|
| Before | 0.05 | ND - 0.08 | 0.03 | 5 |
| During | 15.3 | 10 - 20 | 14.7 | 5 |
| During (Pers.) | 23.0 | 22 - 24 | 23.0 | 2 |
| After | 11.4 | 9 -14 | 11.2 | 5 |
| Cleaning | 22.4 | 20 - 24 | 22.4 | 5 |

ND = No Asbestos Structures Detected

**Figure 3.** **Episodic Exposure Results Before, During, and After Replacement of Ceiling Tiles Below Fireproofing**



DESCRIPTIVE STATISTICS OF ASBESTOS CONCENTRATIONS

| Phase | Arithmetic Mean (s/cm$^3$) | Arithmetic Std. Dev. (s/cm$^3$) | Geometric Mean | Number of Observations |
|---|---|---|---|---|
| Before - Inside | 0.264 | 0.221 | 0.097 | 5 |
| During - Inside | 329.9 | 173.0 | 298.4 | 5 |
| During - Inside (Personal) | 343.8 | 360.6 | 237.1 | 3 |
| After - Inside | 31.8 | 12.3 | 29.7 | 5 |

**Figure 4. Episodic Exposure Results Before, During and After Cleaning a Storage Room in a Building with Fireproofing**



DESCRIPTIVE STATISTICS OF ASBESTOS CONCENTRATIONS

| Phase | Arithmetic Mean (s/cm$^3$) | Arithmetic Std. Dev. (s/cm$^3$) | Geometric Mean | Number of Observations |
|---|---|---|---|---|
| Before | 0.045 | 0.048 | 0.016 | 5 |
| During (Area) | 73.32 | 27.08 | 68.97 | 6 |
| During (Pers.) | 150.79 | 164.68 | 71.60 | 4 |
| After | 5.81 | 2.39 | 5.29 | 4 |

**Figure 5. Episodic Exposure Results Before, During and After Remodeling One Office in a Building with Fireproofing**

## U. MAINTENANCE AND RENOVATION EXPOSURE DATA

A review was conducted of the asbestos-related files stored at the offices of Riker, Danzig, Scherer, Hyland & Perretti in Morristown, NJ. The purpose of the review was to extract air sampling data collected during maintenance, custodial, and renovation activities in the Prudential buildings discussed in this report. No effort was made to locate data for other Prudential buildings. In excess of 375 file boxes were reviewed by William M. Ewing, CIH and Tod A. Dawson.

No custodial worker's exposure data was located for these buildings. This is not unusual since custodians have only rarely been monitored for asbestos exposure.[(91)] Maintenance and renovation activity exposure sampling was located for eleven buildings. These included Embarcadero Center I, Embarcadero Center II, One Chatham Center, 5 Penn Center, Renaissance Center, Prudential Plaza - Denver, Southdale Office Complex, Twin Towers, Century Center, First Florida Tower, and the 1100 Milam Building. Only the personal samples were selected from the data available for ten of these buildings. Since the data available from the Chatham Center included only two personal samples which were too heavily loaded to analyze, the area samples from this building were included. All samples included have been summarized in Tables 1 - 11 of Appendix F.

All the samples included were stated to be collected and analyzed by either National Institute for Safety and Health (NIOSH) method 7400, or its predecessor NIOSH method

P&CAM 239.[94, 95] Both methods collect airborne particles by passing air through a filter. The filter is then analyzed by phase contrast optical microscopy for fibers. Any fibers greater than 5 micrometers long, approximately 0.25 micrometers wide, and having an aspect ratio of 3:1 are included in the count. Limitations of the method include the inability to identify asbestos fibers or "see" (resolve) thin fibers/bundles of asbestos. It was and continues to be widely used since it is the "OSHA method," is inexpensive, provides quick results, and is widely available.

The work activities monitored and summarized in Appendix F include maintenance and renovation activities performed in the vicinity of asbestos-containing fireproofing. Such activities include replacing ceiling tiles, installing cables, electrical conduit and copper pipe, removing light fixtures, shooting pipe hangers, installing ceiling tile grid, removing duct work, removing walls, and clean-up activities. Efforts were made during the selection of samples for inclusion not to include samples where removal of fireproofing was occurring. The sources for the data included are listed at the end of each table and given in the Reference section of this report.[41, 42, 43, 52, 53, 59, 64, 65, 72, 73, 79, 82, 96-105]

A total of 1097 samples (1066 personal samples, 31 area samples) are included in the data set. Of these, 22 samples are reported as overloaded and 3 samples were reported voided.

Of the 1066 personal samples, 505 (47%) were greater than or equal to 0.1 f/cc and 82 (8%) were greater than 1 f/cc. These results are depicted in Figure 6. These results are



**Figure 6. Distribution of Fiber Concentrations Measured on Persons Performing Maintenance and Renovation Activities in Prudential Buildings (1066 samples)**

consistent with results reported in the published literature and further demonstrate that maintenance and renovation activities in buildings with spray-applied friable fireproofing routinely cause elevated airborne exposures.

## V. SURFACE DUST EVALUATION

The results of surface dust samples collected and analyzed by ASTM method D 5755-95 for Embarcadero Center I, II, 5 Penn Center, Renaissance Tower, Northland Towers, and Prudential Plaza (Newark) were discussed in conjunction with the individual building site visits in this report. At 15 dust sampling locations a second sample was also collected using the method previously employed by Law Engineering, Inc. in these buildings. The sampling and analytical techniques are described in the Procedures and Methods section of this report. All results are tabulated in Appendix D and the laboratory reports included as Appendix E.

The results were evaluated and a correlation performed on the 15 pairs of sample results. For all 15 pairs a positive correlation coefficient of 0.62 was obtained with a slope of 5.165 and an intercept of $2.73 \times 10^6$. Further analysis found the correlation coefficient for three buildings (EC I, EC II, and Renaissance) to be 0.80 with a slope of 4.875 and an intercept of $3.7 \times 10^5$. When the correlation coefficient is calculated for the sample pairs collected in the remaining two buildings (5 Penn Center and Prudential Plaza - Newark) the results is 0.98 with a slope of 18.27 and an intercept of $-1.16 \times 10^5$. The reason for

the correlation of the subsets to be better than the correlation of the entire set is the different slopes of the regression lines.

Basically, it was determined that the ASTM method D 5755-95 provides results 17 and 22 times greater than the earlier Law Engineering method in the 5 Penn Center and Prudential Newark buildings, respectively. In the Embarcadero Center Buildings (2) and the Renaissance Tower the increase using the ASTM method D 5755-95 was, on average, 4 - 7.3 times the Law Engineering method. In no sample was the ASTM method result lower than the corresponding side-by-side sample collected according to the Law Engineering procedure.

The one significant difference between the two methods is the sample collection. The ASTM method employs a sample nozzle with a known diameter of 0.63 cm and a flowrate of 2.0 l/min. This provides a face velocity at the point of dust collection of 106 cm/sec. The Law Engineering method used an open face 37 mm cassette with an effective collection area (diameter) of 33 mm. Also operating at 2.0 l/min, this provides a face velocity at the point of dust collection of 6.4 cm/sec. Accordingly, the ASTM method provides a face velocity over 16 times the face velocity of the Law Engineering method.

A total of 1053 asbestos structures were identified, characterized and sized in the 30 samples. No asbestos structures were detected in the 8 blank (control) samples. Each asbestos structure was characterized as either a bundle, matrix, cluster, or fiber. Table 2.

depicts the distribution of structure types for all samples. It is apparent that the two methods produce rather similar asbestos structure distributions when dusts of similar composition are analyzed. The only reasonable explanation for the ASTM method producing consistently higher results is the improved collection efficiency gained with the higher face velocity at the point of sample collection. Visually this was apparent in the field since considerably more dust remained behind on surfaces sampled with the Law Engineering method than the ASTM method D 5755-95.

On average it was determined that the ASTM method provides results 11 times greater than the Law Engineering protocol. This observation should be considered when evaluating previous dust sampling results collected by Law Engineering in the late 1980's in these Prudential buildings.

**Table 2. Asbestos Structure Distribution for 30 side-by-side Surface Dust Samples**

| Structure Type | Law Method | ASTM Method |
|---|---|---|
| Bundles | 50 (8.1%) | 42 (9.7%) |
| Clusters | 26 (4.2%) | 8 (1.8%) |
| Matrices | 267 (43.2%) | 170 (39.1%) |
| Fibers | 275 (44.5%) | 215 (49.4%) |
| Totals | 618 (100%) | 435 (100%) |

## W. ASBESTOS MANAGEMENT OPTIONS AVAILABLE TO COMMERCIAL BUILDING OWNERS

There are several options available to building owners when developing a policy to manage asbestos-containing materials in buildings. In the short term, implementation of an operations and maintenance (O&M) program is necessary. An O&M program is a set of procedures and practices designed to reduce exposures to in-place asbestos while continuing to operate the building. Such a program requires specific work practices when working in the vicinity of asbestos, training of personnel, use of personal protective equipment, proper disposal techniques, and other elements.[106] Prudential has developed or adopted O&M programs for buildings containing friable asbestos-containing materials.

