

SYSTEMS DEPT.
21,493 r.s.f.

SPARES —

6 --- A --- M-
6 --- B --- M-
6 --- C --- M-
6 --- D --- M-
6 --- E --- M-
6 --- F --- M-
6 --- G --- M-
6 --- H --- M-
6 --- I --- M-

TEN TEN TRAVIS
CORPORATION
HOUSTON      TEXAS
1100 MILAM BUILDING
KEY MANUAL









0V0 00000711



050 00000712



050 00000713



050  00000714



050 00000715



13---A---M---
13---B---M---
13---C---M---
13---D---M---
13---E---M---
13---F---M---
13---G---M---
13---H---M---
STAIRS---

SPARES---

**PRODUCTION** 15,188 r.s.f.

**EXPLORATION** 6,305 r.s.f.

TEN TEN TRAVIS
CORPORATION
1100 MILAM BUILDING
KEY MANUAL

LAMAR

LOUISIANA

MILAM

DALLAS



TENNECO OIL E & P EXPLORATION

TENNECO OIL E & P PRODUCTION

050  00000716









17-A--M--
17-B--M--
17-C--M--
17-D--M--
17-E--M--
17-F--M--
17-G--M--
17-H--M--
STAIRS--M--

SPARES--



LAMAR

LOUISIANA

DALLAS

MILAM

SHEARSON AMERICAN EXPRESS

TENN. INC. INSURANCE
& LOSS CONTROL

TEN TEN TRAVIS
CORPORATION
HOUSTON    TEXAS
1100 MILAM BUILDING
KEY MANUAL













050 00000724

23 - A -- M-
23 - B -- M-
23 - C -- M-
23 - D -- M-
23 - E -- M-
23 - F -- M-
23 - G -- M-
23 - H -- M-
STAIRS-- M-

SPARES -

AUDITORS
1,575 r.s.f.

LAMAR

LOUISIANA

MILAM

CHASE BANK OF HOUSTON

DALLAS

VACANT

TEN TEN TRAVIS
CORPORATION
1100 MILAM BUILDING
KEY MANUAL





TEN TEN TRAVIS
CORPORATION
HOUSTON  TEXAS

1100 MILAM BUILDING
KEY MANUAL

REVISIONS    FLOOR 26

26 - A - - M -
26 - B - - M -
26 - C - - M -
26 - D - - M -
26 - E - - M -
26 - F - - M -
26 - G - - M -
26 - H - - M -
STAIRS - - M -

SPARES -

LAMAR



LOUISIANA

BANKERS TRUST COMPANY

MILAM

VACANT

TGT INTERNATIONAL ENERGY

DALLAS

050  00000729







28 - A --- M -
28 - B --- M -
28 - C --- M -
28 - D --- M -
28 - E --- M -
28 - F --- M -
28 - G --- M -
28 - H --- M -
STAIRS --- M -

SPARES -

LAMAR

LOUISIANA

MILAM



DALLAS









050  00000734







050  00000737





36 - A - - M ·
36 - B - - M ·
36 - C - - M ·
36 - D - - M ·
36 - E - - M ·
36 - F - - M ·
36 - G - - M ·
36 - H - - M ·
STAIRS - - M ·

SPARES ·

LAMAR

LOUISIANA

MILAM



DALLAS















TEN TEN TRAVIS
CORPORATION
HOUSTON, TEXAS
1100 MILAM BUILDING
KEY MANUAL
REVISIONS 6-1-85 | FLOOR 40

40-A--M-
40-B--M-
40-C--M-
40-D--M-
40-E--M-
40-F--M-
40-G--M-
40-H--M-
STAIRS--M-

SPARES--

LAMAR

LOUISIANA

MILAM

AMOCO - VACANT

DALLAS

050  00000742



41 - A -- M -
41 - B - M -
41 - C -- M -
41 - D -- M -
41 - E -- M -
41 - F -- M -
41 - G -- M -
41 - H -- M -
STAIRS -- M -

SPARES --

TEN TEN TRAVIS
CORPORATION
HOUSTON        TEXAS
1100 MILAM BUILDING
KEY MANUAL
REVISIONS
9-1-84    FLOOR 41

LAMAR

LOUISIANA



ARANCO - VACANT

MILAM

DALLAS

N



42 - A --- M ---
42 - B --- M ---
42 - C --- M ---
42 - D --- M ---
42 - E --- M ---
42 - F --- M ---
42 - G --- M ---
42 - H --- M ---
STAIRS -- M ---

SPARES --

TEN TEN TRAVIS
CORPORATION
HOUSTON      TEXAS
1100 MILAM BUILDING
KEY MANUAL
REVISIONS
9 - 1 - 85 / FLOOR 42

LAMAR

LOUISIANA

MILAM

DALLAS

050 00000744



050 00000745





45 — A — M —
45 — B — M —
45 — C — M —
45 — D — M —
45 — E — M —
45 — F — M —
45 — G — M —
45 — H — M —
STAIRS — M —

SPARES —

TEN TEN TRAVIS
C O R P O R A T I O N
HOUSTON    TEXAS
1100 MILAM BUILDING
KEY MANUAL
REVISIONS

LAMAR

LOUISIANA

MILAM

MARKS & McLENNAN, INC.

DALLAS

N



ᴵᴱᴼ ᴼᴼᴼᴼᴼᶻᴵᴼ





050 00000749







**LAW ASSOCIATES, INC.**
materials consultants
POST OFFICE BOX 14309
1386 MAYSON STREET • ATLANTA, GEORGIA 30324
(404) 892-3200

March 23, 1989

To:  Richard L. Hatfield

From:  Lance S. Barron

Subject:  Prudential Properties
          1100 Milam Building
          1100 Milam Street
          Houston, Texas
          Law Associates Project Number A88-120.48

The following is a brief outline of Law Associates, Inc. limited survey of the above referenced facility on the evening of December 6, 1988.

The basic information about the building was obtained from the project file and from conversations with Mr. J.W. Hill, Chief Engineer for the building. The facility is a 47-story building with one million gross square feet of floor space. The asbestos-containing material for which the plaintiff intends to claim damages is spray-applied fireproofing. This material is located throughout the building, except on floors 39, 40, 41 and 46, where abatement has been completed and on the 45th floor where abatement was under way.

Visual observations revealed that the fireproofing material was applied to the structural steel beams with overspray onto the corrugated metal decking. The fireproofing is cementitious, and in the areas checked was observed to be in overall good condition. The material appeared to be well bound and maintaining its adhesion to the substrate. However, small amounts of "fallout" or asbestos-containing fireproofing which had dislodged from the substrate were observed on the backs of ceiling tile, insulation, and fluorescent light fixtures. Several areas were noted where construction activities had dislodged the fireproofing resulting in relatively larger accumulations on light fixtures, ceiling tiles and the ceiling tile support grid.

Activities which could possibly disturb the fireproofing include the removal of acoustical ceiling tiles to access the area above the suspended ceiling. The area above the suspended ceiling acts as a return air plenum to two air handler rooms located on opposite corners of the building core on each floor. According to Mr. Hill, the Chief Engineer, the engineering department rarely goes above the ceiling for routine maintenance. He stated

that they usually only go above the ceiling for construction and renovation. Nevertheless, numerous phone and/or computer cables were observed by Law Associates to be present in the plenum.

At the time of the visit by Law Associates, the 26th floor was vacant and in the middle of renovation. Several ceiling tiles had been removed.

During the limited survey, Law Associates collected 15 dust samples, one bulk sample of the fireproofing, and took 25 photographs. Table 1 presents collection data for the dust samples, and Table 2 presents the collection data for the bulk sample. Note: that no analytical results have been included. Table 3 presents the photograph documentation.


TRH/2197



TABLE 1
DUST SAMPLE LOG
1100 MILAM BUILDING
HOUSTON, TEXAS
LAW ASSOCIATES JOB NUMBER A88-120.48

| SAMPLE NUMBER | SAMPLE LOCATION | SAMPLE AREA |
|---|---|---|
| 1 | 4th Floor, Outside Engineering, from top of fluorsecent light fixture, open ceiling, approximately one foot beneath fireproofed beam. | 2.5 inches x 7 in |
| 2 | 6th Floor, Computer User Room, from top of fluorescent light fixture, near fallen particles of fireproofing. | 7 inches x 7 in. |
| 3 | 8th Floor, Hallway above typing area in southwest corner, from top of fluorescent light fixture; adjacent to fallen particles of fireproofing on ceiling. | 7 inches x 8 in. |
| 4 | 8th Floor, Southwest corner office, from brown, short-nap carpet behind a potted plant.  Leaves from plant indicated that it had not probably been vacuumed that day. | 12 inches x 12 in. |
| 5 | 10th Floor, east side, cubicle areas, from galvanized metal lighting fixture connector bridge; near fallen pieces of fireproofing. | 2 inches x 4 in. |
| 6 | 12th Floor, Southeast corner breakroom, from galvanized metal light fixture connector bridge, an area congested with a lot of uninsulated ducts. | 2 inches x 3 in. |
| 7 | 14th Floor, reception area on north side, from brown, short-nap carpet behind a potted plant. | 12 inches x 12 in. |
| 8 | 16th Floor, reception area on northeast corner, from galvanized-metal light fixture connector bridge which was directly beneath a beam with fireproofing. | 2 inches x 4 in. |
| 9 | 18th Floor, Work room in northwest corner, from top of fluorescent light fixture, near a beam with fireproofing. | 6 inches x 12 in. |
| 10 | 20th Floor, East Side, (Office Interiors Inc.), from galvanized metal light fixture connector bridge, near pieces of fallen fireproofing. | 2 inches x 4 in. |

| SAMPLE NUMBER | SAMPLE LOCATION | SAMPLE AREA |
|---|---|---|
| 11 | 20th Floor, Lisa Barton's office, from greenish-gray, short-nap carpet behind a two-drawer filing cabinet. | |
| 12 | 32nd Floor, John Hodgson's Office, South Side, from brownish-gray, short-nap carpet behind a potted plant. | 12 inches x 12 in |
| 13 | 34th Floor, East Air Handler Room, from top of gray, metal telephone equipment cabinet, open fireproofing on columns adjacent to cabinet. | 6 inches x 6 in. |
| 14 | 36th Floor, Copier/Fax room, from beige, short-nap carpet behind machine table. | 6 inches x 12 in. |
| 15 | 36th Floor, Copier/Fax room, from galvanized metal light fixture connector bridge, about six feet away from location of sample number 14. | 2 inches x 4 in. |

All dust samples were collected at two liters per minute for one minute.

