Summary Chart re Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims

| Claimant Name | Claim Number | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY | 6945 | ROBERT J GILSON<br>RIKER DANZIG SCHERER HYLAND & P<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962<br>Law Firm Number: 00115 | CENTURY CENTER I | 2200 CENTURY PARKWAY<br>ATLANTA GA 000030345 | C-2, C-4, D-2, D-4, D-5, D-6, E-3, |
| THE PRUDENTIAL INSURANCE COMPANY | 6949 | ROBERT J GILSON<br>RIKER DANZIG SCHERER HYLAND & P<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962<br>Law Firm Number: 00115 | BROOKHOLLOW I | 2800 NORTH LOOP WEST<br>HOUSTON TX 000077092 | C-4, D-2, D-4, D-6, E-3, |
| THE PRUDENTIAL INSURANCE COMPANY | 6951 | ROBERT J GILSON<br>RIKER DANZIG SCHERER HYLAND & P<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962<br>Law Firm Number: 00115 | FIRST FLORIDA TOWER | - 111 EAST MADISON STREET<br>TAMPA FL 000033602 | C-4, D-2, D-3, D-4, D-6, E-3, |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | 6946 | ROBERT J GILSON<br>RIKER DANZIG SCHERER HYLAND & P<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962<br>Law Firm Number: 00115 | SOUTHDALE OFFICE COMPLEX | - 6800 FRANCE AVENUE<br>EDINA MN 000055435 | C-2, C-3 (d), C-4, D-2, D-4, D-5, D-6, E-2, |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | 6947 | ROBERT J GILSON<br>RIKER DANZIG SCHERER HYLAND & P<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962<br>Law Firm Number: 00115 | NORTHWEST FINANCIAL CENTER | - 7900 XERXES AVENUE<br>BLOOMINGTON MN 000055431 | C-4, D-2, D-4, D-5, D-6, E-2, |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | 6948 | ROBERT J GILSON<br>RIKER DANZIG SCHERER HYLAND & P<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962<br>Law Firm Number: 00115 | CENTURY CENTER IV | - 2600 CENTURY PARKWAY<br>ATLANTA GA 000030345 | C-4, D-2, D-4, D-5, D-6, E-4, |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | 6950 | ROBERT J GILSON<br>RIKER DANZIG SCHERER HYLAND & P<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962<br>Law Firm Number: 00115 | | 1100 MILAM<br>HOUSTON TX 000077001 | C-4, D-2, D-4, D-6, E-3, |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | 6952 | ROBERT J GILSON<br>RIKER DANZIG SCHERER HYLAND & P<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962<br>Law Firm Number: 00115 | SHORT HILLS BUILDING | - 51 JOHN F KENNEDY PARKWAY<br>SHORT HILLS NJ 000007078 | C-4, D-2, D-4, D-6, E-1, |