*Exhibit A*

**I P 942**

- FINAL REPORT -

NORTHWESTERN FINANCIAL CENTER
SUITE 200

Abatement of Asbestos-Containing
Sprayed-On Fire Retardant

# Institute for

# Environmental

# Assessment

2829 Verndale Ave., Anoka, MN 55303



*r*IS 6000083





# UNITED PROPERTIES
Brokerage & Management Company

June 9, 1988

Mr. Howard Siegel
Investment Manager
Prudential Property Co.
3530 Multifoods Tower
33 South Sixth Street
Minneapolis, MN  55402

RE:  IP-942

Dear Howard:

Enclosed are copies, for your records, of the Specifications
and Final Report for the asbestos abatement of Suite 200,
Northwestern Financial Center.

The project was completed and IBM, the tenant occupying
the space, is very pleased with the outcome.  I have forwarded
a copy of the final report to IBM, in order to meet their
criteria for record-keeping.  The Institute for Environmental
Assessment wrote the specifications subject to the
recommendations of IBM.

Please contact me if you have any additional questions.

Sincerely,

*Linda Hanagan*

Linda W. Hanagan
Senior Property Manager

LWH/tlw

Enclosure

cc:  Ms. Janice M. Hay
     Mr. John Zaluski
     Mr. Charles Culpepper
     Mr. Allen Green

PIS 6000084

I P 942

– FINAL REPORT –

### NORTHWESTERN FINANCIAL CENTER
### SUITE 200

### Abatement of Asbestos-Containing
### Sprayed-On Fire Retardant

## I.  INTRODUCTION

The scope of this project involved the removal of approximately 3,075 square feet of asbestos-containing sprayed-on fire retardant and the removal of approximately 2,500 square feet of asbestos contaminated styrofoam insulation from Suite 200 of the Northwestern Financial Center. The asbestos-containing sprayed-on fire retardant had an asbestos content of 20% chrysotile.  The material was applied to six main I-beams and 21 support columns with approximately 1'-2' of overspray on each side of the beams.  Removal, postabatement encapsulation, and reapplication of the polystyrofoam insulation was conducted by Metco Asbestos Abatement Contractors.  Project design, specifications, and monitoring services were provided by the Institute for Environmental Assessment (IEA).

## II.  PRELIMINARY INSPECTION

On January 28, 1988, at the request of Linda Hanagan, Property Manager, United Properties Brokerage and Management Company, an IEA representative collected bulk samples of suspected asbestos-containing materials in Suite 200 of the Northwestern Financial Center.  A survey of the fire retardant materials in Suite 200 was conducted to define the scope of the work and estimated cost for removal and replacement of the material.  On March 2, 1988, authorization was given by Linda Hanagan, to proceed with plans for

PIS 6000085

specification development for removal and reapplication of the
fire retardant material.

## III.  CONTRACT SPECIFICATIONS

IEA compiled comprehensive contract specifications on behalf of United
Properties Brokerage and Management Company and IBM, which included the
following items:

- scope of work to be conducted
- requirements for contractor compliance with all applicable federal,
  state, and local regulations
- materials and equipment to be used
- engineering controls
- execution of contract specifications
- personal entry and exit procedures
- waste disposal procedures
- personal protection requirements
- respiratory protection requirements
- asbestos-containing material removal standards
- environmental cleanup standards
- air monitoring protocol
- worker training requirements
- medical monitoring requirements
- inspection of work areas and removal procedures
- project clearance requirements

## IV.  PRECONSTRUCTION MEETING

On February 24, 1988, a preconstruction meeting was conducted and
attended by Victor B. Perlbachs, The Design Partnership; Dave Doubeck;
Dale Hilden; Kathy Woolley; Judi Christoffersen; Del Engblad; Chuck Macy,
IBM; Dean Korstad, Dunham Associates; Phil Scheidnes, Peoples Electric
Company; Steve Nelson, Master Mechanical; Thomas Shamp and Chester
Bandema, Carlson-Lavine, Inc.; Al Sikich and Frank Sikich, Metco, Inc.;
Joe Schwartzbauer, IEA; Linda Hanagan, Gene Kampa and Brian King, United
Properties.  IEA requested Metco, Inc. to furnish documentation verifying
compliance with contract specifications regarding the following items:

- equipment specification and certification
- employee training
- employee medical examinations
- proof of insurance
- emergency procedures
- work schedules and methods
- contingency plans
- applicable licenses and certification
- MPCA and EPA notifications
- applicable licenses and certification
- MPCA and EPA notifications

The scope of the work was to include construction of an enclosed
polyethylene tunnel for the IBM computer equipment that remained in
the abatement space.

PIS 6000086

## V.  PROJECT ABATEMENT PLAN

The project was divided into eight phases:

Phase 1 -- Containment Area consisting of all of Suite 200 and the
construction of the tunnels for the IBM computer equipment and use.

Phase 2 -- Enclosure included the north and west walls.

Phase 3 -- Enclosure constructed on the south wall of the suite.

Phase 4 -- Enclosure east-west I-beam on the west side of the suite.

Phase 5 -- Enclosure construction of a hanging scaffolding of the
east-west I-beam on the east side of the suite and of the I-beam
around the stairwell.

Phase 6 -- Enclosure constructed to encompass the I-beams over the
IBM tunnels.

Phase 7 -- Enclosure constructed to encompass the east-west I-beam on
the southeast side of the suite, utilizing a suspended scaffold and
enclosure.

Phase 8 -- Final Clean of the overspray outside the mini enclosures and
the containment area as a whole.

All pre-abatement, abatement and post-abatement activities were
completed per contract specification prior to moving to the next
phase.

## VI.  PHASES 1-8

### A.  Pre-abatement activities.

Seven background samples were taken in all defined work areas
described as Phase 1 through Phase 8.  The results were all
below OSHA's action level of 0.1 fibers per cubic centimeter (f/cc).

Prior to constructing protective barriers, Metco's abatement team
constructed tunnels consisting of 2"x2" wood frame covered with
polyethylene, which lead from the hallway to the computer equipment
within Suite 200.  The ceiling tile was removed, HEPA (High
Efficiency Particulate Absolute) vacuumed, and disposed of as
contaminated waste.  Peoples Electric Company removed the light
fixtures after they were HEPA vacuumed and wet-wiped by Metco, Inc.

Construction of the containment area involved locking out diffusers,
open return ducts, electrical transformers and circuits with six mil.
polyethylene and duct tape.  Plywood barriers were installed to
prevent access to the work area at the elevator entrance.

A two-stage decontamination unit was constructed in the southwest
corner of the suite to allow for makeup air and to supply equipment

PIS 6000087

and materials into the containment area that were not able to fit in the elevator.

A three-stage decontamination unit was constructed in the southeast corner of the suite.  Entrance to the containment area was through the decontamination units which also allowed for the passing of makeup air.  Two windows were removed from the north wall to allow for the ventilation of the HEPA filtered air from the containment area. A plywood housing was placed in each window to secure the tubes used for exhausting the air.

