# SIGN-IN SHEET

CASE NAME: WR Grace  
CASE NO.: 01-1139  
COURTROOM NO.: 6  
DATE: 10/24/05

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Lewis Kruger | Stroock + Stroock Lavan LLP | UCC |
| Ken Pasquale | " | UCC |
| Sandy Esserman + Steven A. Felsenthal | Paul, Hayes, Brown Bell + Stutzman, Bucay ELP | |
| David Klauder | UST | UST |
| Peter Lockwood | Caplin & Drysdale | ACC |
| Chris Loizides | Loizides + Associates | SPasquale & Rosenman Claimants Drs + Libby claimants Bieserint Corporation |
| Linda Carmichael | Whiteford Williams LLP | Century |
| Richard Wyron | Swidler Berlin | FCR |
| GARY M. BECKER | KRAMER LEVIN NAFTALIS & FRANKEL LLP | EQUITY COMMITTEE |
| Michelle Brady | Kirkland & Ellis | WRG |
| JS Baer | " | " |
| BG Harding | " | " |
| Amara Boston | " | " |

PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

# SIGN-IN SHEET

CASE NAME: _____   COURTROOM NO.: _____

CASE NO.: _____   DATE: _____

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Janet O'Neil | PSZYJW | WR Grace |
| Theodore Tacconelli | Ferry Joseph & Pearce PA | PD Committee |
| Deborah Cohn | Cozen O'Connor | Federal Ins. Co. |
| Elizabeth DeCristofaro | Mr Mullen | Cont. Cas. Co. |
| Elisa Alcabes | Simpson Thacher & Bartlett | Travelers |
| Mary Warren | Linklaters | Certain Underwriters at Lloyd's London and certain London Market Companies |
| Brenda DiLuigi | " | " |
| David Primack | Drinker Biddle & Reath LLP | One Beacon |
| Christina Kang | Hahn & Hessen | |
| Amanda Winfree | Ashby + Geddes | State of California, Dept of Gen Svcs |
| Jennifer L. Scoliard | Katen Muchin | Macerich Fresno Limited Partnership |
| Jeffrey Wisler | Connolly Bove | D.K. Acquisitions et al., Maryland Casualty/Zurich |
| Eric Wolfe | Smith Katzenstein Furlow | Jaster + Stec |

PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

# SIGN-IN SHEET

CASE NAME: _____   COURTROOM NO.: _____

CASE NO.: _____   DATE: _____

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Bill Sullivan | Buchanan Ingersoll | (D) ZAI Claimants |
| Adam Landis | Landis Rath & Cobb LLP | Campbell Cleary Davis DOE, |
| Joseph Frank | Frank Gecker LY | Robins Cloud Greenwood & Lubel |
| Alan T. Hurford | Campbell + Levine | The Evers Law Firm |
|  |  | W Pl Comm. |
| Jack Phillips | Phillips Goldman & Spence | Futures Rep |

**PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Judith Fitzgerald (Visiting) Courtroom

Calendar Date: 10/24/2005
Calendar Time: 12:00 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1149170 | Lori Sinanyan | 213-680-8209 | Kirkland & Ellis (CC-913) | W. R. Grace & Co. |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1149172 | David M. Bernick | 312-861-2248 | Kirkland & Ellis, LLP | W. R. Grace & Co. |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1149231 | Andrew Craig | 973-734-3200 | Cuyler Burk, LLP | All State Insurance Company |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1149905 | Steve Baron | 214-874-7000 | Silber Pearlman, LLP | Listen Only / Claimants |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1149947 | Leslie A. Epley | 202-624-2500 | Crowell & Moring, LLP | Listen Only / Everest Reinsurance Co. & McKinley Ins. Co. |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1149952 | Brian L. Kasprzak | 302-658-6538 | Marks, O'Neill, O'Brien & Courtney, P.C. | Everest Reinsurance Co. & McKinley Ins. Co. |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1150271 | Scott L. Baena | 305-375-6156 | Bilzin, Sumberg, Baena, Price & Axelrod | Official Committee of Asbestos Property Damage Claimants |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1150294 | Sean Walsh | 202-973-9381 | LECG | Listen Only / Property Damage Claimants |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1150314 | Matthew Kramer | 305-350-7246 | Bilzin, Sumberg, Baena, Price & Axelrod | Property Damage Claimants |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1150323 | Allyn Danzeisen | 305-374-7580 | Bilzin, Sumberg, Baena, Price & Axelrod | Property Damage Claimants |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1150359 | Daniel Speights | 803-943-4444 | Speights & Runyan | Property Damage Claimants |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1150456 | Mary A. Martin | 312-606-5363 | USG Corporation | Listen Only / USG Corporation |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1150578 | Michael F. Brown | 215-988-2988 | Drinker, Biddle & Reath | Seaton Commercial Union |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1150771 | Darrell Scott | 509-455-3966 | Scott Law Group | Property Damage Claimants |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1151166 | Edward J. Westbrook | 843-727-6513 | Richardson Patrick Westbrook | ZAI Claimants |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1151218 | Joseph Radecki | 212-885-4744 | CIBC World Markets | CIBC World Markets |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1151261 | Christopher M. Candon | 617-951-2505 | Cohn Whitesell & Goldberg, LLP | Listen Only / Libby Claimants |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1139620 | Tiffany Cobb | 614-464-8322 | Vorys, Sater, Seymour & Pease, LLP | Scotts Company |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1144178 | John O'Connell | 212-583-5677 | The Blackstone Group | Listen Only / Financial Advisor, The Blackstone Group |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1145559 | Jonathan Brownstein | 212-885-4302 | Swidler Berlin LLP (9063125) | Financial Advisor to FCR |

| | | | | | | |
|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 1145560 Joseph Radecki | 212-885-4302 | Swidler Berlin LLP (9031126) | Financial Advisor to FCR |
| W. R. Grace & Co. | 01-01139 | Hearing | 1145561 Monique Almy | 202-424-7589 | Swidler Berlin LLP (9031126) | Financial Advisor to FCR |
| W. R. Grace & Co. | 01-01139 | Hearing | 1146373 Sarah Edwards | 212-490-3000 ext. 2133 | Wilson, Elser, Moskowitz, Edelman & D | Listen Only / Royal |
| W. R. Grace & Co. | 01-01139 | Hearing | 1147131 Marti Murray | 212-582-5505 | Murray Capital Management, Inc. | Listen Only / Murray Capital Management, Inc. |
| W. R. Grace & Co. | 01-01139 | Hearing | 1147138 Scott Beechert | 212-582-5505 ext. 00 | Murray Capital Management, Inc. | Listen Only / Murray Capital Management, Inc. |
| W. R. Grace & Co. | 01-01139 | Hearing | 1147444 Daniel Glosband | 617-570-1930 | Goodwin Procter LLP | C.N.A. |
| W. R. Grace & Co. | 01-01139 | Hearing | 1148264 David Siegel | 802-253-9264 | W.R. Grace & Co. | W. R. Grace & Co. |
| W. R. Grace & Co. | 01-01139 | Hearing | 1148266 Paul J. Norris | 410-531-4404 | W.R. Grace & Co. | W. R. Grace & Co. |
| W. R. Grace & Co. | 01-01139 | Hearing | 1148270 Mark Shelnitz | 410-531-4212 | W.R. Grace & Co. | W. R. Grace & Co. |
| W. R. Grace & Co. | 01-01139 | Hearing | 1148363 Dale R. Cockrell | 406-751-6003 | Christensen, Moore, Cockrell, Cumming | The State of Montana |
| W. R. Grace & Co. | 01-01139 | Hearing | 1149072 Michael Davis | 212-826-5311 | Zeichner Ellman & Krause | AIG |
| W. R. Grace & Co. | 01-01139 | Hearing | 1149114 Michael Insalco | 212-826-5322 | Zeichner Ellman & Krause | AIG |
| W. R. Grace & Co. | 01-01139 | Hearing | 1149157 Van J. Hooker | 214-869-4900 | Stutzman, Bromberg, Esserman & Plifk | Barron & Budd P.C., Reaud, Morgan & Quinn, et al |
| W. R. Grace & Co. | 01-01139 | Hearing | 1149160 David J. Parsons | 214-869-4900 | Stutzman, Bromberg, Esserman & Plifk | Barron & Budd, & Reaud, Morgan & Quinn, et al |