IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                                    ) Chapter 11
                                          ) Case No. 01-01139(JKF)
W.R. GRACE & Co., et al.                  )
                                          )
         Debtors                          )
                                          )

## MOTION OF CARA L. SANTOSUOSSO FOR ADMISSION PRO HAC VICE

Now comes Cara L. Santosuosso and moves, pursuant to D.Del. LR 83.5 and Del.Bankr.L.R., 9010-1(c) for admission pro hac vice to participate as counsel on behalf of property damage claimant Laborers' Union Local 310 in the above-captioned case. Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio and the Federal Court for the Northern District of Ohio and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this honorable Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Respectfully submitted,

ROTATORI, BENDER, GRAGEL, STOPER
   & ALEXANDER CO., L.P.A.
By:    Cara L. Santosuosso (#0069635)
Leader Building, Suite 800
526 Superior Avenue, Cleveland, Ohio 44114
Telephone: (216) 928-1010
csantosuosso@rotatori.com
Counsel for Claimant Laborers Local 310

## CERTIFICATE OF SERVICE

A copy of the foregoing Motion of Cara L. Santosuosso for Admission Pro Hac Vice was served by First Class U.S. Mail this 17th day of October, 2005 upon:

David M. Bernick
Michelle Browdy
Janet S. Baer
KIRKLAND & ELLIS, LLP
200 East Randolph Drive
Chicago, IL 60601
Counsel for Debtors

Laura Davis Jones
James E. O'Neill
PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB, P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Local Counsel for Debtors

Frank J. Perch
844 King Street
Suite 2313, Lockbox 35
Wilmington, DE 19801
Lead Attorney, United States Trustee

Scott M. Baena
Jay Sakalo
BILZIN, SUMBERG, BAENA, PRICE & AXELROD, LLP
200 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131-5340
Counsel for Official Committee of Asbestos Property Claimants

Lisa L. Coggins
FERRY, JOSEPH & PEARCE, P.A.
824 Market Street
Suite 904
Wilmington, DE 19801
Local Counsel for Official Committee of Asbestos Property Claimants

_____
CARA L. SANTOSUOSSO
An Attorney for Claimant Laborers Local 310