IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., et al., | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on October 24, 2005, copies of **Property Damage Claimants Represented by Dies & Hile, L.L.P. Supplemental Disclosure of Expert and Fact Witnesses Anticipated to be Called in Phase II of the Estimation** were served upon the parties identified in the attached serve list in the manner indicated thereon.

DATED: October 25, 2005.          LOIZIDES & ASSOCIATES

Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0718
E-mail:      loizides@loizides.com

-and-

Martin W. Dies
DIES & HILE, L.L.P.
1009 West Green Avenue
Orange, Texas 77630-5697
Telephone:   (409) 883-4394
Facsimile:   (409) 883-4814

*Counsel for the D&H PD Claimants*

David M. Bernick, P.C.
Janet S. Baer, Esquire (jbaer@kirkland.com)
Michelle H. Browdy, Esquire (mbrowdy@kirkland.com)
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2200 (fax)
(312) 861-2000 (phone)

Scott L. Baena, Esquire (sbaena@bilzin.com)
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Boulevard
Suite 250
Miami, FL  33131-2336
(305) 374-7580 (phone)

Mr. Steven J. Mandelsberg
Christina J. King
Hahn & Hessen LLP
488 Madison Avenue
New York, New York  10022
*Counsel for State of California, Dep't. of General Services*

Stuart B. Drowos
Deputy Attoney General
State of Delware
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302) 577-8660
*Counsel for State of Delaware*