IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| | : | |
| IN RE: | : | CHAPTER 11 |
| W. R. GRACE & CO., et al | : | Case No. 01-01139-(JKF) |
| | : | |
| DEBTORS | : | (Jointly Administered) |

CLAIMANT STATE OF DELAWARE'S
SUPPLEMENTAL DISCLOSURE OF
ANTICIPATED EXPERT WITNESSES

Pursuant to this Honorable Court's Case Management Order of August 29, 2005, Claimant State of Delaware, by and through its undersigned counsel, hereby discloses the name contact address and telephone number (if known) of the expert witnesses it anticipates calling to testify live or by deposition with respect to Phase II issues. Said witnesses are:

1) Robert Sellers
   20 Briar Lane
   Briar Park
   Dover, DE 19901
   Telephone No. (302) 739-5644

2) Larry Schrock
   21275 Burton Road
   Milton, DE 19968
   Telephone No. (302) 739-5644

3) Doyle Tiller
   1147 Voshell Mill Road
   Dover, DE 19901
   Telephone No. (302) 744-1192

4) Charles Alyward
   262 Meadow Ridge Parkway
   Dover, DE 19904
   Telephone No. (currently unknown)

It is anticipated that the above expert witnesses will testify with respect to Phase II issues and property damage estimations.

DATED: October 24, 2005

DEPARTMENT OF JUSTICE
STATE OF DELAWARE

/s/ Stuart D. Drowos (Bar ID #427)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8660
(302) 577-8656
Counsel for Claimant
State of Delaware