# In the United States Bankruptcy Court
# For the District of Delaware

In re:  Chapter 11

W.R. Grace & Company  
    Debtors

Case No. 01-01139(JFK)  
(Jointly Administered)

Phillip Shawn Moore  
    Claimant

680-A Adams Rd.  
Benson, N.C. 27504  
(919) 820-2691  
(919) 894-2251

## Claimant Response
## Debtors Fifteenth omnibus objection
## To Asbestos Property Damage Claim

**Please take notice** that by this response
    I, Phillip Shawn Moore oppose the relief requested by the debtors in this case. I have provided a factual basis and legal argument for my objection.

<u>Response:</u>

There was no delay in the assertion of a claim against the debtor. The date of "actual notice" was 2002. A claim was filed on March 31, 2003. Furthermore, the notice of filing the information I recently received is inaccurate in that it states that "Grace has not sold asbetos-containing construction products for more than 30 years. In fact, Zonolite Attic Insulation was still on the market and sold through 1984. Zonolite masonry insulation which I have in my basement walls was still being marketed and sold in 1989.

Shawn Moore
October 20, 2005

# Fifteenth Omnibus Objection (Substantive)
## Asbestos Objections and Response
### Claim # 14400

## Exhibit C-3(D)
Claims supplying documentation relating to product identification, but such documentation is insufficient to establish use of Grace asbestos-containing product.

Status of claim: Claim # 14400 was not included or Exhibit C-3(d) as originally fled and has not been added to Ammended Exhibit C-3(d).

## Response:
Since claim # 14400 was not included or added to Amended Exhibit C-3(d), it is assumed that there are no applicable objections by the debtors to this claim.

Exhibit D-2

Claims barred by statues of limitations (constructive notice) status of claim: Claim # 14400 was removed from exhibit D-2.

Response:

Since claim, # 14400 was removed from Exhibit D-2, it is assumed that there are no applicable objections to this claim.

Exhibit D-4

Claims barred by statutes of limitations (Actual Notice). Status of claim: claim # 14400 remains on Exhibit D-4.

Response:

The actual notice date in 2002 to the filing date on March 31, 2003 was less than a year. This is well within the time limit under North Carolina State statutes in which a plaintiff may bring suit.

Exhibit D-6

Claims barred by laches status of claim: claim # 14400 remains on Exhibit D-6

This response will be served upon the following parties:

Clerk of the U.S. Bankruptcy Court
824 Market Street
Wilmington. DE 198091


Kirkland & Ellis LLP
Attn. Katherine Phillips
200 East Randolph DR.
Suite 6500
Chicago, ILL 60601


Pachulski, Stang. Ziehl, Young, Jones & Weintrarb
Atten: James E. O'Neill
919 N. Market St. 70th Floor
P.O. Box 8705
Wilmington. DE 19899-8705