404-241-3624

Clerk of the U.S. Bankrupsy Court
824 Market St.
Wilmington, Delaware 19809[?]

Name of Debtor – W. R. Grace Co.
Case # 2636 – (EXHIBIT-E1)
title of Objection – fifteenth Omnibus Objection

Dear Sir:

   We object to the fifteenth Omnibus Objection because we have given proof our property has been damaged because of the asbestos material it contains. We have submitted a report prepared by Environmental Specialist, Inc. of Douglas Ga. to W. R. Grace Co. along with the claim. One need only to read the report to be convinced of the amount of asbestos that was found. We beg of you please do not consider reclassifying reducing or disallowing this claim. Enclosed is a list of expenses we now face.

                    Sincerely
                    Virginia L. Thrasher
Home phone       3460 Pheasant ct.
404-241-3624    Decatur Ga. 30034

**Virginia Thrasher**
3460 Pheasant Ct.
Decatur, GA 30034
404-241-3624

## ASBESTOS INSPECTION & TESTING ASSESSMENT
### FIELD LOG

CLIENT: Virginia Thrasher    DATE/TIME SCHEDULE: 9/17/03 - 11:00
ADDRESS: 519 Sterling Road, Alma, GA.
SITE PRINCIPAL CONTACT: Ms. Thrasher    PH. # 632-6863    FAX #
NUMBER OF STRUCTURES: X RESIDENTIAL, ___ COMMERICAL, ___ OUT/BUILDINGS, ___ OTHERS
SPECIFIC DIRECTIVES: For Renovation
INSPECTOR: Bridges    CERT. NO.: ___    DATE/TIME STARTED: 9/17/03 - 2:00

### SINGLE STRUCTURE DESCRIPTION:
BUILDING NAME: Residential House    NUMBER: N/O
ADDRESS: ___
DATE OF CONSTRUCTION: 1930    DEMOLITION: ___ RENOVATION: X ASSESSMENT: ___ OTHERS ___
PLANS/SPECS AVAILABLE FOR REVIEW: YES ___ NO X REVIEWED: YES ___ NO ___ COMMENTS: None Advised
FLOOR PLANS AVAILABLE: YES ___ NO X, IF YES WHICH BUILDING: ___
MECHANICAL PLANS AVAILABLE: YES ___ NO X, IF YES WHICH BUILDING: ___

### TYPE OF FRAME CONSTRUCTION (CHECK ALL THAT APPLY)
- ___ STEEL COLUMN, BEAMS & JOIST
- ___ POURED IN PLACE CONCRETE
- X WOOD ONLY
- ___ WOOD & MASONRY
- ___ CONCRETE TEES
- ___ OTHERS
- ___ CONCRETE SLAB
- ___ BASEMENT
- ___ CRAWLSPACE
- ___ PIPE TUNNELS
- ___ ATTIC
- ___ OTHERS
- ___ FLUE/CHIMNEY
- ___ CARPET
- ___ WOOD FLOORS
- ___ VINYL TILE
- ___ TERRAZO
- ___ OTHERS

### TYPE OF CONSTRUCTION MATERIALS (CHECK ALL THAT APPLY)
- ___ STEAM HEAT
- X HOT WATER HEATER
- ___ GAS HEAT
- ___ ELECTRIC HEAT
- ___ COATED ASPHALT ROOF
- X WINDOW UNITS
- ___ ROOF MATERIAL SIDING
- ___ OTHERS
- ___ BOILER ROOM
- ___ CHILLER
- ___ COOLING TOWER(S)
- X ASPHALT SHINGLE ROOF
- ___ SPRINKLER SYSTEM
- ___ CITY WATER
- X SLATE SIDING
- ___ OTHERS
- ___ STEAM LINES
- X HOT WATER LINES
- X COLD WATER LINES
- ___ SLATE SHINGLE ROOF
- ___ AC PLENUM & DUCTS
- ___ CITY GAS
- ___ WOOD LAP SIDING
- ___ OTHERS

### OCCUPANCY:
PRIMARY USE OF BUILDING: Living Residence - 1 or 2 Occupants
PAST USE OF BUILDING: Same
FUTURE USE OF BUILDING: Same

