Claim # 12780
Claimant: First Presbyterian Church
516 12th Street
P.O. Box 425
Dawson, MN 56232
Telephone 320-769-4520

Contact Person: Lyle Schutte
Telephone 320-769-2395
FAX 320-769-2055

The amount listed for the Asbestos Project of $61,934.29 is for the actual out of pocket costs of doing the abatement. Labor for moving the building contents and a facility to store the contents were donated. Also carpenter work for installing the replacement suspended ceiling and the electrical work for installing the replacement sound system and lighting system was all donated and is not included in the project amount.

Lyle Schutte, Treasurer

Fifteenth Omnibus Objection (Substantive)
Asbestos Property Damage Claims
First Presbyterian Church Response to Objections
Claim # 12780

**EXHIBIT C-3(F)**
**Claims accompanied by bulk sampling data which is inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product**

**RESPONSE:** The First Presbyterian Church (Church) objects to the proposed disallowance. The Church provided the information requested on the claim form to the extent possible. The claim form did not provide a specification for sampling data. The sampling done by the Church or its abatement contractor was done to obtain information for the best management and eventually the abatement of the asbestos. It was not the objective of the sampling and analysis to "fingerprint" the asbestos products to determine their manufacturer. The Church did provide a copy of the architect's specification which on page 25-4 specified Zonolite Acoustical Plaster and a finish coat of SPRA*WYT finish and a change order with its accompanying correspondence which included the December 1, 1959 letter from The Engelen Corporation, the contractor, which listed the use of Zonolite Acoustical Plaster by the contractor in his quote for the change order.

**EXHIBIT D-2**
**Claims barred by Statutes of Limitation (Constructive Notice)**
**EXHIBIT D-4**
**Claims barred by Statutes of Limitation (Actual Notice)**
**EXHIBIT D-5**
**Claims barred by Statutes of Repose**
**EXHIBIT D-6**
**Claims barred by laches**

**RESPONSE TO EXHIBITS D-2, D-4, D-5, and D-6:** The Church objects to the poposed disallowance of its claim because of the timing of the filing of its claim. The process of discovering the asbestos, becoming educated, and managing the asbestos evolved over the years. The Church did not know it had asbestos containing materials in the building until 1984. Following the discovery of the asbestos, the Church was advised that if the asbestos materials were in good condition and were not disturbed they did not pose a hazard. Over the years the Church's understanding of the management of the asbestos matured to the point where the Church realized the only practical way to provide for the safety of its employees and members was to remove the asbestos. Some events and circumstances which led to the realization that even though costly the asbestos needed to be removed are:
1. A heavy rain caused the ceiling to get wet.
2. The Church purchased a HEPA vacuum, but as a small rural church (presently 104 members) with a part time custodian and volunteer workers it was not possible to achieve proper maintenance of the asbestos.

3. Necessary maintenance and upgrades to the building were either very difficult and expensive or impossible because of the asbestos.

The Church's plan after the discovery of the asbestos was to manage it so it did not pose a hazard. In the end after consultation with its the Minnesota Department of Health, the Church came to realize that the asbestos posed a hazard necessitating removal.

**EXHIBIT E-3**
**Claims providing irrelevant air sampling data**

**RESPONSE:** The Church objects to the proposed disallowance of air sampling data. The Asbestos Air Sampling results from Twin City Testing were not related to the abatement. Asbestos fibers were found in the air sampled during a time of relatively low activity. The levels were low by OSHA standards, but indicated the fibers were not staying bound within the building materials. The Church's concern was especially for the exposure of the children. In consultations with the Minnesota Department of Health the Church was advised that the limitations of air sampling was not on what it would find, but rather that a sample in one period of time could very well miss a time of peak levels and exposure.

**Claim # 12780**

page 2 of 2