CERTIFIED MAIL

October 20, 2005

Clerk of the U.S. Bankruptcy Court
824 Market Street
Wilmington, DE 19801

Re:   W.R. Grace & Co., et al
      Chapter 11 Bankruptcy
      Case No. 01-01139(JKF)
      Claimant: Ronald Alan Skarie
      Case No.: 6582

To Whom It May Concern:

This letter is to oppose the relief requested by W.R. Grace & Co. in the Fifteenth Omnibus Objection.

Asbestos was wrapped and/or sprayed around the forced air heating ducts of the property in question by my grandfather sometime after World War II. I know this because the house was moved at that time.

My uncle inherited the house from my grandmother in the 1980's and I inherited it from my Uncle in 1991. In 1997, I had some of the exposed asbestos in the basement removed by a qualified asbestos removal company. You have this bill. On June 17, 2002, I read an advertisement in the Wall Street Journal saying that if I owned a commercial building constructed with asbestos-containing products that I should file my claim by March 31, 2003. So I did.

I believe the product in my house is probably a product sold by W.R. Grace, one of its predecessors, subsidiaries, or other related entities. Asbestos remains on the ductwork behind the walls and other areas of the house. I believe I have a valid claim for it's removal. I don't believe that not providing an air sample is a relevant defense since the asbestos is solid and, for the most part, contained behind walls.

Sincerely,

Ron Skarie
7623 W. Ryan Rd
Franklin, WI 53132