**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | |
| | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

Attached is a Certificate of Service indicating that on the 21st day of October 2005, Parcels, Inc. caused to be served a copy of *Docket Numbers 9826, 9830, 9833, 9838, 9842, 9844, 9848, 9853, 9858, 9864, 9868, 9873, 9880, 9888, 9895, 9900, 9906, 9910, 9914, 9916, 9939 and 9944*.

Dated: October 25, 2005
Wilmington, Delaware    **JASPAN SCHLESINGER HOFFMAN LLP**


By: /s/ Frederick B. Rosner
Frederick B. Rosner (No. 3995 )
913 Market Street, 12th Floor
Wilmington, DE  19801
Telephone:  (302) 351-8000
Fascimile:   (302) 351-8010

#15380.1