

## DELAWARE DOCUMENT RETRIEVAL

I, __Vito I. DiMaio__, declare as follows:
   (Name of Employee)

I am over the age of eighteen, and not a party to this action. I am employed by Parcels Inc., located at 230 Market Street, Wilmington, DE. 19801. I am an authorized representative of Parcels, Inc.

I hereby certify that on the __21ST__ day of October, 2005, copies of the following documents, **9826, 9830, 9833, 9838, 9842, 9844, 9848, 9853, 9858, 9864, 9868, 9873, 9880, 9888, 9895, 9900, 9906, 9910, 9914, 9916, 9939 and 9944** from case number 01-01139, were served via **First Class Mail** and **E-Mail** on the following parties:

Katherine Phillips, Esquire
Kirkland & Ellis
200 East Randolph Drive
Suite 6500
Chicago, IL 60601
kphillips@kirkland.com

David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899
dcarickhoff@pszyjw.com

I declare under penalty of perjury that the above statements are true and correct.

Executed on __October 21, 2005__ in Wilmington, DE.

_____ Parcels, Inc, Representative
(Signature of Employee)