**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et</u> <u>al</u>., | ) | |
| | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| ──────────────────────── | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

Attached is a Certificate of Service indicating that on the 24th day of October 2005, Parcels, Inc. caused to be served a copy of the ***Response of The Prudential Insurance Company of America to the Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims as it Relates to Damage at:  (1) Century Center I (Claim No. 6945; (2) Century Center IV (Claim No. 6948); (3) Brookhollow (Claim No. 6949); (4) First Florida Tower (Claim No. 6951); (5) Northwest Financial Center (Claim No. 6947); (6) Short Hills Office Building (Claim No. 6952); (7) Southdale Office Complex (Claim No. 6946) and (8) 1100 Milam (Claim No. 6950)*** as well as ***Exhibits A through N***.

Dated: October 25, 2005
      Wilmington, Delaware           **JASPAN SCHLESINGER HOFFMAN LLP**

By:    <u>/s/ Frederick B. Rosner</u>
       Frederick B. Rosner (No. 3995 )
       913 Market Street, 12th Floor
       Wilmington, DE  19801
       Telephone:  (302) 351-8000
       Fascimile:   (302) 351-8010

#15380.1