

# Parcels, Inc.

## DELAWARE DOCUMENT RETRIEVAL

I, G. CHRISTOPHER BARTOLI, declare as follows:
(Name of Employee)

I am over the age of eighteen, and not a party to this action. I am employed by Parcels Inc., located at 230 Market Street, Wilmington, DE. 19801. I am an authorized representative of Parcels, Inc.

I hereby certify that on the 24th day of October, 2005, copies of the Response of The Prudential Insurance Company of America to the Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims as it Relates to Damage at: (1) Century Center I (Claim No. 6945); (2) Century Center IV (Claim No. 6948); (3) Brookhollow (Claim No. 6949); (4) First Florida Tower (Claim No. 6951); (5) Northwest Financial Center (Claim No. 6947); (6) Short Hills Office Building (Claim No. 6952); (7) Southdale Office Complex (Claim No. 6946); and (8) 1100 Milam (Claim No. 6950) as well as Exhibits A through N to the Response were served on the following parties:

**VIA FED-EX**
Katherine Phillips, Esquire
Kirkland & Ellis
200 East Randolph Drive
Suite 6500
Chicago, IL  60601
kphillips@kirkland.com

**VIA HAND DELIVERY**
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899
dcarickhoff@pszyjw.com

I declare under penalty of perjury that the above statements are true and correct.

Executed on  10/24/05  in Wilmington, DE.

_____ Parcels, Inc, Representative