# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10666 (11129 Dupl.) | AR | 9/1966 | S&R Doc.- MS-5 / Brochure | Zonolite Plaster or Acoustical Jobs - Job Site List | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10666 (11129 Dupl.) | AR | 10/4/1966 | Letter with Attachment | Partial List of Mono-Kote Fireproofing Jobs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10666 (11129 Dupl.) | AR | 10/4/1966 | Letter with Attachment | Mono-Kote Job List | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10666 (11129 Dupl.) | AR | 9/1966 | S&R Doc.- MS-5 / Brochure | Brochure Article RE: Building | 100 Oak Street Hampton, SC | Speights & Runyan |