45

# Exhibit 1

46

| 12477 | CN | 3/19/03 | Letter (attached to claim form) | Letter from City of Vancouver to Speights & Runyan re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|