# Exhibit 1

| | | | | | | |
|---|---|---|---|---|---|---|
| 12344 | CN | 3/18/03 | Letter (attached to claim form) | Letter from City of Vancouver to Speights & Runyan re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12344 | CN | 12/12/90 - 3/12/91 | Report | Asbestos Control Program - Emergency Response Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12344 | CN | 3/02/89 | Report | Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12344 | CN | 12/14/90 | Report | Bulk Sample Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12344 | CN | 2/23/89 | Report | Material Hazard Assessment Record | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12344 | CN | Undated | Drawing | Floor Plan | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12344 | CN | 3/13/90 | Memo | Memo from Asbestos Control Officer re: Asbestos Identification | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12344 | CN | 2/05/91 | Minutes | Council Meeting Minutes | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12344 | CN | 2/06/91 | Memo | Memo from City Clerk re: Asbestos Removal - Kerrisdale Library | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12344 | CN | 1/17/91 | Letter of Transmittal | Specifications (not attached to letter of transmittal) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12344 | CN | 1/31/91 | Report | Astech - Summary Update of Asbestos Problems | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12344 | CN | 2/04/91 | Report | Air and bulk sample results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12344 | CN | 2/03/91 | News Article | "Asbestos Squabble" | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12344 | CN | 2/10/91 | News Article | "City to pay $230,000 asbestos removal bill" | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12344 | CN | 1/16/91 | Memo | Inter-office Memo re: Asbestos Removal Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12344 | CN | 1/21/91 | Report | Asbestos Incident Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12344 | CN | 12/20/90 | Letter/Report | Letter/Report from Astech attaching air sample results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12344 | CN | Undated | Procedures | Decontamination Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12344 | CN | 12/27/90 | Memo | Handwritten memo with attached draft of Asbestos Incident Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12344 | CN | 1/18/91 | Report | Recommendation re: Asbestos Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12344 | CN | 12/20/90 | Letter/Report | Letter/Report from Astech attaching bulk sample report and air sample results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12344 | CN | 12/20/90 | Fax Message | Attaching asbestos incident report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12344 | CN | 12/17/90 | Reports | Bulk Sample Report dated 12/14/90 and Air Sample Results dated 12/15/90 | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12344 | CN | 2/04/91 | Report | Recommendation re: Asbestos Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12344 | CN | 12/12/90 | Report | Asbestos Analyses Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12344 | CN | 1981 - 1990 | Chart | 1981 - 1990 Asbestos Control Program Cost | 100 Oak Street Hampton, SC | Speights & Runyan |