# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11198 | PA | 9/1/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 10/14/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 9/29/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 10/8/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 9/14/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 9/1/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 8/21/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 7/27/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 5/1/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 4/28/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 8/4/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 8/12/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 7/20/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 7/10/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 7/6/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 6/30/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 6/4/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 6/19/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 6/12/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 4/20/1971 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 4/1/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 4/14/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 4/10/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11198 | PA | 4/16/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11198 | PA | 4/10/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 4/24/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 3/26/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 9/1/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 9/21/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 10/25/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 6/26/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 7/27/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 6/25/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 6/9/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 8/21/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 7/14/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 11/13/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 11/10/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 10/22/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 11/1/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 11/3/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 11/8/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 12/11/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 12/11/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 12/4/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 12/24/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 12/16/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 12/21/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 4/2/1971 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |

43

| 11198 | PA | 3/24/1971 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 4/2/1971 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 4/20/1971 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 4/19/1971 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 4/20/1971 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 5/5/1971 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 5/5/1971 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 5/20/1971 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 5/12/1971 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 5/20/1971 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 5/25/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 5/26/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 3/21/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 3/16/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 3/25/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 4/24/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 4/14/1970 | Invoice | Invoice showing sale of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 3/19/1971 | Internal Memo | Internal Memo referencing jobsite (3 pgs) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 12/4/1970 | Shipping Ticket | Shipping Ticket showing delivery of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 11/3/1970 | Shipping Ticket | Shipping Ticket showing delivery of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11198 | PA | 11/13/1970 | Shipping Ticket | Shipping Ticket showing delivery of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |