# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11439 | OH | 7/23/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11439 | OH | 6/30/1970 | Delivery Ticket | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11439 | OH | | Customer Order Form | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |