# Exhibit 1

| 12314 | CN | Undated | Brochure (attached to claim form) | Toronto District School Board Brochure re: Queen Alexandra Senior Public School - proof of construction date | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12314 | CN | 3/26/03 | Letter/Report (attached to claim form) | Letter/Report from Pinchin Environmental to Toronto District School Board re: identification of fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12314 | CN | 1981 | Report | The Toronto Board of Education - Queen Alexandra Senior Public School - Girls' Gymnasium - Asbestos Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12314 | CN | 8/16/91 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Reference # b3267 - 1991 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12314 | CN | 8/16/93 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Reference # b5631 - 1993 (5 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12314 | CN | 10/14/97 | Invoice | Invoice from Pinchin Environmental to TDSB - Asbestos Inspection - Queen Alexandra P.S. - $1,191.18 | 100 Oak Street Hampton, SC | Speights & Runyan |