# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11442 | OH | 4/9/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11442 | OH | Undated | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11442 | OH | 3/23/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11442 | OH | 2/24/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11442 | OH | 1/14/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11442 | OH | 1/5/0970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11442 | OH | Undated | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11442 | OH | 4/15/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11442 | OH | Undated | memo | Price protection memo | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11442 | OH | 5/7/1970 | Memo | Memo referencing jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11442 | OH | 5/7/1970 | Memo | Memo referencing jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |