# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11441 | OH | 7/21/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11441 | OH | 7/28/1970 | Truck Logging Report | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11441 | OH | 8/20/1970 | Delivery Ticket | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11441 | OH | 10/19/1970 | Delivery Ticket | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |