# Exhibit 1

| 12316 | CN | Undated | Brochure (attached to claim form) | Toronto District School Board Brochure re: Western Technical Commercial School - proof of construction date | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12316 | CN | 3/26/03 | Letter/Report (attached to claim form) | Letter/Report from Pinchin Environmental to Toronto District School Board re: identification of fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12316 | CN | 8/10/81 | Report | Sampling of Materials Suspected to Contain Asbestos Carried Out at Western Technical-Commercial School by Trevor Harris & Associates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12316 | CN | 9/10/85 | Report | Site Inspection of Asbestos Removal from Western Technical Commercial School | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12316 | CN | 7/11/86 | Report | Report from Pinchin - Work done at Western Technical Commercial School | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12316 | CN | 6/14/93 | Report | Pinchin & Associates - Asbestos Management Program (Based on Current Ontario Regulatory Requirements) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12316 | CN | 7/20/94 | Letter | Letter from Pinchin Environmental to Toronto Board of Education re: Asbestos Consulting and Inspection Services - Western Tech - Barrier Free and Life Safety and Mechanical Systems - Pinchin Project # R5514 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12316 | CN | 7/26/94 | Letter | Letter from Pinchin Environmental to Toronto Board of Education re: Asbestos Abatement Preliminary Budget - Western Tech - Barrier Free and Life Safety and Mechanical Systems - Pinchin Project # R5514 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12316 | CN | 8/25/94 | Report | Bulk Sample Analysis by Pinchin Environmental - Lab Reference # b7192 - 1994 (13 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12316 | CN | 8/31/94 | Letter | Letter from Pinchin Environmental to Toronto District School Board re: Asbestos Sample Analysis - Western Tech - Barrier Free and Life Safety - Pinchin Project No. R5514 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12316 | CN | 10/14/97 | Invoice | Invoice from Pinchin Environmental to TDSB - Western Tech, Boiler Room - $714.76 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12316 | CN | 9/27/94 | Invoice | Invoice from Pinchin Environmental to TDSB - Western Tech, Spec. - $1,985.60 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12316 | CN | Undated | Drawings | Floor Plans - Western Tech | 100 Oak Street Hampton, SC | Speights & Runyan |