**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: October 24, 2005 at 4:00 p.m.** |

**CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 9552**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Forty-Ninth Interim Application of Bilzin Sumberg Baena Price & Axelrod, LLP (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from July 1, 2005 through July 31, 2005 ("the Application"). The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than October 24, 2005 at 4:00 p.m.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Applicant $189,996.40 which represents 80% of the fees ($237,495.50)

[continued on the next page]

and $16,293.25 which represents 100% of the expenses requested in the Application for the period July 1, 2005 through July 31, 2005 upon the filing of this certification and without the need for entry of a Court order approving the Application.

Dated: October 25, 2005

> Scott L. Baena, Esquire
> Jay M. Sakalo, Esquire
> Allyn S. Danziesen, Esquire
> BILZIN, SUMBERG, BAENA, PRICE
>  & AXELROD, LLP
> 2500 Wachovia Financial Center
> 200 South Biscayne Boulevard
> Miami, FL 33131-2336
> Tel:    (305) 374-7580
> Fax:    (305) 374-7593
>
> -and-
>
> FERRY, JOSEPH & PEARCE, P.A.
>
>  /s/ Theodore J. Tacconelli
> Michael B. Joseph (No. 392)
> Theodore J. Tacconelli (No. 2678)
> 824 Market Street, Suite 904
> P.O. Box 1351
> Wilmington, DE. 19899
> Tel:    (302) 575-1555
> Fax:    (302) 575-1714
>
> Co-Counsel to the Official Committee of Asbestos Property Damage Claimants