# Exhibit 1

| 12322 | CN | 3/25/03 | Letter (attached to claim form) | Letter from William Osler Health Centre to Pinchin Environmental re: construction date | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 12322 | CN | 3/26/03 | Letter/Report (attached to claim form) | Letter/Expert Report from Pinchin Environmental to William Osler Health Centre re: identification of fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12322 | CN | 4/17/00 | Memo | Faxnote from Pinchin Environmental to WOHC re: bulk sample results for Etobicoke Campus | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12322 | CN | 5/00/00 | Report | Asbestsos Abatement - Type 3 - Specifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12322 | CN | 5/11/00 | Letter | Letter from Pinchin Environmental to William Osler Health Centre re: Proposal for Asbestos Specifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12322 | CN | 8/29/00 | Invoice | Invoice from Pinchin Environmental - $2,514.50 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12322 | CN | 9/28/00 | Invoice | Invoice from Pinchin Environmental - $588.50 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12322 | CN | 1/31/01 | Invoice | Invoice from Pinchin Environmental - $3,331.62 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12322 | CN | 1/02/01 | Report | Inspection and Air Monitoring Summary Report for Asbestos Removal at William Osler Health Centre - Etobicoke Campus - ICU & Rehab Area Renovations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12322 | CN | 1/24/01 | Letter | Letter from Pinchin Environmental to William Osler Health Centre re: Proposal for Asbestos Consulting Services | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12322 | CN | 4/02/01 | Letter | Letter from Pinchin Environmental to William Osler Health Centre re: Budget Fees for Asbestos Consulting Services | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12322 | CN | 5/24/01 | Letter | Letter from Pinchin Environmental to William Osler Health Centre re: Revised Budget Fees for Asbestos Consulting Services | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12322 | CN | 1/23/01 | Drawings | Floor Plans - William Osler Health Centre - Etobicoke General Hospital | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12322 | CN | 1/23/01 | Drawings | Floor Plans - William Osler Health Centre - Brampton Memorial Hospital | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12322 | CN | 1/23/01 | Drawings | Floor Plans - William Osler Health Centre - Georgetown and District Memorial Hospital | 100 Oak Street Hampton, SC | Speights & Runyan |