# Exhibit 1

44

| 12501 | CN | 3/18/03 | Letter (attached to claim form) | Letter from Edmonton Public Schools to Speights & Runyan re: Proof of Age | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 12501 | CN | 10/12/99 | Report | Asbestos Building Material Survey Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12501 | CN | 2/05/02 | Letter | Letter from PHH Environmental to Edmonton Public Schools re: Emergency Cleanup, Ross Sheppard, Room 119 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12501 | CN | 8/25/04 | Report | Asbetos Abatement Final Report - Ceiling Spray Texture Removal | 100 Oak Street Hampton, SC | Speights & Runyan |