# Exhibit 1

| 12505 | CN | Undated | Report | Asbestos Hazard Survey by Enviro Asbestos Services Ltd. | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12505 | CN | 3/18/02 | Report | Risk Assessment Report for the Installation of Access Control Panels in Communication Closets of Various Buildings Throughout the Campus  - Pacific Environmental Consulting & Occupational Hygiene Services, Ltd. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12505 | CN | Undated | Report+D24 | Asbestos Hazard Assessment  - incomplete | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12505 | CN | 1999 - 2002 | Report | Various Bulk Material Identification Reports from Pacific Environmental | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12505 | CN | 11/7/02 | Report | Survey for Friable Asbestos Containing Materials at BCIT - Burnaby Campus | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12505 | CN | 10/00/02 | Report | Friable Asbestos Containing Materials Survey for Burnaby Campus | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12505 | CN | 1/00/92 | Report | Asbestos Hazard Survey Report for BCIT | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12505 | CN | 1993 | Report | Seismic Upgrade of SW1 Main Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12505 | CN | 10/14/93 | Report | Asbestos Material Survey - Building SW1 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12505 | CN | 5/25/93 | Report | Site Inspection Report by PHH for Building SW1 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12505 | CN | 11/20/92 | Report | Asbestos Material Survey - Building SW1 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12505 | CN | 11/20/92 | Report | Excerpt of Asbestos Material Survey - Building SW1 - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12505 | CN | 1/00/92 | Report | Excerpt of Asbestos Hazard Survey Report - Recommendations & Conclusionns for Building SW1 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12505 | CN | 11/23/93 | Letter | Letter from PHH to Sandwell Inc. re: Revisions to Asbestos Survey Report, BCIT Building SW1 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12505 | CN | 1991-1992 | Reports | Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12505 | CN | 5/7/93 | Reports | Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12505 | CN | 10/00/02 | Report | Excerpt of Friable Asbestos Containing Materials Survey | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12505 | CN | 7/05/94 | Specs | Specs by Sandwell Inc. for Interior Renovations - Asbestos Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12505 | CN | 7/05/94 | Specs | Specs by Sandwell Inc. for Interior Renovations - Asbestos Removal - Temporary Electrical | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12505 | CN | 3/30/93 | Report | Seismic Upgrade of SW1 Main Building | 100 Oak Street Hampton, SC | Speights & Runyan |
|-------|----|---------|--------|--------------------------------------|----------------------------|-------------------|
| 12505 | CN | 1/18/94 | Report | Seismic Upgrade of SW1 Complex | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12505 | CN | 2/28/95 - 3/9/95 | Chart | PHH Consulting - Air Sample Results - BCIT South Wiing - SW1 First Floor - Project No. V003G | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12505 | CN | 8/24/94 - 8/30/94 | Chart | PHH Consulting - Air Sample Results - BCIT 2nd Floor - SW1 - Project No. V003D | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12505 | CN | 9/6/94 | Letter | Letter from PHH to Sandwell Inc. re: BCIT SW1 - School of Health Asbestos Removal Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12505 | CN | 5/28/93 | Report | PHH Site Inspection Report - Visual Clearance Inspection | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12505 | CN | 12/10/93 | Letter | Letter from PHH to Sandwell Inc. re: BCIT SW1 - Preparation for Removal of Asbestos Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12505 | CN | 1/27/94 | Letter/Specs | Letter from PHH to Sandwell Inc. enclosing Asbestos Removal Specifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12505 | CN | 1/5/93 | Fax Memo | Fax Memo from Bill Martin (PHH) to Sandwell Inc. enclosing Bulk Sample Report for Building SW1, Room 1205 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12505 | CN | 2/3/95 | Letter | Letter from PHH to Sandwell Inc. re: SW1 -Rooms 3120-3140 Asbestos Removal Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12505 | CN | 3/28/95 | Letter | Letter from PHH to Sandwell Inc. re: SW1 - South Wing - Asbestos Removal Project with enclosures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12505 | CN | 3/18/03 | Letter (attached to claim form) | Letter from BCIT to Speights & Runyan re: construction of Building SW1 | 100 Oak Street Hampton, SC | Speights & Runyan |