# Exhibit 1

44

| 12506 | CN | Undated | Report | Asbestos Hazard Survey by Enviro Asbestos Services Ltd. | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12506 | CN | 3/18/2002 | Report | Risk Assessment Report for the Installation of Access Control Panels in Communication Closets of Various Buildings Throughout the Campus - Pacific Environmental Consulting & Occupational Hygiene Services, Ltd. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12506 | CN | Undated | Report | Asbestos Hazard Assessment - incomplete | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12506 | CN | 1999 - 2002 | Report | Various Bulk Material Identification Reports from Pacific Environmental | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12506 | CN | 11/7/2002 | Report | Survey for Friable Asbestos Containing Materials at BCIT - Burnaby Campus | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12506 | CN | 10/00/02 | Report | Friable Asbestos Containing Materials Survey for Burnaby Campus | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12506 | CN | 1/00/92 | Report | Asbestos Hazard Survey Report for BCIT | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12506 | CN | 1/00/92 | Report | Asbestos Hazard Survey Report for Building #5 - Project: 097Z | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12506 | CN | 1/00/92 | Report | Asbestos Hazard Survey Report for Building #5 - Project: 097D | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12506 | CN | 3/18/2003 | Letter (attached to claim form) | Letter from BCIT to Speights & Runyan re: construction of Building SW5 | 100 Oak Street Hampton, SC | Speights & Runyan |

45