# Exhibit 1

45

| 12511 | CN | 3/17/03 | Letter (attached to claim form) | Letter from IPSCO to Speights & Runyan re: construction date | 100 Oak Street Hampton, SC | Speights & Runyan |