# Exhibit 1

| 12526 | CN | 03/29/03 | Letter (attached to claim form) | Letter from Hudson's Bay Company to Pinchin Environmental re: proof of age (construction date) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12526 | CN | 11/30/04 | Report | Environmental Survey by Pinchin Environmental | 100 Oak Street Hampton, SC | Speights & Runyan |