# Exhibit 1

| 12530 | CN | 3/26/2003 | Letter/Report (attached to claim form) | Expert Report from Pinchin Environmental to The Hudson's Bay Company re: identification of fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |