# Exhibit 1

43

| 12532 | CN | 03/29/03 | Letter (attached to claim form) | Letter from Hudson's Bay Company to Pinchin Environmental re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 12532 | CN | Undated | Survey | Survey and Assessment of Asbestos Containing Material | 100 Oak Street Hampton, SC | Speights & Runyan |