# Exhibit 1

| 12337 | CN | 3/17/03 | Letter (attached to claim form) | Letter from City of Vancouver to Speights & Runyan re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12337 | CN | 6/26/02 | Report | Bulk Sample Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12337 | CN | 7/29/03 | Report | Field ACM Hazard Assessment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12337 | CN | 5/08/03 | Report | Air Sampling Inventory | 100 Oak Street Hampton, SC | Speights & Runyan |