# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10954 (11695 Dupl.) | NY | 12/17/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10954 (11695 Dupl.) | NY | 12/21/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |