# Exhibit 1

| 12313 | CN | Undated | Brochure (attached to claim form) | Toronto District School Board Brochure re:  Perth Avenue Junior Public School - proof of construction date | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12313 | CN | 3/26/03 | Letter/Report (attached to claim form) | Letter/Report from Pinchin Environmental to Toronto District School Board re:  identification of fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12313 | CN | 6/2/81 | Report | Sampling of Materials Suspected to Contain Asbestos Carried Out at Perth Avenue Junior/St. Luigi Catholic School by Trevor Harris & Associates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12313 | CN | 9/6/91 | Report | Bulk Sample Analysis by Pinchin& Associates - Lab Reference # b3311 - 1991 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12313 | CN | 7/00/84 | News Article | Article from The Village, "Asbestos:  A deadly time bomb in our schools"? - comments on asbestos removal at Perth | 100 Oak Street Hampton, SC | Speights & Runyan |