# Exhibit 1

| 12308 | CN | Undated | Brochure (attached to claim form) | Toronto District School Board Brochure re:  Humberside Collegiate Institute - proof of construction date | 100 Oak Street Hampton, SC | Speights & Runyan |
|-------|----|---------|-----------------------------------|------------------------------------------------------------------------------------------------------------|----------------------------|-------------------|
| 12308 | CN | 3/26/03 | Letter/Report (attached to claim form) | Letter/Report from Pinchin Environmental to Toronto District School Board re:  identification of fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12308 | CN | 8/10/81 | Report | Sampling of Materials Suspected to Contain Asbestos Carried Out at Humberside Collegiate Institute by Trevor Harris & Associates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12308 | CN | 1982 | Report | The Toronto Board of Education - Asbestos Removal - 1982 (II) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12308 | CN | 9/16/85 | Report | Site Inspection of Asbestos Removal from Humberside Collegiate Institute by D.J. Pinchin Technical Consulting Ltd. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12308 | CN | 9/10/90 | Letter/Report | Letter/Report from Pinchin to Toronto Board of Education re:  Airborne Asbestos Measurements - Humberside Collegiate Institute - Pinchin Report No. 1722-515 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12308 | CN | 2/00/04 | Report | Asbestos Abatement - Glove Bag Method - Humberside Collegiate Institute - 2nd Floor Fan Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12308 | CN | 2/2/04 | Invoice | Invoice from Pinchin Environmental to TDSB - Humberside C.I., 2nd Floor Fan Room, Asbestos Consulting - $1,460.55 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12308 | CN | Undated | Drawings | Floor Plans - Humberside Collegiate Institute | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12308 | CN | Undated | Photos | Photos - Humberside Collegiate Institute | 100 Oak Street Hampton, SC | Speights & Runyan |