# Exhibit 1

| 12340 | CN | 3/18/03 | Letter (attached to claim form) | Letter from City of Vancouver to Speights & Runyan re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12340 | CN | 1988 | Report | Final Asbestos Removal Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 5/25/88 | Letter | Letter from City of Vancouver Health Department to Civic Buildings Department re: Occupational Health Office | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 6/03/88 | Report | Asbestos Analytical Report - East Wing of Vancouver City Hall | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 6/07/88 | Memo | Internal Memo re: East Wing Asbestos Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 6/13/88 | Invoice | Invoice from Econotech for Insulation Sampling at City Hall | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 6/27/88 | Letter | Letter from Pinchin-Harris & Associates to City of Vancouver re: Survey of Asbestos Containing Materials in City Hall | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 6/28/88 | Report | Report on the Presence and Condition of Asbestos Containing Material in the East Wing of the Vancouver City Hall Complex | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 7/7/88 | Agreement | Consultant Agreement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 7/14/88 | Memo | Internal Memo re: East Wing Asbestos Study | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 2/10/89 | Report | Hazard Assessment Survey | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 7/10/89 | Letter | Letter from Monenco to Kevin Kwok, City Buildings Department re: Committee Room No. 1 - City Hall | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 10/02/90 | Report | Asbestos Materials Report - City Hall - Main Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 2/20/90 | Report | Workers Comp Board Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 3/25/90 | Letter | Letter from Astech to City of Vancouver re: Print Shop - Vancouver City Hall | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 3/28/90 | Memo | Inter-Office Memo re: Asbestos Control at Print Shop | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 5/08/90 | Letter | Letter from City of Vancouver to Workers' Comp Board re: Vancouver City Hall Print Shop - Asbestos Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 5/07/90 | Report | Air Monitoring Results by ACM Services Ltd. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 5/11/90 | Letter | Letter from Astech to City of Vancouver re: Vancouver City Hall, Third Floor, Committee Room #1 | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12340 | CN | 5/16/90 | Letter | Letter from Astech to City of Vancouver re: Vancouver City Hall, East Wing, Third and Fourth Floors | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12340 | CN | 5/16/90 | Memo | Inter-Office Memo re: Asbestos Abatement at Committee Room #1, Third Floor City Hall | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 6/12/90 | Memo | Inter-Office Memo re: Asbestos Abatement Project at Print Shop | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 8/14/90 | Addendum | Addendum No. 1 to Contract Documents | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 12/4/90 | Letter | Letter from Astech to City of Vancouver re: Asbestos Abatement Project - City Hall Main Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 2/01/96 | Report | Bulk Sample Results by ACM Services | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 06/00/98 | Report | Asbestos Containing Material Hazard Assessment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 8/04/98 | Memo | Inter-Office Memo re: Asbestos Drywall Filler | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 8/27/98 | Report | Bulk Sample Results by ACM Services | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 10/07/98 | E-mail | E-mail from John Leorg re: East Wing Renovations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 10/15/98 | Specs | Asbestos Abatement Specifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 10/20/98 | Report | Bulk Sample Results by ACM Services | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 10/26/98 | Report | Asbestos Control Program - City Hall East Wing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 9/29/98 | E-mail | E-mail from John Leorg re: City Hall Renovation in Occupational Health Old Office | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 11/00/98 | Report | Asbestos Containing Material Hazard Assessment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 11/09/98 | Report | Asbestos Control Program - City Hall East Wing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 10/29/98 | Report | Air Monitoring Results by ACM Services Ltd. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 10/30/98 | Report | Air Monitoring Results by ACM Services Ltd. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 11/02/98 | Report | Air Monitoring Results by ACM Services Ltd. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 11/03/98 | Report | Air Monitoring Results by ACM Services Ltd. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 11/13/98 | Report | Air Monitoring Results by ACM Services Ltd. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 11/16/98 | Report | Air Monitoring Results by ACM Services Ltd. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 11/17/98 | Report | Air Monitoring Results by ACM Services Ltd. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 11/18/98 | Report | Air Monitoring Results by ACM Services Ltd. | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12340 | CN | 11/19/98 | Report | Air Monitoring Results by ACM Services Ltd. | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12340 | CN | 11/05/99 | Letter | Letter from ACM Environmental to City of Vancouver re: City Hall Print Shop | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 2/00/00 | Report | Final Report - City Hall Print Shop - Asbestos Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 3/28/00 | Invoice | Invoice from ACTES Environmental to City of Vancouver - Asbestos abatement of Vancouver City Hall Committee Room #1 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 11/20/00 | Invoice | Invoice from AKS Environmental to City of Vancouver re: Asbestos Removal - Vancouver City Hall | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 11/19/01 | Report | Bulk Sample Results by ACM Services | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 11/27/01 | Memo | Memo from AKS Environmental to City of Vancouver re: Asbestos Abatement - City Hall Print Shop | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 11/27/01 | Report | Bulk Sample Results by ACM Services | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 11/29/01 | Fax | Fax from AKS Environmental to City of Vancouver re: NOP, Work Procedures and Work Schedule for City Hall | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 12/01/01 | Report | Air Monitoring Results by ACM Services Ltd. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 12/02/01 | Report | Air Monitoring Results by ACM Services Ltd. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 12/13/01 | Report | Air Monitoring Results by ACM Services Ltd. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 12/24/01 | Letter | Letter from ACM Environmental to City of Vancouver re: City Hall Ceilings | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 12/27/01 | Report | Air Monitoring Results by ACM Services Ltd. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | 12/28/01 | Report | Air Monitoring Results by ACM Services Ltd. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | Undated | Photos | City Hall Photos | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | Undated | Report | Appendix C - Asbestos Abatement Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | Undated | Memo | Memo from City of Vancouver Environmental Services to A.C.M. Environmental re: City Hall East Wing Pavillion and Garage | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12340 | CN | Undated | Scope of Work | Special Coatings | 100 Oak Street Hampton, SC | Speights & Runyan |