# Exhibit 1

45

| 12535 | CN | 3/18/03 | Letter (attached to claim form) | Letter from Edmonton Public Schools to Speights & Runyan re: Proof of Age | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12535 | CN | 4/28/00 | Report | Asbestos Building Material Survey Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12535 | CN | 10/31/02 | Report | Final Report Asbestos Abatement and PCB Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12535 | CN | 9/17/01 | Report | Final Report Asbestos Abatement - Incinerator | 100 Oak Street Hampton, SC | Speights & Runyan |