# Exhibit 1

| 12341 | CN | 3/17/03 | Letter (attached to claim form) | Letter from City of Vancouver to Speights & Runyan re: construction date of building | | 100 Oak Street Hampton, SC | Speights & Runyan |