# Exhibit 1

| 12536 | CN | Undated | Report | Summary of Asbestos Related Work | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12536 | CN | 12/6/1996 | Report | Asbestos Buildingn Materials Survey and Asbestos Management Guidelines | | |
| 12536 | CN | 07/00/02 | Report | Asbestos Fireproofing Material Annual Re-Assessment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12536 | CN | 1997-2002 | Reports | Inspection Reports for various floors | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12536 | CN | 4/11/2000 | Report | Bulk Sample Analysis - Atlantic Place, 9th Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12536 | CN | Undated | Specs | Specifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12536 | CN | 3/26/03 | Letter (attached to claim form) | Letter from Martek Morgan-Finch re: construction of Atlantic Place | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12536 | CN | 2/17/03 | Letter/Report (attached to claim form) | Expert Report from Pinchin LeBlanc to Martek Morgan Finch re: identification of fireproofing in Atlantic Place as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |