# Exhibit 1

| 12342 | CN | 3/18/03 | Letter (attached to claim form) | Letter from City of Vancouver to Speights & Runyan re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12342 | CN | 10/06/99 | Report | Bulk Sample Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12342 | CN | 10/12/99 | Specs | Addendum A01 - Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12342 | CN | 10/25/99 | Memo | Memo from Industra Thermal Service Corporation to City of Vancouver re: Extra ACM Removal and Demolition at 1615 Main Street | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12342 | CN | 11/15/99 | Letter | Letter from ACM Environmental to City of Vancouver re: Letter of Completion | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12342 | CN | 01/00/00 | Chart | Asbestos Containing Material Hazard Assessment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12342 | CN | 10/00/99 | Specs | Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12342 | CN | 11/01/99 | Report | Air Monitoring Results | 100 Oak Street Hampton, SC | Speights & Runyan |