# Exhibit 1

| 12310 | CN | Undated | List (attached to claim form) | List of schools with year built and square feet | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12310 | CN | 3/26/03 | Letter/Report (attached to claim form) | Letter/Report from Pinchin Environmental to Toronto District School Board re: identification of fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12310 | CN | 4/22/81 | Report | Sampling of Materials Suspected to Contain Asbestos Carried Out at Monarch Park Secondary School by Trevor Harris & Associates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12310 | CN | 10/18/85 | Report | Transmission Electron Microscope Airborne Fibre Measurement at Monarch Park Secondary School by D.J. Pinchin Technical Consulting Ltd. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12310 | CN | 11/26/92 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Reference # b4576-1992 (1 sample) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12310 | CN | 5/19/93 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Reference # b5198-1993 (1 sample) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12310 | CN | 7/10/00 | Letter | Letter from Pinchin Environmental to Toronto District School Board re: Proposal for Asbestos Inspection Services - REVISED 00/7/13 - Monarch Park Collegiate | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12310 | CN | 9/30/00 | Invoice | Invoice from Pinchin Environmental to TDSB - Inspection at Monarch Park CI - $1,712.00 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12310 | CN | 1/8/01 | Invoice | Invoice from Pinchin Environmental to TDSB - Inspection at Monarch Park CI - $1,647.80 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12310 | CN | Undated | Photos | Photos - Monarch Park Collegiate | 100 Oak Street Hampton, SC | Speights & Runyan |