# Exhibit 1

| 12343 | CN | 3/19/03 | Letter (attached to claim form) | Letter from City ofVancouver to Speights & Runyan re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12343 | CN | 11/00/95 | Specs | Asbestos Removal Specifications | 100 Oak Street Hampton, SC | Speights & Runyan |