# Exhibit 1

| 12538 | CN | 3/18/03 | Letter (attached to claim form) | Letter from Edmonton Public Schools to Speights & Runyan re: Proof of Age | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12538 | CN | 12/15/00 | Report | Asbestos Building Material Survey Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12538 | CN | 1/15/98 | Report | Final Report - Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12538 | CN | 2/06/01 | Report | Inspection and Air Monitoring Reports | 100 Oak Street Hampton, SC | Speights & Runyan |

45