# Exhibit 1

| 12311 | CN | Undated | Brochure (attached to claim form) | Toronto District School Board Brochure re: Oakwood Collegiate Institute - proof of construction date | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 12311 | CN | 3/26/03 | Letter/Report (attached to claim form) | Letter/Report from Pinchin Environmental to Toronto District School Board re: identification of fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12311 | CN | 6/14/81 | Report | Sampling of Materials Suspected to Contain Asbestos Carried Out at Oakwood Collegiate Institute by Trevor Harris & Associates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12311 | CN | 1982 | Report | The Toronto Board of Education - Asbestos Removal 1982 (II) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12311 | CN | 8/14/91 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Reference # b3255 - 1991 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12311 | CN | 2/21/92 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Reference # b3743-1992 (1 sample) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12311 | CN | 4/2/92 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Reference # 3863 - 1992 (1 sample) | 100 Oak Street Hampton, SC | Speights & Runyan |