# Exhibit 1

| 12312 | CN | Undated | List (attached to claim form) | List of buildings with year built and square feet | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12312 | CN | 3/26/03 | Letter/Report (attached to claim form) | Letter/Report from Pinchin Environmental to Toronto District School Board re: identification of fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12312 | CN | 5/31/81 | Report | Sampling of Materials Suspected to Contain Asbestos Carried Out at Old Administration Building by Trevor Harris & Associates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12312 | CN | 7/30/82 | Report | Toronto Board of Education - Old Administration Building - Asbestos Removal Program 1982 - III | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12312 | CN | 9/3/91 | Letter | Letter from Pinchin & Associates to Toronto Board of Education re: Old Administration Buildling, Fourth Floor, Dust Samples | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12312 | CN | 6/5/91 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Reference # b3047 - 1991 (1 sample) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12312 | CN | 9/11/91 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Reference # b3317 - 1991 (2 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12312 | CN | 9/20/91 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Reference # b3353 - 1991 (1 sample) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12312 | CN | 4/13/92 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Reference # b3898 - 1992 (1 sample) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12312 | CN | 4/14/92 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Reference # b3901 - 1992 (3 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12312 | CN | 2/8/94 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Reference # b6224-1994 (1 sample) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12312 | CN | Undated | Report | Asbestos Removal - Glove Bag Method - Toronto Board of Education - Old Administration Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12312 | CN | Undated | Report | Non-Friable Asbestos Handling - Type I - Toronto Board of Education - Old Administration Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12312 | CN | Undated | Report | Minor Friable Asbestos-Related Work - Type 2 - Toronto Board of Education - Old Administration Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12312 | CN | Undated | Report | Asbestos Abatement - Type 3 - Toronto Board of Education - Old Administration Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12312 | CN | Undated | Report | Project Scope and Details - Toronto Board of Education - Old Administration Building | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12312 | CN | Undated | Report | Old Administration Building - Asbestos Removal - Job No. 1-103 - Addendum No. 1 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12312 | CN | 11/22/91 | Letter | Letter from Pinchin & Associates to Toronto Board of Education re: Old Administration Building, Inspection Fees, Project No. 3163 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12312 | CN | 10/28/91 | Invoice | Invoice from Pinchin & Associates to Toronto Board of Education - Old Admin. Bldg. - Specifications - $4,052.54 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12312 | CN | 5/20/92 | Letter | Letter from Pinchin & Associates to Board of Education for City of Toronto re: Old Administration Building - Pinchin Project No. 3163 - Asbestos-containing pipe insulations in the basement | 100 Oak Street Hampton, SC | Speights & Runyan |