# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11701 | ME | 2/25/2005 | Letter | Letter accompanying surveys | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11701 | ME | No Date | Executive Summary of Findings - Proctor Hall | General Overview | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11701 | ME | No Date | Section 2 - Asbestos Inventory | Proctor Hall Asbestos Inventory (3 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11701 | ME | 6/2/1999 | Section 3 - AUTOCADD Drawings | Proctor Hall - Basement; First Fl.; Second Fl.; Third Fl.; Connector | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11701 | ME | No Date | Section 4 - Bulk Sampling Summary | Proctor Hall - Bulk Sample Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11701 | ME | No Date | Section 5 - Bulk Sample Analysis Sheets | Chain of Custody (3 pgs.); Bulk Sample Analysis (11 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11701 | ME | No Date | Executive Summary of Findings - Hersey Hall | General Overview | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11701 | ME | No Date | Section 2 - Asbestos Inventory | Hersey Hall Asbestos Inventory | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11701 | ME | 11/1/2001 | Section 3 - AUTOCADD Drawings | Hersey Hall - Crawl Space; First Fl.; Second Fl.; Third Fl.; Fourth Fl.; Roof System | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11701 | ME | No Date | Section 4 - Bulk Sampling Summary | Hersey Hall - Bulk Sample Summary (3 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11701 | ME | No Date | Section 5 - Bulk Sample Analysis Sheets | Ginn/McDougal Hall - Chain of Custody (3 pgs.); Bulk Sample Analysis (11 pgs.); Chain of Custody (3 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11701 | ME | No Date | Executive Summary of Findings - Ginn/McDougal Hall | General Overview | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11701 | ME | No Date | Section 2 - Asbestos Inventory | Ginn Hall Asbestos Inventory (5 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11701 | ME | 11/1/2001 | Section 3 - AUTOCADD Drawings | Ginn Hall - Basement; First Fl.; Second Fl.; Third Fl. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11701 | ME | No Date | Section 4 - Bulk Sampling Summary | Ginn/McDougal Hall Asbestos Bulk Sample Summary (2 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11701 | ME | No Date | Section 5 - Bulk Sample Analysis Sheets | Ginn/McDougal Hall - Chain of Custody (5 pgs.); Bulk Sample Analysis Summary (12 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11701 | ME | No Date | Executive Summary of Findings - Alexander Hall | General Overview | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11701 | ME | No Date | Section 2 - Asbestos Inventory | Alexander Hall Asbestos Inventory (2 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11701 | ME | 12/1/2003 | Section 3 - AUTOCADD Drawings | Alexander Hall - Basement; First Fl.; Asbestos Bulk Sample - Ceiling Tiles | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11701 | ME | No Date | Section 5 - Bulk Sample Analysis Sheets | Alexander Hall - Chain of Custody (7 pgs.); Bulk Sample Analysis Survey (12 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 11701 | ME | 4/26/1972 | Purchase Order | Order for Mono-Kote | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11701 | ME | 5/16/1972 | Freight Ticket | Freight for shipment of Mono-Kote | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11701 | ME | 4/26/1972 | Invoice | Invoice for 125 Bags Mono-Kote | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11701 | ME | 4/29/1972 | Delivery Receipt | Receipt for 125 Bags Mono-Kote | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11701 | ME | 4/22/2005 | S&R Form | Signed Document by Building Owner has been submitted to S&R for WRG Proof of Claims | 100 Oak Street Hampton, SC | Speights & Runyan |