# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11707 | CO | 1979 | Zonelite Monokote Fireproofing Brochure | Article (Ad) regarding Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11707 | CO | 1978 | Zonelite Monokote Fireproofing Brochure | Article (Ad) regarding Building | 100 Oak Street Hampton, SC | Speights & Runyan |