# Exhibit 1

| 12338 | CN | 3/17/03 | Letter (attached to claim form) | Letter from City of Vancouver to Speights & Runyan re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12338 | CN | 5/10/89 - '3/21/95 | Report | Asbestos Control Program - Emergency Response Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 1993 | Manual | Hazard Assessment Manual | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/13/94 | Report | Air Monitoring Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/15/94 | Report | Air Monitoring Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/07/95 | Report | Air Monitoring Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/08/95 | Report | Air Monitoring Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/09/95 | Report | Air Monitoring Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/12/95 | Report | Air Monitoring Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/13/95 | Report | Air Monitoring Results - Day Shift | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/13/95 | Report | Air Monitoring Results - Afternoon Shift | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/14/95 | Report | Air Monitoring Results - Afternoon Shift | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/14/95 | Report | Air Monitoring Results - Day Shift | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/15/95 | Report | Air Monitoring Results - Day Shift | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/15/95 | Report | Air Monitoring Results - Afternoon Shift | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/16/95 | Report | Air Monitoring Results - Day Shift | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/16/95 | Report | Air Monitoring Results - Afternoon Shift | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/19/95 | Report | Air Monitoring Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/20/95 | Report | Air Monitoring Results - Afternoon Shift | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/20/95 | Report | Air Monitoring Results - Day Shift | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/21/95 | Report | Air Monitoring Results - Afternoon Shift | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/21/95 | Report | Air Monitoring Results - Day Shift | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/22/95 | Report | Air Monitoring Results - Day Shift | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/22/95 | Report | Air Monitoring Results - Afternoon Shift | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12338 | CN | 6/23/95 | Report | Air Monitoring Results - Day Shift | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/24/95 | Report | Air Monitoring Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/26/95 | Report | Air Monitoring Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/27/95 | Report | Air Monitoring Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/28/95 | Report | Air Monitoring Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/29/95 | Report | Air Monitoring Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/30/95 | Report | Air Monitoring Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 7/04/95 | Report | Air Monitoring Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 7/05/95 | Report | Air Monitoring Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 7/06/95 | Report | Air Monitoring Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 7/07/95 | Report | Air Monitoring Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 7/10/95 | Report | Air Monitoring Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 7/13/95 | Report | Air Monitoring Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/20/95 | Form | Asbestos Waste Transport | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 5/19/95 | Contract | Contract - Asbestos Removal Project by Dewar Pacific Projects Ltd. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 4/03/90 | Report | Asbestos Analyses Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 2/19/91 | Report | Asbestos Analyses Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | Undated | Report | Final Report - Hazardous Materials Phase of Select Demolition Project: Old Vancouver Public Library Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 7/15/96 | Letter | Letter from A.C.M. Services to Tony Yu & Associates re: 4th Floor Perimeter Walkway Roofing Mastic Residue - Old Public Library | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 9/00/93 | Report | Hazardous Material Assessment & Project Abatement Costing by A.C.M. Services | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | Undated | Photos | Photograph Copies | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 11/07/93 | Letter | Letter from A.C.M. Services to City of Vancouver rea: Schedules for Removal of Asbestos Materials within the Public Library | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12338 | CN | 10/08/93 | Notes | Handwritten notes re: Asbestos - Old Library | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 11/08/93 | Notes | Handwritten notes re: Central Library | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/19/96 | Memo | Memo from City of Vancouver to A.C.M. Services | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/21/96 | Memo | Memo from Tony Uy to David Jubb re: Steam Tunnel | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/19/96 | Letter | Letter from A.C.M. Services to Tony Uy re: Steam Line - Old Public Library | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/04/96 | Letter | Letter from Tony Uy to City of Vancouver re: Former Vancouver Public Library | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 5/31/96 | Letter/Report | Letter/Report from BCRI to Edgecombe Realty Advisors re: "Old Library" - Visual Inspection with attached asbestos analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 3/08/96 | Letter | Letter from A.C.M. Services to Tony Uy re: Final Inspection of areas detailed in Lockhart Risk Management's Letters on the Public Library Main Branch | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 2/16/96 | Letter | Letter from A.C.M. Services to City of Vancouver re: Final Inspection of the Asbestos Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 7/17/95 | Form | Asbestos Waste Transport | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 9/07/95 | Certificate | Certificate of Disposal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 10/16/95 | Letter | Letter from A.C.M. Services to Tony Uy re: Old Vancouver Public Library Asbestos Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 9/25-26/95 | Chain of Custody | Chain of Custody Record re: samples | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 1/30/96 - 11/18/96 | Requisitions | City of Vancouver Requisitions | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 10/17/95 | Letter | Letter from Edgecombe Group to City of Vancouver enclosing latest report from Lockhart Risk Management Ltd dated 10/02/95 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 9/14/95 | Memo | Memo from Kevin Kwok to Jari Saarela attaching 9/11/95 report from Lockhart Risk Management | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 5/19/95 | Contract | Asbestos Removal and Selection Demolition from Vancouver Public Library | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 5/15/95 | Memo | Inter-Office Memo re: Tender Documents for Asbestos Removal from Old Library | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 4/21/95 | Specs | Asbestos Removal Specifications | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12338 | CN | 5/19/95 | Letter | Letter from Dewar Pacific Projects to City of Vancouver re: Asbestos Removal and Select Demolition | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12338 | CN | 5/19/95 | Letter | Letter from Quantum to City of Vancouver re: Asbestos Removal and Select Demolition | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 5/19/95 | Letter | Letter from Industra Thermal to City of Vancouver re: Asbestos Abatement and Selective Demolition | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 3/30/93 | Report | Administrative Report re: Building Demolition | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 4/20/93 | Agenda | Regular Council Meeting Agenda | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 4/04/95 | Letter | Letter from Edgecombe Group to City of Vancouver re: 750 Burrard Street | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 9/1/95 | Notes | Handwritten Notes | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 2/27/95 | Letter | Letter from City of Vancouver to Edgecombe Group re: Asbestos Removal - 750 Burrard Street | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 2/07/95 | Form | Land Title Act Form C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 1/10/95 | Requisition | Consulting Services | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 1/05/95 | Letter | Letter from A.C.M. Services to City of Vancouver re; Proposal for Mnaagement of The Public Library Asbestos Removal Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 9/08/95 | Work Order | Asbestos Abatement at Central Library | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 9/7/95 | Requisition | Asbestos Abatement at 750 Burrard | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 9/19/95 | Requisition | Asbestos Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 8/15/95 | Letter | Letter from A.C.M. Services to City of Vancouver re: Old Vancouver Public Library - Asbestos Abatement Phase of Demolition Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 9/05/95 | Memo | Memo from Kevin Kwok to Steve Greetree re: Contaminated Materials - Old Library - Asbestos Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 9/1/95 | Memo | Handwritten memo from Trisha to Kevin Kwok re: Old Library | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 8/23/95 | Letter | Letter from City of Vancouver to Stikeman, Elliott | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 8/15/95 | Letter | Letter from A.C.M. Services to City of Vancouver re: Asbstos Abatement Phase of Demolition Project | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12338 | CN | 8/17/95 | Letter | Letter from Dewar Pacific to City of Vancouver re: Central Library, Asbestos and PCB Abatement Contract | 100 Oak Street Hampton, SC | Speights & Runyan |
|-------|----|---------|--------|--------|--------|--------|
| 12338 | CN | 8/17/95 | Memo | Memo from Kevin Kwok to Jari Saarela re: invoices - Old Library - Asbestos Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 7/14/95 | Memo | Memos from Kevin Kwon to Dewar Pacific re: Asbestos Removal Permit | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/29/95 | Letter | Letter from City of Vancouver to Edgecombe Group re: 750 Burrard Street PCB Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/26/95 | Memo | Memo from Vancouver Public Library to Trisah Begg re: Service Contracts - 750 Burrard | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/20/95 | Letter | Letter from Dewar Pacific to A.C.M. Services re: proposal for removal of A.C.M. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/14/95 | Requisition | Asbestos Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/20/95 | Memo | Memo from Kevin Kwok to Jari Saarela re: Old Library - Asbestos Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/15/95 | Letter | Letter from City of Vancouver to Edgecomb Group re: 750 Burrard - Old Library | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/20/95 | Memo | Memo from Kevin Kwok to Dewar Pacific re: Insurance Coverage | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/15/95 | Fax | Fax from Dewar Pacific to Kevin Kwok attaching WCB clearance letter | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/14/95 | Memo | Memo from Kevin Kwok to Ed Wunderlich re: Insurance Compliance | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/09/95 | Memo | Memo from Law Department to Kevin Kwok re: Deward Pacific Contract | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/14/95 | Letter | Letter from Kevin Kwok to Industra Thermal re: Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/14/95 | Letter | Letter from Kevin Kwok to Quantum re: Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/14/95 | Letter | Letter from Kevin Kwok to Alexander Installations re: Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/14/95 | Letter | Letter from Kevin Kwok to Dewar Pacific re: contract | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/14/95 | Memo | Memo from Kevin Kwok to Jeremy Shotton re: Asbestos Removal Project - Dewar Pacific | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/14/95 | Memo | Memo from Kevin Kwok to City Clerk's Office re: Asbestos Removal Project - Dewar Pacific | 100 Oak Street Hampton, SC | Speights & Runyan |

