# Exhibit 1

| 12468 | CN | 3/19/03 | Letter (attached to claim form) | Letter from City of Vancouver to Speights & Runyan re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12468 | CN | 7/12/00 | Report | Asbestos Removal Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12468 | CN | 2000 | Photos | Trout Lake Community Centre | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12468 | CN | 6/30/00 | Code of Safety Practices | Code of Safety Practices for Scaffolds | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12468 | CN | 7/13/00 | Minutes/Notes | Removal project at Trout Lake Community Centre | 100 Oak Street Hampton, SC | Speights & Runyan |