# Exhibit 1

| 12296 | CN | 3/27/03 | Letter (attached to claim form) | Letter from Fraser Health Authority to Speights and Runyan re: construction date | 100 Oak Street Hampton, SC | Speights & Runyan |