# Exhibit 1

| 12297 | CN | 3/25/03 | Letter (attached to claim form) | Letter from Burnaby Hospital to Speights and Runyan re: construction date | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12297 | CN | Undated | Report | Asbestos Operations and Maintenance Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12297 | CN | Undated | Report | Specifications for the Asbestos Abatement - Burnaby Hospital | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12297 | CN | 6/17/88 | Report | The Identification, Quantification and Evaluation of Asbestos Containing Materials within the Burnaby Hospital | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12297 | CN | 5/04/89 | Report | A Final Report on the Asbestos Removal Project - Burnaby Hospital | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12297 | CN | 4/07/92 | Report | Sitework Specification for the Removal of Asbestos within the Burnaby Hospital | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12297 | CN | 11/00/94 | Report | Fire Alarm System Upgrade - Asbestos Abatement Project - Final Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12297 | CN | 4/00/97 | Report | Asbestos Identification and Management Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12297 | CN | 3/17/98 | Letter | Letter from Astech Consultants to Simon Fraser Health Region re: Burnaby Hospital Level 1 & 3 Renovations - Asbestos Abatement Final Report with attachment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12297 | CN | 6/00/98 | Report | Second Quarter Inspection of Friable Accessible Asbestos Materials - April to end of June 1998 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12297 | CN | 8/15/00 | Report | Bulk Sample Report by Astech Consultants | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12297 | CN | 1/25/95 | Report | Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12297 | CN | 8/08/94 | Letter | Letter from Levelton & Associates to Burnaby Hospital re: Ceiling Space Contamination - Physiotherapy, 3rd Floor North | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12297 | CN | 3/16/92 | Memo | Memo from Levelton Associates to Burnaby Hospital re: Asbestos Inventory Update | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12297 | CN | 2/04/94 | Memo | Interdepartmental Memo re: Asbestos on the Sixth Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12297 | CN | 11/10/92 | Letter | Letter from Levelton & Associates to Burnaby Hospital re: Laboratory Bench Top Sample | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12297 | CN | 3/18/92 | Report | An Assessment of Asbestos Containing Materials at the Burnaby Hospital by Levelton & Associates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12297 | CN | 4/03/95 | Report | Bulk Material Identification Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |