# Exhibit 1

| 12298 | CN | 3/24/03 | Letter (attached to claim form) | Letter from Fraser Health Authority to Speights and Runyan re: construction date | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12298 | CN | 5/00/00 | Report | Asbestos Identification and Management Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12298 | CN | 9/00/02 | Report | Asbestos Identification and Management Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12298 | CN | 1/30/97 | Memo | Memo from Astech Consultants to Ridge Meadows Hospital re: AIM Pogram - Annual Inspection - Asbestos Materials & Remedial Action Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12298 | CN | 4/12/99 | Memo | Memo from Astech Consultants to Ridge Meadows Hospital re: AIM Pogram - Annual Inspection - Asbestos Materials & Remedial Action Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12298 | CN | 3/13/98 | Memo | Memo from Astech Consultants to Ridge Meadows Hospital re: AIM Pogram - Annual Inspection - Asbestos Materials & Remedial Action Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12298 | CN | 4/22/02 | Report | Asbestos Inspection - 3rd Floor Ceilings by ACM Evironmental Corporation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12298 | CN | 9/06/02 | Report | AIM Program - Annual Inspection Update - Asbestos Containing Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12298 | CN | 6/29/04 | Report | Bulk Sample Results by ACM Environmental | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12298 | CN | 5/31/00 | Report | AIM Program - Annual Inspection Update - Asbestos Containing Materials | 100 Oak Street Hampton, SC | Speights & Runyan |