# Exhibit 1

| 12299 | CN | 2/25/03 | Letter (attached to claim form) | Letter from Fraser Health Authority to Speights and Runyan re: construction date | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 12299 | CN | 6/18/98 | Letter | Letter from Astech Consultants to Simon Fraser Health Region re: Pre-Renovation Asbestos Abatement Project - Fellburn Care Center with enclosure | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12299 | CN | 7/00/98 | Report | Asbestos Identification and Management Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12299 | CN | 7/08/98 | Letter | Letter from Astech Consultants to Simon Fraser Health Region re: Asbestos Abatement Project - Fellburn Care Center with enclosure | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12299 | CN | 3/06/97 | Report | Worker's Compensation Board Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12299 | CN | 7/03/90 | Report | Site Inspection Report by Pinchin Harris Holland Associates Limited | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12299 | CN | 7/04/90 | Report | Site Inspection Report by Pinchin Harris Holland Associates Limited | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12299 | CN | 7/05/90 | Report | Site Inspection Report by Pinchin Harris Holland Associates Limited | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12299 | CN | 7/06/90 | Report | Site Inspection Report by Pinchin Harris Holland Associates Limited | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12299 | CN | 7/10/90 | Report | Site Inspection Report by Pinchin Harris Holland Associates Limited | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12299 | CN | 2/26/90 | Report | Friable Asbestos Containing Building Materials at the Fellburn Hospital | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12299 | CN | 6/15/90 | Report | Site Inspection Report by Pinchin Harris Holland Associates Limited | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12299 | CN | 6/21/90 | Report | Site Inspection Report by Pinchin Harris Holland Associates Limited | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12299 | CN | 6/26/90 | Report | Site Inspection Report by Pinchin Harris Holland Associates Limited | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12299 | CN | 6/27/90 | Report | Site Inspection Report by Pinchin Harris Holland Associates Limited | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12299 | CN | 6/28/90 | Report | Site Inspection Report by Pinchin Harris Holland Associates Limited | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12299 | CN | 6/29/90 | Report | Site Inspection Report by Pinchin Harris Holland Associates Limited | 100 Oak Street Hampton, SC | Speights & Runyan |