# Exhibit 1

| 12304 | CN | Undated | Brochure (attached to claim form) | Toronto District School Board Brochure re: Deer Park Junior and Senior Public School - proof of construction date | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12304 | CN | 3/26/03 | Letter/Report (attached to claim form) | Letter/Report from Pinchin Environmental to Toronto District School Board re: identification of fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12304 | CN | 5/30/81 | Report | Sampling of Materials Suspected to Contain Asbestos Carried Out at Deer Park Junior and Senior School by Trevor Harris & Associates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12304 | CN | 8/16/95 | Report | Bulk Sample Analysis by Pinchin Environmental - Lab Reference # b9008-1995 (4 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12304 | CN | 7/5/96 | Report | Bulk Sample Analysis by Pinchin Environmental - Lab Reference # b11010 - 1996 (3 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |