# Exhibit 1

| 12306 | CN | Undated | Brochure (attached to claim form) | Toronto District School Board Brochure re: Humberside Collegiate Institute - proof of construction date | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12306 | CN | 3/26/03 | Letter/Report | Expert Report from Pinchin Environmental re: Identification of Fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |