# Exhibit 1

| 12307 | CN | Undated | Brochure (attached to claim form) | Toronto District School Board Brochure re: Fairmount Junior Public School - proof of construction date | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 12307 | CN | 3/26/03 | Letter/Report (attached to claim form) | Letter/Report from Pinchin Environmental to Toronto District School Board re: identification of fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12307 | CN | 4/22/81 | Report | Sampling of Materials Suspected to Contain Asbestos Carried Out at Fairmount Park Public School by Trevor Harris & Associates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12307 | CN | 11/24/82 | Report | Survey of Fairmount/Bowmore Road Public Schools by Trevor Harris & Associates Limited | 100 Oak Street Hampton, SC | Speights & Runyan |