# Exhibit 1

45

| 12492 | CN | Apr-94 | Report | Asbestos Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12492 | CN | 2002 - 2005 | Reports | Inspection Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12492 | CN | 3/26/03 | Letter (attached to claim form) | Letter from Avalon East School District to Pinchin LeBlanc re: construction of Holy Heart of Mary School | 100 Oak Street Hampton, SC | Speights & Runyan |