Hearing Date: Monday, October 24, 2005

## In re: W.R. GRACE & CO., et al
## OMNIBUS 5 - EXHIBIT A - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | ARCHER JR, DAVID L<br>129 WOOD CIR<br>IOWA PARK TX 76367-1127 | 01-01140<br>W.R. GRACE & CO.-CONN. | 602 | $1,541,849.60 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 11/14/2005 12:00PM |
| 2 | ARCHER, MICHELLE B<br>129 WOOD CIR<br>IOWA PARK TX 76367-1127 | 01-01140<br>W.R. GRACE & CO.-CONN. | 604 | $1,910,100.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 11/14/2005 12:00PM |
| 3 | CITY OF CAMBRIDGE MASSACHUSETTS<br>C/O STEPHEN D ANDERSON ESQ<br>ANDERSON & KREIGER LLP<br>43 THORNDIKE ST<br>CAMBRIDGE MA 02141 | 01-01140<br>W.R. GRACE & CO.-CONN. | 4720 | $14,829,000.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 11/14/2005 12:00PM |
| 4 | CITY OF CAMBRIDGE MASSACHUSETTS<br>C/O STEPHEN D ANDERSON ESQ<br>ANDERSON & KREIGER LLP<br>43 THORNDIKE ST<br>CAMBRIDGE MA 02141 | 01-01139<br>W.R. GRACE & CO. | 4722 | $14,829,000.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 11/14/2005 12:00PM |
| 5 | MASSACHUSETTS BAY TRANSPORTATION AUTHORI<br>MICHAEL CROSSEN / DAVID C FIXLER<br>RUBIN AND RUDMAN LLP<br>50 ROWES WHARF<br>BOSTON MA 02110 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9693 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 11/14/2005 12:00PM |
| 6 | MASSACHUSETTS BAY TRANSPORTATION AUTHORI<br>MICHAEL CROSSEN / DAVID C FIXLER<br>RUBIN AND RUDMAN LLP<br>50 ROWES WHARF<br>BOSTON MA 02110 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9693 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 11/14/2005 12:00PM |
| 7 | PERINI CORPORATION<br>C/O JEFFREY R PORTER ESQUIRE<br>MINTZ LEVIN COHN FERRIS ET AL<br>ONE FINANCIAL CENTER<br>BOSTON MA 02111 | 01-01140<br>W.R. GRACE & CO.-CONN. | 4704 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 11/14/2005 12:00PM |
| 8 | PERINI CORPORATION<br>C/O JEFFREY R PORTER ESQUIRE<br>MINTZ LEVIN COHN FERRIS ET AL<br>ONE FINANCIAL CENTER<br>BOSTON MA 02111 | 01-01140<br>W.R. GRACE & CO.-CONN. | 4704 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 11/14/2005 12:00PM |
| 9 | WEATHERFORD INTERNATIONAL INC<br>ATTN: BURT MARTIN<br>515 POST OAK BLVD STE 600<br>HOUSTON TX 77027 | 01-01139<br>W.R. GRACE & CO. | 1694 | $351,758.00 | (A) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 11/14/2005 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured<br>(P) - Priority    (U) - Unsecured

## In re: W.R. GRACE & CO., et al
## OMNIBUS 5 - EXHIBIT A - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number<br>Claim Number | Total<br>Claim Dollars* | Claim<br>Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|
| 10 | WEATHERFORD INTERNATIONAL INC<br>ATTN: BURT MARTIN<br>515 POST OAK BLVD STE 600<br>HOUSTON TX 77027 | 01-01185        1695<br>HOMCO INTERNATIONAL, INC. | $351,758.00 | (A) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 11/14/2005 12:00PM |
| 11 | WEATHERFORD INTERNATIONAL INC<br>ATTN: BURT MARTIN<br>515 POST OAK BLVD STE 600<br>HOUSTON TX 77027 | 01-01139        1719<br>W.R. GRACE & CO. | $351,758.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 11/14/2005 12:00PM |
| 12 | WEATHERFORD INTERNATIONAL INC<br>ATTN: BURT MARTIN<br>515 POST OAK BLVD STE 600<br>HOUSTON TX 77027 | 01-01185        1720<br>HOMCO INTERNATIONAL, INC. | $351,758.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 11/14/2005 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

Hearing Date: Monday, October 24, 2005

## In re: W.R. GRACE & CO., et al
## OMNIBUS 5 - EXHIBIT B - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | PEARSON SR, PETER P<br>PO BOX 26301<br>TUCSON AZ 85726 | 01-01139<br>W.R. GRACE & CO. | 2281 | $741,600.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 1/30/2006 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative     (S) - Secured
(P) - Priority              (U) - Unsecured

Hearing Date: Monday, October 24, 2005

## In re: W.R. GRACE & CO., et al
### OMNIBUS 5 - EXHIBIT C - OBJECTION WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | CHL ADMINISTRATION INC<br>PO BOX 6029<br>PORTLAND OR 97228 | 01-01139<br>W.R. GRACE & CO. | 851 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | OBJECTION WITHDRAWN |
| 2 | CHL ADMINISTRATION INC<br>PO BOX 6029<br>PORTLAND OR 97228 | 01-01139<br>W.R. GRACE & CO. | 851 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | OBJECTION WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative     (S) - Secured
(P) - Priority              (U) - Unsecured