## Exhibit A

Claims filed by Thomas Lewis and Mark M. Kovacich.

| Claim No. | Claimant Name | Relief Requested |
|---|---|---|
| 4711 | Braley, Eugene Alfred | Withdraw objection without prejudice. See 15th Omnibus Objection. All rights reserved. |
| 9674 | Bundrock, Daniel | Withdraw objection without prejudice. See 15th Omnibus Objection. All rights reserved. |
| 13910 | Christiansen, David | Withdraw objection without prejudice. See 15th Omnibus Objection. All rights reserved. |
| 13911 | Drake, Heidi Maria | Withdraw objection without prejudice. See 15th Omnibus Objection. All rights reserved. |
| 5557 | Erickson, Rodney A. | Withdraw objection without prejudice. See 15th Omnibus Objection. All rights reserved. |
| 5554 | Freebury, Danny James | Withdraw objection without prejudice. See 15th Omnibus Objection. All rights reserved. |
| 13909 | Leckrone, Dean Bradford | Withdraw objection without prejudice. See 15th Omnibus Objection. All rights reserved. |
| 9662 | Lehnert, Arnold | Withdraw objection without prejudice. See 15th Omnibus Objection. All rights reserved. |
| 9667 | Munsel, Donald | Withdraw objection without prejudice. See 15th Omnibus Objection. All rights reserved. |
| 9669 | Nelson, Pete O. | Withdraw objection without prejudice. See 15th Omnibus Objection. All rights reserved. |
| 9666 | Orr, Howard King | Withdraw objection without prejudice. See 15th Omnibus Objection. All rights reserved. |
| 9657 | Parker, Melvin George | Withdraw objection without prejudice. See 15th Omnibus Objection. All rights reserved. |
| 9663 | Roy McMillan PR of Estate of Robert McMillan | Withdraw objection without prejudice. See 15th Omnibus Objection. All rights reserved. |
| 9670 | Wagner, John Francis | Withdraw objection without prejudice. See 15th Omnibus Objection. All rights reserved. |