## Exhibit B

Claims relating to Zonolite Attic Insulation and similar products.

| Claim No. | Claimant Name | Relief Requested |
|---|---|---|
| 2128 | Campeau, Thomas Francis | Withdraw Objection without prejudice. Reclassify as ZAI Claim. All rights reserved. |
| 15343 | Koski, Eino and Aili | Withdraw Objection without prejudice. Reclassify as ZAI Claim. All rights reserved. |
| 15344 | Kwas, Daniel | Withdraw Objection without prejudice. Reclassify as ZAI Claim. All rights reserved. |
| 2560 | Taylor, Eddie | Withdraw Objection without prejudice. Reclassify as ZAI Claim. All rights reserved. |
| 15345 | Worden, Gladwin | Withdraw Objection without prejudice. Reclassify as ZAI Claim. All rights reserved. |