US Bankruptcy Court AMC
The Honorable Judith Fitzgerald
15th Om. Obj.
Response due 10/24

Fanette L. Stewart - Fanette Stewart
621 East 40th Avenue
Spokane, Washington 99203-2901
(509) 747-3395 home
568-3065 work
280-5323 cell

October 21, 2005   2005 OCT 25   PM 12:45

Re: Claims Numbered 12750 and 12751
W.R. Grace and Company   01-01139 JFK

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

With honesty and trust, I filed my claims for asbestos removal from two pieces of property I have owned or own now.

I am not the person who had the asbestos installed in the homes. The asbestos was installed up to 48 years ago in the Tumwater, WA home at 901 SE Bates Street. It had a blown-on ceiling and the open beams were wrapped with asbestos insulation. I had to satisfactorily cover that asbestos before I sold the house as the banks would not loan money to new purchaser unless that were done. The best way to cover it was to sheet rock over it. Painting blown-on ceilings is not satisfactory as a dust mop going after spider webs knocks the pieces loose and they fall from the ceiling, leaving an unpainted bare surface with uncovered asbestos. The wrap-insulation was already painted, but after years of being there, it had begun to crack and peel.

It cost me $1200.00 to cover the surfaces with sheet rock and another $300.00 to seal the sheet rock and paint it. I provided those bills.

Many people owned the home before I did. I happened to be the person who owned it when the laws were passed that prohibited the use of asbestos as it had been used in my home. Of the five or more owners of that property, I had to suffer the financial burdens alone. I had to acknowledge the existence of the asbestos on the real estate disclosure form and prove that I had taken care of it before a sale could be closed. You can rest assured that I would not have disclosed the existence of asbestos had it not been there.

I have no way of providing bills for the original installation of the products as the builder was long out of business and had passed away prior to 1979 when I bought the home. I cannot even provide the test information as those records also are unavailable. All businesses destroyed asbestos records if they were 10 years old or older the moment the laws were passed banning its use. I did provide the bills for the cost of covering the asbestos. Other companies destroy the records after 10 years.

For the property at 621 East 40th in Spokane, WA, the asbestos still exists as insulation on the furnace ducts. It has been painted; it is cracking and peeling. **I cannot install a new furnace** without removing the asbestos-covered ducts. I did supply the estimate for the removal of the asbestos (IRS Environmental, who also tested the material). Banner Fuel, here in Spokane is the company that refuses to install a new furnace without removal of the asbestos/ducts. Banner very well may have been the company that insulated the ducts with asbestos as they used to do that. However, they have no records past 10 years ago. Convenient for them, but a travesty for me. I cannot prove when it was installed or by whom, but I must pay $2880.00 (plus tax) to remove the ducts and I do not know how much it will cost to replace the ducts.

The fact remains that Grace was the company that mined the product and that product has caused and will cause more financial hardship for me. Where does honesty come in for them? They are being held responsible for the product and its effect on people and the environment. It is not fair to those of us who can't provide the air quality tests, etc., to be eliminated from the adjudication and from receiving compensation for the costs of removing the asbestos. The problem at this home is not present air quality. The problem is that I cannot install a new furnace without first removing the asbestos which has to be done by a Hazmet team and it is expensive. So the problem is financial for me. The problem in Tumwater (Olympia) was that I could not sell the house without

properly covering the existing asbestos on the ceilings and the open beams. The furnace is well over fifty years old ... maybe 65 and it needs to be replaced. In order to do so, I have a huge expense up-front to remove the asbestos.

I object to the fact that Grace says that I did not furnish documentation proving the use of a Grace product. How many asbestos mines are/were there in the US? And if there were any other companies, why are they not being held libel for the product? Grace mines were virtually next door to Washington state. There is no question in my mind that the products used in both my homes were of Grace origin. I have the misfortune of being the end of a list of owners who got caught in the new laws and am now at the mercy of a company who does not wish to make it right for those of us who suffered financially.

Are they making people with lung disease caused by asbestos prove that they actually breathed air contaminated only by Grace products?

I am objecting to the Grace objections to my claims.

Respectfully,

Fanette L. Stewart

Fanette Stewart
Fanette L. Stewart

PS :: I have enclosed other documents and samples of the existing asbestos from 621 East 40th. Maybe they can recognize it!

Name of Debtor(s):   WR Grace & Co., et. al.

