IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

FILED 2005 OCT 25 PM 3: 20
US BANKRUPTCY CLERK
DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| W.R. Grace & Co., <u>et al.</u>,   Debtors, | Case No. 01-01139 (JKF)<br>(Jointly Administered) |

## <u>NORTHEAST MINNEAPOLIS RESIDENTS' RESPONSE TO DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO CLAIMS</u>

### INTRODUCTION AND BACKGROUND

This response is filed on behalf of the Minneapolis claimants ("Claimants") identified in Debtors' Fifteenth Omnibus Objection to claims as the "Minneapolis" claims. Claimants identified below are residents of the Northeast Minneapolis neighborhood and Superfund site (EPA project # MNN000508056) where, from the 1950's to 1989, Debtor W.R. Grace disposed of asbestos-contaminated vermiculite by offering and distributing it throughout the neighborhood as "free crushed rock":

| <u>Name of Claimant</u> | | <u>ADDRESS</u> | <u>CITY</u> | <u>ST</u> | <u>ZIP</u> | <u>CASE NUMBER</u> | <u>CLAIM NUMBER</u> |
|---|---|---|---|---|---|---|---|
| Lawrence | Barker | 1606 Jefferson Street NE | Minneapolis | MN | 55413 | 01-01140 | 11331 |
| Wallace | Barko, Jr. | 1916 3rd Street NE | Minneapolis | MN | 55418 | 01-01140 | 11332 |
| Sue | Branch | 1226 Washington St. NE | Minneapolis | MN | 55413 | 01-01140 | 11333 |
| Scott | Cauwels | 4021 Wooddale Avenue S | St Louis Park | MN | 55416 | 01-01140 | 11264 |

| Adam | Chase | 1427 Adams Street NE | Minneapolis | MN | 55413 | 01-01140 | 11334 |
|---|---|---|---|---|---|---|---|
| Dwight | Christensen | 681 Summer Street NE | Minneapolis | MN | 55413 | 01-01140 | 11336 |
| Caroline | Cisewski | 1332-1334 Madison Street NE | Minneapolis | MN | 55413 | 01-01140 | 11335 |
| James | Craig | 2101 5th Street NE | Minneapolis | MN | 55418 | 01-01140 | 11337 |
| Brad | Daystar | 508 20th Avenue NE | Minneapolis | MN | 55418 | 01-01140 | 11338 |
| Mark | DePauw | 1338 Jefferson Street NE | Minneapolis | MN | 55418 | 01-01140 | 11339 |
| David & Gail | Fiebiger | 1316 Jefferson Street NE | Minneapolis | MN | 55413 | 01-01140 | 11340 |
| Jordan | Fineberg | 825 19th Avenue NE | Minneapolis | MN | 55418 | 01-01140 | 11341 |
| Jean | Forland | 1515 4th Street NE | Minneapolis | MN | 55413 | 01-01140 | 11342 |
| Patricia | Foss | 636 22nd Avenue NE | Minneapolis | MN | 55413 | 01-01140 | 11343 |
| Steven | Fuller | 1212 Jefferson Street NE | Minneapolis | MN | 55413 | 01-01140 | 11344 |
| Larry | Gallagher | 2311 Whitewater Creek Road | Whitewater | CO | 81527 | 01-01140 | 11345 |
| Julie | Gubbin | 1508 Madison Street NE | Minneapolis | MN | 55413 | 01-01140 | 11346 |
| Tobi | Harris | 1530 California Street NE | Minneapolis | MN | 55413 | 01-01140 | 11347 |
| Patricia | Hughes | 2212 Howard Street NE | Minneapolis | MN | 55418 | 01-01140 | 11348 |
| Keith | Johnson | 2314 Quincy Street NE | Minneapolis | MN | 55418 | 01-01140 | 11349 |
| Trista | Jonk | 1813 Jackson Street NE | Minneapolis | MN | 55418 | 01-01140 | 11350 |
| Martin | Kouri | 1138 Jefferson Street NE | Minneapolis | MN | 55413 | 01-01140 | 11351 |
| Namie & Doris | Kouri | 1138 Jefferson Street NE | Minneapolis | MN | 55413 | 01-01140 | 11352 |
| Thomas | Kouri | 2000 4th Street NE | Minneapolis | MN | 55418 | 01-01140 | 11353 |
| Wayne | Kovensky | 1407 Adams Street NE | Minneapolis | MN | 55413 | 01-01140 | 11354 |
| Leo | Kuelbs | 1202 Jefferson Street NE | Minneapolis | MN | 55413 | 01-01140 | 11355 |
| Ella | Kuha | 2106 4th Street NE | Minneapolis | MN | 55418 | 01-01140 | 11356 |
| John | Landry | 20276 Spoonbill Ct. | Rogers | MN | 55374 | 01-01140 | 11357 |
| Timothy | Lees | 1518 Madison Street NE | Minneapolis | MN | 55413 | 01-01140 | 11358 |
| Gunda | Luss | 2117 25th Avenue South | Minneapolis | MN | 55406 | 01-01140 | 11359 |
| Philip | Martin | 1610 Madison Street NE | Minneapolis | MN | 55413 | 01-01140 | 11360 |

