W.R. Grace
Claim No. 10652

# Asbestos Constituent Analysis

# MVA Project No. 5394

## W.R. Grace Claim #10652

## DGS Claim #1011576

## Building Address:
## 714 P Street, Sacramento

Prepared by:

**Department of General Services**
**Real Estate Services Division**
**Professional Services Branch**
**707 3rd Street, 4th Floor**
**West Sacramento, CA 95605**



28 March 2003

Mr. Dan Hood, Project Manager
Department of General Services
Real Estate Services Division
Professional Services Branch
707 3rd Street. Suite 4-430
West Sacramento. CA  95605

Re:     Asbestos Constituent Analysis; MVA Project No. 5394

Dear Mr. Hood:

    Enclosed is MVA. Inc.'s  Report of Results of our analyses of samples we have received from you for identification of product manufacturer.

    Thank you for consulting MVA, Inc. If you have any questions about this report, please do not hesitate to call either of us at 770-662-8509. or by email at tvanderwood@mvainc.com. We will retain your samples for thirty days prior to disposing of them.

Sincerely,

Randy Boltin.
Senior Research Scientist

Tim B. Vander Wood, Ph.D.
Executive Director

\\Leslie\mva_data\PROJECTS\Proj5300\5394\rpt032803_5394.doc

Report of Results: MVA5394

Asbestos Constituent Analysis

Prepared for:

Department of General Services
Real Estate Services Division
Professional Services Branch
707 3rd Street, Suite 4-430
West Sacramento, CA  95605

Prepared by:

MVA, Inc.
5500 Oakbrook Parkway, Suite 200
Norcross, GA 30093

28 March 2003

\\LESLIE\mva_data\PROJECTS\Proj5300\5394\rpt032803_5394.doc



MVA, Inc.
— Excellence in —
Microanalysis

5500 Oakbrook Parkway #200
Norcross, GA  30093
770-662-8509 • FAX 770-662-8532
www.mvainc.com

## Report of Results:  MVA5394

## Asbestos Constituent Analysis

### Introduction

The samples were first examined by polarized light microscopy (PLM) including microchemical tests.  If necessary, the samples were further analyzed by scanning electron microscopy (SEM) combined with energy dispersive x-ray spectrometry (EDS), and by analytical electron microscopy (AEM) utilizing EDS and/or selected area electron diffraction (SAED).  Wet chemistry was also performed on certain samples to determine a soluble weight percent.

Product formula matches were derived from comparison between determined sample composition and available product formulas.  In any case where more than one product formula matched the determined composition, each match was noted.  If no available product formula matched the determined sample composition, a 'no match' was indicated.

### Results

Product formula matches are noted in Table 1 on the following page. Table 2 contains MVA sample number assignments and additional details of the analytical results from these samples as well as the samples previously submitted.  An appendix containing all of the analytical results not previously forwarded follows.

**TABLE 1.** Product Formula Matching Results

The following samples were a positive match for W.R Grace's Monokote (MK-3):

| | |
|---|---|
| OB8-022603-01 | OB9-0220603-02 |
| ASH-030603-01 | SCC-AD-A-030503-02 |
| CCI-030503-01 | CCI-030503-05 |
| CYA-02 | |

The following samples were a positive match for W.R. Grace's Zonolite Acoustical Plastic:

SSRH030303-01 Layer A        SSRH-030303-03 Layer A

The following samples were a positive match for W.R, Grace's Zonolite Finish Coat:

SSRH030303-01 Layer B        SSRH-030303-03 Layer B

The following sample was a positive match for U.S. Gypsum's Imperial QT Texture Finish:

PH-RES-030403-02

**Table 2.** Detailed Sample Descriptions

| Location | Sample ID | MVA-ID | Findings | first reported |
|---|---|---|---|---|
| 120 Spring St | 120-1-01 | 5394-N0034 | No Asbestos | 2/27/03 |
| 120 Spring St | 120-1-02 | 5394-N0036 | No Asbestos | 2/27/03 |
| 2501 Harbor Blvd. | 3234-1-03 | 5394-N0044 | WRG Zonolite Acoustical Plastic | 2/27/03 |
| 2501 Harbor Blvd. | 3265-1-01 | 5394-N0042 | No match | 2/27/03 |
| 2501 Harbor Blvd. | 3277-2-05 | 5394-N0046 | No Asbestos | 2/27/03 |
| 28 Civic Center Plaza | 28-1-01 | 5394-N0038 | WRG Monokote (MK3) | 2/27/03 |
| 28 Civic Center Plaza | 28-2-03 | 5394-N0040 | No ID-Inhomogeneous | 2/27/03 |
| 7650 S. Newcastle DSA 1023 | 1023-1-8-03-AT-1 | 5394-N0028 | WRG Monokote (MK3) | 2/27/03 |
| 7650 S. Newcastle DSA 969 | 969-1-8-03-AT-1 | 5394-N0026 | WRG Monokote (MK3) | 2/27/03 |
| 7650 S. Newcastle DSA 969 | 969-1-8-03-FP-1 | 5394-N0024 | WRG Monokote (MK3) | 2/27/03 |
| Agricultural Annex | AA-022603-01 | | Not Analyzed | |
| Agricultural Annex | AA-022603-02 | N0326 | No Asbestos | 3/18/03 |
| DMV HQ Bldg East DSA 3671 | 3671-FP-1803-01 | 5394-N0030 | No Match | 2/27/03 |
| DMV HQ Bldg East DSA 3671 | 3671-FP-1803-02 | | Not Analyzed | |
| OB8 | OB8-022603-01 | N0327 | WRG Monokote (MK3) | 3/18/03 |
| OB8 | OB8-022603-02 | | Not Analyzed | |
| OB9 | OB9-022603-01 | | Not Analyzed | |
| OB9 | OB9-022603-02 | N0320 | WRG Monokote (MK3) | 3/18/03 |
| Resources Bldg DSA 5 | 5-FP-1803-01 | 5394-N0032 | WRG Monokote (MK3) | 2/27/03 |
| Stockton OB DSA 901 | 34-1-8-03-AT-1 | 5394-N0020 | USG Audicote | 1/13/03 |
| Stockton OB DSA 901 | 34-1-8-03-FP-1 | 5394-N0022 | WRG Monokote (MK3) | 2/27/03 |
| Patton State Hospital | Admin #3 | N0402 | No Asbestos | 3/18/03 |
| Patton State Hospital | Admin #4 | N0403 | No Asbestos | 3/18/03 |
| Patton State Hospital | Admin Annex#1 | N0400 | No Asbestos | 3/18/03 |
| Patton State Hospital | Admin Annex#2 | N0401 | No Asbestos | 3/18/03 |
| Patton State Hospital | Audit#5 | N0404 | No Asbestos | 3/18/03 |
| Patton State Hospital | Audit#6 | N0405 | No Asbestos | 3/18/03 |
| DFA HQ | FA-031303-01 | N0498 | No Asbestos | 3/18/03 |
| DFA HQ | FA-031303-02 | N0499 | No Asbestos | 3/18/03 |
| Napa State Hospital | NSH-258-030303-01 | | Not Analyzed | |
| Napa State Hospital | NSH-258-030303-02 | N0431 | No Asbestos | 3/18/03 |
| Napa State Hospital | NSH-168-030303-01 | N0432 | No Asbestos | 3/18/03 |
| Napa State Hospital | NSH-168-030303-02 | | Not Analyzed | |
| Peddler Hills | PH-DORM-030403-01 | N0434 | No Match | 3/18/03 |
| Peddler Hills | PH-DORM-030403-02 | | Not Analyzed | |
| Peddler Hills | PH-RES-030403-01 | | Not Analyzed | |
| Peddler Hills | PH-RES-030403-02 | N0437 | USG Imperial QT Texture Finish | 3/18/03 |
| Northern Youth Corr Rec Center | NYCRC-MW-030403-01 | N0438 | No Asbestos | 3/18/03 |
| Northern Youth Corr Rec Center | NYCRC-MW-030403-02 | | Not Analyzed | |
| CHP Training Center | CHP-MPC-030403-01 | | Not Analyzed | |
| CHP Training Center | CHP-MPC-030403-02 | N0441(A) | No asbestos | 3/18/03 |
| CHP Training Center | CHP-MPC-030403-02 | N0441(B) | Insufficient sample | 3/18/03 |

