Report of Results:  MVA5394

**Constituent Analysis**
**Various Buildings**

Prepared for:

**Mr. Dan Hood, Project Manager**
**Department of General Services**
**Real Estate Services Division**
**Professional Services Branch**
**707 3rd Street, Suite 4-430**
**West Sacramento, CA  95605**

Prepared by:

**MVA, Inc.**
**5500 Oakbrook Parkway, Suite 200**
**Norcross, GA 30093**

**27 February 2003**

\\Leslie\mva_data\PROJECTS\Proj5300\5394\rpt022703_5394.doc



MVA, Inc.
—— Excellence in ——
Microanalysis

5500 Oakbrook Parkway #200
Norcross, GA  30093
770-662-8509 • FAX 770-662-8532
www.mvainc.com

Report of Results:  MVA5394

Constituent Analysis
Various Buildings

## Introduction

This report contains the analytical results and their interpretation for thirteen samples of suspected asbestos containing building materials from various buildings that were sent to MVA, Inc. under Agreement #3056115.  The samples were first examined by polarized light microscopy (PLM) including microchemical tests.  If necessary, the samples were further analyzed by scanning electron microscopy (SEM) combined with energy dispersive x-ray spectrometry (EDS), and by analytical electron microscopy (AEM) utilizing EDS and/or selected area electron diffraction (SAED).  Wet chemistry was also performed on certain samples to determine a soluble weight percent.  The results of all analyses and a data interpretation sheet for the samples are included as an appendix to this report.

Product formula matches were derived from comparison between determined sample composition and available product formulas.  In any case where more than one product formula matched the determined composition, each match was noted.  If no available product formula matched the determined sample composition, a 'no match' was indicated.

## Results

The results of product formula matching for the samples are found in Table 1.  The data on which the matches rely are included on the Data Interpretation page in the appendix.

## Table 1:  Summary of Results

### MVA Project No. 5394

**Group 1**
**Product Formula(s) Matched:**          No Asbestos Detected

| Client Sample ID | MVA Sample ID |
|---|---|
| 120-1-01 (120 S. Spring St., LA) | MVA5394-N0034 |
| 120-2-03 (120 S. Spring St., LA) | MVA5394-N0036 |
| 3277-2-05 | |
| (2501 Harbor Blvd. Costa Mesa) | MVA5394-N0046 |

**Group 2**
**Product Formula(s) Matched:**          No Match

| Client Sample ID | MVA Sample ID |
|---|---|
| DSA 3671-FP-1803-01 | MVA5394-N0030 |
| 28-2-03 | |
| (28 Civic Center Plaza, Santa Ana) | MVA5394-N0040 |
| 3265-1-01 | |
| (2501 Harbor Blvd. Costa Mesa) | MVA5394-N0042 |

**Group 3**
**Product Formula(s) Matched:**          Zonolite Acoustical Plastic

| Client Sample ID | MVA Sample ID |
|---|---|
| 3234-1-3 | |
| (2501 Harbor Blvd., Costa Mesa) | MVA5394-N0044 |

MVA, Inc.

Data Interpretation

**Group:** 2

**Sample ID:**  MVA5394-N0030, -N0040, -N0042

**Project:**  State of California

**Location:**  Various

**Type:**  N/A

**Construction Date:**  Not Provided

**Product Formula Matched:**  None

**Manufacturer:**  N/A

MVA, Inc.

**PLM Constituent Analysis**

**Date:**    1/10/03

**MVA #:**    5394            **Location:**    2501 Harbor Blvd., Costa Mesa, Bldg.
                                              #3265, Room 140, N.E. Corner

**Sample I.D. #:**  N0042    **Client Sample I.D. #:**   3265-1-01

**Examination using the stereomicroscope:**   Disaggregated inhomogeneous sample: tan flaky material with a surface white paint layer; loose chunks of white consolidated powdery material with brass-colored flakes are abundant.

| CONSTITUENT | % | CONSTITUENT | % | CONSTITUENT | % |
|---|---|---|---|---|---|
| Fibers: | | **Pigment:** | Present* | Fillers: | |
| Cotton | - - - | Binders: | | Diatoms | - - - |
| Fiberglass | | **Kaolinite (-)** | * | Iron Chromite | - - - |
| Filament | - - - | **Montmorillonite (-)** | * | Iron Oxide | - - - |
| Wool | - - - | **Gypsum** | ~5** | Limestone | - - - |
| Mineral Wool | - - - | Anhydrite | - - - | **Magnetite** | <1 |
| Hair | - - - | Portland Cement | - - - | Mica | - - - |
| Paper/Wood | | Lime (hydrated) | - - - | Perlite | - - - |
| Chem. Proc. | - - - | Precipitated | | Synthetic Foam | - - - |
| Mech. Proc. | - - - | Carbonate | - - - | Pumice | - - - |
| Synthetic | - - - | Starch (-) | - - - | **Quartz** | <1 |
| | | | | Talc | - - - |
| | | | | **Vermiculite** | ~88 |

<u>Asbestos Minerals</u>

| **Chrysotile** | ~7 | Anthophyllite | - - - | Tremolite/ | |
| Amosite | - - - | Crocidolite | - - - | Actinolite | - - - |

**Comments:**   The chunks of white powdery material with brass-colored flakes contain mainly gypsum and vermiculite with some carbonate; no asbestos was detected in these chunks. Only the tan flaky material is included in the above percentages. The paint layer is not included nor is the white powdery material. *Clay may be present but could not be confirmed. **At least some gypsum may be contaminant from the white powdery material.

**Analyst:**    Randy Boltin

# Asbestos Constituent Analysis

# MVA Project No. 5394

### W.R. Grace Claim #10655

### DGS Claim #1011572

### Building Address:
### 5100 O'Bynes Ferry Fd., Jamestown

**Prepared by:**

**Department of General Services**
**Real Estate Services Division**
**Professional Services Branch**
**707 3rd Street, 4th Floor**
**West Sacramento, CA 95605**



MVA, Inc.
Excellence in
Microanalysis

28 March 2003



Mr. Dan Hood, Project Manager
Department of General Services
Real Estate Services Division
Professional Services Branch
707 3rd Street, Suite 4-430
West Sacramento, CA  95605

Re:    Asbestos Constituent Analysis; MVA Project No. 5394

Dear Mr. Hood:

Enclosed is MVA, Inc.'s  Report of Results of our analyses of samples we have received from you for identification of product manufacturer.

Thank you for consulting MVA, Inc.  If you have any questions about this report, please do not hesitate to call either of us at 770-662-8509, or by email at tvanderwood@mvainc.com.  We will retain your samples for thirty days prior to disposing of them.

