W.R. Grace
Claim No. 10657

# Asbestos Constituent Analysis

# MVA Project No. 5394

## W.R. Grace Claim #10657

## DGS Claim #1011584

## Building Address:
## 2501 Harbor Blvd., Costa Mesa

**Prepared by:**

**Department of General Services**
**Real Estate Services Division**
**Professional Services Branch**
**707 3rd Street, 4th Floor**
**West Sacramento, CA 95605**



MVA, Inc.
Excellence in
Microanalysis

27 February 2003

Mr. Dan Hood, Project Manager
Department of General Services
Real Estate Services Division
Professional Services Branch
707 3rd Street, Suite 4-430
West Sacramento, CA  95605



Re:    Asbestos Constituent Analysis, Contract No. 3056115; MVA Project No. 5394

Dear Mr. Hood:

Enclosed is our report for product formula matching conducted on thirteen (13) samples of acoustical plaster collected from various buildings.  In three samples we found no asbestos (two from 120 S. Spring Street and one from 2501 Harbor Blvd. Costa Mesa, Building 3234).  Two samples had compositions inconsistent with any US Gypsum or W.R. Grace product (the sample labeled DSA 3671 and the sample from 28 Civic Ctr. Plaza, Santa Ana).  One sample from 2501 Harbor Blvd., Costa Mesa, Bldg. 3265 had several layers and we were unable to unambiguously separate them for constituent analysis.

One sample from 2501 Harbor Blvd., Costa Mesa. Bldg. 3265 was a positive match for W.R. Grace's "Zonolite Acoustical Plastic."  The remaining samples were a positive match for W.R. Graces's MonoKote (MK-3).

Thank you for consulting MVA, Inc.  Please contact us if you have any questions.

Sincerely,

Randy Boltin
Senior Research Scientist

Tim B. Vander Wood, Ph.D.
Executive Director

\\Leslie\mva_data\PROJECTS\Proj5300\5394\rpt022703_5394.doc

5500 Oakbrook Parkway, Suite 200, Norcross, GA  30093 • Telephone: (770) 662-8509 FAX (770) 662-8532
www.mvainc.com

# Report of Results:  MVA5394

## Constituent Analysis
## Various Buildings

### Prepared for:

**Mr. Dan Hood, Project Manager**
**Department of General Services**
**Real Estate Services Division**
**Professional Services Branch**
**707 3rd Street, Suite 4-430**
**West Sacramento, CA  95605**

### Prepared by:

**MVA, Inc.**
**5500 Oakbrook Parkway, Suite 200**
**Norcross, GA 30093**

**27 February 2003**

\\Leslie\mva_data\PROJECTS\Proj5300\5394\rpt022703_5394.doc



MVA, Inc.
— Excellence in —
Microanalysis

5500 Oakbrook Parkway #200
Norcross, GA  30093
770-662-8509 • FAX 770-662-8532
www.mvainc.com

Report of Results:  MVA5394

Constituent Analysis
Various Buildings

## Introduction

This report contains the analytical results and their interpretation for thirteen samples of suspected asbestos containing building materials from various buildings that were sent to MVA, Inc. under Agreement #3056115.  The samples were first examined by polarized light microscopy (PLM) including microchemical tests.  If necessary, the samples were further analyzed by scanning electron microscopy (SEM) combined with energy dispersive x-ray spectrometry (EDS), and by analytical electron microscopy (AEM) utilizing EDS and/or selected area electron diffraction (SAED).  Wet chemistry was also performed on certain samples to determine a soluble weight percent.  The results of all analyses and a data interpretation sheet for the samples are included as an appendix to this report.

Product formula matches were derived from comparison between determined sample composition and available product formulas.  In any case where more than one product formula matched the determined composition, each match was noted.  If no available product formula matched the determined sample composition, a 'no match' was indicated.

## Results

The results of product formula matching for the samples are found in Table 1.  The data on which the matches rely are included on the Data Interpretation page in the appendix.

## Table 1:  Summary of Results

### MVA Project No. 5394

**Group 1**
**Product Formula(s) Matched:**          No Asbestos Detected

| Client Sample ID | MVA Sample ID |
| --- | --- |
| 120-1-01 (120 S. Spring St., LA) | MVA5394-N0034 |
| 120-2-03 (120 S. Spring St., LA) | MVA5394-N0036 |
| 3277-2-05 | |
| (2501 Harbor Blvd. Costa Mesa) | MVA5394-N0046 |

**Group 2**
**Product Formula(s) Matched:**          No Match

| Client Sample ID | MVA Sample ID |
| --- | --- |
| DSA 3671-FP-1803-01 | MVA5394-N0030 |
| 28-2-03 | |
| (28 Civic Center Plaza, Santa Ana) | MVA5394-N0040 |
| 3265-1-01 | |
| (2501 Harbor Blvd. Costa Mesa) | MVA5394-N0042 |

**Group 3**
**Product Formula(s) Matched:**          Zonolite Acoustical Plastic

| Client Sample ID | MVA Sample ID |
| --- | --- |
| 3234-1-3 | |
| (2501 Harbor Blvd., Costa Mesa) | MVA5394-N0044 |

MVA, Inc.

Data Interpretation

**Group:** 3

**Sample ID:** MVA5394-N0044

**Project:** State of California

**Location:** 2501 Harbor Blvd., Costa Mesa

**Type:** N/A

**Construction Date:** Not Provided

**Product Formula Matched:** Zonolite Acoustical Plastic

**Manufacturer:** W.R. Grace

| Constituent Identified | Estimated Weight Percent (Avg)* |
|---|---|
| Chrysotile | ~15% |
| Vermiculite | ~85% |
| Montmorillonite | <1% Minor |

**Comments:**  Gypsum, magnetite, quartz and tremolite are minor constituents.
*Estimated weight percent based on light microscopy in conjunction with acid soluble test result.

