Report of Results:  MVA5394

Asbestos Constituent Analysis

Prepared for:

**Department of General Services
Real Estate Services Division
Professional Services Branch
707 3rd Street, Suite 4-430
West Sacramento, CA  95605**

Prepared by:

**MVA, Inc.
5500 Oakbrook Parkway, Suite 200
Norcross, GA 30093**

**28 March 2003**

\\LESLIE\mva_data\PROJECTS\Proj5300\5394\rpt032803_5394.doc



MVA, Inc.
Excellence in
Microanalysis

5500 Oakbrook Parkway #200
Norcross, GA  30093
770-662-8509 • FAX 770-662-8532
www.mvainc.com

# Report of Results:  MVA5394

## Asbestos Constituent Analysis

### Introduction

The samples were first examined by polarized light microscopy (PLM) including microchemical tests.  If necessary, the samples were further analyzed by scanning electron microscopy (SEM) combined with energy dispersive x-ray spectrometry (EDS), and by analytical electron microscopy (AEM) utilizing EDS and/or selected area electron diffraction (SAED).  Wet chemistry was also performed on certain samples to determine a soluble weight percent.

Product formula matches were derived from comparison between determined sample composition and available product formulas.  In any case where more than one product formula matched the determined composition, each match was noted.  If no available product formula matched the determined sample composition, a 'no match' was indicated.

### Results

Product formula matches are noted in Table 1 on the following page. Table 2 contains MVA sample number assignments and additional details of the analytical results from these samples as well as the samples previously submitted.  An appendix containing all of the analytical results not previously forwarded follows.

**TABLE 1.** Product Formula Matching Results

The following samples were a positive match for W.R Grace's Monokote (MK-3):

OB8-022603-01
ASH-030603-01
CCI-030503-01
CYA-02

OB9-0220603-02
SCC-AD-A-030503-02
CCI-030503-05

The following samples were a positive match for W.R. Grace's Zonolite Acoustical Plastic:

SSRH030303-01 Layer A        SSRH-030303-03 Layer A

The following samples were a positive match for W.R, Grace's Zonolite Finish Coat:

SSRH030303-01 Layer B        SSRH-030303-03 Layer B

The following sample was a positive match for U.S. Gypsum's Imperial QT Texture Finish:

PH-RES-030403-02

**Table 2.** Detailed Sample Descriptions

| Location | Sample ID | MVA-ID | Findings | first reported |
|---|---|---|---|---|
| 120 Spring St | 120-1-01 | 5394-N0034 | No Asbestos | 2/27/03 |
| 120 Spring St | 120-1-02 | 5394-N0036 | No Asbestos | 2/27/03 |
| 2501 Harbor Blvd. | 3234-1-03 | 5394-N0044 | WRG Zonolite Acoustical Plastic | 2/27/03 |
| 2501 Harbor Blvd. | 3265-1-01 | 5394-N0042 | No match | 2/27/03 |
| 2501 Harbor Blvd. | 3277-2-05 | 5394-N0046 | No Asbestos | 2/27/03 |
| 28 Civic Center Plaza | 28-1-01 | 5394-N0038 | WRG Monokote (MK3) | 2/27/03 |
| 28 Civic Center Plaza | 28-2-03 | 5394-N0040 | No ID-Inhomogneous | 2/27/03 |
| 7650 S. Newcastle DSA 1023 | 1023-1-8-03-AT-1 | 5394-N0028 | WRG Monokote (MK3) | 2/27/03 |
| 7650 S. Newcastle DSA 969 | 969-1-8-03-AT-1 | 5394-N0026 | WRG Monokote (MK3) | 2/27/03 |
| 7650 S. Newcastle DSA 969 | 969-1-8-03-FP-1 | 5394-N0024 | WRG Monokote (MK3) | 2/27/03 |
| Agricultural Annex | AA-022603-01 | | Not Analyzed | |
| Agricultural Annex | AA-022603-02 | N0326 | No Asbestos | 3/18/03 |
| DMV HQ Bldg East DSA 3671 | 3671-FP-1803-01 | 5394-N0030 | No Match | 2/27/03 |
| DMV HQ Bldg East DSA 3671 | 3671-FP-1803-02 | | Not Analyzed | |
| OB8 | OB8-022603-01 | N0327 | WRG Monokote (MK3) | 3/18/03 |
| OB8 | OB8-022603-02 | | Not Analyzed | |
| OB9 | OB9-022603-01 | | Not Analyzed | |
| OB9 | OB9-022603-02 | N0320 | WRG Monokote (MK3) | 3/18/03 |
| Resources Bldg DSA 5 | 5-FP-1803-01 | 5394-N0032 | WRG Monokote (MK3) | 2/27/03 |
| Stockton OB DSA 901 | 34-1-8-03-AT-1 | 5394-N0020 | USG Audicote | 1/13/03 |
| Stockton OB DSA 901 | 34-1-8-03-FP-1 | 5394-N0022 | WRG Monokote (MK3) | 2/27/03 |
| Patton State Hospital | Admin #3 | N0402 | No Asbestos | 3/18/03 |
| Patton State Hospital | Admin #4 | N0403 | No Asbestos | 3/18/03 |
| Patton State Hospital | Admin Annex#1 | N0400 | No Asbestos | 3/18/03 |
| Patton State Hospital | Admin Annex#2 | N0401 | No Asbestos | 3/18/03 |
| Patton State Hospital | Audit#5 | N0404 | No Asbestos | 3/18/03 |
| Patton State Hospital | Audit#6 | N0405 | No Asbestos | 3/18/03 |
| DFA HQ | FA-031303-01 | N0498 | No Asbestos | 3/18/03 |
| DFA HQ | FA-031303-02 | N0499 | No Asbestos | 3/18/03 |
| Napa State Hospital | NSH-258-030303-01 | | Not Analyzed | |
| Napa State Hospital | NSH-258-030303-02 | N0431 | No Asbestos | 3/18/03 |
| Napa State Hospital | NSH-168-030303-01 | N0432 | No Asbestos | 3/18/03 |
| Napa State Hospital | NSH-168-030303-02 | | Not Analyzed | |
| Peddler Hills | PH-DORM-030403-01 | N0434 | No Match | 3/18/03 |
| Peddler Hills | PH-DORM-030403-02 | | Not Analyzed | |
| Peddler Hills | PH-RES-030403-01 | | Not Analyzed | |
| Peddler Hills | PH-RES-030403-02 | N0437 | USG Imperial QT Texture Finish | 3/18/03 |
| Northern Youth Corr Rec Center | NYCRC-MW-030403-01 | N0438 | No Asbestos | 3/18/03 |
| Northern Youth Corr Rec Center | NYCRC-MW-030403-02 | | Not Analyzed | |
| CHP Training Center | CHP-MPC-030403-01 | | Not Analyzed | |
| CHP Training Center | CHP-MPC-030403-02 | N0441(A) | No asbestos | 3/18/03 |
| CHP Training Center | CHP-MPC-030403-02 | N0441(B) | Insufficient sample | 3/18/03 |

