# Asbestos Constituent Analysis

# MVA Project No. 5394

### W.R. Grace Claim #10661

### DGS Claim #1011591

### Building Address:
### 31 East Channel St., Stockton

**Prepared by:**

**Department of General Services**
**Real Estate Services Division**
**Professional Services Branch**
**707 3rd Street, 4th Floor**
**West Sacramento, CA 95605**



MVA, Inc.
Excellence in
Microanalysis

27 February 2003

Mr. Dan Hood, Project Manager
Department of General Services
Real Estate Services Division
Professional Services Branch
707 3rd Street, Suite 4-430
West Sacramento, CA 95605



Re:    Asbestos Constituent Analysis, Contract No. 3056115; MVA Project No. 5394

Dear Mr. Hood:

Enclosed is our report for product formula matching conducted on thirteen (13) samples of acoustical plaster collected from various buildings. In three samples we found no asbestos (two from 120 S. Spring Street and one from 2501 Harbor Blvd, Costa Mesa, Building 3234). Two samples had compositions inconsistent with any US Gypsum or W.R. Grace product (the sample labeled DSA 3671 and the sample from 28 Civic Ctr. Plaza, Santa Ana). One sample from 2501 Harbor Blvd., Costa Mesa, Bldg. 3265 had several layers and we were unable to unambiguously separate them for constituent analysis.

One sample from 2501 Harbor Blvd., Costa Mesa, Bldg. 3265 was a positive match for W.R. Grace's "Zonolite Acoustical Plastic." The remaining samples were a positive match for W.R. Graces's MonoKote (MK-3).

Thank you for consulting MVA, Inc. Please contact us if you have any questions.

Sincerely,

Randy Boltin
Senior Research Scientist

Tim B. Vander Wood, Ph.D.
Executive Director

\\Leslie\mva_data\PROJECTS\Proj5300\5394\rpt022703_5394.doc

**Report of Results:  MVA5394**

**Constituent Analysis
Various Buildings**

**Prepared for:**

**Mr. Dan Hood, Project Manager
Department of General Services
Real Estate Services Division
Professional Services Branch
707 3rd Street, Suite 4-430
West Sacramento, CA  95605**

**Prepared by:**

**MVA, Inc.
5500 Oakbrook Parkway, Suite 200
Norcross, GA 30093**

**27 February 2003**

\\Leslie\mva_data\PROJECTS\Proj5300\5394\rpt022703_5394.doc



MVA, Inc.
— Excellence in —
Microanalysis

5500 Oakbrook Parkway #200
Norcross, GA  30093
770-662-8509 • FAX 770-662-8532
www.mvainc.com

Report of Results: MVA5394

Constituent Analysis
Various Buildings

## Introduction

This report contains the analytical results and their interpretation for thirteen samples of suspected asbestos containing building materials from various buildings that were sent to MVA, Inc. under Agreement #3056115. The samples were first examined by polarized light microscopy (PLM) including microchemical tests. If necessary, the samples were further analyzed by scanning electron microscopy (SEM) combined with energy dispersive x-ray spectrometry (EDS), and by analytical electron microscopy (AEM) utilizing EDS and/or selected area electron diffraction (SAED). Wet chemistry was also performed on certain samples to determine a soluble weight percent. The results of all analyses and a data interpretation sheet for the samples are included as an appendix to this report.

Product formula matches were derived from comparison between determined sample composition and available product formulas. In any case where more than one product formula matched the determined composition, each match was noted. If no available product formula matched the determined sample composition, a 'no match' was indicated.

## Results

The results of product formula matching for the samples are found in Table 1. The data on which the matches rely are included on the Data Interpretation page in the appendix.

## Table 1:  Summary of Results

### MVA Project No. 5394

**Group 1**
**Product Formula(s) Matched:**        No Asbestos Detected

| Client Sample ID | MVA Sample ID |
| --- | --- |
| 120-1-01 (120 S. Spring St., LA) | MVA5394-N0034 |
| 120-2-03 (120 S. Spring St., LA) | MVA5394-N0036 |
| 3277-2-05 | |
| (2501 Harbor Blvd. Costa Mesa) | MVA5394-N0046 |

**Group 2**
**Product Formula(s) Matched:**      No Match

| Client Sample ID | MVA Sample ID |
| --- | --- |
| DSA 3671-FP-1803-01 | MVA5394-N0030 |
| 28-2-03 | |
| (28 Civic Center Plaza, Santa Ana) | MVA5394-N0040 |
| 3265-1-01 | |
| (2501 Harbor Blvd. Costa Mesa) | MVA5394-N0042 |

**Group 3**
**Product Formula(s) Matched:**     Zonolite Acoustical Plastic

| Client Sample ID | MVA Sample ID |
| --- | --- |
| 3234-1-3 | |
| (2501 Harbor Blvd., Costa Mesa) | MVA5394-N0044 |

