# Asbestos Constituent Analysis

# MVA Project No. 5394

**W.R. Grace Claim #14411**

**DGS Claim #1011586**

**Building Address:**
**7650 South Newcastle Road, Stockton**

**Prepared by:**

**Department of General Services**
**Real Estate Services Division**
**Professional Services Branch**
**707 3rd Street, 4th Floor**
**West Sacramento, CA 95605**



MVA, Inc.
— Excellence in —
Microanalysis

27 February 2003

Mr. Dan Hood, Project Manager
Department of General Services
Real Estate Services Division
Professional Services Branch
707 3rd Street, Suite 4-430
West Sacramento, CA  95605



Re:    Asbestos Constituent Analysis, Contract No. 3056115; MVA Project No. 5394

Dear Mr. Hood:

Enclosed is our report for product formula matching conducted on thirteen (13) samples
of acoustical plaster collected from various buildings.  In three samples we found no
asbestos (two from 120 S. Spring Street and one from 2501 Harbor Blvd. Costa Mesa,
Building 3234).  Two samples had compositions inconsistent with any US Gypsum or
W.R. Grace product (the sample labeled DSA 3671 and the sample from 28 Civic Ctr.
Plaza, Santa Ana).  One sample from 2501 Harbor Blvd., Costa Mesa. Bldg. 3265 had
several layers and we were unable to unambiguously separate them for constituent
analysis.

One sample from 2501 Harbor Blvd., Costa Mesa. Bldg. 3265 was a positive match for
W.R. Grace's "Zonolite Acoustical Plastic."  The remaining samples were a positive
match for W.R. Graces's MonoKote (MK-3).

Thank you for consulting MVA, Inc.  Please contact us if you have any questions.

Sincerely,

Randy Boltin
Senior Research Scientist

Tim B. Vander Wood. Ph.D.
Executive Director

\\Leslie\mva_data\PROJECTS\Proj5300\5394\rpt022703_5394.doc

# Report of Results:  MVA5394

## Constituent Analysis
## Various Buildings

### Prepared for:

**Mr. Dan Hood, Project Manager**
**Department of General Services**
**Real Estate Services Division**
**Professional Services Branch**
**707 3rd Street, Suite 4-430**
**West Sacramento, CA  95605**

### Prepared by:

**MVA, Inc.**
**5500 Oakbrook Parkway, Suite 200**
**Norcross, GA 30093**

**27 February 2003**

\\Leslie\mva_data\PROJECTS\Proj5300\5394\rpt022703_5394.doc



MVA, Inc.
— Excellence in —
Microanalysis

5500 Oakbrook Parkway #200
Norcross, GA  30093
770-662-8509 • FAX 770-662-8532
www.mvainc.com

Report of Results:  MVA5394

Constituent Analysis
Various Buildings

## Introduction

This report contains the analytical results and their interpretation for thirteen samples of suspected asbestos containing building materials from various buildings that were sent to MVA, Inc. under Agreement #3056115.  The samples were first examined by polarized light microscopy (PLM) including microchemical tests.  If necessary, the samples were further analyzed by scanning electron microscopy (SEM) combined with energy dispersive x-ray spectrometry (EDS), and by analytical electron microscopy (AEM) utilizing EDS and/or selected area electron diffraction (SAED).  Wet chemistry was also performed on certain samples to determine a soluble weight percent.  The results of all analyses and a data interpretation sheet for the samples are included as an appendix to this report.

Product formula matches were derived from comparison between determined sample composition and available product formulas.  In any case where more than one product formula matched the determined composition, each match was noted.  If no available product formula matched the determined sample composition, a 'no match' was indicated.

## Results

The results of product formula matching for the samples are found in Table 1.  The data on which the matches rely are included on the Data Interpretation page in the appendix.

