IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: W.R. GRACE & CO., et al.,<br><br>Debtors. | ) )<br>) Chapter 11<br>) Case No. 01-01139 (JKF)<br>) (Jointly Administered)<br>) )<br>) ) |

## CERTIFICATE OF SERVICE

I, Steven J. Mandelsberg, hereby certify that on the 24th day of October 2005, I caused a copy of Claimant State of California, Department of General Services' Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims and accompanying compendium Exhibits A and B to be served via e-mail and first class mail to the following:

Janet S. Baer, Esq.
Katherine Phillips, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Co-Counsel for the Debtors
jbaer@kirkland.com
kphillips@kirkland.com

Laura Davis Jones, Esq.
David Carickhoff, Jr., Esq.
Pachulski, Stang, Ziehl, Young, Jones &
Weintraub P.C.
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705
Co-Counsel for the Debtors
ljones@pszyjw.com
dcarickhoff@pszyjw.com

_____
Steven J. Mandelsberg