IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: W.R. GRACE & CO., et al.,<br><br>Debtors. | ) <br> ) Chapter 11 <br> ) Case No. 01-01139 (JKF) <br> ) <br> ) <br> ) <br> ) <br> ) |

**CLAIMANT STATE OF CALIFORNIA, DEPARTMENT OF
GENERAL SERVICES' DISCLOSURES PURSUANT TO THE
AUGUST 29, 2005 CASE MANAGEMENT ORDER FOR THE
<u>ESTIMATION OF ASBESTOS PROPERTY DAMAGE LIABILITIES</u>**

Pursuant to this Court's Case Management Order for the Estimation of Asbestos Property Damage Liabilities dated August 29, 2005, Claimant State of California, Department of General Services (the "Claimant"), by and through its counsel, Hahn & Hessen LLP, submits the following disclosures which Claimant reserves the right to supplement or correct at any time before trial.

1. **Individuals Likely To Be Called By
   <u>Claimant As Fact Witnesses</u>**

   a.   Claimant presently intends to call the individuals identified by the Official Committee of Asbestos Property Damage Claimants (the "Committee") as fact witnesses, including but not limited to, current or former officers of the Debtors, and witnesses in prior litigations in which the Debtors were involved arising out of the Debtors' use of asbestos in their products, on the issues identified by the Committee.

b.  In addition, Claimant presently intends to call the following individuals as fact witnesses:

| Name | Contact Information | Subject |
|---|---|---|
| Marilee Courtright | Office of Buildings and Grounds<br>1304 O Street, Suite 300<br>Sacramento, California<br>(916) 323-0749 | Claimant's Claim Nos. 10648, 10649, 10652, 10661 and 10662 |
| Johnnie Hayward | 1416 9th Street<br>Sacramento, California<br>(916) 654-0680 | Claimant's Claim No. 10649 |
| M.S. Ramage | 10333 El Camino Real<br>Atascadero, California<br>(805) 468-2204 | Claimant's Claim No. 10650 |
| Art Blankenship | 10333 El Camino Real<br>Atascadero, California<br>(805) 461-2203 | Claimant's Claim No. 10650 |
| Jenny Hullihen | Department of Mental Health<br>1600 9th Street, Room 120<br>Sacramento, California<br>(916) 654-2655 | Claimant Claim No. 10650 |
| Fred Lambert | Department of Forestry<br>1021 O Street Room A 301<br>Sacramento, California<br>(916) 324-1183 | Claimant Claim Nos. 10651 and 10659 |
| Lee Delap | 1234 E. Shaw Avenue<br>Fresno, California<br>(559) 222-3714 ext. 4123 | Claimant's Claim Nos. 10651 and 10659 |
| Terry Counts | 714 P Street<br>Sacramento, California<br>(916) 654-6271 | Claimant's Claim Nos. 10652 and 10662 |
| Bob Masters | 7650 South Newcastle Road<br>Stockton, California<br>(209) 944-6351 | Claimant's Claim Nos. 10653 and 14411 |
| Bill Franz | 7650 South Newcastle Road<br>Stockton, California<br>(209) 944-6351 | Claimant Claim No. 10653 and 14411 |
| Corey Yep | California Youth Authority<br>4241 Williamsbourgh Drive, Suite 17<br>Sacramento, California<br>(916) 262-2946 | Claimant Claim Nos. 10653, 10658 and 14411 |
| Doug Yee | Developmental Services<br>Facilities Planning Branch<br>1600 9th Street<br>Sacramento, California | Claimant Claim Nos. 10654 and 10655 |

b. In addition, Claimant presently intends to call the following individual as an expert witness:

| Name | Contact Information | Subject |
|---|---|---|
| Tim Vander Wood | MVA, Inc.<br>3300 Breckinridge Blvd., Ste. 400<br>Duluth, Georgia 30096<br>(770) 662-8509 | Asbestos contamination of the buildings subject of Claimant's claims filed against the Debtors, including the extent and source of contamination |
| Med-tox Associates, Inc. | 1401 Warner, Suite A<br>Tustin, California | Asbestos contamination of the building(s) subject of Claimant's Claim Nos. 10648, 10649 and 10661 |
| Roger Johnson | Net Compliance, Products and Services, Inc.<br>101 East 8th Street, Suite 250<br>Vancouver, Washington<br>(360) 699-4015 | Asbestos contamination of the building(s) subject of Claimant's Claim Nos. 10648 and 10655 |
| Kenneth Churchill | ACC Environmental Consultants, Inc.<br>7977 Capwell Drive, Suite 100<br>Oakland, California<br>(510) 638-8400 | Asbestos contamination of the building(s) subject of Claimant's Claim No. 10661 |
| M-K Environmental Services, Inc. | 180 Howard Street<br>San Francisco, California<br>(415) 442-7300 | Asbestos contamination of the building(s) subject of Claimant's Claim No. 10656 |
| CAPE Environmental Management, Inc. | 14761 Bentley Circle<br>Tustin, California<br>(714) 505-1800 | Asbestos contamination of the building(s) subject of Claimant's Claim Nos. 10651, 10657, 10659, 10660 and 14411 |
| David Galson, I.H. | Galson Corporation<br>Address unknown | Asbestos contamination of the building(s) subject of Claimant's Claim Nos. 10653, 10658 and 14411 |
| A.V. Pedadda | A.V. Peddada Consulting Engineers<br>P.O. Box 13199<br>Alexandria, Louisiana<br>(318) 487-0607 | Asbestos contamination of the building(s) subject of Claimant's Claim Nos. 10654 and 10658 |
| Phillip Clinton | LFR, Inc.<br>3150 Bristol Street, #250<br>Costa Mesa, California<br>(714) 755-7230 | Asbestos contamination of the building(s) subject of Claimant's Claim No. 10658 |
| Harry Rayner | H + GCL, Inc.<br>2200 Powell Street, Suite 880<br>Emeryville, California<br>(510) 547-3886 | Asbestos contamination of the building(s) subject of Claimant's Claim Nos. 10650 and 10653 |

4

Dated: New York, New York
       October 3, 2005

                                                **HAHN & HESSEN LLP**
                                                Counsel for Claimant
                                                State of California, Dep't of General Services

                                                By: _/s/ Steven J. Mandelsberg / cjk_
                                                      Steven J. Mandelsberg
                                                      Christina J. Kang

                                                488 Madison Avenue
                                                New York, New York 10022
                                                (212) 478-7200


TO:

Janet S. Baer, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
Co-Counsel for the Debtors
(via E-mail and First Class Mail)


Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
919 North Market Street, 16th Floor
Wilmington, Delaware 19899-8705
Co-Counsel for the Debtors
(via E-mail and First Class Mail)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: W.R. GRACE & CO., et al., <br><br> Debtors. | Chapter 11 <br> Case No. 01-01139 (JKF) <br> (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Christina J. Kang, hereby certify that on the 3rd day of October 2005, I caused a copy of Claimant State of California, Department of General Services' Disclosures Pursuant to the August 29, 2005 Case Management Order for the Estimation of Asbestos Property Damage Liabilities to be served via e-mail and first class mail to the following:

Janet S. Baer, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Co-Counsel for the Debtors
jbaer@kirkland.com

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young, Jones &
Weintraub P.C.
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705
Co-Counsel for the Debtors
ljones@pszyjw.com

_____
Christina J. Kang