# EXHIBIT 6

DAI-158A-001

**SPEIGHTS & RUNYAN**
ATTORNEYS AT LAW
200 JACKSON AVENUE, EAST
POST OFFICE BOX 685
HAMPTON, SOUTH CAROLINA 29924
(803) 943-4444

TELECOPIER
(803) 943-4599
EMAIL: ASTEINMEYER@SPEIGHTSRUNYAN.COM

AMANDA G. STEINMEYER

August 23, 2002

<u>VIA FACSIMILE & U.S. MAIL</u>

Ms. Mary Pfeil
Lipton
800 Sylvan Avenue
Englewood Cliffs, NJ 07632

RE: <u>Anderson Memorial Hospital, et al - Payment Status Update</u>

Dear Ms. Pfeil:

Although your claim has been approved by the Claims Facility and forwarded to the Trust for payment, the Trust is currently refusing to pay all of our claims falling under the Anderson Memorial Claim as well as the claims of many other claimants.

I can assure you that we are diligently fighting for your claims to be paid <u>with interest from the day they were allowed</u>.

I will keep you posted as things progress and rest assured that we want this money as badly as you do.

Yours truly,

Amanda G. Steinmeyer