# EXHIBIT 7

## Claims Submitted by Speights In *Celotex* and *W.R. Grace*

| Building | Celotex Claim Number | Grace Claim Number |
|---|---|---|
| Alaska Psychiatric Institute | 02-001B-001 | 6595 |
| Springfield Operations Center - Washington Gas & Light | 021-089A-001 | 6597 |
| Langley Professional Building | 021-026A-001 | 6598 |
| Naugatuck Valley Mall | 021-005A-001 | 6600 |
| Presbyterian Church of Jamesburg | 021-054B-001 | 6601 |
| AT&T Building/Country Club Towers | 021-052A-001 | 6604 |
| Bender Hygienic Laboratory | 021-093A-001 | 6608 |
| Wythe County Hospital | 021-090A-001 | 6609 |
| Roanoke Memorial Hospital | 021-088A-001 | 6610 |
| St. Paul's Lutheran Church Fellowship Hall | 021-180A-001 | 6611 |
| Comsat Lab | 021-024A-001 | 6619 |
| Clara Mass Hospital | 021-056A-001 | 6624 |
| St. Charles Hospital and Rehabilitation Center | 021-156A-001 | 6629 |
| FP102 Building - Exxon Research | 021-058A-001 | 6640 |
| Commerce Towers | 021-031A-001 | 10699 |
| 880 Third Avenue Building (a/k/a 165 E. 53rd) | 021-084B-001 | 10734 |
| Bay View Federal Savings & Loan | 021-007B-001 | 10736 |
| Thomas J. Lipton, Inc. Tea Plant | 021-039A-001 | 10737 |

| | | |
|---|---|---|
| 127 John Street Building (a/k/a 200 Water Street) | 021-144A-001 | 10738 |
| Lever Brothers Building | 021-158A-001 | 10739 |
| Flatbush Federal Savings & Loan | 021-112A-001 | 10740 |
| Building 400 - Lockheed Martin Corporation | 021-091A-001 | 10741 |
| Liberty National Building Complex | 021-306A-001 | 10743 |
| The Equitable Building | 021-010A-001 | 10796 |
| Union Central Life Insurance Building | 021-096B-001 | 10942 |
| Newington Crippled Children's Hospital | 021-006A-001 | 10968 |
| Grace Hospital | 021-030A-001 | 10976 |
| Tulsa Assembly Center | 021-224A-001 | 11139 |