# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|-----------|-------|------|---------------|-------------------|-------------------|---------|
| 11526 | LA | 6/21/1968 | Invoice | W. R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |