# Exhibit 1

| 12346 | CN | 3/21/03 | Letter (attached to claim form) | Letter from City of Vancouver to Speights & Runyan re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12346 | CN | 3/28/03 | Letter/Report (attached to claim form) | Expert Report by PHH Environmental to City of Vancouver re: Identification of Fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12346 | CN | 4/00/92 | Report | Asbestos Hazard Evaluation | 100 Oak Street Hampton, SC | Speights & Runyan |