# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11529 | IL | 9/20/1967 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11529 | IL | 9/11/1967 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |