# Exhibit 1

| 12347 | CN | 3/18/03 | Letter (attached to claim form) | Letter from City of Vancouver to Speights & Runyan re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12347 | CN | 3/00/89 | Report | Hazard Assessment on the Presence and Condition of Asbestos Containing Materials in the H.R. MacMillan Planetarium & Museum Complex | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12347 | CN | 5/01/89 | Letter | Lette from Pinchin Harris Holland Associates to Workers Comp Board of British Columbia re: H.R. MacMillan Planetarium Complex Storage Space Removal with attached Notice of Project and revised specifications for removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12347 | CN | 5/00/89 | Report | Asbestos Management Program - Field Procedures Manual | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12347 | CN | 6/05/89 | Chart | Asbestos Hazard Assessment Record | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12347 | CN | 7/28/89 | Invitation for Proposal | Request for Consultants' Proposals - Phase 2 Asbestos Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12347 | CN | 12/00/89 | Specs | Tender and Contract Documents for Museum - Planetarium Complex Project - 1990 Asbestos Control Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12347 | CN | 12/00/89 | Specs | Tender and Contract Documents for Museum - Planetarium Complex Project - 1990 Asbestos Control Program with Addendum No. 1 and No. 2 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12347 | CN | 1/09/90 | Chart | Quarterly Inspection Report - Asbestos Containment or Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12347 | CN | Undated | Report | Asbestos Management Program - Appendix I - ACM Assessment Method | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12347 | CN | Undated | Specs | Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |