# Exhibit 1

| 12348 | CN | 3/18/03 | Letter (attached to claim form) | Letter from Calgary Board of Education to Speights & Runyan re: construction date | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12348 | CN | 3/25/03 | Letter/Report (attached to claim form) | Expert Report from PHH Environmental re: Identification of Fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12348 | CN | 3/10/00 | Chart | CBE Facility Asbestos Database | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12348 | CN | 8/09/04 | Letter | Letter from PHH to Calgary Board of Education re: Completion Letter fro Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12348 | CN | 4/30/04 | Specs | Asbestos Abatement - Colonel Irvine - Art Room | 100 Oak Street Hampton, SC | Speights & Runyan |