IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 31, 2005, AT 9:00 A.M. IN PITTSBURGH, PENNSYLVANIA BEFORE THE HONORABLE JUDITH K. FITZGERALD

PARTIES WISHING TO PARTICIPATE TELEPHONICALLY SHOULD COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [Docket No. 7709]

### MATTERS RELATING TO SPEIGHTS & RUNYAN FILED CLAIMS:

1. Debtors' Brief in Support of the Disallowance and Expungement of 1,900 Improper Claims Filed by the Law Firm Speights & Runyan [Filed: 9/30/05] (Docket No. 9546)

   Related Documents:

   a. Debtors' Thirteenth Omnibus Objection to 2,937 Unauthorized Claims Filed By the Law Firm Speights & Runyan (Substantive) [Filed: 9/1/05] (Docket No. 9311)

   b. Response of Speights & Runyan to Debtors' Thirteenth Omnibus Objection

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

b. Response of Speights & Runyan to Debtors' Thirteenth Omnibus Objection [Filed: 10/7/05] (Docket No. 9607)

c. Stipulation Between the Debtors and Speights & Runyan Regarding the Withdrawal of Asbestos Property Damage Claims Lacking Proof of W. R. Grace Product Identification [Filed: 10/21/05] (Docket No. 9843)

Response Deadline: October 21, 2005 at 4:00 p.m.

Responses Received:

a. Speights & Runyan's Response to Debtors' Brief in Support of 13th Omnibus Objection Seeking the Disallowance and Expungement of Claims [Filed: 10/21/05] (Docket No. 10001)

Reply Deadline: October 26, 2005 at 4:00 p.m.

Replies Received:

a. **Debtors' Reply Brief in Support of the Disallowance and Expungement of Improper Claims Filed By Speights & Runyan [Filed: 10/26/05] (Docket No. 10837)**

Status: This matter will be going forward.

2. Status Report on remaining claims filed by Speights & Runyan

<u>Status:</u>  The Debtors will provide the court with a status report on the remaining claims filed by Speights & Runyan.

Dated: October 26, 2005

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Janet S. Baer
Michelle Browdy
200 East Randolph Drive
Chicago, IL  60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill, III (Bar No. 4042)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession

3