# Exhibit 1

| 12365 | CN | 3/22/88 | Report | Survey of Asbestos-Containing Materials prepared by Maclaren Plansearch Inc. | 100 Oak Street | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 12365 | CN | 3/28/88 | Report | Draft Assessment of Asbestos-Containing Materials prepared by Maclaren Plansearch Inc. | 100 Oak Street | Speights & Runyan |
| 12365 | CN | 6/12/00 | Proposal/Project Sheet | O&Y Enterprise Real Estate Services - ACM Inspection & Air Monitoring | 100 Oak Street | Speights & Runyan |
| 12365 | CN | 7/27/00 | invoice | Pinchin Environmental Invoice to O&Y Enterprise Real Estate Services for ACM Inspection & Air Services - Job # 13800 - $920.20 | 100 Oak Street | Speights & Runyan |
| 12365 | CN | 3/26/03 | Letter/Report (attached to claim form) | Expert Report by Pinchin Environmental re: identification of fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |