# Exhibit 1

| 12395 | CN | 1/15/90 | Report | Asbestos-Containing Materials Survey for Maxwell MacOdrum Library - Building No. 2 | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 12395 | CN | 10/6/89 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Reference No. b0548 - 1989 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12395 | CN | 6/30/93 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Reference No. b5415 - 1993 (3 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12395 | CN | 5/15/91 | Project Information Sheet | Project Number Z2014 - Project Estimate for MacOdrum Library Level 2 Specification | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12395 | CN | 5/15/91 | Project Information Sheet | Project Number Z2915 - Project Estimate for MacOdrum Library Level 2 Inspections | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12395 | CN | 7/17/91 | Project Information Sheet | Project Number Z3068 - Project Estimate for MacOdrum Library Garage Air Monitoring | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12395 | CN | 2/28/92 | Project Information Sheet | Project Number Z3554 - Project Estimate for MacOdrum Library Level 2 February 1992 Type 2 Inspection | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12395 | CN | 6/17/93 | Project Information Sheet | Project Number Z4702 - Project Estimate for MacOdrum Library Entrance Spec & Inspection | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12395 | CN | Undated | List (attached to claim form) | List of buildings with year built | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12395 | CN | 3/26/03 | Letter/Report (attached to claim form) | Expert Report from Pinchin Environmental to Carleton University re: identification of fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |