# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11587 | NC | 3/4/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11587 | NC | 3/4/1971 | Customer Copy | Invoice for 13,573 Bags Mono-Kote | 100 Oak Street Hampton, SC | Speights & Runyan |