# Exhibit 1

| 12396 | CN | March 2003 | Report | Asbstos Management Program Document prepared by Pinchin Environmental for Fairview Mall | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12396 | CN | 2/21/03 | Letter | Letter from Pinchin Environmental to Cadillac Fairview Corporation providing revised proposal for an asbestos survey of Fairview Mall | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12396 | CN | 11/11/02 | Minutes | Meeting Minutes re: Fairview Mall Management Pogram | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12396 | CN | Undated | Form letter | Draft form letter from Cadillac Fairview to Tenants re:  Notification of the Presence of Asbestos | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12396 | CN | 11/19/2002 | Letter | Letter from Pinchin Environmental to Cadillac Fairview re:  Asbestos Management Program, Fairview Mall - fees to develop the pogram | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12396 | CN | Undated | Chart | Legend - Asbestos-Containing and Nonasbestos-containing Building Materials [document which shows how to mark floor plans] | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12396 | CN | 2/7/03 | Facsimile | Fax memo from Pinchin Environmental to Ken Henderson, Fairview Mall - rough schedule for re-assessment survey week of February 10, 2003 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12396 | CN | 2/27/03 | Report | Bulk Sample Analysis by Pinchin Environmental Corp, Fairview Mall, Toronto, ON - Lab Reference No. b23858-1-2003 (22 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12396 | CN | 2/27/03 | Report | Bulk Sample Analysis by Pinchin Environmental for Cadillac Fairview Corp, Fairview Mall, Toronto, ON - Lab Reference No. b23858-2-2003 (5 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12396 | CN | 2/27/03 | Report | Bulk Sample Analysis by Pinchin Environmental for Cadillac Fairview Corp., Fairview Mall, Toronto, ON - Lab Reference No. b23858-2003 (27 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12396 | CN | Undated | Drawings | Various Floor Plans - Fairview Mall | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12396 | CN | Undated | Report | Asbestos Report Index | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12396 | CN | 12/31/02 | Invoice | Invoice from Pinchin Environmental to Cadillac Fairview Mall in the amount of $554.80 re: Asbestos Management Program Meeting | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12396 | CN | 3/13/03 | Invoice | Invoice from Pinchin Environmental to Cadillac Fairview Mall in the amount of $5,114.60 re: Asbestos Management Program and Survey of 1981 Portion of Fairview Mall | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12396 | CN | 8/13/03 | Invoice | Invoice from Pinchin Environmental to Cadillac Fairview Mall in the amount of $347.75 re: Asbestos Management Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12396 | CN | 9/12/03 | Invoice | Invoice from Pinchin Environmental to Cadillac Fairview Mall in the amount of $347.75 re: Consulting in Regard to Removal of Asbestos from 3rd Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12396 | CN | 10/14/03 | Invoice | Invoice from Pinchin Environmental to Cadillac Fairview in the amount of $553.50 re: Asbestos Management Program and Sruvey of 1981 Portion of Fairview Mall | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12396 | CN | 11/113/03 | Invoice | Invoice from Pinchin Environmental to Cadillac Fairview in the amount of $524.30 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12396 | CN | 7/6/03 - 10/3/03 | E-mails | E-mails between Cadillac Fairview and Pinchin Environmental re: letter to tenants regarding asbestos | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12396 | CN | 10/3/03 | E-mails | E-mail from Anthony Facchini, General Manager, Fairview Mall to Rick Heyward at Cadillac Fairview re: Asbestos Removal/Notification Stragey for Fairview Mall | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12396 | CN | 3/26/03 | Letter/Report (attached to claim form) | Expert Report from Pinchin Environmental re: identification of fireproofiong as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12396 | CN | 1969 | Contract | Construction Contract for Fairview Mall | 100 Oak Street Hampton, SC | Speights & Runyan |