# Exhibit 1

| 12401 | CN | 3/24/03 | Letter (attached to claim form) | Letter from City of Edmonton to Speights & Runyan re: construction date | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 12401 | CN | 3/21/03 | Letter/Report (attached to claimform) | Expert Report from PHH Environmental to City of Edmonton re: identification of fireproofing - MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |