# Exhibit 1

| 12373 | TX | 3/28/03 | Letter (attached to claim form) | Letter from Coca-Cola Enterprises to Speights & Runyan re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12373 | TX | 1/06/05 | Letter | Letter from Coca-Cola Enterprises to PHH Environmental with attached ACM Table | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12373 | TX | 1/25/01 | Report | Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12373 | TX | Undated | Chart | Table 1:  Material Identification Inventory | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12373 | TX | Undated | Chart | Table 1:  Material Identification Inventory | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12373 | TX | Undated | Chart | Table 1:  Material Identification Inventory | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12373 | TX | Undated | Chart | Positive Materials - 2800 Bissonnet Street, Houston, TX | 100 Oak Street Hampton, SC | Speights & Runyan |