# Exhibit 1

| 12399 | CN | 3/24/03 | Letter (attached to claim form) | Letter from City of Edmonton to Speights & Runyan re: construction date | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12399 | CN | 2/07/03 | Letter | Letter from PHH to City of Edmonton re: Chancery Hall with attached lab results | 100 Oak Street Hampton, SC | Speights & Runyan |