# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11687 | ME | 11/9/1972 | Purchase Order | Mono-Kote Order | 100 Oak Street Hampton, SC | Speights & Runyan |