# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11689 | MA | 6/7/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 6/4/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 6/3/1971 | Shipping Invoice | Monokote (60 Bags) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | I. Introduction | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | II. Sampling and Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | III. Survey Observations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Attic - Unfinished Area | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Medical Records Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | All Areas Second Floor North Wing - First Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Electrical Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Main Hallway | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Telephone Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Housekeeping Office | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Employee's Lounge | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Housekeeping; Stores #1 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Chute Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Corridor #1 in Front of Elevator and Stairwell | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Machine Room #3 Elevator Control Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Linen Storage Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Central Supply Storage Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Housekeeping Stores #2 Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Inhalation Therapy Storeroom | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Pathology Office #1 | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Pathology Office #2 | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | North Half of Corridor #1 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Corridor #2 to Holmes Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Holmes Building - First Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Whirlpool Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Physical Therapy #1 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Doctors Dressing/Bathroom | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Stairwell and Adjacent HVAC Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Corridor #1 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Physical Therapy Office | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Physical Therapy #2 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | West Wing - First Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Book Mobile Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | First Floor Book Mobile Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Corridor #2 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Corridor #3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Pathology Office | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Pathology Conference Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Pathology Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Histology Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Blood Bank Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Phlebotomy Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Reception | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | East Wing - First Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Main Laboratory | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Corridor #4 | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Mechanical Room #4 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Corridor #4A | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Main Lobby | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Gift Shop | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Coffee Shop | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Main Corridor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Men's Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Ladies Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Patient Accounts #1 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Linen Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Pre-Admission Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Outpatient Registration | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Data Storage | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Data Processing Management | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Data Processing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Outpatient Waiting Area | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Corridor #1 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Business Office | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Computer Printing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Computer Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Linen Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Payroll Closet | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Fiscal Office #3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Corridor | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Vice President of Finance Office - Offices 1, 2 and 3 | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Men's Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Ladies Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Administrative Nursing and Nursing Offices #1 and #2 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Administrative Vestibule | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Legal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | President's Office | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | All Areas | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | East Wing - Second Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Mechanical Room #6 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Nurses Station | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Nurses Station Toilet | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | CCU Storage | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Soiled Utility #2 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Housekeeping | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Staff Toilet | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Corridor North Side (Opposite Diet Kitchen) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Supervisor of Nurses | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Clean Utility | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Nurses Station Medicine Room (Near Solarium) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Soiled Utility | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | All Patient Rooms | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | All Areas | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | East Wing - Third Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Mechanical #7 | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | EKG Corridor | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | ICU Storage | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Soiled Utility | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | All Areas | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | East Wing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | First Floor "X-Ray" | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Housekeeping Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Darkroom | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Supply Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Treatment #4 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | All Areas "X-Ray" Department | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Hallway | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Nuclear Medicine | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Roof East and West Wings | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | West Wing - Third Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | South Stairwell | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Room 302 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Room 303 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Room 304 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Room 305 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Room 307 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Room 309 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Room 311 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Utility | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Room 314 | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Room 315 | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Room 316 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Room 317 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Room 320 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Main Hallway | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Nurses Lounge | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Clean Utility | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Diet Kitchen | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Linen | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Nurses Station | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Dirty Utility | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Holmes Building - Third Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Stairwell | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Patient #ll | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Patient #2 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Bathroom | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Utility | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Equipment Storage | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Hallway | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | West Wing - Second Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | South Stairwell | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | 201 Occupational Therapy | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Room 202 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Physical Therapy Room 203 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Room 204 | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Room 206 | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Chaplin Room 208 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Utility | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Nurses Station | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Speech Room 210 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Ice Machine | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Vestibule | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Kitchen | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Room 212 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Patient Coordination Office and Slop Sink Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Main Hall | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Room 215 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Rooms, 214, 216, 218, 220 - Patient Occupied | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Fathers Waiting | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Room 217 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Room 222 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Nursery Nurses Station | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Nursery Isolation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Nursery | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Nursery Storeroom | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Hallway | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Holmes Building - Second Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Stairwell | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Hallway | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Nurses OB Lounge | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Labor | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Delivery Room #2 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Birthing Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Doctors | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | L & D Scrub Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | West Wing - First Floor O.R. and Central Supply Area | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | O.R. Mens Locker | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | O.R. Nurses Locker (Ladies) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | O.R. Storage Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Recovery Corridor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Anesthesia Office | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | O.R. Supervisor's Office | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Scrub Rooms for Operating Rooms #1 and 2 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Scrub Rooms for Operating Rooms #3 and 4 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Operating Room #4 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Nurses Lounge | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Main Corridor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Recovery Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Emergency Generator | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Material Management Supply | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Offices | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Central Supply | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Hallway Outside CSR | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Elevator Hallway and Adjacent 4 Rooms | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | West Wing - First Floor Emergency Room Area | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Emergency Treatment #1 and 2 | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Emergency Treatment #6 and 7 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Corridor #1 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Corridor #2 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Walk In #1 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Walk In #2 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Examining Room "A" | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Examining Room "B" | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Corridor #3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Mechanical Room for Elevators #3 and 4 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Doctors Office, Vestibule, Stairwell and Entrance Hall Mens Room and Ladies Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Emergency Treatment #3, 4 and 5 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | West Wing - First Floor Kitchen Support Area | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Cafeteria | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Dishwashing Scullery | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Kitchen | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Kitchen Locker Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Mens Room (Near Boiler Room) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Morgue | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Storeroom 1, 2 and 3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Mechanical #1 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Main Hallway | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Boiler | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Pipe Trench | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | IV. Recommendations | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | 1. North Building Attic | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | 2. Roof - East and West Wings | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | 3. North Building - Electrical Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | 4. Telephone Room - First Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | 5. Physical Therapy #2 - First Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | 6. Fireproofing on Main Beams and Overspray (All Areas East Wing) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | 7. Pipe Chases | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | 8. Asphalt Tile, Vinyl Asbestos Tile and Vinyl Sheet Flooring (All Areas) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | 9. Scrub Rooms for Operating Rooms Nos. 1, 2, 3 and 4 - O.R. Nurses Lounge | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | 10. Pipe Trench | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | 11. Boiler Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | 12. Recommended Protocol | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | V. Breakdown Abatement Cost Estimates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Roof East and West Wings | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | North Building - Attic | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | North Wing - Second Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | North Wing - First Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Holmes - First Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Holmes - Second Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Holmes - Third Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | West Wing - Third Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | West Wing - Second Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | West Wing - First Floor (Lab Area) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | West Wing - First Floor (Kitchen Support Areas) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | West Wing - First Floor (O.R. and Central Supply Area) | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | West Wing - First Floor (Emergency Area) | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | East Wing - (X-Ray Area) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | East Wing - First Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | East Wing - Second Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | East Wing - Third Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Boiler Room (Does Not Include Pipe Trench) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Pipe Trench - Crawl Space | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Summary Abatement Cost Estimates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Table I - Bulk Sample Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/1988 | Asbestos Assessment For Jordan Hospital | Appendix A - Field Inspection Forms | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 4/23/1991 - 12/5/1991 | Reports | MA Department of Environmental Protection Abatement Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | No Date | Reports | Waste Shipment Record | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 6/17/1999 | Letter with Attachments | Re: Closeout Package for Asbestos Abatement Project for Pods at Jordan Hospital | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 6/17/1999 | Letter with Attachments | Employee License, Training Certificate, Medical and Fit Test Forms | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 1/8/1997 - 1/30/1998 | National Abatement Services, Inc. | Employee Logs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 11/25/1998 | Certificate | Liability Insurance | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 12/30/1998 - 3/5/1999 | Logano / Waste Management | Asbestos Disposal & Documentation Form | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 1/8/1999 | Covino Environmental Associates, Inc. | Asbestos Air Sampling and Analysis Form | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 1/8/1999 | Covino Environmental Associates, Inc. | Air Quality Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 2/4/1999 | National Abatement Services, Inc. | Analytical Results of Air Samples | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 2/4/1999 | National Abatement Services, Inc. | Asbestos Abatement Clearance Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 2/22/1999 | ATC Associates, Inc. | Exterior Locations Sampled with Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 1998 | Documentation | Licenses, Medical Exams, Fit Tests and Certifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 3/15/1999 | Letter with Attachments | Asbestos Abatement Project - Waste Manifest Reports | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11689 | MA | 1/27/1999 | Letter with Attachments | Asbestos Abatement Project - Waste Manifest Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11689 | MA | 6/11/1998 | Letter with Attachments | Asbestos Abatement Project - Waste Manifest Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 6/11/1998 | Letter with Attachments | Notifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 6/11/1998 | Letter with Attachments | Daily Logs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 6/11/1998 | Letter with Attachments | Air Tests | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 6/11/1998 | Letter with Attachments | Licenses and Certifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 10/15/1998 | Letter with Attachments | Asbestos Abatement Project - Waste Manifest Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 7/28/1998 | Letter with Attachments | Asbestos Abatement Project - Waste Manifest Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 1/12/1999 | Covino Environmental Associates, Inc. | Asbestos Air Sampling and Analysis Form | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 5/22/1998 | Letter with Attachments | Asbestos Abatement Project - Waste Manifest Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 5/22/1998 | Letter with Attachments | Notifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 5/22/1998 | Letter with Attachments | Daily Logs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 5/22/1998 | Letter with Attachments | Air Tests | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 5/22/1998 | Letter with Attachments | Licenses and Certifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 5/21/1998 | Letter with Attachments | Asbestos Abatement Project - Waste Manifest Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 5/21/1998 | Letter with Attachments | Notifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 5/21/1998 | Letter with Attachments | Daily Logs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 5/21/1998 | Letter with Attachments | Air Tests | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 5/21/1998 | Letter with Attachments | Licenses and Certifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 3/7/1997 | Letter with Attachments | Asbestos Abatement Project - Waste Manifest Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/11/1998 | Letter with Attachments | Asbestos Abatement Project - Waste Manifest Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/11/1998 | Letter with Attachments | Notifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/11/1998 | Letter with Attachments | Daily Logs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/11/1998 | Letter with Attachments | Air Tests | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/11/1998 | Letter with Attachments | Licenses and Certifications | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11689 | MA | 12/16/1996 | Letter with Attachments | Asbestos Abatement Project - Waste Manifest Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 11689 | MA | 6/11/1996 | Letter with Attachments | Asbestos Abatement Project - Waste Manifest Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 8/10/1994 | Letter with Attachments | Asbestos Abatement Project - Waste Manifest Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 2/28/1997 | Letter with Attachments | Post Visual Inspection and Post-Abatement Area Air Sampling following asbestos abatement projects. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 2/28/1997 | Letter with Attachments | Analytical Results of Air Samples | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 9/25/1998 | Letter with Attachments | Post Visual Inspection and Post-Abatement Area Air Sampling following asbestos abatement projects. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 9/25/1998 | Letter with Attachments | Analytical Results of Air Samples | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 1999 | Jordan Hospital - Pharmacy Hall 2nd Floor | Invoices | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 1999 | Jordan Hospital - Pharmacy Hall 2nd Floor | Notifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 1999 | Jordan Hospital - Pharmacy Hall 2nd Floor | Disposal Manifest | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 1999 | Jordan Hospital - Pharmacy Hall 2nd Floor | Air Samples | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 1999 | Jordan Hospital - Pharmacy Hall 2nd Floor | Daily Logs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 1999 | Jordan Hospital - Pharmacy Hall 2nd Floor | Sign In Logs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 1999 | Jordan Hospital - Pharmacy Hall 2nd Floor | Employee Certifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 1999 | Jordan Hospital - 2nd Floor Pharmacy | Invoices | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 1999 | Jordan Hospital - 2nd Floor Pharmacy | Notifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 1999 | Jordan Hospital - 2nd Floor Pharmacy | Disposal Manifest | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 1999 | Jordan Hospital - 2nd Floor Pharmacy | Air Samples | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 1999 | Jordan Hospital - 2nd Floor Pharmacy | Daily Logs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 1999 | Jordan Hospital - 2nd Floor Pharmacy | Sign In Logs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 1999 | Jordan Hospital - 2nd Floor Pharmacy | Employee Certifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 1999 | Jordan Hospital - Trench | Invoices | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 1999 | Jordan Hospital - Trench | Notifications | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11689 | MA | 1999 | Jordan Hospital - Trench | Disposal Manifest | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 11689 | MA | 1999 | Jordan Hospital - Trench | Air Samples | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 1999 | Jordan Hospital - Trench | Daily Logs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 1999 | Jordan Hospital - Trench | Sign In Logs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 1999 | Jordan Hospital - Trench | Employee Certifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 1999 | Jordan Hospital - Facilities Department | Invoices | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 1999 | Jordan Hospital - Facilities Department | Notifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 1999 | Jordan Hospital - Facilities Department | Disposal Manifest | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 1999 | Jordan Hospital - Facilities Department | Air Samples | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 1999 | Jordan Hospital - Facilities Department | Daily Logs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 1999 | Jordan Hospital - Facilities Department | Sign In Logs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 1999 | Jordan Hospital - Facilities Department | Employee Certifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 2003 | Abatement - Closeout Pack | Index | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 2003 | Abatement - Closeout Pack | Section I - Invoice | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 2003 | Abatement - Closeout Pack | Section II - Proposal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 2003 | Abatement - Closeout Pack | Section III - Jordan Hospital Purchase Order | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 2003 | Abatement - Closeout Pack | Section IV - Notification | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 2003 | Abatement - Closeout Pack | Section V - OSHA Air Monitoring Sheets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 2003 | Abatement - Closeout Pack | Section VI - Manifest Letter | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 2003 | Abatement - Closeout Pack | Section VII - Daily Job Reports and Sign In Logs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 2003 | Abatement - Closeout Pack | Section VIII - Employee Certifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 2004 | Abatement - Closeout Pack | Section I - Proposal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 2004 | Abatement - Closeout Pack | Section II - Notification | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 2004 | Abatement - Closeout Pack | Section III - Purchase Order | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 2004 | Abatement - Closeout Pack | Section IV - Invoice | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11689 | MA | 2004 | Abatement - Closeout Pack | Section V - OSHA Air Monitoring Forms | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 11689 | MA | 2004 | Abatement - Closeout Pack | Section VI - Manifest | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 2004 | Abatement - Closeout Pack | Section - VI - Daily Job Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 2004 | Abatement - Closeout Pack | Section I - Purchase Order | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 2004 | Abatement - Closeout Pack | Section II - Notification | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 2004 | Abatement - Closeout Pack | Section III - Invoice | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 2004 | Abatement - Closeout Pack | Section IV - Waste Manifest | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 2004 | Abatement - Closeout Pack | Section V - Daily Job Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 2004 | Abatement - Closeout Pack | Section VI - Employee Certification | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 2003 | Asbestos Abatement - Closeout Pack | Section I - Invoice & Purchase Order | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 2003 | Asbestos Abatement - Closeout Pack | Section II - Proposal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 2003 | Asbestos Abatement - Closeout Pack | Section III - Notification | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 2003 | Asbestos Abatement - Closeout Pack | Section IV - Manifest Letter | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 2003 | Asbestos Abatement - Closeout Pack | Section V - Sign in Logs & Daily Job Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 2003 | Asbestos Abatement - Closeout Pack | Section VI - Employee Certification | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 2000 | Jordan Hospital Facilities Department | Invoice | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 2000 | Jordan Hospital Facilities Department | Air Samples | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 2000 | Jordan Hospital Facilities Department | Manifest | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11689 | MA | 2000 | Jordan Hospital Facilities Department | Employee Certifications | 100 Oak Street Hampton, SC | Speights & Runyan |