# Exhibit 1

42

| 12369 | LA | 3/24/03 | Letter (attached to claim form) | Letter from Coca-Cola Enterprises to Speights & Runyan re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 12369 | LA | 1/06/05 | Letter | Letter from Coca-Cola Enterprises to PHH Environmental with attached ACM Table | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12369 | LA | 2/25/98 - 6/01/98 | Report | Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |