# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11691 | MA | 7/17/1969 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11691 | MA | 7/14/1969 | Bill-of-Lading | Freight Carrier for Product Delivery to Building | 100 Oak Street Hampton, SC | Speights & Runyan |