# Exhibit 1

| 12474 | CN | 3/26/03 | Letter (attached to claim form) | Letter from TELUS to Speights & Runyan re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |