# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11693 | MA | 4/20/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11693 | MA | 4/15/1971 | Customer Order Form | Mono-Kote Order | 100 Oak Street Hampton, SC | Speights & Runyan |