# Exhibit 1

| 12487 | CN | 3/18/03 | Letter (attached to claim form) | Letter from Edmonton Public Schools to Speights & Runyan re: Proof of Age | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12487 | CN | 10/22/99 | Report | Asbestos Building Material Survey Report (this report may really be dated 1/28/00) | 100 Oak Street Hampton, SC | Speights & Runyan |