# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10665 | AZ | 3/8/1972 | Letter | Fireproofing at Valley National Bank | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10665 | AZ | 5/5/1972 | Letter | Visit to Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10665 | AZ | 4/20/1972 | Letter | Material Application | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10665 | AZ | 7/1973 | Builder/Architect Brochure | Article regarding Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10665 | AZ | 12/15/1971 | Letter | Fireproofing at Valley National Bank | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10665 | AZ | 4/1960 | Plastering Industries Brochure | Article regarding Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10665 | AZ | 4/1960 | Plastering Industries Brochure | Article (Ad) Regarding Building & Use of Product | 100 Oak Street Hampton, SC | Speights & Runyan |