IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------x
In re:                                           :
                                                 :    In Chapter 11
     W.R. GRACE & CO., et al.,                   :
                                                 :    Case No. 01-01139 (JKF)
                    Debtors                      :    (Jointly Administered)
-------------------------------------------------x

## JOINDER OF THE CITY OF PHILADELPHIA
## TO THE RESPONSE OF THE OFFICIAL COMMITTEE
## OF ASBESTOS PROPERTY DAMAGE CLAIMANTS
## IN OPPOSITION TO CONSIDERATION OF THE DEBTORS' PROPOSED
## "METHODOLOGY ISSUE" AS PART OF
## THE ESTIMATION OF ASBESTOS PROPERTY DAMAGE CLAIMS

TO THE HONORABLE JUDITH K. FITZGERALD,
UNITED STATES BANKRUPTCY JUDGE:

The City of Philadelphia, by and through its undersigned Counsel, hereby joins in the Response and the Memorandum of Law, dated October 17, 2005, of the Official Committee of Asbestos Property Damage Claims in Opposition to Consideration of the Debtors' proposed "Methodology Issue" as part of the estimation of asbestos property damage claims against the Debtors.

Respectfully submitted,

ROMULO L. DIAZ,
City Solicitor

CYNTHIA WHITE,
Chief Deputy City Solicitor

BY: _____
JOSEPH DIGIUSEPPE,
Deputy City Solicitor
City of Philadelphia Law Department
Tax Unit
One Parkway Building
1515 Arch Street

15th Floor
Philadelphia, Pennsylvania, 19102-1595
Phone:(215) 683-5350
Facsimile: (215) 683-5298

Attorneys for the City of Philadelphia

Dated: October 25, 2005
Philadelphia, Pennsylvania

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
In re:                                             :
                                                   :    In Chapter 11
    W.R. GRACE & CO., et al.,                      :
                                                   :    Case No. 01-01139 (JKF)
            Debtors                                :    (Jointly Administered)
---------------------------------------------------x

## CERTIFICATE OF SERVICE

I, JOSEPH DIGIUSEPPE, DEPUTY CITY SOLICITOR, City of Philadelphia Law Department, Tax Unit, hereby affirm that I have had delivered, via UPS Overnight Delivery, a true and correct copy of the Joinder of the City of Philadelphia to the Response of the Official Committee of Asbestos Property Damage Claimants this 25th day of October, 2005, upon the parties listed below:

Kirkland & Ellis LLP
Attn: Katherine Phillips
200 East Randolph Drive
Suite 6500
Chicago, Illinois 60601

Pachulski, Stang, Young, Jones & Weintraub P.C.
Attn: David W. Carickhoff, Jr.,
919 Market Street
16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705

Joseph DiGiuseppe,
Deputy City Solicitor

3