# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11430 | VA | Undated | Note | Handwritten note referencing jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11430 | VA | 8/14/1969 | Invoice | Invoice showing sale of MK3 for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |