```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R Grace & Co.                         Invoice Number      1331152
One Town Center Road                    Invoice Date       10/21/05
Boca Raton, FL   33486                  Client Number       172573
```

================================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

    Fees                                        62,794.00
    Expenses                                     0.00

                            TOTAL BALANCE DUE UPON RECEIPT     $62,794.00
                                                               =============

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R Grace & Co.                          Invoice Number      1331152
One Town Center Road                     Invoice Date       10/21/05
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60026
```

===========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2005

| Date | Name | | Hours |
|------|------|---|------|
| 09/01/05 | Cameron | Review revised draft of 15th Omnibus objections and provide comments to K&E (1.4); review notebooks of hard copy exhibits for revisions, comments and questions (1.9); multiple telephone calls with R. Finke (in Chicago) regarding same (0.6); prepare for and participate in conference call with R. Finke and K&E attorneys regarding questions and modifications to exhibits to objections (2.7); review specific claims on CDs relating to same (0.8); follow-up telephone call with R. Finke (0.3); review testing data from consultant and e-mails regarding same (0.7); review of final draft of 15th Omnibus objections (0.9); e-mails regarding same (0.3). | 9.60 |
| 09/02/05 | Cameron | Review e-mails regarding filings (0.4); e-mails with R. Finke regarding same (0.7); review testing data from consultants to organize responsive papers (1.8); begin review of materials for expert reports (1.3). | 4.20 |
| 09/04/05 | Cameron | Review of materials from consultants for expert disclosures. | 2.30 |

```
172573  W. R. Grace & Co.                              Invoice Number  1331152
60026   Litigation and Litigation Consulting           Page    2
        October 21, 2005
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/05/05 | Cameron | Continue reviewing materials received from K&E regarding objection filing (1.1); continue reviewing materials from consultants relating to testing data (1.6). | 2.70 |
| 09/06/05 | Cameron | Review consultant materials from M. Browdy and e-mails regarding same (0.8); review materials from industrial hygiene consultant regarding expert disclosures (0.9); review final testing data materials received from consultant (1.9). | 3.60 |
| 09/07/05 | Cameron | Attend to expert witness disclosure issues (1.9); review draft agenda for strategy meeting (0.9); e-mails regarding same (0.3); review and analyze testing data materials relating to bulk samples and air/dust samples (1.6). | 4.70 |
| 09/08/05 | Cameron | Review and provide comments to draft agenda and e-mails regarding same (0.8); review witness files for prospective experts for witness disclosure issues (1.9); review 15th omnibus objections for expert issues (1.1). | 3.80 |
| 09/09/05 | Cameron | E-mails regarding expert witness work (0.4); review expert witness materials and draft disclosures (0.9); review constructive notice research (0.8); review statute of limitations research and summaries (1.4). | 3.50 |
| 09/10/05 | Cameron | Review of statute of limitations materials and constructive notice materials in preparation for 9/13 strategy call with R. Finke and K&E. | 2.40 |
| 09/11/05 | Cameron | Extensive review of expert materials in preparation for 9/13 strategy call (2.6); review CMO deadlines and schedule (0.8). | 3.40 |

```
172573  W. R. Grace & Co.                              Invoice Number   1331152
60026   Litigation and Litigation Consulting           Page    3
        October 21, 2005
```

| Date | Name | | Hours |
|------|------|---|-------|
| 09/12/05 | Cameron | E-mails regarding exhibits relating to 15th omnibus objections (0.5); review objections and extensive exhibits received from K&E (1.9); prepare for 9/13 conference with review of expert witness files (1.9); review research on statute of limitations and materials from California counsel regarding constructive notice (0.8). | 5.10 |
| 09/13/05 | Cameron | Prepare for strategy conference call with Grace in-house counsel and K&E lawyers regarding PD Estimation proceeding (1.1); participate in strategy conference call with Grace in-house and K&E lawyers (2.4); follow-up review of expert witness materials (1.4); telephone calls regarding consultants meetings and status of work (0.3); follow-up e-mails and document reviews for expert disclosure work product (0.7); review of M. Browdy summary of call and identification of witnesses and tasks (0.8); review materials from Armstrong hearing (0.9). | 7.60 |
| 09/14/05 | Cameron | Prepare for and participate in conference call with R. Finke and various consultants (1.5); follow-up telephone calls and e-mails with R. Finke (0.3); telephone call with R. Finke and K&E lawyer regarding same (0.4); review expert reports from ZAI Science Trial (1.8); review materials from R. Finke (0.9); review testing materials from consultant (0.7); additional review of transcript and reports from Armstrong hearing (1.1). | 6.70 |
| 09/15/05 | Cameron | Multiple e-mails regarding strategy meetings (0.5); review materials from Armstrong case in | 6.40 |

```
172573 W. R. Grace & Co.                        Invoice Number   1331152
60026  Litigation and Litigation Consulting     Page    4
       October 21, 2005
```

