REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R Grace & Co. | Invoice Number | 1331158 |
| One Town Center Road | Invoice Date | 10/21/05 |
| Boca Raton, FL   33486 | Client Number | 172573 |

================================================================================

Re: W. R. Grace & Co.
(60026)  Litigation and Litigation Consulting

| | |
|---|---|
| Fees | 0.00 |
| Expenses | 1,321.38 |

TOTAL BALANCE DUE UPON RECEIPT        $1,321.38
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| W.R Grace & Co. | | |
|---|---|---|
| One Town Center Road | Invoice Number | 1331158 |
| Boca Raton, FL   33486 | Invoice Date | 10/21/05 |
| | Client Number | 172573 |
| | Matter Number | 60026 |

==============================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Binding Charge | 6.00 |
| Telephone Expense | 13.05 |
| IKON Copy Services | 54.05 |
| PACER | 29.44 |
| Duplicating/Printing/Scanning | 162.45 |
| Outside Duplicating | 63.10 |
| Lodging | 399.61 |
| Transportation | 34.00 |
| Air Travel Expense | 398.40 |
| Taxi Expense | 122.00 |
| Mileage Expense | 23.28 |
| Meal Expense | 16.00 |

|  |  |
|---|---|
| CURRENT EXPENSES | 1,321.38 |
| | ------------- |
| TOTAL BALANCE DUE UPON RECEIPT | $1,321.38 |
| | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number    1331158
One Town Center Road                     Invoice Date      10/21/05
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60026
===============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 08/29/05 | PACER--Electronic docket retrieval charges for August 2005. | 29.44 |
| 09/06/05 | Outside Duplicating - - Copying for hardcopy service of certificate of no objection for fee application. | 63.10 |
| 09/07/05 | Duplicating/Printing/Scanning ATTY # 0559; 1 COPIES | .15 |
| 09/12/05 | Duplicating/Printing/Scanning ATTY # 0559; 34 COPIES | 5.10 |
| 09/12/05 | Duplicating/Printing/Scanning ATTY # 0559; 59 COPIES | 8.85 |
| 09/12/05 | Duplicating/Printing/Scanning ATTY # 0559; 22 COPIES | 3.30 |
| 09/12/05 | Duplicating/Printing/Scanning ATTY # 0559; 22 COPIES | 3.30 |
| 09/12/05 | Duplicating/Printing/Scanning ATTY # 0559: 1 COPIES | .15 |
| 09/12/05 | Duplicating/Printing/Scanning ATTY # 0559: 1 COPIES | .15 |
| 09/13/05 | Duplicating/Printing/Scanning ATTY # 0559; 40 COPIES | 6.00 |
| 09/13/05 | Telephone Expense 443-535-8439/COLUMBIA, MD/145 | 7.25 |

172573  W. R. Grace & Co.                              Invoice Number   1331158
60026   Litigation and Litigation Consulting          Page    2
        October 21, 2005

| Date | Description | Amount |
|---|---|---|
| 09/13/05 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/12 | .55 |
| 09/13/05 | Binding Charge | 3.00 |
| 09/14/05 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/66 | 3.25 |
| 09/14/05 | Telephone Expense<br>518-283-7671/TROY, NY/14 | .70 |
| 09/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 09/16/05 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/24 | 1.15 |
| 09/16/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 166 COPIES | 24.90 |
| 09/19/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .90 |
| 09/19/05 | Binding Charge | 3.00 |
| 09/21/05 | IKON Copy Services - - VENDOR: IKON OFFICE<br>SOLUTIONS, INC. COPYING | 54.05 |
| 09/21/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 9 COPIES | 1.35 |
| 09/21/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 4 COPIES | .60 |
| 09/22/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 09/22/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 09/22/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 09/22/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 09/22/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 09/23/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 3 COPIES | .45 |

```
172573  W. R. Grace & Co.                        Invoice Number  1331158
60026   Litigation and Litigation Consulting     Page    3
        October 21, 2005
```

