## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | **Chapter 11** |
| **W.R. GRACE & CO., <u>et al.</u>,** | **Case No. 01-1139 (JKF)** |
| **Debtors.** | Objection Deadline: November 17, 2005 at 4:00 p.m. |
| | Hearing: Schedule if Necessary (Negative Notice) |

### NOTICE OF FILING OF
### SEVENTEENTH MONTHLY INTERIM APPLICATION OF
### SWIDLER BERLIN LLP, COUNSEL TO
### DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:   (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos personal Injury Claimant; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lender; and (8) the Fee Auditor

Swidler Berlin LLP, counsel to David T. Austern, Future Claimants' Representative (the "FCR"), has filed and served its Seventeenth Monthly Application of Swidler Berlin LLP for Compensation for Services Rendered and Reimbursement of Expenses as counsel to the FCR for the time period September 1, 2005 through September 30, 2005 seeking payment of fees in the amount of $11,134.60 (80% of $13,918.25) and expenses in the amount of $288.43 for a total amount of $11,423.03 (the "Application").

This Application is submitted pursuant to this Court's Administrative Order Under 11 U.S.C. Sections 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members entered on March 17, 2003 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **November 17, 2005 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire and Richard H. Wyron, Esquire, Swidler Berlin LLP, 3000 K Street, NW, Suite 300, Washington, DC 20007 and John C. Phillips, Esquire, Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell &

-2-

Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington,

DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins,

Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm,

222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the

Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis &

Frankel LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United States

Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix)

the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates, Republic Center, 325 N. St.

Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned

counsel.

SWIDLER BERLIN LLP

Dated: October 28, 2005          By:_____

Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7500
Co-Counsel to David T. Austern, Future Claimants
Representative

--and--

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Co-Counsel to David T. Austern, Future Claimants
Representative

-3-

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
|  | ) |  |
| Debtors. | ) | Objection Deadline: November 17, 2005 at 4:00p.m. |
|  | ) | Hearing: Schedule if Necessary (Negative Notice) |

COVER SHEET TO SEVENTEENTH MONTHLY INTERIM APPLICATION OF
SWIDLER BERLIN LLP, BANKRUPTCY COUNSEL
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005

| | |
|---|---|
| Name of Applicant: | Swidler Berlin LLP ("Swidler") |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | Swidler Retention Order entered September 27, 2004 |
| Period for which compensation is sought: | September 1, 2005 through September 30, 2005 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $13,918.25 |
| 80% of fees to be paid: | $11,134.60[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $    288.43 |
| Total Fees @ 80% and 100% Expenses: | $11,423.03 |

---

1 Pursuant to the Administrative Order entered March 17, 2003, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses.

This is an:  _____ interim   _X_  monthly  _____ final application.

The total time expended for fee application preparation during this time period is 7.30 hours and the corresponding fees are $1,598.50 and $10.98 in expenses for Swidler's fee applications and 1.70 hours and $576.50 in fees and $43.05 in expenses for the FCR and/or is other professional's fee applications.  Any additional time spent for this matter will be requested in subsequent monthly interim applications.

This is Swidler's seventeenth interim fee application for the period September 1-30, 2005. Swidler has previously filed the following fee applications in the case this year:

- Sixteenth interim fee application for the period August 1-31, 2005 in the amount of $81,593.60 (80% of $101,992.00) in fees and expenses of $249.19
- Fifteenth interim fee application for the period July 1-31, 2005 in the amount of $82,748.00 (80% of $103,435.00) in fees and expenses of $9,524.96
- Fourteenth interim fee application for the period June 1-30, 2005 in the amount of $81,593.60 (80% of $101,992.00) in fees and expenses of $249.19
- Thirteenth interim fee application for the period May 1-31, 2005 in the amount of $53,489.60 (80% of $66,862.00) in fees and expenses of $852.77
- Twelfth interim fee application for the period April 1-30, 2005 in the amount of $21,802.60 (80% of $27,253.25) in fees, expenses of $1,560.48
- Eleventh interim fee application for the period March 1-31, 2005 in the amount of $67,870.00 (80% of $54,296.00) in fees, expenses of $4,114.49
- Tenth interim fee application for the period February 1-28, 2005 in the amount of $92,370.80 (80% of $115,463.50) in fees, expenses of $2,097.16
- Ninth interim fee application for the period January 1-31, 2005 in the amount of $50,702.60 (80% of $63,378.25) in fees, expenses of $7,490.31

