# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) Objection Deadline: November 28, 2005 at 4:00 |
| | ) p.m. Hearing Date: TBD only if necessary |
| | ) |

**FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#1121344 v1

Expenses

**Matter 00000 - General**

| Description | TOTAL |
|---|---|
| Photocopies | $    4.50 |
| Facsimiles | $    - |
| Long Distance Telephone | $    - |
| Outside Courier | $    - |
| Travel Expense | $    - |
| Lexis | $    - |
| Westlaw | $    - |
| Consulting Fee | $    - |
| Document Production | $    - |
| Velo Binding | $    - |
| **Total** | **$    4.50** |

Holme Roberts & Owen LLP

October 12, 2005

W.R. Grace

Page 4
Invoice No.: 714005
Client No.: 04339
Matter No.: 00000

**Regarding: GENERAL**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 09/14/05 | 30 | Photocopy | $ | 4.50 |
| | | **Total Disbursements:** | **$** | **4.50** |

### Disbursement Summary

| Photocopy | $ | 4.50 |
|---|---|---|
| **Total Disbursements:** | **$** | **4.50** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 679369 | 09/24/04 | Bill | | 395.00 |
| | 01/04/05 | Cash Receipt | | -316.00 |
| | 04/22/05 | Cash Receipt | | -76.72 |
| | | *Outstanding Balance on Invoice 679369:* | *$* | *2.28* |
| 711807 | 09/19/05 | Bill | | 1,684.05 |
| | | *Outstanding Balance on Invoice 711807:* | *$* | *1,684.05* |
| | | **Total Outstanding Invoices:** | **$** | **1,686.33** |

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | September | Total Comp |
|---|---|---|---|---|
| Coggon, Katheryn | Special Counsel | $ 300.00 | 2.2 | $ 660.00 |
| Sherman, Joan | Paralegal | $ 160.00 | 6.0 | $ 960.00 |
| Enriquez, Theresa | Doc. Control | $ 50.00 | 0.5 | $ 25.00 |
| | | | | |
| Total | | | 8.70 | 1,645.00 |

### Matter 00300 - Libby, Montana Asbestos Litigation

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ 1.00 |
| Outside Courier | $ - |
| Westlaw | $ - |
| Travel Expense | $ - |
| Document Production | $ - |
| Federal Express | $ - |
| Research Service | $ - |
| Tab Stock | $ - |
| Other Expenses | $ 820.00 |
| Color Copies | $ - |
| **Total** | **$ 821.00** |

Holme Roberts & Owen LLP

October 12, 2005

| W.R. Grace | | |
|---|---|---|
| | Page | 7 |
| | Invoice No.: | 714005 |
| | Client No.: | 04339 |
| | Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/12/05 | KJC | Conference with JLSherman re invoices for J. Hughes. | 0.40 | $ 120.00 |
| 09/12/05 | JLS | Document research per Jay Hughes (1.70); conference with KJCoggon re same (.30). | 2.00 | 320.00 |
| 09/13/05 | JLS | Document research per Jay Hughes. | 0.60 | 96.00 |
| 09/14/05 | KJC | Telephone conference with R. Finke re property damage case (.20); conference with JLSherman re invoices for J. Hughes (.30). | 0.50 | 150.00 |
| 09/14/05 | JLS | Document research per Jay Hughes. | 3.40 | 544.00 |
| 09/15/05 | KJC | Telephone conference with R. Finke and legal team re property damage witnesses (.80); prepare for conference with R. Finke re same (.30); conference with JLSherman re invoices for J. Hughes (.20). | 1.30 | 390.00 |
| 09/22/05 | TME | Prep, scan, QC and import images into IPRO. | 0.50 | 25.00 |
| | | **Total Fees Through September 30, 2005:** | **8.70** | **$ 1,645.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 300.00 | 2.20 | $ 660.00 |
| JLS | Joan L. Sherman | Paralegal | 160.00 | 6.00 | 960.00 |
| TME | Theresa M Enriquez | Other | 50.00 | 0.50 | 25.00 |
| | | **Total Fees:** | | **8.70** | **$ 1,645.00** |

Holme Roberts & Owen LLP

October 12, 2005

W.R. Grace

Page            8
Invoice No.:   714005
Client  No.:   04339
Matter  No.:   00300

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---:|
| 08/24/05 | | Other Expense: VENDOR: IRON MOUNTAIN RECORDS INVOICE#: CB78019; Storage to 07312005 | $ 206.64 |
| 09/12/05 | | Other Expense: VENDOR: IRON MOUNTAIN RECORDS INVOICE#: BH52238; Storage to 043005 | 206.64 |
| 09/12/05 | | Other Expense: VENDOR: IRON MOUNTAIN RECORDS INVOICE#: BD55424; Storage to 033105 | 203.36 |
| 09/12/05 | | Other Expense: VENDOR: IRON MOUNTAIN RECORDS INVOICE#: AW40190; Storage to 022805 | 203.36 |
| 09/14/05 | | Long Distance Telephone: 6174265900, 10 Mins., TranTime:09:10 | 1.00 |
| | | **Total Disbursements:** | **$ 821.00** |

**Disbursement Summary**

| | | |
|---|---:|---:|
| Long Distance Telephone | $ | 1.00 |
| Other Expense | | 820.00 |
| **Total Disbursements:** | **$** | **821.00** |

**Accounts Receivable Detail**

| Invoice | Date | Description | Amount |
|---|---|---|---:|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | September | Total Comp |
|---|---|---|---|---|
| Flaagan, Elizabeth K. | Partner | $ 325.00 | 1.0 | $ 325.00 |
| Coggon, Katheryn | Special Counsel | $ 300.00 | 1.7 | $ 510.00 |
| Haag, Susan | Paralegal | $ 135.00 | 2.2 | $ 297.00 |
| | | | | |
| Total | | | 4.90 | $ 1,132.00 |

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL | |
|---|---|---|
| Photocopies | $ | 13.35 |
| Facsimiles | $ | - |
| Long Distance Telephone | $ | - |
| Federal Express | $ | - |
| Tab Stock | $ | - |
| Lexis | $ | - |
| Consulting Fee | $ | - |
| Postage | $ | - |
| Research Services | $ | - |
| Professional Services | $ | - |
| **Total** | **$** | **13.35** |

Holme Roberts & Owen LLP

October 12, 2005

| | | |
|---|---|---|
| W.R. Grace | Page | 13 |
| | Invoice No.: | 714005 |
| | Client No.: | 04339 |
| | Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/01/05 | EKF | Review and finalize July 2005 monthly fee application. | 0.20 | $ 65.00 |
| 09/01/05 | SH | Calculate and draft July fee application. | 0.70 | 94.50 |
| 09/02/05 | SH | Compile and file July fee application. | 0.40 | 54.00 |
| 09/08/05 | KJC | Review and edit August pre-bill. | 0.20 | 60.00 |
| 09/15/05 | EKF | Review and revise September 2005 pre-bill [invoice]. | 0.20 | 65.00 |
| 09/16/05 | EKF | Review and revise September 2005 pre-bill (invoice) for Indictment matter. | 0.30 | 97.50 |
| 09/22/05 | EKF | Review and finalize August 2005 monthly fee application. | 0.30 | 97.50 |
| 09/22/05 | SH | Draft August 2005 fee application (.80); compile August 2005 fee application (.30). | 1.10 | 148.50 |
| 09/30/05 | KJC | Review and comment on draft witness disclosures. | 1.50 | 450.00 |
| | | **Total Fees Through September 30, 2005:** | **4.90** | **$ 1,132.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 325.00 | 1.00 | $ 325.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 300.00 | 1.70 | 510.00 |
| SH | Susan Haag | Paralegal | 135.00 | 2.20 | 297.00 |
| | | **Total Fees:** | | **4.90** | **$ 1,132.00** |

Holme Roberts & Owen LLP

October 12, 2005

W.R. Grace

Page 14
Invoice No.:   714005
Client  No.:   04339
Matter  No.:   00390

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 09/02/05 | 40 | Photocopy | $ | 6.00 |
| 09/23/05 | 44 | Photocopy | | 6.60 |
| 09/23/05 | 5 | Photocopy | | 0.75 |
| | | **Total Disbursements:** | **$** | **13.35** |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 13.35 |
| **Total Disbursements:** | **$** | **13.35** |

## Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 658429 | 02/16/04 | Bill | | 475.61 |
| | 05/24/04 | Cash Receipt | | -366.31 |
| | 10/19/04 | Cash Receipt | | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | *$* | *16.41* |
| 661254 | 03/15/04 | Bill | | 2,580.71 |
| | 05/24/04 | Cash Receipt | | -2,131.18 |
| | 10/19/04 | Cash Receipt | | -382.44 |

**Matter 00440 - Indictment**

| Name | Position | Hourly Rate | September | Total Comp |
|---|---|---|---|---|
| Lund, Kenneth | Partner | $ 415.00 | 7.5 | $ 3,112.50 |
| McCarthy, John | Partner | $ 345.00 | 3.1 | $ 1,069.50 |
| Coggon, Katheryn | Special Counsel | $ 300.00 | 36 | $ 10,800.00 |
| Tracy, Brent | Associate | $ 250.00 | 0.3 | $ 75.00 |
| Sherman, Joan | Paralegal | $ 160.00 | 71.1 | $ 11,376.00 |
| Latuda, Carla | Paralegal | $ 130.00 | 4.5 | $ 585.00 |
| Proctor, Faye | Case Admin. | $ 85.00 | 34.5 | $ 2,932.50 |
| | | | | |
| **Total** | | | **157.00** | **$ 29,950.50** |

**Matter 00440 - Indictment**

| Description | TOTAL | |
|---|---|---:|
| Parking | $ | - |
| Photocopies | $ | 191.40 |
| Facsimile | $ | 1.00 |
| Long Distance Telephone | $ | 3.60 |
| Federal Express | $ | - |
| Outside Courier | $ | - |
| Lexis | $ | - |
| Travel Expense | $ | - |
| Meal Expenses | $ | 50.80 |
| Color Photocopies | $ | 3.90 |
| Tab Stock | $ | 0.05 |
| Velo Binding | $ | - |
| **Total** | **$** | **250.75** |

Holme Roberts & Owen LLP

October 12, 2005

| W.R. Grace | | |
|---|---|---|
| | Page | 2 |
| | Invoice No.: | 714002 |
| | Client No.: | 04339 |
| | Matter No.: | 00440 |

**Regarding: Indictment**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/01/05 | KJC | Conferences with JLSherman re documents for meeting with counsel (2.40); telephone conferences with KWLund re meeting with counsel (.80); review documents for meeting with counsel (2.0); locate and send documents to K&E (.80); telephone conference with M. Morgan re Trenton documents (.20); telephone conference with T. Mace re EPA documents (.20). | 6.40 | $ 1,920.00 |
| 09/01/05 | JLS | Prepare for conference with counsel including conferences with KJCoggon and WEPayne. | 3.80 | 608.00 |
| 09/02/05 | KJC | Telephone conferences with JLSherman re Trenton documents (.20); telephone conferences with and e-mail exchange with JLSherman re documents for meeting with counsel (.20). | 0.40 | 120.00 |
| 09/02/05 | JLS | Prepare for meeting with counsel. | 2.80 | 448.00 |
| 09/05/05 | JDM | Prepare for meeting with counsel. | 0.30 | 103.50 |
| 09/05/05 | JLS | Prepare for meeting with counsel. | 1.90 | 304.00 |
| 09/06/05 | JDM | Prepare for meeting with counsel. | 0.80 | 276.00 |
| 09/06/05 | KJC | Telephone conference with JDMcCarthy re preparation for meeting with counsel (.10); conferences with JLSherman and KWLund re preparation for meeting with counsel (.50). | 0.60 | 180.00 |
| 09/06/05 | JLS | Prepare for conference with counsel including conferences with KJCoggon. | 5.20 | 832.00 |
| 09/07/05 | KJC | Prepare for meeting with counsel. | 0.20 | 60.00 |
| 09/07/05 | JLS | Prepare for meeting with counsel. | 2.30 | 368.00 |

Holme Roberts & Owen LLP

October 12, 2005

W.R. Grace

| | | |
|---|---|---|
| Page | 3 |
| Invoice No.: | 714002 |
| Client No.: | 04339 |
| Matter No.: | 00440 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/08/05 | KJC | Prepare for meeting with counsel (2.00); telephone conference with W. Corcoran and M. Shellnitz re meeting with counsel (.30); telephone conference with KWLund re meeting with counsel (.50). | 2.80 | 840.00 |
| 09/08/05 | JLS | Prepare for meeting with counsel. | 2.80 | 448.00 |
| 09/08/05 | JLS | Conferences with KJCoggon and document research for Mike Morgan re New Jersey. | 1.20 | 192.00 |
| 09/09/05 | KJC | E-mail exchanges re meeting with counsel (.80); telephone conference with T. Mace re meeting with counsel (.20); telephone conference with J. Hughes re Cambridge invoices (.20); research re Cambridge invoices (.30). | 1.50 | 450.00 |
| 09/09/05 | JLS | Prepare for meeting with counsel. | 3.50 | 560.00 |
| 09/10/05 | KJC | Prepare for meeting with counsel. | 1.80 | 540.00 |
| 09/12/05 | KJC | Prepare for meeting with counsel. | 3.00 | 900.00 |
| 09/12/05 | JLS | Prepare for conference with counsel (.60); research for Mark Morgan re New Jersey documents (4.20). | 4.80 | 768.00 |
| 09/13/05 | KWL | Prepare for upcoming meeting with defense counsel. | 3.50 | 1,452.50 |
| 09/13/05 | KJC | Conference with T. Mace re documents and strategy (5.50); conference with T. Mace and W. Jacobson re strategy and background (2.50). | 8.00 | 2,400.00 |
| 09/13/05 | MCL | Attend meeting with KJCoggon, JLSherman and Tyler Mace. | 4.50 | 585.00 |
| 09/13/05 | JLS | Prepare for conference with counsel (1.9); conference with counsel (4.50). | 6.40 | 1,024.00 |
| 09/14/05 | KWL | Conference with defense counsel. | 4.00 | 1,660.00 |

Holme Roberts & Owen LLP

October 12, 2005

| | | | | |
|---|---|---|---|---|
| W.R. Grace | | | Page | 4 |
| | | | Invoice No.: | 714002 |
| | | | Client No.: | 04339 |
| | | | Matter No.: | 00440 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/14/05 | KJC | Conferences with KWLund re meeting with defense counsel (.90); conference with defense counsel (2.20); conferences with T. Mace re documents and witnesses (1.50). | 4.60 | 1,380.00 |
| 09/14/05 | BAT | Conference with co-counsel. | 0.30 | 75.00 |
| 09/14/05 | JLS | Document research re EPA production including conferences with KJCoggon and FProctor. | 2.30 | 368.00 |
| 09/14/05 | FP | Document research re EPA production. | 4.10 | 348.50 |
| 09/15/05 | JDM | Conference with Tyler Mace and KJCoggon re trial issues (.40); conference with JLSherman re related files (.60). | 1.00 | 345.00 |
| 09/15/05 | KJC | Conferences with T. Mace, JLSherman and JDMcCarthy re documents, experts and trial preparation materials. | 3.50 | 1,050.00 |
| 09/15/05 | JLS | Document research for Mark Morgan re New Jersey documents (2.2); conference with counsel (0.40); research re documents for Tyler Mace (1.8). | 4.40 | 704.00 |
| 09/15/05 | FP | Document research re EPA production. | 6.20 | 527.00 |
| 09/16/05 | KJC | Conferences with JLSherman re documents for T. Mace and documents for case (3.20). | 3.20 | 960.00 |
| 09/16/05 | JLS | Research for Tyler Mace re documents (2.7); identify documents for KJCoggon (1.6). | 4.30 | 688.00 |
| 09/16/05 | FP | Document research re EPA production. | 7.00 | 595.00 |
| 09/19/05 | JLS | Research for Tyler Mace re documents (2.10); identify documents for KJCoggon (1.30). | 3.40 | 544.00 |
| 09/19/05 | FP | Document research re EPA production. | 8.20 | 697.00 |
| 09/20/05 | JDM | Review documents from cost recovery action. | 1.00 | 345.00 |

Holme Roberts & Owen LLP

October 12, 2005

W.R. Grace

Page 5
Invoice No.: 714002
Client No.: 04339
Matter No.: 00440

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/20/05 | JLS | Research for Tyler Mace re documents (2.80); identify documents for KJCoggon (1.10); identify documents for JDMcCarthy (2.50). | 6.40 | 1,024.00 |
| 09/20/05 | FP | Document research re EPA production. | 8.50 | 722.50 |
| 09/21/05 | JLS | Research for Tyler Mace re documents (1.20); identify documents for KJCoggon (1.50). | 2.70 | 432.00 |
| 09/21/05 | FP | Document research re EPA production. | 0.50 | 42.50 |
| 09/22/05 | JLS | Research for Tyler Mace re documents. | 1.10 | 176.00 |
| 09/23/05 | JLS | Research for Tyler Mace re documents including conferences with Donna Hatcher and DHengemuhle. | 1.80 | 288.00 |
| 09/26/05 | JLS | Document research for Tyler Mace. | 2.30 | 368.00 |
| 09/27/05 | JLS | Research re documents for Tyler Mace (1.8); identify documents for KJCoggon (.60). | 2.40 | 384.00 |
| 09/28/05 | JLS | Research re documents for Tyler Mace (3.2). | 3.20 | 512.00 |
| 09/29/05 | JLS | Research re documents for Tyler Mace. | 1.20 | 192.00 |
| 09/30/05 | JLS | Research re documents for Tyler Mace. | 0.90 | 144.00 |

**Total Fees Through September 30, 2005:**   157.00   $ 29,950.50

**Timekeeper Rate Summary**

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| KWL | Kenneth W. Lund | Partner | $ 415.00 | 7.50 | $ 3,112.50 |
| JDM | John D. McCarthy | Partner | 345.00 | 3.10 | 1,069.50 |
| KJC | Katheryn J. Coggon | Special Counsel | 300.00 | 36.00 | 10,800.00 |
| BAT | Brent A. Tracy | Senior Associate | 250.00 | 0.30 | 75.00 |

Holme Roberts & Owen LLP

October 12, 2005

W.R. Grace

Page 6
Invoice No.: 714002
Client No.: 04339
Matter No.: 00440

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| JLS | Joan L. Sherman | Paralegal | 160.00 | 71.10 | 11,376.00 |
| MCL | Carla M. Latuda | Paralegal | 130.00 | 4.50 | 585.00 |
| FP | Faye Proctor | Case Administrator | 85.00 | 34.50 | 2,932.50 |
| | | **Total Fees:** | | **157.00** | **$ 29,950.50** |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/12/05 | 4 | Color Photocopy | $ 2.60 |
| 09/12/05 | 100 | Photocopy | 15.00 |
| 09/13/05 | 2 | Color Photocopy | 1.30 |
| 09/13/05 | 1 | Facsimile | 1.00 |
| 09/13/05 | | Other Meal Expense: VENDOR: Udi, The Sandwich Man; INVOICE#: 20986; DATE: 9/13/2005 - Meals in office for 4 on 091305 ($12.70 per person) | 50.80 |
| 09/13/05 | 58 | Photocopy | 8.70 |
| 09/14/05 | | Long Distance Telephone: 4105314355, 11 Mins., TranTime:13:03 | 1.10 |
| 09/14/05 | | Long Distance Telephone: 2028795145, 12 Mins., TranTime:16:52 | 1.20 |
| 09/14/05 | | Long Distance Telephone: 2028795145, 13 Mins., TranTime:17:04 | 1.30 |
| 09/14/05 | 370 | Photocopy | 55.50 |
| 09/14/05 | 7 | Photocopy | 1.05 |
| 09/14/05 | 739 | Photocopy | 110.85 |
| 09/14/05 | 1 | Tab Stock | 0.05 |
| 09/28/05 | 2 | Photocopy | 0.30 |

Holme Roberts & Owen LLP

October 12, 2005

W.R. Grace

Page 7
Invoice No.: 714002
Client No.: 04339
Matter No.: 00440

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| | | **Total Disbursements:** | **$ 250.75** |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 191.40 |
| Facsimile | | 1.00 |
| Long Distance Telephone | | 3.60 |
| Other Meal Expense | | 50.80 |
| Color Photocopy | | 3.90 |
| Tab Stock | | 0.05 |
| **Total Disbursements:** | **$** | **250.75** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 699591 | 05/18/05 | Bill | 20,181.17 |
| | 09/23/05 | Cash Receipt | -16,225.27 |
| | | *Outstanding Balance on Invoice 699591:* | *$ 3,955.90* |
| 703797 | 06/22/05 | Bill | 4,786.35 |
| | | *Outstanding Balance on Invoice 703797:* | *$ 4,786.35* |
| 705755 | 07/13/05 | Bill | 10,708.30 |
| | | *Outstanding Balance on Invoice 705755:* | *$ 10,708.30* |