In re:

The United States Bankruptcy Court for
The District of Delaware

W.R. Grace & Company, et al, Debtors'

Case No: 01-01139 (JKF)

Debtors' Fifteenth Omnibus Objection to Claims
(Substantive)

Mrs. Marcella M. Paulette, Claimant
Mr. Mark A. Paulette, Representative

Claim No: 2361

Amount of Claim: $60,337.72 (Secured)

Basis for Claim: Extensive Property Damages & Losses

Mr. Mark A. Paulette for
Mrs. Marcella M. Paulette
287 Township Highway 267
Amsterdam, Ohio 43903-7909
(740)543-3382

Dated: October 14, 2005

I, Marcella M. Paulette, oppose the Debtors' Fifteenth Omnibus Objection to Claims (Substantive), submitted to The United StaTES Bankruptcy Court, for The District of Delaware, by W.R. Grace & Company, for the following reasons:

The factual basis and supporting legal arguement is, that my property, which is located at 287 Township Highway 267, Amsterdam, Jefferson County, Ohio, has been severely damaged by W.R. Grace & Company products, that were used in the construction of the building (residence). I cannot sell my property, until all of these damages are repaired. I have also suffered economic losses, because of the diminution of my property value.

I am requesting compensation in the amount of $60,337.72, (secured), or a reduced settlement by W.R. Grace & Company, to pay for the removal and replacement of all plasters and asbestos related W.R. Grace & Company products in my residence.

As I stated in my claim, building contractor documents are not, and have never been in my possession, when the house was constructed or when I purchased it in June, 1971.

When I had some remodeling done in October, 2001 and in January, 2002, I had some plasters removed in my upstairs bathroom (see attached).

Claims #2360, #2361 and #2362, were all filed before the bar date in 2002.


Respectfully submitted,

*Marcella M. Paulette* (signature)

Marcella M. Paulette



Dated:   October 14, 2005

FORM APPROVED
OMB NO. 0575-0042

**USDA**
Form RD 1924-1
(Rev. 1-00)

# DEVELOPMENT PLAN

Name of Applicant: MARCELLA M. PAULETTE
Address: 287 TOWNSHIP HIGHWAY 267, AMSTERDAM, OH 43903
(740)543-3120

## CASH COSTS-COMPLETION DATES

| Item of Development (1) | New or Repair (2) | Cash Cost | | | | Estimated Completion Date (Mo.-Yr.) (7) | Date of Final Inspection (Mo.-Day-Yr.) (8) |
| | | Contract Method (3) | Borrower Method | | Totals (6) | | |
| | | | Materials (4) | Hired Labor (5) | | | |
|---|---|---|---|---|---|---|---|
| PER COAD SPECIFICATIONS & RICK MILLER & CO. BID | | | | | | / | / / |
| BATHROOM REPAIR/REPLACE | N | | LUMP SUM | 8,600.00 | 8,600.00 | / | / / |
| NEW ROOF REPAIR/REPLACE | N | | LUMP SUM | 3,900.00 | 3,900.00 | / | / / |
| | | | | | | / | / / |
| | | | | | | / | / / |
| | | | | | | / | / / |
| | | | | | | / | / / |
| | | | | | | / | / / |
| | | | | | | / | / / |
| **TOTALS** | | | $0.00 | $12,500.00 | $12,500.00 | | |

Upon receiving the requested financial assistance, I will complete the items of development as shown and described in the narrative or in accordance with such revisions of the plan as may be mutually agreed upon by me and the U. S. Department of Agriculture. I also agree to perform the development items in a workmanlike manner.

Applicant/Co-Applicant (Signature)    MARCELLA M. PAULETTE    Date / /

APPROVED (Signature - Loan Approval Official)    BEVERLY A. ANDERSON    Date / /

**WRITE NARRATIVE ON REVERSE** *TUMBLE-FASHION*

*According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0575-0042. The time required to complete this information collection is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.*