# EXHIBIT A

## W. R. Grace & Co., et al., District of Delaware, Bankruptcy Case No. 01-1139

## Report on Settlements of Certain Claims and Causes of Action July 1, 2005 through September 30, 2005

NONE