## EXHIBIT A

## W. R. Grace & Co., et al.

## District of Delaware, Bankruptcy Case No. 01-1139

## Report on *De Minimis* Asset Sales July 1, 2005 through September 30, 2005

**Part I – Sales in excess of $25,000, but less than $250,000.**

| Del Taco Restaurants, Inc., Seller 7500 Grace Drive Columbia, MD 21044 | Parsa International, LLC P.O. Box 13060 Atlanta, Georgia 30324 | On July 13, 2005, Del Taco Restaurants, Inc. sold to Parsa International, LLC 0.34 acres of land located on 1252 Roswell Road, Cobb County, Georgia. Purchase Price: $30,000.00 |
|---|---|---|

**Part II – Sales equal to or less than $25,000.**

NONE