IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** November 17, 2005, at 4:00 p.m. (prevailing eastern time) |

**SUMMARY APPLICATION OF KIRKLAND & ELLIS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD FROM SEPTEMBER 1, 2005, THROUGH SEPTEMBER 30, 2005**

| | |
|---|---|
| Name of Applicant: | **Kirkland & Ellis LLP ("K&E")** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order entered May 3, 2001, effective as of April 2, 2001** |
| Period for which compensation and reimbursement is sought: | **September 1, 2005, through September 30, 2005** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$1,471,412.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$128,814.69** |

This is a **X** monthly ___ interim ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

LEGAL_10780777_2.DOC

The total time expended for the preparation of this application is approximately **35 hours,** and the corresponding estimated compensation *that will be requested in a future application* is approximately **$10,000.00.**

This is K&E's monthly application for interim compensation of services for the interim fee period September 1, 2005 through September 30, 2005. The following applications have been filed previously in the Chapter 11 Cases:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| May 29, 2001 | 4/2 – 4/30/01 | $626,079.00 | $32,439.84 | Interim approval[2] | Interim approval |
| June 29, 2001 | 5/1 – 5/31/01 | $567,151.00 | $77,487.86 | Interim approval | Interim approval |
| July 31, 2001 | 6/1 – 6/30/01 | $560,569.50 | $45,466.13 | Interim approval | Interim approval |
| July 31, 2001 | April – June, 2001 | $1,753,799.50 | $155,393.83 | $1,753,799.50 | $155,393.83 |
| August 28, 2001 | 7/1 – 7/31/01 | $476,582.50 | $25,312.13 | Interim approval[2] | Interim approval |
| September 28, 2001 | 8/1 – 8/31/01 | $472,334.50 | $29,022.59 | Interim approval | Interim approval |
| October 30, 2001 | 9/1 – 9/30/01 | $443,617.50 | $27,147.47 | Interim approval | Interim approval |
| November 7, 2001 | July – September, 2001 | $1,392,534.50 | $81,482.19 | $1,392,534.50 | $81,482.19 |
| December 11, 2001 | 10/1 – 10/31/01 | $493,074.00 | $27,724.54 | Interim approval[2] | Interim approval |
| December 29, 2001 | 11/1 – 11/30/01 | $524,980.00 | $29,678.21 | Interim approval | Interim approval |
| January 31, 2002 | 12/1 – 12/31/01 | $405,278.50 | $27,276.95 | Interim approval | Interim approval |
| February 7, 2002 | October – December, 2001 | $1,423,332.50 | $84,679.70 | $1,419,127.00 | $84,679.70 |
| March 4, 2002 | 1/1 – 1/31/02 | $439,056.00 | $32,279.54 | Interim approval[3] | Interim approval |
| March 27, 2002 | 2/1 – 2/28/02 | $412,304.00 | $18,475.64 | Interim approval | Interim approval |
| May 2, 2002 | 3/1 – 3/31/02 | $430,342.50 | $51,759.20 | Interim approval | Interim approval |
| June 10, 2002 | January – March, 2002 | $1,281,702.50 | $102,514.38 | $1,281,702.50 | $101,656.38 |
| June 10, 2002 | 4/1 – 4/30/02 | $410,702.50 | $25,286.05 | Interim approval[4] | Interim approval |
| July 2, 2002 | 5/1 – 5/31/02 | $335,280.50 | $25,556.83 | Interim approval | Interim approval |
| August 8, 2002 | 6/1 – 6/30/02 | $243,127.00 | $16,326.36 | Interim approval | Interim approval |
| September 3, 2002 | April – June, 2002 | $989,110.00 | $67,169.24 | $981,666.50 | $67,169.24 |

---

[2]    The fees and expenses requested in the April-June, 2001, July-September, 2001 and October-December, 2001, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on November 29, 2002.

[3]    The fees and expenses requested in the January-March, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on October 9, 2002.

[4]    The fees and expenses requested in the April-June, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on November 29, 2002.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| September 11, 2002 | 7/1 – 7/31/02 | $335,129.00 | $28,504.48 | Interim approval[5] | Interim approval |
| October 2, 2002 | 8/1 – 8/31/02 | $344,619.00 | $86,047.20 | Interim approval | Interim approval |
| October 30, 2002 | 9/1 – 9/30-02 | $238,876.50 | $20,882.49 | Interim approval | Interim approval |
| November 27, 2002 | July – September, 2002 | $918,624.50 | $135,434.17 | $918,624.50 | $134,478.90 |
| December 6, 2002 | 10/1 – 10/31/02 | $207,778.00 | $7,769.74 | Interim approval[6] | Interim approval |
| January 13, 2003 | 11/1 – 11/30/02 | $122,419.00 | $4,732.30 | Interim approval | Interim approval |
| January 30, 2003 | 12/1 – 12/31/02 | $129,243.50 | $6,093.80 | Interim approval | Interim approval |
| March 4, 2003 | October – December, 2002 | $459,440.50 | $18,595.84 | $459,440.50 | $18,467.74 |
| March 4, 2003 | 1/1 – 1/31/03 | $162,033.00 | $6,383.16 | Interim approval[7] | Interim approval |
| April 2, 2003 | 2/1 – 2/28/03 | $215,511.50 | $3,784.70 | Interim approval | Interim approval |
| April 29, 2003 | 3/1 – 3/31/03 | $146,603.00 | $6,713.84 | Interim approval | Interim approval |
| May 15, 2003 | January – March, 2003 | $524,147.50 | $16,881.70 | $524,045.50 | $16,881.70 |
| June 3, 2003 | 4/1 – 4/30/03 | $135,130.00 | $2,786.42 | Interim approval[8] | Interim approval |
| July 11, 2003 | 5/1 – 5/31/03 | $109,408.00 | $6,546.04 | Interim approval | Interim approval |
| July 31, 2003 | 6/1 – 6/30/03 | $115,099.00 | $1,925.86 | Interim approval | Interim approval |
| August 27, 2003 | April – June, 2003 | $359,637.00 | $11,258.32 | $357,346.00 | $11,183.48 |
| September 5, 2003 | 7/1 – 7/31/03 | $197,495.50 | $9,235.33 | Interim approval[9] | Interim approval |
| October 1, 2003 | 8/1 – 8/31/03 | $178,910.50 | $7,009.66 | Interim approval | Interim approval |
| November 6, 2003 | 9/1 – 9/30/03 | $157,200.00 | $3,817.57 | Interim approval | Interim approval |
| November 18, 2003 | July – September, 2003 | $533,606.00 | $20,062.56 | $533,606.00 | $20,062.56 |
| November 26, 2003 | 10/1 – 10/31/03 | $251,093.50 | $7,115.96 | Interim approval[10] | Interim approval |
| December 29, 2003 | 11/1 – 11/30/03 | $187,914.00 | $4,969.88 | Interim approval | Interim approval |
| February 2, 2004 | 12/1 - 12/31/03 | $317,880.00 | $8,631.60 | Interim approval | Interim approval |
| February 25, 2004 | October – December, 2003 | $756,887.50 | $20,717.44 | $756,838.00 | $20,717.44 |
| March 5, 2004 | 1/1 – 1/31/04 | $524,446.00 | $32,428.07 | Interim approval[11] | Interim approval |
| April 2, 2004 | 2/1 – 2/29/04 | $274,589.50 | $10,852.51 | Interim approval | Interim approval |
| May 3, 2004 | 3/1 – 3/31/04 | $337,945.00 | $13,159.10 | Interim approval | Interim approval |
| May 17, 2004 | January – March, 2004 | $1,136,980.50 | $56,439.68 | $1,134,755.00 | $56,439.68 |
| June 1, 2004 | 4/1 – 4/30/04 | $280,547.50 | $10,895.93 | Interim approval[12] | Interim approval |
| July 1, 2004 | 5/1 – 5/31/04 | $213,906.00 | $9,502.49 | Interim approval | Interim approval |

---

[5] The fees and expenses requested in the July-September, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 14, 2003.

[6] The fees and expenses requested in the October-December, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on July 28, 2003.

[7] The fees and expenses requested in the January-March, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 22, 2003.

[8] The fees and expenses requested in the April-June, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 15, 2003.

[9] The fees and expenses requested in the July-September, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on April 26, 2004.

[10] The fees and expenses requested in the October-December, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 16, 2004.

[11] The fees and expenses requested in the January-March, 2004, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 27, 2004.

[12] The fees and expenses requested in the April-June, 2004, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on January 25, 2005.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| September 2, 2004 | 6/1 – 6/30/04 | $430,246.50 | $15,235.72 | Interim approval | Interim approval |
| October 6, 2004 | April – June, 2004 | $924,700.00 | $35,634.14 | $918,960.50 | $35,557.55 |
| September 17, 2004 | 7/1 – 7/31/04 | $599,563.50 | $27,869.76 | Interim approval[13] | Interim approval |
| October 7, 2004 | 8/1 – 8/31/04 | $793,285.00 | $45,729.42 | Interim approval | Interim approval |
| November 3, 2004 | 9/1 – 9/30/04 | $913,771.00 | $32,811.19 | Interim approval | Interim approval |
| November 17, 2004 | July – September, 2004 | $2,306,619.50 | $106,410.37 | $2,298,879.00 | $105,176.56 |
| December 7, 2004 | 10/1 – 10/31/04 | $842,268.50 | $38,703.13 | Interim approval[14] | Interim approval |
| January 7, 2004 | 11/1 – 11/30/04 | $581,027.00 | $35,469.12 | Interim approval | Interim approval |
| February 1, 2005 | 12/1 – 12/31/04 | $863,104.50 | $38,461.17 | Interim approval | Interim approval |
| February 14, 2005 | October – December, 2004 | $2,286,400.00 | $112,633.42 | $2,279,008.50 | $110,200.64 |
| March 18, 2005 | 1/1 – 1/31/05 | $1,214,802.50 | $65,721.17 | Interim approval[15] | Interim approval |
| April 15, 2005 | 2/1 – 2/28/05 | $717,562.00 | $46,304.21 | Interim approval | Interim approval |
| May 19, 2005 | 3/1 – 3/31/05 | $916,504.00 | $50,822.73 | Interim approval | Interim approval |
| June 15, 2005 | January – March, 2005 | $2,848,868.50 | $162,848.11 | $2,833,566.00 | $162,482.21 |
| June 7, 2005 | 4/1 – 4/30/05 | $862,337.00 | $32,392.41 | $689,869.60 | $32,392.41 |
| June 29, 2005 | 5/1 – 5/31/05 | $852,424.50 | $52,685.55 | $689,869.60 | $52,685.55 |
| August 5, 2005 | 6/1 – 6/30/05 | $1,181,036.00 | $58,504.79 | $944,828.80 | $58,504.79 |
| August 8, 2005 | April – June, 2005 | $2,895,797.50 | $143,582.75 | Pending | Pending |
| September 9, 2005 | 7/1 – 7/31/05 | $1,740,148.50 | $155,036.60 | $1,392,118.80 | $155,036.60 |
| September 28, 2005 | 8/1 – 8/31/05 | $1,451,595.50 | $95,151.93 | $1,161,276.40 | $95,151.93 |

K&E has filed certificates of no objection with respect to the interim Monthly Applications for April 2001 through August 2005, respectively, because no objections were filed within the respective objection periods. The Quarterly Applications for the interim periods from (i) April 2, 2001, through June 31, 2001, (ii) July 1, 2001, through September 30, 2001, (iii) October 1, 2001, through December 31, 2001, and (iv) April 1, 2002, through June 30, 2002, were heard on November 25, 2002, and orders were entered November 29, 2002, granting interim compensation and reimbursement of expenses requested in the first-third and fifth Quarterly Applications. The Quarterly Application for the interim period from January 1, 2002, through March 31, 2002, was heard on August 26, 2002, and an order was entered on October 9, 2002, granting interim compensation and reimbursement of expenses requested in the fourth

---

[13]   The fees and expenses requested in the July-September, 2004, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 22, 2005.

[14]   The fees and expenses requested in the October-December, 2004, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 29, 2005.

[15]   The fees and expenses requested in the January-March, 2005, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 26, 2005.

Quarterly Application. An order was entered on March 14, 2003, granting interim compensation and reimbursement of expenses requested in the sixth Quarterly Application for the interim period July 1, 2002, through September 30, 2002. The Quarterly Application for the interim period from October 1, 2002, through December 31, 2002, was heard on June 17, 2003, and an order was entered on July 28, 2003, granting interim compensation and reimbursement of expenses requested in the seventh Quarterly Application. The Quarterly Application for the interim period from January 1, 2003, through March 31, 2003, was heard on September 22, 2003 and an order was entered on September 22, 2003 granting interim compensation and reimbursement of expenses requested in the eighth Quarterly Application. The Quarterly Application for the interim period from April 1, 2003, through June 30, 2003, was heard on December 15, 2003 and an order was entered on December 15, 2003[16] granting interim compensation and reimbursement of expenses requested in the ninth Quarterly Application. The Quarterly Application for the interim period from July 1, 2003 through September 30, 2003, was heard on March 22, 2004 and an order was entered on April 26, 2004 granting interim compensation and reimbursement of expenses requested in the tenth Quarterly Application. An order was entered on June 16, 2004, granting interim compensation and reimbursement of expenses requested in the eleventh Quarterly Application for the interim period October 1, 2003, through December 31, 2003. The Quarterly Application for the interim period January 1, 2004, through March 31, 2004, was heard on September 27, 2004 and an order was entered on September 27, 2004 granting interim compensation and reimbursement of expenses requested in the twelfth Quarterly Application. The Quarterly Application for the interim period April 1, 2004, through June 30, 2004, was heard on December 20, 2004, and an order was entered on January 26, 2005 granting interim compensation and reimbursement of expenses

---

[16] An amended order correcting certain information on the Exhibit was entered on December 19, 2003.

requested in the thirteenth quarterly fee application. The Quarterly Application for the interim period July 1, 2004, through September 30, 2004, was heard on March 21, 2005, and an order was entered on March 22, 2005, granting interim compensation and reimbursement of expenses requested in the fourteenth quarterly fee application. The Quarterly Application for the interim period October 1, 2004, through December 31, 2004, was heard on June 27, 2005, and an order was entered on June 29, 2005, granting interim compensation and reimbursement of expenses requested in the fifteenth quarterly fee application. The Quarterly Application for the interim period January 1, 2005, through March 31, 2005, was heard on September 26, 2005, and an order was entered on September 26, 2005, granting interim compensation and reimbursement of expenses requested in the sixteenth interim period. The Quarterly Application for the interim period April 1, 2005, through June 30, 2005, has been scheduled for December 19, 2005, in Pittsburgh, PA. The Quarterly Application for the interim period July 1, 2005, through September 30, 2005, has been scheduled for March 27, 2006.

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Janet S Baer | Partner | 1982 | Restructuring | $745.00 | 157.90 | $117,635.50 |
| Amanda C Basta | Associate | 2002 | Litigation | $365.00 | 98.30 | $35,879.50 |
| David M Bernick, P.C. | Partner | 1978 | Litigation | $825.00 | 2.00 | $13,733.50 |
|  |  |  |  | $845.00 | 14.30 |  |
| Salvatore F Bianca | Associate | 2003 (grad. 2001) | Restructuring | $455.00 | 163.40 | $74,347.00 |
| Samuel Blatnick | Associate | 2002 | Litigation | $315.00 | 151.90 | $47,848.50 |
| Michelle H Browdy | Partner | 1990 | Litigation | $625.00 | 160.10 | $100,062.50 |
| Christopher C Chiou | Associate | 2004 | Litigation | $275.00 | 87.50 | $24,062.50 |
| Kenneth S Clark | Associate | Pending | Litigation | $240.00 | 69.20 | $16,608.00 |
| Barak Cohen | Associate | 2003 | Litigation | $365.00 | 144.80 | $52,852.00 |
| Michael Dierkes | Associate | 2001 | Litigation | $400.00 | 88.90 | $35,560.00 |
| Steven A Engel | Associate | 2003 | Litigation | $465.00 | 28.60 | $13,299.00 |
| Jonathan Friedland | Partner | 1994 | Restructuring | $635.00 | 114.90 | $72,961.50 |
| Mark E Grummer | Partner | 1976 | Environment | $645.00 | 10.10 | $6,514.50 |
| Barbara M Harding | Partner | 1988 | Litigation | $515.00 | 193.20 | $99,498.00 |
| Jason P Hernandez | Associate | Pending | Litigation | $240.00 | 17.20 | $4,128.00 |

| Name of Professional Person | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William B Jacobson | Partner | 1994 | Litigation | $495.00 | 210.90 | $104,395.50 |
| Andrea L Johnson | Associate | 2004 | Restructuring | $330.00 | 65.60 | $21,648.00 |
| James W Kapp | Partner | 1994 | Restructuring | $675.00 | 36.00 | $24,300.00 |
| Antony B Klapper | Partner | 1996 | Litigation | $545.00 | 42.10 | $22,944.50 |
| Rebecca A Koch | Associate | Pending | Litigation | $240.00 | 60.10 | $14,424.00 |
| Elli Leibenstein | Partner | 1992 | Litigation | $565.00 | 23.50 | $13,277.50 |
| Tyler D Mace | Associate | 2003 | Litigation | $315.00 | 177.60 | $55,944.00 |
| Dawn D Marchant | Partner | 1990 | Litigation | $515.00 | 107.70 | $55,465.50 |
| Jamenda McCoy | Associate | 2003 | Litigation | $315.00 | 20.50 | $12,990.00 |
|  |  |  |  | $325.00 | 20.10[17] |  |
| David E Mendelson | Partner | 1997 | Litigation | $445.00 | 67.30 | $29,948.50 |
| Rachel Schulman | Of Counsel | 1989 | Restructuring | $595.00 | 50.10 | $29,809.50 |
| Lori Sinanyan | Associate | 2000 | Restructuring | $485.00 | 36.40 | $17,654.00 |
| Brian T Stansbury | Associate | 2002 | Litigation | $365.00 | 122.60 | $44,749.00 |
| Rosanna M Taormina | Associate | 2004 | Litigation | $275.00 | 82.50 | $22,687.50 |
| Laurence A Urgenson | Partner | 1975 | Litigation | $745.00 | 79.30 | $59,078.50 |
| **Total for Attorneys** | | | | | **2,704.60** | **$1,244,306.00** |

The paraprofessionals of K&E who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the Applicant and Number of Years as a Paraprofessional | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Colleen N Benjamin | Legal Assistant | 1 Year | Litigation | $160.00 | 18.50 | $2,960.00 |
| Michael A Coyne | Case Assistant | 3 Months | Litigation | $105.00 | 156.70 | $16,453.50 |
| Lauren DeVault | Project Assistant | 4 Months | Restructuring | $130.00 | 170.80 | $22,204.00 |
| Timothy J Fitzsimmons | Legal Assistant | 6 Months | Litigation | $175.00 | 119.40 | $20,895.00 |
| Amber A Horn | Case Assistant | 1 Year | Litigation | $105.00 | 142.60 | $14,973.00 |
| Maureen McCarthy | Legal Assistant | 3 Years | Restructuring | $180.00 | 13.70 | $2,466.00 |
| Eric B Miller | Legal Assistant | 1 Year | Litigation | $160.00 | 17.00 | $2,720.00 |
| Mary Mortell | Project Assistant | 3 Months | Restructuring | $130.00 | 30.20 | $3,926.00 |
| Katherine K Phillips | Legal Assistant | 11 Months | Restructuring | $180.00 | 151.70 | $27,306.00 |
| Joshua C Pierce | Case Assistant | 4 Months | Litigation | $105.00 | 19.80 | $2,079.00 |
| Timothy B Pryzbylski | Legal Assistant | 1 Year | Taxation | $170.00 | 76.50 | $13,005.00 |
| Stephanie A Rein | Case Assistant | 1 Month | Litigation | $105.00 | 197.00 | $20,685.00 |
| Linda A Scussel | Conflicts Analyst | 1 Year | Administrative Services | $175.00 | 50.50 | $8,837.50 |
| Terrell D Stansbury | Legal Assistant | 3 Years | Litigation | $175.00 | 137.80 | $24,115.00 |

---

[17] For administrative reasons, 20.10 hours of Jamenda McCoy's billed time for the period August 1, 2005 through August 31, 2005, were not posted in K&E's accounting system for inclusion with K&E's fee application filed for August 2005. As a result, this Fee Application contains the 20.10 hours of time billed by Jamenda McCoy during the period August 1, 2005 through August 31, 2005, in addition to the 20.50 hours billed by Jamenda McCoy during this Fee Period.

| Name of Professional Person | Position with the Applicant and Number of Years as a Paraprofessional | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Tommie Turner | Graphics Specialist | 2 Year | Administrative Services | $140.00 | 18.20 | $2,548.00 |
| Margaret S Utgoff | Legal Assistant | 1 Year | Litigation | $160.00 | 178.60 | $28,576.00 |
| Kristen Weber | Project Assistant | 1 Month | Restructuring | $130.00 | 74.00 | $9,620.00 |
| Velma J Worrells | Case Assistant | 9 Years | Litigation | $115.00 | 32.50 | $3,737.50 |
| **Total for Paraprofessionals** | | | | | 1,605.50 | $227,106.50 |

Grand Total for Fees: **$1,471,412.50**
Blended Rate: **$341.39**

**Compensation by Matter**

| Matter Number | Matter Description | Total Hours | Total Fees Requested |
|---|---|---|---|
| 19 | Claims Analysis Objection and Resolution (Non-Asbestos) | 45.20 | $26,861.00 |
| 20 | Case Administration | 293.80 | $56,273.00 |
| 21 | Claims Analysis Objection and Resolution (Asbestos) | 2,391.40 | $838,671.50 |
| 28 | Litigation and Litigation Consulting | 93.60 | $52,760.50 |
| 30 | Hearings | 35.00 | $24,698.00 |
| 32 | Fee Applications, Applicant | 47.90 | $17,736.00 |
| 37 | Plan and Disclosure Statement | 2.60 | $1,937.00 |
| 38 | Employment Applications, Others | 5.40 | $3,130.00 |
| 42 | Travel non-working | 15.30 | $7,536.50 |
| 54 | Employment Applications, Applicant | 51.60 | $10,380.00 |
| 57 | Montana Grand Jury Investigation | 1,328.30 | $431,429.00 |
|  | **Total** | **4,310.10** | **$1,471,412.50** |

**Expense Summary**

| Description | Amount |
|---|---:|
| Telephone | $2,372.90 |
| Fax Telephone Charge | $28.40 |
| Fax Charge | $60.00 |
| Standard Copies | $22,827.00 |
| Binding | $236.05 |
| Tabs/Indexes/Dividers | $436.00 |
| Color Copies | $1,503.00 |
| Scanned Images | $793.35 |
| CD-ROM Duplicates | $4,140.00 |
| CD-ROM Master | $150.00 |
| Postage | $145.32 |
| Overnight Delivery | $1,356.32 |
| Outside Messenger Services | $1,718.08 |
| Local Transportation | $1,382.63 |
| Travel Expense | $3,770.66 |
| Airfare | $11,001.68 |
| Transportation to/from airport | $3,348.09 |
| Travel Meals | $198.20 |
| Car Rental | $92.30 |
| Other Travel Expenses | $103.00 |
| Professional Fees | $19,050.00 |
| Witness Fees | $5,200.00 |
| Outside Computer Services | $11,039.22 |
| Outside Video Services | $222.08 |
| Outside Copy/Binding Services | $2,723.63 |
| Working Meals/K&E Only | $115.42 |
| Working Meals/K&E and Others | $6,853.21 |
| Information Broker Doc/Svcs | $264.80 |
| Library Document Procurement | $135.34 |
| Computer Database Research | $14,299.52 |
| Overtime Transportation | $3,001.47 |
| Overtime Meals | $2,863.47 |
| Overtime Meals - Attorney | $918.51 |
| Secretarial Overtime | $3,550.13 |
| Overtime Meals - Legal Assistant | $12.07 |
| Rental Expenses | $2,902.84 |
| **Total** | **$128,814.69** |

**WHEREFORE**, K&E respectfully requests (a) that an allowance be made to it, as fully described above for the (i) 80% of the amount of **$1,471,412.50** for reasonable and necessary professional services K&E has rendered to the Debtors during the Fee Period **($1,177,130.00)** and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by K&E during the Fee Period **($128,814.69)**; (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such further relief as is equitable and just.

Wilmington, Delaware
Dated: October 28, 2005

Respectfully submitted,

KIRKLAND & ELLIS LLP

_____
James H.M. Sprayregen, P.C.
Janet S. Baer
James W. Kapp III
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000