# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    OCTOBER 21, 2005
MATTER :  W9600-003
INVOICE : 198754

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/05    T C

RE:   BUSINESS OPERATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/06/05 | TC | REVIEWED MONTHLY OPERATING REPORTS FILED FOR JULY, IN PREPARATION FOR CALL ON THURSDAY | 1.10 |

## TIME SUMMARY

|  | | RATE | HOURS | TOTALS |
|--|--|------|-------|--------|
| T CURRIER | | 470.00 | 1.10 | 517.00 |
| | TOTALS | | 1.10 | 517.00 |

TOTAL FEES :                                    517.00

TOTAL DUE  :                                    517.00

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    OCTOBER 21, 2005
MATTER :  W9600-004
INVOICE : 198755

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/05   T C

RE:   CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/02/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 09/06/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 09/07/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.50 |
| 09/08/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .80 |
| 09/13/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    OCTOBER 21, 2005
MATTER :  W9600-004
INVOICE : 198755

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/05    T C

RE:  CASE ADMINISTRATION


| Date | | Description | Hours |
|------|------|------|------|
| 09/15/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 09/16/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 09/19/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.50 |
| 09/20/05 | MNF | EMAILS TO AND FROM TKDC RE: HEARING ON 9/26/05 | .30 |


## T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|------|------|------|------|
| M N FLORES | 135.00 | 9.10 | 1228.50 |
| TOTALS | | 9.10 | 1228.50 |


TOTAL FEES :                 1,228.50


TOTAL DUE :                 1,228.50


**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    OCTOBER 21, 2005
MATTER :  W9600-005
INVOICE : 198763

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/05    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/01/05 | TC | REVIEWED FINAL CASE MANAGEMENT ORDER AS APPROVED FOR THE ASBESTOS PROPERTY DAMAGE CLAIMS | 1.60 |
| 09/01/05 | TC | REVIEWED CASE MANAGEMENT ORDER FOR THE ESTIMATION OF ASBESTOS PERSONAL INJURY CLAIMS | 1.60 |
| 09/02/05 | TC | REVIEWED DEBTORS' REPORT TO COURT CONCERNING CMO FOR ASBESTOS PERSONAL INJURY CLAIMS AND ESTIMATION PROCEDURES | 1.50 |
| 09/06/05 | TC | REVIEWED 15TH SUBSTANTIVE CLAIMS OBJECTION TO ASBESTOS PROPERTY DAMAGE CLAIMS | .70 |
| 09/12/05 | TC | REVIEWED APPLICATION OF THE ASBESTOS PROPERTY DAMAGE COMMITTEE TO RETAIN SPECIAL COUNSEL | .60 |
| 09/14/05 | TC | REVIEWED ASBESTOS PROPERTY DAMAGE COMMITTEE'S MOTION TO STRIKE 15TH OMNIBUS OBJECTION TO CLAIMS | .50 |
| 09/15/05 | TC | REVIEWED JOINDER OF ASBESTOS PROPERTY DAMAGE CLAIMANTS REPRESENTED BY DIES & HILE TO THE MOTION OF OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS TO STRIKE DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO CLAIMS | .80 |
| 09/22/05 | TC | REVIEWED ASBESTOS PERSONAL INJURY CLAIMANTS OBJECTION TO DEBTORS' MOTION TO TKAE DISCOVERY OF CLAIMANTS' ATTORNEYS | .60 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :    OCTOBER 21, 2005
MATTER :    W9600-005
INVOICE :   198763

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/05     T C

RE:   CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T CURRIER | 470.00 | 7.90 | 3713.00 |
| TOTALS | | 7.90 | 3713.00 |

TOTAL FEES :                               3,713.00

TOTAL DUE   :                               3,713.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    OCTOBER 21, 2005
MATTER :  W9600-006
INVOICE : 198756

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/05    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/06/05 | TC | REVIEWED DEBTORS' 13TH OMNIBUS OBJECTION TO MORE THAN 2900 CLAIMS FILED BY SPEIGHTS AND RUNYAN (SUBSTANTIVE) | .90 |
| 09/06/05 | TC | REVIEWED 14TH NONSUBSTANTIVE CLAIM OBJECTION | .60 |
| 09/12/05 | TC | REVIEWED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF 11TH OMNIBUS CLAIMS OBJECTION | .70 |
| 09/12/05 | TC | REVIEWED EMERGENCY MOTION FOR LEAVE TO TAKE DISCOVERY OF CLAIMANTS' ATTORNEYS | .90 |
| 09/13/05 | TC | REVIEWED NOTICE OF MODIFIED ORDER | .40 |
| 09/14/05 | TC | REVIEWED MOTION TO SHORTEN TIME AND LIMIT NOTICE FOR CONSIDERATION OF MOTION OF THE ROMAN CATHOLIC CHURCH ARCHDIOCESE AND OTHERS FOR ENLARGEMENT OF TIME TO RESPOND TO DEBTORS' 15TH OMNIBUS CLAIMS OBJECTION | .80 |
| 09/14/05 | TC | REVIEWED EMERGENCY MOTION TO EXTEND TIME TO RESPOND TO 15TH CLAIMS OBJECTIONS FILED BY PARISHS | .60 |
| 09/15/05 | TC | REVIEWED ORDER GRANTING DEBTORS' EMERGENCY MOTION TO SET THE PD COMMITTEE'S MOTION FOR HEARING ON 9/26 | .40 |
| 09/19/05 | TC | REVIEWED ORDER SETTING STATUS CONF FOR 9/26 ON MOTION TO TAKE DISCOVERY OF CLAIMANTS' ATTORNEYS | .40 |
| 09/19/05 | TC | REVIEWED LETTER FROM WILLIAM WATTENBURG TO REINSTATE HIS CLAIM | .30 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS                DATE :     OCTOBER 21, 2005
                                                    MATTER :   W9600-006
                                                    INVOICE :  198756

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/05    T C

RE:   CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| | | | |
|---|---|---|---|
| 09/21/05 TC | REVIEWED ORDER WITH REVISIONS BY COURT DENYING MOTION TO STRIKE 15TH OMNIBUS OBJECTION TO CLAIMS | | .40 |
| 09/21/05 TC | REVIEWED OBJECTION BY THE GIBSON LAW FIRM TO DEBTORS' MOTION TO TAKE DISCOVERY FROM CLAIMANTS' ATTORNEYS | | .50 |
| 09/22/05 TC | REVIEWED STIPULATION BETWEEN DEBTORS AND ONEBEACON AMERICA INSURANCE CO. AND SEATON INSURANCE CO. | | .60 |
| 09/22/05 TC | REVIEWED DEBTORS' LIMITED OBJECTION TO MOTION OF ROMAN CATHOLIC CHURCH TO EXPAND TIME TO RESPOND TO CLAIMS | | .40 |
| 09/22/05 TC | REVIEWED CHRIS PARKS/ RESPONSE TO DEBTORS' MOTION TO TAKE DISCOVERY OF CLAIMANTS' ATTORNEYS | | .40 |
| 09/22/05 TC | REVIEWED ORDER WITH REVISIONS BY COURT DENYING PACIFICORP AND VANCOTT BAGLEY'S MOTION TO FILE LATE PROOF OF CLAIMS | | .50 |
| 09/29/05 TC | REVIEWED DEBTORS' BRIEF IN SUPPORT OF DISALLOWANCE OF SPEIGHTS AND RYAN CLAIMS | | 2.20 |
| 09/29/05 TC | REVIEWED 13TH CONTINUATION ORDER RE CLAIMS OBJECTIONS | | .40 |
| 09/29/05 TC | REVIEWED 7TH CONTINUATION ORDER RE 8TH CLAIMS OBJECTIONS | | .40 |
| 09/29/05 TC | REVIEWED ORDER ALLOWING WITHDRAWL OF CERTAIN CLAIMS FILED BY SPEIGHTS AND RYAN FIRM | | .40 |
| 09/29/05 TC | REVIEWED 3RD CONTINUATION ORDER ALLOWING RELIEF SOUGHT IN 11TH CLAIM OBJECTION | | .40 |

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS
                                      DATE :    OCTOBER 21, 2005
                                      MATTER :  W9600-006
                                      INVOICE : 198756


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/05    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)


09/29/05 TC    REVIEWED ORDER APPROVING STIPULATION REGARDING          .40
               CLAIMS OF ONE BEACON INSURANCE CO.

09/29/05 TC    REVIEWED ORDER APPROVING STIPULATION REGARDING          .40
               CLAIMS OF SEATON INSURANCE CO.


## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T CURRIER | 470.00 | 13.40 | 6298.00 |
| TOTALS | | 13.40 | 6298.00 |

                    TOTAL FEES :                          6,298.00

                    TOTAL DUE  :                          6,298.00


**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 21, 2005
MATTER : W9600-007
INVOICE : 198757

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/05   T C

RE: COMMITTEE, CREDITORS', NOTEHOLDERS', OR
EQUITY HOLDERS'

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/02/05 | TC | REVIEWED MATERIALS IN PREPARATION FOR OUR COMMITTEE MEETING NEXT WEEK | 1.10 |
| 09/07/05 | TC | REVIEWED MATERIALS IN PREPARATION FOR OUR COMMITTEE MEETING | .60 |
| 09/08/05 | TC | COMMITTEE MEETING | 1.20 |

### T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| T CURRIER | 470.00 | 2.90 | 1363.00 |
| TOTALS |  | 2.90 | 1363.00 |

TOTAL FEES :                 1,363.00

TOTAL DUE :                 1,363.00

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS
DATE :     OCTOBER 21, 2005
MATTER :   W9600-009
INVOICE :  198758

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/05    T C

RE:  EMPLOYMENT APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/21/05 | TC | REVIEWED DEBTORS' OBJECTION TO APPLICATION OF PD COMMITTEE TO RETAIN SPECIAL COUNSEL | .30 |

## T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| T CURRIER | 470.00 | .30 | 141.00 |
| TOTALS |  | .30 | 141.00 |

TOTAL FEES :                                    141.00

TOTAL DUE  :                                    141.00

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   OCTOBER 21, 2005
MATTER :   W9600-010
INVOICE :   198764

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/05   T C

RE:   EMPLOYMENT APPLICATIONS, OTHERS


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/29/05 | TC | REVIEWED ORDER AUTHORIZING DEBTORS TO EMPLOY FOLEY HOAG AS SPECIAL ENVIRONMENTAL COUNSEL | .40 |


### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|------|-------|--------|
| T CURRIER | 470.00 | .40 | 188.00 |
| TOTALS | | .40 | 188.00 |


TOTAL FEES :                                        188.00

TOTAL DUE  :                                        188.00


PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS 

DATE : OCTOBER 21, 2005
MATTER : W9600-011
INVOICE : 198759

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/05   T C

RE:  FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/09/05 | MNF | REVIEW/EDIT PRE-BILLS FOR AUGUST 2005 | .60 |
| 09/20/05 | FAP | PREPARE FEE AND EXPENSE SUMMARIES FOR AUGUST 2005 | .30 |
| 09/21/05 | MNF | REVIEW DOCKET RE: OBJECTIONS FOR 45TH MONTHLY FEE APP OF KRLS; DRAFT CNO RE: SAME | .60 |
| 09/21/05 | MNF | REVIEW DOCKET RE: OBJECTIONS FOR QUARTERLY FEE REQUEST OF KRLS FOR APRIL 2005-JUNE 2005 (.2); DRAFT CNO RE: QUARTERLY FEE REQUEST OFKRLS FOR APRIL 2005-JUNE 2005 (.4) | .60 |
| 09/21/05 | MNF | DRAFT 46TH MONTHLY FEE APP OF KRLS | 1.00 |
| 09/21/05 | TC | REVIEWED FEE APPLICATIONS AND DOCKET AND EXECUTED ALL CNOS | .60 |
| 09/22/05 | MNF | E-FILE AND SERVE CNO RE: 45TH MONTHLY FEE APP OF KRLS | .50 |
| 09/22/05 | MNF | E-FILE AND SERVE CNO RE: 17TH QUARTERLY FEE APP OF KRLS | .50 |
| 09/28/05 | TC | REVIEWED KLETT ROONEY FEE APPLICATION | .70 |
| 09/28/05 | TC | REVIEWED QUARTERLY FEE ORDER FOR ALL PROFESSIONALS | .40 |

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS
                 DATE  :    OCTOBER 21, 2005
                 MATTER :   W9600-011
                 INVOICE :  198759

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/05    T C

RE:  FEE APPLICATIONS, APPLICANT

## T I M E   S U M M A R Y

|            | RATE   | HOURS | TOTALS  |
|------------|--------|-------|---------|
| F A PANCHAK | 145.00 | .30   | 43.50   |
| M N FLORES  | 135.00 | 3.80  | 513.00  |
| T CURRIER   | 470.00 | 1.70  | 799.00  |
| TOTALS      |        | 5.80  | 1355.50 |

TOTAL FEES :                    1,355.50

TOTAL DUE  :                    1,355.50

---

**PENNSYLVANIA**  ●  **DELAWARE**  ●  **NEW JERSEY**  ●  **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :   OCTOBER 21, 2005
MATTER :  W9600-012
INVOICE :  198760

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/05   T C

RE:  FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/21/05 | MNF | DRAFT AOS RE: MONTHLY AND QUARTERLY CNO'S FILED FOR KRAMER LEVIN & KRLS | .30 |
| 09/21/05 | MNF | REVIEW DOCKET RE: OBJECTIONS FOR QUARTERLY FEE REQUEST OF KRAMER LEVIN FOR APRIL 2005-JUNE 2005 (.2); DRAFT CNO RE: QUARTERLY FEE REQUEST OF KRAMER LEVIN FOR APRIL 2005-JUNE 2005 (.4) | .60 |
| 09/21/05 | MNF | REVIEW DOCKET RE: OBJECTIONS FOR 48TH MONTHLY FEE APP OF KRAMER LEVIN (.2); DRAFT CNO RE: SAME (.4) | .60 |
| 09/22/05 | MNF | E-FILE AND SERVE CNO RE: 48TH FEE APP OF KRAMER LEVIN | .50 |
| 09/22/05 | MNF | E-FILE AND SERVE CNO RE: QUARTERLY FEE APP OF KRAMER LEVIN | .50 |
| 09/22/05 | MNF | E-FILE AOS RE: CNO'S | .30 |
| 09/27/05 | TC | REVIEWED QUARTERLY FEE APPLICATIONS ORDER | .40 |

## TIME  SUMMARY

| | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| M N FLORES | 135.00 | 2.80 | 378.00 |
| T CURRIER | 470.00 | .40 | 188.00 |
| TOTALS | | 3.20 | 566.00 |

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :    OCTOBER 21, 2005
MATTER  :    W9600-012
INVOICE :    198760

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/05    T C

RE:   FEE APPLICATIONS, OTHERS


                    TOTAL FEES :                      566.00


                    TOTAL DUE  :                      566.00


**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 21, 2005
MATTER : W9600-014
INVOICE : 198761

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/05   T C

RE:  HEARINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/19/05 | TC | REVIEWED AGENDA FOR HEARING 9/26 | .60 |
| 09/23/05 | TC | REVIEWED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING | .50 |
| 09/23/05 | TC | REVIEWED NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING | .40 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| T CURRIER | 470.00 | 1.50 | 705.00 |
| TOTALS | | 1.50 | 705.00 |

TOTAL FEES :                                     705.00

TOTAL DUE  :                                     705.00

---

**PENNSYLVANIA ● DELAWARE ● NEW JERSEY ● WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :     OCTOBER 21, 2005
MATTER :   W9600-015
INVOICE :  198762

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/05    T C

RE:   LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/02/05 | TC | REVIEWED MOTION OF WRGRACE TO AMEND COMPLAINT AGAINST CHAKARIAN AND OTHER ENTITIES AND ATTACHED SECOND AMENDED COMPLAINT FOR DECLARATORY JUDGMENT AND OTHER RELIEF | 1.40 |
| 09/02/05 | TC | REVIEWED DEBTORS' MOTION TO EXPAND THEIR PRELIMINARY INJUNCTION TO INCLUDE ACTIONS AGAINST THE STATE OF MONTANA | .80 |
| 09/07/05 | TC | REVIEWED JOINDER OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN THE DEBTORS' MOTION TO EXPAND THEIR PRELIMINARY INJUNCTION TO INCLUDE ACATIONS AGAINST THE STATE OF MONTANA | .40 |
| 09/12/05 | TC | REVIEWED MOTION FOR RELIEF FROM NOVEMBER 5 SCHEDULING ORDER TO TAKE DISCOVERY | .50 |
| 09/13/05 | TC | REVIEWED ORDER APPOINTING ROGER WHELAN AS MEDIATOR FOR CERTAIN ESTIMATION PROCEEDINGS | .40 |
| 09/14/05 | TC | REVIEWED REID MORGAN AND QUINN'S RESPONSE TO DEBTORS' MOTION FOR LEAVE FROM SCHEDULING ORDER | .60 |
| 09/14/05 | TC | REVIEWED BARON AND BUDD'S RESPONSE TO DEBTORS' MOTION FOR LEAVE FROM SCHEDULING ORDER | .50 |
| 09/14/05 | TC | REVIEWED SILBER AND PEARLMAN'S RESONSE TO DEBTORS' MOTION FOR LEAVE FROM SCHEDULING ORDER | .40 |
| 09/19/05 | TC | REVIEWED DEBTORS' EMERGENCY MOTION TO SET PD COMMITTEE'S MOTION TO STRIKE FOR HEARING 9/26 | .50 |
| 09/19/05 | TC | REVIEWED READE MORGAN AND QUINN'S RESPONSE TO MOTION TO EXAMINE EXHIBITS TO 2019 STATEMENTS | .50 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   OCTOBER 21, 2005
                                              MATTER :  W9600-015
                                              INVOICE :  198762


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/05   T C

RE:  LITIGATION AND LITIGATION CONSULTING


| 09/19/05 TC | REVIEWED READE MORGAN AND QUINN'S MOTION TO AMEND ORDER ON SCHEDULING AND CONDUCT OF PERSONAL INJURY LAWSUITS | .60 |
| 09/20/05 TC | REVIEWED SUMMONS AND COMPLAINT INITIATING ADVERSARY PROCEEDING AGAINST THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION | .50 |
| 09/20/05 TC | REVIEWED DEBTORS MOTION FOR AN INJUNCTION UNDER SECTION 105 AND 362 OF THE BANKRUPTCY CODE | 1.30 |
| 09/21/05 TC | REVIEWED PD COMMITTEE OBJECTION TO DEBTORS' MOTION TO SET PD MOTION TO STRIKE FOR A CERTAIN HEARING DATE | .90 |


### T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T CURRIER | 470.00 | 9.30 | 4371.00 |
| TOTALS | | 9.30 | 4371.00 |

TOTAL FEES :          4,371.00

TOTAL DUE  :          4,371.00


PENNSYLVANIA   •   DELAWARE   •.  NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

## A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    OCTOBER 21, 2005
MATTER :  W9600-017
INVOICE : 198765

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/05   T C

RE:  RELIEF FROM STAY PROCEEDINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/23/05 | TC | REVIEWED ORDER GRANTING CERTAIN RELIEF RE DISCOVERY WITH RESPECT TO SPEIGHTS AND RYAN | .50 |

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| T CURRIER | 470.00 | .50 | 235.00 |
| TOTALS | | .50 | 235.00 |

TOTAL FEES :                                    235.00

TOTAL DUE  :                                    235.00

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   OCTOBER 21, 2005
MATTER :   W9600-000
INVOICE :   198753

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/05   T C

RE:   EXPENSES

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 08/29/05 REPRODUCTION OF DOCUMENTS | 8.55 |
| 08/29/05 REPRODUCTION OF DOCUMENTS | 14.10 |
| 08/29/05 REPRODUCTION OF DOCUMENTS | 7.20 |
| 08/29/05 REPRODUCTION OF DOCUMENTS | 0.60 |
| 08/30/05 REPRODUCTION OF DOCUMENTS | 1.80 |
| 09/02/05 FEDERAL EXPRESS -  FEDEX  - # 5-556-27899 | 12.99 |
| 09/02/05 MESSENGER SERVICES -  PARCELS, INC.  - # 32103 | 7.50 |
| 09/12/05 REPRODUCTION OF DOCUMENTS | 2.25 |
| 09/14/05 FEDERAL EXPRESS -  FEDEX  - # 5-567-28299 | 23.40 |
| 09/22/05 MESSENGER SERVICES -  PARCELS, INC.  - # 32502 | 22.50 |
| 09/28/05 FEDERAL EXPRESS -  FEDEX  - # 3-100-25868 | 14.67 |

TOTAL EXPENSE ADVANCES :          115.56

TOTAL DUE   :          115.56

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**