alp_132rc: Client Analysis Sheet

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    1

Run Date & Time: 10/14/05  11:16:01
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

Worked : 12/31/99 thru 10/14/05

| Matter Number | Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 1.20 | 381.00 | 0.00 | 381.00 | BENTLEY PHILIP - | 02495 | X | B |
| 00002 | CREDITOR COMMITTEE | 5.90 | 3,138.00 | 53.40 | 3,191.40 | BENTLEY PHILIP - | 02495 | X | B |
| 00005 | BANKR. MOTIONS | 2.80 | 1,456.00 | 0.00 | 1,456.00 | BENTLEY PHILIP - | 02495 | X | B |
| 00008 | FEE APPLICATIONS, APPLIC | 3.30 | 991.50 | 30.30 | 1,021.80 | BENTLEY PHILIP - | 02495 | X | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 11.30 | 6,492.50 | 34.29 | 6,526.79 | BENTLEY PHILIP - | 02495 | X | B |
| 00019 | HEARINGS | 5.00 | 2,600.00 | 130.00 | 2,730.00 | BENTLEY PHILIP - | 02495 | X | B |
| 00028 | TRAVEL\NON-WORKING | 2.50 | 650.00 | 0.00 | 650.00 | BENTLEY PHILIP - | 02495 | X | B |
| | Client Total | 32.00 | 15,709.00 | 247.99 | 15,956.99 | | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

alp_132c: Client Summary

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
**\*PRIVILEGED AND CONFIDENTIAL\***

PAGE 1

Run Date & Time: 10/14/2005 11:22:07

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele 1.00/photo 0.15/w/o manu. services

### PRE-BILLING SUMMARY REPORT

|  | | |
|---|---|---|
| UNBILLED TIME FROM: | 09/01/2005 | TO: 09/30/2005 |
| UNBILLED DISB FROM: | 08/24/2005 | TO: 09/26/2005 |

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 15,709.00 | 247.99 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 09/30/2005 | 09/26/2005 |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL: _____ WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

---

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 0.00 | | |
| DISBURSEMENTS: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

### BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 09/29/05 | LAST PAYMENT DATE: | 09/29/05 |
| LAST BILL NUMBER: | 419387 | ACTUAL FEES BILLED TO DATE: | 1,519,853.00 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 1,519,853.00 |
| LAST BILL THRU DATE: | 08/31/05 | FEES WRITTEN OFF TO DATE: | 161,900.68 |

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee    (4) Excessive Legal Time    (7) Fixed Fee
(2) Late Time & Costs Posted    (5) Business Development    (8) Premium
(3) Pre-arranged Discount    (6) Summer Associate    (9) Rounding    (10) Client Arrangement

BILL NUMBER: _____ DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____

alp_132c: Client Summary

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    2

Run Date & Time: 10/14/2005 11:22:12

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

**U N B I L L E D   T I M E   S U M M A R Y**

| Emp Id | Employee Name | Group | Oldest | Latest | Total Unbilled Hours | Amount |
|--------|---------------|-------|--------|--------|----------------------|--------|
| 00720 | NADLER, ELLEN R. | PARTNER | 09/07/05 | 09/13/05 | 2.60 | 1,716.00 |
| 02495 | BENTLEY, PHILIP | PARTNER | 09/12/05 | 09/23/05 | 1.90 | 1,130.50 |
| 07850 | HOROWITZ, GREGORY A. | PARTNER | 09/14/05 | 09/20/05 | 4.50 | 2,520.00 |
| 05292 | BECKER, GARY M. | SPEC COUNSEL | 09/26/05 | 09/26/05 | 2.50 | 650.00 |
| 05292 | BECKER, GARY M. | SPEC COUNSEL | 09/01/05 | 09/27/05 | 17.00 | 8,840.00 |
| 06208 | DIMOS, BILL | ASSOCIATE | 09/06/05 | 09/30/05 | 1.00 | 340.00 |
|  | PARAPROFESSIONALS |  |  |  |  |  |
| 06091 | SHEA, JAMES | PARALEGAL | 09/09/05 | 09/26/05 | 2.50 | 512.50 |
|  | Total: |  |  |  | 32.00 | 15,709.00 |

**U N B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0820 | PHOTOCOPYING | 09/09/05 | 09/26/05 | 84.45 |
| 0930 | MESSENGER/COURIER | 08/24/05 | 08/24/05 | 16.20 |
| 0936 | CORP. DOC.& MAT. | 08/31/05 | 08/31/05 | 17.34 |
| 0950 | OUT-OF-TOWN TRAVEL | 08/25/05 | 08/25/05 | 130.00 |
|  | Total |  |  | 247.99 |

Grand Total          15,956.99

alp_132r: Matter Detail

Run Date & Time: 10/14/2005 11:15:59

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE        1

Matter No: 056772-00001                                      Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:        1986994
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status       : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

                              PRE-BILLING SUMMARY REPORT

              UNBILLED TIME FROM:    09/06/2005                    TO:
              UNBILLED DISB FROM:                                  TO:    09/30/2005

                          FEES                                            COSTS

GROSS BILLABLE AMOUNT:            381.00                                           0.00
AMOUNT WRITTEN DOWN:
          PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                         09/30/2005
CLOSE MATTER/FINAL BILLING?    YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                    ACCOUNTS RECEIVABLE TOTALS                            UNAPPLIED CASH

          FEES:                         0.00          UNIDENTIFIED RECEIPTS:            0.00
DISBURSEMENTS:                          0.00          PAID FEE RETAINER:               0.00
FEE RETAINER:                           0.00          PAID DISB RETAINER:              0.00
DISB RETAINER:                          0.00          TOTAL AVAILABLE FUNDS:           0.00
TOTAL OUTSTANDING:                      0.00          TRUST BALANCE:

                                            BILLING HISTORY

DATE OF LAST BILL:           09/29/05          LAST PAYMENT DATE:            08/25/05
LAST BILL NUMBER:            419387  ACTUAL FEES BILLED TO DATE:       249,275.50
                                     ON ACCOUNT FEES BILLED TO DATE:         0.00
                                        TOTAL FEES BILLED TO DATE:    249,275.50
LAST BILL THRU DATE:         08/31/05      FEES WRITTEN OFF TO DATE:     79,053.50

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

          (1) Exceeded Fixed Fee              (4) Excessive Legal Time          (7) Fixed Fee
          (2) Late Time & Costs Posted        (5) Business Development          (8) Premium
          (3) Pre-arranged Discount           (6) Summer Associate             (9) Rounding        (10) Client Arrangement

BILL NUMBER:                 DATE OF BILL:        Processed by:                 FRC:                 CRC:

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    2

Run Date & Time: 10/14/2005 11:15:59

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS. - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:       1986994
Bill Frequency: M

Status      : ACTIVE

UNBILLED TIME SUMMARY

| Emp Id | Employee Name | Group | Oldest | Latest | Total Unbilled Hours | Amount |
|---|---|---|---|---|---|---|
| 06208 | DIMOS, BILL | CRED | 09/06/05 | 09/30/05 | 1.00 | 340.00 |
| 06091 | SHEA, JAMES | CRED | 09/09/05 | 09/09/05 | 0.20 | 41.00 |
| | | Total: | | | 1.20 | 381.00 |

Sub-Total Hours :    0.00 Partners    0.00 Counsels    1.00 Associates    0.20 Legal Assts    0.00 Others

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task Act |
|---|---|---|---|---|---|---|---|
| DIMOS, BILL | 09/06/05 | Read documents (0.1) | 0.10 | 34.00 | 5893319 | 09/16/2005 | |
| DIMOS, BILL | 09/07/05 | Read through documents (0.1) | 0.10 | 34.00 | 5893320 | 09/16/2005 | |
| DIMOS, BILL | 09/08/05 | Read through documents (0.1) | 0.10 | 34.00 | 5893321 | 09/16/2005 | |
| DIMOS, BILL | 09/09/05 | Read through docs. (0.1) | 0.10 | 34.00 | 5893322 | 09/16/2005 | |
| DIMOS, BILL | 09/13/05 | Read through docs (0.1). | 0.10 | 34.00 | 5889630 | 09/16/2005 | |
| DIMOS, BILL | 09/14/05 | Read through docs. (0.1) | 0.10 | 34.00 | 5889632 | 09/16/2005 | |
| DIMOS, BILL | 09/26/05 | Read through docs. (0.1) | 0.10 | 34.00 | 5929550 | 10/03/2005 | |
| DIMOS, BILL | 09/28/05 | Read through docs. (0.1) | 0.10 | 34.00 | 5929549 | 10/03/2005 | |
| DIMOS, BILL | 09/29/05 | Read through docs. (0.1) | 0.10 | 34.00 | 5929551 | 10/03/2005 | |
| DIMOS, BILL | 09/30/05 | Read through docs. (0.1) | 0.10 | 34.00 | 5929552 | 10/03/2005 | |
| | | | 1.00 | 340.00 | | | |

Total For DIMOS B - 06208

| SHEA, JAMES | 09/09/05 | attn. to case files (0.2) | 0.20 | 41.00 | 5889213 | 09/16/2005 | |
| | | | 0.20 | 41.00 | | | |

Total For SHEA J - 06091

Fee Total    1.20    381.00

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    3

Run Date & Time: 10/14/2005 11:15:59

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1986994
Bill Frequency: M

Status    : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| DIMOS, BILL | 1.00 | 340.00 | | | | | |
| SHBA, JAMES | 0.20 | 41.00 | | | | | |
| Total: | 1.20 | 381.00 | | | | | |

alp_132r: Matter Detail

Run Date & Time: 10/14/2005 11:15:59

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    4

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS      - 06975
Bill Prtnr : BENTLEY PHILIP  - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:          1986995
Bill Frequency: M

Status       : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:    09/01/2005
UNBILLED DISB FROM:    09/09/2005

TO:    09/27/2005
TO:    09/23/2005

FEES                        COSTS

GROSS BILLABLE AMOUNT:          3,138.00              53.40
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                    09/27/2005          09/23/2005
CLOSE MATTER/FINAL BILLING?              YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:       BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

FEES
DISBURSEMENTS:                      0.00       UNIDENTIFIED RECEIPTS:          0.00
FEE RETAINER:                      0.00          PAID FEE RETAINER:          0.00
DISB RETAINER:                     0.00          PAID DISB RETAINER:         0.00
TOTAL OUTSTANDING:                 0.00       TOTAL AVAILABLE FUNDS:         0.00
                                              TRUST BALANCE:
                                              BILLING HISTORY

DATE OF LAST BILL:              09/29/05           LAST PAYMENT DATE:      08/25/05
LAST BILL NUMBER:               419387 ACTUAL FEES BILLED TO DATE:     179,616.50
                                    ON ACCOUNT FEES BILLED TO DATE:          0.00
                                          TOTAL FEES BILLED TO DATE:    179,616.50
LAST BILL THRU DATE:            08/31/05      FEES WRITTEN OFF TO DATE:   21,567.50

FOR ACCTG USE ONLY:             Write Down/Up Reason Codes:
        (1) Exceeded Fixed Fee          (4) Excessive Legal Time      (7) Fixed Fee
        (2) Late Time & Costs Posted    (5) Business Development       (8) Premium
        (3) Pre-arranged Discount       (6) Summer Associate           (9) Rounding          (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____          CRC: _____

alp_132r: Matter Detail

Run Date & Time: 10/14/2005 11:15:59

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   5

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

| | | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: | 1986395 |
| | | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| | | Supv Prtnr : MAYER THOMAS MOERS - 03976 | Status : ACTIVE |

**U N B I L L E D   T I M E   S U M M A R Y**

| Emp Id | Employee Name | Group | | Oldest | Latest | Total Unbilled Hours | Amount |
|--------|---------------|-------|--|--------|--------|-----------------------|--------|
| 00720 | NADLER, ELLEN R. | LITI | | 09/13/05 | 09/13/05 | 0.50 | 330.00 |
| 05292 | BECKER, GARY M. | CRED | | 09/01/05 | 09/27/05 | 5.40 | 2,808.00 |
| | Total: | | | | | 5.90 | 3,138.00 |

| Sub-Total Hours : | 0.50 Partners | 5.40 Counsels | 0.00 Associates | 0.00 Legal Assts | 0.00 Others |

**U N B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Oldest Entry | Total Unbilled Latest Entry | Total Amount |
|------|-------------|--------------|------------------------------|--------------|
| 0820 | PHOTOCOPYING | 09/09/05 | 09/23/05 | 53.40 |
| | Total | | | 53.40 |
| | Grand Total | | | 3,191.40 |

**U N B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date Task Act |
|---------------|-----------|-------------|-------|--------|--------|---------------------|
| NADLER, ELLEN R. | 09/13/05 | Begin review of Grace motion for law firm silica "retread" discovery (.50) | 0.50 | 330.00 | 5896166 | 09/16/2005 |
| | | | | | | |
| Total For NADLER E - 00720 | | | 0.50 | 330.00 | | |
| | | | | | | |
| BECKER, GARY M. | 09/01/05 | Conf. shareholder re asbestos issues | 0.50 | 260.00 | 5891846 | 09/16/2005 |
| BECKER, GARY M. | 09/07/05 | Conf. Nadler in preparation for committee conference call | 0.50 | 260.00 | 5891847 | 09/16/2005 |
| BECKER, GARY M. | 09/08/05 | Prepare for and participate in equity committee conference call (1.6); email committee members re FI questionnaire (0.3); conf with shareholder re case issues (0.5) | 2.40 | 1,248.00 | 5891848 | 09/16/2005 |
| BECKER, GARY M. | 09/12/05 | Letter from Weschler re asbestos issues | 0.30 | 156.00 | 5891849 | 09/16/2005 |
| BECKER, GARY M. | 09/16/05 | Conf. with shareholder re case issues. | 0.50 | 260.00 | 5906735 | 09/26/2005 |
| BECKER, GARY M. | 09/23/05 | Prepare status memo and send to committee. | 0.60 | 312.00 | 5919970 | 10/02/2005 |
| BECKER, GARY M. | 09/27/05 | Conference equity holder re omnibus hearing (0.3); conference second equity holder re omnibus hearing. | 0.60 | 312.00 | 5919971 | 10/02/2005 |
| | | | | | | |
| Total For BECKER G - 05292 | | | 5.40 | 2,808.00 | | |

alp_132r: Matter Detail

Run Date & Time: 10/14/2005 11:15:59

PAGE     6

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

| Matter No: 056772-00002 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: 1986995 |
|---|---|---|
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : CREDITOR COMMITTEE | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 07/27/2001 | | Status : ACTIVE |

UNBILLED TIME DETAIL

| Employee Name | | | | | Work Date |
|---|---|---|---|---|---|

| Employee | Description | | | | Hours | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|---|---|
| | Fee Total : | | | | 5.90 | 3,138.00 | | | |

UNBILLED COSTS DETAIL

Description/Code

PHOTOCOPYING          0820

| Employee | Description | Date | Hours/Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING BENTLEY PHILIP | BENTLEY, P | 09/09/05 | 3.00 | 7137109 | 153184 | 09/13/05 |
| PHOTOCOPYING TRIVENTO NICK | TRIVENTO, N | 09/12/05 | 15.75 | 7141154 | 153289 | 09/14/05 |
| PHOTOCOPYING BENTLEY PHILIP | BENTLEY, P | 09/12/05 | 16.20 | 7141155 | 153289 | 09/14/05 |
| PHOTOCOPYING BENTLEY PHILIP | BENTLEY, P | 09/16/05 | 4.05 | 7149357 | 153355 | 09/20/05 |
| PHOTOCOPYING BENTLEY PHILIP | BENTLEY, P | 09/19/05 | 3.15 | 7150993 | 153593 | 09/21/05 |
| PHOTOCOPYING BENTLEY PHILIP | BENTLEY, P | 09/20/05 | 2.85 | 7152793 | 153724 | 09/23/05 |
| PHOTOCOPYING BENTLEY PHILIP | BENTLEY, P | 09/23/05 | 5.40 | 7157387 | 153895 | 09/28/05 |
| PHOTOCOPYING BENTLEY PHILIP | BENTLEY, P | 09/23/05 | 3.00 | 7157388 | 153895 | 09/28/05 |

0820 PHOTOCOPYING Total :    53.40

Costs Total :    53.40

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    7

Run Date & Time: 10/14/2005 11:15:59

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        1986395
Bill Frequency: M

Status       : ACTIVE

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer | To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|---|
| NADLER, ELLEN R. | 0.50 | 330.00 | | | | | | |
| BECKER, GARY M. | 5.40 | 2,808.00 | | | | | | |
| Total: | 5.90 | 3,138.00 | | | | | | |

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y**

| Code Description | Amount | Bill | W/o / W/u | Transfer | To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | 53.40 | | | | | | |
| Costs Total : | 53.40 | | | | | | |

alp_l12r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    8

Run Date & Time: 10/14/2005 11:15:59

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        1986997
Bill Frequency:    M

Status        : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:    09/22/2005                        TO:    09/23/2005
UNBILLED DISB FROM:                                      TO:

|  | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 1,456.00 | 0.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | 09/23/2005 |
| CLOSE MATTER/FINAL BILLING? | YES    OR    NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH

|  |  |  |  |
|---|---|---|---|
| FEES: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 0.00 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 0.00 | TRUST BALANCE: | |
|  |  | BILLING HISTORY | |

DATE OF LAST BILL:    08/30/05        LAST PAYMENT DATE:    08/25/05
LAST BILL NUMBER:    418259    ACTUAL FEES BILLED TO DATE:    120,993.00
                             ON ACCOUNT FEES BILLED TO DATE:    0.00
                                  TOTAL FEES BILLED TO DATE:    120,993.00
LAST BILL THRU DATE:    07/31/05        FEES WRITTEN OFF TO DATE:    444.00

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee            (4) Excessive Legal Time        (7) Fixed Fee
(2) Late Time & Costs Posted      (5) Business Development         (8) Premium
(3) Pre-arranged Discount         (6) Summer Associate            (9) Rounding        (10) Client Arrangement

BILL NUMBER:            DATE OF BILL:            Processed by:            FRC:            CRC:

alp_132r: Matter Detail

Run Date & Time: 10/14/2005 11:15:59

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    9

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    1986997
Bill Frequency: M

Status    : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y
Emp Id Employee Name                    Group

| | Oldest | Latest | ------- Total Unbilled ------- | |
| | | | Hours | Amount |

05292    BECKER, GARY M.            CRED            09/22/05    09/23/05    2.80    1,456.00

            Total:                                                        2.80    1,456.00

Sub-Total Hours :    0.00 Partners    2.80 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

U N B I L L E D    T I M E    D E T A I L
Employee Name        Work Date    Description                                                            Hours    Amount    Index#    Batch Date    Task Act

BECKER, GARY M.        09/22/05    Review grace motion for injuction and                                1.00    520.00    5906167    09/23/2005
                                   declaratory judgment action re NJ civil
                                   proceeding and conf. Bentley re same
                                   (0.7).Review PD committee motion to retain
                                   Speights (0.3)

BECKER, GARY M.        09/23/05    Review PD motion to employ special counsel and                      1.80    936.00    5919972    10/02/2005
                                   debtor objection and consider committee
                                   position (1.0); further review Grace motion for
                                   injunction and declaratory judgment action re
                                   NJ suit and begin potential 'joinder' (0.8).

Total For BECKER G - 05292                                                                              2.80    1,456.00

                                   Fee Total                                                            2.80    1,456.00

alp_132r: Matter Detail

Run Date & Time: 10/14/2005 11:15:59

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    10

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

ProForma Number:        1986997
Bill Frequency:  M

Status        : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R     U N B I L L E D     T I M E     S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer | To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 2.80 | 1,456.00 | | | | | | |
| Total: | 2.80 | 1,456.00 | | | | | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    11

Run Date & Time: 10/14/2005 11:15:59

Matter No: 056772-00008                                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:    1986398
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status    : ACTIVE

Special Billing Instructions:

---

PRE-BILLING SUMMARY REPORT

                                                                      FEES                 COSTS
        UNBILLED TIME FROM:      09/13/2005                    TO:        09/26/2005
        UNBILLED DISB FROM:      08/24/2005                    TO:        09/26/2005

                                                              FEES                  COSTS

    GROSS BILLABLE AMOUNT:                            991.50                        30.30
    AMOUNT WRITTEN DOWN:
                PREMIUM:
        ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
          AMOUNT BILLED:
             THRU DATE:                  09/26/2005                           09/26/2005
CLOSE MATTER/FINAL BILLING?           YES    OR    NO
EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:

---

ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH

                  FEES:                         0.00    UNIDENTIFIED RECEIPTS:       0.00
        DISBURSEMENTS:                          0.00      PAID FEE RETAINER:         0.00
         FEE RETAINER:                          0.00      PAID DISB RETAINER:        0.00
        DISB RETAINER:                          0.00    TOTAL AVAILABLE FUNDS:       0.00
     TOTAL OUTSTANDING:                         0.00       TRUST BALANCE:

                                                BILLING HISTORY

      DATE OF LAST BILL:                  09/29/05        LAST PAYMENT DATE:      08/25/05
       LAST BILL NUMBER:                  413387 ACTUAL FEES BILLED TO DATE:     88,250.50
                                          ON ACCOUNT FEES BILLED TO DATE:         0.00
                                              TOTAL FEES BILLED TO DATE:         88,250.50
     LAST BILL THRU DATE:                 08/31/05    FEES WRITTEN OFF TO DATE:   1,657.00

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee        (4) Excessive Legal Time       (7) Fixed Fee
    (2) Late Time & Costs Posted  (5) Business Development        (8) Premium
    (3) Pre-arranged Discount     (6) Summer Associate           (9) Rounding        (10) Client Arrangement

BILL NUMBER:                 DATE OF BILL:             Processed by:              FRC:                 CRC:

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 12

Run Date & Time: 10/14/2005 11:15:59

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS    - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:       1986998
Bill Frequency: M

Status      : ACTIVE

**U N B I L L E D   T I M E   S U M M A R Y**

| Emp Id | Employee Name | Group | | Oldest | Latest | Total Unbilled Hours | Amount |
|---|---|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | CRED | | 09/19/05 | 09/26/05 | 1.00 | 520.00 |
| 06091 | SHEA, JAMES | CRED | | 09/13/05 | 09/26/05 | 2.30 | 471.50 |
| | | Total: | | | | 3.30 | 991.50 |

| Sub-Total Hours : | 0.00 Partners | 1.00 Counsels | 0.00 Associates | 2.30 Legal Assts | 0.00 Others |

**U N B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | | | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|---|---|
| 0820 | PHOTOCOPYING | | | 09/26/05 | 09/26/05 | 14.10 |
| 0930 | MESSENGER/COURIER | | | 08/24/05 | 08/24/05 | 16.20 |
| | Total | | | | | 30.30 |

| | Grand Total | | | | | 1,021.80 |

**U N B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task Act |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 09/19/05 | Review and revise August Pro Forma. | 0.50 | 260.00 | 5906736 | 09/26/2005 | |
| BECKER, GARY M. | 09/26/05 | Review and execute monthly fee application and conference Shea re same. | 0.50 | 260.00 | 5919973 | 10/02/2005 | |

Total For BECKER G - 05292      1.00      520.00

| SHEA, JAMES | 09/13/05 | verifying KL fee amounts for 16th Interim Fee order (0.3) | 0.30 | 61.50 | 5889214 | 09/16/2005 | |
| SHEA, JAMES | 09/19/05 | emails accting. becker re: august time detail (0.1); reviewing charts, begin prepping august fee app (0.1); drafting august fee app (0.4) | 0.60 | 123.00 | 5908281 | 09/26/2005 | |
| SHEA, JAMES | 09/20/05 | emails to accounting re: outstanding fees (0.2); revisions to fee application (0.3) | 0.50 | 102.50 | 5908280 | 09/26/2005 | |
| SHEA, JAMES | 09/26/05 | final revisions to august monthly, prep for becker review (0.6); sending same to local counsel (0.3) | 0.90 | 184.50 | 5918662 | 09/30/2005 | |

Total For SHEA J - 06091      2.30      471.50

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    13

Run Date & Time: 10/14/2005 11:15:59

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS    - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS  - 03976

Proforma Number:          1986998
Bill Frequency: M

Status    : ACTIVE

U N B I L L E D    T I M E    D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task Act |
|---|---|---|---|---|---|---|---|
| | | Fee Total | 3.30 | 991.50 | | | |

U N B I L L E D    C O S T S    D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING 0820 | | | | | | |
| PHOTOCOPYING | SHEA, J S | 09/26/05 | 14.10 | 7157389 | 153895 | 09/28/05 |
| SHEA, JAMES | | | | | | |
| 0820 PHOTOCOPYING Total : | | | 14.10 | | | |
| MESSENGER/COURIER 0930 | | | | | | |
| FEDERAL EXPRESS CORPORAT | GAVIGAN, J C | 08/24/05 | 8.10 | 7160369 | 153942 | 09/29/05 |
| MESSENGER/COURIER - VENDOR- FEDERAL EXPRESS CORPORATION | | | | | | |
| FEDERAL EXPRESS CORPORAT | GAVIGAN, J C | 08/24/05 | 8.10 | 7160370 | 153942 | 09/29/05 |
| MESSENGER/COURIER - VENDOR- FEDERAL EXPRESS CORPORATION | | | | | | |
| 0930 MESSENGER/COURIER Total : | | | 16.20 | | | |
| Costs Total : | | | 30.30 | | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    14

Run Date & Time: 10/14/2005 11:15:59

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        1986998
Bill Frequency: M

Status       : ACTIVE

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 1.00 | 520.00 | | | | | |
| SHEA, JAMES | 2.30 | 471.50 | | | | | |
| Total: | 3.30 | 991.50 | | | | | |

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y**

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | 14.10 | | | | | |
| 0930 MESSENGER/COURIER | 16.20 | | | | | |
| Costs Total : | 30.30 | | | | | |

```
alp_132r: Matter Detail                                KRAMER LEVIN NAFTALIS & FRANKEL, LLP                                      PAGE    15
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/14/2005 11:15:59

Matter No: 056772-00012                                  Orig Prtnr : CRED. RGTS - 06975              Proforma Number:        1996799
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976     Status    : ACTIVE
Matter Opened : 07/27/2001

Special Billing Instructions:

--------------------------------------------------- PRE-BILLING SUMMARY REPORT ---------------------------------------------------

            UNBILLED TIME FROM:     09/06/2005                       TO:    09/23/2005
            UNBILLED DISB FROM:     08/31/2005                       TO:    09/22/2005

                                              FEES                               COSTS

     GROSS BILLABLE AMOUNT:                  6,492.50                              34.29
    AMOUNT WRITTEN DOWN:
          ON ACCOUNT PREMIUM:
  DEDUCTED FROM PAID RETAINER:
             AMOUNT BILLED:
                 THRU DATE:               09/23/2005                          09/22/2005
  CLOSE MATTER/FINAL BILLING?     YES     OR    NO
  EXPECTED DATE OF COLLECTION:

  BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

  BILLING COMMENTS:

------------------------------------------------- ACCOUNTS RECEIVABLE TOTALS ---------------    UNAPPLIED CASH
                                                                                               -----------------
                    FEES:                     0.00         UNIDENTIFIED RECEIPTS:       0.00
           DISBURSEMENTS:                     0.00            PAID FEE RETAINER:        0.00
            FEE RETAINER:                     0.00           PAID DISB RETAINER:        0.00
           DISB RETAINER:                     0.00        TOTAL AVAILABLE FUNDS:        0.00
       TOTAL OUTSTANDING:                     0.00             TRUST BALANCE:

                                                  ------------ BILLING HISTORY ------------
         DATE OF LAST BILL:                09/29/05              LAST PAYMENT DATE:       09/29/05
         LAST BILL NUMBER:               419387  ACTUAL FEES BILLED TO DATE:   479,993.00
                                           ON ACCOUNT FEES BILLED TO DATE:         0.00
                                              TOTAL FEES BILLED TO DATE:   479,993.00
    LAST BILL THRU DATE:                  08/31/05     FEES WRITTEN OFF TO DATE:    4,417.50

FOR ACCT'G USE ONLY:          Write Down/Up Reason Codes:
                              (1) Exceeded Fixed Fee         (4) Excessive Legal Time       (7) Fixed Fee
                              (2) Late Time & Costs Posted   (5) Business Development        (8) Premium
                              (3) Pre-arranged Discount      (6) Summer Associate           (9) Rounding         (10) Client Arrangement

BILL NUMBER:_____ DATE OF BILL:_____  Processed by:_____          FRC:_____            CRC:_____
```

Run Date & Time: 10/14/2005 11:15:59

Matter No: 056772-00012                         Orig Prtnr : CRED. RGTS - 06975     Proforma Number: 1986999
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE       Bill Prtnr : BENTLEY PHILLIP - 02495    Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)    Supv Prtnr : MAYER, THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                     Status : ACTIVE

## UNBILLED TIME SUMMARY

| Emp Id | Employee Name | Group | Oldest | Latest | Total Unbilled Hours | Amount |
|--------|---------------|-------|--------|--------|-------|--------|
| 00720 | NADLER, ELLEN R. | LITI | 09/07/05 | 09/08/05 | 2.10 | 1,386.00 |
| 02495 | BENTLEY, PHILLIP | CRED | 09/12/05 | 09/23/05 | 1.90 | 1,130.50 |
| 07850 | HOROWITZ, GREGORY A. | LITI | 09/14/05 | 09/20/05 | 4.50 | 2,520.00 |
| 05292 | BECKER, GARY M. | CRED | 09/06/05 | 09/12/05 | 2.80 | 1,456.00 |

Total:    11.30    6,492.50

Sub-Total Hours :   8.50 Partners   2.80 Counsels   0.00 Associates   0.00 Legal Assts   0.00 Others

## UNBILLED COSTS SUMMARY

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0820 | PHOTOCOPYING | 09/22/05 | 09/22/05 | 16.95 |
| 0936 | CORP. DOC.& MAT. | 08/31/05 | 08/31/05 | 17.34 |

Total    34.29
Grand Total    6,526.79

## UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task | Act |
|---------------|-----------|-------------|-------|--------|--------|------------|------|-----|
| BENTLEY, PHILLIP | 09/12/05 | Discs GB, trade emails and review recent orders re estimation and related issues | 1.00 | 595.00 | 5896553 | 09/18/2005 | | |
| BENTLEY, PHILLIP | 09/15/05 | Discs GAM re estimation issues, review docs re same, and trade emails re same | 0.60 | 357.00 | 5896554 | 09/18/2005 | | |
| BENTLEY, PHILLIP | 09/20/05 | Review emails re asbestos | 0.10 | 59.50 | 5907848 | 09/26/2005 | | |
| BENTLEY, PHILLIP | 09/23/05 | Review recent pleadings re asbestos | 0.20 | 119.00 | 5924190 | 10/03/2005 | | |

Total For BENTLEY P - 02495    1.90    1,130.50

| HOROWITZ, GREGORY A. | 09/14/05 | study case management order, Manville developments; e-mails re same (1.5) | 1.50 | 840.00 | 5912365 | 09/28/2005 | | |
| HOROWITZ, GREGORY A. | 09/15/05 | dw PB re estimation issues (.5); long e-mail Lynette Neumann re same; rr NYT article, etc. (2.0) | 2.50 | 1,400.00 | 5912366 | 09/28/2005 | | |
| HOROWITZ, GREGORY A. | 09/20/05 | tc Lynette Neuman re asbestos (.5) | 0.50 | 280.00 | 5917439 | 09/30/2005 | | |

Total For HOROWITZ G - 07850    4.50    2,520.00

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    17

Run Date & Time: 10/14/2005 11:16:00

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        1986999
Bill Frequency: M

Status    :  ACTIVE

| U N B I L L E D    T I M E    D E T A I L | | | | | | |
|---|---|---|---|---|---|---|
| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date  Task Act |
| NADLER, ELLEN R. | 09/07/05 | Conf. w/G. Becker in prep. for Equity Committee meeting (.50) | 0.60 | 396.00 | 5888649 | 09/16/2005 |
| NADLER, ELLEN R. | 09/08/05 | Equity Committee telephonic meeting (1.00); followup w/G. Becker and review final questionnaire format (.50) | 1.50 | 990.00 | 5888646 | 09/16/2005 |
| Total For NADLER E - 00720 | | | 2.10 | 1,386.00 | | |
| BECKER, GARY M. | 09/06/05 | Review asbestos estimation case management orders and prepare consolidated timeline. | 1.70 | 884.00 | 5891850 | 09/16/2005 |
| BECKER, GARY M. | 09/12/05 | Review debtors motion to take discovery from asbestos claimants attorneys (0.6); cont. Bentley re CMO's and other asbestos issues (0.5) | 1.10 | 572.00 | 5891851 | 09/16/2005 |
| Total For BECKER G - 05292 | | | 2.80 | 1,456.00 | | |
| | | Fee Total | 11.30 | 6,492.50 | | |

| U N B I L L E D    C O S T S    D E T A I L | | | | | | |
|---|---|---|---|---|---|---|
| Description/Code | | Employee | Date | Amount | Index# | Batch No  Batch Date |
| PHOTOCOPYING       0820 | | | | | | |
| PHOTOCOPYING | | BECKER, G M | 09/22/05 | 16.95 | 7155042 | 153777  09/26/05 |
| BECKER  GARY M. | | | | | | |
| | | 0820 PHOTOCOPYING Total : | | 16.95 | | |
| CORP. DOC & MAT.       0936 | | | | | | |
| GLOBAL SECURITIES  INFORM | | PELLETIER, D | 08/31/05 | 17.34 | 7159559 | 153915  09/28/05 |
| CORP. DOC & MAT. - VENDOR- GLOBAL SECURITIES | | | | | | |
| INFORMATION, INC. | | | | | | |
| | | 0936 CORP. DOC.& MAT. Total : | | 17.34 | | |
| | | | | | | |
| Costs Total : | | | | 34.29 | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    18

Run Date & Time: 10/14/2005 11:16:00

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supp Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:      1986999
Bill Frequency: M

Status      : ACTIVE

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer | To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|---|
| NADLER, ELLEN R. | 2.10 | 1,386.00 | | | | | | |
| BENTLEY, PHILIP | 1.90 | 1,130.50 | | | | | | |
| HOROWITZ, GREGORY A. | 4.50 | 2,520.00 | | | | | | |
| BECKER, GARY M. | 2.80 | 1,455.00 | | | | | | |
| Total: | 11.30 | 6,492.50 | | | | | | |

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y**

| Code Description | Amount | Bill | W/o / W/u | Transfer | To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | 16.95 | | | | | | |
| 0936 CORP. DOC. & MAT. | 17.34 | | | | | | |
| Costs Total : | 34.29 | | | | | | |

alp_132r: Matter Detail

Run Date & Time: 10/14/2005 11:16:00

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   19

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS    - 06975
Bill Prtnr : BENTLEY PHILIP  - 02495
Supv Prtnr : MAYER, THOMAS MOERS - 03976

Proforma Number:        1987001
Bill Frequency:    M

Status     :  ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:        09/22/2005          TO:        09/26/2005
UNBILLED DISB FROM:       08/25/2005          TO:        08/25/2005

FEES                      COSTS

GROSS BILLABLE AMOUNT:              2,600.00                    130.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                        09/26/2005                   08/25/2005
CLOSE MATTER/FINAL BILLING?       YES      OR      NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:         BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH

FEES:                              0.00    UNIDENTIFIED RECEIPTS:          0.00
DISBURSEMENTS:                     0.00      PAID FEE RETAINER:            0.00
FEE RETAINER:                      0.00      PAID DISB RETAINER:           0.00
DISB RETAINER:                     0.00    TOTAL AVAILABLE FUNDS:          0.00
TOTAL OUTSTANDING:                 0.00        TRUST BALANCE:

                                           BILLING HISTORY

                                   09/29/05        LAST PAYMENT DATE:      08/25/05
DATE OF LAST BILL:                 419387 ACTUAL FEES BILLED TO DATE:   104,251.50
LAST BILL NUMBER:                    ON ACCOUNT FEES BILLED TO DATE:        0.00
                                       TOTAL FEES BILLED TO DATE:       104,251.50
LAST BILL THRU DATE:               08/31/05    FEES WRITTEN OFF TO DATE:    5,087.68

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee          (4) Excessive Legal Time          (7) Fixed Fee
        (2) Late Time & Costs Posted    (5) Business Development          (8) Premium
        (3) Pre-arranged Discount       (6) Summer Associate             (9) Rounding          (10) Client Arrangement

BILL NUMBER:                   DATE OF BILL:               Processed by:                    FRC:                     CRC:

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    20

Run Date & Time: 10/14/2005  11:16:00

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILLIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        1987001
Bill Frequency: M

Status        : ACTIVE

**U N B I L L E D    T I M E    S U M M A R Y** ------------ Total Unbilled ------------
Emp Id Employee Name                    Group          Oldest        Latest          Hours          Amount

| | | | | | |
|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | CRED | 09/22/05 | 09/26/05 | 5.00 | 2,600.00 |

Total                                                                5.00    2,600.00

Sub-Total Hours    :    0.00 Partners    5.00 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

**U N B I L L E D    C O S T S    S U M M A R Y** ------------ Total Unbilled ------------
Code  Description                          Oldest        Latest          Total
                                           Entry         Entry           Amount

| | | | |
|---|---|---|---|
| 0950 | OUT-OF-TOWN TRAVEL | 08/25/05 | 08/25/05 | 130.00 |

Total                                                  130.00

Grand Total                                          2,730.00
                                                  =============

**U N B I L L E D    T I M E    D E T A I L**
Employee Name          Work Date        Description                                          Hours          Amount          Index#          Batch Date  Task Act

| | | | | | | |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 09/22/05 | Review hearing agenda and preparations for omnibus hearing | 0.50 | 260.00 | 5906168 | 09/23/2005 | |
| BECKER, GARY M. | 09/23/05 | Preparations for omnibus hearing, including docket search. | 0.70 | 364.00 | 5919975 | 10/02/2005 | |
| BECKER, GARY M. | 09/26/05 | Prepare for and appear at omnibus court hearing in Delaware. | 3.80 | 1,976.00 | 5919974 | 10/02/2005 | |

Total For BECKER G - 05292                                          5.00    2,600.00

                                        Fee Total                   5.00    2,600.00

**U N B I L L E D    C O S T S    D E T A I L**
Description/Code                      Employee                     Date          Amount          Index#    Batch No    Batch Date

OUT-OF-TOWN TRAVEL          0950

| | | | | | | |
|---|---|---|---|---|---|---|
| CITICORP DINERS CLUB OUT-OF-TOWN TRAVEL - VENDOR- CITICORP DINERS CLUB NYE NAIROBI | BECKER, G M | 08/25/05 | 130.00 | 7163889 | 154057 | 09/30/05 |

                      0950 OUT-OF-TOWN TRAVEL Total :    130.00

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP

PAGE    21

*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 10/14/2005 11:16:00

Matter No: 056772-00019                                    Orig Prtnr : CRED. RGTS    - 06975            Proforma Number:        1987001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency:  M
Matter Name : HEARINGS                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                              Status        : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code
-----------------------------------

Employee                    Date            Amount        Index#      Batch No    Batch Date
-------------               ------          --------      -------     --------    ----------

                                            130.00

Costs Total :

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    22

Run Date & Time: 10/14/2005 11:16:00

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP  - 02495
Supv Prtnr : MAYER THOMAS MOERS  - 03976

Proforma Number:        1987001
Bill Frequency: M

Status        : ACTIVE

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 5.00 | 2,600.00 | | | | | |
| Total | 5.00 | 2,600.00 | | | | | |

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0950 | OUT-OF-TOWN TRAVEL | 130.00 | | | | | |
| | Costs Total : | 130.00 | | | | | |

alp_132r: Matter Detail

Run Date & Time: 10/14/2005 11:16:00

PAGE    23

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : TRAVEL\NON-WORKING
Matter Opened : 10/04/2002

Orig Prtnr : CRED. RGTS   - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:          1997002
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15 Bill this matter only at 1/2 standard rate

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:  09/26/2005
UNBILLED DISB FROM:

TO:    09/26/2005
TO:

|  | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 650.00 | 0.00 |
| AMOUNT WRITTEN DOWN: |  |  |
| ON ACCOUNT BILLED: |  |  |
| DEDUCTED FROM PAID RETAINER: |  |  |
| AMOUNT BILLED: |  |  |
| THRU DATE: | 09/26/2005 |  |
| CLOSE MATTER/FINAL BILLING? | YES    OR    NO |  |
| EXPECTED DATE OF COLLECTION: |  |  |

BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                                  UNAPPLIED CASH

| FEES: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
|---|---|---|---|
| DISBURSEMENTS: | 0.00 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 0.00 | TRUST BALANCE: |  |

BILLING HISTORY

| DATE OF LAST BILL: | 09/29/05 | LAST PAYMENT DATE: | 09/29/05 |
|---|---|---|---|
| LAST BILL NUMBER: | 419387 | ACTUAL FEES BILLED TO DATE: | 45,415.00 |
|  |  | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
|  |  | TOTAL FEES BILLED TO DATE: | 45,415.00 |
| LAST BILL THRU DATE: | 08/31/05 | FEES WRITTEN OFF TO DATE: | 25,258.50 |

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee           (4) Excessive Legal Time        (7) Fixed Fee
(2) Late Time & Costs Posted     (5) Business Development         (8) Premium
(3) Pre-arranged Discount        (6) Summer Associate            (9) Rounding          (10) Client Arrangement

DATE OF BILL:    Processed by:                     FRC:                     CRC:

BILL NUMBER:

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    24

Run Date & Time: 10/14/2005 11:16:00

Matter No: 056772-00028
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : TRAVEL\NON-WORKING
Matter Opened : 10/04/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        1987002
Bill Frequency:    M

Status        : ACTIVE

**U N B I L L E D    T I M E    S U M M A R Y**

| Emp Id | Employee Name | Group | | Oldest | Latest | Total Unbilled Hours | Amount |
|---|---|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | CRED | | 09/26/05 | 09/26/05 | 2.50 | 650.00 |
| | | Total: | | | | 2.50 | 650.00 |

Sub-Total Hours :    0.00 Partners    2.50 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

**U N B I L L E D    T I M E    D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task Act |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 09/26/05 | Non-working travel time to and from omnibus hearing (2.5). | 2.50 | 650.00 | 5919976 | 10/02/2005 | |

Total For BECKER G - 05292

Fee Total        2.50        650.00

            2.50        650.00

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    25

Run Date & Time: 10/14/2005 11:16:00

Matter No: 056772-00028
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : TRAVEL|NON-WORKING
Matter Opened : 10/04/2002

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP      02495
Supv Prtnr : MAYER THOMAS MOERS  - 03976

Proforma Number:        1987002
Bill Frequency: M

Status        : ACTIVE

**B I L L I N G    I N S T R U C T I O N S    F O R    U N B I L L E D    T I M E    S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer | To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 2.50 | 650.00 | | | | | | |
| Total: | 2.50 | 650.00 | | | | | | |