```
Date: 10/17/05              Legal Analysis Systems, Inc.
Time: 10:00am                                                              Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                      HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 09/09/05  Peterson   / (07) Committee, Creditors'                 0.1     60.00
 #1917     conference call with Finch and Relles re:            600.00
           alternative methods for compensating asbestos claims

 09/09/05  Relles     / (07) Committee, Creditors'                 0.1     37.50
 #2120     conference call with Finch and Peterson re:          375.00
           alternative methods for compensating asbestos claims

 09/14/05  Peterson   / (07) Committee, Creditors'                 0.6    360.00
 #1918     Telephone Finch (.2); Relles (.2) re: analyses of    600.00
           claim filings; review analyses (.2)

 09/14/05  Relles     / (07) Committee, Creditors'                 1.0    375.00
 #2121     provide Finch with claim counts for selected law     375.00
           firms

 09/16/05  Peterson   / (07) Committee, Creditors'                 0.8    480.00
 #1921     Telephone Finch re: debtors proposal for data        600.00
           collection from claimants

 09/16/05  Peterson   / (07) Committee, Creditors'                 0.2    120.00
 #1923     conference call with Finch and Relles re: survey    600.00
           questionnaire, old claims

 09/16/05  Relles     / (07) Committee, Creditors'                 0.2     75.00
 #2123     conference call with Finch and Peterson re: survey   375.00
           questionnaire, old claims
```

{D0050146:1 }

```
Date: 10/17/05              Legal Analysis Systems, Inc.
Time: 10:00am                                                              Page 2

                    W. R. Grace


Date/Slip#  Description                                      HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 09/01/05   Peterson   / (28) Data Analysis                       0.3     180.00
 #1901      Review proposals for alternative compensation of    600.00
            asbestos claims

 09/02/05   Peterson   / (28) Data Analysis                       0.1      60.00
 #1902      telephone Relles re: analyses of alternative        600.00
            compensations of asbestos claims

 09/02/05   Peterson   / (28) Data Analysis                       0.5     300.00
 #1903      Review costs and timing for proposal for alternative 600.00
            compensation of asbestos claims

 09/02/05   Relles     / (28) Data Analysis                       0.1      37.50
 #2101      telephone Peterson re: analyses of alternative      375.00
            compensations of asbestos claims

 09/02/05   Relles     / (28) Data Analysis                       0.2      75.00
 #2102      build analytical datasets for alternative projection 375.00
            scenarioss

 09/03/05   Peterson   / (28) Data Analysis                       0.1      60.00
 #1904      telephone Relles re: modifications to projections   600.00
            based on later information

 09/03/05   Peterson   / (28) Data Analysis                       0.5     300.00
 #1905      Work on analysis of alternative methods for         600.00
            compensating asbestos claims

 09/03/05   Relles     / (28) Data Analysis                       0.1      37.50
 #2103      telephone Peterson re: modifications to projections 375.00
            based on later information

 09/03/05   Relles     / (28) Data Analysis                       0.4     150.00
 #2104      build analytical datasets for variations on         375.00
            projections

 09/03/05   Relles     / (28) Data Analysis                       0.1      37.50
 #2105      update analysis files to use additional projection  375.00
            scenarios

 09/04/05   Peterson   / (28) Data Analysis                       2.7    1620.00
 #1906      Work on analysis of debtors proposed data collection 600.00

 09/04/05   Peterson   / (28) Data Analysis                       0.4     240.00
 #1907      Work on analysis of alternative methods for         600.00
            compensating asbestos claims
```

{D0050146:1 }

```
Date: 10/17/05           Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 3

                    W. R. Grace


Date/Slip# Description                                HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 09/04/05  Relles    / (28) Data Analysis                  0.1       37.50
 #2106     modify code to run cash flow analyses for new data  375.00
           variations

 09/04/05  Relles    / (28) Data Analysis                  0.2       75.00
 #2107     run cash flows, debug code, summarize outcomes   375.00

 09/04/05  Relles    / (28) Data Analysis                  0.3      112.50
 #2108     develop alternative numbers of claims based on  375.00
           assumptions about pending claims

 09/05/05  Peterson  / (28) Data Analysis                  0.1       60.00
 #1908     telephone Relles re: assumptions about pending  600.00
           claims

 09/05/05  Peterson  / (28) Data Analysis                  0.3      180.00
 #1909     Work on analysis of alternative methods for     600.00
           compensating asbestos claims

 09/05/05  Relles    / (28) Data Analysis                  0.1       37.50
 #2109     telephone Peterson re: assumptions about pending 375.00
           claims

 09/05/05  Relles    / (28) Data Analysis                  0.3      112.50
 #2110     modify cash flow model to correspond with latest 375.00
           variations in proposed Senate bill

 09/05/05  Relles    / (28) Data Analysis                  0.4      150.00
 #2111     rerun cash flows, add still more variations in  375.00
           pending claims, summarize outcomes

 09/05/05  Relles    / (28) Data Analysis                  0.1       37.50
 #2112     implement special methods for dealing with      375.00
           mesothelioma claims

 09/06/05  Peterson  / (28) Data Analysis                  0.4      240.00
 #1910     Work on analysis of alternative methods for     600.00
           compensating asbestos claims

 09/07/05  Peterson  / (28) Data Analysis                  0.4      240.00
 #1911     Review claims forecasts for analyses of alternative 600.00
           methods for compensating asbestos claims
```

{D0050146:1 }

```
Date: 10/17/05            Legal Analysis Systems, Inc.
Time: 10:00am                                                           Page 4

                     W. R. Grace


Date/Slip# Description                                   HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 09/07/05  Relles   / (28) Data Analysis                     0.5       187.50
 #2113     update simulations: adjust Trust start date, include 375.00
           special methods for handling mesothelioma claims,
           spread arriving liabilities over four years

 09/08/05  Peterson / (28) Data Analysis                     0.1        60.00
 #1912     telephone Relles re: output from simulations about 600.00
           alternative methods for compensation asbestos claims

 09/08/05  Peterson / (28) Data Analysis                     0.1        60.00
 #1913     telephone Relles re: output from simulations,    600.00
           implications for commentary on alternative methods
           for compensating asbestos claims

 09/08/05  Peterson / (28) Data Analysis                     0.8       480.00
 #1914     Work on analyses of forecasts about alternative  600.00
           methods for compensation asbestos claims

 09/08/05  Relles   / (28) Data Analysis                     0.1        37.50
 #2114     telephone Peterson re: output from simulations about 375.00
           alternative methods for compensation asbestos claims

 09/08/05  Relles   / (28) Data Analysis                     0.1        37.50
 #2115     telephone Peterson re: output from simulations,  375.00
           implications for commentary on alternative methods
           for compensating asbestos claims

 09/08/05  Relles   / (28) Data Analysis                     0.2        75.00
 #2116     update parameter files for simulations based on  375.00
           Peterson discussion; rerun simulations; review
           output and compare to earlier results

 09/08/05  Relles   / (28) Data Analysis                     0.3       112.50
 #2117     review logic, rerun simulations, build output for 375.00
           Peterson discussion

 09/09/05  Peterson / (28) Data Analysis                     0.1        60.00
 #1915     Telephone Relles re: proposals for reserving assets 600.00
           to pay cancer and serious nonmalignant claims

 09/09/05  Peterson / (28) Data Analysis                     0.2       120.00
 #1916     Review analysis of proposals for reserving assets to 600.00
           pay cancer and serious nonmalignant claims
```

{D0050146:1 }

```
Date: 10/17/05            Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 5

                    W. R. Grace


Date/Slip# Description                                     HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 09/09/05  Relles    / (28) Data Analysis                        0.1      37.50
 #2118     telephone Peterson re: proposals for reserving      375.00
           assets to pay cancer and serious nonmalignant claims

 09/09/05  Relles    / (28) Data Analysis                        0.2      75.00
 #2119     implement cancers-first variation, rerun models     375.00

 09/14/05  Peterson  / (28) Data Analysis                        0.2     120.00
 #1919     Analyses of costs of alternative methods for        600.00
           compensating asbestos claimants

 09/14/05  Peterson  / (28) Data Analysis                        0.3     180.00
 #1920     Review current proposal for alternative methods of  600.00
           compensating asbestos claimants

 09/14/05  Relles    / (28) Data Analysis                        0.2      75.00
 #2122     telephone Peterson re: analyses of claim filings    375.00

 09/16/05  Peterson  / (28) Data Analysis                        3.6    2160.00
 #1922     Review debtors materials on data collection        600.00

 09/16/05  Peterson  / (28) Data Analysis                        0.2     120.00
 #1924     Analyses of costs of alternative methods for        600.00
           compensating asbestos claimants

 09/17/05  Peterson  / (28) Data Analysis                        0.4     240.00
 #1925     Analyses of costs of alternative methods for        600.00
           compensating asbestos claimants

 09/18/05  Peterson  / (28) Data Analysis                        0.3     180.00
 #1926     Analyses of costs of alternative methods for        600.00
           compensating asbestos claimants

 09/18/05  Relles    / (28) Data Analysis                        0.1      37.50
 #2124     run new variations in models                       375.00

 09/18/05  Relles    / (28) Data Analysis                        0.3     112.50
 #2125     develop datasets for new variations in models      375.00

 09/19/05  Peterson  / (28) Data Analysis                        0.1      60.00
 #1927     telephone Relles re: review model descriptions in  600.00
           Powerpoint slides

 09/19/05  Peterson  / (28) Data Analysis                        0.2     120.00
 #1928     Review analysis of costs of alternative methods for 600.00
           compensating asbestos claims
```

{D0050146:1 }

```
Date: 10/17/05            Legal Analysis Systems, Inc.
Time: 10:00am                                                              Page 6

                    W. R. Grace


Date/Slip# Description                                    HOURS/RATE     AMOUNT
-------------------------------------------------------------------------------
 09/19/05  Peterson  / (28) Data Analysis                      0.2       120.00
 #1929     Work on analyses and descriptions of analyses of  600.00
           alternative methods for compensating asbestos claims

 09/19/05  Relles    / (28) Data Analysis                      0.1        37.50
 #2126     telephone Peterson re: review model descriptions in 375.00
           Powerpoint slides

 09/19/05  Relles    / (28) Data Analysis                      0.2        75.00
 #2127     update forecasting models to include weighted      375.00
           average of forecasts and different assumptions about
           nonmalignant qualifiers

 09/19/05  Relles    / (28) Data Analysis                      0.2        75.00
 #2128     develop Powerpoint slides to describe results of   375.00
           examining alternative forecasts

 09/19/05  Relles    / (28) Data Analysis                      0.1        37.50
 #2129     update cancers-first model                         375.00

 09/24/05  Peterson  / (28) Data Analysis                      0.4       240.00
 #1930     Review alternative proposals for compensating      600.00
           asbestos claims

 09/25/05  Peterson  / (28) Data Analysis                      0.6       360.00
 #1931     Work on analyses and report on alternative methods 600.00
           for compensating asbestos claims

 09/26/05  Peterson  / (28) Data Analysis                      0.6       360.00
 #1932     Work on analyses and report on alternative methods 600.00
           for compensating asbestos claims

 09/26/05  Relles    / (28) Data Analysis                      0.2        75.00
 #2130     review projections and cash flows for next round of 375.00
           revisions

 09/27/05  Peterson  / (28) Data Analysis                      0.1        60.00
 #1933     telephone Relles re: revisions to draft briefing   600.00

 09/27/05  Peterson  / (28) Data Analysis                      0.7       420.00
 #1934     Work on analyses and report on alternative methods 600.00
           for compensating asbestos claims

 09/27/05  Relles    / (28) Data Analysis                      0.1        37.50
 #2131     telephone Peterson re: revisions to draft briefing 375.00
```

{D0050146:1 }

```
Date: 10/17/05              Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 7

                        W. R. Grace


Date/Slip# Description                                   HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 09/27/05  Relles    / (28) Data Analysis                      0.1      37.50
 #2132     review Peterson draft briefing, note revisions    375.00

 09/27/05  Relles    / (28) Data Analysis                      0.1      37.50
 #2133     produce final draft of briefing                   375.00

 09/27/05  Relles    / (28) Data Analysis                      0.3     112.50
 #2134     develop new computations for briefing             375.00

 09/27/05  Relles    / (28) Data Analysis                      0.2      75.00
 #2135     implement revisions to briefing                   375.00

 09/28/05  Peterson  / (28) Data Analysis                      0.2     120.00
 #1935     Review draft of materials on alternative methods for 600.00
           compensating asbestos claims

 09/28/05  Relles    / (28) Data Analysis                      0.1      37.50
 #2136     develop final draft of briefing incorporating    375.00
           Peterson revisions

 09/28/05  Relles    / (28) Data Analysis                      0.2      75.00
 #2137     determination of revenue amounts needed for various 375.00
           plans to succeed

 09/29/05  Peterson  / (28) Data Analysis                      0.1      60.00
 #1936     Note possible revisions to materials on alternative 600.00
           methods for compensating asbestos claims

 09/29/05  Relles    / (28) Data Analysis                      0.6     225.00
 #2138     expand cash flow models to explore the effect of  375.00
           different revenue streams; debug and test results;
           simulate performance of alternative funding streams

 09/30/05  Relles    / (28) Data Analysis                      0.1      37.50
 #2139     review output, prepare for Peterson discussion    375.00
-----------------------------------------------------------------------------
```

{D0050146:1 }

```
Date: 10/17/05              Legal Analysis Systems, Inc.
Time: 10:00am                                                           Page 8

                                W. R. Grace

                   Summary Of Time Charges, By Month and Activity
                         September 2005 - September 2005

    MONTH       ACTIVITY                                        HOURS     AMOUNT
    ---------------------------------------------------------------------------
    September - (07) Committee, Creditors'                        3.0    1507.50
    September - (28) Data Analysis                               22.4   11842.50
    September - (99) Total                                       25.4   13350.00

    Total     - (07) Committee, Creditors'                        3.0    1507.50
    Total     - (28) Data Analysis                               22.4   11842.50
    Total     - (99) Total                                       25.4   13350.00

    ---------------------------------------------------------------------------
```

{D0050146:1 }

```
Date: 10/17/05              Legal Analysis Systems, Inc.
Time: 10:00am                                                            Page 9

                    W. R. Grace

              Summary Of Time Charges, By Month and Person
                    September 2005 - September 2005

   MONTH       PERSON                                           HOURS    AMOUNT
   ----------------------------------------------------------------------------
   September - Relles                                             8.4    3150.00
   September - Peterson                                          17.0   10200.00
   September - Total                                             25.4   13350.00

   Total     - Relles                                             8.4    3150.00
   Total     - Peterson                                          17.0   10200.00
   Total     - Total                                             25.4   13350.00

   ----------------------------------------------------------------------------
```

{D0050146:1 }

```
Date: 10/17/05           Legal Analysis Systems, Inc.
Time: 10:00am                                                         Page 10

                    W. R. Grace

          Summary Of Time Charges, By Activity, Month, and Person
                      September 2005 - September 2005

 MONTH        PERSON                             HOURS    RATE     AMOUNT
 ----------------------------------------------------------------------------
 (07) Committee, Creditors'

 September - Relles                                1.3    375.      487.50
 September - Peterson                              1.7    600.     1020.00

 (28) Data Analysis

 September - Relles                                7.1    375.     2662.50
 September - Peterson                             15.3    600.     9180.00

 ----------------------------------------------------------------------------
```

{D0050146:1 }