## EXHIBIT A

### Case Administration (22.00 Hours; $ 6,427.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.60 | $720 | 1,152.00 |
| Julie W. Davis | 1.40 | $560 | 784.00 |
| Ronald E. Reinsel | 1.80 | $540 | 972.00 |
| Rita C. Tobin | .60 | $415 | 249.00 |
| Sheila A. Clark | 5.00 | $200 | 1,000.00 |
| David B. Smith | 9.60 | $200 | 1,920.00 |
| Andrew D. Katznelson | 2.00 | $175 | 350.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/01/05 | SAC | 200.00 | 0.40 | Review, annotate and manage electronic and hard copies of case documents for distribution and inventory. |
| 09/02/05 | SAC | 200.00 | 0.40 | Review, annotate and manage electronic and hard copies of case documents for distribution and inventory. |
| 09/06/05 | SAC | 200.00 | 0.40 | Review, annotate and manage electronic and hard copies of case documents for distribution and inventory. |
| 09/07/05 | PVL | 720.00 | 0.10 | Review prop. stips. |
| 09/07/05 | RCT | 415.00 | 0.20 | Review local counsel recommendation and dockets re: EI update. |
| 09/08/05 | SAC | 200.00 | 0.40 | Review, annotate and manage electronic and hard copy of case file inventory. |
| 09/09/05 | DBS | 200.00 | 5.70 | Create a chart that reflects the key dates and deadlines in the estimation of asbestos personal injury liabilities, based on the Case Management Order. |
| 09/09/05 | SAC | 200.00 | 0.40 | Review, annotate and manage electronic and hard copy of case file inventory. |
| 09/12/05 | PVL | 720.00 | 0.30 | Teleconference Brickley. |

{D0050470:1 }

25

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 09/12/05 | RCT | 415.00 | 0.20 | Review local counsel recommendations and dockets re: EI update. |
| 09/12/05 | SAC | 200.00 | 0.40 | Review, annotate and manage electronic and hard copy of case file inventory. |
| 09/13/05 | SAC | 200.00 | 0.40 | Review, annotate and manage electronic and hard copy of case file inventory. |
| 09/15/05 | PVL | 720.00 | 0.10 | Review 8 miscellaneous filings. |
| 09/15/05 | RER | 540.00 | 0.20 | Meeting with EI re: committee case status review. |
| 09/16/05 | PVL | 720.00 | 1.10 | Review 9 miscellaneous filings (.1); conferences w/JAL (.2); review draft opposition and confer JAL (.3); teleconference Cohn (.3); review 3 discovery oppositions (.1); review e-mail (.1). |
| 09/19/05 | RER | 540.00 | 0.20 | Work re: preparation of reports re: case status. |
| 09/19/05 | SAC | 200.00 | 0.40 | Review, annotate and manage electronic and hard copies of case inventory. |
| 09/20/05 | ADK | 175.00 | 1.00 | Perform review of court documents received to identify relevant documents for EI and RCT. |
| 09/20/05 | ADK | 175.00 | 0.50 | Updated payment schedule with payment received. |
| 09/20/05 | RER | 540.00 | 0.40 | Work re: preparation and draft responses re: case status. |
| 09/21/05 | RER | 540.00 | 0.40 | Work re: preparation for status meeting and revisions of responses re: same. |
| 09/22/05 | JWD | 560.00 | 0.80 | Meeting with EI, et al., re stats of case |
| 09/22/05 | RER | 540.00 | 0.30 | Attend committee status meeting. |
| 09/23/05 | JWD | 560.00 | 0.60 | Meeting with EI re status of case |
| 09/23/05 | RER | 540.00 | 0.30 | Attend meeting re: case status. |
| 09/23/05 | DBS | 200.00 | 2.00 | Compile and organize documents for witness files. |
| 09/23/05 | SAC | 200.00 | 0.50 | Review, annotate and manage electronic and hard copies of case inventory. |
| 09/26/05 | RCT | 415.00 | 0.20 | Review docket and local counsel recommendations re: EI update. |

| 09/26/05 | SAC | 200.00 | 0.40 | Review, annotate and manage electronic and hard copies of case inventory. |
| --- | --- | --- | --- | --- |
| 09/28/05 | DBS | 200.00 | 1.70 | Compile and organize production documents. |
| 09/29/05 | ADK | 175.00 | 0.50 | Prepared all necessary materials for upcoming conference call. |
| 09/29/05 | SAC | 200.00 | 0.40 | Review, annotate and manage electronic and hard copy of case file inventory. |
| 09/30/05 | DBS | 200.00 | 0.20 | Compile pleading for attorney review. |
| 09/30/05 | SAC | 200.00 | 0.50 | Review, annotate and manage electronic and hard copy of case file inventory. |

**Total Task Code .04        22.00**

**Claim Analysis Objection & Resolution (Asbestos) (3.80 Hours; $ 2,736.00)**

| Attorney | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Peter Van N. Lockwood | 3.80 | $720 | 2,736.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
| --- | --- | --- | --- | --- |
| 09/06/05 | PVL | 720.00 | 0.20 | Review e-mail (.1); e-mail NDF (.1). |
| 09/07/05 | PVL | 720.00 | 0.20 | Review 13th omni PD obj. (.1); review e-mail (.1). |
| 09/08/05 | PVL | 720.00 | 0.90 | Review 15th omni PD cls. obj. |
| 09/09/05 | PVL | 720.00 | 0.30 | Confer NDF (.1); review NDF e-mail and reply (.1); review e-mail (.1). |
| 09/12/05 | PVL | 720.00 | 1.20 | Review atty questionnaire motion (1); review e-mail (.2). |
| 09/14/05 | PVL | 720.00 | 0.40 | Review e-mail and reply (.3); review draft memo (.1). |
| 09/15/05 | PVL | 720.00 | 0.40 | Confer EI et al (.3); review draft opposition to motion to shorten time (.1). |

| 09/16/05 | PVL | 720.00 | 0.20 | Review PD motion to strike (.1); review WRG opposition to motion to strike (.1). |

**Total Task Code .05        3.80**

**Committee, Creditors', Noteholders' or Equity Holders' (6.20 Hours; $ 4,050.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 3.60 | $795 | 2,862.00 |
| Ronald E. Reinsel | 1.00 | $540 | 540.00 |
| Jeffrey A. Liesemer | 1.60 | $405 | 648.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/12/05 | RER | 540.00 | 0.20 | Work re: case status analysis for committee meeting. |
| 09/13/05 | RER | 540.00 | 0.30 | Work re: preparation of case status summaries for EI re: Committee meeting. |
| 09/14/05 | RER | 540.00 | 0.50 | Draft status report re: committee meeting preparation. |
| 09/21/05 | EI | 795.00 | 3.00 | Conf. Weitz/Budd to prepare for meeting (1.0); conf. Weitz/Budd and Bernick to discuss status (2.0). |
| 09/22/05 | EI | 795.00 | 0.30 | Conf. and dinner conf. to review case status (4.8). |
| 09/22/05 | JAL | 405.00 | 1.30 | Meeting in NYO w/committee re developments, and next steps. |
| 09/23/05 | EI | 795.00 | 0.30 | Committee case status conference to review all cases (3.2); C&D post mortem and memo to JWD re: to do (1.6). |
| 09/23/05 | JAL | 405.00 | 0.20 | Meeting w/EI, JWD, RER, WBS re results of committee meeting and next steps. |
| 09/23/05 | JAL | 405.00 | 0.10 | Drafted and revised memo to NDF re results of committee meeting and next steps. |

**Total Task Code .07        6.20**

55

**Employment Applications, Others (.10 Hours; $ 72.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $720 | 72.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/15/05 | PVL | 720.00 | 0.10 | Review PD Comm retention application re Dies et al. |

**Total Task Code .10      .10**


**Fee Applications, Applicant (3.40 Hours; $ 1,051.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 1.90 | $415 | 788.50 |
| Andrew D. Katznelson | 1.50 | $175 | 262.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/08/05 | RCT | 415.00 | 0.50 | Review prebills. |
| 09/13/05 | RCT | 415.00 | 0.50 | Review exhibits. |
| 09/19/05 | RCT | 415.00 | 0.20 | Review local counsel recommendation and dockets re EI update. |
| 09/21/05 | RCT | 415.00 | 0.50 | Monthly fee app review.. |
| 09/27/05 | RCT | 415.00 | 0.20 | Review fee schedule for October. |
| 09/27/05 | ADK | 175.00 | 1.00 | Worked on fee application. |
| 09/28/05 | ADK | 175.00 | 0.50 | Worked on fee application. |

**Total Task Code .12      3.40**

65

**Fee Applications, Others (.10 Hours; $ 72.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $720 | 72.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/02/05 | PVL | 720.00 | 0.10 | Review 4 fee applications. |

**Total Task Code .13**   .10


**Hearings (5.60 Hours; $ 2,646.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Ronald E. Reinsel | 2.80 | $540 | 1,512.00 |
| Jeffrey A. Liesemer | 2.80 | $405 | 1,134.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/26/05 | RER | 540.00 | 2.50 | Appear at Omnibus Hearing. |
| 09/26/05 | JAL | 405.00 | 2.80 | Appear and argue at Grace omnibus hearing re Rule 2019 motion, discovery mediator and debtors' motion to shorten time. |
| 09/27/05 | RER | 540.00 | 0.30 | Correspondence and follow up re: hearing issues. |

**Total Task Code .15**   5.60


**Litigation and Litigation Consulting (131.10 Hours; $ 50,604.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Elihu Inselbuch | 2.40 | $795 | 1,908.00 |
| Walter B. Slocombe | 1.60 | $590 | 944.00 |
| Albert G. Lauber | .40 | $580 | 232.00 |
| Nathan D. Finch | 29.20 | $475 | 13,870.00 |
| Jeffrey A. Liesemer | 58.30 | $405 | 23,611.50 |
| Danielle K. Graham | 8.60 | $270 | 2,322.00 |
| Harry M. Schwirck | 29.00 | $255 | 7,395.00 |
| Adam L. VanGrack | .40 | $220 | 88.00 |
| Stacie M. Evans | 1.20 | $195 | 234.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/02/05 | JAL | 405.00 | 0.20 | Reviewed and executed draft motion for admission pro hac vice (.1); drafted and revised memo to Hurford re finalizing and filing same (.1). |
| 09/02/05 | JAL | 405.00 | 0.10 | Reviewed and executed draft motion for pro hac vice admission. |
| 09/06/05 | NDF | 475.00 | 0.50 | Review materials regarding 8/20 hearing and questionnaire. |
| 09/08/05 | NDF | 475.00 | 1.30 | Review Grace EPA submission regarding asbestos (0.8); review revised Case Management Order (0.5). |
| 09/08/05 | DKG | 270.00 | 2.50 | Attention to issue re Silica. |
| 09/08/05 | ALV | 220.00 | 0.20 | Work with paralegals to establish a timeline in response to Court's case management order. |
| 09/09/05 | EI | 795.00 | 0.20 | Memo to Committee re: questionnaire. |
| 09/09/05 | NDF | 475.00 | 2.30 | Draft memo for Mr. Inselbuch to committee regarding discovery issue (1.0); engage in planning for asbestos estimation case (1.3). |
| 09/09/05 | HMS | 255.00 | 1.00 | Response to proposed lawyers' Questionnaire |
| 09/09/05 | ALV | 220.00 | 0.20 | Edit letter to Grace plaintiff attorneys regarding questionnaire. |
| 09/12/05 | NDF | 475.00 | 0.80 | Read debtor's motion to take attorney discovery; e-mail Baron re same |
| 09/12/05 | HMS | 255.00 | 1.00 | Opposition to lawyer's Questionnaire |
| 09/12/05 | JAL | 405.00 | 5.80 | Teleconference w/NDF re attorney questionnaire motion and related discovery issues (.3); |

| | | | | |
|---|---|---|---|---|
| | | | | teleconference w/ALV re estimation proceeding and related discovery issues (.1); teleconference w/HMS re debtors' recent motion to send questionnaire to asbestos claimants' counsel (.1); review and analysis of debtors' motion for leave to serve questionnaire on asbestos claimants' counsel and exhibits thereto (4.7); research re drafting opposition to debtors' motion re serving questionnaire on claimants' attorneys (.6). |
| 09/13/05 | EI | 795.00 | 0.30 | Memo S. Baron re: discovery. |
| 09/13/05 | NDF | 475.00 | 1.50 | Teleconference with Baron re various case issues; teleconference with Peterson re same; memo to EI re case status. |
| 09/13/05 | HMS | 255.00 | 6.90 | Opposition to lawyer's Questionnaire (6.4); meeting with JAL to discuss opposition to lawyer's Questionnaire (.5) |
| 09/13/05 | JAL | 405.00 | 4.90 | Review client correspondence re debtors' recent motion to serve questionnaire on asbestos claimants' attorneys (.2); confer w/HMS re prep of opposition brief re same (.8); drafted and revised memo to HMS re same (.1); further review and analysis of debtors' motion to service questionnaires on claimants' counsel and exhibits to motion as part of preparing opposition thereto (2.5); research and review of research materials re preparing written opposition to serve questionnaire on claimants' counsel (1.3). |
| 09/14/05 | NDF | 475.00 | 1.80 | Review prior discovery to debtor in Sealed Air case. |
| 09/14/05 | HMS | 255.00 | 8.40 | Draft opposition to Grace Attorney's Questionnaire |
| 09/14/05 | JAL | 405.00 | 5.30 | Drafted and revised e-mail to B. Stansbury re announcement of mediator appointment to mediator candidates (.1); further correspondence w/Stansbury re same, reviewed order appointing former Judge Whelan as discovery mediator (3.0); phone call and voice message to Esserman re debtors' motion to service questionnaires on claimants' counsel (.1); research and review and analysis of research materials in connection w/prep opposition to debtors' motion to service questionnaire on claimants; counsel (3); drafted/revised memo to NDF, HMS re considerations and potential arguments for inclusion in opposition to debtor's motion to serve questionnaire con claimants counsel (1.2); review |

| | | | | |
|---|---|---|---|---|
| | | | | and analysis of materials re prep of opposition brief to questionnaire motion (.3); drafted and revised memo to PVNL re opposition brief (.2); drafted and revised memo to HMS re opposition brief (.1). |
| 09/15/05 | NDF | 475.00 | 0.80 | Conference with EI re case status; drafting memo re stale claims |
| 09/15/05 | HMS | 255.00 | 6.80 | Draft opposition to Grace Attorney's Questionnaire |
| 09/15/05 | JAL | 405.00 | 0.40 | Review and analysis of certain insurers' motion to obtain access to Rule 2019 statements and exhibits. |
| 09/16/05 | EI | 795.00 | 0.50 | T/c JAL re: opposition (.3); memo to NDF re: discovery (.1); meeting schedule (.1). |
| 09/16/05 | NDF | 475.00 | 1.80 | Email to Mr. Rice regarding various issues (0.5); telephone conference with Dr. Peterson regarding estimation issue (0.5); work on recovery analysis (0.8). |
| 09/16/05 | HMS | 255.00 | 4.90 | Draft opposition to Attorney Questionnaire |
| 09/16/05 | JAL | 405.00 | 7.50 | Review research re prep of opposition to attorney questionnaire motion (.2); teleconference w/HMS re same (.3); teleconference w/Esserman re insurers' motion to gain access to Rule 2019 statements (.4); teleconference w/NDF re same (.1); confer with PVNL re same (.2); drafted and revised memo to EI re same (.9); teleconference w/EI re same (.2); review and revised joint message to discovery mediator candidates informing them of mediator selection (.3); revised draft opposition to debtors' motion to shorten time on attorney questionnaire and incorporated PVNL's comments (1.1); teleconfernece with Hurford re same and draft opposition to insurers' motion to gain access to Rule 2019 statements (.4); reviewed, revised and edited draft opposition to attorney questionnaire motion (1.2); teleconference with Hurford re same and court's recent scheduling order (.2); teleconfernece NDF re opposition motion to shorten time and court's setting status conference on attorney questionnaire (.2); teleconference PVNL re same (.2); reviewed and revised draft opposition to insurers' motion to gain access to Rule 2019 statements (1.4); teleconfernece Hurford re draft opposition to insurers' Rule 2019 motion (.2). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 09/18/05 | WBS | 590.00 | 0.20 | Rev PD motion for apptment of special counsel in est. |
| 09/19/05 | AGL | 580.00 | 0.20 | Review pending orders/motions. |
| 09/19/05 | EI | 795.00 | 0.60 | T/c NDF and Peterson re: status, discovery, questionnaire and Rice questions (.5); meeting schedule (.1). |
| 09/19/05 | NDF | 475.00 | 3.70 | Draft memo to Mr. Inselbuch regarding estimation case trial and discovery status (1.5); edit written discovery to Grace (0.7); telephone conference with Mr. Inselbuch regarding various issues (0.5); telephone conference with Sinclair regarding valuation analyses (0.5); telephone conference with claimant counsel regarding status of case (0.5). |
| 09/19/05 | JAL | 405.00 | 5.10 | Teleconference w/HMS re opposition to attorney questionnaire motion (.1); research and review research materials re prep opposition to attorney questionnaire motion (2.9); teleconference NDF re estimation issues in case, and next steps (.5); reviewed materials re response to NDF inquire re estimation discovery issues and drafted memo to team re same (.3); research re estimation and related litigation issues and review and analysis research materials (1.3). |
| 09/20/05 | SME | 195.00 | 1.20 | Research re: recent asbestos litigation reform; prepare memo re same. |
| 09/20/05 | JAL | 405.00 | 5.50 | Reply e-mail to debtors' counsel re discovery mediator appointment (.1); review/analysis memo from Hurford re objections to debtors' motion to shorten time on attorney questionnaire motion (.5); phone conference w/Hurford re same (.2); drafted and revised memo to EI re our objection to debtors' motion to shorten time on attorney questionnaire motion (.7) review and analysis of materials in prep for 9/26 omnibus hearing (.3); further revisions/edits to objection to debtors' motion to shorten time (.8); further drafting and revisions to objection to attorney questionnaire motion (2.9). |
| 09/21/05 | NDF | 475.00 | 1.20 | Prepare for committee meeting regarding case status and litigation approaches |
| 09/21/05 | DKG | 270.00 | 0.20 | Discuss research assignment with JAL. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 09/21/05 | DKG | 270.00 | 3.60 | Attention to issues re Silica. |
| 09/21/05 | JAL | 405.00 | 3.40 | Drafted and revised response memo to NDF re insurers' Rule 2019 motion (.2); phone call w/D. Mendelson and Stansbury re discovery mediator appointment (.2); phone call and voice mail to Hurford re objection to debtors' motion to shorten time (.1); drafted and revised memo to NDF re next steps in case (.1); teleconference NDF re developments and next steps re estimation proceeding (.3); drafted and revised court papers re estimation discovery (.7); teleconfernece w/debtors' counsel and former Judge Whelan re initial steps re discovery mediation (.3); teleconfernece w/Hurford re objections to Rule 2019 motion filed by insurers (.2); review material from Hurford re same (.3); review and analysis material in prep of 9/26 omnibus hearing (1.0). |
| 09/22/05 | WBS | 590.00 | 0.30 | Meeting with ACCs to discuss case status (4.8). |
| 09/22/05 | NDF | 475.00 | 2.00 | Meet with ACC regarding case status (1.0); draft memo to EI regarding estimation discovery (1.0). |
| 09/22/05 | DKG | 270.00 | 2.00 | Attention to issues re Silica. |
| 09/22/05 | JAL | 405.00 | 0.60 | Review and analysis of agenda notice for upcoming omnibus hearing. |
| 09/23/05 | AGL | 580.00 | 0.20 | Review pending orders and schedules. |
| 09/23/05 | WBS | 590.00 | 0.30 | Committee case status conference continuation (3.2), follow up discussions with EI, JWD (1.6). |
| 09/23/05 | JAL | 405.00 | 1.50 | Drafted memo to NDF re question re debtors' attorney questionnaire motion (.1); drafted and revised memo to Ziolkowski re 9/26 omnibus hearing (.3); review and analysis of debtors' complaint for declaratory and injunctive relief against NJ officials re fines sought by state of NJ (.4); review and analysis of research materials in prep of objection to attorney questionnaire motion (.7). |
| 09/23/05 | JAL | 405.00 | 0.20 | Drafted and revised memo to Hurford re materials and documents needed for 9/26 omnibus hearing. |
| 09/23/05 | JAL | 405.00 | 1.20 | Review and analysis of prior Rule 2019 orders, memoranda and other materials in prep for opposition argument to insurers' 2019 motion at 9/26 |

125

| | | | | |
|---|---|---|---|---|
| | | | | hearing (1.0); drafted and revised memo to Mendelson, Stansbury re materials to be sent discovery mediator (.2). |
| 09/24/05 | JAL | 405.00 | 0.20 | Phone call and voice messages to Prol re 9/26 hearing. |
| 09/26/05 | WBS | 590.00 | 0.50 | Review recent filings. |
| 09/26/05 | NDF | 475.00 | 0.70 | Work on draft discovery to debtor. |
| 09/26/05 | JAL | 405.00 | 4.60 | Prep arguments for Grace omnibus hearing re insurers' Rule 2019 motions and debtors' motion to shorten time w/respect to attorney questionnaire motion (3.8); drafted and revised memo to Hurford re additional materials and documents to bring to hearing (.1); confer RER, Hurford re insurers' Rule 2019 motions (.2); confer Hurford re debtors' attorney questionnaire motion and motion to shorten time (.2); confer RER, Hurford re attorney questionnaire motion and related claims estimation and discovery issues (.3). |
| 09/27/05 | WBS | 590.00 | 0.30 | Rev recent filings. |
| 09/27/05 | EI | 795.00 | 0.10 | Memo re: Libby. |
| 09/27/05 | NDF | 475.00 | 5.30 | Review prior expert witness reports in asbestos litigation from various USG and ACC experts (2.1); analyze USG documents regarding liability (1.5); analyze USG claims history (1.7). |
| 09/27/05 | JAL | 405.00 | 2.40 | Drafted and revised memo to EI, WBS, NDF re 9/26 hearing and issues raised (1.6); drafted and revised response memo to NDF re discovery mediator compensation (.2); drafted and revised memo the Hurford re discovery mediator issues (.1); reviewed memo from DKG re research on lift stay and claim liquidation issues (.1); drafted and revised memo to DKG re same (.4). |
| 09/28/05 | EI | 795.00 | 0.70 | Telecon Heberling (.3); telecon NDF (.2); re: Libby doctors issue, telecon Liesemer re: report (.2). |
| 09/28/05 | NDF | 475.00 | 1.30 | Draft interrogatories (0.5); telephone conference with Alan Rich regarding Libby issue (0.3); memo to Mr. Inselbuch regarding Libby issue (0.5). |

135

| Date | Init | Rate | Hours | Narrative |
|---|---|---|---|---|
| 09/28/05 | JAL | 405.00 | 4.80 | Phone call and voice message to Hurford re draft hearing memo (.1); reviewed and edited draft hearing memo (.5); drafted and revised memo to EI re discovery issues (.3); drafted and revised report to committee re 9/26 hearing and related issues (2.3); teleconference Hurford re comments on draft report on 9/26 hearing (.2); teleconfernece w/EI re same (.1); revised draft report (.2); research and review and analysis of research materials re estimation of claims issues (1.1). |
| 09/29/05 | NDF | 475.00 | 2.10 | Work on interrogatories and document requests. |
| 09/29/05 | JAL | 405.00 | 3.00 | Drafted and revised motion related to estimation asbestos claims. |
| 09/30/05 | NDF | 475.00 | 2.10 | Review materials produced in Sealed Air litigation. |
| 09/30/05 | DKG | 270.00 | 0.30 | Continue drafting Silica deposition outline. |
| 09/30/05 | JAL | 405.00 | 1.60 | Drafted and revised motion relating to estimation of asbestos claims (1.5); further revisions to attorney questionnaire opposition (.1). |

**Total Task Code .16**      **131.10**

**Plan & Disclosure Statement (9.50 Hours; $ 5,675.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 2.50 | $795 | 1,987.50 |
| Julie W. Davis | 5.50 | $560 | 3,080.00 |
| Kimberly N. Brown | 1.50 | $405 | 607.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/06/05 | EI | 795.00 | 0.10 | T/c Weitz, review of lists and memos re: Committee case status conference (1.6). |
| 09/07/05 | EI | 795.00 | 0.10 | Efforts to schedule meeting and t/c Weitz re: same (1.4); memo to staff to prepare (.2). |

| | | | | |
|---|---|---|---|---|
| 09/08/05 | EI | 795.00 | 0.10 | Memo inviting participants to attend Committee case status conference and doing prep here (1.4); t/c PVNL re: same (.1); t/c NDF re: same (.1). |
| 09/12/05 | EI | 795.00 | 0.20 | Memo re: questionnaire. |
| 09/13/05 | KNB | 405.00 | 1.50 | Review e-mails, attachments re PI CMO |
| 09/14/05 | JWD | 560.00 | 1.00 | Draft memo to ACC re questionnaire issues |
| 09/14/05 | EI | 795.00 | 0.80 | Memo draft re: questionnaire (.7); t/c NDF re: same (.1). |
| 09/14/05 | EI | 795.00 | 0.10 | Prep for trip to DC office, reviewing case status (1.6). |
| 09/15/05 | EI | 795.00 | 0.40 | Meeting with C&D attorneys and others to prepare for Committee case status conference (6.4). |
| 09/17/05 | JWD | 560.00 | 1.30 | Respond to e-mail inquiries from law firms re questionnaire |
| 09/17/05 | EI | 795.00 | 0.10 | Read memo on questionnaire from NDF. |
| 09/19/05 | JWD | 560.00 | 3.20 | Respond to telephone calls, e-mails re discovery, questionnaire issues |
| 09/19/05 | EI | 795.00 | 0.10 | Prep for Committee case status conference (1.4); bankruptcy code amendments (.2). |
| 09/20/05 | EI | 795.00 | 0.10 | Work on documents for Committee case status conference (1.4); t/c Budd re: same (.2). |
| 09/20/05 | EI | 795.00 | 0.20 | Meeting with Bernick arrangements. |
| 09/21/05 | EI | 795.00 | 0.20 | Editing all case summaries and preparing for Committee case status conference (3.2). |

**Total Task Code .17         9.50**


**Travel – Non Working (4.40 Hours; $ 1,052.25)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .40 | $397.50 | 159.00 |

155

| | | | | |
|---|---|---|---|---|
| Walter B. Slocombe | .40 | $295.00 | | 118.00 |
| Julie W. Davis | .20 | $280.00 | | 56.00 |
| Ronald E. Reinsel | .30 | $270.00 | | 81.00 |
| Nathan D. Finch | .30 | $237.50 | | 71.25 |
| Jeffrey A. Liesemer | 2.80 | $202.50 | | 567.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/15/05 | EI | 397.50 | 0.40 | Round trip to DC for meeting (6.4). |
| 09/22/05 | WBS | 295.00 | 0.20 | Travel to NY for Committee case status conference (3.2). |
| 09/22/05 | JWD | 280.00 | 0.10 | Travel to New York |
| 09/22/05 | NDF | 237.50 | 0.30 | Travel to New York for meeting with Asbestos Claimants Committee and EI. |
| 09/22/05 | RER | 270.00 | 0.20 | Travel to NYC re: committee status meeting. |
| 09/22/05 | JAL | 202.50 | 0.50 | Travel to NY for meeting. |
| 09/23/05 | WBS | 295.00 | 0.20 | Return from NY. |
| 09/23/05 | JWD | 280.00 | 0.10 | Travel to D.C. |
| 09/23/05 | RER | 270.00 | 0.10 | Return travel to DC. |
| 09/23/05 | JAL | 202.50 | 0.60 | Return travel from NY. |
| 09/26/05 | JAL | 202.50 | 1.70 | Travel DC/Wilmington for hearing. |

**Total Task Code .21**       4.40

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 461.31 |
| Air Freight & Express Mail | 28.20 |
| Charge of Cell and/or Home Phone Useage | 0.90 |
| Conference Meals | 162.76 |
| Database Research | 1,520.17 |
| Local Transportation - DC | 20.00 |
| Long Distance-Equitrac In-House | 9.17 |
| Meals Related to Travel | 4.00 |
| NYO Long Distance Telephone | 12.35 |
| Telecopier/Equitrac | 15.00 |
| Travel Expenses - Ground Transportation | 94.54 |
| Travel Expenses - Hotel Charges | 373.63 |
| Travel Expenses - Miscellaneous | 1.87 |
| Xeroxing | 145.05 |
| Total: | $2,848.95 |