**EXHIBIT B**

**Case Administration (22.0 Hours; $ 6,427.00)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**    22.0

**Claim Analysis Objection & Resolution (Asbestos) (3.8 Hours; $ 2,736.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against Debtors' estates.

**Total Task Code .05**    3.8

**Committee, Creditors', Noteholders' or Equity Holders' (6.2 Hours; $ 4,050.00)**

      Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**    6.2

**Employment Applications, Others (.1 Hours; $ 72.00)**

      Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10**    .1

**Fee Applications, Applicant (3.4 Hours; $ 1,051.00)**

      Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**    3.4

**Fee Applications, Others (.1 Hours; $ 72.00)**

      Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13**    .1

**Hearings (5.6 Hours; $ 2,646.00)**

        Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15      5.6**

**Litigation and Litigation Consulting (131.1 Hours; $ 50,604.50)**

        Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16  131.1**

**Plan & Disclosure Statement (9.5 Hours; $ 5,675.00)**

        Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17  9.5**

**Travel Non-working (4.4 Hours; $ 1,052.25)**

        Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21  4.4**