## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 461.31 |
| Air Freight & Express Mail | 28.20 |
| Charge of Cell and/or Home Phone Useage | 0.90 |
| Conference Meals | 162.76 |
| Database Research | 1,520.17 |
| Local Transportation - DC | 20.00 |
| Long Distance-Equitrac In-House | 9.17 |
| Meals Related to Travel | 4.00 |
| NYO Long Distance Telephone | 12.35 |
| Telecopier/Equitrac | 15.00 |
| Travel Expenses - Ground Transportation | 94.54 |
| Travel Expenses - Hotel Charges | 373.63 |
| Travel Expenses - Miscellaneous | 1.87 |
| Xeroxing | 145.05 |
| Total: | $2,848.95 |