```
Client Number:    4642              Grace Asbestos Personal Injury Claimants                               Page:    1
Matter     000                      Disbursements                                                   10/24/2005
                                                                                                Print Date/Time:
                                                                                                     10/24/2005
                                                                                                      2:25:22PM
Attn:                                                                                               Invoice #

                                          PREBILL / CONTROL REPORT
                                             Trans Date Range:  1/1/1950  to: 9/30/2005
Matter     000
Disbursements
Bill Cycle:        Monthly           Style:        i1         Start:    4/16/2001
                                                     Last Billed : 9/30/2005                          13,655
```

Trust Amount Available

Total Expenses Billed To Date        $291,458.42

```
Billing Empl:        0120     Elihu  Inselbuch
Responsible Empl:    0120     Elihu  Inselbuch
Alternate Empl:      0120     Elihu  Inselbuch
Originating Empl:    0120     Elihu  Inselbuch
```

**Summary by Employee**

```
                                         ---------- A C T U A L ----------         ---------- B I L L I N G ---------
Empl     Initials    Name                   Hours            Amount                   Hours            Amount

0020     PVL         Peter Van N Lockwood    0.00            337.00                    0.00            239.00
0054     WBS         Walter B Slocombe       0.00             25.45                    0.00             25.45
0120     EI          Elihu  Inselbuch        0.00             40.18                    0.00             25.67
0187     NDF         Nathan D Finch          0.00            196.76                    0.00            196.76
0199     ADK         Andrew D Katznelson     0.00              0.15                    0.00              0.15
0220     SKL         Suzanne K Lurie         0.00             62.10                    0.00             62.10
0232     LK          Lauren  Karastergiou    0.00              8.25                    0.00              8.25
0238     SLC         Stacey L Colson         0.00             19.80                    0.00             19.80
0302     RER         Ronald E Reinsel        0.00             45.75                    0.00             45.75
0309     HMS         Harry M Schwirck        0.00              4.50                    0.00              4.50
0317     JAL         Jeffrey A Liesemer      0.00            674.73                    0.00            576.73
0999     C&D         Caplin &. Drysdale      0.00          1,644.79                    0.00          1,644.79
                                             0.00          3,059.46                    0.00          2,848.95
Total Fees
```

**Summary by Employee**

```
                                         ---------- A C T U A L ----------         ---------- B I L L I N G ---------
Empl     Initials    Name               Rate       Hours         Amount           Rate       Hours         Amount

Total Fees
```

**Detail Time / Expense by Date**

```
                                                                                   ---------- A C T U A L ----------  ---------- B I L L I N G ---------
TransNo.    Description                      TransType  Trans Date   Work Empl     Rate     Hours      Amount       Rate    Hours      Amount    Cumulative

1850286     Photocopy                        E          09/02/2005   0238    SLC   0.00                $10.05       0.00               $10.05       10.05
1850473     EI; To reimburse for cell phone usage while on  E  09/06/2005   0120    EI    0.00                $0.90        0.00               $0.90        10.95
```

```
Client Number:  4642                    Grace Asbestos Personal Injury Claimants                                                                    Page:   1

Matter      000                         Disbursements                                                                                           10/24/2005
                                                                                                                                           Print Date/Time:
                                                                                                                                                10/24/2005
                                                                                                                                                 2:25:22PM
Attn:                                                                                                                                              Invoice #
             vacation in August
1850757      Photocopy                                          E  09/06/2005   0238   SLC     0.00       $5.70       0.00       $5.70     16.65
1851029      Petty Cash  JAL travel expenses to Wilmington      E  09/07/2005   0317   JAL     0.00      $21.00       0.00      $21.00     37.65
             for hearing on 8/29 for parking and cabs
1851317      Photocopy                                          E  09/07/2005   0999   C&D     0.00      $10.20       0.00      $10.20     47.85
1851553      ADA Travel  PVNL 8/29 travel to Wilmington         E  09/09/2005   0020   PVL     0.00     $278.00       0.00     $180.00    227.85
             (coach fare 180.00)
1851554      ADA Travel  Agency fee on PVNL travel to           E  09/09/2005   0020   PVL     0.00      $40.00       0.00      $40.00    267.85
             Wilmington on 8/29
1851555      ADA Travel  JAL 8/29 travel to Wilmington          E  09/09/2005   0317   JAL     0.00     $278.00       0.00     $180.00    447.85
             (coach fare 180.00)
1851556      ADA Travel  Agency fee on JAL 8/29 travel          E  09/09/2005   0317   JAL     0.00      $40.00       0.00      $40.00    487.85
             toWilmington
1851599      Federal Express  to John Cooneyfrom EI on 8/29     E  09/09/2005   0120   EI      0.00      $15.59       0.00      $15.59    503.44
1851738      Equitrac - Long Distance to 2125585567             E  09/09/2005   0999   C&D     0.00       $0.22       0.00       $0.22    503.66
1852006      Photocopy                                          E  09/09/2005   0220   SKL     0.00      $23.25       0.00      $23.25    526.91
1852041      Photocopy                                          E  09/09/2005   0220   SKL     0.00      $15.00       0.00      $15.00    541.91
1852278      Equitrac - Long Distance to 3026568830             E  09/12/2005   0999   C&D     0.00       $0.59       0.00       $0.59    542.50
1852429      Photocopy                                          E  09/12/2005   0999   C&D     0.00       $1.20       0.00       $1.20    543.70
1852431      Photocopy                                          E  09/12/2005   0999   C&D     0.00       $7.05       0.00       $7.05    550.75
1852436      Photocopy                                          E  09/12/2005   0232   LK      0.00       $2.40       0.00       $2.40    553.15
1853004      Photocopy                                          E  09/13/2005   0309   HMS     0.00       $4.50       0.00       $4.50    557.65
1854253      Equitrac - Long Distance to 2149694910             E  09/16/2005   0999   C&D     0.00       $0.71       0.00       $0.71    558.36
1854261      Equitrac - Long Distance to 3024261900             E  09/16/2005   0999   C&D     0.00       $0.10       0.00       $0.10    558.46
1854268      Equitrac - Long Distance to 3024261900             E  09/16/2005   0999   C&D     0.00       $0.66       0.00       $0.66    559.12
1854277      Equitrac - Long Distance to 6179512505             E  09/16/2005   0999   C&D     0.00       $0.70       0.00       $0.70    559.82
1854287      Equitrac - Long Distance to 3024261900             E  09/16/2005   0999   C&D     0.00       $0.08       0.00       $0.08    559.90
1854291      Equitrac - Long Distance to 3024261900             E  09/16/2005   0999   C&D     0.00       $0.36       0.00       $0.36    560.26
1854614      Equitrac - Long Distance to 4122087500             E  09/19/2005   0999   C&D     0.00       $0.10       0.00       $0.10    560.36
1854617      Equitrac - Long Distance to 2032522551             E  09/19/2005   0999   C&D     0.00       $1.15       0.00       $1.15    561.51
1854711      Photocopy                                          E  09/19/2005   0238   SLC     0.00       $0.75       0.00       $0.75    562.26
1854750      Photocopy                                          E  09/19/2005   0220   SKL     0.00       $9.15       0.00       $9.15    571.41
1854753      Photocopy                                          E  09/19/2005   0220   SKL     0.00       $0.30       0.00       $0.30    571.71
1854757      Photocopy                                          E  09/19/2005   0220   SKL     0.00      $10.50       0.00      $10.50    582.21
1854815      Photocopy                                          E  09/19/2005   0999   C&D     0.00       $1.80       0.00       $1.80    584.01
1855037      Petty Cash  Parking expense at train station for   E  09/20/2005   0020   PVL     0.00      $15.00       0.00      $15.00    599.01
             PVNL for travel to Wilmington for hearing on 8/5
1855039      Petty Cash  Meal expense for PVNL on 8/29 travel   E  09/20/2005   0020   PVL     0.00       $4.00       0.00       $4.00    603.01
             to Wilmington for hearing
1855153      EI;  One way Delta Shuttle from NYC to DC and      E  09/20/2005   0120   EI      0.00      $23.69       0.00       $9.18    612.19
             one way Amtrak from DC to NYC (coach fare
             147.00)  (split w/16 cases)
1855170      Federal Express to Mark Hurford from JAL on 9/2    E  09/20/2005   0317   JAL     0.00      $12.61       0.00      $12.61    624.80
1855346      Equitrac - Long Distance to 3024261900             E  09/20/2005   0999   C&D     0.00       $0.14       0.00       $0.14    624.94
1855362      Equitrac - Long Distance to 2123198798             E  09/20/2005   0999   C&D     0.00       $0.06       0.00       $0.06    625.00
1855466      Photocopy                                          E  09/20/2005   0999   C&D     0.00       $0.90       0.00       $0.90    625.90
1855559      Database Research/Lexis Charges 9/10/05-9/16/05    E  09/21/2005   0999   C&D     0.00      $41.24       0.00      $41.24    667.14
             JL
1855685      Equitrac - Long Distance to 2123199240             E  09/21/2005   0999   C&D     0.00       $0.05       0.00       $0.05    667.19
1855690      Equitrac - Long Distance to 3024261900             E  09/21/2005   0999   C&D     0.00       $0.07       0.00       $0.07    667.26
1855700      Equitrac - Long Distance to 6094488252             E  09/21/2005   0999   C&D     0.00       $0.09       0.00       $0.09    667.35
1855716      Equitrac - Long Distance to 3024261900             E  09/21/2005   0999   C&D     0.00       $0.42       0.00       $0.42    667.77
1855826      Photocopy                                          E  09/21/2005   0999   C&D     0.00       $7.50       0.00       $7.50    675.27
1855832      Photocopy                                          E  09/21/2005   0999   C&D     0.00       $0.75       0.00       $0.75    676.02
1855835      Photocopy                                          E  09/21/2005   0220   SKL     0.00       $0.30       0.00       $0.30    676.32
1861900      ADA Travel   agency fee on NDF 9/22 travel to NYC  E  09/21/2005   0187   NDF     0.00       $2.50       0.00       $2.50    678.82
             (split w/16 cases)
1861924      ADA Travel   Coach fare for NDF on 9/22 to NYC     E  09/21/2005   0187   NDF     0.00       $9.63       0.00       $9.63    688.45
             (split w/16 cases)
1856250      Photocopy                                          E  09/22/2005   0999   C&D     0.00       $3.75       0.00       $3.75    692.20
1856251      Photocopy                                          E  09/22/2005   0999   C&D     0.00       $0.30       0.00       $0.30    692.50
1856252      Photocopy                                          E  09/22/2005   0999   C&D     0.00       $4.05       0.00       $4.05    696.55
1856254      Photocopy                                          E  09/22/2005   0999   C&D     0.00       $1.05       0.00       $1.05    697.60
1856484      Equitrac - Long Distance to 2123198798             E  09/23/2005   0999   C&D     0.00       $0.05       0.00       $0.05    697.65
1856494      Equitrac - Long Distance to 9735972490             E  09/23/2005   0999   C&D     0.00       $0.07       0.00       $0.07    697.72
1856555      Photocopy                                          E  09/23/2005   0232   LK      0.00       $5.85       0.00       $5.85    703.57
1856575      Photocopy                                          E  09/23/2005   0199   ADK     0.00       $0.15       0.00       $0.15    703.72
1856778      Photocopy                                          E  09/26/2005   0999   C&D     0.00       $0.75       0.00       $0.75    704.47
1856815      Photocopy                                          E  09/26/2005   0999   C&D     0.00       $0.30       0.00       $0.30    704.77
1857067      NYO Long Distance Telephone 8/1/05-8/31/05         E  09/27/2005   0999   C&D     0.00       $3.59       0.00       $3.59    708.36
1857091      NYO Long Distance Telephone 8/1/05-8/31/05         E  09/27/2005   0999   C&D     0.00       $8.76       0.00       $8.76    717.12
1857145      Travel Expenses - Hotel Charges - The Drake -      E  09/27/2005   0187   NDF     0.00      $35.58       0.00      $35.58    752.70
```

```
Client Number:   4642                    Grace Asbestos Personal Injury Claimants                                                                                    Page:    1
Matter      000                          Disbursements                                                                                                            10/24/2005
                                                                                                                                                              Print Date/Time:
                                                                                                                                                                    10/24/2005
                                                                                                                                                                   2:25:22PM
Attn:                                                                                                                                                              Invoice #
              NDF - Mtg w/client in NY on 9/22/05 (split w/16
              cases)
1857146       Conference Meals - NDF-Dinner w/M Peterson         E   09/27/2005    0187   NDF     0.00      $128.90       0.00      $128.90      881.60
              (expert) and PVNL
1857257       Equitrac - Long Distance to 4122817100             E   09/27/2005    0999   C&D     0.00        $0.05       0.00        $0.05      881.65
1857261       Equitrac - Long Distance to 4124714000             E   09/27/2005    0999   C&D     0.00        $0.20       0.00        $0.20      881.85
1857263       Equitrac - Long Distance to 4123914600             E   09/27/2005    0999   C&D     0.00        $0.15       0.00        $0.15      882.00
1857329       Fax Transmission to 13024269947                    E   09/27/2005    0999   C&D     0.00        $0.45       0.00        $0.45      882.45
1857363       Photocopy                                          E   09/27/2005    0220   SKL     0.00        $0.60       0.00        $0.60      883.05
1857430       Photocopy                                          E   09/27/2005    0999   C&D     0.00        $8.70       0.00        $8.70      891.75
1857440       Photocopy                                          E   09/27/2005    0187   NDF     0.00        $0.15       0.00        $0.15      891.90
1857777       Travel Expenses - The Drake Hotel - RER - Cmt      E   09/28/2005    0302   RER     0.00       $42.18       0.00       $42.18      934.08
              Mtg in NY Office 9/22-23/05 (split w/16 cases)
1857793       Travel Expenses - Ground Transportation-Pkg at     E   09/28/2005    0302   RER     0.00        $3.57       0.00        $3.57      937.65
              Nat'l airport/Taxi to NYO - RER - Cmt Mtg in NY
              Office 9/22-23/05 (split w/16 cases)
1857809       Travel Expenses - Radisson Hotel - WBS-Cmt Mtg     E   09/28/2005    0054   WBS     0.00       $21.40       0.00       $21.40      959.05
              in NYO 9/22-23/05 (split w/16 cases)
1857825       Travel Expenses - Ground Transportation-Taxi to    E   09/28/2005    0054   WBS     0.00        $2.18       0.00        $2.18      961.23
              LG Airpot - WBS-Cmt Mtg in NYO 9/22-23/05 (split
              w/16 cases)
1857840       Travel Expenses - Miscellaneous Pkg DCA -          E   09/28/2005    0054   WBS     0.00        $1.87       0.00        $1.87      963.10
              WBS-Cmt Mtg in NYO 9/22-23/05 (split w/16 cases)
1857842       Travel Expenses - Hotel Charges - Radisson Hotel   E   09/28/2005    0317   JAL     0.00      $274.47       0.00      $274.47    1,237.57
              - JAL - NYO Meeting - 9/22-23/05
1857843       Travel Expenses - Ground Transportation - cab      E   09/28/2005    0317   JAL     0.00       $31.85       0.00       $31.85    1,269.42
              fares to/fr airport
1858013       Equitrac - Long Distance to 3024261900             E   09/28/2005    0999   C&D     0.00        $0.05       0.00        $0.05    1,269.47
1858042       Equitrac - Long Distance to 3024261900             E   09/28/2005    0999   C&D     0.00        $0.71       0.00        $0.71    1,270.18
1858056       Equitrac - Long Distance to 2145213605             E   09/28/2005    0999   C&D     0.00        $0.46       0.00        $0.46    1,270.64
1858139       Fax Transmission to 12145201181                    E   09/28/2005    0999   C&D     0.00        $0.90       0.00        $0.90    1,271.54
1858141       Fax Transmission to 12148248100                    E   09/28/2005    0999   C&D     0.00        $1.05       0.00        $1.05    1,272.59
1858142       Fax Transmission to 17136501400                    E   09/28/2005    0999   C&D     0.00        $0.90       0.00        $0.90    1,273.49
1858143       Fax Transmission to 13125516759                    E   09/28/2005    0999   C&D     0.00        $0.90       0.00        $0.90    1,274.39
1858144       Fax Transmission to 18432169290                    E   09/28/2005    0999   C&D     0.00        $0.90       0.00        $0.90    1,275.29
1858145       Fax Transmission to 14067527124                    E   09/28/2005    0999   C&D     0.00        $0.90       0.00        $0.90    1,276.19
1858146       Fax Transmission to 13026565875                    E   09/28/2005    0999   C&D     0.00        $0.90       0.00        $0.90    1,277.09
1858147       Fax Transmission to 15108354913                    E   09/28/2005    0999   C&D     0.00        $0.90       0.00        $0.90    1,277.99
1858148       Fax Transmission to 12165750799                    E   09/28/2005    0999   C&D     0.00        $0.90       0.00        $0.90    1,278.89
1858149       Fax Transmission to 13053796222                    E   09/28/2005    0999   C&D     0.00        $0.90       0.00        $0.90    1,279.79
1858150       Fax Transmission to 14124718308                    E   09/28/2005    0999   C&D     0.00        $0.90       0.00        $0.90    1,280.69
1858151       Fax Transmission to 12123440994                    E   09/28/2005    0999   C&D     0.00        $0.90       0.00        $0.90    1,281.59
1858152       Fax Transmission to 13024269947                    E   09/28/2005    0999   C&D     0.00        $0.90       0.00        $0.90    1,282.49
1858153       Fax Transmission to 14122615066                    E   09/28/2005    0999   C&D     0.00        $0.75       0.00        $0.75    1,283.24
1858154       Fax Transmission to 16179510679                    E   09/28/2005    0999   C&D     0.00        $0.90       0.00        $0.90    1,284.14
1858155       Fax Transmission to 18432169450                    E   09/28/2005    0999   C&D     0.00        $0.90       0.00        $0.90    1,285.04
1858156       Fax Transmission to 14122615066                    E   09/28/2005    0999   C&D     0.00        $0.15       0.00        $0.15    1,285.19
1858164       Photocopy                                          E   09/28/2005    0238   SLC     0.00        $3.30       0.00        $3.30    1,288.49
1858369       Travel Expenses - Ground Transportation-EI to      E   09/29/2005    0999   C&D     0.00        $5.94       0.00        $5.94    1,294.43
              airport in NY/DC & to train St on 9/16 for Cmt
              Mtg in DC. (Split w/16 cases)
1858390       Conference Meals-Lunch during Cmt Mtg conference   E   09/29/2005    0999   C&D     0.00       $26.57       0.00       $26.57    1,321.00
              on 9/21/05
1858407       Conference Meals-Breakfast during Cmt Mtgt         E   09/29/2005    0999   C&D     0.00        $7.29       0.00        $7.29    1,328.29
              Conference 9/21/05 (split w/16 cases)
1858695       Equitrac - Long Distance to 2128368191             E   09/29/2005    0999   C&D     0.00        $0.27       0.00        $0.27    1,328.56
1858715       Equitrac - Long Distance to 2128368191             E   09/29/2005    0999   C&D     0.00        $1.59       0.00        $1.59    1,330.15
1858716       Equitrac - Long Distance to 2125889686             E   09/29/2005    0999   C&D     0.00        $0.07       0.00        $0.07    1,330.22
1859696       Petty Cash  Parking expenses at train station      E   09/30/2005    0317   JAL     0.00       $15.00       0.00       $15.00    1,345.22
              for JAL travel to Wilmington for hearing on 9/26
1859705       Petty Cash  Late night cab home for NDF on  9/20   E   09/30/2005    0187   NDF     0.00       $20.00       0.00       $20.00    1,365.22
1859997       Photocopy                                          E   09/30/2005    0220   SKL     0.00        $2.85       0.00        $2.85    1,368.07
1859999       Photocopy                                          E   09/30/2005    0220   SKL     0.00        $0.15       0.00        $0.15    1,368.22
1860020       Photocopy                                          E   09/30/2005    0317   JAL     0.00        $1.80       0.00        $1.80    1,370.02
1861000       Database Research-WESTLAW by SME on 9/27 & 29      E   09/30/2005    0999   C&D     0.00       $63.11       0.00       $63.11    1,433.13
1861001       Database Research-WESTLAW by NDF on 9/9            E   09/30/2005    0999   C&D     0.00       $18.96       0.00       $18.96    1,452.09
1861002       Database Research-WESTLAW by HMS on 9/15-19        E   09/30/2005    0999   C&D     0.00      $701.33       0.00      $701.33    2,153.42
1861003       Database Research-WESTLAW by HMS on 9/16           E   09/30/2005    0999   C&D     0.00        $6.55       0.00        $6.55    2,159.97
1861004       Database Research-WESTLAW by AVG on 9/9            E   09/30/2005    0999   C&D     0.00       $52.33       0.00       $52.33    2,212.30
1861005       Database Research-WESTLAW by ALV-CRK on 9/9        E   09/30/2005    0999   C&D     0.00      $104.29       0.00      $104.29    2,316.59
1861006       Database Research-WESTLAW by DMH/MLR on 9/12-29    E   09/30/2005    0999   C&D     0.00      $532.36       0.00      $532.36    2,848.95
Total Expenses                                                                                    0.00    $3,059.46       0.00    $2,848.95
```

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | | Page: 1 |
|---|---|---|---|---|---|
| Matter      000 | Disbursements | | | | 10/24/2005 |
| | | | | | Print Date/Time: |
| | | | | | 10/24/2005 |
| | | | | | 2:25:22PM |
| Attn: | | | | | Invoice # |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Matter Total Fees | | | | 0.00 | 0.00 |
| Matter Total Expenses | | | | 3,059.46 | 2,848.95 |
| Matter Total | | 0.00 | 3,059.46 | 0.00 | 2,848.95 |
| Prebill Total Fees | | | | | |
| Prebill Total Expenses | | | | $3,059.46 | $2,848.95 |
| Prebill Total | | 0.00 | $3,059.46 | 0.00 | $2,848.95 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 1,414.09 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 46,677 | 08/27/2004 | 240.00 | 48.00 |
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 48,886 | 02/28/2005 | 40,743.50 | 8,148.70 |
| 49,224 | 03/28/2005 | 33,445.00 | 6,689.00 |
| 49,444 | 04/21/2005 | 38,706.00 | 7,741.20 |
| 49,903 | 05/25/2005 | 15,337.50 | 3,067.50 |
| 50,275 | 06/27/2005 | 63,948.25 | 12,789.65 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 50,598 | 07/15/2005 | 157,029.46 | 157,029.46 |
| 50,965 | 08/25/2005 | 116,412.29 | 116,412.29 |
| 51,203 | 09/30/2005 | 73,418.11 | 73,418.11 |
| | | 712,140.86 | 390,424.70 |