IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| W. R. GRACE & CO., ET AL. | § | CASE NO. 01-1139-JKF |
| | § | (CHAPTER 11) |
| DEBTOR. | § | |

## NOTICE OF FILING OF FIRST AMENDED VERIFIED STATEMENT OF CHRIS PARKS & ASSOCIATES UNDER BANKRUPTCY RULE 2019 AS OF OCTOBER 31, 2005

TO CREDITORS AND OTHER PARTIES IN INTEREST AND AL PARTIES WHO HAVE REQUESTED NOTICES PURSUANT TO FED.R.BANKR.P. 2002, NOTICE IS HEREBY GIVEN THAT:

Chris Parks & Associates, in compliance with Federal Rules of Bankruptcy Procedure and the Orders of this Court, has filed its First Amended Verified Statement Under Bankruptcy Rule 2019.

Exhibits have not been scanned, but have been submitted to the Clerk of the Bankruptcy Court, at the address set forth below, on compact disk ("CD"). Said exhibits may be accessed by parties who obtain a Court order authorizing access.

Clerk
United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DE 19801

Dated: October 31, 2005.

_(signature)_
Chris Parks
Texas Bar No. 15518460
CHRIS PARKS & ASSOCIATES
1 Plaza Square, 2nd Floor
Port Arthur, TX 77642
409/985-5000 - telephone
409/985-2833 - fax