IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| W. R. GRACE & CO., ET AL. | § | CASE NO. 01-1139-JKF |
| | § | (CHAPTER 11) |
| DEBTOR. | § | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies:

That on the 31st day of October, 2005, a true and correct copy of the *First Amended Verified Statement of Chris Parks & Associates Under Bankruptcy Rule 2019 as of October 31, 2005*, together with the exhibits recorded in compact disk format, was served via certified mail, return receipt requested, upon the following parties pursuant to Order of this Court:

Clerk
U.S. Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

Frank J. Perch III
Office of the U.S. Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

David W. Carickhoff Jr.
Pachulski Stang Ziehl
Young & Jones
P.O. Box 8705
Wilmington, DE 19899-8705

Janet Baer
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601

That on the 31st day of October, 2005, true and correct copies of the *First Amended Verified Statement of Chris Parks & Associates Under Bankruptcy Rule 2019 as of October 31, 2005* and the *Notice of Fling of First Amended Verified Statement of Chris Parks & Associates Under Bankruptcy Rule 2019 as of October 31, 2005*, were filed and served on all parties via the Court's Electronic Case Filing system.

_____
Chris Parks
Texas Bar No. 15518460
CHRIS PARKS & ASSOCIATES
1 Plaza Square, 2nd Floor
Port Arthur, TX 77642
409/985-5000 - telephone
409/985-2833 - fax