## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: November 21, 2005 at 4:00 p.m. (prevailing Eastern time)**
**Hearing Date: To Be Determined, Only If Objections Are Timely Filed**

### SUMMARY OF APPLICATION OF FOLEY HOAG LLP
### FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
### OF EXPENSES AS COUNSEL TO W.R. GRACE & CO., ET AL. FOR THE
### INTERIM PERIOD FROM SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005

| | |
|---|---|
| Name of Applicant: | Foley Hoag LLP |
| Authorized to Provide Professional Services to: | W.R. Grace & Co., Debtors and Debtors-in-Possession |
| Date of Retention: | September 30, 2005, *nunc pro tunc* July 1, 2005 |
| Period for Which Compensation and Reimbursement is Sought: | September 1, 2005 through September 30, 2005 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

B3109002.1

- 2 -

| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $21,031.20 (80% of 26,289.00; remaining 20% to be sought as part of quarterly application) |

Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary:    $11.64

This is a  X  monthly  ___ quarterly  X  interim  ___ final application

The total time expended for fee application preparation is approximately  5.3  hours and the corresponding compensation requested is approximately  $1,400.00 .

The Foley Hoag attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $445.00 | 58.4 | $ 25,988.00 |
| Adam P. Kahn | Partner | Environmental | $430.00 | 0.7 | $ 301.00 |
| **TOTAL** | | | | 59.1 | $ 26,289.00 |

Summary of expenses incurred on behalf of the Debtors in these cases during the Fee Period:

| Description | August | |
|---|---|---|
| Photocopies | $ | 5.64 |
| Mileage, Tolls & Parking | $ | 6.00 |
| **TOTAL** | $ | 11.64 |

Respectfully submitted,

*[signature]*

Adam P. Kahn (MA BBO # 561554)
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2600
(617) 832-1000

Dated:  October 28, 2005

## RULE 2016-2(f) CERTIFICATION

I, Adam P. Kahn, have reviewed the requirements of Rule 2016-2 and certify that the Summary of Application of Foley Hoag LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to W.R. Grace & Co., et al., for the Interim Period from September 1, 2005 through September 30, 2005 complies with the Rule.

Respectfully submitted,

Adam P. Kahn (MA BBO # 561554)
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

Dated: October 28, 2005

# Exhibit A

B3109002.1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: November 21, 2005 at 4:00 p.m. (prevailing Eastern time)**
**Hearing Date: To Be Determined, Only If Objections Are Timely Filed**

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

B31109002.1

## Matter 88 - Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $445.00 | 49.0 | $ 21,805.00 |
| | | | | | |
| TOTAL | | | | 49.0 | $ 21,805.00 |

### Expenses

| Description | Total |
|---|---|
| Photocopies | $ 5.64 |
| Mileage, Tolls & Parking | $ 6.00 |
| | |
| TOTAL | $ 11.64 |

B3109002.1



## FOLEY HOAG LLP
ATTORNEYS AT LAW

| W.R. Grace & Co. | Invoice Number | 348131 |
|---|---|---|
|  | Invoice Date | 10/28/05 |
|  | Client Number | 08743 |
|  | Matter Number | 00088 |

---

Re: Acton Site OU3

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/05:

| Date | Timekeeper | | Hours |
|---|---|---|---|
| 09/01/05 | Jaffe | Outlining potential negotiation issues with Acton (2.9); telephone conference with team regarding same (0.8); telephone conference with team regarding comment to Environmental Protection Agency (0.8); telephone conference with Mr. Golledge, Commissioner of Department of Environmental Protection (0.3); email to team regarding same (0.2); reviewing revised comments (0.3). | 5.3 |
| 09/02/05 | Jaffe | Reviewing draft comments (2.7); emails with team regarding comments and communications with Department of Environmental Protection and Environmental Protection Agency (1.0). | 3.7 |
| 09/06/05 | Jaffe | Team telephone conference regarding comments and negotiations with Town (1.2); revising, revising comments (3.3); revising letter to Ms. Muench (0.8). | 5.3 |
| 09/07/05 | Jaffe | Reviewing revised comments (1.1); emails with team (0.5); telephone conference and email with Ms. Johns (0.6); reviewing Acton by-law issues (0.9). | 3.1 |
| 09/08/05 | Jaffe | Reviewing Town and DEP comments (2.7); emails with team regarding same (0.5). | 3.2 |
| 09/09/05 | Jaffe | Reviewing Town comments (0.9); letter to Ms. Muench (0.8); emails with team (0.8); telephone conference and email with Ms. Johns (0.7). | 3.2 |
| 09/12/05 | Jaffe | Reviewing comments (0.7); emails with team regarding press coverage and follow-up (1.6). | 2.3 |
| 09/13/05 | Jaffe | Telephone conference with Ms. Muench (0.7); email to team regarding same (0.2); | 3.2 |

```
08743      W.R. Grace & Company                    Invoice Number  348131
 00088     Acton Site OU3                                  Page 2
10/28/05
```

| Date | Timekeeper | | Hours |
|---|---|---|---|
| | | telephone conference with Ms. Duff regarding same (0.4); email to team (0.2); reviewing issues regarding EPA remedy change (1.4); emails with Mr. Guswa (0.3). | |
| 09/14/05 | Jaffe | Telephone conference with Mr. Obradovic and Ms. Duff (0.7); reviewing issues regarding remedy change (1.8). | 2.5 |
| 09/15/05 | Jaffe | Email to team regarding letter to EPA and meeting with DEP (0.4); telephone call to Mr. Golledge (0.5); reviewing ROD issues (1.9). | 2.8 |
| 09/16/05 | Jaffe | Reviewing GeoTrans sediment sampling report (0.9); emails with team regarding same (0.3). | 1.2 |
| 09/20/05 | Jaffe | Telephone conference with DEP Commissioner (0.4); email to team regarding same (0.3); emails with Ms. Johns regarding letter to EPA (0.4). | 1.1 |
| 09/21/05 | Jaffe | Telephone conference with Ms. Muench at EPA (0.6); emails with team regarding same (0.2); research for letter to EPA (0.9). | 1.7 |
| 09/22/05 | Jaffe | Telephone conference with team (0.7); telephone conference with Ms. Muench at EPA (0.4); email to team regarding same (0.2); drafting letter to EPA regarding remedy changes (0.5); research for same (0.4); emails with team (0.8); emails with Ms. Johns regarding Mr. Golden (0.3). | 3.3 |
| 09/23/05 | Jaffe | Revising letter to DEP (0.5); emails with team regarding same (0.4). | 0.9 |
| 09/26/05 | Jaffe | Emails with team regarding letter to Ms. Muench (0.8); reviewing, revising same (0.8). | 1.6 |
| 09/27/05 | Jaffe | Finalizing letter to EPA (0.5); email to Ms. Muench (0.2); telephone conference with Ms. Duff (0.3); emails with team (0.3). | 1.3 |
| 09/28/05 | Jaffe | Reviewing ACES comments on proposed plan (1.1). | 1.1 |
| 09/30/05 | Jaffe | Telephone conference with Ms. Muench at EPA (0.5); team telephone conference regarding meeting with DEP (1.0); emails with Ms. Johns and Ms. Duff (0.7). | 2.2 |
| | | TOTAL HOURS | 49.0 |

```
08743    W.R. Grace & Company                          Invoice Number   348131
  00088    Acton Site OU3                              Page 3
10/28/05
```

```
TIMEKEEPER TIME SUMMARY:
Timekeeper                    Hours
--------------------------    -------
Jaffe                          49.0
```

|  |  |
|---|---:|
| CURRENT FEES | 21,805.00 |

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | |
|---|---|---:|
| 09/30/05 | Photocopying | 5.64 |
| 09/30/05 | Mileage, tolls & parking | 6.00 |
| | CURRENT EXPENSES | 11.64 |
| | TOTAL AMOUNT OF THIS INVOICE | 21,816.64 |

## Matter 100 - Woburn Lease Environmental Issues

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $445.00 | 9.4 | $ 4,183.00 |
| Adam P. Kahn | Partner | Environmental | $430.00 | 0.7 | $ 301.00 |
|  |  |  |  |  |  |
| TOTAL |  |  |  | 10.1 | $ 4,484.00 |

B31109002.1



# FOLEY HOAG LLP
ATTORNEYS AT LAW

```
W.R. Grace & Co.                          Invoice Number    348132
                                          Invoice Date    10/28/05
                                          Client Number     08743
                                          Matter Number     00100
```

---

Re: Woburn Lease Environmental Issues

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/05:

| Date | Timekeeper | | Hours |
|---|---|---|---|
| 09/01/05 | Jaffe | Telephone conference with Ms. Johns regarding reporting issue (0.2); research regarding same (0.3); reviewing buyer's Phase II regarding same (0.3). | 0.8 |
| 09/02/05 | Kahn | Conference with S. Jaffe regarding release reporting (0.3). | 0.3 |
| 09/02/05 | Jaffe | Reviewing ECS Phase II report (1.1); research regarding same (0.7); email to Ms. Johns regarding same (0.3); conference with A. Kahn regarding relese reporting (0.3). | 2.4 |
| 09/12/05 | Jaffe | Emails with team regarding reporting issue (0.6). | 0.6 |
| 09/15/05 | Jaffe | Emails with Mr. Child (0.4). | 0.4 |
| 09/16/05 | Jaffe | Emails with team regarding building demolition issue (0.4); emails with DMs. Johns regarding report to DEP and EPA (0.4). | 0.8 |
| 09/19/05 | Jaffe | Reviewing data package (0.3); letter to EPA regarding same (0.3); emails with team regarding same (0.2); emails to Ms. Johns regarding building demolition requirements (0.3); research regarding same (0.3). | 1.4 |
| 09/19/05 | Kahn | E-mail S. Jaffe regarding permitting needs for demo project (0.4). | 0.4 |
| 09/23/05 | Jaffe | Emails with Ms. Johns regarding lease (0.5); reviewing environmental issues regarding same (1.2). | 1.7 |
| 09/28/05 | Jaffe | Emails with Mr. Child and Ms. Johns regarding reporting to EPA (0.8). | 0.8 |
| 09/30/05 | Jaffe | Telephone conference with Mr. Child (0.5). | 0.5 |

```
08743     W.R. Grace & Company                      Invoice Number  348132
  00100     Woburn Lease Environmental Issues         Page 2
10/28/05
```

```
                                                              -----
                                               TOTAL HOURS    10.1


TIMEKEEPER TIME SUMMARY:
Timekeeper              Hours
-----------------------  -------
Jaffe                    9.4
Kahn                     0.7


              CURRENT FEES                                  4,484.00

              TOTAL AMOUNT OF THIS INVOICE                  4,484.00
```