IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: November 21, 2005 at 4:00 p.m. (prevailing Eastern time)**
**Hearing Date: To Be Determined, Only If Objections Are Timely Filed**

## SUMMARY APPLICATION OF LATHAM & WATKINS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ENVIRONMENTAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE THIRD MONTHLY INTERIM PERIOD, FROM SEPTEMBER 1, 2005, THROUGH SEPTEMBER 30, 2005, FOR THE QUARTER OF JULY - SEPTEMBER, 2005

Name of Applicant: **Latham & Watkins LLP ("L&W")**

Authorized to Provide Professional Services to: **W. R. Grace & Co., et al., Debtors and Debtors-in Possession**

Date of Retention: **Retention Order entered June 16, 2004, effective nunc pro tunc from April 1, 2001.**

Period for which compensation and reimbursement is sought: **September 1, 2005 through September 30, 2005**

Amount of Compensation sought as actual, reasonable and necessary: **$736.50**

Amount of Expense Reimbursement sought as actual, reasonable and necessary: **($5.32)**

This is a(n) _X_ monthly, ___ interim, ___final application.

---

[1] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Koontenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The total time expended for the preparation of this application is approximately 3 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $**1,200.00**.

This is the third monthly application for interim compensation of services for the July – September 2005 quarter that the Debtors have filed with the Bankruptcy Court in the Chapter 11 Cases. The following applications have been filed previously in the Chapter 11 Cases:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| On or about August 9, 2004 | December 2003 – June 2004 | $211,719.00 | $6,927.50 | All fees approved | $6,897.50 approved |
| On or about August 25, 2004 | July 1, 2004 – July 31, 2004 | $11,334.50 | $201.32 | All fees approved | All expenses approved |
| On or about October 25, 2004 | August 1, 2004 – August 31, 2004 and September 1, 2004 – September 30, 2004 | $81,729.50 | $5,199.44 | All fees approved | All expenses approved |
| On or about November 25, 2004 | October 1, 2004 – October 30, 2004 | $45,050.00 | $1,825.59 | All fees approved | All expenses approved |
| On or about December 25, 2004 | November 1, 2004 - November 30, 2004 | $31,913.50 | $1,509.91 | All fees approved | All expenses approved |
| On or about January 25, 2005 | December 1, 2004 – December 31, 2004 | $26,177.50 | $1,282.35 | All fees approved | All expenses approved |
| On or about February 4, 2005 | July 1, 2004 – September 30, 2004 | $93,064.00 | $5,400.76 | All fees approved | All expenses approved |
| On or about February 25, 2005 | January 1, 2005 – January 31, 2005 | $23,485.50 | $3,14.93 | Awaiting approval | Awaiting approval |
| On or about March 25, 2005 | February 1, 2005 – February 28, 2005 | $22,065.00 | $628.01 | Awaiting approval | Awaiting approval |
| On or about May 19, 2005 | October 1, 2004 – December 31, 2004 | $103,141.00 | $4,617.85 | All fees approved | All expenses approved |
| On or about May 24, 2005 | March 1, 2005 – March 31, 2005 | $39,952.00 | $160.88 | Awaiting approval | Awaiting approval |
| On or about May 24, 2005 | January 1, 2005 – March 31, 2005 | $85,502.50 | $1,103.82 | Awaiting approval | Awaiting approval |
| On or about May 26, 2005 | April 1, 2005 – April 30, 2005 | $33,385.50 | $593.50 | Awaiting approval | Awaiting approval |
| On or about July 8, 2005 | May 1, 2005 – May 31, 2005 | $15,799.50 | $956.63 | Awaiting approval | Awaiting approval |
| On or about August 9, 2005 | June 1, 2005 – June 30, 2005 | $3,343.00 | $332.11 | Awaiting approval | Awaiting approval |
| On or about August 9, 2005 | April 1, 2005 – June 30, 2005 | $52,528.00 | $1,882.24 | Awaiting approval | Awaiting approval |
| On or about September 19, 2005 | July 1, 2005 – July 31, 2005 | $1,392.00 | $8.93 | Awaiting approval | Awaiting approval |
| On or about October 10, 2005 | August 1, 2005 – August 31, 2005 | $698.50 | $39.03 | Awaiting approval | Awaiting approval |

NJ\114414.1

The hearing for the Quarterly Application for the interim period April 1, 2005, through June 30, 2005, is scheduled for December 19, 2005.

The L&W attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Attorney | Position with the Applicant | Number of Years as an Attorney | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| John McGahren | Partner | 15 | Environmental | 510.00 | .20 | **$102.00** |
| Kellie Ortega | Associate | 2 | Environmental | 295.00 | .30 | 88.50 |
| | | | | **Total for Attorneys** | **.50** | **$190.50** |

The L&W legal assistants who rendered professional services in these cases during the Fee Period are:

| Name of Legal Assistant | Position with the Applicant | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Manny J. Alvelo | Project Assistant | Environmental | 105.00 | **5.20** | **$546.00** |
| | | **Total for Legal Assistants** | | **5.20** | **$546.00** |

### Compensation by Matter

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 029016-0001 | Hatco Remediation | .20 | **$102.00** |
| 029016-0003 | Special Counsel Fee Application | 5.5 | 634.50 |
| | | **5.7** | **$736.50** |

### Expense Summary for Hatco Remediation

| Description | Amount |
|---|---|
| None | **$0.00** |
| **Total** | **$0.00** |

### Expense Summary for Special Environmental Counsel Application

3

| Description | Amount |
|---|---:|
| Federal Express | $5.32 |
| **Total** | **$5.32** |

**WHEREFORE,** L&W respectfully requests (a) that an allowance be made to it, as fully described above for (i) the amount of **$736.50** for reasonable and necessary professional services L&W has rendered to the Debtors during the Fee Period and (ii) the reimbursement of actual and necessary costs and expenses incurred by L&W during the Fee Period (**$5.32**); (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such further relief as is equitable and just.

Newark, New Jersey
Dated: October 26, 2005

Respectfully submitted,

LATHAM & WATKINS LLP

John McGahren, Esq.
Latham & Watkins LLP
One Newark Center, 16th Floor
Newark, New Jersey 07101
(973) 639-1234

4

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: November 21, 2005 at 4:00 p.m. (prevailing Eastern time)
Hearing Date: To Be Determined, Only If Objections Are Timely Filed

## FEE DETAIL FOR LATHAM & WATKINS LLP'S MONTHLY
## SPECIAL ENVIRONMENTAL COUNSEL FEE APPLICATION
## FOR THE PERIOD SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005

---

[2] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Koontenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# LATHAM&WATKINS LLP

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

**INVOICE**

September 30, 2005

W.R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA, MD 21044
ATTN: LYDIA DUFF

Tax Identification No: 95-2018373

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn:  Accounting Dept.

Please identify your check with the following number:
Invoice No.  W51001337
File No.  029016-0003

Re: **SPECIAL COUNSEL FEE APPLICATION**

| | |
|---|---:|
| Balance due on prior billing | $7,225.87 |
| For professional services rendered through September 30, 2005: | 634.50 |
| Other Charges: | |
| FEDERAL EXPRESS                    5.32 | |
| | 5.32 |
| Total Current Charges | 639.82 |
| Total Balance Due | $7,865.69 |

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| ALVELO | 09/02/05 | 1.60 | PREPARE MONTHLY FEE APPLICATION FOR THE PERIOD COVERING AUGUST 1, 2005 TO AUGUST 31, 2005 |
| ALVELO | 09/06/05 | 1.60 | PREPARE FEE APPLICATION FOR THE PERIOD COVERING AUGUST 1, 2005 TO AUGUST 31, 2005 |
| ALVELO | 09/14/05 | .50 | REVIEW FEE APPLICATION FOR THE SIXTEENTH INTERIM PERIOD; REPLY TO EMAIL RECEIVED FROM S. BOSSAY TO CONFIRM AMOUNTS REQUESTED MATCH AMOUNTS BEING SUBMITTED |
| ORTEGA | 09/16/05 | .30 | REVIEW JULY FEE APPLICATION FOR SUBMISSION TO BOSSAY |
| ALVELO | 09/19/05 | .70 | SEARCH DOCKET FOR THE DATE OF THE NEXT HEARING FOR INTERIM FEE APPLICATIONS; REVISE JULY FEE APPLICATION TOO INCLUDE NEXT HEARING DATE; SCAN JULY FEE APPLICATION AND EMAIL TO P. CUNIFF; FED EX ORIGINALS TO P. CUNIFF |
| ALVELO | 09/30/05 | .80 | REVIEW AUGUST INVOICES; PREPARE FEE APPLICATION FOR THE PERIOD COVERING AUGUST 1, 2005 TO AUGUST 31, 2005 |

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|
| K ORTEGA | 03738 | .30 | 295.00 | 88.50 | ASSOCIATE, JR. |
| M J ALVELO | 30621 | 5.20 | 105.00 | 546.00 | PROJECT ASST |

## COSTS AND DISBURSEMENTS

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 09/19/05 | FEDERAL EXPRESS | PATRICIA CUNIFF WILMINGTON DE 19899 790649598258 09/19/05 000815926 | K TINKER | | 5.32 |
| | | ** TOTAL FEDERAL EXPRESS | | | 5.32 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51001337

2

NJ\113451.1

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

# LATHAM & WATKINS LLP

**INVOICE**

September 30, 2005

W.R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA, MD 21044
ATTN: LYDIA DUFF

Tax Identification No: 95-2018373

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

Please identify your check with the following number:
Invoice No. W51001337
File No. 029016-0003

---

## REMITTANCE COPY

### SPECIAL COUNSEL FEE APPLICATION

| Invoice Date | Invoice Number | Invoice Amount |
|---|---|---|
| Prior Billings: | | |
| **Amounts Due on Prior Billings** | | 7,225.87 |
| Current Billing: | | |
| September 30, 2005 | 51001337 | $ 639.82 |
| **Balance Due** | | **$7,865.69** |

**AMOUNT REMITTED:**                 $ _____

### Method of Payment:

☐ CHECK     ☐ WIRE TRANSFER

NA113451.1

# LATHAM&WATKINS LLP

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

## INVOICE

September 30, 2005

LYDIA DUFF, SENIOR ENVIRONMENTAL COUNSEL
W.R. GRACE & COMPANY
7500 GRACE DRIVE
COLUMBIA, MD 21044

Tax Identification No: 95-2018373

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

Please identify your check with the following number:
Invoice No.  W51001336
File No.  029016-0001

---

Re: **HATCO REMEDIATION**

| | |
|---|---:|
| Balance due on prior billing | $92,477.50 |
| For professional services rendered through September 30, 2005: | 102.00 |
| Other Charges: | |
| | .00 |
| Total Current Charges | 102.00 |
| Total Balance Due | $92,579.50 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51001336

NJ\113449.1

| **TIMEKEEPER** | **DATE** | **HOURS** | **DESCRIPTION** |
|---|---|---|---|
| MCGAHREN | 09/07/05 | .20 | REVIEWED CORRESPONDENCE (.20) |

| **EMPLOYEE NAME** | **ID** | **HOURS** | **RATE** | **AMOUNT** | |
|---|---|---|---|---|---|
| J MCGAHREN | 02116 | .20 | 510.00 | 102.00 | PARTNER, JR. |

## COSTS AND DISBURSEMENTS

| **DATE** | **TYPE** | **DESCRIPTION** | **ATTY** | **VENDOR** | **AMOUNT** |
|---|---|---|---|---|---|

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51001336

NJ\I 13449.1

2

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

# LATHAM&WATKINS LLP

Tax identification No: 95-2018373

## INVOICE

September 30, 2005

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

LYDIA DUFF, SENIOR ENVIRONMENTAL COUNSEL
W.R. GRACE & COMPANY
7500 GRACE DRIVE
COLUMBIA, MD 21044

Please identify your check with the following number:
Invoice No. W51001336
File No. 029016-0001

## REMITTANCE COPY

### HATCO REMEDIATION

| Invoice Date | Invoice Number | Invoice Amount |
|---|---|---|
| **Prior Billings:** | | |
| **Amounts Due on Prior Billings** | | 92,477.50 |
| Current Billing: | | |
| September 30, 2005 | 51001336 | $ 102.00 |
| **Balance Due** | | **$92,579.50** |

**AMOUNT REMITTED:**            $ _____

### Method of Payment:

☐ CHECK      ☐ WIRE TRANSFER

NJ\113449.1

John McGahren
Direct (973) 639-7270
john.mcgahren@lw.com

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Boston | New York |
| Brussels | Northern Virginia |
| Chicago | Orange County |
| Frankfurt | Paris |
| Hamburg | San Diego |
| Hong Kong | San Francisco |
| London | Shanghai |
| Los Angeles | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| New Jersey | Washington, D.C. |

## VIA FEDERAL EXPRESS

File No. 029016-0003

October 28, 2005

Patricia Cuniff
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
919 North Market Street - 16th Floor
Wilmington, DE 19801

 Re:  In re: W.R. Grace & Co., et al., Case No. 01-01139 (JKF)

Dear Patty:

 Please find enclosed for filing an executed Latham & Watkins' Monthly Fee Application for the period September 1, 2005 through September 30, 2005, in the above-captioned bankruptcy proceeding. Please do not hesitate to contact me at my direct dial number listed above if you have any questions or concerns.

 Thank you very much for your assistance.

 Very truly yours,

 John McGahren
 of Latham & Watkins LLP

Enclosure