IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: November 21, 2005 at 4:00 p.m. (prevailing Eastern time)**
**Hearing Date: March 27, 2006 at 12:00 p.m. (prevailing Eastern time)**

**FEE DETAIL FOR LATHAM & WATKINS LLP'S SPECIAL ENVIRONMENTAL COUNSEL INTERIM FEE APPLICATION FOR THE EIGHTEENTH INTERIM PERIOD FROM JULY 1, 2005 THROUGH SEPTEMBER 30, 2005**

[2] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Koontenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234 Fax: (973) 639-7298
www.lw.com

LATHAM&WATKINS LLP

Tax identification No: 95-2018373

**INVOICE**

July 31, 2005

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

LYDIA DUFF, SENIOR ENVIRONMENTAL COUNSEL
W.R. GRACE & COMPANY
7500 GRACE DRIVE
COLUMBIA, MD 21044

Please identify your check with the following number:
Invoice No. W51001051
File No. 029016-0001

---

Re: **HATCO REMEDIATION**

| | |
|---|---|
| Balance due on prior billing | $145,443.04 |
| For professional services rendered through July 31, 2005: | 510.00 |
| Other Charges: | |
| | .00 |
| Total Current Charges | 510.00 |
| Total Balance Due | $145,953.04 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51001051

NJ\110373.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MCGAHREN | 06/22/05 | .30 | REVIEWED CORRESPONDENCE; (.30) |
| MCGAHREN | 06/24/05 | .20 | REVIEWED CORRESPONDENCE; (.20) |
| MCGAHREN | 06/30/05 | .50 | REVIEWED CORRESPONDENCE; (.50) |

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|
| J MCGAHREN | 02116 | 1.00 | 510.00 | 510.00 | PARTNER, JR. |

## COSTS AND DISBURSEMENTS

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51001051

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234 Fax: (973) 639-7298
www.lw.com

LATHAM&WATKINS LLP

Tax Identification No: 95-2018373

**INVOICE**

July 31, 2005

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

LYDIA DUFF, SENIOR ENVIRONMENTAL COUNSEL
W.R. GRACE & COMPANY
7500 GRACE DRIVE
COLUMBIA, MD 21044

Please identify your check with the following number:
Invoice No. W51001051
File No. 029016-0001

**REMITTANCE COPY**

HATCO REMEDIATION

| **Invoice Date** | **Invoice Number** | **Invoice Amount** |
|---|---|---|
| Prior Billings: | | |
| **Amounts Due on Prior Billings** | | 145,443.04 |
| Current Billing: | | |
| July 31, 2005 | 51001051 | $ 510.00 |
| **Balance Due** | | **$145,953.04** |

**AMOUNT REMITTED:** $________________

**Method of Payment:**

☐ CHECK ☐ WIRE TRANSFER

NJ\110373.1

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234 Fax: (973) 639-7298
www.lw.com

LATHAM&WATKINS LLP

Tax identification No: 95-2018373

## INVOICE

July 31, 2005

W.R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA, MD 21044
ATTN: LYDIA DUFF

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

Please identify your check with the following number:
Invoice No. W51001052
File No. 029016-0003

Re: **SPECIAL COUNSEL FEE APPLICATION**

| | | |
|---|---|---|
| Balance due on prior billing | | $10,786.99 |
| For professional services rendered through July 31, 2005: | | 882.00 |
| Other Charges: | | |
| PHOTOCOPYING | 3.57 | |
| FEDERAL EXPRESS | 5.36 | |
| | | 8.93 |
| Total Current Charges | | 890.93 |
| Total Balance Due | | $11,677.92 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51001052

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| ALVELO | 07/08/05 | 1.50 | PREPARE AND FILE MONTHLY FEE APPLICATION FOR MAY 2005 |
| ALVELO | 07/18/05 | 2.20 | PREPARE MONTHLY FEE APPLICATION FOR THE PERIOD COVERING JUNE 1, 2005 TO JUNE 30, 2005 |
| ALVELO | 07/18/05 | 1.40 | PREPARE QUARTERLY FEE APPLICATION FOR THE PERIOD COVERING APRIL 1, 2005 TO JUNE 30, 2005 |
| ALVELO | 07/19/05 | 2.90 | PREPARE INTERIM FEE APPLICATION FOR THE PERIOD COVERING APRIL 1, 2005 TO JUNE, 30, 2005. |
| ALVELO | 07/20/05 | .40 | FINALIZE FIRST DRAFT OF MONTHLY FEE APPLICATION FOR JUNE, 2005 AND QUARTERLY FEE APPLICATION FOR APRIL 1, 2005 TO JUNE 30, 2005; SUBMIT COMPLETED DRAFTS TO K. ORTEGA FOR REVIEW AND APPROVAL |

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|
| M J ALVELO | 30621 | 8.40 | 105.00 | 882.00 | PROJECT ASST |

## COSTS AND DISBURSEMENTS

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 07/08/05 | FEDERAL EXPRESS | PATRICIA CUNIFF WILMINGTON DE 19801 792327849556 07/08/05 392997957 | J MCGAHREN | | 5.36 |
| | | ** TOTAL FEDERAL EXPRESS | | | 5.36 |
| 07/08/05 | PHOTOCOPYING | PHOTOCOPYING 30621 CT1007090505597 | M J ALVELO | | 1.02 |
| 07/08/05 | PHOTOCOPYING | PHOTOCOPYING 30621 CT1007090505595 | M J ALVELO | | 2.55 |
| | | ** TOTAL PHOTOCOPYING | | | 3.57 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY #W51001052

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234 Fax: (973) 639-7298
www.lw.com

LATHAM & WATKINS LLP

Tax Identification No: 95-2018373

**INVOICE**

July 31, 2005

W.R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA, MD 21044
ATTN: LYDIA DUFF

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

Please identify your check with the following number:
Invoice No. W51001052
File No. 029016-0003

**REMITTANCE COPY**

SPECIAL COUNSEL FEE APPLICATION

| Invoice Date | Invoice Number | Invoice Amount |
|---|---|---|
| Prior Billings: | | |
| **Amounts Due on Prior Billings** | | 10,786.99 |
| Current Billing: | | |
| July 31, 2005 | 51001052 | $ 890.93 |
| **Balance Due** | | **$11,677.92** |

**AMOUNT REMITTED:** $ ____________

**Method of Payment:**

☐ CHECK ☐ WIRE TRANSFER

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234 Fax: (973) 639-7298
www.lw.com

LATHAM & WATKINS LLP

Tax Identification No: 95-2018373

## INVOICE

August 31, 2005

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

LYDIA DUFF, SENIOR ENVIRONMENTAL COUNSEL
W.R. GRACE & COMPANY
7500 GRACE DRIVE
COLUMBIA, MD 21044

Please identify your check with the following number:
Invoice No. W51001202
File No. 029016-0001

Re: **HATCO REMEDIATION**

| | | |
|---|---|---|
| Balance due on prior billing | | $92,202.38 |
| For professional services rendered through August 31, 2005: | | 255.00 |
| Other Charges: | | |
| PHOTOCOPYING | 16.32 | |
| TELEPHONE | 3.80 | |
| | | 20.12 |
| Total Current Charges | | 275.12 |
| Total Balance Due | | $92,477.50 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51001202

NJ\112637.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MCGAHREN | 08/11/05 | .50 | REVIEWED CORRESPONDENCE; PHONE CALLS WITH B. RAWLYCK AND L. MEAD OF D & R GREENWAY |

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|
| J MCGAHREN | 02116 | .50 | 510.00 | 255.00 | PARTNER, JR. |

## COSTS AND DISBURSEMENTS

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 08/11/05 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | 3.80 |
| | | ** TOTAL TELEPHONE | | | 3.80 |
| 07/18/05 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1008170537253 | JUDITH CHRISTOPHER | | 1.02 |
| 08/17/05 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1008190547147 | JUDITH CHRISTOPHER | | 1.02 |
| 08/18/05 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1008300579039 | JUDITH CHRISTOPHER | | 2.38 |
| 08/25/05 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1008300579041 | JUDITH CHRISTOPHER | | 11.73 |
| 08/25/05 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1008300579043 | JUDITH CHRISTOPHER | | .17 |
| | | ** TOTAL PHOTOCOPYING | | | 16.32 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51001202

2

NJ\112637.1

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234 Fax: (973) 639-7298
www.lw.com

LATHAM&WATKINS LLP

Tax Identification No: 95-2018373

**INVOICE**

August 31, 2005

LYDIA DUFF, SENIOR ENVIRONMENTAL COUNSEL
W.R. GRACE & COMPANY
7500 GRACE DRIVE
COLUMBIA, MD 21044

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

Please identify your check with the following number:
Invoice No. W51001202
File No. 029016-0001

**REMITTANCE COPY**

HATCO REMEDIATION

| Invoice Date | Invoice Number | Invoice Amount |
|---|---|---|
| Prior Billings: | | |
| **Amounts Due on Prior Billings** | | 92,202.38 |
| Current Billing: | | |
| August 31, 2005 | 51001202 | $ 275.12 |
| **Balance Due** | | **$92,477.50** |

**AMOUNT REMITTED:** $____________

**Method of Payment:**

☐ CHECK ☐ WIRE TRANSFER

NJ\112637.1

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234 Fax: (973) 639-7298
www.lw.com

LATHAM&WATKINS LLP

Tax Identification No: 95-2018373

**INVOICE**

August 31, 2005

W.R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA, MD 21044
ATTN: LYDIA DUFF

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

Please identify your check with the following number:
Invoice No. W51001203
File No. 029016-0003

Re: **SPECIAL COUNSEL FEE APPLICATION**

| | | |
|---|---|---|
| Balance due on prior billing | | $11,677.92 |
| For professional services rendered through August 31, 2005: | | 443.50 |
| Other Charges: | | |
| PHOTOCOPYING | 7.99 | |
| FEDERAL EXPRESS | 10.92 | |
| | | 18.91 |
| Total Current Charges | | 462.41 |
| Total Balance Due | | $12,140.33 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51001203

NJ\111935.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| ORTEGA | 08/02/05 | .20 | REVIEW FEE APPLICATION |
| ALVELO | 08/02/05 | .60 | SEARCH DOCKET FOR SCHEDULED HEARINGS AND TO DETERMINE THE STATUS OF PREVIOUS FEE APPLICATIONS |
| ALVELO | 08/04/05 | .70 | CONTACT P. CUNIFF TO DETERMINE IF AN WHEN PRIOR FEE APPLICATIONS HAVE BEEN APPROVED; SEARCH J. LEJAVA'S ARCHIVED E-MAIL FOR CORRESPONDENCE RELATED TO PRIOR APPROVALS |
| ALVELO | 08/08/05 | .50 | SEARCH DOCKET FOR STATUS OF PREVIOUS QUARTER'S FEE APPLICATION; CONTACT S. BOSSAY TO DISCUSS STATUS OF PREVIOUS QUARTER'S FEE APPLICATION |
| ALVELO | 08/09/05 | 1.30 | COMPLETE JUNE 2005 FEE APPLICATION FOR DELIVERY TO P. CUNIFF VIA FED EX; COMPLETE QUARTERLY FEE APPLICATION FOR DELIVERY TO P. CUNIFF VIA FED EX |
| ORTEGA | 08/15/05 | .20 | REVIEW CORRESPONDENCE; REVIEW FEE APPLICATION |

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|
| K ORTEGA | 03738 | .40 | 295.00 | 118.00 | ASSOCIATE, JR. |
| M J ALVELO | 30621 | 3.10 | 105.00 | 325.50 | PROJECT ASST |

## COSTS AND DISBURSEMENTS

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 08/09/05 | FEDERAL EXPRESS | PATRICA CUNIFF WILMINGTON DE 19801 792996668060 08/09/05 552766721 | M J ALVELO | | 5.46 |
| 08/09/05 | FEDERAL EXPRESS | PATRICA CUNIFF WILMINGTON DE 19801 792354120790 08/09/05 552766721 | M J ALVELO | | 5.46 |
| | | ** TOTAL FEDERAL EXPRESS | | | 10.92 |
| 08/09/05 | PHOTOCOPYING | PHOTOCOPYING 30621 CT1008170537255 | M J ALVELO | | 7.65 |
| 08/09/05 | PHOTOCOPYING | PHOTOCOPYING 30621 CT1008170537257 | M J ALVELO | | .34 |
| | | ** TOTAL PHOTOCOPYING | | | 7.99 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51001203

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234 Fax: (973) 639-7298
www.lw.com

LATHAM&WATKINS LLP

Tax identification No: 95-2018373

**INVOICE**

August 31, 2005

W.R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA, MD 21044
ATTN: LYDIA DUFF

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

Please identify your check with the following number:
Invoice No. W51001203
File No. 029016-0003

**REMITTANCE COPY**

SPECIAL COUNSEL FEE APPLICATION

| Invoice Date | Invoice Number | Invoice Amount |
|---|---|---|
| Prior Billings: | | |
| **Amounts Due on Prior Billings** | | 11,677.92 |
| Current Billing: | | |
| August 31, 2005 | 51001203 | $ 462.41 |
| **Balance Due** | | **$12,140.33** |

**AMOUNT REMITTED:** $____________

**Method of Payment:**

☐ CHECK ☐ WIRE TRANSFER

NJ\111935.1

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234 Fax: (973) 639-7298
www.lw.com

LATHAM&WATKINS LLP

Tax Identification No: 95-2018373

## INVOICE

September 30, 2005

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

LYDIA DUFF, SENIOR ENVIRONMENTAL COUNSEL
W.R. GRACE & COMPANY
7500 GRACE DRIVE
COLUMBIA, MD 21044

Please identify your check with the following number:
Invoice No. W51001336
File No. 029016-0001

Re: **HATCO REMEDIATION**

| | |
|---|---|
| Balance due on prior billing | $92,477.50 |
| For professional services rendered through September 30, 2005: | 102.00 |
| Other Charges: | |
| | .00 |
| Total Current Charges | 102.00 |
| Total Balance Due | $92,579.50 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51001336


| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MCGAHREN | 09/07/05 | .20 | REVIEWED CORRESPONDENCE (.20) |

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|
| J MCGAHREN | 02116 | .20 | 510.00 | 102.00 | PARTNER, JR. |

**COSTS AND DISBURSEMENTS**

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51001336

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234 Fax: (973) 639-7298
www.lw.com

LATHAM & WATKINS LLP

Tax identification No: 95-2018373

# INVOICE

September 30, 2005

LYDIA DUFF, SENIOR ENVIRONMENTAL COUNSEL
W.R. GRACE & COMPANY
7500 GRACE DRIVE
COLUMBIA, MD 21044

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

Please identify your check with the following number:
Invoice No. W51001336
File No. 029016-0001

**REMITTANCE COPY**

HATCO REMEDIATION

| Invoice Date | Invoice Number | Invoice Amount |
|---|---|---|
| Prior Billings: | | |
| **Amounts Due on Prior Billings** | | 92,477.50 |
| Current Billing: | | |
| September 30, 2005 | 51001336 | $ 102.00 |
| **Balance Due** | | **$92,579.50** |

**AMOUNT REMITTED:** $____________

**Method of Payment:**

☐ CHECK ☐ WIRE TRANSFER

NJ\113449.1

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234 Fax: (973) 639-7298
www.lw.com

LATHAM&WATKINS LLP

Tax Identification No: 95-2018373

## INVOICE

September 30, 2005

W.R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA, MD 21044
ATTN: LYDIA DUFF

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

Please identify your check with the following number:
Invoice No. W51001337
File No. 029016-0003

Re: **SPECIAL COUNSEL FEE APPLICATION**

| | | |
|---|---|---|
| Balance due on prior billing | | $7,225.87 |
| For professional services rendered through September 30, 2005: | | 634.50 |
| Other Charges: | | |
| FEDERAL EXPRESS | 5.32 | |
| | | 5.32 |
| Total Current Charges | | 639.82 |
| Total Balance Due | | $7,865.69 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51001337

NJ\113451.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| ALVELO | 09/02/05 | 1.60 | PREPARE MONTHLY FEE APPLICATION FOR THE PERIOD COVERING AUGUST 1, 2005 TO AUGUST 31, 2005 |
| ALVELO | 09/06/05 | 1.60 | PREPARE FEE APPLICATION FOR THE PERIOD COVERING AUGUST 1, 2005 TO AUGUST 31, 2005 |
| ALVELO | 09/14/05 | .50 | REVIEW FEE APPLICATION FOR THE SIXTEENTH INTERIM PERIOD; REPLY TO EMAIL RECEIVED FROM S. BOSSAY TO CONFIRM AMOUNTS REQUESTED MATCH AMOUNTS BEING SUBMITTED |
| ORTEGA | 09/16/05 | .30 | REVIEW JULY FEE APPLICATION FOR SUBMISSION TO BOSSAY |
| ALVELO | 09/19/05 | .70 | SEARCH DOCKET FOR THE DATE OF THE NEXT HEARING FOR INTERIM FEE APPLICATIONS; REVISE JULY FEE APPLICATION TOO INCLUDE NEXT HEARING DATE; SCAN JULY FEE APPLICATION AND EMAIL TO P. CUNIFF; FED EX ORIGINALS TO P. CUNIFF |
| ALVELO | 09/30/05 | .80 | REVIEW AUGUST INVOICES; PREPARE FEE APPLICATION FOR THE PERIOD COVERING AUGUST 1, 2005 TO AUGUST 31, 2005 |

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|
| K ORTEGA | 03738 | .30 | 295.00 | 88.50 | ASSOCIATE, JR. |
| M J ALVELO | 30621 | 5.20 | 105.00 | 546.00 | PROJECT ASST |

## COSTS AND DISBURSEMENTS

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 09/19/05 | FEDERAL EXPRESS | PATRICIA CUNIFF WILMINGTON DE 19899 790649598258 09/19/05 000815926 | K TINKER | | 5.32 |
| | | ** TOTAL FEDERAL EXPRESS | | | 5.32 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51001337

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234 Fax: (973) 639-7298
www.lw.com

LATHAM & WATKINS LLP

Tax Identification No: 95-2018373

**INVOICE**

September 30, 2005

W.R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA, MD 21044
ATTN: LYDIA DUFF

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

Please identify your check with the following number:
Invoice No. W51001337
File No. 029016-0003

**REMITTANCE COPY**

SPECIAL COUNSEL FEE APPLICATION

| Invoice Date | Invoice Number | Invoice Amount |
|---|---|---|
| Prior Billings: | | |
| **Amounts Due on Prior Billings** | | 7,225.87 |
| Current Billing: | | |
| September 30, 2005 | 51001337 | $ 639.82 |
| **Balance Due** | | **$7,865.69** |

**AMOUNT REMITTED:** $__________

**Method of Payment:**

☐ CHECK ☐ WIRE TRANSFER

NJ\113451.1