## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **W.R. GRACE & CO., et al.,** [1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date: November 21, 2005 at 4:00 p.m.** |
| Debtors. | ) | **Hearing Date: Scheduled if Necessary (Negative** |
| | ) | **Notice)** |
| | ) | |

### THIRTY-SEVENTH MONTHLY APPLICATION OF BMC GROUP (f/k/a BANKRUPTCY MANAGEMENT CORPORATION) FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CLAIMS RECONCILIATION AND SOLICITATION CONSULTANT TO THE <u>DEBTORS FOR THE PERIOD FROM APRIL 1, 2005 THROUGH APRIL 30, 2005</u>

| | |
|---|---|
| **Name of Applicant:** | BMC Group (f/k/a Bankruptcy Management Corporation) ("BMC") |
| **Authorized to Provide Professional Services to:** | The above-captioned debtors and debtors in possession |
| **Date of Retention:** | Retention Order entered May 8, 2002; effective as of April 4, 2002 |
| **Period for which Compensation and Reimbursement is Sought:** | April 1 through April 30, 2005 |
| **Amount of Compensation Sought as Actual, Reasonable and Necessary:** | $ 88,685.50 |
| **Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary:** | $ 2,391.33 |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food =N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## PRIOR APPLICATIONS - continued

| Date Filed | Fee App | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|---|
| 2/7/2005 | 28 | 7/1/2004 – 7/31/2004 | $45,396.00 | $2,558.91 | $45,396.00 | $2,558.91 |
| 2/7/2005 | 29 | 8/1/2004 – 8/31/2004 | $60,094.50 | $1,375.09 | $60,094.50 | $1,375.09 |
| 2/7/2005 | 30 | 9/1/2004 – 9/30/2004 | $75,755.50 | $1,251.65 | $75,755.50 | $1,251.65 |
| 2/7/2005 | 14Q | 14th Quarterly 2004 | $181,246.00 | $5,185.65 | $181,246.00 | $5,185.65 |
| 4/22/2005 | 31 | 10/1/2004 – 10/31/2004 | $59,922.00 | $2,144.86 | $59,922.00 | $2,144.86 |
| 4/22/2005 | 32 | 11/1/2004 - 11/30/2004 | $65,745.50 | $28,337.71 | $65,745.50 | $28,337.71 |
| 4/22/2005 | 33 | 12/1/2004 – 12/31/2004 | $62,692.00 | $8,918.87 | $62,692.00 | $8,918.87 |
| 4/22/2005 | 15Q | 15th Quarterly 2004 | $188,359.50 | $39,401.44 | $188,359.50 | $39,401.44 |
| 8/11/2005 | 34 | 1/1/2005 –1/31/2005 | $67,384.00 | $2,530.41 | $67,384.00 | $2,530.41 |
| 8/11/2005 | 35 | 2/1/2005 – 2/28/2005 | $56,206.00 | $2,869.31 | $56,206.00 | $2,869.31 |
| 8/11/2005 | 36 | 3/1/2005 - 3/31/2005 | $64,836.00 | $1,666.16 | $64,836.00 | $1,666.16 |
| 8/11/2005 | 16Q | 16th Quarterly 2005 | $188,426.00 | $7,065.88 | $188,426.00 | $7,065.88 |
| 10/31/2005 | 37 | 4/1/2005 – 4/30/2005 | $88,685.50 | $2,391.33 | Pending | Pending |
| 10/31/2005 | 38 | 5/1/2005 – 5/31/2005 | $158,852.00 | $4,552.49 | Pending | Pending |
| 10/31/2005 | 39 | 6/1/2005 – 6/30/2005 | $232,914.00 | $13,912.17 | Pending | Pending |
| 10/31/2005 | 17Q | 17th Quarterly 2005 | $480,451.50 | $20,855.99 | Pending | Pending |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## BIOGRAPHICAL INFORMATION

| Name of Professional Person | Position with Applicant, Number of Years in Position, Prior Relevant Experience, Licenses and Year Obtained, Area of Expertise | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Martha Araki | Senior Bankruptcy Consultant, 5½ years; 19 years bankruptcy experience | $210.00 | 32.9 | $6,909.00 |
| Roy Baez | Case Support Clerk, 5 years | $65.00 | 0.3 | $19.50 |
| James Bartlett | Case Support Associate, 1¾ years | $85.00 | 0.5 | $42.50 |
| Mike Booth | Claims Reconciliation Manager, 2½ years; 4 years bankruptcy experience | $165.00 | 1.2 | $198.00 |
| Susan Burnett | Consultant, 2 years; 3 years prior experience as an attorney, 20 years prior accounting and finance experience | $150.00 | 10.7 | $1,605.00 |
| Jacqueline Bush | Data Analyst, 3½ years | $95.00 | 10.7 | $1,016.50 |
| Steffanie Cohen | Reconciliation Consultant, 2½ years; 2 years prior bankruptcy experience | $110.00 | 6.3 | $693.00 |
| Phillip Condor | Case Analyst, 1 year; 2 years prior legal industry experience | $65.00 | 6.3 | 409.50 |
| Rodulfo Dacalos | Case Analyst, 1 year; 3 years prior legal experience | $65.00 | 15.2 | $988.00 |
| Dustee Decker | Reconciliation Analyst, 2¾ years; 15 years prior experience in accounts payable and creditor negotiation | $75.00 | 50.9 | $3,817.50 |
| Corazon Del Pilar | Case Support Clerk, 1¾ years | $45.00 | 0.2 | $9.00 |
| Ellen Dors | Reconciliation Consultant, 2 years; prior bankruptcy experience with former employer during two bankruptcy cases | $110.00 | 6.6 | $726.00 |

3

| Ryan Gingoyon | Case Analyst, 1 year; 2 years prior legal industry experience | $65.00 | 15.2 | $988.00 |
|---|---|---|---|---|
| Maristar Go | Case Analyst, 1 year; 2 years prior legal industry experience | $65.00 | 16.6 | $1,079.00 |
| Mike Grimmett | Senior Data Consultant, 2¾ years; 12 years prior experience bankruptcy and data programming | $175.00 | 62.2 | $10,885.00 |
| Yvette Hassman | Case Support Associate, 2 years; 3 years prior bankruptcy case support experience | $90.00 | 0.1 | $9.00 |
| Sue Herrschaft | Senior Consultant, 2¾ years; former Operations Manager, Audit Division, Arthur Andersen-LA; 10 years prior experience in risk management and quality assurance | $210.00 | 129.1 | $27,111.00 |
| Diane Hursey | Senior Data Consultant, 3¼ years; 15 years prior experience in financial systems as technical project manager and technical consultant | $175.00 | 53.5 | $9,362.50 |
| Doreen Jeffreys | Reconciliation Consultant, 2 years; 10 years prior experience accounts receivable and accounts payable | $110.00 | 60.3 | $6,633.00 |
| Myrtle John | Senior Bankruptcy Consultant, 4 years; 29 years experience in bankruptcy and other legal practice areas | $195.00 | 0.1 | $19.50 |
| Lemuel Jumilla | Case Analyst, 1 year; 3 years prior legal industry experience | $65.00 | 14.9 | $968.50 |
| Steve Kotarba | Director, 1 year; 7 years prior experience as a bankruptcy attorney | $275.00 | 1.5 | $412.50 |
| Marquis Marshall | Case Support Clerk, 1¼ years | $45.00 | 5.8 | $261.00 |
| Kevin Martin | Consultant, 2½ years; 6 years prior experience in financial services; 2 years prior experience in mergers/acquisitions | $135.00 | 3.1 | $418.50 |
| James Myers | Case Support Clerk, 3¾ years | $65.00 | 1.3 | $84.50 |
| Noreve Roa | Case Analyst, 1 year; 2 years prior legal industry experience | $65.00 | 54.3 | $3,529.50 |
| Lisa Ruppaner | Case Support Associate, 2¾ years | $95.00 | 24.5 | $2,327.50 |
| Lisa Schroeder | Case Support Clerk, 9 months | $45.00 | 38.3 | $1,723.50 |
| Lucina Solis | Case Support Associate, 2 years | $45.00 | 0.9 | $40.50 |
| Beth Spencer | Reconciliation Analyst, 2¾ years; 21 years prior accounts payable experience | $75.00 | 45.6 | $3,420.00 |
| Kong Tan | Data Consultant, 9 months; 5 years prior experience in computer application development | $150.00 | 5.5 | $825.00 |
| Brianna Tate | Case Information Clerk, 1¾ years | $45.00 | 3.9 | $175.50 |
| Eva Valles | Case Support Associate, 3½ years; 20 years prior bankruptcy experience | $90.00 | 0.2 | $18.00 |
| Frank Visconti | Data Consultant, 2¾ years; former programmer/analyst Midwest Consulting Group | $125.00 | 5.8 | $725.00 |
| Heather Walker | Case Information Clerk, 2½ years | $65.00 | 0.9 | $58.50 |
| Anna Wick | Senior Data Analyst, 2¾ years | $110.00 | 10.7 | $1,177.00 |

| Grand Total | | Fees:    $88,685.50 | Hours:  696.1 |
|---|---|---|---|
| Blended Rate | | $127.40 | |

4

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asbestos Claims | 37.1 | $7,338.50 |
| Case Administration | 86.8 | $13,530.00 |
| Data Analysis | 351.9 | $40,689.00 |
| Fee Applications - Applicant | 38.7 | $8,127.00 |
| Non-Asbestos Claims | 181.6 | $19,001.00 |
| Plan & Disclosure Statement | 0.0 | $0.00 |
| Travel - Non Working | 0.0 | $0.00 |
| **Total** | **696.1** | **$88,685.50** |

## EXPENSE SUMMARY

| Expense Category | Service Provider (If Applicable) | Total Expenses |
|---|---|---|
| b-Linx/Data Storage | BMC | $850.00 |
| Document Storage | BMC | $508.95 |
| Pacer | US Courts Pacer Website | $995.32 |
| | | |
| **Total** | | **$2,354.27** |

## PRODUCTION EXPENSE SUMMARY

| Date of Mailing | Service Provider (If Applicable) | Total Expenses |
|---|---|---|
| April 11, 2005 | BMC (1 mailing) | $37.06 |
| | | |
| | | |
| **Total** | | **$37.06** |

**WHEREFORE,** BMC respectfully requests:

(a) that an allowance be made to it in the aggregate of $73,339.73, which is comprised of:

(i) 80% of the fees rendered by BMC to the Debtors for reasonable and necessary professional services during the Thirty-Seventh Fee Period (80% of $88,685.50 = $70,948.40); and

(ii) 100% of the actual and necessary costs and expenses incurred by BMC during the Thirty-Seventh Fee Period ($2,391.33);

(b)  that both the fees and expenses are payable as an administrative expense of the Debtors' estates; and

(c)  for such other and further relief as the Court deems just and proper.

Dated: September 2, 2005                    BMC GROUP (f/k/a BANKRUPTCY
                                            MANAGEMENT CORPORATION)


                                            By: _____
                                                SUE HERRSCHAFT
                                                720 Third Avenue, 23rd Floor
                                                Seattle, Washington 98104
                                                Telephone:  (206) 516-3300
                                                Telecopier: (206) 516-3304

                                                Claims Reconciliation and Solicitation
                                                Consultant to the Debtors and
                                                Debtors in Possession

6

## VERIFICATION

STATE OF CALIFORNIA       )
                                 )      ss.
COUNTY OF LOS ANGELES   )

SUE HERRSCHAFT, after being duly sworn, deposes and says:

1. I am employed by BMC Group (f/k/a Bankruptcy Management Corporation) ("BMC"), Applicant, the Claims Reconciliation and Solicitation Consultant to the debtors and debtors in possession herein (the "Debtors"). I am a Senior Consultant with BMC and I am responsible for overseeing the day-to-day services provided by BMC to the Debtors as BMC's Project Manager for this engagement. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

2. I have personally reviewed the consulting services rendered by BMC as Claims Reconciliation and Solicitation Consultant to the Debtors and am thoroughly familiar with the other work performed on behalf of the Debtors by other consultants and employees of BMC.

3. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Annexed hereto are the following Exhibits: **Exhibit 1** – Monthly Fee Invoice comprised of a detail of time expended and Professional Activity Summary; and **Exhibit 2** – Monthly Expense Invoice comprised of an Expense Invoice and Detail. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members,' signed April 17, 2002, and submit that the Application herein substantially complies with such Rules and Order.

_____
SUE HERRSCHAFT

SWORN AND SUBSCRIBED to before me
this 2nd day of September, 2005

_____
Notary Public
My Commission Expires:

YVETTE HASSMAN
Comm. # 1526634
NOTARY PUBLIC-CALIFORNIA
Los Angeles County
My Comm. Expires Nov. 13, 2008

7