**EXHIBIT 2**

# BMC Group
## WR Grace
## MONTHLY SUMMARY OF EXPENSES
### For the Month of April 2005

| EXPENSE CATEGORY | Expense Amount |
| --- | --- |
| Pacer | $995.32 |
| Document Storage | $508.95 |
| B-Linx/Data Storage | $850.00 |
| Monthly Total: | $2,354.27 |

BMC GROUP                           EXPENSE DETAIL - APRIL 2005

| Invoice # | Client | Consultant | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| WRG050430 | WR Grace | BMC, BMC | BMC | $850.00 | 4/30/05 | b-Linx/Data Storage | b-Linx/Data Storage |
| WRG050430 | WR Grace | BMC, BMC | BMC | $508.95 | 4/29/05 | Document Storage | 351 boxes |
| WRG050430 | WR Grace | BMC, BMC | BMC | $995.32 | 4/30/05 | Pacer | Quarterly Court Doc. Downloads, 1/1/05 - 3/31/05 |

EXHIBIT 2

BMC GROUP                                PRODUCTION - APRIL 2005

**021-20050411-1**        4/11/2005

| Job Type | Job Item | Pages / Par | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 8187 - Omni 5 Continuation Order MF 13515 | 7/9 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 9 Pieces @ $.37 each | $3.33 |
| | | | Production | Copy | 63 Pieces @ $.12 each | $7.56 |
| | | | | Fold and Stuff | 9 Pieces @ $.05 each | $0.45 |
| | | | Supplies | Inkjet and Envelope - #10 | 9 Pieces @ $.08 each | $0.72 |
| | | | | | Total Due: | $37.06 |

EXHIBIT 2