**EXHIBIT 2**

# BMC Group
## WR Grace
### MONTHLY SUMMARY OF EXPENSES
For the Month of May 2005

| EXPENSE CATEGORY | Expense Amount |
| --- | --- |
| Taxi | $180.00 |
| Phone/ISP | $151.38 |
| Lodging - BMC/Client | $1,248.08 |
| Document Storage | $510.40 |
| Dinner - BMC/Client | $334.04 |
| Breakfast | $28.48 |
| B-Linx/Data Storage | $850.00 |
| Airline | $235.15 |
| Monthly Total: | $3,537.53 |

BMC GROUP  
EXPENSE DETAIL

MAY 2005

| Invoice # | Client | Consultant | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 531 | WR Grace | Bosack, Brendan | Southwest | $235.15 | 5/2/05 | Airline | BB MCI - MDW 5/2-5/058 |
| 531 | WR Grace | Bosack, Brendan | Yellow Cab | $30.00 | 5/2/05 | Taxi | travel from MDW airport to W Hotel Lakeshore |
| 531 | WR Grace | Bosack, Brendan | Yellow Cab | $15.00 | 5/2/05 | Taxi | travel from W Hotel to Café Ba-ba-reeba |
| 531 | WR Grace | Bosack, Brendan | Yellow Cab | $14.00 | 5/2/05 | Taxi | travel from Café Ba-ba-reeba to W Hotel |
| 531 | WR Grace | Bosack, Brendan | Café Ba-ba-reeba | $50.22 | 5/2/05 | Dinner - BMC/Client | 05/02 Bbosack, Skotarba |
| 531 | WR Grace | Bosack, Brendan | W Chicago Lakeshore | $42.90 | 5/3/05 | Dinner - BMC/Client | 05/03 (B. Bosack) In room late |
| 531 | WR Grace | Bosack, Brendan | Globe Taxi | $7.00 | 5/3/05 | Taxi | travel from W Hotel to K&E |
| 531 | WR Grace | Bosack, Brendan | Yellow Cab | $7.00 | 5/3/05 | Taxi | travel from K&E to W Hotel |
| 531 | WR Grace | Bosack, Brendan | Starbucks | $4.73 | 5/3/05 | Breakfast | 05/03 (B. Bosack) |
| 531 | WR Grace | Bosack, Brendan | Starbucks | $4.13 | 5/4/05 | Breakfast | 05/04 (B. Bosack) |
| 531 | WR Grace | Bosack, Brendan | Yellow Cab | $7.00 | 5/4/05 | Taxi | travel from K&E to W Hotel |
| 531 | WR Grace | Bosack, Brendan | Flattop Grill | $86.91 | 5/4/05 | Dinner - BMC/Client | 05/04 Bbosack, Skotarba |
| 531 | WR Grace | Bosack, Brendan | Carriage Cab | $13.00 | 5/4/05 | Taxi | travel from W Hotel to Flattop Grill |
| 531 | WR Grace | Bosack, Brendan | Yellow Cab | $14.00 | 5/4/05 | Taxi | travel from Flattop Grill to W Hotel |
| 531 | WR Grace | Bosack, Brendan | Checker Taxi | $7.00 | 5/4/05 | Taxi | travel from W Hotel to K&E |
| 531 | WR Grace | Bosack, Brendan | Au Bon Pain | $10.85 | 5/5/05 | Breakfast | 05/05 (B. Bosack) |
| 531 | WR Grace | Bosack, Brendan | Yellow Cab | $7.00 | 5/5/05 | Taxi | travel from W Hotel to K&E |
| 531 | WR Grace | Bosack, Brendan | Yellow Cab | $7.00 | 5/5/05 | Taxi | travel from K&E to W Hotel |
| 531 | WR Grace | Bosack, Brendan | Carriage Cab | $10.00 | 5/5/05 | Taxi | travel from W Hotel to Burton Place |
| 531 | WR Grace | Bosack, Brendan | Yellow Cab | $11.00 | 5/5/05 | Taxi | travel from Burton Place to W Hotel |
| 531 | WR Grace | Bosack, Brendan | Burton Place | $37.75 | 5/5/05 | Dinner - BMC/Client | 05/05 (B. Bosack) |
| 531 | WR Grace | Bosack, Brendan | Starbucks | $9.44 | 5/6/05 | Dinner - BMC/Client | 05/06 (B. Bosack) |
| 531 | WR Grace | Bosack, Brendan | W Chicago Lakeshore | $1,248.08 | 5/6/05 | Lodging - BMC/Client | BBosack May 2 - 6, 2005 |
| 531 | WR Grace | Bosack, Brendan | W Chicago Lakeshore | $67.60 | 5/6/05 | Phone/ISP | 05/02-05/06 Internet (B. Bosack) |
| 531 | WR Grace | Bosack, Brendan | HMS | $8.77 | 5/8/05 | Breakfast | 05/06 (B. Bosack) |
| 531 | WR Grace | Bosack, Brendan | Flash Cab | $31.00 | 5/6/05 | Taxi | travel from W Hotel to MDW Airport |
| 531 | WR Grace | Kotarba, Steve | Cingular Communications | $49.52 | 5/7/05 | Phone/ISP | Telephone expenses 4/8-5/7. |
| 531 | WR Grace | Kotarba, Steve | SBC Communications | $12.06 | 5/10/05 | Phone/ISP | Telephone expenses 4/11-5/10. |
| 531 | WR Grace | Hursey, Diane | T Mobile | $22.00 | 5/18/05 | Phone/ISP | Cell Phone usage 4/7 - 5/6/05 - BDN problem |
| 531 | WR Grace | Herrschaft, Sue | California Pizza Kitchen | $35.28 | 5/26/05 | Dinner - BMC/Client | Dinner for S Herrschaft, K Martin, J Miller - gateway objection project |
| 531 | WR Grace | Booth, Mike | Papa Johns | $71.54 | 5/27/05 | Dinner - BMC/Client | Lunch for KC-parts 1, 2 & 3 claim sampling vs gateway objection check list per Sue H. |
| 531 | WR Grace | BMC, BMC | BMC | $850.00 | 5/31/05 | B-Linx/Data Storage | B-Linx/Data Storage |
| 531 | WR Grace | BMC, BMC | bmc | $510.40 | 5/31/05 | Document Storage | 352 boxes |

EXHIBIT 2

BMC GROUP

WR Grace - May Production Summary

| InvoiceID | JobDate | InvoiceTotal |
|---|---|---|
| 021-20050505-1 | 5/5/2005 | $0.86 |
| 021-20050505-2 | 5/5/2005 | $44.98 |
| 021-20050505-3 | 5/5/2005 | $49.40 |
| 021-20050519-1 | 5/19/2005 | $56.00 |
| 021-20050519-2 | 5/19/2005 | $237.59 |
| 021-20050519-3 | 5/19/2005 | $177.12 |
| 021-20050524-1 | 5/24/2005 | $0.98 |
| 021-20050524-2 | 5/24/2005 | $32.70 |
| 021-20050524-3 | 5/24/2005 | $27.58 |
| 021-20050524-4 | 5/24/2005 | $387.75 |
| | Total | $1,014.96 |

EXHIBIT 2

BMC GROUP                           PRODUCTION DETAIL - MAY

**021-20050505-1**          5/5/2005

| Job Type | Job Item | Pages/Part | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 8327 - 9th Omni 4 Continuation Order MF 13866 | 3/1 | Postage | USPS - 1st Class | 1 Piece @ $.37 each | $0.37 |
| | | | Production | Copy | 3 Pieces @ $.12 each | $0.36 |
| | | | | Fold and Stuff | 1 Piece @ $.05 each | $0.05 |
| | | | Supplies | Inkjet and Envelope - #10 | 1 Piece @ $.08 each | $0.08 |
| | | | | | Total Due: | $0.86 |

EXHIBIT 2

BMC GROUP                                   PRODUCTION DETAIL - MAY 2005

**021-20050505-2**              5/5/2005

| Job Type | Job Item | Pages / Par | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 8328 - 8th Omni 5 Cont Ord MF 13867 | 12/9 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 9 Pieces @ $.60 each | $5.40 |
| | | | Production | Copy | 108 Pieces @ $.12 each | $12.96 |
| | | | | Stuff and Mail | 9 Pieces @ $.05 each | $0.45 |
| | | | Supplies | Inkjet and Envelope - Catalog | 9 Pieces @ $.13 each | $1.17 |
| | | | | Total Due: | | $44.98 |

EXHIBIT 2

BMC GROUP               PRODUCTION DETAIL - MAY 2005

**021-2005050-3**        5/5/2005

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 8329 - 2nd Omni 8 Cont Ord MF 13868 | 17 / 8 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 8 Pieces @ $.83 each | $6.64 |
| | | | Production | Copy | 136 Pieces @ $.12 each | $16.32 |
| | | | | Stuff and Mail | 8 Pieces @ $.05 each | $0.40 |
| | | | Supplies | Inkjet and Envelope - Catalog | 8 Pieces @ $.13 each | $1.04 |
| | | | | | Total Due: | $49.40 |

EXHIBIT 2

BMC GROUP                              PRODUCTION DETAIL - MAY 2005

**021-20050519-1**          5/19/2005

| Job Type | Job Item | Pages / Pa | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 1. Omni 10 Obj to Claims (Non-Substantive) Full Do MF 14059/14063 | 28/ 1 | Postage | USPS - 1st Class | 1 Piece @ $.83 each | $0.83 |
| | | | Production | Copy | 28 Pieces @ $.12 each | $3.36 |
| | | | | Stuff and Mail | 1 Piece @ $.05 each | $0.05 |
| | | | Supplies | Inkjet and Envelope - Catalog | 1 Piece @ $.13 each | $0.13 |
| Noticing Document | 2. Omni 10 Obj to Claims (Non-Substantive) Custom MF 14059/14063 | 19/ 7 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 6 Pieces @ $.83 each | $4.98 |
| | | | | USPS - International | 1 Piece @ $2.40 each | $2.40 |
| | | | Production | Collate and Stuff | 7 Pieces @ $.08 each | $0.56 |
| | | | | Copy | 119 Pieces @ $.12 each | $14.28 |
| | | | | Variable Print Black Only | 14 Pieces @ $.25 each | $3.50 |
| | | | Supplies | Inkjet and Envelope - Catalog | 7 Pieces @ $.13 each | $0.91 |
| | | | | | Total Due: | $56.00 |

EXHIBIT 2

BMC GROUP                           PRODUCTION DETAIL - MAY 2005

**021-20050519-2**            5/19/2005

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Omni 11 Obj to Claims (Gateway) MF 14060 | 23 / 52 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 51 Pieces @ $.83 each | $42.33 |
| | | | | USPS - International | 1 Piece @ $2.30 each | $2.30 |
| | | | Production | Collate and Stuff | 52 Pieces @ $.08 each | $4.16 |
| | | | | Copy | 1092 Pieces @ $.12 each | $131.04 |
| | | | | Variable Print Black Only | 104 Pieces @ $.25 each | $26.00 |
| | | | Supplies | Inkjet and Envelope - Catalog | 52 Pieces @ $.13 each | $6.76 |
| | | | | | Total Due: | $237.59 |

EXHIBIT 2

BMC GROUP                          PRODUCTION DETAIL - MAY 2005

**021-20050519-3**          5/19/2005

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 1. Omni 9 Obj to Claims (Substantive) MF 14058/14062 | 39 / 1 | Postage | USPS - 1st Class | 1 Piece @ $1.06 each | $1.06 |
| | | | Production | Copy | 39 Pieces @ $.12 each | $4.68 |
| | | | | Stuff and Mail | 1 Piece @ $.05 each | $0.05 |
| Noticing Document | 2. Omni 9 Obj to Claims (Substantive) MF 14058/14062 | 25 / 34 | Supplies | Inkjet and Envelope - Catalog | 1 Piece @ $.13 each | $0.13 |
| | | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 34 Pieces @ $.83 each | $28.22 |
| | | | Production | Collate and Stuff | 34 Pieces @ $.08 each | $2.72 |
| | | | | Copy | 782 Pieces @ $.12 each | $93.84 |
| | | | | Variable Print Black Only | 68 Pieces @ $.25 each | $17.00 |
| | | | Supplies | Inkjet and Envelope - Catalog | 34 Pieces @ $.13 each | $4.42 |
| | | | | | Total Due: | $177.12 |

EXHIBIT 2

BMC GROUP                                    PRODUCTION DETAIL - MAY 2005

**021-20050524-1**          **5/24/2005**

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 8449 - 10th Omni 4 Continuance Order MF 14209 | 4 / 1 | Postage | USPS - 1st Class | 1 Piece @ $.37 each | $0.37 |
| | | | Production | Copy | 4 Pieces @ $.12 each | $0.48 |
| | | | | Fold and Stuff | 1 Piece @ $.05 each | $0.05 |
| | | | Supplies | Inkjet and Envelope - #10 | 1 Piece @ $.08 each | $0.08 |
| | | | | | **Total Due:** | **$0.98** |

EXHIBIT 2

BMC GROUP                           PRODUCTION DETAIL - MAY 2005

**021-20050524-2**          **5/24/2005**

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 8450 - 9th Omni 5 Continuance Order MF 14210 | 5 / 7 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 7 Pieces @ $.37 each | $2.59 |
| | | | Production | Copy | 35 Pieces @ $.12 each | $4.20 |
| | | | | Fold and Stuff | 7 Pieces @ $.05 each | $0.35 |
| | | | Supplies | Inkjet and Envelope - #10 | 7 Pieces @ $.08 each | $0.56 |
| | | | | | Total Due: | $32.70 |

EXHIBIT 2

BMC GROUP

PRODUCTION DETAIL - MAY 2005

**021-20050524-3**    **5/24/2005**

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 8451 - 3rd Omni 8 Continuance Order MF 14211 | 3/3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $.37 each | $1.11 |
| | | | Production | Copy | 9 Pieces @ $.12 each | $1.08 |
| | | | | Fold and Stuff | 3 Pieces @ $.05 each | $0.15 |
| | | | Supplies | Inkjet and Envelope - #10 | 3 Pieces @ $.08 each | $0.24 |
| | | | | | Total Due: | $27.58 |

EXHIBIT 2

BMC GROUP                                        PRODUCTION DETAIL - MAY 2005

**021-20050524-4**          5/24/2005

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 1. Notice of Intent to Object (Custom) (AP's) MF 14217/14216/14220 | 7/43 | Document/Data Preparation | Mail File Setup | 3 Tasks @ $25.00 each | $75.00 |
| | | | Postage | USPS - 1st Class | 34 Pieces @ $.60 each | $20.40 |
| | | | | USPS - 1st Class | 1 Piece @ $1.98 each | $1.98 |
| | | | | USPS - MX/CA | 1 Piece @ $.65 each | $0.65 |
| | | | Production | Copy | 86 Pieces @ $.12 each | $10.32 |
| | | | | Stuff and Mail | 35 Pieces @ $.05 each | $1.75 |
| | | | | Variable Print Black Only | 215 Pieces @ $.25 each | $53.75 |
| | | | Supplies | Inkjet and Envelope - Catalog | 35 Pieces @ $.13 each | $4.55 |
| Noticing Document | 2. Notice of Intent to Object - ANP's MF 14217/14216/14220 | 14/8 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 7 Pieces @ $.60 each | $4.20 |
| | | | | USPS - International | 1 Piece @ $1.98 each | $1.98 |
| | | | Production | Copy | 119 Pieces @ $.12 each | $14.28 |
| | | | | Stuff and Mail | 8 Pieces @ $.05 each | $0.40 |
| | | | Supplies | Inkjet and Envelope - Catalog | 8 Pieces @ $.13 each | $1.04 |
| Noticing Document | 3. Notice of Intent to Object - Committee MF 14217/14216/14220 | 196/5 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 5 Pieces @ $5.75 each | $28.75 |
| | | | Production | Copy | 980 Pieces @ $.12 each | $117.60 |
| | | | | Stuff and Mail | 5 Pieces @ $.05 each | $0.25 |
| | | | Supplies | Inkjet and Envelope - Catalog | 5 Pieces @ $.13 each | $0.65 |
| | | | | | Total Due: | $387.75 |

EXHIBIT 2