**EXHIBIT 2**

## BMC Group
### WR Grace
### MONTHLY SUMMARY OF EXPENSES
### For the Month of June 2005

| EXPENSE CATEGORY | Expense Amount |
| --- | --- |
| Mileage | $13.38 |
| B-Linx/Data Storage | $850.00 |
| Breakfast | $259.69 |
| Copies | $74.31 |
| Dinner - BMC/Client | $790.27 |
| Document Storage | $511.85 |
| Gas | $11.17 |
| Airline | $3,241.35 |
| Lunch | $299.91 |
| Tips | $6.00 |
| Misc | $438.86 |
| Pacer | $616.56 |
| Parking | $152.85 |
| Phone/ISP | $110.56 |
| Rental Vehicle | $127.72 |
| Supplies | $321.00 |
| Taxi | $669.70 |
| Lodging - BMC/Client | $5,416.99 |
| Monthly Total: | $13,912.17 |

BMC GROUP
EXPENSE DETAIL

JUNE 2005

| Invoice# | Client | Consultant | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| WRG050630 | WR Grace | Bosack, Brendan | El Segundo Fish Company | $12.12 | 6/6/05 | Breakfast | BBosack travel meal |
| WRG050630 | WR Grace | Bosack, Brendan | Southwest | $624.65 | 6/6/05 | Airline | BBosack MCI-LAX 6/6-10/05 |
| WRG050630 | WR Grace | Bosack, Brendan | Big Mikes | $11.25 | 6/7/05 | Breakfast | BBosack travel meal |
| WRG050630 | WR Grace | Bosack, Brendan | Hennesey | $65.23 | 6/7/05 | Dinner - BMC/Client | BB, SA, TF |
| WRG050630 | WR Grace | Kotarba, Steve | Cingular Communications | $39.00 | 6/7/05 | Phone/ISP | Telephone expenses 5//8-6/7. |
| WRG050630 | WR Grace | Bosack, Brendan | El Pollo Loco | $7.34 | 6/8/05 | Dinner - BMC/Client | BBosack travel meal |
| WRG050630 | WR Grace | Bosack, Brendan | Starbucks | $9.95 | 6/8/05 | Breakfast | BBosack travel meal |
| WRG050630 | WR Grace | Booth, Mike | Verizon Wireless | $17.34 | 6/9/05 | Phone/ISP | May 10th - June 9th 2005 cell statement. |
| WRG050630 | WR Grace | Bosack, Brendan | Asuka Rest | $77.22 | 6/9/05 | Dinner - BMC/Client | Bbosack, SA,TF, SH |
| WRG050630 | WR Grace | Bosack, Brendan | Starbucks | $13.60 | 6/9/05 | Breakfast | BBosack travel meal |
| WRG050630 | WR Grace | Bosack, Brendan | Thrifty | $127.72 | 6/10/05 | Rental Vehicle | 06/06-06/10 (B. Bosack) |
| WRG050630 | WR Grace | Bosack, Brendan | 76/Circle K | $11.17 | 6/10/05 | Gas | rental car 6/6-10/05 |
| WRG050630 | WR Grace | Bosack, Brendan | Starbucks | $4.63 | 6/10/05 | Breakfast | BBosack travel meal |
| WRG050630 | WR Grace | Bosack, Brendan | Burger Etc | $13.00 | 6/10/05 | Dinner - BMC/Client | BBosack travel meal |
| WRG050630 | WR Grace | Kotarba, Steve | SBC Communications | $7.24 | 6/10/05 | Phone/ISP | Telephone expense 5/11-6/10. |
| WRG050630 | WR Grace | Bosack, Brendan | HomeStead Studio Suites | $475.16 | 6/10/05 | Lodging - BMC/Client | B. Bosack 06/06-06/10 |
| WRG050630 | WR Grace | Bosack, Brendan | Southwest | $314.95 | 6/13/05 | Airline | BB PDX-MCI return |
| WRG050630 | WR Grace | Bosack, Brendan | Embassy Suites Hotel | $9.95 | 6/13/05 | Phone/ISP | Internet in hotel 6/12/05 |
| WRG050630 | WR Grace | Grimmett, Mike | FMS Inc | $306.00 | 6/16/05 | Supplies | software purchase |
| WRG050630 | WR Grace | Grimmett, Mike | American Airlines | $1.00 | 6/19/05 | Airline | Beverage on Plane |
| WRG050630 | WR Grace | Hemphill, William | Southwest | $275.15 | 6/20/05 | Airline | WHemphill MCI-MDW 6/20-24/05 |
| WRG050630 | WR Grace | Dors, Ellen | Southwest | $275.15 | 6/20/05 | Airline | E Dors MCI-MDW 6/20-24/05 |
| WRG050630 | WR Grace | Grimmett, Mike | United Checker Cab | $18.40 | 6/20/05 | Taxi | BMC - LAX |
| WRG050630 | WR Grace | Hemphill, William | Chicago Carriage Cab | $34.00 | 6/20/05 | Taxi | Taxi from Chicago Midway Airport to Hotel |
| WRG050630 | WR Grace | Dors, Ellen | Ellen Dors | $3.00 | 6/20/05 | Tips | Tips |
| WRG050630 | WR Grace | Kotarba, Steve | Potbelly's | $13.78 | 6/20/05 | Lunch | Lunch w/ M. Grimmett while working on-site. |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $48.25 | 6/20/05 | Taxi | ORD-Hilton |
| WRG050630 | WR Grace | Marshall, John | Southwest | $275.15 | 6/20/05 | Airline | JMarshall MCI-MDW 6/20-24/05 |
| WRG050630 | WR Grace | Hemphill, William | Starbucks KCI Airport | $4.60 | 6/20/05 | Breakfast | WH travel meal |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $12.50 | 6/20/05 | Taxi | K&E to Hotel |
| WRG050630 | WR Grace | Hemphill, William | Govnor's Pub | $68.43 | 6/20/05 | Dinner - BMC/Client | J. Marshall, E. Dors and W. Hemphill. |
| WRG050630 | WR Grace | Dors, Ellen | Ellen Dors | $13.38 | 6/20/05 | Mileage | Mileage to Airport |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $13.00 | 6/20/05 | Taxi | Hotel to K&E |
| WRG050630 | WR Grace | Marshall, John | La Strada | $34.00 | 6/20/05 | Breakfast | J Marshall, E. Dors, & W Hemphill travel meal |
| WRG050630 | WR Grace | Marshall, John | Sopraffina | $9.44 | 6/21/05 | Breakfast | J Marshall travel meal |
| WRG050630 | WR Grace | Grimmett, Mike | Sopraffina | $18.85 | 6/21/05 | Lunch | Lunch for Mike and Elizabeth at Client |
| WRG050630 | WR Grace | Bogue, Lauri | Southwest | $275.15 | 6/21/05 | Airline | L Bogue MCI-MDW 6/21-24/05 |
| WRG050630 | WR Grace | Dors, Ellen | Sopraffina | $6.80 | 6/21/05 | Breakfast | E.Dors Travel Meal |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $14.00 | 6/21/05 | Taxi | K&E to Hotel |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $13.00 | 6/21/05 | Taxi | Hotel to K&E |
| WRG050630 | WR Grace | Bogue, Lauri | Sopraffina Marketplace | $8.12 | 6/21/05 | Breakfast | LBogue travel meal |
| WRG050630 | WR Grace | Vrato, Elizabeth | Dining In/Bennigans | $77.60 | 6/21/05 | Dinner - BMC/Client | E.Vrato,J. Marshall, E. Dors and W. Hemphill. |
| WRG050630 | WR Grace | Bogue, Lauri | Globe Taxi Assn Inc | $32.85 | 6/21/05 | Taxi | Chicago Midway to K&E offices. |
| WRG050630 | WR Grace | Dors, Ellen | Au Bon Pain | $10.58 | 6/22/05 | Breakfast | E.Dors Travel Meal |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $21.00 | 6/22/05 | Taxi | Hotel to Dinner |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $19.00 | 6/22/05 | Taxi | Dinner to Hotel |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $14.00 | 6/22/05 | Taxi | K&E to Hotel |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $14.00 | 6/22/05 | Taxi | Hotel to K&E |
| WRG050630 | WR Grace | Vrato, Elizabeth | Giordanos | $95.45 | 6/22/05 | Dinner - BMC/Client | E.Vrato,J. Marshall, E. Dors and W. Hemphill. |
| WRG050630 | WR Grace | Grimmett, Mike | Delmonicos | $6.91 | 6/22/05 | Lunch | MG travel meal |
| WRG050630 | WR Grace | Marshall, John | Au Bon Pain | $7.90 | 6/22/05 | Breakfast | J Marshall travel meal |
| WRG050630 | WR Grace | Bogue, Lauri | Au Bon Pain | $5.82 | 6/22/05 | Breakfast | LBogue travel meal |
| WRG050630 | WR Grace | BMC, BMC | bmc | $15.00 | 6/22/05 | Supplies | prepared cd with C.N.A claims per Sue Herrschaft |
| WRG050630 | WR Grace | Marshall, John | Sopraffina | $8.61 | 6/23/05 | Breakfast | J Marshall travel meal |
| WRG050630 | WR Grace | Dors, Ellen | Rock Bottom | $18.87 | 6/23/05 | Dinner - BMC/Client | ED travel meal |
| WRG050630 | WR Grace | Bogue, Lauri | M Submarine | $8.05 | 6/23/05 | Breakfast | LBogue travel meal |
| WRG050630 | WR Grace | Hemphill, William | Weber Grill | $172.57 | 6/23/05 | Dinner - BMC/Client | J. Marshall, E. Dors, L. Bogue, E. Vrato and W. Hemphill |
| WRG050630 | WR Grace | Grimmett, Mike | Quiznos | $35.12 | 6/23/05 | Lunch | K&E and BMC Team |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $10.00 | 6/23/05 | Taxi | K&E to Hotel |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $16.00 | 6/23/05 | Taxi | Hotel to K&E |
| WRG050630 | WR Grace | Dors, Ellen | Sopraffina | $6.57 | 6/23/05 | Breakfast | E.Dors Travel Meal |
| WRG050630 | WR Grace | Marshall, John | Parking Spot | $33.00 | 6/24/05 | Parking | Parking expense for trip to Chicago |
| WRG050630 | WR Grace | Dors, Ellen | The Parking Spot | $33.00 | 6/24/05 | Parking | Parking |
| WRG050630 | WR Grace | Grimmett, Mike | Hilton Chicago | $36.88 | 6/24/05 | Breakfast | In Hotel 6/22/05 |
| WRG050630 | WR Grace | Grimmett, Mike | Delmonicos | $24.77 | 6/24/05 | Lunch | Grace Team |
| WRG050630 | WR Grace | Grimmett, Mike | Café 200 | -$8.10 | 6/24/05 | Breakfast | MGrimmett travel meal |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $67.00 | 6/24/05 | Taxi | K&E to O'Hare |
| WRG050630 | WR Grace | Marshall, John | Potbelly | $3.69 | 6/24/05 | Breakfast | J Marshall travel meal |
| WRG050630 | WR Grace | Grimmett, Mike | Hilton Chicago | $7.21 | 6/24/05 | Misc | beverages in room 6/24/05 |
| WRG050630 | WR Grace | Bogue, Lauri | The Plaza Parking @KCI | $14.85 | 6/24/05 | Parking | MCI 6/21-24/05 |
| WRG050630 | WR Grace | Grimmett, Mike | Hilton Chicago | $34.07 | 6/24/05 | Lunch | In hotel 6/20/05 |
| WRG050630 | WR Grace | Grimmett, Mike | Hilton Chicago | $23.75 | 6/24/05 | Breakfast | In hotel 6/20/05 |
| WRG050630 | WR Grace | Grimmett, Mike | Hilton Chicago | $25.80 | 6/24/05 | Misc | laundry 6/20/05 |
| WRG050630 | WR Grace | Grimmett, Mike | Hilton Chicago | $29.85 | 6/24/05 | Phone/ISP | Internet in hotel 6/20-24/05 |
| WRG050630 | WR Grace | Dors, Ellen | Ellen Dors | $3.00 | 6/24/05 | Tips | Tips |
| WRG050630 | WR Grace | Dors, Ellen | McDonalds | $3.85 | 6/24/05 | Breakfast | E.Dors Travel Meal |
| WRG050630 | WR Grace | Hemphill, William | Parking Plaza@ KCI | $33.00 | 6/24/05 | Parking | Parking- KCI Airport 6/20-6/24/05 |
| WRG050630 | WR Grace | Marshall, John | Hard Rock Hotel | $1,098.44 | 6/24/05 | Lodging - BMC/Client | Ellen Dors 6/20-6/24 |
| WRG050630 | WR Grace | Marshall, John | Hard Rock Hotel | $1,098.44 | 6/24/05 | Lodging - BMC/Client | J Marshall 6/20-6/24 |
| WRG050630 | WR Grace | Bogue, Lauri | Lalo's Mexican Restaurant | $8.78 | 6/24/05 | Breakfast | LBogue travel meal |
| WRG050630 | WR Grace | Grimmett, Mike | Hilton | $822.60 | 6/24/05 | Lodging - BMC/Client | MGrimmett 6/20-24/05 |
| WRG050630 | WR Grace | Hemphill, William | Chicago Carriage Cab | $30.65 | 6/24/05 | Taxi | Chicago Hotel to Midway Airport |
| WRG050630 | WR Grace | Hemphill, William | McDonalds Midway Airport | $3.41 | 6/24/05 | Breakfast | WHemphill travel meal |
| WRG050630 | WR Grace | Hemphill, William | Hard Rock Hotel Chicago | $823.83 | 6/24/05 | Lodging - BMC/Client | L Bogue 6/21/05 thru 6/24/05 |
| WRG050630 | WR Grace | Hemphill, William | Hard Rock Hotel Chicago | $1,098.44 | 6/24/05 | Lodging - BMC/Client | WHemphill 6/20/05 thru 6/24/05 |
| WRG050630 | WR Grace | Grimmett, Mike | American | $60.00 | 6/24/05 | Misc | Internet and workspace fee - ORD |
| WRG050630 | WR Grace | Kotarba, Steve | Millenium Garage | $13.00 | 6/24/05 | Parking | Parking re on-site meeting re claim review. |
| WRG050630 | WR Grace | Grimmett, Mike | Best Buy | $345.85 | 6/25/05 | Misc | Backup solutions for Gateway Claims Project |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $20.00 | 6/25/05 | Taxi | LAX - BMC |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $40.00 | 6/25/05 | Taxi | Airport |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $23.20 | 6/28/05 | Taxi | BMC - LAX |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $53.85 | 6/28/05 | Taxi | Airport to Hotel |

EXHIBIT 2

BMC GROUP  
EXPENSE DETAIL

JUNE 2005

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $14.00 | 6/28/05 | Taxi | Hotel to K&E |
| WRG050630 | WR Grace | Kotarba, Steve | Millenium Garage | $13.00 | 6/28/05 | Parking | Parking re on-site meetings. |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $12.00 | 6/28/05 | Taxi | K&E to Hotel |
| WRG050630 | WR Grace | Grimmett, Mike | American Airlines | $1,200.15 | 6/28/05 | Airline | MGrimmett LAX-ORD 6/28-7/1/05 |
| WRG050630 | WR Grace | Kotarba, Steve | Kamehachi | $150.15 | 6/29/05 | Lunch | Working lunch with J. Friedland, S. Blanca and M. Grimmett. |
| WRG050630 | WR Grace | Grimmett, Mike | Capital Grille | $194.56 | 6/29/05 | Dinner - BMC/Client | E.Vrato, M.Grimmett, Skotarba |
| WRG050630 | WR Grace | Vrato, Elizabeth | FedExKinkos | $69.13 | 6/29/05 | Copies | Print-out of claims for conf call |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $10.00 | 6/29/05 | Taxi | Hotel to K&E |
| WRG050630 | WR Grace | Grimmett, Mike | Café 200 | $9.19 | 6/29/05 | Breakfast | MGrimmett travel meal |
| WRG050630 | WR Grace | Kotarba, Steve | Millenium Park Garage | $13.00 | 6/29/05 | Parking | Parking re early morning on-site meeting. |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $10.00 | 6/29/05 | Taxi | Dinner to Hotel |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $11.00 | 6/29/05 | Taxi | Hotel to Dinner |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $12.00 | 6/29/05 | Taxi | K&E to Hotel |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $15.00 | 6/29/05 | Taxi | Grace team to Lunch |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $15.00 | 6/29/05 | Taxi | Grace team return from lunch |
| WRG050630 | WR Grace | Vrato, Elizabeth | FedExKinkos | $5.18 | 6/29/05 | Copies | Print-out of claims for conf call |
| WRG050630 | WR Grace | Daniel, Brad | Verizon | $7.18 | 6/30/05 | Phone/ISP | Phone charge 5/17 - 6/16 |
| WRG050630 | WR Grace | Kotarba, Steve | Quizno's | $16.26 | 6/30/05 | Lunch | Lunch with J. Friedland, S. Blanca, M. Grimmett. |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $12.00 | 6/30/05 | Taxi | K&E to Hotel |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $17.00 | 6/30/05 | Taxi | Return to K&E from Lunch |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $16.00 | 6/30/05 | Taxi | To lunch from K&E |
| WRG050630 | WR Grace | BMC, BMC | BMC | $850.00 | 6/30/05 | B-Linx/Data Storage | B-Linx/Data Storage |
| WRG050630 | WR Grace | BMC, BMC | bmc | $511.85 | 6/30/05 | Document Storage | 353 boxes |
| WRG050630 | WR Grace | BMC, BMC | BMC | $616.56 | 6/30/05 | Pacer | Qrtly Crt Doc Dwnload 4/1-6/30/05 |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $11.00 | 6/30/05 | Taxi | Hotel to K&E |

EXHIBIT 2