# EXHIBIT 2

# BMC Group
## WR Grace
## MONTHLY SUMMARY OF EXPENSES
### For the Month of April  2005

| EXPENSE CATEGORY | Expense Amount |
| --- | --- |
| Pacer | $995.32 |
| Document Storage | $508.95 |
| B-Linx/Data Storage | $850.00 |
| Monthly Total: | $2,354.27 |

　　　　　EXHIBIT 2

# BMC Group

## WR Grace
## MONTHLY SUMMARY OF EXPENSES
### For the Month of May 2005

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| Taxi | $103.00 |
| Phone/ISP | $151.38 |
| Lunch | $71.54 |
| Lodging - BMC/Client | $1,248.08 |
| Document Storage | $510.40 |
| Dinner - BMC/Client | $262.50 |
| Breakfast | $28.48 |
| B-Linx/Data Storage | $850.00 |
| Airline | $235.15 |
| Monthly Total: | $3,460.53 |

EXHIBIT 2

# BMC Group
## WR Grace
## MONTHLY SUMMARY OF EXPENSES
### For the Month of June  2005

| EXPENSE CATEGORY | Expense Amount |
| --- | --- |
| Taxi | $505.70 |
| Supplies | $15.00 |
| Rental Vehicle | $127.72 |
| Phone/ISP | $100.61 |
| Parking | $146.25 |
| Pacer | $616.56 |
| Lodging - BMC/Client | $5,416.99 |
| Gas | $11.17 |
| Document Storage | $511.85 |
| Dinner -  BMC/Client | $679.40 |
| Copies | $74.31 |
| Breakfast | $205.34 |
| B-Linx/Data Storage | $850.00 |
| Airline | $4,125.55 |
| Monthly Total: | $13,386.45 |

EXHIBIT 2

BMC GROUP                              EXPENSE DETAIL - APRIL 2005

| Invoice # | Client | Consultant | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| WRG050430 | WR Grace | BMC, BMC | BMC | $850.00 | 4/30/05 | b-Linx/Data Storage | b-Linx/Data Storage |
| WRG050430 | WR Grace | BMC, BMC | BMC | $508.95 | 4/29/05 | Document Storage | 351 boxes |
| WRG050430 | WR Grace | BMC, BMC | BMC | $995.32 | 4/30/05 | Pacer | Quarterly Court Doc. Downloads, 1/1/05 - 3/31/05 |

EXHIBIT 2

BMC GROUP                          EXPENSE DETAIL - MAY 2005

| | | | | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| WRG050531 | WR Grace | zzCAMEX, Bbosack, Bbosack | Southwest | $235.15 | 5/2/05 | Airfare | BB MCI - MDW 5/2-6/058 |
| WRG050531 | WR Grace | Bosack, Brendan | Yellow Cab | $30.00 | 5/2/05 | Taxi | travel from MDW airport to W Hotel Lakeshore |
| WRG050531 | WR Grace | Bosack, Brendan | Café Ba-ba-reeba | $50.22 | 5/2/03 | Dinner - BMC/Client | 05/02 Bbosack, Skotarba |
| WRG050531 | WR Grace | Bosack, Brendan | Starbucks | $4.73 | 5/3/05 | Breakfast | 05/03 (B. Bosack) |
| WRG050531 | WR Grace | zzCAMEX, Bbosack, Bbosack | W Chicago Lakeshore | $42.90 | 5/3/05 | Dinner - BMC/Client | 05/03 (B. Bosack) in room lata |
| WRG050531 | WR Grace | Bosack, Brendan | Globe Taxi | $7.00 | 5/3/05 | Taxi | travel from W Hotel to K&E |
| WRG050531 | WR Grace | Bosack, Brendan | Yellow Cab | $7.00 | 5/3/05 | Taxi | travel from K&E to W Hotel |
| WRG050531 | WR Grace | Bosack, Brendan | Yellow Cab | $7.00 | 5/4/05 | Taxi | travel from K&E to W Hotel |
| WRG050531 | WR Grace | Bosack, Brendan | Starbucks | $4.13 | 5/4/05 | Breakfast | 05/04 (B. Bosack) |
| WRG050531 | WR Grace | zzCAMEX, Bbosack, Bbosack | Flattop Grill | $88.91 | 5/4/05 | Dinner - BMC/Client | 05/04 Bbosack, Skotarba |
| WRG050531 | WR Grace | Bosack, Brendan | Checker Taxi | $7.00 | 5/4/05 | Taxi | travel from W Hotel to K&E |
| WRG050531 | WR Grace | Bosack, Brendan | Yellow Cab | $7.00 | 5/5/05 | Taxi | travel from W Hotel to K&E |
| WRG050531 | WR Grace | Bosack, Brendan | Yellow Cab | $7.00 | 5/5/05 | Taxi | travel from K&E to W Hotel |
| WRG050531 | WR Grace | zzCAMEX, Bbosack, Bbosack | Burton Place | $37.75 | 5/5/05 | Dinner - BMC/Client | 05/05 (B. Bosack) |
| WRG050531 | WR Grace | Bosack, Brendan | Au Bon Pain | $10.85 | 5/5/05 | Breakfast | 05/05 (B. Bosack) |
| WRG050531 | WR Grace | Bosack, Brendan | HMS | $5.77 | 5/6/05 | Breakfast | 05/06 (B. Bosack) |
| WRG050531 | WR Grace | zzCAMEX, Bbosack, Bbosack | W Chicago Lakeshore | $1,248.08 | 5/6/05 | Lodging - BMC/Client | BBosack May 2 - 6, 2005 |
| WRG050531 | WR Grace | zzCAMEX, Bbosack, Bbosack | W Chicago Lakeshore | $67.80 | 5/6/05 | Phone/ISP | 05/02-05/06 Internet (B. Bosack) |
| WRG050531 | WR Grace | Bosack, Brendan | Flash Cab | $31.00 | 5/6/05 | Taxi | travel from W Hotel to MDW Airport |
| WRG050531 | WR Grace | Bosack, Brenden | Starbucks | $9.44 | 5/6/05 | Dinner - BMC/Client | 05/06 (B. Bosack) |
| WRG050531 | WR Grace | Kotarba, Steve | Cingular Communications | $49.52 | 5/7/05 | Phone/ISP | Telephone expenses 4/8-5/7. |
| WRG050531 | WR Grace | Kotarba, Steve | SBC Communications | $12.06 | 5/10/05 | Phone/ISP | Telephone expenses 4/11-5/10. |
| WRG050531 | WR Grace | Hursey, Diane | T Mobile | $22.00 | 5/18/05 | Phone/ISP | Cell Phone usage 4/7 - 5/6/05 - BDN project |
| WRG050531 | WR Grace | zzCAMEX-Sherrschaft, sherrschaft | California Pizza Kitchen | $35.28 | 5/26/05 | Dinner - BMC/Client | project |
| WRG050531 | WR Grace | zzCAMEX-Mbbooth, mbooth | Papa Johns | $71.64 | 5/27/05 | Lunch | objection check list per Sue H. |
| WRG050531 | WR Grace | BMC, BMC | BMC | $850.00 | 5/31/05 | B-Linx/Data Storage | B-Linx/Data Storage |
| WRG050531 | WR Grace | BMC, BMC | bmc | $510.40 | 5/31/05 | Document Storage | 352 boxes |

EXHIBIT 2

BMC GROUP                    EXPENSE DETAIL - JUNE 2005

| InvoiceNumber | Client | Consultant | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| WRG050630 | WR Grace | Bosack, Brendan | El Segundo Fish Company | $12.12 | 6/6/05 | Breakfast | BBosack travel meal |
| WRG050630 | WR Grace | Bosack, Brendan | Southwest | $624.55 | 6/6/05 | Airline | BBosack MCI-LAX 6/6-10/05 |
| WRG050630 | WR Grace | Bosack, Brendan | Big Mikes | $11.25 | 6/7/05 | Breakfast | BBosack travel meal |
| WRG050630 | WR Grace | Kotarba, Steve | Cingular Communications | $39.00 | 6/7/05 | Phone/ISP | Telephone expenses 5/8-6/7. |
| WRG050630 | WR Grace | Bosack, Brendan | Hennessey's | $22.23 | 6/7/05 | Dinner - BMC/Client | BBosack travel meal |
| WRG050630 | WR Grace | Bosack, Brendan | El Pollo Loco | $7.34 | 6/8/05 | Dinner - BMC/Client | BBosack travel meal |
| WRG050630 | WR Grace | Bosack, Brendan | Starbucks | $9.95 | 6/8/05 | Breakfast | BBosack travel meal |
| WRG050630 | WR Grace | Booth, Mike | Verizon Wireless | $17.34 | 6/9/05 | Phone/ISP | May 10th - June 9th 2005 cell statement. |
| WRG050630 | WR Grace | Bosack, Brendan | Starbucks | $13.60 | 6/9/05 | Breakfast | BBosack travel meal |
| WRG050630 | WR Grace | Bosack, Brendan | Asuka Restaurant | $28.22 | 6/9/05 | Dinner - BMC/Client | BBosack travel meal |
| WRG050630 | WR Grace | Bosack, Brendan | 76/Circle K | $11.17 | 6/10/05 | Gas | rental car 6/6-10/05 |
| WRG050630 | WR Grace | Bosack, Brendan | Burger Etc | $13.00 | 6/10/05 | Dinner - BMC/Client | BBosack travel meal |
| WRG050630 | WR Grace | Bosack, Brendan | Thrifty | $127.72 | 6/10/05 | Rental Vehicle | 06/06-06/10 (B. Bosack) |
| WRG050630 | WR Grace | Kotarba, Steve | SBC Communications | $7.24 | 6/10/05 | Phone/ISP | Telephone expense 5/11-6/10. |
| WRG050630 | WR Grace | Bosack, Brendan | HomeStead Studio Suites | $475.16 | 6/10/05 | Lodging - BMC/Client | B. Bosack 06/06-06/10 |
| WRG050630 | WR Grace | Bosack, Brendan | Starbucks | $4.63 | 6/10/05 | Breakfast | BBosack travel meal |
| WRG050630 | WR Grace | Hemphill, William | Chicago Carriage Cab Co. | $34.00 | 6/20/05 | Taxi | Chicago Midway Airport to Hotel |
| WRG050630 | WR Grace | Marshall, John | Southwest | $275.15 | 6/20/05 | Airline | JMarshall MCI-MDW 6/20-24/05 |
| WRG050630 | WR Grace | Hemphill, William | Southwest | $275.15 | 6/20/05 | Airline | WHemphill MCI-MDW 6/20-24/05 |
| WRG050630 | WR Grace | Dors, Ellen | Southwest | $275.15 | 6/20/05 | Airline | E Dors MCI-MDW 6/20-24/05 |
| WRG050630 | WR Grace | Grimmett, Mike | United Checker Cab | $18.40 | 6/20/05 | Taxi | BMC - LAX |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $48.25 | 6/20/05 | Taxi | ORD-Hilton |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $13.00 | 6/20/05 | Taxi | Hotel to K&E |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $12.50 | 6/20/05 | Taxi | K&E to Hotel |
| WRG050630 | WR Grace | Marshall, John | La Strada | $34.00 | 6/20/05 | Breakfast | J Marshall, E.Dors, & W Hemphill travel meal |
| WRG050630 | WR Grace | Hemphill, William | Govnor's Pub | $68.43 | 6/20/05 | Dinner - BMC/Client | J. Marshall, E. Dors and W. Hemphill. |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $13.00 | 6/21/05 | Taxi | Hotel to K&E |
| WRG050630 | WR Grace | Dors, Ellen | Soprafina | $6.80 | 6/21/05 | Breakfast | E.Dors Travel Meal |
| WRG050630 | WR Grace | Marshall, John | Soprafina | $9.44 | 6/21/05 | Breakfast | J Marshall travel meal |
| WRG050630 | WR Grace | Bogue, Lauri | Southwest | $275.15 | 6/21/05 | Airline | L Bogue MCI-MDW 6/21-24/05 |
| WRG050630 | WR Grace | Vrato, Elizabeth | Dining In/Bennigans | $77.60 | 6/21/05 | Dinner - BMC/Client | E.Vrato,J. Marshall, E. Dors and W. Hemphill. |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $14.00 | 6/21/05 | Taxi | K&E to Hotel |
| WRG050630 | WR Grace | Bogue, Lauri | Soprafina Marketplace | $8.12 | 6/21/05 | Breakfast | LBogue travel meal |
| WRG050630 | WR Grace | Bogue, Lauri | Globe Taxi Assn Inc | $32.85 | 6/21/05 | Taxi | Chicago Midway to K&E offices. |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $14.00 | 6/22/05 | Taxi | Hotel to K&E |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $14.00 | 6/22/05 | Taxi | K&E to Hotel |
| WRG050630 | WR Grace | Bogue, Lauri | Au Bon Pain | $5.82 | 6/22/05 | Breakfast | LBogue travel meal |
| WRG050630 | WR Grace | Grimmett, Mike | Hilton Chicago | $10.88 | 6/22/05 | Breakfast | MGrimmett travel meal |
| WRG050630 | WR Grace | Marshall, John | Au Bon Pain | $7.90 | 6/22/05 | Breakfast | J Marshall travel meal |
| WRG050630 | WR Grace | BMC, BMC | BMC | $15.00 | 6/22/05 | Supplies | Herreshaft |
| WRG050630 | WR Grace | Dors, Ellen | Au Bon Pain | $10.58 | 6/22/05 | Breakfast | E.Dors Travel Meal |
| WRG050630 | WR Grace | Vrato, Elizabeth | Giordanos | $95.45 | 6/22/05 | Dinner - BMC/Client | E.Vrato,J. Marshall, E. Dors and W. Hemphill. |
| WRG050630 | WR Grace | Dors, Ellen | Soprafina | $6.57 | 6/22/05 | Breakfast | E.Dors Travel Meal |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $10.00 | 6/23/05 | Taxi | K&E to Hotel |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $16.00 | 6/23/05 | Taxi | Hotel to K&E |
| WRG050630 | WR Grace | Marshall, John | Soprafina | $8.61 | 6/23/05 | Breakfast | J Marshall travel meal |
| WRG050630 | WR Grace | Hemphill, William | Weber Grill | $172.57 | 6/23/05 | Dinner - BMC/Client | J. Marshall, E. Dors, L. Bogue, E. Vrato and W. Hemphill |
| WRG050630 | WR Grace | Bogue, Lauri | M Submarine | $6.05 | 6/23/05 | Breakfast | LBogue travel meal |
| WRG050630 | WR Grace | Hemphill, William | McDonalds Midway Airport | $3.41 | 6/24/05 | Breakfast | WHemphill travel meal |
| WRG050630 | WR Grace | Hemphill, William | The Parking Plaza @ KCI | $19.80 | 6/24/05 | Parking | Airport Parking at KCI Airport 6/20/05 thru 6/24/05. |
| WRG050630 | WR Grace | Hemphill, William | Taxi | $67.00 | 6/24/05 | Taxi | K&E to O'Hare |
| WRG050630 | WR Grace | Grimmett, Mike | Café 200 | $8.10 | 6/24/05 | Breakfast | MGrimmett travel meal |
| WRG050630 | WR Grace | Marshall, John | Parking Spot | $19.80 | 6/24/05 | Parking | Parking expense for trip to Chicago |
| WRG050630 | WR Grace | Kotarba, Steve | Millenium Garage | $13.00 | 6/24/05 | Parking | Parking re on-site meeting re claim review. |
| WRG050630 | WR Grace | Grimmett, Mike | Hilton Chicago | $29.85 | 6/24/05 | Phone/ISP | Internet re hotel 6/20-24/05 |
| WRG050630 | WR Grace | Grimmett, Mike | Hilton | $822.68 | 6/24/05 | Lodging - BMC/Client | MGrimmett 6/20-24/05 |
| WRG050630 | WR Grace | Bogue, Lauri | Lalo's Mexican Restaurant | $8.78 | 6/24/05 | Breakfast | LBogue travel meal |
| WRG050630 | WR Grace | Hemphill, William | Hard Rock Hotel Chicago | $1,098.44 | 6/24/05 | Lodging - BMC/Client | WHemphill 6/20/05 thru 6/24/05 |
| WRG050630 | WR Grace | Marshall, John | Potbelly | $3.69 | 6/24/05 | Breakfast | J Marshall travel meal |
| WRG050630 | WR Grace | Marshall, John | Hard Rock Hotel | $1,098.44 | 6/24/05 | Lodging - BMC/Client | J Marshall 6/20-6/24 |
| WRG050630 | WR Grace | Bogue, Lauri | The Plaza Parking @KCI | $14.85 | 6/24/05 | Parking | MCI 6/21-24/05 |
| WRG050630 | WR Grace | Marshall, John | Hard Rock Hotel | $1,098.44 | 6/24/05 | Lodging - BMC/Client | Ellen Dors 6/20-6/24 |
| WRG050630 | WR Grace | Dors, Ellen | The Parking Spot | $19.80 | 6/24/05 | Parking | Parking |
| WRG050630 | WR Grace | Hemphill, William | Chicago Carriage Cab | $30.65 | 6/24/05 | Taxi | Chicago Hotel to Midway Airport |
| WRG050630 | WR Grace | Hemphill, William | Hard Rock Hotel Chicago | $823.83 | 6/24/05 | Lodging - BMC/Client | L Bogue 6/21/05 thru 6/24/05 |
| WRG050630 | WR Grace | Dors, Ellen | McDonalds | $3.35 | 6/24/05 | Breakfast | E.Dors Travel Meal |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $20.00 | 6/25/05 | Taxi | LAX - BMC |
| WRG050630 | WR Grace | Kotarba, Steve | Millenium Garage | $13.00 | 6/28/05 | Parking | Parking re on-site meetings. |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $23.20 | 6/28/05 | Taxi | BMC - LAX |
| WRG050630 | WR Grace | Grimmett, Mike | American Airlines | $1,200.15 | 6/28/05 | Airline | MGrimmett LAX-ORD 6/28-7/1/05 |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $12.00 | 6/28/05 | Taxi | K&E to Hotel |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $14.00 | 6/28/05 | Taxi | Hotel to K&E |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $53.85 | 6/28/05 | Taxi | Airport to Hotel |
| WRG050630 | WR Grace | Kotarba, Steve | Millenium Park Garage | $13.00 | 6/29/05 | Parking | Parking re early morning on-site meeting. |
| WRG050630 | WR Grace | Grimmett, Mike | Café 200 | $9.19 | 6/29/05 | Breakfast | MGrimmett travel meal |
| WRG050630 | WR Grace | Grimmett, Mike | Capital Grille | $194.56 | 6/29/05 | Dinner - BMC/Client | E.Vrato, M.Grimmett, Skotarba |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $12.00 | 6/29/05 | Taxi | K&E to Hotel |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $10.00 | 6/29/05 | Taxi | Hotel to K&E |
| WRG050630 | WR Grace | Vrato, Elizabeth | FedExKinkos | $69.13 | 6/29/05 | Copies | Print-out of claims for conf call |
| WRG050630 | WR Grace | Vrato, Elizabeth | FedExKinkos | $5.18 | 6/29/05 | Copies | Print-out of claims for conf call |
| WRG050630 | WR Grace | Daniel, Benji | Verizon | $17.19 | 6/30/05 | Phone/ISP | Phone charge 5/17 - 6/16 |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $11.00 | 6/30/05 | Taxi | Hotel to K&E |
| WRG050630 | WR Grace | BMC, BMC | BMC | $800.00 | 6/30/05 | B-Linx/Data Storage | B-Linx/Data Storage |
| WRG050630 | WR Grace | Manager, BMC | bmc | $511.85 | 6/30/05 | Document Storage | 353 boxes |
| WRG050630 | WR Grace | BMC10, bmc10 | BMC | $616.56 | 6/30/05 | Pacer | Grtly Crt Doc Download 4/1-6/30/05 |
| WRG050630 | WR Grace | Grimmett, Mike | Taxi | $12.00 | 6/30/05 | Taxi | K&E to Hotel |

EXHIBIT 2

BMC GROUP                    PRODUCTION - APRIL 2005

**021-20050411-1**          4/11/2005

| Job Type | Job Item | Pages / Pa | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 8187 - Omni 5 Continuation Order MF 13515 | 7/9 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 9 Pieces @ $.37 each | $3.33 |
| | | | Production | Copy | 63 Pieces @ $.12 each | $7.56 |
| | | | | Fold and Stuff | 9 Pieces @ $.05 each | $0.45 |
| | | | Supplies | Inkjet and Envelope - #10 | 9 Pieces @ $.08 each | $0.72 |
| | | | | Total Due: | | $37.06 |

EXHIBIT 2

BMC GROUP

WR Grace - May Production
Summary

| InvoiceID | JobDate | InvoiceTotal |
|---|---|---|
| 021-20050505-1 | 5/5/2005 | $0.86 |
| 021-20050505-2 | 5/5/2005 | $44.98 |
| 021-20050505-3 | 5/5/2005 | $49.40 |
| 021-20050519-1 | 5/19/2005 | $56.00 |
| 021-20050519-2 | 5/19/2005 | $237.59 |
| 021-20050519-3 | 5/19/2005 | $177.12 |
| 021-20050524-1 | 5/24/2005 | $0.98 |
| 021-20050524-2 | 5/24/2005 | $32.70 |
| 021-20050524-3 | 5/24/2005 | $27.58 |
| 021-20050524-4 | 5/24/2005 | $387.75 |
| | Total | $1,014.96 |

EXHIBIT 2

BMC GROUP

PRODUCTION DETAIL - MAY

**021-20050505-1**          5/5/2005

| Job Type | Job Item | Pages/Part Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Dkt 8327 - 9th Omni 4 Continuation Order MF 13868  3/ 1 | Postage | USPS - 1st Class | 1 Piece @ $.37 each | $0.37 |
| | | Production | Copy | 3 Pieces @ $.12 each | $0.36 |
| | | | Fold and Stuff | 1 Piece @ $.05 each | $0.05 |
| | | Supplies | Inkjet and Envelope - #10 | 1 Piece @ $.08 each | $0.08 |
| | | | | Total Due: | $0.86 |

EXHIBIT 2

BMC GROUP                     PRODUCTION DETAIL - MAY 2005

**021-20050505-2**          **5/5/2005**

| Job Type | Job Item | Pages / Par | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 8328 - 8th Omni 5 Cont Ord MF 13867 | 12/9 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 9 Pieces @ $.60 each | $5.40 |
| | | | Production | Copy | 108 Pieces @ $.12 each | $12.96 |
| | | | | Stuff and Mail | 9 Pieces @ $.05 each | $0.45 |
| | | | Supplies | Inkjet and Envelope - Catalog | 9 Pieces @ $.13 each | $1.17 |
| | | | | | **Total Due:** | **$44.98** |

EXHIBIT 2

BMC GROUP                                    PRODUCTION DETAIL - MAY 2005

**021-2005050-3**              5/5/2005

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 8329 - 2nd Omni 8 Cont Ord MF 13868 | 17 / 8 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 8 Pieces @ $.83 each | $6.64 |
| | | | Production | Copy | 136 Pieces @ $.12 each | $16.32 |
| | | | | Stuff and Mail | 8 Pieces @ $.05 each | $0.40 |
| | | | Supplies | Inkjet and Envelope - Catalog | 8 Pieces @ $.13 each | $1.04 |
| | | | | Total Due: | | $49.40 |

EXHIBIT 2

BMC GROUP                          PRODUCTION DETAIL - MAY 2005

**021-20050519-1**          **5/19/2005**

| Job Type | Job Item | Pages / Par | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 1. Omni 10 Obj to Claims (Non-Substantive) Full Do MF 14059/14063 | 28/ 1 | Postage | USPS - 1st Class | 1 Piece @ $.83 each | $0.83 |
| | | | Production | Copy | 28 Pieces @ $.12 each | $3.36 |
| | | | | Stuff and Mail | 1 Piece @ $.05 each | $0.05 |
| | | | Supplies | Inkjet and Envelope - Catalog | 1 Piece @ $.13 each | $0.13 |
| Noticing Document | 2. Omni 10 Obj to Claims (Non-Substantive) Custom MF 14059/14063 | 19/ 7 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 6 Pieces @ $.83 each | $4.98 |
| | | | | USPS - International | 1 Piece @ $2.40 each | $2.40 |
| | | | Production | Collate and Stuff | 7 Pieces @ $.08 each | $0.56 |
| | | | | Copy | 119 Pieces @ $.12 each | $14.28 |
| | | | | Variable Print Black Only | 14 Pieces @ $.25 each | $3.50 |
| | | | Supplies | Inkjet and Envelope - Catalog | 7 Pieces @ $.13 each | $0.91 |
| | | | | | Total Due: | $56.00 |

EXHIBIT 2

BMC GROUP                          PRODUCTION DETAIL - MAY 2005

**021-20050519-2**          **5/19/2005**

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Omni 11 Obj to Claims (Galaway) MF 14090 | 23 / 52 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 51 Pieces @ $.83 each | $42.33 |
| | | | | USPS - International | 1 Piece @ $2.30 each | $2.30 |
| | | | Production | Collate and Stuff | 52 Pieces @ $.08 each | $4.16 |
| | | | | Copy | 1092 Pieces @ $.12 each | $131.04 |
| | | | | Variable Print Black Only | 104 Pieces @ $.25 each | $26.00 |
| | | | Supplies | Inkjet and Envelope - Catalog | 52 Pieces @ $.13 each | $6.76 |
| | | | | | Total Due: | $237.59 |

EXHIBIT 2

BMC GROUP

## PRODUCTION DETAIL – MAY 2005

**021-20050519-3**     5/19/2005

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 1. Omni 9 Obj to Claims (Substantive) MF 14058/14062 | 39/ 1 | Postage | USPS - 1st Class | 1 Piece @ $1.06 each | $1.06 |
| | | | Production | Copy | 39 Pieces @ $.12 each | $4.68 |
| | | | | Stuff and Mail | 1 Piece @ $.05 each | $0.05 |
| | | | Supplies | Inkjet and Envelope - Catalog | 1 Piece @ $.13 each | $0.13 |
| Noticing Document | 2. Omni 9 Obj to Claims (Substantive) MF 14058/14062 | 25 / 34 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 34 Pieces @ $.83 each | $28.22 |
| | | | Production | Collate and Stuff | 34 Pieces @ $.08 each | $2.72 |
| | | | | Copy | 782 Pieces @ $.12 each | $93.84 |
| | | | | Variable Print Black Only | 68 Pieces @ $.25 each | $17.00 |
| | | | Supplies | Inkjet and Envelope - Catalog | 34 Pieces @ $.13 each | $4.42 |
| | | | | | Total Due: | $177.12 |

EXHIBIT 2

BMC GROUP                              PRODUCTION DETAIL - MAY 2005

**021-20050524-1**              **5/24/2005**

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|----------|----------|-----------------|------|------|---------|-------|
| Noticing Document | Dkt 8449 - 10th Omni 4 Continuance Order MF 14209 | 4/ 1 | Postage | USPS - 1st Class | 1 Piece @ $.37 each | $0.37 |
| | | | Production | Copy | 4 Pieces @ $.12 each | $0.48 |
| | | | | Fold and Stuff | 1 Piece @ $.05 each | $0.05 |
| | | | Supplies | Inkjet and Envelope - #10 | 1 Piece @ $.08 each | $0.08 |
| | | | | | Total Due: | $0.98 |

EXHIBIT 2

BMC GROUP                              PRODUCTION DETAIL - MAY 2005

021-20050524-2          5/24/2005

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 8450 - 9th Omni 5 Continuance Order MF 14210 | 5/7 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 7 Pieces @ $.37 each | $2.59 |
| | | | Production | Copy | 35 Pieces @ $.12 each | $4.20 |
| | | | | Fold and Stuff | 7 Pieces @ $.05 each | $0.35 |
| | | | Supplies | Inkjet and Envelope - #10 | 7 Pieces @ $.08 each | $0.56 |
| | | | | | Total Due: | $32.70 |

EXHIBIT 2

BMC GROUP                                    PRODUCTION DETAIL - MAY 2005

**021-20050524-3**          **5/24/2005**

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | DM 8451 - 3rd Omni B Continuance Order MF 14211 | 3/3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $.37 each | $1.11 |
| | | | Production | Copy | 9 Pieces @ $.12 each | $1.08 |
| | | | | Fold and Stuff | 3 Pieces @ $.05 each | $0.15 |
| | | | Supplies | Inkjet and Envelope - #10 | 3 Pieces @ $.08 each | $0.24 |
| | | | | | Total Due: | $27.58 |

EXHIBIT 2

BMC GROUP                              PRODUCTION DETAIL - MAY 2005

**021-20050524-4**          5/24/2005

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 1. Notice of Intent to Object (Custom) (AP's) MF 14217/14218/14220 | 7/43 | Document/Data Preparation | Mail File Setup | 3 Tasks @ $25.00 each | $75.00 |
| | | | Postage | USPS - 1st Class | 34 Pieces @ $.60 each | $20.40 |
| | | | | USPS - 1st Class | 1 Pieces @ $1.98 each | $1.98 |
| | | | | USPS - MXICA | 1 Piece @ $.85 each | $0.85 |
| | | | Production | Copy | 86 Pieces @ $.12 each | $10.32 |
| | | | | Stuff and Mail | 35 Pieces @ $.05 each | $1.75 |
| | | | | Variable Print Black Only | 215 Pieces @ $.25 each | $53.75 |
| | | | Supplies | Inkjet and Envelope - Catalog | 35 Pieces @ $.13 each | $4.55 |
| Noticing Document | 2. Notice of Intent to Object - ANP's MF 14217/14218/14220 | 14/8 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 7 Pieces @ $.60 each | $4.20 |
| | | | | USPS - International | 1 Piece @ $1.98 each | $1.98 |
| | | | Production | Copy | 119 Pieces @ $.12 each | $14.28 |
| | | | | Stuff and Mail | 8 Pieces @ $.05 each | $0.40 |
| | | | Supplies | Inkjet and Envelope - Catalog | 8 Pieces @ $.13 each | $1.04 |
| Noticing Document | 3. Notice of Intent to Object - Committee MF 14217/14218/14220 | 196/5 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 5 Pieces @ $5.75 each | $28.75 |
| | | | Production | Copy | 980 Pieces @ $.12 each | $117.60 |
| | | | | Stuff and Mail | 5 Pieces @ $.05 each | $0.25 |
| | | | Supplies | Inkjet and Envelope - Catalog | 5 Pieces @ $.13 each | $0.65 |
| | | | | | Total Due: | $387.75 |

EXHIBIT 2