FOR THE DISTRICT OF DELAWARE

IN RE:                          )      Chapter 11
                                )
W. R. GRACE & CO., et al,       )      Case No. 01-1139 (JKF)
                                )      (Jointly Administered)
                                )
                                )
          Debtors.              )

NOTICE OF FILING OF FIRST AMENDED RULE 2019 STATEMENT
SUBSTITUTION OF LAW FIRM AND CHANGE OF ADDRESS

TO CREDITORS AND OTHER PARTIES IN INTEREST AND ALL PARTIES WHO HAVE REQUESTED NOTICES PURSUANT TO FED.R.BANKR.P. 2002, NOTICE IS HEREBY GIVEN THAT:

Paul D. Henderson, formerly of the law firm of Dies, Dies & Henderson, 1009 W. Green Avenue, Orange, Texas respectfully move the Court to substitute the law firm of PAUL D. HENDERSON, P.C. and pursuant to Rule 2002 and 9010 of the Federal Rules of Bankruptcy request that all notices given or required to be given and all papers served or required to be served, in this case be given to and served upon the following attorney at the following address:

> Paul D. Henderson
> **Paul D. Henderson, P.C.**
> **State Bar No. 09426300**
> **712 W. Division Avenue**
> **Orange, Texas 77630-6320**
> **(409) 886-0172 - Telephone**
> **(409) 886-3255 - Telecopier**
> **phenderson@paulhendersonlaw.com**

FURTHER, PLEASE TAKE NOTICE that in compliance with the October 22, 2004 Order of the Court, has filed its First Amended Statement to Fed.R.Bankr.P. 2019.

Exhibits have not been scanned, but have been submitted to the Clerk of the Bankruptcy Court, at the address set forth below, on compace disk ("CD"). Said exhibits may be accessed by parties who obtain a Court order authorizine access.

> Clerk
> United States Bankruptcy Court
> District of Delaware
> 824 Market Street
> Wilmington, DE 19801

PAUL D. HENDERSON
STATE BAR NO. 09426300
712 W. Division Avenue
Orange, Texas 77630
(409) 886-0172 Telephone
(409) 883-4814 Facsimile
phederson@paulhendersonl

FOR THE DISTRICT OF DELAWARE

IN RE: ) Chapter 11
)
W. R. GRACE & CO., et al, ) Case No. 01-1139 (JKF)
) (Jointly Administered)
)
)
Debtors. )

## CERTIFICATE OF SERVICE

The undersigned hereby CERTIFIES
*1st*  *November*
That on the ~~28th~~ day of ~~October~~, 2005, a true and correct copy *NOTICE OF FILING OF FIRST AMENDED RULE 2019 STATEMENT, SUBSTITUTION OF LAW FIRM AND CHANGE OF ADDRESS,* together with exhibits recorded in compact disk format, was served upon the following parties:

US Bankruptcy Court
District of Delaware
c/o Bankruptcy Clerk
824 Market Street
3rd Floor
Wilmington, DE 19801

Frank J. Perch III
Office of the U.S.
Trustee
844 King Street
Suite 2207 Lock Box 35
Wilmington, DE 19801

Laura Davis Jones
Pachulski Ziehl Stang
Ziehl Young Jones
919 N. Market Street
16th Floor
Wilmington, DE 19899

*1st*  *November*
That on the ~~28th~~ day of ~~October~~, 2005, a true and correct copy of above-referenced document was served upon the Official Service List via regular U.S. Mail, postage pre-paid, at their respective address (unless noted otherwise, or otherwise served via electronic mail.

I hereby certify, under penalty of perjury, that the foregoing is true and correct.

Respectfully submitted,

PAUL D. HENDERSON
STATE BAR NO. 09426300
712 W. Division Avenue
Orange, Texas 77630
(409) 886-0172 Telephone
(409) 883-4814 Facsimile
phederson@paulhendersonlaw.com