## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) | **Chapter 11** |
|  | ) |  |
| **W. R. Grace & Co. et al.;** | ) | **Case No. 01-01139(JKF)** |
|  | ) | **Jointly Administered** |
| Debtors. | ) |  |

**Objection Deadline:**
**November 21, 2005 at 4:00 p.m.**
**Hearing date:  To be scheduled only**
**if objections are timely filed and served.**

### FIFTY-FOURTH MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **September 1, 2005 – September 30, 2005** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$67,697.50 (80% - $54,158.00)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$1,399.68 (Stroock)** |
| | **$11,197.50 (Navigant)** |

This is an: ☒ interim ☐ final application

**Attachment A**

## Monthly Interim Fee Applications

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| May 30, 2001 D.I.339 | 4/12/01-4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 D.I.613 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111.943.00 | $6,884.73 |
| July 30, 2001 D.I.772 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| September 5, 2001 D.I.889 | 7/1/01-7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 D.I.983 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 D.I.1058 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 D.I.1239 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 D.I.1470 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 D.I.1608 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 D.I.1812 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 D.I.1951 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 D.I.2029 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 D.I.2156 | 04/01/02-04/30/02 | $97,251.50 | $1,816.40 (Stroock) $9,772.37 (Chambers) | $77,801.20 | $11,588.86 |

| July 2, 2002<br>D.I.2324 | 05/01/02 –<br>05/31/02 | $74,910.75 | $2,9154.43 (Stroock)<br>$43,190.69 (Chambers) | $59,928.60 | $46,105.12 |
|---|---|---|---|---|---|
| August 5, 2002<br>D.I.2495 | 06/01/02 –<br>06/30/02 | $73,096.75 | $2,054.05 (Stroock)<br>$114,666.72 (Chambers) | $58,477.4011 | $116,720.77 |
| September 20, 2002<br>D.I.2720 | 07/01/02 –<br>07/31/02 | $90,903.27 | $1,250.79 (Stroock)<br>$11,996.25 (Chambers) | $72,722.61 | $13,274.04 |
| October 29, 2002<br>D.I.2898 | 08/01/02 –<br>08/31/02 | $93,151.25 | $11,539.51 (Stroock)<br>$5,046.70 (Chambers) | $74,521.00 | $16,586.21 |
| November 14, 2002<br>D.I.2981 | 09/01/02 –<br>09/30/02 | $96,613.25 | $15,567.77 (Stroock)<br>$771.50 (Chambers) | $77,290.60 | $16,339.27 |
| December 10, 2002<br>D.I.3129 | 10/1/02 –<br>10/31/02 | $68,404.00 | $2,956.54 (Stroock)<br>$1,780.75 (Chambers) | $54,723.20 | $4,737.29 |
| January 28, 2003<br>D.I.3286 | 11/1/02 –<br>11/30/02 | $75,345.50 | $8,712.16 (Stroock) | $60,276.40 | $8,712.16 |
| February 7, 2003<br>D.I.3349 | 12/1/02 –<br>12/31/02 | $27,683.50 | $13,332.14 (Stroock) | $22,146.80 | $13,332.14 |
| March 26, 2003<br>D.I.3552 | 1/1/03 –<br>1/31/03 | $88,139.00 | $1,210.11 (Stroock) | $70,511.20 | $1,210.11 |
| April 7, 2003<br>D.I.3626 | 2/1/03 –<br>2/28/03 | $76,313.00 | $2,022.78 (Stroock)<br>$1,077.80 (Chambers) | $61,050.40 | $3,100.58 |
| April 29, 2003<br>D.I. 3718 | 3/1/03 –<br>3/31/03 | $60,163.50 | $6,191.15 (Stroock) | $48,130.80 | $6,191.15 |
| June 2, 2003<br>D.I. 3850 | 4/1/03 –<br>4/30/03 | $60,269.00 | $814.02 (Stroock)<br>$2,043.00 (Chambers) | $48,215.20 | $2,857.02 |
| July 1, 2003<br>D.I. 3983 | 5/1/03 –<br>5/31/03 | $111,990.50 | $691.84 (Stroock)<br>$9,830.50 (Chambers) | $89,592.40 | $10,522.34 |
| August 5, 2003<br>D.I. 4152 | 6/1/03 –<br>6/30/03 | $43,824.00 | $1,220.42 (Stroock)<br>$61,755.00 (Chambers) | $35,059.20 | $62,975.42 |
| September 4, 2003<br>D.I. 4381 | 7/1/03 –<br>7/31/03 | $79,090.50 | $2,301.33 (Stroock)<br>$14,274.25 (Chambers) | $55,941.60 | $16,575.58 |
| September 30, 2003<br>D.I. 4512 | 8/1/03 –<br>8/31/03 | $69,927.00 | $1,164.19 (Stroock)<br>$12,488.94 (Chambers) | $55,941.60 | $13,653.13 |

SSL-DOCS1 1620772v2

| | | | | | |
|---|---|---|---|---|---|
| October 29, 2003<br>D.I. 4625 | 9/1/03 –<br>9/30/03 | $69,409.50 | $1,076.94 (Stroock)<br>$10,102.00 (Chambers) | $55,527.60 | $11,178.94 |
| December 19, 2002<br>D.I. 4843 | 10/1/03 –<br>10/31/03 | $96,980.50 | $3,800.45 (Stroock)<br>$42,881.50 (Chambers) | $77,584.40 | $46,681.95 |
| January 23, 2003<br>D.I. 4976 | 11/1/03 –<br>11/30/03 | $66,428.50 | $1,225.38 (Stroock)<br>$30,463.00 (Navigant<br>f/k/a Chambers) | $53,142.80 | $31,688.38 |
| February 4, 2004<br>D.I. 5056 | 12/1/03 –<br>12/31/03 | $52,321.50 | $924.99 (Stroock)<br>$27,005.00 (Navigant<br>f/k/a Chambers) | $41,857.20 | $27,929.99 |
| March 17, 2004<br>D.I. 5309 | 1/1/04 –<br>1/31/04 | $65,980.50 | $1,917.93 (Stroock)<br>$47,654.57 (Navigant<br>f/k/a Chambers) | $52,784.40 | $49,572.50 |
| April 6, 2004<br>D.I. 5406 | 2/1/04 –<br>2/29/04 | $90,421.50 | $3,636.48 (Stroock)<br>$35,492.50 (Navigant<br>f/k/a Chambers) | $72,337.20 | $39,128.98 |
| April 28, 2004<br>D.I. 5498 | 3/1/04 –<br>3/31/04 | $103,524.00 | $5,567.34 (Stroock) | $82,819.20 | $5,567.34 |
| June 14, 2004<br>D.I. 5803 | 4/1/04 –<br>4/30/04 | $99,136.00 | $3,518.96 (Stroock)<br>$1,515.00 (Navigant<br>February)<br>$49,667.00 (Navigant<br>March)<br>$80,307.11 (Navigant<br>April) | $79,308.80 | $135,008.07 |
| July 2, 2004<br>D.I. 5917 | 5/1/04 –<br>5/31/04 | $134,324.50 | $2,409.97 (Stroock)<br>$78,360.05 (Navigant<br>May) | $107,459.60 | $80,770.02 |
| August 2, 2004<br>D.I. 6105 | 6/1/04 –<br>6/30/04 | $120,501.00 | $1,831.49 (Stroock)<br>$62,625.00 (Navigant<br>June) | $96,400.80 | $64,456.49 |
| September 9, 2004<br>D.I. 6341 | 7/1/04 –<br>7/31/04 | $72,394.00 | $3,461.84 (Stroock)<br>$40,427.50 (Navigant<br>July) | $57,915.20 | $43,889.34 |
| September 23, 2004<br>D.I. 6444 | 8/1/04 –<br>8/31/04 | $70,457.00 | $1,764.40 (Stroock) | $56,365.60 | $1,764.40 |

SSL-DOCS1 1620772v2

| | | | | | |
|---|---|---|---|---|---|
| October 14, 2004 D.I. 6625 | 9/1/04 – 9/30/04 | $83,903.50 | $1,535.61 (Stroock) $27,142.00 (Navigant August) | $67,122.80 | $28,677.61 |
| December 3, 2004 D.I. 7086 | 10/1/04 – 10/31/04 | $200,155.50 | $1,368.18 (Stroock) $ 24,659.00 (Navigant September) | $160,124.40 | $26,027.18 |
| January 7, 2005 D.I. 7481 | 11/1/04 – 11/30/04 | $218,608.50 | $14,019.09 (Stroock) $25,102.80 (Navigant October) $27,972.34 (Navigant November) | $174,886.80 | $67,094.23 |
| February 2, 2005 D.I. 7667 | 12/1/04 – 12/31/04 | $235,503.70 | $10,442.92 (Stroock) $62,687.97 (Navigant December) | $188,402.96 | $73,130.89 |
| March 15, 2005 D.I. 8026 | 1/1/05 – 1/31/05 | $187,168.00 | $4,411.55 (Stroock) $15,686.00 (Navigant January) | $149,734.40 | $20,097.55 |
| April 1, 2005 D.I. 8155 | 2/1/05 – 2/28/05 | $108,180.25 | $8,102.85 (Stroock) $18,303.37 (Navigant February) | $86,544.20 | $26,406.22 |
| April 25, 2005 D.I. 8331 | 3/1/05 – 3/31/05 | $56,941.25 | $287.23 (Stroock) $6,114.86 (Navigant March) | $45,553.00 | $6,402.09 |
| June 6, 2005 D.I. 8562 | 4/1/05 – 4/30/05 | $127,695.00 | $3,531.45 (Stroock) $20,129.06 (Navigant April) | $102,156.00 | $23,660.51 |
| June 28, 2005 D.I. 8704 | 5/1/05 – 5/31/05 | $115,453.75 | $858.21(Stroock) | $78,855.20 | $858.21 |
| August 3, 2005 D.I. 9135 | 6/1/05 – 6/30/05 | $114,903.75 | $4,871.74 (Stroock) $34,075.28 (Navigant) | $91,923.00 | $38,947.02 |
| September 8, 2005 D.I. 9356 | 7/1/05 – 7/31/05 | $117,780.75 | $2,088.44 (Stroock) $2,211.00 (Navigant) | 94,224.60 | $4,299.44 |
| October 14, 2005 D.I. 9565 | 8/1/05 8/31/05 | $106,796.25 | $5,046.99 (Stroock) $18,550.00 (Navigant) | | |

**WR GRACE & CO**
**ATTACHMENT B**
**SEPTEMBER 1, 2005 - SEPTEMBER 30, 2005**

| | Hours | Rate | Amount | No. of Years In Position |
|---|---|---|---|---|
| **Partners** | | | | |
| Kruger, Lewis | 3.0 | $ 795 | $    2,385.00 | 35 |
| Pasquale, Kenneth | 25.9 | 605 | 15,669.50 | 6 |
| Speiser, Mark A. | 1.8 | 735 | 1,323.00 | 18 |
| | | | | |
| **Associates** | | | | |
| Krieger, Arlene G. | 76.0 | 550 | 41,800.00 | 21 |
| | | | | |
| **Paraprofessionals** | | | | |
| Holzberg, Ethel H. | 1.9 | 210 | 399.00 | 3 |
| Lawler, Elizabeth B. | 17.8 | 210 | 3,738.00 | 1 |
| Mohamed, David | 24.2 | 130 | 3,146.00 | 16 |
| Serrette, Rosemarie | 0.4 | 210 | 84.00 | 17 |
| | | | | |
| **TOTAL** | **151.0** | | **$   68,544.50** | |
| **LESS 50% TRAVEL** | **(1.4)** | | **(847.00)** | |
| **TOTAL** | **149.6** | | **$   67,697.50** | |

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**SEPTEMBER 1, 2005 - SEPTEMBER 30, 2005**

| MATTER CODE | PROJECT CATEGORY | HOURS | TOTAL FEES |
|:---:|:---|---:|---:|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 29.4 | $   17,158.50 |
| 0013 | Business Operations | 1.3 | 715.00 |
| 0014 | Case Administration | 32.4 | 7,742.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 1.2 | 660.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 28.2 | 15,747.00 |
| 0018 | Fee Application, Applicant | 22.1 | 6,137.00 |
| 0019 | Creditor Inquiries | 1.6 | 731.00 |
| 0020 | Fee Application, Others | 2.8 | 842.00 |
| 0032 | Litigation (Non-Bankruptcy/General) | 14.2 | 8,124.00 |
| 0035 | Travel - Non Working | 2.8 | 1,694.00 |
| 0036 | Plan and Disclosure Statement | 3.8 | 2,450.50 |
| 0037 | Hearings | 8.8 | 5,125.50 |
| 0040 | Employment Applications - Others | 2.4 | 1,418.00 |
| | | | |
| | **SUB TOTAL** | **151.0** | **$   68,544.50** |
| | **LESS 50% TRAVEL** | **(1.4)** | **(847.00)** |
| | **TOTAL** | **149.6** | **$   67,697.50** |

SSL-DOCS1 1620772v2

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) 699843  0003 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/01/2005 | Attend to Debtors' motion to expand the preliminary injunction to include actions against the State of Montana. | Krieger, A. | 1.1 |
| 09/06/2005 | Attend to review of case law relating to Debtors' motion to expand their injunction to include the Montana State Court actions (1.8); memo to Jan Baer re: impact on insurance coverage (.1). | Krieger, A. | 1.9 |
| 09/07/2005 | Attend to Third Circuit decision re: Maryland Casualty appeal (.6); attend to form of law firm questionnaire (.1); attend to memo from J. Baer re: preliminary injunction inquiry (.1). | Krieger, A. | 0.8 |
| 09/07/2005 | Review Debtors spreadsheet regarding objections in Debtors' 15th Omnibus Objection to Claims. | Kruger, L. | 0.3 |
| 09/07/2005 | Attention to J. Baer email and attachment re: pd objections. | Pasquale, K. | 0.3 |
| 09/09/2005 | Office conference LK and office conference KP re: Debtors' property damage schedule (.1); attend to notice and related schedules (.7). | Krieger, A. | 0.8 |
| 09/09/2005 | Attention to Debtors' proposed attorney questionnaire (.3); estimation issues identified by Navigant (2.8). | Pasquale, K. | 3.1 |
| 09/12/2005 | Attention to Debtors' 15th omnibus objection to claims (2.2); attention to Debtors' emergency motion for discovery of claimants' attorneys (1.0). | Pasquale, K. | 3.2 |
| 09/14/2005 | Attend to Debtors' emergency motion for shortened notice on order approving attorney questionnaire (.1); attend to PD Committee's emergency motion for shortened notice re: | Krieger, A. | 0.3 |

-8-

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | retention of special counsel (.2). | | |
| 09/14/2005 | Attention to PI firms response to emergency discovery motion (.3). | Pasquale, K. | 0.3 |
| 09/15/2005 | Attend to Certain Insurers motion for access to 2019 statements (.1); attend to Debtors' 14th omnibus objection to claims (traditional PD Claims) (.2);  attend to Debtors' 13th omnibus objection to claims filed by Speights & Runyan firm (.3); attend to Debtors' emergency motion for leave to take discovery of claimants' attorneys related pleadings, and objection filed by Silber Pearlman and other firms to the emergency relief sought (.8). | Krieger, A. | 1.4 |
| 09/15/2005 | Attention to asbestos personal injury estimation issues (1.4). | Pasquale, K. | 1.4 |
| 09/16/2005 | Attend to newly filed pleadings including responses in opposition to Debtors' discovery motions filed by counsel and PD Committee's motion to strike Debtors' 15th omnibus PD claims objections. | Krieger, A. | 1.2 |
| 09/16/2005 | Review PD claims information (.3). | Kruger, L. | 0.3 |
| 09/16/2005 | Attention to PD motion to vacate 15th omnibus objection (.3); attention to PD claims information (.8); attention to objection to insurers' Rule 2019 access motion (.3). | Pasquale, K. | 1.4 |
| 09/19/2005 | Attend to Debtors' emergency motion to hear 9/26/05 PD Committee's motion to strike (.2); Reaud Morgan firm's opposition to certain insurers motion for access to 2019 statements (.6); review, Maryland Casualty's joinder in motion for access to 2019 statement (.1); attend to Baron & Budd/Silber Pearlman's opposition to Certain Insurers motion for access to 2019 Statements (.1); attend to notice of revised exhibits to Debtors' 15th Omnibus claims objection (.1), other related matters (.4). | Krieger, A. | 1.5 |
| 09/20/2005 | Attend to Debtors' opposition to PD Committee's special counsel application (.3); attend to PD Claimants' opposition to Debtors emergency motion with respect to PD Committee's motions to strike (.1); attend to | Krieger, A. | 2.9 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Federal Mogul court 's decision on estimation of asbestos claims for impact and application to Grace (2.4); memorandum to KP re: revised exhibits to PD objection (.1). | | |
| 09/21/2005 | Attend to related orders entered by the Court denying PD Committee's motion to strike Debtors' 15th Omnibus claims objection and exchanged memoranda with KP re: same (.3). | Krieger, A. | 0.3 |
| 09/21/2005 | Attention to myriad pleadings and Court order re: PD objections and responses (1.1). | Pasquale, K. | 1.1 |
| 09/22/2005 | Attend to Reaud Morgan's motion for clarification of PI CMO or modification of same as it relates to settled PI Claims (.4); attend to additional objections filed to Debtors' motion to take discovery of PI Claimants' counsel (.3); attend to PD claims objection schedule (.3). | Krieger, A. | 1.0 |
| 09/22/2005 | Telephone conference P. McGrath (Navigant) re: PD claims status (.2); attention to same (.3). | Pasquale, K. | 0.5 |
| 09/23/2005 | Attend to order re Speights & Runyan discovery (.1). | Krieger, A. | 0.1 |
| 09/23/2005 | Attention to estimation issues (2.5). | Pasquale, K. | 2.5 |
| 09/27/2005 | Attend to PI Committee's objection to Debtors' emergency motion regarding attorneys' questionnaire (.2). | Krieger, A. | 0.2 |
| 09/27/2005 | Attention to estimation issues (1.5). | Pasquale, K. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 13.5 | $ 550 | $ 7,425.00 |
| Kruger, Lewis | 0.6 | 795 | 477.00 |
| Pasquale, Kenneth | 15.3 | 605 | 9,256.50 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 17,158.50 | |
| TOTAL FOR THIS MATTER | | $ 17,158.50 | |

-10-

| RE | Business Operations<br>699843  0013 |
|----|-------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/13/2005 | Exchanged memoranda with L. Hamilton re: Capstone's draft report on the Company's second quarter operations (.1). | Krieger, A. | 0.1 |
| 09/14/2005 | Attend to Capstone's report on the second quarter 2005 and year to date results (.8); telephone call L. Hamilton re: report (.2). | Krieger, A. | 1.0 |
| 09/26/2005 | Attend to memorandum from L. Hamilton re: impact of Hurricane Rita on the Lake Charles facility (.1); memoranda to LK, KP re: same (.1). | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 1.3 | $ 550 | $ 715.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 715.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 715.00 |
|-----------------------|----------|

SSL-DOCS1 1620772v2

| RE | Case Administration |
| --- | --- |
| | 699843 0014 |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 09/01/2005 | Retrieve and distribute recently filed pleadings re: case docket no. 01-1139 (.8). | Mohamed, D. | 0.8 |
| 09/02/2005 | Reviewed legal docket; downloaded documents and sent e-mail w/ documents to distribution list. | Holzberg, E. | 1.9 |
| 09/06/2005 | Attend to numerous claims objection-related pleadings filed with the Court (.6). | Krieger, A. | 0.6 |
| 09/06/2005 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings (.9); attention to client documents review in preparation for central file supplementation (.7). | Mohamed, D. | 1.9 |
| 09/07/2005 | Office conference RS re: teleconference facility (.1); attend to Fee Auditor's reports, other newly filed pleadings (.4). | Krieger, A. | 0.5 |
| 09/07/2005 | Retrieve and distribute recently filed pleadings re: case docket no. 01-1139 (.7). | Mohamed, D. | 0.7 |
| 09/08/2005 | Attend to newly filed pleadings, certifications (.2); memorandum to M. Lastowski re: 9/9/05 filing of Committee's pleading (.1). | Krieger, A. | 0.3 |
| 09/08/2005 | Review and update case docket no. 01-1139 (.3); prepare affidavit of service re: Stroock's July 2005 fee statement (.2); conference with R. Serrette re: fee statement (.2); preparation of service re: Stroock's fee statement (.8). | Mohamed, D. | 1.5 |
| 09/09/2005 | Exchanged memoranda with M. Lastowski re: filing of Committee's Joinder (.1); telephone call and exchanged memoranda with Ginger Akin (Duane Morris) re: filing and service of pleading (.2); attend to newly filed pleadings (.8); office conference KP re: case status and fee audtior's final report (.2); office conference | Krieger, A. | 1.4 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | LK re: fee examiner's final report (.1). | | |
| 09/09/2005 | Attend to recently filed pleadings. | Lawler, E. | 0.1 |
| 09/09/2005 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings (.7); retrieve and distribute recently filed pleadings re: adversary proceeding case docket no. 01-771 (.3). | Mohamed, D. | 1.3 |
| 09/12/2005 | Attend to newly filed pleadings, affidavits, examiner's reports including the final report on Stroock's 16th Quarterly fee application (.8). | Krieger, A. | 0.8 |
| 09/12/2005 | Attend to recently filed pleadings (.1); download and review Fee Auditors' final reports for 16th interim period re: Stroock and Capstone (.2); discussion with A. Krieger re: same (.1). | Lawler, E. | 0.4 |
| 09/12/2005 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings (.9); review adversary proceeding case docket no. 01-771 (.2). | Mohamed, D. | 1.4 |
| 09/13/2005 | Attend to recently filed pleadings (.2). | Lawler, E. | 0.2 |
| 09/14/2005 | Attend to newly filed pleadings (.4); exchanged memoranda with B. Lawler re: Fee Auditor's Examiner's proposed order in respect of the 16th quarterly fee applications (.1). | Krieger, A. | 0.5 |
| 09/14/2005 | Verify amounts listed in Fee Auditor spreadsheet for 16th Interim period, email to Fee Auditor re: same (.2); attend to recently filed pleadings (.1). | Lawler, E. | 0.3 |
| 09/14/2005 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings (1.1). | Mohamed, D. | 1.4 |
| 09/15/2005 | Attend to certificate of counsel re: revised proposed Nelson Mullins order (.1); attend to order re: omnibus claims objections (.2); attend to correspondence re: Jeffrey Clark (.1); memorandum to L. Hamilton re:  ZAI hearings (.1). | Krieger, A. | 0.5 |
| 09/16/2005 | Review and update case docket no. 01-1139 | Mohamed, D. | 1.2 |

-13-

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.3); retrieve and distribute recently filed pleadings re: case docket no. 01-1139 (.9). | | |
| 09/19/2005 | Attend to newly filed pleadings, affidavits (.6). | Krieger, A. | 0.6 |
| 09/19/2005 | Attend to recently filed pleadings. | Lawler, E. | 0.2 |
| 09/20/2005 | Attend to newly filed pleadings. | Krieger, A. | 0.3 |
| 09/20/2005 | Attend to recently filed pleadings. | Lawler, E. | 0.2 |
| 09/20/2005 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings for attorney review (1.1). | Mohamed, D. | 1.5 |
| 09/21/2005 | Attend to newly filed pleadings (.3). | Krieger, A. | 0.3 |
| 09/21/2005 | Attend to recently filed pleadings. | Lawler, E. | 0.2 |
| 09/22/2005 | Attend to newly filed  certifications, applications (.5). | Krieger, A. | 0.5 |
| 09/22/2005 | Attend to recently filed pleadings. | Lawler, E. | 0.2 |
| 09/22/2005 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings (1.0); attention to retrieval of client documents for attorney review (.4). | Mohamed, D. | 1.8 |
| 09/23/2005 | Retrieve and distribute recently filed pleadings re: case docket no. 01-1139 (.9); review adversary proceeding case docket no. 01-771 (.2). | Mohamed, D. | 1.1 |
| 09/26/2005 | Attend to newly filed orders, certifications of counsel. | Krieger, A. | 0.3 |
| 09/26/2005 | Retrieve and distribute recently filed pleadings re: case docket no. 01-1139 (.8); review client documents received in preparation for central file supplementation (.9). | Mohamed, D. | 1.7 |
| 09/27/2005 | Attend to newly filed applications, issued orders, other pleadings (.6); exchanged memoranda with D. Mohamed re: docket for new adversary proceeding commenced by Grace (.2). | Krieger, A. | 0.8 |
| 09/27/2005 | Review and update case docket no. 01-1139 | Mohamed, D. | 1.8 |

SSL-DOCS1 1620772v2

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.3); retrieve and distribute recently filed pleadings (.9); Retrieve and distribute recently filed pleadings re: adversary proceeding case docket no. 05-52724 (.6). | | |
| 09/28/2005 | Retrieve and distribute recently filed pleadings re: case docket no. 01-1139 (.6); review adversary proceeding case docket no. 05-52724 (.2); review adversary proceeding case docket no. 01-771 (.2); prepare sub-folders regarding research and correspondence (.4). | Mohamed, D. | 1.4 |
| 09/29/2005 | Attend to newly filed application, notices. | Krieger, A. | 0.1 |
| 09/29/2005 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings (.8); review adversary proceeding case docket no. 05-52724 (.2); review adversary proceeding case docket no. 01-771 (.2). | Mohamed, D. | 1.5 |
| 09/30/2005 | Attend to newly filed orders, applications. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 1.9 | $ 210 | $ 399.00 |
| Krieger, Arlene G. | 7.7 | 550 | 4,235.00 |
| Lawler, Elizabeth B. | 1.8 | 210 | 378.00 |
| Mohamed, David | 21.0 | 130 | 2,730.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,742.00 |
|-------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 7,742.00 |
|-----------------------|------------|

SSL-DOCS1 1620772v2

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) |
|---|---|
| | 699843  0015 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/07/2005 | Attend to stipulations permitting late filed claims to be deemed timely filed and Pioneer standards (.4); memorandum to L. Sinanyan re: outstanding questions regarding stipulations (.3). | Krieger, A. | 0.7 |
| 09/08/2005 | Exchanged memoranda with L. Sinanyan re: additional information re: late claims filed by insurance companies, Commercial Union and Unigard (.2). | Krieger, A. | 0.2 |
| 09/12/2005 | Memorandum to L. Sinanyan re: Committee position on stipulations regarding claims of Commercial Union and Unigard (.1). | Krieger, A. | 0.1 |
| 09/15/2005 | Attend to Debtors' motion  for leave to file a reply to claimant in support of their 11th omnibus claims objection (.1). | Krieger, A. | 0.1 |
| 09/22/2005 | Attend to orders re: Pacific/Corp. late filed claims pleadings (.1). | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.2 | $ 550 | $ 660.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 660.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 660.00 |
|---|---|

SSL-DOCS1 1620772v2

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 | | |
|----|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/01/2005 | Exchanged memorandum with T. Maher re: PI Questionnaire (.2). | Krieger, A. | 0.2 |
| 09/06/2005 | Attend to memorandum to the Committee re: Debtors' motion to expand their preliminary injunction to include actions against the State of Montana (2.3). | Krieger, A. | 2.3 |
| 09/07/2005 | Attend to memorandum to the Committee re: pending motions (1.5); exchanged memorandum with KP re: same (.1); exchanged memorandum with T. Maher re: memorandum discussing pending matters (.1); attend to Committee's joinder to the Debtors' motion to expand the preliminary injunction (1.2). | Krieger, A. | 2.9 |
| 09/08/2005 | Attend to memorandum to the Committee re: Debtors motion to expand the preliminary injunction, other (.2); memoranda to T. Maher re: Committee memorandum (.2); attend to Committee's joinder to the Debtors' motion to enjoin the State Court actions (3.4); telephone call L. Hamilton re: pending motions (.3). | Krieger, A. | 4.1 |
| 09/09/2005 | Finalized Committee's Joinder pleading (.6); exchanged memorandum with T. Maher re: Committee memorandum (.1); attend to memorandum to the Committee re: Debtors' stipulation agreeing to deem timely certain proofs of claim (1.3). | Krieger, A. | 2.0 |
| 09/09/2005 | Memo to Committee re: One Beacon (Commercial Union) & Seaton (Unigard) regarding timely filing of proofs of claim (.2). | Kruger, L. | 0.2 |
| 09/15/2005 | Attend to memorandum to the Committee re: PD Committee's motion to retain Dies & Hile and Speights & Runyan as special counsel in the PD Estimation (.8); attend to memorandum re: Debtors' emergency  motion to take discovery of PI Claimants counsel (1.0). | Krieger, A. | 1.8 |

-17-

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/20/2005 | Attend to memorandum to the Committee re: pending matters including Debtors' motion for proposed Attorney Questionnaire and opposition thereto and PD committee's motion to retain special counsel in connection with the PD Estimation and opposition thereto (2.8). | Krieger, A. | 2.8 |
| 09/21/2005 | Attend to Committee memorandum re: pending matters (2.6); exchanged memorandum with T. Maher re: Debtors' opposition to PD Committee's motion (.1). | Krieger, A. | 2.7 |
| 09/21/2005 | Review memo to Committee regarding pending matters (.3). | Kruger, L. | 0.3 |
| 09/27/2005 | Memorandum to the Committee re: complaint filed by Debtors against New Jersey officials directing Hamilton Action (1.6). | Krieger, A. | 1.6 |
| 09/27/2005 | Review memo to Committee regarding Debtors' complaint regarding NJ officials regarding Hamilton action (.4). | Kruger, L. | 0.4 |
| 09/28/2005 | Preparation of memorandum to the Committee re: Debtors' motion to enjoin the Hamilton Action (2.1). | Krieger, A. | 2.1 |
| 09/29/2005 | Attend to memorandum to the Committee re: Debtors' pleadings in respect of the Hamilton Action. | Krieger, A. | 1.8 |
| 09/30/2005 | Attend to draft memorandum to the Committee re: Hamilton Plant action pleadings (2.5); memorandum to the Committee re: articles relating to medical care benefits for Libby (.2). | Krieger, A. | 2.7 |
| 09/30/2005 | Attention to draft memo re: NJDEP removal (.3). | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 27.0 | $ 550 | $ 14,850.00 |
| Kruger, Lewis | 0.9 | 795 | 715.50 |
| Pasquale, Kenneth | 0.3 | 605 | 181.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 15,747.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 15,747.00 |
|---|---|

| RE | Fee Application, Applicant<br>699843  0018 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/01/2005 | Review, revised July monthly fee application. | Lawler, E. | 0.9 |
| 09/01/2005 | Discussion with B. Lawler regarding billing and other matters. | Serrette, R. | 0.1 |
| 09/02/2005 | Review disbursements back up documentation for revisions to July monthly fee application. | Lawler, E. | 0.5 |
| 09/06/2005 | Attend to July bill (.8). | Krieger, A. | 0.8 |
| 09/06/2005 | Discussions with M. Magzamen, E. Kaufmann and G. Lopez re: disbursements on account (.4);  prepare final draft of July fee app (4.3). | Lawler, E. | 4.7 |
| 09/07/2005 | Make final revisions to fee application (1.8); obtain Navigant July invoice for submitting with fee app (.6); coordinate filing of fee app with local counsel (.2). | Lawler, E. | 2.6 |
| 09/07/2005 | Tel. conf. w/Navigant regarding July invoice. | Serrette, R. | 0.2 |
| 09/09/2005 | Attend to revisions re: preparation of August monthly fee application. | Lawler, E. | 1.7 |
| 09/15/2005 | Attend to July 2005 fee statement (1.2). | Krieger, A. | 1.2 |
| 09/16/2005 | Attend to August fee statement. | Krieger, A. | 0.9 |
| 09/19/2005 | Attend to August 2005 fee statement (.3); memo to KP re: same (.1). | Krieger, A. | 0.4 |
| 09/20/2005 | Office conference RS re August 2005 fee statement. | Krieger, A. | 0.2 |
| 09/20/2005 | Office conference with A. Krieger re: August billing. | Lawler, E. | 0.1 |
| 09/20/2005 | Office conference with A. Krieger regarding August billing. | Serrette, R. | 0.1 |

-19-

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/21/2005 | Attend to comments from A. Krieger for August monthly fee statement (.3). | Lawler, E. | 0.3 |
| 09/27/2005 | Attend to additional changes to August monthly fee application (.8). | Lawler, E. | 0.8 |
| 09/28/2005 | Attend to August 2005 fee statement (1.3). | Krieger, A. | 1.3 |
| 09/28/2005 | Prepare fee application from invoices and disbursement register received from accounting. | Lawler, E. | 1.8 |
| 09/29/2005 | Revise 53rd monthly fee application (August 2005) per requests of A. Krieger. | Lawler, E. | 1.8 |
| 09/29/2005 | Review Stroock's August 2005 fee statement in preparation for filing (.4); prepare affidavit of service re: same and forward both to local counsel for filing (.4); preparation of service re: fee statement (.9). | Mohamed, D. | 1.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 4.8 | $ 550 | $ 2,640.00 |
| Lawler, Elizabeth B. | 15.2 | 210 | 3,192.00 |
| Mohamed, David | 1.7 | 130 | 221.00 |
| Serrette, Rosemarie | 0.4 | 210 | 84.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,137.00 |
|-------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 6,137.00 |
|-----------------------|-----------|

SSL-DOCS1 1620772v2

| RE | Creditor Inquiries<br>699843  0019 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/08/2005 | Research re: creditor inquiry regarding projected payout on claim for general unsecured creditors (.3); telephone call to creditor re: projected payout on claim and creditors inclusion in 9th omnibus claims objection (.2). | Lawler, E. | 0.5 |
| 09/09/2005 | Telephone call from creditor C. Preece; email to A. Krieger re:  same. | Lawler, E. | 0.1 |
| 09/16/2005 | Telephone conference creditor re estimation status (.2). | Pasquale, K. | 0.2 |
| 09/21/2005 | Telephone conference creditor re: estimation issues (.4). | Pasquale, K. | 0.4 |
| 09/28/2005 | Telephone conference creditor re: status issues (.4). | Pasquale, K. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Lawler, Elizabeth B. | 0.6 | $ 210 | $ 126.00 |
| Pasquale, Kenneth | 1.0 | 605 | 605.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 731.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 731.00 |
|---|---|

| RE | Fee Application, Others<br>699843  0020 |
|----|------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/09/2005 | Attend to Fee Auditor's final report on Capstone's quarterly fee application and office conference LK re: same (.3). | Krieger, A. | 0.3 |
| 09/12/2005 | Telephone call L. Hamilton re: Fee Auditor's final report on Capstone's application for the first quarter of 2005 (.3). | Krieger, A. | 0.3 |
| 09/15/2005 | Attend to 3rd quarterly fee application for Baker, Donelson, 13th quarterly fee application for Blackstone and 47th monthly fee application for L. Tersigni (.5). | Krieger, A. | 0.5 |
| 09/22/2005 | Review Capstone July Fee application for filing and service. | Lawler, E. | 0.2 |
| 09/22/2005 | Review fee statement for July 2005 re: Capstone Advisory Group in preparation for filing (.4); prepare notice of filing and affidavit of service for same (.4); preparation of service re: Capstone's July 2005 fee statement (.7). | Mohamed, D. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 1.1 | $ 550 | $ 605.00 |
| Lawler, Elizabeth B. | 0.2 | 210 | 42.00 |
| Mohamed, David | 1.5 | 130 | 195.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 842.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 842.00 |
|-----------------------|----------|

SSL-DOCS1 1620772v2

| RE | Litigation (Non-Bankruptcy/General) 699843  0032 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/08/2005 | Attention to draft joinder to expand injunction re Montana suits (.2). | Pasquale, K. | 0.2 |
| 09/21/2005 | Attend to Complaint filed by the Debtors to enjoin the action commenced against it by the New Jersey attorney general and case law cited to therein (2.6); office conference KP re: same (.1); exchanged memoranda with M. Shelnitz, J. Baer re: inquiry re: filing of removal/transfer pleadings in NJ District Court (.1); memorandum to M. Speiser, M. Berg re: Grace complaint (.2). | Krieger, A. | 3.0 |
| 09/21/2005 | Review debtors' complaint to transfer NJ Attorney General action to Bankruptcy Court (.3). | Kruger, L. | 0.3 |
| 09/22/2005 | Attend to case law re: enjoining state court actions against debtors and/or employees (2.2); attend to removal pleadings filed in connection with Hamilton action (.2); office conference KP re: Hamilton action and impact on plan (.2); exchanged memorandum with J. Baer re: filing of amended report with NJDEP (.1); memorandum to LK, KP re: same (.1). | Krieger, A. | 2.8 |
| 09/22/2005 | Emails with A. Krieger and K. Pasquale regarding Hamilton litigation (.1); review debtors' motion regarding removal of NJDEP action (.3). | Kruger, L. | 0.4 |
| 09/22/2005 | Attention to debtors' motion papers and complaint re: stay/removal of NJ DEP action (1.2). | Pasquale, K. | 1.2 |
| 09/28/2005 | Attend to case law re: motion to enjoin Hamilton Action and related removal of Action to District Court. | Krieger, A. | 1.8 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/28/2005 | Review WR Grace motion to move Libby litigation. | Kruger, L. | 0.2 |
| 09/28/2005 | Attention to press reports re: Grace criminal Libby case (.3). | Pasquale, K. | 0.3 |
| 09/29/2005 | Attend to article re: proposed bill against Grace actions in Montana and exchanged memoranda with KP re: same (.2); attend to memorandum with J. Baer, M. Shelnitz re: same (.2); attend to case law re: removal/remand (3.6). | Krieger, A. | 4.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 11.6 | $ 550 | $ 6,380.00 |
| Kruger, Lewis | 0.9 | 795 | 715.50 |
| Pasquale, Kenneth | 1.7 | 605 | 1,028.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,124.00 |
|-------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 8,124.00 |
|-----------------------|------------|

-24-

| RE | Travel - Non Working<br>699843  0035 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 09/26/2005 | Travel attendant to omnibus hearing (split time with USG) (2.8). | Pasquale, K. | 2.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Pasquale, Kenneth | 2.8 | $ 605 | $ 1,694.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,694.00 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 1,694.00 |
| --- | --- |

SSL-DOCS1 1620772v2

| RE | Plan and Disclosure Statement<br>699843 0036 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 09/06/2005 | Attend to R. Wyron's memo to J. Baer re: mediator/monitor and exchanged memoranda with KP re: same (.2). | Krieger, A. | 0.2 |
| 09/06/2005 | Attention to R. Wyron email re: plan discussions and related issues (.5). | Pasquale, K. | 0.5 |
| 09/30/2005 | Office conference M. Speiser re: Hamilton Plant action and impact on Plan and related materials (1.2); memorandum to Debtors' counsel re: NJDEP claims (.1). | Krieger, A. | 1.3 |
| 09/30/2005 | Office conference A. Krieger re: NJ state action re: penalties and impact on plan and work on issues raised; memos from and to A. Krieger re: NJ penalty action and proofs of claim. | Speiser, M. | 1.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Krieger, Arlene G. | 1.5 | $ 550 | $ 825.00 |
| Pasquale, Kenneth | 0.5 | 605 | 302.50 |
| Speiser, Mark A. | 1.8 | 735 | 1,323.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,450.50 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 2,450.50 |
| --- | --- |

| RE | Hearings<br>699843  0037 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/14/2005 | Attend to transcript from 8/29/05 hearing (.6). | Krieger, A. | 0.6 |
| 09/15/2005 | Attend to transcript of August 29, 2005 hearing (2.8). | Krieger, A. | 2.8 |
| 09/19/2005 | Attend to agenda notice of 9/26/05 hearing and memorandum to J. Baer re: omission on same (.2). | Krieger, A. | 0.2 |
| 09/22/2005 | Review agenda for 9/26 hearing (.2). | Kruger, L. | 0.2 |
| 09/22/2005 | Attention to agenda for September 26 hearing (.8). | Pasquale, K. | 0.8 |
| 09/23/2005 | Attend to amended agenda notice for 9/26/05 hearing and exchanged memoranda with KP re: same (.4). | Krieger, A. | 0.4 |
| 09/26/2005 | Preparation for and participated in Court hearing (3.5). | Pasquale, K. | 3.5 |
| 09/27/2005 | Office conference KP 9/26/05 hearings (.3). | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 4.3 | $ 550 | $ 2,365.00 |
| Kruger, Lewis | 0.2 | 795 | 159.00 |
| Pasquale, Kenneth | 4.3 | 605 | 2,601.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,125.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 5,125.50 |
|---|---|

SSL-DOCS1 1620772v2

| RE | Employment Applications - Others |
|----|----------------------------------|
|    | 699843  0040                     |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/01/2005 | Attend to Debtors' second amended application to retain Nelson Mullins and memorandum to L. Sinanyan re: new environmental litigation in South Carolina (.2); memorandum to the Committee re: Nelson Mullins and R. Foley Hoag retentions (.6); attend to Debtors' application to retain Foey Hoag LLP firm as special environmental counsel (.4). | Krieger, A. | 1.2 |
| 09/01/2005 | Review debtors' application to retain Foley Hoag as Environmental Counsel (.2); review email to Committee regarding Foley Hoag retention (.2). | Kruger, L. | 0.4 |
| 09/06/2005 | Attend to R. Schulman response to inquiry regarding the additional services to be rendered by Nelson Mullins and exchanged memoranda therewith (.4); attend to complaint (.1). | Krieger, A. | 0.5 |
| 09/14/2005 | Exchanged memoranda with R. Schulman re: proposed revised order for amended retention of Nelson Mullins (.3). | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 2.0 | $ 550 | $ 1,100.00 |
| Kruger, Lewis | 0.4 | 795 | 318.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,418.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 1,418.00 |
|-----------------------|------------|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 68,544.50 |
|------------------------------------------|-------------|

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**SEPTEMBER 1, 2005 - SEPTEMBER 30, 2005**

| | |
|---|---:|
| Outside Messenger Service | $ 26.86 |
| Meals | 16.31 |
| Local Transportation | 59.04 |
| Long Distance Telephone | 573.39 |
| Duplicating Costs-in House | 48.90 |
| O/S Information Services | 343.59 |
| Facsimile Charges | 6.88 |
| Travel Expenses - Transportation | 116.00 |
| Westlaw | 208.71 |
| | |
| **TOTAL** | **$1,399.68** |

SSL-DOCS1 1620772v2

# DISBURSEMENT REGISTER

FOR EXPENSES INCURRED in the captioned matter for the period through September 30, 2005, including:

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| **Outside Messenger Service** | | |
| 09/13/2005 | VENDOR: UPS; INVOICE#: 0000010X827375 FROM David Mohamed, 180 Maiden Lane, New York, NY TO Warren H. Smith Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270196946775 on 09/08/2005 | 8.23 |
| 09/13/2005 | VENDOR: UPS; INVOICE#: 0000010X827375 FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder  Esq. Office of the United States, 844 King Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270198753989 on 09/08/2005 | 6.21 |
| 09/13/2005 | VENDOR: UPS; INVOICE#: 0000010X827375 FROM David Mohamed, 180 Maiden Lane, New York, NY TO Virginia Akin Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270198993792 on 09/08/2005 | 6.21 |
| 09/13/2005 | VENDOR: UPS; INVOICE#: 0000010X827375 FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & co., Senior Vice President, COLUMBIA, MD 21044 Tracking #:1Z10X8270199376162 on 09/08/2005 | 6.21 |
| **Outside Messenger Service Total** | | **26.86** |
| **Meals** | | |
| 09/01/2005 | VENDOR: Seamless Web; INVOICE#: 84889; DATE: 08/31/2005 - Essex; Order Date: 08/24/2005 18:31:00; | 16.31 |
| **Meals Total** | | **16.31** |
| **Local Transportation** | | |
| 08/18/2005 | VENDOR: NYC Two Ways Inc. INVOICE#: N/A; DATE: N/A; DIBERNARDO 08/04/05 00:19 M from NJ HOBOKEN to NJ SOUTH AMBO | 59.04 |
| **Local Transportation Total** | | **59.04** |
| **Long Distance Telephone** | | |
| 09/01/2005 | EXTN.5544, TEL.201-587-7126, S.T.13:00, DUR.00:10:18 | 4.26 |
| 09/01/2005 | EXTN.5562, TEL.215-665-2147, S.T.15:45, DUR.00:18:30 | 7.35 |
| 09/05/2005 | VENDOR: Deraventures, Inc.; INVOICE#: 09030-02201-05; DATE: 9/5/2005 - Teleconference - L. Kruger | 556.20 |
| 09/13/2005 | EXTN.5492, TEL.410-528-4811, S.T.11:32, DUR.00:01:06 | 0.86 |
| 09/13/2005 | EXTN.6495, TEL.410-528-4811, S.T.12:21, DUR.00:00:42 | 0.43 |
| 09/13/2005 | EXTN.6495, TEL.410-528-4811, S.T.12:41, DUR.00:00:48 | 0.43 |
| 09/13/2005 | EXTN.6495, TEL.972-265-2274, S.T.12:39, DUR.00:06:36 | 3.00 |
| 09/21/2005 | EXTN.5544, TEL.201-587-7126, S.T.17:07, DUR.00:00:30 | 0.43 |
| 09/26/2005 | EXTN.5544, TEL.301-596-0053, S.T.10:14, DUR.00:00:36 | 0.43 |
| **Long Distance Telephone Total** | | **573.39** |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| **Duplicating Costs-in House** | | |
| 09/07/2005 | | 0.20 |
| 09/15/2005 | | 8.20 |
| 09/15/2005 | | 3.90 |
| 09/19/2005 | | 7.20 |
| 09/29/2005 | | 19.60 |
| 09/29/2005 | | 9.80 |
| **Duplicating Costs-in House Total** | | **48.90** |
| | | |
| **O/S Information Services** | | |
| 08/18/2005 | Pacer Search Service on 4/1/2005 | 2.40 |
| 08/18/2005 | Pacer Search Service on 4/6/2005 | 8.80 |
| 08/18/2005 | Pacer Search Service on 4/7/2005 | 6.48 |
| 08/18/2005 | Pacer Search Service on 4/7/2005 | 0.24 |
| 08/18/2005 | Pacer Search Service on 4/7/2005 | 2.16 |
| 08/18/2005 | Pacer Search Service on 4/8/2005 | 1.20 |
| 08/18/2005 | Pacer Search Service on 4/11/2005 | 5.92 |
| 08/18/2005 | Pacer Search Service on 4/20/2005 | 0.48 |
| 08/18/2005 | Pacer Search Service on 5/2/2005 | 33.92 |
| 08/18/2005 | Pacer Search Service on 5/11/2005 | 2.40 |
| 08/18/2005 | Pacer Search Service on 5/12/2005 | 10.16 |
| 08/18/2005 | Pacer Search Service on 5/13/2005 | 8.16 |
| 08/18/2005 | Pacer Search Service on 5/25/2005 | 14.16 |
| 08/18/2005 | Pacer Search Service on 5/26/2005 | 0.64 |
| 08/18/2005 | Pacer Search Service on 5/27/2005 | 17.28 |
| 08/18/2005 | Pacer Search Service on 5/31/2005 | 13.28 |
| 08/18/2005 | Pacer Search Service on 6/1/2005 | 9.60 |
| 08/18/2005 | Pacer Search Service on 6/2/2005 | 18.16 |
| 08/18/2005 | Pacer Search Service on 6/6/2005 | 11.28 |
| 08/18/2005 | Pacer Search Service on 6/7/2005 | 16.72 |
| 08/18/2005 | Pacer Search Service on 6/8/2005 | 8.56 |
| 08/18/2005 | Pacer Search Service on 6/9/2005 | 10.80 |
| 08/18/2005 | Pacer Search Service on 6/9/2005 | 1.04 |
| 08/18/2005 | Pacer Search Service on 6/10/2005 | 10.08 |
| 08/18/2005 | Pacer Search Service on 6/13/2005 | 7.68 |
| 08/18/2005 | Pacer Search Service on 6/14/2005 | 0.72 |
| 08/18/2005 | Pacer Search Service on 6/16/2005 | 20.16 |
| 08/18/2005 | Pacer Search Service on 6/16/2005 | 2.40 |
| 08/18/2005 | Pacer Search Service on 6/17/2005 | 2.40 |
| 08/18/2005 | Pacer Search Service on 6/20/2005 | 11.76 |
| 08/18/2005 | Pacer Search Service on 6/20/2005 | 0.64 |
| 08/18/2005 | Pacer Search Service on 6/21/2005 | 10.24 |
| 08/18/2005 | Pacer Search Service on 6/22/2005 | 1.60 |
| 08/18/2005 | Pacer Search Service on 6/22/2005 | 2.48 |
| 08/18/2005 | Pacer Search Service on 6/23/2005 | 3.12 |
| 08/18/2005 | Pacer Search Service on 6/27/2005 | 12.80 |
| 08/18/2005 | Pacer Search Service on 6/28/2005 | 6.32 |
| 08/18/2005 | Pacer Search Service on 6/29/2005 | 38.40 |

SSL-DOCS1 1620772v2

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/18/2005 | Pacer Search Service on 4/6/2005 | 0.16 |
| 08/18/2005 | Pacer Search Service on 6/7/2005 | 1.28 |
| 08/18/2005 | Pacer Search Service on 6/22/2005 | 2.56 |
| 09/22/2005 | VENDOR: Micropatent; INVOICE#: 798068; DATE: 8/31/2005 - August 2005 | 4.95 |
| | **O/S Information Services Total** | **343.59** |

**Facsimile Charges**

| | | |
|------|-------------|--------|
| 09/14/2005 | Fax # 215-638-5993 | 6.88 |
| | **Facsimile Charges Total** | **6.88** |

**Travel Expenses - Transportation**

| | | |
|------|-------------|--------|
| 09/22/2005 | VENDOR: Ken Pasquale; INVOICE#: KP092105; DATE: 9/22/2005 - 08/29/05   Court Hearings in Wilmington, DE - amtrak | 102.50 |
| 09/22/2005 | VENDOR: Ken Pasquale; INVOICE#: KP092105; DATE: 9/22/2005 - 08/29/05   Court Hearings in Wilmington, DE - cabs | 3.50 |
| 09/22/2005 | VENDOR: Ken Pasquale; INVOICE#: KP092105; DATE: 9/22/2005 - 08/29/05   Court Hearings in Wilmington, DE - parking | 10.00 |
| | **Travel Expenses - Transportation Total** | **116.00** |

**Westlaw**

| | | |
|------|-------------|--------|
| 09/21/2005 | Duration 0:07:17; By Krieger, Arlene G. | 101.83 |
| 09/28/2005 | Duration 0:07:02; By Krieger, Arlene G. | 106.88 |
| | **Westlaw Total** | **208.71** |

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 26.86 |
| Meals | 16.31 |
| Local Transportation | 59.04 |
| Long Distance Telephone | 573.39 |
| Duplicating Costs-in House | 48.90 |
| O/S Information Services | 343.59 |
| Facsimile Charges | 6.88 |
| Travel Expenses - Transportation | 116.00 |
| Westlaw | 208.71 |

| TOTAL DISBURSEMENTS/CHARGES | $ 1,399.68 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

October 13, 2005

Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Attn: Kenneth Pasquale

*For Services Rendered For*
*WR Grace Creditor's Committee - September 2005*

**Professional Fees:**

| | | | |
|------|----------------|--------|-----------|
| RC   | 5.00 hrs. @ | $450 | $2,250.00 |
| PM   | 6.40 hrs. @ | $400 | 2,560.00 |
| SS   | 3.00 hrs. @ | $275 | 825.00 |
| JH   | 2.50 hrs. @ | $275 | 687.50 |
| MR   | 16.00 hrs. @ | $225 | 3,600.00 |
| NT   | 8.00 hrs. @ | $150 | 1,200.00 |
| MO   | 0.50 hrs. @ | $150 | 75.00 |

**Total Professional Fees**.................................................................................... **$11,197.50**

**Expenses:**

None billable at this time.

**Total Amount Due for September Services and Expenses**........................................ **$11,197.50**

**Outstanding Invoices:**

| | | | |
|------|--------|-------------------|-----------|
| Inv No. | 157830 | August 16, 2005 | $2,211.00 |
| Inv No. | 159667 | September 13, 2005 | 18,550.00 |

**Total Outstanding Invoices**................................................................................ **$20,761.00**

**Total Amount Due For September Services, Expenses and Outstanding Invoices**.... **$31,958.50**

Navigant Consulting, Inc. Project No.: 113758          Invoice No.: 161542



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| CANTOR, ROBIN | 9/12/2005 | 2.30 | Reviewed materials sent by clients on debtors' motions and supporting materials. |
| CANTOR, ROBIN | 9/13/2005 | 1.60 | Reviewed materials sent by clients on debtors' motions and supporting materials. |
| CANTOR, ROBIN | 9/27/2005 | 1.10 | Reviewed materials sent by clients on debtors' motions and supporting materials. |
| HOREWITZ, JESSICA | 9/13/2005 | 0.70 | Reviewed case status. |
| HOREWITZ, JESSICA | 9/14/2005 | 1.30 | Reviewed case materials and work plan. |
| HOREWITZ, JESSICA | 9/22/2005 | 0.50 | Reviewed case status.  Met with staff. |
| MCGRATH, PATRICK J. | 9/14/2005 | 1.50 | Review various asbestos PD claim materials provided by counsel |
| MCGRATH, PATRICK J. | 9/16/2005 | 2.20 | Review various asbestos PD claim materials provided by counsel |
| MCGRATH, PATRICK J. | 9/19/2005 | 0.80 | Review various asbestos PD claim materials provided by counsel |
| MCGRATH, PATRICK J. | 9/20/2005 | 1.50 | Review various asbestos PD claim materials provided by counsel |
| MCGRATH, PATRICK J. | 9/23/2005 | 0.40 | Review various asbestos PD claim materials provided by counsel |
| OSBORN, MATTHEW | 9/20/2005 | 0.50 | Verified White Datatset with Mealey's Report. |
| RULE, MICHELLE | 9/1/2005 | 3.50 | Continued to work on compiling list of Pre and Post Petition claims from various sources |
| RULE, MICHELLE | 9/2/2005 | 3.00 | Finalized master list of Pre petition and Post-Petition claims; began to work on further analysis of pre petition claims |
| RULE, MICHELLE | 9/6/2005 | 4.00 | Finalized master list of Pre petition and Post-Petition claims; began to work on further analysis of pre petition claims |
| RULE, MICHELLE | 9/16/2005 | 3.00 | Finalized master list of Pre petition and Post-Petition claims; began to work on further analysis of pre petition claims |
| RULE, MICHELLE | 9/19/2005 | 2.50 | Review of Ominibus objection and numerous exhibits |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| SMITH, SEAN | 9/7/2005 | 3.00 | Reviewed Company data re: Asbestos Liabilities |
| TENZER, NEIL | 9/1/2005 | 3.50 | Finding and editing Docket Numbers in Disks 1, 2, 4 for Database |
| TENZER, NEIL | 9/6/2005 | 1.50 | Summary of Claim Evaluation Search |
| TENZER, NEIL | 9/19/2005 | 3.00 | Printing Exhibits |