IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------x
| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & Co., et al., | Case No. 01-01139 (JKF) |
| | (Jointly Administered) |
| Debtors | |

TWENTIETH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005)

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | September 1, 2005 through September 30, 2005 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $75,983.50): | $60,786.80 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $ 482.03 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004

The total time expended and included herein for fee application preparation is approximately 11.4 hours and corresponding compensation requested is approximately $4,098.00.

This is the Twentieth Interim Application filed by Capstone. Disclosure for the current period and prior periods is as follows:

TWENTIETH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005)

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31, 2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| | | | | |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| | | | | |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

TWENTIETH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| | | | | |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $   494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
| | | | | |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $   435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

3

TWENTIETH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1, 2005 through September 30, 2005 | 75,983.50 | $482.03 | $60,786.80 |

TWENTIETH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005)

**ATTACHMENT B**
**TO FEE APPLICATION**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Professional
## For the Period 9/1/05 through 9/30/05

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $530 | 12.10 | $6,413.00 |
| S. Cunningham | Member | $505 | 28.60 | $14,443.00 |
| R. Frezza | Consultant | $425 | 30.30 | $12,877.50 |
| L. Hamilton | Consultant | $350 | 118.70 | $41,545.00 |
| M. Hakoun | Research | $150 | 4.70 | $705.00 |
| **For the Period 9/1/05 through 9/30/05** | | | **194.40** | **$75,983.50** |

Capstone Advisory Group, LLC                                                                 Page 1 of 1
Invoice for the Twentieth Fee Application

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Task Code
## For the Period 9/1/05 through 9/30/05

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions | During the Fee Application period, the Applicant analyzed information pertaining to a proposed acquisition and prepared a report to the Committee. | 45.30 | $18,388.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed various motions, a fee audit report, Q2 report and Zonolite proceedings with counsel and a Committee member. | 2.30 | $877.00 |
| 06. Environmental Mtrs/Regs/Litig. | During the Fee Application period, the Applicant analyzed information pertaining to Zonolite, Montana proceedings, and NJDEP issues. | 5.80 | $2,084.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared Fee Statements for July and August. | 11.40 | $4,098.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant prepared a Q2 2005 financial report to the Committee, including drafts, reviews, and related data analysis. | 102.90 | $41,240.50 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant read and analyzed recent motions, recent court docket items, updated virtual database, and summarized data regarding global cement consumption and growth forecasts. | 11.90 | $3,270.00 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant read and analyzed information regarding exclusivity and summarized POR data. | 8.10 | $2,835.00 |
| 20. Valuation | During the Fee Application period, the Applicant prepared analyses and updated a valuation model. | 4.30 | $2,279.00 |
| 26. Meetings with Debtors | During the Fee Application Period, the Applicant participated in calls with the Debtors and their advisors regarding the proposed acquisition and Foley Hoag retention. | 2.00 | $700.00 |
| 28. Special Case Issues - Asbestos | During the Fee Application period, the Applicant read and analyzed information regarding PI and PD estimated proceedings. | 0.40 | $212.00 |
| **For the Period 9/1/05 through 9/30/05** | | **194.40** | **$75,983.50** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 9/1/05 through 9/30/05

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 01. Acquisitions | | | |
| 9/14/2005 | L. Hamilton | 5.70 | Read and analyzed information provided by Debtors regarding Lycra acquisition. |
| 9/15/2005 | S. Cunningham | 2.30 | Read and analyzed project Lycra information. |
| 9/15/2005 | L. Hamilton | 4.20 | Prepared analysis of forecast data for Lycra acquisition. |
| 9/16/2005 | S. Cunningham | 2.00 | Read and analyzed project Lycra information. |
| 9/19/2005 | L. Hamilton | 6.20 | Prepared report to the Committee regarding Lycra acquisition. |
| 9/19/2005 | S. Cunningham | 2.00 | Read and analyzed project Lycra information. |
| 9/20/2005 | L. Hamilton | 1.20 | Updated Lycra report draft. |
| 9/20/2005 | L. Hamilton | 4.90 | Read and analyzed additional information provided by the Debtors pertaining to the Lycra acquisition. |
| 9/20/2005 | S. Cunningham | 1.80 | Analyzed industry data regarding construction markets. |
| 9/21/2005 | E. Ordway | 0.20 | Reviewed/edited analysis of proposed Lycra acquisition prepared by staff. |
| 9/21/2005 | S. Cunningham | 1.50 | Analyzed industry data regarding construction markets. |
| 9/21/2005 | L. Hamilton | 1.00 | Updated Lycra earnings multiples analysis. |
| 9/23/2005 | L. Hamilton | 1.60 | Updated Lycra analyses and report to the Committee. |
| 9/23/2005 | S. Cunningham | 2.50 | Read and analyzed project Lycra information. |
| 9/23/2005 | E. Ordway | 0.60 | Prepared report to the Committee regarding a proposed acquisition. |
| 9/26/2005 | L. Hamilton | 3.30 | Prepared draft report to the Committee regarding Lycra acquisition. |
| 9/27/2005 | L. Hamilton | 1.10 | Read and analyzed information including employment contract related to an acquisition. |
| 9/27/2005 | E. Ordway | 0.70 | Continued to prepare report to the Committee regarding a proposed acquisition. |

**Capstone Advisory Group, LLC**  Page 1 of 6
**Invoice for the Twentieth Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/30/2005 | S. Cunningham | 2.50 | Reviewed draft report to the Committee regarding the Lycra acquisition. |
| Subtotal | | 45.30 | |

**04. Creditor Committee Matters**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/8/2005 | L. Hamilton | 0.50 | Discussed recent motions with counsel. |
| 9/9/2005 | E. Ordway | 0.20 | Discussed Debtor's "no objection" request regarding proof of claims with Committee member. |
| 9/12/2005 | L. Hamilton | 0.30 | Discussed fee audit results with counsel. |
| 9/13/2005 | L. Hamilton | 0.50 | Discussed fee audit report and other case issues with counsel. |
| 9/14/2005 | L. Hamilton | 0.40 | Discussed status of case issues with counsel including Zonolite proceedings. |
| 9/14/2005 | L. Hamilton | 0.20 | Discussed Q2 report with counsel. |
| 9/16/2005 | E. Ordway | 0.20 | Called Committee member to answer questions regarding 2nd Quarter report. |
| Subtotal | | 2.30 | |

**06. Environmental Mtrs/Regs/Litig.**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/8/2005 | E. Ordway | 0.30 | Read counsel's memo on retention of special counsel and recent motion regarding State of Montana. |
| 9/13/2005 | L. Hamilton | 1.80 | Read and analyzed information regarding ZAI issues. |
| 9/15/2005 | L. Hamilton | 2.70 | Analyzed and summarized Zonolite information obtained from counsel. |
| 9/29/2005 | L. Hamilton | 1.00 | Read and analyzed recent court docket items including motion pertaining to NJDEP. |
| Subtotal | | 5.80 | |

**07. Fee Applications & Invoices**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/6/2005 | E. Ordway | 0.20 | Prepared fee application. |
| 9/12/2005 | L. Hamilton | 1.00 | Prepared July fee application. |
| 9/12/2005 | E. Ordway | 0.20 | Prepared fee application. |
| 9/14/2005 | L. Hamilton | 0.40 | Prepared July fee application. |
| 9/16/2005 | E. Ordway | 0.20 | Prepared fee application. |

**Capstone Advisory Group, LLC**                                                                                                                           Page 2 of 6
**Invoice for the Twentieth Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/16/2005 | L. Hamilton | 2.50 | Prepared July fee application. |
| 9/20/2005 | L. Hamilton | 1.00 | Prepared July fee application. |
| 9/20/2005 | L. Hamilton | 0.90 | Prepared July fee application. |
| 9/21/2005 | L. Hamilton | 3.90 | Prepared August fee application. |
| 9/28/2005 | L. Hamilton | 1.10 | Prepared August fee application. |
| Subtotal | | 11.40 | |

**08. Financial Analysis - Schedules & Statements**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/1/2005 | S. Cunningham | 2.80 | Reviewed and analyzed Q2 company financial results. |
| 9/1/2005 | R. Frezza | 9.50 | Reviewed/edited Q2 2005 report to the Committee and related support analyses. |
| 9/2/2005 | S. Cunningham | 2.50 | Analyzed Q2 financial information and compared versus plan and prior year. |
| 9/2/2005 | R. Frezza | 7.30 | Reviewed/edited Q2 2005 report to the Committee and related support analyses. |
| 9/5/2005 | L. Hamilton | 1.00 | Read and analyzed July financial statements. |
| 9/5/2005 | L. Hamilton | 2.10 | Prepared detailed divisional bridge analyses for sales, EBITDA and gross margin for inclusion in Q2 report. |
| 9/5/2005 | L. Hamilton | 0.90 | Updated peer group data for Q2 report. |
| 9/6/2005 | L. Hamilton | 6.50 | Updated schedules for Q2 report to the Committee. |
| 9/6/2005 | L. Hamilton | 5.50 | Updated commentary pertaining to sales for Q2 report to the Committee. |
| 9/6/2005 | R. Frezza | 4.20 | Reviewed/edited Q2 2005 report to the Committee and related analyses. |
| 9/7/2005 | R. Frezza | 4.30 | Continued review/edit of Q2 2005 report to the Committee and related support analyses. |
| 9/7/2005 | S. Cunningham | 3.50 | Analyzed and updated Q2 peer group performance data. |
| 9/7/2005 | L. Hamilton | 9.60 | Prepared additional analyses and charts for Q2 report including sales, EBITDA and gross margin. |
| 9/7/2005 | R. Frezza | 1.60 | Reviewed/edited peer company data for use in Q2 report. |
| 9/8/2005 | L. Hamilton | 7.20 | Updated Q2 report commentary pertaining to divisional results. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/8/2005 | L. Hamilton | 2.30 | Continued to update commentary for Q2 report. |
| 9/8/2005 | E. Ordway | 0.90 | Prepared/edited report to the Committee regarding 2nd quarter performance. |
| 9/9/2005 | L. Hamilton | 4.70 | Prepared additional Q2 financial analyses by division. |
| 9/9/2005 | E. Ordway | 2.00 | Prepared narrative to discuss major variances from plan for inclusion in 2nd Quarter report. |
| 9/9/2005 | R. Frezza | 2.80 | Continued review/edit of Q2 2005 report to the Committee and related support analyses. |
| 9/9/2005 | L. Hamilton | 3.50 | Continued to update commentary for Q2 report. |
| 9/12/2005 | S. Cunningham | 3.50 | Analyzed historical peer group performance data. |
| 9/12/2005 | L. Hamilton | 1.50 | Updated Q2 report regarding impact of energy costs. |
| 9/12/2005 | E. Ordway | 1.70 | Continued preparation/editing of report to Committee on 2nd Quarter performance. |
| 9/12/2005 | L. Hamilton | 2.40 | Analyzed additional gross margin information for Q2 provided by the Debtors. |
| 9/13/2005 | S. Cunningham | 1.70 | Analyzed Q2 financial information and compared versus plan and prior year. |
| 9/13/2005 | L. Hamilton | 1.10 | Updated peer group analyses for Q2 report. |
| 9/13/2005 | L. Hamilton | 3.50 | Continued to analyze energy cost impacts and update Q2 report, accordingly. |
| 9/14/2005 | L. Hamilton | 0.70 | Updated Q2 report to the Committee. |
| 9/15/2005 | L. Hamilton | 2.10 | Finalized Q2 report and distributed same to the Committee. |
| Subtotal | | 102.90 | |

**11. Financial Analysis - Other**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/5/2005 | M. Hakoun | 0.50 | Updated virtual database of case docket items. |
| 9/7/2005 | R. Frezza | 0.60 | Read and analyzed recent motions. |
| 9/13/2005 | L. Hamilton | 1.00 | Prepared work plan. |
| 9/13/2005 | M. Hakoun | 0.40 | Distributed Debtors' announcement of China operations to case team members. |
| 9/13/2005 | M. Hakoun | 0.40 | Updated virtual database of case docket items. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/21/2005 | L. Hamilton | 0.90 | Updated work plan. |
| 9/23/2005 | L. Hamilton | 1.20 | Read and analyzed information from counsel regarding two motions. |
| 9/26/2005 | L. Hamilton | 0.80 | Read information document from Debtors regarding Lake Charles facility and distributed same to Committee member and counsel. |
| 9/28/2005 | M. Hakoun | 0.40 | Updated virtual database of case docket items. |
| 9/29/2005 | L. Hamilton | 2.70 | Analyzed current trading/valuation information. |
| 9/29/2005 | M. Hakoun | 1.80 | Gathered and summarized data pertaining to the global cement and European non-residential construction sector. |
| 9/30/2005 | M. Hakoun | 1.20 | Gathered and summarized data pertaining to global cement consumption and non-residential construction growth forecasts. |
| Subtotal | | 11.90 | |

**15. Plan & Disclosure Statement**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/28/2005 | L. Hamilton | 3.80 | Read and analyzed updated information regarding POR and exclusivity. |
| 9/30/2005 | L. Hamilton | 4.30 | Prepared summary of POR information. |
| Subtotal | | 8.10 | |

**20. Valuation**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/9/2005 | E. Ordway | 0.50 | Prepared analysis of liquidity history for inclusion in report to the Committee. |
| 9/13/2005 | E. Ordway | 2.10 | Prepared update of valuation model based on recent performance trends and peer group changes. |
| 9/14/2005 | E. Ordway | 1.70 | Prepared analysis of future cash levels based on year-to-date performance trends. |
| Subtotal | | 4.30 | |

**26. Meetings with Debtors**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/12/2005 | L. Hamilton | 0.50 | Discussed latest proposed acquisition with Blackstone. |
| 9/12/2005 | L. Hamilton | 0.20 | Discussed details of Foley Hoag retention with Blackstone. |
| 9/19/2005 | L. Hamilton | 1.30 | Prepared for and participated in call with Debtors and advisors regarding proposed acquisition. |
| Subtotal | | 2.00 | |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 28. Special Case Issues - Asbestos | | | |
| 9/21/2005 | E. Ordway | 0.40 | Read and analyzed counsel's memo regarding PI and PD estimation proceedings. |
| Subtotal | | 0.40 | |
| **Total Hours** | | **194.40** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 9/1/05 through 9/30/05

| Date | Professional | Detail | Amount |
|---|---|---|---|
| **Copies** | | | |
| 9/30/2005 | Capstone Expenses | September Copies | $48.90 |
| Subtotal - Copies | | | $48.90 |
| **Faxes** | | | |
| 9/30/2005 | Capstone Expenses | September faxes | $22.00 |
| Subtotal - Faxes | | | $22.00 |
| **Postage/FedEx** | | | |
| 9/1/2005 | Capstone Expenses | | $7.50 |
| 9/5/2005 | Capstone Expenses | | $9.50 |
| Subtotal - Postage/FedEx | | | $17.00 |
| **Research-Billable** | | | |
| 9/30/2005 | Capstone Expenses | Factiva September charges | $103.24 |
| Subtotal - Research-Billable | | | $103.24 |
| **Scans** | | | |
| 9/30/2005 | Capstone Expenses | September Scans | $55.00 |
| Subtotal - Scans | | | $55.00 |
| **Telecom Charges- Billable** | | | |
| 9/30/2005 | Capstone Expenses | September phone | $225.89 |
| 9/30/2005 | Frezza, R | Cell phone | $10.00 |
| Subtotal - Telecom Charges- Billable | | | $235.89 |
| **For the Period 9/1/05 through 9/30/05** | | | **$482.03** |

**Capstone Advisory Group, LLC**                                                                                      Page 1 of 1
**Invoice for the Twentieth Fee Application**