# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: W.R. GRACE & CO., et al., <br><br> Debtors. | ) <br> ) Chapter 11 <br> ) Case No. 01-01139 (JKF) <br> ) (Jointly Administered) <br> ) <br> ) <br> ) <br> ) |

### JOINDER OF CLAIMANT STATE OF CALIFORNIA, DEPARTMENT OF GENERAL SERVICES TO THE RESPONSE AND MEMORANDUM OF LAW OF THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS IN OPPOSITION TO DEBTORS' BRIEF IN SUPPORT OF AN ESTIMATION HEARING ON CONSTRUCTIVE NOTICE IN PROPERTY DAMAGE CLAIMS

Claimant State of California, Department of General Services (the "Claimant"), by and through its undersigned counsel, hereby joins in the October 31, 2005 Response and Memorandum of Law of the Official Committee of Asbestos Property Damage Claimants In Opposition to Debtors' Brief In Support of an Estimation Hearing on Constructive Notice In Property Damage Claims (the "Committee's Response").

Claimant wishes to stress especially that under the applicable prevailing California case authorities, California Sansome Co. v. U.S. Gypsum, 55 F.3d 1402 (9th Cir. 1995) and San Francisco Unified School Dist. v. W.R. Grace & Co., 37 Cal. App. 4th 1318 (Cal. Ct. App. 1st App. Dist. 1995) (holding that a claim for asbestos property damage does not accrue until the property is contaminated), most of Claimant's claims have not yet accrued. Most of the property that is subject of Claimant's claims has not yet been contaminated and as to the property that was contaminated, Claimant did not reasonably discover that Debtors manufactured the asbestos-containing product until 2003.

For the reasons set forth in the Committee's Response, Claimant respectfully submits that (a) a determination of the constructive notice issue during the property damage estimation hearings is inappropriate; (b) California law applies to Claimant's claims, under which law its claims do not accrue until its property is contaminated; (c) most of Claimant's property not having been contaminated, Claimant's claims have not yet accrued; and (d) as to the property that was contaminated, Claimant did not reasonably discover that Debtors manufactured the asbestos-containing product until 2003, thereby being timely under the applicable statute of limitations.

Dated: New York, New York
October 31, 2005

                                      **HAHN & HESSEN LLP**
                                      Counsel for Claimant State of California,
                                      Department of General Services

                                      By: /s/ Steven J. Mandelsberg / CJK
                                               Steven J. Mandelsberg
                                               Christina J. Kang

                                      488 Madison Avenue
                                      New York, New York 10022
                                      (212) 478-7200

TO:

Janet S. Baer, Esq.
Michelle Browdy, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
Co-counsel for the Debtors and Debtors in Possession

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Co-counsel for the Debtors and Debtors in Possession

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Christina J. Kang, hereby certify that on the 31st day of October 2005, I caused a copy of Claimant State of California, Department of General Services to the Response and Memorandum of Law of the Official Committee of Asbestos Property Damage Claimants In Opposition to Debtors' Brief In Support of an Estimation Hearing on Constructive Notice in Property Damage Claims to be served via e-mail and first class mail to the following:

Janet S. Baer, Esq.
Michelle Browdy, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Co-Counsel for the Debtors
jbaer@kirkland.com
mbrowdy@kirkland.com

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
919 North Market Street, 16th Floor
Wilmington, DE  19899-8705
Co-Counsel for the Debtors
ljones@pszyjw.com
joneill@pszyjw.com

_____
Christina J. Kang