United States Bankruptcy Court

District of Delaware
-------------------------------------------------------------

In re:

**W.R. GRACE & CO and W.R. Grace & Co., et al.**

                                                                                            Chapter 11
                                                                                            Case No. 01-01139

                        Debtor
-------------------------------------------------------------

**NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM**


      PLEASE TAKE NOTICE that the transfer of claim from **Astatech, Inc.** to Argo Partners in the amount of **$10,278.00** is hereby withdrawn by Argo Partners.


                                                        Dated: November 1, 2005

                                                        /s/ Scott Krochek
                                                        Scott Krochek
                                                        Argo Partners
                                                        (212) 643-5443