United States Bankruptcy Court

District of Delaware
-------------------------------------------------------------

In re:

**W.R. GRACE & CO and W.R. Grace & Co., et al.**

                                                                           Chapter 11
                                                                           Case No. 01-01139

                              Debtor
-------------------------------------------------------------


### NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM


     PLEASE TAKE NOTICE that the transfer of claim from **Industrial Service Products** to Argo Partners in the amount of **$27,798.83** is hereby withdrawn by Argo Partners.


                                                        Dated: November 1, 2005

                                                        <u>/s/ Scott Krochek</u>
                                                        Scott Krochek
                                                        Argo Partners
                                                        (212) 643-5443