United States Bankruptcy Court

District of Delaware
----------------------------------------------------------------

In re:

**W.R. GRACE & CO and W.R. Grace & Co., et al.**

Chapter 11
Case No. 01-01139

Debtor
----------------------------------------------------------------

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTICE that the transfer of claim from **Key Recruiters** to Argo Partners in the amount of **$11,500.00** is hereby withdrawn by Argo Partners.

Dated: November 2, 2005

/s/ Scott Krochek
Scott Krochek
Argo Partners
(212) 643-5443