United States Bankruptcy Court

District of Delaware
---------------------------------------------------------------

In re:

**W.R. GRACE & CO and W.R. Grace & Co., et al.**

                                                                                                                Chapter 11
                                                                                                                Case No. 01-01139

                                   Debtor
---------------------------------------------------------------

**NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM**

     PLEASE TAKE NOTICE that the transfer of claim from **Active Propane Co., Inc.** to Argo Partners in the amount of **$10,763.83** is hereby withdrawn by Argo Partners.

                                                          Dated: November 2, 2005

                                                          /s/ Scott Krochek
                                                          Scott Krochek
                                                          Argo Partners
                                                          (212) 643-5443