IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | ) ) ) | Case No. 01-01139 (JKF) Jointly Administered |
| Debtors. | ) ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel move the admission pro hac vice of Steven A. Felsenthal to represent Baron & Budd, P.C., Environmental Litigation Group, P.C., The Law Office of Peter G. Angelos, A Professional Corporation, Reaud, Morgan & Quinn, Inc., and Silber Pearlman, LLP in this action.

Dated: November 2, 2005      /s/ Kathleen M. Miller
                                                  Kathleen M. Miller (ID No. 2898)
                                                  **SMITH, KATZENSTEIN &**
                                                  **FURLOW, LLP**
                                                  The Corporate Plaza
                                                  800 Delaware Avenue, 7th Floor
                                                  P.O. Box 410
                                                  Wilmington, Delaware 19899 (Courier 19801)
                                                  Telephone:  (302) 652-8400
                                                  Facsimile:   (302) 654-8405
                                                  E-mail:  KMM@skfdelaware.com

                                                  **LOCAL COUNSEL FOR**
                                                  **ENVIRONMENTAL LITIGATION GROUP,**
                                                  **P.C., and REAUD, MORGAN & QUINN,**
                                                  **INC.**

                                                  **-AND-**

/s/ Daniel K. Hogan
Daniel K. Hogan (ID No. 2814)
**THE HOGAN FIRM**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone:  (302) 656-7540
Facsimile:   (302) 656-7599
E-mail: dkhogan@dkhogan.com

**LOCAL COUNSEL FOR BARON & BUDD, P.C.; THE LAW OFFICE OF PETER G. ANGELOS, A PROFESSIONAL CORPORATION; and SILBER PEARLMAN, LLP**