IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: November 1, 2005

Steven A Felsenthal
Texas State Bar No. 06889900
**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, A Professional Corporation**
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999
E-mail: felsenthal@sbep-law.com

COUNSEL FOR BARON & BUDD, P.C.; ENVIRONMENTAL LITIGATION GROUP, P.C., THE LAW OFFICE OF PETER G. ANGELOS, A PROFESSIONAL CORPORATION; REAUD, MORGAN & QUINN, INC., AND SILBER PEARLMAN, LLP