IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

<u>ORDER GRANTING ADMISSION PRO HAC VICE</u>

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice of Steven A. Felsenthal is granted.

Dated: _____

_____
Judith K. Fitzgerald
United States Bankruptcy Judge


<u>Local Counsel</u>:

Kathleen M. Miller (ID No. 2898)
SMITH, KATZENSTEIN &
FURLOW, LLP
The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899 (Courier 19801)
Telephone:  (302) 652-8400
Facsimile:   (302) 654-8405
E-mail:  KMM@skfdelaware.com

**LOCAL COUNSEL FOR
ENVIRONMENTAL LITIGATION GROUP, P.C.,
and REAUD, MORGAN & QUINN, INC.**

**-AND-**

Daniel K. Hogan (ID No. 2814)
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
E-mail: dkhogan@dkhogan.com

**LOCAL COUNSEL FOR BARON & BUDD, P.C.;
THE LAW OFFICE OF PETER G. ANGELOS,
A PROFESSIONAL CORPORATION; and
SILBER PEARLMAN, LLP**