# EXHIBIT 2

# Dkt No. 10828 - 4th Omni 11 Continuation Order for WR Grace

Total number of parties: 3
Preferred Mode of Service: US Mail (1st Class)

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 16481 | IRON MOUNTAIN RECORDS MANAGEMENT, C/O D&B BANKRUPTCY SERVICES, PO BOX 5126, TIMONIUM, MD 21094 |
| 16481 | OFFICE DEPOT INC, ROBBIE SMITH ACCS, 2200 OLD GERMANTOWN RD, DELRAY BEACH, FL 33445 |
| 16481 | SANDERS ROOFING CO INC, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614 |

Subtotal for this group: 3