# EXHIBIT 2

# Dkt No. 10827 - 8th Omni 8 Continuation Order for WR Grace

*page 7 of 7*

Total number of parties: 1
Preferred Mode of Service: US Mail (1st Class)

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 16480 | NATIONAL UNION FIRE INSURANCE COMPANY OF, C/O MICHAEL S DAVIS ESQ, ZEICHNER ELLMAN & KRAUSE LLP, 575 LEXINGTON AVE, NEW YORK, NY 10022 |

Subtotal for this group: 1