# EXHIBIT 2

# Dkt No. 18029 - Omni 14 Order
# for WR Grace

Total number of parties: 120
Preferred Mode of Service: US Mail (1st Class)

## Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 16482 | ALLEGHENY CENTER ASSOCIATES, ALLEGHENY CENTER ASSOCIATES, MALL MGMT, PITTSBURGH, PA 15212 |
| 16482 | ANDERSON, ALICE DIANE, 519 EAST 4TH STREET, LIBBY, MT 59923 |
| 16482 | BALOGA, ALOYS JOSEPH, 10 HILLCREST DR, DALLAS, PA 18612 |
| 16482 | BARKER, LAWRENCE, 1606 JEFFERSON STREET NE, MINNEAPOLIS, MN 55413 |
| 16482 | BARKO JR, WALLACE, 1916 THIRD STREET NE, MINNEAPOLIS, MN 55418 |
| 16482 | BARR, RICHARD A, DEAN & FULKERSON PC, 801 W BIG BEAVER STE 500, TROY, MI 48084-4724 |
| 16482 | BAUER, GEORGE JAMES, 203 EAST SPRUCE, LIBBY, MT 59923 |
| 16482 | BENDER, PATSY ANN, PO BOX 1622, BAY SPRINGS, MS 39422 |
| 16482 | BENEFIELD, DONALD CHARLES, 264 VICKS DRIVE, LIBBY, MT 59923 |
| 16482 | BRALEY, EUGENE ALFRED, 651 QUARTZ ROAD, LIBBY, MT 59923 |
| 16482 | BRANCH, SUE, 1226 WASHINGTON ST NE, MINNEAPOLIS, MN 55413 |
| 16482 | BUNDROCK, DANIEL ARTHUR, 1421 UTAH AVENUE, LIBBY, MT 59923 |
| 16482 | BURKS, WILLIE B, 141 JENKINS DR, SAVANNAH, GA 31405 |
| 16482 | BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST STE 4100, MINNEAPOLIS, MN 55402 |
| 16482 | CABRASER, ELIZABETH J, LIEFF CABRASER HEIMANN & BERNSTEIN LLP, EMBARCADERO CENTER W 30TH FL, 275 BATTERY ST, SAN FRANCISCO, CA 94111 |
| 16482 | CAMPEAU, THOMAS FRANCIS, 11544 W CTY RD 612, FREDERIC, MI 49733 |
| 16482 | CAROL, GRAHAM A, 823 F MEADOWLAND DRIVE, NAPLES COLLIER, FL 34108 |
| 16482 | CARR, MATTIE FEARS, PO BOX 4162, OPELIKA, AL 36803 |
| 16482 | CARROLL, DANIEL J, DIVISION OF FACILITIES MGMT, 900 SW JACKSON RM 653, TOPEKA, KS 66612-2210 |
| 16482 | CHASE, ADAM STEPHEN, 723 E 48TH ST, SAVANNAH, GA 31405-2450 |
| 16482 | CHASEN, RICHARD H, RICHARD H CHASEN, 425 CALIFORNIA ST STE 2025, SAN FRANCISCO, CA 94104-2213 |
| 16482 | CHRISTENSEN, DWIGHT, 681 SUMMER STREET NE, MINNEAPOLIS, MN 55413 |
| 16482 | CHRISTIANSEN, DAVID JOSEPH, 1033 AARON COURT, MISSOULA, MT 59804 |
| 16482 | CISEWSKI, CAROLINE, 1332 - 1334 MADISON STREET, MINNEAPOLIS, MN 55413 |
| 16482 | COUNTY OF FRESNO CALIFORNIA, 2281 TULARE STREET THIRD FLOOR, FRESNO, CA 93721 |
| 16482 | CRAIG, JAMES, 2101 5TH STREET NE, MINNEAPOLIS, MN 55418 |
| 16482 | DAUSTAR, BRAD, 508 20TH AVENUE NE, MINNEAPOLIS, MN 55418 |
| 16482 | DAVIS, DR JOHN ROBERT, 815 CHILDS STREET, CORINTH, MS 38834 |
| 16482 | DEPAUW, MARK, 1338 JEFFERSON STREET NE, MINNEAPOLIS, MN 55418 |
| 16482 | DOMBROSKI, THOMAS F, 1209 CAMPBELL, DETROIT, MI 48209 |
| 16482 | DOUGLAS, JAMES B, MCNEAL & DOUGLAS LLC, 1685 E UNIVERSITY DR, STE A, AUBURN, AL 36830-5217 |
| 16482 | DRAKE, HEIDI MARIA, 158 FOREST AVENUE, LIBBY, MT 59923 |
| 16482 | ERICKSON, RODNEY A, 280 DOLPHIN LANE, LIBBY, MT 59923 |
| 16482 | FIEBIGER, DAVID & GAIL, 1316 JEFFERSON STREET NE, MINNEAPOLIS, MN 55413 |
| 16482 | FINEBERG, JORDAN, 825 19TH AVE NE, MINNEAPOLIS, MN 55418 |
| 16482 | FORLAND, JEAN, 1515 FOURTH STREET NE, MINNEAPOLIS, MN 55413 |
| 16482 | FOSS, PATRICIA, 636 22ND AVENUE NE, MINNEAPOLIS, MN 55413 |
| 16482 | FREEBURY, DANNY JAMES, 1302 AIRTH AVENUE, LIBBY, MT 59923 |
| 16482 | FULLER, STEVEN, 1212 JEFFERSON STREET NE, MINNEAPOLIS, MN 55413 |
| 16482 | GALLAGHER, LARRY, 1417 FIFTH STREET NE, MINNEAPOLIS, MN 55413 |
| 16482 | GUBBIN, JULIE, 1508 MADISON STREET NE, MINNEAPOLIS, MN 55413 |

## Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 16482 | HARRIS, TOBI CHRISTINE, 1530 CALIFORNIA STREET NE, MINNEAPOLIS, MN 55413 |
| 16482 | HEBERLING, JON L, MCGARVEY HEBERLING SULLIVAN, 745 SO MAIN, KALISPELL, MT 59901-5341 |
| 16482 | HERNANDEZ, PEDRO, PO BOX 8267, PONCE, PR 00732-8267 |
| 16482 | JOHNSON, KEITH, 2314 QUINCY STREET NE, MINNEAPOLIS, MN 55413 |
| 16482 | JONK, TRISTA, 1813 JACKSON STREET NE, MINNEAPOLIS, MN 55418 |
| 16482 | KELLY, LAWRENCE DOUGLAS, 1304 WASHINGTON AVE, LIBBY, MT 59923 |
| 16482 | KERR, EDWARD B, 1308 EVANGELINE, DEARBORN HEIGHTS, MI 48127 |
| 16482 | KNAUSS, DONALD LEE, PO BOX 1443, LIBBY, MT 59923 |
| 16482 | KOSKI, EINO AND AILI, C/O DARRELL W SCOTT, THE SCOTT LAW GROUP, 926 W SPRAGUE AVE STE 83, SPOKANE, WA 99201 |
| 16482 | KOURI, MARTIN, 1138 JEFFERSON STREET NE, MINNEAPOLIS, MN 55413 |
| 16482 | KOURI, NAMIE, 1138 JEFFERSON STREET NE, MINNEAPOLIS, MN 55413 |
| 16482 | KOURI, THOMAS, 2000 FOURTH STREET NE, MINNEAPOLIS, MN 55418 |
| 16482 | KOVENSKY, WAYNE, 1407 ADAMS STREET NE, MINNEAPOLIS, MN 55413 |
| 16482 | KUELBS, LEO, 33 SOUTH SIXTH STREET, SUITE 4100, MINNEAPOLIS, MN 55402 |
| 16482 | KUHA, ELLA, 2106 4TH STREET NE, MINNEAPOLIS, MN 55418 |
| 16482 | KWAS, DANIEL, C/O DARRELL W SCOTT, THE SCOTT LAW GROUP, 926 W SPRAGUE AVE STE 583, SPOKANE, WA 99201 |
| 16482 | LA MARTIN COMPANY INC, 14400 HENN, DEARBORN, MI 48126 |
| 16482 | LANDRY, JOHN, 20276 SPOONBILL CT, ROGERS, MN 55374 |
| 16482 | LAWRENCE LAMAR RICE WEST MELBOURNE, 49 PARKHILL BOULEVARD, WEST MELBOURNE, FL 32904 |
| 16482 | LECKRONE, DEAN BRADFORD, 1108 LOUISIANA AVE, LIBBY, MT 59923 |
| 16482 | LEES, TIMOTHY, 1920 SHOREWOOD LN, MOUND, MN 55364-1317 |
| 16482 | LEHNERT, ARNOLD, 420 INDIANHEAD ROAD, LIBBY, MT 59923 |
| 16482 | LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT 59403-0002 |
| 16482 | LOW-BEER, JOHN, LIEFF CABRASER HEIMANN & BERNSTEIN LLP, EMBARCADERO CENTER W 30TH FL, 275 BATTERY ST, SAN FRANCISCO, CA 94111 |
| 16482 | MACERICH FRESNO LIMITED PARTNERSHIP, ATTN: A GHAFARI, 401 WILSHIRE BLVD, SUITE 700, SANTA MONICA, CA 90401 |
| 16482 | MARTIN, PAUL J, 14400 HENN, DEARBORN, MI 48126 |
| 16482 | MARTIN, PHILIP, 1680 NILES AVE, SAINT PAUL, MN 55116-1422 |
| 16482 | MARTIN, SHARON, 1134 JEFFERSON STREET NE, MINNEAPOLIS, MN 55413 |
| 16482 | MCGARVEY, ALLAN M, MCGARVEY HERBERLING SULLIVAN & MCGARVEY PC, 745 S MAIN ST, KALISPELL, MT 59901 |
| 16482 | MISKOWIEK, MICHAEL, 1432 FIFTH STREET NE #3, MINNEAPOLIS, MN 55413 |
| 16482 | MJ&P LLC, 14400 HENN, DEARBORN, MI 48126 |
| 16482 | MOBLEY, ERICA MICHELL, 317 WEST CHESTNUT, COWETA, OK 74429 |
| 16482 | MUNSEL, DONALD, 390 AUTUMN ROAD, LIBBY, MT 59923 |
| 16482 | NELSON, PETE O, 506 INDIANHEAD ROAD, LIBBY, MT 59923 |
| 16482 | NIGHTLINGER, GERALD THOMAS, 1177 EAST BEAMISH ROAD, MIDLAND, MI 48642 |
| 16482 | NORDSTROM, ROBERT, 690 LOWRY AVENUE NE, MINNEAPOLIS, MN 55418 |
| 16482 | ODOM JR, WILLIAM W, WILLIAM W ODOM JR, 404 WALDRON ST, CORINTH, MS 38834 |
| 16482 | ORR, HOWARD KING, 320 SHALOM DRIVE, LIBBY, MT 59923 |
| 16482 | OSTLUND, CHYLEEN, 1412 MONROE STREET NE, MINNEAPOLIS, MN 55413 |
| 16482 | P&S ASSOCIATES, 14400 HENN, DEARBORN, MI 48126 |
| 16482 | PAKIRTZIS, ZAHARIAS, 7201 36TH AVENUE N APT 118, CRYSTAL, MN 55427 |
| 16482 | PARKER, MELVIN GEORGE, 472 RIVERVIEW DRIVE, LIBBY, MT 59923 |
| 16482 | PATCH, GARY, 33 SOUTH SIXTH STREET SUITE 4100, MINNEAPOLIS, MN 55402 |
| 16482 | PAUL, NORMAN, CARLINVILLE, IL 62626 |
| 16482 | PAULETTE, MARCELLA M, 287 TOWNSHIP RD 267, AMSTERDAM, OH 43903-7909 |
| 16482 | PAULETTE, MARCELLA MAE, 287 TOWNSHIP RD 267, AMSTERDAM, OH 43903 |

## Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 16482 | PILLSBURY WINTHROP LLP, ATTN P BROSNAHAN, PO BOX 7880, SAN FRANCISCO, CA 94120 |
| 16482 | REZAI, MAHTAB, 1539 4TH STREET NE, MINNEAPOLIS, MN 55413 |
| 16482 | ROY MCMILLAN PR OF ESTATE OF ROBERT MCMI, 1580 EAST FIFTH STREET, LIBBY, MT 59923 |
| 16482 | RUSSINIK, JOHN, 429 20TH AVENUE NE, MINNEAPOLIS, MN 55418 |
| 16482 | RUYLE, NANCY L, PHELPS KASTEN RUYLE BURNS & SIMS PC, 19871 TIMBERE, CARLINVILLE, IL 62626 |
| 16482 | SCHACK, GAIL, 1210 JEFFERSON STREET NE, MINNEAPOLIS, MN 55413 |
| 16482 | SCHAEFER, WILLIAM, 1435 ADAMS STREET NE, MINNEAPOLIS, MN 55413 |
| 16482 | SCOTT, DARREL W, THE SCOTT LAW GROUP, 926 W SPRAGUE AVE STE 583, SPOKANE, WA 99201 |
| 16482 | SELLERS, CARLA, 1732 JEFFERSON STREET NE, MINNEAPOLIS, MN 55413 |
| 16482 | SEYMOUR, JEAN, 1812 5 STREET NE, MINNEAPOLIS, MN 55418 |
| 16482 | SMITH, JOHN, 33 SOUTH SIXTH STREET, SUITE 4100, MINNEAPOLIS, MN 55402 |
| 16482 | SOBOL, THOMAS M, HAGENS BERMAN LLP, 225 FRANKLIN ST 26TH FL, BOSTON, MA 02110 |
| 16482 | SOUCEK, ALBERT JON, 1715 FIFTH STREET NE, MINNEAPOLIS, MN 55413 |
| 16482 | SPEIDEL, TIMOTHY JON, SPEIDEL, JERRIDD J, 852 18TH AVE SE, MINNEAPOLIS, MN 55414-2546 |
| 16482 | SPINGLER, CLIFFORD M, 1233 NW 199TH PL, SHORELINE, WA 98177 |
| 16482 | ST JOHN'S EVANGELICAL LUTHERAN CHURCH, 610 BROADWAY STREET NE, MINNEAPOLIS, MN 55413 |
| 16482 | STATE OF KANSAS, 900 SW JACKSON ROOM 653, TOPEKA, KS 66612 |
| 16482 | STUTZ, JOANNE B, EVANS & MULLINIX PA, 7225 RENNER RD STE 200, SHAWNEE, KS 66217-3046 |
| 16482 | SYDLOSKI, DELORES, 1431 4 STREET NE, MINNEAPOLIS, MN 55413 |
| 16482 | SZYKULSKI, CLEMENS, 2407 JEFFERSON STREET NE, MINNEAPOLIS, MN 55418 |
| 16482 | TAFT, ELIZABETH, 1718 JEFFERSON STREET NE, MINNEAPOLIS, MN 55418 |
| 16482 | TAYLOR, EDDIE, 10715 CRANBROOK RD, HOUSTON, TX 77042 |
| 16482 | TREFFERT, BRIAN, 33 SOUTH SIXTH STREET SUITE 4100, MINNEAPOLIS, MN 55402 |
| 16482 | TURKEWITZ, ROBERT M, RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC, 1037 CHUCK DAWLEY BLVD BLDG A, MT PLEASANT, SC 29464 |
| 16482 | UNIFIED GOVERNMENT OF WYANDOTTE COUNTY K, 701 NORTH 7TH STREET SUITE 532, KANSAS CITY, KS 66101 |
| 16482 | VAN RYSULK, PAUL, 1927 UNIVERSITY AVENUE NE, MINNEAPOLIS, MN 55418 |
| 16482 | VANDERWOOD, RANDY, 1337 ADAMS STREET NE, MINNEAPOLIS, MN 55413 |
| 16482 | VINCENT, FABRICE N, LIEFF CABRASER HEIMANN & BERNSTEIN LLP, EMBARCADERO CENTER W 30TH FL, 275 BATTERY ST, SAN FRANCISCO, CA 94111 |
| 16482 | WAGNER, JOHN FRANCIS, 28000 YAAK RIVER ROAD PO BOX 153, LIBBY, MT 59923 |
| 16482 | WESTBROOK, EDWARD J, RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC, 1037 CHUCK DAWLEY BLVD, BLDG A, MOUNT PLEASANT, SC 29464 |
| 16482 | WITTENBERG, WILLIAM R, 6110 PANORAMA DR NE, TACOMA, WA 98422 |
| 16482 | WORDEN, GLADWIN, C/O DARRELL W SCOTT, THE SCOTT LAW GROUP, 926 W SPRAGUE AVE STE 583, SPOKANE, WA 99201 |
| 16482 | WORLEY, WILLIAM, 1720 SIXTH STREET NE, MINNEAPOLIS, MN 55413 |

**Subtotal for this group: 120**