UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------- x
In re:                                   :   Chapter 11
                                         :
W.R. GRACE & CO., ET AL.,                :   Case No. 01-1139 (JKF)
                                         :   (Jointly Administered)
              Debtors.                   :
                                         :   Objection Deadline: November 22, 2005 at 4:00 p.m.
                                         :   Hearing Date: Only if objections are timely filed.
---------------------------------------- x

SUMMARY OF SEVENTEENTH MONTHLY APPLICATION OF CONWAY, DEL GENIO, GRIES & CO., LLC ("CDG") FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD FROM APRIL 1, 2005 THROUGH JUNE 30, 2005.

| | |
|---|---|
| Name of Applicant: | Conway, Del Genio, Gries & Co., LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Property Damage Claimants |
| Date of Retention: | Retention order entered on October 22, 2001, Nunc Pro Tunc, to April 27, 2001 |
| Period for which compensation and reimbursement are sought: | April 1, 2005 through June 30, 2005 |
| Amount of compensation requested: | $ 150,000.00 |
| Amount of expense reimbursement requested: | $ 11.59 |

This is a seventeenth monthly application.

Prior Monthly Fee Applications:

| Date Filed | Period Covered | Requested Compensation | Requested Expenses | Approved Compensation | Approved Expenses |
|---|---|---|---|---|---|
| October __, 2005[1] | April 1, 2005 through June 30, 2005 | $150,000.00 * | $11.59 | NA | NA |
| August 5, 2005[1] | January 1, 2005 through March 31, 2005 | $150,000.00 * | $1,683.91 | NA | NA |
| April 14, 2005[1] | October 1, 2004 through December 31, 2004 | $150,000.00 * | $116.26 | NA | NA |
| November 18, 2004[1] | July 1, 2004 through September 30, 2004 | $150,000.00 * | $2721.77 | $150,000.00 | $2,569.11 |
| November 9, 2004 | April 1, 2004 through June 30, 2004 | $150,000.00 | $222.33 | $150,000.00 | $222.33 |
| May 24, 2004 | January 1, 2004 through March 31, 2004 | $300,000.00 | $761.69 | $81,843.47 [2] | $761.69 |
| May 21, 2004 | October 1, 2003 through December 31, 2003 | $300,000.00 | $48.17 | $300,000.00 | $48.17 |
| February 11, 2004 | July 1, 2003 through September 30, 2003 | $300,000.00 | $1,689.24 | $300,000.00 | $1,689.24 |
| September 24, 2003 | April 1, 2003 through June 30, 2003 | $240,847.00 | $3,237.13 | $240,847.00 | $3,237.13 |
| June 11, 2003 | January 1, 2003 through March 31, 2003 | $173,154.00 | $838.02 | $173,154.00 | $838.02 |
| April 17, 2003 | October 1, 2002 through December 31, 2002 | $13,987.12 | $0.00 | $13,987.12 | $0.00 |
| March 31, 2003 | July 1, 2002 through September 30, 2002 | $21,808.75 | $855.33 | $21,808.75 | $855.33 |
| March 21, 2003 | April 1, 2002 through June 30, 2002 | $28,420.00 | $2,919.16 | $28,420.00 | $2,919.16 |
| May 1, 2002 | January 1, 2002 through March 31, 2002 | $450,000.00 | $4,809.71 | $450,000.00 | $4,809.71 |

Prior Monthly Fee Applications (continued):

| Date Filed | Period Covered | Requested Compensation | Requested Expenses | Approved Compensation | Approved Expenses |
|---|---|---|---|---|---|
| February 25, 2002 | November 1, 2001 through December 31, 2001 | $300,000.00 | $2,406.91 | $300,000.00 | $2,406.91 |
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $150,000.00 | $1,657.00 | $150,000.00 | $1,657.00 |
| October 26, 2001 | April 27, 2001 through September 30, 2001 | $620,000.00 | $14,376.21 | $620,000.00 | $14,376.21 |

\* Subject to section 105(A) and 331 of the Bankruptcy Code establishing procedures for interim compensation and reimbursement of professionals whereby 80% of fees are paid on a monthly basis

(1) As of the filing of this application, no objection to the compensation and expenses has been filed.

(2) As of the filing of this application, there is a dispute regarding the reduction in fees submitted to the court by the fee auditor

Exhibit A

WR Grace & Co., ET AL.,
Time Detail- Conway, Del Genio, Gries & Co., LLC
For the Period of April 1, 2005 through June 30, 2005

Summary of Services Rendered by Project Category

| Category Code | Category Description | Apr-Jun 2005 Hours | Bankruptcy Case Cumulative Hours | Adversary Proceding Cumulative Hours | Total Case Cumulative Hours |
|---|---|---|---|---|---|
| 7 | Committee (All) | 6.4 | 434.2 | 0.0 | 434.2 |
| 11 | Fee Applications, Applicant | 13.7 | 731.7 | 249.0 | 980.7 |
| 14 | Hearings | 0.0 | 36.4 | 0.0 | 36.4 |
| 20 | Travel - Non-working | 0.0 | 168.6 | 0.0 | 168.6 |
| 24 | Other | 7.0 | 123.1 | 5,058.2 | 5,181.3 |
| 26 | Business Analysis (for financial advisors) | 21.8 | 924.3 | 0.0 | 924.3 |
| 27 | Corporate Finance (for financial advisors) | 30.1 | 1,863.4 | 0.0 | 1,863.4 |
| 28 | Data Analysis (for financial advisors) | 0.0 | 507.2 | 0.0 | 507.2 |
| | **TOTAL** | 79.0 | 4,788.9 | 5,307.2 | 10,096.1 |

## Exhibit A

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of April 1, 2005 through June 30, 2005**

### Summary of Services Rendered by Professional

| *Name* | *Hours* |
|---|---|
| Gregory Boyer, Managing Director | 25.0 |
| Stephanie Jones, Associate | 54.0 |
| **TOTAL** | **79.0** |

## *Bankruptcy Time Reporting Log (AP)*

Client Name: WR Grace
Professional: All
Date: For the Period of April 1, 2005 through June 30, 2005

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 04/05/05 | 27 | 1.0 | Call with Committee member to review plan of reorganization analysis |
| WR Grace | G. Boyer | 04/05/05 | 27 | 1.0 | Prepare further plan of reorganization analyses per request of Committee member |
| WR Grace | G. Boyer | 04/05/05 | 26 | 0.1 | Review email from DB re: Grace 1st quarter results |
| WR Grace | S. Jones | 04/06/05 | 11 | 2.5 | Prepare certain fee application schedules |
| WR Grace | G. Boyer | 04/07/05 | 27 | 0.5 | Receive and review summary documents from Blackstone re: Hatco transaction (remediation costs settlement agreement) |
| WR Grace | S. Jones | 04/06/05 | 27 | 0.6 | Receive and review summary documents from Blackstone re: Hatco transaction (remediation costs settlement agreement) |
| WR Grace | S. Jones | 04/11/05 | 11 | 0.2 | Administrative correspondence with FJ and Grace re: fees |
| WR Grace | G. Boyer | 04/11/05 | 27 | 0.2 | Apprise JS of Hatco environmental issues proposed settlement |
| WR Grace | S. Jones | 04/11/05 | 27 | 0.7 | Conference call with Blackstone and Grace re: remediation costs settlement agreement; discuss same with GB |
| WR Grace | G. Boyer | 04/11/05 | 27 | 0.7 | Conference call with Grace re: certain environmental issues; discuss same with SJ |
| WR Grace | S. Jones | 04/11/05 | 27 | 0.1 | Correspondence from Committee member re: warrant proposals |
| WR Grace | S. Jones | 04/11/05 | 27 | 0.5 | Correspondence with DB with questions re: remediation cost settlement agreement |
| WR Grace | G. Boyer | 04/11/05 | 11 | 0.1 | Discuss CDG Response to WHS Amended Final Report with SJ |
| WR Grace | S. Jones | 04/11/05 | 11 | 0.3 | Correspondence with JS re: CDG Response to WHS Amended Final Report; discuss same with GB |
| WR Grace | S. Jones | 04/11/05 | 27 | 1.0 | Receive and review documents from Blackstone re: motion to accept (remediation costs) settlement agreement |
| WR Grace | G. Boyer | 04/11/05 | 27 | 0.1 | Review email from DB in response to SJ's questions |
| WR Grace | S. Jones | 04/12/05 | 11 | 4.0 | Draft 15th interim fee application |
| WR Grace | S. Jones | 04/12/05 | 27 | 0.4 | Receive and review e-mail from Grace re: responses to CDG questions on Hatco transaction; discuss same with GB |
| WR Grace | G. Boyer | 04/12/05 | 27 | 0.4 | Review email from Grace in response to SJ questions; discuss same with SJ |
| WR Grace | S. Jones | 04/13/05 | 11 | 3.0 | Draft 15th interim fee application |
| WR Grace | S. Jones | 04/13/05 | 27 | 4.0 | Receive and review e-mail from Blackstone re: court documents filed in connection with the Hatco transaction |
| WR Grace | S. Jones | 04/14/05 | 11 | 0.7 | Review Grace's motion with respect to certain environmental matters |
| WR Grace | S. Jones | 04/14/05 | 11 | 1.1 | Discuss GB comments on 15th fee application, revise and forward 15th fee application for filing; various correspondence with FJ re: same |
| WR Grace | G. Boyer | 04/14/05 | 11 | 0.5 | Review and comment on 15th fee application; discuss same with SJ |
| WR Grace | G. Boyer | 04/14/05 | 27 | 1.5 | Review Grace's motion with respect to certain environmental matters |
| WR Grace | S. Jones | 04/19/05 | 11 | 0.2 | Correspondence with FJ re: filing of 15th fee application |
| WR Grace | G. Boyer | 04/20/05 | 24 | 0.1 | Receive and review e-mail from DB re: NJDEP announcement of Hatco deal |
| WR Grace | S. Jones | 04/20/05 | 24 | 0.1 | Receive and review e-mail from DB re: NJDEP announcement of Hatco deal |
| WR Grace | S. Jones | 04/21/05 | 24 | 1.0 | Receive and review proposed asbestos legislation; review various e-mails from Bilzin and Committee members re: same |
| WR Grace | G. Boyer | 04/21/05 | 24 | 0.5 | Review correspondence and related information concerning asbestos litigation |
| WR Grace | S. Jones | 04/25/05 | 11 | 0.6 | Correspondence with FJ re: CDG 16th fee application |
| WR Grace | S. Jones | 04/27/05 | 27 | 2.5 | Receive and review from Blackstone the series of pension motions to be filed; review motions and discuss same with GB |
| WR Grace | G. Boyer | 04/28/05 | 27 | 1.0 | Review correspondence and documentation related to pensions. Review summary analysis on pensions prepared by SJ |
| WR Grace | S. Jones | 04/28/05 | 7 | 0.8 | Committee Conference Call |
| WR Grace | S. Jones | 05/03/05 | 26 | 0.5 | Receive and review memo from Blackstone re: Grace's insolvent Bermuda insurer |
| WR Grace | G. Boyer | 05/03/05 | 26 | 0.3 | Review correspondence concerning Bermuda claim |
| WR Grace | S. Jones | 05/04/05 | 26 | 1.0 | Receive and review First Quarter Financial Briefing from Grace |
| WR Grace | G. Boyer | 05/04/05 | 26 | 2.0 | Review information package and 1st quarter operating results |
| WR Grace | G. Boyer | 05/05/05 | 26 | 0.6 | Call with Grace Management re: 1st quarter operating results |
| WR Grace | S. Jones | 05/05/05 | 26 | 0.6 | Participate in Grace Conference Call re: 1st Quarter Results |
| WR Grace | S. Jones | 05/06/05 | 27 | 0.2 | Review Grace pension motion |
| WR Grace | S. Jones | 05/11/05 | 27 | 3.2 | Review Grace's revised pension motion; perform analyses re: sources of funding pension, prior funding requests, future funding requirements, etc. |
| WR Grace | G. Boyer | 05/12/05 | 7 | 0.5 | Committee Conference Call |
| WR Grace | S. Jones | 05/12/05 | 7 | 0.5 | Committee Conference Call |
| WR Grace | S. Jones | 05/12/05 | 27 | 0.2 | Correspondence with DB re: pension motion |
| WR Grace | G. Boyer | 05/16/05 | 27 | 0.5 | Review pension analyses and revised pension funding motion; discuss same with SJ |
| WR Grace | S. Jones | 05/16/05 | 27 | 1.1 | Review pension analyses and revised pension funding motion; draft detailed list of questions to discuss with Blackstone and Grace; discuss same with GB |
| WR Grace | S. Jones | 05/17/05 | 27 | 0.3 | Forward revised list of pension motion questions to Blackstone for discussion; coordinate schedules for conference call |
| WR Grace | S. Jones | 05/18/05 | 26 | 0.5 | Receive and review Siegel consulting agreement and related motion. |
| WR Grace | G. Boyer | 05/19/05 | 26 | 0.3 | Receive and review Siegel consulting agreement and related motion. |
| WR Grace | S. Jones | 05/23/05 | 27 | 0.4 | Receive and review e-mail from DB re: revised pension motions |
| WR Grace | S. Jones | 05/24/05 | 27 | 0.5 | Correspondence and conference call with Bilzin re: revised pension motion analysis |
| WR Grace | S. Jones | 05/24/05 | 27 | 0.2 | Discuss revised pension motions with GB |
| WR Grace | S. Jones | 05/24/05 | 26 | 0.5 | Receive and review copies of Cytec/Wyeth settlement motion filed by Grace |
| WR Grace | G. Boyer | 05/24/05 | 27 | 0.7 | Receive and review e-mail from DB re: revised pension motions and discuss same with SJ |
| WR Grace | G. Boyer | 05/25/05 | 26 | 0.3 | Receive and review copies of Cytec/Wyeth settlement motion filed by Grace |
| WR Grace | G. Boyer | 05/26/05 | 7 | 0.3 | Committee Conference Call |
| WR Grace | S. Jones | 05/26/05 | 7 | 0.3 | Committee Conference Call |
| WR Grace | S. Jones | 05/26/05 | 24 | 0.4 | Receive and review e-mail from Bilzin re: status of Senate asbestos bill |
| WR Grace | S. Jones | 05/27/05 | 24 | 0.2 | Receive and review e-mail from Bilzin re: status of Senate asbestos bill |
| WR Grace | G. Boyer | 05/27/05 | 24 | 0.3 | Review email concerning asbestos legislation |
| WR Grace | G. Boyer | 06/02/05 | 7 | 0.9 | Committee Conference Call |
| WR Grace | S. Jones | 06/02/05 | 7 | 0.9 | Committee Conference Call |
| WR Grace | S. Jones | 06/08/05 | 26 | 1.8 | Receive and review 2005 LTIP Motion; compare with prior motions |
| WR Grace | G. Boyer | 06/08/05 | 26 | 0.5 | Review LTIP Motion |
| WR Grace | S. Jones | 06/09/05 | 27 | 0.5 | Receive and review Committee's draft objection to Debtors' motion for extension of exclusivity |
| WR Grace | S. Jones | 06/09/05 | 26 | 1.0 | Receive and review e-mail and report from Blackstone re: Grace's membrane capacity expansion |
| WR Grace | G. Boyer | 06/09/05 | 26 | 0.4 | Review information on Grace's proposed plant expansion |
| WR Grace | G. Boyer | 06/10/05 | 27 | 0.2 | Review correspondence concerning exclusivity |
| WR Grace | S. Jones | 06/10/05 | 27 | 0.9 | Various correspondence with Committee members re: Debtors' motion for extension of exclusivity |
| WR Grace | S. Jones | 06/14/05 | 26 | 0.7 | Receive and review e-mail from Bilzin requesting analysis of proposed membrane capacity expansion motion; discuss same with GB |
| WR Grace | S. Jones | 06/14/05 | 26 | 3.5 | Review model on membrane capacity expansion; perform cost/benefit analyses, review alternatives, review existing business capacity and production rates. |

*Bankruptcy Time Reporting Log (AP)*

Client Name: WR Grace
Professional: All
Date: For the Period of April 1, 2005 through June 30, 2005

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 06/14/05 | 26 | 3.5 | Review model on membrane capacity expansion; perform cost/benefit analyses, review alternatives, review existing business capacity and production rates. |
| WR Grace | G. Boyer | 06/16/05 | 7 | 0.7 | Committee Conference Call |
| WR Grace | S. Jones | 06/16/05 | 7 | 0.7 | Committee Conference Call |
| WR Grace | G. Boyer | 06/21/05 | 26 | 0.5 | Call with MK re: proposed plant expansion |
| WR Grace | G. Boyer | 06/21/05 | 26 | 1.0 | Conference call with Blackstone and Grace re: membrane capacity expansion |
| WR Grace | S. Jones | 06/21/05 | 26 | 1.0 | Conference call with Blackstone and Grace re: membrane capacity expansion |
| WR Grace | G. Boyer | 06/23/05 | 26 | 0.2 | Correspondence with MK & PZ re: LTIP Motion |
| WR Grace | G. Boyer | 06/23/05 | 27 | 0.2 | Receive and review Grace reply to objections to extension of exclusivity |
| WR Grace | S. Jones | 06/23/05 | 27 | 0.8 | Receive and review Grace reply to objections to extension of exclusivity |
| WR Grace | S. Jones | 06/24/05 | 11 | 0.5 | Various correspondence and phone calls with Grace and FJ re: fees |
| WR Grace | G. Boyer | 06/27/05 | 24 | 0.1 | Review documents from Bilzin re: Nakayama EPA Nomination and potential conflicts |
| WR Grace | S. Jones | 06/27/05 | 24 | 0.1 | Review documents from Bilzin re: Nakayama EPA Nomination and potential conflicts |
| WR Grace | S. Jones | 06/28/05 | 24 | 1.0 | Receive and review e-mail from Bilzin re: asbestos legislation Senate committee amendments |
| WR Grace | S. Jones | 06/29/05 | 27 | 0.1 | Receive and review e-mail from Bilzin re: Committee meeting with Grace scheduled for July 8th |
| WR Grace | S. Jones | 06/29/05 | 27 | 2.3 | Receive and review e-mail from Blackstone re: proposed acquisition; review presentation and related documents re: same |
| WR Grace | G. Boyer | 06/29/05 | 24 | 0.1 | Review correspondence concerning the latest court hearing |
| WR Grace | G. Boyer | 06/30/05 | 7 | 0.4 | Committee Conference Call |
| WR Grace | S. Jones | 06/30/05 | 7 | 0.4 | Committee Conference Call |
| WR Grace | S. Jones | 06/30/05 | 27 | 0.6 | Conference call with Blackstone and Grace re: proposed acquisition |
| WR Grace | S. Jones | 06/30/05 | 26 | 1.0 | Receive additional information from Blackstone re: membrane capacity expansion; review and evaluate analyses |
| WR Grace | S. Jones | 06/30/05 | 27 | 0.2 | Receive information from Bilzin re: exclusivity analysis |
| WR Grace | G. Boyer | 06/30/05 | 24 | 2.0 | Review court transcript |
| WR Grace | G. Boyer | 06/30/05 | 27 | 0.8 | Review information concerning proposed acquisition |
| WR Grace | S. Jones | 06/30/05 | 24 | 1.1 | Review transcript from June 27th Omnibus hearing |

79.0 Total Hours

11/2/2005

**WR Grace**
**Expense Detail - Conway, Del Genio, Gries & Co., LLC**
**For the Period of April 1, 2005 through June 30, 2005**

| Name | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|
| Federal Express | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11.59 | 11.59 |
| Grand Total | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11.59 | 11.59 |

| | LEGEND |
|---|---|
| AD | Andrea Delcollo -- Ferry Joseph & Pearce |
| Bilzin | Bilzen Sumberg Dunn Baena Price & Axelrod LLP -- Counsel for the PD Committee |
| DB | David Blechman, Associate--Blackstone |
| DK | Dan Katz, Associate -- CDG |
| FJ | Ferry Joseph & Pearce PA |
| FR | Francine Rabinovitz, PI Asbestos Expert--Hamilton Rabinovitz |
| GB | Gregory Boyer, Managing Director -- CDG |
| JH | James Hass, PD Asbestos Expert |
| JS | Jay Sakalo, Associate -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| MG | Michael Gries, Member -- CDG |
| MK | Matthew Kramer -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| MW | Michael Wolf, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| OH | Omar Haynes, Analyst -- CDG |
| POR | Plan of Reorganization |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RT | Robert Turken, Of Counsel -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SB | Scott Baena, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SJ | Stephanie Jones, Associate -- CDG |
| SW | Steven Weiler, Associate -- Ferry Joseph & Pearce |
| TT | Ted Taconelli, Partner -- Ferry, Joseph & Pearce PA |
| WHS | Warren Smith Associates, fee examiner |