# EXHIBIT A

Exhibit A

WR Grace & Co., ET AL.,
Time Detail- Conway, Del Genio, Gries & Co., LLC
For the Period of April 1, 2005 through June 30, 2005

Summary of Services Rendered by Project Category

| Category Code | Category Description | Apr-Jun 2005 Hours | Bankruptcy Case Cumulative Hours | Adversary Proceding Cumulative Hours | Total Case Cumulative Hours |
|---|---|---|---|---|---|
| 7 | Committee (All) | 6.4 | 434.2 | 0.0 | 434.2 |
| 11 | Fee Applications, Applicant | 13.7 | 731.7 | 249.0 | 980.7 |
| 14 | Hearings | 0.0 | 36.4 | 0.0 | 36.4 |
| 20 | Travel - Non-working | 0.0 | 168.6 | 0.0 | 168.6 |
| 24 | Other | 7.0 | 123.1 | 5,058.2 | 5,181.3 |
| 26 | Business Analysis (for financial advisors) | 21.8 | 924.3 | 0.0 | 924.3 |
| 27 | Corporate Finance (for financial advisors) | 30.1 | 1,863.4 | 0.0 | 1,863.4 |
| 28 | Data Analysis (for financial advisors) | 0.0 | 507.2 | 0.0 | 507.2 |
| | TOTAL | 79.0 | 4,788.9 | 5,307.2 | 10,096.1 |

## Exhibit A

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of April 1, 2005 through June 30, 2005**

### Summary of Services Rendered by Professional

| *Name* | *Hours* |
|---|---|
| Gregory Boyer, Managing Director | 25.0 |
| Stephanie Jones, Associate | 54.0 |
| **TOTAL** | **79.0** |

## Bankruptcy Time Reporting Log (AP)

Client Name: WR Grace
Professional: All
Date: For the Period of April 1, 2005 through June 30, 2005

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 04/05/05 | 27 | 1.0 | Call with Committee member to review plan of reorganization analysis |
| WR Grace | G. Boyer | 04/05/05 | 27 | 1.0 | Prepare further plan of reorganization analyses per request of Committee member |
| WR Grace | G. Boyer | 04/05/05 | 26 | 0.1 | Review email from DB re: Grace 1st quarter results |
| WR Grace | S. Jones | 04/06/05 | 11 | 2.5 | Prepare certain fee application schedules |
| WR Grace | G. Boyer | 04/07/05 | 27 | 0.5 | Receive and review summary documents from Blackstone re: Hatco transaction (remediation costs settlement agreement) |
| WR Grace | S. Jones | 04/06/05 | 27 | 0.6 | Receive and review summary documents from Blackstone re: Hatco transaction (remediation costs settlement agreement) |
| WR Grace | S. Jones | 04/11/05 | 11 | 0.2 | Administrative correspondence with FJ and Grace re: fees |
| WR Grace | G. Boyer | 04/11/05 | 27 | 0.2 | Apprise JS of Hatco environmental issues proposed settlement |
| WR Grace | S. Jones | 04/11/05 | 27 | 0.7 | Conference call with Blackstone and Grace re: remediation costs settlement agreement; discuss same with GB |
| WR Grace | G. Boyer | 04/11/05 | 27 | 0.7 | Conference call with Grace re: certain environmental issues; discuss same with SJ |
| WR Grace | S. Jones | 04/11/05 | 27 | 0.1 | Correspondence from Committee member re: warrant proposals |
| WR Grace | S. Jones | 04/11/05 | 27 | 0.5 | Correspondence with DB with questions re: remediation cost settlement agreement |
| WR Grace | G. Boyer | 04/11/05 | 11 | 0.1 | Discuss CDG Response to WHS Amended Final Report with SJ |
| WR Grace | S. Jones | 04/11/05 | 11 | 0.3 | Correspondence with JS re: CDG Response to WHS Amended Final Report; discuss same with GB |
| WR Grace | S. Jones | 04/11/05 | 27 | 1.0 | Receive and review documents from Blackstone re: motion to accept (remediation costs) settlement agreement |
| WR Grace | G. Boyer | 04/11/05 | 27 | 0.1 | Review email from DB in response to SJ's questions |
| WR Grace | S. Jones | 04/12/05 | 11 | 4.0 | Draft 15th interim fee application |
| WR Grace | S. Jones | 04/12/05 | 27 | 0.4 | Receive and review e-mail from Grace re: responses to CDG questions on Hatco transaction; discuss same with GB |
| WR Grace | G. Boyer | 04/12/05 | 27 | 0.4 | Review email from Grace in response to SJ questions; discuss same with SJ |
| WR Grace | S. Jones | 04/13/05 | 11 | 3.0 | Draft 15th interim fee application |
| WR Grace | S. Jones | 04/13/05 | 27 | 4.0 | Receive and review e-mail from Blackstone re: court documents filed in connection with the Hatco transaction |
| WR Grace | S. Jones | 04/14/05 | 11 | 0.7 | Review Grace's motion with respect to certain environmental matters |
| WR Grace | S. Jones | 04/14/05 | 11 | 1.1 | Discuss GB comments on 15th fee application, revise and forward 15th fee application for filing; various correspondence with FJ re: same |
| WR Grace | G. Boyer | 04/14/05 | 11 | 0.5 | Review and comment on 15th fee application; discuss same with SJ |
| WR Grace | G. Boyer | 04/14/05 | 27 | 1.5 | Review Grace's motion with respect to certain environmental matters |
| WR Grace | S. Jones | 04/19/05 | 11 | 0.2 | Correspondence with FJ re: filing of 15th fee application |
| WR Grace | G. Boyer | 04/20/05 | 24 | 0.1 | Receive and review e-mail from DB re: NJDEP announcement of Hatco deal |
| WR Grace | S. Jones | 04/20/05 | 24 | 0.1 | Receive and review e-mail from DB re: NJDEP announcement of Hatco deal |
| WR Grace | S. Jones | 04/21/05 | 24 | 1.0 | Review proposed asbestos legislation; review various e-mails from Bilzin and Committee members re: same |
| WR Grace | G. Boyer | 04/21/05 | 24 | 0.5 | Review correspondence and related information concerning asbestos litigation |
| WR Grace | S. Jones | 04/25/05 | 11 | 0.6 | Correspondence with FJ re: CDG 16th fee application |
| WR Grace | S. Jones | 04/27/05 | 27 | 2.5 | Receive and review from Blackstone the series of pension motions to be filed; review motions and discuss same with GB |
| WR Grace | G. Boyer | 04/28/05 | 27 | 1.0 | Review correspondence and documentation related to pensions. Review summary analysis on pensions prepared by SJ |
| WR Grace | S. Jones | 04/28/05 | 7 | 0.8 | Committee Conference Call |
| WR Grace | S. Jones | 05/03/05 | 26 | 0.5 | Receive and review memo from Blackstone re: Grace's insolvent Bermuda insurer |
| WR Grace | G. Boyer | 05/03/05 | 26 | 0.3 | Review correspondence concerning Bermuda claim |
| WR Grace | S. Jones | 05/04/05 | 26 | 1.0 | Receive and review First Quarter Financial Briefing from Grace |
| WR Grace | G. Boyer | 05/04/05 | 26 | 2.0 | Review information package and 1st quarter operating results |
| WR Grace | G. Boyer | 05/05/05 | 26 | 0.6 | Call with Grace Management re: 1st quarter operating results |
| WR Grace | S. Jones | 05/05/05 | 26 | 0.6 | Participate in Grace Conference Call re: 1st Quarter Results |
| WR Grace | S. Jones | 05/06/05 | 27 | 0.2 | Review Grace pension motion |
| WR Grace | S. Jones | 05/11/05 | 27 | 3.2 | Review Grace's revised pension motion; perform analyses re: sources of funding pension, prior funding requests, future funding requirements, etc. |
| WR Grace | G. Boyer | 05/12/05 | 7 | 0.5 | Committee Conference Call |
| WR Grace | S. Jones | 05/12/05 | 7 | 0.5 | Committee Conference Call |
| WR Grace | S. Jones | 05/12/05 | 27 | 0.2 | Correspondence with DB re: pension motion |
| WR Grace | G. Boyer | 05/16/05 | 27 | 0.5 | Review pension analyses and revised pension funding motion; discuss same with SJ |
| WR Grace | S. Jones | 05/16/05 | 27 | 1.1 | Review pension analyses and revised pension funding motion; draft detailed list of questions to discuss with Blackstone and Grace; discuss same with GB |
| WR Grace | S. Jones | 05/17/05 | 27 | 0.3 | Forward revised list of pension motion questions to Blackstone for discussion; coordinate schedules for conference call |
| WR Grace | S. Jones | 05/18/05 | 26 | 0.5 | Receive and review Siegel consulting agreement and related motion. |
| WR Grace | G. Boyer | 05/19/05 | 26 | 0.3 | Receive and review Siegel consulting agreement and related motion. |
| WR Grace | S. Jones | 05/23/05 | 27 | 0.4 | Receive and review e-mail from DB re: revised pension motions |
| WR Grace | S. Jones | 05/24/05 | 27 | 0.5 | Correspondence and conference call with Bilzin re: revised pension motion analysis |
| WR Grace | S. Jones | 05/24/05 | 27 | 0.2 | Discuss revised pension motions with GB |
| WR Grace | S. Jones | 05/24/05 | 26 | 0.5 | Receive and review copies of Cytec/Wyeth settlement motion filed by Grace |
| WR Grace | G. Boyer | 05/24/05 | 27 | 0.7 | Receive and review e-mail from DB re: revised pension motions and discuss same with SJ |
| WR Grace | G. Boyer | 05/25/05 | 26 | 0.3 | Receive and review copies of Cytec/Wyeth settlement motion filed by Grace |
| WR Grace | G. Boyer | 05/26/05 | 7 | 0.3 | Committee Conference Call |
| WR Grace | S. Jones | 05/26/05 | 7 | 0.3 | Committee Conference Call |
| WR Grace | S. Jones | 05/26/05 | 24 | 0.4 | Receive and review e-mail from Bilzin re: status of Senate asbestos bill |
| WR Grace | S. Jones | 05/27/05 | 24 | 0.2 | Receive and review e-mail from Bilzin re: status of Senate asbestos bill |
| WR Grace | G. Boyer | 05/27/05 | 24 | 0.3 | Review email concerning asbestos legislation |
| WR Grace | G. Boyer | 06/02/05 | 7 | 0.9 | Committee Conference Call |
| WR Grace | S. Jones | 06/02/05 | 7 | 0.9 | Committee Conference Call |
| WR Grace | S. Jones | 06/08/05 | 26 | 1.8 | Receive and review 2005 LTIP Motion; compare with prior motions |
| WR Grace | G. Boyer | 06/08/05 | 26 | 0.5 | Review LTIP Motion |
| WR Grace | S. Jones | 06/09/05 | 27 | 0.5 | Receive and review Committee's draft objection to Debtors' motion for extension of exclusivity |
| WR Grace | S. Jones | 06/09/05 | 26 | 1.0 | Receive and review e-mail and report from Blackstone re: Grace's membrane capacity expansion |
| WR Grace | G. Boyer | 06/09/05 | 26 | 0.4 | Review information on Grace's proposed plant expansion |
| WR Grace | G. Boyer | 06/10/05 | 27 | 0.2 | Review correspondence concerning exclusivity |
| WR Grace | S. Jones | 06/10/05 | 27 | 0.9 | Various correspondence with Committee members re: Debtors' motion for extension of exclusivity |
| WR Grace | S. Jones | 06/14/05 | 26 | 0.7 | Receive and review e-mail from Bilzin requesting analysis of proposed membrane capacity expansion motion; discuss same with GB |
| WR Grace | S. Jones | 06/14/05 | 26 | 3.5 | Review model on membrane capacity expansion; perform cost/benefit analyses, review alternatives, review existing business capacity and production rates. |

*Bankruptcy Time Reporting Log (AP)*

Client Name: WR Grace
Professional: All
Date: For the Period of April 1, 2005 through June 30, 2005

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 06/14/05 | 26 | 3.5 | Review model on membrane capacity expansion; perform cost/benefit analyses, review alternatives, review existing business capacity and production rates. |
| WR Grace | G. Boyer | 06/16/05 | 7 | 0.7 | Committee Conference Call |
| WR Grace | S. Jones | 06/16/05 | 7 | 0.7 | Committee Conference Call |
| WR Grace | G. Boyer | 06/21/05 | 26 | 0.5 | Call with MK re: proposed plant expansion |
| WR Grace | G. Boyer | 06/21/05 | 26 | 1.0 | Conference call with Blackstone and Grace re: membrane capacity expansion |
| WR Grace | S. Jones | 06/21/05 | 26 | 1.0 | Conference call with Blackstone and Grace re: membrane capacity expansion |
| WR Grace | G. Boyer | 06/23/05 | 26 | 0.2 | Correspondence with MK & PZ re: LTIP Motion |
| WR Grace | G. Boyer | 06/23/05 | 27 | 0.2 | Receive and review Grace reply to objections to extension of exclusivity |
| WR Grace | S. Jones | 06/23/05 | 27 | 0.8 | Receive and review Grace reply to objections to extension of exclusivity |
| WR Grace | S. Jones | 06/24/05 | 11 | 0.5 | Various correspondence and phone calls with Grace and FJ re: fees |
| WR Grace | G. Boyer | 06/27/05 | 24 | 0.1 | Review documents from Bilzin re: Nakayama EPA Nomination and potential conflicts |
| WR Grace | S. Jones | 06/27/05 | 24 | 0.1 | Review documents from Bilzin re: Nakayama EPA Nomination and potential conflicts |
| WR Grace | S. Jones | 06/28/05 | 24 | 1.0 | Receive and review e-mail from Bilzin re: asbestos legislation Senate committee amendments |
| WR Grace | S. Jones | 06/29/05 | 27 | 0.1 | Receive and review e-mail from Bilzin re: Committee meeting with Grace scheduled for July 8th |
| WR Grace | S. Jones | 06/29/05 | 27 | 2.3 | Receive and review e-mail from Blackstone re: proposed acquisition; review presentation and related documents re: same |
| WR Grace | G. Boyer | 06/29/05 | 24 | 0.1 | Review correspondence concerning the latest court hearing |
| WR Grace | G. Boyer | 06/30/05 | 7 | 0.4 | Committee Conference Call |
| WR Grace | S. Jones | 06/30/05 | 7 | 0.4 | Committee Conference Call |
| WR Grace | S. Jones | 06/30/05 | 27 | 0.6 | Conference call with Blackstone and Grace re: proposed acquisition |
| WR Grace | S. Jones | 06/30/05 | 26 | 1.0 | Receive additional information from Blackstone re: membrane capacity expansion; review and evaluate analyses |
| WR Grace | S. Jones | 06/30/05 | 27 | 0.2 | Receive information from Bilzin re: exclusivity analysis |
| WR Grace | G. Boyer | 06/30/05 | 24 | 2.0 | Review court transcript |
| WR Grace | G. Boyer | 06/30/05 | 27 | 0.8 | Review information concerning proposed acquisition |
| WR Grace | S. Jones | 06/30/05 | 24 | 1.1 | Review transcript from June 27th Omnibus hearing |

79.0 Total Hours

| LEGEND | |
|---|---|
| AD | Andrea Delcollo -- Ferry Joseph & Pearce |
| Bilzin | Bilzen Sumberg Dunn Baena Price & Axelrod LLP -- Counsel for the PD Committee |
| DB | David Blechman, Associate--Blackstone |
| DK | Dan Katz, Associate -- CDG |
| FJ | Ferry Joseph & Pearce PA |
| FR | Francine Rabinovitz, PI Asbestos Expert--Hamilton Rabinovitz |
| GB | Gregory Boyer, Managing Director -- CDG |
| JH | James Hass, PD Asbestos Expert |
| JS | Jay Sakalo, Associate -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| MG | Michael Gries, Member -- CDG |
| MK | Matthew Kramer -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| MW | Michael Wolf, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| OH | Omar Haynes, Analyst -- CDG |
| POR | Plan of Reorganization |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RT | Robert Turken, Of Counsel -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SB | Scott Baena, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SJ | Stephanie Jones, Associate -- CDG |
| SW | Steven Weiler, Associate -- Ferry Joseph & Pearce |
| TT | Ted Taconelli, Partner -- Ferry, Joseph & Pearce PA |
| WHS | Warren Smith Associates, fee examiner |