# EXHIBIT B

11/2/2005

**WR Grace**
**Expense Detail - Conway, Del Genio, Gries & Co., LLC**
**For the Period of April 1, 2005 through June 30, 2005**

| Name | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|
| Federal Express | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11.59 | 11.59 |
| Grand Total | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11.59 | 11.59 |