alp_132rc: Client Analysis Sheet

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   1

Run Date & Time: 10/14/05  11:16:01
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

Worked : 12/31/99 thru 10/14/05

| Matter Number | Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 1.20 | 381.00 | 0.00 | 381.00 | BENTLEY PHILIP - | 02495 | X | B |
| 00002 | CREDITOR COMMITTEE | 5.90 | 3,138.00 | 53.40 | 3,191.40 | BENTLEY PHILIP - | 02495 | X | B |
| 00005 | BANKR. MOTIONS | 2.80 | 1,456.00 | 0.00 | 1,456.00 | BENTLEY PHILIP - | 02495 | X | B |
| 00008 | FEE APPLICATIONS, APPLIC | 3.30 | 991.50 | 30.30 | 1,021.80 | BENTLEY PHILIP - | 02495 | X | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 11.30 | 6,492.50 | 34.29 | 6,526.79 | BENTLEY PHILIP - | 02495 | X | B |
| 00019 | HEARINGS | 5.00 | 2,600.00 | 130.00 | 2,730.00 | BENTLEY PHILIP - | 02495 | X | B |
| 00028 | TRAVEL\NON-WORKING | 2.50 | 650.00 | 0.00 | 650.00 | BENTLEY PHILIP - | 02495 | X | B |

| | Client Total | 32.00 | 15,709.00 | 247.99 | 15,956.99 | | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

alp_132c: Client Summary

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    1

Run Date & Time: 10/14/2005 11:22:07

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele 1.00/photo 0.15/w/o manu. services

PRE-BILLING SUMMARY REPORT

| | | |
|---|---|---|
| UNBILLED TIME FROM: | 09/01/2005 | TO: 09/30/2005 |
| UNBILLED DISB FROM: | 08/24/2005 | TO: 09/26/2005 |

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 15,709.00 | 247.99 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 09/30/2005 | 09/26/2005 |

CLOSE MATTER/FINAL BILLING?    YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:                    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH |
|---|---|---|
| FEES: | 0.00 | UNIDENTIFIED RECEIPTS: 0.00 |
| DISBURSEMENTS: | 0.00 | PAID FEE RETAINER: 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: 0.00 |
| TOTAL OUTSTANDING: | 0.00 | TRUST BALANCE: |

BILLING HISTORY

| | | |
|---|---|---|
| DATE OF LAST BILL: | 09/29/05 | LAST PAYMENT DATE: 09/29/05 |
| LAST BILL NUMBER: | 419387 | ACTUAL FEES BILLED TO DATE: 1,519,853.00 |
| | | ON ACCOUNT FEES BILLED TO DATE: 0.00 |
| | | TOTAL FEES BILLED TO DATE: 1,519,853.00 |
| LAST BILL THRU DATE: | 08/31/05 | FEES WRITTEN OFF TO DATE: 161,900.68 |

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee      (4) Excessive Legal Time      (7) Fixed Fee
(2) Late Time & Costs Posted   (5) Business Development      (8) Premium
(3) Pre-arranged Discount     (6) Summer Associate        (9) Rounding    (10) Client Arrangement

BILL NUMBER:                DATE OF BILL:                Processed by:                FRC:                CRC:

alp_132c: Client Summary

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE        2

Run Date & Time: 10/14/2005 11:22:12

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

**U N B I L L E D   T I M E   S U M M A R Y**

| Emp Id | Employee Name | Group | Oldest | Latest | Total Unbilled Hours | Amount |
|--------|---------------|-------|--------|--------|---------------------|--------|
| 00720 | NADLER, ELLEN R. | PARTNER | 09/07/05 | 09/13/05 | 2.60 | 1,716.00 |
| 02495 | BENTLEY, PHILIP | PARTNER | 09/12/05 | 09/23/05 | 1.90 | 1,130.50 |
| 07850 | HOROWITZ, GREGORY A. | PARTNER | 09/14/05 | 09/20/05 | 4.50 | 2,520.00 |
| 05292 | BECKER, GARY M. | SPEC COUNSEL | 09/26/05 | 09/26/05 | 2.50 | 650.00 |
| 05292 | BECKER, GARY M. | SPEC COUNSEL | 09/01/05 | 09/27/05 | 17.00 | 8,840.00 |
| 06208 | DIMOS, BILL | ASSOCIATE | 09/06/05 | 09/30/05 | 1.00 | 340.00 |
|  | PARAPROFESSIONALS |  |  |  |  |  |
| 06091 | SHEA, JAMES | PARALEGAL | 09/09/05 | 09/26/05 | 2.50 | 512.50 |
|  | Total: |  |  |  | 32.00 | 15,709.00 |

**U N B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0820 | PHOTOCOPYING | 09/09/05 | 09/26/05 | 84.45 |
| 0930 | MESSENGER/COURIER | 08/24/05 | 08/24/05 | 16.20 |
| 0936 | CORP. DOC.& MAT. | 08/31/05 | 08/31/05 | 17.34 |
| 0950 | OUT-OF-TOWN TRAVEL | 08/25/05 | 08/25/05 | 130.00 |
|  | Total |  |  | 247.99 |

Grand Total                                                     15,956.99

alp_132r: Matter Detail

Run Date & Time: 10/14/2005 11:15:59

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE          1

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:        1988994.
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS KOERS - 03976
Matter Opened : 07/27/2001                                                                         Status       : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

------------------------------------------------ PRE-BILLING SUMMARY REPORT ------------------------------------------------

                                               09/06/2005

    UNBILLED TIME FROM:                                        TO:    09/30/2005
    UNBILLED DISB FROM:                                        TO:

                                  FEES                                          COSTS

GROSS BILLABLE AMOUNT:            381.00                                         0.00
AMOUNT WRITTEN DOWN:
            PREMIUM:
   ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
      AMOUNT BILLED:
         THRU DATE:                              09/30/2005
CLOSE MATTER/FINAL BILLING?      YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:        BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

--------------------------------- ACCOUNTS RECEIVABLE TOTALS ---------------------------------   UNAPPLIED CASH

                    FEES:               0.00           UNIDENTIFIED RECEIPTS:          0.00
           DISBURSEMENTS:               0.00              PAID FEE RETAINER:           0.00
           FEE RETAINER:                0.00             PAID DISB RETAINER:           0.00
          DISB RETAINER:                0.00          TOTAL AVAILABLE FUNDS:           0.00
       TOTAL OUTSTANDING:               0.00            TRUST BALANCE:

                                                ------------ BILLING HISTORY ------------
                                     09/29/05            LAST PAYMENT DATE:       08/25/05
   DATE OF LAST BILL:                419387 ACTUAL FEES BILLED TO DATE:       249,275.50
   LAST BILL NUMBER:                        ON ACCOUNT FEES BILLED TO DATE:         0.00
                                            TOTAL FEES BILLED TO DATE:       249,275.50
LAST BILL THRU DATE:                 08/31/05    FEES WRITTEN OFF TO DATE:    79,053.50

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee              (4) Excessive Legal Time       (7) Fixed Fee
        (2) Late Time & Costs Posted        (5) Business Development       (8) Premium
        (3) Pre-arranged Discount           (6) Summer Associate           (9) Rounding        (10) Client Arrangement

BILL NUMBER:              DATE OF BILL:              Processed by:               FRC:                    CRC:

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 2

Run Date & Time: 10/14/2005 11:15:59

| Matter No: 056772-00001 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: 1986994 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : CASE ADMINISTRATION | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 07/27/2001 | | Status : ACTIVE |

UNBILLED TIME SUMMARY

| Emp Id Employee Name | Group | Oldest | Latest | Total Unbilled Hours | Amount |
|---|---|---|---|---|---|
| 06208  DIMOS, BILL | CRED | 09/06/05 | 09/30/05 | 1.00 | 340.00 |
| 06091  SHEA, JAMES  PARAPROFESSIONALS | CRED | 09/09/05 | 09/09/05 | 0.20 | 41.00 |
| | Total: | | | 1.20 | 381.00 |

Sub-Total Hours :    0.00 Partners    0.00 Counsels    1.00 Associates    0.20 Legal Assts    0.00 Others

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task | Act |
|---|---|---|---|---|---|---|---|---|
| DIMOS, BILL | 09/06/05 | Read documents (0.1) | 0.10 | 34.00 | 5893319 | 09/16/2005 | | |
| DIMOS, BILL | 09/07/05 | Read through documents (0.1) | 0.10 | 34.00 | 5893320 | 09/16/2005 | | |
| DIMOS, BILL | 09/08/05 | Read through documents (0.1) | 0.10 | 34.00 | 5893321 | 09/16/2005 | | |
| DIMOS, BILL | 09/09/05 | Read through docs. (0.1) | 0.10 | 34.00 | 5893322 | 09/16/2005 | | |
| DIMOS, BILL | 09/13/05 | Read through docs (0.1) | 0.10 | 34.00 | 5889630 | 09/16/2005 | | |
| DIMOS, BILL | 09/14/05 | Read through docs (0.1) | 0.10 | 34.00 | 5889632 | 09/16/2005 | | |
| DIMOS, BILL | 09/26/05 | Read through docs (0.1) | 0.10 | 34.00 | 5929550 | 10/03/2005 | | |
| DIMOS, BILL | 09/28/05 | Read through docs (0.1) | 0.10 | 34.00 | 5929549 | 10/03/2005 | | |
| DIMOS, BILL | 09/29/05 | Read through docs (0.1) | 0.10 | 34.00 | 5929551 | 10/03/2005 | | |
| DIMOS, BILL | 09/30/05 | Read through docs (0.1) | 0.10 | 34.00 | 5929552 | 10/03/2005 | | |
| Total For DIMOS B - 06208 | | | 1.00 | 340.00 | | | | |
| SHEA, JAMES | 09/09/05 | attn. to case files (0.2) | 0.20 | 41.00 | 5889213 | 09/16/2005 | | |
| Total For SHEA J - 06091 | | | 0.20 | 41.00 | | | | |
| | | Fee Total | 1.20 | 381.00 | | | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE       3

Run Date & Time: 10/14/2005 11:15:59

Matter Nor: 056772-00001                                    Orig Prtnr : CRED. RGTS - 06975            Proforma Number:      1986994
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status        : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer | To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|---|
| DIMOS, BILL | 1.00 | 340.00 | | | | | | |
| SHBA, JAMES | 0.20 | 41.00 | | | | | | |
| Total: | 1.20 | 381.00 | | | | | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    4

Run Date & Time: 10/14/2005 11:15:59

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS    - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        1986995
Bill Frequency: M

Status      : ACTIVE

Special Billing Instructions:

-----------------------------------------------------------------------------------------
                                    PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------

UNBILLED TIME FROM:    09/01/2005                           TO:    09/27/2005
UNBILLED DISB FROM:    09/09/2005                           TO:    09/23/2005

                        FEES                                              COSTS

GROSS BILLABLE AMOUNT:              3,138.00                                   53.40
AMOUNT WRITTEN DOWN:
                PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
        THRU DATE:                09/27/2005                              09/23/2005
CLOSE MATTER/FINAL BILLING?        YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:          BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:                                                   UNAPPLIED CASH

-----------------------------------------------------------------------------------------
                                    ACCOUNTS RECEIVABLE TOTALS
-----------------------------------------------------------------------------------------

                        FEES
DISBURSEMENTS:                          0.00                  UNIDENTIFIED RECEIPTS:         0.00
FEE RETAINER:                           0.00                  PAID FEE RETAINER:             0.00
DISB RETAINER:                          0.00                  PAID DISB RETAINER:            0.00
TOTAL OUTSTANDING:                      0.00                  TOTAL AVAILABLE FUNDS:         0.00
                                                              TRUST BALANCE:
                                                              BILLING HISTORY

                                        09/29/05             LAST PAYMENT DATE:        08/25/05
DATE OF LAST BILL:                   419387 ACTUAL FEES BILLED TO DATE:      179,616.50
LAST BILL NUMBER:                        ON ACCOUNT FEES BILLED TO DATE:        0.00
                                        TOTAL FEES BILLED TO DATE:     179,616.50
LAST BILL THRU DATE:                 08/31/05    FEES WRITTEN OFF TO DATE:     21,567.50

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee          (4) Excessive Legal Time         (7) Fixed Fee
        (2) Late Time & Costs Posted    (5) Business Development          (8) Premium
        (3) Pre-arranged Discount       (6) Summer Associate             (9) Rounding          (10) Client Arrangement

BILL NUMBER:_____ DATE OF BILL:_____  Processed by:_____  FRC:_____           CRC:_____

alp_132r: Matter Detail

Run Date & Time: 10/14/2005 11:15:59

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    5

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    1986395
Bill Frequency:    M

Status    : ACTIVE

**U N B I L L E D   T I M E   S U M M A R Y**

| Emp Id | Employee Name | Group | Oldest Entry | Latest Entry | Total Unbilled Hours | Amount |
|--------|---------------|-------|--------------|--------------|----------------------|--------|
| 00720 | NADLER, ELLEN R. | LITI | 09/13/05 | 09/13/05 | 0.50 | 330.00 |
| 05292 | BECKER, GARY M. | CRED | 09/01/05 | 09/27/05 | 5.40 | 2,808.00 |
| | | Total: | | | 5.90 | 3,138.00 |

Sub-Total Hours :  0.50 Partners   5.40 Counsels   0.00 Associates   0.00 Legal Assts   0.00 Others

**U N B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0820 | PHOTOCOPYING | 09/09/05 | 09/23/05 | 53.40 |
| | Total | | | 53.40 |
| | Grand Total | | | 3,191.40 |

**U N B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date Task Act |
|---------------|-----------|-------------|-------|--------|--------|---------------------|
| NADLER, ELLEN R. | 09/13/05 | Begin review of Grace motion for law firm silica "retread" discovery (.50) | 0.50 | 330.00 | 5896166 | 09/16/2005 |
| Total For NADLER E - 00720 | | | 0.50 | 330.00 | | |
| BECKER, GARY M. | 09/01/05 | Conf. shareholder re asbestos issues | 0.50 | 260.00 | 5891846 | 09/16/2005 |
| BECKER, GARY M. | 09/07/05 | Conf. Nadler in preparation for committee conference call | 0.50 | 260.00 | 5891847 | 09/16/2005 |
| BECKER, GARY M. | 09/08/05 | Prepare for and participate in equity committee conference call (1.6); email committee members re PI questionnaire (0.3); conf with shareholder re case issues (0.5) | 2.40 | 1,248.00 | 5891848 | 09/16/2005 |
| BECKER, GARY M. | 09/12/05 | Letter from Weschler re asbestos issues | 0.30 | 156.00 | 5891849 | 09/16/2005 |
| BECKER, GARY M. | 09/16/05 | Conf. with shareholder re case issues. | 0.50 | 260.00 | 5906735 | 09/26/2005 |
| BECKER, GARY M. | 09/23/05 | Prepare status memo and send to committee. | 0.60 | 312.00 | 5919970 | 10/02/2005 |
| BECKER, GARY M. | 09/27/05 | Conference equity holder re omnibus hearing (0.3); conference second equity holder re omnibus hearing. | 0.60 | 312.00 | 5919971 | 10/02/2005 |
| Total For BECKER G - 05292 | | | 5.40 | 2,808.00 | | |

alp_132r: Matter Detail

Run Date & Time: 10/14/2005 11:15:59

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    6

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    1986995
Bill Frequency: M

Status    : ACTIVE

**UNBILLED TIME DETAIL**

| Employee Name | Work Date | | | | | | |

| Fee Total | | | 5.90 | 3,138.00 | | | |

**UNBILLED COSTS DETAIL**

Description/Code    0820

PHOTOCOPYING

| Employee | Description | Date | Hours | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| PHOTOCOPYING | | | | | | | |
| BENTLEY PHILIP | BENTLEY, P | 09/09/05 | | 3.00 | 7137109 | 153184 | 09/13/05 |
| PHOTOCOPYING | | | | | | | |
| TRIVENTO NICK | TRIVENTO, N | 09/12/05 | | 15.75 | 7141154 | 153289 | 09/14/05 |
| PHOTOCOPYING | | | | | | | |
| BENTLEY PHILIP | BENTLEY, P | 09/12/05 | | 16.20 | 7141155 | 153289 | 09/14/05 |
| PHOTOCOPYING | | | | | | | |
| BENTLEY PHILIP | BENTLEY, P | 09/16/05 | | 4.05 | 7149357 | 153357 | 09/20/05 |
| PHOTOCOPYING | | | | | | | |
| BENTLEY PHILIP | BENTLEY, P | 09/19/05 | | 3.15 | 7150993 | 153593 | 09/21/05 |
| PHOTOCOPYING | | | | | | | |
| BENTLEY PHILIP | BENTLEY, P | 09/20/05 | | 2.85 | 7152793 | 153724 | 09/23/05 |
| PHOTOCOPYING | | | | | | | |
| BENTLEY PHILIP | BENTLEY, P | 09/23/05 | | 5.40 | 7157387 | 153895 | 09/28/05 |
| PHOTOCOPYING | | | | | | | |
| BENTLEY PHILIP | BENTLEY, P | 09/23/05 | | 3.00 | 7157388 | 153895 | 09/28/05 |

0820 PHOTOCOPYING Total :    53.40

Costs Total :    53.40

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:          1986995
Bill Frequency: M

Status          : ACTIVE

**BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| NADLER, ELLEN R. | 0.50 | 330.00 | | | | | |
| BECKER, GARY M. | 5.40 | 2,808.00 | | | | | |
| Total: | 5.90 | 3,138.00 | | | | | |

**BILLING INSTRUCTIONS FOR UNBILLED COSTS SUMMARY**

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | 53.40 | | | | | |
| Costs Total : | 53.40 | | | | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE     8

Run Date & Time: 10/14/2005 11:15:59

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR., MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:              1986997
Bill Frequency:    M

Status        : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:        09/22/2005                      TO:        09/23/2005
UNBILLED DISB FROM:                                        TO:

|  | FEES | COSTS |
|---|---|---|

GROSS BILLABLE AMOUNT:            1,456.00                          0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                      09/23/2005
CLOSE MATTER/FINAL BILLING?        YES      OR      NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:          BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                                 UNAPPLIED CASH

|  | FEES |  |  |
|---|---|---|---|
| DISBURSEMENTS: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
|  |  | TRUST BALANCE: |  |

BILLING HISTORY

| | | LAST PAYMENT DATE: | 08/25/05 |
|---|---|---|---|
| DATE OF LAST BILL: | 08/30/05 | FEES BILLED TO DATE: | 120,993.00 |
| LAST BILL NUMBER: | 418259 ACTUAL | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 120,993.00 |
| LAST BILL THRU DATE: | 07/31/05 | FEES WRITTEN OFF TO DATE: | 444.00 |

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee          (4) Excessive Legal Time          (7) Fixed Fee
(2) Late Time & Costs Posted    (5) Business Development          (8) Premium
(3) Pre-arranged Discount       (6) Summer Associate             (9) Rounding          (10) Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____    Processed by:_____    FRC:_____    CRC:_____

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE        9

Run Date & Time: 10/14/2005 11:15:59

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr :  CRED. RGTS  - 06975          Proforma Number:      1986997
Bill Prtnr :  BENTLEY PHILIP - 02495       Bill Frequency: M
Supv Prtnr :  MAYER THOMAS MOERS  - 03976

Status    :  ACTIVE

UNBILLED   TIME   SUMMARY

| Emp Id Employee Name | Group | Total Unbilled | | Amount |
|---|---|---|---|---|
| | | Oldest | Latest | Hours |

| 05292 | BECKER, GARY M. | CRED | 09/22/05 | 09/23/05 | 2.80 | 1,456.00 |

Total:  2.80  1,456.00

Sub-Total Hours :  0.00 Partners  2.80 Counsels  0.00 Associates  0.00 Legal Assts  0.00 Others

UNBILLED   TIME   DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date Task Act |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 09/22/05 | Review grace motion for injunction and declaratory judgment action re NJ civil proceeding and conf. Bentley re same (0.7);Review PD committee motion to retain Speights (0.3) | 1.00 | 520.00 | 5906167 | 09/23/2005 |
| BECKER, GARY M. | 09/23/05 | Review PD motion to employ special counsel and debtor objection and consider committee position (1.0); further review Grace motion for injunction and declaratory judgment action re NJ suit and begin potential joinder (0.8). | 1.80 | 936.00 | 5919972 | 10/02/2005 |

Fee Total    2.80    1,456.00

Total For BECKER G - 05292    2.80    1,456.00

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP

PAGE    10

*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 10/14/2005 11:15:59

Matter No: 056772-00005                                                      Orig Prtnr : CRED. RGTS - 06975          ProForma Number:    1586997
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                              Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency:   M
Matter Name : BANKR. MOTIONS                                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                            Status        : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R     U N B I L L E D     T I M E     S U M M A R Y
Employee Name                          Hours        Amount           Bill        W/o / W/u        Transfer   To    Clnt/Mtr       Carry Forward
------------------------------------   -----        ------           ----        ---------        --------------    --------       -------------

BECKER, GARY M.                         2.80       1,456.00

       Total:                          2.80        1,456.00

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    11

Run Date & Time: 10/14/2005 11:15:59

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        1986398
Bill Frequency: M

Status      : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:    09/13/2005
UNBILLED DISB FROM:    08/24/2005

TO:    09/26/2005
TO:    09/26/2005

FEES                          COSTS

GROSS BILLABLE AMOUNT:         991.50              30.30
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:              09/26/2005              09/26/2005
CLOSE MATTER/FINAL BILLING?
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:        YES    OR    NO

BILLING COMMENTS:

BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

FEES:                         0.00
DISBURSEMENTS:                0.00    UNIDENTIFIED RECEIPTS:         0.00
FEE RETAINER:                 0.00    PAID FEE RETAINER:            0.00
DISB RETAINER:                0.00    PAID DISB RETAINER:           0.00
TOTAL OUTSTANDING:            0.00    TOTAL AVAILABLE FUNDS:        0.00
                                      TRUST BALANCE:

                              BILLING HISTORY

DATE OF LAST BILL:            09/29/05        LAST PAYMENT DATE:         08/25/05
LAST BILL NUMBER:             413387 ACTUAL FEES BILLED TO DATE:      88,250.50
                              ON ACCOUNT FEES BILLED TO DATE:            0.00
                                     TOTAL FEES BILLED TO DATE:      88,250.50
LAST BILL THRU DATE:          08/31/05    FEES WRITTEN OFF TO DATE:    1,657.00

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee          (4) Excessive Legal Time        (7) Fixed Fee
(2) Late Time & Costs Posted    (5) Business Development         (8) Premium
(3) Pre-arranged Discount       (6) Summer Associate            (9) Rounding          (10) Client Arrangement

BILL NUMBER:          DATE OF BILL:          Processed by:          FRC:          CRC:

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    12

Run Date & Time: 10/14/2005 11:15:59

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS    - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:         1986998
Bill Frequency: M

Status        : ACTIVE

**UNBILLED    TIME    SUMMARY**

| Emp Id | Employee Name | Group | | Oldest | Latest | Total Unbilled Hours | Amount |
|--------|---------------|-------|---|--------|--------|-------------|--------|
| 05292 | BECKER, GARY M. | CRED | | 09/19/05 | 09/26/05 | 1.00 | 520.00 |
| 06091 | SHEA, JAMES | CRED | | 09/13/05 | 09/26/05 | 2.30 | 471.50 |
| | | Total: | | | | 3.30 | 991.50 |

| Sub-Total Hours | 0.00 Partners | 1.00 Counsels | 0.00 Associates | 2.30 Legal Assts | 0.00 Others |
|-----------------|---------------|---------------|-----------------|------------------|-------------|

**UNBILLED    COSTS    SUMMARY        ----------- Total Unbilled ----------**

| Code | Description | | | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|---|---|--------------|--------------|--------------|
| 0820 | PHOTOCOPYING | | | 09/26/05 | 09/26/05 | 14.10 |
| 0930 | MESSENGER/COURIER | | | 08/24/05 | 08/24/05 | 16.20 |
| | Total | | | | | 30.30 |
| | Grand Total | | | | | 1,021.80 |

**UNBILLED    TIME    DETAIL**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task Act |
|---------------|-----------|-------------|-------|--------|--------|------------|----------|
| BECKER, GARY M. | 09/19/05 | Review and revise August Pro Forma. | 0.50 | 260.00 | 5906736 | 09/26/2005 | |
| BECKER, GARY M. | 09/26/05 | Review and execute monthly fee application and conference Shea re same. | 0.50 | 260.00 | 5919973 | 10/02/2005 | |
| | | | 1.00 | 520.00 | | | |
| Total For BECKER G - 05292 | | | | | | | |
| SHEA, JAMES | 09/13/05 | verifying KL fee amounts for 16th Interim Fee order (0.3) | 0.30 | 61.50 | 5889214 | 09/16/2005 | |
| SHEA, JAMES | 09/19/05 | emails accting, becker re august time detail (0.1); reviewing charts, begin prepping august fee app (0.1); drafting august fee app (0.4) | 0.60 | 123.00 | 5908281 | 09/26/2005 | |
| SHEA, JAMES | 09/20/05 | emails to accounting re: outstanding fees (0.2); revisions to fee application (0.3) | 0.50 | 102.50 | 5908280 | 09/26/2005 | |
| SHEA, JAMES | 09/26/05 | final revisions to august monthly; prep for becker review (0.6); sending same to local counsel (0.3) | 0.90 | 184.50 | 5918662 | 09/30/2005 | |
| Total For SHEA J - 06091 | | | 2.30 | 471.50 | | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    13

Run Date & Time: 10/14/2005 11:15:59

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS    - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        1986998
Bill Frequency: M

Status      : ACTIVE

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task | Act |
|---|---|---|---|---|---|---|---|---|

Fee Total                                3.30        991.50

UNBILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|

PHOTOCOPYING                0820

PHOTOCOPYING    SHEA, J S              09/26/05    14.10    7157389    153895    09/28/05
SHEA, JAMES

0820 PHOTOCOPYING Total :                  14.10

MESSENGER/COURIER            0930

FEDERAL EXPRESS CORPORAT    GAVIGAN, J C          08/24/05    8.10    7160369    153942    09/29/05
MESSENGER/COURIER - VENDOR- FEDERAL EXPRESS
CORPORATION

FEDERAL EXPRESS CORPORAT    GAVIGAN, J C          08/24/05    8.10    7160370    153942    09/29/05
MESSENGER/COURIER - VENDOR- FEDERAL EXPRESS
CORPORATION

0930 MESSENGER/COURIER Total :              16.20

Costs Total :                              30.30

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    14

Run Date & Time: 10/14/2005 11:15:59

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        1986998
Bill Frequency: M

Status          : ACTIVE

**BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 1.00 | 520.00 | | | | | |
| SHEA, JAMES | 2.30 | 471.50 | | | | | |
| Total: | 3.30 | 991.50 | | | | | |

**BILLING INSTRUCTIONS FOR UNBILLED COSTS SUMMARY**

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | 14.10 | | | | | |
| 0930 MESSENGER/COURIER | 16.20 | | | | | |
| Costs Total : | 30.30 | | | | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    15

Run Date & Time: 10/14/2005  11:15:59

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    1986399
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:     09/06/2005
UNBILLED DISB FROM:     08/31/2005

TO:     09/23/2005
TO:     09/22/2005

FEES                                    COSTS

GROSS BILLABLE AMOUNT:          6,492.50                           34.29
AMOUNT WRITTEN DOWN:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                    09/23/2005                        09/22/2005
CLOSE MATTER/FINAL BILLING?        YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

FEES:                              0.00
DISBURSEMENTS:                     0.00        UNIDENTIFIED RECEIPTS:          0.00
FEE RETAINER:                      0.00        PAID FEE RETAINER:             0.00
DISB RETAINER:                     0.00        PAID DISB RETAINER:            0.00
TOTAL OUTSTANDING:                 0.00        TOTAL AVAILABLE FUNDS:         0.00
                                               TRUST BALANCE:
                                  BILLING HISTORY

DATE OF LAST BILL:      09/29/05              LAST PAYMENT DATE:         09/29/05
LAST BILL NUMBER:      419387    ACTUAL FEES BILLED TO DATE:      479,993.00
                       ON ACCOUNT FEES BILLED TO DATE:            0.00
                               TOTAL FEES BILLED TO DATE:      479,993.00
LAST BILL THRU DATE:    08/31/05    FEES WRITTEN OFF TO DATE:        4,417.50

FOR ACCT'G USE ONLY:    Write Down/Up Reason Codes:
        (1) Exceeded Fixed Fee        (4) Excessive Legal Time        (7) Fixed Fee
        (2) Late Time & Costs Posted  (5) Business Development         (8) Premium
        (3) Pre-arranged Discount     (6) Summer Associate            (9) Rounding      (10) Client Arrangement

BILL NUMBER:        DATE OF BILL:        Processed by:        FRC:        CRC:

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    16

Run Date & Time: 10/14/2005 11:15:59

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    1986999
Bill Frequency: M
Status    : ACTIVE

UNBILLED TIME SUMMARY

| Emp Id | Employee Name | Group | Oldest | Latest | Total Unbilled Hours | Amount |
|--------|---------------|-------|--------|--------|------------|--------|
| 00720 | NADLER, ELLEN R. | LITI | 09/07/05 | 09/08/05 | 2.10 | 1,386.00 |
| 02495 | BENTLEY, PHILIP | CRED | 09/12/05 | 09/23/05 | 1.90 | 1,130.50 |
| 07850 | HOROWITZ, GREGORY A. | LITI | 09/14/05 | 09/20/05 | 4.50 | 2,520.00 |
| 05292 | BECKER, GARY M. | CRED | 09/06/05 | 09/12/05 | 2.80 | 1,456.00 |

Total:    11.30    6,492.50

Sub-Total Hours :    8.50 Partners    2.80 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others    6,492.50

UNBILLED COSTS SUMMARY

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0820 | PHOTOCOPYING | 09/22/05 | 09/22/05 | 16.95 |
| 0936 | CORP. DOC.& MAT. | 08/31/05 | 08/31/05 | 17.34 |

Total    34.29
Grand Total    6,526.79

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task | Act |
|---------------|-----------|-------------|-------|--------|--------|------------|------|-----|
| BENTLEY, PHILIP | 09/12/05 | Discs GB, trade emails and review recent orders re estimation and related issues | 1.00 | 595.00 | 5896553 | 09/18/2005 | | |
| BENTLEY, PHILIP | 09/15/05 | Discs GAM re estimation issues, review docs re same, and trade emails re same | 0.60 | 357.00 | 5896554 | 09/18/2005 | | |
| BENTLEY, PHILIP | 09/20/05 | Review emails re asbestos | 0.10 | 59.50 | 5907848 | 09/26/2005 | | |
| BENTLEY, PHILIP | 09/23/05 | Review recent pleadings re asbestos | 0.20 | 119.00 | 5924190 | 10/03/2005 | | |

Total For BENTLEY P - 02495    1.90    1,130.50

| HOROWITZ, GREGORY A. | 09/14/05 | study case management order, Manville developments; e-mails re same (1.5) | 1.50 | 840.00 | 5912365 | 09/28/2005 | | |
| HOROWITZ, GREGORY A. | 09/15/05 | dw PB re estimation issues (.5); long e-mail Lynette Neumann re same, rr NYT article, etc (2.0) | 2.50 | 1,400.00 | 5912366 | 09/28/2005 | | |
| HOROWITZ, GREGORY A. | 09/20/05 | tc Lynette Neuman re asbestos (.5) | 0.50 | 280.00 | 5917439 | 09/30/2005 | | |

Total For HOROWITZ G - 07850    4.50    2,520.00

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    17

Run Date & Time: 10/14/2005 11:16:00

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        1988699
Bill Frequency: M

Status    : ACTIVE

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task Act |
|---|---|---|---|---|---|---|---|
| NADLER, ELLEN R. | 09/07/05 | Conf. w/G. Becker in prep. for Equity Committee meeting (.50) | 0.60 | 396.00 | 5888649 | 09/16/2005 | |
| NADLER, ELLEN R. | 09/08/05 | Equity Committee telephonic meeting (1.00); followup w/G. Becker and review final questionnaire format (.50) | 1.50 | 990.00 | 5888646 | 09/16/2005 | |
| Total For NADLER E - 00720 | | | 2.10 | 1,386.00 | | | |
| BECKER, GARY M. | 09/06/05 | Review asbestos estimation case management orders and prepare consolidated timeline. | 1.70 | 884.00 | 5891850 | 09/16/2005 | |
| BECKER, GARY M. | 09/12/05 | Review debtors motion to take discovery from asbestos claimants attorneys (0.6); cont. Bentley re CMO's and other asbestos issues (0.5) | 1.10 | 572.00 | 5891851 | 09/16/2005 | |
| Total For BECKER G - 05292 | | | 2.80 | 1,456.00 | | | |
| Fee Total | | | 11.30 | 6,492.50 | | | |

UNBILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING          0820 | | | | | | |
| PHOTOCOPYING | BECKER, G M | 09/22/05 | 16.95 | 7155042 | 153777 | 09/26/05 |
| BECKER GARY M. | | | | | | |
| 0820 PHOTOCOPYING Total : | | | 16.95 | | | |
| CORP. DOC.& MAT.          0936 | | | | | | |
| GLOBAL SECURITIES INFORM | | | | | | |
| CORP. DOC.& MAT. - VENDOR- GLOBAL SECURITIES | PELLETIER, D | 08/31/05 | 17.34 | 7159559 | 153915 | 09/28/05 |
| INFORMATION, INC. | | | | | | |
| 0936 CORP. DOC.& MAT. Total : | | | 17.34 | | | |
| Costs Total : | | | 34.29 | | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    18

Run Date & Time: 10/14/2005 11:16:00

Matter No: 056772-00012                                         Orig Prtnr : CRED. RGTS - 06975        Proforma Number:        1986999
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)  Supp Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status        : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer | To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|---|
| NADLER, ELLEN R. | 2.10 | 1,386.00 | | | | | | |
| BENTLEY, PHILIP | 1.90 | 1,130.50 | | | | | | |
| HOROWITZ, GREGORY A. | 4.50 | 2,520.00 | | | | | | |
| BECKER, GARY M. | 2.80 | 1,456.00 | | | | | | |
| Total: | 11.30 | 6,492.50 | | | | | | |

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Amount | Bill | W/o / W/u | Transfer | To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 16.95 | | | | | | |
| 0936 | CORR. DOC. & MAT. | 17.34 | | | | | | |
| | Costs Total : | 34.29 | | | | | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    19

Run Date & Time: 10/14/2005  11:16:00

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP  - 02495
Supv Prtnr : MAYER THOMAS MOERS  - 03976

Proforma Number:        1987001
Bill Frequency:    M

Status    :    ACTIVE

Special Billing Instructions:

-------------------------------------------------- PRE-BILLING SUMMARY REPORT --------------------------------------------------

UNBILLED TIME FROM:    09/22/2005                  TO:    09/26/2005
UNBILLED DISB FROM:    08/25/2005                  TO:    08/25/2005

                                  FEES                              COSTS

GROSS BILLABLE AMOUNT:                2,600.00                          130.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                            09/26/2005                    08/25/2005
CLOSE MATTER/FINAL BILLING?          YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:            BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

-------------------------------------------------- ACCOUNTS RECEIVABLE TOTALS --------------------------------------------------    UNAPPLIED CASH

                              FEES:              0.00
          DISBURSEMENTS:                         0.00      UNIDENTIFIED RECEIPTS:        0.00
          FEE RETAINER:                          0.00         PAID FEE RETAINER:         0.00
          DISB RETAINER:                         0.00        PAID DISB RETAINER:         0.00
    TOTAL OUTSTANDING:                           0.00     TOTAL AVAILABLE FUNDS:         0.00
                                                              TRUST BALANCE:
                                                      -------- BILLING HISTORY --------
DATE OF LAST BILL:            09/29/05              LAST PAYMENT DATE:        08/25/05
LAST BILL NUMBER:            419387   ACTUAL FEES BILLED TO DATE:          104,251.50
                              ON ACCOUNT FEES BILLED TO DATE:                  0.00
                                      TOTAL FEES BILLED TO DATE:          104,251.50
LAST BILL THRU DATE:         08/31/05       FEES WRITTEN OFF TO DATE:        5,087.68

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee            (4) Excessive Legal Time        (7) Fixed Fee
    (2) Late Time & Costs Posted      (5) Business Development        (8) Premium
    (3) Pre-arranged Discount         (6) Summer Associate           (9) Rounding          (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____                    CRC:_____

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    20

Run Date & Time: 10/14/2005  11:16:00

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILLIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        1987001
Bill Frequency: M

Status         : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y
Emp Id  Employee Name              Group

| | | | Total Unbilled | |
| | Oldest | Latest | Hours | Amount |

05292   BECKER, GARY M.           CRED                09/22/05    09/26/05         5.00    2,600.00

Total:                                                                5.00    2,600.00

Sub-Total Hours :    0.00 Partners    5.00 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

U N B I L L E D    S U M M A R Y
Code  Description

| | Total Unbilled | |
| Oldest | Latest | |
| Entry | Entry | Total Amount |

0950    OUT-OF-TOWN TRAVEL                              08/25/05    08/25/05    130.00

Total                                                           130.00

Grand Total                                                     2,730.00
============

U N B I L L E D    T I M E    D E T A I L
Employee Name              Work Date              Description              Hours       Amount       Index#       Batch Date    Task Act

BECKER, GARY M.            09/22/05  Review hearing agenda and preparations for      0.50      260.00    5906168  09/23/2005
                                     omnibus hearing
BECKER, GARY M.            09/23/05  Preparations for omnibus hearing, including     0.70      364.00    5919975  10/02/2005
                                     docket search.
BECKER, GARY M.            09/26/05  Prepare for and appear at omnibus court hearing 3.80    1,976.00    5919974  10/02/2005
                                     in Delaware.

Total For BECKER G - 05292                                       5.00    2,600.00

                                                Fee Total        5.00    2,600.00

U N B I L L E D    C O S T S    D E T A I L
Description/Code              Employee              Date       Amount    Index#    Batch No    Batch Date

OUT-OF-TOWN TRAVEL         0950
  CITICORP DINERS CLUB
  OUT-OF-TOWN TRAVEL - VENDOR- CITICORP DINERS    BECKER, G M        08/25/05    130.00    7163889    154057    09/30/05
  CLUB NYE NAIROBI

                              0950 OUT-OF-TOWN TRAVEL Total :    130.00

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP

PAGE    21

*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 10/14/2005 11:16:00

Matter No: 056772-00019                                         Orig Prtnr : CRED. RGTS   - 06975          Proforma Number:        1987001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency:  M
Matter Name : HEARINGS                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                 Status          : ACTIVE

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|

                                                                130.00

        Costs Total :

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    22

Run Date & Time: 10/14/2005 11:16:00

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS     - 06975
Bill Prtnr : BENTLEY PHILIP  - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        1987001
Bill Frequency: M

Status        : ACTIVE

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 5.00 | 2,600.00 | | | | | |
| Total: | 5.00 | 2,600.00 | | | | | |

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0950 | OUT-OF-TOWN TRAVEL | 130.00 | | | | | |
| | Costs Total : | 130.00 | | | | | |

alp_132r: Matter Detail

Run Date & Time: 10/14/2005 11:16:00

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    23

Matter No: 056772-00028
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : TRAVEL\NON-WORKING
Matter Opened : 10/04/2002

Orig Prtnr : CRED. RGTS    - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:          1997002
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15 Bill this matter only at 1/2 standard rate

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:    09/26/2005                    TO:
UNBILLED DISB FROM:                                  TO:    09/26/2005

|  | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 650.00 | 0.00 |
| AMOUNT WRITTEN DOWN: |  |  |
| ON ACCOUNT PREMIUM: |  |  |
| ON ACCOUNT BILLED: |  |  |
| DEDUCTED FROM PAID RETAINER: |  |  |
| AMOUNT BILLED: |  |  |
| THRU DATE: | 09/26/2005 |  |
| CLOSE MATTER/FINAL BILLING? | YES    OR    NO |  |
| EXPECTED DATE OF COLLECTION: |  |  |

BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                                      UNAPPLIED CASH

FEES:                           0.00
DISBURSEMENTS:                  0.00          UNIDENTIFIED RECEIPTS:        0.00
FEE RETAINER:                   0.00          PAID FEE RETAINER:           0.00
DISB RETAINER:                  0.00          PAID DISB RETAINER:          0.00
TOTAL OUTSTANDING:              0.00          TOTAL AVAILABLE FUNDS:       0.00
                                                      TRUST BALANCE:
                                              BILLING HISTORY

DATE OF LAST BILL:              09/29/05      LAST PAYMENT DATE:       09/29/05
LAST BILL NUMBER:               419387  ACTUAL FEES BILLED TO DATE:   45,415.00
                                        ON ACCOUNT FEES BILLED TO DATE:    0.00
                                              TOTAL FEES BILLED TO DATE:  45,415.00
LAST BILL THRU DATE:            08/31/05      FEES WRITTEN OFF TO DATE:  25,258.50

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee          (4) Excessive Legal Time        (7) Fixed Fee
(2) Late Time & Costs Posted    (5) Business Development         (8) Premium
(3) Pre-arranged Discount       (6) Summer Associate            (9) Rounding       (10) Client Arrangement

            DATE OF BILL:          Processed by:              FRC:                        CRC:

BILL NUMBER:

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    24

Run Date & Time: 10/14/2005 11:16:00

Matter No: 056772-00028
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : TRAVEL\NON-WORKING
Matter Opened : 10/04/2002

Orig Prtnr : CRED. RGTS    - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        1987002
Bill Frequency:    M

Status      :  ACTIVE

UNBILLED    TIME    SUMMARY

| Emp Id | Employee Name | Group | | Oldest | Latest | ------- Total Unbilled ------- | |
|--------|---------------|-------|-|--------|--------|----------|--------|
| | | | | | | Hours | Amount |
| 05292 | BECKER, GARY M. | CRED | | 09/26/05 | 09/26/05 | 2.50 | 650.00 |
| | | Total: | | | | 2.50 | 650.00 |

Sub-Total Hours  :    0.00 Partners    2.50 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

UNBILLED    TIME    DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date Task Act |
|---------------|-----------|-------------|-------|--------|--------|---------------------|
| BECKER, GARY M. | 09/26/05 | Non-working travel time to and from omnibus hearing (2.5). | 2.50 | 650.00 | 5919976 | 10/02/2005 |

Total For BECKER G - 05292                            2.50      650.00

Fee Total                            2.50      650.00

alp_132r: Matter Detail

Run Date & Time: 10/14/2005 11:16:00

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    25

Matter No: 056772-00028
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : TRAVEL\NON-WORKING
Matter Opened : 10/04/2002

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP  02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        1987002
Bill Frequency: M

Status       : ACTIVE

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer | To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 2.50 | 650.00 | | | | | | |
| Total: | 2.50 | 650.00 | | | | | | |