IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

AFFIDAVIT OF
MELISSA N. FLORES, PARALEGAL

STATE OF DELAWARE:
       SS:
NEW CASTLE COUNTY:

  I Melissa N. Flores, certify that I am, and at all times during the service of process, have been, an employee of Klett, Rooney, Lieber and Schorling, P.C., not less than 18 years of age and not a party to the matter concerning which service of process was made on November 3, 2005. I certify further that I caused the service of the:

**AMENDED FIFTIETH MONTHLY FEE APPLICATION OF KRAMER
LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE
OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS
<u>FOR THE PERIOD FROM SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005</u>**

was made on the following parties in the manner indicated on the attached service list

                       *Melissa N. Flores* (signature)
                       Melissa N. Flores

SWORN AND SUBSCRIBED before me this 3rd day of November, 2005.

                       *Tammy L. England* (signature)
                       NOTARY

**W.R. GRACE**
**Fee Application Service List**

(Electronic Mail)
James H.M. Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
**(Debtor's counsel)**

(Electronic Mail)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
**(Counsel to Post-Petition Lender)**

(Electronic Mail)
W.R. Grace
Attn: David B. Siegel
Senior VP and General Counsel
7500 Grace Drive
Columbia, MD 21044
**(Debtor)**

(Federal Express & Electronic Mail)
Warren H. Smith & Associates, P.C.
Republic Center
325 N. St.Paul, Suite 1275
Dallas, TX 75201
**(Fee Auditor)**

(Electronic Mail)
Scott L. Baena, Esquire/Richard M. Dunn, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
2500 First Union Fin. Center
200 South Biscayne Blvd.
Miami, FL 33131-2336
**(Official Committee of Property Damage Claimants)**

(Electronic Mail)
Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005
**(Official Committee of Personal Injury Claimants)**

(Hand Delivery)
Frank J. Perch, Esquire
Office of the United States Trustee
844 N. King St.
Wilmington, DE 19801
**(U.S. Trustee)**

(Electronic Mail)
Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market St. - Suite 1200
Wilmington, DE 19801
**(Official Committee of Unsecured Creditors)**

(Electronic Mail)
Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market St. - 16th Floor
Wilmington, DE 19899-8705
**(Debtor's counsel)**

(Electronic Mail)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
**(Counsel to Post-Petition Lender)**

(Electronic Mail)
Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801
**(Official Committee of Personal Injury Claimants)**

61951

Alexandra Caskadon
Stroock & Stroock & Lavan LLP
180 Maiden Lane
(Electronic Mail)
New York, NY 10038

61951