IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| W.R. GRACE & CO., et al., | : | Case No. 01-1139 (JKF) |
|  | : | Jointly Administered |
| Debtors. | : |  |

## NOTICE OF DEPOSITION AND SUBPOENA

To All Parties on the Attached Service List:

    **PLEASE TAKE NOTICE**, that pursuant to Rule 45 of the Federal Rules of Civil Procedure, made applicable by Rule 9016 of the Federal Rules of Bankruptcy Procedure, the Official Committee of Asbestos Personal Injury Claimants has issued a subpoena (a copy of which is attached hereto) for, and will take the deposition of, Dr. Lee Sider on November 15, 2005, beginning at 10:00 a.m. at the office of Caplin & Drysdale, Chartered, 399 Park Avenue, 27th Floor, New York, NY.

    **TAKE FURTHER NOTICE**, that the deposition shall be conducted before a person duly authorized to administer oaths in the relevant jurisdiction and will continue day-to-day until concluded. Testimony shall be taken by stenographic means and will also be recorded by videotape. You are invited to attend and cross-examine.

    Dated: November 3, 2005

    Respectfully submitted,

    **CAMPBELL & LEVINE, LLC**

    /S/ Mark T. Hurford
    Marla R. Eskin (No. 2989)
    Mark T. Hurford (No. 3299)
    Kathleen Campbell Davis (No. 4229)
    800 N. King Street, Suite 300
    Wilmington, DE 19801
    Telephone: (302) 426-1900
    Telefax: (302) 426-9947

    - and –

{D0050672:1 }

**CAPLIN & DRYSDALE, CHARTERED**
Elihu Inselbuch
399 Park Avenue, 27th Floor
New York, NY 10022
Telephone:  (212) 319-7125
Telefax:      (212) 644-6755

Peter Van N. Lockwood
Nathan D. Finch
Walter B. Slocombe
Jeffrey A. Liesemer
Adam L. Vangrack
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone:  (202) 862-5000
Telefax:      (202) 429-3301

Counsel for the Official Committee of
Asbestos Personal Injury Claimants

{D0050672:1 }