# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

Clerk of Court

824 Market Street
Wilmington, DE 19801
(302) 252-2900

Date:   November 4, 2005

To:   Clerk of Court
    U.S. District Court
    District of Delaware
    Wilmington De 19801

Re    WR Grace & Co., et al.
    Bankruptcy Case #01-1139
    Appeal #05-68

Enclosed you will find Notice of Appeal 05-68, docket #9551

Designation of Appellant docket #9635    Response to Appellant's Designation docket # 9922
Response to Debtor's Motion to Strike docket #10981

Kindly acknowledge receipt of this document.

    Sincerely,

    /s/ Betsy Magnuson
    Deputy Clerk

Please fill out the information below and return to Betsy Magnuson, Bankruptcy Court.

I hereby acknowledge receipt of the above transferred record this ___day of _____2003.

By:_____
    Deputy Clerk

    _____ Supervisor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

*Bankruptcy Appeal Transmittal Sheet*

**WR Grace & Co., et al.**
**Bankruptcy Case No. 01-1139**
**Appeal No.: 05-68**

November 4, 2005

| | |
|---|---|
| **Name of Appellant** | PacifiCorp, Van Cott Bagley Cornwell & McCarthy |
| **Counsel for Appellant** | Richard Cobb Landis Rath & Cobb Llp |
| | 919 Market Street Suite 600 |
| | Wilmington DE 19899 |

| | |
|---|---|
| **Name of Appellee** | WR Grace & Co., et al |
| **Counsel for Appellee** | James E. O'Neill |
| | Pachulski Stang Ziehl Young & Jones |
| | 919 North Market Street 16th Floor |
| | Wilmington, DE 19899-8705 |
| | 302-652-4100 |

**Enclosed Items:**

Notice of Appeal 05-68, Copy of Appeal 9551, Order doc #9488

Appellant: Designation doc #9635

Appellee: Response doc #9922