IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) | SS: |
| COUNTY OF NEW CASTLE | ) | |

**VERIFIED STATEMENT OF CHRISTOPHER D. LOIZIDES
ON BEHALF OF LOIZIDES & ASSOCIATES
<u>PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019(a)</u>**

1. My name is Christopher D. Loizides. I make this verified statement on behalf of Loizides & Associates ("L&A") pursuant to Federal Rule of Bankruptcy Procedure 2019(a), and the Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 (Docket No. 6715, filed October 25, 2004, the "Revised Order").

2. I am the President of L&A. I am authorized to make this verified statement on behalf of L&A.

3. L&A has been engaged through several out-of-state law firms to represent certain asbestos property damage claimants (the "Claimants") as Delaware counsel. L&A has no relationship with the Claimants except through forwarding counsel. Accordingly, rather than burden the Court with needless and duplicative exhibits, L&A is not attaching the exhibits required by the Revised Order, but incorporates the exhibits already filed by forwarding counsel by reference.

4. The names and addresses of the law firms through which L&A has been engaged and the approximate date of such engagements are listed in Exhibit A attached hereto.

5. L&A has been engaged by the Claimants by written engagement letter with each of the law firms identified in Exhibit A, but there is no "instrument", within the meaning of Fed. R. Bankr. P. 2019(a), whereunder L&A has been so engaged.

6. In the case of Claimants represented by Speights & Runyan, L&A incorporates by reference the exhibits to the Verified Statement of Multiple Representation Pursuant to Fed. R. Bankr. P. 2019, of Speights & Runyan (Docket No. 7221, filed on December 20, 2004).

7. In the case of Dies & Hile, LLP, L&A incorporates by reference the exhibits to the Verified Statement of Dies & Hile, LLP, Pursuant to Fed. R. Bankr. P. 2019 (Docket No. 7175, filed on December 15, 2004)[1].

8. In the case of Mintz Levin Cohn Ferris Glovsky & Popeo, LLC, L&A has been engaged to represent a single claimant, Perini Corporation, who filed the two claims attached as Exhibits B and C (without exhibits).

9. This verified statement, including the exhibits hereto, has been prepared by L&A to conform with Fed. R. Bankr. P. 2019(a) and the Revised Order and for no other purpose and L&A has **not** received authorization as to the contents of this statement, including the attachments hereto, from any of its clients or forwarding counsel. Accordingly, nothing in this statement shall be admissible in any proceeding against any of L&A's clients or forwarding counsel for any purpose and the statements herein are for informational purposes only.

---

[1] L&A also represents, through Dies & Hile, LLP, certain Claimants located in Louisiana. These are the Roman Catholic Archdiocese of New Orleans, the Jefferson Parish School Board and the Lafourche Parish School Board. Because of the effects of Hurricanes Katrina and Rita, Dies & Hile, LLP has not yet been able to file a 2019 statement on behalf of these Claimants, but intends to do so as soon as practicable.

I affirm that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: November 4, 2005

_____
Christopher D. Loizides (No. 3968)

Sworn to and subscribed before me this 4th day of November, 2005

Michele Kerrigan Mowbray
Notary Public State of Delaware
My Commission Expires: June 5, 2006

NOTARY PUBLIC
STATE OF DELAWARE
MICHELE KERRIGAN MOWBRAY
My Commission Expires June 5, 2006