# EXHIBIT A

# W.R. GRACE & CO., et al.

| FORWARDING COUNSEL | DATE OF RETENTION |
|---|---|
| Mintz Levin Cohn Ferris Glovsky & Popeo, PC<br>One Financial Center<br>Boston, MA 02111 | Retained September 2004 |
| Speights & Runyan<br>200 Jackson Avenue East<br>P. O. Box 685<br>Hampton, SC 29924-0685 | Retained June 27, 2005 |
| Dies & Hile, LLP<br>1009 Green Avenue<br>Orange, TX 77630 | September 12, 2005 (as to Louisiana Claimants)<br>September 15, 2005 (as to non-Louisiana Claimants) |