# EXHIBIT C

# W.R. GRACE & CO.
# ASBESTOS PROPERTY DAMAGE
# PROOF OF CLAIM FORM

*The United States Bankruptcy Court for the District of Delaware*
*In re: W.R. Grace & Co., et al., Debtors, Case No. 01-01139 (JKF)*
*(Jointly Administered)*

## SUBMIT COMPLETED CLAIMS TO:

**Claims Processing Agent**
**Re: W.R. Grace & Co. Bankruptcy**
**PO Box 1620**
**Faribault, MN 55021-1620**

For a complete list of the Debtors in this case, please see "The Debtors" section of the *General Instructions for Completing Proof of Claim Forms*. The Debtors in this case are collectively referred to in this document as "Grace".

If you have a current claim against Grace for property damage allegedly resulting from asbestos from a Grace product *(other than Zonolite Attic Insulation)*, THIS ASBESTOS PROPERTY DAMAGE PROOF OF CLAIM FORM MUST BE RECEIVED ON OR BEFORE 4:00 P.M. EASTERN TIME ON MARCH 31, 2003, or you will be forever barred from asserting or receiving payment for your claim.

PremierView™ forms by NCS Pearson  MW239276-2   65432    Printed in U.S.A.

# INSTRUCTIONS FOR FILING THE W.R. GRACE & CO. ASBESTOS PROPERTY DAMAGE PROOF OF CLAIM FORM

## WHO SHOULD USE THIS ASBESTOS PROPERTY DAMAGE PROOF OF CLAIM FORM

1. This Asbestos Damage Proof of Claim Form (referred to in this document as the "Form") applies only to <u>current</u> claims made against Grace by or on behalf of parties who are alleging property damage with respect to asbestos in real property owned by the party (such person is referred to in this document as the "claiming party") from a Grace asbestos-containing product or as a result of one of Grace's vermiculite mining, milling, or processing facilities.

2. The Bar Date does not apply to Asbestos Personal Injury Claims, Settled Asbestos Claims or Zonolite Attic Insulation Claims. Those claims will be subject to a separate claim submission process and should not be filed at this time.

3. This form should not be used for Medical Monitoring Claims or Non-Asbestos Claims. Instead, separate specialized proof of claim forms for these claims should be completed.

4. If you are alleging current claims against Grace with respect to asbestos in more than one (1) real property, the claiming party should complete an Asbestos Property Damage Proof of Claim Form for <u>each</u> property. You may request additional forms by calling the Claims Processing Agent at 1-800-432-1909.

## GENERAL INSTRUCTIONS

1. This form must be signed by the claimant or authorized agent of the claimant. THIS FORM MUST BE RECEIVED ON OR BEFORE 4:00 PM EASTERN TIME ON MARCH 31, 2003, or you forever will be precluded from asserting your claim(s) against or receiving payment from Grace. Return your completed form to the Claims Processing Agent, Re: W.R. Grace & Co. Bankruptcy, P.O. Box 1620, Faribault, MN 55021-1620.
   If you are returning this form by mail, allow sufficient time so that this form is received on or before March 31, 2003. Forms that are postmarked before March 31, 2003 but received after March 31, 2003 will not be accepted. Only original forms will be accepted for filing. Forms transmitted by facsimile will not be accepted for filing.

2. If you cannot fit all information in any particular section or page, please make a copy of that page before filling it out and attach as many additional pages as needed.

3. If you are unable to provide any of the information required by the proof of claim form, please so specify, as well as provide a short statement describing why such information is unavailable. If you are in the process of obtaining such information at the time you file your proof of claim, please so advise and indicate that the same shall be provided when obtained.

4. This form must be filled out completely using BLACK or BLUE ink or may be typewritten.
   • Please print clearly using capital letters only.      • Do not use a felt tip pen.
   • Skip a box between words.                              • Do not bend or fold the pages of the form.
   • Do not write outside of the boxes or blocks.

5. Because this form will be read by a machine, please print characters using the examples below. For optimum accuracy, please print in capital letters and avoid contact with the edge of the character boxes.

6. Mark check boxes with an "X" (example at right).   ☒      |N|A|M|E| |H|E|R|E|

7. Be <u>accurate</u> and <u>truthful</u>. A Proof of Claim Form is an official court document that may be used as evidence in any legal proceeding regarding your claim. The penalty for presenting a fraudulent claim is a fine of up to $500,000 or imprisonment for up to five years or both. 18 U.S.C. §§ 152 & 3571.

8. Make a copy of your completed Form to keep for your records. <u>Send</u> only <u>original</u> Forms to the Claims Processing Agent at the following address: Claims Processing Agent, Re: W.R. Grace & Co. Bankruptcy
   PO Box 1620
   Faribault, MN 55021-1620.

9. You will receive written notification of the proof of claim number assigned to this claim once it has been processed.

## PART 1: CLAIMING PARTY INFORMATION

**NAME:**

`PERINI CORPORATION`

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**  **F.E.I.N. (Business Claimants)**

`____`    `04-1717070`

*(last four digits of SSN)*

Other names by which claiming party has been known (such as maiden name or married name):

| First | MI | Last |

| First | MI | Last |

**GENDER:** ☐ MALE   ☐ FEMALE

**Mailing Address:**

`73 MT WAYTE AVENUE`
*Street Address*

`FRAMINGHAM`                               `MA`   `01701`
*City*                                     *State*   *Zip Code*
                                           *(Province)* *(Postal Code)*

`USA`
*Country*

## PART 2: ATTORNEY INFORMATION

The claiming party's attorney, if any (You do not need an attorney to file this form):

**Law Firm Name:**

`MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO`

**Name of Attorney:**

`JEFFREY`                  `R`  `PORTER`
*First*                    *MI*  *Last*

**Mailing Address:**

`ONE FINANCIAL CENTER`
*Street Address*

`BOSTON`                                    `MA`   `02111`
*City*                                      *State*  *Zip Code*
                                            *(Province)* *(Postal Code)*

**Telephone:**
(`617`) `542-6000`
*Area Code*

9276101                                                              1019310

# PART 3: PROPERTY INFORMATION

## A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

   Street Address: RUSSELL FIELD PARK RINDGE AVENUE
   City: CAMBRIDGE
   State (Province): MA
   Zip Code (Postal Code):
   Country: USA

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?
   ☐ Yes   ☒ No

3. Do you currently own the property listed in Question 1, above?
   ☐ Yes   ☒ No

4. When did you purchase the property?  Month: N/A  Day: __  Year: ____

5. What is the property used for (check all that apply)
   ☐ Owner occupied residence
   ☐ Residential rental
   ☐ Commercial
   ☐ Industrial   Specify: ____
   ☒ Other        Specify: CITY-OWNED ATHLETIC FIELDS

6. How many floors does the property have?  0

7. What is the approximate square footage of the property?  UNKNOWN

8. When was the property built?
   ☐ Before 1969
   ☐ 1969 - 1973
   ☐ After 1973

9. What is the structural support of the property?
   ☐ Wood frame
   ☐ Structural concrete
   ☐ Brick
   ☐ Steel beam/girder
   ☒ Other   Specify: NO BUILDINGS ON PROPERTY

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?
    ☐ Yes   ☒ No

9276102                                                          1019310

### A. Real Property For Which A Claim Is Being Asserted (continued)

If yes, please specify the dates and description of such renovations.

| Year | Description |
|---|---|
| | N/A |
| | |
| | |

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☐ Yes   ☒ No

If yes, please specify the dates and descriptions of such renovations.

| Year | Description |
|---|---|
| | N/A |
| | |
| | |

### B. Claim Category

12. For which category are you making a claim on the property?

   ☒ Category 1: Allegation with respect to asbestos from a Grace product in the property

   ☒ Category 2: Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

Claim pertains to asbestos in soil at municipal field in Cambridge, MA, adjacent to Grace property. See Attached Exhibit A

- If you checked Category 1 in question 12, complete section C.
- If you checked Category 2 in question 12, complete section D.

### C. Category 1 Claim: Allegation With Respect To Asbestos From A Grace Product In The Property

13. For what alleged asbestos-containing product(s) are you making a claim?

   ☐ Monokote-3 fireproofing insulation

   ☒ Other   Specify: BRAKE LINING MATERIALS (NAME UNKNOWN); FIREPROOFING MATERIALS (NAME UNKNOWN)

   (For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

   | Year | |
   |---|---|
   | | ☒ I did not install the product(s) |

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

   | Year | |
   |---|---|
   | N/A | ☐ Don't know. |

9 2 7 6 1 0 3                                                                1019310

16. Do you have documentation relating to the purchase and/or installation of the product in the property?

    ☒ Yes    ☐ No

    If Yes, attach all such documents. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

    If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

17. If you do not have any such documents, explain why not and indicate who may have possession or control of such documents with respect to the property.

    ```
    CLAIM REGARDS ASBESTOS IN SOIL AT MUNICIPAL FIELD IN CAMBRIDGE, MA FROM ADJACENT
    GRACE FACILITY.  (SEE ATTACHED EXHIBIT A.)  PLEASE SEE RESPONSE TO QUESTIONS 18 and
    42 FOR LIST OF DOCUMENTS REGARDING ASBESTOS AT MUNICIPAL FIELD AND GRACE PROPERTY.
    ```

18. When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?

    | 1 | 9 | 9 | 8 |
    Year

    Please attach all documents relating or referring to the presence of asbestos in the property for which you are making this claim. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

    If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

19. How did you first learn of the presence of asbestos in the property of the Grace product for which you are making this claim?

    ```
    PERINI RECEIVED A DEMAND LETTER FROM THE CITY OF CAMBRIDGE IN 1998 ALLEGING THAT
    PERINI CONTRIBUTED TO THE TRANSPORT AND RELEASE OF ASBESTOS FROM THE GRACE PROPERTY
    TO THE ABUTTING CITY FIELD. SEE ATTACHED EXHIBIT A.
    ```

20. When did you first learn that the Grace product for which you are making this claim contained asbestos?

    | N/A | | |
    Year

21. How did you first learn that the Grace product for which you are making the claim contained asbestos?

    ```
    N/A.  SEE ATTACHED EXHIBIT A.
    ```

22. Have you or someone on your behalf made an effort to remove, contain and/or abate the Grace product for which you are making this claim?

    ☐ Yes    ☒ No

    If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

    If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

23. If you do not have any such documents, explain why not and indicate who may have possession and control of such documents with respect to the property.

    ```
    N/A
    ```

24. If you or someone on your behalf did not make an effort to remove, contain and/or abate the Grace product(s) for which you are making a claim, to the best of your knowledge, did anyone else make such an effort?

    ☒ Yes    ☐ No

25. If you responded Yes to question 22. or 24. and you have not supplied documents, please specify the dates and descriptions of any such efforts.

| Year | Description |
|------|-------------|
|      | SEE DOCUMENTS LISTED IN RESPONSE TO QUESTION 18 |
|      |             |
|      |             |

26. Have you or anyone on your behalf ever conducted any testing or sampling for the presence of asbestos or other particulates in the property?

☐ Yes    ☒ No    **If Yes, Attach All Documents Related To Any Testing Of The Property.**

27. If you responded Yes to question 26., but you have not provided documents, indicate who may have possession or control of such testing documents or where such documents may be located.

N/A

28. If you or someone on your behalf did not conduct any testing or sampling for the presence of asbestos or other particulates on the property, to the best of your knowledge, did anyone else conduct such testing or sampling with respect to the property?

☒ Yes    ☐ No

29. If you responded Yes to question 26. or 28. and you have not supplied related documents, please describe when and by whom and the type of testing and/or sampling (e.g. air, bulk and dust sampling).

| Year | | |
|------|--|--|
| 2002 | Company/Individual | CITY OF CAMBRIDGE |
|      | Type of testing: | SOIL SAMPLING AND AIR SAMPLING CURRENTLY |
|      | Company/Individual | BEING CONDUCTED. |
|      | Type of testing: | |
|      | Company/Individual | |
|      | Type of testing: | |

30. Has the Grace product or products for which you are making this claim ever been modified and/or disturbed?

☒ Yes    ☐ No

31. If yes, specify when and in what manner the Grace product or products was modified and/or disturbed?

| Year | Description |
|------|-------------|
|      | CITY CLAIMS ASBESTOS FROM GRACE PROPERTY WAS TRANSPORTED |
|      | TO OR DISPOSED ON CITY'S RUSSELL FIELD. |
|      |             |

9276105

1019310

**D. Category 2 Claim: Allegation With Respect To One of Grace's Vermiculite Mining, Milling Or Processing Operations**

32. What is the business address or location of the Grace operation which has led to your claim?

   **WR GRACE & CO - CONN**
   *Business Name*

   **62 WHITTEMORE AVENUE**
   *Street Address*

   **CAMBRIDGE**          **MA**   **02140**
   *City*                 *State*  *Zip Code*
                          *(Province)* *(Postal Code)*

   **USA**
   *Country*

33. If your claim relates to a personal residence, does (or did) anyone living in the household work for Grace?
    ☐ Yes   ☐ No   N/A

34. If yes, specify the following for each such individual:

   **Name of Individual Working at Grace Operation:** N/A
   Date of Birth: __ - __ - ____ (Month Day Year)
   Occupation(s) of Individual:
   Dates Worked at Operation: From: ____ To: ____ (Year)

   **Name of Individual Working at Grace Operation:**
   Date of Birth: __ - __ - ____
   Occupation(s) of Individual:
   Dates Worked at Operation: From: ____ To: ____

   **Name of Individual Working at Grace Operation:**
   Date of Birth: __ - __ - ____
   Occupation(s) of Individual:
   Dates Worked at Operation: From: ____ To: ____

   **Name of Individual Working at Grace Operation:**
   Date of Birth: __ - __ - ____
   Occupation(s) of Individual:
   Dates Worked at Operation: From: ____ To: ____

35. When did you first know of the presence of asbestos on your property?  **N/A** *Year*

36. How did you first learn of the presence of asbestos on your property?

> IN 1998, PERINI RECEIVED DEMAND LETTER FROM CITY OF CAMBRIDGE THAT CLAIMED ASBESTOS HAD BEEN TRANSPORTED AND/OR RELEASED FROM THE GRACE PROPERTY ON TO CITY'S RUSSELL FIELD AND THAT PERINI CONTRIBUTED TO THE RELEASE (SEE ATTACHED EXHIBIT A). PERINI DOES NOT OWN THE PROPERTY.

Attach all documents relating or referring to the presence of asbestos on the property. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession or control of the document.

If you provide a summary of the documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

37. If you do not have any documents relating or referring to the presence of asbestos on the property, explain why not and indicate who may have possession or control of any such documents with respect to the property.

> PERINI DOES NOT OWN THE PROPERTY. PLEASE SEE DOCUMENTS LISTED IN RESPONSE TO QUESTION 18.

38. Have you or anyone on your behalf made an effort to remove, contain and/or abate the asbestos on your property?

☐ Yes   ☒ No

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession or control of the document.

If you provide a summary of the documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

39. If you do not have any documents relating or referring to the removal, containment and/or abatement of the asbestos on your property, explain why not and indicate who may have possession and control of such documents with respect to the property.

> N/A

40. If you or someone on your behalf did not make an effort to remove, contain and/or abate the asbestos on your property, to the best of your knowledge, did anyone else make such an effort?

☒ Yes   ☐ No

41. If you responded Yes to question 38. or question 40. and you have not supplied related documents, please specify the dates and descriptions of any such efforts.

| Year | Description |
|------|-------------|
|      | SEE LIST OF DOCUMENTS IN RESPONSE TO QUESTIONS 18. |
|      |             |
|      |             |

42. Have you or anyone on your behalf conducted any other testing or sampling for the presence of asbestos on your property?

☐ Yes    ☒ No

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession or control of the document.

If you provide a summary of the documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

43. If you do not have any documents relating or referring to any other such testing or sampling for the presence of asbestos on your property, explain why not and indicate who may have possession or control of such documents with respect to the property.

N/A

44. If you or someone on your behalf did not conduct any other testing or sampling for the presence of asbestos on your property, to the best of your knowledge, did anyone else conduct such testing or sampling?

☒ Yes    ☐ No

45. If you responded Yes to question 42. or question 44. and you have not supplied related documents, please specify the dates and descriptions of any such efforts.

| Year | Description |
|------|-------------|
|      | SEE LIST OF DOCUMENTS IN RESPONSE TO QUESTION 18. |
|      |             |
|      |             |

46. Were you aware of the presence of asbestos on your property when you purchased your property?

☐ Yes    ☐ No    N/A    SEE ATTACHED EXHIBIT A.

47. If you have sold the property, were you aware of the presence of asbestos on your property when you sold your property?

☐ Yes    ☐ No    ☒ Not Applicable, ~~have not sold the property~~    SEE ATTACHED EXHIBIT A.

9276108                                                                1019310

# PART 4: ASBESTOS LITIGATION AND CLAIMS

## A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☐ Yes – lawsuit
   ☒ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☐ Yes – lawsuit
   ☒ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

## B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption: N/A
   b. Court where suit originally filed: _____ County/State    Docket No.: _____
   c. Date filed: __ - __ - ____ Month Day Year

   a. Caption: N/A
   b. Court where suit originally filed: _____ County/State    Docket No.: _____
   c. Date filed: __ - __ - ____ Month Day Year

   a. Caption: N/A
   b. Court where suit originally filed: _____ County/State    Docket No.: _____
   c. Date filed: __ - __ - ____ Month Day Year

   (Attach additional pages if necessary.)

9276109

1019310

## C. NON-LAWSUIT CLAIMS

1. If the claiming party has made any claims relating to the property for which you are making a claim (including administrative claims) against anyone, that was not filed with a court of law, please provide the following information for each claim:

   a. Description of claim: N/A

   b. Date submitted: __ - __ - ____
      Month  Day  Year

   c. Name of entity to whom claim was submitted:
      ☐ Grace
      ☐ Other  N/A
      *Name of Entity*

   ---

   a. Description of claim: N/A

   b. Date submitted: __ - __ - ____
      Month  Day  Year

   c. Name of entity to whom claim was submitted:
      ☐ Grace
      ☐ Other  N/A
      *Name of Entity*

   ---

   a. Description of claim: N/A

   b. Date submitted: __ - __ - ____
      Month  Day  Year

   c. Name of entity to whom claim was submitted:
      ☐ Grace
      ☐ Other  N/A
      *Name of Entity*

## PART 5: SIGNATURE PAGE

All claims must be signed by the claiming party.

I have reviewed the information submitted on this proof of claim form and all documents submitted in support of my claim. I declare, under penalty of perjury,* that the above statements are true, correct, and not misleading.

CONSENT TO RELEASE OF RECORDS AND INFORMATION: To the extent that I have produced a summary rather than the documents themselves as requested above or indicated who has possession and control of certain documents, I hereby authorize and request that all other parties with custody of any documents or information concerning my property damage or the information contained in this Form, upon the reasonable request of Grace or Grace's representative, with a copy to the claiming party, disclose any and all records to Grace or to Grace's representative.

PERINI CORPORATION
by
*John E. Hughes*
SIGNATURE OF CLAIMANT     JOHN E. HUGHES
                          RISK MANAGER

03 - 17 - 2003
Month  Day  Year

*The penalty for presenting a fraudulent claim is a fine up to $500,000.00 or imprisonment up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

9276110

1019310

Copyright © 2002 NCS Pearson, Inc. All rights reserved.

**Question 18 – Documents relating or referring to presence of asbestos at Russell Field property.**

1. Phase I Site Assessment Report and Tier Classification (RTN: 3-17087) for Russell Field Park, Prepared by Environmental Health & Engineering, Inc., July 23, 1999. Describes site conditions at Russell Field Park including test results demonstrating presence of PAHs, metals, and asbestos. (Document in possession of Claimant, Perini Corp.)

2. Letter Report of Results of Asbestos Air Monitoring at Russell Field, Prepared by Environmental Health & Engineering, Inc., November 29, 1999. Results of Transmission Election Microscopy analysis of asbestos in air samples collected at Russell Field. (Document in possession of Claimant, Perini Corp.)

3. Removal Program Preliminary Assessment/Site Investigation Report for the W.R. Grace Site, Cambridge, MA, Prepared by Roy F. Weston, Inc., Feb. 2001. Description of investigation conducted to determine presence and extent of suspected asbestos contamination in on-site surface soils. Also includes site history of Grace property, including former production of asbestos brake lining and testing of asbestos fire-proofing material. (Document in possession of Claimant, Perini Corp.)

4. Russell Asbestos Soil and Air Sampling Plan, Prepared by Environmental Health & Engineering, Inc., June 2002. Description of a sampling program to characterize the nature and extent of asbestos identified during previous investigations. (Document in possession of Claimant, Perini Corp.)

Perini Corp. consents to the production and release of these documents to Grace upon Grace's request.

LIT 1362532v1