IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) | SS: |
| COUNTY OF NEW CASTLE | ) | |

I, __John Whitworth__, being duly sworn to oath, depose and say:

1. I am an individual of sound mind and am over the age of eighteen years of age.

2. I am an employee of Parcels, Inc.

3. On October 27, 2005, I caused to be served upon the parties on the attached service list and in the manner indicated thereon, true and correct copies of each of the respective Responses to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims of each of the parties and for each of the claims listed below:

051101180624

1.  Presidential Towers Condominium f/k/a Americana, MD (Claim No. 11428);
2.  Sentara Williamsburg Community Hospital f/k/a Williamsburg Community Hospital, VA (Claim No. 11430).

Dated: November 3, 2005
Wilmington, Delaware

*[signature]*

Sworn to and subscribed before me
this 3RD day of November 2005

*Kimberly A. Berry*
Notary Public

My Commission Expires: 4-11-07

KIMBERLY A. BERRY
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 11, 2007

051101180624                                                           2