**SERVICE LIST**

**VIA HAND-DELIVERY**

David Carickhoff, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub, PC
919 No. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**VIA FEDERAL EXPRESS** (PDF Computer Files on DVD)

Katherine Phillips, Paralegal
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, IL 60601