## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | **Chapter 11** |
| | ) | |
| W. R. Grace & Co., et al., | ) | **Case No. 01-01139 (JKF)** |
| | ) | **Jointly Administered** |
| Debtors. | ) | |

### AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) | SS: |
| COUNTY OF NEW CASTLE | ) | |

I, _John Whitworth_, being duly sworn to oath, depose and say:

1.    I am an individual of sound mind and am over the age of eighteen years of age.

2.    I am an employee of Parcels, Inc.

3.    On October 24, 2005, I caused to be served upon the parties on the attached service list and in the manner indicated thereon, true and correct copies of each of the respective Responses to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims of each of the parties and for each of the claims listed below:

1.    **North Arkansas Regional Medical Center, AR (Claim No. 10995);**
2.    **Hyatt Regency San Francisco, CA (Claim No. 9915);**
3.    **Wichita Airport Authority, KS (Claim No. 10511);**
4.    **Wesley Medical Center, KS (Claim No. 10512);**
5.    **Merchant's National Bank, KS (Claim No. 10513);**
6.    **Indian Springs Marketplace, KS (Claim No. 10514);**
7.    **Jensen Salsrer Lab Addition, KS (Claim No. 10515);**
8.    **Mission Towers, KS (Claim No. 10516);**
9.    **First National Bank Building, KS (Claim No. 10517);**

10. Sycamore Shoals Hospital, TN (Claim No. 10519);

11. Central Terminal Distribution Center, AR (Claim No. 10520);

12. Cla-Cliff Nursing, AR (Claim No. 10679);

13. Nine Story Office Building, IL (Claim No. 10756);

14. Bell Telephone Building, MO (Claim No. 10798);

15. Texarkana City Hall, AR (Claim No. 01915);

16. St. Luke's Hospital – Bethlehem Campus Bldg. #2, PA (Claim No. 10998);

17. Hospital Corp. of America, KY (Claim No. 10521);

18. Bethesda Rehabilitation Hospital, MN (Claim No. 10523);

19. McLeister & Goldman, Philadelphia, PA (Claim No. 10786);

20. Clifford R. Keough Plumbing, Heating & Air, PA (Claim No. 10792);

21. Children's Hospital of Pittsburgh of UPMC Health System, PA (Claim No. 10962);

22. Chilton Publishing House, PA (Claim No. 10970);

23. Cobre Valley Comm. Hospital, AZ (Claim No. 10993);

24. Fort Smith Convention Center, AR (Claim No. 11039);

25. Cherry Creek Shopping Center, CO (Claim No. 11041);

26. Doctor's Building (Access Medical), IL (Claim No. 11072);

27. Providence Hospital, AK (Claim No. 11109);

28. Hotel Captain Cook – Tower #2, AK (Claim No. 11110);

29. Williams Centre Management, OK (Claim No. 11138);

30. Kaiser Permanente – Sunnyside Medical Center, OR (Claim No. 11263);

31. Eugene Mini Mall, OR (Claim No. 11324);

32. Avery Lumber Company, SC (Claim No. 10867);

33. Citizens Bank, RI (Claim No. 10529);

34. Bank of Boston Building, RI (Claim No. 10532);

35. Community Center, CA (Claim No. 10802);

36. Hunt Foods Office Building, CA (Claim No. 10806);

37. North County Office Building, CA (Claim No. 10808);

38. ACME Quality Paint Company, SC (Claim No. 10864);

39. Aiken Builders Supply, SC (Claim No. 10865);

40. Arnold & Dobson Supply Company, SC (Claim No. 10866);

41. Shamokin City – Housing Authority, PA (Claim No. 11199);

42. Nebraska Savings & Loan, NE (Claim No. 10706);

43. Medical Office Building, MO (Claim No. 10726);

44. Creighton University Medical Center, NE (Claim No. 10779);

45. Allegheny Center No. 2, PA (Claim No. 11036);

46. Allegheny Center No. 1, PA (Claim No. 11037);

47. Nebraska Skilled Nursing & Rehabilitation, NE (Claim No. 11046);

48. China Basin Landing f/k/a 4th & Berry China Basin, CA (Claim No. 11075);

49. Alta Bates Summit Medical Center, CA (Claim No. 11078);

50. Civic Center, CA (Claim No. 11082);

51. Central Plaza, OR (Claim No. 11135);

52. Memorial Hospital, PA (Claim No. 11186);

53. Saint Vincent Health Center, PA (Claim No. 11193);

54. Saint Mary's Healthcare Services, PA (Claim No. 11195);

55. Duffie Paint Company, SC (Claim No. 10851);

56. Myrtle Beach Lumber Company, SC (Claim No. 10836);

57. Pee Dee Builders Supply, SC (Claim No. 10838);

58. Peoples Plaza, SC (Claim No. 10839);

59. Sherwin Williams Paint Store, SC (Claim No. 10843);

60. Columbia Plastering Company, SC (Claim No. 10846);

61. Cornell Arms Apartments, SC (Claim No. 10847);

62. Cromer & Sullivan Construction Co., SC (Claim No. 10849);

63. D.H. Holmes Company, Ltd., SC (Claim No. 10850);

64. Gimbels Department Store, NY (Claim No. 10748);

65. Hempstead Bank, NY (Claim No. 10750);

66. Vermont Historical Society Museum & Store, Pavilion Building (Claim No. 10752);

67. Ferris Baker Watts, Inc., WV (Claim No. 10753);

68. Vitality Foodservice, Inc., FL (Claim No. 10754);

69. Torrance Memorial Medical Center, CA (Claim No. 10755);

70. Sutter Place, LLC, CA (Claim No. 10757);

71. Wells Fargo Bank, CA (Claim No. 10760);

72. Ramada Development, CT (Claim No. 10761);

73. Pacific Freeholds Partnership a/k/a 100 Pine Street, CA (Claim No. 10930);

74. American United Life Building Addition, IN (Claim No. 10540);

75. City Court of Albany, NY (Claim No. 10588);

76. Bank One Building, MI (Claim No. 10663);

77. Southern New England Telephone & Telegraph, CT (Claim No. 10664);

78. Washington Township Health Care District, CA (Claim No. 10668);

79. Sutter Medical Center, Sacramento, CA (Claim No. 10669);

80. Wolverine Building, Inc., MI (Claim No. 10670);

81. Simmons First National Bank, AR (Claim Nos. 10676 and 11685);

82. Anaheim Convention Center, CA (Claim Nos. 10683 and 11079);

83. Joseph Magnin Store, CA (Claim No. 10685);

84. Long Island Trust Company, NY (Claim Nos. 10687 and 10988);

85. Mercy General Health Partners (Mercy Campus), MI (Claim No. 01689);

86. Detroit Northern Insurance Building, MI (Claim No. 10691);

87. First National Plaza, FL (Claim No. 10692);

88. Justice Building, NY (Claim No. 10694);

89. Blossom Health Care Center, NY (Claim No. 10707);

90. Seneca Development, NY (Claim No. 10708);

91. St. Francis Hospital, NY (Claim No. 10709);

92. St. Joseph's Hospital – St. Joseph's Intercommunity Hospital (Claim No. 10711);

93. Stewart Place, NY (Claim No. 10712);

94. Tri-City Hospital, NY (Claim No. 10717);

95. IBM Metro Employees FCU, NY (Claim No. 10722);

96. First National Bank, AZ (Claim No. 10727);

97. First National Bank, AZ (Claim No. 10728);

98. World Airways, CA (Claim No. 10731);

99. Bank One, AZ (Claim No. 10733);

100. Rockrose, NY (Claim No. 10738);

101. Woodlawn Commons (Claim No. 10745);

102. St. Mary's Medical Center, WV (Claim No. 10746);

103. Friendly Home Nursing Care & Rehabilitation, NY (Claim No. 10747);

104. Medi-Center Building, SC (Claim No. 10835);

105. Founder Plaza, CT (Claim No. 10762);

106. Office Building c/o Law Offices of Ira S. Newman, NY (Claim No. 10765);

107. AIDS Center of Queens County, NY (Claim No. 10766);

108. Key Foods, NY (Claim No. 10769);

109. The Main Place Mall, NY (Claim No. 10774);

110. R.U. Wilson Building, NY (Claim No. 10775);

111. Hunts Point Industrial Park, NY (Claim No. 10776);

112. IBM Building, NY (Claim No. 10777);

113. Methodist Towers Apartments, Inc., PA (Claim No. 10783);

114. Smithfield United Church, PA (Claim No. 10784);

115. Meadview Medical Center, PA (Claim No. 10785);

116. John V. McIntire Plaster, PA (Claim No. 10787);

117. Manor Oak Two – 2nd Building, 1001 Brinton Road, PA (Claim No. 10789);

118. Susque-View Home & Health Center, PA (Claim No. 10790);

119. Jackson Heights High Rise for the Elderly, PA (Claim No. 10791);

120. Independence Regional Health Center, MO (Claim No. 10794);

121. Henry Ford Wyandotte Hospital, MI (Claim No. 10800);

122. Fisherman's Wharf Parking Garage, CA (Claim No. 10801);

123. California Pacific Bank, CA (Claim No. 10804);

124. THC – Orange County, Inc., CA (Claim No. 10805);

125. San Joaquin General Hospital, CA (Claim No. 10807);

126. Edmonton Public Schools – King Edward (Claim No. 12580);

127. Response of California State (Claim Nos. 10597, 10621, 9888, 9838, 1`0319, 10303, 9889, 10053, 10019, 10020, 10058, 11962, 11957, 9839, 9842, 10237, 12616, 10018, 10078, 9988, 9970, 9928, 9925. 10230, 10208, 10229, 9993, 10160, 11918, 11735, 11819, 11820, 11817, 11802, 11800, 11745, 11876, 11866);

128. American National Bank & Trust Company, VA (Claim No. 10528);

129. Carr H. & Sons, Inc., RI (Claim No. 10530);

130. Rhode Island Hospital, RI (Claim No. 10531);

131. L. Roy Owen Plastering Co., SC (Claim No. 10858);

132. Martin Paint & Supply Company, SC (Claim No. 10862);

133. Mary Black Memorial Hospital, SC (Claim No. 10863);

134. Ballard-Rice Prestress, SC (Claim No. 10868);

135. Bonitz Insulating Company, SC (Claim No. 10871);
136. Byars Machine Company, SC (Claim No. 10873);
137. C.B. Askins Construction Co., SC (Claim No. 10874);
138. C.L. Cannon & Sons, SC (Claim No. 10875);
139. Edmonton Public Schools, Crestwood (Claim No. 12376);
140. Edmonton Public Schools, Delton (Claim No. 12377);
141. Edmonton Public Schools, Delwood (Claim No. 12378);
142. Edmonton Public Schools, Donnan (Claim No. 12379);
143. Coca-Cola Enterprises, Inc., Downey-Lakewood Building, CA (Claim No. 12383)
144. Edmonton Public Schools – H.A. Gray (Claim No. 12562);
145. Cleveland Museum of Art (4 Joined Buildings), OH (Claim No. 6634);
146. F.F. Thompson Continuing Care Center, NY (Claim No. 6636);
147. Gulf Atlantic Properties, FL (Claim No. 6637);
148. Eden Medical Center f/k/a Eden Hospital, CA (Claim No. 6639);
149. Deaconess Hospital, MN (Claim No. 10524);
150. First Health Montgomery Memorial Hospital, NC (Claim No. 10673);
151. Providence Holy Cross Hospital, CA (Claim No. 10810);
152. G.E. Company Manufacturing Plan, SC (Claim No. 10853);
153. J.E. Grambling Building Supply, SC (Claim No. 10855);
154. John J. Riley & Sons, SC (Claim No. 10857);
155. City of Edmonton – Prince of Wales Armoury (Claim No. 12387);
156. Edmonton Public Schools – Allendale (Claim No. 12388);
157. Edmonton Public Schools – Argyll (Claim No. 12389);
158. Edmonton Public Schools – Avalon (Claim No. 12390);
159. Edmonton Public Schools – Avonmore (Claim No. 12391);
160. Edmonton Public Schools – Bellevue (Claim No. 12392);
161. Edmonton Public Schools – Bennett (Claim No. 12393);
162. Edmonton Public Schools – Bonnie Doon (Claim No. 12394);
163. Jameson Memorial Hospital, PA (Claim No. 14410);
164. Baptist Memorial Hospital, TN (Claim No. 10535);
165. Carolina Drywall Ins. Co., SC (Claim No. 10877);
166. Central Concrete & Plaster Co., SC (Claim No. 10880);
167. Central Roofing & Supply Co., SC (Claim No. 10881);
168. Arlington Resort Hotel, AR (Claim No. 10916);
169. St. Vincent's Hospital, AR (Claim No. 10918);
170. Ashland Chemical Co., CA (Claim No. 10919);
171. Silver Sands Motel, SC (Claim No. 10923);
172. St. Francis Hospital, SC (Claim No. 10926);
173. Health Care Corp. of St. John's (HCCSJ) – Health Science (Claim No. 12493);
174. Edmonton Public Schools – Prince Charles (Claim No. 12495);
175. Edmonton Public Schools – Park Allen (Claim No. 12539);
176. Edmonton Public Schools – Mount Royal (Claim No. 12540);
177. Edmonton Public Schools – North Edmonton (Claim No. 12542);
178. Edmonton Public Schools – McNally (Claim No. 12583);

179. Calgary Bd. of Education – Nickle Junior High (Claim No. 12586);

180. St. Francis Hospital, CT (Claim No. 14409);

181. Regents of the University of California (Claim Nos. 9848, 9849, 9850, 9909, 9910, 9895, 9896, 9897, 9878, 9881, 9879, 9880, 9847, 9846, 9843, 9845, 9844, 9892, 9891, 9890, 9869, 9858, 9859, 9868, 9860, 9851, 9852, 9853, 9854, 9855, 9856, 9857, 9882, 9883, 9885, 9884, 9887, 9886, 9840, 9841, 9893, 9862, 9863, 9865, 9861, 9866, 9867, 9864, 9870, 9871, 9872, 9873, 9874, 9875, 9876, 9877);

182. Johnson City Mall (The Mall at Johnson City), TN (Claim No. 10536);

183. Beutows Office Building #2 c/o The American Academy (Claim No. 10587);

184. Methodist Hospital, MN (Claim No. 10590);

185. New Hanover Regional Medical Center, c/o Ms. Copley, NC (Claim No. 10672);

186. Carolina Medical Center, NC (Claim No. 10674);

187. Pardee Memorial Hospital, NC (Claim No. 10675);

188. Telephone Building, NY (Claim No. 10713);

189. New York Telephone Building c/o Underground Communication (Claim No. 10720);

190. Liberty Supermarket, MO (Claim No. 10723);

191. Mt. Diablo Medical Center, CA (Claim No. 10732);

192. Bank One, AZ (Claim No. 10733);

193. Harris Trust Bank, IL (Claim No. 10744);

194. White Pigment Corp., VT (Claim No. 10751);

195. Providence Health Care – Youville Residence (Claim No. 12523);

196. Hudson's Bay Co. – Bay 1162-Abbotsford (Claim No. 12527);

197. Hudson's Bay Co. – Zellers 17-Ottawa (Claim No. 12531);

198. Great West Life – London Life (Claim No. 12533);

199. Great West Life – Commerce Court West (Claim No. 12534);

200. Edmonton Public Schools – Westbrooke (Claim No. 12550);

201. Edmonton Public Schools – Westlawn(Claim No. 12551);

202. Edmonton Public Schools – Westminster (Claim No. 12552);

203. City of Vancouver – Fraser Academy (Claim No. 12584);

204. Edmonton Public Schools – Glenora (Claim No. 12561);

205. Ramada Development, CT (Claim No. 10761);

206. Woodstream Farms Apartments, SC (Claim No. 10837);

207. R&G Paint Company, SC (Claim No. 10840);

208. Palmetto Health Hospital – Richland, SC (Claim No. 10841);

209. Coliseum Motor Inn, SC (Claim No. 10844);

210. Glidden Company, SC (Claim No. 10854);

211. J.T. Robertson – Southern Coating & Chemical, SC (Claim No. 10856);

212. Landmark Resort Hotel, SC (Claim No. 10860);

213. Builders Wholesale, Inc., SC (Claim No. 10872);

214. C.L. Duffie Painting, Inc., SC (Claim No. 10876);

215. Carotex Industrial Supply, SC (Claim No. 10879);

216. Chapin Lumber Co., SC (Claim No. 10882);

217. Mt. Sinai Hospital #1, NY (Claim No. 11446);

218. School District 68 Nanaimo-Ladysmith – John Barsby Second (Claim No. 11624);

219. Edmonton Public Schools – Britannia (Claim No. 12375);

220. Saskatchewan Property Management Corp. (Claim No. 12509);

221. Providence Health Care – Mt. St. Joseph (Claim No. 12520);

222. Providence Health Care – St. Vincent's Hospital (Claim No. 12521);

223. Providence Health Care  - St. Paul's Hospital (Claim No. 12522);

224. Edmonton Public Schools – Hardisty (Claim No. 12563);

225. Edmonton Public Schools – Harry Ainlay (Claim No. 12564);

226. Edmonton Public Schools – Highlands (Claim No. 12575);

227. Edmonton Public Schools – J.A. Fife (Claim No. 12576);

228. Edmonton Public Schools – Jasper Place (Claim No. 12577);

229. Edmonton Public Schools – L.Y. Cairns (Claim No. 12578);

230. Edmonton Public Schools – Londonderry (Claim No. 12581);

231. Edmonton Public Schools – McKernan (Claim No. 12582);

232. Edmonton Public Schools – Forest Heights (Claim No. 12559);

233. Van Smith Building Materials, SC (Claim No. 10927);

234. Allentown Truck Sales, PA (Claim No. 10945);

235. Lincoln Heritage Insurance Company, KY (Claim No. 10946);

236. Cayuga County Office Building, NY (Claim No. 10947);

237. J. C. Penney Building – Kleine Department Store, NY (Claim No. 10949);

238. Marine Midland Bank Utica, NY (Claim No. 10951);

239. The State – Whitehall Company, NY  (Claim No. 10952);

240. St. Mary's Regional Medical Center, NV (Claim No. 10955);

241. MGM Grand Hotel & Casino, NV (Claim No. 10956);

242. Nevada Security Bank, NV (Claim No. 10957);

243. Mercy American River Hospital, CA (Claim No. 10959);

244. School District 68 Nanaimo – Ladysmith – Woodbank (Claim No. 11631);

245. City of Edmonton – Century Place (Claim No. 12489);

246. Atlantic Shopping Centres – Cogswell Tower (Claim No. 12490);

247. City of Richmond – Richmond Old City Hall (Claim No. 12512);

248. City of Richmond – Richmond Minoru Arena (Claim No. 12513);

249. Hyatt Equities – Hyatt Regency – Vancouver (Claim No. 12514);

250. Shell Canada Products – Shellburn Locker Bldg. (Claim No. 12515);

251. Shell Canada Products – Shellburn Maintenance Bldg. (Claim No. 12516);

252. Shell Canada Products – Shellburn Terminal Office Bldg. (Claim No. 12517);

253. Shell Canada Products – Shellburn Laboratory Office Bldg. (Claim No. 12518);

254. Providence Health Care – Holy Family Hospital (Claim No. 12519);

255. Edmonton Public Schools – Mount Pleasant (Claim No. 12543);

256. Edmonton Public Schools – Strathcona (Claim No. 12546);

257. Edmonton Public Schools – Strathearn (Claim No. 12547);

258. Edmonton Public Schools – Victoria (Claim No. 12548);
259. Edmonton Public Schools – Wellington (Claim No. 12549);
260. Edmonton Public Schools – Winterburn (Claim No. 12553);
261. Edmonton Public Schools – Woodcroft (Claim No. 12554);
262. Edmonton Public Schools – DS MacKenzie (Claim No. 12556);
263. Edmonton Public Schools – Eastglen (Claim No. 12557);
264. Edmonton Public Schools – Ellerslie Jr. High (Claim No. 12558);
265. Edmonton Public Schools – Newton (Claim No. 12541);
266. South Jersey Hospital, NJ (Claim No. 10538);
267. Bank One, IN (Claim No. 10539);
268. Pierre Laclede Center Bldgs. No. 1 & 2, MO (Claim No. 10696);
269. Southwestern Bell Telephone, MO (Claim No. 10697);
270. St. Joseph's Hill Infirmary Nursing Homes (2 bldgs.), MO (Claim No. 10700);
271. McGraw-Hill Publishing Company, MO (Claim No. 10725);
272. Oakwood Hospital & Medical Center, MI (Claim No. 10758);
273. Metcalf Plaza c-o East Hill Family Medical Center, NY (Claim No. 10763);
274. Oneida County Office Building, NY  (Claim No. 10767);
275. Omaha City Auditorium Complex, NE (Claim No. 10778);
276. Doubletree Hotel, NE (Claim No. 10781);
277. Westin Harbour Castle (Claim No. 12323);
278. The Record (Claim No. 12433);
279. Calgary Bd. Of Education – Thorncliffe Elementary (Claim No. 12436);
280. Vancouver Bd. Of Parks & Recreation – Rupert Park Pitch & P. (Claim No. 12465);
281. Vancouver Bd. Of Parks & Recreation – Stanley Park Pavilion (Claim No. 12466);
282. Vancouver Bd. Of Parks & Recreation – Sunset C. C. (Claim No. 12467);
283. City of Vancouver – Public Safety Bldg. (Claim No. 12475);
284. City of Vancouver – Queen Elizabeth Playhouse (Claim No. 12476);
285. Vancouver Bd. Of Parks & Recreation – Douglas Park C. C. (Claim No. 12478);
286. Vancouver Bd. Of Parks & Recreation – Kerrisdale C. C. (Claim No. 12479);
287. Vancouver Bd. Of Parks & Recreation – Killarney C. C. (Claim No. 12480);
288. Vancouver Bd. Of Parks & Recreation – Marpole Oak C. C. (Claim No. 12481);
289. Vancouver Bd. Of Parks & Recreation – Mt. Pleasant C. C. (Claim No. 12482);
290. Vancouver Bd. Of Parks & Recreation – Renfrew C. C. (Claim No. 12483);
291. Vancouver Bd. Of Parks & Recreation – Riley Park Pool (Claim No. 12484);

292. Edmonton Public Schools – Montrose (Claim No. 12488);

293. Health Care Corp. of St. John's (HCCSJ) – St. Clares Mercy H. (Claim No. 12494);

294. Edmonton Public Schools – Prince Rupert (Claim No. 12496);

295. Edmonton Public Schools – Princeton (Claim No. 12497);

296. Edmonton Public Schools – Queen Alexandra (Claim No. 12498);

297. Ohio Valley Medical Center (Admin. Bldg.), WV (Claim No. 11181 & 11182);

298. Wellmont – Hawkins County Memorial Hospital, TN (Claim No. 11721);

299. First Tennessee Bank Bldg. 3, TN (Claim No. 11722);

300. Great Western Bank, SD (Claim No. 11723);

301. Mountain City Medical Center, TN (Claim No. 11724);

302. Coca-Cola Enterprises, Inc. – Santa Maria Sales Center, CA (Claim No. 12321);

303. City of Vancouver – Maritime Museum (Claim No. 12345);

304. Morguard Investments – 444 St. Mary's St. (Claim No. 12366);

305. Morguard Investments – Town and Country (Claim No. 12367);

306. McMaster University – Medical Center (Claim No. 12368);

307. Coca-Cola Enterprises, Inc. – Dothan, AL (Claim No. 12370);

308. Coca-Cola Enterprises, Inc. – Midland, TX (Claim No. 12372);

309. Coca-Cola Enterprises, Inc. – Goodland Sales Center, KS (Claim No. 12382);

310. Coca-Cola Enterprises, Inc. – Niles Division Office, IL (Claim No. 12384);

311. City of Edmonton – ERD Station 13 (Claim No. 12385);

312. Bell Canada- Nexacor (Claim No. 12397);

313. Edmonton Public Schools – Belgravia (Claim No. 12398);

314. Southern Ontario Properties (Claim No. 12405);

315. Oxford – Edmonton Centre- 10025-102 Avenue (Claim No. 12421);

316. Oxford – Edmonton City Centre East (Claim No. 12422);

317. Oxford – Edmonton Center – TD Tower (Claim No. 12423);

318. Shell Canada – Oakville Research (Claim No. 12424);

319. Morguard Real Estate Investment Trust – UK Building (Claim No. 12425);

320. Morguard Investments – 55 City Centre Drive (Claim No. 12427);

321. Morguard Investments – Bramalea City Centre (Claim No. 12428);

322. Morguard Investments – 350 Sparks St. (Claim No. 12429);

323. Morguard Investments – 7 Oaks Mall (Claim No. 12430);

324. Labatts – 435 Ridout (Claim No. 12431);

325. Labatts – 451 Ridout (Claim No. 12432);

326. University of Saskatchewan – Arts Bldg. (Claim No. 12445);

327. University of Saskatchewan – Health Sciences (Claim No. 12446);

328. University of Saskatchewan –Lutheran Seminary (Claim No. 12447);

329. University of Saskatchewan – Physics Bldg. (Claim No. 12448);

330. Vancouver Bd. Of Parks & Recreation – West End C. C. (Claim No. 12469);

331. Sask Power Corp. (Claim No. 12470);

332. Tonko – Telus Plaza (Claim No. 12471);

333. Calgary Bd. Of Education – Rosemount Elementary (Claim No. 12594);

334. St. John's Home for the Aged – St. John's Nursing Home (Claim No. 6869);

335. IBM, NY (Claim No. 6876);

336. Children's Hospital, NY (Claim No. 6880);

337. Mercedes Benz of Seagate, NJ (Claim No. 6899);

338. 555 Olympus Properties (Claim No. 9684);

339. Harrah's Lake Tahoe, NV (Claim No. 10509);

340. Jamestown Mall, MO (Claim No. 10793);

341. Ferguson-Florissant Reorganized School District, MO (Claim No. 10795);

342. Equitable Building, MO (Claim No. 10796);

343. Continental Telephone Co., MO (Claim No. 10797);

344. Baptist Lutheran Memorial Hospital, MO (Claim No. 10799);

345. The State-Whitehall Co., NY (Claim No. 10960);

346. Old National City Bank, IN (Claim No. 10961);

347. Tender Elderly Care, WI (Claim No. 10965);

348. First Memphis Plaza, TN (Claim No. 10966);

349. DLPST Office Building, PA (Claim No. 10967);

350. The Children's Institute, PA (Claim No. 10968);

351. Citizens General Hospital, PA (Claim No. 10969);

352. Bell Telephone Co., PA (Claim No. 10971);

353. Armstrong County Memorial Hospital, PA (Claim No. 10972);

354. Blue Cross Building, NC (Claim No. 10974);

355. Lakeside Memorial Hospital, NY (Claim No. 10975);

356. Calgary Bd. of Education – Glenmeadows (Claim No. 12449);

357. Calgary Bd. of Education – Greenview (Claim No. 12450);

358. Calgary Bd. of Education – Haysboro (Claim No. 12451);

359. Calgary Bd. of Education – Henry Wise Wood (Claim No. 12452);

360. Calgary Bd. of Education – Huntington Hills Elementary (Claim No. 12453);

361. Calgary Bd. of Education – James Fowler High (Claim No. 12454);

362. Calgary Bd. of Education – Killarney Elementary (Claim No. 12455);

363. Calgary Bd. of Education – King Edward Elementary (Claim No. 12456);

364. Calgary Bd. of Education – Kingsland Elementary (Claim No. 12457);

365. Calgary Bd. of Education – Knob Hill Elementary (Claim No. 12458);

366. Calgary Bd. of Education – Lakeview School (Claim No. 12459);

367. Calgary Bd. of Education – Langevin Elementary (Claim No. 12460);

368. Calgary Bd. of Education – Lord Beavercreek High (Claim No. 12461);

369. Calgary Bd. of Education – Lord Shaughnessy High (Claim No. 12462);

370. Calgary Bd. of Education – Altadore Elementary (Claim No. 14885);

371. Bayshore Community Hospital, NJ (Claim Nos. 6901 & 11236);

372. Ohio Building, OH  (Claim No. 6916);

373. KARK-TV, Inc. – East Building, AR (Claim No. 9912);

374. KARK-TV, Inc. – West Annex, AR (Claim No. 9913);

375. Principal Global Investors, NH (Claim Nos. 10510, 10759);

376. Duluth Entertainment Convention Center, MN (Claim No. 10525);

377. Glen Oaks Club Inc., NY (Claim Nos. 10749 & 10948);

378. LaQuinta Inn, SC  (Claim Nos. 10845 & 10878);

379. Covil Insulation Company – Berea Industrial Par. (Claim Nos. 10848 & 10870);

380. Embarcadero Center #4, CA  (Claim No. 10885);

381. Embarcadero Center #3, CA (Claim No. 10886);

382. Embarcadero Center #2, CA (Claim No. 10887);

383. Embarcadero Center #1, CA  (Claim No. 10888);

384. West Chester Memorial, NY (Claim No. 10976);

385. Sparks Regional Med. Ctr., AR  (Claim No. 10977);

386. Fox Chapel Golf Club, PA (Claim No. 10978);

387. Corry Memorial Hospital, PA (Claim No. 10979);

388. Robinson Auditorium, AR (Claim No. 10980);

389. Crown Plaza Hotel, CA (Claim No. 10981);

390. Anderson Memorial Hospital, SC (Claim No. 11008);

391. Toronto District School Bd. –Bloor College (Claim No. 12303);

392. Toronto District School Bd. – Dewson Street (Claim No. 12305);

393. Toronto District School Bd. – 285 Indian Road Crescent (Claim No. 12309);

394. York University #4 (Claim No. 12324);

395. York University #2 (Claim No. 12325);

396. York University #8 (claim No. 12326);

397. Morguard Real Estate Investment Trust – Devonian (Claim No. 12426);

398. Avalon East School Board – Hazelwood Elementary (Claim No. 12491);

399. Saskatchewan Property Management Corporation – Royal Saskatchewan (Claim No. 12508);

400. Great West Life Insurance Building (Claim No. 12524);

401. Hudson Bay Company – Bay 1120 – Winnipeg (Claim No. 12525);

402. Hudson's Bay Company – Bay 1631 – Ottawa (Claim No. 12529);

403. Northwoodcare Inc. – Northwood Manor (Claim No. 12544);

404. Northwoodcare Inc. – Northwood Tower (Claim No. 12555);

405. Telus – Len Werry Bldg. (Claim No. 12589);

406. Hamilton School District – Delta (Claim No. 13950);

407. City of Edmonton – Idylwyde Health Clinic (Claim No. 12404);

408. Tulsa Assembly Center, OK  (Claim Nos. 6599 & 11139);

409. Hartford Hospital, CT (Claim No. 6620);

410. Cooper Theater, NE (Claim No. 10715);

411. Fresno Bee, CA  (Claim No. 10943);

412. First National Bank, CA (Claim No. 10944);

413. Allegheny General Hospital in Pittsburg, PA (Claim No. 10982);

414. West Lake, IL (Claim No. 10983);
415. Ravenswood Health Care Centers, IL (Claim No. 10984);
416. Southern Life & Health Ins., AL (Claim No. 10985);
417. Frick Hospital, PA (Claim No. 10986);
418. San Francisco Int'l. Airport, CA  (Claim No. 10989);
419. Pyramid Building, CA  (Claim No. 10990);
420. Westchester Jewish Center, NY (claim No. 11047);
421. Little Rock Zoo, AR (Claim No. 11086);
422. Geauga Regional Hospital, OH (Claim No. 11157);
423. Stella Maris (Cafeteria) Building, OH (claim No. 11176);
424. Trenton City Hall, MI (claim No. 11223);
425. Montgomery General Hospital, WV (Claim No. 11414);
426. Seattle Office Furniture, WA (Claim No. 11418);
427. Sears Roebuck Company, NM (Claim No. 11485);
428. Sears Department Store, NV (Claim No. 11486);
429. Sears Roebuck, NV (Claim No. 11487);
430. Sears Roebuck, IA (Claim No. 11499);
431. New Municipal Building, NY (Claim No. 11595);
432. Ebenezer Building, NY (Claim No. 11698);
433. Bear Valley Shopping Ctr., CO (Claim No. 11711);
434. Mile High Medical Arts Bldg., CO (Claim No. 11712);
435. Colorado Springs Chamber of Commerce, CO (Claim No. 11714);
436. Eastside Financial Center, KS (Claim No. 11715);
437. Commerce Bank and Trust, KS (Claim No. 11716);
438. Rivergate Mall (Tenant Walgreen Drugs), TN (Claim No. 11720);
439. Fraser Health Authority – Royal Colombian Hospital (Claim No. 12300);
440. Fraser Health Authority – Sherbrooke Center (Claim No. 12302);
441. Coca-Cola Enterprises, Inc. –Ukiah, CA Sales Center (Claim No. 12318);
442. Coca-Cola Enterprises, Inc. – Colorado Springs Sales Center (Claim No. 12319);
443. Coca-Cola Enterprises, Inc. –Kauai, Hawaii Sales Center (Claim No. 12320);
444. Ryerson University – Howard Kerr Bldg. (Claim No. 12328);
445. Calgary Bd. Of Education – Capital Hill (Claim No. 12413);
446. First National Bank, PA (Claim No. 10997);
447. UPMC Shadyside – Hilman Cancer Center, PA (Claim No. 10999);
448. Long Island Jewish Hospital, NY (Claim No. 11000);
449. Mobil Oil, NY (Claim No. 11001);
450. Temple Adath Yesyran, NY (Claim No. 11002);
451. Schuyler Hospital, NY (Claim No. 11003);
452. Y.W.C.A. of the Hartford Region, CT (Claim No. 11005);
453. Wells Fargo Bank, CA (Claim No. 11007);
454. Folger Building, CA (Claim No. 11009);
455. The State – Whitehall Company, NY (Claim No. 11010);

456. Far-Mar Company, MO (Claim No. 11011);
457. Crocker Plaza Company – One Post Street, CA (Claim No. 11012);
458. Plauche Office Building, LA (Claim No. 11213);
459. Virtua Health – West Jersey Hospital Voorhees, NJ (Claim No. 11226);
460. Wellington Hall Nursing Home Care Center, NJ (Claim No. 11399);
461. First National Bank of Franklin County, MA (Claim No. 11514);
462. Gateway Mall Shopping Center & Sears Store Building (Claim No. 11518);
463. First Community Bancshares, Inc., WV (Claim No. 11566);
464. Duke Power Company, NC (Claim No. 11585);
465. Draymore Manufacturing Co., NC (Claim No. 11586);
466. Winnipeg – Redcliff (Claim No. 11620);
467. School District 68 Nanaimo – Ladysmith – Bayview Elementary (Claim No. 11621);
468. Bristol Investments – Villa Monaco (Claim No. 11636);
469. Renewal Shopping Mall – Building #2 Burlin. (Claim Nos. 11717 & 11718);
470. University of Western Ontario (Claim No. 12295);
471. Calgary Bd. Of Education – Crescent Heights (Claim No. 12351);
472. Calgary Bd. Of Education – Dr. Oakley (Claim No. 12352);
473. Calgary Bd. Of Education – Elboya Elementary (Claim No. 12353);
474. Calgary Bd. Of Education – Ernest Manning (Claim No. 12354);
475. British Columbia Institute – SW14 (Claim No. 12355);
476. Calgary Bd. Of Education – Eugene Coste (Claim No. 12356);
477. Calgary Bd. Of Education – Fairview (Claim No. 12357);
478. Calgary Bd. Of Education – FE Osborne (Claim No. 12358);
479. Calgary Bd. Of Education – Forest Lawn (Claim No. 12359);
480. Calgary Bd. Of Education – George P. Vanier (Claim No. 12360);
481. Calgary Bd. Of Education – Glamorgan (Claim No. 12361);
482. Edmonton Public Schools – Garneau (Claim No. 12560);
483. Nebraska Methodist Hospital, NE (Claim Nos. 6697 & 11252);
484. 10 Hanover Square Building c-o The Whitkoff Group, NY (Claim No. 6893);
485. First Tennessee Bank Bldg. 1, TN (Claim No. 10533);
486. First Tennessee Bank Bldg. 2, TN (Claim No. 10534);
487. Lombard Street Apts., CA (Claim No. 10729, 11118, 1150);
488. Kaiser Permanente Medical Ctr., CA (Claim No. 10991);
489. Security Pacific National Bank, CA (Claim No. 10992);
490. Permanent Federal Bank, IN (Claim No.10994);
491. Masonic Bldg., CA (Claim No. 10996);
492. Union Bank of California Center, WA (Claim No. 11427);
493. Daycare Center, NY (Claim No. 11432);
494. Sioux Valley Hospitals & Health System – USD Medical (Claim No. 11447);
495. Cosmat Center, DC (Claim No. 11541);
496. Cottages – Jr. Village, DC (Claim No. 11542);

497. Metal Litho U. S. Can Company, NJ (Claim No. 11575);

498. University of Toronto (Claim No. 11619);

499. School District 68 Nanaimo – Ladysmith – Chase River Elementary (Claim No. 11622);

500. School District 68 Nanaimo – Ladysmith – Cedar Jr. Secondary (Claim No. 11626);

501. School District 68 Nanaimo – Ladysmith – Nanaimo District Ser. (Claim No. 11627);

502. School District 68 Nanaimo – Ladysmith – Seaview (Claim No. 11630);

503. Calgary Bd. Of Education – Chinook Park (Claim No. 12414);

504. Carlton University – Russell Granville (Claim No. 12415);

505. Carlton University – Loeb (Claim No. 12416);

506. Carlton University – Glengary House (Claim No. 12417);

507. Carlton University – The Commons (Claim No. 12418);

508. Carlton University – Dunton Tower (Claim No. 12419);

509. Carlton University – Robertson Hall (Claim No. 12420);

510. Carlton University – Patterson Hall (Claim No. 12434);

511. Calgary Bd. Of Education – Thomas B. Riley (Claim No. 12435);

512. Calgary Bd. Of Education – Varsity Acres (Claim No. 12437);

513. Calgary Bd. Of Education – Vincent Massey Junior High (Claim No. 12438);

514. Calgary Bd. Of Education – Viscount Bennett (Claim No. 12439);

515. York University #6 (Claim No. 12327);

516. Liberty Mutual Insurance Building, PA (Claim No. 11013);

517. Transamerica, CA (Claim No. 11014);

518. Encino – Tarzana Regional, CA (Claim No. 11015);

519. St. Mary's Medical Center, CA (Claim No. 11016);

520. Senior Citizens Village, CA (Claim No. 11017);

521. Santa Teresa Medical Office Building, CA (Claim Nos. 11018 & 11227);

522. Quantas Office Bldg., CA (Claim No. 11019);

523. Pacific Gas & Electric, CA (Claim No. 11020);

524. Pacific Gas & Electric, CA (Claim No. 11021);

525. Nob Hill Apartments, CA (Claim No. 11022);

526. Mercy Hospital, CA (Claim No. 11023);

527. Salinas Valley Memorial Hospital, CA (Claim No. 11025);

528. John Muir Medical Center f.k.a. John Muir Hospital, CA (Claim No. 11026);

529. Security Pacific Bank Bldg., CA (Claim No. 11028);

530. Eastman Kodak, Bldgs. 213, NY (Claim No. 11029);

531. Eastman Kodak, Bldgs. 317, NY (Claim No. 11030);

532. Eastman Kodak, Bldgs. 211, NY (Claim No. 11031);

533. Eastman Kodak Bldgs. 82, NY (Claim No. 11032);

534. Santa Rosa Memorial Hospital, CA (Claim No. 11034);

535. Eastman Kodak Bldgs. 69, NY (Claim No. 11035);

536. Eastman Kodak Bldgs. 9, NY (Claim No. 11038);

537. Duane Arnold Energy Center, IA (Claim No. 11040);

538. Cherry Creek Shopping Center, CO (Claim No. 11041);

539. Grant Village Apartments, NY (Claim No. 11043);

540. Wells Fargo Building, CA (Claim No. 11045);

541. Titusville Area Hospital, PA (Claim Nos. 11106 & 11144);

542. Abbeville General Hospital, LA (Claim No. 11133);

543. Largo Properties – CB Richard Ellis, CT (Claim No. 11146);

544. Housing for Elderly, CT (Claim No. 11147);

545. Des Moines Savings, IA (Claim No. 11152);

546. YWCA of Greater Des Moines, IA (Claim No. 11153);

547. Benefit Trust, IL (Claim No. 11155);

548. Juvenile Detention Center, IL (Claim No. 11156);

549. Diamond Building, OH (Claim No. 11175);

550. The Elisabeth Severance Prentiss Center, OH (Claim No. 11436);

551. Calgary Bd. Of Education – Hosscarrock Elementary (Claim No. 12291);

552. Calgary Bd. Of Education – RT Alderman (Claim No. 12292);

553. Calgary Bd. Of Education – Southwood (Claim No. 12293);

554. Calgary Bd. Of Education – Sunalta (Claim No. 12294);

555. University of Guelph (Claim No. 12329);

556. City Hall, CA (Claim No. 11048);

557. New York Telephone Company, NY (Claim No. 11049);

558. Union Bank of CA, CA (Claim No. 11050);

559. 22 Cortland Street Building, NY (Claim No. 11051);

560. Kaiser Permanente Medical Ctr., CA (Claim No. 11052);

561. Kaiser Permanente Medical Ctr., CA (Claim No. 11053);

562. Kaiser Permanente Medical Ctr., CA (Claim No. 11054);

563. Folger Building #2 a.k.a. Folger Building Addition, CA (Claim No. 11055);

564. Connecticut Light & Power Co., CT (Claim No. 11056);

565. Whitney Manor, CT (Claim No. 11057);

566. Brandy Bordman Contractor, CT (Claim No. 11058);

567. E. H. Coon Company, CT (Claim No. 11059);

568. Southern New England Telephone Co., CT (Claim No. 11061);

569. Rehabilitation & Diagnostic Center, CT (Claim No. 11062);

570. Corporate Place, IA  (Claim No. 11063);

571. Principal Global Investors, IA (Claim No. 11064);

572. Palos Community Hospital, IL (Claim No. 11066);

573. Waukegan Public Library, IL (Claim No. 11068);

574. Ford City Bank Addition, IL (Claim No. 11069);

575. Underwriters Laboratory – Follow-Up Services Bldg., IL (Claim No. 11070);

576. Executive Club, IL (Claim No. 11071);

577. Blue Cross Building, MI (Claim No. 11074);

578. Torrance State Hospital, PA (Claim No. 11085);

579. Geauga Regional Hospital, OH (Claim No. 11157);

580. Fulton County Health Center, OH (Claim No. 11158);

581. Daughters of St. Paul Book Store, OH (Claim No. 11160);
582. Allstate Insurance Company, OH (Claim No. 11161);
583. Regency #2, NE (Claim No. 11167);
584. Weirton Lumber Company, WV (Claim No. 11172);
585. Stella Maris (Cafeteria) Building, OH (Claim No. 11176);
586. Shaker Heights Police Department Station, OH (Claim No. 11177);
587. Centinental Center, OH (Claim No. 11178);
588. Ohio Savings Plaza Bldgs., OH (Claim No. 11179);
589. Cigna Financial Services, CT (Claim No. 11180);
590. Downey Community Hospital, CA (Claim No. 11183);
591. Arlington International Racecourse, IL (Claim No. 11184);
592. Springfield Journal, MA  (Claim No. 11510);
593. Villa St. Charles, LA (Claim No. 11528);
594. Toronto District School Bd. – Withrow Avenue Junior (Claim No. 12317);
595. Office & Service Center – United Fuel & Gas Co., WV (Claim No. 11705);
596. Burgdorf Building, CT (Claim No. 11027);
597. Century City Hospital, CA (Claim No. 11080);
598. Colombia Presbyterian Medical Center, NY (Claim No. 11087);
599. Park Ridge Nursing Home, NY (Claim No. 11088);
600. Newmark & Company, NY (Claim No. 11089);
601. YMCA of Greater Waterbury, CT (Claim No. 11092);
602. Blue Cross-Blue Shield Building, NC (Claim No. 11095);
603. DeGraff Memorial Hospital, NY (Claim No. 11096);
604. Cobble Hill Nursing Home, NY (Claim No. 11097);
605. Columbia Memorial Hospital, NY (Claim No. 11098);
606. 55 Water Street Building, NY (Claim No. 11099);
607. Two New York Plaza, NY (Claim No. 11100);
608. Nassau Coliseum, NY (Claim No. 11101);
609. Chicago Historical Society (2 Bldgs.), IL (Claim No. 11104);
610. Westmoreland Regional Hospital, PA (Claim No. 11105);
611. Athelstan Club, AL (Claim No. 11111);
612. Columbia Four Rivers Med. Ctr., AL (Claim No. 11112);
613. CSAA Bldg., CA (Claim No. 11115);
614. DelMonte Bldg., CA (Claim No. 11116);
615. Huntington Beach Hospital, CA (Claim No. 11117);
616. Blue Cross Blue Shield Bldg., KS (Claim No. 11119);
617. Jenny Edmundson Hospital, IA (Claim No. 11120);
618. First National Bank, PA (Claim No. 11121);
619. Cedarbrook Fountain Hill Nursing Home, PA (Claim No. 11122);
620. Goodwill – Community Learning Center, WA (Claim No. 11123);
621. Gundersen Lutheran Medical Center, WI (Claim No. 11124);
622. St. Anthony's Regional Hospital & Nursing Home, IA (Claim No. 11125 & 11151);
623. Blue Cross Building, CT (Claim No. 11126);

624. Blue Cross, CO (Claim No. 11127);
625. 1900 Avenue of the Stars, CA (Claim No. 11130);
626. Willis-Knighton Hospital Clinic, LA (Claim No. 11131);
627. Causeway Office Bldg. #2, LA (Claim No. 11134);
628. Central Plaza, OR (Claim No. 11135);
629. Wells Fargo Center, OR (Claim No. 11137);
630. Woodhaven Mall – Babies-R-Us, PA (Claim No. 11187);
631. W. F. Hinchey Construction, PA (Claim No. 11188);
632. Lehman Township Municipal Building, PA (Claim No. 11190);
633. Herald-Standard Newspaper, PA (Claim no. 11191);
634. Sunbury Housing Authority, PA (Claim No. 11192);
635. Belmont Telephone, OR (Claim No. 11136);
636. Williams Centre Management, OK (Claim No. 11138);
637. Tulsa Performing Arts Center, OK (Claim No. 11140);
638. Granziano Building, PA (Claim No. 11142);
639. General Electric Corporation Headquarters, CT (Claim No. 11148);
640. Gant Shirt Co., CT (Claim No. 11149);
641. Ramada Inn Executive Center, NE (Claim No. 11169);
642. Jefferson Pilot Financial Insurance Company, NE (Claim No. 11170);
643. Bank of Oklahoma Mortgage, OK (Claim No. 11185);
644. Philadelphia Electric Company c-o & Represented by Shein L. (Claim No. 11201);
645. Centrecrest Home – Nursing Facilities Addition, PA (Claim No. 11202);
646. ProAm Northeast, Inc., PA (Claim No. 11203);
647. New Grease Building, PA (Claim No. 11204);
648. Causeway Office Bldg. #1, LA (Claim No. 11205);
649. Lafayette General Medical Center, LA (Claim No. 11207);
650. Lady of Lourdes Regional Medical Center, LA (Claim No. 11208);
651. Earl K. Long Medical Center, LA (Claim No. 11210);
652. Convention Hall for City of Shreveport, LA (Claim No. 11211);
653. U. S. National Bank (Historic), OR (Claim No. 11217);
654. Mid-Michigan Health Center, MI (Claim No. 11218);
655. Children's Hospital, PA (Claim No. 11242);
656. Southwestern Bell, AR (Claim No. 11244);
657. Great Plains Insurance Company, WY (Claim No. 11246);
658. Cagle Office Building c-o Martin Cannon, Esquire, NE (Claim No. 11248);
659. St. Luke's Hospital Job, IA (Claim No. 11249);
660. Banner Good Samaritan, AZ (Claim No. 11251);
661. Panda Prints, PA (Claim No. 11257);
662. Oregon Auto, OR (Claim No. 11259);
663. Meridian Building, OR (Claim No. 11261);
664. Hamilton School District – Mount Hope (Claim No. 11676);
665. Hamilton School District – Parkdale (Claim No. 11677);
666. Hamilton School District – Pauline Johnson (Claim No. 11678);
667. Hamilton School District – Ryerson (Claim No. 11679);

668. Hamilton School District – Sherwood Heights (Claim No. 11680);
669. Hamilton School District – Sir Allan McNabb (Claim No. 11681);
670. Hamilton School District – Sir John A. MacDonald (Claim No. 11682);
671. Hamilton School District – Westdale (Claim No. 11683);
672. Hamilton School District – Highland (Claim No. 11675);
673. New Britain General Hospital, CT (Claim No. 11145);
674. Regency Lake and Tennis Club, NE (Claim No. 11168);
675. Kings Mountain Hospital, NC (Claim No. 11173);
676. Sinai – Grace Hospital, MI (Claim No. 11219);
677. Robbins Tower c-o Hallwood Real Estate, MI (Claim No. 11220);
678. Saginaw Civic Center, MI (Claim No. 11221);
679. St. Joseph Hospital, MI (Claim No. 11222);
680. Tower Apartment Building, CA (Claim No. 11225);
681. Sherman Bldg., Twin Towers, CA (Claim No. 11228);
682. Pacific Heights Apts., CA (Claim No. 11229);
683. Kong Chow Benevolent Bldg., CA (Claim No. 11230);
684. Crocker Plaza, CA (Claim No. 11231);
685. Continental Bldg., CA (Claim No. 11232);
686. Embarcadero PG&E, CA (Claim No. 11233);
687. Advocate Illinois Masonic Medical Center, IL (Claim No. 11234);
688. Washington Trust Financial Center (Main Branch), WA (Claim No. 11235);
689. Sacred Heart Medical Center, OR (Claim No. 11240);
690. St. Joseph Hospital, NY (Claim No. 11243);
691. Hamilton School District – Sherwood High (Claim No. 11322);
692. Hamilton School District – Scott Park (Claim No. 11323);
693. Health Center, CA (Claim No. 11385);
694. Stockton-San Joaquin City Public Library, CA (Claim No. 11386);
695. Cherry Hill Mall, NJ (Claim No. 11387);
696. Elizabeth General Medical Center, NJ (Claim No. 11388);
697. Molecular Dielectric, NJ (Claim No. 11390);
698. Bristol Investments – Silver Manor (Claim No. 11648);
699. Hamilton School District – Ancaster High (Claim No. 11664);
700. Hamilton School District – Barton (Claim No. 11665);
701. Hamilton School District – Bell Stone (Claim No. 11666);
702. Hamilton School District – Buchanan (Claim No. 11667);
703. Hamilton School District – Cardinal Heights (Claim No. 11668);
704. Hamilton School District – Dale Wood (Claim No. 11669);
705. Hamilton School District – Education Centre (Claim No. 11670);
706. Hamilton School District – Glen Brae (Claim No. 11671);
707. Hamilton School District – Glendale (Claim No. 11672);
708. Hamilton School District – Grange (Claim No. 11673);
709. Hamilton School District – Greenville (Claim No. 11674);
710. Anderson Memorial Hospital, SC (Claim No. 9914);
711. Anderson Memorial Hospital, SC (Claim No. 9911);
712. 333 East Onadaga Street, NY (Claim No. 11444);

713. CNA Plaza Headquarters, IL (Claim No. 11530);
714. St. Luke's Baptist Hospital, NE (Claim No. 11247);
715. Blue Cross Bldg., CA (Claim No. 11250);
716. Downtown Lincoln, Nebraska YMCA Branch, NE (Claim No. 11253);
717. Uihlein Mercy Center, NY (Claim No. 11254);
718. Wood County Bank, WV (Claim No. 11255);
719. AAA Distributing Office, OR (Claim No. 11256);
720. Ohio Valley Medical Center (Education Bldg.), WV (Claim No. 11258);
721. North Pacific Plaza Building c-o Mayfield Management Co. (Claim No. 11260);
722. McKenzie Willamette Medical Center, OR (Claim No. 11262);
723. Keller Building f.k.a. Albert Keller Memorial Hospital, MO (Claim No. 11384);
724. Virtua West Jersey Hospital Marlton, NJ (Claim No. 11389);
725. Gateway II, NJ (Claim No. 11391);
726. Home for the Aged, NJ (Claim No. 11392);
727. Kennedy Health System, NJ (Claim No. 11393);
728. Jersey Shore Convalescent Center, NJ (Claim No. 11394);
729. Raritan River Center, NJ (Claim No. 11396);
730. Airport 17 Office Building, NJ (Claim No. 11398);
731. Indiana Convention Center and RCA Dome, IN (Claim No. 11402);
732. Indiana Bell Telephone Bldg. Addition, IN (Claim No. 11403);
733. Albany Avenue Branch, CT (Claim No. 11405);
734. Village Fair Mall, MS (Claim No. 11406);
735. Kings Daughter Hospital, MS (Claim No. 11407);
736. National Bank of Commerce, MS (Claim No. 11409);
737. City Auditorium Job, MS (Claim No. 11410);
738. Kanawha Valley Building, WV (Claim No. 11411);
739. BB&T Branch Offices, WV (Claim No. 11412);
740. 110 Plaza, NY (Claim No. 11415);
741. 100 Wall Street, NY (Claim No. 11416);
742. Cabrini Medical Tower, WA (Claim No. 11419);
743. The Homeplace of Mondovi Hospital, WI (Claim No. 11422);
744. Associated Commercial Mortgage, Inc., WI (Claim No. 11423);
745. Emmanuel Home, MN (Claim No. 11424);
746. Major League Shopping Center, MN (Claim No. 11426);
747. Presidential Towers Condominium, MD (Claim No. 11428);
748. Sentara Williamsburg Community Hospital, VA (Claim No. 11430);
749. Bambergers, NY (Claim No. 11433);
750. Alexander's Department Store, NY (Claim No. 11434);
751. Brainard Management, OH (Claim No. 11438);
752. Benjamin Branch Public Library, NC (Claim No. 11589);
753. Gateway Shops, IL (Claim No. 11531);
754. I.B.M. Bldg., IL (Claim No. 11532);
755. Merchandise Mart Plaza, IL (Claim No. 11533);
756. Denver Square – Anaconda Bldg., CO (Claim No. 11534);

757. Northern Colorado Medical Center – Hospitality House, CO (Claim No. 11535);
758. Mountain Bell, CO (Claim No. 11536);
759. IBM Office Building, CT (Claim No. 11537);
760. Office Facility for Broad Street Assoc., CT (Claim No. 11538);
761. Westport Office Bldg., CT (Claim No. 11539);
762. City Line Towers, DC (Claim No. 11540);
763. Dart Drug, DC (Claim No. 11543);
764. Fanny Mae f.k.a. Equitable Life Insurance, DC (Claim No. 11544);
765. Cordova Mall (Gayfers Department Store), FL (Claim No. 11546);
766. Pratt-Whitney Job, FL (Claim No. 11547);
767. Atlanta Marriott Century Center, GA (Claim No. 11549);
768. Dodge County Hospital, GA (Claim No. 11550);
769. First National Bank Job, GA (Claim No. 11551);
770. Caterpillar Tractor Company Admin. Bldg., IL (Claim No. 11553);
771. Kaiser Permanente Hospital, CA (Claim No. 11554);
772. Carson Pirie Scott Store – Store #537, IL (Claim No. 11555);
773. Kaufmann's Department Store, PA (Claim No. 11558);
774. Lake Erie College of Osteopathic Medicine, PA (claim No. 11559);
775. Fenestra Division of Marmon Group, Inc., PA (Claim No. 11560);
776. NCR Corporation, OH (Claim No. 11561);
777. Natural Distillers, OH (Claim No. 11562);
778. Bank of America, NC (Claim No. 11564);
779. Virginia Hospital Center, VA (Claim No. 11567);
780. Virginia Hospital Center 2-2, VA (Claim No. 11568);
781. Apartments for the Elderly, VA (Claim No. 11569);
782. American National Bank & Trust, VA (Claim No. 11570);
783. National Distillers Chemical Company, TN (Claim No. 11571);
784. Harry C. Levy Gardens, NV (Claim No. 11572);
785. Sutton Plaza Office Building, NJ (Claim No. 11573);
786. Woodbridge Center, NJ (Claim No. 11574);
787. Long Distance Switching Center, NJ (Claim No. 11577);
788. Ingersol-Rand Co., NJ (Claim No. 11578);
789. Eliot Hospital, NH (Claim No. 11579);
790. Southpark Shopping Center c-o Management Offices (Claim No. 11580);
791. Bank of America, NC (Claim No. 11581);
792. Bristol Investments – Daylin Manor (Claim No. 11647);
793. Bank of Asheville, NC (Claim No. 11590);
794. Wegman Store, NY (Claim No. 11592);
795. W.G.N.Y. (Claim No. 11593);
796. Tonawanda City Police, NY (Claim No. 11594);
797. Olian Nursing Home (Claim No. 11596);
798. King David Manor, NY (Claim no. 11597);
799. Ford Manhattan Building, NY (Claim No. 11599);
800. Beech-Nut Company, NY (Claim No. 11600);

801. A & S Building, NY (Claim No. 11602);

802. Trustmark National Bank, MS (Claim No. 11603);

803. Wells Fargo Bank, MN (Claim No. 11604);

804. State of Michigan Plaza, MI (Claim No. 11605);

805. Holiday Inn, ND (Claim No. 11606);

806. Hudson's Bay Company – Zellers 347 (Claim No. 11618);

807. School District 68 Nanaimo – Ladysmith – Cilaire Elementary (Claim No. 11623);

808. School District 68 Nanaimo – Ladysmith – Ladysmith (Claim No. 11625);

809. School District 68 Nanaimo – Ladysmith – Princess Anne (Claim No. 11628);

810. School District 68 Nanaimo – Ladysmith – Rutherford (Claim No. 11629);

811. School District 68 Nanaimo – Ladysmith – Woodlands (Claim No. 11632);

812. Bristol Investments – Parkview Manor (Claim No. 11633);

813. Bristol Investments – Regency Court (Claim No. 11634);

814. Bristol Investments – Regency Square (Claim No. 11635);

815. Bristol Investments – Villa Monaco (Claim No. 11636);

816. Bristol Investments – Hampton Apts. (Claim No. 11638);

817. Bristol Investments – Braemar Gardens (995 Adair Ave.) (Claim No. 11640);

818. Bristol Investments – Braemar Gardens (985 Adair Ave.) (Claim No. 11641);

819. Bristol Investments – Kingsley Manor (Claim No. 11642);

820. Bristol Investments – Berkeley Manor (Claim No. 11643);

821. Bristol Investments – Gary Manor (Claim No. 11644);

822. Bristol Investments – Shelley Court (Claim No. 11645);

823. Bristol Investments – Cheryl Manor (Claim No. 11646);

824. CNA Plaza Headquarters, IL (Claim No. 11530);

825. Union Bank & Trust, SD (Claim No. 11448);

826. Appletree Bay Medical Center (VA Outreach Clinic), VT (Claim No. 11450);

827. United Way International Headquarters, VA (Claim No. 11451);

828. Roanoke Civic Center, VA (Claim No. 11453);

829. National Starch & Chemical Company, VA (Claim No. 11454);

830. Friendship Manor, VA (Claim No. 11455);

831. Virginia Bank & Trust Company, VA (Claim No. 11456);

832. Bank of the James Building, VA (Claim No. 11457);

833. Wellmont Lonesom Pine Hospital, VA (Claim No. 11458);

834. Shelby County Division of Health Services, TN (Claim No. 11460);

835. Southwyck Shopping Center – Montgomery Ward, OH (Claim No. 11462);

836. United Banking & Trust Company Building, OH (Claim No. 11463);

837. Mary Washington Hospital, VA (Claim No. 11484);

838. **Sears Shopping Center, NY (Claim No. 11488);**
839. **Sears & Grant Building, WI (Claim No. 11489);**
840. **Sears Roebuck, SD (Claim No. 11490);**
841. **Sears & Roebuck, Westland Shopping Center, CO (Claim No. 11491);**
842. **Sears Roebuck, CA (Claim No. 11492);**
843. **Sears Roebuck, CA (Claim No. 11493);**
844. **Sears Roebuck, CA (Claim No. 11494);**
845. **Sears Roebuck, CA (Claim No. 11495);**
846. **Sears Roebuck, CA (Claim No. 11496);**
847. **Sears Roebuck, CA (Claim No. 11497);**
848. **Sears Roebuck, CA (Claim No. 11498);**
849. **Sears Roebuck Bldg., IL (Claim No. 11500);**
850. **Sears & Roebuck – Morristown Mall, NJ (Claim No. 11501);**
851. **Sears & Roebuck, MN (Claim No. 11502);**
852. **First Security Bank, MS (Claim No. 11503);**
853. **Western Union Centralized Telephone, MO (Claim No. 11504);**
854. **Augusta Civic Center, ME (Claim No. 11506);**
855. **Ardwick Ardmore Industrial Center (Dart Drug Inc.), MD (Claim No. 11508);**
856. **Worcester Center, MA (Claim No. 11509);**
857. **Bank of Western Massachusetts, MA (Claim No. 11512);**
858. **Sears, Roebuck & Co., MD (Claim No. 11515);**
859. **Sears Roebuck Company, NC (Claim No. 11516);**
860. **Sears Job, NC (Claim No. 11517);**
861. **American Can Company, IN (Claim No. 11519);**
862. **Camelot Club, LA (Claim No. 11522);**
863. **Oakwood Shopping Center – Holmes Department Store, LA (Claim No. 11523);**
864. **Sears Roebuck, FL (Claim No. 11524)**

Dated: November 3, 2005
Wilmington, Delaware

Sworn to and subscribed before me
this 3RD day of November 2005

_____
Notary Public

My Commission Expires: 4 - 11 - 07

KIMBERLY A. BERRY
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 11, 2007

051020142634                                22