IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) | SS: |
| COUNTY OF NEW CASTLE | ) | |

I, _John Whitworth_, being duly sworn to oath, depose and say:

1. I am an individual of sound mind and am over the age of eighteen years of age.

2. I am an employee of Parcels, Inc.

3. On October 26, 2005, I caused to be served upon the parties on the attached service list and in the manner indicated thereon, true and correct copies of each of the respective Responses to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims of each of the parties and for each of the claims listed below:

    1. **Saint Vincent Health Center, claim 1-2, PA (Claim No. 11194);**
    2. **Holiday Inn North Hills, PA (Claim No. 11196);**
    3. **PNC Bank, PA (Claim No. 11198);**
    4. **Scottish Rite Cathedral, PA (Claim No. 11200);**
    5. **St. Joseph's Community Center, OH (Claim No. 11439);**
    6. **Trumbull Memorial Hospital, OH (Claim No. 11440);**
    7. **St. Joseph Health Center, OH (Claim No. 11441);**
    8. **White Motors, OH (Claim No. 11442);**
    9. **City of Albany, NY (Claim No. 11443);**

10. City of Vancouver – Kerrisdale Library (Claim No. 12344);
11. Toronto School District School Bd. – Queen Alexandria (Claim No. 12314);
12. Toronto School District School Bd. – Roden Junior (Claim No. 12315);
13. Toronto School District School Bd. – Western Tech (Claim No. 12316);
14. William Osler Health Centre (Claim No. 12322);
15. Westin Harbour Castle (Claim No. 12323);
16. Calgary Bd. Of Education – Senator Patrick Burns (Claim No. 12330);
17. Calgary Bd. Of Education – Sir James Lougheed (Claim No. 12331);
18. Calgary Bd. Of Education – Sir John A. MacDonald (Claim No. 12332);
19. Calgary Bd. Of Education – Sir Wilfrid Laurier (Claim No. 12333);
20. Calgary Bd. Of Education – Sir Winston Churchill (Claim No. 12334);
21. City of Vancouver – Commercial Bldg. (1420 Howe St.) (Claim No. 12335);
22. City of Vancouver – Cambie Yards (Claim No. 12336);
23. City of Vancouver – Commercial Bldg. (1830-1836 W. 5th St.) (Claim No. 12337);
24. City of Vancouver – Central Library (Claim No. 12338);
25. City of Vancouver – City Analyst – Police Museum (Claim No. 12339);
26. City of Vancouver – City Hall (Claim No. 12340);
27. City of Vancouver – Continental Hotel (Claim No. 12341);
28. City of Vancouver – Former Fletcher Lumber (Claim No. 12342);
29. Vancouver Bd. Of Parks & Recreation – Hastings C. C. (Claim No. 12343);
30. Calgary Bd. of Education – Mount Royal Junior High (Claim No. 12565);
31. Calgary Bd. of Education – A. E. Cross (Claim No. 12566);
32. Calgary Bd. of Education – Acadia Elementary (Claim No. 12567);
33. Calgary Bd. of Education – Alex Ferguson (Claim No. 12568);
34. Calgary Bd. of Education – Balmoral Junior High (Claim No. 12570);
35. Calgary Bd. of Education – Banff Trail (Claim No. 12571);
36. Calgary Bd. of Education – Bel Aire Elementary (Claim No. 12572);
37. Calgary Bd. of Education – Clinton Ford (Claim No. 12573);
38. Calgary Bd. of Education – Collingwood (Claim No. 12574);
39. Edmonton Public Schools – King Edward (Claim No. 12580);
40. Calgary Bd. of Education – Sunnyside Community (Claim No. 12585);
41. Calgary Bd. of Education – North Haven (Claim No. 12587);
42. Calgary Bd. of Education – Ogden Elementary (Claim No. 12588);
43. Calgary Bd. of Education – Parkdale Elementary (Claim No. 12590);
44. Calgary Bd. of Education – Queen Elizabeth High (Claim No. 12591);

45. Calgary Bd. of Education – Rideau Park Elementary (Claim No. 12592);
46. Calgary Bd. of Education – Rosedale Junior High (Claim No. 12593);
47. TransAmerica, AR (Claim Nos. 10666 & 11129);
48. Embarcadero Center #2, CA (Claim No. 10887);
49. Vancouver Bd. of Parks & Recreation – B. C. Pavilion (Claim No. 12477);
50. Embarcadero Center #1, CA (Claim No. 10888);
51. Century City Hospital, CA (Claim No. 11080);
52. Baptist Health Medical Center – Little Rock (Claim Nos. 10695, 10917 & 11128);
53. Hyatt Regency, Dallas, TX (Claim No. 9908);
54. Livingston Mall – Bambergers (Claim No. 10537);
55. Marin General Hospital, CA (Claim No. 10667);
56. Hyatt Regency, CA (Claim Nos. 10684 & 11233);
57. One Penn Plaza, NY (Claim No. 10704);
58. Kleine Department Store, NY (Claim No. 10716);
59. First Federal S&L, SC (Claim No. 10869);
60. Security National Bank, NY (Claim No. 10954);
61. Bristol Investments – Bakerview Apts. (Claim No. 11637);
62. Bristol Investments – Braemar Gardens (1000 Brunette Ave.) (Claim No. 11639);
63. 1199 SEIU, NY (Claim No. 11703);
64. Coca-Cola Enterprises, Inc. – N. Texas Division (Claim No. 12380);
65. City of Edmonton – Jasper Place Arena (Claim No. 12386);
66. Vancouver Bd. of Parks & Recreation – Trout Lake C. C. (Claim No. 12468);
67. Edmonton Public Schools – M.E. Lazerte (Claim No. 12486);
68. Avalon East School Board – Holy Heart of Mary School (Claim No. 12492);
69. Edmonton Public Schools – Lauderdale (Claim No. 12579);
70. Toronto District School Bd. – Perth Avenue Junior (Claim No. 12313);
71. Union Mutual Life Insurance, ME (Claim No. 11699);
72. Northampton Nursing Home, Inc., MA (Claim No. 11700);
73. University of New England, ME (Claim No. 11701);
74. 3 Hanover Plaza, NY (Claim No. 11704);
75. Mountain States Telephone, CO (Claim No. 11707);
76. Bell Telephone (Claim No. 11708);
77. West Farm Bureau Life Building, CO (Claim No. 11710);
78. Fraser Health Authority – Surrey Memorial (Claim No. 12296);
79. Fraser Health Authority – Burnaby Hospital (Claim No. 12297);
80. Fraser Health Authority – Ridge Meadows Hospital (Claim No. 12298);
81. Fraser Health Authority – Fellburn Care Center (Claim No. 12299);
82. Fraser Health Authority – MSA General Hospital (Claim No. 12301);

83. Toronto District School Bd. – Deer Park (Claim No. 12304);
84. Toronto District School Bd. – ElmLea Junior School (Claim No. 12306);
85. Toronto District School Bd. – Fairmount (Claim No. 12307);
86. Toronto District School Bd. – Humberside College (Claim No. 12308);
87. Toronto District School Bd. – Monarch Park (Claim No. 12310);
88. Toronto District School Bd. – Oakwood Collegiate Institute (Claim No. 12311);
89. Toronto District School Bd. – Old Administration (Claim No. 12312);
90. Edmonton Public Schools – Steele Heights (Claim No. 12545);
91. Edmonton Public Schools – Ritchie (Claim No. 12500);
92. Edmonton Public Schools – Ross Sheppard (Claim No. 12501);
93. Edmonton Public Schools – Rutherford (Claim No. 12502);
94. Edmonton Public Schools – Sherbrooke (Claim No. 12503);
95. Edmonton Public Schools – Spruce Avenue (Claim No. 12504);
96. British Columbia Institute – SW1 (Claim No. 12505);
97. British Columbia Institute – SW5 (Claim No. 12506);
98. British Columbia Institute – SW3 (Claim No. 12507);
99. ISPCO Inc. – ERW Mill Building (Claim No. 12510);
100. ISPCO Inc. – Rolling Mill Building (Claim No. 12511);
101. Hudson's Bay Company – Bay 1144-Calgary (Claim No. 12526);
102. Hudson's Bay Company – Bay 1164-Calgary (Claim No. 12528);
103. Hudson's Bay Company – Bay 1634-Ottawa (Claim No. 12530);
104. Hudson's Bay Company – Zellers 435-Calgary (Claim No. 12532);
105. Edmonton Public Schools – W.P. Wagner (Claim No. 12535);
106. CIBC (Claim No. 12536);
107. Edmonton Public Schools – Parkview (Claim No. 12537);
108. Edmonton Public Schools – Old Administration Bldg. (Claim No. 12538);
109. Time Life Building, NY (Claim No. 11697);
110. Imperial Premium Finance, LA (Claim No. 11525);
111. Louisiana National Bank Bldg., LA (Claim No. 11526);
112. Fisk Building and Investments, LA (Claim No. 11527);
113. Nugent Import Motors, IL (Claim No. 11529);
114. Guilford Mills, Inc., NC (Claim No. 11582);
115. NC Federal Savings & Loan, NC (Claim No. 11583);
116. Elks Lodge & Golf Club, NC (Claim No. 11584);
117. Computer Office Building, NC (Claim No. 11587);
118. Village Country Club West, NC (Claim No. 11588);
119. Hamilton School District – Westview (Claim No. 11684);
120. Boston Regional Medical Center, MA (Claim No. 11686);
121. Merchant's National Bank of Bangor, ME (Claim No. 11687);
122. Keystone Building c-o Spaulding and Slye Colliers Real Estate (Claim No. 11688);
123. Jordan Hospital, Inc., MA (Claim No. 11689);

124. Kindred Hospital Boston North Shore Cancer Center, MA (Claim No. 11691);
125. Muzzy's Day Square Florist, MA (Claim No. 11692);
126. First National Bank, MA (Claim No. 11693);
127. Franklin First Federal Credit Union, MA (Claim No. 11694);
128. Plaza Building, NY (Claim No. 11696);
129. Calgary Bd. of Education – Branton Junior High (Claim No. 12409);
130. City of Vancouver – Parkdale (Claim No. 12346);
131. City of Vancouver – Planetarium (Claim No. 12347);
132. Calgary Bd. of Education – Colonel Irvine (Claim No. 12348);
133. Calgary Bd. of Education – Colonel Macleod (Claim No. 12349);
134. Calgary Bd. of Education – Colonel Sanders (Claim No. 12350);
135. Calgary Bd. of Education – Glenbrook (Claim No. 12362);
136. Calgary Bd. of Education – Glendale (Claim No. 12363);
137. O&Y Tower (Claim No. 12365);
138. Coca-Cola Enterprises, Inc. – Houston, TX Bissonnet Facility (Claim No. 12373);
139. Coca-Cola Enterprises, Inc. – Laredo, TX (Main Warehouse) Claim No. 12374);
140. Coca-Cola Enterprises, Inc. – Cathedral City Sales Center, CA (Claim No. 12381);
141. Carlton University – McOdorum Library (Claim No. 12395);
142. Cadillac Fairview Mall – Fairmall Leasehold, Inc. (Claim No. 12396);
143. City of Edmonton – Chauncey Hall (Claim No. 12399);
144. City of Edmonton – Clarke Stadium (Claim No. 12400);
145. City of Edmonton – Davies Transit Garage (Claim No. 12401);
146. City of Edmonton – ERD Ambulance Station (Claim No. 12402);
147. City of Edmonton – ERD Station 12 (Claim No. 12403);
148. Calgary Bd. of Education – Belfast Elementary (Claim No. 12408);
149. Edmonton Public Schools – Queen Elizabeth (Claim No. 12499);
150. Calgary Bd. of Education – Briar Hill Elementary (Claim No. 12410);
151. Calgary Bd. of Education – Bridgeland Elementary (Claim No. 12411);
152. Calgary Bd. of Education – Cambrian Heights (Claim No. 12412);
153. Calgary Bd. of Education – Western Canada High (Claim No. 12440);
154. Calgary Bd. of Education – Westgate Elementary (Claim No. 12441);
155. Calgary Bd. of Education – Wildwood Elementary (Claim No. 12442);
156. Calgary Bd. of Education – William Aberhart (Claim No. 12443);
157. Calgary Bd. of Education – Woodman Junior High (Claim No. 12444);
158. Calgary Bd. of Education – Melville Scott Junior High (Claim No. 12463);
159. Calgary Bd. of Education – Milton William School (Claim No. 12464);
160. Telus – Plaza South Tower (Claim No. 12472);
161. Telus – William Farrel Bldg. (Claim No. 12473);
162. Grande Prairie Toll (Claim No. 12474);

163. Edmonton Public Schools – McQueen (Claim No. 12485);
164. Edmonton Public Schools – Mill Creek (Claim No. 12487);
165. Bank One, AZ (Claim No. 10665);
166. Coca Cola Enterprises, Inc., Amarillo, TX (Claim No. 12371);
167. Coca Cola Enterprises, Inc., Sherveport, LA (Claim No. 12369);
168. First Tennessee Bank Building 1, TN (Claim No. 10533);
169. Mt. Diablo Medical Center, CA (Claim No. 10732);
170. Alegent Health – Immanuel Medical Center, NE (Claim No. 10782).

Dated: November 3, 2005
Wilmington, Delaware

Sworn to and subscribed before me
this 3RD day of November 2005

Kimberly A. Berry
Notary Public

My Commission Expires: 4-11-07

KIMBERLY A. BERRY
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 11, 2007