# EXHIBIT A

Exhibit A

WR Grace & Co., ET AL.,
Time Detail- Conway, Del Genio, Gries & Co., LLC
For the Period of July 1, 2005 through September 30, 2005

Summary of Services Rendered by Project Category

| Category Code | Category Description | Jul-Sept 2005 Hours | Bankruptcy Case Cumulative Hours | Adversary Proceeding Cumulative Hours | Total Case Cumulative Hours |
|---|---|---|---|---|---|
| 7 | Committee (All) | 16.7 | 450.9 | 0.0 | 450.9 |
| 11 | Fee Applications, Applicant | 13.8 | 745.5 | 249.0 | 994.5 |
| 14 | Hearings | 10.0 | 46.4 | 0.0 | 46.4 |
| 20 | Travel - Non-working | 18.0 | 186.6 | 0.0 | 186.6 |
| 24 | Other | 6.1 | 129.2 | 5,058.2 | 5,187.4 |
| 26 | Business Analysis (for financial advisors) | 9.6 | 933.9 | 0.0 | 933.9 |
| 27 | Corporate Finance (for financial advisors) | 80.8 | 1,944.2 | 0.0 | 1,944.2 |
| 28 | Data Analysis (for financial advisors) | 0.0 | 507.2 | 0.0 | 507.2 |
|  | TOTAL | 155.0 | 4,943.9 | 5,307.2 | 10,251.1 |

## Exhibit A

### WR Grace & Co., ET AL.,
### Time Detail- Conway, Del Genio, Gries & Co., LLC
### For the Period of July 1, 2005 through September 30, 2005

**Summary of Services Rendered by Professional**

| *Name* | *Hours* |
|---|---|
| Gregory Boyer, Managing Director | 88.3 |
| Stephanie Jones, Associate | 56.8 |
| Kevin Glodowski, Analyst | 9.9 |
| **TOTAL** | **155.0** |

*Bankruptcy Time Reporting Log (AP)*

Client Name: WR Grace
Professional: All
Date: For the Period of July 1, 2005 through September 30, 2005

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | S. Jones | 07/01/05 | 24 | 0.1 | Receive and review e-mail from AD re: Nakayama nomination to EPA |
| WR Grace | G. Boyer | 07/06/05 | 7 | 0.1 | Review email from JS |
| WR Grace | G. Boyer | 07/06/05 | 27 | 0.5 | Receive and review e-mail from JS re: Debtors' motion to extend exclusivity; discuss same with SJ |
| WR Grace | G. Boyer | 07/06/05 | 27 | 0.2 | Review email and attachment re: exclusivity |
| WR Grace | G. Boyer | 07/06/05 | 27 | 2.0 | Review initial draft of expert report for exclusivity |
| WR Grace | K. Glodowski | 07/06/05 | 27 | 5.0 | Perform research and prepare analyses re: Debtors' motion to extend exclusivity |
| WR Grace | K. Glodowski | 07/06/05 | 27 | 0.5 | Various discussions with SJ re: exclusivity research and analyses |
| WR Grace | S. Jones | 07/06/05 | 27 | 4.5 | Perform research and prepare analyses re: Debtors' motion to extend exclusivity |
| WR Grace | S. Jones | 07/06/05 | 27 | 0.8 | Receive and review e-mail from JS re: Debtors' motion to extend exclusivity; discuss same with GB |
| WR Grace | S. Jones | 07/06/05 | 27 | 0.5 | Various discussions with KG re: exclusivity research and analyses |
| WR Grace | G. Boyer | 07/07/05 | 20 | 3.0 | Travel from NYC to Washington, DC for meeting with Grace |
| WR Grace | G. Boyer | 07/07/05 | 26 | 0.1 | Review email from JOC regarding 2nd quarter operating results conference call |
| WR Grace | S. Jones | 07/07/05 | 26 | 0.1 | Receive and respond to e-mail from JOC re: scheduling Debtors' 2Q review conference call |
| WR Grace | G. Boyer | 07/07/05 | 27 | 0.2 | Discuss preliminary findings re: exclusivity research with SJ |
| WR Grace | G. Boyer | 07/07/05 | 27 | 2.0 | Prepare for meeting with counsel; meet with counsel over dinner |
| WR Grace | K. Glodowski | 07/07/05 | 27 | 2.9 | Perform research and prepare analyses re: Debtors' motion to extend exclusivity; discuss same with SJ |
| WR Grace | S. Jones | 07/07/05 | 27 | 3.5 | Perform research and prepare analyses re: Debtors' motion to extend exclusivity; conversations with KG; discuss preliminary findings with GB |
| WR Grace | G. Boyer | 07/08/05 | 20 | 3.0 | Travel from Washington, DC to NYC after meeting with Grace |
| WR Grace | G. Boyer | 07/08/05 | 27 | 6.0 | Meeting with Grace regarding plan of reorganization |
| WR Grace | K. Glodowski | 07/08/05 | 27 | 1.5 | Perform research and prepare analyses re: Debtors' motion to extend exclusivity; discuss same with SJ |
| WR Grace | S. Jones | 07/08/05 | 27 | 2.7 | Perform research and prepare analyses re: Debtors' motion to extend exclusivity; conversations with KG |
| WR Grace | G. Boyer | 07/09/05 | 27 | 4.0 | Draft affidavit concerning exclusivity |
| WR Grace | G. Boyer | 07/09/05 | 27 | 2.0 | Review analysis prepared for exclusivity testimony |
| WR Grace | S. Jones | 07/11/05 | 11 | 0.1 | Fee Application: review status of outstanding payments |
| WR Grace | G. Boyer | 07/11/05 | 24 | 0.2 | Review email from AD regarding Nakayama's nomination |
| WR Grace | G. Boyer | 07/11/05 | 27 | 1.5 | Review debtors' report on exclusivity |
| WR Grace | G. Boyer | 07/11/05 | 27 | 0.3 | Review email from SJ regarding Davison |
| WR Grace | S. Jones | 07/11/05 | 27 | 1.9 | Perform research re: Grace Davison business; correspondence with GB re: same; draft affidavit |
| WR Grace | S. Jones | 07/11/05 | 27 | 0.7 | Receive and review e-mail from JS re: Debtors' report re: exclusivity extension |
| WR Grace | G. Boyer | 07/12/05 | 26 | 0.1 | Correspondence with JOC regarding 2nd quarter operating results conference call |
| WR Grace | G. Boyer | 07/12/05 | 27 | 6.0 | Receive and review e-mails from JS re: PD Committee Objection to Debtors' exclusivity extension; draft affidavit; various discussions same with SJ and JS re: same |
| WR Grace | G. Boyer | 07/12/05 | 27 | 0.5 | Various phone calls with JS regarding affidavit concerning exclusivity |
| WR Grace | S. Jones | 07/12/05 | 27 | 2.7 | Receive and review e-mail from JS re: PD Committee Objection to Debtors' exclusivity extension; revise affidavit and discuss same with GB and JS; finalize affidavit and forward to TT for filing |
| WR Grace | G. Boyer | 07/13/05 | 24 | 1.3 | Review email from JS and attached documents relating to the case management order |
| WR Grace | G. Boyer | 07/13/05 | 27 | 1.0 | Review e-mail from JOC re: Project Gamma; discuss same with SJ |
| WR Grace | S. Jones | 07/13/05 | 27 | 0.8 | Review e-mail from JOC re: Project Gamma; discuss same with GB |
| WR Grace | S. Jones | 07/13/05 | 27 | 0.3 | Review e-mail from JS re: PD Committee brief filed in opposition to extension of exclusivity |
| WR Grace | G. Boyer | 07/14/05 | 7 | 1.0 | Committee Conference Call |
| WR Grace | S. Jones | 07/14/05 | 7 | 1.0 | Committee Conference Call |
| WR Grace | G. Boyer | 07/14/05 | 24 | 1.0 | Review email from AD and corresponding documents relating to the case management order |
| WR Grace | S. Jones | 07/14/05 | 24 | 1.0 | Receive and review e-mail from AD re: Grace's brief supporting case management order |
| WR Grace | G. Boyer | 07/18/05 | 20 | 3.0 | Travel from NYC to Pittsburgh for Omnibus Hearing |
| WR Grace | G. Boyer | 07/19/05 | 14 | 5.0 | Attend preparatory meeting with counsel; attend omnibus hearing |
| WR Grace | G. Boyer | 07/19/05 | 20 | 3.0 | Travel from Pittsburgh to NYC after Omnibus Hearing and meetings with counsel |
| WR Grace | G. Boyer | 07/19/05 | 27 | 0.2 | Discuss various Debtors' motions with SJ |
| WR Grace | S. Jones | 07/19/05 | 27 | 1.0 | Receive and review e-mail from PZ re: various Debtors' motions; discuss same with GB |
| WR Grace | S. Jones | 07/21/05 | 7 | 0.5 | Committee Conference Call |
| WR Grace | S. Jones | 07/21/05 | 27 | 0.3 | Receive and review e-mail re: Debtors' motion related to the Owensboro lease |
| WR Grace | S. Jones | 07/25/05 | 27 | 0.8 | Receive and review e-mail from JOC re: various motions filed |
| WR Grace | G. Boyer | 07/27/05 | 27 | 0.5 | Discuss Debtors' acquisition motion with SJ and MK |
| WR Grace | S. Jones | 07/27/05 | 27 | 1.6 | Receive and review e-mail from MK re: Debtors' acquisition motion; review Davison operations and target information; analyze acquisition structure; discuss same with GB and MK |
| WR Grace | G. Boyer | 07/28/05 | 27 | 0.8 | Review email and attached motion regarding assigning a lease |
| WR Grace | G. Boyer | 07/28/05 | 27 | 0.5 | Review email from MK regarding asset sale motion |
| WR Grace | G. Boyer | 07/28/05 | 27 | 1.0 | Review email from MK regarding motion to acquire assets |
| WR Grace | G. Boyer | 07/29/05 | 14 | 1.0 | Review transcript from the July Omnibus Hearing |
| WR Grace | G. Boyer | 07/29/05 | 27 | 0.2 | Discuss Project Gamma with SJ |
| WR Grace | S. Jones | 07/29/05 | 27 | 0.9 | Receive and review Project Gamma purchase agreement; discuss key terms with GB |
| WR Grace | S. Jones | 08/03/05 | 11 | 4.0 | Prepare Fee Application |
| WR Grace | S. Jones | 08/03/05 | 26 | 0.3 | Receive and review Debtors' financial briefing package for 2Q05 |
| WR Grace | G. Boyer | 08/04/05 | 7 | 1.0 | Committee Conference Call |
| WR Grace | S. Jones | 08/04/05 | 7 | 1.0 | Committee Conference Call |
| WR Grace | G. Boyer | 08/04/05 | 11 | 2.0 | Review of fee application and discuss with SJ |
| WR Grace | S. Jones | 08/04/05 | 11 | 3.4 | Prepare Fee Application; discuss same with GB and make appropriate revisions |
| WR Grace | S. Jones | 08/04/05 | 11 | 0.1 | Receive and respond to e-mail from WHS re: 16th Interim Fee Application |
| WR Grace | G. Boyer | 08/04/05 | 27 | 0.7 | Call with MK regarding pending motions |
| WR Grace | G. Boyer | 08/04/05 | 27 | 0.7 | Conversation with SJ regarding pending motions |
| WR Grace | S. Jones | 08/04/05 | 27 | 0.7 | Conversation with GB regarding pending motions |
| WR Grace | G. Boyer | 08/05/05 | 11 | 0.8 | Review of fee application and discuss with S. Jones |
| WR Grace | S. Jones | 08/05/05 | 11 | 1.9 | Complete and forward 16th Monthly and Interim Fee Applications to FJ for filing |
| WR Grace | S. Jones | 08/05/05 | 11 | 0.2 | Correspondence with FJ re: 16th Monthly and Interim Fee Applications |
| WR Grace | S. Jones | 08/05/05 | 11 | 0.3 | Revise Fee Application and discuss final changes with GB |

*Bankruptcy Time Reporting Log (AP)*

Client Name: WR Grace
Professional: All
Date: For the Period of July 1, 2005 through September 30, 2005

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 08/08/05 | 7 | 1.0 | Committee Conference Call |
| WR Grace | S. Jones | 08/08/05 | 7 | 1.0 | Committee Conference Call |
| WR Grace | G. Boyer | 08/08/05 | 26 | 3.0 | Review financial information regarding Grace's 2nd quarter operating results in preparation for call with management on 8/9 |
| WR Grace | S. Jones | 08/08/05 | 26 | 3.6 | Review Debtors' financial briefing package for 2Q05 in preparation for conference call 8/9/05; perform related analyses |
| WR Grace | G. Boyer | 08/08/05 | 27 | 1.0 | Review correspondence from PZ and participate on related conference call regarding proposed sale of certain business |
| WR Grace | S. Jones | 08/08/05 | 27 | 0.5 | Receive and review e-mail from PZ re: Elcat offer to purchase Debtors' assets |
| WR Grace | G. Boyer | 08/09/05 | 26 | 1.0 | Call with management regarding 2nd quarter operating results |
| WR Grace | S. Jones | 08/09/05 | 26 | 1.0 | Debtors' 2Q review conference call |
| WR Grace | G. Boyer | 08/11/05 | 7 | 1.0 | Committee Conference Call |
| WR Grace | S. Jones | 08/11/05 | 7 | 1.0 | Committee Conference Call |
| WR Grace | S. Jones | 08/16/05 | 24 | 0.4 | Receive and review e-mail from SB re: 3rd Circuit opinion on substantive consolidation |
| WR Grace | G. Boyer | 08/19/05 | 27 | 0.2 | Review correspondence from PZ re: proposed acquisition |
| WR Grace | S. Jones | 08/19/05 | 27 | 0.1 | Receive and review e-mail from PZ re: Bear Stearns retention in connection with Project Omega |
| WR Grace | G. Boyer | 08/22/05 | 27 | 0.1 | Review correspondence from PZ re: proposed acquisition |
| WR Grace | S. Jones | 08/22/05 | 27 | 0.1 | Receive and review e-mail from PZ re: Bear Stearns retention in connection with Project Omega |
| WR Grace | S. Jones | 08/23/05 | 11 | 0.1 | Fee Application: review expenses for 17th Monthly and Interim Fee Application |
| WR Grace | G. Boyer | 08/25/05 | 24 | 0.2 | Review correspondence from SB regarding case status |
| WR Grace | G. Boyer | 08/25/05 | 27 | 0.9 | Discussions with SJ re: updating exclusivity analyses; review revised analyses |
| WR Grace | S. Jones | 08/25/05 | 27 | 1.2 | Discussions with GB re: updating exclusivity analyses; perform additional research and analyses |
| WR Grace | G. Boyer | 08/29/05 | 14 | 4.0 | Attend Omnibus Hearing |
| WR Grace | G. Boyer | 08/29/05 | 20 | 6.0 | Roundtrip Travel from NY to Delaware for omnibus hearing |
| WR Grace | G. Boyer | 08/29/05 | 27 | 0.1 | Review email from PZ regarding proposed acquisition |
| WR Grace | S. Jones | 08/29/05 | 27 | 0.1 | Receive and review e-mail from PZ re: sale of Debtors' assets and Bear Stearns retention in connection therewith |
| WR Grace | G. Boyer | 09/01/05 | 7 | 1.0 | Committee Conference Call |
| WR Grace | S. Jones | 09/01/05 | 7 | 1.0 | Committee Conference Call |
| WR Grace | G. Boyer | 09/01/05 | 11 | 0.2 | Correspondence with SJ regarding fee application |
| WR Grace | S. Jones | 09/01/05 | 11 | 0.7 | Fee Application: correspondence with GB and FJ re: follow-up on CNO filings; call Grace to request status on outstanding payments |
| WR Grace | G. Boyer | 09/02/05 | 24 | 0.6 | Review email from AD and the attached PI CMO and questionnaire |
| WR Grace | G. Boyer | 09/02/05 | 24 | 1.0 | Review email from SB and the attached case management order |
| WR Grace | G. Boyer | 09/02/05 | 27 | 1.5 | Review email from AD and the 13-15th Omnibus Objections to PD claims |
| WR Grace | G. Boyer | 09/02/05 | 27 | 0.5 | Review email from SB and attached document regarding memorandum to PD Claimants |
| WR Grace | S. Jones | 09/02/05 | 27 | 0.6 | Receive and review draft memorandum re: estimation of claims |
| WR Grace | S. Jones | 09/02/05 | 27 | 0.3 | Receive and review various e-mails re: Grace's Omnibus Objections to PD claims |
| WR Grace | G. Boyer | 09/05/05 | 27 | 0.5 | Review email from AD regarding exhibits to the 15th Omnibus Objection |
| WR Grace | G. Boyer | 09/08/05 | 7 | 1.0 | Committee Conference Call |
| WR Grace | S. Jones | 09/08/05 | 7 | 1.0 | Committee Conference Call |
| WR Grace | G. Boyer | 09/09/05 | 7 | 0.1 | Review email from SB |
| WR Grace | S. Jones | 09/09/05 | 27 | 0.1 | Receive and review e-mail from SB re: estimation of claims |
| WR Grace | G. Boyer | 09/12/05 | 27 | 0.5 | Review information from JOC regarding proposed acquisition |
| WR Grace | S. Jones | 09/12/05 | 27 | 1.0 | Receive and review e-mail from JOC re: Project Lycra; review related materials |
| WR Grace | G. Boyer | 09/18/05 | 27 | 0.5 | Review email from AD and attached revised exhibits to the 15th Omnibus Objection |
| WR Grace | S. Jones | 09/19/05 | 27 | 0.1 | Review e-mail from AD re: Grace's revised exhibits to claims objection |
| WR Grace | G. Boyer | 09/20/05 | 27 | 0.5 | Conference call with management regarding Project Lycra |
| WR Grace | G. Boyer | 09/21/05 | 24 | 0.3 | Review email from JM regarding NJ criminal investigation |
| WR Grace | G. Boyer | 09/21/05 | 27 | 0.4 | Discuss Project Lycra with SJ |
| WR Grace | G. Boyer | 09/21/05 | 27 | 0.1 | Various correspondence with JOC re: scheduling conference call with management to discuss a proposed acquisition |
| WR Grace | S. Jones | 09/21/05 | 27 | 0.4 | Discuss Project Lycra with GB |
| WR Grace | G. Boyer | 09/22/05 | 7 | 1.0 | Committee Conference Call |
| WR Grace | S. Jones | 09/22/05 | 7 | 1.0 | Committee Conference Call |
| WR Grace | G. Boyer | 09/22/05 | 27 | 0.5 | Email from MK regarding memo to PD Claimants |
| WR Grace | G. Boyer | 09/26/05 | 26 | 0.2 | Receive and review e-mail from JOC re: Lake Charles Facility |
| WR Grace | S. Jones | 09/26/05 | 26 | 0.2 | Receive and review e-mail from JOC re: Lake Charles Facility |
| WR Grace | S. Jones | 09/27/05 | 27 | 2.0 | Preparation for conference call with Grace and Blackstone re: Project Lycra |
| WR Grace | G. Boyer | 09/28/05 | 27 | 0.5 | Conference call with management regarding Project Lycra |
| WR Grace | G. Boyer | 09/28/05 | 27 | 1.5 | Preparation for conference call with management regarding Project Lycra |
| WR Grace | S. Jones | 09/28/05 | 27 | 0.6 | Conference call with Grace and Blackstone re: Project Lycra |
| WR Grace | G. Boyer | 09/29/05 | 7 | 1.0 | Committee Conference Call |
| WR Grace | S. Jones | 09/29/05 | 7 | 1.0 | Committee Conference Call |

155.0 Total Hours

| LEGEND | |
|---|---|
| AD | Allyn Danzeisen, Associate -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| Bilzin | Bilzen Sumberg Dunn Baena Price & Axelrod LLP -- Counsel for the PD Committee |
| DK | Dan Katz, Associate -- CDG |
| FJ | Ferry Joseph & Pearce PA |
| FR | Francine Rabinovitz, PI Asbestos Expert--Hamilton Rabinovitz |
| GB | Gregory Boyer, Managing Director -- CDG |
| JH | James Hass, PD Asbestos Expert |
| JM | James Moon -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| JOC | Jamie O'Connel -- Blackstone |
| JS | Jay Sakalo, Associate -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| KG | Kevin Glodowski, Analyst -- CDG |
| MG | Michael Gries, Member -- CDG |
| MK | Matthew Kramer -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| MW | Michael Wolf, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| OH | Omar Haynes, Analyst -- CDG |
| POR | Plan of Reorganization |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RT | Robert Turken, Of Counsel -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SB | Scott Baena, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SJ | Stephanie Jones, Associate -- CDG |
| SW | Steven Weiler, Associate -- Ferry Joseph & Pearce |
| TT | Ted Taconelli, Partner -- Ferry, Joseph & Pearce PA |
| WHS | Warren Smith Associates, fee examiner |