# EXHIBIT B

11/3/2005

**WR Grace**
**Expense Detail - Conway, Del Genio, Gries & Co., LLC**
**For the Period of July 1, 2005 through September 30, 2005**

| Name | Date | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|---|
| G. Boyer (Washington DC) | 7/7/2005 | | 280.53 | 168.42 | | | | 448.95 |
| G. Boyer (Washington DC) | 7/8/2005 | | | 181.60 | | 37.95 | | 219.55 |
| G. Boyer (Pittsburgh) | 7/18/2005 | | 215.46 | 158.81 | 542.76 | 1.98 | | 919.01 |
| G. Boyer (Pittsburgh)[1] | 7/19/2005 | 100.53 | | 109.87 | 513.20 | | | 723.60 |
| G. Boyer (Delaware) | 8/29/2005 | | | 187.31 | | | | 187.31 |
| G. Boyer Total | | 100.53 | 495.99 | 806.01 | 1,055.96 | 145.83 | 0.00 | 2,498.42 |
| | | | | | | | | |
| 1 Meals is breakfast with counsel and cetain committee members. | | | | | | | | |
| | | | | | | | | |
| Federal Express | 7/26/2005 | | | | | | 11.80 | 11.80 |
| Federal Express | 8/8/2005 | | | | | | 12.02 | 12.02 |
| Federal Express Total | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23.82 | 23.82 |
| | | | | | | | | |
| Grand Total | | 100.53 | 495.99 | 806.01 | 1,055.96 | 145.83 | 23.82 | 2,522.24 |