<u>Exhibit A</u>

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of October 1, 2005 through October 31, 2005**

Summary of Services Rendered by Project Category

| Category Code | Category Description | Oct 2005 Hours | Bankruptcy Case Cumulative Hours | Adversary Proceding Cumulative Hours | Total Case Cumulative Hours |
|---|---|---|---|---|---|
| 7 | Committee (All) | 9.0 | 459.9 | 0.0 | 459.9 |
| 11 | Fee Applications, Applicant | 13.1 | 758.6 | 249.0 | 1,007.6 |
| 14 | Hearings | 0.0 | 46.4 | 0.0 | 46.4 |
| 20 | Travel - Non-working | 8.2 | 194.8 | 0.0 | 194.8 |
| 24 | Other | 1.4 | 130.6 | 5,058.2 | 5,188.8 |
| 26 | Business Analysis (for financial advisors) | 0.9 | 934.8 | 0.0 | 934.8 |
| 27 | Corporate Finance (for financial advisors) | 136.5 | 2,080.7 | 0.0 | 2,080.7 |
| 28 | Data Analysis (for financial advisors) | 0.0 | 507.2 | 0.0 | 507.2 |
| | **TOTAL** | 169.1 | 5,113.0 | 5,307.2 | 10,420.2 |

## Exhibit A

**WR Grace & Co., ET AL.,
Time Detail- Conway, Del Genio, Gries & Co., LLC
For the Period of October 1, 2005 through October 31, 2005**

Summary of Services Rendered by Professional

| Name | Hours |
|------|-------|
| Gregory Boyer, Managing Director | 68.0 |
| Stephanie Jones, Associate | 38.3 |
| Michael Healy, Analyst | 62.8 |
| **TOTAL** | **169.1** |

## *Bankruptcy Time Reporting Log*

Client Name: WR Grace
Professional: All
Date: **For the Period of October 1, 2005 through October 31, 2005**

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 10/05/05 | 26 | 0.1 | Review correspondence from JOC re: delay in 3rd quarter operating results |
| WR Grace | S. Jones | 10/05/05 | 26 | 0.1 | Receive and review e-mail from JOC re: delay in 3rd quarter operating results and hurricane damage to Debtors' Lake Charles Facility |
| WR Grace | G. Boyer | 10/06/05 | 7 | 1.0 | Committee Conference Call |
| WR Grace | S. Jones | 10/06/05 | 7 | 1.0 | Committee Conference Call |
| WR Grace | G. Boyer | 10/07/05 | 26 | 0.5 | Review motion for the leasing of a Grace property |
| WR Grace | S. Jones | 10/07/05 | 26 | 0.2 | Receive and review e-mail from JOC re: Debtors' leasing of Woburn property |
| WR Grace | G. Boyer | 10/10/05 | 27 | 5.0 | Preparation of report for committee member; conversations with MH re: same |
| WR Grace | M. Healy | 10/10/05 | 27 | 7.0 | Perform financial analysis for report to committee member; conversations with GB re: same |
| WR Grace | G. Boyer | 10/11/05 | 7 | 1.0 | Committee Conference Call |
| WR Grace | G. Boyer | 10/11/05 | 27 | 0.7 | Various conversations with SJ and MH re: committee report |
| WR Grace | M. Healy | 10/11/05 | 27 | 2.5 | Perform financial analysis for report to committee member; conversations with GB re: same |
| WR Grace | S. Jones | 10/11/05 | 7 | 1.0 | Committee Conference Call |
| WR Grace | S. Jones | 10/11/05 | 27 | 5.2 | Prepare updated analyses/report in preparation for meeting with committee member; conversations with GB re: same |
| WR Grace | S. Jones | 10/11/05 | 27 | 0.3 | Review and compile Blackstone documents related to plan of reorganization discussions and identified claims; conversations with GB re: same |
| WR Grace | G. Boyer | 10/12/05 | 27 | 12.0 | Preparation of report for committee member; conversations with SJ re: same |
| WR Grace | S. Jones | 10/12/05 | 27 | 3.0 | Prepare updated analyses/report in preparation for meeting with committee member |
| WR Grace | S. Jones | 10/12/05 | 27 | 2.5 | Review and update historical equity markets analysis; conversations with GB re: same |
| WR Grace | G. Boyer | 10/13/05 | 27 | 12.0 | Preparation of report for committee member; conversations with SJ re: same |
| WR Grace | S. Jones | 10/13/05 | 27 | 2.0 | Review and update historical equity markets analysis; conversations with GB re: same |
| WR Grace | G. Boyer | 10/14/05 | 27 | 8.0 | Preparation of report for committee member |
| WR Grace | G. Boyer | 10/15/05 | 7 | 0.5 | Correspondence with committee member regarding CDG's report; conversations with MH re: same |
| WR Grace | M. Healy | 10/15/05 | 27 | 0.3 | Conversations with GB re: financial analyses status |
| WR Grace | M. Healy | 10/15/05 | 27 | 10.0 | Prepare updated analyses/report in preparation for meeting with committee member; conversations with GB re: same |
| WR Grace | M. Healy | 10/16/05 | 27 | 10.0 | Prepare updated analyses/report in preparation for meeting with committee member; conversations with GB re: same |
| WR Grace | G. Boyer | 10/17/05 | 20 | 0.2 | Conversations with MH re: financial analyses for committee member meeting |
| WR Grace | G. Boyer | 10/17/05 | 20 | 4.0 | Travel from NYC to Austin, Texas for meeting with committee member |
| WR Grace | M. Healy | 10/17/05 | 27 | 10.0 | Perform financial analyses/prepare report in preparation for meeting with committee member |
| WR Grace | S. Jones | 10/17/05 | 24 | 0.4 | Receive and review various e-mails from Bilzin re: PI claims bar dates and constructive notice provisions |
| WR Grace | G. Boyer | 10/18/05 | 7 | 2.0 | Meeting with committee member |
| WR Grace | G. Boyer | 10/18/05 | 7 | 0.5 | Conversations with SJ re: equity market analyses |
| WR Grace | G. Boyer | 10/18/05 | 20 | 4.0 | Travel from Austin, Texas to NYC after meeting with committee member |
| WR Grace | S. Jones | 10/18/05 | 11 | 0.1 | Correspondence with Debtors re: outstanding fees to be paid |
| WR Grace | S. Jones | 10/18/05 | 27 | 3.0 | Research re: Debtors' equity markets activity; conversations with GB re: same |
| WR Grace | G. Boyer | 10/19/05 | 7 | 0.5 | Correspondence with SJ regarding meeting with committee member |
| WR Grace | G. Boyer | 10/19/05 | 24 | 1.0 | Review committee's memorandum on methodology |
| WR Grace | G. Boyer | 10/19/05 | 27 | 0.5 | Correspondence with MK regarding Bear Stearns retention |
| WR Grace | G. Boyer | 10/19/05 | 27 | 5.0 | Review various financial analyses as follow-up to committee member meeting |
| WR Grace | M. Healy | 10/19/05 | 27 | 12.0 | Update report for committee member; conversations with GB re: same |
| WR Grace | S. Jones | 10/19/05 | 7 | 0.2 | Correspondence with GB re: meeting with committee member |
| WR Grace | S. Jones | 10/19/05 | 27 | 2.1 | Research re: Debtors' equity markets activity; conversations with GB re: same |
| WR Grace | G. Boyer | 10/20/05 | 27 | 0.5 | Review of stock chart for Grace; conversations with SJ re: same |
| WR Grace | M. Healy | 10/20/05 | 27 | 10.0 | Update report for committee member |
| WR Grace | S. Jones | 10/20/05 | 7 | 0.6 | Committee Conference Call |
| WR Grace | S. Jones | 10/20/05 | 27 | 2.6 | Research re: Debtors' equity markets activity; conversations with GB re: same |
| WR Grace | G. Boyer | 10/21/05 | 27 | 1.0 | Review analysis of Grace equity ownership |
| WR Grace | S. Jones | 10/21/05 | 27 | 2.3 | Prepare schedule of Debtors' equity markets activity |
| WR Grace | G. Boyer | 10/24/05 | 27 | 3.0 | Preparation of analysis of equity ownership as requested by committee member |
| WR Grace | M. Healy | 10/24/05 | 27 | 1.0 | Revise analysis of Grace equity ownership |
| WR Grace | S. Jones | 10/24/05 | 7 | 0.7 | Committee Conference Call |
| WR Grace | G. Boyer | 10/27/05 | 27 | 3.0 | Compile time detail for 17th, 18th and October fee applications; review expenses |
| WR Grace | S. Jones | 10/30/05 | 11 | 5.0 | Fee Application: prepare 17th Interim Fee Application |
| WR Grace | G. Boyer | 10/31/05 | 11 | 2.0 | Review and revise 17th Interim Fee Application; discussions with SJ re: same |
| WR Grace | S. Jones | 10/31/05 | 11 | 6.0 | Fee Application: prepare 18th Interim Fee Application; discussion with GB re: 17th Interim Fee Application; revise and forward to FJ for filing |

11/4/2005

**WR Grace**
**Expense Detail - Conway, Del Genio, Gries & Co., LLC**
**For the Period of October 1, 2005 through October 31, 2005**

| Name | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|------|-------|---------|-----------------------|---------|-----------|-------|-------|
| G. Boyer | 48.32 | 251.85 | 0.00 | 1,286.90 | 0.54 | 0.00 | 1,587.61 |
| M. Healy | 53.93 | 0.00 | 30.60 | 0.00 | 0.00 | 0.00 | 84.53 |
| Research | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 525.00 | 525.00 |
| Total | 102.25 | 251.85 | 30.60 | 1,286.90 | 0.54 | 525.00 | 2,197.14 |

LEGEND

| | |
|---|---|
| AD | Allyn Danzeisen, Associate — Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| Bilzin | Bilzen Sumberg Dunn Baena Price & Axelrod LLP -- Counsel for the PD Committee |
| DK | Dan Katz, Associate -- CDG |
| FJ | Ferry Joseph & Pearce PA |
| FR | Francine Rabinovitz, PI Asbestos Expert--Hamilton Rabinovitz |
| GB | Gregory Boyer, Managing Director — CDG |
| JH | James Hass, PD Asbestos Expert |
| JM | James Moon — Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| JOC | Jamie O'Connel — Blackstone |
| JS | Jay Sakalo, Associate — Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| KG | Kevin Glodowski, Intern -- CDG |
| MG | Michael Gries, Member -- CDG |
| MK | Matthew Kramer -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| MW | Michael Wolf, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| OH | Omar Haynes, Analyst -- CDG |
| POR | Plan of Reorganization |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RT | Robert Turken, Of Counsel -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SB | Scott Baena, Partner — Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SJ | Stephanie Jones, Associate — CDG |
| SW | Steven Weiler, Associate -- Ferry Joseph & Pearce |
| TT | Ted Taconelli, Partner -- Ferry, Joseph & Pearce PA |
| WHS | Warren Smith Associates, fee examiner |