**EXHIBIT A**

Professional services rendered for May 2005

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/10/05 | A.E. Moran | Prepare quarterly bills for last quarter of 2004. | 1.30 |
| 05/11/05 | A.E. Moran | Prepare supplemental affidavit re TIG and U.S. Fire Insurance Company. | 1.40 |
| 05/19/05 | A.E. Moran | Send out bill for February 2005. | 0.40 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.E. Moran | 3.10 | 475.00 | 1,472.50 |
| Total | 3.10 | | 1,472.50 |

                    Total Fees         $1,472.50