**EXHIBIT B**

Disbursements:

| | |
|---|---:|
| Duplicating (119 pages at .15/page | 17.85 |
| Total Disbursements | <u>$17.85</u> |
| Total This Statement | $1,490.35 |

STEPTOE & JOHNSON LLP DETAIL COST REPORT
Proforma: 395207
012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE

| Cost/Timekeeper Code | Date | Number | Name | Quant. | Rate | Amount |
|---|---|---|---|---|---|---|
| LASR | 05/10/05 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 |
| LASR | 05/10/05 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 |

PC/Network Printing
PC LASER  2 Pages Moran, Anne

| LASR | 05/10/05 | 00206 | Moran, Anne E. | 11.00 | 0.15 | 1.65 |
| LASR | 05/10/05 | 00206 | Moran, Anne E. | 11.00 | 0.20 | 2.20 |

PC/Network Printing
PC LASER  11 Pages Moran, Anne

| LASR | 05/10/05 | 00206 | Moran, Anne E. | 4.00 | 0.15 | 0.60 |
| LASR | 05/10/05 | 00206 | Moran, Anne E. | 4.00 | 0.20 | 0.80 |

PC/Network Printing
PC LASER  4 Pages Moran, Anne

| LASR | 05/10/05 | 00206 | Moran, Anne E. | 6.00 | 0.15 | 0.90 |
| LASR | 05/10/05 | 00206 | Moran, Anne E. | 6.00 | 0.20 | 1.20 |

PC/Network Printing
PC LASER  6 Pages Moran, Anne

| LASR | 05/10/05 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 |
| LASR | 05/10/05 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 |

PC/Network Printing
PC LASER  2 Pages Moran, Anne

| LASR | 05/10/05 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 |
| LASR | 05/10/05 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 |

PC/Network Printing
PC LASER  2 Pages Ward, Brenda

| LASR | 05/10/05 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 05/10/05 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing
PC LASER  1 Pages Ward, Brenda

| LASR | 05/10/05 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 |
| LASR | 05/10/05 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 |

PC/Network Printing
PC LASER  2 Pages Ward, Brenda
LASR    05/10/05                                              Total:    4.50

LASR    05/11/05    00206    Moran, Anne E.    2.00    0.15    0.30
LASR    05/11/05    00206    Moran, Anne E.    2.00    0.20    0.40
PC/Network Printing
PC LASER  2 Pages Moran, Anne

LASR    05/11/05    00206    Moran, Anne E.    11.00    0.15    1.65
LASR    05/11/05    00206    Moran, Anne E.    11.00    0.20    2.20
PC/Network Printing
PC LASER  11 Pages Ward, Brenda

LASR    05/11/05    00206    Moran, Anne E.    5.00    0.15    0.75
LASR    05/11/05    00206    Moran, Anne E.    5.00    0.20    1.00
PC/Network Printing
PC LASER  5 Pages Ward, Brenda

LASR    05/11/05    00206    Moran, Anne E.    1.00    0.15    0.15
LASR    05/11/05    00206    Moran, Anne E.    1.00    0.20    0.20
PC/Network Printing
PC LASER  1 Pages Ward, Brenda

LASR    05/11/05    00206    Moran, Anne E.    1.00    0.15    0.15
LASR    05/11/05    00206    Moran, Anne E.    1.00    0.20    0.20
PC/Network Printing
PC LASER  1 Pages Ward, Brenda

LASR    05/11/05    00206    Moran, Anne E.    1.00    0.15    0.15
LASR    05/11/05    00206    Moran, Anne E.    1.00    0.20    0.20
PC/Network Printing
PC LASER  1 Pages Ward, Brenda

LASR    05/11/05    00206    Moran, Anne E.    2.00    0.15    0.30
LASR    05/11/05    00206    Moran, Anne E.    2.00    0.20    0.40
PC/Network Printing
PC LASER  2 Pages Ward, Brenda

LASR    05/11/05    00206    Moran, Anne E.    2.00    0.15    0.30
LASR    05/11/05    00206    Moran, Anne E.    2.00    0.20    0.40
PC/Network Printing
PC LASER  2 Pages Ward, Brenda

LASR    05/11/05    00206    Moran, Anne E.    1.00    0.15    0.15
LASR    05/11/05    00206    Moran, Anne E.    1.00    0.20    0.20
PC/Network Printing
PC LASER  1 Pages Ward, Brenda

LASR    05/11/05    00206    Moran, Anne E.    1.00    0.15    0.15
LASR    05/11/05    00206    Moran, Anne E.    1.00    0.20    0.20
PC/Network Printing
PC LASER  1 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 05/11/05 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 05/11/05 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing
PC LASER  1 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 05/11/05 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 05/11/05 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing
PC LASER  1 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 05/11/05 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 05/11/05 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing
PC LASER  1 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 05/11/05 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 05/11/05 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing
PC LASER  1 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 05/11/05 | | | | Total: | 4.65 |
| LASR | 05/12/05 | 00206 | Moran, Anne E. | 6.00 | 0.15 | 0.90 |
| LASR | 05/12/05 | 00206 | Moran, Anne E. | 6.00 | 0.20 | 1.20 |

PC/Network Printing
PC LASER  6 Pages Moran, Anne

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 05/12/05 | 00206 | Moran, Anne E. | 6.00 | 0.15 | 0.90 |
| LASR | 05/12/05 | 00206 | Moran, Anne E. | 6.00 | 0.20 | 1.20 |

PC/Network Printing
PC LASER  6 Pages Moran, Anne

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 05/12/05 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 05/12/05 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing
PC LASER  1 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 05/12/05 | 00206 | Moran, Anne E. | 4.00 | 0.15 | 0.60 |
| LASR | 05/12/05 | 00206 | Moran, Anne E. | 4.00 | 0.20 | 0.80 |

PC/Network Printing
PC LASER  4 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 05/12/05 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 05/12/05 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing
PC LASER  1 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 05/12/05 | | | | Total: | 2.70 |

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 05/17/05 | 00206 | Moran, Anne E. | 8.00 | 0.15 | 1.20 |
| LASR | 05/17/05 | 00206 | Moran, Anne E. | 8.00 | 0.20 | 1.60 |

PC/Network Printing
PC LASER  8 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 05/17/05 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 05/17/05 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing
PC LASER  1 Pages Ward, Brenda

LASR    05/17/05                                              Total:    1.35

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 05/19/05 | 00206 | Moran, Anne E. | 12.00 | 0.15 | 1.80 |
| LASR | 05/19/05 | 00206 | Moran, Anne E. | 12.00 | 0.20 | 2.40 |

PC/Network Printing
PC LASER  12 Pages Moran, Anne

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 05/19/05 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 |
| LASR | 05/19/05 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 |

PC/Network Printing
PC LASER  2 Pages Moran, Anne

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 05/19/05 | 00206 | Moran, Anne E. | 14.00 | 0.15 | 2.10 |
| LASR | 05/19/05 | 00206 | Moran, Anne E. | 14.00 | 0.20 | 2.80 |

PC/Network Printing
PC LASER  14 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 05/19/05 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 05/19/05 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing
PC LASER  1 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 05/19/05 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 05/19/05 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing
PC LASER  1 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 05/19/05 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 05/19/05 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing
PC LASER  1 Pages Ward, Brenda

LASR    05/19/05                                              Total:    4.65
LASR                                                          Total:   17.85

Total:  012046.00002
        PROTEST OF REMEDIUM LOSS DISALLOWANCE                          17.85

Report Total:                                                          17.85