IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline:  November 25, 2005 at 4:00 p.m. (prevailing Eastern time)**
**Hearing Date:  To Be Determined, Only If Objections Are Timely Filed**

## SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO.,  ET AL., FOR THE THIRD INTERIM PERIOD, FROM SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005, FOR THE QUARTER OF JULY 2005 – SEPTEMBER 2005

| | |
|---|---|
| Name of Applicant: | **Nelson Mullins Riley & Scarborough, L.L.P.** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **July 19, 2001** |
| Period for which compensation and reimbursement is sought: | **September 1, 2005 – September 30, 2005** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$2,772.00 for the period** |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of expense reimbursement sought as
actual, reasonable, and necessary:                **$14.03 for the period**


This is a _x_ monthly ___ interim ___final application.

    The total time expended for the preparation of this application is approximately
**(2.90)** hours, and the corresponding estimated compensation *that will be requested in a
future application* is approximately **$ (304.50).**


    Prior fee applications:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26, 792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001- September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002-April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June 26, 2002 | January 1, 2002- March 31, 2002 | $62,909.00 | $322.04 | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002-May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | $12,397.20 | $178.39 |
| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | $14,785.20 | $225.82 |
| September 3, 2002 | July 19, 2001 – September 30, 2001 | $129,061.50 | $1,920.35 | $129,061.50 | $1,920.35 |

| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74 | $119,593.50 | $2,190.74 |
|---|---|---|---|---|---|
| September 20, 2002 | April 1, 2002 – June 30, 2002 | $60,393.50 | $701.74 | $55,739.00 | $701.74 |
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002-September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |
| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | $35,771.00 | $615.50 |
| December 11, 2002 | October 1, 2002-October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
| December 26, 2002 | November 1, 2002-November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |
| February 6, 2003 | December 1, 2002 – December 31, 2002 | $9,298.50 | $97.20 | $7,438.80 | $97.20 |
| March 4, 2003 | January 1, 2003-January 31, 2003 | $6,026.50 | $24.91 | $4,821.20 | $24.91 |
| March 27, 2003 | February 1-February 28, 2003 | $5,473.50 | $52.58 | $4,378.80 | $52.58 |
| April 8, 2003 | October 1, 2002-December 31, 2002 | $22,038.00 | $289.77 | $22,038.00 | $289.77 |
| May 9, 2003 | March 1, 2003-March 31, 2003 | $5,424.00 | $64.16 | $4,339.20 | $64.16 |
| September 9, 2003 | January 1, 2003 – March 31, 2003 | $16,924.00 | $141.65 | $16,924.00 | $146.65 |
| August 22, 2003 | April 1, 2003-April 30, 2003 | $7,868.00 | $64.88 | $6294.40 | $64.88 |
| September 9, 2003 | May 1, 2003 – May 31, 2003 | $8,143.50 | $88.14 | $6,514.80 | $88.14 |
| September 5, 2003 | June 1, 2003 – June 30, 2003 | $17,705.00 | $291.20 | $14,164.00 | $291.20 |
| September 9, 2003 | April 1, 2003 – June 30, 2003 | $33,716.05 | $444.22 | $33,716.05 | $444.22 |
| September 6, 2003 | July 1, 2003 – July 31, 2003 | $36,321.00 | $241.39 | $29,056.80 | $241.39 |
| March 4, 2004 | August 1, 2003 – August 31, 2003 | $27,487.00 | $932.61 | $21,989.60 | $932.61 |
| March 4, 2004 | September 1, 2003 – September 31, 2003 | $38,442.00 | $139.47 | $30,753.60 | $139.47 |
| February 25, 2004 | July 1, 2003 – September 31, 2003 | $102,250.00 | $1,313.47 | $102,250.00 | $1,313.47 |
| March 8, 2004 | October 1, 2003 – October 31, 2003 | $9,723.50 | $154.31 | $7,656.00 | $154.31 |
| March 8, 2004 | November 1, 2003 – November 30, 2003 | $5,845.00 | $119.01 | $4676.00 | $119.01 |
| March 8, 2004 | December 1, 2003 – December 31, 2003 | $4465.50 | $ 4.08 | $3572.40 | $4.08 |
| March 10, 2004 | October 1, 2003-December 31, 2003 | $19,968.00 | $277.40 | $19,968.00 | $277.40 |
| May 12, 2004 | January 1, 2004-January 31, 2004 | $16,534.50 | $1,260.61 | $13,227.60 | $1,260.61 |
| May 12, 2004 | February 1, 2004 – February 28, 2004 | $9,591.50 | $32.50 | $7,673.20 | $32.50 |

| | | | | | |
|---|---|---|---|---|---|
| May 12, 2004 | March 1, 2004 – March 31, 2004 | $6,325.50 | $105.67 | $5,060.40 | $105.67 |
| June 7, 2004 | January 1, 2004- March 31, 2004 | $32,451.50 | $1,398.78 | $32,451.50 | $1,398.78 |
| June 7, 2004 | April 1, 2004- April 30, 2004 | $6,062.00 | $20.78 | $4,849.60 | $20.78 |
| July 6, 2004 | May 1, 2004- May 31, 2004 | $12,927.00 | $67.97 | $10,341.60 | $67.97 |
| August 12, 2004 | June 1, 2004 – June 30, 2004 | $12,228.00 | $372.90 | $9,782.40 | $372.90 |
| August 17, 2004 | April 1, 2004 – June 30, 2004 | $31,217.00 | $461.65 | $31,217.00 | $461.65 |
| September 7, 2004 | July 1, 2004 – July 31, 2004 | $19,020.00 | $216.31 | $15,216.00 | 216.31 |
| September 24, 2004 | August 1, 2004 – August 31, 2004 | $3,945.50 | $89.18 | $3,156.40 | $89.18 |
| October 22, 2004 | September 1, 2004- September 30, 2004 | $9,741.50 | $284.46 | $7,793.20 | $284.46 |
| October 28, 2004 | July 1, 2004 – September 30, 2004 | $32,707.00 | $589.95 | $32,707.00 | $589.95 |
| December 1, 2004 | October 1, 2004- October 31, 2004 | $20,570.50 | $76.25 | $16,456.40 | $76.25 |
| December 17, 2004 | November 1, 2004 – November 30, 2004 | $5,993.00 | $32.75 | $4,794.40 | $32.75 |
| February 17, 2005 | December 1, 2004 – December 31, 2004 | $3,397.50 | $24.51 | $2,718.00 | $24.51 |
| March 8, 2005 | January 1, 2005 – January 31, 2005 | $7,343.50 | $34.10 | $5,874.80 | $34.10 |
| March 16, 2005 | October 1, 2004 – December 31, 2004 | $29,961.00 | $133.51 | $29,961.00 | $133.51 |
| April 15, 2005 | February 1, 2005 – February 28, 2005 | $4,948.50 | $40.40 | $3,958.80 | $40.40 |
| May 10, 2005 | March 1, 2005 – March 31, 2005 | $6,494.00 | $71.74 | $5,195.20 | $71.74 |
| June 15, 2005 | January 1, 2005 – March 31, 2005 | $18,786.00 | $146.24 | $18,786.00 | $146.24 |
| June 7, 2005 | April 1, 2005 – April 30, 2005 | $4,754.50 | $38.87 | $3,803.60 | $38.87 |
| July 7, 2005 | May 1, 2005 – May 31, 2005 | $9,725.00 | $84.96 | $7,780.00 | $84.96 |
| August 1, 2005 | June 1, 2005 – June 30, 2005 | $5,182.00 | $1.80 | $4,145.60 | $1.80 |
| August 8, 2005 | April 1, 2005 – June 30, 2005 | $19,661.50 | $125.63 | Pending | Pending |
| August 20, 2005 | July 1, 2005 – July 31, 2005 | $10,155.00 | $15.27 | $8,124.00 | $15.27 |
| October 12, 2005 | August 1, 2005 – August 31, 2005 | $9,440.00 | $54.18 | Pending | Pending |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compen- sation |
|---|---|---|---|---|---|---|
| Newman J. Smith | Partner | 27 years | Environmental | $290.00 | 3.50 | $1,015.00 |
| B.F. Hawkins, Jr. | Partner | 14 years | Environmental | $290.00 | 1.80 | $522.00 |
| Rose-Marie T. Carlisle | Of Counsel | 22 years | Environmental | $260.00 | 1.90 | $494.00 |
| Cory E. Manning | Of Counsel | 8 years | Business Litigation | $250.00 | 1.20 | $300.00 |

Grand Total for Fees: $2,331.00
Blended Rate:          $277.50

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Anne R. Price | Paralegal | 2 years | Bankruptcy | $105.00 | 4.20 | $441.00 |
|---|---|---|---|---|---|---|

Grand Total for Fees: $441.00
Blended Rate:          $105.00

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 0239/06000 | General | 1.80 | $468.00 |
| 02399/06032 | Charleston | 5.40 | $1,563.00 |
| 02399/06091 | Fee Applications | 4.20 | $441.00 |
| 02399/06093 | Quality Maintenance, Inc. | 1.20 | $300.00 |
| TOTAL | | 12.60 | $2,772.00 |

## Expense Summary

| Description | Amount |
|:---:|:---:|
| Telephone | $2.70 |
| Fed Ex | $11.33 |
| **TOTAL** | **$14.03** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## **VERIFICATION**

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and says as follows:

1.      I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bar of the State of South Carolina.

2.      I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special counsel to the Debtors in environmental-related litigation issues and real estate transactions and am thoroughly familiar

---

[2] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

       3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Bernard F. Hawkins, Jr.

SWORN to and subscribed before me
this ___ day of _____, 2005

_____ (L.S.)
Notary Public for South Carolina

My Commission Expires: 9/3/09

8

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.                                                    October 21, 2005
ATTN: Lydia Duff, Esq.                                    Invoice 708147  Page  1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

| | | |
|---|---|---|
| Our Matter # | 02399/06000 | For Services Through 09/30/05 |
| WR Grace # | 063-KL-721490-01-501251 | |
| Name of Matter: | General | |

| 09/16/05 | Review information on RCRA issue (0.3); confer with Ms. Duff regarding same (0.5); review state definitions under RCRA (0.8); review electronic mail memorandum from Ms. Duff's assistant (0.1); transmit to Ms. Duff results of state statute research (0.1). | | | |
|---|---|---|---|---|
| | R.T. CARLISLE | 1.80 hrs. | 260.00/hr | $468.00 |

**Fees for Legal Services** .................................................................................................... **$468.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 1.80 | 260.00 | 468.00 |
| TOTAL | 1.80 | $260.00 | $468.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 09/16/2005 | Telephone 1-410-531-4210 | 0.15 |
|---|---|---|
| 09/16/2005 | Telephone 1-410-531-4210 | 1.55 |

**Total Charges for Other Services Provided/Expenses Incurred** ................................... **$1.70**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 1.70 |
| TOTAL | $1.70 |

**Net current billing for this invoice** ................................................................................. **$469.70**

**GRAND TOTAL**............................................................................................................. **$469.70**

W. R. Grace & Co.

### REMITTANCE COPY

Please Return With Your Payment To:

**ATTN:  Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 09/30/05

W. R. Grace & Co.
General
Our Matter # 02399/06000

---

| | | |
|---|---|---|
| Fees for Professional Services | $468.00 | |
| Charges for Other Services Provided/Expenses Incurred | $1.70 | |
| **Net current billing for this invoice** ............................................................... | | **$469.70** |
| **GRAND TOTAL**.................................................................................................... | | **$469.70** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS
CB&T
**ABA#**:  061100606
**Beneficiary Bank**:  National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**:  053200666
**Beneficiary Customer**:  Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**:  Columbia Operating Account
**Beneficiary Account Number**:  00322407701

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.                                              October 21, 2005
ATTN: Lydia Duff, Esq.                              Invoice 708148 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #            02399/06032                    For Services Through 09/30/05
WR Grace #             063-KL-721490-01-0501221
Name of Matter:       Charleston

| | | | | |
|---|---|---|---|---|
| 09/01/05 | Follow up with City contact for off-duty police for site protection (0.1); message from Mr. Bucens regarding moving water on site prior to discharge, return call and discuss stormwater issue (0.3). | | | |
| | N.J. SMITH | 0.40 hrs. | 290.00/hr | $116.00 |
| 09/06/05 | Telephone conference with Ms. Manigault regarding off-duty officers to patrol site (0.3); prepare message to Mr. Bucens regarding details for engaging the officers to patrol site (0.2). | | | |
| | N.J. SMITH | 0.50 hrs. | 290.00/hr | $145.00 |
| 09/07/05 | Review message from Mr. Bucens along with status report to DHEC. | | | |
| | N.J. SMITH | 0.20 hrs. | 290.00/hr | $58.00 |
| 09/07/05 | Review status report for site activities. | | | |
| | R.T. CARLISLE | 0.10 hrs. | 260.00/hr | $26.00 |
| 09/12/05 | Review message to Ms. Bimbi from Mr. Bucens (0.1); telephone conference with Ms. Socha, provide information for Corps file (0.2). | | | |
| | N.J. SMITH | 0.30 hrs. | 290.00/hr | $87.00 |
| 09/16/05 | Review request concerning interest in property (0.2); review same with Ms. Duff (0.2); forward information to real estate and environmental contacts (0.1). | | | |
| | B.F. HAWKINS, JR. | 0.50 hrs. | 290.00/hr | $145.00 |
| 09/20/05 | Review issues with Mr. Bucens regarding environmental and real estate issues. | | | |
| | B.F. HAWKINS, JR. | 0.40 hrs. | 290.00/hr | $116.00 |
| 09/27/05 | Review notice for dredging operations and provide input regarding same. | | | |
| | B.F. HAWKINS, JR. | 0.50 hrs. | 290.00/hr | $145.00 |
| 09/28/05 | Review information concerning update on cleanup status for property. | | | |
| | B.F. HAWKINS, JR. | 0.40 hrs. | 290.00/hr | $116.00 |
| 09/28/05 | Comment on correspondence to agencies drafted by RMT. | | | |
| | N.J. SMITH | 0.40 hrs. | 290.00/hr | $116.00 |
| 09/29/05 | Review public notice on dredging associated issues and provide input on same (0.8); follow up on dredging notice (0.4); provide input on dredging notice (0.5). | | | |
| | N.J. SMITH | 1.70 hrs. | 290.00/hr | $493.00 |

W. R. Grace & Co.

**Fees for Legal Services** .................................................................................................... **$1,563.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 3.50 | 290.00 | 1,015.00 |
| B.F. HAWKINS, JR. | 1.80 | 290.00 | 522.00 |
| R.T. CARLISLE | 0.10 | 260.00 | 26.00 |
| TOTAL | 5.40 | $289.44 | $1,563.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 09/01/2005 | Telephone 1-617-899-0354 | 0.35 |
|---|---|---|

**Total Charges for Other Services Provided/Expenses Incurred** ................................... **$0.35**

## DISBURSEMENT SUMMARY

| **Description** | **Dollars** |
|---|---|
| Telephone | 0.35 |
| TOTAL | $0.35 |

**Net current billing for this invoice** ..................................................................................... **$1,563.35**

**GRAND TOTAL**..................................................................................................................... **$1,563.35**

W. R. Grace & Co.

October 21, 2005
Invoice 708148  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN:  Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 09/30/05

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

| | | |
|---|---|---|
| Fees for Professional Services | $1,563.00 | |
| Charges for Other Services Provided/Expenses Incurred | $0.35 | |
| **Net current billing for this invoice** ................................................................ | | **$1,563.35** |
| **GRAND TOTAL**................................................................................................................. | | **$1,563.35** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

**WIRING INSTRUCTIONS**
CB&T
**ABA#**:  061100606
**Beneficiary Bank**:  National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**:  053200666
**Beneficiary Customer**:  Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**:  Columbia Operating Account
**Beneficiary Account Number**:  00322407701

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.                                                    October 20, 2005
ATTN: Lydia Duff, Esq.                                         Invoice 708149  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044


Our Matter #              02399/06091                    For Services Through 09/30/05
Name of Matter:           Fee Applications


| | | | |
|---|---|---|---|
| 09/07/05 | Analyze revised bills and re-draft July 2005 Interim Fee Application with appropriate changes. | | |
| | A.R. PRICE | 1.30 hrs.    105.00/hr | $136.50 |
| 09/22/05 | Analyze August 2005 bills and draft Interim Fee Application for attorney review. | | |
| | A.R. PRICE | 2.90 hrs.    105.00/hr | $304.50 |

**Fees for Legal Services** ...................................................................................... **$441.00**


### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| A.R. PRICE | 4.20 | 105.00 | 441.00 |
| TOTAL | 4.20 | 105.00 | 441.00 |


### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

09/14/2005      Federal Express charge                                                          11.33

**Total Charges for Other Services Provided/Expenses Incurred** .................................... **$11.33**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Fed Ex | 11.33 |
| TOTAL | $11.33 |


**Net current billing for this invoice** ................................................................... **$452.33**

**GRAND TOTAL**............................................................................................... **$452.33**

W. R. Grace & Co.

October 20, 2005
Invoice 708149  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 09/30/05

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | | |
|---|---|---|
| Fees for Professional Services | $441.00 | |
| Charges for Other Services Provided/Expenses Incurred | $11.33 | |
| **Net current billing for this invoice** ............................................................. | | **$452.33** |
| **GRAND TOTAL**........................................................................................................ | | **$452.33** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS
CB&T
**ABA#**: 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**:  Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**:  Columbia Operating Account
**Beneficiary Account Number**:  00322407701

# Nelson
# Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.                                            October 20, 2005
ATTN: Scott Whittier                                Invoice 708150 Page 1
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06093                For Services Through 09/30/05
Docket No.            2005-CP-02-879
Name of Matter:       Quality Maintenance, Inc. v. W.R. Grace & Co.

09/06/05    Teleconference with Ms. Lil Ann Gray regarding counterclaim (0.4); draft letter to Ms. Gray
            regarding the same (0.3).
            C.E. MANNING                    0.70 hrs.    250.00/hr              $175.00

09/19/05    Review correspondence from Ms. Gray (0.3); draft update e-mail to Mr. Scott Whittier (0.2).
            C.E. MANNING                    0.50 hrs.    250.00/hr              $125.00

**Fees for Legal Services** ..................................................................................... **$300.00**

## BILLING SUMMARY

|              | Hours | Rate/Hr | Dollars |
|--------------|-------|---------|---------|
| C.E. MANNING | 1.20  | 250.00  | 300.00  |
| TOTAL        | 1.20  | 250.00  | 300.00  |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 09/07/2005 | Telephone 1-803-642-1715 | 0.30 |
| 09/07/2005 | Telephone 1-803-642-1715 | 0.05 |
| 09/07/2005 | Telephone 1-803-642-1715 | 0.25 |
| 09/07/2005 | Telephone 1-803-642-1715 | 0.05 |

**Total Charges for Other Services Provided/Expenses Incurred** .................................... **$0.65**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|------------|---------|
| Telephone  | 0.65    |
| TOTAL      | $0.65   |

**Net current billing for this invoice** .................................................................................. **$300.65**

**GRAND TOTAL**............................................................................................ **$300.65**

W. R. Grace & Co.

October 20, 2005
Invoice 708150  Page 2

**REMITTANCE COPY**

Please Return With Your Payment To:

**ATTN:  Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 09/30/05

W. R. Grace & Co.
Quality Maintenance, Inc. v. W.R. Grace & Co.
Our Matter # 02399/06093

---

| | | |
|---|---|---|
| Fees for Professional Services | $300.00 | |
| Charges for Other Services Provided/Expenses Incurred | $0.65 | |
| **Net current billing for this invoice** ................................................................ | | **$300.65** |
| **GRAND TOTAL**......................................................................................................... | | **$300.65** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

**WIRING INSTRUCTIONS**
CB&T
**ABA#**:  061100606
**Beneficiary Bank**:  National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**:  053200666
**Beneficiary Customer**:  Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**:  Columbia Operating Account
**Beneficiary Account Number**:  00322407701