IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Related Docket Nos. 9622, 10910, 10913, 10917, 10930
November 14, 2005 Agenda Item No. 7

### DEBTORS' MOTION FOR LEAVE TO FILE A REPLY WITH RESPECT TO ITS MOTION FOR AN ORDER ESTABLISHING A PROOF OF CLAIM BAR DATE FOR ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMS

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby request authority pursuant to Del. Bankr. L.R. 9006-1(d) to file a reply in further support of the Debtors' Motion for an Order Establishing a Proof of Claim Bar Date for Asbestos Personal Injury Pre-Petition Litigation Claims (Docket No. 9622) (the "Motion"), which is currently scheduled for hearing before this Court on November 14, 2005 at 12:00 p.m.

On October 28, 2005, the Official Committee of Asbestos Personal Injury Claimants, the Future Claimants' Representative, and certain law firms represented by Stutzman, Bromberg, Esserman & Plifka each filed an objection to the Motion. Although the Debtors will respond to the majority of the arguments raised in the objections at the hearing on November 14, 2005, certain fundamental mischaracterizations regarding the relief requested in the Motion, the Debtors' "motives" and applicable case law require immediate correction in order to prevent an obscuring of the issues relevant to an accurate adjudication of the Motion. Accordingly, the Debtors seek leave to file a reply in order to correct these mischaracterizations.

WHEREFORE, the Debtors respectfully request entry of an Order granting authority to file the reply, which is attached hereto.

Dated: Wilmington, Delaware
November 4, 2005

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick
Salvatore Bianca
200 East Randolph Drive
Chicago, IL 60601
Telephone:   (312) 861-2000
Facsimile:    (312) 861-2200

KIRKLAND & ELLIS LLP
Barbara Harding
David Mendelson
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone:   (202) 879-5000
Facsimile:    (202) 879-5200

-and-

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:   (302) 652-4100
Facsimile:    (302) 652-4400

SO ORDERED this ___ day
of November, 2005

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge