# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., et al.,[1/] | : | |
| | : | Chapter 11 |
| Debtors | : | Jointly Administered |

Hearing Date: October 28, 2005 at 4:00 p.m.
Objection Date: November 14, 2005 @ 12 p.m.

## CERTIFICATE OF SERVICE

I certify that, on November 7, 2005, I caused to be served a copy/copies of the United States Trustee's objection to the Debtors' Application for Authorization to Retain Bear, Stearns & Co. Inc., as Financial Advisor for Limited Purpose Greco & Lander, P.C. via facsimile and/or Regular Mail to the following persons:

Kirkland & Ellis LLP
Attn: Janet Baer, Esquire
200 East Randolph Drive
Chicago, IL 60601
Fax: (312) 861-2200

Stroock & Stroock & Lavan
Attn: Lewis Kruger, Esquire
180 Maiden Lane
New York, NY 10038-4982
Fax: (212) 806-6006

Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
Attn: James E. O'Neill, Esquire
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705
Fax: (302) 652-4400

Duane, Morris & Heckscher, LLP
Attn: Michael R. Lastowski, Esquire
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
Fax: (302) 657-4901

Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
Attn: Scott L. Baena
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131
Fax: (305) 374-7593

Ferry & Joseph, P.A.
Attn: Michael B. Joseph, Esquire
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Fax: (302) 575-1714

Caplin & Drysdale
Attn: Elihu Inselbuch
399 Park Avenue, 36th Floor
New York, NY 10022
Fax: (212) 644-6755

Kramer Levin Naftalis & Frankel LLP
Attn: Thomas M. Mayer, Esquire
919 Third Avenue
New York, NY 10022
Fax: (212) 715-8000

Swidler Berlin Shereff Friedman, LLP
Attn: Richard H. Wyron
3000 K Street
Washington, DC 20007
Fax: (202) 424-7643

Campbell & Levine, LLC
Attn: Marla Eskin, Esquire
800 N. King Street, Suite 300
Wilmington, DE 19801
Fax: (302) 426-9947

Klett Rooney Lieber & Schorling
Attn: Teresa K.D. Currier, Esquire
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397
Fax: (302) 655-4210

Phillips, Goldman & Spence, P.A.
Attn: John C. Phillips, Esquire
1200 North Broom Street
Wilmington DE 19806
Fax: (302) 655-4210

 /s/ Shakima L. Williams
Shakima L. Williams, Paralegal Specialist