# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

# INVOICE

September 15, 2005

Invoice No. HRA20050915

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of August, 2005.

**FEES**

| | |
|---|---:|
| Francine F. Rabinovitz<br>6.1 hours @ $ 550 per hour | $ 3,355.00 |
| Paul J. Silvern<br>0.7 hours @ $ 450 per hour | 315.00 |
| Robert H. Sims<br>0.5 hours @ $ 400 per hour | 200.00 |
| Paul K. Honig<br>2.5 hours @ $ 275 per hour | 687.50 |
| Joshua S. Katz<br>6.7 hours @ $ 200 per hour | 1,340.00 |
| **TOTAL DUE:** | **$ 5,897.50** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA     LOS ANGELES     WASHINGTON DC     NEW YORK

AUGUST, 2005 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| 08/03/05 | 0.7 | Update from Joshua Katz re: Committee call and need to cover Monday's continuation of Committee call. |
| 08/04/05 | 1.1 | Further discussion with Joshua S. Katz re: weekly conference call concerning Speights claims, mention in transcript. |
| 08/08/05 | 1.0 | Continue to review transcript in preparation for call. |
| 08/09/05 | 1.0 | Talk with Jim Hass about personal injury estimate, ask staff to locate Grace database in Sealed Air files (0.5); e-mails with Robert H. Sims, Paul K. Honig, Paul J. Silvern re: what data we already have (0.5). |
| 08/11/05 | 0.5 | Talk with Allyn Danzeisen of Bilzin re: obtaining updated database. |
| 08/20/05 | 1.8 | Read estimation opinion in Federal Mogul case (Asbestos Claimants vs Asbestos Property Damage committee). |
| TOTAL: | 6.1 | |

```
AUGUST, 2005 TIME LOG OF PAUL J. SILVERN (PJS)

DATE      TIME  TASK

08/09/05  0.5   E-mail  with Francine F. Rabinovitz regarding
                existing data.

08/15/05  0.2   Discussion with Joshua S. Katz re: recent
                event(s), notably Grace's strategy regarding
                segment of PD claim.

TOTAL:    0.7
```

AUGUST, 2005 TIME LOG OF ROBERT H. SIMS (RHS)

<u>DATE</u>      <u>TIME</u> <u>TASK</u>

08/09/05  0.5  Discussions with Francine F. Rabinovitz and Paul K. Honig re: Grace PI data.

TOTAL:    0.5

AUGUST, 2005 TIME LOG OF PAUL K. HONIG (PKH)

<u>DATE</u>      <u>TIME</u>  <u>TASK</u>

08/09/05   0.5   Assemble BI data disks & describe their contents.

08/10/05   2.0   Look further into the BI data examining yrfiled--
                 claims extend up through '97 & a few claims for
                 '98.

Total:     2.5

AUGUST, 2005 TIME LOG OF JOSHUA S. KATZ (JSK)

| DATE | TIME | TASK |
|---|---|---|
| 08/03/05 | 0.7 | Discuss weekly Committee call with Francine F. Rabinovitz and coverage for Monday's continuation of Committee call. |
| 08/04/05 | 4.4 | Grace weekly conference call (1.6); discussion with Francine F. Rabinovitz about weekly call, notably Speights claims, mention of Francine F. Rabinovitz in transcript, (1.1); continued review of July 19 transcript based on conversation with Francine F. Rabinovitz (1.7) |
| 08/15/05 | 1.6 | Quick call with Paul J. Silvern to discuss recent event(s), notably Grace's strategy re: segment of PD claims (0.2); review of POR and disclosure statement in preparation for eventual BI forecasting (0.5); review of old BI models to determine potential applicability (0.9) |
| TOTAL: | 6.7 | |