**CERTIFICATE OF SERVICE**

      I, Lisa L. Coggins, Esquire, hereby certify that on this 7th day of November, 2005, I caused one copy of the foregoing *Thirty-Fifth Interim Application for Compensation for Services Rendered and Reimbursement of Expenses of Hamilton, Rabinovitz & Alschuler, Inc. for the Period August 1, 2005 through August 31, 2005,* to be served upon the following persons in the indicated manner:

      SEE ATTACHED SERVICE LIST

      Upon penalty of perjury I declare that the foregoing is true and correct.

                                          /s/ Lisa L. Coggins
                                          Lisa L. Coggins (No. 4234)

**EXHIBIT A**

**By First Class Mail and E-mail:**

Warren H. Smith
Warren H. Smith and Associates, P.C.
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201
feeaudit@whsmithlaw.com

David B. Siegel, Esquire
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044
william.sparks@grace.com

**By Hand Delivery:**

David M. Klauder, Esq.
Office of the U.S. Trustee
844 King Street, Room 2207
Wilmington, DE 19801

**By E-mail:**

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young, Jones
& Weintraub, P.C.
919 Market Street, Suite 1600
Wilmington, DE 19801
dcarickhoff@pszyj.com

Marla Rosoff Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
meskin@del.camlev.com

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
mlastowski@duanemorris.com

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
syoder@bayardfirm.com

Teresa K.D. Currier, Esquire
Klett Rooney Leber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801
currier@klettrooney.com

James H.M. Sprayregen, Esquire
James W. Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
james_kapp@chicago.kirkland.com

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022
pvnl@capdale.com

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
david.heller@lw.com
carol.hennessey@lw.com

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
rserrette@stroock.com

Allyn S. Danzeisen, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
Wachovia Financial Center
200 South Biscayne Blvd., Suite 2500
Miami FL 33131
adanzeisen@bilzin.com

Philip Bently, Esquire
Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
pbentley@kramerlevin.com

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
phillips@pgslaw.com