UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: November 28, 2005 at 4:00 p.m.** |
| | ) | **Hearing Date: Hearing will be held if necessary** |
| | ) | |

## SUMMARY OF MONTHLY FEE AND EXPENSE INVOICE

| | |
|---|---|
| Name of Applicant: | Hamilton, Rabinovitz & Alschuler, Inc. |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Property Damage Claimants |
| Date of Retention: | Retention order entered on February 20, 2002, Nunc Pro Tunc, to May 2, 2001 |
| Period for which compensation and Reimbursement is sought: | September 1, 2005 through September 30, 2005 |
| Amount of Compensation sought as actual, reasonably and necessary for matters other than those related to the Sealed Air fraudulent transfer lawsuit: | $5,090.00 |
| Amount of Expense Reimbursement sought as actual, reasonably and necessary for matters other than those related to the Sealed Air fraudulent transfer lawsuit: | $0.00 |

This is a:____X_____monthly_____Interim_____final Application

During the month of February 2002, the Court entered an order approving the retention Application, which such Order made the Applicant subject to the requirements under the Administrative Orders governing requests for compensation and reimbursement of expenses. Accordingly, the Applicant submits this statement.