# HR&A                                               INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

October 13, 2005

Invoice No. HRA20051013

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of September, 2005.

**FEES**

| | |
|---|---:|
| Francine F. Rabinovitz<br>7.8 hours @ $ 550 per hour | $ 4,290.00 |
| Joshua S. Katz<br>4.0 hours @ $ 200 per hour | 800.00 |
| **TOTAL DUE:** | **$ 5,090.00** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA         LOS ANGELES         WASHINGTON DC         NEW YORK

SEPTEMBER, 2005, TIME LOG OF FRANCINE F. RAVINOBITZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| 09/01/05 | 2.0 | Update from Joshua S. Katz on committee phone call (0.5); read Case Management Order for the Estimation of Asbestos Property Damage Liabilities (0.5); begin review of Questionnaire for Asbestos Personal Injury and CMO ordered (1.0). |
| 09/02/05 | 0.8 | Follow delivery of PD exhibits; e-mails to Paul K. Honig about receiving, storage. |
| 09/06/05 | 1.5 | Read Letter to PD claimants on estimation process; review in detail CMO and questionnaire for the estimation of PI claims. |
| 09/08/05 | 0.5 | Update from Joshua S. Katz re: committee call. |
| 09/12/05 | 2.5 | Quick review of Debtors' objections to PD claims. |
| 09/21/05 | 0.5 | Read articles re: Grace challenge to NJ investigation. |
| TOTAL: | 7.8 | |

```
SEPTEMBER, 2005  TIME LOG OF JOSHUA S. KATZ (JSK)

DATE      TIME  TASK

09/01/05  1.0   Grace call (0.6); summary and discussion of call
                with Francine F. Rabinovitz (0.4).

09/08/05  1.0   Grace call (0.5); summary and discussion of call
                with Francine F. Rabinovitz (0.5).

09/22/05  1.0   Grace call (0.8); quick review of recent Grace
                news (0.2).

09/29/05  0.7   Weekly Grace conference call (0.5); quick review
                of recent Grace related news including release
                noting delay of earnings release (0.2).

09/30/05  0.3   Review and dissemination of Washington Post
                article and other related press on Libby.

TOTAL:    4.0
```