## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 7, 2005 a copy of the foregoing was served on

the following by facsimile:

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young,
Jones & Weintraub P.C.
919 North Market Street
17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Janet S. Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Barbara Harding, Esquire
Kirkland & Ellis LLP
655 Fifteenth Street, NW, Suite 1200
Washington, D.C. 20005

Marla R. Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch, Esquire
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Peter Van N. Lockwood, Esquire
Caplin & Drysdale
One Thomas Circle, N.W.
Washington, D.C. 20005

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Swidler Berlin LLP
3000 K. Street N.W., Suite 300
Washington, D.C. 20007

Sander L. Esserman, Esquire
Stutzman, Bromberg, Esserman &
Plifka, P.C.
2323 Bryan Street
Suite 2200
Dallas, TX 75201

_____
Elizabeth D. Power (ID No. 4135)