IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON *NOVEMBER 14, 2005,
AT 11:30 A.M.* BEFORE THE HONORABLE JUDITH K. FITZGERALD**

**AT THE REQUEST OF THE COURT THE HEARING TIME HAS BEEN
CHANGED FROM 12:00 P.M. TO 11:30 A.M.**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY SHOULD COMPLY
WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES
AND HEARING SCHEDULE* [Docket No. 7709]**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**CONTINUED MATTERS**

1.  Debtors' Motion for an Order Approving the Settlement Agreement with Intercat, Inc. [Filed: 7/25/05] (Docket No. 9062)

    Related Documents:

    a.  [Proposed] Order Approving the Settlement Agreement with Intercat, Inc. [Filed: 7/25/05] (Docket No. 9062)

    Response Deadline: August 12, 2005, at 4:00 p.m. *(extended until August 16, 2005, at 4:00 p.m. for the General Unsecured Creditors Committee and the PD Committee)*

    Responses Received:

    a.  Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for an Order Approving the Settlement Agreement with Intercat, Inc. [Filed: 8/16/05] (Docket No. 9194)

    Status: This matter will be continued until December 19, 2005 at 12:00 p.m.

**UNCONTESTED MATTERS**

2.  Debtors' Application for Authorization to Retain Bear, Stearns & Co. Inc., as Financial Advisor for Limited Purpose **[Filed: 10/10/05]** (Docket No. 9619)

    Related Documents:

    a.  [Proposed] Order Authorizing the Retention of Bear, Stearns & Co. Inc. as Financial Advisor for Limited Purpose [Filed 10/10/05] (Docket No. 9619)

    Response Deadline: October 28, 2005 at 4:00 p.m. *(extended until November 7, 2005 at 4:00 p.m. for the United States Trustee and the Official Committee of Unsecured Creditors)*

    Responses Received:

    a.  **United States Trustee's Objection to Debtors' Application for Authorization to Retain Bear, Stearns & Co. Inc., as Financial Advisor for Limited Purpose [Filed: 11/7/05] (Docket No. 11001)**

    **Status: This matter will be going forward. The United States Trustee has filed a limited objection to the extent Bear Stearns & Co., Inc. is considered a professional under section 327 of the Bankruptcy Code. The parties are discussing, however, whether the retention may be made in the ordinary course of business under section 363 of the Bankruptcy Code. The Debtors and Bear Stearns & Co., Inc. have agreed with the Unsecured Creditors' Committee to revise the Order to modify the compensation arrangement as agreed to among the parties.**

2

3. Motion of Debtors and Debtors in Possession for Entry of an Order Authorizing Settlement of Certain Claims Pursuant to Fed. R. Bankr. P. 9019 and Granting Related Relief [Filed: 10/10/05] (Docket No. 9620)

   Related Documents:

   a. Stipulation and Order Between Debtors and Bank of America, N.A. Regarding Allowance of Certain Claims [Filed: 10/10/05] (Docket No. 9620, Exhibit A)

   b. [Proposed] Order Authorizing Settlement with Bank of America, N.A., and Granting Certain Related Relief [Filed: 10/10/05] (Docket No. 9620, Exhibit B)

   Response Deadline: October 28, 2005 at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   Status: A revised Stipulation and proposed form of Order will be filed under Certification of Counsel.

4. Debtors' Motion for Authority to Enter Into a Lease for Woburn, Massachusetts Property [Filed: 10/10/05] (Docket No. 9621)

   Related Documents:

   a. [Proposed] Order Authorizing Debtors to Enter Into a Lease for Woburn, Massachusetts Property [Filed: 10/10/05] (Docket No. 9621)

   b. **Certification of No Objection Regarding Docket No. 9621 [Filed: 11/1/05] (Docket No. 10960)**

   Response Deadline: October 28, 2005 at 4:00 p.m. *(extended until November 1, 2005 at 4:00 p.m. for the Official Committee of Unsecured Creditors)*

   Responses Received: None as of the date of this Notice of Agenda.

   **Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.**

## MATTERS RELATING TO ASBESTOS PD CLAIMS

5. Phase 1 Property Damage Estimation (Hearing on Phase 1, Procedural Approach to Constructive Notice and Dust Sampling Methodology, per PD Estimation CMO, Docket 9302, paragraphs 8-12)

   a. Dust Sampling Methodology

      (i) Memorandum of Law in Opposition to Consideration of the Debtors' Proposed "Methodology Issue" as Part of the Estimation of Asbestos Property Damage Claims [Filed: 10/17/2005] (Docket No. 9671)

Response Date: October 31, 2005

Responses Filed:

 (i) The Debtors' Response to the PD Committee's Opposition to Consideration of the "Methodology Issue" as Part of the Estimation of Asbestos Property Damage Claims [Filed: 10/31/05] (Docket No. 10933)

b. Constructive Notice Procedures

 (i) Brief of Debtors' in Support of an Estimation Hearing on Constructive Notice in Property Damage Claims [Filed: 10/17/2005] (Docket No. 9673)

Response Date: October 31, 2005

Responses Filed:

 (i) Response and Memorandum of Law of the Official Committee of Asbestos Property Damage Claimants in Opposition to Debtors' Brief in Support of an Estimation Hearing on Constructive Notice in Property Damage Claims [Filed: 10/31/2005] (Docket No. 10940)

 (ii) Joinder of Claimant State of California, Department of General Services to the Response and Memorandum of Law of the Official Committee of Asbestos Property Damage Claimants in Opposition to Debtors' Brief in Support of an Estimation Hearing on Constructive Notice in Property Damage Claims **[Filed: 11/1/05] (Docket No. 10956)**

c. Related Documents:

 (i) Case Management Order for the Estimation of Asbestos Property Damage Liabilities [Entered 8/31/2005] (Docket No. 9302)

Status: This matter will be going forward.

6. Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 9/1/05] (Docket No. 9315)

Related Documents:

a. [Signed] Order [Filed: 9/30/05] (Docket No. 9540)

b. Certification of Counsel Regarding First Order Granting Relief Sought in Debtors' Fifteenth Omnibus Objection to Claims (Substantive) [Filed: 11/2/05] (Docket No. 10971)

c. **Certification of Counsel Regarding the Debtors' Proposed Scheduling Order Regarding Debtors' Fifteenth Omnibus Objection to Claims (Substantive) [Filed: 11/4/05] (Docket No. 10998)**

Response Deadline: October 7, 2005 at 4:00 p.m. *(extended by the Court until October 27, 2005 at 4:00 p.m.)*

**Responses Received:** Unresolved Claims are listed on the attached Exhibit A.

**Status:** Going forward with respect to: (1) defaults as listed on Exhibit B and agreed relief; (2) scheduling order issues; and (3) status conference on all contested matters.

## MATTERS RELATING TO ASBESTOS PI CLAIMS

7. Debtors' Motion for an Order Establishing a Proof of Claim Bar Date for Asbestos Personal Injury Pre-Petition Litigation Claims [Filed: 10/10/05] (Docket No. 9622)

   Related Documents:

   a. [Proposed] Order Establishing a Proof of Claim Bar Date for Asbestos Personal Injury Pre-Petition Litigation Claims [Filed: 10/10/05] (Docket No. 9622)

   Response Deadline: October 28, 2005 at 4:00 p.m.

   Responses Received:

   a. Response of Official Committee of Equity Security Holders in Support of Debtor's Motion for Order Establishing a Proof of Claim Bar Date for Asbestos Personal Injury Pre-Petition Litigation Claims [Filed: 10/28/05] (Docket No. 10910)

   b. Response to [In Opposition] Motion For An Order Establishing A Proof of Claim Bar Date for Asbestos Personal Injury Pre-Petition Litigation Claims [Filed: 10/28/05] (Docket No. 10913)

   c. Future Claimants' Representatives Opposition to the Debtors' Motion for an Order Establishing a Proof of Claim Bar Date for Asbestos Personal Injury Pre-Petition Litigation Claims [Filed: 10/28/05] (Docket No. 10917)

   d. Opposition of The Official Committee of Asbestos Personal Injury Claimants to the Debtors' Motion for an Order Establishing a Proof of Claim Bar Date for Asbestos Personal Injury Pre-Petition Litigation Claims [Filed: 10/28/05] (Docket No. 10930)

   **Replies Received:**

   **a. Debtors' Motion for Leave to File a Reply with Respect to its Motion for an Order Establishing a Proof of Claim Bar Date for Asbestos Personal Injury Pre-Petition Litigation Claims [Filed: 11/4/05] (Docket No. 10999)**

   **(i) Debtors' Reply in Support of its Motion for an Order Establishing a Proof of Claim Bar Date for Asbestos Personal Injury Pre-Petition Litigation Claims [Filed: 11/4/05] (Docket No. 10999)**

Status: This matter will be going forward.

8. Motion of the Official Committee of Asbestos Personal Injury Claimants for (I) Clarification, or Alternatively (II) for Modification of the Case Management Order for the Estimation of Asbestos Personal Injury Liabilities [Filed: 10/21/05] (Docket No. 9876)

   Related Documents:

   a. Case Management Order for the Estimation of Asbestos Personal Injury Liabilities [Entered 8/29/2005] (Docket No. 9301)

   b. [Proposed] Order Clarifying the Case Management Order for the Estimation of Asbestos Personal Injury Liabilities and Related Asbestos Personal Injury Questionnaire [Filed: 10/21/05] (Docket No. 9876)

   c. Motion to Shorten Notice with Respect to the Motion of the Official Committee of Asbestos Personal Injury Claimants for (I) Clarification, or Alternatively (II) for Modification of the Case Management Order for the Estimation of Asbestos Personal Injury Liabilities [Filed: 10/21/05] (Docket No. 9885)

   Response Deadline: November 7, 2005 at 5:00 p.m.

   Responses Received:

   **a. Objection to Motion of the Official Committee of Asbestos Personal Injury Claimants for (I) Clarification, or (II) Alternatively, for Modification, of Case Management Order for the Estimation of Personal Injury Liabilities [Filed: 11/7/05] (Docket No. 11007)**

   Status: As stated on the record at the October 24, 2005 hearing, the Debtors and the Official Committee of Asbestos Personal Injury Claimants have reached agreement regarding the relief requested in the Motion. The Debtors oppose any request for relief not expressly requested in the Motion as filed or any relief requested by parties other than the Official Committee of Asbestos Personal Injury Claimants absent appropriate motion filed with the Court, proper notice and hearing.

## PRE-TRIAL CONFERENCE AND MOTION FOR PRELIMINARY INJUNCTION

9. Pretrial Conference for W. R. Grace & Co., et al., v. Bradley M. Campbell, Commissioner of the New Jersey Department of Environmental Protection [Filed: 9/19/05] (Adv. Pro. No. 05-52724)

   Related Documents:

   a. Complaint for Declaratory and Injunctive Relief [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 1)

  b. Summons and Notice of Scheduling Conference in an Adversary Proceeding [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 2)

Response Deadline: October 7, 2005 at 4:00 p.m.

Responses Received:

  a. Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Docket No. 6)

Related Document

    i. Brief in Support of Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Docket No. 7)

Replies Received:

  a. Debtor's Opposition to Defendants' Motion to Dismiss [Filed: 10/28/05] (Docket No. 8)

Status: This matter will be going forward.

10. Debtors' Motion for an Injunction under Sections 105 and 362 of the Bankruptcy Code [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 3)

Related Documents:

  a. [Proposed] Injunction Order [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 3)

Response Deadline: October 7, 2005 at 4:00 p.m.

Responses Received:

  a. Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Docket No. 6)

Related Document

    i. Brief in Support of Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Docket No. 7)

Replies Received:

  a. Debtor's Opposition to Defendants' Motion to Dismiss [Filed: 10/28/05] (Docket No. 8)

Status: This matter will be going forward.

## CLAIMS OBJECTIONS

11.  Debtors' Fifth Omnibus Objection to Claims (Substantive) [Filed: 05/05/04] (Docket No. 5527)

    Response Deadline: June 4, 2004, at 4:00 p.m.

    Responses Received: Unresolved Responses to this matter are listed on the attached **Exhibit C**.

    Status: To the extent any remaining disputed claims are resolved prior to the hearing, the Debtors will present an order regarding the same at the hearing. A hearing on all unresolved disputed claims will be continued to the omnibus hearing on December 19, 2005, at 12:00 p.m.

12.  Debtors' Eighth Omnibus Objection to Claims (Substantive) [Filed: 01/12/05] (Docket No. 7545)

    **Related Documents:**

    a.   **Stipulation and Order Resolving Certain Issues Concerning the Claims of National Union Fire Insurance Company of Pittsburgh, PA [Filed: TBD] (Docket No. TBD)**

    Response Deadline: February 11, 2005, extended to February 25, 2005, at 4:00 p.m.

    Responses Received: Unresolved Responses to this matter are listed on the attached **Exhibit D**.

*[Remainder of Page Intentionally Left Blank]*

91100-001\DOCS_DE:112743.3

Status: To the extent any remaining disputed claims are resolved prior to the hearing, the Debtors will present an order regarding the same at the hearing. A hearing on all unresolved disputed claims will be continued to the omnibus hearing on December 19, 2005, at 12:00 p.m.

Dated: November 7, 2005

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill, III (Bar No. 4042)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession

91100-001\DOCS_DE:112743.2