# EXHIBIT A

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 1 | 879 | BUILDING & CONSTRUCTION LABORERS LOCAL 310 3250 | NO COUNSEL SPECIFIED | | | A-3, B-2, C-1 (c), C-1 (d), C-3 (a), C-3 (e), D 2, D-6, E-1, |
| 2 | 1700 | WALTERS, JOHN | NOT FILED YET | | | |
| 3 | 1724 | WITTENBERG, WILLIAM R 6110 PANORAMA DR NE TACOMA | NO COUNSEL SPECIFIED | | 6110 PANORAMA DR NE TACOMA WA 000098422 | C-2, C-3 (c), C-3 (e), D-4, D-6, E-1, |
| 4 | 2361 | PAULETTE, MARCELLA MAE 287 TOWNSHIP RD 267 AMSTE | NO COUNSEL SPECIFIED | | 287 TOWNSHIP ROAD 267 AMSTERDAM OH 000043903 | C-2, C-3 (e), D-4, D-6, E-1, |
| 5 | 2636 | THRASHER, VIRGINIA L 3460 PHEASANT CT DECATUR, G | NO COUNSEL SPECIFIED | | 599 STARLING RD ALMA GA 000031510 | E-1, |
| 6 | 2763 | WOODBURY PLACE APARTMENTS LTD | NO COUNSEL SPECIFIED | | 2834 WOODBURY DR SAN ANTONIO TX 000078217 | C-3 (d), C-3 (f), D-2, D-3, D-4, D-6, E-1, |
| 7 | 2785 | BUILDING LABORERS UNION LOCAL 310 | RICHARD L STOPER JR ROTATORI BENDER GRAGEL STOPER & ALEXANDER CO LPA 800 LEADER BLDG 526 SUPERIOR AVE E CLEVELAND OH 441141498 Law Firm Number: 00244 | | 3250 EUCLID AVENUE CLEVELAND OH 000044115 | C-3 (f), D-2, D-4, D-6, E-3, |

[1] This chart does not include the claims filed by the firm of Dies & Hile or the claims filed by claimants in Louisiana who have separate response deadlines. It also does not include claims filed by the firm of Speights & Runyan based on the *Anderson Memorial* case. Those claims are the subject of a separate order to be presented to the Court.

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 8 | 2977 | CHP ASSOCIATES INC | JAMES M HUGHES MOTLEY RICE LLC 28 BRIDGESIDE BLVD PO BOX 1792 MOUNT PLEASANT SC 29465 Law Firm Number: 00250 | | 1415 ROUTE 70 EAST CHERRY HILL NJ 000008034 | C-3 (f), D-2, D-3, D-6, E-3, |
| 9 | 3405 | FARGO HOUSING AND REDEVELOPMENT AUTHORITY | JAMES M HUGHES MOTLEY RICE LLC 28 BRIDGESIDE BLVD PO BOX 1792 MT PLEASANT SC 29464 Law Firm Number: 00250 | LASHKOWITZ HIGH RISE | 101 S 2ND STREET FARGO ND 000058102 | C-4, D-2, D-6, E-1, |
| 10 | 3406 | AMERICAN LEGION | JAMES M HUGHES MOTLEY RICE LLC 28 BRIDGESIDE BLVD PO BOX 1792 MOUNT PLEASANT SC 29465 Law Firm Number: 00250 | | 505 3RD AVENUE NORTH FARGO ND 000058102 | C-3 (d), C-3 (f), D-1 (c), D-2, D-4, D-6, E-1, |
| 11 | 3512 | THE CHURCH OF ST HELENA OF MINNEAPOLIS | JAMES M HUGHES MOTLEY RICE LLC 28 BRIDGESIDE BLVD PO BOX 1792 MOUNT PLEASANT SC 29465 Law Firm Number: 00250 | THE CHURCH OF ST HELENA OF MINNEAPOLIS | 3204 E. 43RD STREET MINNEAPOLIS MN 000055406 | C-3 (d), D-1 (c), D-2, D-5, D-6, E-1, |

**15th OMNI CONTESTED CLAIMS[1]**

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 12 | 3515 | CATHOLIC DIOCESE OF LITTLE ROCK | JAMES M HUGHES MOTLEY RICE LLC 28 BRIDGESIDE BLVD PO BOX 1792 MOUNT PLEASANT SC 29465 Law Firm Number: 00250 | | 2415 N. TYLER LITTLE ROCK AR 000072202 | C-3 (d), C-3 (f), D-2, D-4, D-6, E-1, |
| 13 | 4075 | CHURCH OF ST JOSEPH | JAMES M HUGHES MOTLEY RICE LLC 28 BRIDGESIDE BLVD PO BOX 1792 MOUNT PLEASANT SC 29465 Law Firm Number: 00250 | CHURCH OF ST JOSEPH | 1154 SEMINOLE AVENUE WEST ST PAUL MN 000055118 | B-2, D-1 (c), D-2, D-5, D-6, E-1, |
| 14 | 4382 | SHARTZER, JAMIE GUEVARA 24172 ZORRO CT HAYWARD, | NO COUNSEL SPECIFIED | | 24172 ZORRO CT HAYWARD CA 000094541 | D-4, D-6, E-1, |
| 15 | 4396 | KELLY, LAWRENCE DOUGLAS 1304 WASHINGTON AVE LIBB | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 1304 WASHINGTON AVE LIBBY MT 000059923 | C-2, C-3 (e), D-4, D-6, E-1, G-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 16 | 4705 | PERINI CORPORATION | JEFFREY R PORTER MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC ONE FINANCIAL CENTER BOSTON MA 02111 Law Firm Number: 00265 | | RUSSELL FIELD PARK RINDGE AVENUE CAMBRIDGE MA | C-1 (c), C-1 (d), C-2, C-3 (e), E-1, G-3, |
| 17 | 4710 | CLEMONS, JOHN D 2268 FARM TO MARKET ROAD LIBBY, | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 2268 FARM TO MARKET ROAD LIBBY MT 000059923 | C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 18 | 4711 | BRALEY, EUGENE ALFRED 651 QUARTZ ROAD LIBBY, MT | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 651 QUARTZ ROAD LIBBY MT 000059923 | C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 19 | 4712 | BAVER, GEORGE JAMES 203 EAST SPRUCE LIBBY, MT 5 | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 203 EAST SPRUCE LIBBY MT 000059923 | A-2, C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 20 | 4713 | BROWN, TIMOTHY LEE 300 GRANITE AVENUE LIBBY, MT | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 346 GRANITE AVENUE LIBBY MT 000059923 | C-1 (d), D-4, D-6, E-1, G-2, |
| 21 | 4714 | BROWN, TIMOTHY LEE 300 GRANITE AVENUE LIBBY, MT | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 300 GRANITE AVENUE LIBBY MT 000059923 | C-1 (d), D-4, D-6, E-2, G-2, |
| 22 | 4721 | CITY OF CAMBRIDGE MASSACHUSETTS | STEPHEN D ANDERSON ANDERSON & KREIGER LLP 43 THORNDIKE STREET CAMBRIDGE MA 02141 Law Firm Number: 00162 | | RUSSELL FIELD-OFF RINDGE AVE CAMBRIDGE MA 000002140 | C-2, D-2, D-4, D-6, E-3, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 23 | 4723 | CITY OF CAMBRIDGE MASSACHUSETTS | STEPHEN D ANDERSON ANDERSON & KREIGER LLP 43 THORNDIKE STREET CAMBRIDGE MA 02141 Law Firm Number: 00162 | | RUSSELL FIELD-OFF AVE CAMBRIDGE MA 000002140 | C-2, D-2, D-4, D-6, E-1, |
| 24 | 5554 | FREEBURY, DANNY JAMES 1302 AIRTH AVENUE LIBBY, M | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 1302 AIRTH AVENUE LIBBY MT 000059923 | C-1 (d), C-2, C-3 (e), E-1, G-2, |
| 25 | 5555 | GEER, MARY K 141 CONIFER ROAD LIBBY, MT 59923 | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 141 CONIFER ROAD LIBBY MT 000059923 | A-2, C-1 (d), D-4, D-6, E-2, G-2, |
| 26 | 5556 | HANSEN, SALLY A 416 W 4TH STREET LIBBY, MT 5992 | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 416 W 4TH STREET LIBBY MT 000059923 | A-2, C-2, E-1, G-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 27 | 5557 | ERICKSON, RODNEY A 280 DOLPHIN LANE LIBBY, MT  5 | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 280 DOLPHIN LANE LIBBY MT  000059923 | C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 28 | 5558 | HEDAHL, KEITH 94 RAINBOW LANE LIBBY, MT  59923 | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 94 RAINBOW LANE LIBBY MT  000059923 | C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 29 | 5559 | COLE, EDDY J 2223 SNOWSHOE ROAD LIBBY, MT  59923 | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 902 EAST LINCOLN BLVD LIBBY MT  000059923 | C-2, C-3 (e), E-1, G-2, |
| 30 | 5560 | DAVIDSON, JAMES 683 ACM ROAD SOUTH LIBBY, MT  59 | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 1004 MINERAL AVENUE LIBBY MT  000059923 | A-2, C-1 (d), C-2, D-4, D-6, E-3, G-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 31 | 5561 | ELLETSON, RODNEY 500 TAYLOR ROAD LIBBY, MT 5992 | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 500 TAYLOR ROAD LIBBY MT 000059923 | C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 32 | 5562 | FLETCHER, GERALDINE M 377 THOMAS STREET LIBBY, M | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 377 THOMAS STREET LIBBY MT 000059923 | C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 33 | 5563 | CARR, EVELYN MARIE 1681 HIGHWAY 2 SOUTH LIBBY, M | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 1681 HIGHWAY 2 SOUTH LIBBY MT 000059923 | C-1 (d), C-2, C-3 (e), E-1, G-2, |
| 34 | 5564 | GARRISON, CHARLENE M 12 1 2 GARRISON RD PO BOX 42 | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 12 1 2 GARRISON ROAD TROY MT 000059935 | C-1 (d), C-2, C-3 (e), E-1, G-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 35 | 5581 | HUGHES, PATRICIA MICHELE 2212 HOWARD ST NE MINNE | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 2212 HOWARD ST NE MINNEAPOLIS MN 000055418 | C-1 (d), C-3 (d), D-4, D-6, E-1, G-1, |
| 36 | 5586 | COUNTY OF SONOMA | WILLIAM L ADAMS COUNTY OF SONOMA OFFICE OF COUNTY COUNSEL 575 ADMINISTRATION DR RM 105A SANTA ROSA CA 95403 Law Firm Number: 00277 | | 600 ADMINISTRATION DRIVE SANTA ROSA CA 000095403 | C-2, C-4, D-2, D-4, D-6, E-1, |
| 37 | 5986 | SPINGLER, CLIFFORD M 1233 NW 199TH PL SHORELINE, | NO COUNSEL SPECIFIED | | 1233 NW 199TH PL SHORELINE WA 000098177 | C-2, C-3 (c), C-3 (e), D-4, D-6, E-1, |
| 38 | 5987 | JOHNSON, DALE M 2255 E SHAW AVE, APT B FRESNO, C | NO COUNSEL SPECIFIED | | 2255-2297 E SHAW AVE FRESNO CA 000093710 | C-1 (d), C-2, D-1 (c), D-6, E-1, |
| 39 | 6079 | MADISON COMPLEX INC | PATRICIA A BURKE RIDER BENNETT EGAN & ARUNDEL 333 S SEVENTH ST STE 2000 MINNEAPOLIS MN 55402 Law Firm Number: 00290 | | 1720 MADISON STREET N.E. MINNEAPOLIS MN 000055418 | C-3 (e), E-1, G-1, G-3, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 40 | 6083 | NELSON, GERALDINE LOUISE 3441 FARM TO MARKET ROAD | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 1221 DAKOTA AVENUE LIBBY MT 000059923 | C-1 (d), C-2, E-1, G-2, |
| 41 | 6084 | NELSON, GERALDINE LOUISE 3441 FARM TO MARKET ROAD | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 1115 DAKOTA AVENUE LIBBY MT 000059923 | C-1 (d), C-2, E-1, G-2, |
| 42 | 6085 | NELSON, GERALDINE LOUISE 3441 FARM TO MARKET ROAD | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 3441 FARM TO MARKET ROAD LIBBY MT 000059923 | C-1 (d), C-2, E-1, G-2, |
| 43 | 6086 | NELSON, BARBARA SUE 1021 MAIN PO BOX 1116 LIBBY, | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 1021 MAIN LIBBY MT 000059923 | C-2, D-4, D-6, E-1, G-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 44 | 6087 | JUDKINS, JACK DEAN 2537 BULL LAKE ROAD TROY, MT | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 1770 HIGHWAY Z WEST LIBBY MT 000059923 | C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 45 | 6089 | WAGNER, MICHAEL CHARLES 3696 SECOND STREET EXTENS | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 3696 SECOND STREET EXTENSION WEST LIBBY MT 000059923 | C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 46 | 6090 | WELCH, DENNIS ALBERT 172 ST REGIS ROAD PO BOX 396 | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 172 ST REGIS ROAD TROY MT 000059935 | C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 47 | 6091 | WELCH, ROBERT JAMES 155 ST REGIS HAUL RD TROY, M | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 117 ST REGIS HAUL RD TROY MT 000059935 | C-1 (d), C-2, C-3 (e), E-1, G-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 48 | 6092 | KELLEY, DOUGLAS 3819 US HIGHWAY 2 SOUTH LIBBY, M | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 3819 US HIGHWAY 2 SOUTH LIBBY MT 000059923 | C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 49 | 6093 | KVAPIL, CELIA JANE 182 FARM TO MARKET ROAD LIBBY | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 182 FARM TO MARKET ROAD LIBBY MT 000059923 | C-1 (d), E-1, G-2, |
| 50 | 6094 | LINDSAY, DUANE EDWARD 412 PARMENTER AVENUE LIBBY | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 412 PARMENTER LIBBY MT 000059923 | C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 51 | 6095 | MCALLISTER, SANDRA CAROL 3518 HIGHWAY 2 SOUTH PO | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 3518 HIGHWAY 2 SOUTH LIBBY MT 000059923 | C-1 (d), C-2, D-4, D-6, E-1, G-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 52 | 6096 | MCCULLY, VERNON DEAN 450 FARM TO MARKET RAOD LIB | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 450 FARM TO MARKET ROAD LIBBY MT 000059923 | C-1 (d), D-4, D-6, E-2, G-2, |
| 53 | 6582 | SKARIE, RONALD ALAN 7623 W RYAN RD FRANKLIN, WI | NO COUNSEL SPECIFIED | | 7623 7625 W RYAN RD FRANKLIN WI 000053132 | C-1 (d), C-2, C-3 (d), D-4, D-6, E-1, |
| 54 | 6634 | THE CLEVELAND MUSEUM OF ART | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | THE CLEVELAND MUSEUM OF ART | 1150 EAST BOULEVARD CLEVELAND OH 000044106 | C-2, D-2, D-6, E-1, F-2, |
| 55 | 6636 | F F THOMPSON CONTINUING CARE CENTER INC | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 350 PARISH STREET CANANDAIGUA NY 000014424 | C-2, D-2, D-6, E-1, F-2, |

15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 56 | 6637 | GULF ATLANTIC PROPERTIES INC BAYVIEW TOWER | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | GULF ATLANTIC PROPERTIES INC BAYVIEW TOWER | 100 1ST AVENUE SOUTH SAINT PETERSBURG FL 000033701 | C-2, D-2, D-4, D-6, E-1, |
| 57 | 6639 | EDEN MEDICAL CENTER | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | EDEN MEDICAL CENTER | 20103 LAKE CHABOT ROAD CASTRO VALLEY CA 000094546 | C-2, D-2, D-6, E-1, F-2, |
| 58 | 6697 | METHODIST HOSPITAL | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | METHODIST HOSPITAL | OMAHA NE | C-2, C-3 (c), C-3 (e), D-2, D-6, E-1, F-2, |
| 59 | 6901 | BAYSHORE COMMUNITY HOSPITAL | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BAYSHORE COMMUNITY HOSPITAL | 727 N BEERS STREET HOLMDEL NJ 000007733 | C-2, C-3 (c), C-3 (e), D-2, D-6, E-1, F-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 60 | 6932 | FIRST UNITED METHODIST CHURCH | JAMES M HUGHES MOTLEY RICE LLC 28 BRIDGESIDE BLVD PO BOX 1792 MOUNT PLEASANT SC 29465 Law Firm Number: 00250 | FIRST UNITED METHODIST CHURCH | 140 6TH AVENUE NORTH SOUTH SAINT PAUL MN 000055075 | C-2, D-1 (c), D-2, D-4, D-5, D-6, E-1, |
| 61 | 6935 | CHURCH OF ST LEO THE GREAT | JAMES M HUGHES MOTLEY RICE LLC 28 BRIDGESIDE BLVD PO BOX 1792 MOUNT PLEASANT SC 29465 Law Firm Number: 00250 | CHURCH OF ST LEO THE GREAT | 2017 BOHLAND AVENUE SAINT PAUL MN 000055116 | B-2, D-1 (c), D-2, D-4, D-5, D-6, E-1, |
| 62 | 6936 | CITY OF BARNESVILLE | JAMES M HUGHES MOTLEY RICE LLC 28 BRIDGESIDE BLVD PO BOX 1792 MOUNT PLEASANT SC 29465 Law Firm Number: 00250 | | 101 FRONT STREET SOUTH BARNESVILLE MN 000056514 | D-1 (c), D-2, D-4, D-5, D-6, E-1, |
| 63 | 6937 | STATE OF WASHINGTON | JAMES M HUGHES MOTLEY RICE LLC 28 BRIDGESIDE BLVD PO BOX 1792 MOUNT PLEASANT SC 29465 Law Firm Number: 00250 | GENERAL ADMIN. BLDG | CAPITOL COMPLEX OLYMPIA WA 000098504 | C-4, D-1 (c), D-2, D-4, D-6, E-1, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 64 | 6938 | STATE OF WASHINGTON | JAMES M HUGHES MOTLEY RICE LLC 28 BRIDGESIDE BLVD PO BOX 1792 MOUNT PLEASANT SC 29465 Law Firm Number: 00250 | | 20212 68TH AVENUE WEST LYNNWOOD WA 000098036 | C-4, D-2, D-4, D-6, E-3, |
| 65 | 6939 | STATE OF WASHINGTON | JAMES M HUGHES MOTLEY RICE LLC 28 BRIDGESIDE BLVD PO BOX 1792 MOUNT PLEASANT SC 29465 Law Firm Number: 00250 | WSU KRUEGEL MCALLISTER CENTRAL | , STADIUM WAY PULLMAN WA 000099164 | C-2, C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 66 | 6940 | STATE OF WASHINGTON | JAMES M HUGHES MOTLEY RICE LLC 28 BRIDGESIDE BLVD PO BOX 1792 MOUNT PLEASANT SC 29465 Law Firm Number: 00250 | WSU JOHNSON HALL & ANNEX | , WILSON ROAD PULLMAN WA 000099164 | C-1 (d), C-2, C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 67 | 6941 | STATE OF WASHINGTON | JAMES M HUGHES MOTLEY RICE LLC 28 BRIDGESIDE BLVD PO BOX 1792 MOUNT PLEASANT SC 29465 Law Firm Number: 00250 | WSU DAGGY HALL, BLDG #0803 | COLLEGE AVENUE PULLMAN WA 000099164 | C-3 (f), D-2, D-4, D-6, E-1, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 68 | 6942 | STATE OF WASHINGTON | JAMES M HUGHES MOTLEY RICE LLC 28 BRIDGESIDE BLVD PO BOX 1792 MOUNT PLEASANT SC 29465 Law Firm Number: 00250 | WSU DANA HALL, BLDG #0056 | , SPOKANE STREET PULLMAN WA 000099164 | C-2, C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 69 | 6943 | STATE OF WASHINGTON | JAMES M HUGHES MOTLEY RICE LLC 28 BRIDGESIDE BLVD PO BOX 1792 MOUNT PLEASANT SC 29465 Law Firm Number: 00250 | WSU BEASLEY PERFORMING ARTS COLISEUM | PULLMAN WA 000099164 | C-4, D-2, D-4, D-6, E-1, |
| 70 | 6944 | STATE OF WASHINGTON | JAMES M HUGHES MOTLEY RICE LLC 28 BRIDGESIDE BLVD PO BOX 1792 MOUNT PLEASANT SC 29465 Law Firm Number: 00250 | WSU MCCOY HALL, BLDG #0044 | , STADIUM WAY PULLMAN WA 000099164 | C-2, C-4, D-1 (c), D-2, D-4, D-6, E-1, |
| 71 | 6945 | THE PRUDENTIAL INSURANCE COMPANY | ROBERT J GILSON RIKER DANZIG SCHERER HYLAND & P ONE SPEEDWELL AVE MORRISTOWN NJ 07962 Law Firm Number: 00115 | CENTURY CENTER I | 2200 CENTURY PARKWAY ATLANTA GA 000030345 | C-2, C-4, D-2, D-4, D-5, D-6, E-3, |

15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 72 | 6946 | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | ROBERT J GILSON RIKER DANZIG SCHERER HYLAND & P ONE SPEEDWELL AVE MORRISTOWN NJ 07962 Law Firm Number: 00115 | SOUTHDALE OFFICE COMPLEX | - 6800 FRANCE AVENUE EDINA MN 000055435 | C-2, C-3 (d), C-4, D-2, D-4, D-5, D-6, E-2, |
| 73 | 6947 | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | ROBERT J GILSON RIKER DANZIG SCHERER HYLAND & P ONE SPEEDWELL AVE MORRISTOWN NJ 07962 Law Firm Number: 00115 | NORTHWEST FINANCIAL CENTER | - 7900 XERXES AVENUE BLOOMINGTON MN 000055431 | C-4, D-2, D-4, D-5, D-6, E-2, |
| 74 | 6948 | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | ROBERT J GILSON RIKER DANZIG SCHERER HYLAND & P ONE SPEEDWELL AVE MORRISTOWN NJ 07962 Law Firm Number: 00115 | CENTURY CENTER IV | - 2600 CENTURY PARKWAY ATLANTA GA 000030345 | C-4, D-2, D-4, D-5, D-6, E-4, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 75 | 6949 | THE PRUDENTIAL INSURANCE COMPANY | ROBERT J GILSON RIKER DANZIG SCHERER HYLAND & P ONE SPEEDWELL AVE MORRISTOWN NJ 07962 Law Firm Number: 00115 | BROOKHOLLOW I | 2800 NORTH LOOP WEST HOUSTON TX 000077092 | C-4, D-2, D-4, D-6, E-3, |
| 76 | 6950 | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | ROBERT J GILSON RIKER DANZIG SCHERER HYLAND & P ONE SPEEDWELL AVE MORRISTOWN NJ 07962 Law Firm Number: 00115 | | 1100 MILAM HOUSTON TX 000077001 | C-4, D-2, D-4, D-6, E-3, |
| 77 | 6951 | THE PRUDENTIAL INSURANCE COMPANY | ROBERT J GILSON RIKER DANZIG SCHERER HYLAND & P ONE SPEEDWELL AVE MORRISTOWN NJ 07962 Law Firm Number: 00115 | FIRST FLORIDA TOWER | - 111 EAST MADISON STREET TAMPA FL  000033602 | C-4, D-2, D-3, D-4, D-6, E-3, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 78 | 6952 | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | ROBERT J GILSON RIKER DANZIG SCHERER HYLAND & P ONE SPEEDWELL AVE MORRISTOWN NJ 07962 Law Firm Number: 00115 | SHORT HILLS BUILDING | - 51 JOHN F KENNEDY PARKWAY SHORT HILLS NJ 0000007078 | C-4, D-2, D-4, D-6, E-1, |
| 79 | 7020 | SOLOW, SHELDON H 9 WEST 57TH STREET NEW YORK, NY | EDWARD J WESTBROOK RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC 1037 CHUCK DAWLEY BLVD BLDG A MOUNT PLEASANT SC 29464 Law Firm Number: 00306 | | 9 WEST 57TH STREET NEW YORK NY 0000010019 | C-1 (d), C-2, D-2, D-4, D-6, E-1, |
| 80 | 7028 | TRUMBULL MEMORIAL HOSPITAL | STEVEN E CRICK HUMPHREY FARRINGTON & MCCLAIN 123 WEST KANSAS INDEPENDENCE MO 64051 Law Firm Number: 00108 | TRUMBULL MEMORIAL HOSPITAL | 1350 E MARKET STREET WARREN OH 000044482 | C-3 (f), D-2, D-4, D-6, E-3, |
| 81 | 7092 | SMITH, KENNETH D 1711 MILTON MANOR DR EL CAJON, | NO COUNSEL SPECIFIED | | 1711 MILTON MANOR DR EL CAJON CA 000092021 | C-1 (d), D-4, D-6, E-1, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 82 | 7121 | CITY OF EASTHAMPTON | NO COUNSEL SPECIFIED | | 19 WEMELCO WAY (REAR) EASTHAMPTON MA 000001027 | C-1 (c), C-3 (f), E-1, G-3, |
| 83 | 7825 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 84 | 7826 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 85 | 7827 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 86 | 7828 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 87 | 7829 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 88 | 7831 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 89 | 7832 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 90 | 7836 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 91 | 7837 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 92 | 7838 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 93 | 7839 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 94 | 7840 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 95 | 7841 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 96 | 7842 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 97 | 7843 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 98 | 7844 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 99 | 7845 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 100 | 7846 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 101 | 7847 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 102 | 7848 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 103 | 7849 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 104 | 7850 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 105 | 7851 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 106 | 7852 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 107 | 7853 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 108 | 7854 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 109 | 7855 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 110 | 7856 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 111 | 7857 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 112 | 7858 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 113 | 7859 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 114 | 7860 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 115 | 7861 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 116 | 7862 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 117 | 7863 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 118 | 7864 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 119 | 7866 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 120 | 7867 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 121 | 7868 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 122 | 7869 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 123 | 7870 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 124 | 7871 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 125 | 7872 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 126 | 7873 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 127 | 7874 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 128 | 7875 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 129 | 7876 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 130 | 7877 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 131 | 7878 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 132 | 7879 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 133 | 7880 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 134 | 7881 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 135 | 7882 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 136 | 7883 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 137 | 7884 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 138 | 7885 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES C/O JOSE | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, H-1 |
| 139 | 8250 | THE BURLINGTON NORTHERN AMD SANTAFE RAILWAY | PETER LEE THE BURLINGTON NORTHERN AND SANTA FE RAILWAY 2500 LOU MENK DR FORT WORTH TX 76131 Law Firm Number: 00318 | | 111 SOUTH NAVAJO STREET - WEST OF THIS SITE DENVER CO 000080223 | C-1 (b), E-1, G-3, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 140 | 8251 | THE BURLINGTON NORTHERN AND SANTA FE RAILWAY | PETER LEE THE BURLINGTON NORTHERN AND SANTA FE RAILWAY 2500 LOU MENK DR FORT WORTH TX 76131 Law Firm Number: 00318 | | P.O. BOX 789 LIBBY MT 000059923 | C-1 (a), C-1 (b), E-1, G-3, |
| 141 | 8252 | THE BURLINGTON NORTHERN AND SANTA FE RAILWAY | PETER LEE THE BURLINGTON NORTHERN AND SANTA FE RAILWAY 2500 LOU MENK DR FORT WORTH TX 76131 Law Firm Number: 00318 | | 801 4TH AVENUE NORTHEAST MINOT ND 000058703 | C-2, E-1, G-3, |
| 142 | 9570 | LOS ANGELES UNIFIED SCHOOL DISTRICT c/o ROMAN M S | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (d), D-2, D-6, E-1, |
| 143 | 9645 | PORT OF SEATTLE | JAMES M HUGHES MOTLEY RICE LLC 28 BRIDGESIDE BLVD PO BOX 1792 MOUNT PLEASANT SC 29465 Law Firm Number: 00250 | | MAIN TERMINAL BLDG, 17600 PACIFIC HIGHWAY SEATAC WA 000098188 | C-4, D-2, D-4, D-6, E-4, |
| 144 | 9646 | PORT OF SEATTLE | JAMES M HUGHES MOTLEY RICE LLC 28 BRIDGESIDE BLVD PO BOX 1792 MOUNT PLEASANT SC 29465 Law Firm Number: 00250 | NORTH SATELLITE BLDG | 17600 PACIFIC HIGHWAY SEATAC WA 000098188 | C-2, C-4, D-2, D-4, D-6, E-3, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 145 | 9647 | PORT OF SEATTLE | JAMES M HUGHES MOTLEY RICE LLC 28 BRIDGESIDE BLVD PO BOX 1792 MOUNT PLEASANT SC 29465 Law Firm Number: 00250 | SOUTH SATELLITE BLDG | 17600 PACIFIC HIGHWAY SEATTLE WA 000098188 | C-4, D-2, D-4, D-6, E-4, |
| 146 | 9657 | PARKER, MELVIN GEORGE 472 RIVERVIEW DRIVE LIBBY, | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 609 NINTH STREET | A-2, C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 147 | 9658 | PARKER, MELVIN GEORGE 472 RIVERVIEW DRIVE LIBBY, | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 5000 HIGHWAY 37 NORTH LIBBY MT 000059923 | E-3, G-2, |
| 148 | 9660 | SPENCER, BARBARA A 2498 HIGHWAY 2 SOUTH LIBBY, M | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 500 JAY EFFAR ROAD LIBBY MT 000059923 | C-1 (d), C-2, D-4, D-6, E-1, G-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Building Name | Counsel | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 149 | 9661 | SPENCER, BARBARA A 2498 HIGHWAY 2 SOUTH LIBBY, M | | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | 2498 HIGHWAY 2 SOUTH LIBBY MT 000059923 | C-1 (d), D-4, D-6, E-1, G-2, |
| 150 | 9662 | LEHNERT, ARNOLD 420 INDIANHEAD ROAD LIBBY, MT  5 | | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | 420 INDIANHEAD ROAD LIBBY MT 000059923 | C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 151 | 9663 | ROY MCMILLAN PR OF ESTATE OF ROBERT MCMILLAN | | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | 1580 EAST FIFTH STREET LIBBY MT 000059923 | C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 152 | 9664 | SERNA, DICE VICTORIA 265 WARDS ROAD LIBBY, MT  5 | | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | 265 WARDS ROAD LIBBY MT 000059923 | C-1 (d), C-2, D-4, D-6, E-1, G-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Building Name | Counsel | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 153 | 9665 | RIEWOLDT, JOHN HOWARD 10553 HIGHWAY 37 LIBBY, MT | | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | 10553 HIGHWAY 37 LIBBY MT 000059923 | E-1, G-2, |
| 154 | 9666 | ORR, HOWARD KING 320 SHALOM DRIVE LIBBY, MT  599 | | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | 320 SHALOM DRIVE LIBBY MT 000059923 | C-1 (d), C-2, C-3 (e), E-1, G-2, |
| 155 | 9667 | MUNSEL, DONALD 390 AUTUMN ROAD LIBBY, MT 59923 | | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | 390 AUTUMN ROAD LIBBY MT 000059923 | C-1 (d), C-2, C-3 (e), E-1, G-2, |
| 156 | 9668 | KELLY, JOSEPH 418 INDIANHEAD ROAD LIBBY, MT  599 | | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | 418 INDIANHEAD ROAD LIBBY MT 000059923 | C-1 (d), C-2, C-3 (e), E-1, G-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 157 | 9669 | NELSON, PETE O 506 INDIANHEAD ROAD LIBBY, MT  59 | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 506 INDIANHEAD ROAD LIBBY MT  000059923 | C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 158 | 9670 | WAGNER, JOHN FRANCIS 28000 YAAK RIVER ROAD PO BOX | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 188 HIGHWOOD DRIVE LIBBY MT  000059923 | C-1 (d), C-2, C-3 (e), E-1, G-2, |
| 159 | 9671 | MONTANA SILVER & GOLD INC | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 102 EAST NINTH STREET LIBBY MT  000059923 | C-1 (d), C-2, D-4, D-6, E-3, G-2, |
| 160 | 9672 | NOBLE, MICHAEL CALVIN 6797 FARM TO MARKET ROAD L | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 6797 FARM TO MARKET ROAD LIBBY MT  000059923 | E-3, G-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 161 | 9673 | NOBLE, MICHAEL CALVIN 6797 FARM TO MARKET ROAD L | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 208 WEST SPRUCE LIBBY MT 000059923 | C-1 (d), C-2, D-4, D-6, E-2, G-2, |
| 162 | 9674 | BUNDROCK, DANIEL ARTHUR 1421 UTAH AVENUE LIBBY, | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 1421 UTAH AVENUE LIBBY MT 000059923 | C-1 (d), C-2, C-3 (e), E-1, G-2, |
| 163 | 9684 | OLYMPUS 555 PROPERTIES LLC | AVRUM J ROSEN AVRUM J ROSEN 38 NEW ST HUNTINGTON NY 11743 Law Firm Number: 00342 | | 555 BROAD HOLLOW RD MELVILLE NY 000011747 | C-3 (f), D-2, D-3, D-4, D-6, E-1, |
| 164 | 9694 | MASSACHUSETTS BAY TRANSPORTATION AUTHORITY | DAVID C FIXLER RUBIN AND RUDMAN LLP 50 ROWES WHARF BOSTON MA 021103319 Law Firm Number: 00349 | | RUSSELL FIELD PARK RINDGE AVENUE CAMBRIDGE MA | C-1 (c), C-1 (d), C-2, C-3 (e), E-1, G-3, |
| 165 | 9778 | ALLEGHENY CENTER ASSOCIATES | NO COUNSEL SPECIFIED | ONE AND TWO ALLEGHENY CENTER | ONE AND TWO ALLEGHENY CENTER PITTSBURGH PA 000015212 | C-2, C-3 (e), D-2, D-4, D-6, E-1, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 166 | 9838 | THE CALIFORNIA STATE UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | MCKEE FISK (BUSINESS BLDG) | CSU FRESNO - FRESNO CA 000093740 | C-2, C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 167 | 9839 | THE CALIFORNIA STATE UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | FORBES PE COMPLEX | HUMBOLDT STATE UNIV - ARCATA CA 000095521 | C-2, C-3 (e), D-1 (b), D-2, D-4, D-6, E-1, F-1, F-2, |
| 168 | 9840 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | HILLCREST HOSPITAL MED CTR | UC SAN DIEGO - LA JOLLA CA 000092093 | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 169 | 9841 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | HUMANITIES & SOCIAL SCIENCES | UC SAN DIEGO - LA JOLLA CA 000092093 | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 170 | 9842 | THE CALIFORNIA STATE UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | NATURAL RESOURCES BLDG | HUMBOLDT UNIV- ARCATA CA 000095521 | C-2, C-3 (e), D-1 (b), D-2, D-4, D-6, E-1, F-1, F-2, |
| 171 | 9843 | REGENTS OF THE UNIVERSITY OF CALIFORNIA | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | NATIONAL PRIMATE CENTER | UC DAVIS - DAVIS CA 000095616 | C-2, C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 172 | 9844 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | SHIELDS LIBRARY | UC DAVIS - DAVIS CA 000095616 | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 173 | 9845 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | PHYSICAL SCIENCE LIBRARY | UC DAVIS - DAVIS CA 000095616 | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 174 | 9846 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | MRACK BLDG | UC DAVIS - DAVIS CA  000095616 | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 175 | 9847 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | CHEMISTRY | UC DAVIS - DAVIS CA  000095616 | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 176 | 9848 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ASUC/KING UNION BLDG | UC BERKELEY - BERKELEY CA 000094720 | C-2, D-1 (c), D-2, D-4, D-6, E-1, F-1, F-2, |
| 177 | 9849 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BOALT HALL | UC BERKELEY - BERKELEY CA 000094720 | C-2, C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 178 | 9850 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | CALVIN LAB | UC BERKELEY - BERKELEY CA 000094720 | C-2, D-1 (c), D-2, D-4, D-6, E-1, F-1, F-2, |
| 179 | 9851 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BOELTER HALL | UC LOS ANGELES - LOS ANGELES CA 000090095 | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 180 | 9852 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | HEDRICK HALL | UC LOS ANGELES - LOS ANGELES CA 000090095 | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 181 | 9853 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | LIFE SCIENCES BLDG | UC LOS ANGELES - LOS ANGELES CA 000090095 | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 182 | 9854 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | MATH SCIENCES BUILDING | UC LOS ANGELES - LOS ANGELES CA 000090095 | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 183 | 9855 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | MELNITZ HALL | UC LOS ANGELES - LOS ANGELES CA 000090095 | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 184 | 9856 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | RIEBER HALL | UC LOS ANGELES - LOS ANGELES CA 000090095 | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 185 | 9857 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | SPROUL HALL | US LOS ANGELES - LOS ANGELES CA 000090095 | C-2, C-3 (d), C-3 (e), D-1 (a), D-2, D-4, D-6, E-1, F-1, F-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 186 | 9858 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ENGINEERING I | UC IRVINE - IRVINE CA 000092697 | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 187 | 9859 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | MEDICAL CENTER BLDG 53 | UC IRVINE - IRVINE CA 000092697 | C-2, D-1 (c), D-2, D-4, D-6, E-1, F-1, F-2, |
| 188 | 9860 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | SCIENCE LECTURE HALL | UC IRVINE - IRVINE CA 000092697 | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 189 | 9861 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 801 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | JOSEPH M. LONG HOSPITAL | UC SAN FRANCISCO - SAN FRANCISCO CA 000094143 | C-1 (d), C-2, D-1 (b), D-2, D-4, D-6, E-1, F-1, F-2, |