15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 190 | 9862 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 801 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | AMBULATORY CARE CENTER | UC SAN FRANCISCO - SAN FRANCISCO CA 000094143 | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 191 | 9863 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 802 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | HEALTH SCIENCES IR EAST | UC SAN FRANCISCO - SAN FRANCISCO CA 000094143 | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 192 | 9864 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | MOFFITT HOSPITAL | UC SAN FRANCISCO - SAN FRANCISCO CA 000094143 | C-2, D-1 (c), D-2, D-4, D-6, E-1, F-1, F-2, |
| 193 | 9865 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | HEALTH SCIENCES IR WEST | UC SAN FRANCISCO - SAN FRANCISCO CA 000094143 | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 194 | 9866 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | LAUREL HEIGHTS | UC SAN FRANCISCO - SAN FRANCISCO CA 000094143 | C-2, D-2, D-3, D-4, D-6, E-1, F-1, F-2, |
| 195 | 9867 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | MILBERRY UNION BLDG | UC SAN FRANCISCO - SAN FRANCISCO CA 000094143 | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 196 | 9868 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | PHYSICAL SCIENCE 1 - ROWLAND | UC IRVINE - IRVINE CA 000092697 | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-1, F-2, |
| 197 | 9869 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | COMPUTER SCIENCE BLDG | UC IRVINE - IRVINE CA 000092697 | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |

15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 198 | 9870 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BIOLOGY II | UC SANTA BARBARA - SANTA BARBARA CA 000093106 | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 199 | 9871 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BUCHANNAN HALL | UC SANTA BARBARA - SANTA BARBARA CA 000093106 | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 200 | 9872 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | CAMPBELL HALL 1301 | UC SANTA BARBARA - SANTA BARBARA CA 000093106 | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 201 | 9873 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | CAMPBELL HALL PROJECTION | UC SANTA BARBARA - SANTA BARBARA CA 000093106 | C-2, D-1 (c), D-2, D-4, D-6, E-1, F-1, F-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 202 | 9874 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | MUSIC BLDG | UC SANTA BARBARA - SANTA BARBARA CA 000093106 | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 203 | 9875 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | NORTH HALL | UC SANTA BARBARA - SANTA BARBARA CA 000093106 | C-2, D-1 (c), D-2, D-4, D-6, E-1, F-1, F-2, |
| 204 | 9876 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | PSYCHOLOGY BUILDING | UC SANTA BARBARA - SANTA BARBARA CA 000093106 | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 205 | 9877 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | STUDENT HEALTH BLDG | US SANTA BARBARA - SANTA BARBARA CA 000093106 | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 206 | 9878 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | LAWRENCE HALL | UC BERKELEY - BERKELEY CA 000094720 | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 207 | 9879 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ZELLERBACH CENTER | UC BERKELEY - BERKELEY CA 000094720 | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 208 | 9880 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ZELLERBACH PLAYHOUSE LOBBY | UC BERKELEY - BERKELEY CA 000094720 | C-2, D-1 (d), D-2, D-4, D-6, E-1, F-1, F-2, |
| 209 | 9881 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 102 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | WHEELER HALL | UC BERKELEY - BERKELEY CA 000094720 | C-2, C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 210 | 9882 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | A&I DORMS | UC RIVERSIDE - RIVERSIDE CA 000092521 | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 211 | 9883 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | OLMSTEAD HALL THEATER | UC RIVERSIDE - RIVERSIDE CA 000092521 | C-2, D-1 (c), D-2, D-4, D-6, E-1, F-1, F-2, |
| 212 | 9884 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | PHYSICS ROOM 2158 | UC RIVERSIDE - RIVERSIDE CA 000092521 | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 213 | 9885 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | PHYSICS 2000 THEATER | UC RIVERSIDE - RIVERSIDE CA 000092521 | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 214 | 9886 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | WATKINS HOUSE | UC RIVERSIDE - RIVERSIDE CA 000092521 | C-2, D-1 (c), D-2, D-4, D-6, E-1, F-1, F-2, |
| 215 | 9887 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | WATKINS ART GALLERY | UC RIVERSIDE - RIVERSIDE CA 000092521 | C-2, D-1 (c), D-2, D-4, D-6, E-1, F-1, F-2, |
| 216 | 9888 | THE CALIFORNIA STATE UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | EDUC RESOURCE CENTER | CSU DOMINGUEZ HILLS - CARSON CA 000090747 | C-2, D-1 (b), D-2, D-4, D-6, E-1, F-1, F-2, |
| 217 | 9889 | THE CALIFORNIA STATE UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | SCIENCE | CSU FRESNO - FRESNO CA 000093740 | C-2, C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |

15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 218 | 9890 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | PROFESSIONAL BLDG | UC DAVIS MEDICAL CENTER - SACRAMENTO CA 000095817 | C-2, D-1 (c), D-2, D-4, D-6, E-1, F-1, F-2, |
| 219 | 9891 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | HOSPITAL | UC DAVIS MEDICAL CENTER - SACRAMENTO CA 000095817 | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 220 | 9892 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | CYPRESS BLDG | UC DAVIS MEDICAL CENTER - SACRAMENTO CA 000095817 | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 221 | 9893 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | MCGILL HALL | UC SAN DIEGO - LA JOLLA CA 000092093 | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |

# 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 222 | 9895 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ESCHELMAN HALL | UC BERKELEY - BERKELEY CA 000094720 | C-2, D-1 (c), D-2, D-4, D-6, E-1, F-1, F-2, |
| 223 | 9896 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ETCHEVEREY HALL | UC BERKELEY - BERKELEY CA 000094720 | C-2, C-3 (e), D-1 (c), D-2, D-4, D-6, E-1, F-1, F-2, |
| 224 | 9897 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | KROEBER | UC BERKELEY - BERKELEY CA 000094720 | C-2, D-1 (c), D-2, D-4, D-6, E-1, F-1, F-2, |
| 225 | 9908 | HYATT CORPORATION ETC | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | HYATT REGENCY DALLAS | - 300 REUNION BLVD DALLAS TX 000075207 | C-2, C-3 (d), D-1 (a), D-2, D-6, E-1, F-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 226 | 9909 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | CAMPBELL HALL | UC BERKELEY - BERKELEY CA 000094720 | C-2, D-1 (c), D-2, D-4, D-6, E-1, F-1, F-2, |
| 227 | 9910 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | DAVIS HALL | UC BERKELEY - BERKELEY CA 000094720 | C-2, D-1 (c), D-2, D-4, D-6, E-1, F-1, F-2, |
| 228 | 9911 | ANDERSON MEMORIAL HOSPITAL | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | VARIOUS | VARIOUS LOCATIONS WORLDWIDE | C-1 (a), C-1 (e), C-2, C-3 (c), C-3 (e), D-2, D-6, E-1, |
| 229 | 9912 | KARK-TV, INC. AND MORRIS MULTIMEDIA, INC. | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | (EAST BUILDING) | THIRD AND LOUISIANA STREETS LITTLE ROCK AR 000072201 | C-3 (d), D-2, D-4, D-6, E-1, F-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 230 | 9913 | KARK-TV, INC. AND MORRIS MULTIMEDIA, INC. | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | (WEST ANNEX) | THIRD AND CENTER STREETS LITTLE ROCK AR 000072201 | C-3 (d), D-2, D-4, D-6, E-1, F-2, |
| 231 | 9914 | ANDERSON MEMORIAL HOSPITAL | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | VARIOUS | VARIOUS LOCATIONS STATEWIDE SC | C-1 (a), C-1 (e), C-2, C-3 (c), C-3 (e), D-1 (b), D-2, D-6, E-1, F-2, |
| 232 | 9915 | HYATT HOTELS CORPORATION ETC | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | HYATT REGENCY SAN FRANCISCO | 5 EMBARCADERO SAN FRANCISCO CA 000094111 | C-2, D-2, D-6, E-1, F-2, |
| 233 | 9925 | THE CALIFORNIA STATE UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | AZTEC CENTER | SAN DIEGO STATE UNIV- SAN DIEGO CA 000092182 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 234 | 9928 | THE CALIFORNIA STATE UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | APT II | SAN DIEGO STATE UNIV.- SAN DIEGO CA 000092182 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 235 | 9970 | THE CALIFORNIA STATE UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | KADEMA HALL | CSU SACRAMENTO - SACRAMENTO CA 000095819 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 236 | 9988 | THE CALIFORNIA STATE UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ALPINE HALL | CSU SACRAMENTO - SACRAMENTO CA 000095819 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 237 | 9993 | THE CALIFORNIA STATE UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | WEST COMMONS | SAN DIEGO STATE UNIV.- SAN DIEGO CA 000092182 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 238 | 10018 | THE CALIFORNIA STATE UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | GYMNASIUM | CSU POMONA - POMONA CA 000091768 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 239 | 10019 | THE CALIFORNIA STATE UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | PHYSICIAL EDUCATION | CSU FULLERTON - FULLERTON CA 000092834 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 240 | 10020 | THE CALIFORNIA STATE UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | PJ&G POLLAK LIBRARY | CSU FULLERTON - FULLERTON CA 000092834 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 241 | 10053 | THE CALIFORNIA STATE UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | HUMANITIES-SOCIAL SCI | CSU FULLERTON - FULLERTON CA 000092834 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |

15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 242 | 10058 | THE CALIFORNIA STATE UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | PERFORMING ARTS CENTER | CSU FULLERTON - FULLERTON CA 000092834 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 243 | 10078 | THE CALIFORNIA STATE UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | DARLENE MAY GYMNASIUM | CSU POMONA - POMONA CA 000091768 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 244 | 10160 | THE CALIFORNIA STATE UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | HENSILL HALL | SF STATE UNIV - SAN FRANCISCO CA 000094132 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 245 | 10208 | THE CALIFORNIA STATE UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | SAN DIEGO STATE UNIV- SAN DIEGO CA 000092182 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |

15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 246 | 10229 | THE CALIFORNIA STATE UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | EAST COMMONS ADDITION | SAN DIEGO STATE UNIV- SAN DIEGO CA 000092182 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 247 | 10230 | THE CALIFORNIA STATE UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | DRAMATIC ARTS | SAN DIEGO STATE UNIV- SAN DIEGO CA 000092182 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 248 | 10237 | THE CALIFORNIA STATE UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | MAIN LIBRARY | CSU LONG BEACH- LONG BEACH CA 000090840 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 249 | 10303 | THE CALIFORNIA STATE UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | PSYCHOLOGY/HUMAN SVCS | CSU FRESNO - FRESNO CA 000093740 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 250 | 10319 | THE CALIFORNIA STATE UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | NORTH GYMNASIUM | CSU FRESNO - FRESNO CA 000093740 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 251 | 10523 | BETHESADA HOSPITAL | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BETHESADA HOSPITAL | ST. PAUL MN | C-2, C-3 (d), D-2, D-5, D-6, E-1, F-2, |
| 252 | 10533 | 1ST NATIONAL BANK | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | MEMPHIS TN | C-2, C-3 (d), D-2, D-5, D-6, E-1, F-2 |
| 253 | 10534 | FIRST NATIONAL BANK | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | MEMPHIS TN | C-2, C-3 (d), D-2, D-6, E-1, F-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 254 | 10597 | THE CALIFORNIA STATE UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BUTTE HALL | CSU CHICO - CHICO CA 000095929 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 255 | 10621 | THE CALIFORNIA STATE UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | PHYSICAL SCIENCE BLDG | CSU CHICO - CHICO CA 000095929 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 256 | 10648 | STATE OF CALIFORNIA DEPT OF GENERAL SERVICES | ROBERT E ASPERGER STATE OF CALIFORNIA DEPT OF JUSTICE 1300 I ST STE 1101 SACRAMENTO CA 95814 Law Firm Number: 00363 | | 28 CIVIC CENTER PLAZA SANTA ANA CA 000092701 | C-1 (d), C-4, D-1 (a), D-2, D-4, D-6, E-1, |
| 257 | 10649 | STATE OF CALIFORNIA DEPT OF GENERAL SERVICES | ROBERT E ASPERGER STATE OF CALIFORNIA DEPT OF JUSTICE 1300 I ST STE 1101 SACRAMENTO CA 95814 Law Firm Number: 00363 | | 1416 9TH ST SACRAMENTO CA 000095814 | C-1 (d), C-4, D-2, D-4, D-6, E-1, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 258 | 10650 | STATE OF CALIFORNIA DEPT OF GENERAL SERVICES | ROBERT E ASPERGER STATE OF CALIFORNIA DEPT OF JUSTICE 1300 I ST STE 1101 SACRAMENTO CA 95814 Law Firm Number: 00363 | | 10333 EL CAMINO REAL ATASCADERO CA 000093423 | C-1 (d), C-3 (f), D-2, D-4, D-6, E-1, |
| 259 | 10651 | STATE OF CALIFORNIA DEPT OF GENERAL SERVICES | ROBERT E ASPERGER STATE OF CALIFORNIA DEPT OF JUSTICE 1300 I ST STE 1101 SACRAMENTO CA 95814 Law Firm Number: 00363 | | 1234 EAST SHAW AVE FRESNO CA 000093710 | C-1 (d), C-2, C-3 (f), D-1 (c), D-2, D-4, D-6, E-1, |
| 260 | 10652 | STATE OF CALIFORNIA DEPT OF GENERAL SERVICES | ROBERT E ASPERGER STATE OF CALIFORNIA DEPT OF JUSTICE 1300 I ST STE 1101 SACRAMENTO CA 95814 Law Firm Number: 00363 | | 714 P STREET SACRAMENTO CA 000095814 | C-1 (b), C-1 (d), C-3 (f), D-2, D-4, D-6, E-1, |

15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 261 | 10653 | STATE OF CALIFORNIA DEPT OF GENERAL SERVICES | ROBERT E ASPERGER STATE OF CALIFORNIA DEPT OF JUSTICE 1300 I ST STE 1101 SACRAMENTO CA 95814 Law Firm Number: 00363 | | 7850 SOUTH NEWCASTLE ROAD STOCKTON CA 000095213 | C-1 (d), C-3 (f), D-2, D-4, D-6, E-1, |
| 262 | 10654 | STATE OF CALIFORNIA DEPT OF GENERAL SERVICES | ROBERT E ASPERGER STATE OF CALIFORNIA DEPT OF JUSTICE 1300 I ST STE 1101 SACRAMENTO CA 95814 Law Firm Number: 00363 | | 2501 HARBOR BLVD COSTA MESA CA 000092626 | C-1 (d), C-3 (f), D-1 (o), D-2, D-4, D-6, E-1, |
| 263 | 10655 | STATE OF CALIFORNIA DEPT OF GENERAL SERVICES | ROBERT E ASPERGER STATE OF CALIFORNIA DEPT OF JUSTICE 1300 I ST STE 1101 SACRAMENTO CA 95814 Law Firm Number: 00363 | | 5100 O'BYRNES FERRY ROAD JAMESTOWN CA 000095327 | C-1 (d), C-3 (f), D-2, D-4, D-6, E-1, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 264 | 10656 | STATE OF CALIFORNIA DEPT OF GENERAL SERVICES | ROBERT E ASPERGER STATE OF CALIFORNIA DEPT OF JUSTICE 1300 I ST STE 1101 SACRAMENTO CA 95814 Law Firm Number: 00363 | | END OF HIGHWAY 202 AT CUMMINGS VALLEY TEHACHAPI CA 000093561 | C-1 (d), C-2, C-3 (f), D-2, D-4, D-6, E-1, |
| 265 | 10657 | STATE OF CALIFORNIA DEPT OF GENERAL SERVICES | ROBERT E ASPERGER STATE OF CALIFORNIA DEPT OF JUSTICE 1300 I ST STE 1101 SACRAMENTO CA 95814 Law Firm Number: 00363 | | 2501 HARBOR BLVD COSTA MESA CA 000092626 | C-1 (d), C-3 (f), D-1 (d), D-2, D-4, D-6, E-1, |
| 266 | 10658 | STATE OF CALIFORNIA DEPT OF GENERAL SERVICES | ROBERT E ASPERGER STATE OF CALIFORNIA DEPT OF JUSTICE 1300 I ST STE 1101 SACRAMENTO CA 95814 Law Firm Number: 00363 | | 3100 WRIGHT ROAD CAMARILLO CA 000093010 | C-1 (d), C-3 (f), D-2, D-4, D-6, E-1, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 267 | 10659 | STATE OF CALIFORNIA DEPT OF GENERAL SERVICES | ROBERT E ASPERGER STATE OF CALIFORNIA DEPT OF JUSTICE 1300 I ST STE 1101 SACRAMENTO CA 95814 Law Firm Number: 00363 | | 1234 EAST SHAW AVE FRESNO CA 000093710 | C-1 (d), C-3 (f), D-1 (c), D-2, D-4, D-6, E-1, |
| 268 | 10660 | STATE OF CALIFORNIA DEPT OF GENERAL SERVICES | ROBERT E ASPERGER STATE OF CALIFORNIA DEPT OF JUSTICE 1300 I ST STE 1101 SACRAMENTO CA 95814 Law Firm Number: 00363 | | END OF HIGHWAY 202 AT CUMMINGS VALLEY TEHACHAPI CA 000093561 | C-1 (d), D-2, D-4, D-6, E-1, |
| 269 | 10661 | STATE OF CALIFORNIA DEPT OF GENERAL SERVICES | ROBERT E ASPERGER STATE OF CALIFORNIA DEPT OF JUSTICE 1300 I ST STE 1101 SACRAMENTO CA 95814 Law Firm Number: 00363 | | 31 EAST CHANNEL STREET STOCKTON CA 000095202 | C-1 (d), C-4, D-2, D-4, D-6, E-1, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 270 | 10662 | STATE OF CALIFORNIA DEPT OF GENERAL SERVICES | ROBERT E ASPERGER STATE OF CALIFORNIA DEPT OF JUSTICE 1300 I ST STE 1101 SACRAMENTO CA 95814 Law Firm Number: 00363 | | 744 P STREET SACRAMENTO CA 000095814 | C-1 (d), C-2, C-3 (f), D-2, D-4, D-6, E-1, |
| 271 | 10668 | WASHINGTON HOSPITAL | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | WASHINGTON HOSPITAL | FREMONT CA | C-2, D-2, D-6, E-1, F-2, |
| 272 | 10669 | SUTTER HOSPITAL | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | SUTTER HOSPITAL | SACRAMENTO CA | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 273 | 10672 | NEW HANOVER MEMORIAL HOSPITAL | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | NEW HANOVER MEMORIAL HOSPITAL | WILMINGTON NC | C-2, C-3 (e), D-2, D-5, D-6, E-1, F-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 274 | 10673 | MONTGOMERY MEMORIAL HOSPITAL | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | MONTGOMERY MEMORIAL HOSPITAL | TROY NC | C-2, D-2, D-5, D-6, E-1, F-2, |
| 275 | 10696 | PIERRE LACLEDE BUILDING | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | PIERRE LACLEDE BUILDING | CLAYTON MO | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 276 | 10700 | ST. JOSEPH HILL INFIRMARY | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ST. JOSEPH HILL INFIRMARY | ST. LOUIS MO | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 277 | 10722 | MANUFACTURER HANOVER | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | BRIDGE PLAZER NORTH AT 41ST STREET LONG ISLAND CITY NY | C-2, D-2, D-6, E-1, F-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 278 | 10749 | GLEN OAK COUNTRY CLUB | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | GLEN OAK COUNTRY CLUB | 151 POST AVENUE OLD WESTBERRY NY | C-2, D-2, D-6, E-1, F-2, |
| 279 | 10757 | SUTTER PLACE OFFICE BUILDING | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | SUTTER PLACE OFFICE BUILDING | SAN FRANCISCO CA | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 280 | 10758 | OAKWOOD HOSPITAL | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | OAKWOOD HOSPITAL | DEARBORN MI | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 281 | 10762 | FOUNDERS PLAZA | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | FOUNDERS PLAZA | GILBERT STREET HARTFORD CT | C-2, D-2, D-5, D-6, E-1, F-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 282 | 10767 | ONEIDA CO. OFFICE BUILDING | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ONEIDA CO. OFFICE BUILDING | ONEIDA NY | C-2, D-2, D-6, E-1, F-2, |
| 283 | 10782 | IMMANUEL HOSPITAL | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | IMMANUEL HOSPITAL | OMAHA NE | C-2, D-2, D-6, E-1, F-2, |
| 284 | 10789 | MANOR OAK #2 | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | MANOR OAK #2 | GREENTREE PA | C-2, D-2, D-6, E-1, F-2, |
| 285 | 10805 | SAN LEANDRO MEMORIAL HOSPITAL | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | SAN LEANDRO MEMORIAL HOSPITAL | 2800 BENEDICT DRIVE SAN LEANDRO CA | C-2, C-3 (d), D-1 (a), D-2, D-6, E-1, F-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 286 | 10870 | BEREA INDUSTRIAL PARK | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | GREENVILLE SC | C-2, D-2, D-5, D-6, E-1, F-2, |
| 287 | 10885 | FOUR EMBARCADERO CENTER | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | FOUR EMBARCADERO CENTER | FOUR EMBARCADERO CENTER SAN FRANCISCO CA 000094111 | C-2, C-3 (e), D-2, D-3, D-6, E-1, F-2, |
| 288 | 10886 | THREE EMBARCADERO CENTER | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | THREE EMBARCADERO CENTER | THREE EMBARCADERO CENTER SAN FRANCISCO CA 000094111 | C-2, C-3 (e), D-2, D-3, D-6, E-1, F-2, |
| 289 | 10887 | TWO EMBARCADERO CENTER | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | TWO EMBARCADERO CENTER | TWO EMBARCADERO CENTER SAN FRANCISCO CA 000094111 | B-1, C-2, C-3 (e), D-2, D-3, D-6, E-1, F-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 290 | 10888 | ONE EMBARCADERO CENTER | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ONE EMBARCADERO CENTER | ONE EMBARCADERO CENTER SAN FRANCISCO CA 000094111 | B-1, C-2, C-3 (e), D-2, D-3, D-6, E-1, F-2, |
| 291 | 10930 | PACIFIC FREEHOLDS | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 100 PINE STREET SAN FRANCISCO CA 000094111 | C-2, C-3 (e), D-2, D-4, D-6, E-1, |
| 292 | 10947 | CAYUGA CO. OFFICE BUILDING | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | CAYUGA CO. OFFICE BUILDING | AUBURN NY | C-2, D-2, D-6, E-1, F-2, |
| 293 | 10948 | GLEN OAK COUNTRY CLUB | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | GLEN OAK COUNTRY CLUB | 151 POST AVENUE OLD WESTBERRY NY | C-2, D-2, D-6, E-1, F-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 294 | 10962 | CHILDREN'S HOSPITAL | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | CHILDREN'S HOSPITAL | CORNER OF 5TH & DESOTO PITTSBURGH PA | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 295 | 10990 | TRANSAMERICA | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | SAN FRANCISCO CA | B-2, C-2, D-2, D-6, E-1, F-2, |
| 296 | 10995 | NORTH ARKANSAS REGIONAL MEDICAL CENTER | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | NORTH ARKANSAS REGIONAL MEDICAL CENTER | 620 N. WILLOW HARRISON AR 000072601 | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 297 | 10998 | ST. LUKE'S HOSPITAL | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ST. LUKE'S HOSPITAL | FOUNTAIN HILL SECTION BETHLEHEM PA | C-2, C-3 (d), D-2, D-6, E-1, F-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 298 | 11003 | SCHUYLER HOSPITAL | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | SCHUYLER HOSPITAL | MONTOUR FALLS NY | C-2, D-2, D-6, E-1, F-2, |
| 299 | 11005 | YWCA OF THE HARTFORD REGION | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | HARTFORD CT | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 300 | 11009 | 211 MAIN STREET BUILDING | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | 211 MAIN STREET BUILDING | 211 MAIN STREET SAN FRANCISCO CA 000094105 | C-2, D-2, D-6, E-1, F-2, |
| 301 | 11010 | RUDEN BUILDING | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | RUDEN BUILDING | 41 MADISON AVENUE NEW YORK NY | C-2, D-2, D-6, E-1, F-2, |

15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 302 | 11012 | CROCKER PLAZA COMPANY | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | ONE POST STREET SAN FRANCISCO CA | C-2, D-2, D-6, E-1, F-2, |
| 303 | 11026 | JOHN MUIR HOSPITAL | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | JOHN MUIR HOSPITAL | 1601 YGNACID VALLEY ROAD WALNUT CREEK CA 000094598 | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 304 | 11027 | BERGDORF BUILDING | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BERGDORF BUILDING | 80 COVENTRY STREET HARTFORD CT 000006112 | C-2, C-3 (d), D-2, D-5, D-6, E-1, F-2, |
| 305 | 11036 | TWO ALLEGHENY CENTER | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | TWO ALLEGHENY CENTER | ALLEGHENY CENTER PITTSBURGH PA 000015212 | C-2, C-3 (d), D-2, D-6, E-1, F-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 306 | 11037 | ONE ALLEGHENY CENTER | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ONE ALLEGHENY CENTER | ALLEGHENY CENTER PITTSBURGH PA 000015212 | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 307 | 11039 | FORT SMITH CONVENTION CTR & CIVIC AUDITORIUM | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | FORT SMITH CONVENTION CTR & CIVIC AUDITORIUM | 55 SOUTH 7TH STREET FORT SMITH AR 000072902 | C-2, C-3 (e), D-2, D-6, E-1, F-2, |
| 308 | 11046 | MIDICENTERS OF AMERICA | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | OMAHA NE | C-2, D-2, D-6, E-1, F-2, |
| 309 | 11055 | FOLGER BUILDING #2 | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | FOLGER BUILDING #2 | SAN FRANCISCO CA | C-2, D-2, D-6, E-1, F-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 310 | 11066 | PALOS HOSPITAL | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | PALOS HOSPITAL | PALOS IL | C-2, C-3 (d), D-2, D-5, D-6, E-1, F-2, |
| 311 | 11104 | CHICAGO HISTORICAL SOCIETY | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | CHICAGO IL | C-2, D-2, D-5, D-6, E-1, F-2, |
| 312 | 11105 | WESTMORELAND HOSPITAL | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | WESTMORELAND HOSPITAL | GREENBURG PA | C-2, D-2, D-6, E-1, F-2, |
| 313 | 11106 | TITUSVILLE HOSPITAL | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | TITUSVILLE HOSPITAL | TITUSVILLE PA | C-2, D-2, D-6, E-1, F-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 314 | 11110 | CAPTAIN COOK HOTEL | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | CAPTAIN COOK HOTEL | 5TH & K STREET ANCHORAGE AK | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 315 | 11124 | LACROSSE LUTHERAN HOSPITAL | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | LACROSSE LUTHERAN HOSPITAL | LACROSSE WI | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 316 | 11125 | HOSPITAL IN CARROLL | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | CARROLL IA | C-2, D-2, D-5, D-6, E-1, F-2, |
| 317 | 11144 | FARRELL HOSPITAL | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | FARRELL HOSPITAL | TITUSVILLE PA | C-2, C-3 (d), D-2, D-6, E-1, F-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 318 | 11151 | ST. ANTHONY'S HOSPITAL | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ST. ANTHONY'S HOSPITAL | CARROLL IA | C-2, C-3 (d), D-2, D-5, D-6, E-1, F-2, |
| 319 | 11153 | YMCA | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 8TH & GRAND DES MOINES IA | C-2, D-2, D-5, D-6, E-1, F-2, |
| 320 | 11158 | FULTON COUNTY HEALTH CENTER | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | FULTON COUNTY HEALTH CENTER | S. SNOOP AVENUE WAUSEIN OH | C-2, D-2, D-6, E-1, F-2, |
| 321 | 11179 | INVESTMENT TOWER JOB | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 1801 E. NINTH STREET CLEVELAND OH | C-2, D-2, D-6, E-1, F-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 322 | 11193 | ST. VINCENT'S HOSPITAL - ADDITION | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ST. VINCENT'S HOSPITAL - ADDITION | ERIE PA | C-2, C-3 (c), C-3 (e), D-1 (c), D-2, D-6, E-1, F-2, |
| 323 | 11194 | ST. VINCENT'S HOSPITAL | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ST. VINCENT'S HOSPITAL | ERIE PA | C-2, D-2, D-6, E-1, F-2, |
| 324 | 11200 | SCOTTISH RIGHTS CAD. TEMPLE | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | SCOTTISH RIGHTS CAD. TEMPLE | WEST & LINDEN STREETS ALLENTOWN PA | C-2, D-2, D-6, E-1, F-2, |
| 325 | 11207 | LAFAYETTE MEMORIAL HOSPITAL | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | LAFAYETTE MEMORIAL HOSPITAL | LAFAYETTE LA | C-2, D-2, D-6, E-1, F-2, |

15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 326 | 11226 | WEST JERSEY HOSPITAL | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | WEST JERSEY HOSPITAL | VOORHEES TOWNSHIP NJ | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 327 | 11227 | TERESA OFFICE BUILDING | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | TERESA OFFICE BUILDING | SAN JOSE CA | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 328 | 11234 | ILLINOIS MASONIC HOSPITAL | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ILLINOIS MASONIC HOSPITAL | 834 WEST WELLINGTON CHICAGO IL | B-2, C-2, D-2, D-5, D-6, E-1, F-2, |
| 329 | 11236 | BAYSHORE HOSPTIAL | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BAYSHORE HOSPTIAL | 727 N. BEERS STREET HOLMDEL NJ 000007733 | C-2, D-2, D-6, E-1, F-2, |

15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 330 | 11237 | DIAMOND SHAMROCK BUILDING | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | DIAMOND SHAMROCK BUILDING | SUPERIOR SQUARE CLEVELAND OH | C-2, D-2, D-6, E-1, F-2, |
| 331 | 11243 | ST. JOSEPH'S HOSPITAL | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ST. JOSEPH'S HOSPITAL | 555 E. MARKET STREET ELMIRA NY 000014901 | C-2, D-2, D-6, E-1, F-2, |
| 332 | 11252 | METHODIST HOSPITAL | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | METHODIST HOSPITAL | OMAHA NE | C-2, D-2, D-6, E-1, F-2, |
| 333 | 11253 | YMCA | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | NE | C-1 (a), C-2, D-2, D-6, E-1, F-2, |

74 of 188

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 334 | 11257 | LEHIGH TILE/MARBLE WAREHOUSE | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | LEHIGH TILE/MARBLE WAREHOUSE | 335 N. 7TH STREET ALLENTOWN PA | C-2, C-3 (e), D-2, D-6, E-1, F-2, |
| 335 | 11262 | MCKENZIE HOSPITAL | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | MCKENZIE HOSPITAL | EUGENE OR | C-2, C-3 (e), D-2, D-6, E-1, F-2, |
| 336 | 11264 | CAUWELS, SCOTT 1915 SIXTH STREET NE MINNEAPOLIS, | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 1915 SIXTH STREET NE MINNEAPOLIS MN 000055418 | C-1 (d), C-2, C-3 (e), E-1, G-1, |
| 337 | 11298 | MYERS, C DOUGLAS 220 HOLIDAY LANE FORT THOMAS, K | KURT J MEIER TRANTER & MEIER 33 N FORT THOMAS AVE FORT THOMAS KY 41075 Law Firm Number: 00395 | | 109 CENTER STREET WILDER KY 000041071 | C-1 (c), E-1, G-3, |

75 of 188