## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Building Name | Counsel | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 338 | 11301 | OLDON LIMITED PARTNERSHIP | | TIMOTHY P MULHERN SHATZ SCHWARTZ AND FENTIN PC 1441 MAIN ST SPRINGFIELD MA 01103 Law Firm Number: 00354 | WEMELCO WAY EASTHAMPTON MA 000001027 | C-1 (d), E-1, G-3, |
| 339 | 11308 | SEMPRA ENERGY, SAN DIEGO GAS&ELECTRIC, ENOVA | | RAUL OLANMENDI SMITH OFFICE OF THE GENERAL COUNSEL SEMPRA ENERGY 101 ASH ST STE 1200 SAN DIEGO CA 92101 Law Firm Number: 00388 | 101 ASH STREET SAN DIEGO CA 000092101 | C-1 (d), D-2, D-4, D-6, E-1, |
| 340 | 11309 | P&S ASSOCIATES | | RICHARD A BARR DEAN & FULKERSON PC 801 W BIG BEAVER STE 500 TROY MI 48084 Law Firm Number: 00379 | 14400 HENN DEARBORN MI 000048126 | C-2, C-3 (e), E-1, G-3, |
| 341 | 11310 | MARTIN, PAUL J 14400 HENN DEARBORN, MI 48126 | | RICHARD A BARR DEAN & FULKERSON PC 801 W BIG BEAVER STE 500 TROY MI 48084 Law Firm Number: 00379 | 14300 HENN DEARBORN MI 000048126 | C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-3, D-6, E-1, |

15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 342 | 11311 | LA MARTIN COMPANY INC | RICHARD A BARR DEAN & FULKERSON PC 801 W BIG BEAVER STE 500 TROY MI 48084 Law Firm Number: 00379 | | 14300 HENN DEARBORN MI 000048126 | C-2, C-3 (e), E-1, G-3, |
| 343 | 11312 | MJ&P LLC | RICHARD A BARR DEAN & FULKERSON PC 801 W BIG BEAVER STE 500 TROY MI 48084 Law Firm Number: 00379 | | 14300 HENN DEARBORN MI 000048126 | C-2, C-3 (e), E-1, G-3, |
| 344 | 11313 | CITY OF PHILADELPHIA | PATRICK ONEILL LAW DEPARTMENT CITY OF PHILADELPHIA ONE PARKWAY 1515 ARCH ST PHILADELPHIA PA 19102 Law Firm Number: 00385 | PHILADELPHIA INTERNATIONAL AIRPORT TERM E | PHILADELPHIA PA 000019153 | C-1 (c), C-1 (d), C-3 (d), D-2, D-6, E-1, |
| 345 | 11314 | CITY OF PHILADELPHIA | PATRICK ONEILL LAW DEPARTMENT CITY OF PHILADELPHIA ONE PARKWAY 1515 ARCH ST PHILADELPHIA PA 19102 Law Firm Number: 00385 | | 555 SOUTH 43RD STREET PHILADELPHIA PA 000019104 | C-1 (c), C-1 (d), D-2, D-6, E-1, |

15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 346 | 11322 | HAMILTON DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | Sherwood Secondary School ** | 25 HIGH STREET HAMILTON ON  L8T3Z4 | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 347 | 11323 | HAMILTON DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | Scott Park Secondary | 1055 KING STREET WEST HAMILTON ON  L8M1E2 | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 348 | 11331 | BARKER, LAWRENCE 1606 JEFFERSON STREET NE MINNEA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 1606 JEFFERSON STREET NE MINNEAPOLIS MN 000055413 | C-1 (d), C-2, C-3 (e), E-1, G-1, |
| 349 | 11332 | BARKO JR, WALLACE 1916 THIRD STREET NE MINNEAPOL | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 1910 THIRD STREET NE MINNEAPOLIS MN 000055418 | C-1 (d), C-2, C-3 (e), E-1, G-1, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 350 | 11333 | BRANCH, SUE 1226 WASHINGTON ST NE MINNEAPOLIS, M | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 1226 WASHINGTON ST NE MINNEAPOLIS MN 000055413 | C-1 (d), C-2, C-3 (e), E-1, G-1, |
| 351 | 11334 | CHASE, ADAM STEPHEN 723 E 48TH ST SAVANNAH, GA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 1427 ADAMS STREET NE MINNEAPOLIS MN 000055413 | A-2, C-2, C-3 (a), C-3 (e), E-1, |
| 352 | 11335 | CISEWSKI, CAROLINE 1332 - 1334 MADISON STREET MI | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 1332 - 1334 MADISON STREET NE MINNEAPOLIS MN 000055413 | C-2, C-3 (e), E-1, G-1, |
| 353 | 11336 | CHRISTENSEN, DWIGHT 681 SUMMER STREET NE MINNEAP | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 681 SUMMER STREET NE MINNEAPOLIS MN 000055413 | C-1 (d), C-2, C-3 (e), E-1, G-1, |

15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 354 | 11337 | CRAIG, JAMES 2101 5TH STREET NE MINNEAPOLIS, MN | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 2101 5TH STREET NE MINNEAPOLIS MN 000055418 | C-1 (b), C-2, C-3 (e), E-1, G-1, |
| 355 | 11338 | DAUSTAR, BRAD 508 20TH AVENUE NE MINNEAPOLIS, MN | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 508 20TH AVENUE NE MINNEAPOLIS MN 000055418 | C-2, C-3 (e), D-4, D-6, E-1, G-1, |
| 356 | 11339 | DEPAUW, MARK 1338 JEFFERSON STREET NE MINNEAPOLI | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 1338 JEFFERSON STREET NE MINNEAPOLIS MN 000055418 | C-1 (d), C-2, C-3 (e), E-1, G-1, |
| 357 | 11340 | FIEBIGER, DAVID & GAIL 1316 JEFFERSON STREET NE | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 1316 JEFFERSON STREET NE MINNEAPOLIS MN 000055413 | C-1 (d), C-2, C-3 (e), E-1, G-1, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 358 | 11341 | FINEBERG, JORDAN<br>825 19TH AVE NE<br>MINNEAPOLIS, MN | WILLIAM B BUTLER<br>BIERSDORF &<br>ASSOCIATES PA<br>33 S 6TH ST<br>MINNEAPOLIS MN<br>55402<br>Law Firm Number:<br>00361 | | 825 19TH AVE NE<br>MINNEAPOLIS MN<br>000055418 | C-1 (d), C-2, C-3 (e),<br>E-1, G-1, |
| 359 | 11342 | FORLAND, JEAN<br>1515 FOURTH STREET NE<br>MINNEAPOLIS, | WILLIAM B BUTLER<br>BIERSDORF &<br>ASSOCIATES PA<br>33 S 6TH ST<br>MINNEAPOLIS MN<br>55402<br>Law Firm Number:<br>00361 | | 1515 FOURTH STREET<br>NE<br>MINNEAPOLIS MN<br>000055413 | A-1, A-2, C-1 (d), C-2,<br>C-3 (e), D-4, D-6, E-1,<br>G-1, |
| 360 | 11343 | FOSS, PATRICIA<br>636 22ND AVENUE NE<br>MINNEAPOLIS, M | WILLIAM B BUTLER<br>BIERSDORF &<br>ASSOCIATES PA<br>33 S 6TH ST<br>MINNEAPOLIS MN<br>55402<br>Law Firm Number:<br>00361 | | 636 22ND AVENUE NE<br>MINNEAPOLIS MN<br>000055413 | C-2, C-3 (e), E-1, G-1, |
| 361 | 11344 | FULLER, STEVEN<br>1212 JEFFERSON STREET<br>NE<br>MINNEAPO | WILLIAM B BUTLER<br>BIERSDORF &<br>ASSOCIATES PA<br>33 S 6TH ST<br>MINNEAPOLIS MN<br>55402<br>Law Firm Number:<br>00361 | | 1212 JEFFERSON<br>STREET NE<br>MINNEAPOLIS MN<br>000055413 | C-1 (d), C-2, C-3 (e),<br>E-1, G-1, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 362 | 11345 | GALLAGHER, LARRY 1417 FIFTH STREET NE MINNEAPOLI | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 1417 FIFTH STREET NE MINNEAPOLIS MN 000055413 | C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-1, |
| 363 | 11346 | GUBBIN, JULIE 1508 MADISON STREET NE MINNEAPOLIS | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 1508 MADISON STREET NE MINNEAPOLIS MN 000055413 | C-1 (d), C-2, C-3 (e), E-1, G-1, |
| 364 | 11347 | HARRIS, TOBI CHRISTINE 1530 CALIFORNIA STREET NEi | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 1530 CALIFORNIA STREET NE MINNEAPOLIS MN 000055413 | C-2, C-3 (e), E-1, G-1, |
| 365 | 11348 | HUGHES, PATRICIA MICHELE 2212 HOWARD STREET NE M | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 2212 HOWARD STREET NE MINNEAPOLIS MN 000055418 | C-1 (d), D-4, D-6, E-1, G-1, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 366 | 11349 | JOHNSON, KEITH 2314 QUINCY STREET NE MINNEAPOLIS | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 2314 QUINCY STREET NE MINNEAPOLIS MN 000055413 | C-1 (d), C-2, C-3 (e), E-1, G-1, |
| 367 | 11350 | JONK, TRISTA 1813 JACKSON STREET NE MINNEAPOLIS, | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 1813 JACKSON STREET NE MINNEAPOLIS MN 000055418 | A-1, A-2, C-1 (d), C-2, C-3 (e), E-1, G-1, |
| 368 | 11351 | KOURI, MARTIN 1138 JEFFERSON STREET NE MINNEAPOL | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 1138 JEFFERSON STREET NE MINNEAPOLIS MN 000055413 | C-1 (d), C-2, C-3 (e), E-1, G-1, |
| 369 | 11352 | KOURI, NAMIE 1138 JEFFERSON STREET NE MINNEAPOLI | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 1138 JEFFERSON STREET NE MINNEAPOLIS MN 000055413 | A-1, A-2, C-1 (d), C-2, C-3 (e), E-1, G-1, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 370 | 11353 | KOURI, THOMAS 2000 FOURTH STREET NE MINNEAPOLIS, | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 2000 FOURTH STREET NE MINNEAPOLIS MN 000055418 | C-2, C-3 (e), E-1, G-1, |
| 371 | 11354 | KOVENSKY, WAYNE 1407 ADAMS STREET NE MINNEAPOLIS | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 1407 ADAMS STREET NE MINNEAPOLIS MN 000055413 | C-2, C-3 (e), E-1, G-1, |
| 372 | 11355 | KUELBS, LEO 33 SOUTH SIXTH STREET, SUITE 4100 MI | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 1202 JEFFERSON STREET NE MINNEAPOLIS MN 000055413 | C-1 (d), C-2, C-3 (e), E-1, G-1, |
| 373 | 11356 | KUHA, ELLA 2106 4TH STREET NE MINNEAPOLIS, MN 5 | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 2106 4TH STREET NE MINNEAPOLIS MN 000055418 | C-1 (d), C-2, C-3 (e), E-1, G-1, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|--------|--------------|---------------|---------|---------------|------------------|-------------------|
| 374 | 11357 | LANDRY, JOHN 20276 SPOONBILL CT ROGERS, MN 5537 | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 1813 FOURTH STREET NE MINNEAPOLIS MN 000055418 | C-1 (d), C-2, C-3 (e), E-1, G-1, |
| 375 | 11358 | LEES, TIMOTHY 1920 SHOREWOOD LN MOUND, MN 55364 | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 1518 MADISON STREET NE MINNEAPOLIS MN 000055413 | C-2, C-3 (e), E-1, G-1, |
| 376 | 11359 | MOBLEY, ERICA MICHELL 317 WEST CHESTNUT COWETA, | NO COUNSEL SPECIFIED | | 317 WEST CHESTNUT COWETA OK 000074429 | C-2, C-3 (b), C-3 (c), C-3 (e), E-1, |
| 377 | 11360 | MARTIN, PHILIP 1610 MADISON STREET NE MINNEAPOLI | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 1610 MADISON STREET NE MINNEAPOLIS MN 000055413 | C-1 (d), C-2, C-3 (e), E-1, G-1, |
| 378 | 11361 | MARTIN, SHARON 1134 JEFFERSON STREET NE MINNEAPO | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 1134 JEFFERSON STREET NE MINNEAPOLIS MN 000055413 | C-1 (d), C-2, C-3 (e), E-1, G-1, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 379 | 11362 | MISKOWIEK, MICHAEL 1432 FIFTH STREET NE #3 MINNE | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 1432 5TH STREET NE #3 MINNEAPOLIS MN 000055413 | C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-1, |
| 380 | 11363 | NORDSTROM, ROBERT 690 LOWRY AVENUE NE MINNEAPOLI | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 690 LOWRY AVENUE NE MINNEAPOLIS MN 000055418 | C-2, C-3 (e), E-1, G-1, |
| 381 | 11364 | OSTLUND, CHYLEEN 1412 MONROE STREET NE MINNEAPOL | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 1412 MONROE STREET NE MINNEAPOLIS MN 000055413 | A-1, A-2, C-1 (d), C-2, C-3 (e), E-1, G-1, |
| 382 | 11365 | PAKIRTZIS, ZAHARIAS 7201 36TH AVENUE N APT 118 C | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 612 20TH AVENUE NE MINNEAPOLIS MN 000055418 | A-1, A-2, C-1 (d), C-2, C-3 (e), E-1, G-1, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 383 | 11366 | PATCH, GARY<br>33 SOUTH SIXTH STREET<br>SUITE 4100<br>MIN | WILLIAM B BUTLER<br>BIERSDORF &<br>ASSOCIATES PA<br>33 S 6TH ST<br>MINNEAPOLIS MN<br>55402<br>Law Firm Number:<br>00361 | | 1502 MADISON STREET<br>NE<br>MINNEAPOLIS MN<br>000055413 | A-1, A-2, C-1 (d), C-2,<br>C-3 (e), E-1, G-1, |
| 384 | 11367 | REZAI, MAHTAB<br>1539 4TH STREET NE<br>MINNEAPOLIS, MN | WILLIAM B BUTLER<br>BIERSDORF &<br>ASSOCIATES PA<br>33 S 6TH ST<br>MINNEAPOLIS MN<br>55402<br>Law Firm Number:<br>00361 | | 1539 4TH STREET NE<br>MINNEAPOLIS MN<br>000055413 | C-2, C-3 (e), E-1, G-1, |
| 385 | 11368 | RUSSINK, JOHN<br>429 20TH AVENUE NE<br>MINNEAPOLIS, M | WILLIAM B BUTLER<br>BIERSDORF &<br>ASSOCIATES PA<br>33 S 6TH ST<br>MINNEAPOLIS MN<br>55402<br>Law Firm Number:<br>00361 | | 429 20TH AVENUE NE<br>MINNEAPOLIS MN<br>000055418 | C-1 (d), C-2, C-3 (e),<br>E-1, G-1, |
| 386 | 11369 | SCHACK, GAIL<br>1210 JEFFERSON STREET<br>NE<br>MINNEAPOLI | WILLIAM B BUTLER<br>BIERSDORF &<br>ASSOCIATES PA<br>33 S 6TH ST<br>MINNEAPOLIS MN<br>55402<br>Law Firm Number:<br>00361 | | 1210 JEFFERSON<br>STREET NE<br>MINNEAPOLIS MN<br>000055413 | C-2, C-3 (e), E-1, G-1, |

15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 387 | 11370 | SCHAEFER, WILLIAM 1435 ADAMS STREET NE MINNEAPOL | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 1435 ADAMS STREET NE MINNEAPOLIS MN 000055413 | C-2, C-3 (e), E-1, G-1, |
| 388 | 11371 | SELLERS, CARLA 1732 JEFFERSON STREET NE MINNEAPO | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 1732 JEFFERSON STREET NE MINNEAPOLIS MN 000055413 | A-1, A-2, C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-1, |
| 389 | 11372 | SEYMOUR, JEAN 1812 5 STREET NE MINNEAPOLIS, MN | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 1812 5 STREET NE MINNEAPOLIS MN 000055418 | C-2, C-3 (e), E-1, G-1, |
| 390 | 11373 | SMITH, JOHN 33 SOUTH SIXTH STREET, SUITE 4100 MI | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 2415 GARFIELD STREET NE MINNEAPOLIS MN 000055418 | A-1, A-2, C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-1, |

15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 391 | 11374 | SOUCEK, ALBERT JON 1715 FIFTH STREET NE MINNEAPO | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 1715 FIFTH STREET NE MINNEAPOLIS MN 000055413 | C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-1, |
| 392 | 11375 | SPEIDEL, TIMOTHY JON SPEIDEL, JERRIDD J 852 18TH | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 1724 JEFFERSON STREET NE MINNEAPOLIS MN 000055473 | C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-1, |
| 393 | 11376 | SYDLOSKI, DELORES 1431 4 STREET NE MINNEAPOLIS, | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 1431 FOURTH STREET NE MINNEAPOLIS MN 000055413 | C-2, C-3 (e), D-4, D-6, E-1, G-1, |
| 394 | 11377 | SZYKULSKI, CLEMENS 2407 JEFFERSON STREET NE MINN | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 2407 JEFFERSON STREET NE MINNEAPOLIS MN 000055418 | C-2, C-3 (e), D-4, D-6, E-1, G-1, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 395 | 11378 | ST. JOHN'S EVANGELICAL LUTHERAN CHURCH | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | ST JOHN'S EVANGELICAL LUTHERAN CHURCH | 610 BROADWAY STREET NE MINNEAPOLIS MN 000055413 | C-2, C-3 (e), D-4, D-6, E-1, G-1, |
| 396 | 11379 | TREFFERT, BRIAN 33 SOUTH SIXTH STREET SUITE 4100i | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 2331 MONROE STREET MINNEAPOLIS MN 000055418 | A-1, A-2, C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-1, |
| 397 | 11380 | TAFT, ELIZABETH 1718 JEFFERSON STREET NE MINNEAP | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 1718 JEFFERSON STREET NE MINNEAPOLIS MN 000055418 | C-1 (d), C-2, C-3 (e), E-1, G-1, |
| 398 | 11381 | VAN RYSULK, PAUL 1927 UNIVERSITY AVENUE NE MINNE | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 1927 UNIVERSITY AVENUE NE MINNEAPOLIS MN 000055418 | C-2, C-3 (e), E-1, G-1, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 399 | 11382 | VANDERWOOD, RANDY 1337 ADAMS STREET NE MINNEAPOL | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 1337 ADAMS STREET NE MINNEAPOLIS MN 000055413 | C-2, C-3 (e), E-1, G-1, |
| 400 | 11383 | WORLEY, WILLIAM 1720 SIXTH STREET NE MINNEAPOLIS | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS MN 55402 Law Firm Number: 00361 | | 1720 SIXTH STREET NE MINNEAPOLIS MN 000055413 | A-1, A-2, C-2, C-3 (e), E-1, G-1, |
| 401 | 11384 | KELLER MEMORIAL HOSPITAL | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | KELLER MEMORIAL HOSPITAL | FAYETTE MO | C-2, D-2, D-6, E-1, F-2, |
| 402 | 11389 | GARDEN STATE HOSPITAL | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | GARDEN STATE HOSPITAL | EVESHAM TOWNSHIP NJ | C-2, C-3 (e), D-2, D-6, E-1, F-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 403 | 11405 | ALBANY AVE LIBRARY NKA HARTFORD CT PUB LIBRAR | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ALBANY AVE LIBRARY NKA HARTFORD CT PUB LIBRAR | ALBANY AVENUE HARTFORD CT | C-2, C-3 (d), D-2, D-5, D-6, E-1, F-2, |
| 404 | 11422 | BUFFALO MEMORIAL HOSPITAL | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BUFFALO MEMORIAL HOSPITAL | MONDOVI WI | C-2, D-2, D-6, E-1, F-2, |
| 405 | 11428 | PRESIDENTIAL TOWERS CONDO FKA AMERICANA | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | PRESIDENTIAL TOWERS CONDO FKA AMERICANA | 1836 METSEROTT ROAD ADELPHI MD 000020783 | C-2, D-2, D-6, E-1, F-2, |
| 406 | 11550 | DODGE COUNTY HOSPITAL JOB | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | DODGE COUNTY HOSPITAL | EASTMAN GA | C-2, C-3 (d), D-2, D-5, D-6, E-1, F-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 407 | 11555 | CARSON PIELE SCOTT STORE | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | CARSON PIELE SCOTT STORE | WAUKEGAN IL | C-2, D-2, D-5, D-6, E-1, F-2, |
| 408 | 11572 | HARRY C LEVY GARDERS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | LAS VEGAS NV | C-2, C-3 (d), D-2, D-5, D-6, E-1, F-2, |
| 409 | 11579 | ELLIOTT HOSPITAL | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ELLIOTT HOSPITAL | KEENE NH | B-1, C-2, D-2, D-5, D-6, E-1, F-2, |
| 410 | 11618 | HUDSON S BAY COMPANY ZELLERS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 1735 WEST ARTHUR STREET THUNDERBAY ON P7E5S2 | C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 411 | 11620 | 354401 ALBERTA LTD C O REDCLIFF REALTY MANAGEMENT | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 287 BROADWAY WINNIPEG MB  R3C0R9 | C-2, D-2, D-3, D-4, D-6, E-1, F-2, F-5, |
| 412 | 11621 | SCHOOL DISTRICT 68 NANAIMO LADYSMITH | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BAYVEIW ELEMENTAY | 140 VIEW STREET NANAIMO BC  V9RYN6 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 413 | 11622 | SCHOOL DISTRICT 68 NANAIMO LADYSMITH | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | CHASE RIVER ELEM | 1503 CRANBERRY AVENUE NANAIMO BC  V9R6R7 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 414 | 11623 | SCHOOL DISTRICT 68 NANAIMO LADYSMITH | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | CILAIRE ELEMENTARY SCHOOL | 25 CILAIRE DRIVE NANAIMO BC  V9S3C9 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 415 | 11624 | SCHOOL DISTRICT 68 NANAIMO LADYSMITH | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | JOHN BARSBY SECONDARY | 765 BRUCE AVENUE NANAIMO BC  V9R3Z2 | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 416 | 11625 | SCHOOL DISTRICT 68 NANAIMO LADYSMITH | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | LADYSMITH SECONDARY SCHOOL | 710 SIXTH STREET LADYSMITH BC V0R2E0 | C-2, C-3 (c), C-3 (e), D-2, D-3, D-4, D-6, E-1, F-2, F-5, |
| 417 | 11626 | SCHOOL DISTRICT 68 NANAIMO LADYSMITH | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | N. CEDAR INTER. SCHOOL | 2215 GOULD ROAD RR#4 NANAIMO BC  V9R5X9 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 418 | 11627 | SCHOOL DISTRICT 68 NANAIMO LADYSMITH | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | NANAIMO SENIOR SECONDARY | 3955 WAKESIAH AVE NANAIMO BC  V9R3K5 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 419 | 11628 | SCHOOL DISTRICT 68 NANAIMO LADYSMITH | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | PRINCESS ANEN ELEMENTARY | 1951 ESTIVAN ROAD NANAIMO BC  V9S3Y9 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 420 | 11629 | SCHOOL DISTRICT 68 NANAIMO LADYSMITH | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | RUTHERFORD ELEMENTARY | ROAD NANAIMO BC  V9T5M6 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 421 | 11630 | SCHOOL DISTRICT 68 NANAIMO LADYSMITH | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | SEAVIEW ELEMENATRY | 7000 SCHOOL ROAD LANTZVILLE BC V0R2H0 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 422 | 11631 | SCHOOL DISTRICT 68 NANAIMO LADYSMITH | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | WOODBANK ELEMENATRARY | RR#4 MORLAND ROAD NANAIMO BC  V9R6X9 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 423 | 11632 | SCHOOL DISTRICT 68 NANAIMO LADYSMITH | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | WOODLANDS SECONDARY | 1270 STRATHMORE STREET NANAIMO BC  V9S2I9 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 424 | 11633 | BRISTOL INVESTMENTS LTD & BARAFIELD REALTY LTD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 201 KENSINGTON AVENUE BURNABY BC  V5B4B2 | C-2, C-3 (c), C-3 (e), D-2, D-6, E-1, F-2, F-5, |
| 425 | 11634 | BRISTOL INVESTMENTS LTD & BARAFIELD REALTY LTD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | REGENCY COURT | 10520 132ND STREET SURREY BC  V3T3V6 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 426 | 11635 | BRISTOL INVESTMENTS LTD & BARAFIELD REALTY LTD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | REGENCY SQUARE | 13325 105TH AVENUE SURREY BC  V3T1Z2 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 427 | 11636 | BRISTOL INVESTMENTS LTD & BARAFIELD REALTY LTD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | VILLA MONACO | 33263 BOURQUIN CRESCENT ABBOTSFORD BC V2S1Y3 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 428 | 11637 | BRISTOL INVESTMENTS LTD & BARAFIELD REALTY LTD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BAKERVIEW APTS | 1040 HOWIE AVENUE COQUITLAM BC V3JIT7 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 429 | 11638 | BRISTOL INVESTMENTS LTD & BARAFIELD REALTY LTD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 540 ROCHESTER AVENUE COQUITLAM BC V3K2V1 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 430 | 11639 | BRISTOL INVESTMENTS LTD & BARAFIELD REALTY LTD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BRAEMAR GARDENS | 1000 BRUNETTE AVENUE COQUITLAM BC V3K1E3 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 431 | 11640 | BRISTOL INVESTMENTS LTD & BARAFIELD REALTY LTD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BRAEMAR GARDENS | 995 ADAIR AVENUE COQUITLAM BC V3K3V3 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 432 | 11641 | BRISTOL INVESTMENTS LTD & BARAFIELD REALTY LTD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BRAEMAR GARDENS | 995 ADAIR AVENUE COQUITLAM BC V3K3V3 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 433 | 11642 | BRISTOL INVESTMENTS LTD & BARAFIELD REALTY LTD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | KINGSLEY MANOR | 2121 FRANKLIN STREET VANCOUVER BC V5L1R7 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 434 | 11643 | BRISTOL INVESTMENTS LTD & BARAFIELD REALTY LTD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BERKELEY MANOR | 2150 PANDORA STREET VANCOUVER BC V5L1N5 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 435 | 11644 | BRISTOL INVESTMENTS LTD & BARAFIELD REALTY LTD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | GARY MANOR | 2225 WEST 8TH AVENUE VANCOUVER BC V6K2A6 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 436 | 11645 | BRISTOL INVESTMENTS LTD & BARAFIELD REALTY LTD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | SHELLEY COURT | 230 E. 2ND STREET NORTH VANCOUVER BC V7L1C5 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 437 | 11646 | BRISTOL INVESTMENTS LTD & BARAFIELD REALTY LTD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | CHERYL MANOR | 210 E. 2ND STREET NORTH VANCOUVER BC V7L1C5 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 438 | 11647 | BRISTOL INVESTMENTS LTD & BARAFIELD REALTY LTD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | DAYLIN MANOR | 515 9TH STREET NEW WESTMINSTER BC V3M3W6 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 439 | 11648 | BRISTOL INVESTMENTS LTD & BARAFIELD REALTY LTD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | SILVER MANOR | 6420 SILVER AVENUE BURNABY BC  V5H2Y5 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 440 | 11664 | HAMILTON DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | Ancaster High School | 374 JERSEYVILLE ROAD WEST HAMILTON ON  L9G2K8 | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 441 | 11665 | HAMILTON DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | Barton School | 75 PALMER ROAD BARTON HAMILTON ON  L8T3G1 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 442 | 11666 | HAMILTON DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | Bell Stone Public School ** | 6025 WHITE CHURCH AND NEBO ROAD MOUNT HOPE ON L0R1W0 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 443 | 11667 | HAMILTON DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | Buchanan Park School ** | 30 LAURIER AVENUE HAMILTON ON L9C3R9 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 444 | 11668 | HAMILTON DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | Cardinal Heights School ** | 70 BOBOLINK ROAD HAMILTON ON L9A2P5 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 445 | 11669 | HAMILTON DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | Dalewood School ** | 1150 MAIN STREET WEST HAMILTON ON L8S1C2 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 446 | 11670 | HAMILTON DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | Education Centre ** | 100 MAIN STREET WEST HAMILTON ON L8N3L1 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS¹

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 447 | 11671 | HAMILTON DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | Glen Brae ** | 50 SECOND DRIVE HAMILTON ON L8K3W7 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 448 | 11672 | HAMILTON DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | Glendale School ** | 145 RAINBOW STREET HAMILTON ON L8K4G1 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 449 | 11673 | HAMILTON DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | Grange Public School ** | 306 WOODWORTH DRIVE ANCASTER ON L9G2N1 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 450 | 11674 | HAMILTON DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | Greenville Public School ** | 625 HARVEST ROAD GREENSVILLE ON L9H5K8 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 451 | 11675 | HAMILTON DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | Highland Public School ** | 310 GOVERNOR S ROAD DUNDAS ON L9H5P8 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 452 | 11676 | HAMILTON DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | Mt. Hope Public School ** | 9149 AIRPORT ROAD MOUNT HOPE ON L0R1W0 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 453 | 11677 | HAMILTON DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | Parkdale Public School** | 139 PARKDALE AVENUE NORTH HAMILTON ON L8H5X3 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 454 | 11678 | HAMILTON DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | Pauline Johnson Public School ** | 25 HUMMINGBIRD LANE HAMILTON TN L9A4B1 | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |

15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 455 | 11679 | HAMILTON DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | Ryerson School ** | 222 ROBINSON STREET HAMILTON ON L8P1ZP | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 456 | 11680 | HAMILTON DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | Sherwood Heights School ** | 105 HIGH STREET HAMILTON ON L8T3Z4 | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 457 | 11681 | HAMILTON DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | Sir Alan MacNab School ** | 145 MAGNOLIA DRIVE HAMILTON ON L9C5P4 | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 458 | 11682 | HAMILTON DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | Sir John A. MacDonald Secondary School ** | 130 YORK BOULEVARD HAMILTON ON L8R1Y5 | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 459 | 11683 | HAMILTON DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | Westdale Secondary School ** | 700 MAIN STREET WEST HAMILTON ON  L8S1A5 | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 460 | 11684 | HAMILTON DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | Westview School ** | 60 ROLSTON DRIVE HAMILTON ON  L9C3X7 | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 461 | 11701 | WEBBER HOSPITAL | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | WEBBER HOSPITAL | BIDDEFORD ME | C-2, D-2, D-6, E-1, F-2, |
| 462 | 11703 | 310 W 43RD STREET BUILDING | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | 310 W 43RD STREET BUILDING | 310 W. 43RD STREET NEW YORK NY | C-2, D-2, D-6, E-1, F-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 463 | 11722 | NATIONAL BANK BUILDING | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | NATIONAL BANK BUILDING | MEMPHIS TN | C-1 (d), C-2, D-2, D-5, D-6, E-1, F-2, |
| 464 | 11735 | THE CALIFORNIA STATE UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ADMINISTRATION | CSU SAN LUIS OBISPO SAN LUIS OBISPO CA 000093407 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 465 | 11745 | THE CALIFORNIA STATE UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | TRANSPORTATION SERVICES | CSU SAN LUIS OBISPO-SAN LUIS OBISPO CA 000093407 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 466 | 11800 | THE CALIFORNIA STATE UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | RESEARCH DEVELOPMENT | CSU SAN LUIS OBISPO-SAN LUIS OBISPO CA 000093407 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 467 | 11802 | THE CALIFORNIA STATE UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | MOTT PHYSICAL EDUC | CSU SAN LUIS OBISPO SAN LUIS OBISPO CA 000093407 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 468 | 11817 | THE CALIFORNIA STATE UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | FARM SHOP | CSU SAN LUIS OBISPO SAN LUIS OBISPO CA 000093407 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 469 | 11819 | THE CALIFORNIA STATE UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ENGINEERING WEST | CSU SAN LUIS OBISPO SAN LUIS OBISPO CA 000093407 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 470 | 11820 | THE CALIFORNIA STATE UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ENGINEERING WEST ADD | CSU SAN LUIS OBISPO SAN LUIS OBISPO CA 000093407 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |

15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 471 | 11866 | THE CALIFORNIA STATE UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | MUSIC BUILDING | CSU STANISLAUS - TURLOCK CA 000095382 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 472 | 11876 | THE CALIFORNIA STATE UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | DRAMA BUILDING | CSU STANISLAUS - TURLOCK CA 000095382 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 473 | 11918 | THE CALIFORNIA STATE UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | CAFETERIA | SAN JOSE STATE UNIV SAN JOSE CA 000095192 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 474 | 11957 | THE CALIFORNIA STATE UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | MUSIC AND BUSINES | CSU HAYWARD - HAYWARD CA 000094542 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 475 | 11962 | THE CALIFORNIA STATE UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | MEIKLE JOHN HALL | CSU HAYWARD - HAYWARD CA 000094542 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 476 | 12291 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ROSSCARROCK ELEMENTARY | 1406 4TH STREET CALGARY AB T3C1W7 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 477 | 12292 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | RT ALDERMAN | 725 MAPLETON DRIVE SE CALGARY AB T2J1S1 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 478 | 12293 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | SOUTHWOOD ELEMENTARY | 898 SYLVESTER CRES SW CALGARY AB T2W0R7 | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 479 | 12294 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | SUNALTA ELEMENTARY | 536 SONORA AVENUE SW CALGARY AB  T3C2J9 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 480 | 12295 | UNIVERSITY OF WESTERN ONTARIO | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | UNIVERSITY OF WESTERN ONTARIO | 31151 RICHMOND STREET LONDON ON  N6A4B8 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 481 | 12296 | FRASER HEALTH AUTHORITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | SURREY HOSPITAL | 13750 96TH AVENUE SURREY BC  V3V1Z2 | C-2, C-3 (c), C-3 (e), D-2, D-3, D-4, D-6, E-1, F-2, F-5, |
| 482 | 12297 | FRASER HEALTH AUTHORITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BURNABY HOSPITAL | 3935 KINCAID STREET BURNABY BC  V5G2X6 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 483 | 12298 | FRASER HEALTH AUTHORITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | RIDGE MEADOWS HSP | PO BOX 5000,1166 LAITY ST MAPLE RIDGE BC V2X7G5 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-5, |
| 484 | 12299 | FRASER HEALTH AUTHORITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | FELLBURN CARE CENTTRE | 6050 E.HASTINGS ST BURNABY BC V5B1R6 | B-2, C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 485 | 12300 | FRASER HEALTH AUTHORITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ROYAL COLUMBIA HOSPITAL | 330 E. COLUMBIA ST. NEW WESTMINSTER BC V3L3W7 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 486 | 12301 | FRASER HEALTH AUTHORITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | MAS HOSPITAL | 2179 MCCALLUM ROAD ABBOTSFORD BC V2S3M1 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 487 | 12302 | FRASER HEALTH AUTHORITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | SHERBROOKE CENTRE | 330 E.COLUMBIA STREET NEW WESTMINSTER BC  V3L3W7 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 488 | 12303 | TORONOT DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BLOOR COLLEGIATE INSTITUTE | 1141 BLOOR STREET WEST TORONTO ON | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 489 | 12304 | TORONTO DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | DEER PARK JUNIOR AND SENIOR SCHOOL | 23 FERNDALE AVENUE TORONTO ON  M4T2B4 | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 490 | 12305 | TORONTO DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BLOOR COLLEGIATE INSTITUTE | 65 CONCORD AVENUE TORONTO ON  M6H2N9 | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |