## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 491 | 12306 | TORONTO DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | HUMBERSIDE COLLEGIATE INSTITUTE | 50 HEADRIAN DRIVE TORONTO ON M9W1V4 | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 492 | 12307 | TORONTO DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | FAIRMOUNT JUNIOR PUBLIC SCHOOL | 31 SLOLEY ROAD TORONTO ON M1M1C7 | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 493 | 12308 | TORONOT DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | HUMBERSIDE COLLEGIATE INSTITUTE | 280 QUEBEC AVENUE TORONTO ON | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 494 | 12309 | TORONOT DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | INDIAN ROAD CRESCENT JUNIOR PUBLIC SCHOOL | 285 INDIAN ROAD CRESCENT TORONTO ON | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |

15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 495 | 12310 | TORONOT DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | MONARCH PARK SECONDARY SCHOOL | 1 HANSON STREET TORONTO ON | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 496 | 12311 | TORONOT DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | OAKWOOD COLLEGIATE INSTITUTE | 991 ST CLAIR AVENUE WEST TORONTO ON | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 497 | 12312 | TORONOT DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | OLD ADMINISTRATION BUILDING | 155 COLLEGE STREET TORONTO ON | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 498 | 12313 | TORONOD DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | PERTH AVENUE JUNIOR PUBLIC SCHOOL | 14 RUSKIN AVENUE TORONTO ON M6P3P8 | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |

# 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|--------|--------------|---------------|---------|---------------|------------------|-------------------|
| 499 | 12314 | TORONTO DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | QUEEN ALEXANDRA SENIOR PUBLIC SCHOOL | 181 BROADVIEW AVE TORONTO ON M4M2G3 | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 500 | 12315 | TORONTO DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | RODEN JUNIOR PUBLIC SCHOOL | 151 HIAWATHA ROAD TORONTO ON M4L2Y1 | C-2, C-3 (d), D-1 (a), D-2, D-4, D-6, E-1, F-2, F-5, |
| 501 | 12316 | TORONTO DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | WESTERN TECHNICAL COMMERCIAL SCHOOL | 125 EVELYN CRESCENT TORONTO ON M6P3E3 | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 502 | 12317 | TORONOT DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | WITHROW AVENUE JUNIOR PUBLIC SCHOOL | 25 BAIN AVENUE TORONTO ON | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 503 | 12318 | COCACOLA ENTERPRISES INC | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | SALES CENTER | 650 BABCOCK AVENUE UKIAH CA 000095482 | C-2, C-3 (c), C-3 (e), D-2, D-3, D-6, E-1, F-2, |
| 504 | 12319 | COCA COLA ENTERPRISES INC | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | SALES CENTER | 415 WEST PIKES PEAK AVENUE COLORADO SPRINGS CO 000080918 | C-2, C-3 (c), C-3 (e), D-2, D-3, D-6, E-1, F-2, |
| 505 | 12320 | COCA COLA ENTERPRISES INC | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | SALES CENTER | 3140 OIHANA STREET KAUAI HI 000096766 | C-2, C-3 (c), C-3 (e), D-2, D-3, D-6, E-1, F-2, |
| 506 | 12321 | COCA COLA ENTERPRISES INC | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | SALES CENTER | 120 EAST JONES STREET SANTA MARIA CA 000093454 | C-2, C-3 (c), C-3 (e), D-2, D-6, E-1, F-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 507 | 12322 | WILLIAM OSLER HEALTH CENTRE | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | WILLIAM OSLER HEALTH CENTRE | 101 HUMBER COLLEGE BOULEVARD ETOBICOKE ON M9V1R8 | C-2, C-3 (d), D-1 (a), D-2, D-4, D-6, E-1, F-2, F-5, |
| 508 | 12323 | WESTIN HARBOUR CASTLE KESSINGER HUNTER | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 1 HARBOUR SQUARE TORONTO ON  M5J1A6 | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 509 | 12324 | YORK UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BUILDING 4 | 122 ASSINIBOINE ROAD TORONTO ON | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 510 | 12325 | YORK UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BUILDING 2 | 4700 KEELE STREET TORONTO ON | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 511 | 12326 | YORK UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BUILDING 8 | 4700 KEELE STREET TORONTO ON | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 512 | 12327 | YORK UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BUILDING 6 | 4700 KEELE STREET TORONTO ON | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 513 | 12328 | RYERSON UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | RYERSON UNIVERSITY | 40, 50, 60 GOULD STREETS TORONTO ON M5B2K3 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 514 | 12329 | UNIVERSITY OF GUELPH | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | UNIVERSITY OF GUELPH | 488 GORDON STREET GUELPH ON N1G2W1 | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 515 | 12330 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | SENATOR PATRICK BURNS | 2155 CHILCOTIN RD NW CALGARY AB T2L0X2 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 516 | 12331 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | SIR JAMES LOUGHEED | 3519 36 AVE SW CALGARY AB T3E1C2 | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 517 | 12332 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | SIR JOHN A MACDONALD | 6600 4TH STREET NW CALGARY AB T2K1C2 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 518 | 12333 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | SIR WILFRID LAURIER | 819 32ND STREET SE CALGARY AB T2A0Y9 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 519 | 12334 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | SIR WINSTON CHURCHIL | 5220 NORTHLAND DR NW CALGARY AB T2L2J6 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 520 | 12335 | CITY OF VANCOUVER | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | COMMERCIAL BUILDING 1 | 420 HOWE STREET VANCOUVER BC V6Z1R8 | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 521 | 12336 | CITY OF VANCOUVER | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | CAMBIE YARD | 301 WEST 1ST AVENUE BURNABY BC V5B4B2 | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 522 | 12337 | CITY OF VANCOUVER | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | COMMERCIAL BUILDING | 1830-1836 WEST 5TH AVEN VANCOUVER BC V6J1P3 | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 523 | 12338 | CITY OF VANCOUVER | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | CENTRAL LIBRARY | 750 BURRARD STREET VANCOUVER BC V6Z2V6 | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 524 | 12339 | CITY OF VANCOUVER | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | CITY ANALYST/POLICE MUSUEM | 239-240 E.CORDOV VANCOUVER BC V6A1L3 | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 525 | 12340 | CITY OF VANCOUVER | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | CITY HALL | 453 WEST 12TH AVENUE VANCOUVER BC V5Y1V4 | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 526 | 12341 | CITY OF VANCOUVER | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | CONTINENTAL HOTEL | 1390 GRANVILLE STREET VANCOUVER BC V6Z1M7 | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 527 | 12342 | CITY OF VANCOUVER | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | FORMER FLETCHER LUMBER | 1615 MAIN STREET VANCOUVER BC V6A2W6 | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 528 | 12343 | VANCOUVER BOARD OF PARKS AND RECREATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | HASTINGS CC | 3096 EAST HASTINGS STREET VANCOUVER BC V5K2A3 | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 529 | 12344 | CITY OF VANCOUVER | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | KERRISDALE LIBRARY | 2112 WEST 42ND AVENUE VANCOUVER BC V6M2B6 | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 530 | 12345 | CITY OF VANCOUVER | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | MARITIME MUSEUM | 1905 OGDEN AVENUE VANCOUVER BC V6J1A3 | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 531 | 12346 | CITY OF VANCOUVER | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | PARKADE | 700 GEORGIA STREET VANCOUVER BC | C-1 (b), C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 532 | 12347 | CITY OF VANCOUVER | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | PLANETARIUM,MUSEUM & ARCHIVES | 1100 CHESTNUT VANCOUVER BC V6J3J9 | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 533 | 12348 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | COLONEL IRVINE JR HIGH | 412-NORTHMOUNT DR NW CALGARY AB  T2K3H6 | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 534 | 12349 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | COLONEL MACLEOD SCHOOL | 1610 6TH STREET NE CALGARY AB T2E3Y9 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 535 | 12350 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | COLONEL SANDERS ELEM | 226 NORTHMOUNT DR NW CALGARY AB T2K3G6 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 536 | 12351 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | CRESCENT HEIGHTS HIGH | 1019 1ST STREET SW CALGARY AB T2M2S2 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 537 | 12352 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | DR OAKLEY SCHOOL | 3904 20TH STREET SW CALGARY AB T2G4Z6 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 538 | 12353 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ELBOYA ELEMENTARY SCHOOL | 4804 6TH STREET SW CALGARY AB T2S2N3 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 539 | 12354 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ERNST MANNING HIGH SCHOOL | 3600-16TH AVE SW CALGARY AB  T3C1A5 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 540 | 12355 | BRITISH COLUMBIA INSTITUTE OF TECHNOLOGY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BUILDING SW14 | SW14 3700 WILLINGDON AVENUE BURNABY BC  V5G3H2 | B-2, C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 541 | 12356 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | EUGENE COSTE ELEM. | 10 HILLGROVE CRESCENT SW CALGARY AB  T2V3K7 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 542 | 12357 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | FAIRVIEW SCHOOL | 7840 FAIRMOUNT DRIVE SE CALGARY AB  T2H0Y1 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|--------|--------------|---------------|---------|---------------|------------------|-------------------|
| 543 | 12358 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | F.E.OSBORNE JUNIOR HIGH | 5315 VARSITY DRIVE CALGARY AB T3A1A7 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 544 | 12359 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | FOREST LAWN HIGH SCHOOL | 1304 44TH STREET SE CALGARY AB T2A1M8 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 545 | 12360 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | GEORGE P. VANIER | 509-32ND AVENUE NE CALGARY AB T2E2H3 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 546 | 12361 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | GLAMORGAN ELEM. SCHOOL | 50 GRAFTON DRIVE SW CALGARY AB T3E4W3 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 547 | 12362 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | GLENBROOK ELEMENTARY | 4725 33RD AVENUE SW CALGARY AB T3E3V1 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 548 | 12363 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | GLENDALE ELEMENTARY | 2415 KELWOOD DRIVE SW CALGARY AB T3E3Z8 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 549 | 12367 | MORGUARD INVESTMENTS LIMITED | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 3447-3651 DOUGLAS ST & 3436-3494 SAANICH RD VICTORIA BC V5X3L6 | C-2, C-3 (c), C-3 (e), D-2, D-3, D-4, D-6, E-1, F-2, F-5, |
| 550 | 12368 | MC MASTER UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 1280 MAIN STREET WEST HAMILTON ON L8S4M3 | C-2, D-2, D-4, D-6, E-1, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 551 | 12369 | COCA COLA ENTERPRISES INC | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | MAIN BUILDING | 305 STONER AVENUE SHREVEPORT LA 000071101 | C-2, C-3 (c), C-3 (e), D-2, D-3, D-6, E-1, F-2, |
| 552 | 12370 | COCA COLA ENTERPRISES INC | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | DOTHAN 308 NORTH ST. ANDREWS STREET AMARILLO AL 000036301 | C-2, C-3 (c), C-3 (e), D-2, D-6, E-1, F-2, |
| 553 | 12371 | COCA COLA ENTERPRISES INC | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | SALES CENTER | 701 SOUTH LINCOLN AMARILLO TX 000079101 | C-2, C-3 (c), C-3 (e), D-2, D-3, D-6, E-1, F-2, |
| 554 | 12372 | COCA COLA ENTERPRISES INC | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | MIDLAND COOLER | 303 TEXAS AVENUE MIDLAND TX 000079701 | C-2, C-3 (c), C-3 (e), D-2, D-6, E-1, F-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 555 | 12373 | COCA COLA ENTERPRISES INC | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BISSONNET FACILITY | 2800 BISSONNET HOUSTON TX 000077005 | C-2, C-3 (c), C-3 (e), D-2, D-3, D-6, E-1, F-2, |
| 556 | 12374 | COCA COLA ENTERPRISES INC | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | MAIN WAREHOUSE | 1402 INDUSTRIAL BOULEVARD LAREDO TX 000078041 | C-2, C-3 (c), C-3 (e), D-2, D-3, D-6, E-1, F-2, |
| 557 | 12375 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BRITANNIA SCHOOL | 16018 104 AVENUE EDMONTON AB T5P0S3 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 558 | 12376 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | CRESTWOOD SCHOOL | 9735 144 STREET EDMONTON AB T5N2T3 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 559 | 12377 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | DELTON SCHOOL | 12126 89 STREET EDMONTON AB T5B3W4 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 560 | 12378 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | DELWOOD SCHOOL | 7315 DELWOOD ROAD EDMONTON AB T5C3A9 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 561 | 12379 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | DONNAN SCHOOL | 7803 87 STREET EDMONTON AB T6C3G6 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 562 | 12380 | COCA COLA ENTERPRISES INC | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | NORTH TEXAS HDQ | 6011 LEMMON AVENUE DALLAS TX 000075209 | C-2, C-3 (c), C-3 (e), D-2, D-3, D-6, E-1, F-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 563 | 12381 | COCA COLA ENTERPRISES INC | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | SALES CENTER | 68 600 PEREZ ROAD CATHEDRAL CITY CA 000092234 | C-2, C-3 (c), C-3 (e), D-2, D-3, D-6, E-1, F-2, |
| 564 | 12382 | COCA COLA ENTERPRISES INC | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | GOODLAND SALES CENTER | 719 WEST HIGHWAY 24 GOODLAND KS 000080918 | C-2, C-3 (c), C-3 (e), D-2, D-6, E-1, F-2, |
| 565 | 12383 | COCA COLA ENTERPRISES INC | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | LAKEWOOD BUILDING | 11445 SOUTH LAKEWOOD BLVD DOWNEY CA 000090241 | C-2, C-3 (c), C-3 (e), D-2, D-3, D-6, E-1, F-2, |
| 566 | 12384 | COCA COLA ENTERPRISES INC | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | NILES DIV OFFICE | 7400 NORTH OAK PARK AVENUE NILES IL 000060714 | C-2, C-3 (c), C-3 (e), D-2, D-3, D-6, E-1, F-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 567 | 12385 | CITY OF EDMONTON | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ERD #13 FIRE STATION | 4035 119 STREET EDMONTON AB | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-5, |
| 568 | 12386 | CITY OF EDMONTON | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | JP ARENA | 9200 163 STREET EDMONTON AB | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-5, |
| 569 | 12387 | CITY OF EDMONTON | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | PRINCE OF WALES ARMOURY | 10404 108 AVENUE EDMONTON AB | C-2, C-3 (c), C-3 (e), D-2, D-3, D-4, D-6, E-1, F-5, |
| 570 | 12388 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ALLENDALE | - 6415 106 STREET EDMONTON AB T6H2V5 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 571 | 12389 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ARGYLL SCHOOL | - 8540 69 AVENUE EDMONTON AB T6E0R6 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 572 | 12390 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | AVALON SCHOOL | - 5425 114 STREET EDMONTON AB T6H3M | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 573 | 12391 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | AVONMORE SCHOOL | 7340 78 STREET EDMONTON AB T6C2N1 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 574 | 12392 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BELLEVUE SCHOOL | 11515 71 STREET EDMONTON AB T5B1W1 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 575 | 12393 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BENNETT CENTER | 9703 94 STREET EDMONTON AB T5B1W1 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 576 | 12394 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BONNIE DOON SCHOOL | 8205 90 AVENUE EDMONTON AB T6C1N8 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 577 | 12395 | CARLETON UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | MCODORUM LIBRARY | 1125 COLONEL BY DRIVE OTTAWA ON K1S5B6 | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 578 | 12396 | FAIRMAIL LEASEHOLD INC | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | FAIRMAIL 1800 SHEPPARD AVE E, STE330 P.O BOX 330 WILLOWDALE ON M2J5A7 | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |

# 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 579 | 12397 | BELL CANADA | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 100 WYNFORD DRIVE TORONTO ON | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 580 | 12398 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BELGRAVIA SCHOOL | 11605 74 AVENUE EDMONTON AB T6G0G1 | C-2, C-3 (o), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 581 | 12399 | CITY OF EDMONTON | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | CHANCERY HALL | #3 SIR WINSTON CHURCHILL SQUA EDMONTON AB T5J2C3 | C-2, C-3 (o), C-3 (e), D-2, D-3, D-4, D-6, E-1, F-5, |
| 582 | 12400 | CITY OF EDMONTON | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | CLARKE STADIUM | 11000 STADIUM ROAD EDMONTON AB | C-2, D-2, D-4, D-6, E-1, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 583 | 12401 | CITY OF EDMONTON | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | DAVIES TRANSIT | 5710 86 STREET EDMONTON AB T6EZX3 | C-2, D-2, D-4, D-6, E-1, F-5, |
| 584 | 12402 | CITY OF EDMONTON | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ERD AMBULANCE STATION | 10527 142 STREET EDMONTON AB | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-5, |
| 585 | 12403 | CITY OF EDMONTON | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ERD #12 FIRE STATION | 9020 156 STREET EDMONTON AB | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-5, |
| 586 | 12404 | CITY OF EDMONTON | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | IDYLWYLDE HEALTH CLINIC | 8310 88 AVENUE EDMONTON AB T6C1L1 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|--------|-------------|---------------|---------|---------------|------------------|-------------------|
| 587 | 12405 | SOUTHERN ONTARIO PROPERTIES | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 1243 ISLINGTON SQUARE TORONOTO ON M8X1Y9 | C-2, D-2, D-3, D-4, D-6, E-1, F-2, F-5, |
| 588 | 12408 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BELFAST ELEMENTARY | 1229 17A STREET NE CALGARY AB  T2E4V4 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 589 | 12409 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BRANTON JUNIOR HIGH | 2103 20TH STREET NW CALGARY AB  T2M3W1 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 590 | 12410 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BRIAR HILL ELEMENTARY | 1233 21ST STREET NW CALGARY AB  T2N2L8 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 591 | 12411 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BRIDGELAND ELEMENTARY | 414 11A STREET NE CALGARY AB T2E4P3 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 592 | 12412 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | CAMBRIAN HEIGHTS ELEM | 640 NORTHMOUNT DR NW CALGARY AB T2K3J5 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 593 | 12413 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | CAPITAL HILL ELEMENTARY | 2210 18TH STREET NW CALGARY AB T2M3T4 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 594 | 12414 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | CHINOOK PARK ELEMENTARY | 1312-75TH AVE. SW CALGARY AB T2V0S6 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 595 | 12415 | CARLETON UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | RUSSELL GRENVILLE | 1125 COLONEL BY DRIVE OTTAWA ON K1S5B6 | C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, F-5, |
| 596 | 12416 | CARLETON UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | LOEB | 1125 COLONEL BY DRIVE OTTAWA ON K1S5B6 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-5, |
| 597 | 12417 | CARLETON UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | GLENGARY HOUSE | 1125 COLONEL BY DRIVE OTTAWA ON K1S5B6 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 598 | 12418 | CARLETON UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | THE COMMONS | 1125 COLONEL BY DRIVE OTTAWA ON K1S5B6 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-5, |

15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 599 | 12419 | CARLETON UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | DUNTON TOWER | 1125 COLONEL BY DRIVE OTTAWA ON K1S5B6 | C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, F-5, |
| 600 | 12420 | CARLETON UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ROBERTSON HALL | 1125 COLONEL BY DRIVE OTTAWA ON K1S5B6 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-5, |
| 601 | 12421 | OXFORD PROPERTIES GROUP | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 10025-102 AVENUE EDMONTON AB T5J2Z1 | B-1, C-2, D-1 (a), D-2, D-4, D-6, E-1, F-5, |
| 602 | 12422 | OXFORD PROPERTIES GROUP | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | EDMONTON CITY CENTRE BETWEEN 100/101/102 & 102A ST EDMONTON AB T5J2Y8 | B-1, C-2, D-1 (a), D-2, D-4, D-6, E-1, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|--------|--------------|---------------|---------|---------------|------------------|-------------------|
| 603 | 12423 | OXFORD PROPERTIES GROUP | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 10088-102 AVENUE EDMONTON AB T5J2Z1 | B-1, C-2, D-1 (a), D-2, D-4, D-6, E-1, F-5, |
| 604 | 12424 | SHELL CANADA INC | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 3415 LAKESHORE ROAD WEST OAKVILLE ON L6J5C7 | D-2, D-4, D-6, E-1, F-2, F-5, |
| 605 | 12425 | MORGUARD REAL ESTATE INVESTMENT TRUST | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 409 GRANVILLE STREET VANCOUVERE BC V6C1T2 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 606 | 12426 | MORGUARD REAL ESTATE INVESMENT TRUST | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 11150 JASPER AVENUE EDMONTON AB T5K0L2 | C-1 (d), C-2, C-3 (c), C-3 (e), D-2, D-3, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 607 | 12427 | MORGUARD INVESTMENTS LIMITED | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 55 CITY CENTRE DRIVE MISSISSAUGA ON L5B1M3 | C-2, D-2, D-3, D-4, D-6, E-1, F-5, |
| 608 | 12428 | MORGUARD INVESTMENTS LIMITED | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 25 PEEL CENTRE DRIVE BRAMPTON ON L6T3R5 | C-2, C-3 (c), C-3 (e), D-2, D-3, D-4, D-6, E-1, F-2, F-5, |
| 609 | 12429 | MORGUARD INVESTMENTS LIMITED | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 350 SPARKS STREET OTTAWA ON K1A7S8 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 610 | 12430 | MORGUARD INVESTMENTS LIMITED | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 201-32900 SOUTH FRASER WAY ABBOTSFORD BC V2S5A1 | D-1 (a), D-2, D-3, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|--------|--------------|---------------|---------|---------------|------------------|-------------------|
| 611 | 12431 | LABATT BREWING COMPANY LIMITED | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 435 RIDOUT STREET LONDON ON N6A2P6 | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 612 | 12432 | LABATT BREWING COMPANY LIMITED | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 451 RIDOUT STREET LONDON ON N6A2P6 | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 613 | 12433 | THE RECORD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | | C-1 (c), C-1 (d), D-2, D-4, D-6, E-1, F-2, |
| 614 | 12434 | CARLETON UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | PATTERSON HALL | 1125 COLONEL BY DRIVE OTTAWA ON K1S8B6 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 615 | 12435 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | THOMAS B RILEY | 3915 69TH STREET NW CALGARY AB T3B2J9 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 616 | 12436 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | THORNCLIFFE ELEMENTARY | 5646 THORNTON RD NW CALGARY AB T2K3B9 | C-1 (d), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 617 | 12437 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | VARSITY ACRES | 4255 40TH STREET NW CALGARY AB T3A0H7 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 618 | 12438 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | VINCENT MASSEY JUNIOR HIGH | 939 45TH ST SW CALGARY AB T3C2B9 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|--------|--------------|---------------|---------|---------------|------------------|-------------------|
| 619 | 12439 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | VISCOUNT BENNETT | 2519 RICHMOND ROAD SW CALGARY AB T3E4M2 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 620 | 12440 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | WESTERN CANADA HIGH | 641 17TH AVENUE SW CALGARY AB T2S0B5 | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 621 | 12441 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | WESTGATE ELEMENTARY | 150 WESTMINSTER DR SW CALGARY AB T3C2T3 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 622 | 12442 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | WILDWOOD ELEMENTARY | 120 45TH STREET SW CALGARY AB T3C2B3 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 623 | 12443 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | WILLIAM ABERHART | 3009 MORLEY TRAIL NW CALGARY AB  T2M4G9 | C-2, C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 624 | 12444 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | WOODMAN JUNIOR HIGH | 8706 ELBOW DRIVE SW CALGARY AB  T2V1L2 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 625 | 12445 | UNIVERSITY OF SASKATCHEWAN | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ARTS BUILDING | 9 CAMPUS DR. SASKATOON SK S7N5A5 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 626 | 12446 | UNIVERSITY OF SASKATCHEWAN | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | HEALTH SCIENCE | 107 WIGGINS ROAD SASKATOON SK S7N5E5 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|--------|--------------|---------------|---------|---------------|------------------|-------------------|
| 627 | 12447 | UNIVERSITY OF SASKATCHEWAN | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | LUTHERAN THEOLOGICAL SEM | 114 SEMINARY CRES SASKATOON SK S7N0X3 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 628 | 12448 | UNIVERSITY OF SASKATCHEWAN | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | PHYSICS BUILDING | 116 SCIENCE PLACE SASKATOON SK S7N5E2 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 629 | 12449 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | GLENMEADOWS ELEM | 4931 GROVE HILL ROAD SW CALGARY AB T3E4G4 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 630 | 12450 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | GREENVIEW ELEMENTARY | 211 MCKNIGHT BLVD NE CALGARY AB T2E5S7 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 631 | 12451 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | HAYSBORO ELEMENTARY | 1123 87TH AVENUE SW CALGARY AB  T2VOW2 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 632 | 12452 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | HENRY WISE WOOD HIGH | 910-75TH AVE SW CALGARY AB  T2VOS6 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 633 | 12453 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | HUNTINGTON HILL ELEMENTARY | 820 64 AVENUE NW CALGARY AB  T2K0M5 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 634 | 12454 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | JAMES FOWLER HIGH | 4004-4TH ST. NW CALGARY AB  T2K1A1 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 635 | 12455 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | KILLARNEY ELEMENTARY | 3008 33RD STREET SW CALGARY AB T3E2T8 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 636 | 12456 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | KING EDWARD ELEMENTARY | 1720-30TH AVE SW CALGARY AB T2T1P5 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 637 | 12457 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | KINGSLAND ELEMENTARY | 7430 5TH STREET SW CALGARY AB T2V1B1 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 638 | 12458 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | KNOB HILL ELEMENTARY | 2036 20TH AVENUE SW CALGARY AB T2T0M2 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 639 | 12459 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | LAKEVIEW SCHOOL | 6304 LARKSPUR WAY SW CALGARY AB T3E5P7 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 640 | 12460 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | WILLIAM ABERHART | 3009 MORLEY TRAIL NW CALGARY AB T2M4G9 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 641 | 12461 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | LORD BEAVERBROOK HIGH | 9019 FAIRMOUNT DR SE CALGARY AB T2J0Z4 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 642 | 12462 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | LORD SHAUGHNESSY HIGH | 2336 53RD AVENUE SW CALGARY AB T3E1L2 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |