## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 643 | 12463 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | MELVILLE SCOTT JUNIOR HIGH | 1726 33RD ST SW CALGARY AB T3C1P4 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 644 | 12464 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | MILTON WILLIAM SCHOOL | 92 MALIBOU ROAD SW CALGARY AB T2V1X3 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 645 | 12465 | VANCOUVER BOARD OF PARKS AND RECREATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | RUPERT PARK PITCH & PUTT | EAST 1ST AVENUE VANCOUVER BC V5M1C1 | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 646 | 12466 | VANCOUVER BOARD OF PARKS AND RECREATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | STANLEY PARK PAVILION | REST. PIPE LINE ROAD VANCOUVER BC | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 647 | 12467 | VANCOUVER BOARD OF PARKS AND RECREATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | SUNSET CC | 404 EAST 51ST AVENUE VANCOUVER BC V5X1C7 | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 648 | 12468 | VANCOUVER BOARD OF PARKS AND RECREATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | TROUT LAKE CC | 3350 VICTORIA DRIVE VANCOUVER BC V5N4M4 | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 649 | 12469 | VANCOUVER BOARD OF PARKS AND RECREATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | WEST END CC | 870 DENMAN STREET VANCOUVER BC V6G2L8 | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 650 | 12470 | SASKATCHEWAN POWER CORPORATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | SASK POWER CORPORATION 2025 VICTORIA AVENUE REGINA SK S4P0S1 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 651 | 12471 | TONKO REALTY ADVISORS LTD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 72 TELUS PLAZA 10025 JASPER AVENUE EDMONTON AB T5J2B8 | C-2, C-3 (c), C-3 (e), D-2, D-3, D-4, D-6, E-1, F-2, F-5, |
| 652 | 12472 | TELUS COMMUNICATIONS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | TELUS PLAZA SOUTH TOWER | 10020 100ST. NW EDMONTON AB T5J0N5 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 653 | 12473 | TELUS COMMUNICATIONS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | WILLIAM FARREL BLDG | - 768 SEYMOUR STREET VANCOUVER BC V6B3K9 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 654 | 12474 | TELUS COMMUNICATIONS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | GRANDE PRAIRIE TOLL BLDG | 10103 99 AVE. GRANDE PRAIRIE AB T8V0S1 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 655 | 12475 | CITY OF VANCOUVER | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | PUBLIC SAFETY BUILDING | 312-324 MAIN STREET VANCOUVER BC V6A2T2 | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 656 | 12476 | CITY OF VANCOUVER | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | Q.E. AND PLAYHOUSE THEATRES | 649-695 CAMBIE VANCOUVER BC | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 657 | 12477 | VANCOUVER BOARD OF PARKS AND RECREATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BC PAVILION @ HASTINGS PARK | 3475 E.HASTINGS VANCOUVER BC V5K2A5 | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 658 | 12478 | VANCOUVER BOARD OF PARKS AND RECREATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | DOUGLAS PARK CC | 801 WEST 22ND AVENUE VANCOUVER BC V5Z1Z8 | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 659 | 12479 | VANCOUVER BOARD OF PARKS AND RECREATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | KERRISDALE CC | 5851 WEST BOULEVARD VANCOUVER BC V6M3W9 | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 660 | 12480 | VANCOUVER BOARD OF PARKS AND RECREATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | KILLARNEY CC | 6260 KILLARNEY STREET VANCOUVER BC V5S2X7 | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 661 | 12481 | VANCOUVER BOARD OF PARKS AND RECREATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | MARPOLE OAK CC | 990 WEST 59TH AVENUE VANCOUVER BC V6P1X9 | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 662 | 12482 | VANCOUVER BOARD OF PARKS AND RECREATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | MT PLEASANT CC | 3161 ONTARIO STREET VANCOUVER BC V5T2Z1 | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 663 | 12483 | VANCOUVER BOARD OF PARKS AND RECREATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | RENFREW CC | 2929 EAST 22ND AVENUE VANCOUVER BC V5M2Y3 | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 664 | 12484 | VANCOUVER BOARD OF PARKS AND RECREATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | RILEY PARK POOL & CC | 50 EAST 30TH AVENUE VANCOUVER BC V5V2T9 | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 665 | 12485 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | MCQUEEN SCHOOL | 14425 MCQUEEN ROAD EDMONTON AB  T5N3L3 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 666 | 12486 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ME LAZERTE SCHOOL | 6804 144 AVENUE EDMONTON AB T5C3C7 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 667 | 12487 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | MILL CREEK SCHOOL | 9750 74 AVENUE EDMONTON AB T6E1E8 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 668 | 12488 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | MONTROSE SCHOOL | 11931 62 STREET EDMONTON AB T5W4C7 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 669 | 12489 | CITY OF EDMONTON | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | CENTURY PLACE | 9803 102A AVENUE EDMONTON AB T5J3A3 | C-2, D-1 (a), D-2, D-3, D-4, D-6, E-1, F-5, |
| 670 | 12490 | ATLANTIC SHOPPING CENTRES LTD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 2000 BARRINGTON STREET HALIFAX NS B3J3K1 | C-2, D-1 (a), D-2, D-3, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 671 | 12491 | AVALON EAST SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 391 TOPSAIL ROAD ST JOHN S NL  A1E2B7 | D-1 (a), D-2, D-4, D-6, E-1, F-2, F-5, |
| 672 | 12492 | AVALON EAST SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | BONAVENTURE AVENUE ST JOHN S NL  A1C3Z3 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 673 | 12493 | HEALTH CARE CORPORATION OF ST.JOHN'S | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 300 PRINCE PHILIP DRIVE ST JOHN S NL  A1B3V6 | C-2, D-1 (a), D-2, D-4, D-6, E-1, F-2, F-5, |
| 674 | 12494 | HEALTH CARE CORPORATION OF ST.JOHN'S | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 154 LEMARCHANT ROAD ST JOHN S NL  A1C5B8 | C-2, C-3 (c), C-3 (e), D-2, D-3, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 675 | 12495 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | PRINCE CHARLES SCHOOL | 12323 127 STREET EDMONTON AB T5L0Z9 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 676 | 12496 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | PRINCE RUPERT SCHOOL | 11515 113 AVENUE EDMONTON AB T5G0J3 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 677 | 12497 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | PRINCETON SCHOOL | 7720 130 AVENUE EDMONTON AB T5C1Y2 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 678 | 12498 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | QUEEN ALEXANDRA SCHOOL | 7730 106 STREET EDMONTON AB T6G0X4 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 679 | 12499 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | QUEEN ELIZABETH SCHOOL | 9425 132 AVENUE EDMONTON AB T5E0Y4 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 680 | 12500 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | RITCHIE SCHOOL | 9750 74 AVENUE EDMONTON AB T6J1T4 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 681 | 12501 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ROSS SHEPPARD SCHOOL | 13546 111 AVENUE EDMONTON AB T5M2P2 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 682 | 12502 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | RUTHERFORD SCHOOL | 8620 91 STREET EDMONTON AB T6C3N2 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 683 | 12503 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | SHERBROOKE SCHOOL | 12245 131 STREET EDMONTON AB T5L1M8 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 684 | 12504 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | SPRUCE AVENUE SCHOOL | 11424 102 STREET EDMONTON AB T5G2E7 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 685 | 12505 | BRITISH COLUMBIA INSTITUTE OF TECHNOLOGY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BUILDING SW1 | SW1 3700 WILLINGDON AVENUE BURNABY BC  V5G3H2 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 686 | 12506 | BRITISH COLUMBIA INSTITUTE OF TECHNOLOGY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BUILDING SW5 | SW5 3700 WILLINGDON AVENUE BURNABY BC  V5G3H2 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|--------|--------------|---------------|---------|---------------|------------------|-------------------|
| 687 | 12507 | BRITISH COLUMBIA INSTITUTE OF TECHNOLOGY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BUILDING SW3 | SW3 3700 WILLINGDON AVENUE BURNABY BC  V5G3H2 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 688 | 12508 | SASKATCHEWAN PROPERTY MANAGEMENT CORPORATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | ROYAL SASKATCHEWAN MUSEUM 2445 ALBERT STREE REGINA SK  S4P3V7 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 689 | 12509 | SASKATCHEWAN PROPERTY MANAGEMENT CORPORATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | LEGISLATIVE BLDG 2901 ALBERT STREET REGINA SK  S4PEV7 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 690 | 12510 | IPSCO INC | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ERW MILL BDLG | 6735 75TH STREET EDMONTON AB | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 691 | 12511 | IPSCO INC | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ROLLING MILL BLDG | PO BOX 1670 REGINA SK S4PEC7 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 692 | 12512 | CITY OF RICHMOND | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | OLD CITY HALL | 6911 NO. 3 ROAD RICHMOND BC  V6Y2C1 | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 693 | 12513 | CITY OF RICHMOND | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | MINORU ARENA | 7551 MINORU GATE RICHMOND BC  V6Y1R8 | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 694 | 12514 | HYATT EQUITIES | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | HYATT REGENCY | 655 BURRARD STREET VANCOUVER BC V6C2R7 | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-3, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 695 | 12515 | SHELL CANADA PRODUCTS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | SHELLBURN LOCKER BUILDING | 201 KENSINGTON AV BURNABY BC  V5B4B2 | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 696 | 12516 | SHELL CANADA PRODUCTS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | SHELLBURN MAINT BLDG | 201 KENSINGTON AVE BURNABY BC  V5B4B2 | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 697 | 12517 | SHELL CANADA PRODUCTS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | SHELLBURN TERMINAL OFF BLDG | 201 KENSINGTON BURNABY BC  V5B4B2 | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 698 | 12518 | SHELL CANADA PRODUCTS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | SHELLBURN LABORATORY BLD | 201 KENSINGTON AVE BURNABY BC  V5B4B2 | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 699 | 12519 | PROVIDENCE HEALTH CARE | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | HOLY FAMILY HOSPITAL | 7801 ARGYLE STREET VANCOUVER BC V5P3L6 | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 700 | 12520 | PROVIDENCE HEALTH CARE | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | MT ST JOSEPH | 3080 PRINCE EDWARD STREET VANCOUVER BC V5T3N4 | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 701 | 12521 | PROVIDENCE HEALTH CARE | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ST VINCENT'S HOSPITAL | 749 WEST 33RD AVENUE VANCOUVER BC V5Z2K4 | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 702 | 12522 | PROVIDENCE HEALTH CARE | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ST PAUL'S HOSPITAL | 1081 BURRARD STREET VANCOUVER BC V6Z1Y6 | C-1 (b), C-2, D-2, D-4, D-6, E-1, F-2, F-5, |

15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 703 | 12523 | PROVIDENCE HEALTH CARE | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | YOUVILLE RESIDENCE | 4950 HEATHER STREET VANCOUVER BC V5Z3L9 | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 704 | 12524 | GREAT WEST LIFE INSURACE BUILDING | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | GREAT WEST LIFE INSURANCE BUILDING | 60 OSBORNE WINNIPEG MB  R3C1B9 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 705 | 12525 | HUDSON BAY COMPANY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 450 PORTAGE AVENUE WINNIPEG MB  R3C0E7 | C-1 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 706 | 12526 | HUDSON'S BAY COMPANY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 3625 SHAGANAPPI TRAIL NORTH WEST CALGARY AB  T3A0E6 | D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 707 | 12527 | HUDSON'S BAY COMPANY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 32900 SOUTH FRASER WAY ABBOTSFORD BC V2C5A1 | D-1 (a), D-2, D-4, D-6, E-1, F-2, F-5, |
| 708 | 12528 | HUDSON'S BAY COMPANY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 100 ANDERSON ROAD SOUTH EAST CALGARY | D-2, D-4, D-6, E-1, F-2, F-5, |
| 709 | 12529 | HUDSON'S BAY COMPANY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 73 RIDEAU STREET OTTAWA ON K1N5W8 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 710 | 12530 | HUDSON'S BAY COMPANY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 100 BAYSHORE DRIVE OTTAWA ON K2B8C1 | D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 711 | 12531 | HUDSON'S BAY COMPANY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 100 BAYSHORE DRIVE UNIT 10 OTTAWA ON K2B8C1 | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 712 | 12532 | HUDSON'S BAY COMPANY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 3625 SHAGANAPPI TRAIL NORTH WEST- ZELLER 435 CALGARY AB  T3A0E6 | D-2, D-4, D-6, E-1, F-2, F-5, |
| 713 | 12533 | CONSEILLERS IMMOBILIERS GWL INC | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 2001 UNIVERSITY STREET MONTREAL QC H3A2A6 | C-2, D-1 (a), D-2, D-3, D-4, D-6, E-1, F-2, F-5, |
| 714 | 12534 | GREAT WEST LIFE | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 199 BAY STREET, COMMERCE COURT WEST TORONTO ON  M5L1E2 | C-2, D-2, D-4, D-6, E-1, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 715 | 12535 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | W P WAGNER SCHOOL | 6310 WAGNER ROAD EDMONTON AB T6E4N5 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 716 | 12536 | CANADIAN IMPERIAL BANK OF COMMERCE | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 215 WATER STREET ST JOHN S NL  A1C6C9 | C-2, C-3 (d), D-1 (a), D-2, D-3, D-4, D-6, E-1, F-2, F-5, |
| 717 | 12537 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | PARKVIEW SCHOOL | 14313 92 STREET EDMONTON AB T5R3B3 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 718 | 12538 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ADMINISTRATION BUILDING | 10010 107A AVENUE EDMONTON AB  T5J1J2 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 719 | 12539 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | PARKALLEN SCHOOL | 6703 112 STREET EDMONTON AB T6H3J9 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 720 | 12540 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | MOUNT ROYAL SCHOOL | 11303 55 STREET EDMONTON AB T5W3P6 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 721 | 12541 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | NEWTON SCHOOL | 5523 122 AVENUE EDMONTON AB T5W1S3 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 722 | 12542 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | NORTH EDMONTON SCHOOL | 6920 128 AVENUE EDMONTON AB T5C1S7 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 723 | 12543 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | MOUNT PLEASANT SCHOOL | 10541 60A AVENUE EDMONTON AB T6H1K4 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 724 | 12544 | NORTHWOODCARE INCORPORATED | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 2630 GOTTIGEN STREET HALIFAX NS  B3K3C6 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 725 | 12545 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | STEELE HEIGHTS SCHOOL | 14607 59 STREET EDMONTON AB T5A1Y3 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 726 | 12546 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | STRATHCONA SCHOOL | 10450 72 AVENUE EDMONTON AB  T6E0Z6 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

# 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 727 | 12547 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | STRATHEARN SCHOOL | 8728 93 AVENUE EDMONTON AB T6C1T8 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 728 | 12548 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | VICTORIA SCHOOL | 10210 108 AVENUE EDMONTON AB T5H1A8 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 729 | 12549 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | WELLINGTON SCHOOL | 13160 127 STREET EDMONTON AB T5L1B2 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 730 | 12550 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | WESTBROOK SCHOOL | 11915 40 AVENUE EDMONTON AB T6J0S1 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 731 | 12551 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | WESTLAWN SCHOOL | 9520 165 STREET EDMONTON AB T5L1B2 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 732 | 12552 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | WESTMINSTER SCHOOL | 13712 104 AVENUE EDMONTON AB T5N0W4 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 733 | 12553 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | WINTERBURN SCHOOL | 9527 WINTERBURN ROAD EDMONTON AB T0E2N0 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 734 | 12554 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | WOODCROFT SCHOOL | 13750 WOODCROFT AVENUE EDMONTON AB T5T5X9 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 735 | 12555 | NORTHWOODCARE INCORPORATED | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | | 2641 NORTHWOOD TERRACE HALIFAX NS  B3K3S6 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 736 | 12556 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | DS MACKENZIE | 4020 106TH STREET EDMONTON AB  T6J1A6 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 737 | 12557 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | EASTGLEN SCHOOL | 11430 68 STREET EDMONTON AB T5B1P1 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 738 | 12558 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ELLERSLIE SCHOOL | 521 66 STREET EDMONTON AB T5B2S9 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

# 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 739 | 12559 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | FOREST HEIGHTS SCHOOL | 10304 81 STREET EDMONTON AB T6A3X4 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 740 | 12560 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | GARNEAU SCHOOL | 10925 87 AVENUE EDMONTON AB T6G0X4 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 741 | 12561 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | GLENORA SCHOOL | 13520 102 AVENUE EDMONTON AB T5N0N7 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 742 | 12562 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | HA GARY SCHOOL | 12140 103 STREET EDMONTON AB T5G2J9 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|--------|-------------|---------------|---------|---------------|------------------|-------------------|
| 743 | 12563 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | HARDISTY SCHOOL | 10534 62 STREET EDMONTON AB T6A2M3 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 744 | 12564 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | HARRY AINLAY SCHOOL | 4350 111 STREET EDMONTON AB T6J1E8 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 745 | 12565 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | MOUNT ROYAL JUNIOR HIGH | 2234 14TH ST SW CALGARY AB T2T3T3 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 746 | 12566 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | AE CROSS | 3445 37TH STREET SW CALGARY AB T3E3C2 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

# 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 747 | 12567 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ACADIA ELEMENTARY SCHOOL | 9603 5TH ST SE CALGARY AB T2J1K4 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 748 | 12568 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ALEX FERGUSON | 1704 26TH STREET SW CALGARY AB T3C1K5 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 749 | 12570 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BALMORAL JUNIOR HIGH | 220 16TH AVENUE CALGARY AB T2M0H4 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 750 | 12571 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BANFF TRAIL | 3232 COCHRANE ROAD NW CALGARY AB T2M4J3 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 751 | 12572 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | BEL AIRE ELEMENTARY | 1011 BEVERLY BLVD SW CALGARY AB  T2V2C4 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 752 | 12573 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | CLINTON FORD | 5003 20TH STREET SW CALGARY AB  T2T5A5 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 753 | 12574 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | COLLINGWOOD ELEM. | 3826 COLLINGWOOD DRIVE NW CALGARY AB  T2K3H6 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 754 | 12575 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | HARRY AINLAY SCHOOL | 11509 62 STREET EDMONTON AB T6W4C2 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 755 | 12576 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | JA FIFE SCHOOL | 15004 76 STREET EDMONTON AB T6C1C2 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 756 | 12577 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | JASPER PLACE SCHOOL | 8950 163 STREET EDMONTON AB T5R2P2 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 757 | 12578 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | LY CAIRNS SCHOOL | 10510 45 AVENUE EDMONTON AB T6H0A1 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 758 | 12579 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | LAUDERDALE SCHOOL | 10610 129 AVENUE EDMONTON AB T5E4V6 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 759 | 12580 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | KING EDWARD SCHOOL | 8530 101 STREET EDMONTON AB T6E3Z5 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 760 | 12581 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | LONDONDERRY SCHOOL | 7104 144 AVENUE EDMONTON AB T5C2R4 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 761 | 12582 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | MCKERNAN SCHOOL | 11330 76 AVENUE EDMONTON AB T6G0K1 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 762 | 12583 | EDMONTON PUBLIC SCHOOLS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | MCNALLY SCHOOL | 8440 105 AVENUE EDMONTON AB T6A1B6 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 763 | 12584 | CITY OF VANCOUVER | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | FRASER ACADEMY | 2294 WEST 10TH AVENUE VANCOUVER BC V6K2H8 | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-3, D-4, D-6, E-1, F-2, F-5, |
| 764 | 12585 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | SUNNYSIDE COMMUNITY | 211 7TH STREET NW CALGARY AB T2N1S2 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 765 | 12586 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | NICKLE JUNIOR HIGH | 2500 LAKE BONAVISTA SE CALGARY AB T2J2Y6 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 766 | 12587 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | NORTH HAVEN | 4922 NORTH HAVEN DRIVE NW CALGARY AB T2K2K2 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|--------|--------------|---------------|---------|---------------|------------------|-------------------|
| 767 | 12588 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | OGDEN ELEMENTARY SCHOOL | 1919 76TH AVENUE SE CALGARY AB T2C0G8 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 768 | 12589 | TELUS COMMUNICATIONS | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | LEN WERRY BLDG | - 622 1ST SW CALGARY AB T2P1M6 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 769 | 12590 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | PARKDALE ELEMENTARY | 728 32ND STREET NW CALGARY AB T2N2V9 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 770 | 12591 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | QUEEN ELIZABETH HIGH | 512 18TH STREET NW CALGARY AB T2N2G5 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 771 | 12592 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | RIDEAU PARK ELEMENTARY | 829 RIDEAU RD SW CALGARY AB T2S0S2 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 772 | 12593 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ROSEDALE JUNIOR HIGH | 905 13TH AVENUE NW CALGARY AB T2M0G3 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 773 | 12594 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ROEMOUNT ELEMENTARY | 19 ROSEVALE DRIVE NW CALGARY AB T2K1N6 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 774 | 12616 | THE CALIFORNIA STATE UNIVERSITY | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | UNIVERSITY THEATER | CSU LONG BEACH - LONG BEACH CA 000090840 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 775 | 12750 | STEWART, FANETTE L 621 EAST 40TH AVE SPOKANE, WA | NO COUNSEL SPECIFIED | | 901 EAST BATES ST SE TUMWATER WA 000098501 | C-2, C-3 (d), C-3 (e), D-4, D-6, E-1, |

15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 776 | 12751 | STEWART, FANETTE LLOYS 621 EAST 40TH AVE. SPOKAN | NO COUNSEL SPECIFIED | | 621 EAST 40TH AVE SPOKANE WA 000099203 | C-3 (d), E-1, |
| 777 | 12752 | BELFERMAN, JOHN MICHAEL 21600 BEALLSVILLE ROAD B | NO COUNSEL SPECIFIED | | 21600 BEALLSVILLE ROAD BARNESVILLE MD 000020838 | E-1, |
| 778 | 12758 | MACERICH FRESNO LIMITED PARTNERSHIP | PILLSBURY WINTHROP LLP PO BOX 7880 SAN FRANCISCO CA 941207880 Law Firm Number: 00422 | | 645 EAST SHAW AVENUE FRESNO CA 000093710 | D-2, D-3, D-4, D-6, E-1, |
| 779 | 12780 | FIRST PRESBYTERIAN CHURCH | NO COUNSEL SPECIFIED | FIRST PRESBYTERIAN CHURCH | 516 12TH STREET DAWSON MN 000056232 | C-3 (f), D-2, D-4, D-5, D-6, E-3, |
| 780 | 13909 | LECKRONE, DEAN BRADFORD 1108 LOUISIANA AVE LIBBY | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 1108 LOUISIANA AVENUE LIBBY MT 000059923 | C-1 (d), C-2, C-3 (e), E-1, G-2, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 781 | 13910 | CHRISTIANSEN, DAVID JOSEPH 1033 AARON COURT MISS | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 519 EAST FOURTH STREET LIBBY MT 000059923 | C-1 (d), C-2, C-3 (e), E-1, G-2, |
| 782 | 13911 | DRAKE, HEIDI MARIA 158 FOREST AVENUE LIBBY, MT | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 158 FOREST AVENUE LIBBY MT 000059923 | C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 783 | 13912 | ANDERSON, ALICE DIANE 519 EAST 4TH STREET LIBBY, | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | 311 IDAHO LIBBY MT 000059923 | C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 784 | 13950 | HAMILTON DISTRICT SCHOOL BOARD | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | Delta Secondary School ** | 1284 MAIN STREET EAST HAMILTON ON L8K1B2 | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 785 | 14400 | MOORE, PHILLIP SHAWN 680 A ADAMS ROAD BENSON, NC | NO COUNSEL SPECIFIED | | 680 A ADAMS ROAD BENSON NC 000027504 | C-1 (c), D-4, D-5, D-6, E-1, |
| 786 | 14410 | JAMESTOWN MEMORIAL HOSPITAL | AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | JAMESTOWN MEMORIAL HOSPITAL | 1211 WILMINGTON AVENUE NEW CASTLE PA 000016105 | C-2, D-2, D-6, E-1, F-2, |
| 786 | 14411 | STATE OF CALIFORNIA DEPT OF GENERAL SERVICES | ROBERT E ASPERGER STATE OF CALIFORNIA DEPT OF JUSTICE 1300 I ST STE 1101 SACRAMENTO CA 95814 Law Firm Number: 00363 | | 7650 S NEWCASTLE ROAD STOCKTON CA 000095213 | C-1 (d), C-2, C-4, D-2, D-4, D-6, E-1, |
| 787 | 14885 | CALGARY BOARD OF EDUCATION | DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AV E PO BOX 685 HAMPTON SC 29924 Law Firm Number: 00131 | ALTADORE ELEMENTARY | 4506 16TH STREET SW CALGARY AB T2T4H9 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 788 | 15160 | HARRINGTON TOOLS INC 4316 ALGER ST 5440 SAN FERN | NO COUNSEL SPECIFIED | | | A-3, C-1 (c), C-1 (d), C-3 (d), E-1, G-1, |
| 789 | 15247 | LOS ANGELES UNIFIED SCHOOL DISTRICT C/O ROMAN M S | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, |
| 790 | | | | | | |

187 of 188

## 15th OMNI CONTESTED CLAIMS[1]

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 791 | 15352 | PAULETTE, MARCELLA M 287 TOWNSHIP RD 267 AMSTERD | NO COUNSEL SPECIFIED | | | A-3, C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, |