# EXHIBIT B

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 1 | 1131 | KATZ, S S 15 ELROD DR WEST NYACK, NY 10994 | NO COUNSEL SPECIFIED | | | A-2, A-3, C-1 (c), C-1 (d), C-3 (d), D-2, D-4, D-6, E-1, |
| 2 | 1414 | LEE, ELIZABETH M 713 MICHIGAN AVE LIBBY, MT 599 | NO COUNSEL SPECIFIED | | 713 MICHIGAN AVE LIBBY MT 000059923 | A-2, C-2, D-4, D-6, E-1, |
| 3 | 1419 | ALLAMAN, W L 21045 QUILEUTE RD APPLE VALLEY, CA | NO COUNSEL SPECIFIED | | 1001 W LAMBERT ROAD 213 LAHABRA CA 000090631 | A-1, A-2, C-2, C-3 (e), D-1 (a), D-6, E-1, |
| 4 | 1421 | 7300 KIMBARK BLDG CORP 3550 W 98TH ST EVERGREEN | NO COUNSEL SPECIFIED | | 7300 S KIMBARK AVE CHICAGO IL 000060619 | C-3 (d), D-2, D-6, E-1, |
| 5 | 1423 | HO, JEFFREY DOUGLAS 1431 LAKEVIEW AVE MINNEAPOLI | NO COUNSEL SPECIFIED | | 1431 LAKEVIEW AVENUE MINNEAPOLIS MN 000055416 | C-3 (d), D-5, D-6, E-1, |
| 6 | 1424 | INGRAM, BENJAMIN MASON | NO COUNSEL SPECIFIED | | 705 SOUTH SEMINARY FLORENCE AL 000035630 | C-1 (d), D-2, D-6, E-1, |
| 7 | 1426 | 3801 N CAMPBELL AVE LLC 3801 N CAMPBELL AVE # A | NO COUNSEL SPECIFIED | | 3801 N CAMPBELL AVE TUESON AZ 000085719 | C-2, C-3 (f), D-2, D-3, D-5, D-6, E-1, |
| 8 | 1428 | PATTERSON, PAUL 2135 BROWNS GAP TPKE CHARLOTTESV | NO COUNSEL SPECIFIED | | 2135 BROWNS GAP TPKE CHARLOTTESVILLE VA 000022901 | C-2, C-3 (b), C-3 (c), C-3 (e), D-4, D-5, D-6, E-1, |

1 of 56

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 9 | 1471 | PICHE, LOUIS 164 BLVD JUTRAS EST VICTORIAVILLE, | NO COUNSEL SPECIFIED | | 164 BLVD JUTRAS EST VICTORIAVILLE QC G6P4M1 | C-3 (b), C-3 (e), D-4, D-6, E-1, F-5, |
| 10 | 1473 | DARKS, TYRONE PETER #239667 TYRONE PETER DARKS | NO COUNSEL SPECIFIED | | DARKS RECORD COMPANY 5219 S LAND AVE OKLAHOMA CITY OK 000073119 | C-2, C-3 (e), D-4, D-6, E-1, |
| 11 | 1629 | PLATINUM CAPITAL INVESTMENTS INC | NO COUNSEL SPECIFIED | | 1005 JULIEN STREET BELVIDERE IL 000061108 | C-2, C-3 (d), D-2, D-3, D-4, D-6, E-1, |
| 12 | 1630 | PLATINUM CAPITAL INVESTMENTS INC 1608 MIDWEST CLU | NO COUNSEL SPECIFIED | | | A-3, C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, |
| 13 | 1723 | ROTH, TOM 3553 BROOKHILL ST GLENDALE, CA 91214 | NO COUNSEL SPECIFIED | | 3553 BROOKHILL STREET GLENDALE CA 000091214 | C-1 (d), C-2, C-3 (a), C-3 (e), E-1, |
| 14 | 1788 | REESE, PATSY A 237 FELTON ST SAN FRANCISCO, CA | NO COUNSEL SPECIFIED | | 180 ARBOR STREET SAN FRANCISCO CA 000094134 | C-1 (d), C-3 (c), C-3 (e), D-4, D-6, E-1, |
| 15 | 1790 | KLINGMAN, ROBERT RAY 4539 DRY CREEK RD NAPA, CA | NO COUNSEL SPECIFIED | | 4539 DRY CREEK RD NAPA CA 000094558 | C-2, C-3 (f), E-1, |
| 16 | 1793 | BENDER, PATSY ANN PO BOX 1622 BAY SPRINGS, MS  3 | NO COUNSEL SPECIFIED | | CR 167 LOUIN MS 000039338 | C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-3, |
| 17 | 1856 | MENANDS UNION FREE SCHOOL DISTRICT | NO COUNSEL SPECIFIED | | WOODS LANE MENANDS NY 000012204 | B-2, C-3 (d), D-1 (c), D-2, D-4, D-6, E-1, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Numb er | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 18 | 1860 | PRITCHETT, WILLIAM 1558 KNOLL CIRCLE DR SANTA BA | NO COUNSEL SPECIFIED | | 226 2ND AVENUE WEST SEATTLE NA 000098119 | C-1 (d), C-3 (d), C-3 (e), D-2, D-3, D-4, D-6, E-1, |
| 19 | 1869 | PULLINGER, BERNARD 100 WASHINGTON COMMONS DR APT | NO COUNSEL SPECIFIED | | 400 1 U WILLET ROAD GRACE PRIVATE ESTATES NORTHHILLS NY | A-2, C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-4, D-6, E-1, |
| 20 | 1871 | RISDAL, EDDIE CHARLES PO BOX 316 ISP 802094 FORT | NO COUNSEL SPECIFIED | | HYW 69 RURAL ROUTE ONE BOX 21A HUXLEY IA 000050124 | C-3 (d), D-4, D-5, D-6, E-1, |
| 21 | 1873 | GALLO, JEFFREY LEE 1709 US HWY 2 S LIBBY, MT 59 | NO COUNSEL SPECIFIED | | 1709 US HWY 2 SOUTH LIBBY MT 000059923 | A-2, C-2, C-3 (c), C-3 (e), D-4, D-6, E-1, |
| 22 | 1874 | MUROFF, CAROL S 16804 AVILA BLVD TAMPA, FL 3361 | NO COUNSEL SPECIFIED | | 1527 29 S DALE MABRY HWY TAMPA FL 000033629 | C-2, C-3 (f), D-2, D-3, D-4, D-6, E-3, |
| 23 | 1876 | ABELMAN, HERSHEL 15155 KENNEDY RD LOS GATOS, CA | NO COUNSEL SPECIFIED | | 300 FRANCISCAN CT FREMONT CA 000094539 | C-3 (f), D-2, D-3, D-6, E-1, |
| 24 | 1878 | ODUM, PAUL BENNETT 1744 NEELY AVE EAST POINT, GA | NO COUNSEL SPECIFIED | | 1744 NEELY AVE EAST POINT GA 000030344 | C-2, C-3 (e), D-4, D-6, E-1, |
| 25 | 1899 | CREST USD 479 | NO COUNSEL SPECIFIED | | 500 5TH AVENUE KINCAID KS 000066039 | B-2, C-3 (d), C-3 (f), D-1 (c), D-2, D-4, D-5, D-6, E-1, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 26 | 1910 | N J LP | NO COUNSEL SPECIFIED | | 984 MONUMENT STREET PACIFIC PALISADES CA 00009272 | D-2, D-3, D-4, D-6, E-2, |
| 27 | 1915 | CUMMINGS, BRENDA FAYE 1802 ROBINSON RD #256 GRAN | NO COUNSEL SPECIFIED | | 1802 ROBINSON RD GRAND PRAIRIE TX 000075051 | A-1, A-2, C-1 (c), C-1 (d), C-3 (e), E-1, G-3, |
| 28 | 1920 | SHER, JOSEPH H 4711 LA VILLA MARINA #C MARINA DE | NO COUNSEL SPECIFIED | | 4711 LA VILLA MARINA #C MARINA DEL REY CA 000090292 | C-3 (d), C-3 (f), D-4, D-6, E-1, |
| 29 | 1921 | JAMIESON CONDOMINIUM 13536 124 A AVE EDMONTON, A | NO COUNSEL SPECIFIED | | 7307 118 STREET EDMONTON AB T6G155 | D-4, D-6, E-1, F-5, |
| 30 | 1922 | JAMIESON CONDOMINIUM 13536 124A AVE EDMONTON, AB | NO COUNSEL SPECIFIED | | 7317 118 STREET EDMONTON AB T523B5 | C-1 (d), D-4, D-6, E-1, F-5, |
| 31 | 1974 | ASFOUR ASSOCIATES ASFOUR GENERAL PARTNER | NO COUNSEL SPECIFIED | | 321 EAST SECOND STREET LOS ANGELES CA 000090012 | C-1 (d), C-2, C-3 (d), D-2, D-3, D-4, D-6, E-1, |
| 32 | 2064 | HERITAGE HOLDINGS 2480 NE 23 ST POMPANO BEACH, F | NO COUNSEL SPECIFIED | | 2480 NE 23 STREET POMPANO BEACH FL 000033602 | C-3 (d), C-3 (f), D-2, D-3, D-6, E-1, |
| 33 | 2116 | LARKIN, EUGENE LEROY 6572 E KETTLEMAN LN LODI, C | NO COUNSEL SPECIFIED | | 439 SOUTH SACRAMENTO STREET NO 8 LODI CA 000095240 | C-2, C-3 (d), D-2, D-6, E-1, |
| 34 | 2130 | CHELDIN, TED M PO BOX 6694 WOODLAND HILLS, CA 9 | NO COUNSEL SPECIFIED | | 23460 CALIFA STREET WOODLAND HILLS CA 000091367 | C-1 (d), C-3 (d), E-1, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 35 | 2152 | FORT ANN CENTRAL SCHOOL | NO COUNSEL SPECIFIED | FORT ANN CENTRAL SCHOOL | CATHERINE ST FORT ANN NY 000012827 | B-2, C-3 (d), D-2, D-4, D-6, E-1, |
| 36 | 2155 | RESHAT HUSSEIN HASSAN & MINNIE HASSAN TT 4934 W F | NO COUNSEL SPECIFIED | | 13006 NORTH 107TH AVENUE SUN CITY AZ 000085351 | C-3 (b), C-3 (f), D-2, D-3, D-4, D-6, E-1, |
| 37 | 2164 | FAMILIES IN CRISIS INC WILLIAM K HALL 1305 E RANI | NO COUNSEL SPECIFIED | | 412 E SPROTT KILLEEN TX 000076540 | C-2, C-3 (b), C-3 (f), D-2, D-3, D-6, E-1, |
| 38 | 2201 | DOMBROSKI, THOMAS F 1209 CAMPBELL DETROIT, MI  4 | NO COUNSEL SPECIFIED | | 1209 CAMPBELL DETROIT MI 000048209 | C-1 (d), C-2, C-3 (c), C-3 (e), D-4, D-6, E-1, |
| 39 | 2202 | CHAN, CONNIE Y 728 PACIFIC AVE STE 308 SAN FRANC | NO COUNSEL SPECIFIED | | 736 COMMERCIAL STREET SAN FRANCISCO CA 000094108 | C-3 (f), D-2, D-3, D-6, E-3, |
| 40 | 2218 | ANGELA M VLEN HOOPER MEMORIAL HOME, INC | NO COUNSEL SPECIFIED | | 3532 WALNUT STREET HARRISBURG PA 000017109 | C-3 (d), D-2, D-3, D-6, E-1, |
| 41 | 2221 | AG ONE LLC c/o MARK W COY BORING & COY PC PO BO | NO COUNSEL SPECIFIED | | | A-3, C-1 (c), C-1 (d), C-3 (d), D-2, D-6, E-1, |
| 42 | 2237 | JOHNSON JR, BURRELL PO BOX 4500 MICHAEL UNIT TEN | NO COUNSEL SPECIFIED | | | A-3, C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, |
| 43 | 2238 | JOHNSON JR, BURRELL PO BOX 4500 MICHAEL UNIT TEN | NO COUNSEL SPECIFIED | | 2615 FERNWOOD AVENUE DALLAS TX 000075216 | C-1 (c), C-1 (d), C-2, C-3 (e), D-2, D-3, D-4, D-6, E-1, |

5 of 56

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 44 | 2260 | SAMONTE, LAEL EDWARD 99-902 MOANALUA RD AIEA, HI | NO COUNSEL SPECIFIED | | 99- 902 MOANALUA ROAD AIEA HI  000096701 | A-1, A-2, C-2, C-3 (a), C-3 (e), D-2, D-6, E-1, |
| 45 | 2262 | VALU-LODGE OF NEW PORT RICHEY INC 2200 NORTHLAKE | NO COUNSEL SPECIFIED | | 6523 US HWY 19 NEW PORT RICHEY FL 000034652 | C-1 (d), C-2, C-3 (f), D-1 (a), D-2, D-3, D-6, E-1, |
| 46 | 2265 | MISSILE INN INC 2200 NORTHLAKE PKWY STE 277 TUCK | NO COUNSEL SPECIFIED | | 9487 DYER ST EL PASO TX 000079924 | C-1 (d), D-2, D-3, D-4, D-6, E-1, |
| 47 | 2395 | VAUGHAN, ROBERT T 46 SPEAR ST MELROSE, MA  02176 | NO COUNSEL SPECIFIED | | 46 SPEAR ST MELROSE MA 000002176 | C-1 (b), C-1 (d), C-3 (c), C-3 (e), D-4, D-6, E-1, |
| 48 | 2397 | KINLAN, PATRICK 3106 EGER PL BRONX, NY  10465 | NO COUNSEL SPECIFIED | | 3106 EGER PLACE BRONX NY  000010465 | C-3 (e), E-1, |
| 49 | 2430 | CARR, MATTIE FEARS PO BOX 4162 OPELIKA, AL  3680 | JAMES B DOUGLAS MCNEAL & DOUGLAS LLC 1685 E UNIVERSITY DR STE A AUBURN AL 36830 Law Firm Number: 00222 | | 1727 1ST AVE OPELIKA AL 000036801 | C-2, C-3 (b), C-3 (e), C-3 (e), E-1, |
| 50 | 2442 | ST PAUL UNITED CHURCH OF CHRIST 115 W B ST BELLE | WILLIAM L ENYART ENYART & PEEBLES 12 S SECOND ST BELLEVILLE IL 62220 Law Firm Number: 00224 | ST PAUL UNITED CHURCH OF CHRIST 115 W B ST BELLE | 115 WEST B STREET BELLEVILLE IL 000062220 | C-2, C-3 (d), D-1 (b), D-2, D-4, D-5, D-6, E-1, |
| 51 | 2483 | TEMPLE BETH AM 4660 SHERIDAN DR WILLIAMSVILLE, N | NO COUNSEL SPECIFIED | | 4660 SHERIDAN DRIVE WILLIAMSVILLE NY 000014221 | C-3 (f), D-1 (c), D-2, D-4, D-6, E-1, |

6 of 56

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 52 | 2542 | KUJAWA, GREGORY MARK 350 SHALOM DR LIBBY, MT 59 | NO COUNSEL SPECIFIED | | 350 SHALOM DRIVE LIBBY MT 000059923 | C-1 (d), C-2, D-4, D-6, E-1, G-2, |
| 53 | 2570 | UNI INC JAMES EDWARD IODINE PRESIDENT | NO COUNSEL SPECIFIED | | 620 634B N BEELINE HWY PAYSON AZ 000085541 | C-2, C-3 (f), D-2, D-3, D-4, D-5, D-6, E-3, |
| 54 | 2571 | UNI INC JAMES EDWARD IODINE PRESIDENT | NO COUNSEL SPECIFIED | | 802 ABCD N BEELINE HWY PAYSON AZ 000085541 | C-1 (d), C-2, C-3 (f), D-2, D-3, D-4, D-5, D-6, E-3, |
| 55 | 2572 | UNI INC JAMES EDWARD IODINE PRESIDENT | NO COUNSEL SPECIFIED | | 804 ABC N BEELINE HWY PAYSON AZ 000085541 | C-1 (d), C-2, C-3 (f), D-2, D-3, D-4, D-5, D-6, E-3, |
| 56 | 2573 | UNI INC JAMES EDWARD IODINE PRESIDENT | NO COUNSEL SPECIFIED | | 806 AB N BEELINE HWY PAYSON AZ 000085541 | C-2, C-3 (f), D-2, D-3, D-4, D-5, D-6, E-3, |
| 57 | 2574 | UNI INC JAMES EDWARD IODINE PRESIDENT | NO COUNSEL SPECIFIED | | 800 800 C N BEELINE HWY PAYSON AZ 000085541 | C-3 (f), D-2, D-3, D-4, D-5, D-6, E-3, |
| 58 | 2575 | UNI INC JAMES EDWARD IODINE PRESIDENT | NO COUNSEL SPECIFIED | | 614 V BEELINE HWY PAYSON AZ 000085541 | C-2, C-3 (f), D-2, D-3, D-4, D-5, D-6, E-3, |
| 59 | 2624 | IOVINO, JOSEPH LOUIS 5501 SNOWSHOE MINE RD LIBBY | NO COUNSEL SPECIFIED | | 5501 SNOWSHOE MINE RD LIBBY MT 000059923 | C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 60 | 2635 | SLAWSON, DENNIS MICHAEL 302 W MAIN ST SYKESVILLE | NO COUNSEL SPECIFIED | | 302 W MAIN ST SYKESVILLE PA 000015865 | C-2, C-3 (e), D-4, D-6, E-1, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 61 | 2672 | SPADAFORA, ALLENE PO BOX 335 80 W 200 S GREEN RI | NO COUNSEL SPECIFIED | | 40 SOUTH BROADWAY GREEN RIVER UT 000084525 | C-1 (b), C-2, C-3 (b), C-3 (c), C-3 (e), D-2, D-4, D-5, D-6, E-1, |
| 62 | 2692 | ORTIZ, MARIA LUISA P O BOX 809 OROCOUIS OROCOUIS | NO COUNSEL SPECIFIED | | CARR 567 KO H8 BO BARROS OROCOUIS PR 000000720 | C-3 (e), D-1 (a), D-4, D-6, E-1, |
| 63 | 2697 | WILLIS, CLAY HENRY 906 CHEYENNE MEADOWS KATY, TX | NO COUNSEL SPECIFIED | | 906 CHEYENNE MEADOWS KATY TX 000077450 | E-1, |
| 64 | 2712 | MODZELESKI, VINCENT E 1618 JAMES DR CARLSBAD, CA | NO COUNSEL SPECIFIED | | 4040 LAMONT ST SAN DIEGO CA 000092109 | C-3 (f), D-1 (b), D-2, D-6, E-1, |
| 65 | 2725 | CHASE, RANDY 116 DAUPHIN WAY CHATTANOOGA, TN  37 | NO COUNSEL SPECIFIED | | 3521 CATHY LANE EAST RIDGE TN 000037412 | C-2, C-3 (e), D-2, D-3, D-6, E-1, |
| 66 | 2726 | CHASE, RANDY 116 DAUPHIN WAY CHATTANOOGA, TN  37 | NO COUNSEL SPECIFIED | | 116 DAUPHIN WAY CHATTANOOGA TN 000037411 | C-2, C-3 (e), E-1, |
| 67 | 2744 | LEAL, NORMAN 1485 NAPLES WAY LIVERMORE, CA  9455 | NO COUNSEL SPECIFIED | | 711 A STREET GALT CA  000095632 | C-2, C-3 (d), D-1 (b), D-2, D-3, D-6, E-1, |
| 68 | 2784 | BRUTON AKADICK, RICHARD LANE 681 QUAIL DRIVE LOS | JOHN L HOLMES JOHN L HOLMES ATTORNY AT LAW 18039 CRENSHAW BLVD STE 206 TORRANCE CA 90504 Law Firm Number: 00243 | | 395 CRANE BOULEVARD LOS ANGELES CA 000090065 | C-2, C-3 (d), E-1, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 69 | 2816 | FLORES, HELEN 74 N E VILLAGE RD CONCORD, NH 033 | NO COUNSEL SPECIFIED | | 14 ELLIOT ST MALDEN MA 000021489 | C-1 (b), C-1 (d), C-3 (d), D-2, D-3, D-6, E-1, |
| 70 | 2818 | JEFFERSON, RONALD WAYNE 3105 ARROWWOOD LN TALLAH | NO COUNSEL SPECIFIED | | 430 W GEORGIA ST TALLAHASSEE FL 000032301 | C-2, C-3 (c), C-3 (e), D-2, D-3, D-4, D-6, E-1, |
| 71 | 2838 | BEDNARCZYK, JOSEPH CHARLES 22 JANELLE STREET LEW | NO COUNSEL SPECIFIED | | 22 JANELLE STREET LEWISTON ME 000004240 | A-2, C-2, C-3 (d), D-4, D-6, E-1, G-3, |
| 72 | 2899 | HAMILTON TERMINALS INC | NO COUNSEL SPECIFIED | | 1255 CORWIN AVENUE HAMILTON OH 000045014 | C-1 (d), C-3 (f), D-1 (c), D-2, D-4, D-6, E-3, |
| 73 | 2900 | ROGERS, ARLENE A 11 CORNELL PLACE NEW ROCHELLE, | NO COUNSEL SPECIFIED | | 11 CORNELL PLACE NEW ROCHELLE NY 000010804 | D-4, D-6, E-3, |
| 74 | 2902 | TIPOLD, H 1147 PLANTERS RD LAWRENCEVILLE, VA 23 | NO COUNSEL SPECIFIED | | | A-1, A-2, C-1 (c), C-1 (d), C-3 (a), C-3 (d), C-3 (e), D-2, D-4, D-6, E-1, |
| 75 | 2938 | VIRGINIA DEPT OF MENTAL HEALTH | NO COUNSEL SPECIFIED | BLDG 118 wsh | 1301 RICHMOND AVENUE STAUNTON VA 000024402 | B-1, C-1 (d), C-2, C-3 (f), D-1 (c), D-2, D-4, D-6, E-3, |
| 76 | 2939 | VIRGINIA DEPT OF MENTAL HEALTH | NO COUNSEL SPECIFIED | BLDG 117 WSH | 1301 RICHMOND AVENUE STAUNTON VA 000024402 | B-1, C-1 (d), C-2, C-3 (f), D-1 (c), D-2, D-4, D-6, E-3, |
| 77 | 2940 | VIRGINIA DEPT OF MENTAL HEALTH | NO COUNSEL SPECIFIED | BLDG 116 WSH | 1301 RICHMOND AVENUE STAUNTON VA 000024402 | B-1, C-1 (d), C-3 (f), D-1 (c), D-2, D-4, D-6, E-3, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Numb er | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 78 | 2941 | VIRGINIA DEPT OF MENTAL HEALTH | NO COUNSEL SPECIFIED | BUILDING 15 | PIEDMONT GERIATRIC HOSPITAL BURKEVILLE VA 000023922 | B-1, C-1 (d), C-2, D-1 (c), D-2, D-4, D-6, E-3, |
| 79 | 2942 | VIRGINIA DEPT OF MENTAL HEALTH | NO COUNSEL SPECIFIED | BLDG 114 SVTC/ CS H | 26317 W WASHINGTON ST PETERSBURG VA 000023803 | B-1, C-3 (f), D-1 (c), D-2, D-4, D-5, D-6, E-3, |
| 80 | 2943 | VIRGINIA DEPT OF MENTAL HEALTH | NO COUNSEL SPECIFIED | BLDG 113 WSH | 1301 RICHMOND AVENUE STAUNTON VA 000024402 | B-1, C-1 (d), C-2, C-3 (f), D-1 (c), D-2, D-4, D-6, E-3, |
| 81 | 2944 | VIRGINIA DEPT OF MENTAL HEALTH | NO COUNSEL SPECIFIED | BLDG 112 SVTC | 26317 W WASHINGTON STREET PETERSBURG VA 000023803 | B-1, C-3 (f), D-1 (c), D-2, D-4, D-5, D-6, E-1, |
| 82 | 2945 | VIRGINIA DEPT OF MENTAL HEALTH | NO COUNSEL SPECIFIED | BLDG 11 ESH | 4601 IRONBOUND ROAD WILLIAMSBURG VA 000023187 | B-1, C-1 (d), C-3 (f), D-1 (c), D-2, D-4, D-6, E-1, |
| 83 | 2946 | VIRGINIA DEPT OF MENT OF MENTAL HEALTH | NO COUNSEL SPECIFIED | BLDG 10 ESH | 4601 IRONBOUND ROAD WILLIAMSBURG VA 000023187 | B-1, C-2, C-3 (c), C-3 (e), D-1 (c), D-2, D-4, D-5, D-6, E-1, |
| 84 | 2947 | VIRGINIA DEPT OF MENTAL HEALTH | NO COUNSEL SPECIFIED | BLDG 9 ESH | 4601 IRONBOUND ROAD WILLIAMSBURG VA 000023187 | B-1, C-1 (d), C-3 (f), D-1 (c), D-2, D-4, D-6, E-1, |
| 85 | 2948 | VIRGINIA DEPT OF MENTAL HEALTH | NO COUNSEL SPECIFIED | BUILDING 8 SWMMHI | 340 BAGLEY CIRCLE MARION VA 000024343 | B-1, C-1 (d), C-3 (f), D-1 (c), D-2, D-4, D-6, E-1, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 86 | 2949 | VIRGINIA DEPT OF MENTAL HEALTH | NO COUNSEL SPECIFIED | BUILDING 6 CVTC | 521 COLONY ROAD MADISON HEIGHTS VA 000024511 | B-1, C-1 (d), C-3 (f), D-2, D-4, D-6, E-1, |
| 87 | 3054 | KNAUSS, DONALD LEE PO BOX 1443 LIBBY, MT 59923 | NO COUNSEL SPECIFIED | | 3413 NORTH HW 37 LIBBY MT 000059923 | C-2, C-3 (c), C-3 (e), E-1, |
| 88 | 3058 | LANEDALE CO OPERATIVE APARTMENTS LIMITED | NO COUNSEL SPECIFIED | | 2 & 8 STROUD ROAD HAMILTON ON L8S1Z6 | C-2, C-3 (d), C-3 (e), D-2, D-4, D-6, E-1, F-5, |
| 89 | 3185 | FOSS, ALDEN L 10 BRIARWOOD FARGO, ND 58072 | JAMES M HUGHES MOTLEY RICE LLC 28 BRIDGESIDE BLVD PO BOX 1792 MOUNT PLEASANT SC 29465 Law Firm Number: 00250 | | 256 CENTRAL AVENUE NORTH VALLEY CITY ND 000058072 | C-2, C-3 (d), D-1 (c), D-2, D-4, D-6, E-1, |
| 90 | 3186 | PARKER, RICHARD H 2713 E BLUEGRASS LN COEUR D AL | JON L HERBERLING MCGARVEY HEBERLING SULLIVAN 745 SOUTH MAIN KALISPELL MT 59901 Law Firm Number: 00026 | | 1421 MAIN LIBBY MT 000059923 | C-1 (d), C-2, D-2, D-4, D-6, E-4, |
| 91 | 3299 | ORLANDO UTILITIES COMMISSION | NO COUNSEL SPECIFIED | | 500 SOUTH ORANGE AVE ORLANDO FL 000032802 | C-2, C-3 (f), D-2, D 4, D-6, E-1, |
| 92 | 3301 | MATTA, WAYNE RAMON 22722 244TH AVE SE MAPLE VALL | NO COUNSEL SPECIFIED | | 22722 244TH AVE SE MAPLE VALLEY WA 000098038 | C-2, D-4, D-6, E-1, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Numb er | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 93 | 3305 | PEPPER, HOWARD WILLIAM 906 W BALSAM ST LIBBY, MT | NO COUNSEL SPECIFIED | | 906 W BALSAM ST LIBBY MT 000059923 | E-2, |
| 94 | 3333 | WARREN, TIMOTHY WAYNE 4860 1 2 VIRGINIA AVE OROV | NO COUNSEL SPECIFIED | | 4860 1 2 VIRGINIA AVE OROVILLE CA 000095966 | C-1 (d), C-2, C-3 (a), C-3 (e), E-1, |
| 95 | 3334 | BUSBY, DANIEL CARLTON 2098 FARM TO MARKET RD LIB | NO COUNSEL SPECIFIED | | 2098 FARM TO MARKET RD LIBBY MT 000059923 | E-1, |
| 96 | 3337 | GUBBIN, JULIE ANN 1508 MADISON STREET NE MINNEAP | NO COUNSEL SPECIFIED | | 1508 MADISON STREET NE MINNEAPOLIS MN 000055413 | C-1 (d), C-3 (d), C-3 (e), E-1, G-1, |
| 97 | 3343 | BARNHART, JANE A PMB 492 774 MAYS BL 10 INCLINE | NATHAN E JONES NATHAN E JONES 665 WRELTON DR LA JOLLA CA 92037 Law Firm Number: 00254 | | 455 LAKESHORE DR 4TH FLOOR INCLINE VILLAGE NV 000089451 | C-3 (f), D-5, D-6, E-1, |
| 98 | 3354 | JEFFERSON ASSOCIATES LTD | SAM P BURFORD JR THOMPSON & KNIGHT LLP 1700 PACIFIC AVE STE 3300 DALLAS TX 752014693 Law Firm Number: 00255 | | 1600 WEST 38TH STREET AUSTIN TX 000078731 | C-3 (f), D-2, D-3, D-4, D-6, E-1, |
| 99 | 3400 | LARSON, RICHARD H 172 IVORY STREET FREWSBURG, NY | NO COUNSEL SPECIFIED | | 172 IVORY STREET FREWSBURG NY 000014738 | C-3 (c), C-3 (e), E-1, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Numb er | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 100 | 3402 | ELLIOTT, JAY AND DOROTHY 816 OAKLAND DRIVE DEKAL | NO COUNSEL SPECIFIED | | 203 NORTH SECOND STREET DEKALB IL 000060115 | C-2, C-3 (f), D-2, D 6, E-1, |
| 101 | 3502 | BARON, EUGENE 24061 MAJESTIC OAK PARK, MI 48237 | NO COUNSEL SPECIFIED | | 24061 MAJESTIC OAK PARK MI 000048237 | D-4, D-6, E-1, |
| 102 | 3887 | THOMSON, EVA A 259 REMPS RD (PO BOX 1343) LIBBY, | NO COUNSEL SPECIFIED | | 259 REMPS RD LIBBY MT  000059923 | C-1 (d), C-2, C-3 (d), D-4, D-6, E-1, |
| 103 | 3900 | SAGEN, KENNETH DUANE PO BOX 176 / 46 EVANS RD LI | NO COUNSEL SPECIFIED | | 46 EVANS RD LIBBY MT  000059923 | C-2, D-4, D-6, E-1, |
| 104 | 4069 | KATZ, ALLEN R 9158 PELICAN AVE FOUNTAIN VALLEY, | NO COUNSEL SPECIFIED | | 9158 PELICAN AVE FOUNTAIN VALLEY CA 000092708 | C-2, D-4, D-6, E-1, |
| 105 | 4175 | GOLDADE, LYNN A W11281 BILKEY RD LODI, WI 53555 | NO COUNSEL SPECIFIED | | 3737 E WASHINGTON AVE MADISON WI 000053714 | C-2, C-3 (e), D-2, D-6, E-1, |
| 106 | 4379 | BROWN, ERMALINE REGISTER 532 ROSE MARIE AVE VIRG | NO COUNSEL SPECIFIED | | 532 ROSE MARIE AVE VIRGINIA BEACH VA 000023462 | A-2, C-2, C-3 (d), D-4, D-5, D-6, E-1, |
| 107 | 4381 | BOUCHARD, ERNEST S 5349 BROADWATER LN CLARKSVILL | NO COUNSEL SPECIFIED | | 10 LIVINGSTON RD BAR HARBOR ME 000004609 | C-2, C-3 (d), C-3 (e), D-2, D-3, D-6, E-1, |
| 108 | 4383 | TERRACE PROPERTIES LIMITED PARTNERSHIP | NO COUNSEL SPECIFIED | | 15 WEST SIXTH STREET CINCINNATI OH 000045202 | C-1 (d), C-2, C-3 (e), D-2, D-3, D-4, D-6, E-1, |

13 of 56

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 109 | 4395 | JONES, LORETTA VERNA 1314 LOUISIANA AVENUE LIBBY | JON L HERBERLING MCGARVEY HEBERLING SULLIVAN 745 SOUTH MAIN KALISPELL MT 59901 Law Firm Number: 00026 | | 1314 LOUISIANA AVENUE LIBBY MT 000059923 | A-2, D-4, D-6, E-1, |
| 110 | 4698 | CONTINENTAL FLORIDA PARTNERS LTD | NO COUNSEL SPECIFIED | | 16051 SOUTH DIXIE HIGHWAY MIAMI FL 000033156 | C-1 (d), C-2, C-3 (e), D-2, D-3, D-4, D-6, E-1, |
| 111 | 4699 | CONTINENTAL SEATTLE PARTNERS LTD | NO COUNSEL SPECIFIED | | 900 FOURTH AVENUE SEATTLE WA 000098164 | C-1 (d), C-2, C-3 (e), D-2, D-3, D-4, D-6, E-1, |
| 112 | 4700 | CONTINENTAL GEORGIA PARTNERS LTD | NO COUNSEL SPECIFIED | | 3850 JONESBORO ROAD ATLANTA GA 000030354 | C-1 (d), C-2, C-3 (e), D-2, D-3, D-4, D-5, D-6, E-1, |
| 113 | 4717 | PAUL, NORMAN CARLINVILLE, IL 62626 | NANCY L RUYLE PHELPS KASTEN RUYLE BURNS & SIMS PC 19871 TIMBERED ESTATES CARLINVILLE IL 62626 Law Firm Number: 00267 | | W. HARD ROAD CARLINVILLE IL | C-2, C-3 (e), E-1, G-3, |
| 114 | 5143 | JOHNSON, KAREN JANICE 3530 21/2 ST NE MINNEAPOLI | NO COUNSEL SPECIFIED | | 3530 2 1/2 ST NE MINNEAPOLIS MN 000055418 | C-3 (d), C-3 (e), E-1, G-1, |
| 115 | 5147 | REALTY, DONNA JEAN 707 N COLLINS STREET PLANT CI | NO COUNSEL SPECIFIED | | 1001 E BAKER STREET PLANT CITY FL 000033563 | D-2, D-3, D-4, D-6, E-1, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 116 | 5565 | STATE OF KANSAS | DANIEL J CARROLL DIVISION OF FACILITIES MGMT 900 SW JACKSON RM 653-S LANDON STATE OFFICE BLDG TOPEKA KS 666122210 Law Firm Number: 00271 | | | C-1 (c), C-1 (d), C-2, C-3 (e), D-2, D-4, D-6, E-1, |
| 117 | 5566 | TENNISON, KATHLEEN ANN 2830 JUNEAU DRIVE MISSOUL | ALLAN M MCGARVEY MCGARVEY HEBERLING SULLIVAN & MCGARVEY PC 745 S MAIN KALISPELL MT 599045399 Law Firm Number: 00026 | | 226 SPENCER ROAD LIBBY MT  000059923 | A-2, D-4, D-6, E-2, G-2, |
| 118 | 5567 | WALKER, LONA DIANE 1037 CALIFORNIA AVENUE LIBBY, | ALLAN M MCGARVEY MCGARVEY HEBERLING SULLIVAN & MCGARVEY PC 745 S MAIN KALISPELL MT 599045399 Law Firm Number: 00026 | | 1020 CALIFORNIA AVENUE LIBBY MT  000059923 | C-2, E-2, G-2, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 119 | 5568 | WALKER, LONA DIANE 1037 CALIFORNIA AVENUE LIBBY, | ALLAN M MCGARVEY MCGARVEY HEBERLING SULLIVAN & MCGARVEY PC 745 S MAIN KALISPELL MT 599045399 Law Firm Number: 00026 | | 25 EVERGREEN STREET LIBBY MT 000059923 | C-2, C-3 (e), E-1, G-2, |
| 120 | 5570 | SANDLY, WENDY LEE 318 THURSTON STREET CLARKS SUM | NO COUNSEL SPECIFIED | | 318 THURSTON STREET CLARKS SUMMIT PA 000018411 | C-2, D-4, D-6, E-1, |
| 121 | 5572 | NORM S RESTAURANTS | NO COUNSEL SPECIFIED | NORM S RESTAURANTS | 14810 EAST WHITTIER BLVD WHITTIER CA 000090602 | C-1 (d), C-2, C-3 (d), D-2, D-3, D-4, D-6, E-1, |
| 122 | 5574 | NORM S RESTAURANTS | NO COUNSEL SPECIFIED | NORM S RESTAURANTS | 1125 NORTH EUCLID STREET ANAHEIM CA 000092801 | C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-3, D-6, E-1, |
| 123 | 5575 | ALNOR CO | NO COUNSEL SPECIFIED | | 7955 FIRESTONE BLVD DOWNEY CA 000090241 | C-2, C-3 (e), D-1 (a), D-2, D-3, D-4, D-6, E-1, |
| 124 | 5576 | PROCTO INC | NO COUNSEL SPECIFIED | | 420 W ROWLAND STREET COVINA CA 000091723 | C-1 (d), C-2, C-3 (f), D-2, D-6, E-3, |
| 125 | 5577 | THEONNES, LOIS GLORIA PO BOX 46 LIBBY, MT 59923 | NO COUNSEL SPECIFIED | | 179 VICKS DR LIBBY MT 000059923 | C-2, C-3 (e), D-2, D-3, D-4, D-6, E-1, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 126 | 5579 | BASHAM, DIXIE L 352 GRANITE AVE LIBBY, MT 59923 | NO COUNSEL SPECIFIED | | 352 GRANITE AVE LIBBY MT 000059923 | A-2, C-2, D-4, D-6, E-2, |
| 127 | 5584 | WOODMAN PARTNERS | NO COUNSEL SPECIFIED | | 3085 WOODMAN DRIVE DAYTON OH 000045420 | C-3 (f), D-2, D-3, D 4, D-6, E-1, |
| 128 | 5585 | HAROLD L MACK, PRESIDENT,NEVADA THEATRE COMMISSION | CLARENCE MCPROUD SPILLER MCPROUD 505 COYOTE ST NEVADA CITY CA 95959 Law Firm Number: 00276 | | 401 BROAD ST NEVADA CITY CA 000095959 | C-1 (d), C-2, D-2, D-4, D-6, E-1, |
| 129 | 5691 | SAINT LOUIS COUNTY GOVERNMENT | PATRICIA REDINGTON SAINT LOUIS COUNTY COUNSELOR OFFICE 41 S CENTRAL AVE SAINT LOUIS MO 63105 Law Firm Number: 00275 | | 501 SO BRENTWOOD CLAYTON MO 000063105 | C-2, C-4, D-2, D-4, D-6, E-3, |
| 130 | 5692 | SAINT LOUIS COUNTY GOVERNMENT | PATRICIA REDINGTON SAINT LOUIS COUNTY COUNSELOR OFFICE 41 S CENTRAL AVE SAINT LOUIS MO 63105 Law Firm Number: 00275 | | 41 SO CENTRAL AVE CLAYTON MO 000063105 | C-2, C-4, D-2, D-4, D-6, E-3, |
| 131 | 5983 | NORM S RESTAURANTS | NO COUNSEL SPECIFIED | NORM S RESTAURANTS | 2448 PACIFIC COAST HIGHWAY | C-2, C-3 (e), D-1 (a), D-2, D-3, D-6, E-1, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 132 | 6064 | KODRA PROFESSIONAL CORPORATION | D G BOWMAN BOWMAN GEORGE SCHEB TOALE ROBINSON 2750 RINGLING BLVD STE 3 SARASOTA FL 34237 Law Firm Number: 00286 | | 777 SOUTH PALM AVENUE SARASOTA FL 000034236 | C-3 (f), D-2, D-3, D-6, E-1, |
| 133 | 6077 | CROWN PROFESSIONAL LLC | PHILLIP K FIFE PHILLIP K FIFE 3662 KATELLA AVE STE 117 LOS ALAMITOS CA 907203174 Law Firm Number: 00288 | | 3662 KATELLA AVE LOS ALAMITOS CA 000090720 | C-2, C-3 (f), D-1 (b), D-2, D-6, E-3, |
| 134 | 6586 | CENTRE MGR MARCOUX INC | NO COUNSEL SPECIFIED | | 1885 CHEMIN DE LA CANARDIERE QUEBEC QC  G1J2E5 | C-1 (d), C-2, C-3 (f), D-2, D-4, D-6, E-1, F-5, |
| 135 | 6933 | THE CHURCH OF THE MOST HOLY REDEEMER | JAMES M HUGHES MOTLEY RICE LLC 28 BRIDGESIDE BLVD PO BOX 1792 MOUNT PLEASANT SC 29465 Law Firm Number: 00250 | THE CHURCH OF THE MOST HOLY REDEEMER | 206 VINE AVENUE WEST MONTGOMERY MN 000056069 | C-2, D-1 (c), D-2, D-5, D-6, E-1, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 136 | 6934 | THE CHURCH OF ST LUKE | JAMES M HUGHES MOTLEY RICE LLC 28 BRIDGESIDE BLVD PO BOX 1792 MOUNT PLEASANT SC 29465 Law Firm Number: 00250 | THE CHURCH OF ST LUKE | 1079 SUMMIT AVENUE SAINT PAUL MN 000055105 | B-2, C-2, C-3 (f), D-1 (c), D-2, D-4, D-5, D-6, E-1, |
| 137 | 6979 | EPIPHANY SCHOOL | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | EPIPHANY SCHOOL | 114 EAST EDMONDSON STREET CULPEPER VA 000022701 | B-2, C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 138 | 6980 | ST AMBROSE CHURCH | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | ST AMBROSE CHURCH | 3827 WOODBURN ROAD ANNANDALE VA 000022003 | B-2, C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 139 | 6981 | ST CHARLES BORROMEO CHURCH | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | ST CHARLES BORROMEO CHURCH | 3299 NORTH FAIRFAX DRIVE ARLINGTON VA 000022201 | B-2, C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 140 | 6982 | ST GABRIEL SCHOOL | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | ST GABRIEL SCHOOL | 4319 SANO STREET ALEXANDRIA VA 000022312 | B-2, C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 141 | 6983 | ST JOHN BOSCO SCHOOL | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | ST JOHN BOSCO SCHOOL | 315 N MAIN STREET WOODSTOCK VA 000022664 | B-2, C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 142 | 6984 | ST JOHN EVANGELIST SCHOOL | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | ST JOHN EVANGELIST SCHOOL | 111 KING STREET WARRENTON VA 000020186 | B-2, C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 143 | 6985 | ST JOSEPH PARISH | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | | 750 PEACHTREE STREET HERNDON VA 000020170 | C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 144 | 6986 | ST JOSEPH SCHOOL | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | ST JOSEPH SCHOOL | 750 PEACHTREE STREET HERNDON VA 000020170 | C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 145 | 6987 | ST MARY S JR HIGH SCHOOL F K A ST MARY S CONVENT | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | ST MARY S JR HIGH SCHOOL F K A ST MARY S CONVENT | 310 SOUTH ROYAL STREET ALEXANDRIA VA 000022314 | B-2, C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 146 | 6988 | ST PHILIP SCHOOL | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | ST PHILIP SCHOOL | 7500 SAINT PHILIP S COURT FALLS CHURCH VA 000022042 | B-2, C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 147 | 6989 | ST JAMES SCHOOL | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | ST JAMES SCHOOL | WEST BROAD & SPRING STREET FALLS CHURCH VA 000022046 | B-2, C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 148 | 6990 | ST JOHN SCHOOL | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | ST JOHN SCHOOL | 6422 LINWAY TERRACE MC LEAN VA 000022101 | B-2, C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 149 | 6991 | ST LEO SCHOOL | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | ST LEO SCHOOL | 3704 OLD LEE HIGHWAY FAIRFAX VA 000022030 | B-2, C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 150 | 6992 | ST LOUIS SCHOOL | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | ST LOUIS SCHOOL | 2907 POPKINS LANE ALEXANDRIA VA 000022306 | B-2, C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 151 | 6993 | ST LUKE ELEMENTARY | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | ST LUKE ELEMENTARY | 7005 GEORGETOWN PIKE MC LEAN VA 000022101 | B-2, C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|--------|-------|---------------|---------|---------------|------------------|-------------------|
| 152 | 6994 | ST MARY SCHOOL | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | ST MARY SCHOOL | 400 GREEN STREET ALEXANDRIA VA 000022314 | B-2, C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 153 | 6995 | ST MICHAEL SCHOOL | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | ST MICHAEL SCHOOL | 7401 ST MICHAELS LANE ANNANDALE VA 000022003 | B-2, C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 154 | 6996 | ST RITA SCHOOL | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | ST RITA SCHOOL | 3801 RUSSELL ROAD ALEXANDRIA VA 000022305 | B-2, C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 155 | 6997 | SAINT THOMAS MORE CATHEDRAL SCHOOL | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | SAINT THOMAS MORE CATHEDRAL SCHOOL | 105 NORTH THOMAS STREET ARLINGTON VA 000022203 | B-2, C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|--------|--------------|---------------|---------|---------------|------------------|-------------------|
| 156 | 6998 | ST AGNES SCHOOL | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | ST AGNES SCHOOL | 2024 NORTH RANDOLPH STREET ARLINGTON VA 000022207 | B-2, C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 157 | 6999 | ST ANN SCHOOL | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | ST ANN SCHOOL | 980 N FREDERICK STREET ARLINGTON VA 000022205 | B-2, C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 158 | 7000 | ST BERNADETTES SCHOOL | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | ST BERNADETTES SCHOOL | 7602 OLD KEENE MILL ROAD SPRINGFIELD VA 000022152 | B-2, C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 159 | 7001 | ST COLETTA | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | ST COLETTA | 3130 LEE HIGHWAY ARLINGTON VA 000022201 | B-2, C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|--------|-------|---------------|---------|---------------|------------------|-------------------|
| 160 | 7002 | ST FRANCIS OF ASSISI SCHOOL | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | ST FRANCIS OF ASSISI SCHOOL | 18825 FULLER HEIGHTS ROAD TRIANGLE VA 000022172 | B-2, C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 161 | 7003 | HOLY SPIRIT SCHOOL | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | HOLY SPIRIT SCHOOL | 8800 BRADDOCK ROAD ANNANDALE VA 000022003 | B-2, C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 162 | 7004 | LINTON HALL SCHOOL | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | LINTON HALL SCHOOL | 9535 LINTON HALL ROAD BRISTOW VA 000020136 | B-2, C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 163 | 7005 | NOTRE DAME ACADEMY | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | NOTRE DAME ACADEMY | 35321 NOTRE DAME LANE MIDDLEBURG VA 000020117 | B-2, C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 164 | 7006 | OUR LADY OF GOOD COUNSEL SCHOOL | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | OUR LADY OF GOOD COUNSEL SCHOOL | 8601 WOLFTRAP ROAD VIENNA VA 000022182 | B-2, C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 165 | 7007 | OUR LADY QUEEN OF PEACE | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | OUR LADY QUEEN OF PEACE | 2700 S 19TH STREET ARLINGTON VA 000022204 | B-2, C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 166 | 7008 | PAUL VI HIGH SCHOOL | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | PAUL VI HIGH SCHOOL | 10675 LEE HIGHWAY FAIRFAX VA 000022030 | B-2, C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 167 | 7009 | SACRED HEART SCHOOL | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | SACRED HEART SCHOOL | 1713 AMHERST STREET WINCHESTER VA 000022601 | B-2, C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|--------|------|---------------|---------|---------------|------------------|-------------------|
| 168 | 7010 | CORPUS CHRISTI SCHOOL | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | CORPUS CHRISTI SCHOOL | 3301 GLEN CARLYN ROAD FALLS CHURCH VA 000022041 | B-2, C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 169 | 7011 | MAJELLA, GERALD 3807 N GLEBE ROAD ARLINGTON, VA | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | | 3807 N GLEBE ROAD ARLINGTON VA 000022207 | B-2, C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 170 | 7012 | HOLY CROSS SCHOOL F K A MONTFORT ACADEMY | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | HOLY CROSS SCHOOL F K A MONTFORT ACADEMY | 700 SUNKEN ROAD FREDERICKSBURG VA 000022401 | B-2, C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 171 | 7013 | HOLY MARTYRS SCHOOL | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | HOLY MARTYRS SCHOOL | 915 S WAKEFIELD STREET ARLINGTON VA 000022204 | B-2, C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 172 | 7014 | ALL SAINTS SCHOOL | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | ALL SAINTS SCHOOL | 9294 STONEWALL ROAD MANASSAS VA 000020110 | B-2, C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 173 | 7015 | AQUINAS SCHOOL | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | AQUINAS SCHOOL | 13750 MARYS WAY WOODBRIDGE VA 000022191 | B-2, C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 174 | 7016 | BISHOP DENNIS J O CONNELL HS | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | BISHOP DENNIS J O CONNELL HS | 6600 LITTLE FALLS ROAD ARLINGTON VA 000022213 | B-2, C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 175 | 7017 | BISHOP IRETON HS | DEBORAH J ISRAEL PIPER RUDNICK LLP 1200 NINTEENTH ST NW WASHINGTON DC 20036 Law Firm Number: 00304 | BISHOP IRETON HS | 201 CAMBRIDGE ROAD ALEXANDRIA VA 000022314 | B-2, C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |