15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 176 | 7045 | SKRAMSLAD, LESLER 3647 S HWY 2 LIBBY, MT 59923 | MCGARVEY HEBERLING SULLIVAN & MCGARVEY PC 745 S MAIN KALISPELL MT 599045399 Law Firm Number: 00026 | | 3647 S HWY 2 LIBBY ML 000059923 | A-2, C-1 (d), C-2, C-3 (e), E-1, G-2, |
| 177 | 7086 | PITTSBURGH SCHOOL DISTRICT | NO COUNSEL SPECIFIED | | 50 MONTGOMERY PLACE PITTSBURGH PA 000015212 | B-2, C-3 (f), D-2, D 4, D-6, E-3, |
| 178 | 7089 | NORDIEGO CAPITAL LTD | NO COUNSEL SPECIFIED | | 151 GAYLAND PLACE ESCONDIDO CA 000092027 | C-2, C-3 (e), D-1 (b), D-4, D-6, E-1, G-3, |
| 179 | 7091 | YICK REALTY INVESTMENT | NO COUNSEL SPECIFIED | | 1241 STOCKTON ST SAN FRANCISCO CA 000094133 | C-2, C-3 (f), D-2, D 6, E-1, |
| 180 | 7094 | JOHNSON, ERNEST RAY 136 N TWIN LAKES RD COCOA, F | NO COUNSEL SPECIFIED | | 1920 S FISKE BLVD ROCKLEDGE FL 000032955 | C-2, C-3 (d), D-4, D-6, E-1, |
| 181 | 7106 | MCBRIDE, SUSAN JO 6064 S KRAMERIA ST ENGLEWOOD, | NO COUNSEL SPECIFIED | | 6064 S KRAMERIA ST ENGLEWOOD CO 000080111 | C-3 (f), E-1, |
| 182 | 7122 | COLLAT INC | NO COUNSEL SPECIFIED | | 1409 HUEYTOWN ROAD HUEYTOWN AL 000035023 | C-2, C-3 (f), D-2, D 3, D-4, D-6, E-1, |
| 183 | 7123 | COLLAT INC | NO COUNSEL SPECIFIED | | 2042-2044 HIGH SCHOOL ROAD HUEYTOWN AL 000035023 | D-2, D-3, D-4, D-6, E-1, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|--------|--------------|---------------|---------|---------------|------------------|-------------------|
| 184 | 7124 | COLLATERAL AGENCY INC | NO COUNSEL SPECIFIED | | 108 MEADOW LANE PLAZA TRUSSVILLE AL 000035173 | C-2, C-3 (f), D-2, D-3, D-4, D-6, E-1, |
| 185 | 9493 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 186 | 9494 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 187 | 9495 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 188 | 9496 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 189 | 9497 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 190 | 9498 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 191 | 9499 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|--------|--------------|---------------|---------|---------------|------------------|-------------------|
| 192 | 9500 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 193 | 9501 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 194 | 9502 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 195 | 9503 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 196 | 9504 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 197 | 9505 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 198 | 9506 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 199 | 9507 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|--------|--------------|---------------|---------|---------------|------------------|-------------------|
| 200 | 9508 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 201 | 9509 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 202 | 9510 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 203 | 9511 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 204 | 9512 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 205 | 9513 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 206 | 9514 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 207 | 9515 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|--------|-------|---------------|---------|---------------|------------------|-------------------|
| 208 | 9516 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 209 | 9517 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 210 | 9518 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 211 | 9519 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 212 | 9520 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 213 | 9521 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 214 | 9522 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 215 | 9523 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 216 | 9524 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 217 | 9525 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 218 | 9526 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 219 | 9527 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 220 | 9528 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 221 | 9529 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 222 | 9530 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 223 | 9531 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|--------|--------------|---------------|---------|---------------|------------------|-------------------|
| 224 | 9532 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 225 | 9533 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 226 | 9534 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 227 | 9535 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 228 | 9536 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 229 | 9537 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 230 | 9538 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 231 | 9539 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|--------|--------------|---------------|---------|---------------|------------------|-------------------|
| 232 | 9540 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 233 | 9541 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 234 | 9542 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 235 | 9543 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 236 | 9544 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 237 | 9545 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 238 | 9546 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 239 | 9547 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|--------|--------------|---------------|---------|---------------|------------------|-------------------|
| 240 | 9548 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 241 | 9549 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 242 | 9550 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 243 | 9551 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 244 | 9552 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 245 | 9649 | GRAHAM, CAROL A 823 F MEADOWLAND DRIVE NAPLES, F | JON L HERBERLING MCGARVEY HEBERLING SULLIVAN 745 SOUTH MAIN KALISPELL MT 59901 Law Firm Number: 00026 | | 280 SOUTH CENTRAL RD LIBBY MT 000059923 | A-2, C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|--------|------|---------------|---------|---------------|------------------|-------------------|
| 246 | 9651 | STATE OF DELAWARE DIVISION OF FACILITIES MGT | STUART B DROWOS STATE OF DELAWARE DEPT OF JUSTICE ATTORNEY GENERAL 820 N FRENCH ST WILMINGTON DE 19801 Law Firm Number: 00339 | | 3000 NEWPORT GAP PIKE ROAD WILMINGTON DE 000019808 | C-1 (c), C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 247 | 9652 | STATE OF DELAWARE DIVISION OF FACILITIES MGT | STUART B DROWOS STATE OF DELAWARE DEPT OF JUSTICE ATTORNEY GENERAL 820 N FRENCH ST WILMINGTON DE 19801 Law Firm Number: 00339 | | 100 SUNNYSIDE ROAD SMYRNA DE 000019977 | C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 248 | 9653 | STATE OF DELAWARE DIVISION OF FACILITIES MGT | STUART B DROWOS STATE OF DELAWARE DEPT OF JUSTICE ATTORNEY GENERAL 820 N FRENCH ST WILMINGTON DE 19801 Law Firm Number: 00339 | | 820 N FRENCH STREET WILMINGTON DE 000019801 | C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Building Name | Counsel | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 249 | 9654 | STATE OF DELAWARE DIVISION OF FACILITIES MGT | | STUART B DROWOS STATE OF DELAWARE DEPT OF JUSTICE ATTORNEY GENERAL 820 N FRENCH ST WILMINGTON DE 19801 Law Firm Number: 00339 | FEDERAL 8 WATER STREETS DOVER DE 000019901 | C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 250 | 9655 | STATE OF DELAWARE DIVISION OF FACILITIES MGT | | STUART B DROWOS STATE OF DELAWARE DEPT OF JUSTICE ATTORNEY GENERAL 820 N FRENCH ST WILMINGTON DE 19801 Law Firm Number: 00339 | 820 N FRENCH STREET WILMINGTON DE 000019801 | C-1 (c), C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 251 | 9656 | STATE OF DELAWARE DIVISION OF FACILITIES MGT | | STUART B DROWOS STATE OF DELAWARE DEPT OF JUSTICE ATTORNEY GENERAL 820 N FRENCH ST WILMINGTON DE 19801 Law Firm Number: 00339 | KENT AVENUE DELAWARE CITY DE 000019706 | C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 252. | 9659 | SPENCER, BARBARA A 2498 HIGHWAY 2 SOUTH LIBBY, M | TOM LEWIS LEWIS HUPPERT & SLOVAK PC 725 3RD AVE N PO BOX 2325 GREAT FALLS MT 59403 Law Firm Number: 00264 | | SIXTH STREET & UTAH AVENUE [2 LOTS ] LIBBY MT 000059923 | C-1 (c), C-1 (d), E-2, G-2, |
| 253 | 9682 | 111 ELM STREET LLC | CLINTON L BLAIN CLINTON L BLAIN ATTORNEY AT LAW 111 ELM ST STE 450 SAN DIEGO CA 92101 Law Firm Number: 00341 | | 111 ELM STREET SAN DIEGO CA 000092101 | B-2, C-2, C-3 (f), D-2, D-3, D-4, D-6, E-1 |
| 254 | 9759 | CARLTON DEVELOPMENT CORP | NO COUNSEL SPECIFIED | | 63 53 HARING STREET REGO PARK NY 000011374 | C-1 (d), C-2, D-2, D-4, D-6, E-1, |
| 255 | 9760 | GRANADA TERRACE CO | NO COUNSEL SPECIFIED | | 72 36 112 STREET FOREST HILLS NY 000011375 | C-1 (d), C-2, C-3 (e), D-2, D-4, D-6, E-1, |
| 256 | 9761 | CRESTWOOD CONST CO | NO COUNSEL SPECIFIED | | 35 55 73 STREET JACKSON HEIGHTS NY 000011374 | C-1 (d), C-2, D-2, D-4, D-6, E-4, |
| 257 | 9762 | PRINCETON PLAZA CO | NO COUNSEL SPECIFIED | | 66 25 103RD STREET FOREST HILLS NY 000011375 | C-1 (d), C-2, C-3 (e), D-2, D-4, D-6, E-1, |
| 258 | 9763 | RAMSEY CONST CO | NO COUNSEL SPECIFIED | | 222 CENTRE AVENUE NEW ROCHELLE NY 000010805 | C-1 (d), C-3 (e), D-2, D-4, D-6, E-1, |

40 of 56

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 259 | 9774 | PRINCETON BOOTH CO | NO COUNSEL SPECIFIED | | 65 65 BOOTH STREET REGO PARK NY 000011374 | C-1 (d), C-2, D-2, D-4, D-6, E-1, |
| 260 | 9775 | FIRST UNITED METHODIST CHURCH OF DELAND | NO COUNSEL SPECIFIED | FIRST UNITED METHODIST CHURCH OF DELAND | 115 EAST HOWRY AVENUE DELAND FL 000032720 | B-2, C-1 (d), C-3 (f), D-2, D-4, D-6, E-1, |
| 261 | 9776 | SHAPERY DEVELOPERS GAS ELECTRIC PROPERTY LP | NO COUNSEL SPECIFIED | | 101 ASH STREET SAN DIEGO CA 000092101 | C-1 (d), C-2, C-3 (f), D-2, D-3, D-4, D-6, E-1, |
| 262 | 9780 | PLAXALL INC | NO COUNSEL SPECIFIED | | 47-40 21ST STREET LONG ISLAND CITY NY 000011101 | C-2, D-2, D-4, D-6, E-1, |
| 263 | 9781 | OMOND MEMORIAL UNITED CHURCH | NO COUNSEL SPECIFIED | OMOND MEMORIAL UNITED CHURCH | 319 MCKENZIE AVENUE NORTH BAY ON P1B7P3 | C-2, D-2, D-4, D-6, E-1, F-5, |
| 264 | 9782 | THERMO COUSTICS LIMITED | NO COUNSEL SPECIFIED | | 2750 HIGHWAY #11 NORTH NORTH BAY ON P1B8G3 | C-2, C-3 (f), D-2, D-3, D-4, D-6, E-1, F-5, |
| 265 | 9803 | MCCADDEN, LUCILLE RICKS POBOX 1378 - 100 AVE. B | NO COUNSEL SPECIFIED | | 100 AVE. B SPRING HOPE NC 000027882 | C-3 (e), D-4, D-5, D-6, E-1, |
| 266 | 9807 | GILMORE, JOSEPH R 46469 ARBORETUM CIR PLYMOUTH, | NO COUNSEL SPECIFIED | | 11914 AMHERST CT PLYMOUTH MI 000048170 | C-3 (f), D-4, D-6, E-1, |
| 267 | 10547 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |

15th OMNI DEFAULT CLAIMS

| Number | Claim Numb er | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 268 | 10548 | ASBESTOS SCHOOL LITIGATION c/o JONATHAN D BERGER | NO COUNSEL SPECIFIED | | | |
| 269 | 10552 | STEVEN J WOLFE IRREVOCABLE TRUST | NO COUNSEL SPECIFIED | | 1604 VISTA DEL MAR ST. LOS ANGELES CA 000090028 | C-2, C-3 (f), D-1 (c), D-2, D-3, D-6, E-1, |
| 270 | 10553 | WOLFE, STEVEN J SNEAK PREVIEW ENTERTAINMENT PO B | NO COUNSEL SPECIFIED | | 6821-6825 IRIS CIRCLE LOS ANGELES CA 000090068 | C-3 (d), D-4, D-6, E-1, |
| 271 | 10556 | FEDERATED DEPARTMENT STORES INC c/o CARL R GOLDBE | NO COUNSEL SPECIFIED | | | A-3, C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, |
| 272 | 10557 | FEDERATED DEPARTMENT STORES INC | CARL R GOLDBERG FEDERATED LEGAL DEPARTMENT 170 O'FARRELL ST SAN FRANCISCO CA 94102 Law Firm Number: 00418 | | VARIOUS | C-1 (d), C-1 (e), C-2, C-3 (e), D-4, D-6, E-1, G-3, |
| 273 | 10558 | FEDERATED DEPARTMENT STORES INC c/o CARL R GOLDBE | NO COUNSEL SPECIFIED | | | A-3, C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Building Name | Counsel | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 274 | 10559 | FEDERATED DEPARTMENT STORES INC | | CARL R GOLDBERG FEDERATED LEGAL DEPARTMENT 170 O'FARRELL ST SAN FRANCISCO CA 94102 Law Firm Number: 00418 | VARIOUS | C-1 (d), C-1 (e), C-2, C-3 (a), C-3 (e), D-4, D-6, E-1, G-3, |
| 275 | 10576 | BOARD OF COMMISSIONERS OF THE COUNTY OF LAKE | | JOHN S DULL 2293 N MAIN ST CROWN POINT IN 46307 Law Firm Number: 00373 | 232 RUSSELL ST HAMMOND IN 000046320 | C-1 (d), C-2, C-3 (e), D-2, D-4, D-6, E-1, |
| 276 | 10577 | BOARD OF COMMISSIONERS OF THE COUNTY OF LAKE | | JOHN S DULL 2293 N MAIN ST CROWN POINT IN 46307 Law Firm Number: 00373 | 400 BROADWAY GARY IN 000046404 | C-1 (d), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, |
| 277 | 10578 | WENTZVILLE FIRE PROTECTION DISTRICT | | RODNEY L WASHBURN HAZELWOOD & WEBER LLC 200 N THIRD ST SAINT CHARLES MO 63301 Law Firm Number: 00372 | 3 HIGHWAY T FORISTELL MO 000063348 | A-2, D-2, D-6, E-1, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 278 | 10579 | DAVIS, DR JOHN ROBERT 815 CHILDS STREET CORINTH, | WILLIAM W ODOM JR WILLIAM W ODOM JR 404 WALDRON ST CORINTH MS 38834 Law Firm Number: 00371 | | 815 CHILDS STREET CORINTH MS 000038834 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-5, D-6, E-1, |
| 279 | 11276 | AURORA INVESTMENTS | LAWRENCE A MOLONEY GRAY PLANT MOOTY 3400 CITY CENTER 33 SOUTH SIXTH ST MINNEAPOLIS MN 554023796 Law Firm Number: 00368 | | 111 E KELLOGG BOULEVARD SAINT PAUL MN 000055101 | C-1 (d), C-2, C-3 (f), D-2, D-4, D-5, D-6, E-4, |
| 280 | 11277 | EQUINOX PROPERTIES | LAWRENCE A MOLONEY GRAY PLANT MOOTY 3400 CITY CENTER 33 SOUTH SIXTH ST MINNEAPOLIS MN 554023796 Law Firm Number: 00368 | | 2808 SILVER LANE NE MINNEAPOLIS MN 000055421 | C-1 (d), C-2, C-3 (f), D-2, D-4, D-5, D-6, E-2, |
| 281 | 11278 | OAK GROVE LLC | LAWRENCE A MOLONEY GRAY PLANT MOOTY 3400 CITY CENTER 33 SOUTH SIXTH ST MINNEAPOLIS MN 554023796 Law Firm Number: 00368 | | 215 OAK GROVE MINNEAPOLIS MN 000055403 | C-1 (d), C-2, C-3 (f), D-2, D-4, D-5, D-6, E-2, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 282 | 11279 | STAGECOACH APARTMENTS LLC | LAWRENCE A MOLONEY GRAY PLANT MOOTY 3400 CITY CENTER 33 SOUTH SIXTH ST MINNEAPOLIS MN 554023796 Law Firm Number: 00368 | | 10670 BRUNSWICH RD BLOOMINGTON MN 000055438 | C-1 (d), C-2, C-3 (f), D-2, D-4, D-5, D-6, E-2, |
| 283 | 11280 | COLONIAL VILLAGE | LAWRENCE A MOLONEY GRAY PLANT MOOTY 3400 CITY CENTER 33 SOUTH SIXTH ST MINNEAPOLIS MN 554023796 Law Firm Number: 00368 | COLONIAL VILLAGE | 1959 SILVER BELL RD EAGAN MN 000055122 | C-1 (d), C-2, C-3 (f), D-2, D-4, D-5, D-6, E-2, |
| 284 | 11281 | BALLANTRAE ASSOCIATES | LAWRENCE A MOLONEY GRAY PLANT MOOTY 3400 CITY CENTER 33 SOUTH SIXTH ST MINNEAPOLIS MN 554023796 Law Firm Number: 00368 | | 3800 BALLANTRAE RD EAGAN MN 000055122 | C-1 (d), C-2, C-3 (f), D-2, D-4, D-5, D-6, E-2, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|--------|--------------|---------------|---------|---------------|------------------|-------------------|
| 285 | 11282 | GATEWAY INVESTORS INC | LAWRENCE A MOLONEY GRAY PLANT MOOTY 3400 CITY CENTER 33 SOUTH SIXTH ST MINNEAPOLIS MN 554023796 Law Firm Number: 00368 | | 115 SECOND AVE S MINNEAPOLIS MN 000055401 | C-1 (d), C-3 (f), D-2, D-4, D-5, D-6, E-2, |
| 286 | 11283 | CHANCELLOR MANOR | LAWRENCE A MOLONEY GRAY PLANT MOOTY 3400 CITY CENTER 33 SOUTH SIXTH ST MINNEAPOLIS MN 554023796 Law Firm Number: 00368 | CHANCELLOR MANOR | 14250 IRVING AVE S BURNSVILLE MN 000055306 | C-1 (d), C-2, C-3 (f), D-2, D-4, D-5, D-6, E-2, |
| 287 | 11284 | WOODMERE APARTMENTS LLC | LAWRENCE A MOLONEY GRAY PLANT MOOTY 3400 CITY CENTER 33 SOUTH SIXTH ST MINNEAPOLIS MN 554023796 Law Firm Number: 00368 | | 6540 WOODMERE RD WOODBURY MN 000055125 | C-1 (d), C-2, C-3 (f), D-2, D-4, D-5, D-6, E-2, |
| 288 | 11299 | VIACOM INC | LINDA D KELLEY VIACOM INC 11 STANWIX ST PITTSBURGH PA 15222 Law Firm Number: 00384 | | 11 STANWIX STREET PITTSBURGH PA 000015222 | C-1 (d), C-2, C-3 (f), D-2, D-4, D-6, E-1, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|--------|--------------|---------------|---------|---------------|------------------|-------------------|
| 289 | 11300 | CBS BROADCASTING INC. DBA KDKA-TV | LINDA D KELLEY VIACOM INC 11 STANWIX ST PITTSBURGH PA 15222 Law Firm Number: 00384 | | ONE GATEWAY CENTER PITTSBURGH PA 000015222 | C-1 (d), C-2, C-3 (f), D-2, D-4, D-6, E-4, |
| 290 | 11302 | SHALER AREA SCHOOL DISTRICT | BRETT A SOLOMON TUCKER ARENSBERG PC 1500 ONE PPG PL PITTSBURGH PA 15223 Law Firm Number: 00374 | | 1800 MOUNT ROYAL BOULEVARD GLENSHAW PA 000015116 | B-2, D-2, D-4, D-6, E-1, |
| 291 | 11303 | JAY BHAGHAVAN, INC. | CHAD S BECKETT BECKETT & WEBBER PC 508 S BROADWAY URBANA IL 61801 Law Firm Number: 00364 | | 209 S. BROADWAY AVENUE URBANA IL 000061801 | D-2, D-3, D-6, E-1, |
| 292 | 11304 | COLOM, WILBUR 200 6TH STREET NORTH SUITE 102 COL | GREGORY CADE ENVIRONMENTAL ATTORNEYS GROUP LLC HOMEWOOD EXECUTIVE CENTER 1900 28TH AVE S STE 107 HOMEWOOD AL 35209 Law Firm Number: 00367 | | 200 6TH STREET NORTH COLUMBUS MS 000039703 | C-4, D-2, D-3, D-5, D-6, E-1, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Building Name | Counsel | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 293 | 11307 | WASHINGTON COURTE CONDOMINIUM ASSOCIATION 1 | BUILDING 1 | PATRICIA A OCONNOR LEVENFELD PEARLSTEIN 2 N LASALLE 13TH FL CHICAGO IL 60602 Law Firm Number: 00390 | 9500 WASHINGTON NILES IL 000060648 | C-3 (f), D-1 (a), D-2, D-6, E-1, |
| 294 | 11315 | UNIFIED GOVERNMENT OF WYANDOTTE COUNTY KCK | | JOANNE B STUTZ EVANS & MULLINIX PA 7225 RENNER RD STE 200 SHAWNEE KS 66217 Law Firm Number: 00365 | 701 NORTH 7TH STREET KANSAS CITY KS 000066101 | C-4, D-2, D-4, D-5, D-6, E-1, |
| 295 | 11316 | UNIFIED GOVERNMENT OF WYANDOTTE COUNTY KCK | | JOANNE B STUTZ EVANS & MULLINIX PA 7225 RENNER RD STE 200 SHAWNEE KS 66217 Law Firm Number: 00365 | 805 NORTH 6TH STREET KANSAS CITY KS 000066101 | C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 296 | 11317 | UNIFIED GOVERNMENT OF WYANDOTTE COUNTY KCK | | JOANNE B STUTZ EVANS & MULLINIX PA 7225 RENNER RD STE 200 SHAWNEE KS 66217 Law Firm Number: 00365 | 815 NORTH 6TH STREET KANSAS CITY KS 000066101 | C-1 (d), C-4, D-2, D-4, D-5, D-6, E-1, |
| 297 | 11318 | BOARD OF PUBLIC UTILITIES | | JOANNE B STUTZ EVANS & MULLINIX PA 7225 RENNER RD STE 200 SHAWNEE KS 66217 Law Firm Number: 00365 | 380 SOUTH BALTIMORE KANSAS CITY KS 000066103 | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 298 | 11319 | BOARD OF PUBLIC UTILITIES | JOANNE B STUTZ EVANS & MULLINIX PA 7225 RENNER RD STE 200 SHAWNEE KS 66217 Law Firm Number: 00365 | | 700 MINNESOTA AVENUE KANSAS CITY KS 000066101 | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 299 | 12645 | BOARD OF COMMISSIONERS OF THE COUNTY OF LAKE | JOHN S DULL 2293 N MAIN ST CROWN POINT IN 46307 Law Firm Number: 00373 | | 2293 N. MAIN ST CROWN POINT IN 000046307 | C-2, C-3 (e), D-2, D-4, D-6, E-1, |
| 300 | 12647 | VANCOUVER COASTAL HEALTH AUTHORITY | HANNELIE STOCKENSTROM CLARK WILSON BARRISTERS & SOLICITORS 800-885 W GEORGIA ST VANCOUVER BC V6C3H1 Law Firm Number: 00405 | LIONS GATE HOSPITAL | 231 EAST 15TH ST. NORTH VANCOUVER BC V7L2L7 | C-3 (f), D-2, D-4, D-6, E-3, F-5, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 301 | 12648 | VANCOUVER COASTAL HEALTH AUTHORITY | HANNELIE STOCKENSTROM CLARK WILSON BARRISTERS & SOLICITORS 800-885 W GEORGIA ST VANCOUVER BC V6C3H1 Law Firm Number: 00405 | VANCOUVER GENERAL HOSPITAL | 855 W. 12TH AVE. VANCOUVER BC V5Z1M9 | C-1 (d), C-2, C-3 (f), D-2, D-4, D-6, E-1, F-5, |
| 302 | 12649 | VANCOUVER COASTAL HEALTH AUTHORITY | HANNELIE STOCKENSTROM CLARK WILSON BARRISTERS & SOLICITORS 800-885 W GEORGIA ST VANCOUVER BC V6C3H1 Law Firm Number: 00405 | UBC DETWILLER PAVILION | 2255 WESBROOK MALL VANCOUVER BC V6T2A1 | C-2, C-3 (f), D-2, D 4, D-6, E-1, F-5, |
| 303 | 12650 | VANCOUVER COASTAL HEALTH AUTHORITY | HANNELIE STOCKENSTROM CLARK WILSON BARRISTERS & SOLICITORS 800-885 W GEORGIA ST VANCOUVER BC V6C3H1 Law Firm Number: 00405 | POWELL RIVER GENERAL HSP | 5871 ARBUTUS AVE POWELL RIVER BC V8A4S3 | C-2, C-3 (f), D-2, D 4, D-6, E-1, F-5, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|--------|--------------|---------------|---------|---------------|------------------|-------------------|
| 304 | 12670 | TIME EQUITIES INC | DANIEL A SCHWARTZMAN DANIEL A SWARTZMAN 55 5TH AVE 15TH FLOOR NEW YORK NY 10003 Law Firm Number: 00358 | | | C-1 (c), C-1 (d), C-2, C-3 (f), D-2, D-4, D-6, E-3, |
| 305 | 12671 | UNITED STATES GYPSUM COMPANY | BRADY L GREEN MORGAN LEWIS & BOCKIUS 1701 MARKET ST PHILADELPHIA PA 191032921 Law Firm Number: 00387 | | SEE SCHEDULE A (attached to the Claim.) | C-1 (c), C-1 (d), C-1 (e), D-2, D-4, D-6, E-1, |
| 306 | 12681 | STATE OF CONNECTICUT - DEPT. PUBLIC WORKS | NO COUNSEL SPECIFIED | SUPREME COURT BUILDING | - 231 CAPITOL AVE HARTFORD CT 000006106 | C-3 (f), D-2, D-4, D-5, D-6, E-1, |
| 307 | 12682 | STATE OF CONNECTICUT - DEPT. PUBLIC WORKS | NO COUNSEL SPECIFIED | MERRITT HALL | CONNECTICUT VALLEY HOSPITAL MIDDLETOWN CT 000006457 | C-2, C-3 (f), D-2, D-4, D-5, D-6, E-1, |
| 308 | 12683 | STATE OF CONNECTICUT - DEPT. PUBLIC WORKS | NO COUNSEL SPECIFIED | COMMISSARY - VETERAN'S HOSPITAL | 287 WEST ST ROCKY HILL CT 000006067 | C-3 (f), D-2, D-4, D-6, E-1, |
| 309 | 12738 | LUCE, JOAN 604 DAKOTA LIBBY, MT 59923 | NO COUNSEL SPECIFIED | | 604 DAKOTA LIBBY MT 000059923 | C-1 (d), D-4, D-6, E-1, |
| 310 | 12739 | SALEM CENTRAL SCHOOL DISTRICT | NO COUNSEL SPECIFIED | SALEM CENTRAL SCHOOL | 41 EAST BROADWAY SALEM NY 000012865 | B-2, C-1 (d), C-2, D-1 (c), D-2, D-4, D-6, E-1, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 311 | 12741 | SCHWOEFFERMANN, CUFFY MARY ELIZABETH 745 SE MILL | NO COUNSEL SPECIFIED | | 745 SE MILLER STREET PORTLAND OR 000097202 | C-2, C-3 (d), E-1, G-3, |
| 312 | 12744 | BLANKSTEIN ENTERPRISES INC. | NO COUNSEL SPECIFIED | | 2400 EAST BRADFORD MILWAUKEE WI 000053211 | D-2, D-6, E-1, |
| 313 | 12745 | RIVER DRIVE CONSTRUCTION | NO COUNSEL SPECIFIED | | 154 30 71 AVENUE FLUSHING NY 000011367 | C-1 (d), C-2, D-2, D-4, D-6, E-1, |
| 314 | 12746 | DRAKE, WILLIAM HOWARD 709 MCCASKILL AVE MAXTON, | NO COUNSEL SPECIFIED | | 709 MCCASKILL AVE MAXTON NC 000028364 | C-1 (b), C-1 (d), C-2, C-3 (d), E-1, |
| 315 | 12748 | R.R. ISLA VERDE HOTEL & RESORT INC. | NO COUNSEL SPECIFIED | CALLE TARTAK HOTEL CARIS INN | ISLA VERDE CAROLINA PR 000000979 | C-3 (f), D-2, D-3, D-6, E-1, |
| 316 | 12753 | BURKS, WILLIE B 141 JENKINS DR SAVANNAH, GA 314 | NO COUNSEL SPECIFIED | | 109 EAST CROUCH STREET HOLLANDALE MS 000038748 | C-1 (d), C-2, C-3 (b), C-3 (c), C-3 (e), D-4, D-6, E-1, |
| 317 | 12754 | LAWRENCE LAMAR RICE WEST MELBOURNE | NO COUNSEL SPECIFIED | | 49 PARKHILL BOULEVARD WEST MELBOURNE FL 000032904 | A-2, C-2, C-3 (c), C-3 (e), D-4, D-6, E-1, |
| 318 | 12759 | ARGYLE CENTRAL SCHOOL | NO COUNSEL SPECIFIED | ARGYLE CENTRAL SCHOOL | 5023 STATE ROUTE 40 ARGYLE NY 000012809 | B-2, C-1 (d), C-2, C-3 (d), D-2, D-4, D-6, E-1, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 319 | 12761 | ALBANY CITY SCHOOL DISTRICT | NO COUNSEL SPECIFIED | PHILIP LIVINGSTON ACADEMY | PHILIP LIVINGSTON ACADEMY 315 NORTHERN BLVD ALBANY NY 000012210 | B-2, C-1 (d), C-2, D-1 (c), D-2, D-4, D-6, E-1, |
| 320 | 12764 | ALBANY CITY SCHOOL DISTRICT | NO COUNSEL SPECIFIED | STREET ACADEMY | SHERIDAN AVE ALBANY NY 000012206 | B-2, C-1 (d), C-2, C-3 (e), D-2, D-3, D-4, D-6, E-1, |
| 321 | 12766 | ALBANY CITY SCHOOL DISTRICT | NO COUNSEL SPECIFIED | THOMAS S. O'BRIEN SCHOOL | TOAST LINCOLN PARK ALBANY NY 000012202 | B-2, C-1 (d), C-3 (f), D-1 (c), D-2, D-4, D-6, E-1, |
| 322 | 12768 | OTTERBEIN COLLEGE | NO COUNSEL SPECIFIED | CLEMENTS HALL | 85 WEST HOME STREET WESTERVILLE OH 000043081 | B-2, C-2, C-3 (d), D-2, D-4, D-6, E-1, |
| 323 | 12769 | OTTERBEIN COLLEGE | NO COUNSEL SPECIFIED | KING HALL | 193 W MAIN ST WESTERVILLE OH 000043081 | B-2, C-3 (d), D-2, D-4, D-6, E-1, |
| 324 | 12770 | OTTERBEIN COLLEGE | NO COUNSEL SPECIFIED | COWAN HALL | 30 SOUTH GROVE STREET WESTERVILLE OH 000043081 | B-2, C-2, D-2, D-4, D-6, E-1, |
| 325 | 12771 | OTTERBEIN COLLEGE | NO COUNSEL SPECIFIED | MAINTENANCE BUILDING-TUNNEL ACCESS ROOM | 197 WEST PARK STREET WESTERVILLE OH 000043081 | B-2, C-1 (d), C-2, D-2, D-4, D-6, E-1, |
| 326 | 12772 | OTTERBEIN COLLEGE | NO COUNSEL SPECIFIED | TOWERS HALL | O NORTH GROVE STREET WESTERVILLE OH 000043081 | B-2, C-3 (f), D-2, D-4, D-6, E-3, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 327 | 12773 | OTTERBEIN COLLEGE | NO COUNSEL SPECIFIED | MAYNE HALL | 65 NORTH GROVE STREET WESTERVILLE OH 000043081 | B-2, C-1 (d), C-2, C-3 (c), D-2, D-4, D-6, E-3, |
| 328 | 12774 | OTTERBEIN COLLEGE | NO COUNSEL SPECIFIED | DAVIS ANNEX | 140 NORTH CENTER STREET WESTERVILLE OH 000043081 | B-2, C-1 (d), C-2, D-2, D-4, D-6, E-3, |
| 329 | 12775 | OTTERBEIN COLLEGE | NO COUNSEL SPECIFIED | DAVIS HALL | 170 MARTIN DRIVE WESTERVILLE OH 000043081 | B-2, C-2, D-2, D-4, D-6, E-3, |
| 330 | 12776 | OTTERBEIN COLLEGE | NO COUNSEL SPECIFIED | CAMPUS CENTER | 100 WEST HOME STREET WESTERVILLE OH 000043081 | B-2, C-2, D-2, D-4, D-6, E-3, |
| 331 | 12778 | NIGHTLINGER, GERALD THOMAS 1177 EAST BEAMISH ROAD | NO COUNSEL SPECIFIED | | 1177 EAST BEAMISH ROAD MIDLAND MI 000048642 | C-2, C-3 (c), C-3 (e), D-1 (b), D-4, D-6, E-1, |
| 332 | 12779 | SAN DIEGO SPACE AND SCIENCE FOUNDATION | NO COUNSEL SPECIFIED | | 1875 EL PRADO SAN DIEGO CA 000092101 | C-2, D-2, D-4, D-6, E-1, |
| 333 | 12784 | VINIKOOR, ABRAM L 5236 38TH AVE NE SEATTLE, WA | NO COUNSEL SPECIFIED | | 5236 38TH AVE NE SEATTLE WA 000098105 | C-1 (d), C-2, C-3 (f), D-4, D-6, E-1, |
| 334 | 12786 | NAMAZI, NAZANIN 29726 FELTON DR LAGUNA NIGUEL, C | NO COUNSEL SPECIFIED | | 29726 FELTON DR LAGUNA NIGUEL CA 000092677 | C-2, C-3 (f), E-1, G, 3, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 335 | 12792 | TENNESSE DEPARTMENT OF FINANCE ADMINISTRATION | MARVIN E CLEMENTS JR OFFICE OF THE ATTORNEY GENERAL & REPORTER BANKRUPTCY DIVISION PO BOX 20207 NASHVILLE TN 37202 Law Firm Number: 00381 | | SEE ATTACHMENT A | B-2, C-1 (d), C-1 (e), C-4, D-2, D-4, D-6, E-3, |
| 336 | 12811 | HARRIS, MICHAEL PO BOX 483 GILMANTON, NH 03237 | NO COUNSEL SPECIFIED | | | A-3, C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, |
| 337 | 12826 | CERTALIC, SHARON YVONNE PO BOX 401 BELGRADE, MT | NO COUNSEL SPECIFIED | | 1918 JEFFERSON ST NE MINNEAPOLIS MN 000055418 | C-1 (d), C-2, C-3 (d), D-4, D-6, E-1, G-1, |
| 338 | 13905 | BENEFIELD, DONALD CHARLES 264 VICKS DRIVE LIBBY, | NO COUNSEL SPECIFIED | | 264 VICKS DRIVE LIBBY MT 000059923 | A-2, C-1 (d), C-2, C-3 (e), E-1, |
| 339 | 13906 | STANLEY, ROBERT W 838 2ND AVE E KALISPELL, MT 5 | NO COUNSEL SPECIFIED | | 614 CALIFORNIA AVE LIBBY MT 000059923 | A-2, D-4, D-6, E-3, |
| 340 | 13932 | ENGLISH AND AMERICAN INSURANCE CO LTD C/O SCHEME | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, |
| 341 | 13933 | ENGLISH AND AMERICAN INSURANCE CO LTD C/O SCHEME | NO COUNSEL SPECIFIED | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, |

15th OMNI DEFAULT CLAIMS

| Number | Claim Number | Claimant Name | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 342 | 14402 | WICKERSHAM, KAREN KAYE 5455 PROSPECT DR MISSOULA | NO COUNSEL SPECIFIED | | 614 CALIFORNIA AVE LIBBY MT 000059923 | A-2, C-2, D-4, D-6, E-3, |
| 343 | 14404 | STANLEY, LYNN R 838 SECOND AVE E KALISPELL, MT | NO COUNSEL SPECIFIED | | 614 CALIFORNIA AVE LIBBY MT 000059923 | A-2, C-2, D-4, D-6, E-3, |
| 344 | 14406 | STANLEY, EARL H 615 MAIN AVE LIBBY, MT 59923 | NO COUNSEL SPECIFIED | | 615 MAIN AVE LIBBY MT 000059923 | E-1, |
| 345 | 14408 | WICKERSHAM, KAREN KAYE 5455 PROSPECT DRIVE MISSO | NO COUNSEL SPECIFIED | | 712 MAIN AVENUE LIBBY MT 000059923 | C-2, E-1, |
| 346 | 15304 | MISNIAKIEWCZ,PAWEL 21 ORCHARD STREET CHICOPEE, M | FRANK R SAIA FRANK R SAIA, JD 106 STATE ST SPRINGFIELD MA 01103 Law Firm Number: 00421 | | | A-3, C-1 (c), C-1 (d), C-3 (d), D-2, D-6, E-1, |