# EXHIBIT C

W.R. Grace
Responses Received to Debtors' Fifth Omnibus Objection to Claims

| Creditor Filing Response | Docket No. of Response | Claim No(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Pearson, Peter P. | 5637 | 2281 | $741,600.00 | U | No Liability | Expunge | Continue to the January 30, 2006 Omnibus Hearing. |
| City of Cambridge, Massachusetts | None | 4722 | $14,829,000.00 | U | No Liability | Expunge | Continue to December 19, 2005 omnibus hearing. |
| Massachusetts Bay Transportation Authority | None | 9693 | Unliquidated | U | No Liability, Unliquidated | Expunge | Continue to December 19, 2005 omnibus hearing. |
| Perini Corporation | None | 4704 | Unliquidated | U | No Liability, Unliquidated | Expunge | Continue to December 19, 2005 omnibus hearing. |

W.R. Grace
Responses Received to Debtors' Fifth Omnibus Objection to Claims

| Creditor Filing Response | Docket No. of Response | Claim No(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Archer, David | 5795 | 602 | $1,541,849.60 | U | No Liability | Expunge | Continue to December 19, 2005 omnibus hearing. |
| Archer, Michelle | 5796 | 604 | $1,910,100.00 | U | No Liability | Expunge | Continue to December 19, 2005 omnibus hearing. |

Page 2

Fifth Omni Response Status Schedule 11.04.05.xls

10804445