# EXHIBIT D

W.R. Grace Co., Inc.

Responses to the Debtors' Eighth Omnibus Objection to Proofs of Claim

| Creditor | Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|---|
| National Union | | None | 9553 | $46,971,746.00 | S | Duplicate of Claim No. 9554 | Expunge | Parties will submit Stipulation and Agreed Order. |

Eighth Omni Response Status Schedule 11.04.05.xls

Page 1