## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
|  | ) | **Jointly Administered** |
|  | ) |  |
| **Debtor.** | ) | Objection Date: November 28, 2005 at 4:00 p.m. |
|  | ) | Hearing: Scheduled if Necessary (Negative Notice) |

## NOTICE OF FILING OF
## FIFTEENTH MONTHLY INTERIM APPLICATION OF
## CIBC WORLD MARKETS CORP., FINANCIAL ADVISOR TO
## DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:   (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Asbestos Personal Injury Claimants;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
Debtors-in-Possession Lender; and (8) the Fee Auditor

CIBC World Markets Corp., financial advisor to David T. Austern, in his capacity as the

Court-appointed legal representative for future asbestos claimants (the "FCR"), has filed and

served its Fifteenth Monthly Application of CIBC World Markets Corp. for Compensation for

Services Rendered and Reimbursement of Expenses as financial advisor to the FCR for the time

period August 1, 2005 through August 31, 2005 seeking payment of fees in the amount of

$20,000.00 (80% of $25,000.00)[1] and reimbursement of expenses in the amount of $986.71

(the "Application") for a total of $20,986.71.

This Application is submitted pursuant to this Court's Administrative Order, as

Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim

---

1 On June 27, 2005, the Court authorized an extension to the terms relating to the fee arrangement with CIBC. Pursuant to such extension, CIBC
is to be paid a monthly fee of $100,00.00. However, upon review of the level of activity during the period covered by this application,
CIBC World Markets Corp. has informed the FCR that it intends to reduce its monthly fee for the period covered by this application to
$25,000.00.

Compensation and Reimbursement of Expenses for Professionals and Official Committee

Members dated April 17, 2002 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with

the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824

Market Street, Fifth Floor, Wilmington, DE 19801, on or before **November 28, 2005 at 4:00**

**p.m. Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon

the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire, Richard H.

Wyron, Esquire, Swidler Berlin LLP, 3000 K Street, NW, Suite 300, Washington, DC 20007;

(ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East

Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl,

Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE

19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger,

Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and

Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200,

Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property

Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod,

First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and

Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351,

Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury

Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New

York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan

Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vi) co-counsel to

the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800,

Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue,

Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the Official Committee of

Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919

Third Avenue, New York, NY 10022; (viii) the Office of the United States Trustee, ATTN:

Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix) the Fee Auditor,

Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St. Paul, Suite 4080,

Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned

counsel.

SWIDLER BERLIN LLP

By:_____

Roger Frankel, *admitted pro hac vice*
Richard H. Wyron, *admitted pro hac vice*
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7500
Counsel to David T. Austern,
As Future Claimants' Representative

Dated: November 8, 2005

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** ) | **Chapter 11** |
| ) | |
| **W.R. GRACE & CO., et al.** ) | **Case No. 01-1139 (JKF)** |
| ) | **Jointly Administered** |
| ) | |
| **Debtor.** ) | Objection Date: November 28, 2005 at 4:00 p.m. |
| ) | Hearing: Scheduled if Necessary (Negative Notice) |

### FIFTEENTH MONTHLY INTERIM APPLICATION OF
### CIBC WORLD MARKETS CORP., FINANCIAL ADVISOR
### TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR
### COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
### AUGUST 1, 2005 THROUGH AUGUST 31, 2005

| | |
|---|---|
| Name of Applicant: | CIBC World Markets Corp. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | June 4, 2004[2] |
| Period for which compensation and reimbursement is sought: | August 1, 2005 – August 31, 2005 |
| 80% of Compensation sought as actual, reasonable and necessary: | $20,000.00[3] |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $986.71 |

This is a __x__ monthly      ___ interim      ___ final application

---

2 On June 27, 2005, the Court authorized an extension to the terms relating to the fee arrangement with CIBC. Pursuant to such extension, CIBC is to be paid a monthly fee of $100,00.00. However, upon review of the level of activity during the period covered by this application, CIBC World Markets Corp. has informed the FCR that it intends to reduce its monthly fee for the period covered by this application to $25,000.00.

3 Pursuant to administrative Order, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses. CIBC's total fee for this period is $20,000.00.

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### AUGUST 2005

| Project Category | Total Hours | Total Fees[4] |
|---|---|---|
| Business Operations Related | 32.75 | NA |
| Financial Analysis/Review Related | 33.25 | NA |
| Hearing Attendance | 10.50 | NA |
| **TOTAL** | **76.50** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

### AUGUST 2005

| Expense Category | | Total |
|---|---|---|
| Telephone | $ | 32.73 |
| Research | | 720.61 |
| Printing & Production | | 233.37 |
| **Total Expenses:** | $ | **986.71** |

Respectfully submitted,

CIBC WORLD MARKETS CORP.

By:_____

Joseph J. Radecki, Jr.
300 Madison Avenue
New York, New York 10017
(212) 885-4744
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: **Nov 4**, 2005

---

[4] CIBC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Joseph Radecki | 8/1/2005 | 1.5 | Business Operations | Review of Single Site information |
| Jonathan Brownstein | 8/1/2005 | 2.0 | Business Operations | Review of Single Site APS |
| Ritwik Chatterjee | 8/1/2005 | 1.8 | Business Operations | Analysis and review of Single Site information |
| Geoffrey Zbicowski | 8/1/2005 | 2.0 | Business Operations | Research re: industry competition |
| Joseph Radecki | 8/2/2005 | 2.0 | Business Operations | Review Debtors' court-filed monthly report |
| Jonathan Brownstein | 8/2/2005 | 2.0 | Business Operations | Review Debtors' monthly operating report; related analysis |
| Ritwik Chatterjee | 8/2/2005 | 2.3 | Business Operations | Company monthly operating report published; review of same |
| Geoffrey Zbicowski | 8/2/2005 | 2.5 | Business Operations | Company operating report review and analyze; research re: industry competition |
| Joseph Radecki | 8/3/2005 | 2.8 | Business Operations | Review lease motion and Elcat bid information |
| Jonathan Brownstein | 8/3/2005 | 3.8 | Business Operations | Review Q2 financial materials; Lease/Sale motion; Elcat bid review |
| Ritwik Chatterjee | 8/3/2005 | 2.0 | Business Operations | Review Q2 financial materials |
| Ritwik Chatterjee | 8/4/2005 | 3.3 | Business Operations | Industry and economic analysis |
| Geoffrey Zbicowski | 8/4/2005 | 1.8 | Business Operations | Review Lease/Sale motion; Elcat bid review |
| Jonathan Brownstein | 8/5/2005 | 1.8 | Business Operations | Various competitor analysis |
| Joseph Radecki | 8/8/2005 | 1.5 | Financial Analysis/Review | Call with Grace management; review of SP business bid information |
| Jonathan Brownstein | 8/8/2005 | 1.5 | Financial Analysis/Review | Review of Q2 Financial Briefing; Review of Alternative Bid for SP business / Call with Grace management |
| Ritwik Chatterjee | 8/8/2005 | 3.0 | Financial Analysis/Review | Review of second quarter financials; Conversation with Company management via telephone |
| Geoffrey Zbicowski | 8/8/2005 | 1.5 | Business Operations | Review of Alternative Bid for SP business / Call with Grace management |
| Joseph Radecki | 8/9/2005 | 1.0 | Financial Analysis/Review | Review of Q2 10-Q |
| Jonathan Brownstein | 8/9/2005 | 1.5 | Financial Analysis/Review | Review of Q2 10-Q; internal discussions re: same |
| Ritwik Chatterjee | 8/10/2005 | 1.0 | Financial Analysis/Review | Review of second quarter 10-Q |
| Geoffrey Zbicowski | 8/10/2005 | 2.3 | Financial Analysis/Review | 10-Q review and discuss internally; research re: industry |
| Ritwik Chatterjee | 8/12/2005 | 2.0 | Financial Analysis/Review | Various financial analysis |
| Ritwik Chatterjee | 8/15/2005 | 1.3 | Financial Analysis/Review | Various financial analysis; competitor analysis |
| Joseph Radecki | 8/16/2005 | 2.0 | Financial Analysis/Review | Review financial analysis |
| Jonathan Brownstein | 8/16/2005 | 2.3 | Financial Analysis/Review | Review financial analysis |
| Geoffrey Zbicowski | 8/16/2005 | 3.8 | Financial Analysis/Review | Financial analysis; econ/industry research |
| Joseph Radecki | 8/17/2005 | 1.0 | Financial Analysis/Review | CIBC discussions regarding financial analysis |
| Jonathan Brownstein | 8/17/2005 | 2.0 | Financial Analysis/Review | Review financial analysis; internal meetings re: financial analysis |
| Ritwik Chatterjee | 8/17/2005 | 1.0 | Financial Analysis/Review | CIBC meetings re: financial analysis |
| Geoffrey Zbicowski | 8/17/2005 | 1.0 | Financial Analysis/Review | Internal CIBC meetings re: financial results |
| Joseph Radecki | 8/19/2005 | 1.3 | Financial Analysis/Review | Review financial analysis |
| Geoffrey Zbicowski | 8/23/2005 | 1.8 | Financial Analysis/Review | Various financial analysis |
| Geoffrey Zbicowski | 8/24/2005 | 2.3 | Financial Analysis/Review | Various financial analysis |
| Joseph Radecki | 8/29/2005 | 6.0 | Hearing Attendance | Attendance for hearing (includes travel) |
| Jonathan Brownstein | 8/29/2005 | 4.5 | Hearing Attendance | Attendance for hearing via telephone |

# EXHIBIT B

## W.R. Grace & Co.
## CIBC Expense Detail Report (August 1, 2005 – August 31, 2005)
## (Dates represent expense posting date)

Telephone

| | | |
|---|---|---|
| Joe Radecki | 08/24/05 | 27.86 |
| Joe Radecki | 08/24/05 | 4.87 |
| Subtotal Telephone: | | $32.73 |

Research

| | | |
|---|---|---|
| Pacer Service Center | 08/03/05 | 129.63 |
| Thomson Financial | 08/08/05 | 590.98 |
| Subtotal Research: | | $720.61 |

Printing & Production

| | | |
|---|---|---|
| Word Processing/Other | 8/02/05 | 233.37 |
| Subtotal Printing & Production: | | $233.37 |

**TOTAL EXPENSES:**                                         **$ 986.71**

# THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

## AFFIDAVIT

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

Joseph J. Radecki Jr. being duly sworn, deposes and says:

1.      I am a managing director of CIBC World Markets Corp. ("CIBC"), Financial Advisor to David T. Austern, the Future Claimants' Representative in the above captioned case.

2.      No agreement or understanding in any form or guise exists between CIBC and any other person for a division of compensation for services rendered in or in connection with this proceeding, and that no such division of compensation prohibited by §504 of the Bankruptcy Code will be made by CIBC, except with employees of CIBC.

3.      I hereby state, in accordance with §504 of the Bankruptcy Code, that CIBC has not entered into any agreement, express or implied, with any other party in interest, including the Debtors herein, any creditor or the representative of any of them, or with any attorney for such party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the estate to any party in interest in the within proceeding for services rendered in connection herewith.

4.      I have reviewed the Fifteenth Monthly Interim Application of CIBC World

Markets Corp. for the time period August 1, 2005 through August 31, 2005 and state that the

information set forth therein is true and correct to the best of my knowledge, information and

belief.

_____
Joseph J. Radecki, Jr.

Sworn to and subscribed before me
this 4th day of November, 2005

_____

My commission expires: 2/28/06

JUDITH CHAITOW
Notary Public, State of New York
No. 31-4689789
Qualified in New York County
Commission Expires February 28, 2006

## CERTIFICATE OF SERVICE

        I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on November __, 2005, I caused the *Notice, Fifteenth Monthly Interim Application of CIBC World Markets Corp., Financial Advisor to David T. Austern, Future Claimants' Representative, for Compensation for Services Rendered and Reimbursement of Expenses for the time period August 1, 2005 through August 31, 2005, Affidavit, Exhibit A, and Exhibit B*, to be served upon those persons as shown on the attached Service List in the manner set forth therein.

        Under penalty of perjury, I certify the foregoing to be true and correct.


_____
Debra O. Fullem, Senior Legal Assistant
Swidler Berlin LLP

## SERVICE LIST

***Federal Express***
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

***Regular Mail***
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899


***Federal Express***

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

***Federal Express and Email: feeaudit@whsmithlaw.com***
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

***Federal Express and E-mail: william.sparks@grace.com***
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

***E-mail: syoder@bayardfirm.com***
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC


*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.


*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP


*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling


*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis


*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered


*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP


*E-mail: david.heller@lw.com and carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins


*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP