IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| **Debtor.** | ) | Objection Date: November 28, 2005 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

### NOTICE OF FILING OF
### SIXTEENTH MONTHLY INTERIM APPLICATION OF
### CIBC WORLD MARKETS CORP., FINANCIAL ADVISOR TO
### DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lender; and (8) the Fee Auditor

CIBC World Markets Corp., financial advisor to David T. Austern, in his capacity as the Court-appointed legal representative for future asbestos claimants (the "FCR"), has filed and served its Sixteenth Monthly Application of CIBC World Markets Corp. for Compensation for Services Rendered and Reimbursement of Expenses as financial advisor to the FCR for the time period September 1, 2005 through September 30, 2005 seeking payment of fees in the amount of $20,000.00 (80% of $25,000.00)[1] (the "Application").

This Application is submitted pursuant to this Court's Administrative Order, as Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Administrative Order").

---

1 On June 27, 2005, the Court authorized an extension to the terms relating to the fee arrangement with CIBC World Markets Corp. Pursuant to such extension, CIBC is to be paid a monthly fee of $100,00.00. However, upon review of the level of activity during the period covered by this application, CIBC World Markets Corp. has informed the FCR that it intends to reduce its monthly fee for the period covered by this application to $25,000.00.

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **November 28, 2005 at 4:00 p.m. Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire, Richard H. Wyron, Esquire, Swidler Berlin LLP, 3000 K Street, NW, Suite 300, Washington, DC 20007; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue,

Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United States Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned counsel.

SWIDLER BERLIN LLP

By:_____
   Roger Frankel, *admitted pro hac vice*
   Richard H. Wyron, *admitted pro hac vice*
   3000 K Street, NW, Suite 300
   Washington, DC 20007
   (202) 424-7500
   Counsel to David T. Austern,
   As Future Claimants' Representative

Dated: November 8, 2005

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| ) | |
| Debtor. ) | Objection Date: November 28, 2005 at 4:00 p.m. |
| ) | Hearing: Scheduled if Necessary (Negative Notice) |

### SIXTEENTH MONTHLY INTERIM APPLICATION OF CIBC WORLD MARKETS CORP., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005

| | |
|---|---|
| Name of Applicant: | CIBC World Markets Corp. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | June 4, 2004[1] |
| Period for which compensation and reimbursement is sought: | September 1, 2005 – September 30, 2005 |
| 80% of Compensation sought as actual, reasonable and necessary: | $20,000.00[2] |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a   x  monthly        __ interim        ___ final application

---

[1] On June 27, 2005, the Court authorized an extension to the terms relating to the fee arrangement with CIBC World Markets Corp. Pursuant to such extension, CIBC is to be paid a monthly fee of $100,00.00. However, upon review of the level of activity during the period covered by this application, CIBC World Markets Corp. has informed the FCR that it intends to reduce its monthly fee for the period covered by this application to $25,000.00.

[2] Pursuant to administrative Order, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses. CIBC's total fee for this period is $20,000.00.

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### SEPTEMBER 2005

| Project Category | Total Hours | Total Fees[3] |
|---|---|---|
| Business Operations Related | 14.50 | NA |
| Financial Analysis/Review Related | 55.75 | NA |
| Hearing Attendance | 7.00 | NA |
| TOTAL | 77.25 | NA |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

### SEPTEMBER 2005

| Total Expenses: | $ | 0.00 |
|---|---|---|

Respectfully submitted,

CIBC WORLD MARKETS CORP.

By: _____
Joseph J. Radecki, Jr.
300 Madison Avenue
New York, New York 10017
(212) 885-4744
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: **Nov. 4**, 2005

---

[3] CIBC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

# EXHIBIT A

| Name | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jonathan Brownstein | 9/2/2005 | 1.5 | Financial Analysis/Review | Review Debtors' monthly operating report |
| Ritwik Chatterjee | 9/2/2005 | 3.0 | Financial Analysis/Review | Review court filed monthly operating report; financial analysis |
| Geoffrey Zbicowski | 9/2/2005 | 1.5 | Financial Analysis/Review | Review Company's monthly report |
| Joseph Radecki | 9/5/2005 | 1.5 | Financial Analysis/Review | Review Debtors' monthly operating report |
| Jonathan Brownstein | 9/5/2005 | 2.0 | Financial Analysis/Review | Review of financial analysis |
| Geoffrey Zbicowski | 9/5/2005 | 2.0 | Financial Analysis/Review | Financial analysis & research |
| Geoffrey Zbicowski | 9/6/2005 | 0.8 | Financial Analysis/Review | Various financial and industry analysis |
| Geoffrey Zbicowski | 9/7/2005 | 1.0 | Financial Analysis/Review | Various financial and industry analysis |
| Ritwik Chatterjee | 9/8/2005 | 0.8 | Financial Analysis/Review | Various financial and industry analysis |
| Ritwik Chatterjee | 9/9/2005 | 2.3 | Financial Analysis/Review | Various financial and industry analysis |
| Joseph Radecki | 9/12/2005 | 1.0 | Business Operations | Review Lycra project information items |
| Jonathan Brownstein | 9/12/2005 | 1.8 | Business Operations | Review of Project Lycra |
| Ritwik Chatterjee | 9/12/2005 | 2.0 | Business Operations | Project Lycra information review |
| Geoffrey Zbicowski | 9/12/2005 | 2.0 | Business Operations | Review information on "Lycra" deal |
| Geoffrey Zbicowski | 9/13/2005 | 3.0 | Financial Analysis/Review | Various financial and industry analysis |
| Joseph Radecki | 9/14/2005 | 1.0 | Business Operations | Conference call re: Project Lyrca; internal discussion re: same |
| Jonathan Brownstein | 9/14/2005 | 1.0 | Business Operations | Conference call re: Project Lyrca; CIBC discussion re: same |
| Ritwik Chatterjee | 9/14/2005 | 0.5 | Business Operations | Conference call re: Project Lyrca |
| Geoffrey Zbicowski | 9/14/2005 | 0.8 | Financial Analysis/Review | Various financial and industry analysis |
| Joseph Radecki | 9/15/2005 | 1.0 | Financial Analysis/Review | Review of financial analysis |
| Jonathan Brownstein | 9/15/2005 | 0.5 | Business Operations | Further review of Project Lycra |
| Ritwik Chatterjee | 9/15/2005 | 3.0 | Financial Analysis/Review | Complete financial analysis; review industry research/trends; CIBC discussions re: same |
| Geoffrey Zbicowski | 9/15/2005 | 1.0 | Business Operations | CIBC conversations re: industry and various analysis |
| Jonathan Brownstein | 9/16/2005 | 1.3 | Financial Analysis/Review | Review of financial analysis |
| Joseph Radecki | 9/19/2005 | 2.3 | Business Operations | Review industry research and analysis |
| Joseph Radecki | 9/20/2005 | 2.0 | Financial Analysis/Review | Review of Rohm & Haas Company SEC filings |
| Jonathan Brownstein | 9/20/2005 | 2.0 | Financial Analysis/Review | Industry and competitor research (Rohm & Haas Co. business update filing) |
| Geoffrey Zbicowski | 9/20/2005 | 2.0 | Financial Analysis/Review | Review Rohm & Haas Co. business update filing |
| Jonathan Brownstein | 9/21/2005 | 2.8 | Financial Analysis/Review | Financial analysis of industry/competitors |
| Ritwik Chatterjee | 9/21/2005 | 2.0 | Financial Analysis/Review | Review Rohm & Haas Co. business update filing |
| Joseph Radecki | 9/22/2005 | 1.3 | Financial Analysis/Review | Review industry research and analysis |
| Jonathan Brownstein | 9/22/2005 | 1.8 | Financial Analysis/Review | Financial analysis of industry/competitors |
| Ritwik Chatterjee | 9/22/2005 | 1.8 | Financial Analysis/Review | Financial analysis of industry/competitors |
| Ritwik Chatterjee | 9/23/2005 | 1.0 | Financial Analysis/Review | Financial analysis of industry/competitors |
| Joseph Radecki | 9/26/2005 | 5.0 | Hearing Attendance | Attended hearing (includes travel time) |
| Jonathan Brownstein | 9/26/2005 | 2.0 | Hearing Attendance | Hearing attendance |
| Geoffrey Zbicowski | 9/27/2005 | 1.0 | Financial Analysis/Review | Various financial and industry analysis |
| Joseph Radecki | 9/28/2005 | 0.8 | Financial Analysis/Review | Internal meeting re: industry analysis, etc. |
| Jonathan Brownstein | 9/28/2005 | 0.8 | Business Operations | CIBC discussion regarding industry/competitors |
| Ritwik Chatterjee | 9/28/2005 | 0.8 | Business Operations | CIBC meeting re: industry factors |
| Joseph Radecki | 9/30/2005 | 2.0 | Financial Analysis/Review | Review H.B. Fuller Co. 10-Q and SEC filing of Valspar Company |
| Jonathan Brownstein | 9/30/2005 | 3.0 | Financial Analysis/Review | Industry and competitor research (Review S-4 of Valspar Corp and H.B. Fuller Co. 10-Q) |
| Ritwik Chatterjee | 9/30/2005 | 4.5 | Financial Analysis/Review | Review SEC filing of Valspar and H.B. Fuller quarterly results |
| Geoffrey Zbicowski | 9/30/2005 | 2.8 | Financial Analysis/Review | Review Valspar information; other competitive analysis |

# EXHIBIT B

**W.R. Grace & Co.**
**CIBC Expense Detail Report (September 1, 2005 – September 31, 2005)**
**(Dates represent expense posting date)**

No expenses during this period.

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

Joseph J. Radecki Jr. being duly sworn, deposes and says:

1. I am a managing director of CIBC World Markets Corp. ("CIBC"), Financial Advisor to David T. Austern, the Future Claimants' Representative in the above captioned case.

2. No agreement or understanding in any form or guise exists between CIBC and any other person for a division of compensation for services rendered in or in connection with this proceeding, and that no such division of compensation prohibited by §504 of the Bankruptcy Code will be made by CIBC, except with employees of CIBC.

3. I hereby state, in accordance with §504 of the Bankruptcy Code, that CIBC has not entered into any agreement, express or implied, with any other party in interest, including the Debtors herein, any creditor or the representative of any of them, or with any attorney for such party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the estate to any party in interest in the within proceeding for services rendered in connection herewith.

4.  I have reviewed the Sixteenth Monthly Interim Application of CIBC World Markets Corp. for the time period September 1, 2005 through September 30, 2005 and state that the information set forth therein is true and correct to the best of my knowledge, information and belief.

_____
Joseph J. Radecki, Jr.

Sworn to and subscribed before me
this 4th day of November, 2005

_____
Judith Chaitow

My commission expires: 2/28/06

JUDITH CHAITOW
Notary Public, State of New York
No. 31-4689789
Qualified in New York County
Commission Expires February 28, 2006

## CERTIFICATE OF SERVICE

I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on November 8, 2005, I caused the *Notice, Sixteenth Monthly Interim Application of CIBC World Markets Corp., Financial Advisor to David T. Austern, Future Claimants' Representative, for Compensation for Services Rendered and Reimbursement of Expenses for the time period September 1, 2005 through September 30, 2005, Affidavit, Exhibit A, and Exhibit B*, to be served upon those persons as shown on the attached Service List in the manner set forth therein.

Under penalty of perjury, I certify the foregoing to be true and correct.

_____
Debra O. Fullem, Senior Legal Assistant
Swidler Berlin LLP

## SERVICE LIST

*Federal Express*
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*Regular Mail*
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899


*Federal Express*

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

*Federal Express and Email: feeaudit@whsmithlaw.com*
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

*Federal Express and E-mail: william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC


*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.


*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP


*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling


*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis


*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered


*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP


*E-mail: david.heller@lw.com and carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins


*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP