# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO. *et al.*, | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | |
| | : | Related Dkt. Nos. 9301, 9341, |
| | | 11006, 11010 |

## CERTAIN INSURERS' OBJECTION TO DEBTORS' CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDERS ON CERTAIN INSURERS' MOTION FOR ACCESS TO 2019 STATEMENTS

Certain Insurers[1] respectfully object to Debtors' Certification of Counsel Regarding Proposed Orders (Docket No. 11010) ("Debtors' COC") on the following grounds:

1. Prior to the filing of the Debtors' COC, Certain Insurers filed a Submission In Support of Revised Proposed Order Denying Insurers' Motion for Access to 2019 Statements and Clarifying Scope of Personal Injury Asbestos Claims Estimation, filed yesterday (Docket No. 11006) (the "Insurers' Submission"). The Debtors' COC does not cross-reference, as it should, the Insurers' Submission, which is attached hereto as Exhibit 1.

2. The Debtors' COC should be corrected because: (i) the Insurers' Submission provides a redline comparison and discussion of the differences between the two proposed orders, which the Certain Insurers believe will assist the Court in evaluating the competing orders; and (ii) the Court stated at the last omnibus hearing that it may rule on the parties' competing orders at any time after November 7, 2005, and therefore it is important that all relevant materials be brought to the Court's attention promptly. In addition, the

---

[1] Certain Insurers are Certain Underwriters at Lloyd's, London and Certain London Market Companies, Federal Insurance Company, Continental Casualty Company and Continental Insurance Company, Zurich Insurance Company and Zurich International Limited, Allstate Insurance Company, solely as successor-in-interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company, Travelers Casualty and Surety Company, Royal & SunAlliance, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and as successor to CIGNA Specialty Insurance Company (formerly known as California Union Insurance Company), Pacific Employers Insurance Company, Century Indemnity Company, and Central National Insurance Company of Omaha, through its managing general agent, Cravens, Dargan Company, Pacific Coast.

defects in the Debtors' COC resulted from no laxity of Certain Insurers, who informed the Debtors that the Insurers' Submission would be filed at 3:50 p.m. yesterday.

3. Certain Insurers were not consulted about the content of Debtors' COC and did not agree to the procedures contained in paragraphs 10 and 11 thereof. Specifically, Certain Insurers requested that this matter be placed on the agenda for the next omnibus hearing in the event that this Court determined to hear from the parties before ruling on the competing orders. The Debtors did not honor that request. While Certain Insurers are certainly willing to entertain any compromise proposals by the Debtors or the other parties-in-interest concerning the proposed orders, the remaining differences between the parties are substantively significant, and Certain Insurers are doubtful that further compromise can be obtained.

Dated: Wilmington, Delaware
       November 8, 2005

Respectfully submitted,

ZUCKERMAN SPAEDER LLP

*Elizabeth D. Power*

Thomas G. Macauley  (DE Bar No. 3411)
Elizabeth D. Power  (DE Bar No. 4135)
919 Market Street, Suite 990
P.O. Box 1028
Wilmington, Delaware  19899-1028
Telephone:  (302) 427-0400
Facsimile:  (302) 427-8242

-and-

James Sottile
1201 Connecticut Avenue, NW
Washington, DC  20036-2638
Telephone:  (202) 778-1800
Facsimile:  (202) 822-8106

-and-

Mary K. Warren
Brenda D. DiLuigi
LINKLATERS
1345 Avenue of the Americas
New York, New York  10105
Telephone:  (212) 903-9000
Facsimile:  (212) 903-9100

Attorneys for Certain Underwriters at
Lloyd's, London and Certain London
Market Companies


Michael G. Busenkell (#3933)
MORRIS, NICHOLS, ARSHT &
TUNNELL
1201 N. Market Street
Wilmington, Delaware 19899
Telephone (302) 658-9200

-and-

Mary Beth Forshaw
Elisa Alcabes
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York  10017-3954
Telephone (212) 455-2000
Fax  (212) 455-2502

Counsel for Travelers Casualty and Surety
Company


Linda M. Carmichael (DE No. 3570)
WHITE AND WILLIAMS LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709
Telephone:  (302) 467-4502
Facsimile:   (302) 467-4552
carmichaell@whiteandwilliams.com

-and-

Gregory T. LoCasale (Member of the PA Bar)
WHITE AND WILLIAMS LLP
1800 One Liberty Place
Philadelphia, PA 19103
Telephone: (215)864-7000
Facsimile: (215) 864-7123

Attorneys for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and as successor to CIGNA Specialty Insurance Company (formerly known as California Union Insurance Company); Pacific Employers Insurance Company; Century Indemnity Company; and Central National Insurance Company of Omaha, through its managing general agent, Cravens, Dargan Company, Pacific Coast

Elizabeth M. DeCristofaro
Charles A. Booth
FORD MARRIN ESPOSITO
WHITMEYER & GLESER
Wall Street Plaza
New York, NY 10005-1875

-and-

Michael S. Giannotto
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4124
Facsimile: (202) 346-4444

-and-

Daniel M. Glosband
GOODWIN PROCTER LLP
Exchange Place,
53 State Street,
Boston, MA. 02109
Telephone: (617) 570-1000
Facsimile: (617) 570-1231

-and-

Kevin Gross, Esquire
ROSENTHAL, MONHAIT, GROSS &
GODDESS, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899
Telephone: (302) 656-4433

Attorneys for Continental Casualty Co. and
Continental Insurance Co.


John T. Carroll, III (DE No. 4060)
COZEN O'CONNOR
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2028
Facsimile: (302) 295-2013

-and-

William P. Shelley (PA ID 40875)
Jacob C. Cohn (PA ID 54139)
David J. Liebman (PA ID 89919)
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2000
Facsimile (215) 665-2013

Attorneys for Federal Insurance Company


Jeffrey C. Wisler (No 2795)
Marc J. Phillips (No. 4445)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone (302) 658-9141
Fax (302) 658-5614

-and-

Richard A. Ifft
WILEY REIN & FIELDLING LLP
1776 K Street, N.W.
Washington, D.C. 20006
Telephone (202) 719-7000
Fax (202) 719-7049

Attorneys for Zurich Insurance Company
and Zurich International Limited


Ian Connor Bifferato, Esq. (#3273)
BIFFERATO, BIFFERATO &
GENTILOTTI
1308 Delaware Avenue
The Buckner Building
PO Box 2165
Wilmington, Delaware 19899-2165
(302) 429-1900

-and-

Carl J. Pernicone, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
150 East 42nd St.
New York, New York 10017-5639
(212) 490-3000

Attorneys for Royal & SunAlliance


James Yoder, Esq.
WHITE & WILLIAMS, LLP
824 North Market Street Suite 902
PO Box 709
Wilmington, DE 19899

-and-

Andrew Craig, Esq.
CUYLER BURK, LLP
4 Century Drive
Parsippany, NJ 07054

Attorneys for Allstate Insurance Company,
solely as successor in interest to Northbrook
Excess and Surplus Insurance Company,
formerly Northbrook Insurance Company