## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 8, 2005 a copy of the foregoing was served on

the following in the manner indicated:

By Hand Delivery
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young,
Jones & Weintraub P.C.
919 North Market Street
17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

By Federal Express
Janet S. Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

By Federal Express
Barbara Harding, Esquire
Kirkland & Ellis LLP
655 Fifteenth Street, NW, Suite 1200
Washington, D.C. 20005

By Hand Delivery
Marla R. Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

By Federal Express
Elihu Inselbuch, Esquire
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

By Hand Delivery
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

By Federal Express
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Swidler Berlin LLP
3000 K. Street N.W., Suite 300
Washington, D.C. 20007

By Federal Express
Sander L. Esserman, Esquire
Stutzman, Bromberg, Esserman &
Plifka, P.C.
2323 Bryan Street
Suite 2200
Dallas, TX 75201

By Federal Express
Peter Van N. Lockwood, Esquire
Caplin & Drysdale
One Thomas Circle, N.W.
Washington, D.C. 20005

Elizabeth D. Power (ID No. 4135)