# EXHIBIT "B"

**EXHIBIT "B"**

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD
APRIL 1, 2005 THROUGH JUNE 30, 2005**

1. **Case Administration – 15537 – 193.1 hours ($44,557.00)**

This matter covers the attention given to routine motions and pleadings, and preparation of responses thereto, the preparation of summaries and analyses of such papers for the PD Committee, and meetings with the Debtors or their professionals.

The Applicant's focus on the administration of the Consolidated Cases during the Application Period continued to permit the PD Committee to remain fully informed about all on-going matters pending in the Consolidated Cases.

During the Application Period, the Applicant spent time keeping track and researching of developments that implicate property damage claims specifically, and asbestos issues generally.

2. **Debtors' Business Operations – 15538 – 8.1 hours ($2,512.50)**

This matter covers the attention given to review and analysis of the Debtors' statement of affairs, schedules of assets and liabilities and monthly reports of operation.

3. **Creditors Committee – 15539 – 25.1 hours ($9,491.50)**

This matter covers formation, membership, and by-law issues of the PD Committee. It also covers attendance at PD Committee meetings, preparation of materials for and presentations thereon to the PD Committee, and the preparation of minutes of the meetings.

During the Application Period, the Applicant convened weekly telephonic meetings of the PD Committee. The Applicant prepared detailed agendas for each meeting, reviewed pending matters and issues in preparation therefor, and counseled the members in formulating a position on such matters and positions. Further, subsequent to the meetings the Applicant

drafted, and circulated for review prior to adoption, drafts of minutes of the PD Committee meetings.

Throughout its representation of the PD Committee, the Applicant has aggressively and attentively represented the interests of the PD Committee. Assuming the role of liaison, the Applicant has continued to maintain continuous communications with the Debtors' counsel and PD Committee members and, at times, counsel to the personal injury claimants committee and counsel to the unsecured creditors' committee. The Applicant timely and professionally relayed information to PD Committee members through in-person meetings, telephone conference calls, e-mail and correspondence.

4.  **Retention of Professionals – 15540 – 3.7 hours ($920.00)**

    The Applicant reviewed retention pleadings for other professionals.

5.  **Asset Disposition – 15541 – 1.0 hours ($300.00**

    This matters covers any attention given to disposition of assets.

6.  **Applicant's Fee Applications – 15543 – 10.6 hours ($1,845.00)**

    This matter covers time expended preparing monthly and quarterly fee applications for the Applicant. During the Application Period, the Applicant expended time preparing, drafting and filing its monthly fee applications, and interim quarterly fee application. In addition, the Applicant reviewed the report by the Fee Auditor and prepared its response thereto.

7.  **Hearings – 15544 – 41.35 hours ($14,255.00)**

    This matter covers preparation for and attendance at hearings.

8.  **Claims Analysis, Objection (asbestos) – 15545 – 924.65 hours ($284,676.00)**

    This matter covers the review and analysis of asbestos claims filed against the estates and objections thereto and research of historical property damage testimony.

    During the Application Period, the Applicant prepared an extensive analysis of property

15

damage claims and estimation issues including a state by state analysis of several defenses raised including time bar and global notice issues by the Debtors. The Applicant also held discovery conferences with the Debtors on case management orders for the estimation process and attended to the discovery process. The Applicant attended to review and analysis of document production on PD settlement history.

The Applicant reviewed the PI Cage Management Order and prepared an objection on behalf of the PD Committee.

In addition, the Applicant attended meetings, conducted research and review of disclosures, objections, potential experts, case management issues, PI estimation issues, PD liability issues, economic loss and hazard defense history.

9.  **Travel – 15546 – 96.3 hours ($39,498.50)**

The Applicant traveled to Washington, D.C., Wilmington, Pittsburgh and Charleston, S.C. to attend omnibus hearings and meetings. In accordance with Local Rule 2016-2(d)(viii), all such time is being billed at fifty percent (50%) of regular hourly rates, to the extent work was not being performed en route.

10. **Fraudulent Transfer Litigation – 15547 – 4.1 hours ($1,674.00)**

During the Application Period, the Applicant attended to review and revisions to the Sealed Air settlement agreement, motion and proposed order.

11. **Plan and Disclosure Statement – 15554 – 87.2 hours ($38,138.50)**

During the Application Period, the Applicant reviewed the plan related case law and the transcript from the Disclosure Statement hearing. In addition, Applicant reviewed depositions and exhibits and attended to meetings with experts regarding estimation and the disclosure statement.

12. **Litigation Consulting – 15563 – 159.4 hours ($35,077.50)**

The Applicant organized and researched the Sealed Air and ZAI historical documents and attended to issues regarding the Debtors' Solow Appeal Motion. In addition, the Applicant prepared for and attended the depositions for two of the Debtors' representatives, Bubnovich and T. Vanderslice.

The Applicant reviewed the lawsuit brought by the Attorney General of New Jersey, attended meetings regarding the New Jersey complaint and prepared a memorandum and status report regarding same.

13. **Relief from Stay – 15564 – 7.3 hours ($2,190.00)**

During the Application Period, the Applicant researched surety reclassification case law and drafted a memorandum regarding same.

14. **Fee Applications of Others – 17781 – 20.03 hours ($4,451.10)**

The Applicant attended to preparation of monthly statements and quarterly application for Hamilton Rabinovitz & Alschuler. In addition, Applicant reviewed various applications and reports from fee auditor.

15. **Retention of Others – 17782 – .6 hours ($262.50)**

During the Application Period, the Applicant addressed the issues regarding the retention of other professionals.