**EXHIBIT "C"**

# HR&A                                                               INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

June 16, 2005

Invoice No. HRA20050616

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
200 South Biscayne Boulevard
Miami, Florida 33131-2336

---

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al. For the month of May, 2005.

### FEES

| | |
|---|---|
| Francine F. Rabinovitz<br>0.5 hours @ $ 500 per hour | $ 250.00 |
| Joshua Katz<br>6.6 hours @ $ 175 per hour | 1,155.00 |
| **TOTAL DUE:** | **$ 1,405.00** |

*Please remit to new corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA        LOS ANGELES        WASHINGTON DC   NEW YORK

MAY, 2005 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

<u>DATE</u>     <u>TIME</u> <u>TASK</u>

05/12/05  0.50 Discussion with Josh Katz about committee phone call.

TOTAL:    0.50

MAY, 2005, TIME LOG OF JOSHUA S. KATZ (JSK)

<u>DATE</u>     <u>TIME</u> <u>TASK</u>

05/02/05  1.2  Review of recent SEC filings on Festa appointment and quarterly earnings.

05/03/05  0.1  Review of Form 3 SEC filing.

05/12/05  0.6  Coverage and briefing of weekly Grace conference call for Francine F. Rabinovitz.

05/16/05  1.2  Concurrent review of Grace 10k for First Quarter 2005 and preparation of summation sheet with key figures (1.2).

05/19/05  2.0  Review of memo in support of proposed PI CMO (1.1); review of motion to approve question (0.1); review of questionnaire and associated documents (0.8).

05/26/05  0.5  Weekly conference call (0.3); quick e-mail summary to Francine F. Rabinovitz and Paul J. Silvern. (0.2).

05/31/05  1.0  Review of Rand 2005 Asbestos litigation report (http://www.rand.org/publications/MG/MG162/index.html).

TOTAL:    6.6

# HR&A                                                    INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

May 16, 2005

Invoice No. HRA20050516

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
200 South Biscayne Boulevard
Miami, Florida  33131-2336

---

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al. For the period ending April, 2005.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>1.0 hours @ $ 500 per hour | $ 500.00 |
| Joshua Katz<br>2.1 hours @ $ 175 per hour | 367.50 |
| **TOTAL DUE:** | **$ 867.50** |

*Please remit to **new** corporate address below:*

P.O. BOX 222681  CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA         LOS ANGELES         WASHINGTON DC   NEW YORK

Summary of billed hours for service rendered in connection with the Property Damage Claimants (W. R. Grace).
For the period ending April, 2005.

| Date | FFR | JSK | |
|---|---|---|---|
| 03/31/2005 | 0.5 | | |
| 04/01/2005 | | | |
| 04/02/2005 | | | |
| 04/03/2005 | | | |
| 04/05/2005 | | | |
| 04/06/2005 | | | |
| 04/07/2005 | | | |
| 04/08/2005 | | | |
| 04/09/2005 | | | |
| 04/10/2005 | | | |
| 04/11/2005 | | | |
| 04/12/2005 | | | |
| 04/13/2005 | | | |
| 04/14/2005 | | | |
| 04/15/2005 | | | |
| 04/16/2005 | | | |
| 04/17/2005 | | | |
| 04/18/2005 | | | |
| 04/19/2005 | | | |
| 04/20/2005 | | | |
| 04/21/2005 | | | |
| 04/22/2005 | | | |
| 04/23/2005 | | 1.0 | |
| 04/24/2005 | | | |
| 04/25/2005 | | | |
| 04/26/2005 | | | |
| 04/27/2005 | | | |
| 04/28/2005 | 0.5 | 1.1 | |
| 04/29/2005 | | | |
| 04/30/2005 | | | TOTAL HOURS |
| TOTAL: | 1.0 | 2.1 | 3.1 |
| RATE: | $500 | $175 | TOTAL FEES |
| AMOUNT: | $500.00 | $367.50 | $867.50 |

PERIOD ENDING APRIL, 2005 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

<u>DATE</u>     <u>TIME</u> <u>TASK</u>

```
03/31/05  0.5  Talk to Josh Katz about request to Jay Sakalo for
               documents.

04/28/05  0.5  Talk with Josh Katz about committee phone call.

TOTAL:    1.0
```

APRIL, 2005, TIME LOG OF JOSHUA S. KATZ (JSK)

<u>DATE</u>     <u>TIME</u> <u>TASK</u>

04/23/05  1.0  Review of January PPT material on Libby; Grace Database; review on Libby claims; e-mail to Francine F. Rabinovitz discussing same.

04/28/05  1.1  W. R. Grace Co. conference call (0.7); briefing of Francine F. Rabinovitz on call (0.3); review of pertinent news (0.1).

TOTAL:    2.1