## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                         )    Chapter 11

                              )

W.R. Grace & Co., *et al.*,        )    Case No. 01-1139 (JKF)

                              )    (Jointly Administered)

                              )

           Debtors.        )    **Objection Deadline: November 29, 2005 at 4:00 p.m.**

                              )    **Hearing Date: December 19, 2005 at 12:00 p.m.**

## SECOND INTERIM QUARTERLY FEE APPLICATION REQUEST OF LECG, LLC FOR APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CONSULTANTS TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE <u>PERIOD OF APRIL 1, 2005 THROUGH APRIL 30, 2005</u>

Name of Applicant:                      LECG, LLC

Authorized to provide
professional services to:              Official Committee of Asbestos Property Damage Claimants

Date of retention:                     Retention order entered on May 12, 2005, <u>Nunc</u> <u>Pro</u> <u>Tunc</u>, to February 17, 2005

Period for which compensation and
reimbursement is sought:              April 1, 2005 through April 30, 2005

Amount of compensation sought
as actual reasonable and necessary:      <u>$334,915.50</u>

Amount of expense reimbursement
sought as actual reasonable and
necessary:                           <u>$3,047.27</u>

This is an: <u>X</u> interim ___ final application

This is the First quarterly application filed.

# W.R. Grace Asbestos Property Damage Committee

## LECG, LLC
### April 1, 2005 through April 30, 2005
### Attachment "B" to Fee Application
### Summary of Hours

| Name of Professional Person | Position of Applicant | Number of Years in Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel Regard | Managing Director | | | $ 595.00 | 8.10 $ | 4,819.50 |
| A.J. Gravel | Expert/Director | | | $ 575.00 | 1.00 $ | 575.00 |
| James Haas | Expert/Director | | | $ 575.00 | 111.80 $ | 64,285.00 |
| Alan Madian | Expert/Director | | | $ 575.00 | 16.90 $ | 9,717.50 |
| Steve Sollick | Expert/Director | | | $ 575.00 | 3.30 $ | 1,897.50 |
| Steven Wolf | Principal | | | $ 475.00 | 23.60 $ | 11,210.00 |
| Forrest McCluer | Sr.Managing Con | | | $ 370.00 | 10.90 $ | 4,033.00 |
| Susan Press | Sr. Researcher | | | $ 350.00 | 3.00 $ | 1,050.00 |
| Sencer Ecer | Sr. Economist | | | $ 350.00 | 5.50 $ | 1,925.00 |
| Craig Fennell | Sr. Consultant | | | $ 350.00 | 16.50 $ | 5,775.00 |
| Dan Rachlis | Sr. Consultant | | | $ 350.00 | 17.00 $ | 5,950.00 |
| Andrew Rakicsany | Sr. Consultant | | | $ 350.00 | 96.10 $ | 33,635.00 |
| Darius Singpurwalla | Sr. Consultant | | | $ 350.00 | 48.00 $ | 16,800.00 |
| Sean Walsh | Sr. Consultant | | | $ 350.00 | 44.00 $ | 15,400.00 |
| Julie Corley | Managing Cons. | | | $ 300.00 | 26.80 $ | 8,040.00 |
| Courtney Fletcher | Managing Cons. | | | $ 300.00 | 90.80 $ | 27,240.00 |
| Nathan Basseen | Sr. Associate | . | | $ 185.00 | 90.80 $ | 16,798.00 |
| Jeffrey Stover | Sr. Associate | | | $ 185.00 | 46.90 $ | 8,676.50 |
| Erich Slemon | Sr. Associate | | | $ 185.00 | 114.40 $ | 21,164.00 |
| Lisa Simpson | Sr. Associate | | | $ 185.00 | 11.00 $ | 2,035.00 |
| Joseph Sremack | Sr. Associate | | | $ 185.00 | 95.50 $ | 17,652.50 |
| Charlesa Ceres | Research Anal. | | | $ 160.00 | 12.00 $ | 1,920.00 |
| Joshua Newborn | Research Anal. | . | | $ 160.00 | 128.00 $ | 20,480.00 |
| Daniel Ofori-Addo | Research Anal. | | | $ 160.00 | 46.00 $ | 7,360.00 |
| April Wu | Research Anal. | | | $ 160.00 | 32.50 $ | 5,200.00 |
| Wenonah Elms | Research Anal. | | | $ 160.00 | 55.50 $ | 8,880.00 |
| Eric Carr | Associate | | | $ 150.00 | 17.50 $ | 2,625.00 |
| Nathan Patek | Associate | | | $ 150.00 | 4.00 $ | 600.00 |
| Sanjay Rupani | Associate | | | $ 150.00 | 10.00 $ | 1,500.00 |
| Brant Yerman | Case Analyst | | | $ 140.00 | 26.00 $ | 3,640.00 |
| Constance Carrol | Case Assistant | | | $ 95.00 | 2.00 $ | 190.00 |
| Opal Green | Case Assistant | | | $ 95.00 | 5.90 $ | 560.50 |
| Cora Mandapat | Case Assistant | | | $ 95.00 | 2.20 $ | 209.00 |
| Subcontractors | Case Associate | | | $ 75.00 | 57.40 $ | 4,305.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL** | | | | | 1281.9 | $ 336,348.00 |
| **LESS 50% DISCOUNT FOR ALL NON-WORKING TRAVEL TIME** | | | | | (5.0) | $ (1,432.50) |
| | | | | | **GRAND TOTAL** | $ 334,915.50 |
| | | | | | **Blended Rate** | $ 262.38 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 37.5 | $ 12,167.50 |
| Creditors' Committee | | |
| Hearings | | |
| Claims Analysis, Objection, Resolution (Asbestos) | 283.3 | $ 105,283.50 |
| Travel | 10.0 | $ 2,865.00 |
| Valuation | 54.9 | $ 11,066.00 |
| Accounting/Auditing | | |
| Data Analysis | 880.4 | $ 199,606.00 |
| Business Analysis | 12.0 | $ 4,200.00 |
| Corporate Finance | | |
| Litigation Consulting | 3.8 | $ 1,140.00 |
| Fee Application of Others | | |
| LESS 50% DISCOUNT FOR ALL NON-WORKING TRAVEL TIME | (5.0) | $ (1,432.50) |
| **GRAND TOTAL** | 1276.9 | $ 334,915.50 |

# W.R. Grace Asbestos Property Damage Committee

## LECG, LLC
### Detail of Out-of-Pocket Expenses
### April 1, 2005 through April 30, 2005

| | Date | Consultant | Amount | Description |
|---|---|---|---|---|
| **Photocopies, In-House** | | | | |
| | 4/30/2005 | | $214.50 | 2145 pages @ .10 per page |
| Cost Total | | | $214.50 | |
| | | | | |
| **Working Meals** | | | | |
| | 4/12/2005 | Bilzin and LECG staff | $ 222.77 | Bilzin staff: S. Baena, A. Danzisen, J. Sakalo, J. Wood; LECG staff: J. Hass, S. Wolf, A. Madian, N. Basseen, J. Newborn |
| | 4/13/2005 | Bilzin and LECG staff | $ 222.77 | Bilzin staff: S. Baena, A. Danzisen, J. Sakalo, J. Wood; LECG staff: J. Hass, S. Wolf, A. Madian, N. Basseen, J. Newborn |
| Cost Total | | | $ 445.54 | |
| | | | | |
| **Travel - Airfare** | | | | |
| | 4/1/2005 | Steven Wolf | $ | 348.90 Travel to Miami to meet with counsel |
| | 4/27/2005 | Nathan Basseen | $ | 268.90 Airfare from Nashville to D.C. for project |
| | 4/27/2005 | Nathan Basseen | $ | 232.90 Flight from Nashville to D.C. for Client Meeting |
| Cost Total | | | $ 850.70 | |
| | | | | |
| **Data Retrieval** | | | | |
| | 4/15/2005 | | $ | 15.00 Data Retrieval - - VENDOR: University of Hawaii Library |
| | 4/30/2005 | | $ | 67.00 Data Retrieval - - VENDOR: Business Information Services |
| Cost Total | | | $ 82.00 | |
| | | | | |
| **Courier/Express Mail** | | | | |
| | 4/15/2005 | | $ | 18.26 Express Messenger - - VENDOR: FedEx |
| | 4/30/2005 | | $ | 32.80 Express Messenger - - VENDOR: Apple Courier Inc. |
| Cost Total | | | $ 51.60 | |
| | | | | |
| **Meals** | | | | |
| | 4/1/2005 | Steven Wolf | $ | 6.22 Airport Travel meal to return to D.C. |
| | 4/14/2005 | Courtney Fletcher | $ | 40.00 Overtime meal for C Fletcher and E Siemon. |
| | 4/19/2005 | Courtney Fletcher | $ | 80.00 Overtime meal for team because working late. Attendees include C Fletcher, J Sremack, and E Siemon. |
| | 4/18/2005 | Nathan Basseen | $ | 62.78 Staff Dinner (Jim and Myself) while traveling for client project |
| | 4/5/2005 | Nathan Basseen | $ | 17.68 Dinner during trip for client meeting |
| | 4/12/2005 | Nathan Basseen | $ | 5.40 Breakfast at BWI after arrival for client meeting |
| | 4/13/2005 | Nathan Basseen | $ | 7.68 Breakfast in D.C. for client meeting |
| | 4/18/2005 | Nathan Basseen | $ | 7.15 Lunch on Monday while traveling for client meeting |
| | 4/18/2005 | Nathan Basseen | $ | 5.08 Dinner while traveling for client Meeting |
| | 4/19/2005 | Nathan Basseen | $ | 7.41 Breakfast in D.C. while traveling for client project |
| | 4/19/2005 | Nathan Basseen | $ | 8.91 Dinner while traveling for client meeting |
| | 4/20/2005 | Nathan Basseen | $ | 5.87 Breakfast in D.C. while traveling for client meeting |

# W.R. Grace Asbestos Property Damage Committee

## LECG, LLC
### Detail of Out-of-Pocket Expenses
### April 1, 2005 through April 30, 2005

| | Date | Consultant | | Amount | Description |
|---|---|---|---|---|---|
| | 4/20/2005 | Nathan Basseen | $ | 7.15 | Lunch in D.C. on Wed while traveling for client project |
| | 4/20/2005 | Nathan Basseen | $ | 40.00 | Dinner on Wednesday while traveling for client project |
| | 4/21/2005 | Nathan Basseen | $ | 6.13 | Breakfast while traveling for client project |
| | 4/21/2005 | Nathan Basseen | $ | 7.15 | Lunch on Thursday while traveling for client meeting |
| | 4/21/2005 | Nathan Basseen | $ | 28.73 | Dinner while traveling for client meeting |
| | 4/28/2005 | Andrew Rakicsany | $ | 41.41 | Overtime Meal - Dinner for 3 people. Darius Singpurwalla, Joe Sremack, Andrew Rakicsany. Over 10 hours worked that day. |
| **Cost Total** | | | **$** | **384.75** | |

**Travel - Mileage**

| | Date | Consultant | | Amount | Description |
|---|---|---|---|---|---|
| | 4/11/2005 | Wenonah Elms | $ | 6.89 | Mileage to and from UCB. Research trip. |
| | 4/13/2005 | Wenonah Elms | $ | 29.16 | Mileage to and from Stanford University. Research trip. |
| | 4/18/2005 | Wenonah Elms | $ | 3.24 | Mileage to and from UC Berkeley. Research trip to libraries. |
| | 4/19/2005 | Wenonah Elms | $ | 8.91 | Research trip to NRLF and UC Berkeley libraries (Public Health and Environmental Design). |
| | 4/20/2005 | Lisa Simpson | $ | 5.27 | Mileage to UCLA library for 10-K research. |
| | 4/21/2005 | Wenonah Elms | $ | 8.91 | Mileage to and from NRLF and UC Berkeley. Research trip. |
| | 4/26/2005 | Wenonah Elms | $ | 9.32 | Mileage to NRLF and UCB. Research trip. |
| **Cost Total** | | | **$** | **71.70** | |

**Photocopies - Outside Service**

| | Date | Consultant | | Amount | Description |
|---|---|---|---|---|---|
| | 4/11/2005 | Wenonah Elms | | 20.00 | Photocopies at UC Doe Library. Coin operated machine. No receipt available. |
| | 4/11/2005 | Wenonah Elms | | 7.00 | Photocopies at UC Berkeley Business Library. Coin operated machine. No receipt available. |
| | 4/13/2005 | Wenonah Elms | | 16.00 | Photocopies made at Stanford University. |
| | 4/18/2005 | Wenonah Elms | | 20.00 | Photocopies of Census of Manufactures made at UC Berkeley Doe library. |
| | 4/19/2005 | Lisa Simpson | | 57.75 | Photocopies of W.R. Grace's 10-K reports researched on microfiche at LA Public Library. |
| | 4/19/2005 | Lisa Simpson | | 6.90 | Photocopies of the Grace Log researched at LA Public Library. No receipt - coin-operated machine. |
| | 4/20/2005 | Lisa Simpson | | 19.50 | Photocopies of W.R. Grace's 10-K reports researched on microfiche at LA Public Library. |
| | 4/20/2005 | Lisa Simpson | | 54.56 | Photocopies of W.R. Grace's 10-K reports researched on microfiche at UCLA. No receipt - coin-operated machine. |
| | 4/28/2005 | Jeffrey Stover | | 4.10 | Research copies. Coin operated machine receipt not available. |
| **Cost Total** | | | | **$205.83** | |

**Parking Expense**

| | Date | Consultant | | Amount | Description |
|---|---|---|---|---|---|
| | 4/11/2005 | Wenonah Elms | $ | 12.00 | Parking at UC Berkeley. Research trip. |
| | 4/13/2005 | Wenonah Elms | $ | 9.00 | Parking at Stanford University. Research trip. |

## W.R. Grace Asbestos Property Damage Committee

### LECG, LLC
### Detail of Out-of-Pocket Expenses
### April 1, 2005 through April 30, 2005

| | Date | Consultant | Amount | Description |
|---|---|---|---|---|
| | 4/18/2005 | Wenonah Elms | $ 4.00 | Parking at UC Berkeley. Research trip. |
| | 4/18/2005 | Wenonah Elms | $ 4.00 | Parking at UCB. Research trip. |
| | 4/20/2005 | Lisa Simpson | $ 7.00 | UCLA parking charge for W.R. Grace 10-K research. |
| | 4/21/2005 | Wenonah Elms | $ 2.00 | Parking while at UC Berkeley. Research trip. |
| Cost Total | | | $ 38.00 | |

**Travel expense - Hotels**

| | 4/27/2005 | Nathan Basseen | $ 342.36 | Hotel in D.C. for client Meeting |
|---|---|---|---|---|
| Cost Total | | | 342.36 | |

**Travel Expense - Transportation**

| | 4/1/2005 | Steven Wolf | $ 17.00 | Taxi from airport (DCA) to LECG office - return trip from client meeting in MIA |
|---|---|---|---|---|
| | 4/13/2005 | Wenonah Elms | $ 3.00 | Bridge toll. Research trip to Stanford University. |
| | 4/25/2005 | Joe Sremack | $ 15.00 | Taxi from metro to apartment at 10p due to late hours working. |
| | 4/26/2005 | Jeffrey Stover | $ 1.25 | BART fare from Berkeley to MacArthur Station during research trip to University of California Berkeley. |
| | 4/12/2005 | Nathan Basseen | $ 6.00 | Cab from BWI train station to airport |
| | 4/12/2005 | Nathan Basseen | $ 80.00 | Cab from BWI to D.C. office for client meeting |
| | 4/13/2005 | Nathan Basseen | $ 6.00 | Train from D.C. office to BWI for client meeting |
| | 4/18/2005 | Nathan Basseen | $ 75.00 | Cab from BWI to D.C. office for client project |
| | 4/18/2005 | Nathan Basseen | $ 10.00 | Cab in D.C. for client project |
| | 4/18/2005 | Nathan Basseen | $ 10.00 | Cab in D.C. for client project |
| | 4/19/2005 | Nathan Basseen | $ 10.00 | Cab in D.C. for client project |
| | 4/20/2005 | Nathan Basseen | $ 10.00 | Cab in D.C. for client project |
| | 4/21/2005 | Nathan Basseen | $ 6.00 | Cab from Train Station to Airport while traveling for client project |
| | 4/21/2005 | Nathan Basseen | $ 9.00 | Train from D.C. to BWI while traveling for client meeting |
| | 4/21/2005 | Nathan Basseen | $ 66.00 | Parking at Nashville airport for client project |
| | 4/28/2005 | Jeffrey Stover | $ 1.25 | BART fare from Berkeley to MacArthur Station during research trip to University of California Berkeley. |
| Cost Total | | | $ 325.50 | |

**Telephone Charges**

| | 4/30/2005 | | $ 34.79 | AT&T Telephone - long distance phone charges |
|---|---|---|---|---|
| Cost Total (sph) | | | 34.79 | |

| **Cost Grand Total** | | | $ 3,047.27 | |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: November 29, 2005 at 4:00 p.m.** |
| | ) | **Hearing Date: December 19, 2005 at 12:00 p.m.** |

## SECOND INTERIM QUARTERLY FEE APPLICATION REQUEST OF LECG, LLC FOR APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CONSULTANTS TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF APRIL 1, 2005 THROUGH APRIL 30, 2005

LECG, LLC (the "Applicant"), consultants to the Official Committee of Asbestos Property Damage Claimants ("PD Committee") of the above-captioned debtors (the "Debtors") in this Court, hereby submits its second interim quarterly fee application request (the "Request") pursuant to 11 U.S.C. §§ 330 and 331 and in accordance with the Administrative Fee Order (defined below) for approval and allowance of compensation for services rendered and for reimbursement of expenses incurred in connection therewith, respectfully represents as follows:

### I. Introduction

1. Applicant, as consultants to the PD Committee, seeks (i) approval and allowance, pursuant to Section 331 of the Bankruptcy Code of compensation for the professional services rendered by Applicant as consultants for the PD Committee from April 1, 2005 through April 30, 2005 (the "Second Interim Quarterly Fee Period") in the aggregate amount of $334,915.50 representing 1281.9 hours of professional services and (ii) reimbursement of actual and necessary expenses incurred by the Applicant during the Second Interim Quarterly Fee Period in connection with the rendition of such professional services in the aggregate amount of $3,047.27.

2. This Court has jurisdiction over this application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## II. Background

3.  On April 2, 2001, each of the Debtors filed voluntary petitions for reorganization under Chapter 11 of the Bankruptcy Code. The Debtors continue to operate its business and manage their properties as a debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code. The Debtors' Chapter 11 cases have been procedurally consolidated and are being jointly administered. No trustee or examiner has been appointed in this case.

4.  On April 12, 2001, the United States Trustee formed the PD Committee. Thereafter, the PD Committee approved the retention of Bilzin Sumberg Baena Price & Axelrod LLP ("Bilzin") as its counsel.

5.  By order dated May 12, 2005, the Court authorized the PD Committee to retain the Applicant nunc pro tunc to February 17, 2005, pursuant to 11 U.S.C. §§ 1103 and 328, as consultants to the PD Committee in the Consolidated Cases.

6.  This is the Second interim quarterly fee application request that the Applicant has filed with the Court for an allowance of compensation and reimbursement of expenses for services rendered to the PD Committee. This application is submitted pursuant to the terms of the Administrative Order Under §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members approved by the Court on May 3, 2001 as amended by the Court's order of April 17, 2002 (collectively, the "Administrative Fee Order"). Previously, in accordance with the Administrative Fee Order, the Applicant has filed with the Court 3 Fee Applications that are the subject of this Request, which are summarized as follows:

| Date Filed | Period Covered | Fees Requested | Expenses Requested | Objections |
|---|---|---|---|---|
| 8/9/05 | 4/1/05 – 4/30/05 | $334,915.50 | $3,047.27 | N/A |
| **Totals** | | **$334,915.50** | **$3,047.27** | **N/A** |

7.  Applicant has received no payment and no promise for payment from any source for services rendered in connection with these cases. There is no agreement or understanding

between Applicant and any other person for the sharing of compensation to be received hereunder.

8. As stated in the Certification of Steven Wolf, Principal, attached hereto as Exhibit "A," all of the services for which compensation is sought herein were rendered for and on behalf of the PD Committee solely in connection with these cases.

### III. Summary of Services Rendered

9. In accordance with Local Rule 2016-2 dated December 12, 1996 and the Administrative Fee Order, and to assist the Court, the Debtors, the Trustee and other parties in interest in evaluating this Request, the primary services performed by Applicant during the First Interim Quarterly Fee Period are summarized in the Summary attached hereto as Exhibit "B." The summary reflects certain services of major importance which required the special attention, efforts and skill of Applicant. Applicant's services throughout the Second Interim Quarterly Fee Period have been valuable to the PD Committee in providing consultation.

10. In accordance with the Administrative Fee Order and the Local Rules, a summary sheet of the professionals and their corresponding names, years of experience, hourly rates and the number of hours incurred by each is set forth on Attachment B. The hourly rates reflect what Applicant generally charges its other clients for similar services. An itemization including identification of services performed by the professionals sorted by date and time keeper is attached hereto as Exhibit "C," which also contains a statement of Applicant's disbursements, necessarily incurred in the performance of Applicant's duties as consultants to the PD Committee.

### IV. Conclusion

11. Applicant has necessarily and properly expended 1,281.9 hours of services in the performance of its duties as consultants to the PD Committee during the Second Interim Quarterly Fee Period. Such services have a fair market value of $334,915.50. The work

involved and thus the time expended, was carefully assigned in light of the expertise required for each particular task.

12. In addition, Applicant incurred actual out-of-pocket expenses in connection with the rendition of services to the PD Committee in the sum of $3,047.27 for which it respectfully requests reimbursement in full.

13. Applicant has reviewed the requirements set forth in Local Rule 2016-2 and believes that this application for interim compensation complies therewith.

14. Applicant has made no prior application in this or any other Court for the relief sought herein.

WHEREFORE, Applicant respectfully requests pursuant to the Administrative Fee Order:  a) the approval and allowance, pursuant to section 331 of the Bankruptcy Code of compensation for professional services rendered to the PD Committee during the Second Interim Quarterly Fee Period of April 1, 2005 through April 30, 2005 in the amount of $334,915.50, b) the approval and allowance of Applicant's out-of-pocket expenses incurred in connection with the rendition of such services during the Second Interim Quarterly Fee Period of April 1, 2005 through April 30, 2005 in the amount of $3,047.27; and c) such other relief as the Court deems just.

Dated: November 9, 2005.

> BILZIN SUMBERG BAENA PRICE & AXELROD LLP
> Counsel to the Official Committee of Asbestos Property Damage Claimants
> 2500 Wachovia Financial Center
> 200 South Biscayne Boulevard
> Miami, Florida 33131-2385
> Telephone: (305) 374-7580
> Facsimile: (305) 374-7593
>
> By:___ /s/ Allyn S. Danzeisen_____
>     Scott L. Baena (Admitted Pro Hac Vice)
>     Allyn J. Danzeisen (Admitted Pro Hac Vice)