**EXHIBIT "B"**

# EXHIBIT "B"

## SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD
### April 1, 2005 through April 30, 2005 (1281.9 hours - $334,915.50)

During the Application Period, the Applicant was primarily engaged in the establishment of an expert consulting team a review of documents in connection with the property damage case management order and background materials. In addition, the Applicant implemented design and development of claims database, and presentation for same. The Applicant met with counsel to the PD Committee to discuss preliminary damages methodology and identification of important documentation required to conduct analysis. Further, the Applicant prepared an analysis of proof of claims files presented by the Debtors.