**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | Re: Docket Nos. 9876 & 9885 |
| | | Agenda Item No. 8 |

**CERTIFICATION OF COUNSEL REGARDING THE OFFICIAL COMMITTEE OF
ASBESTOS PERSONAL INJURY CLAIMANTS' MOTION FOR (I) CLARIFICATION,
OR ALTERNATIVELY (II) FOR MODIFICATION OF THE CASE MANAGEMENT
ORDER FOR THE ESTIMATION OF ASBESTOS PERSONAL INJURY LIABILITIES**

1.    On October 21, 2005, the Official Committee of Asbestos Personal Injury

Claimants (the "PI Committee") filed a motion for clarification, or alternatively, for modification

of the case management order for the estimation of asbestos personal injury liabilities (the "PI

CMO"). *See* Docket No. 9885. The PI Committee requested entry of ". . . an Order clarifying

that electronic or digital completion of responses to the Questionnaire, and the submission of

---

1    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

electronic copies of any documents requested to be attached to the Questionnaire (e.g. interrogatory answers, medical records) are authorized and that responses are not limited to the space provided."  Motion at ¶ 10.

2.     Prior to the October 24, 2005 omnibus hearing, the Debtors and the PI Committee resolved the issues raised in the motion, and addressed the relief requested by the PI Committee, by agreeing that in responding to the W.R. Grace Asbestos Personal Injury Questionnaire:

> Asbestos Personal Injury Claimants may take the Questionnaire, convert it to some form of electronic format (Microsoft Word is Rust's preferred format.  However, the Questionnaire may also be converted to  Wordperfect or other format which will allow responses to be typed in), respond to the questions (which may alter the length or pagination of the Questionnaire) and then either print out the completed Questionnaire or convert it into a PDF format when submitting it to Rust.  This will be acceptable as long as the order and substance of the Questions are not changed and the unique claimant number provided on the cover of the original packet is provided on any modified form and attachments.
>
> If the Questionnaire is provided to Rust in electronic form, the Claimant must still sign the Questionnaire, however, Claimant signatures may be provided in PDF format.
>
> Asbestos Personal Injury Claimants may provide the Questionnaire, Questionnaire responses and any documents attached to a Questionnaire to Rust in electronic format, such as a CD-Rom.

3.     The above language was read into the record at the October 24, 2005 omnibus hearing.

4.     The undersigned counsel hereby respectfully request entry of the order attached hereto to effectuate the terms of the agreement.

**ON BEHALF OF THE DEBTORS:**

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Jonathan Friedland
Salvatore Bianca
200 East Randolph Drive
Chicago, Illinois 60601
Telephone:  (312) 861-2000
Facsimile:   (312) 861-2200

Barbara Harding

David E. Mendelson (admission *pro hac vice* pending)
Brian T. Stansbury
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone:     (202) 879-5000
Facsimile:      (202) 879-5200

and

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.

____/S/ James O'Neill_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill, III (Bar No. 4042)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400

Co-Counsel for Debtors and Debtors in
Possession

**ON BEHALF OF THE PI COMMITTEE:**

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
399 Park Avenue, 36th Floor
New York, NY 10022
Telephone:     (212) 319-7125
Telefax:          (212) 644-6755

Peter Van N. Lockwood
Nathan D. Finch
Jeffrey A. Liesemer
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone:      (202) 862-5088
Telefax:        (202) 429-3301

and

CAMPBELL & LEVINE, LLC

<u>/S/ Mark Hurford</u>
Marla R. Eskin (Bar No. 2989)
Mark T. Hurford (Bar No. 3299)
800 N. King Street, Suite 300
Wilmington, DE 19801
Telephone:      (302) 426-1900
Telefax:        (302) 426-9947

Co-Counsel for the Official Committee
of Asbestos Personal Injury Claimants