**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | |
| | ) | Case no. 01-01139 (JFK) |
| W.R. GRACE & CO., *et al.*, | ) | Jointly Administered |
| | ) | Re: Docket Nos. 9876, 9885 & 9301 |
| Debtors | ) | 11/14/05 Agenda Item No. 8 |
| | ) | |

## ORDER CLARIFYING THE CASE MANAGEMENT ORDER FOR THE ESTIMATION OF ASBESTOS PERSONAL INJURY LIABILITIES

Upon consideration of the Motion of the Official Committee of Asbestos Personal Injury Claimants (the "PI Committee") for (i) Clarification, or (ii) Alternatively, for Modification, of Case Management Order for the Estimation of Personal Injury Liabilities; Debtors' Opposition thereto, all relevant papers and filings, and all argument on the Motion;

IT IS HEREBY ORDERED on this _____ day of _____, 2005 that the Case Management Order for the Estimation of Asbestos Personal Injury Liabilities [Docket No. 9301] is hereby modified to incorporate the following:

>    Asbestos Personal Injury Claimants may take the Questionnaire, convert it to some form of electronic format (Microsoft Word is Rust's preferred format. However, the Questionnaire may also be converted to Word Perfect or other format which will allow responses to be typed in), respond to the questions (which may alter the length or pagination of the Questionnaire) and then either print out the completed Questionnaire or convert it into a PDF format when submitting it to Rust. This will be acceptable as long as the order and substance of the Questions are not changed and the unique claimant number provided on the cover of the original packet is provided on any modified form and attachments.

>    If the Questionnaire is provided to Rust in electronic form, the Claimant must still sign the Questionnaire, however, Claimant signatures may be provided in PDF format.

>    Asbestos Personal Injury Claimants may provide the Questionnaire, Questionnaire responses and any documents attached to a Questionnaire to Rust in electronic format, such as a CD-Rom.

IT IS HEREBY FURTHER ORDERED that the Motion of the Official Committee of Asbestos Personal Injury Claimants for (i) Clarification, or (ii) Alternatively, for Modification, of Case Management Order for the Estimation of Personal Injury Liabilities is **DENIED AS MOOT IN ALL OTHER RESPECTS**.

**SO ORDERED**

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge