UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., et al. | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER
## FOR PRO HAC VICE APPEARANCE

Kevin J. Mangan, Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Dale R. Cockrell, Esquire, of the law firm Christensen, Moore, Cockrell, Cummings & Axelberg, P.C., P.O. Box 7370, Kalispell, MT 59904 to represent the State of Montana. The admittee is admitted, practicing, and in good standing of the bar of the State of Montana.

_____
Kevin J. Mangan #3810
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, Delaware 19801
(302) 656-8162

Motion Granted.

BY THE COURT:

Dated:
_____
United States Bankruptcy Judge

Document #: 48509

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Montana and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court with receipt number of __14141__.

Dale R. Cockrell, Esquire
Christensen, Moore, Cockrell, Cummings &
Axelberg, P.C.
P.O. Box 7370
Kalispell, MT 59904
(406) 751-6003

Document #: 48509