# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: September 23, 2005 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

### SUMMARY OF APPLICATION OF REED SMITH LLP
### FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
### EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE
### COUNSEL TO DEBTORS FOR THE FORTY-NINTH MONTHLY INTERIM
### PERIOD FROM JULY 1, 2005 THROUGH JULY 31, 2005

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | July 19, 2001, effective as of April 2, 2001 |
| Period for which compensation and reimbursement is sought: | July 1, 2005 through July 31, 2005 |
| Amount of fees sought as actual, reasonable and necessary: | $67,024.00 |
| Amount of expenses sought as actual, reasonable and necessary | $4,443.37 |

This is an: __X__ monthly   ___ interim   ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |

| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the forty-ninth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 8 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $1,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 34 Years | Litigation | $525.00 | 3.30 | $1,732.50 |
| Lawrence E. Flatley | Partner | 30 Years | Litigation | $495.00 | .40 | $198.00 |
| Douglas E. Cameron | Partner | 21 Years | Litigation | $490.00 | 118.90 | $58,261.00 |
| Andrew J. Muha | Associate | 4 Years | Litigation | $260.00 | 6.80 | $1,768.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 12 Years | Bankruptcy | $175.00 | 1.00 | $175.00 |
| Maureen Atkinson | Paralegal | 29 Years | Litigation | $165.00 | 1.30 | $214.50 |
| Sharon A. Ament | Paralegal | 1 Year | Bankruptcy | $125.00 | 37.40 | $4,675.00 |

Total Fees:  $67,024.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation and Litigation Counseling | 96.30 | $45,985.00 |
| Travel – Nonworking | 3.20 | $1,568.00 |
| ZAI Science Trial | 3.90 | $1,683.50 |
| Fee Applications | 11.90 | $2,632.50 |
| Hearings | 53.80 | $15,155.00 |
| Montana Grand Jury Investigation | 0.00 | $0.00 |
| **Total:** | **169.10** | **$67,024.00** |

## EXPENSE SUMMARY

| Description | Litigation and Litigation Consulting | ZAI Science Trial |
|---|---|---|
| Telephone Expense | 3.75 | ---- |
| Duplicating/Printing/Scanning | 948.05 | 2.40 |
| Air Travel Expense | 15.00 | ---- |
| Transportation | 45.00 | ---- |
| Meal Expense | 1,728.20 | ---- |
| PACER | 8.24 | ---- |
| Mileage Expense | 147.42 | ---- |
| Courier Service – Outside | 455.85 | 8.06 |
| Binding Charge | 18.00 | ---- |
| Expense Advance | (86.10) | ---- |
| Outside Duplicating | 1,140.22 | ---- |
| General Expense (tips and corner protectors) | 9.28 | ---- |
| SUBTOTAL | $4,432.91 | $10.46 |
| TOTAL | | $4,443.37 |

Dated: August 31, 2005
       Wilmington, Delaware

REED SMITH LLP

By: /s/ Kurt F. Gwynne
    Kurt F. Gwynne (No. 3951)
    1201 Market Street, Suite 1500
    Wilmington, DE  19801
    Telephone:  (302) 778-7500
    Facsimile:  (302) 778-7575
    E-mail: kgwynne@reedsmith.com

      and

    James J. Restivo, Jr., Esquire
    Lawrence E. Flatley, Esquire
    Douglas E. Cameron, Esquire
    435 Sixth Avenue
    Pittsburgh, PA  15219
    Telephone:  412.288.3131
    Facsimile:  412.288.3063

    Special Asbestos Products Liability Defense
    Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1310351
One Town Center Road                     Invoice Date        08/26/05
Boca Raton, FL    33486                  Client Number       172573

========================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

    Fees                          45,985.00
    Expenses                           0.00

              TOTAL BALANCE DUE UPON RECEIPT        $45,985.00
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                              Invoice Number      1310351
One Town Center Road                         Invoice Date        08/26/05
Boca Raton, FL    33486                      Client Number        172573
                                             Matter Number         60026


=========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2005

| Date | Name | | Hours |
|------|------|---|------|
| 07/01/05 | Cameron | Multiple e-mails and responses relating to work on asbestos property damage estimation (1.4); review of consultant materials regarding same (0.7). | 2.10 |
| 07/05/05 | Flatley | Call with W. Sparks and follow-up e-mails | .40 |
| 07/06/05 | Atkinson | Review consultant files and summarize transcript per R. Finke request. | .60 |
| 07/06/05 | Cameron | Multiple e-mails regarding asbestos property damage estimation preparation work (0.9); prepare for and participate in conference call with R. Finke, K&E lawyers and consultant (1.3); multiple follow-up e-mails and calls (0.8). | 3.00 |
| 07/06/05 | Muha | E-mails to and from D. Cameron re: R. Finke's request for testimony given in West Virginia litigation. | .20 |

172573 W. R. Grace & Co.                          Invoice Number  1310351
60026  Litigation and Litigation Consulting       Page   2
       August 26, 2005


    Date   Name                                              Hours
  -------- -----------                                       -----

  07/07/05 Cameron        Multiple e-mails relating to         2.30
                          follow-up from July 6 call with
                          consultants (0.8); multiple
                          e-mails relating to July 7 call
                          with consultants (0.6); e-mails
                          and review of materials for July
                          11 meeting with R. Finke and
                          consultants (0.9).

  07/07/05 Muha           Review expert testimony (3.2) and    4.40
                          prepare memorandum (1.2)
                          summarizing trial testimony of
                          expert in West Virginia Public
                          Building Asbestos Litigation, per
                          request of R. Finke.

  07/07/05 Restivo        Review, note and discard             1.00
                          correspondence, emails, pleadings
                          for periods 6/22 to 7/7.

  07/08/05 Cameron        E-mails regarding issues relating    2.10
                          to asbestos property damage
                          estimation (0.8); e-mails with
                          consultants regarding same (0.4);
                          review materials for 7/11 meeting
                          (0.9).

  07/08/05 Restivo        Review new material and telephone     .50
                          call with W. Sparks.

  07/10/05 Cameron        Review materials received from R.    3.10
                          Finke and K&E lawyers over past
                          few days relating to asbestos
                          property damage estimation (1.4);
                          prepare and review materials for
                          7/11 meeting with R. Finke and
                          consultants (1.7).

  07/11/05 Cameron        Prepare for meeting with R. Fine,    6.90
                          K&E and consultants (0.9); meet
                          with R. Finke regarding status of
                          Asbestos PD estimation matter
                          (0.8); attend meeting with R.
                          Finke, consultants and K&E lawyers
                          (3.2); follow-up meeting with R.
                          Finke and consultant (1.2); review
                          CMO materials from R. Finke (0.6);
                          review summary memo from R. Finke
                          (0.2).

172573 W. R. Grace & Co.                          Invoice Number  1310351
60026  Litigation and Litigation Consulting       Page    3
       August 26, 2005

| Date | Name | | Hours |
| ---- | ---- | ---- | ---- |
| 07/12/05 | Cameron | Review materials and notes from 7/11 meeting with consultants (0.9); review materials from R. Finke relating to CMOs and 7/19 hearing (1.6); telephone call with R. Finke regarding same (0.3); review materials and e-mails relating to product ID issues (1.2); meet with J. Restivo regarding 7/19 hearings (0.3); review materials relating to removal cost issues (1.1); review materials from R. Finke relating to medical issues (0.3). | 5.70 |
| 07/12/05 | Lord | Update 2002 service list. | .10 |
| 07/13/05 | Cameron | Review of consultant file materials in preparation for call regarding analytical work (1.4); review materials for call concerning historical research (0.9); multiple e-mails regarding consultant work (0.6); review CMO issues and e-mails regarding same (0.9); review notes of meeting for open issues and call to consultant (0.3). | 4.10 |
| 07/14/05 | Cameron | E-mails regarding consultant analysis (0.5); review work product materials for 7/15 call with consultants and K&E (1.3); review materials relating to CMOs (1.2); review K&E information requests (0.9). | 3.90 |
| 07/15/05 | Cameron | Telephone call and e-mail with consultant regarding status of research (0.4); telephone call with consultant regarding status of analysis and logistics for call (0.4); review preliminary work product (0.9). | 1.70 |

```
172573  W. R. Grace & Co.                    Invoice Number  1310351
60026   Litigation and Litigation Consulting  Page    4
        August 26, 2005
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 07/17/05 | Cameron | Review consultant meeting materials and preparation of summary. | .90 |
| 07/18/05 | Cameron | Prepare for and participate in telephone call with J. Friedland (K&E) and consultants (1.4); follow-up review of outstanding issues (0.9). | 2.30 |
| 07/19/05 | Cameron | Attend to issues relating to asbestos property damage estimation and experts relating to same (1.7); review summaries and work product from K&E (0.8). | 2.50 |
| 07/20/05 | Cameron | Attend to issues relating to task lists for asbestos property damage estimation (0.9); review of materials for discussions with consultants (2.5). | 3.40 |
| 07/21/05 | Cameron | Multiple telephone calls with consultants regarding issues relating to property damage estimation (0.7); e-mails with K&E and W. R. Grace regarding same (0.8); review of claim form issues (1.3); e-mails regarding mediation for bodily injury estimation (1.2); review of materials relating to constructive notice (0.9). | 4.90 |
| 07/21/05 | Restivo | Review of new pleadings and emails. | .80 |
| 07/22/05 | Cameron | Additional review of materials from K&E and emails relating to asbestos personal injury estimation (1.30); review research and related issues for constructive notice (1.30); review files and testimony relating to same (.90); review materials relating to product ID issues (1.40); review issues relating to various Gateway objections (.60). | 5.50 |

172573  W. R. Grace & Co.                          Invoice Number  1310351
60026   Litigation and Litigation Consulting       Page    5
        August 26, 2005

    Date    Name                                                Hours
    -------- -----------                                        -----


07/23/05 Cameron        Emails relating to constructive         3.10
                        notice issues (.50); review legal
                        and factual research re: same
                        (.90); review material for expert
                        disclosures (.80); review product
                        ID materials for objections (.90).

07/24/05 Cameron        Continued review of product ID          2.60
                        materials and work product from
                        K&E (1.10); review research re:
                        constructive notice (.60); review
                        research re:  statute of
                        limitations issues (.90).

07/25/05 Cameron        Telephone call to consultant re:        4.40
                        asbestos property damage
                        estimation issues (.40); emails
                        re:  same (.30); review draft PD
                        Estimation CMO and open issues for
                        tasks to be performed (1.20);
                        review of materials received from
                        R. Finke and K&E re:  product ID
                        analysis and objections (1.60);
                        review notes of calls with
                        consultants and banking materials
                        re:  same (.90).

07/26/05 Cameron        Detailed review of product ID           6.40
                        materials and prior expert
                        disclosures relating to same
                        (1.30); review of statute of
                        limitations legal research
                        materials (1.80); review of
                        constructive notice research
                        materials and prior expert
                        testimony (1.90); review prior
                        testimony re:  removal costs and
                        related analysis (1.40).

07/27/05 Cameron        Review materials from K&E relating      5.10
                        to Gateway objections and outline
                        for same (1.4); multiple e-mails
                        regarding same (0.3); review
                        materials relating to statute of
                        limitations and constructive
                        notice (1.3); review product ID
                        spread sheets and prepare overview
                        (1.9); e-mails relating to
                        planning issues (0.2).

```
172573 W. R. Grace & Co.                          Invoice Number  1310351
 60026  Litigation and Litigation Consulting       Page   6
        August 26, 2005
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 07/28/05 | Cameron | Review materials relating to nullum tempus and statute of limitations issues (0.9); e-mails regarding same (0.4); review product ID materials (1.1). | 2.40 |
| 07/29/05 | Cameron | Multiple e-mails from R. Finke regarding property damage issues (0.4); telephone call with R. Finke (0.5); review of additional materials from K&E relating to property damage estimation and objections (1.4). | 2.30 |
| 07/30/05 | Cameron | Review materials from R. Finke (1.1); prepare for calls and e-mails relating to product ID issues (0.9); review materials from K&E regarding Gateway objections and statute of limitations (1.4). | 3.40 |
| 07/31/05 | Cameron | Work on product ID materials for telephone call with R. Finke (1.3); attend to issues raised by K&E relating to Gateway objections and statute of limitations (1.7); review research relating to same (1.2). | 4.20 |

```
                                                      ------
                                    TOTAL HOURS        96.30
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| James J. Restivo Jr. | 2.30 | at | $ 525.00 | = | 1,207.50 |
| Lawrence E. Flatley | 0.40 | at | $ 495.00 | = | 198.00 |
| Douglas E. Cameron | 88.30 | at | $ 490.00 | = | 43,267.00 |
| Andrew J. Muha | 4.60 | at | $ 260.00 | = | 1,196.00 |
| John B. Lord | 0.10 | at | $ 175.00 | = | 17.50 |
| Maureen L. Atkinson | 0.60 | at | $ 165.00 | = | 99.00 |

```
                    CURRENT FEES                        45,985.00

                                                     ------------
             TOTAL BALANCE DUE UPON RECEIPT           $45,985.00
                                                     ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                             Invoice Number      1310352
5400 Broken Sound Blvd., N.W.           Invoice Date      08/26/05
Boca Raton, FL 33487                    Client Number       172573


================================================================================

Re: W. R. Grace & Co.


(60027)  Travel-Nonworking

    Fees                          1,568.00
    Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $1,568.00
                                                         =============

```
                            REED SMITH LLP
                            PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number    1310352
5400 Broken Sound Blvd., N.W.            Invoice Date      08/26/05
Boca Raton, FL 33487                     Client Number      172573
                                         Matter Number       60027
```

===============================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2005

```
   Date   Name                                           Hours
-------- -----------                                     -----

07/11/05 Cameron        Business travel to Baltimore from   3.20
                        Pittsburgh, and return trip,
                        including time spent waiting in
                        Pittsburgh and Baltimore airports
                        (one-half time).

                                                        ------
                                        TOTAL HOURS      3.20
```

```
TIME SUMMARY            Hours        Rate         Value
------------------------ -------------------      -------
Douglas E. Cameron       3.20  at  $  490.00  =   1,568.00

                        CURRENT FEES                          1,568.00

                                                         ------------
                        TOTAL BALANCE DUE UPON RECEIPT       $1,568.00
                                                         ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1310407
5400 Broken Sound Blvd., N.W.            Invoice Date      08/26/05
Boca Raton, FL 33487                     Client Number       172573



========================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

       Fees                          1,683.50
       Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $1,683.50
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W. R. Grace | Invoice Number    1310407 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date      08/26/05 |
| Boca Raton, FL 33487 | Client Number      172573 |
| | Matter Number      60028 |

==================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2005

| Date | Name | | Hours |
|------|------|---|-------|
| | | | ----- |
| 07/01/05 | Atkinson | Review DVDs of ZAI simulations attached to November 2004 Stipulation, per request of K&E. | .30 |
| 07/05/05 | Atkinson | Review files for disks/materials submitted to Court on November 19, 2004, referenced in Stipulation to Supplement ZA1 Science Trial S.J. Record, per K&E request. | .40 |
| 07/10/05 | Cameron | Review letter and materials regarding Canadian claims. | .90 |
| 07/12/05 | Cameron | Review materials relating to Canadian claims and government issues (0.9); review ZAI CMO materials (0.7). | 1.60 |
| 07/29/05 | Cameron | E-mails from R. Finke regarding Canadian claims. | .70 |

```
                                        ------
                          TOTAL HOURS    3.90
```

```
172573 W. R. Grace & Co.                    Invoice Number   1310407
60028  ZAI Science Trial                    Page    2
       August 26, 2005
```

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Douglas E. Cameron | 3.20 at $ 490.00 = | | 1,568.00 |
| Maureen L. Atkinson | 0.70 at $ 165.00 = | | 115.50 |
| | | CURRENT FEES | 1,683.50 |
| | | | ------------ |
| | | TOTAL BALANCE DUE UPON RECEIPT | $1,683.50 |
| | | | ============ |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W. R. Grace | Invoice Number | 1310354 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date | 08/26/05 |
| Boca Raton, FL 33487 | Client Number | 172573 |


=========================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

| Fees | 2,632.50 |
| Expenses | 0.00 |

TOTAL BALANCE DUE UPON RECEIPT        $2,632.50
==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number      1310354
5400 Broken Sound Blvd., N.W.            Invoice Date      08/26/05
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number        60029

========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2005

| Date | Name | | Hours |
|------|------|------|-------|
| 07/07/05 | Ament | Meet with A. Muha re: fee application chart (.10); update chart & e-mail to D. Cameron (.20) | .30 |
| 07/18/05 | Cameron | Review and revise June monthly fee application materials. | .90 |
| 07/18/05 | Lord | Research and respond to A. Muha re: disbursements and fee auditor's inquiry into same. | .30 |
| 07/18/05 | Muha | Review revisions and e-mail responses from team members re: fee and expense detail for June 2005 monthly fee application. | .90 |
| 07/20/05 | Muha | Additional review and revisions to June 2005 monthly fee and expense details. | .40 |
| 07/21/05 | Cameron | Review and revise June monthly fee application materials. | .80 |
| 07/21/05 | Muha | Review dockets for fee application and CNO information re: 15th quarterly and March, April month applications (0.2); draft e-mail to D. Cameron re: same (0.2). | .40 |
| 07/25/05 | Cameron | Final comments on June monthly fee application. | .50 |

172573 W. R. Grace & Co.                          Invoice Number   1310354
60029  Fee Applications-Applicant                 Page    2
       August 26, 2005

| Date | Name | | Hours |
| -------- | ----------- | --- | ----- |
| 07/25/05 | Muha | Attend to questions from D. Cameron re: monthly application. | .20 |
| 07/26/05 | Lord | Research docket and prepare CNO for May fee application (.2); e-file and perfect service for same (.3); prepare correspondence to Grace re: same (.1). | .60 |
| 07/27/05 | Ament | E-mails with A. Muha & C. Gadsden re: category summaries for June bills (.20); review June fee and expense details and verify fees & expenses (.90); prepare spreadsheet of fees & expenses (1.0); format fee and expense details for electronic filing (.50). | 2.60 |
| 07/28/05 | Ament | Obtain April, May & June bills & begin drafting summary for 17th quarterly fee application (1.0); e-mails with C. Gadsden re: invoices (.10);  draft summary materials for 48th monthly fee application (1.0);  complete formatting of invoices (.60). | 2.70 |
| 07/29/05 | Ament | Meet with A. Muha re: 48th monthly fee application (.10); finalize fee application & invoices (.30) e-mail same to J. Lord for DE filing (.10);  revisions to summary re: 17th quarterly fee application (.20);  begin drafting narrative for same (.30). | 1.00 |
| 07/29/05 | Muha | Final review/revisions to June 2005 monthly application. | .30 |

                                              ------
                              TOTAL HOURS     11.90

172573 W. R. Grace & Co.                          Invoice Number   1310354
60029  Fee Applications-Applicant                 Page    3
       August 26, 2005

```
TIME SUMMARY                 Hours         Rate          Value
------------------------    ---------------------       -------
Douglas E. Cameron           2.20   at  $  490.00  =    1,078.00
Andrew J. Muha               2.20   at  $  260.00  =      572.00
John B. Lord                 0.90   at  $  175.00  =      157.50
Sharon A. Ament              6.60   at  $  125.00  =      825.00

                             CURRENT FEES                          2,632.50


                                                            ------------
                             TOTAL BALANCE DUE UPON RECEIPT     $2,632.50
                                                            ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R Grace & Co. | Invoice Number | 1310355 |
| One Town Center Road | Invoice Date | 08/26/05 |
| Boca Raton, FL   33486 | Client Number | 172573 |

===============================================================================

Re: W. R. Grace & Co.


(60030)  Hearings

| | | |
|---|---|---|
| Fees | 15,155.00 | |
| Expenses | 0.00 | |
| | TOTAL BALANCE DUE UPON RECEIPT | $15,155.00 |
| | | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1310355
One Town Center Road                     Invoice Date       08/26/05
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60030

================================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2005

| Date | Name | | Hours |
|------|------|---|-------|
| 07/13/05 | Ament | Meet with D. Cameron re: coordinating K&E trial preparation (.20) and e-mails re: same (.30). | .30 |
| 07/13/05 | Cameron | Review materials for 7/19 hearing (1.4); e-mails regarding same (0.4); meet with S. Ament regarding logistical issues and e-mails regarding same (0.3). | 2.10 |
| 07/14/05 | Ament | Telephone calls & e-mails with J. Strohl re: trial preparation (.30); telephone calls with R. Baker of Judge Fitzgerald's office re: electronic courtroom equipment (.20); telephone call and e-mails with C. Miller re: tech support (.20); telephone call and e-mail to B. Steinmiller re: Saturday delivery of trial materials (.10); e-mail and telephone call to L. Mignogna re: meal options for trial team (.10); e-mails with F. Aul re: printing capabilities & other misc. tech support issues (.10). | 1.00 |
| 07/14/05 | Cameron | Review materials for hearing preparation and e-mails regarding same (1.3); address logistical issues (0.5). | 1.80 |

172573 W. R. Grace & Co.                          Invoice Number  1310355
60030  Hearings                                   Page    2
       August 26, 2005


   Date   Name                                                    Hours
 -------- ----------                                              -----

 07/15/05 Ament          E-mails & telephone calls with J.        5.00
                         Strohl re: trial preparation
                         (1.0); e-mails & telephone calls
                         with W. Thomas re: tech support
                         for same (1.0); meetings, e-mails
                         & telephone calls to coordinate
                         tech support, secretarial
                         assistance, meal plans, etc. for
                         trial team (2.5); e-mails &
                         telephone calls with R. Baker of
                         Judge Fitzgerald's office re:
                         logistics of trial (.50).

 07/15/05 Cameron        Review briefs relating to CMO            4.10
                         issues and multiple e-mails
                         regarding same (3.4);
                         communications with S. Ament
                         regarding logistics for hearing
                         (0.7).

 07/16/05 Ament          Telephone calls with J. Strohl re:        .50
                         trial exhibits.

 07/16/05 Cameron        Continued review of briefs and           2.30
                         issues relating to hearing
                         preparation (1.8); e-mails
                         regarding same (0.5).

 07/17/05 Ament          E-mails, telephone calls & meet          4.50
                         with J. Strohl, W. Thomas, A.
                         Johnson & M. Mortell re: logistics
                         of trial (2.6) & assist with setup
                         re: trial preparation (1.9).

 07/17/05 Cameron        Review recent filings and               2.90
                         responses and attend to hearing
                         issues (2.1); e-mails with K&E
                         lawyers regarding same (0.8).

 07/18/05 Ament          E-mails, telephone calls &             11.30
                         meetings with W. Thomas & Reed
                         Smith Systems, Support & Telecom
                         Departments re: technical support
                         for trial team (1.0); telephone
                         calls with W. Kennelly re:
                         Courtroom A (.20); assist K&E with
                         setup re: trial preparation (1.0);
                         obtain redlined version of Federal
                         Bankruptcy Code (.20); provide J.

172573 W. R. Grace & Co.                          Invoice Number  1310355
60030  Hearings                                   Page    3
       August 26, 2005


   Date   Name                                          Hours
   ------- -----------                                  -----

                        Strohl with copies of Federal
                        Bankruptcy Code and redlined
                        version and discuss changes to
                        code (.20);  meet with J. Strohl
                        re: trial exhibits (.20);  meet
                        with B. Steinmiller re: delivery
                        of trial materials to Courtroom
                        (.20);  meet with A. Johnson re:
                        printing issues re: exhibits
                        (.10);  work with A. Johnson re:
                        distributing exhibits to trial
                        team (.50);  meet with J. Strohl
                        re: Courtroom setup and trial
                        materials (.20);  e-mails and meet
                        with B. Steinmiller re: logistics
                        of same (.30);  e-mails and meet
                        with W. Thomas re: Courtroom Elmo
                        (.80);  e-mails and meet with A.
                        Johnson re: additional materials
                        needed for trial team and
                        telephone calls to coordinate same
                        (1.5);  assist trial team with
                        various trial preparation issues
                        (2.0);  meet with K. Murphy in
                        Judge Fitzgerald's Courtroom re:
                        setup for trial (.80);  telephone
                        calls and meet with W. Kennelly
                        re: logistics of trial (.20);
                        telephone calls with various Reed
                        Smith departments to coordinate
                        same (.30); telephone call to ACBA
                        Video (.10);  telephone calls with
                        L. Koggins re: Courtroom setup
                        (.20);  assist K&E with various
                        printing issues re: trial exhibits
                        (1.30).

07/18/05 Cameron        Attend to various hearing issues        3.20
                        and review of materials relating
                        to same (1.4); meet with Grace
                        in-house lawyers regarding hearing
                        issues (1.8).

```
172573 W. R. Grace & Co.                    Invoice Number  1310355
60030  Hearings                             Page   4
       August 26, 2005
    Date   Name                                            Hours
 -------- -----------                                      -----


07/18/05 Restivo        Review of new pleadings re:         1.00
                        omnibus hearing.

07/19/05 Ament          Coordinate return of trial          6.50
                        materials from Courtroom & assist
                        trial team with various issues re:
                        return to Chicago (2.6);  assist
                        J. Strohl and A. Johnson re: final
                        trial details (1.9);  e-mails and
                        telephone calls re: same (.30);
                        assist trial team with Courtroom
                        setup and attend trial (1.70).

07/19/05 Cameron        Prepare for and attend portion of   4.70
                        hearing relating to asbestos
                        property damage estimates and ZAI
                        claims CMOs (3.9); meet with Grace
                        counsel following hearing (0.8).

07/20/05 Ament          E-mails & telephone calls to        1.00
                        coordinate return of remaining
                        trial materials to Kirkland & Ellis.

07/20/05 Cameron        Follow-up with respect to hearing    .90
                        issues.

07/21/05 Ament          E-mails & telephone calls with J.    .70
                        Strohl & B. Steinmiller re: UPS
                        shipment of exhibit board & damage
                        of same (.50);  e-mails and
                        telephone calls re: delivery of
                        trial documents to K&E (.20).

                                                           ------
                                    TOTAL HOURS             53.80


TIME SUMMARY            Hours          Rate         Value
------------------      ------      ----------      -------
James J. Restivo Jr.     1.00 at  $  525.00  =        525.00
Douglas E. Cameron      22.00 at  $  490.00  =     10,780.00
Sharon A. Ament         30.80 at  $  125.00  =      3,850.00

                        CURRENT FEES                      15,155.00


                                                     ------------
         TOTAL BALANCE DUE UPON RECEIPT              $15,155.00
                                                     ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1310406
One Town Center Road                     Invoice Date      08/26/05
Boca Raton, FL    33486                  Client Number      172573

================================================================================
Re: W. R. Grace & Co.
(60026)  Litigation and Litigation Consulting
    Fees                              0.00
    Expenses                      4,432.91
                    TOTAL BALANCE DUE UPON RECEIPT         $4,432.91
                                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co. | Invoice Number    1310406 |
| One Town Center Road | Invoice Date      08/26/05 |
| Boca Raton, FL   33486 | Client Number      172573 |
| | Matter Number       60026 |

=================================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Binding Charge | 18.00 |
| Telephone Expense | 3.75 |
| PACER | 8.24 |
| Duplicating/Printing/Scanning | 948.05 |
| Courier Service - Outside | 455.85 |
| Outside Duplicating | 1,140.22 |
| Transportation | 45.00 |
| Air Travel Expense | 15.00 |
| Mileage Expense | 147.42 |
| Meal Expense | 1,728.20 |
| General Expense | 9.28 |
| Expense Advance | (86.10) |

CURRENT EXPENSES                          4,432.91
                                          --------------
TOTAL BALANCE DUE UPON RECEIPT            $4,432.91
                                          ==============

REED SMITH LLP

PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

```
W.R Grace & Co.                          Invoice Number    1310406
One Town Center Road                     Invoice Date    08/26/05
Boca Raton, FL   33486                   Client Number      172573
                                         Matter Number       60026
```
=================================================================
Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 06/27/05 | PACER--ELECTRONIC DOCKET RETRIEVAL CHARGES. | 8.24 |
| 07/05/05 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to Tiffany Wood, Kirkland & Ellis LLP (CHICAGO IL 60601). | 8.74 |
| 07/06/05 | Duplicating/Printing/Scanning ATTY # 0856; 226 COPIES | 33.90 |
| 07/06/05 | Duplicating/Printing/Scanning ATTY # 0856; 764 COPIES | 114.60 |
| 07/06/05 | Duplicating/Printing/Scanning ATTY # 4810; 34 COPIES | 5.10 |
| 07/06/05 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to Richard E. Finke, Esq., W.R. Grace & Co. (COLUMBIA MD 21044). | 10.77 |
| 07/06/05 | Binding Charge | 18.00 |
| 07/07/05 | Duplicating/Printing/Scanning ATTY # 0856; 278 COPIES | 41.70 |
| 07/07/05 | Duplicating/Printing/Scanning ATTY # 0710: 9 COPIES | 1.35 |
| 07/07/05 | Duplicating/Printing/Scanning ATTY # 0559; 8 COPIES | 1.20 |
| 07/07/05 | Duplicating/Printing/Scanning ATTY # 0559; 9 COPIES | 1.35 |

172573  W. R. Grace & Co.                          Invoice Number  1310406
60026   Litigation and Litigation Consulting       Page    2
        August 26, 2005

| | | |
|---|---|---|
| 07/07/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 8 COPIES | 1.20 |
| 07/12/05 | Outside Duplicating - - VENDOR: IKON OFFICE<br>SOLUTIONS,  COPYING INC. | 63.10 |
| 07/12/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 160 COPIES | 24.00 |
| 07/13/05 | Meal Expense - - DOUGLAS E. CAMERON TRIP TO<br>BALTIMORE, MD FOR MEETINGS WITH R. FINKE, K&E<br>AND CONSULTANTS, 7/11/05. | 7.00 |
| 07/13/05 | Air Travel Expense- DOUGLAS E. CAMERON TRIP TO<br>BALTIMORE, MD FOR MEETINGS WITH R. FINKE, K&E<br>AND CONSULTANTS, 7/11/05. | 15.00 |
| 07/13/05 | Mileage Expense- DOUGLAS E. CAMERON TRIP TO<br>BALTIMORE, MD FOR MEETINGS WITH R. FINKE, K&E<br>AND CONSULTANTS, 7/11/05. | 18.63 |
| 07/13/05 | Transportation-DOUGLAS E. CAMERON PARKING -<br>TRIP TO BALTIMORE, MD FOR MEETINGS WITH R.<br>FINKE, K&E AND CONSULTANTS, 7/11/05. | 17.00 |
| 07/13/05 | General Expense-<br>TIPS FOR DOUGLAS E. CAMERON TRIP TO BALTIMORE,<br>MD FOR MEETINGS WITH R. FINKE, K&E AND<br>CONSULTANTS, 7/11/05. | 5.00 |
| 07/15/05 | Telephone Expense<br>518-283-7671/TROY, NY/4 | .15 |
| 07/17/05 | Duplicating/Printing/Scanning<br>ATTY # 4810; 4 COPIES | .60 |
| 07/17/05 | Duplicating/Printing/Scanning<br>ATTY # 4810; 20 COPIES | 3.00 |
| 07/17/05 | Duplicating/Printing/Scanning<br>ATTY # 4810; 18 COPIES | 2.70 |
| 07/17/05 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPIES | .15 |
| 07/18/05 | Meal Expense - - THE COVENTRY DELI-VARIOUS<br>SNACK AND LIGHT MEAL ITEMS FOR ATTORNEYS DURING<br>PREPARATION FOR 8 DURING MEETING AMONG GRACE<br>IN-HOUSE ATTORNEYS AND WITNESS AT REEDSMITH<br>PHILADELPHIA OFFICE, 7/14/05. | 98.09 |

172573  W. R. Grace & Co.                           Invoice Number  1310406
60026   Litigation and Litigation Consulting        Page    3
        August 26, 2005


| Date | Description | Amount |
|---|---|---|
| 07/18/05 | Telephone Expense<br>312-861-8754/CHICAGO, IL/55 | 2.75 |
| 07/18/05 | Telephone Expense<br>917-319-2202/NEW YORK, NY/5 | .25 |
| 07/18/05 | Duplicating/Printing/Scanning<br>ATTY # 4810; 108 COPIES | 16.20 |
| 07/18/05 | Duplicating/Printing/Scanning<br>ATTY # 4810; 392 COPIES | 392.00 |
| 07/18/05 | Duplicating/Printing/Scanning<br>ATTY # 0887: 6 COPIES | .90 |
| 07/18/05 | W R GRACE #441207  7/18/05 LOCKBOX<br>UNIDENTIFIED PYMT | -86.10 |
| 07/19/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 11 COPIES | 1.65 |
| 07/19/05 | Duplicating/Printing/Scanning<br>ATTY # 0887; 2 COPIES | .30 |
| 07/19/05 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2006 COPIES | 300.90 |
| 07/19/05 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Douglas Cameron, Reed<br>Smith LLP - Pittsburgh to Michelle H. Browdy,<br>Kirkland & Ellis LLP (CHICAGO IL 60601). | 161.51 |
| 07/20/05 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from S. Ament    to JAMIE<br>STROHL, KIRKLAND & ELLIS LLP (CHICAGO IL<br>60601). | 4.72 |
| 07/20/05 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from S. Ament    to JAMIE<br>STROHL, KIRKLAND & ELLIS LLP (CHICAGO IL<br>60601). | 9.22 |
| 07/20/05 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from S. Ament    to JAMIE<br>STROHL, KIRKLAND & ELLIS LLP (CHICAGO IL<br>60601). | 9.22 |
| 07/20/05 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from S. Ament    to JAMIE<br>STROHL, KIRKLAND & ELLIS LLP (CHICAGO IL<br>60601). | 7.36 |

172573  W. R. Grace & Co.                          Invoice Number  1310406
60026  Litigation and Litigation Consulting        Page   4
        August 26, 2005


07/20/05    Courier Service - Outside Courier Service -          4.41
            00843 UPS - Shipped from S. Ament    to JAMIE
            STROHL, KIRKLAND & ELLIS LLP (CHICAGO IL
            60601).

07/20/05    Courier Service - Outside Courier Service -          4.41
            00843 UPS - Shipped from S. Ament    to JAMIE
            STROHL, KIRKLAND & ELLIS LLP (CHICAGO IL
            60601).

07/20/05    Courier Service - Outside Courier Service -          6.47
            00843 UPS - Shipped from S. Ament    to JAMIE
            STROHL, KIRKLAND & ELLIS LLP (CHICAGO IL
            60601).

07/20/05    Courier Service - Outside Courier Service -         16.29
            00843 UPS - Shipped from S. Ament    to JAMIE
            STROHL, KIRKLAND & ELLIS LLP (CHICAGO IL
            60601).

07/20/05    Courier Service - Outside Courier Service -         33.34
            00843 UPS - Shipped from S. Ament    to JAMIE
            STROHL, KIRKLAND & ELLIS LLP (CHICAGO IL
            60601).

07/20/05    Courier Service - Outside Courier Service -         20.06
            00843 UPS - Shipped from S. Ament    to JAMIE
            STROHL, KIRKLAND & ELLIS LLP (CHICAGO IL
            60601).

07/20/05    Courier Service - Outside Courier Service -         20.06
            00843 UPS - Shipped from S. Ament    to JAMIE
            STROHL, KIRKLAND & ELLIS LLP (CHICAGO IL
            60601).

07/20/05    Courier Service - Outside Courier Service -         38.86
            00843 UPS - Shipped from S. Ament    to JAMIE
            STROHL, KIRKLAND & ELLIS LLP (CHICAGO IL
            60601).

07/20/05    Courier Service - Outside Courier Service -         75.03
            00843 UPS - Shipped from S. Ament    to JAMIE
            STROHL, KIRKLAND & ELLIS LLP (CHICAGO IL
            60601).

07/20/05    Courier Service - Outside Courier Service -         12.69
            00843 UPS - Shipped from S. Ament    to JAMIE
            STROHL, KIRKLAND & ELLIS LLP (CHICAGO IL
            60601).

172573  W. R. Grace & Co.                              Invoice Number  1310406
60026   Litigation and Litigation Consulting           Page    5
        August 26, 2005

| Date | Description | Amount |
|---|---|---|
| 07/20/05 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from S. Ament   to JAMIE STROHL, KIRKLAND & ELLIS LLP (CHICAGO IL 60601). | 12.69 |
| 07/21/05 | General Expense - - VENDOR: LYNN L. JOHNSON 4 CORNER PROTECTORS | 4.28 |
| 07/21/05 | Mileage Expense - - TERESA A. MARTIN SECRETARIAL OVERTIME FOR  PREPARATION FOR HEARING IN WR GRACE CASE (7/18-7/19/05). | 48.60 |
| 07/21/05 | Transportation- TERESA A. MARTIN PARKING - SECRETARIAL OVERTIME FOR PREPARATION FOR HEARING IN WR GRACE CASE (7/18-7/19/05). | 28.00 |
| 07/21/05 | Mileage Expense - - VENDOR: SHARON AMENT TRAVEL EXPENSES - ASSIST K&E FOR 7/19/05 - HEARING | 80.19 |
| 07/21/05 | Meal Expense- DRINKS FOR TEAM OF LAWYERS AND STAFF FOR HEARING 7/19/05. | 32.00 |
| 07/21/05 | Telephone Expense 302-652-5340/WILMINGTON, DE/2 | .10 |
| 07/21/05 | Telephone Expense 410-827-7305/QUEENSTOWN, MD/2 | .10 |
| 07/21/05 | Telephone Expense 302-652-5340/WILMINGTON, DE/2 | .10 |
| 07/25/05 | Outside Duplicating - - IKON OFFICE SOLUTIONS, INC.-- COPYING AND POSTAGE FOR HARDCOPY SERVICE OF QUARTERLY FEE APPLICATION MATERIALS. | 1018.27 |
| 07/26/05 | Meal Expense -PANTRY ALLOCATION OF BREAKFAST ON 07/18/05. | 8.80 |
| 07/26/05 | Meal Expense- PANTRY ALLOCATION OF BREAKFAST ON 07/19/05. | 18.00 |
| 07/26/05 | Duplicating/Printing/Scanning ATTY # 0718; 14 COPIES | 2.10 |
| 07/27/05 | Meal Expense - - EADIES KITCHEN & MARKET--BREAKFAST FOR 15 ON 7/18/05 DURING PREPARATION FOR OMNIBUS HEARING. | 102.48 |
| 07/27/05 | Meal Expense - - VENDOR: MRC FOOD SERVICES--LUNCH AND DINNER  FOR 15 ATTORNEYS AT STAFF ON 7/19/05 DURING OMNIBUS HEARING. | 754.06 |

172573  W. R. Grace & Co.                          Invoice Number  1310406
60026   Litigation and Litigation Consulting       Page    6
        August 26, 2005

| | | |
|---|---|---|
| 07/27/05 | Meal Expense - -  MRC FOOD SERVICES BREAKFAST TRIAL FOR 20 ATTORNEYS, STAFF AND CLIENT REPS. ON 7/18/05 DURING OMNIBUS HEARING. | 482.17 |
| 07/27/05 | Meal Expense - - VENDOR: MRC FOOD SERVICES HEARING TRIAL FOR 15 ATTORNEYS AND STAFF ON 7/19/05. | 180.50 |
| 07/27/05 | Telephone Expense 518-283-7671/TROY, NY/6 | .30 |
| 07/28/05 | Meal Expense - -  JULY PANTRY ALLOCATION FOR WATER AND DRINKS IN PHILADELPHIA ON 7/14/05 FOR WITNESS MEETING. | 12.00 |
| 07/28/05 | Duplicating/Printing/Scanning ATTY # 4810; 20 COPIES | 3.00 |
| 07/28/05 | Duplicating/Printing/Scanning ATTY # 4810; 1 COPIES | .15 |
| 07/29/05 | Outside Duplicating - -  IKON OFFICE SOLUTIONS, INC. - CD & DVD DUPLICATION | 58.85 |
| 07/29/05 | Meal Expense- JULY PANTRY ALLOCATION FOR LUNCH HEARING ON 07/18/05. | 10.30 |
| 07/29/05 | Meal Expense- JULY PANTRY ALLOCATION FOR DINNER FOR HEARING ON 07/18/05. | 22.80 |

                        CURRENT EXPENSES                4,432.91
                                                   ------------

                        TOTAL BALANCE DUE UPON RECEIPT    $4,432.91
                                                   ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number        1310353
5400 Broken Sound Blvd., N.W.        Invoice Date        08/26/05
Boca Raton, FL 33487                 Client Number         172573


================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

    Fees                          0.00
    Expenses                     10.46

              TOTAL BALANCE DUE UPON RECEIPT         $10.46
                                              ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1310353
5400 Broken Sound Blvd., N.W.        Invoice Date      08/26/05
Boca Raton, FL 33487                 Client Number       172573
                                     Matter Number        60028


==============================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Duplicating/Printing/Scanning              2.40
        Courier Service - Outside                  8.06

                    CURRENT EXPENSES                              10.46
                                                        --------------

                    TOTAL BALANCE DUE UPON RECEIPT            $10.46
                                                        ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                                Invoice Number      1310353
5400 Broken Sound Blvd., N.W.              Invoice Date      08/26/05
Boca Raton, FL 33487                       Client Number       172573
                                           Matter Number        60028

==============================================================================

Re: (60028)  ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

06/17/05   Courier Service - UPS - Shipped from Douglas      8.06
           Cameron, Reed Smith LLP - Pittsburgh to
           Sciences International, Inc.

07/11/05   Duplicating/Printing/Scanning                     1.80
           ATTY # 0559; 12 COPIES

07/14/05   Duplicating/Printing/Scanning                      .15
           ATTY # 0559: 1 COPIES

07/14/05   Duplicating/Printing/Scanning                      .15
           ATTY # 0559: 1 COPIES

07/14/05   Duplicating/Printing/Scanning                      .15
           ATTY # 0559: 1 COPIES

07/18/05   Duplicating/Printing/Scanning                      .15
           ATTY # 0559: 1 COPIES

                        CURRENT EXPENSES              10.46
                                                ------------
               TOTAL BALANCE DUE UPON RECEIPT        $10.46
                                                ============