In the long-term, a permanent solution is developed and implemented. For asbestos-containing fireproofing the options include encapsulation, enclosure, and removal. Of these, only removal is truly a permanent solution. Encapsulation, the spraying of a sealant on the fireproofing, does not prevent future damage or delamination, is costly, and may void the fire rating of the material. Enclosure, an airtight barrier constructed around the fireproofing, is not a feasible option in the vast majority of the Prudential buildings due to the lack of space in which to build the enclosures. Enclosures would also be very costly. The advantages and disadvantages of each option have been reported by the EPA.[83]

From the viewpoint of an industrial hygienist, removal of the asbestos-containing fireproofing with substitution of a less hazardous material is preferable. Industrial hygiene is the science that deals with occupational health hazards and environmental stresses of a chemical, physical and biological nature. Its focus is the recognition, evaluation and control of these hazards. When an industrial hygienist considers control options, there exists a hierarchy. The first option in the hierarchy is elimination of a hazard through substitution. If this is not feasible, the hazard should be reduced or eliminated through other engineering controls. If this is not feasible, the hazard is reduced through personal protective equipment such as respirators. The use of respirators is the last option since it relies upon workers to use and maintain them properly.[107]

The EPA requires friable asbestos-containing materials be removed from a building prior to renovation or demolition activities which will disturb these materials.[108] Ultimately, all the asbestos-containing fireproofing will need to be removed properly from the Prudential buildings. The real question presented to the building owner is when should the removal be conducted. The options are immediate removal, phased removal over a period of time, or removal at the time of demolition.

A formal policy for asbestos in Prudential buildings was first adopted in July 1986.[109] While this policy referred to "hazardous substances," asbestos in buildings was one of the major focuses. The policy called for the following:

1. Investigate existing and perspective properties
2. Evaluate the scope of the hazard
3. Notify affected parties
4. Establish monitoring systems
5. Remove hazardous substances, if practical or necessary, as expeditiously as possible.

By this time, Prudential had completed a nationwide survey of its investment properties for asbestos, conducted by outside consultants. Concurrent with this policy statement, the Prudential Realty Group established a permanent task force to develop guidelines for handling hazardous substances issues.[(109)]

In June 1987 the task force issued its "Policy Guidelines and Operating Procedures Manual."[(110)] This manual provided greater detail and guidance for implementing the policy, as well as a structured system of oversight. The following summarizes the guidance provided for asbestos in Prudential Buildings.

1. Conduct a bulk sampling survey
2. Conduct an exposure and risk assessment
3. Implement an Operations and Maintenance Program
4. Provide training
5. Notify affected parties

6. Take immediate action (abatement) if there is a current health hazard
7. Continue inspection/monitoring and anticipate abatement in conjunction with renovation activities
8. Conduct abatement activities in compliance with all OSHA, EPA, state and local regulations/guidelines
9. Use qualified consultants/contractors
10. Maintain various records

At this stage of policy development the "exposure and risk assessment" of in-place asbestos-containing materials relied largely on the results of area air sampling. No trigger value was stated in the guidelines delineating a hazardous situation from a non-hazardous one.

The guidance manual was continually revised and updated. In March 1990 a detailed scope of work for performing bulk sampling and assessments was issued.[111] This document makes it clear that Prudential will follow the bulk sampling procedures outlined in the EPA AHERA regulations for schools. This document further requires a written material assessment be performed based on the same criteria used in the AHERA regulations. The document does not require the material be placed into one of the seven AHERA assessment categories. A similar specification guideline was also issued for asbestos abatement projects in 1990.[112]

In May 1993 the guidance manual underwent a further revision that provided additional guidance regarding types of abatement and when to perform abatement.[113] The document lists four instances when asbestos abatement will generally be required. These are as follows:

1. health hazard as determined by a consultant

2. federal or local regulations (e.g., in conjunction with demolition or a building or other disturbance of the ACM)

3. market forces (e.g., tenants will not lease the space unless the ACM is removed)

4. a cost-benefit analysis indicates it is the most appropriate choice (e.g., removal prior to renovation or installation of a sprinkler system may be more cost effective and safer than working around the material)

Throughout the evolution of the Prudential asbestos policy, emphasis is placed on the fact that each building is unique and decisions regarding asbestos should be evaluated and made on a case-by-case basis. It is also recognized that state asbestos regulations may mandate certain procedures in one building while others may be required in a different state.

In general, the approach in the Prudential buildings has been a phase-out of the asbestos-containing fireproofing over time. Generally this has been done in conjunction with planned renovation activities. In a 1990 EPA guidance document the EPA stated the following.

> Removal of ACM may also be appropriate when performed in conjunction with major building renovations, or as part of long-term building management policies (such as staged removal in conjunction with renovations over the life of the building, as covered by the EPA NESHAP requirements for removal before demolition or renovation).[93]

One obvious exception to this policy concerns the Prudential buildings in Short Hills, NJ. Due to the planned imminent demolition of the building, immediate complete removal was the only option available. In the case of the Hunt Valley Marriott the fireproofing removed was that which was judged to be in poor condition and/or readily accessible. The remaining fireproofing was either inaccessible or was encapsulated and enclosed to prevent fiber release. There exists a similar situation for the perimeter columns at Chatham Center.

The general approach to asbestos-containing materials in these Prudential buildings is similar to and consistent with the actions of other large building owners and managers in

the United States. A 1989 study sponsored by EPA reported that approximately 50% of the buildings in the survey had been inspected for asbestos.[114] In those buildings where asbestos was found, 75% had conducted same asbestos abatement actions. The majority of these were performed in conjunction with renovation activities.

Many owners and managers of large buildings evolved policies similar to Prudential during the late 1980s. Examples include the General Services Administration, the Defense Department, and the Centers for Disease Control. Each of these owners inspected their facilities for asbestos, implemented an operations and maintenance program, and have conducted removal of fireproofing and other asbestos-containing materials. In most instances the removal was performed in conjunction with building renovation activities.

Documents related to asbestos management procedures followed by W.R. Grace & Company, U.S. Mineral Products Company, and U.S. Gypsum were reviewed. Depositions of representatives from these companies were also reviewed. Discussed below are summaries of policies and procedures supported by examples of asbestos management activities in their buildings.

W.R. Grace has established a policy regarding asbestos-containing materials in Grace Premises. Mr. Harry Eschenbach, Director of Health, Safety and Toxicology for W.R. Grace & Company, indicated that asbestos abatement projects have been conducted in 100

to 150 Grace facilities. In some of the larger facilities, asbestos abatement has been done in numerous locations.[115]

The types of asbestos-containing materials (ACM) that have typically been removed include fireproofing, floor tile, thermal system insulation, gaskets and transite. Removal has been conducted when ACM is damaged or deteriorated, in association with renovations, and prior to demolition. Mr. Eschenbach indicated there were occasions when ACM which was in good condition was removed at the same time as damaged ACM because it was cost effective.[115]

The general factors considered in deciding to remove ACM include government regulations, the condition of the material, and the potential for exposure to building/facility occupants.[115]

Mr. Eschenbach acknowledged that it is Graces' responsibility under OSHA to inform employees about the materials they work with. This is done at the Grace facilities either by a facility survey to identify ACM or a "piece-by-piece" basis as situations arise.[115] W.R. Grace provides training at its facilities to employees who work around ACM. This includes maintenance personnel who work above drop ceilings where asbestos-containing fireproofing is on the structural steel and/or the deck. The degree of training depends on the type of work performed.[115]

A review of Grace documents pertaining to removal of ACM in various facilities provides some examples of the circumstances under which asbestos removal was conducted in Grace premises.

A September 29, 1986 memorandum by H.A. Eschenbach outlines his conclusions regarding fireproofing material at the Bridgewater, New Jersey facility. Mr. Eschenbach had visited the facility on September 25 to inspect the fireproofing and collect samples.[116]

Mr. Eschenbach described the material as containing 15% chrysotile asbestos, mineral wool and some cellulosic fibers. "The material is extremely friable which means it falls from the beams and ceiling at the slightest touch."[116]

Mr. Eschenbach recommended removal of the material. "Eventually, it will have to be removed -- either because of governmental regulation or because its bonding abilities deteriorate to the point that it can no longer be ignored. Further, continued use of the area, especially if it involves construction of rooms and storage areas with ancillary wiring changes and other modifications, will be much more expensive in order to work around the asbestos-containing material with minimal worker exposure. Asbestos-containing material as friable as this is mandates a "management program." This involves, among other things, periodic air sampling to make sure that exposure levels remain low and a system of permits to preclude any work which might disturb the asbestos-containing material from being done without adequate safeguards and training of the workers

involved. Removal will allow much greater freedom in making use of the basement area and eliminate the need for ongoing elaborate inspection and control systems with their burdensome administration requirements."[116]

An October 13, 1988 memorandum describes the subsequent asbestos removal project conducted at the Baker & Taylor, Bridgewater, NJ facility (a Grace company).[117] Approximately 5,600 square feet of fireproofing (15-25% chrysotile) applied to the metal decking of the ceiling in the first floor storage/mechanical room was removed. The memo indicates that air testing conducted on several occasions was 0.002 f/cc. "These readings indicated that the air did not have any asbestos fibers, and that the air was equivalent to outside air."[117]

The memo states that although air testing indicated no problem and there were no existing regulations requiring removal, Baker & Taylor's senior management felt that "We should remove the material, just to be on the safe side." "The other alternative, encapsulation of the offending area, was rejected because it was merely a stopgap measure. Management opted for a long-term solution, rather than a short term plan."[117]

Baker & Taylor issued Purchase Order 8189 to Eastern Environmental Services of the Northeast, Inc. for $63,570 to conduct the removal work and provide $10 million of Occurrence General Liability Coverage.[118]

Asbestos was removed in conjunction with renovation activities at the W.R. Grace headquarters building in New York. Proposals were submitted by Primo Construction, Inc. to W.R. Grace & Co. for construction cost for the 46th floor alteration at 1114 Avenue of the Americas in 1987.[119] The proposals indicate the alteration involved a variety of general contract work such as drywall, ceilings, taping and cleaning, electrical, painting, carpeting and base, and demolition and asbestos removal. The proposals indicate an allowance of $40,000 to $45,000 was made for asbestos removal and related work in the Conference Room on the 46th Floor.

A letter from Brian J. Smith, Senior Vice President of W.R. Grace & Co. to Mr. John O'Brien of Primo Construction indicates that the project was approved.[119] It specifically references the 46th floor Conference Room where asbestos removal was scheduled to be conducted on October 8-12, 1987.

Following this abatement activity, on December 4, 1987 an evaluation was made of procedures for incidental contact with asbestos-containing materials in the Headquarters Building of W.R. Grace & Company.[120] This evaluation was conducted by Peter L. Zavon, a Certified Industrial Hygienist with Agatha Corporation.

The evaluation was limited to floors 4, 5 and 41-48, which were the floors occupied by W.R. Grace & Company. The evaluation included observation of telephone technicians' work and a discussion with W. R. Grace personnel of other activities conducted above the

suspended ceiling. Personal air sampling was performed on telephone technicians as they accessed the space above the suspended ceiling to pull telephone wires. In addition to telephone company personnel, the report indicated some or all of the five maintenance staff might have need to work above the ceiling.

The report noted that fireproofing reported to contain asbestos was sprayed on beams and slab decking. Fiberglass, tongue-in-groove tiles formed a suspended ceiling about three feet below the slab. Small pieces of fireproofing were seen on the upper surfaces of the tile. All tiles were considered potentially contaminated.

Recommendations listed in the report included establishment of formal Respiratory Protection and Asbestos Operations and Maintenance Programs. In addition, more refined techniques for entry above the suspended ceiling were suggested.[(120)]

A W.R. Grace & Company memo from P.J. Walsh to R.P. Turner discusses the need to remove asbestos-containing insulation from the underside of the roof and peaked wall areas at both ends of the dry storage warehouse (Bldg. # 10) at the North Bergen, NJ facility. Insulation was also applied on the east and west walls to a level 4.5 feet down from the top of the wall. The memo indicates the ¾ inch thick insulation was composed of mineral wool and chrysotile asbestos.[(121)]

The insulation had been damaged by forklift activities and there was concern that the insulation could fall to the floor and be spread around the warehouse on the fork truck tires without the operator being aware of it. The memo also indicates make-up air was drawn from inside the building at the base of one of the sprayed walls and air movement in the area was substantial. "Due to the damage and the material's highly friable nature, removal seems to be the most viable alternative."(121) The memo also discusses the differences between cementitious and fibrous asbestos-containing products with respect to management options.

A document titled Airborne Asbestos Monitoring, W.R. Grace, North Bergen, New Jersey was prepared for Joe Miller of Finishing Touch Asbestos Abatement Corporation, Inc.(122) This document indicates air monitoring was conducted in conjunction with asbestos removal in Warehouse No. 10, North Bergen, NJ on October 1, 1986. Finishing Touch had submitted a proposal on June 11, 1986 for removal of approximately 5,780 $ft^2$ of asbestos containing insulation from the underside of the roof and beams in the warehouse storage area at North Bergen.(123) The proposed removal price was $31,450.

A request was made for appropriations to remove asbestos insulation from the old #2 and #3 festoons in the Quakertown, PA facility in 1987.(124). The content of the insulation was reported as 80-90% asbestos in a ratio of 8:1 chrysotile and Amosite. The request indicated that much of the insulation was damaged. "In light of the fact that both pieces of

equipment are permanently idle we propose to have all insulation removed and disposed of by a certified asbestos specialist."[124]

A purchase order was issued to Asbestos Removal and Hazards Control to remove the insulation from the festoons and transite paneling from exterior oven walls and partition walls between ovens.[125] The cost for this work was $33,468.

A deposition taken of Mr. James P. Verhalen on September 21, 1995 indicated that U.S. Mineral had no formal written policy with regard to asbestos in company owned buildings. When asked, "Does U.S. Mineral Products Company ever believe that it's appropriate to remove asbestos-containing material during renovation?" Mr. Verhalen replied, "Sometimes you have to. There is no avoiding it. And sometimes you have to. I think it's foolish to remove asbestos-containing materials if you don't have to." Mr. Verhalen cited the following example of when ACM would have to be removed. "If ACM is applied to a ceiling and the ceiling is going to be removed, the ACM must be removed."[126]

When asked if U.S. Mineral believes there are times when it is appropriate to abate and remove asbestos-containing fireproofing material from a building, Mr. Verhalen replied that generally, U.S. Mineral supports the Federal government's position on operations and maintenance (in-place management) and removal. "Therefore, circumstances where it's safe and sound and economical and practical to remove asbestos-containing materials."[126]

When asked if U.S. Mineral held the position that no precaution need to be taken when ACM is disturbed during renovation, Mr. Verhalen replied "No".[126] He indicated that U.S. Mineral supports the maintenance and operations regulations that are federally required and the EPA Greenbook. He stated that these regulations are "practical, logical and safe."[126] Mr. Verhalen also stated that U.S. Mineral supports monitoring in-place ACM as part of the Federal government program. "Monitoring I believe is always desirable."[126]

U.S. Mineral monitored ACM in its own building in the early 1970's when the transition was taking place between asbestos and non-asbestos products. Initially, just air testing was done. Later written procedures for air monitoring were developed when the government programs became more formal. In recent years a map was drawn of the plant and locations of asbestos-containing material were identified.

According to Mr. Verhalen, there are two U.S. Mineral office buildings that have asbestos-containing material above suspended ceiling systems and "they're not subject to any exposure or risk." Air sampling for asbestos was done in late 1994 or early 1995 at the Stanhope office which has Cafco Heat Shield applied to a metal skin roof. The results were negative. However, monitoring is done if someone goes above the suspended ceiling.

All ACM was removed in approximately June of 1995 from factory metal skin buildings. The metal skins on the Butler buildings needed to be replaced. According to Mr. Verhalen, it was necessary prior to replacing the metal skins to remove the asbestos.(126) Other removals conducted at U.S. Mineral facilities include thermal system insulation from a boiler that was replaced (1987, 1989) and removal of ACM in conjunction with a roof replacement (approx. 1990).(126)

In May 1984 U.S. Gypsum (USG) issued a document to all US plants titled "Managing an Asbestos Control Program, Maintaining in Place".(127) The memo attached to the guidelines stated, "The past use of asbestos in insulation, and in other products, presents a problem for plants, both in maintaining safe conditions in areas where the material was used, and in its removal when necessary. The objectives in any asbestos control program are to protect all persons from exposure to airborne fibers in all sections where asbestos is present, and if removal is necessary, to remove and dispose of the material in the manner prescribed by Federal Regulations."(127) These guidelines directed plants to survey and identify ACM; identify ACM that appeared to be damaged or needed repair; repair material that could be repaired; and if material was damaged beyond repair it was to be removed.

An Asbestos Compliance Guide dated February 18, 1986 was distributed to all plant managers. This guide provided instructions on conducting renovation and demolition work involving ACM. This document was revised on June 22, 1987 to include a re-

statement of the Corporation's policy to maintain asbestos-containing materials in place, unless removal is necessary.[128] In the "Purpose" section it is stated, "The intent of these guidelines is to assist plant management in situations where removal is necessary. This includes preparations for capital installations, revisions of equipment arrangements or where asbestos-containing material is damaged beyond repair."[128]

At least 15 different removal projects took place between July 1983 and February of 1985. In May of 1985 there were numerous capital expansion projects at USG plants which required ACM removal.[129]

A July 9, 1984 memorandum from M.J. Bagel to S.T. Hadley of USG provides information on a seminar by the Building Owners Managers Association titled "Asbestos In Office Buildings - A Tenant's Problem, and an Owner's Problem."[130] At the end of the memorandum Mr. Bagel states, "I believe the above provides sufficient information to alert management to the fact that there is a potential problem in buildings that contain asbestos materials. On the basis of this information I believe that a meeting should be held as to what steps if any will be taken should asbestos material be found in the USG building."[130]

The Headquarters Building at South Wacker Drive in Chicago contains Firecode fireproofing. A building committee was formed to handle asbestos problems at the Headquarters Building. A document titled "USG Building, Interim Report, Modifications

to Permit Interior Work" introduced in Mr. May's deposition describes the situation: "A problem identified with doing any above ceiling work on floors two through 16 is that when the fireproofing insulation is disturbed, as by changing pipes, wiring or supports for ducts, ceiling, lighting or other utilities, installing partitions within the plenum to isolate a space for separate air-conditioning and the like, asbestos fibers contained in the fireproofing insulation may be released. This can be caught up in the circulating air within the plenum and thereby distributed to the entire floor, recirculated through the return ducts and ultimately spread throughout the entire building."(129) USG called upon Dr. Morton Corn to assist them in dealing with the ACM in the Headquarters Building.(131) Clayton Environmental conducted air monitoring at the Headquarters Building on January 4-6, 1985. Eighty samples were collected and analyzed by phase contrast and transmission electron microscopy.(132)

A memo dated September 2, 1987 from D.E. Warrick to J.D. Cornell discusses the need for a written facility plan relating to the inplace asbestos-containing material in the Headquarters Building.(133) Mr. Warrick stated, "I would feel much better if we had a written plan to be followed by our own maintenance staff as well as outside workers."(133)

In summary, the procedures for management of asbestos in buildings which are used by W.R. Grace & Company, U.S. Mineral Products Company, and U.S. Gypsum are similar to those implemented by Prudential. All have conducted inspections in their buildings,

have instituted asbestos control procedures, and have removed asbestos-containing materials in conjunction with renovation and demolition activities.

## X. REGULATIONS

The management and removal of the asbestos-containing fireproofing in the Prudential buildings are subject to numerous federal, state and local regulations. At the federal level the two major regulations are the Occupational Safety and Health Administration (OSHA) asbestos standard (29 CFR 1926.1101) and the EPA asbestos NESHAP standard.[134, 135] In addition, the US Department of Transportation (DOT) standards for the transportation of hazardous materials impact the buildings as well as the EPA Asbestos Hazard Emergency Response Act (as amended) (AHERA) regulations which pose additional burdens on the buildings.[136, 137]

The newly revised OSHA asbestos standard has further reduced the permissible exposure limit (PEL) to 0.1 f/cc based on an 8-hour, time-weighted average (TWA).[134] This standard also requires work practices (regardless of exposure concentration) be implemented when working around or on asbestos-containing materials. It was noted by OSHA in the preamble to the current revision that significant risk remains at the 0.1 f/cc level.

The new OSHA asbestos standard provides a classification of work activities. Class I work includes removal of surfacing materials (such as fireproofing) and thermal system insulation (such as pipe and boiler insulation). Class II work includes removal of asbestos-containing materials such as flooring, wallboard and roofing products. Class III work

includes repair and maintenance operations where ACM is likely to be disturbed. Class IV work includes clean-up of asbestos waste and debris.(134)

The work practices required under the OSHA asbestos standard are progressively more stringent, with Class IV work the least stringent, and Class I work the most stringent. The removal of fireproofing from a building is Class I work. This work must be conducted by trained workers and supervisors, employ a negative pressure containment system, provide for the use of respirators and protective clothing, and numerous other requirements.(134)

Custodial and maintenance activities which involve asbestos-containing fireproofing generally fall into Class III or Class IV work. Class III work usually requires isolation of the work area, use of respirators, specific work practices, a competent person (as defined by OSHA) on site, and trained employees and supervisors. Class IV work requires trained employees and specific work practices but does not mandate the use of respirators.(134)

The new OSHA standard contains numerous other provisions including notification and labeling requirements, medical surveillance of employees, decontamination procedures, testing requirements, and waste disposal procedures. The standard represents the latest revision to the OSHA asbestos standards providing for greater stringency in the requirements. It lowered the permissible exposure limit (PEL) to 0.1 f/cc from 0.2 f/cc (8-hour, TWA) which had been in effect since July 1986. Prior to this time the PEL was 2 f/cc, expressed as an 8-hour, TWA.

The EPA NESHAP asbestos standard has likewise evolved and become more stringent over the years.[135] In summary, the standard requires building owners and operators to properly remove friable asbestos-containing materials prior to renovation or demolition activities which will disturb these materials. It further regulates the method of removal and disposal of the asbestos waste.[135]

In addition to the federal asbestos regulation, all of the buildings discussed in this report were, or are subject to one or more state asbestos regulations. Like the federal regulations, the state asbestos regulations have evolved over the years, beginning in the mid-1980s.

The provisions of the state regulations have been summarized repeatedly by the National Conference of State Legislatures (NCSL) under a grant from the EPA.[137, 138] The Bureau of National Affairs (BNA) has also provided a history of early state asbestos regulations.[139] Certain cities and localities, such as New York City, Dallas, Philadelphia, and Allegheny County (Pittsburgh) also passed regulations regarding asbestos in buildings.

Among these regulations the common issue was the provision for certification of individuals who perform various asbestos-related activities. In many states formal licensing programs were established. Initially, some programs only applied to school buildings. However, when the EPA AHERA regulations were amended, public and

commercial buildings were included nationwide in the Model Accreditation Plan (except for Management Planners).[140]

The Prudential buildings discussed in this report contracted maintenance and renovation work. The state regulations required work involving the disturbance of asbestos materials be performed by certified or licensed personnel. Accordingly, it became common practice for only certified workers to conduct asbestos activities in the vicinity of the fireproofing in Prudential buildings.

Some states were also delegated authority from OSHA and EPA to implement and enforce their own OSHA asbestos standard and NESHAP standard. For these Prudential buildings, the states of California, Maryland, Michigan, Minnesota, and New York have state OSHA programs. In these states, the regulations must be at least as stringent as the federal standard. Most states adopted the federal OSHA asbestos standard(s) with little modification. However, using California as an example, CAL-OSHA redefined an asbestos-containing material as greater than 0.1% asbestos, and require all asbestos workers to be registered with the agency.[141, 142]

California also has adopted, and revised the EPA asbestos NESHAP standard. For Embarcadero I and II, located in San Francisco, they must comply with the Bay Area Air Quality Management District (BAAQMD) NESHAP requirements.[143] This regulation

significantly lowers the threshold for amounts of friable asbestos involved in renovation or demolition activities.

City regulations have also impacted Prudential's management of asbestos in their buildings. New York and Philadelphia's comprehensive asbestos in buildings regulation have no threshold amounts before they are applicable.[144 - 146] The City of Dallas has adopted the rules of the Texas Air Control Board.[147 - 149]

The multitude of federal, state and local regulations creates difficulty for large building owners and operators with holdings in many states and localities. At the building level, it is necessary to develop a site-specific plan to achieve compliance with the regulations. At the national level, policies must be appropriate and flexible to allow for provisions of various regulations to be met.

## IV. CONCLUSIONS

The following conclusions are based on site visits to the Prudential buildings, results of bulk, air, dust and debris samples, interviews with building management representatives, and reviews of asbestos-related building documents applicable standards, regulations, guidance and research.

1. The spray-applied asbestos-containing fireproofing currently or formerly present on structural steel (and/or the decking) is friable.

2. In all buildings assessed pursuant to the EPA assessment protocol, the fireproofing was in the vast majority of areas rated as "damaged friable surfacing asbestos-containing building materials."

3. In all buildings assessed, the original asbestos-containing fireproofing had both physical damage and damage due to deterioration. Instances of water damage and delamination were evident at some locations.

4. In all buildings assessed and in which testing was performed it is concluded that asbestos has released from the fireproofing. This asbestos dust and debris has accumulated and resulted in significant contamination of building surfaces.

5. Studies have demonstrated that routine maintenance, custodial, and renovation activities that disturb in-place fireproofing or accumulated dust and debris from the fireproofing can result in elevated airborne asbestos exposure to the workers and others in the vicinity of the work.

6. Air sampling data from these Prudential buildings demonstrates that elevated exposures have occurred among workers performing maintenance and renovation activities.

7. These Prudential buildings are subject to the federal OSHA standard, EPA asbestos NESHAP standard, the applicable state regulations for the states in which the buildings are located, and local (city and county) ordinances for some buildings.

8. It has been necessary and prudent for Prudential to develop and implement asbestos management plans, including asbestos operations and maintenance programs to continue operating these buildings.

9. The removal of the asbestos-containing fireproofing following a phased approach has been, and continues to be, appropriate and reasonable.

10. The Prudential asbestos policy, and implementation of that policy is consistent with applicable regulations, standards, guidelines, and the actions of other major property owners.

This report prepared by: William M. Ewing
William M. Ewing, CIH
Technical Director

# TENNECO REALTY, INC. ASBESTOS MANAGEMENT PROGRAM
## Milam Building

by: John Heussner
LaVerne Kettler

# MILAM BUILDING
## ACM LOCATION AND CONDITION REPORT

The Milam Building is a 48 story structure located at 1100 Milam, Houston, and it was substantially completed in 1973. Since 1984 Tenneco Inc. Safety & Health has collected six bulk samples of insulating material and had them analyzed for asbestos content. Sampling data provided by Prudential Realty, partial owner of the Milam Building, has also been used in our study (See Attachment). The Tenneco Safety & Health sample locations for this building are marked on the attached building floor plans by numbered circles. The numbers in the circles correspond to the attached test sample summary sheet. From these tests it was determined that the structural steel insulation does contain chrysotile type asbestos and the sample data has been extrapolated to assume that all the structural steel in the building is coated with Asbestos Containing Materials (ACM).

In addition to bulk sampling a visual inspection of the structural steel insulation was conducted to determine the physical condition of this material. It has been determined that the building insulation ACM is in good shape with no water marks, gouges, or other obvious physical damage. There was no slumping or delamination of the ACM observed at the sample points. Public access is controlled and limited in all areas containing asbestos, except the elevator landings.

Thirteen air monitoring samples were also collected in the Milam Building. Air monitoring is a quantitative analysis of the releaseability of the insulating materials. An actual count of the fibers collected was made using

polarized light microscopy (PLM) to determine the fibers count per cubic-centimeter (f/cc) present at a sample point. PLM measures all the airborne fibers present, asbestos as well as non-asbestos, therefore the actual quantity of asbestos fibers could be less than indicated on the following table. All air monitoring samples are below 0.015 f/cc. These figures are well below the OSHA Standard of 2 f/cc.

From the location, distribution and quantity of samples collected from the building it has been assumed that this building has insulation containing chrysotile on all its structural steel and in its elevator landing ceilings, and amosite ACM on its hot and chilled water pipe lines.

# MILAM BUILDING
## BULK SAMPLE INDEX BY FLOOR

| FLOOR | SAMPLE # |
|---|---|
| 4th floor | 33-34 |
| 31st floor | 14-17 |
| 43rd floor | 18-20, 47-50 |
| 44th floor | 30, 37, 44-46 |
| 47th floor | 86-095 - 86-101 |

LK/jb
1000f

# MILAM BUILDING
# SAMPLE SUMMARY

| SAMPLE NO. | BUILDING FLOOR (1) | SAMPLE TYPE | RESULTS (3) |
|---|---|---|---|
| 30 | 44 | Bulk | 15% Chrysotile |
| 33 | 4 | Bulk | 15% Chrysotile |
| 34 | 4 | Bulk | 20% Amosite |
| 37 | 44 | Bulk | 15% Chrysotile |
| TSH-17 | 31 | Bulk | 5% Chrysotile |
| (2) | - | Bulk | 3-10% Chrysotile |
| 25 | Hyatt-5 | Bulk | 5% Chrysotile |
| 44 | 44 | Air Monitoring | <0.01 f/cc |
| 45 | 44 | Air Monitoring | <0.01 f/cc |
| 46 | 44 | Air Monitoring | <0.01 f/cc |
| 47 | 43 | Air Monitoring | <0.01 f/cc |
| 48 | 43 | Air Monitoring | <0.01 f/cc |
| 49 | 43 | Air Monitoring | <0.01 f/cc |
| 50 | 43 | Air Monitoring | Reference Blank |
| TSH-14 | 31 | Air Monitoring | 0.008 f/cc |
| TSH-15 | 31 | Air Monitoring | 0.015 f/cc |
| TSH-16 | 31 | Air Monitoring | <0.001 f/cc |
| TSH-18 | 43 | Air Monitoring | <0.001 f/cc |
| TSH-19 | 43 | Air Monitoring | <0.001 f/cc |
| TSH-20 | 43 | Air Monitoring | <0.001 f/cc |

Notes

1. See attached floor plans for sample locations.
2. Survey by BCM Converser, Inc., contracted by Prudential Realty, Inc., see attached report.
3. f/cc, fibers per cubic centimeters
4. Samples with TSH prefix were collected after August 1985. All others were collected earlier.

0139N/32

TENNECO REALTY, INC. ASBESTOS ABATEMENT PROGRAM
Bulk Sample Identification
Milam Building

| SAMPLER | SAMPLE LOCATION AND I.D. NUMBER | CONDITION/ DESCRIPTION | SAMPLE DATE | ORIGINAL SURVEY ANALYSIS RESULTS | FULL LOCATION DESCRIPTION (1,2) | LOCATION COMMENTS | DATE OF RE-SURVEY |
|---|---|---|---|---|---|---|---|
| L. Ketter/ M. Sweeney | [TSH-17] Rm. 3154, 31st floor MLM Bldg. | Cream Colored Friable Spray on | 11/26/85 | Few Fibers 5% Chrysotile | Horizontal structural steel beam Column Row 4-24 of 31st floor, general office area | Spray on material was in good condition. No gouges, abrasions or other sign of physical damage. | 11/26/85 |
| J. W. Hill | [30] N.E. Core of MLM Bldg. Mech. Room Ceiling 44 (East) | Loose Gray Fibrous Mixture | 11/26/84 | 15% Chrysotile | Horizontal structural steel beam Column Row 24-25 of 44th floor Mechanical Room | Spray on beams in good physical shape. Some overspray on pan, it is also in good shape. | 3/12/86 |
| J. W. Hill | [33] MLM Bldg. 4th floor Corridor, ceiling | Loose Gray Fibrous Mixture | 11/26/84 | 15% Chrysotile | Horizontal structural steel beam Column Row 3/4 to 13/14 | Spray on beam is in good physical shape. Considerable overspray on pan, it is also in good shape. | 3/12/86 |
| J. W. Hill | [34] MLM Bldg. 4th Floor Heat Exchanger (S.W. Corner) | Loose White Fibrous Mixture | 11/26/84 | 20% Amosite | Manifold for high rise heat exchanger located against N.W. exterior wall at Column Row 14. | Cover in good shape. Only the manifold end needs sealing. | 3/12/86 |
| J. W. Hill | [37] N.W. Core of MLM Bldg. Mech. Room Ceiling 44 (West) | Loose Gray Fibrous Mixture | 11/26/84 | 15% Chrysotile | Horizontal structural steel beams Column Row 32-33 of 44th floor Mechanical Room. | Spray on beam in good physical shape. Some overspray on floor pan, also in good shape. | 3/12/86 |

NOTE: 1. All Column Row numbers refer to the Building floor plan key manual, structural steel designations.
2. Halfway points between two columns is designated x/y.
3. Samples with the TSH prefix were collected after August 1985. All others were collected earlier.

011AN

TENNECO REALTY, INC. ASBESTOS ABATEMENT PROGRAM
Bulk Sample Identification
Milam Building (Cont'd)

| SAMPLER | SAMPLE LOCATION AND I.D. NUMBER | CONDITION/ DESCRIPTION | SAMPLE DATE | ORIGINAL SURVEY ANALYSIS RESULTS | FULL LOCATION DESCRIPTION (1,2) | LOCATION COMMENTS | DATE OF RE-SURVEY |
|---|---|---|---|---|---|---|---|
| M. Sweeney | MLM Bldg. Room 4530 (No sample No. assigned) | Gray white color spray on material | 3/14/86 | Visual inspection only | Horizontal structural steel beam Column Row 10-12 | Spray on beam in good physical shape very little overspray on floor pan. No water marks. | 3/14/86 |
| Prudential Life Insurance Company | Structural steel on selected floors of building | - | - | 10% Chrysotile | See attached report | - | - |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

NOTE: 1. All Column Row numbers refer to the Building floor plan key manual, structural steel designations.
2. Halfway points between two columns is designated x/y.

011BN

PIS 00048496

TENNECO REALTY, INC. ASBESTOS ABATEMENT PROGRAM
Air Monitoring Samples
Milam Building

| SAMPLER | SAMPLE LOCATION AND I.D. NUMBER | CONDITION/ DESCRIPTION | SAMPLE DATE | ORIGINAL SURVEY ANALYSIS RESULTS | FULL LOCATION DESCRIPTION (1,2) | LOCATION COMMENTS | DATE OF RE-SURVEY |
|---|---|---|---|---|---|---|---|
| Claren Kotrla | [44 (0105)] MLM 44th floor office next to Jim Toney, West side of Bldg. | Typical Office, Desk top sample | 2/8/85 | <0.01 Fibers/cm 3 | Building Column Row 15, Room No. MLM-4405 | Executive office with acoustic tile drop ceiling. | 3/12/86 |
| Claren Kotrla | [45 (0091)] MLM 44th floor West Unit Room N.W. Core | Air Filter Area, Sample from floor | 2/8/85 | <0.01 Fibers/cm 3 | Building Column Row 32/33 of 44th floor | Spray on beams only. Material in good physical shape. No water marks or gouges. | 3/12/86 |
| Claren Kotrla | [46 (0038)] MLM 44th floor East Unit Room Air Return, N.E. Core | Air Filter Area, Sample from floor | 2/8/85 | <0.01 Fibers/cm 3 | Building Column Row 24/25 of 44th floor | Spray on beams only. Material in good physical shape. No water marks or gouges. | 3/12/86 |
| Claren Kotrla | [47 (0046)] MLM Office 4383 | Typical Office (Vacant) Desk top sample | 8/15/85 | <0.01 Fibers/cm 3 | Building Column Row 18, S.W. side of Building | None | 3/12/86 |
| Claren Kotrla | [48 (0065)] MLM West Unit Room, N.W. Core 43rd floor | Room used as air plenum for air conditioner filters. Sample from floor. | 8/15/85 | <0.01 Fibers/cm 3 | Building Column Row 32/33 of 43rd floor | Spray on material on beams only, it's in good shape. No water marks or gouges. | 3/12/86 |

NOTE: 1. All Column Row numbers refer to the Building floor plan key manual, structural steel designations.
2. Halfway points between two columns is designated x/y.

0118N

PIS 00048497

TENNECO REALTY, INC. ASBESTOS ABATEMENT PROGRAM
Air Monitoring Samples
Milam Building (Cont'd)

| SAMPLER | SAMPLE LOCATION AND I.D. NUMBER | CONDITION/ DESCRIPTION | SAMPLE DATE | ORIGINAL SURVEY ANALYSIS RESULTS | FULL LOCATION DESCRIPTION (1,2) | LOCATION COMMENTS | DATE OF RE-SURVEY |
|---|---|---|---|---|---|---|---|
| Claren Kotrla | [49 (0103)] MLM East unit Room, N.E. Core 43rd floor | Plenum for return air filters, sample from floor | 8/15/85 | <0.01 Fibers/cm³ | Building Column Row 24/25 of 43rd floor | Spray on material on beams only. It's in good shape. No water marks or gouges. | 3/12/86 |
| Claren Kotrla | [50] MLM Bldg. 43rd floor | Reference Blank | 2/15/85 | N/A | MLM-4380 | None | None |
| L. Kettler/ M. Sweeney | [TSH-14] MLM 31st floor Room 3164 | Remodeling in area | 11/26/85 | .008 Fibers/cm³ | Building Column Row 4/24 of 31st floor | Beams well covered by insulation, some over-spray on floor pan. All in good physical Condition. No water marks or gouges. No pull away from floor pan visible. | None |
| L. Kettler/ M. Sweeney | [TSH-15] MLM-East Air Handling Room 31st floor N.E. Core | Sample taken during remodeling of 31st floor office area | 11/26/85 | .015 Fibers/cm³ | Building Column Row 24/44 of 31st floor | Beams well covered by insulation, some over-spray on floor pan. All in good physical Condition. No water marks or gouges. No pull away from floor pan visible. | None |

NOTE: 1. All Column Row numbers refer to the Building floor plan key manual, structural steel designations.
2. Halfway points between two columns is designated x/y.
3. Samples with the TSH prefix were collected after August 1985. All others were collected earlier.

011RN

TENNECO REALTY, INC. ASBESTOS ABATEMENT PROGRAM
Air Monitoring Samples
Milam Building (Cont'd)

| SAMPLER | SAMPLE LOCATION AND I.D. NUMBER | CONDITION DESCRIPTION | SAMPLE DATE | ORIGINAL SURVEY ANALYSIS RESULTS | FULL LOCATION DESCRIPTION (1,2) | LOCATION COMMENTS | DATE OF RE-SURVEY |
|---|---|---|---|---|---|---|---|
| L. Kettler/ M. Sweeney | [TSH-16] MLM Bldg. 31st floor | Reference Blank | 11/26/85 | <.001 Fibers/$cm^3$ | MLM-3163 | None | None |
| L. Kettler/ M. Sweeney | [TSH-18] MLM Bldg. 43rd floor | Reference Blank | 12/3/85 | <.001 Fibers/$cm^3$ | MLM-4380 | None | None |
| L. Kettler/ M. Sweeney | [TSH-19] Room 4386, File Room plenum MLM Bldg. | No activity in area | 12/3/85 | <.001 Fibers/$cm^3$ | Building Column Row intersection of 15/16 and 17/18, of 43rd floor | Spray on insulation in good shape. No gouges or water marks. | None |
| L. Kettler/ M. Sweeney | [TSH-20] MLM-East Air Handling Room 43rd Floor | No activity in area. | 12/3/85 | <.001 Fibers/$cm^3$ | Building Column Row 24/44 of 43rd floor | Spray on material on beams only. Covering in good shape, no water marks or gouges. | None |
| | | | | | | | |
| | | | | | | | |

NOTE: 1. All Column Row numbers refer to the Building floor plan key manual, structural steel designations.
2. Halfway points between two columns is designated x/y.
3. Samples with the TSH prefix were coll[illegible]ted after August 1985. All others were collected earlier.

011AN

PIS 00048499

Bulk Samples
Milam Building

| SAMPLER | SAMPLE LOCATION AND I.D. NUMBER | CONDITION/ DESCRIPTION | SAMPLE DATE | ORIGINAL SURVEY ANALYSIS RESULTS | FULL LOCATION DESCRIPTION (1,2) | LOCATION COMMENTS | DATE OF RE-SURVE |
|---|---|---|---|---|---|---|---|
| John Heussner | [86-095] MLM 47th floor | Dust from top of light fixture. | 12/19/86 | No asbestos | Bulding column row 13/17 of 47th floor (4707) | Spray on material was in good condition. No gouges, abrasions, or other signs of physical damage. | |
| John Heussner | [86-096] MLM 47th floor | Bulk sample insulation material beam coating | 12/19/86 | 20% Chrysotile | Building column row 13/17 of 47th floor (4707) | Spray on material was in good condition. No gouges, abrasions, or other signs of physical damage. | |
| John Heussner | [86-097] MLM 47th floor | Dust from top of light fixture | 12/19/86 | No asbestos | Building column row 16/17 of 47th floor (4726) | Spray on material was in good condition. No gouges, abrasions, or other signs of physical damage. | |
| John Heussner | [86-098] MLM 47th | Dust from top of light fixtrue | 12/19/86 | 4% chrysotile | Building column row 13/31 of 47th floor (4713) | Spray on material was in good condition. No gouges, abrasions, or other signs of physical damage. | |

NOTE: 1. All Column Row numbers refer to the Building floor plan key manual, structural steel designations.
2. Halfway points between two columns is designated x/y.

PIS 00048500

Milam . .lding

| SAMPLER | SAMPLE LOCATION AND I.D. NUMBER | CONDITION/ DESCRIPTION | SAMPLE DATE | ORIGINAL SURVEY ANALYSIS RESULTS | FULL LOCATION DESCRIPTION (1,2) | LOCATION COMMENTS | DATE OF RE-SURVE' |
|---|---|---|---|---|---|---|---|
| John Heussner | [86-099] MLM 47th floor | Dust from top of light fixture | 12/19/86 | 5% chrysotile | Building column row 2/20 of 47th floor (4738) | Spray on material was in good condition. No gouges, abrasions, or other signs of physical damage. | |
| John Heussner | [86-100] MLM 47th floor | Dust from top of light fixture | 12/19/86 | Less than 1% chrysotile | Building column row 5/7 of 47th floor (near 4758) | Spray on material was in good condition. No gouges, abrasions, or other signs of physical damage. | |
| John Heussner | [86-101] | Dust from top of light fixture | 12/19/86 | Less than 1% chrysotile | Building column row 12/27 of 47th floor (4755) | Spray on material was in good condition. No gouges, abrasions, or other signs of physical damage. | |

NOTE: 1. All Column Row numbers refer to the Building floor plan key manual, structural steel designations.
2. Halfway points between two columns is designated x/y.

1101C

PIS 00048501

C. ASBESTOS SURVEY

A survey of this facility was conducted by BCM Converse Inc. The report of the asbestos survey follows as Attachment I. Michael E. Findley, CIH, at (205) 433-3981 is BCM's contact person for the Asbestos Operations and Maintenance Program at the Regency Parking Garage.

Milam Building
ACM Location and Condition Report

The Milam Building is a 48 story structure located at 1100 Milam, Houston, and it was substantially completed in 1973. Since 1984 Tenneco Inc. Safety & Health has collected six bulk samples of insulating material and had them analyzed for asbestos content. Sampling data provided by Prudential Realty, partial owner of the Milam Building, has also been used in our study (See Attachment). The Tenneco Safety & Health sample locations for this building are marked on the attached building floor plans by numbered circles. The numbers in the circles correspond to the attached test sample summary sheet. From these tests it was determined that the structural steel insulation does contain chrysotile type asbestos and the sample data has been extrapolated to assume that all the structural steel in the building is coated with Asbestos Containing Materials (ACM).

In addition to bulk sampling a visual inspection of the structural steel insulation was conducted to determine the physical condition of this material. It has been determined that the building insulation ACM is in good shape with no water marks, gouges, or other obvious physical damage. There was no slumping or delamination of the ACM observed at the sample points. Public access is controlled and limited in all areas containing asbestos, except the elevator landings.

Thirteen air monitoring samples were also collected in the Milam Building. Air monitoring is a quantitative analysis of the releaseability of the insulating materials. An actual count of the fibers collected was made using

polarized light microscopy (PLM) to determine the fibers count per cubic-centimeter (f/cc) present at a sample point. PLM measures all the airborne fibers present, asbestos as well as non-asbestos, therefore the actual quantity of asbestos fibers could be less than indicated on the following table. All air monitoring samples are below 0.015 f/cc. These figures are well below the OSHA Standard of 2 f/cc.

From the location, distribution and quantity of samples collected from the building it has been assumed that this building has insulation containing chrysotile on all its structural steel and in its elevator landing ceilings, and amosite ACM on its hot and chilled water pipe lines.

MILAM BUILDING
SAMPLE SUMMARY

| SAMPLE NO. | BUILDING FLOOR (1) | SAMPLE TYPE | RESULTS (3) |
|---|---|---|---|
| 30 | 44 | Bulk | 15% Chrysotile |
| 33 | 4 | Bulk | 15% Chrysotile |
| 34 | 4 | Bulk | 20% Amosite |
| 37 | 44 | Bulk | 15% Chrysotile |
| TSH-17 | 31 | Bulk | 5% Chrysotile |
| (2) | - | Bulk | 3-10% Chrysotile |
| 25 | Hyatt-5 | Bulk | 5% Chrysotile |
| 44 | 44 | Air Monitoring | <0.01 f/cc |
| 45 | 44 | Air Monitoring | <0.01 f/cc |
| 46 | 44 | Air Monitoring | <0.01 f/cc |
| 47 | 43 | Air Monitoring | <0.01 f/cc |
| 48 | 43 | Air Monitoring | <0.01 f/cc |
| 49 | 43 | Air Monitoring | <0.01 f/cc |
| 50 | 43 | Air Monitoring | Reference Blank |
| TSH-14 | 31 | Air Monitoring | 0.008 f/cc |
| TSH-15 | 31 | Air Monitoring | 0.015 f/cc |
| TSH-16 | 31 | Air Monitoring | <0.001 f/cc |
| TSH-18 | 43 | Air Monitoring | <0.001 f/cc |
| TSH-19 | 43 | Air Monitoring | <0.001 f/cc |
| TSH-20 | 43 | Air Monitoring | <0.001 f/cc |

Notes

1. See attached floor plans for sample locations.
2. Survey by BCM Converser, Inc., contracted by Prudential Realty, Inc., see attached report.
3. f/cc, fibers per cubic centimeters
4. Samples with TSH prefix were collected after August 1985. All others were collected earlier.

0139N/32

Bulk Samples
Milam Building

| SAMPLER | SAMPLE LOCATION AND I.D. NUMBER | CONDITION/ DESCRIPTION | SAMPLE DATE | ORIGINAL SURVEY ANALYSIS RESULTS | FULL LOCATION DESCRIPTION (1,2) | LOCATION COMMENTS | DATE C RE-SURV |
|---|---|---|---|---|---|---|---|
| John Heussner | [86-099] MLM 47th floor | Dust from top of light fixture | 12/19/86 | 5% chrysotile | Buidling column row 2/20 of 47th floor (4738) | Spray on material was in good condition. No gouges, abrasions, or other signs of physical damage. | |
| John Heussner | [86-100] MLM 47th floor | Dust from top of light fixture | 12/19/86 | Less than 1% chrysotile | Building column row 5/7 of 47th floor (near 4758) | Spray on material was in good condition. No gouges, abrasions, or other signs of physical damage. | |
| John Heussner | [86-101] | Dust from top of light fixture | 12/19/86 | Less than 1% chrysotile | Buidling column row 12/27 of 47th floor (4755) | Spray on material was in good condition. No gouges, abrasions, or other signs of physical damage. | |

NOTE: 1. All Column Row numbers refer to the Building floor plan key manual, structural steel designations.
2. Halfway points between two columns is designated x/y.

1101C

050 00000686

Bulk Samples
Milam Building

| SAMPLER | SAMPLE LOCATION AND I.D. NUMBER | CONDITION/ DESCRIPTION | SAMPLE DATE | ORIGINAL SURVEY ANALYSIS RESULTS | FULL LOCATION DESCRIPTION (1,2) | LOCATION COMMENTS | DATE OF RE-SURVE |
|---|---|---|---|---|---|---|---|
| John Heussner | [86-095] MLM 47th floor | Dust from top of light fixture. | 12/19/86 | No asbestos | Bulding column row 13/17 of 47th floor (4707) | Spray on material was in good condition. No gouges, abrasions, or other signs of physical damage. | |
| John Heussner | [86-096] MLM 47th floor | Bulk sample insulation material beam coating | 12/19/86 | 20% Chrysotile | Building column row 13/17 of 47th floor (4707) | Spray on material was in good condition. No gouges, abrasions, or other signs of physical damage. | |
| John Heussner | [86-097] MLM 47th floor | Dust from top of light fixture | 12/19/86 | No asbestos | Building column row 16/17 of 47th floor (4726) | Spray on material was in good condition. No gouges, abrasions, or other signs of physical damage. | |
| John Heussner | [86-098] MLM 47th | Dust from top of light fixtrue | 12/19/86 | 4% chrysotile | Building column row 13/31 of 47th floor (4713) | Spray on material was in good condition. No gouges, abrasions, or other signs of physical damage. | |

NOTE: 1. All Column Row numbers refer to the Building floor plan key manual, structural steel designations.
2. Halfway points between two columns is designated x/y.

47 - A - - - M -
47 - B - - M -
47 - C - - M -
47 - D - - M -
47 - E - - M -
47 - F - - M -
47 - G - - M -
47 - H - - M -
STAIRS - - M -
SPARES -
TEN TEN TRAVIS
CORPORATION
HOUSTON TEXAS
1100 MILAM BUILDING
KEY MANUAL

LAMAR
LOUISIANA
MILAM
DALLAS
GULF RESOURCES & CHEMICAL CORP.

MILAM BUILDING
BULK SAMPLE INDEX BY FLOOR

| FLOOR | SAMPLE # |
|---|---|
| 4th floor | 33-34 |
| 31st floor | 14-17 |
| 43rd floor | 18-20, 47-50 |
| 44th floor | 30, 37, 44-46 |
| 47th floor | 86-095 - 86-101 |

LK/jb
1000K

TENNECO REALTY, INC. ASBESTOS ABATEMENT PROGRAM
Bulk Samples
Milam Building

16900000 050

| SAMPLER | SAMPLE LOCATION AND I.D. NUMBER | SAMPLE DESCRIPTION | SAMPLE DATE | ORIGINAL SURVEY ANALYSIS RESULTS | FULL LOCATION DESCRIPTION | LOCATION COMMENTS | DATE OF RE-SURVEY |
|---|---|---|---|---|---|---|---|
| . Kettler | 88-010 | Bulk | 03/16/88 | 5% Chrysotile | Ceiling material acoustical spray on Buddy Brock Suite 3rd floor crosswalk Regency Parking Garage | | |
| . Kettler | 88-011 | Bulk | 03/16/88 | 5% Chrysotile | Ceiling material acoustical spray on Buddy Brock Suite 3rd floor crosswalk Regency Parking Garage | | |
| . Kettler | 88-012 | Bulk | 03/16/88 | 5% Chrysotile | Ceiling material acoutical spray on Buddy Brock Suite 3rd floor crosswalk Regency Parking Garage | | |

?K/aw

TENNECO REALTY, INC. ASBESTOS ABATEMENT PROGRAM
Air Sampling Results
Milam 46th Floor

26900000 050

| SAMPLER | SAMPLE LOCATION AND I.D. NUMBER | SAMPLE DESCRIPTION | SAMPLE DATE | ANALYSIS RESULTS (fibers /cc) | FULL LOCATION DESCRIPTION | LOCATION COMMENTS | DATE OF RE-SURVEY |
|---|---|---|---|---|---|---|---|
| Kettler | AA 41753 | | 06/07/88 | 4 fibers 100 fields | Blank | | |
| Kettler | AA 41766 | Area Air | 06/07/88 | 0.013 | East Mechanical Room | Renovation on 46th Floor | |
| Kettler | AA 41766 | | 06/07/88 | 0.5 fibers 100 fields | Blank | | |
| Kettler | AA 41768 | Area Air | 06/07/88 | 0.002 | Hallway near stairway B door (east) | | |
| | | | | | | | |

/aw

Milam Building B Level Parking
08/22/88

06900000 050

| SAMPLER | SAMPLE LOCATION AND I.D. NUMBER | SAMPLE DESCRIPTION | SAMPLE DATE | ORIGINAL SURVEY ANALYSIS RESULTS | FULL LOCATION DESCRIPTION | LOCATION COMMENTS | DATE OF RE-SURVEY |
|---|---|---|---|---|---|---|---|
| L. Kettler | 88-023 | Wall plaster outer layer | 08/22/88 | Non Asbestos | Plaster on walls of B Level Parking Area | | |
| L. Kettler | 88-024 | Wall plaster inner layer | 08/22/88 | Non Asbestos | Plaster on wall of B Level Parking Area | | |
| | | | | | | | |

142K/aw

G Copy ;

Return to Buddy

MILAM BUILDING
SAMPLE SUMMARY

| SAMPLE NO. | BUILDING FLOOR (1) | SAMPLE TYPE | RESULTS (3) |
|---|---|---|---|
| 86-095 | 47 | Dust from light fixture | No Asbestos |
| 86-096 | 47 | Bulk | 20% Chrysotile |
| 86-097 | 47 | Dust from light fixture | No Asbestos |
| 86-098 | 47 | Dust from light fixture | 4% Chrysotile |
| 86-099 | 47 | Dust from light fixture | 5% Chrysotile |
| 86-100 | 47 | Dust from light fixture | <1% Chrysotile |
| 86-101 | 47 | Dust from light fixture | <1% Chrysotile |

Notes

1. See attached floor plans for sample locations.

TENNECO REALTY, INC. ASBESTOS ABATEMENT PROGRAM
Bulk Sample Identification
Milam Building

| SAMPLER | SAMPLE LOCATION AND I.D. NUMBER | CONDITION/ DESCRIPTION | SAMPLE DATE | ORIGINAL SURVEY ANALYSIS RESULTS | FULL LOCATION DESCRIPTION (1,2) | LOCATION COMMENTS | DATE OF RE-SURVEY |
|---|---|---|---|---|---|---|---|
| L. Ketter/ M. Sweeney | [TSH-17] Rm. 3164, 31st floor MLM Bldg. | Cream Colored Friable Spray on | 11/26/85 | Few Fibers 5% Chrysotile | Horizontal structural steel beam Column Row 4-24 of 31st floor, general office area | Spray on material was in good condition. No gouges, abrasions or other sign of physical damage. | 11/26/85 |
| J. W. Hill | [30] N.E. Core of MLM Bldg. Mech. Room Ceiling 44 (East) | Loose Gray Fibrous Mixture | 11/26/84 | 15% Chrysotile | Horizontal structural steel beam Column Row 24-25 of 44th floor Mechanical Room | Spray on beams in good physical shape. Some overspray on pan, it is also in good shape. | 3/12/86 |
| J. W. Hill | [33] MLM Bldg. 4th floor Corridor, ceiling | Loose Gray Fibrous Mixture | 11/26/84 | 15% Chrysotile | Horizontal structural steel beam Column Row 3/4 to 13/14 | Spray on beam is in good physical shape. Considerable overspray on pan, it is also in good shape. | 3/12/86 |
| J. W. Hill | [34] MLM Bldg. 4th floor Heat Exchanger (S.W. Corner) | Loose White Fibrous Mixture | 11/26/84 | 20% Amosite | Manifold for high rise heat exchanger located against N.W. exterior wall at Column Row 14. | Cover in good shape. Only the manifold end needs sealing. | 3/12/86 |
| J. W. Hill | [37] N.W. Core of MLM Bldg. Mech. Room Ceiling 44 (West) | Loose Gray Fibrous Mixture | 11/26/84 | 15% Chrysotile | Horizontal structural steel beams Column Row 32-33 of 44th floor Mechanical Room. | Spray on beam in good physical shape. Some overspray on floor pan, also in good shape. | 3/12/86 |

NOTE:
1. All Column Row numbers refer to the Building floor plan key manual, structural steel designations.
2. Halfway points between two columns is designated x/y.
3. Samples with the TSH prefix were collected after August 1985. All others were collected earlier.

0118N

TENNECO REALTY, INC. ASBESTOS ABATEMENT PROGRAM
Bulk Sample Identification
Milam Building (Cont'd)

| SAMPLER | SAMPLE LOCATION AND I.D. NUMBER | CONDITION/ DESCRIPTION | SAMPLE DATE | ORIGINAL SURVEY ANALYSIS RESULTS | FULL LOCATION DESCRIPTION (1,2) | LOCATION COMMENTS | DATE OF RE-SURVEY |
|---|---|---|---|---|---|---|---|
| M. Sweeney | MLM Bldg. Room 4530 (No sample No. assigned) | Gray white color spray on material | 3/14/86 | Visual inspection only | Horizontal structural steel beam Column Row 10-12 | Spray on beam in good physical shape very little overspray on floor pan. No water marks. | 3/14/86 |
| Prudential Life Insurance Company | Structural steel on selected floors of building | - | - | 10% Chrysotile | See attached report | - | - |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

NOTE: 1. All Column Row numbers refer to the Building floor plan key manual, structural steel designations.
2. Halfway points between two columns is designated x/y.

0118N

TENNECO REALTY, INC. ASBESTOS ABATEMENT PROGRAM
Air Monitoring Samples
Milam Building

| SAMPLER | SAMPLE LOCATION AND I.D. NUMBER | CONDITION/ DESCRIPTION | SAMPLE DATE | ORIGINAL SURVEY ANALYSIS RESULTS | FULL LOCATION DESCRIPTION (1,2) | LOCATION COMMENTS | DATE OF RE-SURVEY |
|---|---|---|---|---|---|---|---|
| Claren Kotrla | [44 (0105)] MLM 44th floor office next to Jim Toney, West side of Bldg. | Typical Office, Desk top sample | 2/8/85 | <0.01 Fibers/cm 3 | Building Column Row 15, Room No. MLM-4405 | Executive office with acoustic tile drop ceiling. | 3/12/86 |
| Claren Kotrla | [45 (0091)] MLM 44th floor West Unit Room N.W. Core | Air Filter Area, Sample from floor | 2/8/85 | <0.01 Fibers/cm 3 | Building Column Row 32/33 of 44th floor | Spray on beams only. Material in good physical shape. No water marks or gouges. | 3/12/86 |
| Claren Kotrla | [46 (0038)] MLM 44th floor East Unit Room Air Return, N.E. Core | Air Filter Area, Sample from floor | 2/8/85 | <0.01 Fibers/cm 3 | Building Column Row 24/25 of 44th floor | Spray on beams only. Material in good physical shape. No water marks or gouges. | 3/12/86 |
| Claren Kotrla | [47 (0046)] MLM Office 4383 | Typical Office (Vacant) Desk top sample | 8/15/85 | <0.01 Fibers/cm 3 | Building Column Row 18, S.W. side of Building | None | 3/12/86 |
| Claren Kotrla | [48 (0065)] MLM West Unit Room, N.W. Core 43rd floor | Room used as air plenum for air conditioner filters. Sample from floor. | 8/15/85 | <0.01 Fibers/cm 3 | Building Column Row 32/33 of 43rd floor | Spray on material on beams only, it's in good shape. No water marks or gouges. | 3/12/86 |

NOTE: 1. All Column Row numbers refer to the Building floor plan key manual, structural steel designations.
2. Halfway points between two columns is designated x/y.

0118N

TENNECO REALTY, INC. ASBESTOS ABATEMENT PROGRAM
Air Monitoring Samples
Milam Building (Cont'd)

| SAMPLER | SAMPLE LOCATION AND I.D. NUMBER | CONDITION/ DESCRIPTION | SAMPLE DATE | ORIGINAL SURVEY ANALYSIS RESULTS | FULL LOCATION DESCRIPTION (1,2) | LOCATION COMMENTS | DATE OF RE-SURVEY |
|---|---|---|---|---|---|---|---|
| Claren Kotrla | [49 (0103)] MLM East unit Room, N.E. Core 43rd floor | Plenum for return air filters, sample from floor | 8/15/85 | <0.01 $\frac{Fibers}{cm^3}$ | Building Column Row 24/25 of 43rd floor | Spray on material on beams only, it's in good shape. No water marks or gouges. | 3/12/86 |
| Claren Kotrla | [50] MLM Bldg. 43rd floor | Reference Blank | 2/15/85 | N/A | MLM-4380 | None | None |
| L. Kettler/ M. Sweeney | [TSH-14] MLM 31st floor Room 3164 | Remodeling in area | 11/26/85 | .008 $\frac{Fibers}{cm^3}$ | Building Column Row 4/24 of 31st floor | Beams well covered by insulation, some over-spray on floor pan. All in good physical Condition. No water marks or gouges. No pull away from floor pan visible. | None |
| L. Kettler/ M. Sweeney | [TSH-15] MLM-East Air Handling Room 31st floor N.E. Core | Sample taken during remodel-ing of 31st floor office area | 11/26/85 | .015 $\frac{Fibers}{cm^3}$ | Building Column Row 24/44 of 31st floor | Beams well covered by insulation, some over-spray on floor pan. All in good physical Condition. No water marks or gouges. No pull away from floor pan visible. | None |

NOTE: 1. All Column Row numbers refer to the Building floor plan key manual, structural steel designations.
2. Halfway points between two columns is designated x/y.
3. Samples with the TSH prefix were collected after August 1985. All others were collected earlier.

0118N

TENNECO REALTY, INC. ASBESTOS ABATEMENT PROGRAM
Air Monitoring Samples
Milam Building (Cont'd)

| SAMPLER | SAMPLE LOCATION AND I.D. NUMBER | CONDITION DESCRIPTION | SAMPLE DATE | ORIGINAL SURVEY ANALYSIS RESULTS | FULL LOCATION DESCRIPTION (1,2) | LOCATION COMMENTS | DATE OF RE-SURVEY |
|---|---|---|---|---|---|---|---|
| L. Kettler/ M. Sweeney | [TSH-16] MLM Bldg. 31st floor | Reference Blank | 11/26/85 | <.001 $\frac{Fibers}{cm^3}$ | MLM-3163 | None | None |
| L. Kettler/ M. Sweeney | [TSH-18] MLM Bldg. 43rd floor | Reference Blank | 12/3/85 | <.001 $\frac{Fibers}{cm^3}$ | MLM-4380 | None | None |
| L. Kettler/ M. Sweeney | [TSH-19] Room 4386, File Room plenum MLM Bldg. | No activity in area | 12/3/85 | <.001 $\frac{Fibers}{cm^3}$ | Building Column Row intersection of 15/16 and 17/18, of 43rd floor | Spray on insulation in good shape. No gouges or water marks. | None |
| L. Kettler/ M. Sweeney | [TSH-20] MLM-East Air Handling Room 43rd Floor | No activity in area. | 12/3/85 | <.001 $\frac{Fibers}{cm^3}$ | Building Column Row 24/44 of 43rd floor | Spray on material on beams only. Covering in good shape, no water marks or gouges. | None |
| | | | | | | | |
| | | | | | | | |

NOTE: 1. All Column Row numbers refer to the Building floor plan key manual, structural steel designations.
2. Halfway points between two columns is designated x/y.
3. Samples with the TSH prefix were collected after August 1985. All others were collected earlier.

0118N

MILAM BUILDING
BULK SAMPLE INDEX BY FLOOR

| FLOOR | SAMPLE # |
|---|---|
| 4th floor | 33-34 |
| 31st floor | 14-17 |
| 43rd floor | 18-20, 47-50 |
| 44th floor | 30, 37, 44-46 |

TEN TEN TRAV
CORPORATI
1100 MILAN BUILDING
RAMP UP FROM 'B'
LEOPOLD, PRICE & ROLLE
MEN
WOMEN
SUITE 190
ROLEX'S JEWELRY
REPUBLIC NATIONAL BANK
LEVEL
RAMP DOWN TO 'B'
LAMAR
DALLAS

BITS N PIECES
ALMAZA INTERIORS
ELEC.
RUSSELL'S 25
DOWNTOWN TICKET CENTER 24
47
18-18
MILAM CAMERA SHOP
1A PHIMA 50
PRINCE'S FOOD SERVICE 60
65
18-19
BLANTON FLOWERS
70
18-17
PICTURE STORE
20
18-16
W. MOON'S COOKIES
15
VACANT
MISSING LINK
18-34
MAIL ROOM
75
PRINCE'S FOOD SERVICE
ICE CREAM PRINCE'S FOOD
REGENCY HAIR DESIGN 80
18-10
18-9
18-12
18-3
18-33
18-32
18-28
18-27
18-29
18-31
18-2
LEVEL 1B
TEN TEN TRA
CORPORAT
HOUSTON
1100 MILAM BUILDIN

TEN TEN TRA
CORPORAT
HOUSTON
1100 MILAM BUILDIN
KEY MANUAL

VACANT
230
NATIONAL
CAR
RENTAL
220
CONTINENTAL
AIRLINES
250
EASTERN
AIRLINES
200
LEVEL
2
VACANT
275

1100 MILAM STORE ROOM
VACANT STORE ROOM
PAINT SHOP
ELEC. SHOP
STORE ROOM
GARAGE OFF.
CASHIER CAGE
LEVEL 2B
AUTO STORAGE
TEN TEN TRAVI
CORPORATIO
1100 MILAM BUILDING
KEY MANUAL

00000703

VACANT

TEN TEN
CORPORAT
1100 MILAM BUILDI

PICTURE STONE ROOM

CARPENTER SHOP

LEVEL 38



050 00000706



LEVEL 48
KEY MANUAL





LOUISIANA

DALLAS

LAMAR

MILAM

050 00000708