TABLE 2
BULK SAMPLE LOG
1100 MILAM BUILDING
HOUSTON, TEXAS
LAW ASSOCIATES JOB NUMBER A88-120.48

| SAMPLE NUMBER | SAMPLE LOCATION | SAMPLE SIZE |
|---|---|---|
| 1 | 10th Floor, East Side, above cubicle area. Fireproofing clumps which had fallen and collected between fluorescent light fixtures. | one cassette |

REFERENCE NO. 79

 **BCM Engineers Inc.**

Engineers, Planners, Scientists and Laboratory Services

The Princeton Building • Suite 102 • 14651 Dallas Parkway • Dallas, TX 75240 • Phone: (214) 960-9171 • FAX: (214) 404-0851

August 11, 1992

RECEIVED

AUG 1 3 1992

BUILDING OFFICE
110'   'J BUILDING

Ms. Angela Williams-Nash
Prudential Realty Group
14th Floor Prudential Plaza
751 Broad Street
Newark, NJ  07102-3777

RE:    Houston, Texas
       1100 Milam Building
       Life Safety System Installation
       BCM Project No. 05-6627-05

Dear Ms. Williams-Nash:

On Friday, August 7, 1992, at 7:00 p.m., Fire Detection Consultants (FDC) and BCM Engineers Inc. (BCM) began the installation of the life safety system on Floor 32 in the 1100 Milam Building.  The work was performed after normal business hours and public access was restricted on that floor.

Prior to commencement of any work, a pre-construction meeting was held at 6:00 p.m. that evening between BCM and FDC to discuss the Scope of Work and technical methodology for the project.  Previously, BCM had inspected the above-ceiling plenum areas on Floor 32 and categorized the work area as Scenario 1: Occupied, unabated floor with sprayed-on fireproofing that is moderately damaged.

As per the project specifications and work plan, BCM prepared the work area by placing polyethylene sheeting on the floor area directly under the ceiling tiles that were to be removed for access to the above-ceiling plenum.  Once each ceiling tile was removed, BCM personnel accessed the above-ceiling plenum and utilized a HEPA vacuum to clean any debris from the top-side of the adjacent ceiling tiles.  The area above the ceiling was also misted with amended water.

After preparation of the work area, FDC accessed the above-ceiling plenum and installed the life safety system cable via a lead-line and a pushrod.  After FDC completed the cable installation, BCM replaced the ceiling tile and cleaned the work area via appropriate wet-wiping techniques and HEPA vacuuming.

All personnel accessing the above-ceiling plenum area wore disposable protective clothing and utilized half-face respiratory protection equipped with dual cartridge HEPA filters.

———————— *Integrity and Quality since 1890* ————————



Ms. Angela Williams-Nash
August 11, 1992
Page 2

During the entire process, air monitoring was conducted in accordance with the National Institute for Occupational Safety and Health (NIOSH) Method 7400. The NIOSH Method 7400 measures total air borne fiber concentrations and is non-specific for asbestos fiber concentrations.

Air monitoring was conducted in four (4) separate phases during the project.

1.    Background or preliminary air monitoring

2.    Work area, personal and background air monitoring during work area preparation

3.    Work area, personal and background air monitoring during life safety system cable installation

4.    Final clearance air monitoring to ensure worksite cleanliness following clean-up activities.

All air monitoring results indicated fiber levels below the Occupational Safety and Health Administration (OSHA) permissible exposure limit (PEL) of 0.2 fibers per cubic centimeter (f/cc) of air. Final air clearance samples analyzed by Phase Contrast Microscopy (PCM) indicated fiber levels below the Environmental Protection Agency's (EPA) recommended level of 0.01 f/cc. A copy of BCM's Air Monitoring Data Report is attached.

Once all work on the floor was completed, and a final air clearance was confirmed via PCM, final clearance testing via Transmission Electron Microscopy (TEM Yamate Level 2) was conducted in accordance with the Prudential Realty Group Asbestos Abatement Guidelines. Laboratory analysis of five (5) final air clearance samples collected in the work area each yielded results less than seventy (70) structures per square millimeter. Specifically, only a single asbestos structure was detected in one (1) of the five (5) samples analyzed. The TEM samples were analyzed by the R. J. Lee Group, Inc. of Houston, Texas. A copy of the TEM laboratory data sheets is attached.

Final clearance via TEM was confirmed at approximately 3:45 p.m. on August 8, 1992, and Floor 32 was deemed clear for public access.

BCM has inspected the above-ceiling plenum areas on the remaining twenty-one (21) floors and considers each of these floors to also fall within the Scenario I category. Because the work activities being performed during the installation of the life safety system typically do not require any direct contact with the sprayed-on fireproofing, and based on acceptable air monitoring results conducted during and after work activities on Floor 32, it is BCM's



Ms. Angela Williams-Nash
August 11, 1992
Page 3

recommendation that final air clearance following the installation of the life safety cable system on the remaining twenty-one (21) floors be conducted utilizing PCM methods.

If you have any questions, please feel free to call us at (214) 960-9171.

Yours very truly,

BCM ENGINEERS INC.

David W. Kurtz, P.E.
District Manager

MEM/sj
Enclosures

cc:    Mr. William Wray, The Prudential Realty Group
        Mr. Tony Chiroco, The Prudential Realty Group
        Mr. Mark Pustka, Premisys Real Estate Services, Inc.
        Mr. John Carpenter, Premisys Real Estate Services, Inc.
        Ms. Betty Shafer, BCM Engineers Inc.

PIS 5029939

BCM ENGINEERS INC.
AIR MONITORING DATA REPORT

PRUDENTIAL REALTY GROUP
BCM PROJECT NO. 05-6627-05
PAGE    1

| DATE | SAMPLE NO. | SAMPLE TYPE* | LOCATION | SAMPLE START | TIME STOP | SAMPLE VOL. LITERS | ANALYTICAL DETECTION LIMITS F/CC | RESULTS F/CC |
|------|-----------|-------------|----------|-------------|-----------|-------------------|----------------------------------|--------------|
| 8/07/92 | ML01 | QCB | BLANK | | | 0 | 0.000 | 0.000 |
| 8/07/92 | ML02 | BG | CORE AREA NORTH FL 32 | 18:46 | 21:16 | 2249 | 0.002 | 0.004 |
| 8/07/92 | ML03 | BG | NORTH FL 32 | 18:48 | 21:18 | 2249 | 0.002 | 0.002 |
| 8/07/92 | ML04 | BG | SOUTH FL 32 | 18:50 | 21:20 | 2249 | 0.002 | 0.002 |
| 8/07/92 | ML05 | BG | EAST FL 32 | 18:52 | 21:22 | 2249 | 0.002 | 0.003 |
| 8/07/92 | ML06 | BG | WEST FL 32 | 18:54 | 21:24 | 2249 | 0.002 | 0.003 |
| 8/07/92 | ML07 | P | HENRY JACK FL 32 | 18:50 | 24:30 | 850 | 0.006 | 0.006 |
| 8/07/92 | ML08 | BR | CORE AREA NORTH FL 32 | 22:10 | 24:31 | 1410 | 0.004 | < 0.004 |
| 8/07/92 | ML09 | BR | NORTH FL 32 | 22:12 | 24:33 | 1410 | 0.004 | < 0.004 |
| 8/07/92 | ML10 | BR | SOUTH FL 32 | 22:14 | 24:35 | 1410 | 0.004 | < 0.004 |
| 8/07/92 | ML11 | QCB | BLANK | | | 0 | 0.000 | 0.000 |
| 8/07/92 | ML12 | BR | EAST FL 32 | 22:16 | 24:37 | 1410 | 0.004 | < 0.004 |
| 8/07/92 | ML13 | BR | WEST FL 32 | 22:18 | 24:39 | 1410 | 0.004 | < 0.004 |
| 8/07/92 | ML14 | IC | CORE AREA FL 32 | 24:45 | 27:15 | 2249 | 0.002 | 0.002 |
| 8/07/92 | ML15 | IC | NORTH FL 32 | 24:47 | 27:17 | 2249 | 0.002 | 0.002 |
| 8/07/92 | ML16 | IC | SOUTH FL 32 | 24:49 | 27:19 | 2249 | 0.002 | < 0.002 |
| 8/07/92 | ML17 | IC | EAST FL 32 | 24:51 | 27:21 | 2249 | 0.002 | 0.002 |
| 8/07/92 | ML18 | IC | WEST FL 32 | 24:53 | 27:23 | 2249 | 0.002 | 0.003 |

ANALYZED BY: _Ce_          REVIEWED BY: _____          DATE: _8·10·92_

* P - Personal       BR - Barrier       WA - Work Area        IC - Initial Clearance
  BG - Background   CR - Clean Room    ER - Equipment Room   FC - Final Clearance
  NAM - Negative Air Machine    O - Other    # - See AMDR Page
  FOR DEFINITION OF AIR MONITORING TERMS ABOVE SEE ATTACHED.

Houston, Texas 77079
TEL: (713) 584-0564
FAX: (713) 584-0588

The Materials Characterization Specialists

## CHAIN OF CUSTODY RECORD

REPORT TO COMPANY: *BCM Engineers, Inc.*
ADDRESS:
CITY:                          STATE:                    ZIP:
PHONE: *1-800-SKY-PAGE*    FAX:          ATTN: *CARY CAMPBELL*
           *#31013*

PROJECT: *LIFE SAFETY/MILAM*
RJ LEE GROUP JOB: *ATT 208004*
RJ LEE GROUP SAMPLE #'S: *208017-208030-7T*

TYPE OF ANALYSIS:              PCM                    (TEM)
TURNAROUND TIMES:        <1 HR (ASAP)          (4-8 HR (ASAP))
(CIRCLE ONE)               <12 HR                <12 HR
                           <24 HR                <24 HR
                           48-72 HR              48-72 HR

| SAMPLE ID | SAMPLING DATE | AIR VOL | GRID OPENINGS | ANALYSIS RESULTS | $S/MM^2$ | S/CC |
|---|---|---|---|---|---|---|
| L-4 | 8/8/92 | 1500 l | 9 | 0 ASBESTOS | <15.87 | <.0041 |
| | | | | 1 NON-ASB | 15.87 | .0041 |
| L-5 | | 1500 l | 9 | 0 ASBESTOS | <15.87 | <.0041 |
| | | | | 1 NON-ASB | 15.87 | .0041 |
| L-6 | | 1500 l | 9 | 0 ASBESTOS | <15.87 | <.0041 |
| | | | | 0 NON-ASB | <15.87 | <.0041 |
| L-7 | | 1500 l | 9 | 0 ASBESTOS | <15.87 | <.0041 |
| | | | | 0 NON-ASB | <15.87 | <.0041 |
| L-8 | | 1500 l | 9 | 1 ASBESTOS | 15.87 | .0041 |
| | | | | 1 NON-ASB | 15.87 | .0041 |
| LAB BLANK | | — | 10 | 0 ASBESTOS | <14.29 | ✕ |
| | | | | 0 NON-ASB | <14.29 | |
| *Average asbestos conc. for* | | | | *5 samples* | <15.87 | <.0041 |
| *The particulate load of the samples is* | | | | | | |
| *The non-asbestos structures are gypsum* | | | | | | |
| *The asbestos structures are Chrysotile.* | | | | | | |

CLIENT AUTHORIZATION: *Cary Campbell* DATE/TIME *98 1 035 #1*
RECEIVED BY: _____ DATE/TIME *8-8-92 10:35 AM*
ANALYZED BY: _____ DATE/TIME *8-8-92 3:35 PM*

PIS 5029941

 **BCM Engineers Inc.**
Engineers, Planners, Scientists and Laboratory Services

The Princeton Building • Suite 102 • 14651 Dallas Parkway • Dallas, TX 75240 • Phone: (214) 960-9171 • FAX: (214) 404-0851

August 17, 1992

RECEIVED

AUG 1 8 1992

BUILDING OFFICE
1100      M BUILDING

Mr. Mark Pustka
Premisys Real Estate Services, Inc.
1100 Milam Street, Suite 3450
Houston, TX 77002

RE:    Houston, Texas
       1100 Milam Building
       Life Safety System Installation
       Floor 17
       BCM Project No 05-6627-05

Dear Mr. Pustka:

On Wednesday, August 12, 1992, at 12:00 a.m., Fire Detection Consultants (FDC) completed the installation of the life safety system cable on Floor 17 at the 1100 Milam Building. Previously, BCM Engineers Inc. (BCM) had inspected Floor 17 and categorized the work are as Scenario 1: Occupied, unabated floor with sprayed-on fireproofing that is moderately damaged.

In conjunction with the installation of the life safety system, air monitoring was conducted in accordance with the National Institute for Occupational Safety and Health (NIOSH) Method 7400. The NIOSH Method 7400 measures total airborne fiber concentrations and is non-specific for asbestos fiber concentration.

Air monitoring was conducted in four (4) separate phases during the project:

1. Backgrounds or preliminary air monitoring.

2. Work area, personal and background air monitoring during work area preparation.

3. Work area, personal and background air monitoring during life safety system cable installation.

4. Final clearance air monitoring to ensure work site cleanliness following clean-up activities.

All air monitoring results indicated fiber levels below the Occupational Safety and Health Administration's (OSHA) permissible exposure limit (PEL) of 0.2 fibers per cubic centimeter (f/cc) of air. Due to the limited volume of air collected in the low volume personal air pumps, the

—————————— *Integrity and Quality since 1890* ——————————

PIS 5029979



Mr. Mark Pustka
August 17, 1992
Page 2

analytical detection limit for the personal air sampling was 0.011 f/cc.  All personal air sample
results indicated fiber concentration levels below the analytical detection limit of 0.011 f/cc.

Final air clearance samples analyzed by Phase Contrast Microscopy (PCM) indicated fiber
levels below the Environmental Protection Agency's (EPA) recommended level of 0.01 f/cc.  A
copy of BCM's Air Monitoring Data Report is attached.

Final clearance via PCM was confirmed at 12:00 a.m. on Wednesday, August 12, 1992,
and Floor 17 was deemed clear for public access.  Based on concurrence from Prudential A&E,
final air clearance via Transmission Electron Microscopy (TEM) was not performed.

Please contact us at (214) 960-9171 if you have any questions.

Very truly yours,

BCM ENGINEERS INC.

David W. Kurtz, P.E.
District Manager

MEM/sj
Attachment

cc:    Ms. Angela Williams-Nash, The Prudential Realty Group
       Mr. William Wray, The Prudential Realty Group
       Mr. Tony Chiroco, The Prudential Realty Group
       Mr. John Carpenter, Premisys Real Estate Services, Inc.
       Ms. Betty Shafer, BCM Engineers Inc.

PIS 5029978

BCM ENGINEERS INC.
AIR MONITORING DATA REPORT

PRUDENTIAL REALTY GROUP
BCM PROJECT NO. 05-6627-05
PAGE   1

| DATE | SAMPLE NO. | SAMPLE TYPE* | LOCATION | SAMPLE START | TIME STOP | SAMPLE VOL. LITERS | ANALYTICAL DETECTION LIMITS F/CC | RESULTS F/CC |
|------|-----------|-------------|----------|-------------|----------|-------------------|--------------------------------|--------------|
| 8/12/92 | ML31 | | BLANK | | | 0 | 0.000 | 0.000 |
| 8/12/92 | ML32 | BG | CORE AREA FL17 | 18:45 | 21:45 | 1800 | 0.003 | 0.003 |
| 8/12/92 | ML33 | BG | NORTH AREA FL17 | 18:47 | 21:47 | 1800 | 0.003 | 0.004 |
| 8/12/92 | ML34 | BG | SOUTH AREA FL17 | 18:49 | 21:49 | 1800 | 0.003 | 0.005 |
| 8/12/92 | ML35 | BG | EAST AREA FL17 | 18:51 | 21:51 | 1800 | 0.003 | 0.003 |
| 8/12/92 | ML36 | BG | WEST AREA FL17 | 18:52 | 21:52 | 1800 | 0.003 | 0.004 |
| 8/12/92 | ML37 | P | HENRY JACKS (TGI) | 18:55 | 21:55 | 450 | 0.011 | < 0.011 |
| 8/12/92 | ML38 | P | KENT LESUE (FDC) | 18:56 | 21:56 | 450 | 0.011 | < 0.011 |
| 8/12/92 | ML39 | FC | CORE AREA FL17 | 22:20 | 24:50 | 1500 | 0.003 | < 0.003 |
| 8/12/92 | ML40 | FC | NORTH AREA FL17 | 22:22 | 24:52 | 1500 | 0.003 | < 0.003 |
| 8/12/92 | ML41 | QCB | BLANK | | | 0 | 0.000 | 0.000 |
| 8/12/92 | ML42 | FC | SUTH AREA FL17 | 22:24 | 24:54 | 1500 | 0.003 | < 0.003 |
| 8/12/92 | ML43 | FC | EAST AREA FL17 | 22:26 | 24:56 | 1500 | 0.003 | 0.004 |
| 8/12/92 | ML44 | FC | WEST AREA FL17 | 22:28 | 24:58 | 1500 | 0.003 | < 0.003 |

ANALYZED BY: CC          REVIEWED BY: _____ DATE: 8-13-92

\* P - Personal      BR - Barrier      WA - Work Area      IC - Initial Clearance
  BG - Background  CR - Clean Room   ER - Equipment Room  FC - Final Clearance
  NAM - Negative Air Machine      O - Other      # - See AMDR Page
  FOR DEFINITION OF AIR MONITORING TERMS ABOVE SEE ATTACHED.

 **BCM Engineers Inc.**

Engineers, Planners, Scientists and Laboratory Services

RECEIVED
AUG 20 1992
BUILDING OFFICE
115    14 BUILDING

The Princeton Building • Suite 102 • 14651 Dallas Parkway • Dallas, TX 75240 • Phone: (214) 960-9171 • FAX: (214) 404-0851

August 18, 1992

Mr. Mark Pustka
Premisys Real Estate Services, Inc.
1100 Milam Street, Suite 3450
Houston, TX 77002



RE: Houston, Texas
1100 Milam Building
Life Safety System Installation
Floor 20
BCM Project No 05-6627-05

Dear Mr. Pustka:

On Friday, August 14, 1992, at 1:00 a.m., Fire Detection Consultants (FDC) completed the installation of the life safety system cable on Floor 20 at the 1100 Milam Building. Previously, BCM Engineers Inc. (BCM) had inspected Floor 20 and categorized the work are as Scenario 1: Occupied, unabated floor with sprayed-on fireproofing that is moderately damaged.

In conjunction with the installation of the life safety system, air monitoring was conducted in accordance with the National Institute for Occupational Safety and Health (NIOSH) Method 7400. The NIOSH Method 7400 measures total airborne fiber concentrations and is non-specific for asbestos fiber concentration.

Air monitoring was conducted in four (4) separate phases during the project:

1. Backgrounds or preliminary air monitoring.

2. Work area, personal and background air monitoring during work area preparation.

3. Work area, personal and background air monitoring during life safety system cable installation.

4. Final clearance air monitoring to ensure work site cleanliness following clean-up activities.

*Integrity and Quality since 1890*

PIS 5029974



Mr. Mark Pustka
August 18, 1992
Page 2

All air monitoring results indicated fiber levels below the Occupational Safety and Health Administration's (OSHA) permissible exposure limit (PEL) of 0.2 fibers per cubic centimeter (f/cc) of air. Due to the limited volume of air collected in the low volume personal air pumps, the analytical detection limit for the personal air sampling was 0.012 f/cc. All personal air sample results indicated fiber concentration levels below the analytical detection limit of 0.012 f/cc.

Final air clearance samples analyzed by Phase Contrast Microscopy (PCM) indicated fiber levels below the Environmental Protection Agency's (EPA) recommended level of 0.01 f/cc. A copy of BCM's Air Monitoring Data Report is attached.

Final clearance via PCM was confirmed at 1:00 a.m. on Friday, August 14, 1992, and Floor 20 was deemed clear for public access. Based on concurrence from Prudential A&E, final air clearance via Transmission Electron Microscopy (TEM) was not performed.

Please contact us at (214) 960-9171 if you have any questions.

Very truly yours,

BCM ENGINEERS INC.

David W. Kurtz, P.E.
District Manager

MEM/sj

Attachment

cc:    Ms. Angela Williams-Nash, The Prudential Realty Group
       Mr. William Wray, The Prudential Realty Group
       Mr. Tony Chiroco, The Prudential Realty Group
       Mr. John Carpenter, Premisys Real Estate Services, Inc.
       Ms. Betty Shafer, BCM Engineers Inc.

PIS 5029973

 **BCM Engineers Inc.**
Engineers, Planners, Scientists and Laboratory Services

The Princeton Building • Suite 102 • 14651 Dallas Parkway • Dallas, TX 75240 • Phone: (214) 960-9171 • FAX: (214) 404-0851

August 20, 1992

Mr. Mark Pustka
Premisys Real Estate Services, Inc.
1100 Milam Street, Suite 3450
Houston, TX 77002

RE:   Houston, Texas
       1100 Milam Building
       Life Safety System Installation
       Floor 23
       BCM Project No 05-6627-05

Dear Mr. Pustka:

On Thursday, August 20, 1992, at 12:00 a.m. Fire Detection Consultants (FDC) completed the installation of the life safety system cable on Floor 23 at the 1100 Milam Building. Previously, BCM Engineers Inc. (BCM) had inspected Floor 23 and categorized the work area as Scenario 1: Occupied, unabated floor with sprayed-on fireproofing that is moderately damaged.

In conjunction with the installation of the life safety system, air monitoring was conducted in accordance with the National Institute for Occupational Safety and Health (NIOSH) Method 7400. The NIOSH Method 7400 measures total airborne fiber concentrations and is non-specific for asbestos fiber concentration.

Air monitoring was conducted in four (4) separate phases during the project:

1. Background or preliminary air monitoring.

2. Work area, personal and background air monitoring during work area preparation.

3. Work area, personal and background air monitoring during life safety system cable installation.

4. Final clearance air monitoring to ensure work site cleanliness following clean-up activities.

—————————————— *Integrity and Quality since 1890* ——————————————

PIS 5029967



Mr. Mark Pustka
August 20, 1992
Page 2

All air monitoring results indicated fiber levels below the Occupational Safety and Health Administration's (OSHA) permissible exposure limit (PEL) of 0.2 fibers per cubic centimeter (f/cc) of air. Due to the limited volume of air collected in the low volume personal air pumps, the analytical detection limit for the personal air sampling was 0.013 f/cc. All personal air sample results indicated fiber concentration levels below the analytical detection limit of 0.013 f/cc.

Final air clearance samples analyzed by Phase Contrast Microscopy (PCM) indicated fiber levels below the Environmental Protection Agency's (EPA) recommended level of 0.01 f/cc. A copy of BCM's Air Monitoring Data Report is attached.

Final clearance via PCM was confirmed at 1:00 a.m. on Thursday, August 20, 1992, and Floor 23 was deemed clear for public access. Based on concurrence from Prudential A&E, final air clearance via Transmission Electron Microscopy (TEM) was not performed.

Please contact us at (214) 960-9171 if you have any questions.

Very truly yours,

BCM ENGINEERS INC.

David W. Kurtz, P.E.
District Manager

MEM/sj

Attachment

cc:    Ms. Angela Williams-Nash, The Prudential Realty Group
       Mr. William Wray, The Prudential Realty Group
       Mr. Tony Chiroco, The Prudential Realty Group
       Mr. John Carpenter, Premisys Real Estate Services, Inc.
       Ms. Betty Shafer, BCM Engineers Inc.



BCM ENGINEERS INC.
AIR MONITORING DATA REPORT

PRUDENTIAL REALTY GROUP
BCM PROJECT NO. 05-6627-05
PAGE   1

| DATE | SAMPLE NO. | SAMPLE TYPE* | LOCATION | SAMPLE START | TIME STOP | SAMPLE VOL. LITERS | ANALYTICAL DETECTION LIMITS F/CC | RESULTS F/CC |
|------|-----------|-------------|----------|-------------|-----------|-------------------|-------------------------------|-------------|
| 8/18/92 | ML72 | BG | CORE AREA FL23 | 19:15 | 21:15 | 1799 | 0.003 | < 0.003 |
| 8/18/92 | ML73 | BG | NORTH AREA FL23 | 19:17 | 21:17 | 1799 | 0.003 | < 0.003 |
| 8/18/92 | ML74 | QCB | BLANK | | | 0 | 0.000 | 0.000 |
| 8/18/92 | ML75 | BG | SOUTH AREA FL23 | 19:10 | 21:19 | 1799 | 0.003 | 0.003 |
| 8/18/92 | ML76 | BG | WEST AREA FL23 | 19:23 | 21:23 | 1799 | 0.003 | < 0.003 |
| 8/19/92 | ML84 | BR | CORE AREA FL23 | 18:30 | 21:30 | 1800 | 0.003 | 0.005 |
| 8/19/92 | ML85 | BR | NORTH AREA FL23 | 18:32 | 21:32 | 1800 | 0.003 | 0.004 |
| 8/19/92 | ML86 | BR | SOUTH AREA FL23 | 10:34 | 21:34 | 1800 | 0.003 | 0.003 |
| 8/19/92 | ML87 | BR | EAST AREA FL23 | 18:36 | 21:36 | 1800 | 0.003 | 0.003 |
| 8/19/92 | ML88 | BR | WEST AREA FL23 | 18:38 | 21:38 | 1800 | 0.003 | 0.003 |
| 8/19/92 | ML89 | P | HENRY JACKS (TGI) | 19:02 | 21:32 | 375 | 0.013 | 0.013 |
| 8/19/92 | ML90 | P | RUSTY LESLIE (FDC) | 19:03 | 21:33 | 375 | 0.013 | < 0.013 |
| 8/19/92 | ML91 | FC | CORE AREA FL23 | 22:00 | 24:00 | 1200 | 0.004 | < 0.004 |
| 8/19/92 | ML92 | FC | NORTH AREA FL23 | 22:02 | 24:02 | 1200 | 0.004 | < 0.004 |
| 8/19/92 | ML93 | QCB | BLANK | | | 0 | 0.000 | 0.000 |
| 8/19/92 | ML94 | FC | SOUTH AREA FL23 | 22:04 | 24:34 | 1500 | 0.003 | < 0.003 |
| 8/19/92 | ML95 | FC | EAST AREA FL23 | 22:06 | 24:36 | 1500 | 0.003 | < 0.003 |
| 8/19/92 | ML96 | FC | WEST AREA FL23 | 22:08 | 24:38 | 1500 | 0.003 | < 0.003 |

ANALYZED BY: _CC_          REVIEWED BY: _____    DATE: _8-19-92_

* P - Personal       BR - Barrier        WA - Work Area        IC - Initial Clearance
  BG - Background   CR - Clean Room     ER - Equipment Room   FC - Final Clearance
  NAM - Negative Air Machine           O - Other             # - See AMDR Page
  FOR DEFINITION OF AIR MONITORING TERMS ABOVE SEE ATTACHED.

PIS 5029965

 **BCM Engineers Inc.**

Engineers, Planners, Scientists and Laboratory Services

The Princeton Building • Suite 102 • 14651 Dallas Parkway • Dallas, TX 75240 • Phone: (214) 960-9171 • FAX: (214) 404-0851

August 20, 1992

RECEIVED

AUG 2 4 1992

BUILDING OFFICE
1100 MILAM BUILDING

Mr. Mark Pustka
Premisys Real Estate Services, Inc.
1100 Milam Street, Suite 3450
Houston, TX 77002

RE:   Houston, Texas
      1100 Milam Building
      Life Safety System Installation
      Floor 21
      BCM Project No 05-6627-05

Dear Mr. Pustka:

On Wednesday, August 19, 1992, at 12:00 a.m. Fire Detection Consultants (FDC) completed the installation of the life safety system cable on Floor 21 at the 1100 Milam Building. Previously, BCM Engineers Inc. (BCM) had inspected Floor 21 and categorized the work area as Scenario 1: Occupied, unabated floor with sprayed-on fireproofing that is moderately damaged.

In conjunction with the installation of the life safety system, air monitoring was conducted in accordance with the National Institute for Occupational Safety and Health (NIOSH) Method 7400. The NIOSH Method 7400 measures total airborne fiber concentrations and is non-specific for asbestos fiber concentration.

Air monitoring was conducted in four (4) separate phases during the project:

1.  Background or preliminary air monitoring.

2.  Work area, personal and background air monitoring during work area preparation.

3.  Work area, personal and background air monitoring during life safety system cable installation.

4.  Final clearance air monitoring to ensure work site cleanliness following clean-up activities.

*Integrity and Quality since 1890*

PIS 5029964



Mr. Mark Pustka
August 20, 1992
Page 2

All air monitoring results indicated fiber levels below the Occupational Safety and Health Administration's (OSHA) permissible exposure limit (PEL) of 0.2 fibers per cubic centimeter (f/cc) of air. Due to the limited volume of air collected in the low volume personal air pumps, the analytical detection limit for the personal air sampling was 0.011 f/cc. All personal air sample results indicated fiber concentration levels below the analytical detection limit of 0.011 f/cc.

Final air clearance samples analyzed by Phase Contrast Microscopy (PCM) indicated fiber levels below the Environmental Protection Agency's (EPA) recommended level of 0.01 f/cc. A copy of BCM's Air Monitoring Data Report is attached.

Final clearance via PCM was confirmed at 2:00 a.m. on Wednesday, August 19, 1992, and Floor 21 was deemed clear for public access. Based on concurrence from Prudential A&E, final air clearance via Transmission Electron Microscopy (TEM) was not performed.

Please contact us at (214) 960-9171 if you have any questions.

Very truly yours,

BCM ENGINEERS INC.

David W. Kurtz, P.E.
District Manager

MEM/sj

Attachment

cc: Ms. Angela Williams-Nash, The Prudential Realty Group
Mr. William Wray, The Prudential Realty Group
Mr. Tony Chiroco, The Prudential Realty Group
Mr. John Carpenter, Premisys Real Estate Services, Inc.
Ms. Betty Shafer, BCM Engineers Inc.

PIS 5029963



 **BCM Engineers Inc.**
Engineers, Planners, Scientists and Laboratory Services

The Princeton Building • Suite 102 • 14651 Dallas Parkway • Dallas, TX 75240 • Phone: (214) 960-9171 • FAX: (214) 404-0851

August 21, 1992

RECEIVED

AUG 2 4 1992

BUILDING OFFICE
1100      H BUILDING

Mr. Mark Pustka
Premisys Real Estate Services, Inc.
1100 Milam Street, Suite 3450
Houston, TX 77002

RE:   Houston, Texas
      1100 Milam Building
      Life Safety System Installation
      Floor 27
      BCM Project No 05-6627-05

Dear Mr. Pustka:

On Friday, August 21, 1992, at 12:00 a.m. Fire Detection Consultants (FDC) completed the installation of the life safety system cable on Floor 27 at the 1100 Milam Building. Previously, BCM Engineers Inc. (BCM) had inspected Floor 27 and categorized the work area as Scenario 1: Occupied, unabated floor with sprayed-on fireproofing that is moderately damaged.

In conjunction with the installation of the life safety system, air monitoring was conducted in accordance with the National Institute for Occupational Safety and Health (NIOSH) Method 7400. The NIOSH Method 7400 measures total airborne fiber concentrations and is non-specific for asbestos fiber concentration.

Air monitoring was conducted in four (4) separate phases during the project:

1. Background or preliminary air monitoring.

2. Work area, personal and background air monitoring during work area preparation.

3. Work area, personal and background air monitoring during life safety system cable installation.

4. Final clearance air monitoring to ensure work site cleanliness following clean-up activities.

*Integrity and Quality since 1890*

PIS 5029970



Mr. Mark Pustka
August 21, 1992
Page 2


All air monitoring results indicated fiber levels below the Occupational Safety and Health Administration's (OSHA) permissible exposure limit (PEL) of 0.2 fibers per cubic centimeter (f/cc) of air. Due to the limited volume of air collected in the low volume personal air pumps, the analytical detection limit for the personal air sampling was 0.013 f/cc. All personal air sample results indicated fiber concentration levels below the analytical detection limit of 0.013 f/cc.

Final air clearance samples analyzed by Phase Contrast Microscopy (PCM) indicated fiber levels below the Environmental Protection Agency's (EPA) recommended level of 0.01 f/cc. A copy of BCM's Air Monitoring Data Report is attached.

Final clearance via PCM was confirmed at 1:00 a.m. on Friday, August 21, 1992, and Floor 27 was deemed clear for public access. Based on concurrence from Prudential A&E, final air clearance via Transmission Electron Microscopy (TEM) was not performed.

Please contact us at (214) 960-9171 if you have any questions.

Very truly yours,

BCM ENGINEERS INC.

David W. Kurtz, P.E.
District Manager

MEM/sj

Attachment

cc:     Ms. Angela Williams-Nash, The Prudential Realty Group
        Mr. William Wray, The Prudential Realty Group
        Mr. Tony Chiroco, The Prudential Realty Group
        Mr. John Carpenter, Premisys Real Estate Services, Inc.
        Ms. Betty Shafer, BCM Engineers Inc.

PIS 5029969



BCM ENGINEERS INC.
AIR MONITORING DATA REPORT

PRUDENTIAL REALTY GROUP
BCM PROJECT NO. 05-6627-05
PAGE    1

| DATE | SAMPLE NO. | SAMPLE TYPE* | LOCATION | SAMPLE START | TIME STOP | SAMPLE VOL. LITERS | ANALYTICAL DETECTION LIMITS F/CC | RESULTS F/CC |
|------|-----------|--------------|----------|--------------|-----------|--------------------|-------------------------------|--------------|
| 8/19/92 | ML097 | QCB | BLANK | | | 0 | 0.000 | 0.000 |
| 8/19/92 | ML098 | BG | FL27 CORE AREA | 19:30 | 22:00 | 2249 | 0.002 | < 0.002 |
| 8/19/92 | ML099 | BG | FL27 NORTH AREA | 19:32 | 22:02 | 2249 | 0.002 | < 0.002 |
| 8/19/92 | ML100 | BG | FL27 SOUTH AREA | 19:34 | 22:04 | 2249 | 0.002 | < 0.002 |
| 8/19/92 | ML101 | BG | FL27 WEST AREA | 19:36 | 22:06 | 2249 | 0.002 | < 0.002 |
| 8/19/92 | ML102 | BG | FL27 EAST AREA | 19:38 | 22:08 | 2249 | 0.002 | < 0.002 |
| 8/20/92 | ML104 | BR | FL27 CORE AREA | 18:20 | 21:20 | 1800 | 0.003 | 0.003 |
| 8/20/92 | ML105 | BR | FL27 NORTH AREA | 18:22 | 21:22 | 1800 | 0.003 | 0.003 |
| 8/20/92 | ML106 | BR | FL27 SOUTH AREA | 18:24 | 21:24 | 1800 | 0.003 | 0.003 |
| 8/20/92 | ML107 | BR | FL27 EAST AREA | 18:26 | 21:26 | 1800 | 0.003 | < 0.003 |
| 8/20/92 | ML108 | BR | FL27 WEST AREA | 18:28 | 21:28 | 1800 | 0.003 | < 0.003 |
| 8/20/92 | ML109 | P | FREDRICO MARTINEZ (TGI) | 18:57 | 21:27 | 375 | 0.013 | < 0.013 |
| 8/20/92 | ML110 | p | KENT LESLIE (FDC) | 18:58 | 21:28 | 375 | 0.013 | < 0.013 |
| 8/20/92 | ML111 | FC | FL27 CORE AREA | 22:00 | 24:30 | 1500 | 0.003 | < 0.003 |
| 8/20/92 | ML112 | FC | FL27 NORTH AREA | 22:02 | 24:32 | 1500 | 0.003 | < 0.003 |
| 8/20/92 | ML114 | FC | FL27 SOUITH AREA | 22:04 | 24:34 | 1500 | 0.003 | < 0.003 |
| 8/20/92 | ML115 | FC | FL27 EAST AREA | 22:06 | 24:36 | 1500 | 0.003 | < 0.003 |
| 8/20/92 | ML116 | FC | FL27 WEST AREA | 22:08 | 24:38 | 1500 | 0.003 | < 0.003 |

ANALYZED BY:            REVIEWED BY:            DATE: 8-21-92

* P - Personal      BR - Barrier       WA - Work Area        IC - Initial Clearance
  BG - Background  CR - Clean Room    ER - Equipment Room   FC - Final Clearance
  NAM - Negative Air Machine          O - Other             # - See AMDR Page
  FOR DEFINITION OF AIR MONITORING TERMS ABOVE SEE ATTACHED.

PIS 5029968

  **BCM Engineers Inc.**
Engineers, Planners, Scientists and Laboratory Services

The Princeton Building • Suite 102 • 14651 Dallas Parkway • Dallas, TX 75240 • Phone: (214) 960-9171 • FAX: (214) 404-0851

RECEIVED

AUG 3 1 1992          August 27, 1992

BUILDING OFFICE
1100 MILAM BUILDING

Mr. Mark Pustka
Premisys Real Estate Services, Inc.
1100 Milam Street, Suite 3450
Houston, TX 77002

RE: Houston, Texas
1100 Milam Building
Life Safety System Installation
Floor 28
BCM Project No 05-6627-05

Dear Mr. Pustka:

On Wednesday, August 26, 1992, at 12:00 a.m. Fire Detection Consultants (FDC) completed the installation of the life safety system cable on Floor 28 at the 1100 Milam Building. Previously, BCM Engineers Inc. (BCM) had inspected Floor 28 and categorized the work area as Scenario 1: Occupied, unabated floor with sprayed-on fireproofing that is moderately damaged.

In conjunction with the installation of the life safety system, air monitoring was conducted in accordance with the National Institute for Occupational Safety and Health (NIOSH) Method 7400. The NIOSH Method 7400 measures total airborne fiber concentrations and is non-specific for asbestos fiber concentration.

Air monitoring was conducted in four (4) separate phases during the project:

1. Background or preliminary air monitoring.

2. Work area, personal and background air monitoring during work area preparation.

3. Work area, personal and background air monitoring during life safety system cable installation.

4. Final clearance air monitoring to ensure work site cleanliness following clean-up activities.

*Integrity and Quality since 1890*

PIS 5029954



Mr. Mark Pustka
August 27, 1992
Page 2


All air monitoring results indicated fiber levels below the Occupational Safety and Health Administration's (OSHA) permissible exposure limit (PEL) of 0.2 fibers per cubic centimeter (f/cc) of air.  Due to the limited volume of air collected in the low volume personal air pumps, the analytical detection limit for the personal air sampling was 0.014 f/cc.  All personal air sample results indicated fiber concentration levels below the analytical detection limit of 0.014 f/cc.

Final air clearance samples analyzed by Phase Contrast Microscopy (PCM) indicated fiber levels below the Environmental Protection Agency's (EPA) recommended level of 0.01 f/cc.  A copy of BCM's Air Monitoring Data Report is attached.

Final clearance via PCM was confirmed at 1:00 a.m. on Wednesday, August 26, 1992, and Floor 28 was deemed clear for public access.  Based on concurrence from Prudential A&E, final air clearance via Transmission Electron Microscopy (TEM) was not performed.

Please contact us at (214) 960-9171 if you have any questions.

Very truly yours,

BCM ENGINEERS INC.

David W. Kurtz, P.E.
District Manager

MEM/sj

Attachment

cc:    Ms. Angela Williams-Nash, The Prudential Realty Group
Mr. William Wray, The Prudential Realty Group
Mr. Tony Chiroco, The Prudential Realty Group
Mr. John Carpenter, Premisys Real Estate Services, Inc.
Ms. Betty Shafer, BCM Engineers Inc.

PIS 5029955



BCM ENGINEERS INC.
AIR MONITORING DATA REPORT

PRUDENTIAL REALTY GROUP
BCM PROJECT NO. 05-6627-05
PAGE   1

| DATE | SAMPLE NO. | SAMPLE TYPE* | LOCATION | SAMPLE START | TIME STOP | SAMPLE VOL. LITERS | ANALYTICAL DETECTION LIMITS F/CC | RESULTS F/CC |
|------|-----------|--------------|----------|--------------|-----------|--------------------|----------------------------------|--------------|
| 8/20/92 | ML117 | QCB | BLANK | | | 0 | 0.000 | 0.000 |
| 8/20/92 | ML118 | BG | CORE AREA FL28 | 20:00 | 22:30 | 2249 | 0.002 | < 0.002 |
| 8/20/92 | ML119 | BG | NORTH AREA FL28 | 20:02 | 22:32 | 2249 | 0.002 | < 0.002 |
| 8/20/92 | ML120 | BG | SOUTH AREA FL28 | 20:04 | 22:34 | 2249 | 0.002 | < 0.002 |
| 8/20/92 | ML121 | BG | EAST AREA FL28 | 20:06 | 22:36 | 2249 | 0.002 | < 0.002 |
| 8/20/92 | ML122 | BG | WEST AREA FL28 | 20:08 | 22:38 | 2249 | 0.002 | < 0.002 |
| 8/25/92 | ML123 | QCB | BLANK | | | 0 | 0.000 | 0.000 |
| 8/25/92 | ML124 | BR | CORE AREA FL28 | 18:30 | 21:30 | 1800 | 0.003 | < 0.003 |
| 8/25/92 | ML125 | BR | NORTH AREA FL28 | 18:32 | 21:32 | 1800 | 0.003 | < 0.003 |
| 8/25/92 | ML126 | BR | SOUTH AREA FL28 | 18:34 | 21:34 | 1800 | 0.003 | < 0.003 |
| 8/25/92 | ML127 | BR | WEST AREA FL28 | 18:36 | 21:36 | 1800 | 0.003 | 0.003 |
| 8/25/92 | ML128 | BR | EAST AREA FL28 | 18:38 | 21:38 | 1800 | 0.003 | 0.004 |
| 8/25/92 | ML129 | P | HENRY JACK (TGI) | 19:05 | 21:25 | 350 | 0.014 | < 0.014 |
| 8/25/92 | ML130 | P | KENT LESLIE (FDC) | 19:06 | 21:26 | 350 | 0.014 | 0.014 |
| 8/25/92 | ML131 | FC | CORE AREA FL28 | 21:40 | 24:10 | 1500 | 0.003 | 0.003 |
| 8/25/92 | ML132 | FC | NORTH AREA FL28 | 21:42 | 24:12 | 1500 | 0.003 | < 0.003 |
| 8/25/92 | ML133 | QCB | BLANK | | | 0 | 0.000 | 0.000 |
| 8/25/92 | ML134 | FC | SOUTH AREA FL28 | 21:44 | 24:14 | 1500 | 0.003 | 0.004 |
| 8/25/92 | ML135 | FC | WEST AREA FL28 | 21:46 | 24:16 | 1500 | 0.003 | 0.005 |
| 8/25/92 | ML136 | FC | EAST AREA FL28 | 21:48 | 24:18 | 1500 | 0.003 | 0.003 |

* P - Personal       BR - Barrier        WA - Work Area       IC - Initial Clearance
  BG - Background   CR - Clean Room     ER - Equipment Room  FC - Final Clearance
  NAM - Negative Air Machine            O - Other            # - See AMDR Page
  FOR DEFINITION OF AIR MONITORING TERMS ABOVE SEE ATTACHED.

PIS 5029956

BCM

ANALYZED BY: $CC$          REVIEWED BY: _____ DATE: 8/27/92

* P - Personal      BR - Barrier        WA - Work Area      IC - Initial Clearance
  BG - Background  CR - Clean Room   ER - Equipment Room  FC - Final Clearance
  NAM - Negative Air Machine       O - Other          # - See AMDR Page
  FOR DEFINITION OF AIR MONITORING TERMS ABOVE SEE ATTACHED.

PIS 5029957



# BCM Engineers Inc.
Engineers, Planners, Scientists and Laboratory Services

The Princeton Building • Suite 102 • 14651 Dallas Parkway • Dallas, TX 75240 • Phone: (214) 960-9171 • FAX: (214) 404-0851

August 27, 1992

Mr. Mark Pustka
Premisys Real Estate Services, Inc.
1100 Milam Street, Suite 3450
Houston, TX 77002

RE:   Houston, Texas
      1100 Milam Building
      Life Safety System Installation
      Floor 30
      BCM Project No 05-6627-05

Dear Mr. Pustka:

On Thursday, August 27, 1992, at 12:00 a.m. Fire Detection Consultants (FDC) completed the installation of the life safety system cable on Floor 30 at the 1100 Milam Building. Previously, BCM Engineers Inc. (BCM) had inspected Floor 30 and categorized the work area as *Scenario 1: Occupied, unabated floor with sprayed-on fireproofing that is moderately damaged.*

In conjunction with the installation of the life safety system, air monitoring was conducted in accordance with the National Institute for Occupational Safety and Health (NIOSH) Method 7400. *The NIOSH Method 7400 measures total airborne fiber concentrations and is non-specific for asbestos fiber concentration.*

Air monitoring was conducted in four (4) separate phases during the project:

1. Background or preliminary air monitoring.

2. Work area, personal and background air monitoring during work area preparation.

3. Work area, personal and background air monitoring during life safety system cable installation.

4. Final clearance air monitoring to ensure work site cleanliness following clean-up activities.

———————————— *Integrity and Quality since 1890* ————————————

PIS 5029958



Mr. Mark Pustka
August 27, 1992
Page 2

All air monitoring results indicated fiber levels below the Occupational Safety and Health Administration's (OSHA) permissible exposure limit (PEL) of 0.2 fibers per cubic centimeter (f/cc) of air. Due to the limited volume of air collected in the low volume personal air pumps, the analytical detection limit for the personal air sampling was 0.012 f/cc. All personal air sample results indicated fiber concentration levels below the analytical detection limit of 0.012 f/cc.

Final air clearance samples analyzed by Phase Contrast Microscopy (PCM) indicated fiber levels below the Environmental Protection Agency's (EPA) recommended level of 0.01 f/cc. A copy of BCM's Air Monitoring Data Report is attached.

Final clearance via PCM was confirmed at 1:00 a.m. on Thursday, August 27, 1992, and Floor 30 was deemed clear for public access. Based on concurrence from Prudential A&E, final air clearance via Transmission Electron Microscopy (TEM) was not performed.

Please contact us at (214) 960-9171 if you have any questions.

Very truly yours,

BCM ENGINEERS INC.

David W. Kurtz, P.E.
District Manager

MEM/sj

Attachment

cc:    Ms. Angela Williams-Nash, The Prudential Realty Group
       Mr. William Wray, The Prudential Realty Group
       Mr. Tony Chiroco, The Prudential Realty Group
       Mr. John Carpenter, Premisys Real Estate Services, Inc.
       Ms. Betty Shafer, BCM Engineers Inc.

PIS 5029959

BCM

ANALYZED BY: _CC_          REVIEWED BY: _____    DATE: _8-26-82_

* P – Personal      BR – Barrier       WA – Work Area      IC – Initial Clearance
  BG – Background  CR – Clean Room    ER – Equipment Room  FC – Final Clearance
  NAM – Negative Air Machine          O – Other           # –  See AMDR Page
  FOR DEFINITION OF AIR MONITORING TERMS ABOVE SEE ATTACHED.

PIS 5029960



BCM ENGINEERS INC.
AIR MONITORING DATA REPORT

PRUDENTIAL REALTY GROUP
BCM PROJECT NO. 05-6627-05
PAGE   1

| DATE | SAMPLE NO. | SAMPLE TYPE* | LOCATION | SAMPLE START | TIME STOP | SAMPLE VOL. LITERS | ANALYTICAL DETECTION LIMITS F/CC | RESULTS F/CC |
|------|-----------|--------------|----------|--------------|-----------|--------------------|----------------------------------|--------------|
| 8/25/92 | ML137 | QCB | BLANK | | | 0 | 0.000 | 0.000 |
| 8/25/92 | ML138 | BG | CORE AREA FL30 | 17:00 | 19:30 | 2249 | 0.002 | < 0.002 |
| 8/25/92 | ML139 | BG | NORTH AREA FL30 | 17:02 | 19:32 | 2249 | 0.002 | < 0.002 |
| 8/25/92 | ML140 | BG | SOUTH AREA FL30 | 17:04 | 19:34 | 2249 | 0.002 | < 0.002 |
| 8/25/92 | ML141 | BG | WEST AREA FL30 | 17:06 | 19:36 | 2249 | 0.002 | < 0.002 |
| 8/25/92 | ML142 | BG | EAST AREA FL30 | 17:08 | 19:38 | 2249 | 0.002 | < 0.002 |
| 8/26/92 | ML143 | QCB | BLANK | | | 0 | 0.000 | 0.000 |
| 8/26/92 | ML144 | BR | CORE AREA FL30 | 18:30 | 22:00 | 2100 | 0.002 | 0.002 |
| 8/26/92 | ML145 | BR | WEST AREA FL30 | 18:32 | 22:02 | 2100 | 0.002 | 0.003 |
| 8/26/92 | ML146 | BR | NORTH AREA FL30 | 18:34 | 22:04 | 2100 | 0.002 | 0.003 |
| 8/26/92 | ML147 | BR | EAST AREA FL30 | 18:36 | 22:06 | 2100 | 0.002 | 0.003 |
| 8/26/92 | ML148 | BR | SOUTH AREA FL30 | 18:38 | 22:08 | 2100 | 0.002 | 0.002 |
| 8/26/92 | ML149 | P | HENRY JACK (TGI) | 19:00 | 21:50 | 425 | 0.012 | < 0.012 |
| 8/26/92 | ML150 | P | KENT LESLIE (FDC) | 19:08 | 21:58 | 425 | 0.012 | < 0.012 |
| 8/26/92 | ML151 | FC | CORE AREA FL30 | 22:45 | 01:15 | 1500 | 0.003 | < 0.003 |
| 8/26/92 | ML152 | FC | WEST AREA FL30 | 22:47 | 01:17 | 1500 | 0.003 | < 0.003 |
| 8/26/92 | ML153 | QCB | BLANK | | | 0 | 0.000 | 0.000 |
| 8/26/92 | ML154 | FC | NORTH AREA FL30 | 22:49 | 01:19 | 1500 | 0.003 | < 0.003 |
| 8/26/92 | ML155 | FC | EAST AREA FL30 | 22:51 | 01:21 | 1500 | 0.003 | < 0.003 |
| 8/26/92 | ML156 | FC | SOUTH AREA FL30 | 22:53 | 01:23 | 1500 | 0.003 | < 0.003 |

```
*  P - Personal      BR - Barrier       WA - Work Area        IC - Initial Clearance
   BG - Background   CR - Clean Room     ER - Equipment Room   FC - Final Clearance
   NAM - Negative Air Machine   O - Other                     # - See AMDR Page
   FOR DEFINITION OF AIR MONITORING TERMS ABOVE SEE ATTACHED.
```

PIS 5029961



BCM ENGINEERS INC.
AIR MONITORING DATA REPORT

PRUDENTIAL REALTY GROUP
BCM PROJECT NO. 05-6627-05
PAGE   1

| DATE | SAMPLE NO. | SAMPLE TYPE* | LOCATION | SAMPLE START | TIME STOP | SAMPLE VOL. LITERS | ANALYTICAL DETECTION LIMITS F/CC | RESULTS F/CC |
|------|-----------|-------------|----------|-------------|-----------|-------------------|----------------------------------|--------------|
| 8/13/92 | ML53 | BG | CORE AREA FL21 | 19:45 | 21:45 | 1799 | 0.003 | < 0.003 |
| 8/13/92 | ML54 | BG | NORTH AREA FL21 | 19:47 | 21:47 | 1799 | 0.003 | < 0.003 |
| 8/13/92 | ML55 | BG | SOUTH AREA FL21 | 19:49 | 21:49 | 1799 | 0.003 | < 0.003 |
| 8/13/92 | ML56 | BG | EAST AREA FL21 | 19:51 | 21:51 | 1799 | 0.003 | < 0.003 |
| 8/13/92 | ML57 | BG | WEST AREA FL21 | 19:53 | 21:53 | 1799 | 0.003 | 0.003 |
| 8/18/92 | ML64 | QCB | BLANK | | | 0 | 0.000 | 0.000 |
| 8/18/92 | ML65 | BR | CORE AREA FL21 | 18:40 | 22:00 | 2000 | 0.002 | 0.004 |
| 8/18/92 | ML66 | BR | NORTH AREA FL21 | 18:42 | 22:02 | 2000 | 0.002 | < 0.002 |
| 8/18/92 | ML67 | BR | SOUTH AREA FL21 | 18:44 | 22:04 | 2000 | 0.002 | 0.003 |
| 8/18/92 | ML68 | BR | EAST AREA FL21 | 18:46 | 22:06 | 2000 | 0.002 | 0.005 |
| 8/18/92 | ML69 | BR | WEST AREA FL21 | 18:47 | 22:07 | 2000 | 0.002 | 0.002 |
| 8/18/92 | ML70 | P | KENT LESLIE (FDC) | 19:05 | 22:05 | 450 | 0.011 | < 0.011 |
| 8/18/92 | ML71 | P | HENRY JACKS (TGI) | 19:04 | 22:04 | 450 | 0.011 | 0.011 |
| 8/18/92 | ML78 | FC | CORE AREA FL21 | 23:00 | 25:30 | 1500 | 0.003 | < 0.003 |
| 8/18/92 | ML79 | FC | NORTH AREA FL21 | 23:02 | 25:32 | 1500 | 0.003 | < 0.003 |
| 8/18/92 | ML80 | FC | SOUTH AREA FL21 | 23:04 | 25:34 | 1500 | 0.003 | 0.003 |
| 8/18/92 | ML81 | FC | EAST AREA FL21 | 23:06 | 25:36 | 1500 | 0.003 | 0.004 |
| 8/18/92 | ML82 | FC | WEST AREA FL21 | 23:08 | 25:38 | 1500 | 0.003 | < 0.003 |

ANALYZED BY: _CE_        REVIEWED BY: _____        DATE: _8-19-92_

* P – Personal      BR – Barrier        WA – Work Area        IC – Initial Clearance
  BG – Background  CR – Clean Room    ER – Equipment Room  FC – Final Clearance
  NAM – Negative Air Machine      O – Other        # – See AMDR Page
  FOR DEFINITION OF AIR MONITORING TERMS ABOVE SEE ATTACHED.

PIS 5029962



# BCM Engineers Inc.
Engineers, Planners, Scientists and Laboratory Services

The Princeton Building • Suite 102 • 14651 Dallas Parkway • Dallas, TX 75240 • Phone: (214) 960-9171 • FAX: (214) 404-0851

August 28, 1992

RECEIVED

SEP - 4 1992

BUILDING OFFICE
1100 MILAM BUILDING

Mr. Mark Pustka
Premisys Real Estate Services, Inc.
1100 Milam Street, Suite 3450
Houston, TX 77002

RE:  Houston, Texas
      1100 Milam Building
      Life Safety System Installation
      Floor 31
      BCM Project No 05-6627-05

Dear Mr. Pustka:

On Friday, August 28, 1992, at 12:00 a.m. Fire Detection Consultants (FDC) completed the installation of the life safety system cable on Floor 31 at the 1100 Milam Building. Previously, BCM Engineers Inc. (BCM) had inspected Floor 31 and categorized the work area as Scenario 1: Occupied, unabated floor with sprayed-on fireproofing that is moderately damaged.

In conjunction with the installation of the life safety system, air monitoring was conducted in accordance with the National Institute for Occupational Safety and Health (NIOSH) Method 7400. The NIOSH Method 7400 measures total airborne fiber concentrations and is non-specific for asbestos fiber concentration.

Air monitoring was conducted in four (4) separate phases during the project:

1. Background or preliminary air monitoring.

2. Work area, personal and background air monitoring during work area preparation.

3. Work area, personal and background air monitoring during life safety system cable installation.

4. Final clearance air monitoring to ensure work site cleanliness following clean-up activities.

*Integrity and Quality since 1890*

PIS 5029042



Mr. Mark Pustka
August 28, 1992
Page 2

All air monitoring results indicated fiber levels below the Occupational Safety and Health Administration's (OSHA) permissible exposure limit (PEL) of 0.2 fibers per cubic centimeter (f/cc) of air. Due to the limited volume of air collected in the low volume personal air pumps, the analytical detection limit for the personal air sampling was 0.013 f/cc. All personal air sample results indicated fiber concentration levels below the analytical detection limit of 0.013 f/cc.

Final air clearance samples analyzed by Phase Contrast Microscopy (PCM) indicated fiber levels below the Environmental Protection Agency's (EPA) recommended level of 0.01 f/cc. A copy of BCM's Air Monitoring Data Report is attached.

Final clearance via PCM was confirmed at 1:00 a.m. on Friday, August 28, 1992, and Floor 31 was deemed clear for public access. Based on concurrence from Prudential A&E, final air clearance via Transmission Electron Microscopy (TEM) was not performed.

Please contact us at (214) 960-9171 if you have any questions.

Very truly yours,

BCM ENGINEERS INC.

David W. Kurtz, P.E.
District Manager

MEM/sj

Attachment

cc:   Ms. Angela Williams-Nash, The Prudential Realty Group
      Mr. William Wray, The Prudential Realty Group
      Mr. Tony Chiroco, The Prudential Realty Group
      Mr. John Carpenter, Premisys Real Estate Services, Inc.
      Ms. Betty Shafer, BCM Engineers Inc.

PIS 5029943

BCM ENGINEERS INC.
AIR MONITORING DATA REPORT

LIFE SAFETY/MILAM
BCM PROJECT NO. 05-6627-05
PAGE   1

| DATE | SAMPLE NO. | SAMPLE TYPE* | LOCATION | SAMPLE TIME START | STOP | SAMPLE VOL. LITERS | ANALYTICAL DETECTION LIMITS F/CC | RESULTS F/CC |
|------|-----------|-------------|----------|-------------------|------|-------------------|---------------------------------|--------------|
| 8/26/92 | ML-157 | QCB | | | | | | |
| 8/26/92 | ML-158 | BG | Core Area 31st | 19:40 | 22:10 | 2249 | 0.002 | < 0.002 |
| 8/26/92 | ML-159 | BG | North Area 31st | 19:42 | 22:12 | 2249 | 0.002 | < 0.002 |
| 8/26/92 | ML-160 | BG | East Area 31st | 19:44 | 22:14 | 2249 | 0.002 | < 0.002 |
| 8/26/92 | ML-161 | BG | South Area 31st | 19:46 | 22:16 | 2249 | 0.002 | < 0.002 |
| 8/26/92 | ML-162 | BG | West Area 31st | 19:48 | 22:18 | 2249 | 0.002 | < 0.002 |
| 8/27/92 | ML-163 | QCB | | | | | | |
| 8/27/92 | ML-164 | BR | Cole Area 31st | 18:30 | 21:30 | 1800 | 0.003 | 0.005 |
| 8/27/92 | ML-165 | BR | North Area 31st | 18:32 | 21:32 | 1800 | 0.003 | 0.005 |
| 8/27/92 | ML-166 | BR | West Area 31st | 18:34 | 21:34 | 1800 | 0.003 | 0.004 |
| 8/27/92 | ML-167 | BR | South Area 31st | 18:36 | 21:36 | 1800 | 0.003 | 0.004 |
| 8/27/92 | ML-168 | BR | East Area 31st | 18:38 | 21:38 | 1800 | 0.003 | 0.004 |
| 8/27/92 | ML-169 | P | Henry Jack (TGI) | 19:00 | 21:30 | 375 | 0.013 | < 0.013 |
| 8/27/92 | ML-170 | P | Kent Leslie (FOC) | 19:02 | 21:32 | 375 | 0.013 | < 0.013 |
| 8/27/92 | ML-171 | FC | Core Area 31st | 22:00 | 24:30 | 1500 | 0.003 | < 0.003 |
| 8/27/92 | ML-172 | FC | North Area 31st | 22:02 | 24:32 | 1500 | 0.003 | 0.004 |
| 8/27/92 | ML-173 | QCB | | | | | | |
| 8/27/92 | ML-174 | FC | West Area 31st | 22:04 | 22:34 | 1500 | 0.003 | < 0.003 |

* P - Personal      BR - Barrier       WA - Work Area        IC - Initial Clearance
  BG - Background  CR - Clean Room    ER - Equipment Room   FC - Final Clearance
  NAM - Negative Air Machine         O - Other              # - See AMDR Page
  T - TEM Final Clearance Samples, Results Provided in Appendix E

PIS 5029944

LIFE SAFETY/MILAM
BCM PROJECT NO. 05-6627-05
PAGE   2

| DATE | SAMPLE NO. | SAMPLE TYPE* | LOCATION | SAMPLE START | TIME STOP | VOL. LITERS | ANALYTICAL SAMPLE DETECTION LIMITS F/CC | RESULTS F/CC |
|------|-----------|--------------|----------|--------------|-----------|-------------|------------------------------------------|--------------|
| 8/27/92 | ML-175 | FC | South Area 31st | 22:06 | 22:36 | 1500 | 0.003 | 0.003 |
| 8/27/92 | ML-176 | FC | East Area 31st | 22:08 | 22:38 | 1500 | 0.003 | 0.004 |

ANALYZED BY:                REVIEWED BY:                      DATE: 8 28 92

---

\* P - Personal      BR - Barrier      WA - Work Area      IC - Initial Clearance
  BG - Background   CR - Clean Room   ER - Equipment Room   FC - Final Clearance
  NAM - Negative Air Machine      O - Other      # - See AMDR Page
  T - TEM Final Clearance Samples, Results Provided in Appendix E

PIS 5029945

 **BCM Engineers Inc.**

Engineers, Planners, Scientists and Laboratory Services

The Princeton Building • Suite 102 • 14651 Dallas Parkway • Dallas, TX 75240 • Phone: (214) 960-9171 • FAX: (214) 404-0851

RECEIVED

September 1, 1992                    SEP - 4 1992

BUILDING OFFICE
1·    ·· BUILDING

Mr. Mark Pustka
Premisys Real Estate Services, Inc.
1100 Milam Street, Suite 3450
Houston, TX 77002

RE:    Houston, Texas
       1100 Milam Building
       Life Safety System Installation
       Floor 33
       BCM Project No 05-6627-05

Dear Mr. Pustka:

On Tuesday, September 1, 1992, at 12:00 a.m. Fire Detection Consultants (FDC) completed the installation of the life safety system cable on Floor 33 at the 1100 Milam Building. Previously, BCM Engineers Inc. (BCM) had inspected Floor 33 and categorized the work area as Scenario 1: Occupied, unabated floor with sprayed-on fireproofing that is moderately damaged.

In conjunction with the installation of the life safety system, air monitoring was conducted in accordance with the National Institute for Occupational Safety and Health (NIOSH) Method 7400. The NIOSH Method 7400 measures total airborne fiber concentrations and is non-specific for asbestos fiber concentration.

Air monitoring was conducted in four (4) separate phases during the project:

1. Background or preliminary air monitoring.

2. Work area, personal and background air monitoring during work area preparation.

3. Work area, personal and background air monitoring during life safety system cable installation.

4. Final clearance air monitoring to ensure work site cleanliness following clean-up activities.

————————————— *Integrity and Quality since 1890* —————————————

PIS 5029946