B. Negative Air Pressurization

The first phase consisting of the entire containment area was approximately 127,000 cubic feet.  In order to accomplish the exchange of air in the enclosure a minimum of four times per hour as required by project specifications required.  Metco, Inc. was directed to use six HEPA filtered negative-air units capable of exchanging 1,800 cubic feet of air per minute.  As the mini enclosures were added, an additional HEPA unit was required.

While the negative-air pressurization system was active, there was visible inward pull on the polyethylene in all areas of the enclosure.

The Phase 2 enclosure was approximately 2,203 cubic feet with two HEPA units attached to the enclosure, allowing for approximately four air exchanges per hour.

Phases three through seven each had one HEPA unit attached to each enclosure, allowing approximately four to six air exchanges per hour in these enclosures which ranged from 4,500 cubic feet to 8,368 cubic feet.  HEPA machines were continually used to clean the air in the outer space, as well as in each enclosure where gross removal was conducted.

C. Decontamination Procedures

A three-stage decontamination unit was built from 2"x2" wood framing construction, a layer of black six mil. polyethylene and a clear four mil. polyethylene barrier in the southeast corner. The first stage consisted of a clean room for storage of street clothes, protective clothing and miscellaneous supplies.  The second stage was a shower with a drain capable of filtering all particles as small as five microns in size.  The third stage was a dirty change room for protective suit removal upon leaving the containment area prior to entering the shower.  A four mil. flap was draped on both sides of each opening in each stage of the decontamination unit, thus inhibiting any release of airborne fibers from the containment area in the event of a loss of negative-air pressure.

A two-stage decontamination unit was built with 2"x2" wood frame construction and covered with six mil. polyethylene.  This decontamination unit was utilized for equipment and materials too

(4)

PIS 6000088

large to be brought up through the elevator. Each stage was divided
by a double six mil. polyethylene flap over each opening to avoid any
release of airborne fibers from the containment area to the outside
air in the event of the loss of negative-air pressurization.

Entrance into the containment area was as follows:

- removal of clothing in the clean room and donning of a protective
  coverall and respirator
- enter work area through shower and dirty room

Exiting from the containment area was as follows:

- removal of protective coverall in dirty room
- enter personal shower with respirator on
- complete full body shower with respirator wash and removal
- enter clean room and dress in street clothing

## D. Abatement Procedures

The tunnels were constructed for the IBM personnel to acccess the
computer systems, decontamination units built, HEPA units were
operating properly and all return ducts locked out with polyethylene.
The ceiling system and lights were HEPA vacuumed and wet-wiped. The
light fixtures were disconnected and removed by Peoples Electric.
The ceiling system was removed by Metco and wrapped in polyethylene.

Once the ceiling tile, system and light fixtures were removed,
Metco's abatement team began placing polyethylene on all of the
exterior wall areas.

The next three phases consisted of putting a six mil. polyethylene
barrier from the floor to the ceiling with a double six mil.
polyethylene floor. The first phase encompassed the north and west
walls containing the vertical I-beams, support I-beams, and the
contaminated styrofoam insulation. Phase 2 consisted of building the
the two enclosures along the south wall encompassing the I-beam.
Phase 3 consisted of enclosing the I-beams and support columns on
the west side of the suite. The sheet rock enclosures surrounding
the support columns were removed, and the asbestos-containing debris
was cleaned from the base of the columns. The base of the columns
were then sealed with six mil. polyethylene.

Phases 5 through 7 were constructed by hanging a scaffolding from the
joists and building an enclosure within the scaffolding with
polyethylene. The enclosure encompassed the support columns and
I-beams. During gross removal, the sprayed-on fire retardant on the
support columns, I-beams and corrugated decking was saturated with
water and the material was removed. The material was scraped off,
dropped to the floor and immediately picked up and placed in six mil.
polyethylene bags along with the excess water. When the bags
containing debris were filled, the excess air was removed from the
bags which were then sealed with duct tape. Before removal of the
bags from the mini enclosures, each bag was placed in a second six
mil. polyethylene bag that was labeled "Hazardous,

PIS 6000089

Asbestos-Containing Materials". The bags taken from each mini enclosure were placed on a six mil. polyethylene runner and were covered at the end of each shift with a second polyethylene sheet.

E.  Project Procedures and Controls

During removal, IEA collected abatement air samples inside and outside the enclosure. One sample was taken daily of the vented filtered air outside the enclosure. Periodic inspection for damage or penetration of the barriers was conducted to maintain the integrity of the containment area. Inspection of the pre-filters of the HEPA filtered negative-air units and readings of the pressure gauges were conducted to insure proper functioning.

Visual monitoring of the abatement procedures was accomplished by observations inside the containment area or inside each of the mini enclosures. Entrances and exits to and from the work area by the abatement team were observed to insure that appropriate decontamination procedures were followed.

F.  Air Quality

During removal, airborne fiber levels inside the enclosure were below OSHA's action level of 0.1 f/cc with two exceptions. The results of samples 385A061 and 385A068 taken from inside the hanging enclosures demonstrated levels of 1.95 f/cc and 0.2 f/cc respectively. Results of samples outside the enclosure during abatement were also below OSHA's action level of 0.1 f/cc. Results of the vented filtered air outside the enclosure indicated levels of less than 0.02 f/cc.

G.  Enclosure Cleanup/Visual Inspection/Encapsulation

When gross removal of the fire retardant and contaminated materials were completed, the abatement team began final cleaning. This consisted of removal of all remaining debris from the corrugated decking and removal of material still adhering to the I-beam. The abatement team utilized a high pressure sprayer to assist in the wetting and removal of the material. Additionally, all surfaces including the enclosure floor were wet-wiped to remove all visible debris and residue. A visual inspection of the enclosure was conducted by IEA for any material which may have been missed following removal and cleanup activities. Once the clearance inspection was successfully completed for each enclosure, the abatement team encapsulated the I-beam's corrugated decking and the polyethylene barriers.

H.  Clearance

After the completion of the substrate encapsulation, the air was exchanged in the enclosure for an hour to remove any airborne encapsulant fibers. IEA conducted an aggressive air sampling protocol for each of the enclosures. The use of a one-horse leaf blower was utilized to sweep the surface areas of the enclosure for approximately five minutes per 2,500 cubic feet prior to sampling. Two samples were taken in each of the larger enclosures and one in

PIS 6000090

(6)

each of the smaller enclosures. Results of the final clearance samples were less than 0.01 f/cc. The specified clearance level of 0.01 f/cc was achieved in all final clearances of each enclosure and the containment area. As each enclosure was cleared, the HEPA filtering units were removed.

I. Postabatement Activities

Removal of the polyethylene barriers was conducted by taking down the polyethylene and folding it in so that the surfaces, which were inside the containment area, were not left exposed. All of the polyethylene was placed into appropriately labeled six mil. polyethylene bags and treated as contaminated waste. This process was done upon completion of all the mini enclosures.

## VII.  REAPPLICATION OF POLYSTRYOFOAM INSULATION

Metco, Inc. replaced the contaminated styrofoam insulation with a 1½" industrial polystyrene insulation. This product was approved by Linda Hanagan on March 15, 1988.

## VIII.  INCIDENT REPORT

On March 21, 1988, at approximately 6:35 p.m. an employee of IBM, Suite 100, discovered a water leak on the west side. An IEA representative was informed of the leak as well as a representative from Metco, Inc. Metco abatement members stopped the leak, which was caused by water seeping through the support column to the corrugated decking below. The excess water was immediately wet-wiped and treated as contaminated waste. The fire retardant, which was water damaged, was encapsulated and the damaged ceiling tiles were replaced by Metco, Inc.

On March 24, 1988, at approximately 12:00 a.m., a leak was reported in Suite 100. An IEA representative and a representative of Metco, Inc. responded to the report. There was no damage to the fire retardant as a result of this incident. The areas in the abatement site were immediately wet-wiped and HEPA vacuumed below the polyethylene floor covering. Damaged ceiling tiles were replaced by Metco, Inc.

On March 27, 1988, at approximately 11:00 a.m. a hose connection on the power sprayer broke and released water. The water leaked into the hallway outside Suites 101 and 102. IEA monitored the cleanup of the water. Metco Inc. responded by wiping the water up in the abatement site and replaced two water damaged ceiling tiles from the hallway ceiling. All debris was treated as contaminated waste and disposed of in the appropriate manner.

## IX.  RESPRAY

Metco, Inc. subcontracted with Bahl Insulation Company for the application of CAFCO-BLAZESHIELD, a fire retardant product. This product is an approved fire retardant material. Respray was scheduled to be completed by Thursday, April 7, 1988.

PIS 6000091

## X.  DISPOSAL OF CONTAMINATED MATERIAL

Throughout the project, bagged debris was stored in the containment area in the north side of the suite.  The bagged debris was placed on a six mil. polyethylene runner and at the end of each shift, a six mil. polyethylene sheet was placed over the newly bagged debris.  Delivery to the Pine Bend Landfill was completed on March 29, 1988.  The material was buried under six inches of nonasbestos-containing material within a 24-hour period, as required by state and federal law.  No penetrations or damage to the bags was observed as a result of storage procedures.  Copies of all manifests from the landfill are included as attachments to this report.

PIS 6000092

APPENDIX A

Drawings

PIS 6000093



Phase I

Removal of Ceiling Tile and Electrical Lighting and Fixtures.

. Not to Scale
. For Reference Only

PIS 6000094

**NORTHWESTERN FINANCIAL CENTER/NORMANDALE PROPERTIES**
7900 XERXES AVE. SO.
BLOOMINGTON, MN

| DRAWN BY: IEA    4/11/88 | SUITE 200 |



Phase II

Phase II was the enclosure on the north and west wall.

. Not to Scale
. For Reference Only

PIS 6000095

NORTHWESTERN FINANCIAL CENTER/NORMANDALE PROPERTIES
7900 XERXES AVE. SO.
BLOOMINGTON, MN

DRAWN BY:  IEA      4/11/88

SUITE 200



Phase III

. Not to Scale
. For Reference Only

PIS 6000096

NORTHWESTERN FINANCIAL CENTER/NORMANDALE PROPERTIES
7900 XERXES AVE. SO.
BLOOMINGTON, MN

| DRAWN BY:  IEA    4/11/88 | SUITE 200 |



Phase IV

. Not to Scale
. For Reference Only

PIS 6000097

NORTHWESTERN FINANCIAL CENTER/NORMANDALE PROPERTIES
7900 XERXES AVE. SO.
BLOOMINGTON, MN

DRAWN BY: IEA    4/11/88    SUITE 200



Phase V

. Not to Scale
. For Reference Only

PIS 6000098

NORTHWESTERN FINANCIAL CENTER/NORMANDALE PROPERTIES
7900 XERXES AVE. SO.
BLOOMINGTON, MN

DRAWN BY: IEA      4/11/88      SUITE 200



Phase VI

. Not to Scale
. For Reference Only

PIS 6000099

NORTHWESTERN FINANCIAL CENTER/NORMANDALE PROPERTIES
7900 XERXES AVE. SO.
BLOOMINGTON, MN

DRAWN BY: IEA        4/11/88        SUITE 200



Phase VII

. Not to Scale
. For Reference Only

PIS 6000100

NORTHWESTERN FINANCIAL CENTER/NORMANDALE PROPERTIES
7900 XERXES AVE. SO.
BLOOMINGTON, MN

| DRAWN BY:  IEA        4/11/88 | SUITE 200 |



Phase VIII

Cleanup of Suite 200

. Not to Scale
. For Reference Only

PIS 6000101

NORTHWESTERN FINANCIAL CENTER/NORMANDALE PROPERTIES
7900 XERXES AVE. SO.
BLOOMINGTON, MN

DRAWN BY: IEA    4/11/88    SUITE 200

# APPENDIX B

## Laboratory Analysis

PIS 6000102

BULK SAMPLE ANALYSIS

| SAMPLE NO. | ASBESTOS TYPE | PERCENT | NONASBESTOS COMPONENTS | PERCENT |
|---|---|---|---|---|
| 364A1A | Chrysotile | 20% | Binder | 40% |
| | | | Vermiculite | 40% |
| 364A2A | Chrysotile | 20% | Binder | 40% |
| | | | Vermiculite | 40% |
| 364A3A | None Detected | --- | Binder | 75% |
| | | | Mineral Wool | 15% |
| | | | Cellulose | 10% |
| 364A4A | Chrysotile | 25% | Binder | 45% |
| | | | Vermiculite | 30% |
| 364A5A | None Detected | --- | Binder | 70% |
| | | | Vermiculite | 5% |
| | | | Mineral Wool | 20% |
| | | | Cellulose | 5% |
| 364A6A | None Detected | --- | Mineral Wool | 65% |
| | | | Cellulose | 35% |

## AIR SAMPLING DATA

### AND LABORATORY ANALYSIS

| SAMPLE NO. | LOCATION | TIME BEGAN | TIME END | TOTAL TIME | FLOW RATE | VOLUME SAMPLED | LAB RESULTS |
|---|---|---|---|---|---|---|---|
| 364A01 | NW Corner Suite 200 | 6:21p | 8:59p | 158 | 91/m | 1422 | 0.01 f/cc |
| 364A02 | SW Corner Suite 200 | 6:27p | 9:02p | 155 | 91/m | 1395 | 0.01 f/cc |
| 364A03 | SE Corner Suite 200 | 6:31p | 9:05p | 154 | 91/m | 1386 | <0.01 f/cc |
| 364A04 | NE Corner Suite 200 | 6:35p | 9:07p | 152 | 91/m | 1368 | <0.01 f/cc |
| 364A05 | Suite 200 -- Field Blank ........................................... | | | | | | Subtracted |
| 364A06 | Corridor outside Suite 200 by elevators | 6:43p | 9:10p | 147 | 91/m | 1323 | 0.02 f/cc |
| 364A07 | Outside air by NFC | 6:58p | 9:20p | 142 | 91/m | 1278 | Below Detected Limits |
| 364A016 | Suite 200, east side | 2:20p | 8:00p | 340 | 91/m | 3060 | 0.02 f/cc |
| 364A08 | Suite 200, west side | 2:20p | 8:00p | 340 | 91/m | 3060 | Overloaded |
| 364A09 | Suite 200, outside enclosure | 2:40p | 7:50p | 310 | 91/m | 2790 | Overloaded |
| 364A010 | Suite 200, NE side | 12:16p | 4:07p | 232 | 91/m | 2088 | 0.02 f/cc |
| 364A011 | Suite 200, NW side | 12:22p | 4:11p | 229 | 91/m | 2016 | 0.03 f/cc |
| 364A012 | Suite 200, IBM poly tunnel | 12:33p | 4:03p | 210 | 91/m | 1890 | 0.01 f/cc |
| 364A013 | N side enclosure | 1:25p | 4:10p | 165 | 91/m | 1485 | 0.01 f/cc |
| 364A018 | S side enclosure | 1:26p | 4:11p | 165 | 91/m | 1485 | 0.04 f/cc |
| 364A019 | Suite 200, IBM poly tunnel | 1:58p | 4:26p | 148 | 91/m | 1332 | 0.01 f/cc |
| 364A020 | NE side enclosure | 7:17a | 11:14a | 237 | 91/m | 2133 | 0.02 f/cc |
| 364A021 | NW side enclosure | 7:19a | 11:13a | 234 | 91/m | 2106 | 0.02 f/cc |
| 364A022 | Suite 200, IBM poly tunnel | 8:47a | 11:59a | 192 | 91/m | 1728 | <0.01 f/cc |
| 364A023 | Suite 200 -- Field Blank ......................... | | | | | | Subtracted |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 385A024 | Suite 200, IBM tunnel | 10:45a | 2:00p | 195 | 91/m | 1755 | 0.01 f/cc |
| 385A025 | NE side, Suite 200 | 11:30a | 3:00p | 210 | 91/m | 1890 | 0.08 f/cc |
| 385A026 | NW side, Suite 200 | 11:35a | 3:00p | 205 | 91/m | 1845 | 0.08 f/cc |
| 385A027 | Field Blank .............................................. | | | | | | Subtracted |
| 385A030 | Field Blank .............................................. | | | | | | Subtracted |
| 385A031 | Containment area | 12:15p | 5:30p | 315 | 91/m | 2835 | 0.02 f/cc |
| 385A032 | Containment area | 12:25p | 5:35p | 310 | 91/m | 2790 | 0.03 f/cc |
| 385A033 | IBM poly tunnel | 12:39p | 5:45p | 307 | 91/m | 2763 | <0.01 f/cc |
| 385A034 | NE enclosure abatement | 3:55p | 6:10p | 135 | 91/m | 1215 | 0.17 f/cc |
| 385A035 | N enclosure SE | 9:00a | 5:05p | 485 | 21/m | 970 | 0.03 f/cc |
| 385A036 | Containment Center | 10:45a | 1:00p | 135 | 91/m | 1215 | 0.01 f/cc |
| 385A037 | NW Corner in Enclosure | 11:05a | 1:20p | 135 | 91/m | 1215 | 0.03 f/cc |
| 385A038 | Exhausted air | 11:30a | 1:45p | 135 | 91/m | 1215 | <0.01 f/cc |
| 385A039 | Suite 200, IBM tunnel | 12:10p | 2:30p | 140 | 91/m | 1260 | <0.01 f/cc |
| 385A040 | Field Blank .............................................. | | | | | | Subtracted |
| 385A041 | TWA N Enclosure | 7:30a | 5:20p | 590 | 21/m | 1180 | 0.05 f/cc |
| 385A042 | Suite 200, IBM poly tunnel | 3:10p | 5:35p | 145 | 91/m | 1305 | 0.01 f/cc |
| 385A043 | Containment area center | 2:45p | 5:00p | 135 | 91/m | 1215 | 0.04 f/cc |
| 385A044 | W Enclosure | 8:25a | 2:24p | 359 | 91/m | 3231 | 0.01 f/cc |
| 385A045 | TWA enclosure S side | 8:45a | 4:33p | 468 | 21/m | 936 | <0.01 f/cc |
| 385A046 | Enclosure W side center | 7:00p | 9:42p | 458 | 91/m | 1458 | <0.01 f/cc |
| 385A047 | South enclosure | 7:15p | 9:46p | 151 | 91/m | 1359 | <0.01 f/cc |
| 385A048 | SW mini enclosure | 7:20p | 10:00p | 160 | 91/m | 1440 | <0.01 f/cc |
| 385A049 | SE mini enclosure | 7:28p | 9:54p | 146 | 91/m | 1314 | <0.01 f/cc |
| 385A050 | Enclosure NW corner | 7:22p | 9:45p | 143 | 91/m | 1287 | 0:01 f/cc |
| 385A051 | Lab Field Blank .............................................. | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 385A052 | Field Blank ........................................................ | | | | | | Subtracted |
| 385A053 | Field Blank ........................................................ | | | | | | Subtracted |
| 385A054 | NW end containment | 9:10a | 8:10p | 660 | 91/m | 5940 | 0.01 f/cc |
| 385A055 | Containment W side | 9:14a | 4:27p | 433 | 91/m | 3897 | 0.02 f/cc |
| 385A056 | Exhausted air | 11:30 | Unknown | | Unplugged | | |
| 385A057 | Exhausted air | 4:33p | 8:07p | 214 | 91/m | 1926 | 0.05 f/cc |
| 385A058 | Exhausted air | 4:40p | 8:13p | 213 | 91/m | 1917 | Beyond Detectable Limits |
| 385A059 | Suite 200, IBM poly tunnel Field Blank ........................................ | | | | | | Subtracted |
| 385A060 | Lab Blank ........................................................ | | | | | | Subtracted |
| 385A061 | TWA Enclosure | Approximately 21 minutes | | | 21/m | 42.5 | 1.95 f/cc |
| 385A062 | Containment area | Approximately 401 minutes | | | 91/m | 3609 | 0.02 f/cc |
| 385A063 | Exhausted air | 8:38a | 6:05p | 567 | 91/m | 5103 | <0.01 f/cc |
| 385A064 | Field Blank ........................................................ | | | | | | Subtracted |
| 385A065 | IBM tunnel | 2:19p | 6:00p | 221 | 91/m | 1981 | 0.03 f/cc |
| 385A066 | E side containment | 9:36a | 5:58p | 502 | 91/m | 4518 | 0.03 f/cc |
| 385A067 | Exhaust N wall | 10:00a | 6:29p | 509 | 91/m | 4581 | <0.01 f/cc |
| 385A068 | E TWA suspended enclosure | 11:20a | 6:07p | 407 | 2.51/m | 1017.5 | 0.20 f/cc |
| 385A069 | Stairwell enclosure, NE side | 3:19p | 6:10p | 171 | 91/m | 1539 | 0.07 f/cc |
| 385A070 | Field Blank ........................................................ | | | | | | Subtracted |
| 385A071 | Lab Blank ........................................................ | | | | | | |
| 385A072 | Lab Blank ........................................................ | | | | | | |
| 385A073 | Field Blank ........................................................ | | | | | | Subtracted |
| 385A074 | NE corner stairwell enclosure | 7:30a | 5:03p | 573 | 91/m | 5157 | 0.02 f/cc |
| 385A075 | E containment area | 7:25a | 5:04p | 579 | 91/m | 5211 | <0.01 f/cc |
| 385A076 | Exhausted air | 7:50a | 5:05p | 555 | 91/m | 4995 | <0.01 f/cc |

| | | | | | | |
|---|---|---|---|---|---|---|
| 385A077 | Suspended enclosure | 6:28p | 8:49p | 141 | 101/m | 1410 | <0.01 f/cc |
| 385A078 | Stairwell enclosure E side | 6:24p | 8:47p | 143 | 101/m | 1430 | <0.01 f/cc |
| 385A079 | S suspended enclosure, W side | 6:40p | 8:55p | 135 | 101/m | 1350 | <0.01 f/cc |
| 385A080 | N suspended enclosure | 6:37p | 8:35p | 136 | 101/m | 1360 | <0.01 f/cc |
| 385A081 | IBM poly tunnel | 8:30a | 9:10a | 40 | 91/m | 360 | 0.01 f/cc |
| 385A082 | Damaged ................................................... | | | | | | |
| 385A083 | Lab Blank ................................................. | | | | | | |
| 385A084 | Field Blank ............................................... | | | | | Subtracted |
| 385A085 | IBM poly tunnel | 9:18a | 6:39p | 561 | 91/m | 4949 | 0.01 f/cc |
| 385A086 | Containment area E side of tunnel | 10:08a | 6:17p | 489 | 91/m | 4401 | 0.01 f/cc |
| 385A087 | Exhuasted air | 8:45a | 5:45p | 540 | 91/m | 4860 | <0.01 f/cc |
| 385A088 | Enclosure between tunnel and stairwell | 11:32a | 2:27p | 176 | 91/m | 1584 | 0.02 f/cc |
| 385A089 | Middle of S enclosure | 11:25a | 5:55 | 330 | 91/m | 2700 | 0.03 f/cc |
| 385A090 | Field Blank ............................................... | | | | | Subtracted |
| 385A091 | Field Blank ............................................... | | | | | Subtracted |
| 385A092 | Lab Blank ................................................. | | | | | | |
| 385A093 | Containment area | 9:45a | 5:59p | 529 | 91/m | 4446 | 0.02 f/cc |
| 385A094 | N column enclosure* | 9:18a | 6:05p | 527 | 31/m | 1581 | Wet Overloaded |
| 385A095 | Field Blank ............................................... | | | | | Subtracted |
| 385A096 | Lab Blank ................................................. | | | | | | |
| 385A097 | IBM poly tunnel | 11:32a | 5:30p | 358 | 91/m | 3222 | <0.01 f/cc |
| 385A098 | N I-beam suspended enclosure | 12:06p | 2:36p | 150 | 91/m | 1350 | <0.01 f/cc |
| 385A099 | S suspended enclosure | 3:05p | 5:39p | 154 | 91/m | 1386 | <0.01 f/cc |
| 385A0100 | E I-beam suspended | 3:51p | 5:52p | 121 | 101/m | 1210 | <0.01 f/cc |
| 385A0101 | S side of tunnel | 9:22p | 11:48p | 146 | 91/m | 1314 | 0.06 f/cc |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 385A0102 | Containment area N side of IBM tunnel | 9:40p | 11:56p | 164 | 9 1/m | 1224 | 0.03 f/cc |
| 385A0103 | Containment W side of Suite 200 | 9:59p | 11:59p | 120 | 10 1/m | 1200 | <0.01 f/cc |
| 385A0104 | SE side | 10:00p | 12:00a | 120 | 10 1/m | 1200 | <0.01 f/cc |
| 385A0105 | Field Blank ................................................................. Subtracted | | | | | | |

APPENDIX C

Landfill Manifests

PIS 6000109

# Waste Systems™

**BFI WARNING-FERRIS INDUSTRIES**

# NON-HAZARDOUS WASTE MANIFEST

## GENERATOR

Generator Name _METCO ASBESTOS ABATEMENT CO._   Shipping Location _NFC/IBM SPACE_

Address _P.O. Box 1233, 101 Chestnut St._   Address _7900 XERXES AVE. S._

_Virginia MN. 55792_   _BLOOMINGTON, MN. 55431_

Phone No. [2] [1] [8] - [7] [4] [3] [6] [2] [8]   Phone No. [6] [1] [2] - [8] [3] [5] [4] [4] [7] [0]

| BFI Lab Number | Description of Waste | Quantity | Units | Containers No. | Type | Codes |
|---|---|---|---|---|---|---|
| [2] [4] [1] [4] | Asbestos   F2 | [1] [2] [8] [4] [0] | | | | D - Drum |
| | | | | | | C - Carton |
| | | | | | | B - Bag |
| | | | | | | T - Truck |
| | | | | | | P - Pounds |
| | | | | | | Y - Yards |
| | | | | | | O - Other |

I hereby certify that the above named material does not contain free liquid as defined by 40 CFR Part 260.10 or any applicable state law, is not a hazardous waste as defined by 40 CFR Part 261 or any applicable state law, has been properly described, classified and packaged, and is in proper condition for transportation according to applicable regulations.

X _(signature)_   X _(signature)_   [0] [3] [2] [9] [8] [8]

Generator Authorized Agent Name    Signature    Shipment Date

## TRANSPORTER

Transporter Name _METCO, INC._   Driver Name (Print) X _(signature)_

Address _P.O. Box 1233, 101 Chestnut St._   Vehicle License No./State _YM59725   MN._

_Virginia, MN   55792_   Vehicle Certification _METCO, INC._

I hereby certify the above named material was picked up at the generator site listed above.

I hereby certify that the above named material was delivered without incident to the destination listed below.

X _(signature)_   [0] [3] [2] [9] [8] [8]   X _(signature)_   [0] [3] [2] [9] [8]

Driver Signature    Shipment Date    Driver Signature    Delivery Date

## DESTINATION

Site Name _PINE BEND LANDFILL_   Phone No. [6] [1] [2] - [4] [5] [7] [2] [7] [8]

Address _2495 E 117TH St.   I.G.H.   MN.  55075_

I hereby certify that the above named material has been accepted and to the best of my knowledge the foregoing is true and accurate.

_(signature)_   _(signature)_   [4] [3] [0] [4] [5] [5]

Name of Authorized Agent    Signature    Receipt Date

PIS 6000110

2-84    BFI 260-7



# NON-HAZARDOUS WASTE MANIFEST

## GENERATOR

Generator Name _METCO ASBESTOS ABATEMENT CO._   Shipping Location _NFC / IBM SPACE_

Address _P.O. BOX 1233  101 CHESTNUT ST._   Address _7900 XERXES AVE. S._

_VIRGINIA, MN  55792_   _BLOOMINGTON, MN  55431_

Phone No. `2 1 8` - `7 4 1 3 6 2 8`   Phone No. `6 1 2` - `8 3 5 4 4 7 0`

| BFI Lab Number | Description of Waste | Quantity | Units | No. | Type | |
|---|---|---|---|---|---|---|
| `2 4 1 4` | _ASBESTOS F 72 (100)_ | `4 9 0 0` | | | | Codes: D - Drum, C - Carton, B - Bag, T - Truck, P - Pounds, Y - Yards, O - Other |

I hereby certify that the above named material does not contain free liquid as defined by 40 CFR Part 260.10 or any applicable state law, is not a hazardous waste as defined by 40 CFR Part 261 or any applicable state law, has been properly described, classified and packaged, and is in proper condition for transportation according to applicable regulations.

_James C A_   X _James C A_   `0 3 2 9 8 8`
Generator Authorized Agent Name   Signature   Shipment Date

## TRANSPORTER

Transporter Name _METCO, INC_   Driver Name (Print) X

Address _P.O. BOX 1233, 101 Chestnut St._   Vehicle License No./State _YM 59725  MN._

_VIRGINIA, MN. 55792_   Vehicle Certification _METCO, INC._

I hereby certify that the above named material was picked up the generator site listed above.

X _James C A_   `0 3 2 9 8 8`
Driver Signature   Shipment Date

I hereby certify that the above named material was delivered without incident to the destination listed below.

X _James C A_   `0 3 2 9 8 8`
Driver Signature   Delivery Date

## DESTINATION

Name _PINE BEND LANDFILL_   Phone No. `6 1 2` - `4 5 7 2 7 7 8`

Address _2495 E 117TH ST. , I.G.H, MN. 55075_

I hereby certify that the above named material has been accepted and to the best of my knowledge the foregoing is true and accurate.

_M. Zuniga_   _M. Zuniga_   `6 3 2 9 8 8`
Name of Authorized Agent   Signature   Receipt Date

BFI250-72

# APPENDIX D

## Certification of Visual Inspection

PIS 6000112

7900 XERXES AVE. S.
BLOOMINGTON, MN.

## CERTIFICATION OF

## VISUAL INSPECTION

In accordance with Section 01711, "Project Decontamination", the Contractor hereby certifies that he has visually inspected the work area (all surfaces, including pipes, beams, ledges, walls, ceiling and floor, Decontamination Unit, sheet plastic, etc.) and has found no dust, debris or residue.

(3/30/88) CLEARED

Signature _Frank a. Sikich_

Date 4/2/88

Print Name___FRANK  A.  SIKICH_____

Print Title___SUPERVISOR_____

## PROJECT ADMINISTRATOR CERTIFICATION

The Project Administrator hereby certifies that he has accompanied the Contractor on his visual inspection and verifies that this inspection has been thorough, and to the best of his knowledge and belief, the Contractor's certification above is a true and honest one.

Signature _Greg A Myers_

Date 4/6/88

Print Name___Greg A. Myers_____

Print Title___Field Service, Supervisor_____

PIS 6000113

*NFC / IBM SPACE*
*7900 XERXES AVE. S.*
*BLOOMINGTON, MN*

## CERTIFICATION OF

## VISUAL INSPECTION

1 accordance with Section 01711, "Project Decontamination", the Contractor
1ereby certifies that he has visually inspected the work area (all surfaces,
including pipes, beams, ledges, walls, ceiling and floor, Decontamination Unit,
1eet plastic, etc.) and has found no dust, debris or residue.

*( 3/30/88 ) CLEARED*

by: *Frank a. Sikich*                          Date  *4/2/88*
Signature

Print Name  *FRANK  A.  SIKICH*

Print Title  *SUPERVISOR*


## PROJECT ADMINISTRATOR CERTIFICATION

The Project Administrator hereby certifies that he has accompanied the
Contractor on his visual inspection and verifies that this inspection has been
thorough, and to the best of his knowledge and belief, the Contractor's
certification above is a true and honest one.

by: *Greg A Myers*                          Date  *4/6/88*
Signature

Print Name  *Greg A. Myers*

Print Title  *Field Service, Supervisor*

APPENDIX E

Insurance

PIS 6000115

## MINNESOTA JOINT UNDERWRITING ASSOCIATION

### Certificate of Insurance

Named Insured:     Metco, Inc.
101 Chestnut Street
P.O. Box 1233
Virginia, MN 55792

Additional Insured:

This certificate of insurance is issued only to confirm
that the policies of insurance indicated below have
been issued to the Named Insured shown above, and that
such policies include the limits of liability, and are
effective during the coverage periods, indicated below.
This certificate confers no rights upon the certificate
holder.  The terms and conditions of coverage afforded
by the policies indicated are not amended, altered, or
extended by this certificate.

| Policy number | Policy period | Type of insurance | Limits of liability |
|---|---|---|---|
| 87-0028 | 7/1/87 to 7/1/88 | General Liability <br> - claims-made <br> - premises/ operations | $200,000 per occurrence <br> $600,000 annual aggregate |

The Minnesota Joint Underwriting Association is prohibited by
law from offering coverage for products/completed operations
and environmental impairment (pollution).

This insurance does not apply to the discharge, dispersal,
release or escape of asbestos material, or to liability
arising from the exposure of persons to asbestos material.

Certificate issued to:

Institute of Environmental Assessment
2829 Verndale Avenue
Anoka, MN 55303
Attn:  Greg Myers

_____
MJUA representative

4-7-88
_____
Issue date

PIS 6000116

Exhibit
A and B

F.P. 942

Northwestern Financial Center

Air Sampling
and Laboratory Analysis

# **I**nstitute for

# **E**nvironmental

# **A**ssessment

2829 Verndale Ave., Anoka, MN 55303



PIS 6000117

COPY

## AIR SAMPLING DATA
## AND LABORATORY ANALYSIS

### NORTHWESTERN FINANCIAL CENTER
### SUITE 200

| DATE | SAMPLE NUMBER | LOCATION | TIME BEGAN | TIME STOPPED | TOTAL TIME | FLOW RATE | TOTAL LITERS | RESULTS |
|------|---------------|----------|------------|--------------|------------|-----------|--------------|---------|
| 03/02/88 | 364A01 | NW Corner Suite 200 | 6:21 pm | 8:59 pm | 158 | 9 l/m | 1422 | 0.01 |
| | 364A02 | SW Corner Suite 200 | 6:27 pm | 9:02 pm | 135 | 9 l/m | 1395 | 0.01 |
| | 364A03 | SE Corner Suite 200 | 6:31 pm | 9:05 pm | 154 | 9 l/m | 1386 | <0.01 |
| | 364A04 | NE Corner Suite 200 | 6:35 pm | 9:07 pm | 152 | 9 l/m | 1368 | <0.01 f/cc |
| | 364A05 | Field Blank ............................................. | | | | | | Subtracted |
| | 364A06 | Corridor outside Suite 200 by elevators | 6:43 pm | 9:10 pm | 147 | 9 l/m | 1323 | 0.02 f/cc |
| | 364A07 | Outside air by NFC | 6:58 pm | 9:20 pm | 142 | 9 l/m | 1278 | Below detected levels |
| 03/05/88 | 364A016 | Suite 200 east side | 2:20 pm | 8:00 pm | 340 | 9 l/m | 3060 | 0.02 f/cc |
| | 364A08 | Suite 200 west side | 2:20 pm | 8:00 pm | 340 | 9 l/m | 3060 | Overloaded |
| | 364A09 | Suite 200, outside enclosure | 2:40 pm | 7:50 pm | 310 | 9 l/m | 2790 | Overloaded |
| 03/10/88 | 364A010 | Suite 200 NE side | 12:16 pm | 4:07 pm | 232 | 9 l/m | 2088 | 0.02 f/cc |
| | 364A011 | Suite 200 NW side | 12:22 pm | 4:11 pm | 229 | 9 l/m | 2016 | 0.03 f/cc |
| | 364A012 | Suite 200 IBM poly tunnel | 12:33 pm | 4:03 pm | 210 | 9 l/m | 1890 | 0.01 f/cc |
| 03/11/88 | 364A013 | N side enclosure | 1:25 pm | 4:10 pm | 165 | 9 l/m | 1485 | 0.01 f/cc |
| | 364A018 | S side enclosure | 1:26 pm | 4:11 pm | 165 | 9 l/m | 1485 | 0.04 f/cc |

PIS 6000118

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 364A019 | Suite 200<br>IBM poly tunnel | 1:58 pm | 4:26 pm | 148 | 9 1/m | 1332 | 0.01 f/cc |
| 03/12/88 | 364A020 | NE side<br>enclosure | 7:17 am | 11:14 am | 237 | 9 1/m | 2133 | 0.02 f/cc |
| | 364A021 | NW side<br>enclosure | 7:19 am | 11:13 am | 234 | 9 1/m | 2106 | 0.02 f/cc |
| | 364A022 | Suite 200<br>IBM poly tunnel | 8:47 am | 11:59 am | 192 | 9 1/m | 1728 | <0.01 f/cc |
| | 364A023 | Suite 200  Field Blank .................................................. | | | | | | Subtracted |
| 3/14/88 | 385A024 | Suite 200,<br>IBM tunnel | 10:45 am | 2:00 pm | 195 | 9 1/m | 1755 | 0.01 f/cc |
| | 385A025 | NE side,<br>Suite 200 | 11:30 am | 3:00 pm | 210 | 9 1/m | 1890 | 0.08 f/cc |
| | 385A026 | NW side,<br>Suite 200 | 11:35 am | 3:00 pm | 205 | 9 1/m | 1845 | 0.08 f/cc |
| | 385A027 | Field Blank | .................................................. | | | | | Subtracted |
| | 385A030 | Field Blank | .................................................. | | | | | Subtracted |
| | 385A031 | Containment<br>area | 12:15 pm | 5:30 pm | 315 | 9 1/m | 2835 | 0.02 f/cc |
| | 385A032 | Containment<br>area | 12:25 pm | 5:35 pm | 310 | 9 1/m | 2790 | 0.03 f/cc |
| | 385A033 | IBM poly<br>tunnel | 12:38 pm | 5:45 pm | 307 | 9 1/m | 2763 | <0.01 f/cc |
| | 385A034 | NE enclosure<br>abatement | 3:55 pm | 6:10 pm | 135 | 9 1/m | 1215 | 0.17 f/cc |
| 3/16/88 | 385A035 | N enclosure SE | 9:00 am | 5:05 pm | 485 | 2 1/m | 970 | 0.03 f/cc |
| | 385A036 | Containment<br>Center | 10:45 am | 1:00 pm | 135 | 9 1/m | 1215 | 0.01 f/cc |
| | 385A037 | NW Corner in<br>Enclosure | 11:05 am | 1:20 pm | 135 | 9 1/m | 1215 | 0.03 f/cc |
| | 385A038 | Exhausted air | 11:30 am | 1:45 pm | 135 | 9 1/m | 1215 | <0.01 f/cc |
| | 385A039 | Suite 200,<br>IBM tunnel | 12:10 pm | 2:30 pm | 140 | 9 1/m | 1260 | <0.01 f/cc |
| | 385A040 | Field Blank .................................................. | | | | | | Subtracted |
| 3/17/88 | 385A041 | TWA N Enclosure | 7:30 am | 5:20 pm | 590 | 2 1/m | 1180 | 0.05 f/cc |

42

PIS 6000119

| Date | ID | Location | Start | End | | Vol | Rate | | Total | Result |
|------|------|----------|-------|-----|---|-----|------|---|-------|--------|
| | 385A042 | Suite 200, IBM poly tunnel | 3:10 pm | 5:35 pm | | 145 | 9 l/m | | 1305 | 0.01 f/cc |
| | 385A043 | Containment area center | 2:45 pm | 5:00 pm | | 135 | 9 l/m | | 1215 | 0.04 f/cc |
| 3/18/88 | 385A044 | W Enclosure | 8:25 am | 2:24 pm | | 359 | 9 l/m | | 3231 | 0.01 f/cc |
| | 385A045 | TWA enclosure S side | 8:45 am | 4:33 pm | | 468 | 2 l/m | | 936 | <0.01 f/cc |
| | 385A046 | Enclosure W side center | 7:00 pm | 9:42 pm | | 458 | 9 l/m | | 1458 | <0.01 f/cc |
| | 385A047 | South enclosure | 7:15 pm | 9:46 pm | | 151 | 9 l/m | | 1359 | <0.01 f/cc |
| | 385A048 | SW mini enclosure | 7:20 pm | 10:00 pm | | 160 | 9 l/m | | 1440 | <0.01 f/cc |
| | 385A049 | SE mini enclosure | 7:28 pm | 9:54 pm | | 146 | 9 l/m | | 1314 | <0.01 f/cc |
| | 385A050 | Enclosure NW corner | 7:22 pm | 9:45 pm | | 143 | 9 l/m | | 1287 | 0.01 f/cc |
| | 385A051 | Lab Field Blank ..................................................... | | | | | | | | |
| 03/18/88 | 385A052 | Field Blank ......................................................... | | | | | | | | Subtracted |
| | 385A053 | Field Blank ......................................................... | | | | | | | | Subtracted |
| 03/21/88 | 385A054 | NW end containment | 9:10 am | 8:10 pm | | 660 | 9 l/m | | 5940 | 0.01 f/cc |
| | 385A055 | Containment W side | 9:14 am | 4:27 pm | | 433 | 9 l/m | | 3897 | 0.02 f/cc |
| | 385A056 | Exhausted air | 11:30 | Unknown | | | Unplugged | | | |
| | 385A057 | Exhausted air | 4:33 pm | 8:07 pm | | 214 | 9 l/m | | 1926 | 0.05 f/cc |
| | 385A058 | Exhausted air | 4:40 pm | 8:13 pm | | 213 | 9 l/m | | 1917 | Beyond Detectable Limits |
| | 385A059 | Suite 200, IBM poly tunnel Field Blank ...................... | | | | | | | | Subtracted |
| | 385A060 | Lab Blank ........................................................... | | | | | | | | Subtracted |
| 03/22/88 | 385A061 | TWA Enclosure | Approximately 21 minutes | | | | .2 l/m | | 42.5 | 1.95 f/cc |
| | 385A062 | Containment area | Approximately 401 minutes | | | | 9 l/m | | 3609 | 0.02 f/cc |

PIS 6000120

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 385A063 | Exhausted air | 8:38 am | 6:05 pm | 567 | 9 1/m | 5103 | <0.01 f/cc |
| | 385A064 | Field Blank ................................................................ | | | | | | Subtracted |
| | 385A065 | IBM tunnel | 2:19 pm | 6:00 pm | 221 | 9 1/m | 1981 | 0.03 f/cc |
| 03/23/88 | 385A066 | E side containment | 9:36 am | 5:58 pm | 502 | 9 1/m | 4518 | 0.03 f/cc |
| | 385A067 | Exhaust N wall | 10:00 am | 6:29 pm | 509 | 9 1/m | 4581 | <0.01 f/cc |
| | 385A068 | E TWA suspended enclosure | 11:20 am | 6:07 pm | 407 | 2.5 1/m | 1017.5 | 0.20 f/cc |
| | 385A069 | Stairwell enclosure NE side | 3:19 pm | 6:10 pm | 171 | 9 1/m | 1539 | 0.07 f/cc |
| | 385A070 | Field Blank ................................................................ | | | | | | Subtracted |
| | 385A071 | Lab Blank | | | | | | |
| 03/24/88 | 385A072 | Lab Blank ................................................................ | | | | | | |
| | 385A073 | Field Blank ................................................................ | | | | | | Subtracted |
| | 385A074 | NE corner stairwell enclosure | 7:30 am | 5:03 pm | 573 | 9 1/m | 5157 | 0.02 f/cc |
| | 385A075 | E containment area | 7:25 am | 5:04 pm | 579 | 9 1/m | 5211 | <0.01 f/cc |
| | 385A076 | Exhausted air | 7:50 am | 5:05 pm | 555 | 9 1/m | 4995 | <0.01 f/cc |
| | 385A077 | Suspended enclosure | 6:28 pm | 8:49 pm | 141 | 10 1/m | 1410 | <0.01 f/cc |
| | 385A078 | Stairwell enclosure E side | 6:24 pm | 8:47 pm | 143 | 10 1/m | 1430 | <0.01 f/cc |
| | 385A079 | S suspended enclosure W side | 6:40 pm | 8:55 pm | 135 | 10 1/m | 1350 | <0.01 f/cc |
| | 385A080 | N suspended enclosure | 6:37 pm | 8:35 pm | 136 | 10 1/m | 1360 | <0.01 f/cc |
| 03/25/88 | 385A081 | IBM poly tunnel | 8:30 am | 9:10 am | 40 | 9 1/m | 360 | 0.01 f/cc |
| | 385A082 | Damaged ................................................................ | | | | | | |
| | 385A083 | Lab Blank ................................................................ | | | | | | |
| | 385A084 | Field Blank ................................................................ | | | | | | Subtracted |
| | 385A085 | IBM poly tunnel | 9:18 am | 6:39 pm | 561 | 9 1/m | 4949 | 0.01 f/cc |

PIS 6000121

| Date | Sample | Location | Start | Stop | | Rate | | Result |
|---|---|---|---|---|---|---|---|---|
| | 385A086 | Containment area E side of tunnel | 10:08 am | 6:17 pm | 489 | 9 1/m | 4401 | 0.01 f/cc |
| 03/26/88 | 385A087 | Exhausted air | 8:45 am | 5:45 pm | 540 | 9 1/m | 4860 | <0.01 f/cc |
| | 385A088 | Enclosure between tunnel and stairwell | 11:32 am | 2:27 pm | 176 | 9 1/m | 1584 | 0.02 f/cc |
| | 385A089 | Middle of S enclosure | 11:25 am | 5:55 pm | 330 | 9 1/m | 2700 | 0.03 f/cc |
| | 385A090 | Field Blank ................................................ | | | | | | Subtracted |
| 03/27/88 | 385A091 | Field Blank ................................................ | | | | | | Subtracted |
| | 385A092 | Lab Blank ................................................ | | | | | | |
| | 385A093 | Containment area | 9:45 am | 5:59 pm | 529 | 9 1/m | 4446 | 0.02 f/cc |
| | 385A094 | N column | 9:18 am | 6:05 pm | 527 | 3 1/m | 1581 | Wet Overloaded |
| 03/28/88 | 385A095 | Field Blank ................................................ | | | | | | Subtracted |
| | 385A096 | Lab Blank ................................................ | | | | | | |
| | 385A097 | IBM poly tunnel | 11:32 am | 5:30 pm | 358 | 9 1/m | 3222 | <0.01 f/cc |
| | 385A098 | N I-beam suspended enclosure | 12:06 pm | 2:36 pm | 150 | 9 1/m | 1350 | <0.01 f/cc |
| | 385A099 | S suspended enclosure | 3:05 pm | 5:39 pm | 154 | 9 1/m | 1386 | <0.01 f/cc |
| | 385A0100 | E I-beam suspended | 3:51 pm | 5:52 pm | 121 | 10 1/m | 1210 | <0.01 f/cc |
| 03/29/88 | 385A0101 | S side of tunnel | 9:22 pm | 11:48 pm | 146 | 9 1/m | 1314 | 0.06 f/cc |
| | 385A0102 | Containment are N side of IBM tunnel | 9:40 pm | 11:56 pm | 164 | 9 1/m | 1224 | 0.03 f/cc |
| 03/30/88 | 385A0103 | Containment W side of Suite 200 | 9:59 pm | 11:59 pm | 120 | 10 1/m | 1200 | <0.01 f/cc |
| | 385A0104 | SE side | 10:00 pm | 12:00 am | 120 | 10 1/m | 1200 | <0.01 f/cc |
| | 385A0105 | Field Blank ................................................ | | | | | | Subtracted |

PIS 6000122



### INSTITUTE FOR ENVIRONMENTAL ASSESSMENT

2829 Verndale Avenue, Anoka, Minnesota 55303

(612) 427-5310

1-800-233-9513 • In Minnesota 1-800-247-1303

JOAN NEPHEW
EXECUTIVE DIRECTOR

December 1, 1988

Mr. Howard Siegel
The Prudential Property Company, Inc.
3030 Norwest Center
90 South 7th Street
Minneapolis, MN   55402

*IP 942*

Dear Howard:

Per your request, enclosed are the air sampling and laboratory analysis results for the Northwestern Financial Center.

We apologize for the delay in sending these results to you.

Sincerely,

Joe Schwartzbauer
Project Manager

enclosure

JS:lew:2

PIS 6000123