### TYPE OF SUSPECTED AC MATERIAL:
DESCRIPTION: Slate Siding - All 4 Sides + Front of House
A) SURFACE ___ TSI ___ MISC. ___ TOTAL AMOUNT (LINEAR, SQ. FT. OR NO. OF VALVES, TEES, ELBOWS, WITH APPROXIMATE DIAMETER) W/S - 1266 sq' - S/S - 1665q' - E/S - 865 sq. - FRONT - 450 sq.'
B) X HEMOGENOUS ___ HETEROGENEOUS ___ FRIABLE X NON-FRIABLE
C) TYPE DAMAGE: X DETERIORATION ___ WATER X PHYSICAL X OTHERS, DESCRIPTION OF DAMAGES: Normal Wear & Tear over After 70 years
D) PERCENT DAMAGE: 20 %, X LOCALIZED, ___ DISTRIBUTED, ACCESSIBLE TO OCCUPANTS: X YES ___ NO,
LOCATED IN HIGH VELOCITY AIR STREAM: X YES ___ NO, WATER DAMAGE LIKELY TO OCCUR X YES ___ NO.
PHYSICAL DAMAGE LIKELY TO OCCUR X YES ___ NO,
E) BULK SAMPLES COLLECTED: X YES ___ NO, DUST/DEBRIS SAMPLES COLLECTED ___ YES X NO, NUMBER OF TOTAL SAMPLES COLLECTED: 4    DESCRIBE SAMPLING METHODOLOGY: Wet Down - Destructive From Broken Pieces -

DESCRIPTION: Asphalt Shingles - W/S - 850 sq' - E/S - 850 sq' Church -
A) SURFACE ___ TSI ___ MISC. ___ TOTAL AMOUNT (LINEAR, SQ. FT. OR NO. OF VALVES, TEES, ELBOWS, WITH APPROXIMATE DIAMETER) ___ Two Separate Types of Shingles
B) ___ HEMOGENOUS X HETEROGENEOUS ___ FRIABLE X NON-FRIABLE
C) TYPE DAMAGE: X DETERIORATION ___ WATER ___ PHYSICAL X OTHERS, DESCRIPTION OF DAMAGES: ___
D) PERCENT DAMAGE: 3 %, X LOCALIZED, ___ DISTRIBUTED, ACCESSIBLE TO OCCUPANTS: ___ YES X NO,
LOCATED IN HIGH VELOCITY AIR STREAM: X YES ___ NO, WATER DAMAGE LIKELY TO OCCUR ___ YES ___ NO,
PHYSICAL DAMAGE LIKELY TO OCCUR ___ YES ___ NO,
E) BULK SAMPLES COLLECTED: X YES ___ NO, DUST/DEBRIS SAMPLES COLLECTED ___ YES ___ NO, NUMBER OF TOTAL SAMPLES COLLECTED: 2    DESCRIBE SAMPLING METHODOLOGY: Wet Down - Collected from Damaged Shingles

1

Case # 2636
EXHIBIT- E1

Virginia Thrasher
3460 Pheasant Ct.
Decatur, GA 30034
404-241-3624

3. DESCRIPTION: Ext. LB Paint
   A) SURFACE ___ TSI ___ MISC. ___ TOTAL AMOUNT (LINEAR, SQ. FT. OR NO. OF VALVES, TEES, ELBOWS, WITH APPROXIMATE DIAMETER) N/A
   B) _✓_ HEMOGENOUS ___ HETEROGENEOUS ___ FRIABLE _X_ NON-FRIABLE
   C) TYPE DAMAGE: _X_ DETERIORATION ___ WATER ___ PHYSICAL ___ OTHERS, DESCRIPTION OF DAMAGES: Normal Wear
   D) PERCENT DAMAGE: _1_ %, _X_ LOCALIZED, ___ DISTRIBUTED, ACCESSIBLE TO OCCUPANTS: _X_ YES ___ NO, LOCATED IN HIGH VELOCITY AIR STREAM: ___ YES ___ NO, WATER DAMAGE LIKELY TO OCCUR ___ YES ___ NO, PHYSICAL DAMAGE LIKELY TO OCCUR ___ YES _✓_ NO,
   E) BULK SAMPLES COLLECTED: _X_ YES ___ NO, DUST/DEBRIS SAMPLES COLLECTED ___ YES _X_ NO, NUMBER OF TOTAL SAMPLES COLLECTED: _1_ DESCRIBE SAMPLING METHODOLOGY: Wet Down

4. DESCRIPTION: Interior - Porch LBP
   A) SURFACE ___ TSI ___ MISC. ___ TOTAL AMOUNT (LINEAR, SQ. FT. OR NO. OF VALVES, TEES, ELBOWS, WITH APPROXIMATE DIAMETER) 300 Sq. Ft.
   B) _✓_ HEMOGENOUS ___ HETEROGENEOUS _X_ FRIABLE ___ NON-FRIABLE
   C) TYPE DAMAGE: _X_ DETERIORATION ___ WATER _X_ PHYSICAL ___ OTHERS, DESCRIPTION OF DAMAGES: 
   D) PERCENT DAMAGE: _95_ %, ___ LOCALIZED, _X_ DISTRIBUTED, ACCESSIBLE TO OCCUPANTS: _X_ YES ___ NO, LOCATED IN HIGH VELOCITY AIR STREAM: _X_ YES ___ NO, WATER DAMAGE LIKELY TO OCCUR _X_ YES ___ NO, PHYSICAL DAMAGE LIKELY TO OCCUR _X_ YES ___ NO,
   E) BULK SAMPLES COLLECTED: _X_ YES ___ NO, DUST/DEBRIS SAMPLES COLLECTED ___ YES _X_ NO, NUMBER OF TOTAL SAMPLES COLLECTED: _1_ DESCRIBE SAMPLING METHODOLOGY: Wet Down - Ceiling
   floor, walls, joints, peel off

DESCRIPTION: Living Room - Ceiling Tx
   A) SURFACE ___ TSI ___ MISC. ___ TOTAL AMOUNT (LINEAR, SQ. FT. OR NO. OF VALVES, TEES, ELBOWS, WITH APPROXIMATE DIAMETER) 400 Sq
   B) _X_ HEMOGENOUS ___ HETEROGENEOUS ___ FRIABLE _X_ NON-FRIABLE
   C) TYPE DAMAGE: ___ DETERIORATION ___ WATER ___ PHYSICAL ___ OTHERS, DESCRIPTION OF DAMAGES: No Damage - Good Condition
   D) PERCENT DAMAGE: _N/A_ %, ___ LOCALIZED, ___ DISTRIBUTED, ACCESSIBLE TO OCCUPANTS: ___ YES ___ NO, LOCATED IN HIGH VELOCITY AIR STREAM: ___ YES _X_ NO, WATER DAMAGE LIKELY TO OCCUR ___ YES _X_ NO, PHYSICAL DAMAGE LIKELY TO OCCUR ___ YES _X_ NO,
   E) BULK SAMPLES COLLECTED: _X_ YES ___ NO, DUST/DEBRIS SAMPLES COLLECTED ___ YES _X_ NO, NUMBER OF TOTAL SAMPLES COLLECTED: _1_ DESCRIBE SAMPLING METHODOLOGY: Wet Down

DESCRIPTION: Right Bowing Room Ceiling Tx
   A) SURFACE ___ TSI ___ MISC. ___ TOTAL AMOUNT (LINEAR, SQ. FT. OR NO. OF VALVES, TEES, ELBOWS, WITH APPROXIMATE DIAMETER) 300 Sq
   B) _✓_ HEMOGENOUS ___ HETEROGENEOUS ___ FRIABLE _X_ NON-FRIABLE
   C) TYPE DAMAGE: ___ DETERIORATION ___ WATER ___ PHYSICAL ___ OTHERS, DESCRIPTION OF DAMAGES: No Damage - Good Cond
   D) PERCENT DAMAGE: _0_ %, ___ LOCALIZED, ___ DISTRIBUTED, ACCESSIBLE TO OCCUPANTS: ___ YES _X_ NO, LOCATED IN HIGH VELOCITY AIR STREAM: ___ YES _X_ NO, WATER DAMAGE LIKELY TO OCCUR ___ YES ___ NO, PHYSICAL DAMAGE LIKELY TO OCCUR ___ YES _X_ NO,
   E) BULK SAMPLES COLLECTED: _X_ YES ___ NO, DUST/DEBRIS SAMPLES COLLECTED ___ YES ___ NO, NUMBER OF TOTAL SAMPLES COLLECTED: _1_ DESCRIBE SAMPLING METHODOLOGY: 

[CH]ECK LIST: (CHECK ALL THAT APPLY)
___ EXTERIOR PHOTOGRAPH OF STRUCTURE
___ EXTERIOR SAMP. I.D./LOC. DIAG.
___ PROTECTIVE MASK/CLOTHING UTILIZED
___ SAMPLES PROPERLY PREPARED FOR SHIPMENT
___ INTERIOR PHOTOGRAPHS
___ INT. SAMP. I.D./LOC. DIAG.
___ PROPER DISPOSAL OF PROTECTION CLOTHING
___ FINAL INSPECTION CONDUCTED
___ SITE DIAGRAM
___ SAMP. SPEC. I.D.

[CO]MMENTAS: _____

[INSP]ECTOR: _[signature]_
[TECHN]ICIAN: _[signature]_



Virginia Thrasher
3460 Pheasant Ct.
Decatur, GA 30034

241.3624
Case # 2636
EXHIBIT _ E1

## SAMPLES CHAIN OF CUSTODY PROTOCOL

Upon completion of the on-site sampling task for delivery to the laboratory, samples were placed in a double wall transport chest in a manner to prevent exposure to the technician and/or general public by mean of incident. Following, the sample container was immediately transported by EPA Sample Chain of Custody protocol and accepted by the analytical laboratory.

## SAMPLES LABORATORY ANALYSIS RESULTS

For Asbestos, the collected sample has been analyzed by Polarized Light Microscope (PLM) method to determine and quantify asbestos fiber count and percent (%) concentration level. As depicted in **Figure 6: Samples Analysis Results Diagram**, based on laboratory analysis of samples identified as TSS-1 contained 20%, TSS-2 contained 20% and TSS-3 contained 25% concentration levels of Chrysotile Asbestos. For Lead in Paint, the collected samples were laboratory analyzed by Flame AAS (SW 846, 7420) method to determine and quantify Lead percent (%) weight concentration level. Based on laboratory analysis of collected Exterior sample identified as TLBP-7 contained 0.09% wt. and interior sample TLBP-8 contained 0.10% wt. concentration levels of Lead in paint. Samples Chain of Custody and Laboratory Analysis Result Reports are included in Section C **Attachment III**. An outline of the collected samples laboratory analysis is shown in Section B, **Table 1**: Sample Analysis Summary Report.

## CONCLUSION

Based on laboratory analysis of Asbestos samples collected from the Slate Material covering the exterior walls of the subject residential house contains Chrysotile Asbestos that far exceeds regulated Maximum Contaminated Levels (MCL) for Asbestos Containing Building Material (ACBM). In accordance with the Federal Asbestos Hazardous Emergency Response Act (AHERA), MCL for Asbestos Containing Building Material (ACM) is equal to or in excess of 1.0 $mg/cm^2$ or 0.5 percent by weight. Therefore, prior to demolition and/or renovation of this Asbestos containing construction material(s) requires EPD reporting and permitting and conducted by certified Asbestos professional in accordance with regulated guidelines. Based on laboratory analysis of Lead samples collected from the exterior 0.09% and interior 0.10% does not exceeds regulated MCL concentration level for Lead in painted construction material(s). In accordance with Georgia 391-3-24 guidelines, MCL for Lead in paint that is equal to or exceeds 0.5 % by weight. Therefore, based on these guidelines, demolition and/or renovation of this Lead containing construction material(s) is not regulated. However, it is our stringent recommendation that any abatement or renovation of this material(s) be conduct under the Federal Occupational Safety and Health Administration (OSHA) personal protection standards by certified Lead professional in accordance with the referenced guidelines.

Virginia Thrasher
3460 Pheasant Ct.
Decatur, GA 30034
404-241-3624
Case # 2636
EXHIBIT – E1

Jan. 15/2003

W. R. Grace + Co. Bankruptcy
P.O. Box 1620
Faribault, Mn. 55021-1620

Dear Sir:

    Below is a list of itemized expenses:

    896.00 Cost of Asbestos inspection + Analysis
  8,494.00 Cost of removing Asbestos siding
  1,585.00 Cost of supervision + Air exposure monit.
  9,275.00 Cost to replace Asbestos siding with Vi[nyl]
$20,250.00 ←→ grand total

    We feel this is an honest + exact figure that we wish to recover.

Sincerely,

Virginia L. Thrasher
3460 Pheasant Ct.
Decatur Ga. 30034
Phone 404-241-3624