50

| 12338 | CN | 6/14/95 | Memo | Memo from Kevin Kwok to Gary Scribbins re: Performance/Labor & Material Payment Bonds | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/14/95 | Memo | Memo from Kevin Kwok to Helen Fitzpatrick re: Asbestos Removal Project - Dewar Pacific | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/07/95 | Memo | Memo from Kevin Kwok to Jeremy Shotton re: Asbestos Abatement Project - Dewar Pacific | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 6/06/95 | Memo | Memo from City of Vancouver to City Manager re: 750 Burrard Asbestos Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 5/19/95 | Letter | Letter from Dewar Pacific to City of Vancouver re: Select Demolition | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 5/17/95 | Letter | Letter from Dewar Pacific to City of Vancouver re: Asbestos Removal Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 5/19/95 | Letter | Letter from Dewar Pacific to City of Vancouver re: Asbestos Removal and Select Demolition | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 5/24/95 | Notes | Handwritten notes | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 5/29/95 | Letter | Letter from A.C.M. Services to Tony Uy re: Asbestos and Select Demolition | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 10/21/93 | Memo | Memo from City of Vancouver to City Clerk re: 750 Burrard Street - Asbestos Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12338 | CN | 3/30/93 | Report | Administration Report re: Building Demolition | 100 Oak Street Hampton, SC | Speights & Runyan |