Claimant:            Fanette Lloys Stewart
                     621 East 40th Avenue
                     Spokane, WA 99203-2901
                     [509] 747-3395 or [509] 280-5323 (cell)

Authority to reconcile: same as above

Case numbers: 02111594524778 and 0211159452779   Claim numbers: 12750 and 12751

Grace Case No. 01-01139 JFK

Hearing date: NA     Responses due: February 7, 2005

**Property at 901 East Bates Street SE   Tumwater, WA   98501   Claim # 12750 :: 02111594524778**

For the above property I cannot get the test results, but have included the bill for covering the popcorn ceiling and the open beams with sheetrock [$1200.00]. That does not include the cost of sealing and painting the sheetrock which was an additional $200.00. I have added to this packet copies of emails from one of the persons who remembers the testing and the positive results, but does not have access to the records. And also - now included - are copies of the two property disclosure statements that were made and signed by me when I listed the property for sale on two different occasions (2000 and 2002). You can be damn well sure that I would never have divulged the existence of asbestos had it not been a true fact! (I did not file a claim for the asbestos backed linoleum that we removed on our own prior to knowing it was backed with asbestos.)

**Property at 621 East 40th Avenue   Spokane, WA 99203-2901   Claim #12751 :: 0211159452779**

For the Spokane property, I have added a piece of the asbestos covering or wrap that exists on the furnace ducts. It will cost over $2800.00 to remove and replace the ducts and I cannot get a new furnace until the asbestos-covered ducts are removed and replaced. To this packet, I have added a clipping of the asbesos wrap. I do not know what further proof you need or want.

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::;

I am 69 years old and retired and cannot afford an attorney to help me understand your legalese, and so I am complying with your requests to the best of my ability. I certainly should be entitled to compensation for damages to both pieces of property.

I was not the only person who had owned either property, but am obligated by being the present owner to take care of the asbestos. I was the the 5th person to own the property at 901 Bates, but was solely responsible for covering and disclosing it. I could not sell the home without taking care of the ceiling and beam wrap.

I also am the 5th owner of the property at 621 East 40th, and as the present owner, I am also solely responsible for correcting the situation. I need a new furnace and cannot have one installed until the asbestos is taken care of. Not only are the ducts wrapped, but the furnace also has several places with asbestos wrap. Thank you for your consideration of both of these claims.

Respectfully,

*Fanette L. Stewart*
Fanette Lloys Stewart

August 19, 2003

*smlh*

To: The Honorable Judith K. Fitzgerald
     United States Bankruptcy Judge.

Re: District of Delaware Bankruptcy Court
Debtors' Second Omnibus Objection to Claims (Nonsubstantive)
Cases Numbered (2) 01-01139 (JFK)
Debtors': W.R.Grace et.al.

Fanette L. Stewart
621 East 40th Avenue
Spokane, WA 99203-2901
daytime :: [509] 568-3065
before 8 AM and after 7 PM pdt...[509] 747-3395
cellular :: [509] 280-5323

Claim: $1200.00 for Tumwater property and $2880.00 for Spokane property. Total=$4080.00

Enclosed please find documentation in proof of claims for asbestos material at 621 East 40th
Avenue, Spokane, WA 99203 and at 901 East Bates St. SE, Tumwater, WA 98501.

I was on vacation when the documents arrived from you and have responded as best as I can. I do
not know what kind of documentation you need, but a bill for the encapsulation of asbestos in
Tumwater is enclosed and an estimate for removal of asbestos in Spokane is also enclosed.

Doug Sharp owns the construction company that did the work in Tumwater in 1996. He was
assisted by his brother, Kenny, who died in a tragic house fire several years ago.

I can send you a piece of the insulation from the furnace ducts in Spokane. That should be final
and lasting proof.

I oppose the Second Omnibus Objection because I did have to encapsulate asbestos at the
Tumwater property and now have to remove it at my Spokane address. The asbestos in Spokane
is fraying on the edges that fold over the ducts even though it has been painted and it has been
duct taped at the seams, which are also coming apart and fraying.

Thank you for consideration in this matter. I can be reached at [509] 568-3065 during the day and
at [509] 747-3395 until 8 AM and after 7 PM, PDT.

*Fanette L. Stewart*

Fanette L. Stewart

cc: *Pachulski et al*
    *Kirkland & Ellis LLP*

*I cannot add*
*upgrade old*
*converted (coal to oil)*
*furnace w/o removal*
*asbestos removal.*

/OICE

Douglas Sharp

**No.**

INVOICE DATE
Sept 1, 1986

CUSTOMER'S ORDER NO.

SOLD TO
F. Stewart
901 East Bates st.
Olympia   Wash.

SHIP TO.

| SALESPERSON | SHIPPED VIA | TERMS | F.O.B. |
|---|---|---|---|
| | | | |

| QTY ORDERED | QTY. SHIPPED | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| | | Sheetrock Ceiling & Beams | | |
| | | in Front room, kitchen & hall | | |
| | | to capsulat asspestis | | |
| | | SK: (asbestos) | | |
| | | | | |
| | | | | |
| | | | | |
| | | | $1200 | 00 |

NC2672

INVOICE

Pd in full

Case # 01-01139 (JFK)
WR Grace & Co

Owner will or has already:

- ► Painted Ceilings in livingroom and kitchen
- ► Clean, paint family room & repair the ceiling in family room and paint laundry room, including floor. (Gray paint this time)
- ► Clean carpets professionally and polish hardwood floors
- ► Repair oven door and paint inside of kitchen cupboards
- ► Replaced linoleum in kitchen (good condition now)
- ► Leave all major appliances for buyer except microwave. Includes expensive Modernmaid down-draft gas cooking stove, side-by-side refrigerator w/ice maker, washer, dryer
- ► Replace gasket in spa/paint spa surround
- ► Remove electric hot water heater from basement unless buyer wants to keep it. Could be reconnected to solar panel and used as backup for extra hot water. Or could be connected to hot tub.
- ► Remove solar panels unless buyer wants to keep them.
- ► Provide engineer's report for water in basement, list of all repairs and drains installed and engineer contact should problem continue
- ► Asbesto popcorn ceiling has been covered with sheetrock and sealed and painted (Living room and Kitchen)
- ► Asbestos wrapped open beams in kitchen and living room have also been sheetrocked, sealed and painted.
- ► Furnace oil tank at front ne corner of house has been adjudicated (tested and filled).

Fanette Stewart
754-8599 or
(509) 625-5354 day
(509) 747-4826 evening
  " 747-3395 home
  " 280·5323 cell
  " 568·3065 wrk

*back page of disclosure for real estate sale in (Olympia) Tumwater 2002*

*Sent cc of bill to cover w. orig claim*

# IRS ENVIRONMENTAL

**ASBESTOS * LEAD *MOLD * CLEAN INTERIOR DEMOLITION * FLOOR PREPARATION**
12415 E. TRENT*SPOKANE,WASHINGTON*PH.(509) 927-7867*FAX 928-3933 *www.irsenviro.com

August 14, 2003

Fanette Stewart
621 E. 40th
Spokane, WA  99203

RE:    Removal of asbestos tape and paper, furnace and ductwork.

Dear Fanette,

*Option One:*
Our price to remove asbestos tape from furnace and duct 6' back, in order to facilitate installation
of new furnace while leaving existing duct in place. Duct which is left in place will be repaired
where damaged. Furnace will be removed:                    **$ 1,174.00**

*Option Two:*
Our price to remove asbestos from all accessible duct, registers and returns, and to remove
furnace and ductwork completely to facilitate installation of new furnace and duct work:
                                                         **$ 2,880.00**

**Prices Include:**   Air monitoring before during and after asbestos removal.  Washington State
trained and certified asbestos supervisor and workers. Asbestos liability insurance.
Transportation and disposal of asbestos at an EPA approved facility.

**Prices Exclude:**
1.     Sales tax.
2.     Removal of asbestos hidden in or behind walls, above ceilings or under floors that cannot
       be accessed without demolition.
3.     Replacement of furnace and duct that is removed.

Please let me know if you have any questions Fanette. We appreciate the opportunity to be of
service. *If you would like additional information about our company, you will find a
qualifications statement at www.irsenviro.com.*

Respectfully,


*Robert Reed*

### ACCEPTANCE
You are hereby authorized to furnish all materials and labor required to complete the work mentioned in the above
proposal, for which_____agrees to pay the amount mentioned
in said proposal. Full amount due within 30 days from date of invoice (1 1/2 percent service charge on balances after
30 days).