| First | Last | Address | City | State | Zip | Case | Claim # |
|---|---|---|---|---|---|---|---|
| Sharon | Martin | 1134 Jefferson St. NE, #1 | Minneapolis | MN | 55413 | 01-01140 | 11361 |
| Mike | Miskowiec | 1432 5th Street NE, #3 | Minneapolis | MN | 55413 | 01-01140 | 11362 |
| Robert | Nordstrom | 690 Lowry Avenue NE | Minneapolis | MN | 55418 | 01-01140 | 11363 |
| Chyleen | Ostlund | 1412 Monroe Street NE | Minneapolis | MN | 55413 | 01-01140 | 11364 |
| Zaharias | Pakirtzis | 7201 36th Avenue N Apt #118 | Crystal | MN | 55427 | 01-01140 | 11365 |
| Gary | Patch | 1502 Madison Street NE | Minneapolis | MN | 55413 | 01-01140 | 11366 |
| Mahtab | Rezai | 1539-4th Street NE | Minneapolis | MN | 55413 | 01-01140 | 11367 |
| John | Russinik | 429 20th Avenue NE | Minneapolis | MN | 55418 | 01-01140 | 11368 |
| Gail | Schack | 1210 Jefferson Street NE | Minneapolis | MN | 55413 | 01-01140 | 11369 |
| William | Schaefer | 1435 Adams Street NE | Minneapolis | MN | 55413 | 01-01140 | 11370 |
| Carla | Sellers | 1732 Jefferson Street NE | Minneapolis | MN | 55413 | 01-01140 | 11371 |
| Jean | Seymour | 1812 5th Street NE | Minneapolis | MN | 55418 | 01-01140 | 11372 |
| John | Smith | 2415 Garfield Street NE | Minneapolis | MN | 55418 | 01-01140 | 11373 |
| Jon | Soucek | 1715 5th Street NE | Minneapolis | MN | 55413 | 01-01140 | 11374 |
| Timothy | Speidel | 1724 Jefferson Street NE | Minneapolis | MN | 55413 | 01-01140 | 11375 |
| St. John's Lutheran Church | | 610 Broadway St NE | Minneapolis | MN | 55413 | 01-01140 | 11378 |
| Delores | Sydloski | 1431-4th Street NE | Minneapolis | MN | 55413 | 01-01140 | 11376 |
| Clemens | Szykulski | 2407 Jefferson Street NE | Minneapolis | MN | 55418 | 01-01140 | 11377 |
| Elizabeth | Taft | 1718 Jefferson Street NE | Minneapolis | MN | 55418 | 01-01140 | 11380 |
| Brian | Treffert | 2331 Monroe Street NE | Minneapolis | MN | 55418 | 01-01140 | 11379 |
| Paul | Van ryswyk | 1927 University Avenue NE | Minneapolis | MN | 55418 | 01-01140 | 11381 |
| Randy | Vanderwood | 1337 Adams Street NE | Minneapolis | MN | 55413 | 01-01140 | 11382 |
| William | Worley | 1720 6th Street NE | Minneapolis | MN | 55413 | 01-01140 | 11383 |

All Claimants allege that Debtor W.R. Grace's contamination of their Northeast Minneapolis neighborhood has caused a diminution in value to their real estate. Claimants specifically allege that they have suffered stigma loss, a measurable property

value loss associated with real estate in proximity to contaminated property, and that this loss is recoverable under Minnesota law.

## ARGUMENT

In Debtors' Fifteenth Omnibus Objection to Claimant's claims, Debtors incorrectly assert that Minnesota does not recognize "stigma" as a recoverable property loss. This misrepresents Minnesota law. In Dealer's Mfg. Co. v. County of Anoka, 615 N.W.2d 76 (Minn. 2000), the Minnesota Supreme Cout held that the stigma associated with present, past or potential environmental contamination is a recoverable property loss. In Dealers, the plaintiff was a property owner challenging the county's assessment of its property, which was a state superfund site in the midst of clean up.

In Dealers, the Minnesota Supreme Court overturned the lower court and accepted the testimony of MAI appraiser Al Leirness and uniform appraisal standards in holding that environmental contamination and the "stigma" associated with contaminated, formerly contaminated, and potentially contaminated property is a recoverable property loss. The Court correctly acknowledged that stigma can exist where contamination is "present, [is] threatened, [or is] totally absent." Id. at 79. The Court reasoned that "clean up costs, fear of liability, lack of mortgageability" are factors that a court should consider in valuing property that is contaminated, formerly contaminated, or near known contaminated property.

Based on the holding in Dealers alone, Debtors' objection to the Northeast Minneapolis claims should be denied.

Debtors further specifically object to Claimants' claims, charging that claimants have failed to provide "supporting documentation. Debtors have contended that Bankrupty Rule 3001(c) allows the Court to deny, reduce or reclassify Claimants' claims for failure to provide supporting documentation. Debtors' reliance on Rule 3001(c) is misplaced.

Rule 3001(c) requires that, where a claim is "based on a document" (e.g. a security interest in personal property), the document establishing the claim (e.g. the security agreement) be attached to the proof of claim. Claimants' claims here are not based on a discrete document. Claimants' claims are based on the widespread contamination of their neighborhood with microscopic particles of asbestos, many of which have yet to be contained and remediated.

All of the Claimants commonly claim damages as a result of Debtor's dissemination of asbestos-contaminated vermiculite throughout their Northeast Minneapolis neighborhood for a period of over 40 years. The EPA's initial visual inspection of these properties identified extremely high quantities (8 to 20% percent in some outdoor samples) of contamination.

All Claimants' claims referenced the lawsuit of Chase v. W.R. Grace Co.-Conn., (Ex. E, Hennepin County File No. 00-014792.) In October of 2000, Claimant Adam Chase, on behalf of himself and all other Northeast Minneapolis residents affected by the contamination, commenced a putative class action against Debtor, alleging violations of the Minnesota Environmental Response and Liability Act ("MERLA"), the Minnesota Consumer Fraud Act, nuisance, strict liability, and negligence.

In his Complaint Mr. Chase sought, for himself and all others similarly situated, the costs of investigation, soil borings, remediation, the loss in value to his property due to contamination and loss in value to his property due the ongoing "stigma" caused by the widespread contamination (and, at present, possibly incomplete remediation) of properties in the neighborhood. Debtor filed for bankruptcy protection in April of 2001, staying Mr. Chase's putative class action.

All Claimants referenced the Chase lawsuit in their Proof of Claim forms, thus providing Debtors with notice of the precise nature of their claims. Debtors are further acutely aware of the actual contamination WR Grace caused in Northeast Minenapolis, as the neighborhood is now a Superfund site managed by the EPA with assistance from the Minnesota Pollution Control Agency.

## CONCLUSION

In sum, Debtors' objection incorrectly asserts that Minnesota does not recognize stigma as a recoverable property loss. Debtors' objection that Claimants have not provided adequate notice of the nature and extent of their claims is similarly without merit. Claimants' Proofs of Claim specifically alleged stigma loss and referenced their relationship with a putative class action seeking recovery of this loss. As indicated by its objection identifying Claimants as the "Minneapolis" claims, Debtor is certainly aware that Claimants are all residents of a Superfund site under the administration of the United States Environmental Protection Agency. For these reasons and the reasons cited in the argument above, Debtors' objection to Claimants' claims should be denied.

Dated: 10-24-05

*[signature]*

Dan Biersdorf (8187)
Bill Butler, Of Counsel (227912)
BIERSDORF & ASSOCIATES, P.A.
Suite 4100
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 339-7242

ATTORNEYS FOR CLAIMANTS

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

**FILED**
**2005 OCT 25  PM 3: 20**
US BANKRUPTCY CLERK
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors, | (Jointly Administered) |

### AFFIDAVIT OF DAN BIERSDORF

1. I am one of the attorneys that have assisted the Claimants identified in the attached Response to Objection in asserting their claims against Debtors.

2. Within the last fourteen days, our office attempted to establish an electronic case filing account with this Court. We were informed that, because of the recent change in the Bankrupty law and resultant increased case filing volume, there was no guarantee that the Court could establish an account in time to allow an ECF filing of Claimants' response. As a result, we have arranged for this paper filing.

Dan Biersdorf

Subscribed and sworn to before me this 24th day of October, 2005.

NOTARY PUBLIC

Teresa L. Scholtz
Notary Public - Minnesota
My Commission Expires January 31, 2008