| Location | Sample ID | MVA-ID | Findings | first reported |
|---|---|---|---|---|
| Stockton Facility | SF-030403-01 | N0458 | No Match | 3/18/03 |
| Stockton Facility | SF-030403-02 | | Not Analyzed | |
| Stockton Facility | SF-030403-03 | N0456 | No Asbestos | 3/18/03 |
| Stockton Facility | SF-030403-04 | | Not Analyzed | |
| Sierra S Reg HQ Shop | SSRH-030303-01 | N0450(A) | WRG Zonolite Acoustical Plastic | 3/18/03 |
| Sierra S Reg HQ Shop | SSRH-030303-01 | N0450(B) | WRG Zonolite Finish Coat | 3/18/03 |
| Sierra S Reg HQ Shop | SSRH-030303-02 | | Not Analyzed | |
| Sierra S Reg HQ Warehouse & Offices | SSRH-030303-03 | N0452(A) | WRG Zonolite Acoustical Plastic | 3/18/03 |
| Sierra S Reg HQ Warehouse & Offices | SSRH-030303-03 | N0452(B) | WRG Zonolite Finish Coat | 3/18/03 |
| Sierra S Reg HQ Warehouse & Offices | SSRH-030303-04 | | Not Analyzed | |
| Sierra S Reg HQ Warehouse & Offices | SSRH-030303-05 | N0454 | No Asbestos | 3/18/03 |
| Sierra S Reg HQ Warehouse & Offices | SSRH-030303-06 | N0455 | No Asbestos | 3/18/03 |
| OH Close Youth Corr Facility | OHYCF-030303-01 | N0444 | No Asbestos | 3/18/03 |
| OH Close Youth Corr Facility | OHYCF-030303-02 | | Not Analyzed | |
| OH Close Youth Corr Facility | OHYCF-030303-03 | N0446 | No Asbestos | 3/18/03 |
| OH Close Youth Corr Facility | OHYCF-030303-04 | N0447 | No Asbestos | 3/18/03 |
| OH Close Youth Corr Facility | OHYCF-030303-05 | N0448 | No Asbestos | 3/18/03 |
| OH Close Youth Corr Facility | OHYCF-030303-06 | | Not Analyzed | |
| Karl Holton Youth Corr D&A Trtmnt Fac | KHYC-030303-01 | N0442 | No Asbestos | 3/18/03 |
| Karl Holton Youth Corr D&A Trtmnt Fac | KHYC-030303-02 | | Not Analyzed | |
| Atascadero Warehouse | ASH-030503-01 | N0469 | No Asbestos | 3/18/03 |
| Atascadero Warehouse | ASH-030503-02 | N0470 | No Asbestos | 3/18/03 |
| Atascadero New Treatment Unit | ASH-030603-01 | N0471 | WRG Monokote (MK3) | 3/18/03 |
| Atascadero New Treatment Unit | ASH-030603-02 | | Not Analyzed | |
| Sierra Conservation Center | SCC-AD-A-030503-01 | | Not Analyzed | |
| Sierra Conservation Center | SCC-AD-A-030503-02 | N0468 | WRG Monokote (MK3) | 3/18/03 |
| CCI Bldg J | CCI-030503-01 | N0473 | WRG Monokote (MK3) | 3/18/03 |
| CCI Bldg J | CCI-030503-02 | | Not Analyzed | |
| CCI Bldg P | CCI-030503-03 | N0475 | No Asbestos | 3/18/03 |
| CCI Bldg P | CCI-030503-04 | N0476 | No Asbestos | 3/18/03 |
| CCI Bldg B | CCI-030503-05 | N0477 | WRG Monokote (MK3) | 3/18/03 |
| CCI Bldg B | CCI-030503-06 | | Not Analyzed | |
| CCI Vocational | CCI-030503-07 | N0479 | No Asbestos | 3/18/03 |
| CCI Vocational | CCI-030503-08 | N0480 | <1% Amosite. No match | 3/18/03 |
| Deuel Vocational Institute | DVI-IW-030703-01 | N0481 | No Match | 3/18/03 |
| Deuel Vocational Institute | DVI-IW-030703-02 | | Not Analyzed | |
| DMV HQ Sacramento | DMV031203-01 | N0496 | No Match | 3/18/03 |
| Dmv, HQ Sacramento | DMV031203-02 | N0497 | No Asbestos | 3/18/03 |
| Employment Development Annex | EDA-022603-01 | N0323 | No Asbestos | 3/18/03 |
| Employment Development Annex | EDA-022603-02 | N0324 | No Asbestos | 3/18/03 |
| Central Office | CO-022603-01 | N0321 | (LAYERED) No Asbestos | 3/18/03 |
| Central Office | CO-022603-02 | | Not Analyzed | |
| Ventura Youth Corr Fac | CYA-01 | | Not Analyzed | |
| Ventura Youth Corr Fac | CYA-02 | N0409 | WRG Monokote (MK3) | 3/18/03 |
| LA EDD-S. Broadway | EDD-01 | N0406 | No Asbestos | 3/18/03 |

| Location | Sample ID | MVA-ID | Findings | first reported |
|---|---|---|---|---|
| LA EDD-S. Broadway | EDD-02 | | Not Analyzed | |
| Agricultural Annex | AA-022603-01 | | Not Analyzed | |
| Agricultural Annex | AA-022603-02 | N0326 | No Asbestos | 3/18/03 |
| CA Inst. For Women | CAFE#1 | N0393 | No Asbestos | 3/18/03 |
| CA Inst. For Women | CAFE#2 | N0394 | No Asbestos | 3/18/03 |
| CA Inst. For Women | RC Admin #7 | N0399 | No Asbestos | 3/18/03 |
| CA Inst. For Women | WARE#1-#3 | N0395 | No Asbestos | 3/18/03 |
| CA Inst. For Women | WARE#1-#4 | | Not Analyzed | |
| CA Inst. For Women | WARE#2-#5 | N0397 | No Asbestos | 3/18/03 |
| CA Inst. For Women | WARE#2-#6 | | Not Analyzed | |

**MVA, Inc.**

**Data Interpretation**

**Sample ID:**  MVA5394 - N0327

**Project:**  State of California

**Location:**  OB8

**Type:**  Fireproofing

**Construction Date:**  Not Provided

**Product Formula Matched:**  "Zonolite Monokote (MK-3)"

**Manufacturer:**  W.R. Grace & Company

| Constituent Identified | Estimated Weight Percent (Avg)* |
|---|---|
| Chrysotile | ~14% |
| Vermiculite | ~28% |
| Gypsum & Minor Carbonate | ~58% |

**Comments:**

*Estimated weight percent based on light microscopy in conjunction with acid soluble test result.

MVA, Inc.

PLM Constituent Analysis

**Date:**    3/5/03

**MVA #:**    5394                    **Location:**    OB8, Basement Mechanical Room

**Sample I.D. #:**    N0327            **Client Sample I.D. #:**    OB8-022603-01

**Examination using the stereomicroscope:**    Tan to bronze flaky material with white fibers

| CONSTITUENT | % | CONSTITUENT | % | CONSTITUENT | % |
|---|---|---|---|---|---|
| Fibers: | | Pigment: | | Fillers: | |
| Cotton | - - - | Binders: | | Diatoms | - - - |
| Fiberglass | | **Kaolinite (-)** | ** | Iron Chromite | - - - |
| Filament | - - - | **Montmorillonite (-)** | ** | Iron Oxide | - - - |
| Wool | - - - | **Gypsum** | ~46 | **Limestone** | * |
| Mineral Wool | - - - | Anhydrite | - - - | **Magnetite** | ~1 |
| Hair | - - - | Portland Cement | - - - | Mica | - - - |
| Paper/Wood | | Lime (hydrated) | - - - | Perlite | - - - |
| Chem. Proc. | - - - | **Precipitated** | | Synthetic Foam | - - - |
| Mech. Proc. | - - - | **Carbonate** | * | Pumice | - - - |
| Synthetic | - - - | Starch (-) | - - - | Quartz | - - - |
| | | | | Talc | - - - |
| | | | | **Vermiculite** | ~35 |

### Asbestos Minerals

| | | | | | |
|---|---|---|---|---|---|
| **Chrysotile** | ~18 | Anthophyllite | - - - | Tremolite/ | |
| Amosite | - - - | Crocidolite | - - - | Actinolite | - - - |

**Comments:**    *Minor limestone and/or precipitated carbonate is included in the gypsum percentage. **The presence or absence of clay could not be confirmed by PLM.

**Analyst:**    William L. Turner, Jr.



Photomacrograph of MVA5394-N0327.



PLM photomicrograph of MVA5394-N0327.

## MVA, Inc.

### SEM Constituent Analysis

**Date:**  3/15/03

**MVA #:**  5394

*Particles identified are consistent in morphology and elemental composition with known references.

**Sample I.D. #:**  N0327

| CONSTITUENT | PRESENT |
|---|---|
| Fibers: | |
| Glass | - - - |
| Mineral Wool | - - - |
| Other | - - - |
| Fillers: | |
| Diatoms | - - - |
| Fe Particle | - - - |
| Mica | - - - |
| Perlite | - - - |
| Talc (elong) | - - - |
| Talc (platy) | - - - |
| Si | - - - |
| **Vermiculite** | Common |
| Other | - - - |
| Asbestos Minerals: | |
| Amosite | - - - |
| Anthophyllite | - - - |
| **Chrysotile** | Common |
| Crocidolite | - - - |
| Tremolite/Actinolite | - - - |

| CONSTITUENT | PRESENT |
|---|---|
| Pigments: | |
| Titanium | - - - |
| Barium | - - - |
| Zinc | - - - |
| Other | - - - |
| Binders: | |
| Clay | |
| Kaolin | - - - |
| Montmorillonite | - - - |
| Other | - - - |
| Ca | - - - |
| Ca-Mg | - - - |
| **Ca-S** | Common |
| Ca-Si | - - - |
| Ca-Al-Si | - - - |
| Ca-Fe-Al-Si | - - - |
| Mg-Fe | - - - |
| Al-Si | - - - |
| Others | - - - |

**Comments:**

**Microscopist:**    Tim B. Vander Wood



EDS spectrum (above) and SEM micrograph (below) of vermiculite.
MVA5394-N0327





EDS spectrum (above) and SEM micrograph (below) of gypsum.
MVA5394-N0327





MVA5394,N0327,gypsum

EDS spectrum (above) and SEM micrograph (below) of chrysotile and gypsum.
MVA5394-N0327



MVA, Inc.

AEM Constituent Analysis

**Date:** 3/13/03

**MVA #:** 5394

**Sample I.D. #:** N0327

| CONSTITUENT | PRESENT | CONSTITUENT | PRESENT |
|---|---|---|---|
| Fibers: | | Pigments: | |
| | | | |
| Glass fibers | - - - | $TiO_2$ | - - - |
| Others | - - - | $BaSO_4$ | - - - |
| | | ZnS | - - - |
| | | Other | - - - |
| | | | |
| Fillers: | | Binders: | |
| | - - - | | |
| Diatoms | - - - | Clay | |
| Fe Particle | - - - | Kaolin (xltn) | - - - |
| Mica | - - - | Kaolin (calc.) | - - - |
| Perlite | - - - | Smectite | - - - |
| Talc (elong) | - - - | Ca (ppt) | - - - |
| Talc (platy) | - - - | **Ca (xtln)** | Trace |
| Quartz | - - - | Ca-Mg, particle | - - - |
| **Vermiculite** | Common | Ca-S (ppt) | - - - |
| **Other- Feldspar** | Trace | **Ca-S (xtln)** | Common |
| **Platy Mg-Si** | Minor | Ca-Si (ppt) | - - - |
| Asbestos Minerals: | | Ca-Si, particle | - - - |
| | | Ca-Al-Si | - - - |
| Amosite | - - - | Ca-Fe-Al-Si | - - - |
| Anthophyllite | - - - | Mg-Fe, particle | - - - |
| **Chrysotile** | Common | Mg-S | - - - |
| Crocidolite | - - - | Si (ppt) | - - - |
| Tremolite/Actinolite | - - - | Si (xtln) | - - - |
| | | Others | - - - |

**Comments:** Platy Mg-Si particles are a probable contaminant of chrysotile.

**Analyst:** Randy Boltin

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0327   CA-S PARTICLE

POSSIBLE IDENTIFICATION
   CA KA KB
   S  KA
   CU KA
   SI KA

              PEAK LISTING
        ENERGY     AREA   EL. AND LINE
   1    1.741       78 SI KA
   2    2.311      575 S  KA
   3    3.678      649 CA KA
   4    4.003       59 CA KB
   5    8.037      380 CU KA

                                                    WRB
                                                    3/13/03

    MVA INC.                              THU 13-MAR-03  16:13
    Cursor: 0.000KeV = 0        ROI   (1) 0.000: 0.000



    0.000                              VFS = 64      10.240
       71    MVA5394-N0327  CA-S PARTICLE


                    AEM spectrum of a Ca-S particle.
                    MVA5394-N0327

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0327   VERMICULITE

POSSIBLE IDENTIFICATION
     CU KA KB LA
     SI KA
     MG KA
     AL KA
     FE KA
     CA KA
     TI KA OR  BA LA

          PEAK LISTING
          ENERGY    AREA  EL. AND LINE
     1    0.934      310  CU LA
     2    1.250     4989  MG KA
     3    1.489     1542  AL KA
     4    1.744     9921  SI KA
     5    3.693     1038  CA KA
     6    4.518      249  TI KA
     7    6.398     1413  FE KA
     8    8.025    13185  CU KA
     9    8.894     1764  CU KB

MVA INC.                              THU 13-MAR-03  15:56
Cursor: 0.000KeV = 0         ROI   (1) 0.000: 0.000



2.000                                  VFS = 1024   10.240
     61    MVA5394-N0327   VERMICULITE

AEM spectrum of vermiculite
MVA5394-N0327

```
QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0327   CHRYSOTILE

POSSIBLE IDENTIFICATION
   SI KA
   MG KA
   CU KA KB
   FE KA

         PEAK LISTING
      ENERGY    AREA   EL. AND LINE
   1   1.255    2058   MG KA
   2   1.743    2140   SI KA
   3   6.387     120   FE KA
   4   8.024     821   CU KA
   5   8.921     122   CU KB
```

MVA INC.                               THU 13-MAR-03  15:52
Cursor: 0.000keV = 0          ROI   (1) 0.000: 0.000



```
0.000                              VFS = 256    10.240
   60    MVA5394-N0327  CHRYSOTILE
```

AEM spectrum of chrysotile.
MVA5394-N0327

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0327   PLATY MG-SI (ANTIGORITE)

POSSIBLE IDENTIFICATION
    SI KA
    MG KA
    CU KA

           PEAK LISTING
      ENERGY    AREA  EL. AND LINE
  1   1.258      620  MG KA
  2   1.746      725  SI KA
  3   8.025      380  CU KA


       MVA INC.                          THU 13-MAR-03   16:00
       Cursor: 0.000keV = 0         ROI    (1) 0.000:0.000



      0.000                                VFS = 64      10.240
        60     MVA5394-N0327   PLATY MG-SI (ANTIGORITE)


            AEM spectrum of a platy Mg-Si (antigorite) particle.
                          MVA5394-N0327

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0327   ALKALI FELDSPAR

POSSIBLE IDENTIFICATION
    SI KA
    CU KA
    K  KA OR IN LA?
    AL KA

         PEAK LISTING
     ENERGY    AREA   EL. AND LINE
  1   1.475     170  AL KA
  2   1.744    1000  SI KA
  3   3.311     507  K  KA OR IN LA?
  4   8.030     505  CU KA


    MVA INC.                              THU 13-MAR-03  15:58

    Cursor: 0.000keV = 0        ROI    (1) 0.000: 0.000



                                       VFS = 128      10.240
        80     MVA5394-N0327   ALKALI FELDSPAR


                   AEM spectrum of alkali feldspar.
                         MVA5394-N0327

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0327   CA PARTICLE

POSSIBLE IDENTIFICATION
    CA KA KB
    CU KA

            PEAK LISTING
        ENERGY    AREA   EL. AND LINE
    1    3.687    1883  CA KA
    2    4.016     206  CA KB
    3    8.014     381  CU KA

    MVA INC.                        THU 13-MAR-03   16:16
    Cursor: 0.000KeV = 0        ROI   (1) 0.000: 0.000



    0.000                           VFS = 256   10.240
        61    MVA5394-N0327   CA PARTICLE

AEM spectrum of a Ca particle.
MVA5394-N0327

## MVA, Inc.

## Acid Soluble Weight Percent Determination

**Date:** 3/5/03

**MVA#:** 5394

**Sample I.D.#:** N0327

Initial Weights

| | | |
|---|---|---|
| 1. | Vial w/lid | 4.71475 |
| 2. | Vial + Sample | 4.87187 |
| 3. | Sample Weight (S2-S1) | 0.15712 |
| 4. | Filter (in container) | 10.06543 |

Weights Following Acid Treatment

| | | |
|---|---|---|
| 5. | Filter + Sample | 10.13213 |
| 6. | Insoluble Residue (S5-S4) | 0.06670 |
| 7. | Soluble Fraction (S3-S6) | 0.09042 |

Calculation

| | | |
|---|---|---|
| 8. | % Soluble (S7/S3) x 100% | ~58% |

**Comments:**

**Analyst:** William L. Turner, Jr.

W.R. Grace
Claim No. 10653

# Asbestos Constituent Analysis

# MVA Project No. 5394

## W.R. Grace Claim #10653

## DGS Claim #1011588

## Building Address:
## 7650 South Newcastle Road, Stockton

Prepared by:

Department of General Services
Real Estate Services Division
Professional Services Branch
707 3rd Street, 4th Floor
West Sacramento, CA 95605



MVA, Inc.
— Excellence in —
Microanalysis

27 February 2003

Mr. Dan Hood, Project Manager
Department of General Services
Real Estate Services Division
Professional Services Branch
707 3rd Street, Suite 4-430
West Sacramento, CA 95605



Re:    Asbestos Constituent Analysis. Contract No. 3056115; MVA Project No. 5394

Dear Mr. Hood:

Enclosed is our report for product formula matching conducted on thirteen (13) samples of acoustical plaster collected from various buildings. In three samples we found no asbestos (two from 120 S. Spring Street and one from 2501 Harbor Blvd. Costa Mesa. Building 3234). Two samples had compositions inconsistent with any US Gypsum or W.R. Grace product (the sample labeled DSA 3671 and the sample from 28 Civic Ctr. Plaza, Santa Ana). One sample from 2501 Harbor Blvd., Costa Mesa. Bldg. 3265 had several layers and we were unable to unambiguously separate them for constituent analysis.

One sample from 2501 Harbor Blvd., Costa Mesa. Bldg. 3265 was a positive match for W.R. Grace's "Zonolite Acoustical Plastic." The remaining samples were a positive match for W.R. Graces's MonoKote (MK-3).

Thank you for consulting MVA, Inc. Please contact us if you have any questions.

Sincerely,

Randy Boltin
Senior Research Scientist

Tim B. Vander Wood, Ph.D.
Executive Director

\\Leslie\mva_data\PROJECTS\Proj5300\5394\rpt022703_5394.doc

Report of Results:  MVA5394

Constituent Analysis
Various Buildings

Prepared for:

Mr. Dan Hood, Project Manager
Department of General Services
Real Estate Services Division
Professional Services Branch
707 3rd Street, Suite 4-430
West Sacramento, CA  95605

Prepared by:

MVA, Inc.
5500 Oakbrook Parkway, Suite 200
Norcross, GA 30093

27 February 2003

\\Leslie\mva_data\PROJECTS\Proj5300\5394\rpt022703_5394.doc



MVA, Inc.
— Excellence in —
Microanalysis

5500 Oakbrook Parkway #200
Norcross, GA  30093
770-662-8509 • FAX 770-662-8532
www.mvainc.com

## Report of Results:  MVA5394

### Constituent Analysis
### Various Buildings

### Introduction

This report contains the analytical results and their interpretation for thirteen samples of suspected asbestos containing building materials from various buildings that were sent to MVA, Inc. under Agreement #3056115.  The samples were first examined by polarized light microscopy (PLM) including microchemical tests.  If necessary, the samples were further analyzed by scanning electron microscopy (SEM) combined with energy dispersive x-ray spectrometry (EDS), and by analytical electron microscopy (AEM) utilizing EDS and/or selected area electron diffraction (SAED).  Wet chemistry was also performed on certain samples to determine a soluble weight percent.  The results of all analyses and a data interpretation sheet for the samples are included as an appendix to this report.

Product formula matches were derived from comparison between determined sample composition and available product formulas.  In any case where more than one product formula matched the determined composition, each match was noted.  If no available product formula matched the determined sample composition, a 'no match' was indicated.

### Results

The results of product formula matching for the samples are found in Table 1.  The data on which the matches rely are included on the Data Interpretation page in the appendix.

**Table 1:  Summary of Results**

**MVA Project No. 5394**

### Group 1
**Product Formula(s) Matched:**          No Asbestos Detected

|            Client Sample ID             |      MVA Sample ID      |
| --------------------------------------- | ----------------------- |
| 120-1-01 (120 S. Spring St., LA)        | MVA5394-N0034           |
| 120-2-03 (120 S. Spring St., LA)        | MVA5394-N0036           |
| 3277-2-05                               |                         |
| (2501 Harbor Blvd. Costa Mesa)          | MVA5394-N0046           |

### Group 2
**Product Formula(s) Matched:**          No Match

|            Client Sample ID             |      MVA Sample ID      |
| --------------------------------------- | ----------------------- |
| DSA 3671-FP-1803-01                     | MVA5394-N0030           |
| 28-2-03                                 |                         |
| (28 Civic Center Plaza, Santa Ana)      | MVA5394-N0040           |
| 3265-1-01                               |                         |
| (2501 Harbor Blvd. Costa Mesa)          | MVA5394-N0042           |

### Group 3
**Product Formula(s) Matched:**          Zonolite Acoustical Plastic

|            Client Sample ID             |      MVA Sample ID      |
| --------------------------------------- | ----------------------- |
| 3234-1-3                                |                         |
| (2501 Harbor Blvd., Costa Mesa)         | MVA5394-N0044           |

**Group 4**
**Product Formula(s) Matched:**        MonoKote (MK3)

| Client Sample ID | MVA Sample ID |
|---|---|
| 34-1-8-03-FP-1 | |
| (901 Stockton State Building) | MVA5394-N0022 |
| 969-1-8-FP-03-1 | |
| (7650 S. Newcastle Rd. Bldg. 969) | MVA5394-N0024 |
| 969-1-8-03-AT-1 | |
| (7650 S. Newcastle Rd. Bldg. 969) | MVA5394-N0026 |
| 1023-1-8-03-1 | |
| (7650 S. Newcastle Rd. Bldg. 969) | MVA5394-N0028 |
| DSA 5-FP-1803-01 | MVA5394-N0032 |
| 28-1-01 | |
| (28 Civic Center Plaza, Santa Ana) | MVA5394-N0038 |

MVA, Inc.

Data Interpretation

**Group:** 4

**Sample ID:**  MVA5394-N0022, -N0024, -N0026, -N0028, -N0032, -N0038

**Project:**  State of California

**Location:**  Various

**Type:**  N/A

**Construction Date:**  Not Provided

**Product Formula Matched:**  "Monokote (MK3)"

**Manufacturer:**  W.R. Grace

| Constituent Identified | Estimated Weight Percent (Avg)* |
|---|---|
| Chrysotile | ~11% |
| Vermiculite | ~34% |
| Gypsum including Limestone/ Precipitated Carbonate | ~55% |

**Comments:**  Minor limestone/precipitated carbonate is included with gypsum.
*Estimated weight percent based on light microscopy in conjunction with acid soluble test result.

MVA, Inc.

PLM Constituent Analysis

**Date:**    1/9/03

**MVA #:**    5394          **Location:**    7650 S. Newcastle Rd., Bldg. 1023,
                                             Protestant Chapel Northwest Corner

**Sample I.D. #:**   N0028        **Client Sample I.D. #**    1023-1-8-03-AT-1

**Examination using the stereomicroscope:**   White powder with brass-colored flakes
and white fibers; a white paint layer is present

| CONSTITUENT | % | CONSTITUENT | % | CONSTITUENT | % |
|---|---|---|---|---|---|
| Fibers: | | Pigment: | | Fillers: | |
| Cotton | - - - | Binders: | | Diatoms | - - - |
| Fiberglass | | Kaolinite (-) | - - - | Iron Chromite | - - - |
| Filament | - - - | Montmorillonite (-) | - - - | Iron Oxide | - - - |
| Wool | - - - | **Gypsum** | ~45 | Limestone | * |
| Mineral Wool | - - - | Anhydrite | - - - | **Magnetite** | <1 |
| Hair | - - - | Portland Cement | - - - | Mica | - - - |
| Paper/Wood | | Lime (hydrated) | - - - | Perlite | - - - |
| Chem. Proc. | - - - | **Precipitated** | | Synthetic Foam | - - - |
| Mech. Proc. | - - - | **Carbonate** | * | Pumice | - - - |
| Synthetic | - - - | Starch (-) | | Quartz | - - - |
| | | | | Talc | - - - |
| | | | | **Vermiculite** | ~40 |

<u>Asbestos Minerals</u>

| **Chrysotile** | ~15 | Anthophyllite | - - - | Tremolite/ | |
|---|---|---|---|---|---|
| Amosite | - - - | Crocidolite | - - - | Actinolite | - - - |

**Comments:**   The paint is excluded from this analysis. *Limestone/precipitated
carbonate is trace/minor and is included in the gypsum percentage.

**Analyst:**    Randy Boltin

## MVA, Inc.

### SEM Constituent Analysis

**Date:**  2/13/03

**MVA #:**  5394

*Particles identified are consistent in morphology and elemental composition with known references.

**Sample I.D. #:**  N0028

| CONSTITUENT | PRESENT | CONSTITUENT | PRESENT |
|---|---|---|---|
| Fibers: | | Pigments: | |
| | | | |
| Glass | - - - | Titanium | - - - |
| Mineral Wool | - - - | Barium | - - - |
| Other | - - - | Zinc | - - - |
| | | Other | - - - |
| Fillers: | | Binders: | |
| | | | |
| Diatoms | - - - | Clay | |
| Fe Particle | - - - | Kaolin | - - - |
| Mica | - - - | Montmorillonite | - - - |
| Perlite | - - - | Other | - - - |
| Talc (elong) | - - - | Ca | - - - |
| Talc (platy) | - - - | Ca-Mg | - - - |
| Si | - - - | Ca-S | - - - |
| **Vermiculite** | Common | **Ca-Si** | Common |
| Other | - - - | Ca-Al-Si | - - - |
| | | Ca-Fe-Al-Si | - - - |
| Asbestos Minerals: | | Mg-Fe | - - - |
| | | Al-Si | - - - |
| Amosite | - - - | Others | - - - |
| Anthophyllite | - - - | | |
| **Chrysotile** | Common | | |
| Crocidolite | - - - | | |
| Tremolite/Actinolite | - - - | | |

**Comments:**  One quartz grain observed.

**Microscopist:**  Tim B. Vander Wood



EDS spectrum (above) and SEM micrograph (below) of a calcium particle
MVA5394-N0028





EDS spectrum (above) and SEM micrograph (below) of vermiculite.
MVA5394-N0028





MVA5394,N0028,chrysotile

EDS spectrum (above) and SEM micrograph (below) of chrysotile.
MVA5394-N0028





EDS spectrum (above) and SEM micrograph (below) of gypsum.
MVA5394-N0028



MVA, Inc.

AEM Constituent Analysis

**Date:** 2/26/03

**MVA #:** 5394

**Sample I.D. #:** N0028

| CONSTITUENT | PRESENT | CONSTITUENT | PRESENT |
|---|---|---|---|
| Fibers: | | Pigments: | |
| Glass fibers | - - - | $TiO_2$ | - - - |
| Others | - - - | $BaSO_4$ | - - - |
| | | ZnS | - - - |
| | | Other | - - - |
| Fillers: | | Binders: | |
| Diatoms | - - - | Clay | |
| Fe Particle | - - - | Kaolin (xltn) | - - - |
| Mica | - - - | Kaolin (calc.) | - - - |
| Perlite | - - - | Smectite | - - - |
| Talc (elong) | - - - | Ca (ppt) | - - - |
| Talc (platy) | - - - | Ca (xtln) | - - - |
| Quartz | - - - | **Ca-Mg, particle** | Trace |
| **Vermiculite** | Common | **Ca-S (ppt)** | Present |
| **Other- Platy Mg-Si** | Trace | **Ca-S (xtln)** | Common |
| | | Ca-Si (ppt) | - - - |
| Asbestos Minerals: | | Ca-Si, particle | - - - |
| | | Ca-Al-Si | - - - |
| Amosite | - - - | Ca-Fe-Al-Si | - - - |
| Anthophyllite | - - - | Mg-Fe, particle | - - - |
| **Chrysotile** | Common | Mg-S | - - - |
| Crocidolite | - - - | Si (ppt) | - - - |
| Tremolite/Actinolite | - - - | Si (xtln) | - - - |
| | | Others | - - - |

**Comments:** Platy Mg-Si particles are a probable contaminant of chrysotile.

**Analyst:** Randy Boltin

SAMPLE ID:MVA5394-N0028    VERMICULITE

POSSIBLE IDENTIFICATION
    CU KA KB LA
    SI KA
    MG KA
    FE KA
    K  KA OR  IN LA?
    AL KA
    CA KA OR  SB LA?
    ZN KA OR  RE LA

          PEAK LISTING
      ENERGY    AREA   EL. AND LINE
    1   0.923     385  CU LA
    2   1.250    3638  MG KA
    3   1.489    1144  AL KA
    4   1.743    7875  SI KA
    5   3.313    1871  K   KA OR IN LA?
    6   3.653     269  CA KA OR SB LA?
    7   6.389    1442  FE KA
    8   8.026   15097  CU KA
    9   8.592     267  ZN KA
   10   8.888    1994  CU KB

*why*
*2-26-03*

MVA INC.                          WED 26-FEB-03  15:01
Cursor: 0.000keV = 0        ROI    (1) 0.000: 0.000



0.000                               VFS = 1024    10.240
    45     MVA5394-N0028  VERMICULITE

AEM spectrum of vermiculite.
MVA5394-N0028

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0028   CA-S PARTICLE

POSSIBLE IDENTIFICATION
    CU KA KB LA
    CA KA KB
    S  KA
    SI KA
    MG KA
    ZN KA

            PEAK LISTING
        ENERGY    AREA  EL. AND LINE
    1   0.932      551  CU LA
    2   1.259      401  MG KA
    3   1.789     1258  SI KA
    4   2.307     7480  S  KA
    5   3.687     9906  CA KA
    6   4.018     1054  CA KB
    7   8.080    14489  CU KA
    8   8.574      217  ZN KA
    9   8.884     1741  CU KB

hit.β
2-26-03

MVA INC.                                    WED 26-FEB-03  15:07
Cursor: 0.000keV = 0        ROI    (1) 0.000: 0.000



0.000                               VFS = 1024   10.240
    41      MVA5394-N0028  CA-S PARTICLE

AEM spectrum of a Ca-S particle.
MVA5394-N0028

QUALITATIVE ELEMENTAL IDENTIFICATION

SAMPLE ID:MVA5394-N0028   CHRYSOTILE

POSSIBLE IDENTIFICATION
    CU KA KB LA
    SI KA
    MG KA
    FE KA
    CA KA
    S  KA
    ZN KA OR  RE LA
    K  KA OR  IN LA?

         PEAK LISTING
      ENERGY    AREA  EL. AND LINE
  1   0.922      311  CU LA
  2   1.254     7625  MG KA
  3   1.741     8898  SI KA
  4   2.306      435  S  KA
  5   3.320      222  K  KA OR IN LA?
  6   3.680      499  CA KA
  7   6.382      674  FE KA
  8   8.023    11735  CU KA
  9   8.594      336  ZN KA
 10   8.885     1555  CU KB

    MVA INC.                          WED 26-FEB-03  15:14
    Cursor: 0.000KeV = 0        ROI   (1) 0.000: 0.000



    0.000                          VFS = 1024    10.240
     41    MVA5394-N0028  CHRYSOTILE

AEM spectrum of chrysotile.
MVA5394-N0028

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N002S   PLATY MG-SI PARTICLE

POSSIBLE IDENTIFICATION
    SI KA
    MG KA
    CU KA KB
    FE KA
    ZN KA OR  RE LA

            PEAK LISTING
        ENERGY     AREA   EL. AND LINE
    1    1.255    1801  MG KA
    2    1.741    2383  SI KA
    3    6.385     163  FE KA
    4    8.024     934  CU KA
    5    8.606      86  ZN KA
    6    8.902     135  CU KB

*WMA
2-26-03*

    MVA INC.                              WED 26-FEB-03  15:27
    Cursor: 0.000KeV = 0        ROI    (1) 0.000: 0.000



    0.000                           VFS = 256      10.240
    104     MVA5394-N002S  PLATY MG-SI PARTICLE

AEM spectrum of a platy Mg-Si particle.
MVA5394-N0028

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0028   CA-MG PARTICLE

POSSIBLE IDENTIFICATION
    CU KA KB LA
    CA KA KB
    MG KA
    SI KA
    S  KA
    ZN KA

         PEAK LISTING
       ENERGY    AREA   EL. AND LINE
    1   0.930     181  CU LA
    2   1.250    4433  MG KA
    3   1.734     363  SI KA
    4   2.300     354  S  KA
    5   3.684    9133  CA KA
    6   4.013    1050  CA KB
    7   8.019    9135  CU KA
    8   8.575     308  ZN KA
    9   8.879    1136  CU KB

                                        WNS
                                        2-26-03

    MVA INC.                            WED 26-FEB-03  15:21
    Cursor: 0.000KeV = 0        ROI    (1) 0.000: 0.000



    0.000                               VFS = 1024    10.240
     29      MVA5394-N0028  CA-MG PARTICLE
              AEM spectrum of a Ca-Mg particle.
                   MVA5394-N0028

## MVA, Inc.

## Acid Soluble Weight Percent Determination

**Date:**  2/7/03

**MVA#:**  5394

**Sample I.D.#:**  N0028

Initial Weights

| | | |
|---|---|---|
| 1. | Vial w/lid | 4.75238 |
| 2. | Vial + Sample | 4.98114 |
| 3. | Sample Weight (S2-S1) | 0.22876 |
| 4. | Filter (in container) | 10.36226 |

Weights Following Acid Treatment

| | | |
|---|---|---|
| 5. | Filter + Sample | 10.49521 |
| 6. | Insoluble Residue (S5-S4) | 0.13295 |
| 7. | Soluble Fraction (S3-S6) | 0.09581 |

Calculation

| | | |
|---|---|---|
| 8. | % Soluble (S7/S3) x 100% | ~42% |

**Comments:**

**Analyst:**  Bill Turner

W.R. Grace
Claim No. 10654

# Asbestos Constituent Analysis

# MVA Project No. 5394

## W.R. Grace Claim #10654

## DGS Claim #1011582

## Building Address:
## 2501 Harbor Blvd., Costa Mesa

**Prepared by:**

**Department of General Services**
**Real Estate Services Division**
**Professional Services Branch**
**707 3rd Street, 4th Floor**
**West Sacramento, CA 95605**

# MVA

**MVA SCIENTIFIC CONSULTANTS**

3300 Breckinridge Boulevard
Suite 400
Duluth, GA 30096

770-662-8509
FAX 770-662-8532
www.mvainc.com

SERVICES:

Investigative Analysis

Consultative Support

Expert Reports & Imaging

----------------

APPLICATIONS:

Environmental Issues

QA/QC Challenges

Laboratory Support

Litigation Support

Subject Matter Expertise

----------------

CAPABILITIES:

Particle Sizing & Identification

Dust Analysis

Nanoparticles

Contaminant Identification

Source Determination

Materials Characterization

Surface Metrology

----------------

ISO/IEC 17025-1999

GMP Compliant

21 October 2005

Mr. Glenn Connor
Department of General Services
Seismic & Special Programs
Office #4062
707 West 3rd Street
West Sacramento, CA 95605

Re:  Error Correction in 27 February 2003 Cover Letter for Report on Asbestos Constituent Analysis, Contract No. 3056115; MVA Project No. 5394

Dear Mr. Connor:

This letter is to correct an error in the cover letter 27 February 2003 for our report on constituent analyses performed on thirteen (13) samples of acoustical plaster collected from various buildings. Specifically, paragraph 2 of the letter states:

"One sample from 2501 Harbor Blvd., Costa Mesa, Bldg. 3265 was a positive match for W.R. Grace's "Zonolite Acoustical Plastic." The remaining samples were a positive match for W.R. Graces's MonoKote (MK-3)."

Building 3265 was erroneously identified. The sample identified as a positive match for "Zonolite Acoustical Plastic" was actually identified as from 2501 Harbor Blvd., Costa Mesa, Bldg. 3234. This error appears to have been made only in the cover letter and does not seem to have occurred within the body of the report itself.

I apologize for any inconvenience that may have been caused by this error. If you have any questions, please contact me at 770-662-8509.

Thank you for consulting MVA Scientific Consultants.

Sincerely,

Randy Boltin
Senior Research Scientist

5394correction102105



MVA, Inc.
— Excellence in —
Microanalysis

27 February 2003

Mr. Dan Hood, Project Manager
Department of General Services
Real Estate Services Division
Professional Services Branch
707 3rd Street, Suite 4-430
West Sacramento, CA  95605



Re:     Asbestos Constituent Analysis, Contract No. 3056115; MVA Project No. 5394

Dear Mr. Hood:

Enclosed is our report for product formula matching conducted on thirteen (13) samples of acoustical plaster collected from various buildings.  In three samples we found no asbestos (two from 120 S. Spring Street and one from 2501 Harbor Blvd, Costa Mesa, Building 3234).  Two samples had compositions inconsistent with any US Gypsum or W.R. Grace product (the sample labeled DSA 3671 and the sample from 28 Civic Ctr. Plaza, Santa Ana).  One sample from 2501 Harbor Blvd., Costa Mesa, Bldg. 3265 had several layers and we were unable to unambiguously separate them for constituent analysis.

One sample from 2501 Harbor Blvd., Costa Mesa, Bldg. 3265 was a positive match for W.R. Grace's "Zonolite Acoustical Plastic."  The remaining samples were a positive match for W.R. Graces's MonoKote (MK-3).

Thank you for consulting MVA, Inc.  Please contact us if you have any questions.

Sincerely,

Randy Boltin
Senior Research Scientist

Tim B. Vander Wood, Ph.D.
Executive Director

\\Leslie\mva_data\PROJECTS\Proj5300\5394\rpt022703_5394.doc