Sincerely,

Randy Boltin
Senior Research Scientist

Tim B. Vander Wood, Ph.D.
Executive Director

\\Leslie\mva_data\PROJECTS\Proj5300\5394\rpt032803_5394.doc

**Report of Results:  MVA5394**

**Asbestos Constituent Analysis**

**Prepared for:**

**Department of General Services**
**Real Estate Services Division**
**Professional Services Branch**
**707 3rd Street, Suite 4-430**
**West Sacramento, CA  95605**

**Prepared by:**

**MVA, Inc.**
**5500 Oakbrook Parkway, Suite 200**
**Norcross, GA 30093**

**28 March 2003**

\\LESLIE\mva_data\PROJECTS\Proj5300\5394\rpt032803_5394.doc



MVA, Inc.
— Excellence in —
Microanalysis

5500 Oakbrook Parkway #200
Norcross, GA  30093
770-662-8509 • FAX 770-662-8532
www.mvainc.com

## Report of Results:  MVA5394

## Asbestos Constituent Analysis

### Introduction

The samples were first examined by polarized light microscopy (PLM) including microchemical tests.  If necessary, the samples were further analyzed by scanning electron microscopy (SEM) combined with energy dispersive x-ray spectrometry (EDS), and by analytical electron microscopy (AEM) utilizing EDS and/or selected area electron diffraction (SAED).  Wet chemistry was also performed on certain samples to determine a soluble weight percent.

Product formula matches were derived from comparison between determined sample composition and available product formulas.  In any case where more than one product formula matched the determined composition, each match was noted.  If no available product formula matched the determined sample composition, a 'no match' was indicated.

### Results

Product formula matches are noted in Table 1 on the following page. Table 2 contains MVA sample number assignments and additional details of the analytical results from these samples as well as the samples previously submitted.  An appendix containing all of the analytical results not previously forwarded follows.

**TABLE 1.** Product Formula Matching Results

The following samples were a positive match for W.R Grace's Monokote (MK-3):

OB8-022603-01                    OB9-0220603-02
ASH-030603-01                    SCC-AD-A-030503-02
CCI-030503-01                    CCI-030503-05
CYA-02

The following samples were a positive match for W.R. Grace's Zonolite
Acoustical Plastic:

SSRH030303-01 Layer A          SSRH-030303-03 Layer A

The following samples were a positive match for W.R. Grace's Zonolite Finish
Coat:

SSRH030303-01 Layer B          SSRH-030303-03 Layer B

The following sample was a positive match for U.S. Gypsum's Imperial QT
Texture Finish:

PH-RES-030403-02

## Table 2.  Detailed Sample Descriptions

| Location | Sample ID | MVA-ID | Findings | first reported |
|---|---|---|---|---|
| 120 Spring St | 120-1-01 | 5394-N0034 | No Asbestos | 2/27/03 |
| 120 Spring St | 120-1-02 | 5394-N0036 | No Asbestos | 2/27/03 |
| 2501 Harbor Blvd. | 3234-1-03 | 5394-N0044 | WRG Zonolite Acoustical Plastic | 2/27/03 |
| 2501 Harbor Blvd. | 3265-1-01 | 5394-N0042 | No match | 2/27/03 |
| 2501 Harbor Blvd. | 3277-2-05 | 5394-N0046 | No Asbestos | 2/27/03 |
| 28 Civic Center Plaza | 28-1-01 | 5394-N0038 | WRG Monokote (MK3) | 2/27/03 |
| 28 Civic Center Plaza | 28-2-03 | 5394-N0040 | No ID-Inhomogeneous | 2/27/03 |
| 7650 S. Newcastle DSA 1023 | 1023-1-8-03-AT-1 | 5394-N0028 | WRG Monokote (MK3) | 2/27/03 |
| 7650 S. Newcastle DSA 969 | 969-1-8-03-AT-1 | 5394-N0026 | WRG Monokote (MK3) | 2/27/03 |
| 7650 S. Newcastle DSA 969 | 969-1-8-03-FP-1 | 5394-N0024 | WRG Monokote (MK3) | 2/27/03 |
| Agricultural Annex | AA-022603-01 | | Not Analyzed | |
| Agricultural Annex | AA-022603-02 | N0326 | No Asbestos | 3/18/03 |
| DMV HQ Bldg East DSA 3671 | 3671-FP-1803-01 | 5394-N0030 | No Match | 2/27/03 |
| DMV HQ Bldg East DSA 3671 | 3671-FP-1803-02 | | Not Analyzed | |
| OB8 | OB8-022603-01 | N0327 | WRG Monokote (MK3) | 3/18/03 |
| OB8 | OB8-022603-02 | | Not Analyzed | |
| OB9 | OB9-022603-01 | | Not Analyzed | |
| OB9 | OB9-022603-02 | N0320 | WRG Monokote (MK3) | 3/18/03 |
| Resources Bldg DSA 5 | 5-FP-1803-01 | 5394-N0032 | WRG Monokote (MK3) | 2/27/03 |
| Stockton OB DSA 901 | 34-1-8-03-AT-1 | 5394-N0020 | USG Audicote | 1/13/03 |
| Stockton OB DSA 901 | 34-1-8-03-FP-1 | 5394-N0022 | WRG Monokote (MK3) | 2/27/03 |
| Patton State Hospital | Admin #3 | N0402 | No Asbestos | 3/18/03 |
| Patton State Hospital | Admin #4 | N0403 | No Asbestos | 3/18/03 |
| Patton State Hospital | Admin Annex#1 | N0400 | No Asbestos | 3/18/03 |
| Patton State Hospital | Admin Annex#2 | N0401 | No Asbestos | 3/18/03 |
| Patton State Hospital | Audit#5 | N0404 | No Asbestos | 3/18/03 |
| Patton State Hospital | Audit#6 | N0405 | No Asbestos | 3/18/03 |
| DFA HQ | FA-031303-01 | N0498 | No Asbestos | 3/18/03 |
| DFA HQ | FA-031303-02 | N0499 | No Asbestos | 3/18/03 |
| Napa State Hospital | NSH-258-030303-01 | | Not Analyzed | |
| Napa State Hospital | NSH-258-030303-02 | N0431 | No Asbestos | 3/18/03 |
| Napa State Hospital | NSH-168-030303-01 | N0432 | No Asbestos | 3/18/03 |
| Napa State Hospital | NSH-168-030303-02 | | Not Analyzed | |
| Peddler Hills | PH-DORM-030403-01 | N0434 | No Match | 3/18/03 |
| Peddler Hills | PH-DORM-030403-02 | | Not Analyzed | |
| Peddler Hills | PH-RES-030403-01 | | Not Analyzed | |
| Peddler Hills | PH-RES-030403-02 | N0437 | USG Imperial QT Texture Finish | 3/18/03 |
| Northern Youth Corr Rec Center | NYCRC-MW-030403-01 | N0438 | No Asbestos | 3/18/03 |
| Northern Youth Corr Rec Center | NYCRC-MW-030403-02 | | Not Analyzed | |
| CHP Training Center | CHP-MPC-030403-01 | | Not Analyzed | |
| CHP Training Center | CHP-MPC-030403-02 | N0441(A) | No asbestos | 3/18/03 |
| CHP Training Center | CHP-MPC-030403-02 | N0441(B) | Insufficient sample | 3/18/03 |

| Location | Sample ID | MVA-ID | Findings | first reported |
|---|---|---|---|---|
| Stockton Facility | SF-030403-01 | N0458 | No Match | 3/18/03 |
| Stockton Facility | SF-030403-02 | | Not Analyzed | |
| Stockton Facility | SF-030403-03 | N0456 | No Asbestos | 3/18/03 |
| Stockton Facility | SF-030403-04 | | Not Analyzed | |
| Sierra S Reg HQ Shop | SSRH-030303-01 | N0450(A) | WRG Zonolite Acoustical Plastic | 3/18/03 |
| Sierra S Reg HQ Shop | SSRH-030303-01 | N0450(B) | WRG Zonolite Finish Coat | 3/18/03 |
| Sierra S Reg HQ Shop | SSRH-030303-02 | | Not Analyzed | |
| Sierra S Reg HQ Warehouse & Offices | SSRH-030303-03 | N0452(A) | WRG Zonolite Acoustical Plastic | 3/18/03 |
| Sierra S Reg HQ Warehouse & Offices | SSRH-030303-03 | N0452(B) | WRG Zonolite Finish Coat | 3/18/03 |
| Sierra S Reg HQ Warehouse & Offices | SSRH-030303-04 | | Not Analyzed | |
| Sierra S Reg HQ Warehouse & Offices | SSRH-030303-05 | N0454 | No Asbestos | 3/18/03 |
| Sierra S Reg HQ Warehouse & Offices | SSRH-030303-06 | N0455 | No Asbestos | 3/18/03 |
| OH Close Youth Corr Facility | OHYCF-030303-01 | N0444 | No Asbestos | 3/18/03 |
| OH Close Youth Corr Facility | OHYCF-030303-02 | | Not Analyzed | |
| OH Close Youth Corr Facility | OHYCF-030303-03 | N0446 | No Asbestos | 3/18/03 |
| OH Close Youth Corr Facility | OHYCF-030303-04 | N0447 | No Asbestos | 3/18/03 |
| OH Close Youth Corr Facility | OHYCF-030303-05 | N0448 | No Asbestos | 3/18/03 |
| OH Close Youth Corr Facility | OHYCF-030303-06 | | Not Analyzed | |
| Karl Holton Youth Corr D&A Trtmnt Fac | KHYC-030303-01 | N0442 | No Asbestos | 3/18/03 |
| Karl Holton Youth Corr D&A Trtmnt Fac | KHYC-030303-02 | | Not Analyzed | |
| Atascadero Warehouse | ASH-030503-01 | N0469 | No Asbestos | 3/18/03 |
| Atascadero Warehouse | ASH-030503-02 | N0470 | No Asbestos | 3/18/03 |
| Atascadero New Treatment Unit | ASH-030603-01 | N0471 | WRG Monokote (MK3) | 3/18/03 |
| Atascadero New Treatment Unit | ASH-030603-02 | | Not Analyzed | |
| Sierra Conservation Center | SCC-AD-A-030503-01 | | Not Analyzed | |
| Sierra Conservation Center | SCC-AD-A-030503-02 | N0468 | WRG Monokote (MK3) | 3/18/03 |
| CCI Bldg J | CCI-030503-01 | N0473 | WRG Monokote (MK3) | 3/18/03 |
| CCI Bldg J | CCI-030503-02 | | Not Analyzed | |
| CCI Bldg P | CCI-030503-03 | N0475 | No Asbestos | 3/18/03 |
| CCI Bldg P | CCI-030503-04 | N0476 | No Asbestos | 3/18/03 |
| CCI Bldg B | CCI-030503-05 | N0477 | WRG Monokote (MK3) | 3/18/03 |
| CCI Bldg B | CCI-030503-06 | | Not Analyzed | |
| CCI Vocational | CCI-030503-07 | N0479 | No Asbestos | 3/18/03 |
| CCI Vocational | CCI-030503-08 | N0480 | <1% Amosite. No match | 3/18/03 |
| Deuel Vocational Institute | DVI-IW-030703-01 | N0481 | No Match | 3/18/03 |
| Deuel Vocational Institute | DVI-IW-030703-02 | | Not Analyzed | |
| DMV HQ Sacramento | DMV031203-01 | N0496 | No Match | 3/18/03 |
| Dmv, HQ Sacramento | DMV031203-02 | N0497 | No Asbestos | 3/18/03 |
| Employment Development Annex | EDA-022603-01 | N0323 | No Asbestos | 3/18/03 |
| Employment Development Annex | EDA-022603-02 | N0324 | No Asbestos | 3/18/03 |
| Central Office | CO-022603-01 | N0321 | (LAYERED) No Asbestos | 3/18/03 |
| Central Office | CO-022603-02 | | Not Analyzed | |
| Ventura Youth Corr Fac | CYA-01 | | Not Analyzed | |
| Ventura Youth Corr Fac | CYA-02 | N0409 | WRG Monokote (MK3) | 3/18/03 |
| LA EDD-S. Broadway | EDD-01 | N0406 | No Asbestos | 3/18/03 |

| Location | Sample ID | MVA-ID | Findings | first reported |
|---|---|---|---|---|
| LA EDD-S. Broadway | EDD-02 | | Not Analyzed | |
| Agricultural Annex | AA-022603-01 | | Not Analyzed | |
| Agricultural Annex | AA-022603-02 | N0326 | No Asbestos | 3/18/03 |
| CA Inst. For Women | CAFE#1 | N0393 | No Asbestos | 3/18/03 |
| CA Inst. For Women | CAFE#2 | N0394 | No Asbestos | 3/18/03 |
| CA Inst. For Women | RC Admin #7 | N0399 | No Asbestos | 3/18/03 |
| CA Inst. For Women | WARE#1-#3 | N0395 | No Asbestos | 3/18/03 |
| CA Inst. For Women | WARE#1-#4 | | Not Analyzed | |
| CA Inst. For Women | WARE#2-#5 | N0397 | No Asbestos | 3/18/03 |
| CA Inst. For Women | WARE#2-#6 | | Not Analyzed | |

**MVA, Inc.**

**Data Interpretation**

**Sample ID:** MVA5394-N0468

**Project:** State of California

**Location:** Sierra Conservation Center

**Type:** Fireproofing

**Construction Date:** Not Provided

**Product Formula Matched:** "Zonolite Monokote (MK-3)"

**Manufacturer:** W.R. Grace & Company

| Constituent Identified | Estimated Weight Percent (Avg)* |
|---|---|
| Chrysotile | ~9% |
| Vermiculite | ~29% |
| Gypsum & Minor Carbonate | ~62% |

**Comments:**

*Estimated weight percent based on light microscopy in conjunction with acid soluble test result.

MVA, Inc.

PLM Constituent Analysis

**Date:**    3/13/03

**MVA #:**    5394              **Location:**    Sierra Conservation Center,
                                              Administration Bldg. A, Mechanical
                                              Bldg. - East Ceiling

**Sample I.D. #:**  N0468        **Client Sample I.D. #:**    SCC-AD-A-030503-02

**Examination using the stereomicroscope:**    White powder with brass-colored
flakes and white fibers

| CONSTITUENT | % | CONSTITUENT | % | CONSTITUENT | % |
|---|---|---|---|---|---|
| Fibers: | | Pigment: | | Fillers: | |
| Cotton | - - - | Binders: | | Diatoms | - - - |
| Fiberglass | | Kaolinite (-) | - - - | Iron Chromite | - - - |
| Filament | - - - | Montmorillonite (-) | - - - | Iron Oxide | - - - |
| Wool | - - - | **Gypsum** | ~50 | **Limestone** | * |
| Mineral Wool | - - - | **Anhydrite** | <1 | **Magnetite** | ~1 |
| Hair | - - - | Portland Cement | - - - | Mica | - - - |
| Paper/Wood | | Lime (hydrated) | - - - | Perlite | - - - |
| Chem. Proc. | - - - | **Precipitated** | | Synthetic Foam | - - - |
| Mech. Proc. | - - - | **Carbonate** | * | Pumice | - - - |
| Synthetic | - - - | Starch (-) | - - - | Quartz | - - - |
| | | | | Talc | - - - |
| | | | | **Vermiculite** | ~37 |

## Asbestos Minerals

| **Chrysotile** | ~12 | Anthophyllite | - - - | Tremolite/ | |
|---|---|---|---|---|---|
| Amosite | - - - | Crocidolite | - - - | Actinolite | - - - |

**Comments:**    *Minor limestone/precipitated carbonate is included in the gypsum
percentage.

**Analyst:**    Randy Boltin



Photomacrograph of MVA5394-N0468.



PLM photomicrograph of MVA5394-N0468.

## MVA, Inc.

### SEM Constituent Analysis

**Date:**  3/16/03

**MVA #:**  5394

*Particles identified are consistent in morphology and elemental composition with known references.

**Sample I.D. #:**  N0468

| CONSTITUENT | PRESENT | CONSTITUENT | PRESENT |
|---|---|---|---|
| Fibers: | | Pigments: | |
| Glass | - - - | Titanium | - - - |
| Mineral Wool | - - - | Barium | - - - |
| Other | - - - | Zinc | - - - |
| | | Other | - - - |
| Fillers: | | Binders: | |
| Diatoms | - - - | Clay | |
| Fe Particle | - - - | Kaolin | - - - |
| Mica | - - - | Montmorillonite | - - - |
| Perlite | - - - | Other | - - - |
| Talc (elong) | - - - | Ca | - - - |
| Talc (platy) | - - - | Ca-Mg | - - - |
| Si | - - - | **Ca-S** | **Common** |
| **Vermiculite** | **Common** | Ca-Si | - - - |
| Other | - - - | Ca-Al-Si | - - - |
| | | Ca-Fe-Al-Si | - - - |
| Asbestos Minerals: | | Mg-Fe | - - - |
| | | Al-Si | - - - |
| Amosite | - - - | Others | - - - |
| Anthophyllite | - - - | | |
| **Chrysotile** | **Common** | | |
| Crocidolite | - - - | | |
| Tremolite/Actinolite | - - - | | |

**Comments:**

**Microscopist:**    Tim B. Vander Wood



EDS spectrum (above) and SEM micrograph (below) of chrysotile.
MVA5394-N0468





EDS spectrum (above) and SEM micrograph (below) of gypsum.
MVA5394-N0468





EDS spectrum (above) and SEM micrograph (below) of vermiculite.
MVA5394-N0468



## MVA, Inc.

## AEM Constituent Analysis

**Date:**  3/17/03

**MVA #:**  5394

**Sample I.D. #:**  N0468

| CONSTITUENT | PRESENT | CONSTITUENT | PRESENT |
|---|---|---|---|
| Fibers: | | Pigments: | |
| | | | |
| Glass fibers | - - - | $TiO_2$ | - - - |
| Others | - - - | $BaSO_4$ | - - - |
| | | ZnS | - - - |
| | | Other | - - - |
| | | | |
| Fillers: | | Binders: | |
| | - - - | | |
| Diatoms | - - - | Clay | |
| **Fe Particle** | Trace | Kaolin (xltn) | - - - |
| Mica | - - - | Kaolin (calc.) | - - - |
| Perlite | - - - | Smectite | - - - |
| Talc (elong) | - - - | Ca (ppt) | - - - |
| Talc (platy) | - - - | Ca (xtln) | - - - |
| Quartz | - - - | Ca-Mg, particle | - - - |
| **Vermiculite** | Common | **Ca-S (ppt)** | * |
| **Other- Mg-Si** | Minor | **Ca-S (xtln)** | * |
| | | Ca-Si (ppt) | - - - |
| Asbestos Minerals: | | Ca-Si, particle | - - - |
| | | Ca-Al-Si | - - - |
| Amosite | - - - | Ca-Fe-Al-Si | - - - |
| Anthophyllite | - - - | Mg-Fe, particle | - - - |
| **Chrysotile** | Common | Mg-S | - - - |
| Crocidolite | - - - | Si (ppt) | - - - |
| **Tremolite/Actinolite** | Trace/Minor | Si (xtln) | - - - |
| | | Others | - - - |

**Comments:**  Non-fibrous Mg-Si particles are a probable contaminant of chrysotile.
*Ca-S particles are common to minor.

**Analyst:**  Randy Boltin

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0468   VERMICULITE

POSSIBLE IDENTIFICATION
    CU KA KB LA
    SI KA
    MG LA
    FE KA
    AL KA
    K  KA OR  IN LAP LB5

         PEAK LISTING
      ENERGY    AREA   EL. AND LINE
   1   0.910     175  CU LA
   2   1.244    1356  MG KA
   3   1.469     770  AL KA
   4   1.742    3456  SI KA
   5   3.304     724  K  KA OR IN LAP
   6   3.667     857  IN LB5
   7   6.390     776  FE KA
   8   8.017    6679  CU KA
   9   8.875     504  CU KB

WKg
3/17/03

MVA INC.                           MON 17-MAR-03  12:04
Current @ 200keV + C          ROI  (1) @ 000: 0.000



   0.000                          VFS = 512    10.240
     45    MVA5394-N0468  VERMICULITE

AEM spectrum of vermiculite.
MVA5394-N0468

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0468   CHRYSOTILE

POSSIBLE IDENTIFICATION
  CU KA KB LA
  SI KA
  MG KA
  FE KA

       PEAK LISTING
     ENERGY      AREA   EL. AND LINE
  1   0.923       393  CU LA
  2   1.255      4038  MG KA
  3   1.743      4877  SI KA
  4   6.366       207  FE KA
  5   8.026     14335  CU KA
  6   8.888      2065  CU KB

WRM
3/17/03

  MVA INC.                              MON 17-MAR-03  11:35
  Cursor: 0.000KeV = 0.        ROI    (1) 0.000: 0.000



 0.000                                      VFS = 1024    10.240
      75    MVA5394-N0468   CHRYSOTILE

AEM spectrum of chrysotile.
MVA5394-N0468

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0468    CA-S PARTICLE

POSSIBLE IDENTIFICATION
    CU KA KB LA
    CA KA KB
    S  KA

            PEAK LISTING
        ENERGY    AREA   EL. AND LINE
    1    0.927     819  CU LA
    2    2.304    4284  S  KA
    3    3.688    7138  CA KA
    4    4.015     751  CA KB
    5    8.018   10014  CU KA
    6    8.882    1384  CU KB

*WRB*
*3/17/03*

MVA INC                                   MON. 17-MAR-03   13:20
Dunsch: 0.000keV = 0        ROI   (1) 0.000: 0.000



0.000                                 VFS = 1024    10.240
    68     MVA5394-N0468   CA-S PARTICLE

AEM spectrum of a Ca-S particle.
MVA5394-N0468

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0468  MG-SI PARTICLE (NON-FIBROUS)

POSSIBLE IDENTIFICATION
    SI KA
    MG KA
    CU KA KB LA
    FE KA
    ZN KA OR  RE LA
    CA KA
    K  KA OR  IN LA?

          PEAK LISTING
       ENERGY    AREA   EL. AND LINE
   1    0.921      237  CU LA
   2    1.254    13996  MG KA
   3    1.743    16212  SI KA
   4    3.313      213  K  KA OR IN LA?
   5    3.687      277  CA KA
   6    6.387     1308  FE KA
   7    8.023    10593  CU KA
   8    8.597      429  ZN KA
   9    8.888     1535  CU KB

WRB
7/17/03

MVA INC                          MON 17-MAR-03  11:45
Cursor: 0.000keV = 0.          ROI   (1) 0.000: 0.000



  0.000                           VFS = 2048    10 240
    51   MVA5394-N0468  MG-SI PARTICLE (NON-FIBROUS)

**AEM spectrum of a Mg-Si particle (non-fibrous).**
**MVA5394-N0468**

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID MVA5394-N0468   TREMOLITE-ACTINOLITE FIBER

POSSIBLE IDENTIFICATION
    CU KA X3 LA
    SI KA
    MG LA
    CA KA KB
    FE KA
    ZN KA OR  OS LA

        PEAK LISTING
      ENERGY    AREA  EL. AND LINE
   1   0.747      845  CU LA
   2   1.250     3556  MG KA
   3   1.730     6010  SI KA
   4   3.687     1562  CA KA
   5   4.066      150  LA KA
   6   6.355      854  FE KA
   7   7.057    11867  CU KA
   8   8.555      141  ZN KA
   9   8.965     1778  CU KB

                                                        WRB
                                                        3/17/03

   MVA INC                              MON 17-MAR-03  11:41
   Cursor: 0.020keV = 0         ROI   (1) 0 200: 0 200



   0.020                              VFS = 1024   10.240
     73:   MVA5394-N0468  TREMOLITE-ACTINOLITE FIBER

AEM spectrum of a tremolite-actinolite fiber.
MVA5394-N0468

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0468  FE PARTICLE

POSSIBLE IDENTIFICATION
  FE KA KB
  CU KA KB
  ZN KA OR RE LA

         PEAK LISTING
      ENERGY    AREA  EL. AND LINE
  1    6.386   10173  FE KA
  2    7.039    1301  FE KB
  3    8.024    1373  CU KA
  4    8.594     184  ZN KA
  5    8.903     135  CU KB

*WRB*
*3/17/3*

  MVA INC                          MON 17-MAR-03   11:49
  Cursor:0.000keV = 0        ROI    (1) 0.000: 0.000



  0.000                              VFS = 1024    10.240
     60    MVA5394-N0468  FE PARTICLE

AEM spectrum of an Fe particle.
MVA5394-N0468

MVA, Inc.

Acid Soluble Weight Percent Determination

**Date:** 3/13/03

**MVA#:** 5394

**Sample I.D.#:** N0468

Initial Weights

| | | |
|---|---|---|
| 1. | Vial w/lid | 4.83676 |
| 2. | Vial + Sample | 5.23924 |
| 3. | Sample Weight (S2-S1) | 0.40248 |
| 4. | Filter (in container) | 10.13090 |

Weights Following Acid Treatment

| | | |
|---|---|---|
| 5. | Filter + Sample | 10.28554 |
| 6. | Insoluble Residue (S5-S4) | 0.15464 |
| 7. | Soluble Fraction (S3-S6) | 0.24784 |

Calculation

| | | |
|---|---|---|
| 8. | % Soluble (S7/S3) x 100% | ~62% |

**Comments:**

**Analyst:** Randy Boltin

W.R. Grace
Claim No. 10656

# Asbestos Constituent Analysis

# MVA Project No. 5394

**W.R. Grace Claim #10656**

**DGS Claim #1011580**

**Building Address:**
**End of Hwy 202 @ Cummings Valley, Tehachapi**

Prepared by:

Department of General Services
Real Estate Services Division
Professional Services Branch
707 3rd Street, 4th Floor
West Sacramento, CA 95605



MVA, Inc.
—— Excellence in ——
Microanalysis

28 March 2003

Mr. Dan Hood, Project Manager
Department of General Services
Real Estate Services Division
Professional Services Branch
707 3rd Street, Suite 4-430
West Sacramento, CA  95605



Re:    Asbestos Constituent Analysis; MVA Project No. 5394

Dear Mr. Hood:

    Enclosed is MVA, Inc.'s  Report of Results of our analyses of samples we have received from you for identification of product manufacturer.

    Thank you for consulting MVA, Inc.  If you have any questions about this report, please do not hesitate to call either of us at 770-662-8509, or by email at tvanderwood@mvainc.com.  We will retain your samples for thirty days prior to disposing of them.

Sincerely,

Randy Boltin.
Senior Research Scientist

Tim B. Vander Wood, Ph.D.
Executive Director

\\Leslie\mva_data\PROJECTS\Proj5300\5394\rpt032803_5394.doc

Report of Results:  MVA5394

Asbestos Constituent Analysis

Prepared for:

**Department of General Services
Real Estate Services Division
Professional Services Branch
707 3rd Street, Suite 4-430
West Sacramento, CA  95605**

Prepared by:

**MVA, Inc.
5500 Oakbrook Parkway, Suite 200
Norcross, GA 30093**

**28 March 2003**

\\LESLIE\mva_data\PROJECTS\Proj5300\5394\rpt032803_5394.doc



MVA, Inc.
— Excellence in —
Microanalysis

5500 Oakbrook Parkway #200
Norcross, GA  30093
770-662-8509 • FAX 770-662-8532
www.mvainc.com

### Report of Results: MVA5394

### Asbestos Constituent Analysis

### Introduction

The samples were first examined by polarized light microscopy (PLM) including microchemical tests. If necessary, the samples were further analyzed by scanning electron microscopy (SEM) combined with energy dispersive x-ray spectrometry (EDS), and by analytical electron microscopy (AEM) utilizing EDS and/or selected area electron diffraction (SAED). Wet chemistry was also performed on certain samples to determine a soluble weight percent.

Product formula matches were derived from comparison between determined sample composition and available product formulas. In any case where more than one product formula matched the determined composition, each match was noted. If no available product formula matched the determined sample composition, a 'no match' was indicated.

### Results

Product formula matches are noted in Table 1 on the following page. Table 2 contains MVA sample number assignments and additional details of the analytical results from these samples as well as the samples previously submitted. An appendix containing all of the analytical results not previously forwarded follows.

**TABLE 1.** Product Formula Matching Results

The following samples were a positive match for W.R Grace's Monokote (MK-3):

| | |
|---|---|
| OB8-022603-01 | OB9-0220603-02 |
| ASH-030603-01 | SCC-AD-A-030503-02 |
| CCI-030503-01 | CCI-030503-05 |
| CYA-02 | |

The following samples were a positive match for W.R. Grace's Zonolite Acoustical Plastic:

SSRH030303-01 Layer A       SSRH-030303-03 Layer A

The following samples were a positive match for W.R, Grace's Zonolite Finish Coat:

SSRH030303-01 Layer B       SSRH-030303-03 Layer B

The following sample was a positive match for U.S. Gypsum's Imperial QT Texture Finish:

PH-RES-030403-02

**Table 2.** Detailed Sample Descriptions

| Location | Sample ID | MVA-ID | Findings | first reported |
|---|---|---|---|---|
| 120 Spring St | 120-1-01 | 5394-N0034 | No Asbestos | 2/27/03 |
| 120 Spring St | 120-1-02 | 5394-N0036 | No Asbestos | 2/27/03 |
| 2501 Harbor Blvd. | 3234-1-03 | 5394-N0044 | WRG Zonolite Acoustical Plastic | 2/27/03 |
| 2501 Harbor Blvd. | 3265-1-01 | 5394-N0042 | No match | 2/27/03 |
| 2501 Harbor Blvd. | 3277-2-05 | 5394-N0046 | No Asbestos | 2/27/03 |
| 28 Civic Center Plaza | 28-1-01 | 5394-N0038 | WRG Monokote (MK3) | 2/27/03 |
| 28 Civic Center Plaza | 28-2-03 | 5394-N0040 | No ID-Inhomogneous | 2/27/03 |
| 7650 S. Newcastle DSA 1023 | 1023-1-8-03-AT-1 | 5394-N0028 | WRG Monokote (MK3) | 2/27/03 |
| 7650 S. Newcastle DSA 969 | 969-1-8-03-AT-1 | 5394-N0026 | WRG Monokote (MK3) | 2/27/03 |
| 7650 S. Newcastle DSA 969 | 969-1-8-03-FP-1 | 5394-N0024 | WRG Monokote (MK3) | 2/27/03 |
| Agricultural Annex | AA-022603-01 | | Not Analyzed | |
| Agricultural Annex | AA-022603-02 | N0326 | No Asbestos | 3/18/03 |
| DMV HQ Bldg East DSA 3671 | 3671-FP-1803-01 | 5394-N0030 | No Match | 2/27/03 |
| DMV HQ Bldg East DSA 3671 | 3671-FP-1803-02 | | Not Analyzed | |
| OB8 | OB8-022603-01 | N0327 | WRG Monokote (MK3) | 3/18/03 |
| OB8 | OB8-022603-02 | | Not Analyzed | |
| OB9 | OB9-022603-01 | | Not Analyzed | |
| OB9 | OB9-022603-02 | N0320 | WRG Monokote (MK3) | 3/18/03 |
| Resources Bldg DSA 5 | 5-FP-1803-01 | 5394-N0032 | WRG Monokote (MK3) | 2/27/03 |
| Stockton OB DSA 901 | 34-1-8-03-AT-1 | 5394-N0020 | USG Audicote | 1/13/03 |
| Stockton OB DSA 901 | 34-1-8-03-FP-1 | 5394-N0022 | WRG Monokote (MK3) | 2/27/03 |
| Patton State Hospital | Admin #3 | N0402 | No Asbestos | 3/18/03 |
| Patton State Hospital | Admin #4 | N0403 | No Asbestos | 3/18/03 |
| Patton State Hospital | Admin Annex#1 | N0400 | No Asbestos | 3/18/03 |
| Patton State Hospital | Admin Annex#2 | N0401 | No Asbestos | 3/18/03 |
| Patton State Hospital | Audit#5 | N0404 | No Asbestos | 3/18/03 |
| Patton State Hospital | Audit#6 | N0405 | No Asbestos | 3/18/03 |
| DFA HQ | FA-031303-01 | N0498 | No Asbestos | 3/18/03 |
| DFA HQ | FA-031303-02 | N0499 | No Asbestos | 3/18/03 |
| Napa State Hospital | NSH-258-030303-01 | | Not Analyzed | |
| Napa State Hospital | NSH-258-030303-02 | N0431 | No Asbestos | 3/18/03 |
| Napa State Hospital | NSH-168-030303-01 | N0432 | No Asbestos | 3/18/03 |
| Napa State Hospital | NSH-168-030303-02 | | Not Analyzed | |
| Peddler Hills | PH-DORM-030403-01 | N0434 | No Match | 3/18/03 |
| Peddler Hills | PH-DORM-030403-02 | | Not Analyzed | |
| Peddler Hills | PH-RES-030403-01 | | Not Analyzed | |
| Peddler Hills | PH-RES-030403-02 | N0437 | USG Imperial QT Texture Finish | 3/18/03 |
| Northern Youth Corr Rec Center | NYCRC-MW-030403-01 | N0438 | No Asbestos | 3/18/03 |
| Northern Youth Corr Rec Center | NYCRC-MW-030403-02 | | Not Analyzed | |
| CHP Training Center | CHP-MPC-030403-01 | | Not Analyzed | |
| CHP Training Center | CHP-MPC-030403-02 | N0441(A) | No asbestos | 3/18/03 |
| CHP Training Center | CHP-MPC-030403-02 | N0441(B) | Insufficient sample | 3/18/03 |

| Location | Sample ID | MVA-ID | Findings | first reported |
|---|---|---|---|---|
| Stockton Facility | SF-030403-01 | N0458 | No Match | 3/18/03 |
| Stockton Facility | SF-030403-02 | | Not Analyzed | |
| Stockton Facility | SF-030403-03 | N0456 | No Asbestos | 3/18/03 |
| Stockton Facility | SF-030403-04 | | Not Analyzed | |
| Sierra S Reg HQ Shop | SSRH-030303-01 | N0450(A) | WRG Zonolite Acoustical Plastic | 3/18/03 |
| Sierra S Reg HQ Shop | SSRH-030303-01 | N0450(B) | WRG Zonolite Finish Coat | 3/18/03 |
| Sierra S Reg HQ Shop | SSRH-030303-02 | | Not Analyzed | |
| Sierra S Reg HQ Warehouse & Offices | SSRH-030303-03 | N0452(A) | WRG Zonolite Acoustical Plastic | 3/18/03 |
| Sierra S Reg HQ Warehouse & Offices | SSRH-030303-03 | N0452(B) | WRG Zonolite Finish Coat | 3/18/03 |
| Sierra S Reg HQ Warehouse & Offices | SSRH-030303-04 | | Not Analyzed | |
| Sierra S Reg HQ Warehouse & Offices | SSRH-030303-05 | N0454 | No Asbestos | 3/18/03 |
| Sierra S Reg HQ Warehouse & Offices | SSRH-030303-06 | N0455 | No Asbestos | 3/18/03 |
| OH Close Youth Corr Facility | OHYCF-030303-01 | N0444 | No Asbestos | 3/18/03 |
| OH Close Youth Corr Facility | OHYCF-030303-02 | | Not Analyzed | |
| OH Close Youth Corr Facility | OHYCF-030303-03 | N0446 | No Asbestos | 3/18/03 |
| OH Close Youth Corr Facility | OHYCF-030303-04 | N0447 | No Asbestos | 3/18/03 |
| OH Close Youth Corr Facility | OHYCF-030303-05 | N0448 | No Asbestos | 3/18/03 |
| OH Close Youth Corr Facility | OHYCF-030303-06 | | Not Analyzed | |
| Karl Holton Youth Corr D&A Trtmnt Fac | KHYCF-030303-01 | N0442 | No Asbestos | 3/18/03 |
| Karl Holton Youth Corr D&A Trtmnt Fac | KHYCF-030303-02 | | Not Analyzed | |
| Atascadero Warehouse | ASH-030503-01 | N0469 | No Asbestos | 3/18/03 |
| Atascadero Warehouse | ASH-030503-02 | N0470 | No Asbestos | 3/18/03 |
| Atascadero New Treatment Unit | ASH-030603-01 | N0471 | WRG Monokote (MK3) | 3/18/03 |
| Atascadero New Treatment Unit | ASH-030603-02 | | Not Analyzed | |
| Sierra Conservation Center | SCC-AD-A-030503-01 | | Not Analyzed | |
| Sierra Conservation Center | SCC-AD-A-030503-02 | N0468 | WRG Monokote (MK3) | 3/18/03 |
| CCI Bldg J | CCI-030503-01 | N0473 | WRG Monokote (MK3) | 3/18/03 |
| CCI Bldg J | CCI-030503-02 | | Not Analyzed | |
| CCI Bldg P | CCI-030503-03 | N0475 | No Asbestos | 3/18/03 |
| CCI Bldg P | CCI-030503-04 | N0476 | No Asbestos | 3/18/03 |
| CCI Bldg B | CCI-030503-05 | N0477 | WRG Monokote (MK3) | 3/18/03 |
| CCI Bldg B | CCI-030503-06 | | Not Analyzed | |
| CCI Vocational | CCI-030503-07 | N0479 | No Asbestos | 3/18/03 |
| CCI Vocational | CCI-030503-08 | N0480 | <1% Amosite. No match | 3/18/03 |
| Deuel Vocational Institute | DVI-IW-030703-01 | N0481 | No Match | 3/18/03 |
| Deuel Vocational Institute | DVI-IW-030703-02 | | Not Analyzed | |
| DMV HQ Sacramento | DMV031203-01 | N0496 | No Match | 3/18/03 |
| Dmv, HQ Sacramento | DMV031203-02 | N0497 | No Asbestos | 3/18/03 |
| Employment Development Annex | EDA-022603-01 | N0323 | No Asbestos | 3/18/03 |
| Employment Development Annex | EDA-022603-02 | N0324 | No Asbestos | 3/18/03 |
| Central Office | CO-022603-01 | N0321 | (LAYERED) No Asbestos | 3/18/03 |
| Central Office | CO-022603-02 | | Not Analyzed | |
| Ventura Youth Corr Fac | CYA-01 | | Not Analyzed | |
| Ventura Youth Corr Fac | CYA-02 | N0409 | WRG Monokote (MK3) | 3/18/03 |
| LA EDD-S. Broadway | EDD-01 | N0406 | No Asbestos | 3/18/03 |

| Location | Sample ID | MVA-ID | Findings | first reported |
|---|---|---|---|---|
| LA EDD-S. Broadway | EDD-02 | | Not Analyzed | |
| Agricultural Annex | AA-022603-01 | | Not Analyzed | |
| Agricultural Annex | AA-022603-02 | N0326 | No Asbestos | 3/18/03 |
| CA Inst. For Women | CAFE#1 | N0393 | No Asbestos | 3/18/03 |
| CA Inst. For Women | CAFE#2 | N0394 | No Asbestos | 3/18/03 |
| CA Inst. For Women | RC Admin #7 | N0399 | No Asbestos | 3/18/03 |
| CA Inst. For Women | WARE#1-#3 | N0395 | No Asbestos | 3/18/03 |
| CA Inst. For Women | WARE#1-#4 | | Not Analyzed | |
| CA Inst. For Women | WARE#2-#5 | N0397 | No Asbestos | 3/18/03 |
| CA Inst. For Women | WARE#2-#6 | | Not Analyzed | |

**MVA, Inc.**

**Data Interpretation**

**Sample ID:**  MVA5394-N0473

**Project:**  State of California

**Location:**  California Correctional Institution - Bldg. J

**Type:**  Fireproofing

**Construction Date:**  Not Provided

**Product Formula Matched:**  "Zonolite Monokote (MK-3)"

**Manufacturer:**  W.R. Grace & Company

| Constituent Identified | Estimated Weight Percent (Avg)* |
|---|---|
| Chrysotile | ~11% |
| Vermiculite | ~27% |
| Gypsum + Minor Carbonate | ~62% |

**Comments:**

*Estimated weight percent based on light microscopy in conjunction with acid soluble test result.

MVA, Inc.

PLM Constituent Analysis

**Date:**    3/11/03

**MVA #:**   5394              **Location:**    CA Correctional Institution
                                              Bldg. J, Kitchen Mechanical Room

**Sample I.D. #:**   N0473        **Client Sample I.D. #:**   CCI-030503-01

**Examination using the stereomicroscope:**    White powder with brass-colored flakes and white fibers

| CONSTITUENT | % | CONSTITUENT | % | CONSTITUENT | % |
|---|---|---|---|---|---|
| Fibers: | | Pigment: | | Fillers: | |
| Cotton | - - - | Binders: | | Diatoms | - - - |
| Fiberglass | | Kaolinite (-) | - - - | Iron Chromite | - - - |
| Filament | - - - | Montmorillonite (-) | - - - | Iron Oxide | - - - |
| Wool | - - - | **Gypsum** | ~50 · | **Limestone** | * |
| Mineral Wool | - - - | **Anhydrite** | <1 | **Magnetite** | <1 |
| Hair | - - - | Portland Cement | - - - | Mica | - - - |
| Paper/Wood | | Lime (hydrated) | - - - | Perlite | - - - |
| Chem. Proc. | - - - | **Precipitated** | | Synthetic Foam | - - - |
| Mech. Proc. | - - - | **Carbonate** | * | Pumice | - - - |
| Synthetic | - - - | Starch (-) | - - - | **Quartz** | <1 |
| | | | | Talc | - - - |
| | | | | **Vermiculite** | ~35 |

### Asbestos Minerals

| | | | | | |
|---|---|---|---|---|---|
| **Chrysotile** | ~15 | Anthophyllite | - - - | Tremolite/ | |
| Amosite | - - - | Crocidolite | - - - | Actinolite | - - - |

**Comments:**    *Minor limestone/precipitated carbonate is included in the gypsum percentage.

**Analyst:**    Randy Boltin



Photomacrograph of MVA5394-N0473.



PLM photomicrograph of MVA5394-N0473.

## MVA, Inc.

### SEM Constituent Analysis

**Date:** 3/16/03

**MVA #:** 5394

*Particles identified are consistent in morphology and elemental composition with known references.

**Sample I.D. #:** N0473

| CONSTITUENT | PRESENT | CONSTITUENT | PRESENT |
|---|---|---|---|
| Fibers: | | Pigments: | |
| | | | |
| Glass | - - - | Titanium | - - - |
| Mineral Wool | - - - | Barium | - - - |
| Other | - - - | Zinc | - - - |
| | | Other | - - - |
| Fillers: | | Binders: | |
| | | | |
| Diatoms | - - - | Clay | |
| Fe Particle | - - - | Kaolin | - - - |
| Mica | - - - | Montmorillonite | - - - |
| Perlite | - - - | Other | - - - |
| Talc (elong) | - - - | Ca | - - - |
| Talc (platy) | - - - | Ca-Mg | - - - |
| Si | - - - | **Ca-S** | Common |
| **Vermiculite** | Common | Ca-Si | - - - |
| Other | - - - | Ca-Al-Si | - - - |
| | | Ca-Fe-Al-Si | - - - |
| Asbestos Minerals: | | Mg-Fe | - - - |
| | | Al-Si | - - - |
| Amosite | - - - | Others | - - - |
| Anthophyllite | - - - | | |
| **Chrysotile** | Common | | |
| Crocidolite | - - - | | |
| Tremolite/Actinolite | - - - | | |

**Comments:**

**Microscopist:**   Tim B. Vander Wood



EDS spectrum (above) and SEM micrograph (below) of chrysotile.
MVA5394-N0473





EDS spectrum (above) and SEM micrograph (below) of vermiculite.
MVA5394-N0473





EDS spectrum (above) and SEM micrograph (below) of gypsum.
MVA5394-N0473



## MVA, Inc.

### AEM Constituent Analysis

**Date:**  3/16/03

**MVA #:**  5394

**Sample I.D. #:**  N0473

| CONSTITUENT | PRESENT | CONSTITUENT | PRESENT |
|---|---|---|---|
| Fibers: | | Pigments: | |
| Glass fibers | - - - | $TiO_2$ | - - - |
| Others | - - - | $BaSO_4$ | - - - |
| | | ZnS | - - - |
| | | Other | - - - |
| Fillers: | - - - | Binders: | |
| Diatoms | - - - | Clay | |
| Fe Particle | - - - | Kaolin (xltn) | - - - |
| Mica | - - - | Kaolin (calc.) | - - - |
| Perlite | - - - | Smectite | - - - |
| Talc (elong) | - - - | Ca (ppt) | - - - |
| Talc (platy) | - - - | **Ca (xltn)** | Trace |
| Quartz | - - - | Ca-Mg, particle | - - - |
| **Vermiculite** | Common | **Ca-S (ppt)** | Common |
| **Other- Platy Mg-Si** | Common/Minor | Ca-S (xltn) | - - - |
| Asbestos Minerals: | | Ca-Si (ppt) | - - - |
| | | Ca-Si, particle | - - - |
| Amosite | - - - | Ca-Al-Si | - - - |
| Anthophyllite | - - - | Ca-Fe-Al-Si | - - - |
| **Chrysotile** | Common | Mg-Fe, particle | - - - |
| Crocidolite | - - - | Mg-S | - - - |
| Tremolite/Actinolite | - - - | Si (ppt) | - - - |
| | | Si (xltn) | - - - |
| | | Others | - - - |

**Comments:**

**Analyst:**  Randy Boltin

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0473    VERMICULITE

POSSIBLE IDENTIFICATION
    CU KA KB LA
    SI KA
    MG KA
    FE KA
    K  KA OR  IN LA? LB2
    AL KA

           PEAK LISTING
        ENERGY     AREA   EL. AND LINE
    1   0.942      158 CU LA
    2   1.248     2976 MG KA
    3   1.487     1076 AL KA
    4   1.743     6299 SI KA
    5   3.310     1156 K   KA OR IN LA?
    6   3.696      445 IN LB2
    7   6.391     1629 FE KA
    8   8.023     7267 CU KA
    9   8.984     1037 CU KB

                                                            1.WMB
                                                            3/14/3

    MVA INC.                                    Run 16-MAR-01  14:42
    Cursor: 0.000keV = 0           ROI   (1) 0.000: 0.000



    0.000                                       VFS = 512    10 240
      50    MVA5394-N0473   VERMICULITE

                    AEM spectrum of vermiculite.
                    MVA5394-N0473

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0473   CHRYSOTILE

POSSIBLE IDENTIFICATION
   CU KA KB LA
   SI KA
   MG KA

      PEAK LISTING
      ENERGY    AREA  EL. AND LINE
   1   0.922     211  CU LA
   2   1.254    3048  MG KA
   3   1.743    3585  SI KA
   4   8.024    7774  CU KA
   5   8.882     985  CU KB

   MVA INC                                SUN 16-MAR-03   14:37
   Cursor: 0.000keV = 0         ROI   (1) 0.000: 0.000



   0.000                            VFS = 512      10.240
      61    MVA5394-N0473   CHRYSOTILE

AEM spectrum of chrysotile.
MVA5394-N0473

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0473   CA-S/CHRYSOTILE

POSSIBLE IDENTIFICATION
    CU KA KB LA
    SI KA
    MG KA
    CA KA KB
    S  KA
    FE KA

           PEAK LISTING
       ENERGY     AREA   EL. AND LINE
    1   0.953      148  CU LA
    2   1.254     5009  MG KA
    3   1.741     5494  SI KA
    4   2.310     1625  S  KA
    5   3.689     2051  CA KA
    6   4.015      286  CA KB
    7   6.378      200  FE KA
    8   8.023     6585  CU KA
    9   8.980      930  CU KB

       MVA INC.                              SUN 16-MAR-03   15:25
       Cursor: 0.140keV = 0         ROI    (1) 0 000: 0 000



       0.000                              VFS = 512    10 240
         60     MVA5394-N0473   CA-S/CHRYSOTILE

                AEM spectrum of Ca-S/chrysotile.
                MVA5394-N0473

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0473  PLATY MG-SI PARTICLE

POSSIBLE IDENTIFICATION
    MG KA
    SI KA
    CU KA

        PEAK LISTING
      ENERGY    AREA   EL. AND LINE
    1   1.250    749 MG KA
    2   1.736    715 SI KA
    3   8.032    214 CU KA

MVA INC.
Cursor: 0.000KeV = 0          ROI



 0.000                                    VFS = 64      10.240
    64        MVA5394-N0473  PLATY MG-SI PARTICLE

AEM spectrum of a platy Mg-Si particle.
MVA5394-N0473

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0473   CA PARTICLE

POSSIBLE IDENTIFICATION
    CA KA
    CU KA

            PEAK LISTING
        ENERGY    AREA   EL. AND LINE
    1   3.686      425  CA KA
    2   8.023      167  CU KA

*WRB*
*3/18/03*

MVA INC.                                    SUN 18-MAR-01  14:54

Cursor: 0.140keV = 0          ROI  (1) 0 000: 0 000



0.000                                    VFS = 32      10 240

    67     MVA5394-N0473   CA PARTICLE

AEM spectrum of a Ca particle.
MVA5394-N0473

## MVA, Inc.

### Acid Soluble Weight Percent Determination

**Date:**  3/11/03

**MVA#:**  5394

**Sample I.D.#:**  N0473

Initial Weights

| | | |
|---|---|---|
| 1. | Vial w/lid | 4.77684 |
| 2. | Vial + Sample | 5.08837 |
| 3. | Sample Weight (S2-S1) | 0.31153 |
| 4. | Filter (in container) | 10.08380 |

Weights Following Acid Treatment

| | | |
|---|---|---|
| 5. | Filter + Sample | 10.20075 |
| 6. | Insoluble Residue (S5-S4) | 0.11695 |
| 7. | Soluble Fraction (S3-S6) | 0.19458 |

Calculation

| | | |
|---|---|---|
| 8. | % Soluble (S7/S3) x 100% | ~62% |

**Comments:**

**Analyst:**  William L. Turner, Jr.