\\Leslie\mva_data\PROJECTS\Proj5300\5394\rpt022703_5394.doc

MVA, Inc.

PLM Constituent Analysis

**Date:**    1/10/03

**MVA #:**   5394            **Location:**    2501 Harbor Blvd., Costa Mesa, Bldg.
                                              #3234, Restroom 1005, North Section

**Sample I.D. #:**   N0044       **Client Sample I.D. #:**   3234-1-03

**Examination using the stereomicroscope:**   Brown flaky and fibrous material with a
white surface paint layer.

| CONSTITUENT | % | CONSTITUENT | % | CONSTITUENT | % |
|---|---|---|---|---|---|
| Fibers: | | Pigment: | | Fillers: | |
| Cotton | - - - | Binders: | | Diatoms | - - - |
| Fiberglass | | **Kaolinite (-)** | * | Iron Chromite | - - - |
| Filament | - - - | **Montmorillonite (-)** | * | Iron Oxide | - - - |
| Wool | - - - | Gypsum | - - - | Limestone | - - - |
| Mineral Wool | - - - | Anhydrite | - - - | **Magnetite** | <1 |
| Hair | - - - | Portland Cement | - - - | Mica | - - - |
| Paper/Wood | | Lime (hydrated) | - - - | Perlite | - - - |
| Chem. Proc. | - - - | Precipitated | | Synthetic Foam | - - - |
| Mech. Proc. | - - - | Carbonate | - - - | Pumice | - - - |
| Synthetic | - - - | Starch (-) | | **Quartz** | <1 |
| | | | | Talc | - - - |
| | | | | **Vermiculite** | ~85 |

Asbestos Minerals

| **Chrysotile** | ~15 | Anthophyllite | - - - | Tremolite/ | |
| Amosite | - - - | Crocidolite | - - - | Actinolite | - - - |

**Comments:**   The paint is excluded from this analysis.  *Clay may be present but
could not be confirmed.

**Analyst:**    Randy Boltin

## MVA, Inc.

### SEM Constituent Analysis

**Date:**  2/13/03

**MVA #:**  5394

*Particles identified are consistent in morphology and
elemental composition with known references.

**Sample I.D. #:**    N0044

| CONSTITUENT | PRESENT | CONSTITUENT | PRESENT |
|---|---|---|---|
| Fibers: | | Pigments: | |
| Glass | - - - | Titanium | - - - |
| Mineral Wool | - - - | Barium | - - - |
| Other | - - - | Zinc | - - - |
| | | Other | - - - |
| Fillers: | | Binders: | |
| Diatoms | - - - | Clay | |
| Fe Particle | - - - | Kaolin | - - - |
| Mica | - - - | **Montmorillonite** | Minor |
| Perlite | - - - | Other | - - - |
| Talc (elong) | - - - | Ca | - - - |
| Talc (platy) | - - - | Ca-Mg | - - - |
| Si | - - - | **Ca-S** | Trace |
| **Vermiculite** | Common | Ca-Si | - - - |
| Other | - - - | Ca-Al-Si | - - - |
| | | Ca-Fe-Al-Si | - - - |
| Asbestos Minerals: | | Mg-Fe | - - - |
| | | Al-Si | - - - |
| Amosite | - - - | Others | - - - |
| Anthophyllite. | - - - | | |
| **Chrysotile** | Common | | |
| Crocidolite | - - - | | |
| **Tremolite/Actinolite** | Trace | | |

**Comments:**  Lizardite (?) present

**Microscopist:**    Tim B. Vander Wood



EDS spectrum (above) and SEM micrograph (below) of vermiculite.
MVA5394-N0044





EDS spectrum (above) and SEM micrograph (below) of chrysotile.
MVA5394-N0044





EDS spectrum (above) and SEM micrograph (below) of gypsum.
MVA5394-N0044





EDS spectrum (above) and SEM micrograph (below) of montmorillonite.
MVA5394-N0044





EDS spectrum (above) and SEM micrograph (below) of tremolite/actinolite.
MVA5394-N0044



## MVA, Inc.

### AEM Constituent Analysis

**Date:** 2/12/03

**MVA #:** 5394

**Sample I.D. #:** N0044

| CONSTITUENT | PRESENT | CONSTITUENT | PRESENT |
|---|---|---|---|
| Fibers: | | Pigments: | |
| Glass fibers | - - - | $TiO_2$ | - - - |
| Others | - - - | $BaSO_4$ | - - - |
| | | ZnS | - - - |
| | | Other | - - - |
| Fillers: | | Binders: | |
| Diatoms | - - - | Clay | |
| Fe Particle | - - - | Kaolin (xltn) | - - - |
| Mica | - - - | Kaolin (calc.) | - - - |
| Perlite | - - - | **Smectite** | Common |
| Talc (elong) | - - - | Ca (ppt) | - - - |
| Talc (platy) | - - - | Ca (xtln) | - - - |
| Quartz | - - - | Ca-Mg, particle | - - - |
| **Vermiculite** | Common | Ca-S (ppt) | - - - |
| **Other- Mg-Si** | Trace | Ca-S (xtln) | - - - |
| | | Ca-Si (ppt) | - - - |
| Asbestos Minerals: | | Ca-Si, particle | - - - |
| | | Ca-Al-Si | - - - |
| Amosite | - - - | Ca-Fe-Al-Si | - - - |
| Anthophyllite | - - - | Mg-Fe, particle | - - - |
| **Chrysotile** | Common | Mg-S | - - - |
| Crocidolite | - - - | Si (ppt) | - - - |
| **Tremolite/Actinolite** | Minor/ Common | Si (xtln) | - - - |
| | | Others | - - - |

**Comments:** Smectite properties all consistent with montmorillonite. Mg-Si particles are a probable contaminant of chrysotile.

**Analyst:** P. Few/R. Boltin

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394 N0044 MG-SI PARTICLE

POSSIBLE IDENTIFICATION
    SI  KA
    MG  KA
    CU  KA KB
    FE  KA

         PEAK LISTING
      ENERGY    AREA  EL. AND LINE
  1   1.258    6844  MG KA
  2   1.744    7726  SI KA
  3   6.394     401  FE KA
  4   8.024    3004  CU KA
  5   8.900     348  CU KB

*WRB*
*2/12/03*



MVA INC.                              WED 12-FEB-03  15:19
Cursor: 0.000keV = 0        ROI   (2) 0.000: 0.000

0.000                                   VFS = 1024    10.240
   20    MVA5394 N0044 MG-SI PARTICLE

AEM spectrum of Mg-Si particle.
MVA5394-N0044

```
MG KA
CU KA KB
CA KA KB
FE KA KB
ZN KA OR  RE LA

        PEAK LISTING
      ENERGY    AREA  EL. AND LINE
  1    1.254    8917  MG KA
  2    1.743   26560  SI KA
  3    3.690    7374  CA KA
  4    4.021     758  CA KB
  5    6.398    1991  FE KA
  6    7.042     241  FE KB
  7    8.027    8391  CU KA
  8    8.608     237  ZN KA
  9    8.897    1120  CU KB
```

WRS
2/12/03



```
MVA INC.                              WED 12-FEB-03  15:10
Cursor: 0.000KeV = 0          ROI    (2) 0.000: 0.000
```

```
0.000                                 VFS = 2048    10.240
  39    MVA5394 N0044 TREMOLITE-ACTINOLITE
```

AEM spectrum of tremolite-actinolite.
MVA5394-N0044

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394 N0044 VERMICULITE

POSSIBLE IDENTIFICATION
    CU KA KB LA
    SI KA
    MG KA
    K  KA OR  IN LA?
    AL KA
    FE KA
    TI KA OR  BA LA

        PEAK LISTING
        ENERGY     AREA  EL. AND LINE
    1    0.930      164 CU LA
    2    1.245     1024 MG KA
    3    1.483      681 AL KA
    4    1.745     3840 SI KA
    5    3.320      777 K  KA OR IN LA?
    6    4.498      151 TI KA
    7    6.392      597 FE KA
    8    8.027     6954 CU KA
    9    8.889      951 CU KB


    MVA INC.                              WED 12-FEB-03  14:40
    Cursor: 0.000KeV = 0        ROI   (2) 0.000: 0.000



    2.000      E- E                              VFS = 512    10.240
      24    MVA5394 N0044 VERMICULITE

AEM spectrum of vermiculite.
MVA5394-N0044



AEM spectrum of chrysotile.
MVA5394-N0044



MVA INC.                                          WED 12-FEB-03  14:58
Cursor: 0.000KeV = 0          ROI    (2) 0.000: 0.000

0.000        B- 5                        VFS = 1024      10.240
177      MVA5394 N0044 MONTMORILLONITE

AEM spectrum of montmorillonite.
MVA5394-N0044

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394 N0044 TREMOLITE

POSSIBLE IDENTIFICATION
    SI KA
    MG KA
    CU KA KB
    CA KA KB
    FE KA

PEAK LISTING

| | ENERGY | AREA | EL. AND LINE |
|---|---|---|---|
| 1 | 1.254 | 823 | MG KA |
| 2 | 1.741 | 2419 | SI KA |
| 3 | 3.691 | 496 | CA KA |
| 4 | 4.001 | 59 | CA KB |
| 5 | 6.402 | 172 | FE KA |
| 6 | 8.030 | 716 | CU KA |
| 7 | 8.890 | 96 | CU KB |

MVA INC.                                        WED 12-FEB-03  14:46
Cursor: 0.000keV = 0         ROI    (2) 0.000: 0.000



  0.000    S- 5                     VFS = 256    10.240
    100    MVA5394 N0044 TREMOLITE

AEM spectrum of tremolite.
MVA5394-N0044

SAMPLE ID:MVA5394 N0044

POSSIBLE IDENTIFICATION
    SI KA
    CU KA KB
    MG KA
    CA KA
    FE KA

              PEAK LISTING
       ENERGY      AREA   EL. AND LINE
   1    1.258       806   MG KA
   2    1.744      2294   SI KA
   3    3.692       418   CA KA
   4    6.387       144   FE KA
   5    8.031      1131   CU KA
   6    8.898       147   CU KB

WRG
2/12/09

MVA INC.                                    WED 12-FEB-03  15:05
Cursor: 0.000keV = 0        ROI    (2) 0.000: 0.000



0.000                                    VFS = 256      10.240
 120      MVA5394 N0044 FIBER

AEM spectrum of fiber.
MVA5394-N0044

## MVA, Inc.

## Acid Soluble Weight Percent Determination

**Date:**  2/6/03

**MVA#:**  5394

**Sample I.D.#:**  N0044

Initial Weights

| | | |
|---|---|---|
| 1. | Vial w/lid | 4.78154 |
| 2. | Vial + Sample | 4.97060 |
| 3. | Sample Weight (S2-S1) | 0.18906 |
| 4. | Filter (in container) | 10.34202 |

Weights Following Acid Treatment

| | | |
|---|---|---|
| 5. | Filter + Sample | 10.52887 |
| 6. | Insoluble Residue (S5-S4) | 0.18685 |
| 7. | Soluble Fraction (S3-S6) | 0.00221 |

Calculation

| | | |
|---|---|---|
| 8. | % Soluble (S7/S3) x 100% | ~1% |

**Comments:**

**Analyst:**  Bill Turner

W.R. Grace
Claim No. 10658

# Asbestos Constituent Analysis

# MVA Project No. 5394

### W.R. Grace Claim #10658

### DGS Claim #1011575

### Building Address:
### 3100 Wright Rd., Camarillo

**Prepared by:**

**Department of General Services**
**Real Estate Services Division**
**Professional Services Branch**
**707 3rd Street, 4th Floor**
**West Sacramento, CA 95605**



MVA, Inc.
— Excellence in —
Microanalysis

28 March 2003

Mr. Dan Hood, Project Manager
Department of General Services
Real Estate Services Division
Professional Services Branch
707 3rd Street, Suite 4-430
West Sacramento, CA  95605



Re:    Asbestos Constituent Analysis; MVA Project No. 5394

Dear Mr. Hood:

Enclosed is MVA, Inc.'s  Report of Results of our analyses of samples we have received from you for identification of product manufacturer.

Thank you for consulting MVA, Inc.  If you have any questions about this report, please do not hesitate to call either of us at 770-662-8509, or by email at tvanderwood@mvainc.com.  We will retain your samples for thirty days prior to disposing of them.

Sincerely,

Randy Boltin
Senior Research Scientist

Tim B. Vander Wood, Ph.D.
Executive Director

\\Leslie\mva_data\PROJECTS\Proj5300\5394\rpt032803_5394.doc

# Report of Results: MVA5394

## Asbestos Constituent Analysis

### Prepared for:

**Department of General Services
Real Estate Services Division
Professional Services Branch
707 3rd Street, Suite 4-430
West Sacramento, CA  95605**

### Prepared by:

**MVA, Inc.
5500 Oakbrook Parkway, Suite 200
Norcross, GA 30093**

**28 March 2003**

\\LESLIE\mva_data\PROJECTS\Proj5300\5394\rpt032803_5394.doc



MVA, Inc.
— Excellence in —
Microanalysis

5500 Oakbrook Parkway #200
Norcross, GA  30093
770-662-8509 • FAX 770-662-8532
www.mvainc.com

# Report of Results:  MVA5394

## Asbestos Constituent Analysis

### Introduction

The samples were first examined by polarized light microscopy (PLM) including microchemical tests.  If necessary, the samples were further analyzed by scanning electron microscopy (SEM) combined with energy dispersive x-ray spectrometry (EDS), and by analytical electron microscopy (AEM) utilizing EDS and/or selected area electron diffraction (SAED).  Wet chemistry was also performed on certain samples to determine a soluble weight percent.

Product formula matches were derived from comparison between determined sample composition and available product formulas.  In any case where more than one product formula matched the determined composition, each match was noted.  If no available product formula matched the determined sample composition, a 'no match' was indicated.

### Results

Product formula matches are noted in Table 1 on the following page. Table 2 contains MVA sample number assignments and additional details of the analytical results from these samples as well as the samples previously submitted.  An appendix containing all of the analytical results not previously forwarded follows.

**TABLE 1.** Product Formula Matching Results

The following samples were a positive match for W.R Grace's Monokote (MK-3):

| | |
|---|---|
| OB8-022603-01 | OB9-0220603-02 |
| ASH-030603-01 | SCC-AD-A-030503-02 |
| CCI-030503-01 | CCI-030503-05 |
| CYA-02 | |

The following samples were a positive match for W.R. Grace's Zonolite Acoustical Plastic:

SSRH030303-01 Layer A     SSRH-030303-03 Layer A

The following samples were a positive match for W.R, Grace's Zonolite Finish Coat:

SSRH030303-01 Layer B     SSRH-030303-03 Layer B

The following sample was a positive match for U.S. Gypsum's Imperial QT Texture Finish:

PH-RES-030403-02

**Table 2.** Detailed Sample Descriptions

| Location | Sample ID | MVA-ID | Findings | first reported |
|---|---|---|---|---|
| 120 Spring St | 120-1-01 | 5394-N0034 | No Asbestos | 2/27/03 |
| 120 Spring St | 120-1-02 | 5394-N0036 | No Asbestos | 2/27/03 |
| 2501 Harbor Blvd. | 3234-1-03 | 5394-N0044 | WRG Zonolite Acoustical Plastic | 2/27/03 |
| 2501 Harbor Blvd. | 3265-1-01 | 5394-N0042 | No match | 2/27/03 |
| 2501 Harbor Blvd. | 3277-2-05 | 5394-N0046 | No Asbestos | 2/27/03 |
| 28 Civic Center Plaza | 28-1-01 | 5394-N0038 | WRG Monokote (MK3) | 2/27/03 |
| 28 Civic Center Plaza | 28-2-03 | 5394-N0040 | No ID-Inhomogneous | 2/27/03 |
| 7650 S. Newcastle DSA 1023 | 1023-1-8-03-AT-1 | 5394-N0028 | WRG Monokote (MK3) | 2/27/03 |
| 7650 S. Newcastle DSA 969 | 969-1-8-03-AT-1 | 5394-N0026 | WRG Monokote (MK3) | 2/27/03 |
| 7650 S. Newcastle DSA 969 | 969-1-8-03-FP-1 | 5394-N0024 | WRG Monokote (MK3) | 2/27/03 |
| Agricultural Annex | AA-022603-01 | | Not Analyzed | |
| Agricultural Annex | AA-022603-02 | N0326 | No Asbestos | 3/18/03 |
| DMV HQ Bldg East DSA 3671 | 3671-FP-1803-01 | 5394-N0030 | No Match | 2/27/03 |
| DMV HQ Bldg East DSA 3671 | 3671-FP-1803-02 | | Not Analyzed | |
| OB8 | OB8-022603-01 | N0327 | WRG Monokote (MK3) | 3/18/03 |
| OB8 | OB8-022603-02 | | Not Analyzed | |
| OB9 | OB9-022603-01 | | Not Analyzed | |
| OB9 | OB9-022603-02 | N0320 | WRG Monokote (MK3) | 3/18/03 |
| Resources Bldg DSA 5 | 5-FP-1803-01 | 5394-N0032 | WRG Monokote (MK3) | 2/27/03 |
| Stockton OB DSA 901 | 34-1-8-03-AT-1 | 5394-N0020 | USG Audicote | 1/13/03 |
| Stockton OB DSA 901 | 34-1-8-03-FP-1 | 5394-N0022 | WRG Monokote (MK3) | 2/27/03 |
| Patton State Hospital | Admin #3 | N0402 | No Asbestos | 3/18/03 |
| Patton State Hospital | Admin #4 | N0403 | No Asbestos | 3/18/03 |
| Patton State Hospital | Admin Annex#1 | N0400 | No Asbestos | 3/18/03 |
| Patton State Hospital | Admin Annex#2 | N0401 | No Asbestos | 3/18/03 |
| Patton State Hospital | Audit#5 | N0404 | No Asbestos | 3/18/03 |
| Patton State Hospital | Audit#6 | N0405 | No Asbestos | 3/18/03 |
| DFA HQ | FA-031303-01 | N0498 | No Asbestos | 3/18/03 |
| DFA HQ | FA-031303-02 | N0499 | No Asbestos | 3/18/03 |
| Napa State Hospital | NSH-258-030303-01 | | Not Analyzed | |
| Napa State Hospital | NSH-258-030303-02 | N0431 | No Asbestos | 3/18/03 |
| Napa State Hospital | NSH-168-030303-01 | N0432 | No Asbestos | 3/18/03 |
| Napa State Hospital | NSH-168-030303-02 | | Not Analyzed | |
| Peddler Hills | PH-DORM-030403-01 | N0434 | No Match | 3/18/03 |
| Peddler Hills | PH-DORM-030403-02 | | Not Analyzed | |
| Peddler Hills | PH-RES-030403-01 | | Not Analyzed | |
| Peddler Hills | PH-RES-030403-02 | N0437 | USG Imperial QT Texture Finish | 3/18/03 |
| Northern Youth Corr Rec Center | NYCRC-MW-030403-01 | N0438 | No Asbestos | 3/18/03 |
| Northern Youth Corr Rec Center | NYCRC-MW-030403-02 | | Not Analyzed | |
| CHP Training Center | CHP-MPC-030403-01 | | Not Analyzed | |
| CHP Training Center | CHP-MPC-030403-02 | N0441(A) | No asbestos | 3/18/03 |
| CHP Training Center | CHP-MPC-030403-02 | N0441(B) | Insufficient sample | 3/18/03 |

| Location | Sample ID | MVA-ID | Findings | first reported |
|----------|-----------|--------|----------|----------------|
| Stockton Facility | SF-030403-01 | N0458 | No Match | 3/18/03 |
| Stockton Facility | SF-030403-02 | | Not Analyzed | |
| Stockton Facility | SF-030403-03 | N0456 | No Asbestos | 3/18/03 |
| Stockton Facility | SF-030403-04 | | Not Analyzed | |
| Sierra S Reg HQ Shop | SSRH-030303-01 | N0450(A) | WRG Zonolite Acoustical Plastic | 3/18/03 |
| Sierra S Reg HQ Shop | SSRH-030303-01 | N0450(B) | WRG Zonolite Finish Coat | 3/18/03 |
| Sierra S Reg HQ Shop | SSRH-030303-02 | | Not Analyzed | |
| Sierra S Reg HQ Warehouse & Offices | SSRH-030303-03 | N0452(A) | WRG Zonolite Acoustical Plastic | 3/18/03 |
| Sierra S Reg HQ Warehouse & Offices | SSRH-030303-03 | N0452(B) | WRG Zonolite Finish Coat | 3/18/03 |
| Sierra S Reg HQ Warehouse & Offices | SSRH-030303-04 | | Not Analyzed | |
| Sierra S Reg HQ Warehouse & Offices | SSRH-030303-05 | N0454 | No Asbestos | 3/18/03 |
| Sierra S Reg HQ Warehouse & Offices | SSRH-030303-06 | N0455 | No Asbestos | 3/18/03 |
| OH Close Youth Corr Facility | OHYCF-030303-01 | N0444 | No Asbestos | 3/18/03 |
| OH Close Youth Corr Facility | OHYCF-030303-02 | | Not Analyzed | |
| OH Close Youth Corr Facility | OHYCF-030303-03 | N0446 | No Asbestos | 3/18/03 |
| OH Close Youth Corr Facility | OHYCF-030303-04 | N0447 | No Asbestos | 3/18/03 |
| OH Close Youth Corr Facility | OHYCF-030303-05 | N0448 | No Asbestos | 3/18/03 |
| OH Close Youth Corr Facility | OHYCF-030303-06 | | Not Analyzed | |
| Karl Holton Youth Corr D&A Trtmnt Fac | KHYC-030303-01 | N0442 | No Asbestos | 3/18/03 |
| Karl Holton Youth Corr D&A Trtmnt Fac | KHYC-030303-02 | | Not Analyzed | |
| Atascadero Warehouse | ASH-030503-01 | N0469 | No Asbestos | 3/18/03 |
| Atascadero Warehouse | ASH-030503-02 | N0470 | No Asbestos | 3/18/03 |
| Atascadero New Treatment Unit | ASH-030503-01 | N0471 | WRG Monokote (MK3) | 3/18/03 |
| Atascadero New Treatment Unit | ASH-030603-02 | | Not Analyzed | |
| Sierra Conservation Center | SCC-AD-A-030503-01 | | Not Analyzed | |
| Sierra Conservation Center | SCC-AD-A-030503-02 | N0468 | WRG Monokote (MK3) | 3/18/03 |
| CCI Bldg J | CCI-030503-01 | N0473 | WRG Monokote (MK3) | 3/18/03 |
| CCI Bldg J | CCI-030503-02 | | Not Analyzed | |
| CCI Bldg P | CCI-030503-03 | N0475 | No Asbestos | 3/18/03 |
| CCI Bldg P | CCI-030503-04 | N0476 | No Asbestos | 3/18/03 |
| CCI Bldg B | CCI-030503-05 | N0477 | WRG Monokote (MK3) | 3/18/03 |
| CCI Bldg B | CCI-030503-06 | | Not Analyzed | |
| CCI Vocational | CCI-030503-07 | N0479 | No Asbestos | 3/18/03 |
| CCI Vocational | CCI-030503-08 | N0480 | <1% Amosite, No match | 3/18/03 |
| Deuel Vocational Institute | DVI-IW-030703-01 | N0481 | No Match | 3/18/03 |
| Deuel Vocational Institute | DVI-IW-030703-02 | | Not Analyzed | |
| DMV HQ Sacramento | DMV031203-01 | N0496 | No Match | 3/18/03 |
| Dmv, HQ Sacramento | DMV031203-02 | N0497 | No Asbestos | 3/18/03 |
| Employment Development Annex | EDA-022603-01 | N0323 | No Asbestos | 3/18/03 |
| Employment Development Annex | EDA-022603-02 | N0324 | No Asbestos | 3/18/03 |
| Central Office | CO-022603-01 | N0321 | (LAYERED) No Asbestos | 3/18/03 |
| Central Office | CO-022603-02 | | Not Analyzed | |
| Ventura Youth Corr Fac | CYA-01 | | Not Analyzed | |
| Ventura Youth Corr Fac | CYA-02 | N0409 | WRG Monokote (MK3) | 3/18/03 |
| LA EDD-S. Broadway | EDD-01 | N0406 | No Asbestos | 3/18/03 |

| Location | Sample ID | MVA-ID | Findings | first reported |
|---|---|---|---|---|
| LA EDD-S. Broadway | EDD-02 | | Not Analyzed | |
| Agricultural Annex | AA-022603-01 | | Not Analyzed | |
| Agricultural Annex | AA-022603-02 | N0326 | No Asbestos | 3/18/03 |
| CA Inst. For Women | CAFE#1 | N0393 | No Asbestos | 3/18/03 |
| CA Inst. For Women | CAFE#2 | N0394 | No Asbestos | 3/18/03 |
| CA Inst. For Women | RC Admin #7 | N0399 | No Asbestos | 3/18/03 |
| CA Inst. For Women | WARE#1-#3 | N0395 | No Asbestos | 3/18/03 |
| CA Inst. For Women | WARE#1-#4 | | Not Analyzed | |
| CA Inst. For Women | WARE#2-#5 | N0397 | No Asbestos | 3/18/03 |
| CA Inst. For Women | WARE#2-#6 | | Not Analyzed | |

## MVA, Inc.

## Data Interpretation

**Sample ID:** MVA5394-N0409

**Project:** State of California

**Location:** Ventura Youth Correctional Facility

**Type:** Not Provided

**Construction Date:** Not Provided

**Product Formula Matched:** "Zonolite Monokote (MK-3)"

**Manufacturer:** W.R. Grace & Company

| Constituent Identified | Estimated Weight Percent (Avg)* |
|---|---|
| Chrysotile | ~9% |
| Vermiculite | ~33% |
| Gypsum & Minor Carbonate | ~58% |

**Comments:**

*Estimated weight percent based on light microscopy in conjunction with acid soluble test result.

## MVA, Inc.

### PLM Constituent Analysis

**Date:**    3/6/03

**MVA #:**    5394              **Location:**    Ventura Youth Correctional Facility

**Sample I.D. #:**    N0409          **Client Sample I.D. #:**    CYA-02

**Examination using the stereomicroscope:**    Tan to bronze flaky material with white fibers and white binder

| CONSTITUENT | % | CONSTITUENT | % | CONSTITUENT | % |
|---|---|---|---|---|---|
| Fibers: | | Pigment: | | Fillers: | |
| Cotton | - - - | Binders: | | Diatoms | - - - |
| Fiberglass | | **Kaolinite  (-)** | * | Iron Chromite | - - - |
| Filament | - - - | **Montmorillonite (-)** | * | Iron Oxide | - - - |
| Wool | - - - | **Gypsum** | ~55 | **Limestone** | ** |
| Mineral Wool | - - - | **Anhydrite** | ** | **Magnetite** | <1 |
| Hair | - - - | Portland Cement | - - - | Mica | - - - |
| Paper/Wood | | Lime (hydrated) | - - - | Perlite | - - - |
| Chem. Proc. | - - - | **Precipitated** | | Synthetic Foam | - - - |
| Mech. Proc. | - - - | **Carbonate** | ** | Pumice | - - - |
| Synthetic | - - - | Starch  (-) | - - - | Quartz | - - - |
| | | | | Talc | - - - |
| | | | | **Vermiculite** | ~35 |

### Asbestos Minerals

| | | | | | |
|---|---|---|---|---|---|
| **Chrysotile** | ~10 | Anthophyllite | - - - | **Tremolite/** | |
| Amosite | - - - | Crocidolite | - - - | **Actinolite** | <1*** |

**Comments:**    *The presence or absence of clay could not be determined by PLM.
**Minor limestone and/or precipitated carbonate is included in the gypsum percentage.
***A fiber bundle consistent with amphibole asbestos (tremolite/actinolite) was detected.
A piece of concrete included with the sample was not included in the analysis.

**Analyst:**    William L. Turner, Jr.



Photomacrograph of MVA5394-N0409.



PLM photomicrograph of MVA5394-N0409.

## MVA, Inc.

### SEM Constituent Analysis

**Date:** 3/16/03

*Particles identified are consistent in morphology and elemental composition with known references.

**MVA #:** 5394

**Sample I.D. #:** N0409

| CONSTITUENT | PRESENT | CONSTITUENT | PRESENT |
|---|---|---|---|
| Fibers: | | Pigments: | |
| Glass | - - - | Titanium | - - - |
| Mineral Wool | - - - | Barium | - - - |
| Other | - - - | Zinc | - - - |
| | | Other | - - - |
| Fillers: | | Binders: | |
| Diatoms | - - - | Clay | |
| Fe Particle | - - - | Kaolin | - - - |
| Mica | - - - | Montmorillonite | - - - |
| Perlite | - - - | Other | - - - |
| Talc (elong) | - - - | Ca | - - - |
| Talc (platy) | - - - | Ca-Mg | - - - |
| Si | - - - | **Ca-S** | Common |
| **Vermiculite** | Common | Ca-Si | - - - |
| Other | - - - | Ca-Al-Si | - - - |
| | | Ca-Fe-Al-Si | - - - |
| Asbestos Minerals: | | Mg-Fe | - - - |
| | | Al-Si | - - - |
| Amosite | - - - | Others | - - - |
| Anthophyllite | - - - | | |
| **Chrysotile** | Common | | |
| Crocidolite | - - - | | |
| Tremolite/Actinolite | - - - | | |

**Comments:**

**Microscopist:** Tim B. Vander Wood



EDS spectrum (above) and SEM micrograph (below) of vermiculite.
MVA5394-N0409





EDS spectrum (above) and SEM micrograph (below) of gypsum.
MVA5394-N0409





MVA5394,N0409,chrysotile

. EDS spectrum (above) and SEM micrograph (below) of chrysotile.
MVA5394-N0409



## MVA, Inc.

### AEM Constituent Analysis

**Date:** 3/16/03

**MVA #:** 5394

**Sample I.D. #:** N0409

| CONSTITUENT | PRESENT | CONSTITUENT | PRESENT |
|---|---|---|---|
| Fibers: | | Pigments: | |
| Glass fibers | - - - | $TiO_2$ | - - - |
| Others | - - - | $BaSO_4$ | - - - |
| | | ZnS | - - - |
| | | Other | - - - |
| Fillers: | - - - | Binders: | |
| Diatoms | - - - | Clay | |
| Fe Particle | - - - | Kaolin (xltn) | - - - |
| Mica | - - - | Kaolin (calc.) | - - - |
| Perlite | - - - | Smectite | - - - |
| Talc (elong) | - - - | Ca (ppt) | - - - |
| Talc (platy) | - - - | Ca (xtln) | - - - |
| Quartz | - - - | Ca-Mg, particle | - - - |
| **Vermiculite** | Common | **Ca-S (ppt)** | * |
| **Other- Platy Mg-Si** | Minor | **Ca-S (xtln)** | * |
| **Feldspar** | Trace | Ca-Si (ppt) | - - - |
| Asbestos Minerals: | | Ca-Si, particle | |
| | | Ca-Al-Si | - - - |
| Amosite | - - - | Ca-Fe-Al-Si | - - - |
| Anthophyllite | - - - | Mg-Fe, particle | - - - |
| **Chrysotile** | Common | Mg-S | - - - |
| Crocidolite | - - - | Si (ppt) | - - - |
| Tremolite/Actinolite | - - - | Si (xtln) | - - - |
| | | Others | - - - |

**Comments:** Platy Mg-Si particles are a probable contaminant of chrysotile.
*Ca-S particles are common.

**Analyst:** Randy Boltin

SAMPLE ID:MVA5394-N0409  VERMICULITE

POSSIBLE IDENTIFICATION
    CU KA KB LA
    SI KA
    MG KA
    FE KA KB
    K  KA OR  IN LA? LB2
    AL KA
    TI KA OR  BA LA

                PEAK LISTING
        ENERGY     AREA   EL. AND LINE
    1    0.984       225 CU LA
    2    1.248      4785 MG KA
    3    1.487      1781 AL KA
    4    1.744      9826 SI KA
    5    3.317      1825 K  KA OR IN LA?
    6    3.677       667 IN LB2
    7    4.513       278 TI KA
    8    6.389      1984 FE KA
    9    7.050       303 FE KB
   10    8.027     12785 CU KA
   11    8.570       150 UNIDENTIFIED
   12    8.885      1775 CU KB

MVA INC.                          SUN 16-MAR-03  11:12
Cursor: 0.000KeV = 0        ROI    (1) 0.000: 0.000



0.000                            VFS = 1024    10.240
   40      MVA5394-N0409  VERMICULITE

**AEM spectrum of vermiculite.**
**MVA5394-N0409**

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0409   CA-S PARTICLE

POSSIBLE IDENTIFICATION
    CU KA KB LA
    CA KA KB
    S  KA
    SI KA
    MG KA

            PEAK LISTING
        ENERGY     AREA   EL. AND LINE
    1    0.939     283  CU LA
    2    1.250     236  MG KA
    3    1.741     520  SI KA
    4    2.306    4844  S  KA
    5    3.688    5762  CA KA
    6    4.015     644  CA KB
    7    8.021   10139  CU KA
    8    8.876    1441  CU KB

                                            *wrly*
                                            *3/16/03*

    MVA INC.                          SUN 16-MAR-03  11:28
    Cursor: 0.000keV = 0      ROI   (1: 0.000: 0.000



    0.000                          VFS = 1024    10.240
        45     MVA5394-N0409   CA-S PARTICLE

            AEM spectrum of a Ca-S particle.
                  MVA5394-N0409

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0409   CHRYSOTILE

POSSIBLE IDENTIFICATION
     SI  KA
     MG  KA
     CU  KA
     FE  KA
     CA  KA
     S   KA

          PEAK LISTING
       ENERGY      AREA    EL. AND LINE
   1   1.255     2678  MG  KA
   2   1.743     2859  SI  KA
   3   2.325       86  S   KA
   4   3.684       96  CA  KA
   5   6.398      100  FE  KA
   6   8.027      818  CU  KA



MVA INC.                                    SUN 16-MAR-03  11:08
Cursor: 0.000KeV = 0          ROI     <1> 0.000: 0.000

     60    MVA5394-N0409  CHRYSOTILE

AEM spectrum of chrysotile.
MVA5394-N0409

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0409   PLATY MG-SI (LIZARDITE)

POSSIBLE IDENTIFICATION
    SI KA
    MG KA
    CU KA

              PEAK LISTING
        ENERGY    AREA  EL. AND LINE
    1   1.252     719  MG KA
    2   1.743     870  SI KA
    3   8.032     476  CU KA

*WRJ*
*3/16/03*

    MVA INC.                              SUN 16-MAR-03  11:20
    Cursor: 0.000keV = 0          ROI    (1) 0.000: 0.000



    0.000                                 VFS = 128    10.240
       71     MVA5394-N0409  PLATY MG-SI (LIZARDITE)

AEM spectrum of a platy Mg-Si (lizardite) particle.
MVA5394-N0409

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0409   ALKALI FELDSPAR

POSSIBLE IDENTIFICATION
    SI KA
    CU KA KB
    K  KA OR  IN LA?
    AL KA
    NA KA
    S  KA

              PEAK LISTING
        ENERGY    AREA   EL. AND LINE
    1    1.026      88  NA KA
    2    1.472     558  AL KA
    3    1.743    2641  SI KA
    4    2.339      62  S  KA
    5    3.313     684  K   KA OR IN LA?
    6    8.023     790  CU KA
    7    8.885     119  CU KB

*WMH*
*3/16/03*

MVA INC.                                    SUN 16-MAR-03  11:17
Cursor: 0.000keV = 2         ROI    (1) 0.000: 0.000



    0.000                                VFS = 256      10.240
        76    MVA5394-N0409  ALKALI FELDSPAR

AEM spectrum of alkali feldspar.
MVA5394-N0409

## MVA, Inc.

## Acid Soluble Weight Percent Determination

**Date:**  3/7/03

**MVA#:**  5394

**Sample I.D.#:**  N0409

Initial Weights

|    |                         |          |
|----|-------------------------|----------|
| 1. | Vial w/lid              | 4.73505  |
| 2. | Vial + Sample           | 5.02668  |
| 3. | Sample Weight (S2-S1)   | 0.29163  |
| 4. | Filter (in container)   | 10.07050 |

Weights Following Acid Treatment

|    |                           |          |
|----|---------------------------|----------|
| 5. | Filter + Sample           | 10.19344 |
| 6. | Insoluble Residue (S5-S4) | 0.12294  |
| 7. | Soluble Fraction (S3-S6)  | 0.16869  |

Calculation

|    |                          |       |
|----|--------------------------|-------|
| 8. | % Soluble (S7/S3) x 100% | ~58%  |

**Comments:**  .

**Analyst:**  William L. Turner, Jr.

W.R. Grace
Claim No. 10659

# Asbestos Constituent Analysis

# MVA Project No. 5394

## W.R. Grace Claim #10659

## DGS Claim #1011573

## Building Address:
## 1234 E. Shaw Ave., Fresno

**Prepared by:**

**Department of General Services**
**Real Estate Services Division**
**Professional Services Branch**
**707 3rd Street, 4th Floor**
**West Sacramento, CA 95605**



MVA, Inc.
——— Excellence in ———
Microanalysis

28 March 2003

Mr. Dan Hood, Project Manager
Department of General Services
Real Estate Services Division
Professional Services Branch
707 3rd Street, Suite 4-430
West Sacramento, CA  95605



Re:    Asbestos Constituent Analysis; MVA Project No. 5394

Dear Mr. Hood:

Enclosed is MVA, Inc.'s  Report of Results of our analyses of samples we have received from you for identification of product manufacturer.

Thank you for consulting MVA, Inc.  If you have any questions about this report, please do not hesitate to call either of us at 770-662-8509, or by email at tvanderwood@mvainc.com.  We will retain your samples for thirty days prior to disposing of them.

Sincerely,

Randy Boltin
Senior Research Scientist

Tim B. Vander Wood, Ph.D.
Executive Director

\\Leslie\mva_data\PROJECTS\Proj5300\5394\rpt032803_5394.doc