| Location | Sample ID | MVA-ID | Findings | first reported |
|----------|-----------|--------|----------|----------------|
| Stockton Facility | SF-030403-01 | N0458 | No Match | 3/18/03 |
| Stockton Facility | SF-030403-02 | | Not Analyzed | |
| Stockton Facility | SF-030403-03 | N0456 | No Asbestos | 3/18/03 |
| Stockton Facility | SF-030403-04 | | Not Analyzed | |
| Sierra S Reg HQ Shop | SSRH-030303-01 | N0450(A) | WRG Zonolite Acoustical Plastic | 3/18/03 |
| Sierra S Reg HQ Shop | SSRH-030303-01 | N0450(B) | WRG Zonolite Finish Coat | 3/18/03 |
| Sierra S Reg HQ Shop | SSRH-030303-02 | | Not Analyzed | |
| Sierra S Reg HQ Warehouse & Offices | SSRH-030303-03 | N0452(A) | WRG Zonolite Acoustical Plastic | 3/18/03 |
| Sierra S Reg HQ Warehouse & Offices | SSRH-030303-03 | N0452(B) | WRG Zonolite Finish Coat | 3/18/03 |
| Sierra S Reg HQ Warehouse & Offices | SSRH-030303-04 | | Not Analyzed | |
| Sierra S Reg HQ Warehouse & Offices | SSRH-030303-05 | N0454 | No Asbestos | 3/18/03 |
| Sierra S Reg HQ Warehouse & Offices | SSRH-030303-06 | N0455 | No Asbestos | 3/18/03 |
| OH Close Youth Corr Facility | OHYCF-030303-01 | N0444 | No Asbestos | 3/18/03 |
| OH Close Youth Corr Facility | OHYCF-030303-02 | | Not Analyzed | |
| OH Close Youth Corr Facility | OHYCF-030303-03 | N0446 | No Asbestos | 3/18/03 |
| OH Close Youth Corr Facility | OHYCF-030303-04 | N0447 | No Asbestos | 3/18/03 |
| OH Close Youth Corr Facility | OHYCF-030303-05 | N0448 | No Asbestos | 3/18/03 |
| OH Close Youth Corr Facility | OHYCF-030303-06 | | Not Analyzed | |
| Karl Holton Youth Corr D&A Trtmnt Fac | KHYC-030303-01 | N0442 | No Asbestos | 3/18/03 |
| Karl Holton Youth Corr D&A Trtmnt Fac | KHYC-030303-02 | | Not Analyzed | |
| Atascadero Warehouse | ASH-030503-01 | N0469 | No Asbestos | 3/18/03 |
| Atascadero Warehouse | ASH-030503-02 | N0470 | No Asbestos | 3/18/03 |
| Atascadero New Treatment Unit | ASH-030603-01 | N0471 | WRG Monokote (MK3) | 3/18/03 |
| Atascadero New Treatment Unit | ASH-030603-02 | | Not Analyzed | |
| Sierra Conservation Center | SCC-AD-A-030503-01 | | Not Analyzed | |
| Sierra Conservation Center | SCC-AD-A-030503-02 | N0468 | WRG Monokote (MK3) | 3/18/03 |
| CCI Bldg J | CCI-030503-01 | N0473 | WRG Monokote (MK3) | 3/18/03 |
| CCI Bldg J | CCI-030503-02 | | Not Analyzed | |
| CCI Bldg P | CCI-030503-03 | N0475 | No Asbestos | 3/18/03 |
| CCI Bldg P | CCI-030503-04 | N0476 | No Asbestos | 3/18/03 |
| CCI Bldg B | CCI-030503-05 | N0477 | WRG Monokote (MK3) | 3/18/03 |
| CCI Bldg B | CCI-030503-06 | | Not Analyzed | |
| CCI Vocational | CCI-030503-07 | N0479 | No Asbestos | 3/18/03 |
| CCI Vocational | CCI-030503-08 | N0480 | <1% Amosite. No match | 3/18/03 |
| Deuel Vocational Institute | DVI-IW-030703-01 | N0481 | No Match | 3/18/03 |
| Deuel Vocational Institute | DVI-IW-030703-02 | | Not Analyzed | |
| DMV HQ Sacramento | DMV031203-01 | N0496 | No Match | 3/18/03 |
| Dmv, HQ Sacramento | DMV031203-02 | N0497 | No Asbestos | 3/18/03 |
| Employment Development Annex | EDA-022603-01 | N0323 | No Asbestos | 3/18/03 |
| Employment Development Annex | EDA-022603-02 | N0324 | No Asbestos | 3/18/03 |
| Central Office | CO-022603-01 | N0321 | (LAYERED) No Asbestos | 3/18/03 |
| Central Office | CO-022603-02 | | Not Analyzed | |
| Ventura Youth Corr Fac | CYA-01 | | Not Analyzed | |
| Ventura Youth Corr Fac | CYA-02 | N0409 | WRG Monokote (MK3) | 3/18/03 |
| LA EDD-S. Broadway | EDD-01 | N0406 | No Asbestos | 3/18/03 |

| Location | Sample ID | MVA-ID | Findings | first reported |
|---|---|---|---|---|
| LA EDD-S. Broadway | EDD-02 | | Not Analyzed | |
| Agricultural Annex | AA-022603-01 | | Not Analyzed | |
| Agricultural Annex | AA-022603-02 | N0326 | No Asbestos | 3/18/03 |
| CA Inst. For Women | CAFE#1 | N0393 | No Asbestos | 3/18/03 |
| CA Inst. For Women | CAFE#2 | N0394 | No Asbestos | 3/18/03 |
| CA Inst. For Women | RC Admin #7 | N0399 | No Asbestos | 3/18/03 |
| CA Inst. For Women | WARE#1-#3 | N0395 | No Asbestos | 3/18/03 |
| CA Inst. For Women | WARE#1-#4 | | Not Analyzed | |
| CA Inst. For Women | WARE#2-#5 | N0397 | No Asbestos | 3/18/03 |
| CA Inst. For Women | WARE#2-#6 | | Not Analyzed | |

## MVA, Inc.

### PLM Constituent Analysis

**Date:**    3/10/03

**MVA #:**    5394    **Location:**    Sierra South Region Headquarters, Warehouse and Offices, N. Bldg., 2nd Story, E. Wall

**Sample I.D. #:**    N0452(A)    **Client Sample I.D. #:**    SSRH-030303-03

**Examination using the stereomicroscope:**    Layered sample:  layer (A) is a brown flaky material with fibers

| CONSTITUENT | % | CONSTITUENT | % | CONSTITUENT | % |
|---|---|---|---|---|---|
| Fibers: | | Pigment: | - - - | Fillers: | |
| Cotton | - - - | Binders: | | Diatoms | - - - |
| Fiberglass | | **Kaolinite  (*)** | * | Iron Chromite | - - - |
| Filament | - - - | **Montmorillonite (*)** | * | Iron Oxide | - - - |
| Wool | - - - | Gypsum | - - - | Limestone | - - - |
| Mineral Wool | - - - | Anhydrite | - - - | Magnetite | - - - |
| Hair | - - - | Portland Cement | - - - | Mica | - - - |
| Paper/Wood | | Lime (hydrated) | - - - | Perlite | - - - |
| Chem. Proc. | - - - | **Precipitated** | | Synthetic Foam | - - - |
| Mech. Proc. | - - - | **Carbonate** | <1 | Pumice | - - - |
| Synthetic | - - - | Starch  (-) | - - - | **Quartz** | <1 |
| | | | | Talc | - - - |
| | | | | **Vermiculite** | ~85 |

### Asbestos Minerals

| | | | | | |
|---|---|---|---|---|---|
| **Chrysotile** | ~15 | Anthophyllite | - - - | Tremolite/ | |
| Amosite | - - - | Crocidolite | - - - | Actinolite | - - - |

**Comments:**    Only layer (A) is considered in this analysis.  *The presence of kaolinite is indicated by microchemical testing.  Montmorillonite may be present but could not be confirmed.

**Analyst:**    Randy Boltin



Photomacrograph of MVA5394-N0452(A).



PLM photomicrograph of MVA5394-N0452(A).

## MVA, Inc.

## SEM Constituent Analysis

**Date:** 3/16/03

**MVA #:** 5394

*Particles identified are consistent in morphology and elemental composition with known references.

**Sample I.D. #:** N0452(A)

| CONSTITUENT | PRESENT | CONSTITUENT | PRESENT |
|---|---|---|---|
| Fibers: | | Pigments: | |
| Glass | - - - | Titanium | - - - |
| Mineral Wool | - - - | Barium | - - - |
| Other | - - - | Zinc | - - - |
| | | Other | - - - |
| Fillers: | | Binders: | |
| Diatoms | - - - | Clay | |
| Fe Particle | - - - | Kaolin | - - - |
| Mica | - - - | Montmorillonite | - - - |
| Perlite | - - - | Other | - - - |
| Talc (elong) | - - - | Ca | - - - |
| Talc (platy) | - - - | Ca-Mg | - - - |
| Si | - - - | Ca-S | - - - |
| **Vermiculite** | Common | Ca-Si | - - - |
| Other | - - - | Ca-Al-Si | - - - |
| | | Ca-Fe-Al-Si | - - - |
| Asbestos Minerals: | | Mg-Fe | - - - |
| | | Al-Si | - - - |
| Amosite | - - - | Others | - - - |
| Anthophyllite | - - - | | |
| **Chrysotile** | Common | | |
| Crocidolite | - - - | | |
| Tremolite/Actinolite | - - - | | |

**Comments:** Vermiculite is delaminated and very small, no clay found.

**Microscopist:** Tim B. Vander Wood



EDS spectrum (above) and SEM micrograph (below) of vermiculite.
MVA5394-N0452(A)





MVA5394,N0452a,chrysotile

EDS spectrum (above) and SEM micrograph (below) of chrysotile.
MVA5394-N0452(A)



## MVA, Inc.

## AEM Constituent Analysis

**Date:** 3/17/03

**MVA #:** 5394

**Sample I.D. #:** N0452(A)

| CONSTITUENT | PRESENT | CONSTITUENT | PRESENT |
|---|---|---|---|
| Fibers: | | Pigments: | |
| Glass fibers | - - - | $TiO_2$ | - - - |
| Others | - - - | $BaSO_4$ | - - - |
| | | ZnS | - - - |
| | | Other | - - - |
| Fillers: | | Binders: | |
| | - - - | | |
| Diatoms | - - - | Clay | |
| Fe Particle | - - - | Kaolin (xltn) | - - - |
| Mica | - - - | Kaolin (calc.) | - - - |
| Perlite | - - - | **Smectite** | Common/Minor |
| Talc (elong) | - - - | Ca (ppt) | - - - |
| Talc (platy) | - - - | Ca (xtln) | - - - |
| Quartz | - - - | Ca-Mg, particle | - - - |
| **Vermiculite** | Common | Ca-S (ppt) | - - - |
| Other | - - - | Ca-S (xtln) | - - - |
| | | Ca-Si (ppt) | - - - |
| Asbestos Minerals: | | Ca-Si, particle | - - - |
| | | Ca-Al-Si | - - - |
| Amosite | - - - | Ca-Fe-Al-Si | - - - |
| Anthophyllite | - - - | Mg-Fe, particle | - - - |
| **Chrysotile** | Common/Minor | Mg-S | - - - |
| Crocidolite | - - - | Si (ppt) | - - - |
| Tremolite/Actinolite | - - - | Si (xtln) | - - - |
| | | Others | - - - |

**Comments:** Smectite properties are consistent with montmorillonite.

**Analyst:** Randy Boltin

SAMPLE ID:MVA5394-N0452(A)    VERMICULITE

POSSIBLE IDENTIFICATION
    CU  KA  KB  LA
    SI  KA
    MG  KA
    FE  KA  KB
    AL  KA
    K   KA  OR   IN LA?  LB2
    TI  KA  OR   BA LA
    ZN  KA  OR   OS LA

        ____  PEAK LISTING
        ENERGY    AREA    EL. AND LINE
  1    0.947      263   CU LA
  2    1.248     4689   MG KA
  3    1.486     2103   AL KA
  4    1.745    11142   SI KA
  5    3.315     1907   K  KA OR IN LA?
  6    3.684      528   IN LB2
  7    4.498      847   TI KA
  8    6.388     8470   FE KA
  9    7.035      281   FE KB
 10    8.024    15268   CU KA
 11    8.584      197   ZN KA
 12    8.889     2021   CU KB

*WRB*
*3/17/03*

MVA INC.                                MON 17-MAR-03   16:26
Cursor: 0.000KeV = 0            ROI    (1) 0.000: 0.000



0.000                                   VFS = 1024    10.240
    45    MVA5394-N0452(A)   VERMICULITE

AEM spectrum of vermiculite.
MVA5394-N0452(A)

SAMPLE ID:MVA5394-N0452(A)   MONTMORILLONITE

POSSIBLE IDENTIFICATION
    CU KA KB LA
    SI KA
    AL KA
    FE KA
    MG KA
    K  KA OR  IN LA? LB2
    S  KA

            PEAK LISTING
      ENERGY      AREA   EL. AND LINE
  1    0.952       607  CU LA
  2    1.284       568  MG KA
  3    1.476      4544  AL KA
  4    1.744     16149  SI KA
  5    2.305       363  S  KA
  6    3.319       404  K  KA OR IN LA?
  7    3.692       235  IN LB2
  8    6.385      1111  FE KA
  9    8.023     20746  CU KA
 10    8.884      2681  CU KB

*WRB*
*3/17/03*

MVA INC.                              MON 17-MAR-03  16:33
Cursor: 0.000keV = 0        ROI   (1) 0.000: 2.000



0.000                                  VFS = 2048   10.240
    92    MVA5394-N0452(A)   MONTMORILLONITE


AEM spectrum of montmorillonite.
MVA5394-N0452(A)

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0452(A)   CHRYSOTILE

POSSIBLE IDENTIFICATION
    CU KA
    SI KA
    MG KA

        PEAK LISTING
    ENERGY    AREA  EL. AND LINE
  1   1.250    195 MG KA
  2   1.745     41 SI KA
  3   8.021    408 CU KA

*WRG*
*3/17/03*

MVA INC                                    MON 17-MAR-03  16:16
Cursor: 0.000keV = 0        ROI    (1) 0.000: 0.000



0.000                              VFS = 32      10.240
    90    MVA5394-N0452(A)   CHRYSOTILE

AEM spectrum of chrysotile.
MVA5394-N0452(A)

## MVA, Inc.

## Acid Soluble Weight Percent Determination

**Date:**  3/12/03

**MVA#:**  5394

**Sample I.D.#:**  N0452(A)

Initial Weights

| | | |
|---|---|---|
| 1. | Vial w/lid | 4.82048 |
| 2. | Vial + Sample | 5.07732 |
| 3. | Sample Weight (S2-S1) | 0.25684 |
| 4. | Filter (in container) | 10.08861 |

Weights Following Acid Treatment

| | | |
|---|---|---|
| 5. | Filter + Sample | 10.34600 |
| 6. | Insoluble Residue (S5-S4) | 0.25739 |
| 7. | Soluble Fraction (S3-S6) | - - - |

Calculation

| | | |
|---|---|---|
| 8. | % Soluble (S7/S3) x 100% | - - - ⚹ |

**Comments:**

⚹No Weight Loss Detected

**Analyst:**  William L. Turner, Jr.

## MVA, Inc.

## PLM Constituent Analysis

**Date:**    3/10/03

**MVA #:**    5394          **Location:**    Sierra South Region Headquarters, Warehouse and Offices, N. Bldg., 2nd Story, E. Wall

**Sample I.D. #:**    N0452(B)      **Client Sample I.D. #:**    SSRH-030303-03

**Examination using the stereomicroscope:**    Layered sample:  layer (B) is an off-white flaky material with fibers

| CONSTITUENT | % | CONSTITUENT | % | CONSTITUENT | % |
|---|---|---|---|---|---|
| Fibers: | | **Pigment:** | * | Fillers: | |
| Cotton | - - - | Binders: | | Diatoms | - - - |
| Fiberglass | | **Kaolinite  (*)** | * | Iron Chromite | - - - |
| Filament | - - - | **Montmorillonite (*)** | * | Iron Oxide | - - - |
| Wool | - - - | Gypsum | - - - | Limestone | - - - |
| Mineral Wool | - - - | Anhydrite | - - - | Magnetite | - - - |
| Hair | - - - | Portland Cement | - - - | Mica | - - - |
| Paper/Wood | | Lime (hydrated) | - - - | Perlite | - - - |
| Chem. Proc. | - - - | Precipitated | | Synthetic Foam | - - - |
| Mech. Proc. | - - - | Carbonate | - - - | Pumice | - - - |
| Synthetic | - - - | Starch  (-) | - - - | Quartz | - - - |
| | | | | Talc | - - - |
| | | | | **Vermiculite** | ~83 |

### Asbestos Minerals

| **Chrysotile** | ~17 | Anthophyllite | - - - | Tremolite/ | |
|---|---|---|---|---|---|
| Amosite | - - - | Crocidolite | - - - | Actinolite | - - - |

**Comments:**    Only layer (B) is considered in this analysis.  *Pigment and possible kaolinite (indicated by microchemical testing) are common to minor and are included in the vermiculite percentage.  Montmorillonite may be present but could not be confirmed.

**Analyst:**    Randy Boltin



Photomacrograph of MVA5394-N0452(B).



PLM photomicrograph of MVA5394-N0452(B).

# MVA, Inc.

## Data Interpretation

**Sample ID:** MVA5394-N0450(B), -N0452(B)

**Project:** State of California

**Location:** Sierra South Region Headquarters

**Type:** Fireproofing

**Construction Date:** Not Provided

**Product Formula Matched:** "Zonolite Finish Coat"

**Manufacturer:** W.R. Grace & Company

| Constituent Identified | Estimated Weight Percent (Avg)* |
|---|---|
| Chrysotile | ~16% |
| Vermiculite + Montmorillonite + TiO$_2$ | ~84% |

**Comments:**

*Estimated weight percent based on light microscopy in conjunction with acid soluble test result.

## MVA, Inc.

## SEM Constituent Analysis

**Date:** 3/15/03

**MVA #:** 5394

*Particles identified are consistent in morphology and elemental composition with known references.

**Sample I.D. #:** N0452(B)

| CONSTITUENT | PRESENT | CONSTITUENT | PRESENT |
|---|---|---|---|
| Fibers: | | Pigments: | |
| Glass | - - - | **Titanium** | Common |
| Mineral Wool | - - - | Barium | - - - |
| Other | - - - | Zinc | - - - |
| | | Other | - - - |
| Fillers: | | Binders: | |
| Diatoms | - - - | Clay | |
| Fe Particle | - - - | Kaolin | - - - |
| Mica | - - - | Montmorillonite | - - - |
| Perlite | - - - | Other | - - - |
| Talc (elong) | - - - | Ca | - - - |
| Talc (platy) | - - - | Ca-Mg | - - - |
| Si | - - - | Ca-S | - - - |
| **Vermiculite** | Common | Ca-Si | - - - |
| Other | - - - | Ca-Al-Si | - - - |
| | | Ca-Fe-Al-Si | - - - |
| Asbestos Minerals: | | Mg-Fe | - - - |
| | | Al-Si | - - - |
| Amosite | - - - | Others | - - - |
| Anthophyllite | - - - | | |
| **Chrysotile** | Common | | |
| Crocidolite | - - - | | |
| Tremolite/Actinolite | - - - | | |

**Comments:** $TiO_2$ pigment present.

**Microscopist:** Tim B. Vander Wood



MVA5394,N0452(b),vermiculite

EDS spectrum (above) and SEM micrograph (below) of vermiculite.
MVA5394-N0452(B)





MVA5394,N0452(b),chrysotile

EDS spectrum (above) and SEM micrograph (below) of chrysotile.
MVA5394-N0452(B)



**MVA, Inc.**

**AEM Constituent Analysis**

**Date:**  3/17/03

**MVA #:**  5394

**Sample I.D. #:**  N0452(B)

| CONSTITUENT | PRESENT | CONSTITUENT | PRESENT |
|---|---|---|---|
| Fibers: | | Pigments: | |
| Glass fibers | - - - | **TiO$_2$** | Common |
| Others | - - - | BaSO$_4$ | - - - |
| | | ZnS | - - - |
| | | Other | - - - |
| Fillers: | - - - | Binders: | |
| Diatoms | - - - | Clay | |
| Fe Particle | - - - | Kaolin (xltn) | - - - |
| Mica | - - - | Kaolin (calc.) | - - - |
| Perlite | - - - | **Smectite** | Common |
| Talc (elong) | - - - | Ca (ppt) | - - - |
| Talc (platy) | - - - | Ca (xtln) | - - - |
| Quartz | - - - | Ca-Mg, particle | - - - |
| **Vermiculite** | Common | Ca-S (ppt) | - - - |
| **Other - Platy Mg-Si** | Trace | Ca-S (xtln) | - - - |
| | | Ca-Si (ppt) | - - - |
| Asbestos Minerals: | | Ca-Si, particle | - - - |
| | | Ca-Al-Si | - - - |
| Amosite | - - - | Ca-Fe-Al-Si | - - - |
| Anthophyllite | - - - | Mg-Fe, particle | - - - |
| **Chrysotile** | Common | Mg-S | - - - |
| Crocidolite | - - - | Si (ppt) | - - - |
| Tremolite/Actinolite | - - - | Si (xtln) | - - - |
| | | Others | - - - |

**Comments:**  Platy Mg-Si particles are a probable contaminant of chrysotile. Smectite properties are consistent with montmorillonite.

**Analyst:**  Randy Boltin

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0452(B)   VERMICULITE

POSSIBLE IDENTIFICATION
    CU KA KB LA
    SI KA
    MG KA
    K KA OR IN LA?
    FE KA
    AL KA

            PEAK LISTING
        ENERGY     AREA  EL. AND LINE
    1    0.945      161 CU LA
    2    1.250     1575 MG KA
    3    1.485      488 AL KA
    4    1.744     3451 SI KA
    5    3.314      708 K  KA OR IN LA?
    6    6.387      586 FE KA
    7    8.028     6518 CU KA
    8    8.864      967 CU KB

*W.R.B.*
*3/17/03*

MVA INC.                                    MON 17-MAR-03  17:10
Cursor: 0.000keV = 0          ROI   (1) 0 000: 0 000

0.000                                   VFS = 512     10 240
    47    MVA5394-N0452(B)   VERMICULITE

AEM spectrum of vermiculite.
MVA5394-N0452(B)

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0452(B)   CHRYSOTILE

POSSIBLE IDENTIFICATION
    SI KA
    MG KA
    CU KA KB LA
    FE KA
    CL KA
    ZN KA OR FE LA

          PEAK LISTING
      ENERGY    AREA   EL. AND LINE
    1   0.928     211  CU LA
    2   1.254   17848  MG KA
    3   1.741  .18658  SI KA
    4   2.618     417  CL KA
    5   6.385     541  FE KA
    6   8.034    9941  CU KA
    7   8.594     827  ZN KA
    8   8.885    1808  CU KB

*WRB*
*3/17/03*

    MVA INC.                              MON 17-MAR-03  17:21
    Cursor: 0.000keV = 0        ROI    (1: 0.000: 0.000



    0.000                              VFS = 2048    10 240
      44     MVA5394-N0452(B)   CHRYSOTILE

AEM spectrum of chrysotile.
MVA5394-N0452(B)

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0452(B)    MONTMORILLONITE

POSSIBLE IDENTIFICATION
    CU KA KB LA
    SI KA
    AL KA
    FE KA
    MG KA
    CA KA

            PEAK LISTING
        ENERGY      AREA   EL. AND LINE
    1    0.942       356  CU LA
    2    1.230       185  MG KA
    3    1.478      1665  AL KA
    4    1.743      6291  SI KA
    5    3.701       147  CA KA
    6    6.385       312  FE KA
    7    8.023     10635  CU KA
    8    8.894      1457  CU KB

WRS
3/17/03

MVA INC.
Cursor: 0.000KeV = 0          ROI   (1)  0  0000  0  000



0.000                                    FS = 1024    12 840
    61      MVA5394-N0452(B)    MONTMORILLONITE

AEM spectrum of montmorillonite.
MVA5394-N0452(B)

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0452(B)    TIO2

POSSIBLE IDENTIFICATION
  TI KA KB OR  BA LA
  CU KA KB LA
  SI KA
  ZN KA OR  OS LA
  AL KA

           PEAK LISTING
      ENERGY    AREA  EL. AND LINE
  1   0.952      194 CU LA
  2   1.496      128 AL KA
  3   1.750      213 SI KA
  4   4.505    13810 TI KA
  5   4.928     1681 TI KB
  6   8.023     4972 CU KA
  7   8.587      194 ZN KA
  8   8.884      651 CU KB

*WRB*
*3/17/03*

  MVA INC                                      MON 17-MAR-03   17:07
    Cursor: 0.000KeV = 0            ROI    (1) 0.000: 0.000



  0.000                                    VFS = 1024      10.240
    30      MVA5394-N0452(B)  TIO2

AEM spectrum of TiO₂.
MVA5394-N0452(B)

W:\sdie\mva_data\PROJECTS\Proj530\l5394\rpt032803_5394.doc

Page 160

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0452(B)    PLATY MG-SI PARTICLE

POSSIBLE IDENTIFICATION
    CU KA KB LA·
    SI KA
    MG KA
    FE KA
    CL KA

            PEAK LISTING
        ENERGY    AREA    EL. AND LINE
    1    0.984      233    CU LA
    2    1.256     7949    MG KA
    3    1.745     9971    SI KA
    4    2.627      142    CL KA
    5    6.384      422    FE KA
    6    8.033    10653    CU KA
    7    8.882     1445    CU KB


    MVA INC.                              MON 17-MAR-03    17:13
    Cursor: 0.000keV = 0        ROI    (1) 0.000: 0.000



    0.000                              VFS = 1024    10.240
        60    MVA5394-N0452(B)   PLATY MG-SI PARTICLE

AEM spectrum of a platy Mg-Si particle.
MVA5394-N0452(B)

**MVA, Inc.**

**Acid Soluble Weight Percent Determination**

**Date:**  3/12/03

**MVA#:**  5394

**Sample I.D.#:**  N0452(B)

Initial Weights

| | | |
|---|---|---|
| 1. | Vial w/lid | 4.83615 |
| 2. | Vial + Sample | 5.05412 |
| 3. | Sample Weight (S2-S1) | 0.21797 |
| 4. | Filter (in container) | 10.08177 |

Weights Following Acid Treatment

| | | |
|---|---|---|
| 5. | Filter + Sample | 10.29667 |
| 6. | Insoluble Residue (S5-S4) | 0.21490 |
| 7. | Soluble Fraction (S3-S6) | 0.00307 |

Calculation

| | | |
|---|---|---|
| 8. | % Soluble (S7/S3) x 100% | ~1% |

**Comments:**

**Analyst:**  William L. Turner, Jr.

## MVA, Inc.

### PLM Constituent Analysis

**Date:**    3/10/03

**MVA #:**   5394        **Location:**    Sierra South Region Headquarters,
Warehouse and Offices, S. Bldg.,
2nd Story, IT Room

**Sample I.D. #:**   N0454      **Client Sample I.D. #:**    SSRH-030303-05

**Examination using the stereomicroscope:**    Tan fibrous material with small
patches of white powder and a white surface paint layer

| CONSTITUENT | % | CONSTITUENT | % | CONSTITUENT | % |
|---|---|---|---|---|---|
| Fibers: | | Pigment: | - - - | Fillers: | |
| Cotton | - - - | Binders: | | Diatoms | - - - |
| Fiberglass | | Kaolinite  ( ) | - - - | Iron Chromite | - - - |
| Filament | - - - | Montmorillonite ( ) | - - - | Iron Oxide | - - - |
| Wool | - - - | **Gypsum** | Detected | Limestone | - - - |
| Mineral Wool | - - - | Anhydrite | - - - | Magnetite | - - - |
| Hair | - - - | Portland Cement | - - - | Mica | - - - |
| **Paper/Wood** | | Lime (hydrated) | - - - | Perlite | - - - |
| Chem. Proc. | - - - | **Precipitated** | | Synthetic Foam | - - - |
| **Mech. Proc.** | Detected | **Carbonate** | Detected | Pumice | - - - |
| Synthetic | - - - | **Starch  (+)** | Detected | Quartz | - - - |
| | | | | Talc | - - - |
| | | | | **Vermiculite** | ~83 |

### Asbestos Minerals

| Chrysotile | - - - | Anthophyllite | - - - | Tremolite/ | |
| Amosite | - - - | Crocidolite | - - - | Actinolite | - - - |

**Comments:**    The paint is excluded from the analysis.  No asbestos was detected.

**Analyst:**    Randy Boltin

MVA, Inc.

PLM Constituent Analysis

**Date:**    3/16/03

**MVA #:**    5394          **Location:**    Sierra South Region Headquarters,
                                                   Warehouse and Offices, S. Bldg.,
                                                   2nd Story, IT Room, W. End of Ceiling

**Sample I.D. #:**   N0455       **Client Sample I.D. #:**   SSRH-030303-06

**Examination using the stereomicroscope:**   Tan fibrous material with chunks of
white consolidated powder and a white paint layer

| CONSTITUENT | % | CONSTITUENT | % | CONSTITUENT | % |
|---|---|---|---|---|---|
| Fibers: | | Pigment: | Detected | Fillers: | |
| Cotton | - - - | Binders: | | Diatoms | - - - |
| Fiberglass | | Kaolinite ( ) | - - - | Iron Chromite | - - - |
| Filament | - - - | Montmorillonite ( ) | - - - | Iron Oxide | - - - |
| Wool | - - - | **Gypsum** | Detected | Limestone | - - - |
| Mineral Wool | - - - | **Anhydrite** | Detected | Magnetite | - - - |
| Hair | - - - | Portland Cement | - - - | Mica | - - - |
| **Paper/Wood** | | Lime (hydrated) | - - - | Perlite | - - - |
| Chem. Proc. | - - - | **Precipitated** | | Synthetic Foam | - - - |
| **Mech. Proc.** | Detected | **Carbonate** | Detected | Pumice | - - - |
| Synthetic | - - - | Starch  (-) | - - - | **Quartz** | Detected |
| | | | | Talc | - - - |
| | | | | Vermiculite | - - - |

### Asbestos Minerals

| | | | | | |
|---|---|---|---|---|---|
| Chrysotile | - - - | Anthophyllite | - - - | Tremolite/ | |
| Amosite | - - - | Crocidolite | - - - | Actinolite | - - - |

**Comments:**   No asbestos was detected.

**Analyst:**   Randy Boltin

# Asbestos Constituent Analysis

# MVA Project No. 5394

### W.R. Grace Claim #10660

### DGS Claim #1011579

### Building Address:
### End of Hwy 202 @ Cummings Valley, Tehachapi

**Prepared by:**

**Department of General Services**
**Real Estate Services Division**
**Professional Services Branch**
**707 3rd Street, 4th Floor**
**West Sacramento, CA 95605**



MVA, Inc.
— Excellence in —
Microanalysis

28 March 2003

Mr. Dan Hood, Project Manager
Department of General Services
Real Estate Services Division
Professional Services Branch
707 3rd Street, Suite 4-430
West Sacramento, CA  95605



Re:    Asbestos Constituent Analysis; MVA Project No. 5394

Dear Mr. Hood:

    Enclosed is MVA, Inc.'s  Report of Results of our analyses of samples we have received from you for identification of product manufacturer.

    Thank you for consulting MVA, Inc.  If you have any questions about this report, please do not hesitate to call either of us at 770-662-8509, or by email at tvanderwood@mvainc.com.  We will retain your samples for thirty days prior to disposing of them.

Sincerely,

Randy Boltin
Senior Research Scientist

Tim B. Vander Wood, Ph.D.
Executive Director

5500 Oakbrook Parkway, Suite 200, Norcross, GA  30093 • Telephone: (770) 662-8509  FAX (770) 662-8532

# Report of Results:  MVA5394

## Asbestos Constituent Analysis

### Prepared for:

**Department of General Services**
**Real Estate Services Division**
**Professional Services Branch**
**707 3rd Street, Suite 4-430**
**West Sacramento, CA  95605**

### Prepared by:

**MVA, Inc.**
**5500 Oakbrook Parkway, Suite 200**
**Norcross, GA 30093**

**28 March 2003**

\\LESLIE\mva_data\PROJECTS\Proj5300\5394\rpt032803_5394.doc



MVA, Inc.
Excellence in
Microanalysis

5500 Oakbrook Parkway #200
Norcross, GA  30093
770-662-8509 • FAX 770-662-8532
www.mvainc.com

# Report of Results:  MVA5394

## Asbestos Constituent Analysis

### Introduction

The samples were first examined by polarized light microscopy (PLM) including microchemical tests.  If necessary, the samples were further analyzed by scanning electron microscopy (SEM) combined with energy dispersive x-ray spectrometry (EDS), and by analytical electron microscopy (AEM) utilizing EDS and/or selected area electron diffraction (SAED).  Wet chemistry was also performed on certain samples to determine a soluble weight percent.

Product formula matches were derived from comparison between determined sample composition and available product formulas.  In any case where more than one product formula matched the determined composition, each match was noted.  If no available product formula matched the determined sample composition, a 'no match' was indicated.

### Results

Product formula matches are noted in Table 1 on the following page. Table 2 contains MVA sample number assignments and additional details of the analytical results from these samples as well as the samples previously submitted.  An appendix containing all of the analytical results not previously forwarded follows.

**TABLE 1.** Product Formula Matching Results

The following samples were a positive match for W.R Grace's Monokote (MK-3):

OB8-022603-01       OB9-0220603-02
ASH-030603-01       SCC-AD-A-030503-02
CCI-030503-01       CCI-030503-05
CYA-02

The following samples were a positive match for W.R. Grace's Zonolite Acoustical Plastic:

SSRH030303-01 Layer A       SSRH-030303-03 Layer A

The following samples were a positive match for W.R, Grace's Zonolite Finish Coat:

SSRH030303-01 Layer B       SSRH-030303-03 Layer B

The following sample was a positive match for U.S. Gypsum's Imperial QT Texture Finish:

PH-RES-030403-02

## Table 2. Detailed Sample Descriptions

| Location | Sample ID | MVA-ID | Findings | first reported |
|---|---|---|---|---|
| 120 Spring St | 120-1-01 | 5394-N0034 | No Asbestos | 2/27/03 |
| 120 Spring St | 120-1-02 | 5394-N0036 | No Asbestos | 2/27/03 |
| 2501 Harbor Blvd. | 3234-1-03 | 5394-N0044 | WRG Zonolite Acoustical Plastic | 2/27/03 |
| 2501 Harbor Blvd. | 3265-1-01 | 5394-N0042 | No match | 2/27/03 |
| 2501 Harbor Blvd. | 3277-2-05 | 5394-N0046 | No Asbestos | 2/27/03 |
| 28 Civic Center Plaza | 28-1-01 | 5394-N0038 | WRG Monokote (MK3) | 2/27/03 |
| 28 Civic Center Plaza | 28-2-03 | 5394-N0040 | No ID-Inhomogneous | 2/27/03 |
| 7650 S. Newcastle DSA 1023 | 1023-1-8-03-AT-1 | 5394-N0028 | WRG Monokote (MK3) | 2/27/03 |
| 7650 S. Newcastle DSA 969 | 969-1-8-03-AT-1 | 5394-N0026 | WRG Monokote (MK3) | 2/27/03 |
| 7650 S. Newcastle DSA 969 | 969-1-8-03-FP-1 | 5394-N0024 | WRG Monokote (MK3) | 2/27/03 |
| Agricultural Annex | AA-022603-01 | | Not Analyzed | |
| Agricultural Annex | AA-022603-02 | N0326 | No Asbestos | 3/18/03 |
| DMV HQ Bldg East DSA 3671 | 3671-FP-1803-01 | 5394-N0030 | No Match | 2/27/03 |
| DMV HQ Bldg East DSA 3671 | 3671-FP-1803-02 | | Not Analyzed | |
| OB8 | OB8-022603-01 | N0327 | WRG Monokote (MK3) | 3/18/03 |
| OB8 | OB8-022603-02 | | Not Analyzed | |
| OB9 | OB9-022603-01 | | Not Analyzed | |
| OB9 | OB9-022603-02 | N0320 | WRG Monokote (MK3) | 3/18/03 |
| Resources Bldg DSA 5 | 5-FP-1803-01 | 5394-N0032 | WRG Monokote (MK3) | 2/27/03 |
| Stockton OB DSA 901 | 34-1-8-03-AT-1 | 5394-N0020 | USG Audicote | 1/13/03 |
| Stockton OB DSA 901 | 34-1-8-03-FP-1 | 5394-N0022 | WRG Monokote (MK3) | 2/27/03 |
| Patton State Hospital | Admin #3 | N0402 | No Asbestos | 3/18/03 |
| Patton State Hospital | Admin #4 | N0403 | No Asbestos | 3/18/03 |
| Patton State Hospital | Admin Annex#1 | N0400 | No Asbestos | 3/18/03 |
| Patton State Hospital | Admin Annex#2 | N0401 | No Asbestos | 3/18/03 |
| Patton State Hospital | Audit#5 | N0404 | No Asbestos | 3/18/03 |
| Patton State Hospital | Audit#6 | N0405 | No Asbestos | 3/18/03 |
| DFA HQ | FA-031303-01 | N0498 | No Asbestos | 3/18/03 |
| DFA HQ | FA-031303-02 | N0499 | No Asbestos | 3/18/03 |
| Napa State Hospital | NSH-258-030303-01 | | Not Analyzed | |
| Napa State Hospital | NSH-258-030303-02 | N0431 | No Asbestos | 3/18/03 |
| Napa State Hospital | NSH-168-030303-01 | N0432 | No Asbestos | 3/18/03 |
| Napa State Hospital | NSH-168-030303-02 | | Not Analyzed | |
| Peddler Hills | PH-DORM-030403-01 | N0434 | No Match | 3/18/03 |
| Peddler Hills | PH-DORM-030403-02 | | Not Analyzed | |
| Peddler Hills | PH-RES-030403-01 | | Not Analyzed | |
| Peddler Hills | PH-RES-030403-02 | N0437 | USG Imperial QT Texture Finish | 3/18/03 |
| Northern Youth Corr Rec Center | NYCRC-MW-030403-01 | N0438 | No Asbestos | 3/18/03 |
| Northern Youth Corr Rec Center | NYCRC-MW-030403-02 | | Not Analyzed | |
| CHP Training Center | CHP-MPC-030403-01 | | Not Analyzed | |
| CHP Training Center | CHP-MPC-030403-02 | N0441(A) | No asbestos | 3/18/03 |
| CHP Training Center | CHP-MPC-030403-02 | N0441(B) | Insufficient sample | 3/18/03 |

| Location | Sample ID | MVA-ID | Findings | first reported |
|---|---|---|---|---|
| Stockton Facility | SF-030403-01 | N0458 | No Match | 3/18/03 |
| Stockton Facility | SF-030403-02 | | Not Analyzed | |
| Stockton Facility | SF-030403-03 | N0456 | No Asbestos | 3/18/03 |
| Stockton Facility | SF-030403-04 | | Not Analyzed | |
| Sierra S Reg HQ Shop | SSRH-030303-01 | N0450(A) | WRG Zonolite Acoustical Plastic | 3/18/03 |
| Sierra S Reg HQ Shop | SSRH-030303-01 | N0450(B) | WRG Zonolite Finish Coat | 3/18/03 |
| Sierra S Reg HQ Shop | SSRH-030303-02 | | Not Analyzed | |
| Sierra S Reg HQ Warehouse & Offices | SSRH-030303-03 | N0452(A) | WRG Zonolite Acoustical Plastic | 3/18/03 |
| Sierra S Reg HQ Warehouse & Offices | SSRH-030303-03 | N0452(B) | WRG Zonolite Finish Coat | 3/18/03 |
| Sierra S Reg HQ Warehouse & Offices | SSRH-030303-04 | | Not Analyzed | |
| Sierra S Reg HQ Warehouse & Offices | SSRH-030303-05 | N0454 | No Asbestos | 3/18/03 |
| Sierra S Reg HQ Warehouse & Offices | SSRH-030303-06 | N0455 | No Asbestos | 3/18/03 |
| OH Close Youth Corr Facility | OHYCF-030303-01 | N0444 | No Asbestos | 3/18/03 |
| OH Close Youth Corr Facility | OHYCF-030303-02 | | Not Analyzed | |
| OH Close Youth Corr Facility | OHYCF-030303-03 | N0446 | No Asbestos | 3/18/03 |
| OH Close Youth Corr Facility | OHYCF-030303-04 | N0447 | No Asbestos | 3/18/03 |
| OH Close Youth Corr Facility | OHYCF-030303-05 | N0448 | No Asbestos | 3/18/03 |
| OH Close Youth Corr Facility | OHYCF-030303-06 | | Not Analyzed | |
| Karl Holton Youth Corr D&A Trtmnt Fac | KHYC-030303-01 | N0442 | No Asbestos | 3/18/03 |
| Karl Holton Youth Corr D&A Trtmnt Fac | KHYC-030303-02 | | Not Analyzed | |
| Atascadero Warehouse | ASH-030503-01 | N0469 | No Asbestos | 3/18/03 |
| Atascadero Warehouse | ASH-030503-02 | N0470 | No Asbestos | 3/18/03 |
| Atascadero New Treatment Unit | ASH-030603-01 | N0471 | WRG Monokote (MK3) | 3/18/03 |
| Atascadero New Treatment Unit | ASH-030603-02 | | Not Analyzed | |
| Sierra Conservation Center | SCC-AD-A-030503-01 | | Not Analyzed | |
| Sierra Conservation Center | SCC-AD-A-030503-02 | N0468 | WRG Monokote (MK3) | 3/18/03 |
| CCI Bldg J | CCI-030503-01 | N0473 | WRG Monokote (MK3) | 3/18/03 |
| CCI Bldg J | CCI-030503-02 | | Not Analyzed | |
| CCI Bldg P | CCI-030503-03 | N0475 | No Asbestos | 3/18/03 |
| CCI Bldg P | CCI-030503-04 | N0476 | No Asbestos | 3/18/03 |
| CCI Bldg B | CCI-030503-05 | N0477 | WRG Monokote (MK3) | 3/18/03 |
| CCI Bldg B | CCI-030503-06 | | Not Analyzed | |
| CCI Vocational | CCI-030503-07 | N0479 | No Asbestos | 3/18/03 |
| CCI Vocational | CCI-030503-08 | N0480 | <1% Amosite, No match | 3/18/03 |
| Deuel Vocational Institute | DVI-IW-030703-01 | N0481 | No Match | 3/18/03 |
| Deuel Vocational Institute | DVI-IW-030703-02 | | Not Analyzed | |
| DMV HQ Sacramento | DMV031203-01 | N0496 | No Match | 3/18/03 |
| Dmv, HQ Sacramento | DMV031203-02 | N0497 | No Asbestos | 3/18/03 |
| Employment Development Annex | EDA-022603-01 | N0323 | No Asbestos | 3/18/03 |
| Employment Development Annex | EDA-022603-02 | N0324 | No Asbestos | 3/18/03 |
| Central Office | CO-022603-01 | N0321 | (LAYERED) No Asbestos | 3/18/03 |
| Central Office | CO-022603-02 | | Not Analyzed | |
| Ventura Youth Corr Fac | CYA-01 | | Not Analyzed | |
| Ventura Youth Corr Fac | CYA-02 | N0409 | WRG Monokote (MK3) | 3/18/03 |
| LA EDD-S. Broadway | EDD-01 | N0406 | No Asbestos | 3/18/03 |

| Location | Sample ID | MVA-ID | Findings | first reported |
|---|---|---|---|---|
| LA EDD-S. Broadway | EDD-02 | | Not Analyzed | |
| Agricultural Annex | AA-022603-01 | | Not Analyzed | |
| Agricultural Annex | AA-022603-02 | N0326 | No Asbestos | 3/18/03 |
| CA Inst. For Women | CAFE#1 | N0393 | No Asbestos | 3/18/03 |
| CA Inst. For Women | CAFE#2 | N0394 | No Asbestos | 3/18/03 |
| CA Inst. For Women | RC Admin #7 | N0399 | No Asbestos | 3/18/03 |
| CA Inst. For Women | WARE#1-#3 | N0395 | No Asbestos | 3/18/03 |
| CA Inst. For Women | WARE#1-#4 | | Not Analyzed | |
| CA Inst. For Women | WARE#2-#5 | N0397 | No Asbestos | 3/18/03 |
| CA Inst. For Women | WARE#2-#6 | | Not Analyzed | |

## MVA, Inc.

## Data Interpretation

**Sample ID:**  MVA5394-N0477

**Project:**  State of California

**Location:**  California Correctional Institution - Bldg. B

**Type:**  Fireproofing

**Construction Date:**  Not Provided

**Product Formula Matched:**  "Zonolite Monokote (MK-3)"

**Manufacturer:**  W.R. Grace & Company

| Constituent Identified | Estimated Weight Percent (Avg)* |
|---|---|
| Chrysotile | ~12% |
| Vermiculite | ~28% |
| Gypsum + Minor Carbonate | ~60% |

**Comments:**

*Estimated weight percent based on light microscopy in conjunction with acid soluble test result.

## MVA, Inc.

### PLM Constituent Analysis

**Date:**    3/11/03

**MVA #:**   5394

**Location:**   CA Correctional Institution
Bldg. B, Storage Room

**Sample I.D. #:**   N0477      **Client Sample I.D. #:**   CCI-030503-05

**Examination using the stereomicroscope:**   White powder with brass-colored flakes and white fibers

| CONSTITUENT | % | CONSTITUENT | % | CONSTITUENT | % |
|---|---|---|---|---|---|
| Fibers: | | Pigment: | | Fillers: | |
| Cotton | - - - | Binders: | | Diatoms | - - - |
| Fiberglass | | Kaolinite (-) | - - - | Iron Chromite | - - - |
| Filament | - - - | Montmorillonite (-) | - - - | Iron Oxide | - - - |
| Wool | - - - | **Gypsum** | ~50 | **Limestone** | * |
| Mineral Wool | - - - | **Anhydrite** | * | **Magnetite** | <1 |
| Hair | - - - | Portland Cement | - - - | Mica | - - - |
| Paper/Wood | | Lime (hydrated) | - - - | Perlite | - - - |
| Chem. Proc. | - - - | **Precipitated** | | Synthetic Foam | - - - |
| Mech. Proc. | - - - | **Carbonate** | * | Pumice | - - - |
| Synthetic | - - - | Starch (-) | - - - | **Quartz** | <1 |
| | | | | Talc | - - - |
| | | | | **Vermiculite** | ~35 |

### Asbestos Minerals

| | | | | | |
|---|---|---|---|---|---|
| **Chrysotile** | ~15 | Anthophyllite | - - - | Tremolite/ | |
| Amosite | - - - | Crocidolite | - - - | Actinolite | - - - |

**Comments:** *Minor anhydrite and limestone/precipitated carbonate are included in the gypsum percentage.

**Analyst:**   Randy Boltin



Photomacrograph of MVA5394-N0477.



PLM photomicrograph of MVA5394-N0477.

# MVA, Inc.

## SEM Constituent Analysis

**Date:**  3/16/03

**MVA #:**  5394

*Particles identified are consistent in morphology and elemental composition with known references.

**Sample I.D. #:**  N0477

| CONSTITUENT | PRESENT | CONSTITUENT | PRESENT |
|---|---|---|---|
| Fibers: | | Pigments: | |
| Glass | - - - | Titanium | - - - |
| Mineral Wool | - - - | Barium | - - - |
| Other | - - - | Zinc | - - - |
| | | Other | - - - |
| Fillers: | | Binders: | |
| Diatoms | - - - | Clay | |
| Fe Particle | - - - | Kaolin | - - - |
| Mica | - - - | Montmorillonite | - - - |
| Perlite | - - - | Other | - - - |
| Talc (elong) | - - - | Ca | - - - |
| Talc (platy) | - - - | Ca-Mg | - - - |
| Si | - - - | **Ca-S** | Common |
| **Vermiculite** | Common | Ca-Si | - - - |
| Other | - - - | Ca-Al-Si | - - - |
| | | Ca-Fe-Al-Si | - - - |
| Asbestos Minerals: | | Mg-Fe | - - - |
| | | Al-Si | - - - |
| Amosite | - - - | Others | - - - |
| Anthophyllite | - - - | | |
| **Chrysotile** | Common | | |
| Crocidolite | - - - | | |
| Tremolite/Actinolite | - - - | | |

**Comments:**

**Microscopist:**   Tim B. Vander Wood



MVA5394,N0477,gypsum

EDS spectrum (above) and SEM micrograph (below) of gypsum.
MVA5394-N0477





MVA5394,N0477,vermiculite

EDS spectrum (above) and SEM micrograph (below) of vermiculite.
MVA5394-N0477





MVA5394,N0477,chrysotile

EDS spectrum (above) and SEM micrograph (below) of chrysotile.
MVA5394-N0477



## MVA, Inc.

## AEM Constituent Analysis

**Date:** 3/16/03

**MVA #:** 5394

**Sample I.D. #:** N0477

| CONSTITUENT | PRESENT | CONSTITUENT | PRESENT |
|---|---|---|---|
| Fibers: | | Pigments: | |
| Glass fibers | - - - | $TiO_2$ | - - - |
| Others | - - - | $BaSO_4$ | - - - |
| | | ZnS | - - - |
| | | Other | - - - |
| Fillers: | - - - | Binders: | |
| Diatoms | - - - | Clay | |
| Fe Particle | - - - | Kaolin (xltn) | - - - |
| Mica | - - - | Kaolin (calc.) | - - - |
| Perlite | - - - | Smectite | - - - |
| Talc (elong) | - - - | Ca (ppt) | - - - |
| Talc (platy) | - - - | Ca (xtln) | - - - |
| Quartz | - - - | Ca-Mg, particle | - - - |
| **Vermiculite** | Common | **Ca-S (ppt)** | * |
| **Other- Feldspar** | Trace | **Ca-S (xtln)** | * |
| **Mg-Si** | Trace | Ca-Si (ppt) | - - - |
| Asbestos Minerals: | | Ca-Si, particle | |
| | | Ca-Al-Si | - - - |
| Amosite | - - - | Ca-Fe-Al-Si | - - - |
| Anthophyllite | - - - | Mg-Fe, particle | - - - |
| **Chrysotile** | Common | Mg-S | - - - |
| Crocidolite | - - - | Si (ppt) | - - - |
| Tremolite/Actinolite | - - - | Si (xtln) | - - - |
| | | Others | - - - |

**Comments:** Ca-S particles are common. Non-fibrous Mg-Si particles are a probable contaminant of chrysotile.

**Analyst:** Randy Boltin

POSSIBLE IDENTIFICATION

SI KA  
CU KA KB LA  
MG KA  
K  KA OR  IN LA? LB2  
FE KA KB  
AL KA  
TI KA OR  BA LA  
S  KA  
ZN KA OR  RE LA  

### PEAK LISTING

| | ENERGY | AREA | EL. AND LINE |
|---|---|---|---|
| 1 | 0.922 | 216 | CU LA |
| 2 | 1.250 | 5429 | MG KA |
| 3 | 1.489 | 1610 | AL KA |
| 4 | 1.745 | 11069 | SI KA |
| 5 | 2.305 | 221 | S  KA |
| 6 | 3.314 | 3407 | K  KA OR IN LA? |
| 7 | 3.673 | 990 | IN LB2 |
| 8 | 4.504 | 334 | TI KA |
| 9 | 6.388 | 2245 | FE KA |
| 10 | 7.044 | 302 | FE KB |
| 11 | 8.025 | 10531 | CU KA |
| 12 | 8.589 | 211 | ZN KA |
| 13 | 8.886 | 1488 | CU KB |

wxyz  
3/16/03

MVA INC.                          SUN 16-MAR-03  13:54  
Cursor: 0.000KeV = 0          ROI   (1) 0.000: 0.000



0.000                          VFS = 1024    10.240  
45    MVA5394-N0477  VERMICULITE

AEM spectrum of vermiculite.  
MVA5394-N0477

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0477   CA-S PARTICLE

POSSIBLE IDENTIFICATION
    CU KA KB LA
    CA KA KB
    S  KA
    SI KA
    MG KA

PEAK LISTING

|   | ENERGY | AREA | EL. AND LINE |
|---|--------|------|--------------|
| 1 | 0.937  | 312  | CU LA |
| 2 | 1.255  | 938  | MG KA |
| 3 | 1.739  | 1108 | SI KA |
| 4 | 2.310  | 6895 | S  KA |
| 5 | 3.691  | 8302 | CA KA |
| 6 | 4.023  | 936  | CA KB |
| 7 | 8.025  | 12281 | CU KA |
| 8 | 8.888  | 1697 | CU KB |

WRG
3/18/03

MVA INC.                                    SUN 16-MAR-03  13:40
Cursor: 0.000keV = 0          ROI   (1) 0.000: 0.000



0.000                                       VFS = 1024   10 240
    60.     MVA5394-N0477   CA-S PARTICLE

AEM spectrum of a Ca-S particle.
MVA5394-N0477

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0477   CHRYSOTILE

POSSIBLE IDENTIFICATION
    SI  KA
    MG  KA
    CU  KA  KB
    FE  KA
    CA  KA
    S   KA
    ZN  KA OR  RE LA

         PEAK LISTING
      ENERGY    AREA   EL. AND LINE
  1   1.255   11534  MG  KA
  2   1.743   12782  SI  KA
  3   2.314     336  S   KA
  4   3.688     428  CA  KA
  5   6.388     534  FE  KA
  6   8.026    6670  CU  KA
  7   8.606     184  ZN  KA
  8   8.893     868  CU  KB

MVA INC.                                    SUN 16-MAR-03   13:42
Cursor: 0.000KeV = 0          ROI    (1) 0.000: 0.000



0.000                                          VFS = 1024    10.240
     30      MVA5394-N0477   CHRYSOTILE

AEM spectrum of chrysotile.
MVA5394-N0477

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0477   MG-SI PARTICLE (NON-FIBROUS)

POSSIBLE IDENTIFICATION
   SI KA
   MG KA
   CU KA

          PEAK LISTING
       ENERGY    AREA  EL. AND LINE
   1   1.255     956  MG KA
   2   1.737     970  SI KA
   3   8.026     292  CU KA

*hars*
*3/14/03*

MVA INC.                                    SUN 16-MAR-03   14:06
Cursor: 0.000keV = 0          ROI    (1) 0.000: 0.200



0.000                                      VFS = 128      10.240
   70      MVA5394-N0477   MG-SI PARTICLE (NON-FIBROUS)

AEM spectrum of a Mg-Si particle (non-fibrous).
MVA5394-N0477

QUALITATIVE ELEMENT IDENTIFICATION

AMPLE ID:MVA5394-N0477  ALKALI FELDSPAR

POSSIBLE IDENTIFICATION
    SI KA
    K  KA KB OR  IN LA
    AL KA
    CU KA KB

        PEAK LISTING
    ENERGY     AREA  EL. AND LINE
  1  1.474    1433 AL KA
  2  1.744    7822 SI KA
  3  3.315    2734 K  KA
  4  3.620     222 K  KB
  5  8.023    1270 CU KA
  6  8.909     131 CU KB

                                          WRB
                                          3/18/03

    MVA INC                     SUN 16-MAR-03  13:45
    Cursor: 0.000keV = 0        ROI   (1) 0.000: 0.000



  0.000                          VFS = 1024    10.240
      70    MVA5394-N0477  ALKALI FELDSPAR

                AEM spectrum of alkali feldspar.
                     MVA5394-N0477

# MVA, Inc.

## Acid Soluble Weight Percent Determination

**Date:**  3/11/03

**MVA#:**  5394

**Sample I.D.#:**  N0477

Initial Weights

| | | |
|---|---|---|
| 1. | Vial w/lid | 4.77319 |
| 2. | Vial + Sample | 5.00735 |
| 3. | Sample Weight (S2-S1) | 0.23416 |
| 4. | Filter (in container) | 10.08658 |

Weights Following Acid Treatment

| | | |
|---|---|---|
| 5. | Filter + Sample | 10.17981 |
| 6. | Insoluble Residue (S5-S4) | 0.09323 |
| 7. | Soluble Fraction (S3-S6) | 0.14093 |

Calculation

| | | |
|---|---|---|
| 8. | % Soluble (S7/S3) x 100% | ~60% |

**Comments:**

**Analyst:**  William L. Turner, Jr.