**Group 4**
**Product Formula(s) Matched:** · MonoKote (MK3)

| Client Sample ID | MVA Sample ID |
|---|---|
| 34-1-8-03-FP-1 (901 Stockton State Building) | MVA5394-N0022 |
| 969-1-8-FP-03-1 (7650 S. Newcastle Rd. Bldg. 969) | MVA5394-N0024 |
| 969-1-8-03-AT-1 (7650 S. Newcastle Rd. Bldg. 969) | MVA5394-N0026 |
| 1023-1-8-03-1 (7650 S. Newcastle Rd. Bldg. 969) | MVA5394-N0028 |
| DSA 5-FP-1803-01 | MVA5394-N0032 |
| 28-1-01 (28 Civic Center Plaza, Santa Ana) | MVA5394-N0038 |

## MVA, Inc.

### Data Interpretation

**Group:**  4

**Sample ID:**  MVA5394-N0022, -N0024, -N0026, -N0028, -N0032, -N0038

**Project:**  State of California

**Location:**  Various

**Type:**  N/A

**Construction Date:**  Not Provided

**Product Formula Matched:**  "Monokote (MK3)"

**Manufacturer:**  W.R. Grace

| Constituent Identified | Estimated Weight Percent (Avg)* |
|---|---|
| Chrysotile | ~11% |
| Vermiculite | ~34% |
| Gypsum including Limestone/ Precipitated Carbonate | ~55% |

**Comments:**  Minor limestone/precipitated carbonate is included with gypsum.
*Estimated weight percent based on light microscopy in conjunction with acid soluble test result.

## MVA, Inc.

## PLM Constituent Analysis

**Date:** 1/9/03

**MVA #:** 5394        **Location:**   901 Stockton State Building, Auditorium, Mechanical Room

**Sample I.D. #:** N0022        **Client Sample I.D. #**  34-1-8-03-FP-1

**Examination using the stereomicroscope:** White powder with brass-colored flakes

| CONSTITUENT | % | CONSTITUENT | % | CONSTITUENT | % |
|---|---|---|---|---|---|
| Fibers: | | Pigment: | | Fillers: | |
| Cotton | - - - | Binders: | | Diatoms | - - - |
| Fiberglass | | Kaolinite  (-) | - - - | Iron Chromite | - - - |
| Filament | - - - | Montmorillonite (-) | - - - | Iron Oxide | - - - |
| Wool | - - - | **Gypsum** | ~52 | **Limestone** | * |
| Mineral Wool | - - - | **Anhydrite** | <1 | **Magnetite** | <1 |
| Hair | - - - | Portland Cement | - - - | Mica | - - - |
| Paper/Wood | | Lime (hydrated) | - - - | Perlite | - - - |
| Chem. Proc. | - - - | **Precipitated** | | Synthetic Foam | - - - |
| Mech. Proc. | - - - | **Carbonate** | * | Pumice | - - - |
| Synthetic | - - - | Starch  (-) | - - - | Quartz | - - - |
| | | | | Talc | - - - |
| | | | | **Vermiculite** | ~38 |

### Asbestos Minerals

| **Chrysotile** | ~10 | Anthophyllite | - - - | Tremolite/ | |
| Amosite | - - - | Crocidolite | - - - | Actinolite | - - - |

**Comments:**  *Minor limestone/precipitated carbonate is included in the gypsum percentage.

**Analyst:**  Randy Boltin

## MVA, Inc.

### SEM Constituent Analysis

**Date:** 2/13/03

**MVA #:**  5394

*Particles identified are consistent in morphology and
elemental composition with known references.

**Sample I.D. #:**   N0022

| CONSTITUENT | PRESENT | CONSTITUENT | PRESENT |
|---|---|---|---|
| Fibers: | | Pigments: | |
| | | | |
| Glass | - - - | Titanium | - - - |
| Mineral Wool | - - - | Barium | - - - |
| Other | - - - | Zinc | - - - |
| | | Other | - - - |
| Fillers: | | Binders: | |
| | | | |
| Diatoms | - - - | Clay | |
| Fe Particle | - - - | Kaolin | - - - |
| Mica | - - - | Montmorillonite | - - - |
| Perlite | - - - | Other | - - - |
| Talc (elong) | - - - | **Ca** | Trace |
| Talc (platy) | - - - | Ca-Mg | - - - |
| Si | - - - | **Ca-S** | Common |
| **Vermiculite** | Common | Ca-Si | - - - |
| Other | - - - | Ca-Al-Si | - - - |
| | | Ca-Fe-Al-Si | - - - |
| Asbestos Minerals: | | Mg-Fe | - - - |
| | | Al-Si | - - - |
| Amosite | - - - | Others | - - - |
| Anthophyllite | - - - | | |
| **Chrysotile** | Common | | |
| Crocidolite | - - - | | |
| Tremolite/Actinolite | - - - | | |

**Comments:**  One Si particle observed but not recorded.

**Microscopist:**   Tim B. Vander Wood



**EDS spectrum (above) and SEM micrograph (below) of vermiculite.**
**MVA5394-N0022**





EDS spectrum (above) and SEM micrograph (below) of a calcium particle.
MVA5394-N0022





MVA5394,N0022,chrysotile

EDS spectrum (above) and SEM micrograph (below) of chrysotile.
MVA5394-N0022





EDS spectrum (above) and SEM micrograph (below) of gypsum.
MVA5394-N0022



## MVA, Inc.

### AEM Constituent Analysis

**Date:** 2/21/03

**MVA #:** 5394

**Sample I.D. #:** N0022

| CONSTITUENT | PRESENT | CONSTITUENT | PRESENT |
|---|---|---|---|
| Fibers: | | Pigments: | |
| Glass fibers | - - - | $TiO_2$ | Trace |
| Others | - - - | $BaSO_4$ | - - - |
| | | ZnS | - - - |
| | | Other | - - - |
| Fillers: | | Binders: | |
| Diatoms | - - - | Clay | |
| **Fe Particle** | Trace | Kaolin (xltn) | - - - |
| Mica | - - - | Kaolin (calc.) | - - - |
| Perlite | - - - | Smectite | - - - |
| Talc (elong) | - - - | **Ca (ppt)** | Trace |
| Talc (platy) | - - - | Ca (xtln) | - - - |
| Quartz | - - - | Ca-Mg, particle | - - - |
| **Vermiculite** | Common | Ca-S (ppt) | - - - |
| **Other- Platy Mg-Si** | Trace/Minor | **Ca-S (xtln)** | Common |
| | | Ca-Si (ppt) | - - - |
| Asbestos Minerals: | | Ca-Si, particle | - - - |
| | | Ca-Al-Si | - - - |
| Amosite | - - - | Ca-Fe-Al-Si | - - - |
| Anthophyllite | - - - | Mg-Fe, particle | - - - |
| **Chrysotile** | Common | Mg-S | - - - |
| Crocidolite | - - - | Si (ppt) | - - - |
| Tremolite/Actinolite | - - - | Si (xtln) | - - - |
| | | Others | - - - |

**Comments:** Platy Mg-Si particles are a probable contaminant of chrysotile.

**Analyst:** P. Few/R. Boltin



AEM spectrum of vermiculite.
MVA5394-N0022



AEM spectrum of a Ca-S particle.
MVA5394-N0022



AEM spectrum of chrysotile.
MVA5394-N0022



AEM spectrum of a platy Mg-Si particle.
MVA5394-N0022

## MVA, Inc.

## Acid Soluble Weight Percent Determination

**Date:**  2/6/03

**MVA#:**  5394

**Sample I.D.#:**  N0022

Initial Weights

| | | |
|---|---|---|
| 1. | Vial w/lid | 4.75066 |
| 2. | Vial + Sample | 5.00206 |
| 3. | Sample Weight (S2-S1) | 0.25104 |
| 4. | Filter (in container) | 10.37729 |

Weights Following Acid Treatment

| | | |
|---|---|---|
| 5. | Filter + Sample | 10.46821 |
| 6. | Insoluble Residue (S5-S4) | 0.09092 |
| 7. | Soluble Fraction (S3-S6) | 0.16012 |

Calculation

| | | |
|---|---|---|
| 8. | % Soluble (S7/S3) x 100% | ~63.8% |

**Comments:**

**Analyst:** Bill Turner

# Asbestos Constituent Analysis

# MVA Project No. 5394

## W.R. Grace Claim #10662

## DGS Claim #1011577

## Building Address:
## 744 P St., Sacramento

**Prepared by:**

**Department of General Services**
**Real Estate Services Division**
**Professional Services Branch**
**707 3rd Street, 4th Floor**
**West Sacramento, CA 95605**



MVA, Inc.
— Excellence in —
Microanalysis

28 March 2003



Mr. Dan Hood, Project Manager
Department of General Services
Real Estate Services Division
Professional Services Branch
707 3rd Street, Suite 4-430
West Sacramento, CA  95605

Re:    Asbestos Constituent Analysis; MVA Project No. 5394

Dear Mr. Hood:

Enclosed is MVA, Inc.'s  Report of Results of our analyses of samples we have received from you for identification of product manufacturer.

Thank you for consulting MVA, Inc.  If you have any questions about this report, please do not hesitate to call either of us at 770-662-8509, or by email at tvanderwood@mvainc.com.  We will retain your samples for thirty days prior to disposing of them.

Sincerely,

Randy Boltin
Senior Research Scientist

Tim B. Vander Wood, Ph.D.
Executive Director

\\Leslie\mva_data\PROJECTS\Proj5300\5394\rpt032803_5394.doc

# Report of Results:  MVA5394

## Asbestos Constituent Analysis

**Prepared for:**

**Department of General Services**
**Real Estate Services Division**
**Professional Services Branch**
**707 3rd Street, Suite 4-430**
**West Sacramento, CA  95605**

**Prepared by:**

**MVA, Inc.**
**5500 Oakbrook Parkway, Suite 200**
**Norcross, GA 30093**

**28 March 2003**

\\LESLIE\mva_data\PROJECTS\Proj5300\5394\rpt032803_5394.doc



MVA, Inc.
Excellence in
Microanalysis

5500 Oakbrook Parkway #200
Norcross, GA  30093
770-662-8509 • FAX 770-662-8532
www.mvainc.com

# Report of Results:  MVA5394

## Asbestos Constituent Analysis

### Introduction

The samples were first examined by polarized light microscopy (PLM) including microchemical tests.  If necessary, the samples were further analyzed by scanning electron microscopy (SEM) combined with energy dispersive x-ray spectrometry (EDS), and by analytical electron microscopy (AEM) utilizing EDS and/or selected area electron diffraction (SAED).  Wet chemistry was also performed on certain samples to determine a soluble weight percent.

Product formula matches were derived from comparison between determined sample composition and available product formulas.  In any case where more than one product formula matched the determined composition, each match was noted.  If no available product formula matched the determined sample composition, a 'no match' was indicated.

### Results

Product formula matches are noted in Table 1 on the following page. Table 2 contains MVA sample number assignments and additional details of the analytical results from these samples as well as the samples previously submitted.  An appendix containing all of the analytical results not previously forwarded follows.

**TABLE 1.** Product Formula Matching Results

The following samples were a positive match for W.R Grace's Monokote (MK-3):

OB8-022603-01                OB9-0220603-02
ASH-030603-01                SCC-AD-A-030503-02
CCI-030503-01                CCI-030503-05
CYA-02

The following samples were a positive match for W.R. Grace's Zonolite Acoustical Plastic:

SSRH030303-01 Layer A        SSRH-030303-03 Layer A

The following samples were a positive match for W.R, Grace's Zonolite Finish Coat:

SSRH030303-01 Layer B        SSRH-030303-03 Layer B

The following sample was a positive match for U.S. Gypsum's Imperial QT Texture Finish:

PH-RES-030403-02

## Table 2. Detailed Sample Descriptions

| Location | Sample ID | MVA-ID | Findings | first reported |
|---|---|---|---|---|
| 120 Spring St | 120-1-01 | 5394-N0034 | No Asbestos | 2/27/03 |
| 120 Spring St | 120-1-02 | 5394-N0036 | No Asbestos | 2/27/03 |
| 2501 Harbor Blvd. | 3234-1-03 | 5394-N0044 | WRG Zonolite Acoustical Plastic | 2/27/03 |
| 2501 Harbor Blvd. | 3265-1-01 | 5394-N0042 | No match | 2/27/03 |
| 2501 Harbor Blvd. | 3277-2-05 | 5394-N0046 | No Asbestos | 2/27/03 |
| 28 Civic Center Plaza | 28-1-01 | 5394-N0038 | WRG Monokote (MK3) | 2/27/03 |
| 28 Civic Center Plaza | 28-2-03 | 5394-N0040 | No ID-Inhomogneous | 2/27/03 |
| 7650 S. Newcastle DSA 1023 | 1023-1-8-03-AT-1 | 5394-N0028 | WRG Monokote (MK3) | 2/27/03 |
| 7650 S. Newcastle DSA 969 | 969-1-8-03-AT-1 | 5394-N0026 | WRG Monokote (MK3) | 2/27/03 |
| 7650 S. Newcastle DSA 969 | 969-1-8-03-FP-1 | 5394-N0024 | WRG Monokote (MK3) | 2/27/03 |
| Agricultural Annex | AA-022603-01 | | Not Analyzed | |
| Agricultural Annex | AA-022603-02 | N0326 | No Asbestos | 3/18/03 |
| DMV HQ Bldg East DSA 3671 | 3671-FP-1803-01 | 5394-N0030 | No Match | 2/27/03 |
| DMV HQ Bldg East DSA 3671 | 3671-FP-1803-02 | | Not Analyzed | |
| OB8 | OB8-022603-01 | N0327 | WRG Monokote (MK3) | 3/18/03 |
| OB8 | OB8-022603-02 | | Not Analyzed | |
| OB9 | OB9-022603-01 | | Not Analyzed | |
| OB9 | OB9-022603-02 | N0320 | WRG Monokote (MK3) | 3/18/03 |
| Resources Bldg DSA 5 | 5-FP-1803-01 | 5394-N0032 | WRG Monokote (MK3) | 2/27/03 |
| Stockton OB DSA 901 | 34-1-8-03-AT-1 | 5394-N0020 | USG Audicote | 1/13/03 |
| Stockton OB DSA 901 | 34-1-8-03-FP-1 | 5394-N0022 | WRG Monokote (MK3) | 2/27/03 |
| Patton State Hospital | Admin #3 | N0402 | No Asbestos | 3/18/03 |
| Patton State Hospital | Admin #4 | N0403 | No Asbestos | 3/18/03 |
| Patton State Hospital | Admin Annex#1 | N0400 | No Asbestos | 3/18/03 |
| Patton State Hospital | Admin Annex#2 | N0401 | No Asbestos | 3/18/03 |
| Patton State Hospital | Audit#5 | N0404 | No Asbestos | 3/18/03 |
| Patton State Hospital | Audit#6 | N0405 | No Asbestos | 3/18/03 |
| DFA HQ | FA-031303-01 | N0498 | No Asbestos | 3/18/03 |
| DFA HQ | FA-031303-02 | N0499 | No Asbestos | 3/18/03 |
| Napa State Hospital | NSH-258-030303-01 | | Not Analyzed | |
| Napa State Hospital | NSH-258-030303-02 | N0431 | No Asbestos | 3/18/03 |
| Napa State Hospital | NSH-168-030303-01 | N0432 | No Asbestos | 3/18/03 |
| Napa State Hospital | NSH-168-030303-02 | | Not Analyzed | |
| Peddler Hills | PH-DORM-030403-01 | N0434 | No Match | 3/18/03 |
| Peddler Hills | PH-DORM-030403-02 | | Not Analyzed | — |
| Peddler Hills | PH-RES-030403-01 | | Not Analyzed | |
| Peddler Hills | PH-RES-030403-02 | N0437 | USG Imperial QT Texture Finish | 3/18/03 |
| Northern Youth Corr Rec Center | NYCRC-MW-030403-01 | N0438 | No Asbestos | 3/18/03 |
| Northern Youth Corr Rec Center | NYCRC-MW-030403-02 | | Not Analyzed | |
| CHP Training Center | CHP-MPC-030403-01 | | Not Analyzed | |
| CHP Training Center | CHP-MPC-030403-02 | N0441(A) | No asbestos | 3/18/03 |
| CHP Training Center | CHP-MPC-030403-02 | N0441(B) | Insufficient sample | 3/18/03 |

| Location | Sample ID | MVA-ID | Findings | first reported |
|---|---|---|---|---|
| Stockton Facility | SF-030403-01 | N0458 | No Match | 3/18/03 |
| Stockton Facility | SF-030403-02 | | Not Analyzed | |
| Stockton Facility | SF-030403-03 | N0456 | No Asbestos | 3/18/03 |
| Stockton Facility | SF-030403-04 | | Not Analyzed | |
| Sierra S Reg HQ Shop | SSRH-030303-01 | N0450(A) | WRG Zonolite Acoustical Plastic | 3/18/03 |
| Sierra S Reg HQ Shop | SSRH-030303-01 | N0450(B) | WRG Zonolite Finish Coat | 3/18/03 |
| Sierra S Reg HQ Shop | SSRH-030303-02 | | Not Analyzed | |
| Sierra S Reg HQ Warehouse & Offices | SSRH-030303-03 | N0452(A) | WRG Zonolite Acoustical Plastic | 3/18/03 |
| Sierra S Reg HQ Warehouse & Offices | SSRH-030303-03 | N0452(B) | WRG Zonolite Finish Coat | 3/18/03 |
| Sierra S Reg HQ Warehouse & Offices | SSRH-030303-04 | | Not Analyzed | |
| Sierra S Reg HQ Warehouse & Offices | SSRH-030303-05 | N0454 | No Asbestos | 3/18/03 |
| Sierra S Reg HQ Warehouse & Offices | SSRH-030303-06 | N0455 | No Asbestos | 3/18/03 |
| OH Close Youth Corr Facility | OHYCF-030303-01 | N0444 | No Asbestos | 3/18/03 |
| OH Close Youth Corr Facility | OHYCF-030303-02 | | Not Analyzed | |
| OH Close Youth Corr Facility | OHYCF-030303-03 | N0446 | No Asbestos | 3/18/03 |
| OH Close Youth Corr Facility | OHYCF-030303-04 | N0447 | No Asbestos | 3/18/03 |
| OH Close Youth Corr Facility | OHYCF-030303-05 | N0448 | No Asbestos | 3/18/03 |
| OH Close Youth Corr Facility | OHYCF-030303-06 | | Not Analyzed | |
| Karl Holton Youth Corr D&A Trtmnt Fac | KHYC-030303-01 | N0442 | No Asbestos | 3/18/03 |
| Karl Holton Youth Corr D&A Trtmnt Fac | KHYC-030303-02 | | Not Analyzed | |
| Atascadero Warehouse | ASH-030503-01 | N0469 | No Asbestos | 3/18/03 |
| Atascadero Warehouse | ASH-030503-02 | N0470 | No Asbestos | 3/18/03 |
| Atascadero New Treatment Unit | ASH-030603-01 | N0471 | WRG Monkote (MK3) | 3/18/03 |
| Atascadero New Treatment Unit | ASH-030603-02 | | Not Analyzed | |
| Sierra Conservation Center | SCC-AD-A-030503-01 | | Not Analyzed | |
| Sierra Conservation Center | SCC-AD-A-030503-02 | N0468 | WRG Monkote (MK3) | 3/18/03 |
| CCI Bldg J | CCI-030503-01 | N0473 | WRG Monkote (MK3) | 3/18/03 |
| CCI Bldg J | CCI-030503-02 | | Not Analyzed | |
| CCI Bldg P | CCI-030503-03 | N0475 | No Asbestos | 3/18/03 |
| CCI Bldg P | CCI-030503-04 | N0476 | No Asbestos | 3/18/03 |
| CCI Bldg B | CCI-030503-05 | N0477 | WRG Monkote (MK3) | 3/18/03 |
| CCI Bldg B | CCI-030503-06 | | Not Analyzed | |
| CCI Vocational | CCI-030503-07 | N0479 | No Asbestos | 3/18/03 |
| CCI Vocational | CCI-030503-08 | N0480 | <1% Amosite. No match | 3/18/03 |
| Deuel Vocational Institute | DVI-IW-030703-01 | N0481 | No Match | 3/18/03 |
| Deuel Vocational Institute | DVI-IW-030703-02 | | Not Analyzed | |
| DMV HQ Sacramento | DMV031203-01 | N0496 | No Match | 3/18/03 |
| Dmv, HQ Sacramento | DMV031203-02 | N0497 | No Asbestos | 3/18/03 |
| Employment Development Annex | EDA-022603-01 | N0323 | No Asbestos | 3/18/03 |
| Employment Development Annex | EDA-022603-02 | N0324 | No Asbestos | 3/18/03 |
| Central Office | CO-022603-01 | N0321 | (LAYERED) No Asbestos | 3/18/03 |
| Central Office | CO-022603-02 | | Not Analyzed | |
| Ventura Youth Corr Fac | CYA-01 | | Not Analyzed | |
| Ventura Youth Corr Fac | CYA-02 | N0409 | WRG Monkote (MK3) | 3/18/03 |
| LA EDD-S. Broadway | EDD-01 | N0406 | No Asbestos | 3/18/03 |

| Location | Sample ID | MVA-ID | Findings | first reported |
|----------|-----------|--------|----------|----------------|
| LA EDD-S. Broadway | EDD-02 | | Not Analyzed | |
| Agricultural Annex | AA-022603-01 | | Not Analyzed | |
| Agricultural Annex | AA-022603-02 | N0326 | No Asbestos | 3/18/03 |
| CA Inst. For Women | CAFE#1 | N0393 | No Asbestos | 3/18/03 |
| CA Inst. For Women | CAFE#2 | N0394 | No Asbestos | 3/18/03 |
| CA Inst. For Women | RC Admin #7 | N0399 | No Asbestos | 3/18/03 |
| CA Inst. For Women | WARE#1-#3 | N0395 | No Asbestos | 3/18/03 |
| CA Inst. For Women | WARE#1-#4 | | Not Analyzed | |
| CA Inst. For Women | WARE#2-#5 | N0397 | No Asbestos | 3/18/03 |
| CA Inst. For Women | WARE#2-#6 | | Not Analyzed | |

## MVA, Inc.

## Data Interpretation

**Sample ID:**  MVA5394 - N0320

**Project:**  State of California

**Location:**  OB9

**Type:**  Fireproofing

**Construction Date:**  Not Provided

**Product Formula Matched:**  "Zonolite Monokote (MK-3)"

**Manufacturer:**  W.R. Grace & Company

| Constituent Identified | Estimated Weight Percent (Avg)* |
|---|---|
| Chrysotile | ~13% |
| Vermiculite | ~28% |
| Gypsum & Minor Carbonate | ~59% |

**Comments:**

*Estimated weight percent based on light microscopy in conjunction with acid soluble test result.

## MVA, Inc.

## PLM Constituent Analysis

**Date:**    3/5/03

**MVA #:**    5394          **Location:**    OB9, 16th Floor, Fan Room

**Sample I.D. #:**    N0320          **Client Sample I.D. #:**    OB9-022603-02

**Examination using the stereomicroscope:**    White powder with brass-colored flakes and white fibers.

| CONSTITUENT | % | CONSTITUENT | % | CONSTITUENT | % |
|---|---|---|---|---|---|
| Fibers: | | Pigment: | | Fillers: | |
| Cotton | - - - | Binders: | | Diatoms | - - - |
| Fiberglass | | Kaolinite (-) | - - - | Iron Chromite | - - - |
| Filament | - - - | Montmorillonite (-) | - - - | Iron Oxide | - - - |
| Wool | - - - | **Gypsum** | ~45 | **Limestone** | * |
| Mineral Wool | - - - | **Anhydrite** | <1 | **Magnetite** | <1 |
| Hair | - - - | Portland Cement | - - - | Mica | - - - |
| Paper/Wood | | Lime (hydrated) | - - - | Perlite | - - - |
| Chem. Proc. | - - - | **Precipitated** | | Synthetic Foam | - - - |
| Mech. Proc. | - - - | **Carbonate** | * | Pumice | - - - |
| Synthetic | - - - | Starch  (-) | - - - | Quartz | - - - |
| | | | | Talc | - - - |
| | | | | **Vermiculite** | ~37 |

### Asbestos Minerals

| **Chrysotile** | ~18 | Anthophyllite | - - - | Tremolite/ | |
|---|---|---|---|---|---|
| Amosite | - - - | Crocidolite | - - - | Actinolite | - - - |

**Comments:**    *Minor limestone/precipitated carbonate are included in the gypsum percentage.

**Analyst:**    Randy Boltin



Photomacrograph of MVA5394-N0320.



PLM photomicrograph of MVA5394-N0320.

## MVA, Inc.

### SEM Constituent Analysis

**Date:**  3/15/03

**MVA #:**  5394

*Particles identified are consistent in morphology and
elemental composition with known references.

**Sample I.D. #:**    N0320

| CONSTITUENT | PRESENT | CONSTITUENT | PRESENT |
|---|---|---|---|
| Fibers: | | Pigments: | |
| | | | |
| Glass | - - - | Titanium | - - - |
| Mineral Wool | - - - | Barium | - - - |
| Other | - - - | Zinc | - - - |
| | | Other | - - - |
| Fillers: | | Binders: | |
| | | | |
| Diatoms | - - - | Clay | |
| Fe Particle | - - - | Kaolin | - - - |
| Mica | - - - | Montmorillonite | - - - |
| Perlite | - - - | Other | - - - |
| Talc (elong) | - - - | Ca | - - - |
| Talc (platy) | - - - | Ca-Mg | - - - |
| Si | - - - | **Ca-S** | Common |
| **Vermiculite** | Common | Ca-Si | - - - |
| Other | - - - | Ca-Al-Si | - - - |
| | | Ca-Fe-Al-Si | - - - |
| Asbestos Minerals: | | Mg-Fe | - - - |
| | | Al-Si | - - - |
| Amosite | - - - | Others | - - - |
| Anthophyllite | - - - | | |
| **Chrysotile** | Common | | |
| Crocidolite | - - - | | |
| Tremolite/Actinolite | - - - | | |

**Comments:**

**Microscopist:**    Tim B. Vander Wood



EDS spectrum (above) and SEM micrograph (below) of gypsum.
MVA5394-N0320





EDS spectrum (above) and SEM micrograph (below) of vermiculite.
MVA5394-N0320



MVA5394,N0320,chrysotile



EDS spectrum (above) and SEM micrograph (below) of chrysotile.
MVA5394-N0320



## MVA, Inc.

### AEM Constituent Analysis

**Date:** 3/13/03

**MVA #:** 5394

**Sample I.D. #:** N0320

| CONSTITUENT | PRESENT | CONSTITUENT | PRESENT |
|---|---|---|---|
| Fibers: | | Pigments: | |
| Glass fibers | - - - | $TiO_2$ | - - - |
| Others | - - - | $BaSO_4$ | - - - |
| | | ZnS | - - - |
| | | Other | - - - |
| Fillers: | | Binders: | |
| **Feldspar** | Trace | | |
| Diatoms | - - - | Clay | |
| Fe Particle | - - - | Kaolin (xltn) | - - - |
| Mica | - - - | Kaolin (calc.) | - - - |
| Perlite | - - - | Smectite | - - - |
| Talc (elong) | - - - | Ca (ppt) | - - - |
| Talc (platy) | - - - | Ca (xtln) | - - - |
| Quartz | - - - | Ca-Mg, particle | - - - |
| **Vermiculite** | Common | Ca-S (ppt) | - - - |
| **Other-Platy Mg-Si** | Common | **Ca-S (xtln)** | Common |
| **Ca-P** | Trace | Ca-Si (ppt) | - - - |
| Asbestos Minerals: | | Ca-Si, particle | - - - |
| | | Ca-Al-Si | - - - |
| Amosite | - - - | Ca-Fe-Al-Si | - - - |
| Anthophyllite | - - - | Mg-Fe, particle | - - - |
| **Chrysotile** | Common | Mg-S | - - - |
| Crocidolite | - - - | Si (ppt) | - - - |
| **Tremolite/Actinolite** | Trace | Si (xtln) | - - - |
| | | Others | - - - |

**Comments:** Platy Mg-Si particles are a probable contaminant of chrysotile.

**Analyst:** Randy Boltin

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0320   VERMICULITE

POSSIBLE IDENTIFICATION
    SI KA
    CU KA
    MG KA
    FE KA
    K  KA OR  IN LA?
    AL KA

          PEAK LISTING
     ENERGY   AREA  EL. AND LINE
  1  1.247    281 MG KA
  2  1.489    101 AL KA
  3  1.744    558 SI KA
  4  3.318    126 K  KA OR IN LA?
  5  6.395    165 FE KA
  6  8.024    422 CU KA

*WMB*
*3/13/03*



MVA INC.                                THU 13-MAR-03  16:43
Cursor: 0.000keV = 0        ROI    (1) 0.000: 0.000

0.000                                    VFS = 64        10.240
  121      MVA5394-N0320   VERMICULITE

AEM spectrum of vermiculite.
MVA5394-N0320

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0320   CA-S PARTICLE

POSSIBLE IDENTIFICATION
    CA KA KB
    S  KA
    CU KA

            PEAK LISTING
         ENERGY    AREA  EL. AND LINE
    1    2.310     643  S  KA
    2    3.689     672  CA KA
    3    4.015      95  CA KB
    4    8.019     276  CU KA

*WRB*
*3/13/03*

    MVA INC.                                THU 13-MAR-03   16:21
    Cursor: 0.000KeV = 0         ROI    (1) 0.000: 0.000



    0.000                                 VFS = 64      10.240
        62      MVA5394-N0320   CA-S PARTICLE

AEM spectrum of a Ca-S particle
MVA5394-N0320

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0320    CHRYSOTILE

POSSIBLE IDENTIFICATION
    SI KA
    MG KA
    CU KA

            PEAK LISTING
        ENERGY    AREA    EL. AND LINE
    1    1.260     492    MG KA
    2    1.743     545    SI KA
    3    8.016     479    CU KA

WRB
3/13/03



MVA INC.                                    THU 13-MAR-03   16:32
Cursor: 0.000keV = 0        ROI    (1) 0.000: 0.000

0.000                                     VFS = 64      10.240
    62      MVA5394-N0320   CHRYSOTILE

AEM spectrum of chrysotile.
MVA5394-N0320

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0320   PLATY MG-SI PARTICLE

POSSIBLE IDENTIFICATION
    SI KA
    MG KA
    CU KA

                PEAK LISTING
         ENERGY    AREA   EL. AND LINE
    1    1.251     628   MG KA
    2    1.743     763   SI KA
    3    8.030     311   CU KA

*WRB*
*7/13/03*

        MVA INC.                              THU 13-MAR-03  16:27
        Cursor: 0.000keV = 0        ROI    (1) 0.000: 0 000



        0.000                                 VFS = 64      10.240
          60     MVA5394-N0320   PLATY MG-SI PARTICLE

                    AEM spectrum of a platy Mg-Si particle.
                          MVA5394-N0320

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0320   ALKALI FELDSPAR

POSSIBLE IDENTIFICATION
    SI KA
    K   KA OR  IN LA?
    AL KA
    CU KA

              PEAK LISTING
          ENERGY    AREA   EL. AND LINE
    1    1.476     466  AL KA
    2    1.744    2273  SI KA
    3    3.318     708  K   KA OR  IN LA?
    4    8.030     412  CU KA

    MVA INC.                          THU 13-MAR-03   16:52
    Cursor: 0.000KeV = 0        RCI    (1) 0.000: 0.000



    0.000                          VFS = 256     10.240
        71     MVA5394-N0320   ALKALI FELDSPAR

                    AEM spectrum of alkali feldspar.
                          MVA5394-N0320

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0320   TREMOLITE-ACTINOLITE FIBER

POSSIBLE IDENTIFICATION
    CU KA KB LA
    SI KA
    MG KA
    CA KA KB
    FE KA

          PEAK LISTING
      ENERGY     AREA   EL. AND LINE
  1    0.957      204   CU LA
  2    1.254     1901   MG KA
  3    1.743     5563   SI KA
  4    3.689     1002   CA KA
  5    4.011      159   CA KB
  6    6.392      382   FE KA
  7    8.024    10506   CU KA
  8    8.899     1459   CU KB

*WRB*
*3/13/03*

    MVA INC                          THU 13-MAR-03  17:05
    Cursor: 0.000keV = 0        ROI    (1) 0.000: 0.000



    0.200                           VFS = 1024    10.240
        75    MVA5394-N0320   TREMOLITE-ACTINOLITE FIBER

AEM spectrum of a tremolite-actinolite fiber.
MVA5394-N0320

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0320   CA-P PARTICLE

POSSIBLE IDENTIFICATION
    CA KA KB
    CU KA KB
    P  KA

               PEAK LISTING
         ENERGY      AREA   EL. AND LINE
    1    2.012       263  P  KA
    2    3.687       612  CA KA
    3    4.017        83  CA KB
    4    8.019       360  CU KA
    5    8.891        66  CU KB

    MVA INC.                              THU 13-MAR-03   16:30
    Cursor: 0.000keV = 0         ROI    (1) 0.200: 0.000



    0 000                              VFS = 64        10.240
        60    MVA5394-N0320   CA-P PARTICLE


AEM spectrum of a Ca-P particle.
MVA5394-N0320

# MVA, Inc.

## Acid Soluble Weight Percent Determination

**Date:**  3/5/03

**MVA#:**  5394

**Sample I.D.#:**  N0320

Initial Weights

|  |  |  |
|---|---|---|
| 1. | Vial w/lid | 4.73157 |
| 2. | Vial + Sample | 4.96372 |
| 3. | Sample Weight (S2-S1) | 0.23215 |
| 4. | Filter (in container) | 10.07327 |

Weights Following Acid Treatment

|  |  |  |
|---|---|---|
| 5. | Filter + Sample | 10.16781 |
| 6. | Insoluble Residue (S5-S4) | 0.09454 |
| 7. | Soluble Fraction (S3-S6) | 0.13761 |

Calculation

|  |  |  |
|---|---|---|
| 8. | % Soluble (S7/S3) x 100% | ~59% |

**Comments:**

**Analyst:**  William L. Turner, Jr.

W.R. Grace
Claim No. 14411