## Table 1:  Summary of Results

### MVA Project No. 5394

**Group 1**
**Product Formula(s) Matched:**        No Asbestos Detected

| Client Sample ID | MVA Sample ID |
| --- | --- |
| 120-1-01 (120 S. Spring St., LA) | MVA5394-N0034 |
| 120-2-03 (120 S. Spring St., LA) | MVA5394-N0036 |
| 3277-2-05 | |
| (2501 Harbor Blvd. Costa Mesa) | MVA5394-N0046 |

**Group 2**
**Product Formula(s) Matched:**      No Match

| Client Sample ID | MVA Sample ID |
| --- | --- |
| DSA 3671-FP-1803-01 | MVA5394-N0030 |
| 28-2-03 | |
| (28 Civic Center Plaza, Santa Ana) | MVA5394-N0040 |
| 3265-1-01 | |
| (2501 Harbor Blvd. Costa Mesa) | MVA5394-N0042 |

**Group 3**
**Product Formula(s) Matched:**       Zonolite Acoustical Plastic

| Client Sample ID | MVA Sample ID |
| --- | --- |
| 3234-1-3 | |
| (2501 Harbor Blvd., Costa Mesa) | MVA5394-N0044 |

## MVA, Inc.

### Data Interpretation

**Group:** 4

**Sample ID:** MVA5394-N0022, -N0024, -N0026, -N0028, -N0032, -N0038

**Project:** State of California

**Location:** Various

**Type:** N/A

**Construction Date:** Not Provided

**Product Formula Matched:** "Monokote (MK3)"

**Manufacturer:** W.R. Grace

| Constituent Identified | Estimated Weight Percent (Avg)* |
|---|---|
| Chrysotile | ~11% |
| Vermiculite | ~34% |
| Gypsum including Limestone/ Precipitated Carbonate | ~55% |

**Comments:** Minor limestone/precipitated carbonate is included with gypsum.
*Estimated weight percent based on light microscopy in conjunction with acid soluble test result.

\\Leslie\mva_data\PROJECTS\Proj5300\5394\rpt022703_5394.doc

**Group 4**
**Product Formula(s) Matched:**        MonoKote (MK3)

| Client Sample ID | MVA Sample ID |
|---|---|
| 34-1-8-03-FP-1 | |
| (901 Stockton State Building) | MVA5394-N0022 |
| 969-1-8-FP-03-1 | |
| (7650 S. Newcastle Rd. Bldg. 969) | MVA5394-N0024 |
| 969-1-8-03-AT-1 | |
| (7650 S. Newcastle Rd. Bldg. 969) | MVA5394-N0026 |
| 1023-1-8-03-1 | |
| (7650 S. Newcastle Rd. Bldg. 969) | MVA5394-N0028 |
| DSA 5-FP-1803-01 | MVA5394-N0032 |
| 28-1-01 | |
| (28 Civic Center Plaza, Santa Ana) | MVA5394-N0038 |

## MVA, Inc.

### PLM Constituent Analysis

**Date:**    1/9/03

**MVA #:**    5394

**Location:**    7650 S. Newcastle Rd., Bldg. 969,
Southwest Entrance Above Ceiling Hatch

**Sample I.D. #:**    N0024        **Client Sample I.D. #**    969-1-8-03-FP-1

**Examination using the stereomicroscope:**    White powder with brass-colored flakes and white fibers

| CONSTITUENT | % | CONSTITUENT | % | CONSTITUENT | % |
|---|---|---|---|---|---|
| Fibers: | | Pigment: | | Fillers: | |
| Cotton | - - - | Binders: | | Diatoms | - - - |
| Fiberglass | | Kaolinite (-) | - - - | Iron Chromite | - - - |
| Filament | - - - | Montmorillonite (-) | - - - | Iron Oxide | - - - |
| Wool | - - - | **Gypsum** | ~54 | **Limestone** | * |
| Mineral Wool | - - - | **Anhydrite** | <1 | **Magnetite** | ~1 |
| Hair | - - - | Portland Cement | - - - | Mica | - - - |
| Paper/Wood | | Lime (hydrated) | - - - | Perlite | - - - |
| Chem. Proc. | - - - | **Precipitated** | | Synthetic Foam | - - - |
| Mech. Proc. | - - - | **Carbonate** | * | Pumice | - - - |
| Synthetic | - - - | Starch (-) | - - - | Quartz | - - - |
| | | | | Talc | - - - |
| | | | | **Vermiculite** | ~33 |

### Asbestos Minerals

| | | | | | |
|---|---|---|---|---|---|
| **Chrysotile** | ~12 | Anthophyllite | - - - | Tremolite/ | |
| Amosite | - - - | Crocidolite | - - - | Actinolite | - - - |

**Comments:**    *Trace/minor limestone/precipitated carbonate is included in the gypsum percentage.

**Analyst:**    Randy Boltin

## MVA, Inc.

### SEM Constituent Analysis

**Date:** 2/13/03

**MVA #:** 5394

*Particles identified are consistent in morphology and elemental composition with known references.

**Sample I.D. #:** N0024

| CONSTITUENT | PRESENT | CONSTITUENT | PRESENT |
|---|---|---|---|
| Fibers: | | Pigments: | |
| Glass | - - - | Titanium | - - - |
| Mineral Wool | - - - | Barium | - - - |
| Other | - - - | Zinc | - - - |
| | | Other | - - - |
| Fillers: | | Binders: | |
| Diatoms | - - - | Clay | |
| Fe Particle | - - - | Kaolin | - - - |
| Mica | - - - | Montmorillonite | - - - |
| Perlite | - - - | Other | - - - |
| Talc (elong) | - - - | **Ca** | Trace |
| Talc (platy) | - - - | Ca-Mg | - - - |
| Si | - - - | **Ca-S** | Common |
| **Vermiculite** | Common | Ca-Si | - - - |
| Other | - - - | Ca-Al-Si | - - - |
| | | Ca-Fe-Al-Si | - - - |
| Asbestos Minerals: | | Mg-Fe | - - - |
| | | Al-Si | - - - |
| Amosite | - - - | Others | - - - |
| Anthophyllite. | - - - | | |
| **Chrysotile** | Common | | |
| Crocidolite | - - - | | |
| Tremolite/Actinolite | - - - | | |

**Comments:** Lizardite may be present.

**Microscopist:** Tim B. Vander Wood



MVA5394,N0024,chrysotile

EDS spectrum (above) and SEM micrograph (below) of chrysotile.
MVA5394-N0024





EDS spectrum (above) and SEM micrograph (below) of gypsum.
MVA5394-N0024





EDS spectrum (above) and SEM micrograph (below) of vermiculite.
MVA5394-N0024





MVA5394,N0024,Ca

EDS spectrum (above) and SEM micrograph (below) of a calcium particle.
MVA5394-N0024



# MVA, Inc.

## AEM Constituent Analysis

**Date:**  2/21/03, 2/27/03

**MVA #:**  5394

**Sample I.D. #:**  N0024

| CONSTITUENT | PRESENT | CONSTITUENT | PRESENT |
|---|---|---|---|
| Fibers: | | Pigments: | |
| Glass fibers | - - - | $TiO_2$ | - - - |
| Others | - - - | $BaSO_4$ | - - - |
| | | ZnS | - - - |
| | | Other | - - - |
| Fillers: | | Binders: | |
| Diatoms | - - - | Clay | |
| Fe Particle | - - - | Kaolin (xltn) | - - - |
| Mica | - - - | Kaolin (calc.) | - - - |
| Perlite | - - - | **Smectite** | Trace |
| Talc (elong) | - - - | Ca (ppt) | - - - |
| Talc (platy) | - - - | Ca (xtln) | - - - |
| Quartz | | Ca-Mg, particle | - - - |
| **Vermiculite** | Common | Ca-S (ppt) | - - - |
| Other | - - - | **Ca-S (xtln)** | Common |
| | | Ca-Si (ppt) | - - - |
| Asbestos Minerals: | | Ca-Si, particle | - - - |
| | | Ca-Al-Si | - - - |
| Amosite | - - - | Ca-Fe-Al-Si | - - - |
| Anthophyllite | - - - | Mg-Fe, particle | - - - |
| **Chrysotile** | Common | Mg-S | - - - |
| Crocidolite | - - - | Si (ppt) | - - - |
| **Tremolite/Actinolite** | Trace | Si (xtln) | - - - |
| | | Others | - - - |

**Comments:**  Single smectite particle detected, possible contaminant.  Smectite properties consistent with montmorillonite.

**Analyst:**  P. Few

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394 N0024 TREMOLITE/ACTINOLITE

POSSIBLE IDENTIFICATION
  SI KA
  CU KA KB
  MG KA
  CA KA

          PEAK LISTING
       ENERGY    AREA   EL. AND LINE
  1    1.254     499   MG KA
  2    1.743    1344   SI KA
  3    3.687     323   CA KA
  4    8.024    1062   CU KA
  5    8.891     143   CU KB

  MVA INC.                              FRI 21-FEB-03  15:25
  Cursor: 0.000KeV = 0        ROI    (2) 0.000: 0.000



  0.000      8- 5                    VFS = 128    10.240
      78    MVA5394 N0024 TREMOLITE/ACTINOLITE

AEM spectrum of tremolite/actinolite
MVA5394-N0024



AEM spectrum of montmorillonite.
MVA5394-N0024

MVA Case.01-01139-AMC    Doc 10835-12    Filed 10/25/05    FRI 21 FEB 03   16:45
Cursor: 0.000keV = 0        ROI    (2) 0.000: 0.000



0.000      B- 5                                    VFS = 256     10.240
  16      MVA5394 N0024 VERMICULITE                            22503

AEM spectrum of vermiculite.
MVA5394-N0024



AEM spectrum of chrysotile.
MVA5394-N0024



AEM spectrum of Ca-S fibers.
MVA5394-N0024

**MVA, Inc.**

## Acid Soluble Weight Percent Determination

**Date:**  2/6/03

**MVA#:**  5394

**Sample I.D.#:**  N0024

Initial Weights

| | | |
|---|---|---|
| 1. | Vial w/lid | 4.76598 |
| 2. | Vial + Sample | 4.98867 |
| 3. | Sample Weight (S2-S1) | 0.22269 |
| 4. | Filter (in container) | 10.34105 |

Weights Following Acid Treatment

| | | |
|---|---|---|
| 5. | Filter + Sample | 10.43117 |
| 6. | Insoluble Residue (S5-S4) | 0.09012 |
| 7. | Soluble Fraction (S3-S6) | 0.13257 |

Calculation

| | | |
|---|---|---|
| 8. | % Soluble (S7/S3) x 100% | ~59.5% |

**Comments:**

**Analyst:**  Bill Turner

## MVA, Inc.

## PLM Constituent Analysis

**Date:**    1/9/03

**MVA #:**    5394

**Location:**    7650 S. Newcastle Rd., Bldg. 969,
West Side Entrance Storage Room West

**Sample I.D. #:**    N0026        **Client Sample I.D. #**    969-1-8-03-AT-1

**Examination using the stereomicroscope:**    Off-white powder with brass-colored flakes and white fibers

| CONSTITUENT | % | CONSTITUENT | % | CONSTITUENT | % |
|---|---|---|---|---|---|
| Fibers: | | Pigment: | | Fillers: | |
| Cotton | - - - | Binders: | | Diatoms | - - - |
| Fiberglass | | Kaolinite  (-) | - - - | Iron Chromite | - - - |
| Filament | - - - | Montmorillonite (-) | - - - | Iron Oxide | - - - |
| Wool | - - - | **Gypsum** | ~55 | **Limestone** | * |
| Mineral Wool | - - - | **Anhydrite** | <1 | **Magnetite** | ~1 |
| Hair | - - - | Portland Cement | - - - | Mica | - - - |
| Paper/Wood | | Lime (hydrated) | - - - | Perlite | - - - |
| Chem. Proc. | - - - | **Precipitated** | | Synthetic Foam | - - - |
| Mech. Proc. | - - - | **Carbonate** | * | Pumice | - - - |
| Synthetic | - - - | Starch  (-) | - - - | Quartz | - - - |
| | | | | Talc | - - - |
| | | | | **Vermiculite** | ~33 |

### Asbestos Minerals

| **Chrysotile** | ~12 | Anthophyllite | - - - | Tremolite/ | |
| Amosite | - - - | Crocidolite | - - - | Actinolite | - - - |

**Comments:**    *Trace/minor limestone/precipitated carbonate is included in the gypsum percentage.

**Analyst:**    Randy Boltin

**MVA, Inc.**

**SEM Constituent Analysis**

**Date:** 2/13/03

**MVA #:** 5394

\*Particles identified are consistent in morphology and elemental composition with known references.

**Sample I.D. #:** N0026

| CONSTITUENT | PRESENT | CONSTITUENT | PRESENT |
|---|---|---|---|
| Fibers: | | Pigments: | |
| Glass | - - - | Titanium | - - - |
| Mineral Wool | - - - | Barium | - - - |
| Other | - - - | Zinc | - - - |
| | | Other | - - - |
| Fillers: | | Binders: | |
| Diatoms | - - - | Clay | |
| Fe Particle | - - - | Kaolin | - - - |
| Mica | - - - | Montmorillonite | - - - |
| Perlite | - - - | Other | - - - |
| Talc (elong) | - - - | **Ca** | Trace |
| Talc (platy) | - - - | Ca-Mg | - - - |
| Si | - - - | **Ca-S** | Common |
| **Vermiculite** | Common | Ca-Si | - - - |
| Other | - - - | Ca-Al-Si | - - - |
| | | Ca-Fe-Al-Si | - - - |
| Asbestos Minerals: | | Mg-Fe | - - - |
| | | Al-Si | - - - |
| Amosite | - - - | Others | - - - |
| Anthophyllite | - - - | | |
| **Chrysotile** | Common | | |
| Crocidolite | - - - | | |
| Tremolite/Actinolite | - - - | | |

**Comments:** One quartz grain observed.

**Microscopist:** Tim B. Vander Wood



EDS spectrum (above) and SEM micrograph (below) of vermiculite.
MVA5394-N0026





MVA5394,N0026,gypsum

EDS spectrum (above) and SEM micrograph (below) of gypsum.
MVA5394-N0026





MVA5394,N0026,chrysotile

EDS spectrum (above) and SEM micrograph (below) of chrysotile.
MVA5394-N0026





EDS spectrum (above) and SEM micrograph (below) of a calcium particle.
MVA5394-N0026



## MVA, Inc.

### AEM Constituent Analysis

**Date:** 2/26/03

**MVA #:** 5394

**Sample I.D. #:** N0026

| CONSTITUENT | PRESENT | CONSTITUENT | PRESENT |
|---|---|---|---|
| Fibers: | | Pigments: | |
| Glass fibers | - - - | TiO$_2$ | - - - |
| Others | - - - | BaSO$_4$ | - - - |
| | | ZnS | - - - |
| | | Other | - - - |
| Fillers: | | Binders: | |
| Diatoms | - - - | Clay | |
| Fe Particle | - - - | Kaolin (xltn) | - - - |
| **Mica** | Trace | Kaolin (calc.) | - - - |
| Perlite | - - - | Smectite | - - - |
| Talc (elong) | - - - | Ca (ppt) | - - - |
| Talc (platy) | - - - | **Ca (xtln)** | Trace |
| Quartz | - - - | Ca-Mg, particle | - - - |
| **Vermiculite** | Common | Ca-S (ppt) | - - - |
| **Other- Platy Mg-Si** | Trace | **Ca-S (xtln)** | Common |
| | | Ca-Si (ppt) | - - - |
| Asbestos Minerals: | | Ca-Si, particle | - - - |
| | | Ca-Al-Si | - - - |
| Amosite | - - - | Ca-Fe-Al-Si | - - - |
| Anthophyllite | - - - | Mg-Fe, particle | - - - |
| **Chrysotile** | Common | Mg-S | - - - |
| Crocidolite | - - - | Si (ppt) | - - - |
| Tremolite/Actinolite | - - - | Si (xtln) | - - - |
| | | Others | - - - |

**Comments:** Platy Mg-Si particles are a probable contaminant of chrysotile.

**Analyst:** Randy Boltin

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0026   VERMICULITE

POSSIBLE IDENTIFICATION
    SI KA
    MG KA
    CU KA
    FE KA
    K -KA OR  IN LA?
    AL KA

            PEAK LISTING
        ENERGY     AREA   EL. AND LINE
    1   1.248      554 MG KA
    2   1.483      183 AL KA
    3   1.743     1002 SI KA
    4   3.312      203 K  KA OR IN LA?
    5   6.395      267 FE KA
    6   8.031      551 CU KA

WMM
2-26-03

MVA INC.                              WED 26-FEB-03  15:37
Cursor: 0.000keV = 0        ROI   (1) 0 000: 0.000



0.000
    91    MVA5394-N0026   VERMICULITE        VFS = 128    10.240

AEM spectrum of vermiculite.
MVA5394-N0026

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0026   CA-S PARTICLE

POSSIBLE IDENTIFICATION
    CA KA KB
    S  KA
    CU KA KB
    SI KA

              PEAK LISTING
          ENERGY    AREA  EL. AND LINE
    1     1.740       99  SI KA
    2     2.310     1397  S  KA
    3     3.687     1519  CA KA
    4     4.015      169  CA KB
    5     8.023      498  CU KA
    6     8.888       75  CU KB

                                            hrly
                                            2-26-03

    MVA INC.                          WED 26-FEB-03   15:39
    Cursor: 0.000keV = 0        ROI   (1) 0.000: 0.000



    0.000
      62    MVA5394-N0026  CA-S PARTICLE    VFS = 128    10.240

AEM spectrum of a Ca-S particle.
MVA5394-N0026

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0026   CHRYSOTILE

POSSIBLE IDENTIFICATION
    CU KA KB LA
    SI KA
    MG KA
    ZN KA OR OS LA
    FE KA

          PEAK LISTING
       ENERGY      AREA   EL. AND LINE
    1   0.926       323   CU LA
    2   1.254      3994   MG KA
    3   1.743      4500   SI KA
    4   6.371       186   FE KA
    5   8.023     11742   CU KA
    6   8.583       207   ZN KA
    7   8.880      1504   CU KB

                                              WJJ
                                              2-26-03

    MVA INC.                          WED 26-FEB-03   15:49
    Cursor: 0.000keV = 0        ROI    (1) 0.000: 0.000



    0.000                              VFS = 1024     10.240
    115      MVA5394-N0026   CHRYSOTILE

                    AEM spectrum of chrysotile.
                         MVA5394-N0026

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0026   MICA

POSSIBLE IDENTIFICATION
    SI KA
    CU KA
    AL KA
    K  KA OR  IN LA?

           PEAK LISTING
      ENERGY    AREA  EL. AND LINE
  1   1.482     450 AL KA
  2   1.745     953 SI KA
  3   3.313     183 K  KA OR IN LA?
  4   8.023     454 CU KA

                                                    WRA
                                                    2-26-03

    MVA INC.                              WED 26-FEB-03  15:57
    Cursor: 0.000keV = 0         ROI    (1) 0.000: 0.000



  0.000                                VFS = 128      10.240
      60    MVA5394-N0026   MICA

AEM spectrum of mica.
MVA5394-N0026

SAMPLE ID:MVA5394-N0026   CA PARTICLE

POSSIBLE IDENTIFICATION
    CA KA KB
    CU KA KB
    SI KA
    MG KA
    ZN KA OR  RE LA
    K  KA OR  IN LA?
    S  KA
    AL KA

        PEAK LISTING
     ENERGY    AREA  EL. AND LINE
 1    1.248      394 MG KA
 2    1.483       83 AL KA
 3    1.743      672 SI KA
 4    2.320       91 S  KA
 5    3.324      116 K  KA OR IN LA?
 6    3.689     4413 CA KA
 7    4.019      478 CA KB
 8    8.023      834 CU KA
 9    8.596      139 ZN KA
10    8.886      115 CU KB

*W/B*
*2-26-03*

MVA INC.                          WED 26-FEB-03  16:02
Cursor: 0.000KeV = 0        ROI    (1) 0.000: 0.000



 0.000                                    VFS = 512   10.240
     60    MVA5394-N0026  CA PARTICLE
            AEM spectrum of a calcium particle.
                    MVA5394-N0026

QUALITATIVE ELEMENT IDENTIFICATION

SAMPLE ID:MVA5394-N0026    PLATY MG-SI PARTICLE

POSSIBLE IDENTIFICATION
    SI KA
    MG KA
    CU KA
    FE KA
    ZN KA OR  RE LA

           PEAK LISTING
       ENERGY    AREA  EL. AND LINE
    1   1.254    1400  MG KA
    2   1.743    1750  SI KA
    3   6.373     102  FE KA
    4   8.023     649  CU KA
    5   8.608      75  ZN KA



    MVA INC.                              WED 26-FEB-03   16:05
    Cursor: 0.000keV = 0        ROI    (1) 0.000: 0.000

    0.000                                    VFS = 256    10.240
       71     MVA5394-N0026   PLATY MG-SI PARTICLE

                AEM spectrum of a platy Mg-Si particle.
                            MVA5394-N0026

## MVA, Inc.

### Acid Soluble Weight Percent Determination

**Date:** 2/6/03

**MVA#:** 5394

**Sample I.D.#:** N0026

Initial Weights

| | | |
|---|---|---|
| 1. | Vial w/lid | 4.74337 |
| 2. | Vial + Sample | 5.01369 |
| 3. | Sample Weight (S2-S1) | 0.27032 |
| 4. | Filter (in container) | 10.35501 |

Weights Following Acid Treatment

| | | |
|---|---|---|
| 5. | Filter + Sample | 10.51572 |
| 6. | Insoluble Residue (S5-S4) | 0.16071 |
| 7. | Soluble Fraction (S3-S6) | 0.10961 |

Calculation

| | | |
|---|---|---|
| 8. | % Soluble (S7/S3) x 100% | ~40.5% |

**Comments:**

**Analyst:** Bill Turner