| Date | Name | | Hours |
|------|------|---|------|
| | | preparation for meetings and expert disclosures (2.9); review materials from ZAI hearing regarding expert disclosures (1.9); review 15th omnibus objections and constructive notice issues (1.1). | |
| 09/16/05 | Cameron | Prepare for meeting with consultants on 9/20 (0.8); review expert disclosures (1.1); additional review Armstrong hearing materials (1.9); e-mails regarding expert disclosures (0.6); telephone call with L. Flatley regarding same (0.1). | 4.50 |
| 09/17/05 | Cameron | Continued review of materials for expert witness meetings (1.8); review constructive notice and statute of limitations materials and research (1.3); review publicity issues (0.5). | 3.60 |
| 09/18/05 | Cameron | Prepare materials for consultant meetings (1.1); begin preparation of outline for expert testimony (1.3). | 2.40 |
| 09/19/05 | Cameron | E-mails with R. Finke and R. Senftleben regarding conference call (0.3); prepare for and participate in conference call with multiple Grace in-house and outside counsel regarding recent developments (1.2); follow-up call with J. Restivo regarding same (0.3); meet with R. Finke regarding same (0.5); review Armstrong materials in preparation for consultant meetings (0.8); prepare outline regarding same (0.8). | 3.90 |
| 09/20/05 | Cameron | Prepare for and attend meeting with R. Finke and M. Browdy regarding P.D. Estimation and expert reports (2.6); attend | 5.90 |

```
172573  W. R. Grace & Co.                          Invoice Number  1331152
60026   Litigation and Litigation Consulting       Page      5
        October 21, 2005
```

| Date | Name | | Hours |
|---|---|---|---|
| | | meeting with R. Finke, M. Browdy and consultants regarding P.D. Estimation (3.3). | |
| 09/21/05 | Cameron | Review publications from consultants (1.8); review draft of witness disclosures (0.9); review expert report files for materials for disclosure (1.3); review Court orders regarding P.D. motions (0.4); review materials regarding Speights claims (0.9). | 5.30 |
| 09/22/05 | Cameron | Review draft materials from consultants (2.1); e-mails regarding same (0.8). | 2.90 |
| 09/23/05 | Cameron | Review of materials received from consultants (1.9); telephone call with R. Finke regarding same (0.4); telephone call with R. Finke and consultant regarding potential retention (0.5). | 2.80 |
| 09/24/05 | Cameron | Review of consultants expert report materials (2.3); review of draft expert disclosures for Phase II (0.7); review materials relating to press reports (0.4). | 3.40 |
| 09/25/05 | Cameron | Extensive review of expert witness files and testimony from prior cases (2.3); review of materials from Armstrong briefs and Armstrong hearing (1.9). | 4.20 |
| 09/26/05 | Cameron | Review of draft materials reviewed from R. Finke (1.9); prepare comments to same (1.3); review recent press reports regarding potential liability issues (0.4). | 3.60 |
| 09/27/05 | Cameron | E-mails regarding reports and conference call scheduled for 9/28 (0.5); review expert reports and testimony from prior litigation and Armstrong hearing (2.9); review draft Phase I discussions (0.7). | 4.10 |

```
172573  W. R. Grace & Co.                            Invoice Number   1331152
 60026  Litigation and Litigation Consulting         Page    6
        October 21, 2005
```

| Date | Name | | Hours |
|---|---|---|---|
| 09/28/05 | Cameron | Prepare for and participate in conference call with K&E lawyers and R. Finke regarding issues relating to expert disclosures for Phase I and Phase II (1.8); | 5.10 |
| | | multiple e-mails and follow-up calls regarding same (0.9); review articles and prior reports regarding indirect preparation and dust testing issues (1.5); review materials from Grace regarding exposures at expanding plants in Pennsylvania (0.9). | |
| 09/29/05 | Cameron | Review of materials relating to constructive notice issues (1.9); review of e-mails regarding expert witness issues (0.7); review of dust sampling report issues (1.5); review of materials from Grace regarding expanding plant exposures (0.9); review materials from Grace regarding ASTDR materials (1.3). | 6.30 |
| 09/30/05 | Ament | E-mails with D. Cameron re: Kirkland & Ellis October hearing and begin making arrangements for same. | .20 |
| 09/30/05 | Cameron | Extensive review of expert witness disclosure and report materials and emails re: same (2.9); additional review of expanding plant materials (0.8); review reports from omnibus hearing (0.4). | 4.10 |

```
                                                    TOTAL HOURS   128.30
```

| TIME SUMMARY | Hours | Rate | Value | |
|---|---|---|---|---|
| Douglas E. Cameron | 128.10 at | $ 490.00 = | 62,769.00 | |
| Sharon A. Ament    |   0.20 at | $ 125.00 = |     25.00 | |
| | | CURRENT FEES | | 62,794.00 |
| | | TOTAL BALANCE DUE UPON RECEIPT | | $62,794.00 |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

```
W. R. Grace                                    Invoice Number      1331153
5400 Broken Sound Blvd., N.W.                  Invoice Date       10/21/05
Boca Raton, FL 33487                           Client Number       172573
```

===============================================================================

Re: W. R. Grace & Co.

(60027)   Travel-Nonworking

```
     Fees                                        882.00
     Expenses                                      0.00

                        TOTAL BALANCE DUE UPON RECEIPT            $882.00
                                                                 =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number     1331153
5400 Broken Sound Blvd., N.W.            Invoice Date       10/21/05
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number        60027
```

================================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2005

```
  Date     Name                                               Hours
--------  ----------                                          -----

09/20/05  Cameron      Travel to and from airports and         1.80
                       return to Pittsburgh from meeting
                       with consultants (1/2 time).

                                                              ------
                                             TOTAL HOURS        1.80


TIME SUMMARY                    Hours         Rate          Value
--------------------------     -------      --------       -------
Douglas E. Cameron              1.80   at  $ 490.00   =    882.00

                                CURRENT FEES                            882.00

                                                                    ------------
                           TOTAL BALANCE DUE UPON RECEIPT              $882.00
                                                                    ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

```
W. R. Grace                                Invoice Number      1331154
5400 Broken Sound Blvd., N.W.              Invoice Date       10/21/05
Boca Raton, FL 33487                       Client Number       172573
```

==============================================================================

Re: W. R. Grace & Co.

(60028)   ZAI Science Trial

    Fees                                     7,250.00
    Expenses                                     0.00

                       TOTAL BALANCE DUE UPON RECEIPT       $7,250.00
                                                                        =============

```
                          REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA 15251-6074
                        Tax ID# 25-0749630
```

| | |
|---|---|
| W. R. Grace | Invoice Number 1331154 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date 10/21/05 |
| Boca Raton, FL 33487 | Client Number 172573 |
| | Matter Number 60028 |

==============================================================================

Re: (60028) ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2005

| Date | Name | | Hours |
|---|---|---|---|
| 09/07/05 | Restivo | Telephone calls with R. Finke and D. Cameron. | .50 |
| 09/09/05 | Restivo | Telephone call with R. Finke. | .40 |
| 09/13/05 | Cameron | Review materials regarding report on Canadian ZAI claims. | .50 |
| 09/16/05 | Cameron | Attend to inquiries and issues raised by R. Finke e-mails concerning ZAI (0.4); telephone call with R. Finke regarding same (0.4); review expert witness materials and materials for Canadian claims regarding same (1.5). | 2.30 |
| 09/19/05 | Cameron | Review materials regarding report on status of ZAI matter. | .90 |
| 09/19/05 | Restivo | Telephone calls with Kirkland & Ellis and D. Cameron re: report on ZAI matter. | .80 |
| 09/20/05 | Cameron | Review materials for report of ZAI litigation and status. | .80 |
| 09/21/05 | Cameron | Continued review of file materials for report on ZAI issues (1.4); prepare and revise draft report on ZAI (1.0). | 2.40 |

```
172573  W. R. Grace & Co.                              Invoice Number   1331154
 60028  ZAI Science Trial                              Page     2
        October 21, 2005
```

| Date | Name | | Hours |
|---|---|---|---|
| 09/22/05 | Cameron | Prepare and revise summary of ZAI issues (1.5); multiple e-mails regarding same (0.7); telephone call with R. Finke regarding same (0.2). | 2.40 |
| 09/22/05 | Flatley | Review D. Cameron draft of report on ZAI matter and comment on it. | .30 |
| 09/22/05 | Restivo | Telephone calls and mark-up draft of report on ZAI matter. | .50 |
| 09/23/05 | Cameron | Additional revisions to ZAI summary (0.9); telephone call with R. Finke regarding same (0.5). | 1.40 |
| 09/25/05 | Cameron | Review ZAI summary and related documents. | .90 |
| 09/26/05 | Restivo | Receipt and review of pleadings. | .50 |

```
                                              TOTAL HOURS    14.60
```

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| James J. Restivo Jr. | 2.70 at | $ 525.00 = | 1,417.50 |
| Lawrence E. Flatley | 0.30 at | $ 495.00 = | 148.50 |
| Douglas E. Cameron | 11.60 at | $ 490.00 = | 5,684.00 |

```
                    CURRENT FEES                                7,250.00


                    TOTAL BALANCE DUE UPON RECEIPT             $7,250.00
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1331155
5400 Broken Sound Blvd., N.W.            Invoice Date       10/21/05
Boca Raton, FL 33487                     Client Number       172573



==============================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

      Fees                                  2,692.50
      Expenses                                  0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $2,692.50
                                                       =============
```

```
                        REED SMITH LLP
                       PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W. R. Grace                                Invoice Number      1331155
5400 Broken Sound Blvd., N.W.              Invoice Date       10/21/05
Boca Raton, FL  33487                      Client Number       172573
                                           Matter Number        60029
```

==========================================================================

Re: (60029)   Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2005

| Date | Name | | Hours |
|------|------|---|-------|
| 09/01/05 | Ament | E-mails with D. Cameron re: July invoices (.10); e-mail to A. Muha re: same (.10); update pleadings file (.10). | .30 |
| 09/02/05 | Ament | E-mails with A. Muha and D. Cameron re: July invoices. | .20 |
| 09/06/05 | Cameron | Review and revise materials for fee applications. | .80 |
| 09/06/05 | Muha | Extensive review and revisions to August 2005 fee and expense detail, including drafting of explanations for several expense entries and research re: same. | 1.50 |
| 09/07/05 | Ament | E-mails with A. Muha re: Aug. monthly fee application. | .10 |
| 09/08/05 | Cameron | Attend to fee application issues. | .50 |
| 09/09/05 | Lankford | Draft & proofread CNO re: Reed Smith's 17th Quarterly Fee Application (.3); prepare service list/labels (.1); scan, e-file and perfect service of same (.5). | .90 |
| 09/11/05 | Muha | Revise fee and expense details for August 2005 monthly fee application. | .40 |

```
172573 W. R. Grace & Co.                              Invoice Number  1331155
 60029 Fee Applications-Applicant                     Page     2
       October 21, 2005
```

| Date | Name | | Hours |
|---|---|---|---|
| 09/13/05 | Ament | Review 16th quarterly fee application and verify amounts from fee auditor for A. Muha (.20); e-mails regarding same (.10). | .30 |
| 09/14/05 | Muha | Revisions to August 2005 fee/expense detail. | .20 |
| 09/16/05 | Cameron | Review Grace fee application issues. | .40 |
| 09/22/05 | Ament | E-mails with A. Muha re: monthly fee application (.10); obtain August invoices and review same (.30). | .40 |
| 09/22/05 | Cameron | Review and make final revisions to fee application materials. | .30 |
| 09/23/05 | Ament | Draft spreadsheet calculating August invoices (1.0); draft 50th Monthly Fee Application and provide to A. Muha (1.0); format August invoices (.50). | 2.50 |
| 09/23/05 | Muha | Final revisions to August 2005 monthly fee application. | .40 |
| 09/26/05 | Ament | Revisions to 50th monthly fee application and invoices. | .60 |
| 09/27/05 | Ament | Revisions to monthly fee application and invoices (.30); finalize narrative to 50th monthly fee application and e-mail fee application and invoices to J. Lord for DE filing (.50); update fee application chart (.10); maintain file (.10). | 1.00 |
| 09/28/05 | Lord | Research docket and draft CNO for RS July fee application (.3); e-file and perfect service for same (.2); draft correspondence to R.Finke re: same (.1); review, revise and e-file Reed Smith August fee application (.9); perfect electronic and hard service for same (.2). | 1.70 |

```
172573  W. R. Grace & Co.                        Invoice Number   1331155
60029   Fee Applications-Applicant               Page      3
        October 21, 2005


                                                           ------
                                             TOTAL HOURS    12.50

TIME SUMMARY                 Hours         Rate          Value
--------------------------   ---------------------       -------
Douglas E. Cameron           2.00   at  $  490.00   =     980.00
Andrew J. Muha               2.50   at  $  260.00   =     650.00
John B. Lord                 1.70   at  $  175.00   =     297.50
Sharon A. Ament              5.40   at  $  125.00   =     675.00
Lisa Lankford                0.90   at  $  100.00   =      90.00

                             CURRENT FEES                            2,692.50


                                                         ------------
                             TOTAL BALANCE DUE UPON RECEIPT   $2,692.50
                                                         ============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R Grace & Co.                        Invoice Number      1331156
One Town Center Road                   Invoice Date        10/21/05
Boca Raton, FL   33486                 Client Number        172573
```

================================================================================

Re: W. R. Grace & Co.

(60035)   Grand Jury Investigation

```
    Fees                              1,505.00
    Expenses                              0.00

                  TOTAL BALANCE DUE UPON RECEIPT       $1,505.00
                                                    =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R Grace & Co.                           Invoice Number      1331156
One Town Center Road                      Invoice Date        10/21/05
Boca Raton, FL   33486                    Client Number        172573
                                          Matter Number         60035
```

================================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2005

| Date | Name | | Hours |
|---|---|---|---|
| 09/28/05 | Atkinson | Review files and file contents reports re: historical documents. | .40 |
| 09/28/05 | Cameron | Attend to document review issues raised by K&E. | 1.20 |
| 09/30/05 | Atkinson | Review of Summation database documents relating to historical documents (0.80); review of materials received from storage (0.20). | 1.00 |
| 09/30/05 | Cameron | Follow-up with respect to document and witness issues per B. Jacobson request. | 1.40 |
| | | TOTAL HOURS | 4.00 |

| TIME SUMMARY | Hours | Rate | | Value |
|---|---|---|---|---|
| Douglas E. Cameron | 2.60 at | $ 490.00 | = | 1,274.00 |
| Maureen L. Atkinson | 1.40 at | $ 165.00 | = | 231.00 |

CURRENT FEES                                                    1,505.00

TOTAL BALANCE DUE UPON RECEIPT                                 $1,505.00

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R Grace & Co.                         Invoice Number     1331157
One Town Center Road                    Invoice Date      10/21/05
Boca Raton, FL   33486                  Client Number      172573
                                        Matter Number       60036
```
=============================================================================

Re: W. R. Grace & Co.

(60036)   New Jersey Plan Investigation

```
     Fees                           441.00
     Expenses                         0.00

                  TOTAL BALANCE DUE UPON RECEIPT           $441.00
                                                     ==============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630


W.R Grace & Co.                            Invoice Number      1331157
One Town Center Road                       Invoice Date        10/21/05
Boca Raton, FL   33486                     Client Number        172573
                                           Matter Number         60036

============================================================================

Re: New Jersey Plant Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2005

   Date      Name                                              Hours
   -------   ----------------                                  -----

09/08/05  Cameron      Review subpoena and e-mails              .90
                       received from R. Finke (0.5);
                       review additional documents from
                       R. Finke (0.4).
                                                               ------
                                            TOTAL HOURS         .90



TIME SUMMARY                              Hours         Value
-------------------------                 ------       -------
Douglas E. Cameron                         0.90        441.00


                          CURRENT FEES                                441.00
                                                                 -------------

                          TOTAL BALANCE DUE UPON RECEIPT             $441.00
                                                                 =============
```