| Date | Description | Amount |
|------|-------------|--------|
| 09/23/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 09/23/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 09/23/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 09/23/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 4 COPIES | .60 |
| 09/23/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 09/23/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 09/23/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 09/26/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .90 |
| 09/26/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 24 COPIES | 3.60 |
| 09/26/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 54 COPIES | 8.10 |
| 09/26/05 | Duplicating/Printing/Scanning<br>ATTY # 0718; 367 COPIES | 55.05 |
| 09/28/05 | Telephone Expense<br>202-879-5032/WASHINGTON, DC/4 | .15 |
| 09/28/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 5 COPIES | .75 |
| 09/28/05 | Duplicating/Printing/Scanning<br>ATTY # 0718; 15 COPIES | 2.25 |
| 09/28/05 | Duplicating/Printing/Scanning<br>ATTY # 0718; 66 COPIES | 9.90 |
| 09/28/05 | Duplicating/Printing/Scanning<br>ATTY # 0718; 157 COPIES | 23.55 |
| 09/29/05 | Meal Expense - - DOUGLAS E. CAMERON TRAVEL TO<br>WASH. DC FOR MEETINGS WITH K & E, RICHARD FINKE<br>(WR GRACE) AND CONSULTANTS (9/19-9/20/05)--ONE<br>BREAKFAST AND ONE LUNCH. | 16.00 |

172573 W. R. Grace & Co.                        Invoice Number  1331158
60026  Litigation and Litigation Consulting     Page   4
       October 21, 2005


09/29/05    Lodging- DOUGLAS E. CAMERON TRAVEL TO WASH. DC        399.61
            FOR MEETINGS WITH K & E, RICHARD FINKE (WR
            GRACE) AND CONSULTANTS (9/19-9/20/05).

09/29/05    Air Travel Expense-  DOUGLAS E. CAMERON TRAVEL        398.40
            TO WASH DC FOR MEETINGS WITH K & E, RICHARD
            FINKE (WR GRACE) AND CONSULTANTS
            (9/19-9/20/05).

09/29/05    Taxi Expense- DOUGLAS E. CAMERON TRAVEL IN AND        122.00
            AROUND WASH. DC FOR MEETINGS WITH K & E,
            RICHARD FINKE (WR GRACE) AND CONSULTANTS
            (9/19-9/20/05).

09/29/05    Mileage Expense-  DOUGLAS E. CAMERON TRAVEL TO         23.28
            AND FROM PITTSBURGH INTERNATIONAL AIRPORT IN
            RELATION TO TRAVEL  TO WASH. DC FOR MEETINGS
            WITH K & E, RICHARD FINKE (WR GRACE) AND
            CONSULTANTS (9/19-9/20/05).

09/29/05    Transportation- DOUGLAS E. CAMERON PARKING AT         34.00
            PITTSBURGH INTERNATIONAL AIRPORT TRAVEL TO WASH
            DC FOR MEETINGS WITH K & E, RICHARD FINKE (WR
            GRACE) AND CONSULTANTS (9/19-9/20/05).

                          CURRENT EXPENSES                     1,321.38
                                                              ------------
                          TOTAL BALANCE DUE UPON RECEIPT       $1,321.38
                                                              ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1331159
5400 Broken Sound Blvd., N.W.        Invoice Date        10/21/05
Boca Raton, FL 33487                 Client Number        172573

================================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

        Fees                              0.00
        Expenses                         12.31

                    TOTAL BALANCE DUE UPON RECEIPT        $12.31
                                                    =============

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630
```

```
W. R. Grace                          Invoice Number      1331159
5400 Broken Sound Blvd., N.W.        Invoice Date       10/21/05
Boca Raton, FL 33487                 Client Number       172573
                                     Matter Number        60028
```

==============================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    Telephone Expense                      0.55
    PACER                                 11.76

              CURRENT EXPENSES                        12.31
                                                 -------------

              TOTAL BALANCE DUE UPON RECEIPT          $12.31
                                                 =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

Invoice Number    1331159
Invoice Date    10/21/05
Client Number    172573
Matter Number    60028

======================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

08/29/05   PACER--Charges for retrieval of ZAI-related          11.76
           documents from electronic docket system.

09/07/05   Telephone Expense                                      .55
           410-531-4355/COLUMBIA, MD/12

                         CURRENT EXPENSES                        12.31
                                                            ------------
                  TOTAL BALANCE DUE UPON RECEIPT              $12.31
                                                            ============