To date, Swidler has received payments from the Debtors during this year in the following amounts:

- $157,379.89 representing 80% of fees and expenses for November and December 2004
- $58,642.05 representing 20% holdback on fees for the time period October-December 2004
- $58,192.91 representing 80% of fees and 100% expenses for January 2005
- $94,467.96 representing 80% of fees and 100% expenses for February 2005
- $58,410.49 representing 80% of fees and 100% expenses for March 2005
- $23,363.08 representing 80% of fees and 100% expenses for April 2005
- $54,342.37 representing 80% of fees and 100% expenses for May 2005
- $81,842.79 representing 80% of fees and 100% expenses for June 2005

## COMPENSATION SUMMARY

### SEPTEMBER 2005

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Monique D. Almy | Partner, 9 years in position; 18 years relevant experience; 1987, Bankruptcy | $460.00 | 5.30 | $2,438.00 |
| Roger Frankel | Partner, 22 years in position; 34 years relevant experience; 1971, Bankruptcy | $645.00 | 4.40 | $2,838.00 |
| Richard H. Wyron | Partner, 16 years in position; 26 years relevant experience; 1979, Bankruptcy | $545.00 | 10.50 | $5,313.75[2] |
| Debra L. Felder | Associate, 3 years in position; 3 years relevant experience; 2002, Bankruptcy | $255.00 | 3.90 | $994.50 |
| Rachael M. Barainca | File Clerk | $60.00 | 11.60 | $696.00 |
| Debra O. Fullem | Senior Legal Assistant | $195.00 | 8.40 | $1,638.00 |
| Total | | | 44.10 | $13,918.25 |
| Blended Rate: $357.91 | | | | |

## COMPENSATION BY PROJECT CATEGORY

### SEPTEMBER 2005

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 16.40 | $2,118.00 |
| Compensation of Professionals-Swidler | 7.30 | $1,598.50 |
| Compensation of Professionals-Other | 1.70 | $576.50 |
| Litigation | 15.90 | $8,508.00 |
| Plan and Disclosure Statement | 1.30 | $708.50 |
| Travel Time (Non-Working) | 1.50 | $408.75 |
| TOTAL | 44.10 | $13,918.25 |

---

2 This amount reflects a reduction of $408.75 for the 50% discount rate non-working travel.

**EXPENSE SUMMARY**

**SEPTEMBER 2005**

| Expense Category | Total |
|---|---|
| Photocopying/Printing | $34.35 |
| Postage/Federal Express/Courier Fees | $29.43 |
| Travel | $224.65 |
| **TOTAL** | **$288.43** |

Respectfully submitted,

SWIDLER BERLIN LLP

Dated: October 28, 2005          By:_____

Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
3000 K Street, NW, Suite 300
Washington, DC  20007
(202) 424-7500
Counsel to David T. Austern,
As Future Claimants' Representative

-4-

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

## VERIFICATION

**DISTRICT OF COLUMBIA, TO WIT:**

Roger Frankel, after being duly sworn according to law, deposes and says:

1.      I am a partner of the applicant law firm Swidler Berlin LLP ("Swidler") and have been admitted *pro hac vice* to appear in these cases.

2.      I have personally performed many of the legal services rendered by Swidler as counsel to David T. Austern as Future Claimants' Representative ("FCR") and am familiar with the other work performed on behalf of the FCR by the lawyers, legal assistants, and other professionals of Swidler as set forth in the invoices attached as Exhibit A hereto.

3.      I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_____
ROGER FRANKEL

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 28th DAY OF OCTOBER, 2005

_____
Notary Public

My commission expires

Lori S. Williams
Notary Public, District of Columbia
My Commission Expires 3-31-2010

# EXHIBIT A

# SWIDLER BERLIN LLP

# INVOICES FOR THE TIME PERIOD

# SEPTEMBER 1-30, 2005

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D C 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 10/21/05
INVOICE NUMBER: 293538

CLIENT/CASE: 25369.0001

RE: Case Administration

## FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 09/01/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 09/02/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 09/02/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 09/06/05 | Roger L. Frankel | Review various docket entries. | 0.30 |
| 09/06/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 09/06/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 09/06/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 09/07/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 09/08/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 09/09/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co.)
10/21/05
Page 2

CLIENT:  25369
MATTER:  0001
INVOICE: 293538

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 09/12/05 | Rachael M. Barainca | Review Court docket; download documents and distribute | 0.30 |
| 09/13/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 09/13/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 09/13/05 | Debra L. Felder | Review docket and pleadings and update calendar of hearings and deadlines. | 1.00 |
| 09/14/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.10 |
| 09/14/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 09/14/05 | Rachael M. Barainca | Update pleadings binders. | 3.00 |
| 09/15/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 09/15/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.30 |
| 09/15/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 09/16/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 09/19/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines (.3); review pleadings for September 26 hearing and prepare summary to R. Frankel and R. Wyron (.9); e-mails to R. Frankel, R. Wyron and J. Brownstein regarding agenda (.4). | 1.60 |
| 09/19/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 09/20/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 09/21/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines (.4); e-mails to M. Almy regarding September 26 hearing (.2). | 0.60 |
| 09/21/05 | Roger L. Frankel | Review and sort files. | 0.30 |
| 09/21/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)  
10/21/05  
Page 3

CLIENT:  25369  
MATTER: .0001  
INVOICE: 293538

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 09/22/05 | Rachael M. Barainca | Review Court docket; download documents and distribute | 0.20 |
| 09/23/05 | Rachael M. Barainca | Review Court docket; download documents and distribute | 0.20 |
| 09/26/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 09/27/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 09/28/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 09/28/05 | Rachael M. Barainca | Update pleadings binders. | 4.00 |
| 09/29/05 | Rachael M. Barainca | Review Court docket; download documents and distribute | 0.20 |
| 09/30/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $645.00 | 0.60 | $387.00 |
| Debra L. Felder | $255.00 | 3.60 | $918.00 |
| Debra O. Fullem | $195.00 | 0.60 | $117.00 |
| Rachael M. Barainca | $60.00 | 11.60 | $696.00 |
| **TOTAL HOURS & FEES** | | **16.40** | **$2,118.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 9.75 |
| **TOTAL OTHER CHARGES** | **$9.75** |

**CURRENT INVOICE DUE**................................................................**$2,127.75**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO  13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 10/21/05
INVOICE NUMBER: 293538

OUR REFERENCE: 25369.0001

## INVOICE SUMMARY

TOTAL FEES ................................................................................. $2,118 00

TOTAL OTHER CHARGES ............................................................. $9.75

**TOTAL AMOUNT DUE** ............................................................. **$2,127.75**

*REMITTANCE INFORMATION*:

**U.S. Mail:**

Swidler Berlin LLP
Attn: Accounting Department
P O Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**

| | |
|---|---|
| Name of Bank: | Wachovia Bank. N A Washington. DC |
| Account Title: | Swidler Berlin LLP |
| Account No : | 2000024531692 |
| ABA Routing No : | 054001220 |

**International Electronic Funds Transfer:**

| | |
|---|---|
| Name of Bank: | Wachovia Bank. N A Washington. DC |
| Account Title: | Swidler Berlin LLP |
| Account No : | 2000024531692 |
| Swift Code: | PNBPUS33 |
| CHIPS: | 0509 |
| ABA Routing No | 026005092 |

Please Note Our Reference and Invoice Numbers When Making Payment

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 10/21/05
INVOICE NUMBER: 293541

CLIENT/CASE: 25369.0011

RE: Compensation of Professionals--Swidler

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 09/01/05 | Debra O. Fullem | Prepare CNO for Swidler's June fee application; coordinate filing and serving. | 0.30 |
| 09/01/05 | Debra O. Fullem | Prepare quarterly fee application. | 1.00 |
| 09/02/05 | Debra O Fullem | Prepare summary of July fees and expenses (.3); prepare draft of July fee application (1.2). | 1.50 |
| 09/04/05 | Richard H. Wyron | Review Notice of Quarterly Fee Application. | 0.20 |
| 09/06/05 | Debra O. Fullem | Prepare e-mail to J. Port at W.R. Grace regarding CNOs relating to fee applications filed by Swidler for April, May and June 2005, informing him of objection deadline expired and payments due. | 0.50 |
| 09/06/05 | Debra O. Fullem | Review edits from R. Wyron on quarterly filing; prepare revisions and finalize same. | 1.00 |
| 09/11/05 | Debra O. Fullem | Review e-mail from R. Wyron regarding examiner reports; print out fee examiner's reports and review same for certain objectionable matters. | 1.00 |
| 09/13/05 | Debra O. Fullem | Review fee applications and prepare reply to e-mail from S. Bossay regarding the correct quarterly fee amounts. | 0.40 |

## SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
10/21/05
Page 2

CLIENT: 25369
MATTER: .0011
INVOICE: 293541

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 09/13/05 | Debra O. Fullem | Prepare CNO to quarterly fee application and coordinate filing of same. | 0.30 |
| 09/20/05 | Debra O. Fullem | Review and revise August prebills. | 0.50 |
| 09/20/05 | Debra O. Fullem | Review and reply to e-mail from J. Sacco regarding payment received from W.R. Grace for April, May and June invoices. | 0.30 |
| 09/25/05 | Richard H. Wyron | Review fee applications for 9/26 hearing. | 0.30 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Richard H. Wyron | $545.00 | 0.50 | $272.50 |
| Debra O. Fullem | $195.00 | 6.80 | $1,326.00 |
| **TOTAL HOURS & FEES** | | **7.30** | **$1,598.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 6.00 |
| Postage | 4.98 |
| **TOTAL OTHER CHARGES** | **$10.98** |

CURRENT INVOICE DUE.................................................................$1,609.48

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO  13-2679676

WASHINGTON, DC OFFICE.
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 10/21/05
INVOICE NUMBER: 293541

OUR REFERENCE: 25369.0011

## INVOICE SUMMARY

TOTAL FEES .................................................................................................. $1,598.50

TOTAL OTHER CHARGES ............................................................................. $10.98

**TOTAL AMOUNT DUE** ................................................................................ **$1,609.48**

_REMITTANCE INFORMATION:_

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P O Box 3766
Washington DC 20027-3766

**U.S. Electronic Funds Transfer:**
| | |
|---|---|
| Name of Bank: | Wachovia Bank, N A  Washington. DC |
| Account Title: | Swidler Berlin LLP |
| Account No : | 2000024531692 |
| ABA Routing No : | 054001220 |

**International Electronic Funds Transfer:**
| | |
|---|---|
| Name of Bank: | Wachovia Bank. N A  Washington. DC |
| Account Title: | Swidler Berlin LLP |
| Account No : | 2000024531692 |
| Swift Code: | PNBPUS33 |
| CHIPS: | 0509 |
| ABA Routing No | 026005092 |

Please Note Our Reference and Invoice Numbers When Making Payment

# SWIDLER BERLIN LLP
### FEDERAL IDENTIFICATION
No 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D C 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 10/21/05
INVOICE NUMBER: 293542

CLIENT/CASE: 25369.0012

RE: Compensation of Professionals--Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 09/01/05 | Debra O. Fullem | Prepare CNO for CIBC's June fee application; coordinate filing and serving. | 0.30 |
| 09/06/05 | Debra O. Fullem | Prepare update to fee summary chart. | 0.50 |
| 09/13/05 | Debra O. Fullem | Prepare CNO to quarterly fee application of D. Austern. | 0.20 |
| 09/25/05 | Richard H. Wyron | Review fee applications for 9/26 hearing. | 0.40 |
| 09/26/05 | Richard H. Wyron | Call with CIBC on fee application question. | 0.30 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Richard H. Wyron | $545.00 | 0.70 | $381.50 |
| Debra O. Fullem | $195.00 | 1.00 | $195.00 |
| **TOTAL HOURS & FEES** | | **1.70** | **$576.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 18.60 |

## SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)                    CLIENT:  25369
10/21/05                                                     MATTER: .0012
Page 2                                                       INVOICE: 293542

| OTHER CHARGES | AMOUNT |
|---|---|
| Federal Express | 24.45 |
| **TOTAL OTHER CHARGES** | **$43.05** |

**CURRENT INVOICE DUE**.........................................................................**$619.55**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D C  20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 10/21/05
INVOICE NUMBER: 293539

CLIENT/CASE: 25369.0007

RE:  Litigation

## FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 09/01/05 | Monique D. Almy | Review Notice of Filing of Presentation for Omnibus Hearing Held on August 29, 2005 Filed by Speights & Runyan. | 0.10 |
| 09/01/05 | Roger L. Frankel | Confer with R. Wyron re estimation, CMO; telephone conference with D. Austern re Tillinghast; notes re same. | 0.50 |
| 09/02/05 | Monique D. Almy | Review Debtor-In-Possession Monthly Operating Reports. | 0.30 |
| 09/06/05 | Monique D. Almy | Review Motion to Allow Certain Insurers' Access to Exhibits to 2019 Statements Filed by Federal Insurance Company. | 0.20 |
| 09/06/05 | Roger L. Frankel | Review issues re mediator, strategy re same (.2); review revised questionnaire (.6). | 0.80 |
| 09/06/05 | Richard H. Wyron | Review attorney questionnaire; review e-mail summary from D. Felder on status; call with D. Austern. | 0.80 |
| 09/06/05 | Debra L. Felder | Review August 29, 2005 hearing notes and e-mail R. Wyron regarding attorney questionnaire | 0.30 |
| 09/07/05 | Roger L. Frankel | Review proposed discovery to attorneys; e-mails re same. | 0.60 |

# SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
10/21/05
Page 2

CLIENT:  25369
MATTER:  .0007
INVOICE: 293539

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 09/08/05 | Richard H. Wyron | Review stipulations on late filed claims prepared by Grace and respond. | 0.40 |
| 09/09/05 | Roger L. Frankel | Telephone conference with B. Harding re attorney questionnaire; notes re same. | 0.30 |
| 09/09/05 | Monique D. Almy | Review Debtors' Emergency Motion for Leave to Take Discovery of Claimants' Attorneys. | 0.50 |
| 09/12/05 | Monique D. Almy | Review Application Of The Official Committee Of Asbestos Property Damage Claimants To Retain Special Counsel. | 0.30 |
| 09/13/05 | Monique D. Almy | Review Order Appointing Mediator and Requiring Certain Action. | 0.10 |
| 09/16/05 | Monique D. Almy | Review Response in Opposition to Certain Insurers' Motion for Access to Exhibits to 2019 Statements Filed by Baron & Budd. | 0.10 |
| 09/16/05 | Monique D. Almy | Review Emergency Motion to Set the PD Committee's Motion to Strike for Hearing at the September 26, 2005 Omnibus Hearing. | 0.10 |
| 09/19/05 | Roger L. Frankel | Review status, strategy, hearing preparation; notes re same. | 0.50 |
| 09/19/05 | Monique D. Almy | Review Debtor's Objection to Application of the Official Committee of Asbestos Property Damage Claimants to Retain Special Counsel. | 0.30 |
| 09/19/05 | Monique D. Almy | Review Motion of Reaud, Morgan & Quinn, Inc. and Environmental Litigation Group, P.C. for Clarification or Alternatively, for Modification of Case Management Order for the Estimation of Personal Injury Liabilities. | 0.30 |
| 09/19/05 | Richard H. Wyron | Prepare for 9/26 hearing (.8); review revised agenda and update notes (.4). | 1.20 |
| 09/20/05 | Richard H. Wyron | Confer with D. Austern on plan negotiations, and follow-up. | 0.40 |
| 09/20/05 | Roger L. Frankel | Confer with D. Austern re status, settlement issues. | 0.40 |
| 09/26/05 | Monique D. Almy | Attend Omnibus hearing telephonically. | 2.90 |
| 09/26/05 | Richard H. Wyron | Review pleadings for status conference and hearing (.7); attend hearing (2.7); calls to R. Frankel to update (.3). | 3.70 |

## SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)  
10/21/05  
Page 3

CLIENT:   25369  
MATTER: .0007  
INVOICE: 293539

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|------------------------|-------|
| 09/27/05 | Monique D. Almy | Review Order Allowing Withdrawal of Certain Claims Filed by the Law Firm of Speights & Runyan. | 0 10 |
| 09/30/05 | Roger L. Frankel | Review pleadings re attorney questionnaire issue. | 0.70 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Monique D. Almy | $460.00 | 5 30 | $2,438.00 |
| Roger L. Frankel | $645.00 | 3 80 | $2,451.00 |
| Richard H. Wyron | $545.00 | 6.50 | $3,542.50 |
| Debra L. Felder | $255.00 | 0.30 | $76.50 |
| **TOTAL HOURS & FEES** | | **15.90** | **$8,508.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Ground Transportation | 51.75 |
| Travel/Airfare | 114.00 |
| Travel/Parking | 9.00 |
| Travel/Taxis | 11.00 |
| Travel/Tolls | 38.90 |
| **TOTAL OTHER CHARGES** | **$224.65** |

**CURRENT INVOICE DUE**....................................................................**$8,732.65**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No  13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 10/21/05
INVOICE NUMBER: 293539

OUR REFERENCE: 25369.0007

## INVOICE SUMMARY

TOTAL FEES ............................................................................. $8,508.00

TOTAL OTHER CHARGES ....................................................... $224.65

**TOTAL AMOUNT DUE** ........................................................... **$8,732.65**

*REMITTANCE INFORMATION:*

**U.S. Mail:**

Swidler Berlin LLP
Attn: Accounting Department
P O Box 3766
Washington DC 20027-3766

**U.S. Electronic Funds Transfer:**

Name of Bank:      Wachovia Bank N A  Washington DC
Account Title:      Swidler Berlin LLP
Account No :        2000024531692
ABA Routing No :   054001220

**International Electronic Funds Transfer:**

Name of Bank       Wachovia Bank. N A. Washington DC
Account Title:      Swidler Berlin LLP
Account No .        2000024531692
Swift Code:         PNBPUS33
CHIPS:              0509
ABA Routing No      026005092

Please Note Our Reference and Invoice Numbers When Making Payment

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 10/21/05
INVOICE NUMBER: 293540

CLIENT/CASE: 25369.0008

RE:  Plan & Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 09/04/05 | Richard H. Wyron | Review e-mails and draft response to J. Baer on "monitor" and revise. | 0.80 |
| 09/06/05 | Richard H. Wyron | Finalize e-mail to J. Baer on plan negotiations, monitor, etc. | 0.50 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Richard H. Wyron | $545.00 | 1.30 | $708.50 |
| **TOTAL HOURS & FEES** | | **1.30** | **$708.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

CURRENT INVOICE DUE........................................................................$708.50

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D C 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 10/21/05
INVOICE NUMBER: 293540

OUR REFERENCE: 25369.0008

## INVOICE SUMMARY

TOTAL FEES ...................................................................................................$708.50

TOTAL OTHER CHARGES ...........................................................................$0 00

**TOTAL AMOUNT DUE** ...............................................................................**$708.50**

*REMITTANCE INFORMATION:*

**U.S. Mail:**

Swidler Berlin LLP
Attn: Accounting Department
P O Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**

Name of Bank:      Wachovia Bank N A Washington DC
Account Title:       Swidler Berlin LLP
Account No.:         2000024531692
ABA Routing No :   054001220

**International Electronic Funds Transfer:**

Name of Bank:      Wachovia Bank N A Washington DC
Account Title:       Swidler Berlin LLP
Account No :         2000024531692
Swift Code:           PNBPUS33
CHIPS:                 0509
ABA Routing No :   026005092

Please Note Our Reference and Invoice Numbers When Making Payment

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO  13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 10/21/05
INVOICE NUMBER: 293543

CLIENT/CASE: 25369.0014

RE:  Travel Time (Non-Working)

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 09/26/05 | Richard H. Wyron | Travel to and from Wilmington for omnibus hearing. | 1.50 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Richard H. Wyron | $272.50 | 1.50 | $408.75 |
| **TOTAL HOURS & FEES** | | **1.50** | **$408.75** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

CURRENT INVOICE DUE.........................................................................$408.75

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 10/21/05
INVOICE NUMBER: 293543

OUR REFERENCE: 25369.0014

## INVOICE SUMMARY

TOTAL FEES ......................................................................................... $408.75

TOTAL OTHER CHARGES .................................................................. $0.00

**TOTAL AMOUNT DUE** ...................................................................... **$408.75**

**_REMITTANCE INFORMATION:_**

| U.S. Mail: | U.S. Electronic Funds Transfer: | | International Electronic Funds Transfer: | |
|---|---|---|---|---|
| Swidler Berlin LLP | Name of Bank: | Wachovia Bank, N.A. Washington DC | Name of Bank | Wachovia Bank N.A. Washington DC |
| Attn  Accounting Department | Account Title | Swidler Berlin LLP | Account Title: | Swidler Berlin LLP |
| P.O. Box 3766 | Account No : | 2000024531692 | Account No : | 2000024531692 |
| Washington, DC 20027-3766 | ABA Routing No : | 054001220 | Swift Code: | PNBPUS33 |
| | | | CHIPS: | 0509 |
| | | | ABA Routing No  | 026005092 |

Please Note Our Reference and Invoice Numbers When Making Payment

## CERTIFICATE OF SERVICE

       I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on October 28, 2005, I caused the *Notice, Cover Sheet to Seventeenth Monthly Interim Application of Swidler Berlin LLP, Bankruptcy Counsel to David T. Austern, Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the time period September 1-30, 2005, Verification and Exhibit A,* to be served upon those persons as shown on the attached Service List in the manner set forth therein.

       Under penalty of perjury, I certify the foregoing to be true and correct.


*Debra O. Fullem*

Debra O. Fullem, Senior Legal Assistant
Swidler Berlin LLP

## SERVICE LIST

*Federal Express*
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*Regular Mail*
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

*Federal Express*

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

*Federal Express and Email: feeaudit@whsmithlaw.com and slbossay@whsmithlaw.com*
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

*Federal Express and E-mail: william.sparks@grace.com and john.port@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC


*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.


*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP


*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling


*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis


*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered


*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

***E-mail: jsakalo@bilzin.com***
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP

***E-mail: david.heller@lw.com and carol.hennessey@lw.com***
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

***E-mail: pbentley@kramerlevin.com***
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP