# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline:  October 21, 2005 at 4:00 p.m.**
**Hearing Date:  TBD only if necessary**

## SUMMARY OF APPLICATION OF REED SMITH LLP
## FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
## EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE
## COUNSEL TO DEBTORS FOR THE FIFTIETH MONTHLY INTERIM
## PERIOD FROM AUGUST 1, 2005 THROUGH AUGUST 31, 2005

Name of Applicant:                                    Reed Smith LLP

Authorized to Provide Professional Services to:  W. R. Grace & Co., *et al.*, Debtors and
                                                 Debtors-in-Possession

Date of Retention:                                   July 19, 2001, effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:                             August 1, 2005 through August 31, 2005

Amount of fees sought as actual,
reasonable and necessary:                            $85,391.00

Amount of expenses sought as actual,
reasonable and necessary                             $2,308.20

This is an:  X  monthly    _  interim    _  final application.

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |

| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the fiftieth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 10 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $2,000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 34 Years | Litigation | $525.00 | .50 | $262.50 |
| Douglas E. Cameron | Partner | 21 Years | Litigation | $490.00 | 164.40 | $80,556.00 |
| Andrew J. Muha | Associate | 4 Years | Litigation | $260.00 | 2.60 | $676.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 12 Years | Bankruptcy | $175.00 | 4.90 | $857.50 |
| Maureen Atkinson | Paralegal | 29 Years | Litigation | $165.00 | 3.30 | $544.50 |
| Sharon A. Ament | Paralegal | 1 Year | Bankruptcy | $125.00 | 11.10 | $1,387.50 |
| Katerina Van Doesum | Paralegal | 1 Year | Litigation | $135.00 | 8.20 | $1,107.00 |

Total Fees:  $85,391.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation and Litigation Counseling | 172.80 | $79,986.00 |
| Travel – Nonworking | 0.00 | $0.00 |
| ZAI Science Trial | 4.00 | $1,960.00 |
| Fee Applications | 18.20 | $3,445.00 |
| Hearings | 0.00 | $0.00 |
| Montana Grand Jury Investigation | 0.00 | $0.00 |
| **Total:** | **195.00** | **$85,391.00** |

**EXPENSE SUMMARY**

| Description | Litigation and Litigation Consulting | ZAI Science Trial |
|---|---:|---:|
| Telecopy Expense | ---- | 25.00 |
| Telephone Expense | 4.00 | 38.40 |
| Duplicating/Printing/Scanning | 238.05 | ---- |
| Transportation | ---- | ---- |
| Meal Expense | 277.17 | ---- |
| PACER | 56.40 | ---- |
| Filing Fees | 17.50 | ---- |
| Mileage Expense | ---- | ---- |
| Courier Service | 115.10 | ---- |
| Courier Service – Outside | 3.65 | ---- |
| Outside Duplicating | 818.35 | ---- |
| Postage Expense | 5.94 | ---- |
| Express Mail Service | 683.17 | ---- |
| General Expense (vendor expense for tabs) | 25.47 | ---- |
| SUBTOTAL | $2,244.80 | $63.40 |
| TOTAL | | **$2,308.20** |

Dated:  September 28, 2005
       Wilmington, Delaware

REED SMITH LLP

By: /s/ Kurt F. Gwynne
      Kurt F. Gwynne (No. 3951)
      1201 Market Street, Suite 1500
      Wilmington, DE  19801
      Telephone:  (302) 778-7500
      Facsimile: (302) 778-7575
      E-mail: kgwynne@reedsmith.com

      and

      James J. Restivo, Jr., Esquire
      Lawrence E. Flatley, Esquire
      Douglas E. Cameron, Esquire
      435 Sixth Avenue
      Pittsburgh, PA  15219
      Telephone:  (412) 288-3131
      Facsimile:  (412) 288-3063

      Special Asbestos Products Liability Defense
      Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1320023
One Town Center Road                     Invoice Date        09/22/05
Boca Raton, FL   33486                   Client Number        172573

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                                   0.00
    Expenses                           2,244.80

            TOTAL BALANCE DUE UPON RECEIPT          $2,244.80
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1320023 |
| Invoice Date | 09/22/05 |
| Client Number | 172573 |
| Matter Number | 60026 |

========================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Telephone Expense | 4.00 |
| PACER | 56.40 |
| Duplicating/Printing/Scanning | 238.05 |
| Postage Expense | 5.94 |
| Express Mail Service | 683.17 |
| Courier Service | 115.10 |
| Filing Fees | 17.50 |
| Courier Service - Outside | 3.65 |
| Outside Duplicating | 818.35 |
| Meal Expense | 277.17 |
| General Expense – Tabs for work<br>  materials in binder | 25.47 |

```
                    CURRENT EXPENSES              2,244.80
                                             --------------

            TOTAL BALANCE DUE UPON RECEIPT       $2,244.80
                                             ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1320023
One Town Center Road                     Invoice Date      09/22/05
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60026


==========================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 06/30/05 | PACER – Electronic docket retrieval charges for June 2005. | 17.52 |
| 07/20/05 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Douglas E. Cameron, Esq.,  to JAMIE STROHL, KIRKLAND & ELLIS LLP (CHICAGO IL 60601). | -4.41 |
| 07/31/05 | PACER--Electronic docket retrieval charges for July 2005. | 38.88 |
| 08/01/05 | Telephone Expense 410-531-4355/COLUMBIA, MD/2 | .10 |
| 08/02/05 | Duplicating/Printing/Scanning ATTY # 4810; 48 COPIES | 7.20 |
| 08/02/05 | Duplicating/Printing/Scanning ATTY # 0718; 220 COPIES | 33.00 |
| 08/02/05 | Postage Expense - Pleadings | 4.88 |
| 08/03/05 | Duplicating/Printing/Scanning ATTY # 4810; 3 COPIES | .45 |
| 08/04/05 | Duplicating/Printing/Scanning ATTY # 4810; 8 COPIES | 1.20 |
| 08/04/05 | Duplicating/Printing/Scanning ATTY # 4810; 92 COPIES | 13.80 |
| 08/04/05 | Duplicating/Printing/Scanning ATTY # 4810; 126 COPIES | 18.90 |

172573 W. R. Grace & Co.                          Invoice Number  1320023
60026  Litigation and Litigation Consulting       Page    2
       September 22, 2005


08/04/05    Duplicating/Printing/Scanning                         .15
            ATTY # 0559: 1 COPIES

08/09/05    Duplicating/Printing/Scanning                       48.00
            ATTY # 0718; 320 COPIES

08/09/05    Telephone Expense                                     .15
            312-498-5135/CHICAGO, IL/3

08/09/05    Duplicating/Printing/Scanning                        6.60
            ATTY # 0887: 44 COPIES

08/09/05    Duplicating/Printing/Scanning                        1.20
            ATTY # 0559: 8 COPIES

08/09/05    Duplicating/Printing/Scanning                        2.55
            ATTY # 0559: 17 COPIES

08/09/05    Duplicating/Printing/Scanning                        1.20
            ATTY # 0559: 8 COPIES

08/10/05    Telephone Expense                                     .35
            816-304-1567/KANSAS CITY, MO/7

08/11/05    Postage Expense                                      1.06
            Postage Expense: ATTY # 0559 User: MILLER, JASON

08/11/05    Telephone Expense                                     .15
            816-304-1567/KANSAS CITY, MO/3

08/11/05    Duplicating/Printing/Scanning                        1.80
            ATTY # 0559; 12 COPIES

08/11/05    Duplicating/Printing/Scanning                         .45
            ATTY # 0559; 3 COPIES

08/11/05    Duplicating/Printing/Scanning                         .45
            ATTY # 0559; 3 COPIES

08/11/05    Duplicating/Printing/Scanning                         .15
            ATTY # 0559: 1 COPIES

08/11/05    Duplicating/Printing/Scanning                         .15
            ATTY # 0559: 1 COPIES

08/11/05    Duplicating/Printing/Scanning                        2.40
            ATTY # 0559: 16 COPIES

08/11/05    Duplicating/Printing/Scanning                        1.20
            ATTY # 0559: 8 COPIES

172573  W. R. Grace & Co.                          Invoice Number  1320023
60026  Litigation and Litigation Consulting        Page   3
       September 22, 2005

| Date | Description | Amount |
|---|---|---|
| 08/11/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 16 COPIES | 2.40 |
| 08/12/05 | Telephone Expense<br>816-304-1567/KANSAS CITY, MO/4 | .20 |
| 08/12/05 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/4 | .20 |
| 08/12/05 | Telephone Expense<br>312-861-3295/CHICAGO, IL/3 | .10 |
| 08/12/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 2 COPIES | .30 |
| 08/12/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 200 COPIES | 30.00 |
| 08/12/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 64 COPIES | 9.60 |
| 08/12/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 7 COPIES | 1.05 |
| 08/12/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 08/12/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 4 COPIES | .60 |
| 08/12/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 08/12/05 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Maureen Atkinson, Reed<br>Smith LLP - Pittsburgh to Richard C. Finke,<br>Esq., W.R. Grace & Co. (COLUMBIA MD 21044). | 8.06 |
| 08/12/05 | Express Mail Service--Multiple boxes of<br>documents shipped to Kirkland & Ellis via<br>priority delivery at request of S. Bianca | 683.17 |
| 08/15/05 | Courier Service-Boxes of documents delivered<br>from witness to Reed Smith Philadelphia office. | 65.38 |
| 08/15/05 | Courier Service-Boxes of documents delivered<br>from witness to Reed Smith Philadelphia office. | 49.72 |
| 08/16/05 | Outside Duplicating - - Copying for service of<br>CNO on service list. | 63.10 |

172573  W. R. Grace & Co.                                    Invoice Number   1320023
60026  Litigation and Litigation Consulting             Page    4
        September 22, 2005


| 08/16/05 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/12 | .55 |
| 08/17/05 | Filing Fees- VENDOR: EDWARD TOMASZEWSKI COPY<br>DEEDS | 17.50 |
| 08/17/05 | Telephone Expense<br>518-283-7671/TROY, NY/4 | .20 |
| 08/18/05 | Outside Duplicating--Service of materials<br>relating to quarterly fee application on R.<br>2002 List | 427.90 |
| 08/18/05 | Outside Duplicating - - Service of materials<br>relating to Quarterly fee application on car<br>service list. | 327.35 |
| 08/18/05 | Meal Expense--Breakfast and lunch for 5 people<br>during witness meetings in Reed Smith's<br>Philadelphia office on August 12. | 103.79 |
| 08/18/05 | Meal Expense - -Breakfast for 5 people during<br>witness meetings in Reed Smith's Philadelphia<br>office  on August 15. | 17.08 |
| 08/18/05 | Meal Expense --Lunch for 5 people during<br>witness meetings in Reed Smith's Philadelphia<br>office  on August 15. | 69.20 |
| 08/18/05 | Telephone Expense<br>518-283-7671/TROY, NY/2 | .10 |
| 08/19/05 | Telephone Expense<br>443-535-8439/COLUMBIA, MD/38 | 1.90 |
| 08/22/05 | General Expense- Tabs for work materials<br>compiled in binders. | 10.49 |
| 08/22/05 | General Expense- Tabs for work materials<br>compiled in binders. | 14.98 |
| 08/23/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 8 COPIES | 1.20 |
| 08/30/05 | Meal Expense - - Breakfast for 5 people during<br>witness meetings in Reed Smith's Philadelphia<br>office  on August 16. | 25.43 |
| 08/30/05 | Meal Expense--Lunch for 5 people during witness<br>meetings in Reed Smith's Philadelphia office  on<br>August 16. | 61.67 |

172573 W. R. Grace & Co.                          Invoice Number  1320023
60026  Litigation and Litigation Consulting       Page    5
       September 22, 2005

08/30/05    Duplicating/Printing/Scanning                      .30
            ATTY # 0559; 2 COPIES

08/30/05    Duplicating/Printing/Scanning                      .15
            ATTY # 4810; 1 COPIES

08/30/05    Duplicating/Printing/Scanning                      .90
            ATTY # 0718; 6 COPIES

08/30/05    Duplicating/Printing/Scanning                     2.10
            ATTY # 0718; 14 COPIES

08/30/05    Duplicating/Printing/Scanning                      .30
            ATTY # 0559; 2 COPIES

08/30/05    Duplicating/Printing/Scanning                      .15
            ATTY # 4810; 1 COPIES

08/30/05    Duplicating/Printing/Scanning                      .90
            ATTY # 0718; 6 COPIES

08/30/05    Duplicating/Printing/Scanning                     2.10
            ATTY # 0718; 14 COPIES

08/31/05    Duplicating/Printing/Scanning                     6.15
            ATTY # 0718; 41 COPIES

08/31/05    Duplicating/Printing/Scanning                    38.55
            ATTY # 0718; 257 COPIES

                          CURRENT EXPENSES              2,244.80
                                                       ------------
                 TOTAL BALANCE DUE UPON RECEIPT         $2,244.80
                                                       ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1320024
5400 Broken Sound Blvd., N.W.            Invoice Date      09/22/05
Boca Raton, FL 33487                     Client Number       172573



=========================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

        Fees                          0.00
        Expenses                     63.40

                    TOTAL BALANCE DUE UPON RECEIPT        $63.40
                                                    =============

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W. R. Grace                        Invoice Number        1320024
5400 Broken Sound Blvd., N.W.      Invoice Date          09/22/05
Boca Raton, FL 33487               Client Number          172573
                                   Matter Number           60028
```

==============================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    Telecopy Expense                         25.00
    Duplicating/Printing/Scanning            38.40

                    CURRENT EXPENSES                    63.40
                                                  --------------

                    TOTAL BALANCE DUE UPON RECEIPT      $63.40
                                                  ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1320024
5400 Broken Sound Blvd., N.W.        Invoice Date      09/22/05
Boca Raton, FL 33487                 Client Number       172573
                                     Matter Number        60028

========================================================================

Re: (60028)  ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| 08/04/05 | Duplicating/Printing/Scanning ATTY # 0559; 1 COPIES | .15 |
| 08/04/05 | Duplicating/Printing/Scanning ATTY # 0559; 8 COPIES | 1.20 |
| 08/04/05 | Telecopy Expense Fax Number: 14102896525 | 25.00 |
| 08/11/05 | Duplicating/Printing/Scanning ATTY # 0559; 3 COPIES | .45 |
| 08/11/05 | Duplicating/Printing/Scanning ATTY # 0559; 1 COPIES | .15 |
| 08/11/05 | Duplicating/Printing/Scanning ATTY # 0559; 8 COPIES | 1.20 |
| 08/12/05 | Duplicating/Printing/Scanning ATTY # 0856: 1 COPIES | .15 |
| 08/23/05 | Duplicating/Printing/Scanning ATTY # 0559; 2 COPIES | .30 |
| 08/29/05 | Duplicating/Printing/Scanning ATTY # 0559; 2 COPIES | .30 |
| 08/29/05 | Duplicating/Printing/Scanning ATTY # 0559; 229 COPIES | 34.35 |

172573  W. R. Grace & Co.                          Invoice Number   1320024
60028   ZAI Science Trial                          Page    2
        September 22, 2005


08/31/05    Duplicating/Printing/Scanning                              .15
            ATTY # 0856: 1 COPIES

                              CURRENT EXPENSES                        63.40
                                                              ------------
                     TOTAL BALANCE DUE UPON RECEIPT                 $63.40
                                                              =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R Grace & Co. | Invoice Number | 1320016 |
| One Town Center Road | Invoice Date | 09/22/05 |
| Boca Raton, FL   33486 | Client Number | 172573 |

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                          79,986.00
    Expenses                           0.00

            TOTAL BALANCE DUE UPON RECEIPT        $79,986.00
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1320016
One Town Center Road                     Invoice Date      09/22/05
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60026

========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2005

| Date | Name | | Hours |
|------|------|--|-------|

08/01/05 Cameron        Multiple e-mails relating to        3.10
                        property damage estimation issues
                        (.90); review outline from M.
                        Browdy regarding conference call
                        (.80); review statute of
                        limitations and Nullum Tempus
                        legal research (1.40).

08/02/05 Cameron        Multiple e-mails regarding statute  1.90
                        of limitations research issues
                        (.90); e-mails regarding product
                        ID issues (.60); review outline
                        for call (.40).

08/03/05 Cameron        E-mails regarding consultant        3.10
                        claims review for testing data
                        (.60); review testing data forms
                        and related materials (.90);
                        e-mails regarding statute of
                        limitations/Nullum Tempus research
                        (.90); e-mails regarding fact
                        witness meetings (.70).

08/04/05 Cameron        Prepare for and participate in      3.00
                        strategy conference call with M.
                        Browdy and other K&E lawyers, R.
                        Finke and W. Sparks regarding
                        gateway objections (1.70); review
                        expert materials relating to same
                        (.60); review product ID materials
                        and multiple e-mails regarding
                        same (.70).

172573  W. R. Grace & Co.                          Invoice Number   1320016
60026   Litigation and Litigation Consulting       Page    2
        September 22, 2005

| Date | Name | | Hours |
|------|------|------|------|
| 08/05/05 | Cameron | Review material from consultant regarding product ID issues (.80); multiple e-mails regarding same (.90). | 1.70 |
| 08/05/05 | Van Doesum | Assisted Kirkland & Ellis with logistical issues for meeting in Reed Smith Philadelphia office with several witnesses. | .80 |
| 08/06/05 | Cameron | Review notes of call with K&E and Grace and prepare outline of objection arguments (1.50); review material relating to product ID objections (.60). | 2.10 |
| 08/07/05 | Cameron | Review materials from 8/5 call (.90); review additional testing data from consultants (1.30); review constructive notice statute of limitations research (.90); review/revise outline from K&E re: property damage estimation (.50). | 3.60 |
| 08/08/05 | Atkinson | Research concerning objection to property damage claim for building in McKeesport, PA. | .20 |
| 08/08/05 | Cameron | Attend to issues raised in revised property damage estimation outline (1.8); emails re: same (.4); attend to product identification and other testing data summaries for preparation of objections (2.1); emails re: same (.4). | 4.90 |
| 08/08/05 | Lord | Research docket and update 2002 list. | .20 |
| 08/08/05 | Restivo | Receipt and review of new e-mails, pleadings and correspondence. | .50 |
| 08/08/05 | Van Doesum | Assisted Kirkland & Ellis with logistical issues for a meeting with several witnesses. | .70 |

172573 W. R. Grace & Co.                          Invoice Number  1320016
60026  Litigation and Litigation Consulting       Page    3
       September 22, 2005

| Date | Name | | Hours |
|------|------|--|-------|

08/09/05 Cameron          Multiple e-mails from R. Finke          8.80
                          regarding asbestos property damage
                          estimation issues (0.3); telephone
                          call with R. Finke regarding same,
                          including status of product
                          identification work (0.7);
                          detailed review of claims
                          materials relating to product
                          identification objection issues
                          (2.1); review materials from K&E
                          (J. Friedland) regarding claims
                          form review for air and dust
                          sample testing (1.9); prepare for
                          and participate in conference call
                          with R. Finke, J. Friedland, M.
                          Browdy and consultants regarding
                          testing data review and analysis
                          (1.4); follow-up e-mails and
                          review of spreadsheets for testing
                          data (1.5); review files for
                          objection to McKeesport building
                          claim (0.9).

08/09/05 Van Doesum       Assisted Kirkland & Ellis with          .50
                          logistical issues for meeting with
                          several witnesses.

08/10/05 Ament            E-mails with D. Cameron re:             .20
                          estimation issues.

08/10/05 Atkinson         Research concerning objection to        .70
                          property damage claim for building
                          in McKeesport, PA.

08/10/05 Cameron          Review proposed claim summary          5.10
                          materials from K&E (0.8); comments
                          regarding same (0.5); review
                          product identification summaries
                          and e-mails regarding same (0.9);
                          review objection issues relating
                          to statute of limitations and
                          product ID (1.5); review materials
                          regarding McKeesport building
                          claim and e-mails regarding same
                          (0.6); e-mails regarding
                          constructive notice and review of
                          claim summaries regarding same
                          (0.8).

172573 W. R. Grace & Co.                              Invoice Number   1320016
60026  Litigation and Litigation Consulting           Page    4
        September 22, 2005

   Date   Name                                                      Hours
-------- -----------                                                -----


08/10/05 Van Doesum     Assisted Kirkland & Ellis with            .80
                        administrative issues.

08/11/05 Atkinson       Research concerning objection to          .50
                        property damage claim for building
                        in McKeesport, PA.

08/11/05 Cameron        Review claims form and back-up           5.40
                        documentation in database for
                        testing data (3.9); multiple
                        telephone calls with K&E regarding
                        same (0.6); e-mails from R. Finke
                        regarding various issues relating
                        to property damage claims and
                        objections (0.9).

08/12/05 Atkinson       Letter to R. Finke enclosing            1.20
                        research concerning objection to
                        property damage claim for building
                        in McKeesport, PA.

08/12/05 Cameron        Review of backup for D. Speight's       7.10
                        California claims per R. Finke's
                        instructions (1.9); telephone call
                        with R. Finke regarding same
                        (0.4); review claims relating to
                        constructive notice issues (0.8);
                        review product ID information for
                        claim data on CDs (0.9); review
                        revised summary spreadsheet and
                        claims on CDs for other testing
                        data and back-up (2.2); review
                        materials and e-mails relating to
                        McKeesport building to send to R.
                        Finke (0.9).

08/12/05 Van Doesum     Assisted Kirkland & Ellis with          1.60
                        logistics and administrative
                        issues for the meeting on 8-15-05
                        per request of Sal Bianca (K&E).

08/13/05 Cameron        Review claim form back-up               2.90
                        materials on CDs provided by K&E
                        for testing data relating to air
                        samples.

08/14/05 Cameron        Continued review of claims             4.70
                        materials on CDs for testing data
                        relating to air samples (2.8);

172573  W. R. Grace & Co.                          Invoice Number   1320016
60026   Litigation and Litigation Consulting      Page   5
        September 22, 2005

```
   Date   Name                                                    Hours
 --------  -----------                                            -----
```

|        |        |  |  |
|--------|--------|--|--|

<table>
<tr><td></td><td></td><td>review product ID materials to assist in objection narratives (1.9).</td><td></td></tr>
<tr><td>08/15/05</td><td>Cameron</td><td>Emails with consultant re: claim file/testing data review (.60); review CDs with claim file data re: air testing data (1.90); review consultant work relating to product ID issues prior to meeting (2.40); emails and telephone calls with R. Finke re: product ID and other objective issues (.50); meeting with consultant and additional review of analysis and data relating to product ID and other testing (1.50).</td><td>6.90</td></tr>
<tr><td>08/15/05</td><td>Van Doesum</td><td>Assisted Kirkland & Ellis with various administrative issues during meetings with clients and witnesses in Reed Smith Philadelphia office.</td><td>3.80</td></tr>
<tr><td>08/16/05</td><td>Ament</td><td>Attend meeting/conference call with D. Cameron re: gateway objection issues.</td><td>1.50</td></tr>
<tr><td>08/16/05</td><td>Cameron</td><td>Review new data summaries in preparation for call with K&E and R. Finke (.90); prepare for and participate in conference call with R. Finke and K&E lawyer re: multiple issues relating to gateway objections (2.10); additional review of claims provided by K&E and summaries relating to testing data (2.40); follow-up emails and calls with K&E and R. Finke (.60); review of selected claim materials on CDs provided by K&E (1.30); emails with K&E re: objection drafts (.20); review draft objections (.80); review statute of limitations issues and FOIA request in California (.60).</td><td>8.90</td></tr>
</table>

172573  W. R. Grace & Co.                          Invoice Number   1320016
60026   Litigation and Litigation Consulting       Page    6
        September 22, 2005

   Date   Name                                              Hours
 --------  -----------                                       -----


 08/17/05 Cameron            Multiple e-mails regarding          7.60
                             constructive notice issues (0.6);
                             review current version of CMO and
                             requirements under same (0.7);
                             review of product ID data to begin
                             preparation of narrative for
                             objections (2.4); review statute
                             of limitations research (0.8);
                             review materials relating to
                             Canadian claims (0.5); review
                             materials regarding Category II
                             claims (0.5); telephone call with
                             consultant regarding constructive
                             notice issues (0.2); review
                             current draft of summaries
                             relating to air/dust data and
                             associated claims forms on CDs
                             (1.9).

 08/18/05 Cameron            Multiple e-mails and telephone      6.70
                             calls relating to constructive
                             notice issues (0.5); continued
                             review of claims database and
                             testing data for preparation of
                             objections (1.9); telephone call
                             with M. Browdy regarding same
                             (0.3); review of testing data
                             summaries for product ID issues
                             (2.3); review air/dust testing
                             summaries (1.7).

 08/19/05 Cameron            Prepare for telephone call with     5.90
                             K&E, R. Finke and consultants
                             regarding product ID objections
                             (0.8); review draft objections
                             (1.1); participate in telephone
                             call with K&E, R. Finke and
                             consultants regarding product ID
                             objections (0.7); prepare for
                             telephone call regarding
                             constructive notice research
                             issues (0.5); participate in
                             telephone call with R. Finke, D.
                             Biderman, and consultants
                             regarding constructive notice
                             research (0.6); review testing
                             data summaries and begin outline
                             for objections (2.2).

172573  W. R. Grace & Co.                          Invoice Number   1320016
60026  Litigation and Litigation Consulting        Page    7
       September 22, 2005

```
   Date   Name                                                    Hours
 -------- -----------                                             -----


08/20/05 Cameron          Review of updated testing data          4.40
                          summaries and continue preparation
                          of outline for objections.

08/21/05 Cameron          Continued review of updated             4.50
                          testing data summaries (2.9);
                          continued review of issues
                          relating to constructive notice
                          (1.6).

08/22/05 Ament            E-mails with D. Cameron re:              .10
                          estimation issues.

08/22/05 Cameron          Review revised draft of objections      5.10
                          to property damage claims (2.1);
                          review testing data relating to
                          same (1.9); e-mails regarding
                          constructive notice in California
                          (0.4); review materials from R.
                          Finke regarding California claims
                          (0.7).

08/23/05 Cameron          Review revised draft of objections      6.30
                          (2.4); review e-mails regarding
                          constructive notice issues (0.6);
                          review materials relating to
                          statute of limitations in
                          California (1.4); review revised
                          and updated testimony data
                          summaries (1.9).

08/24/05 Cameron          Continued review and revisions to       6.20
                          draft objections (1.9); review
                          constructive notice materials
                          (1.3); review materials relating
                          to Canadian claims (0.5); review
                          new product ID testing data (1.9);
                          multiple e-mails with R. Finke and
                          K&E regarding objections (0.6).

08/25/05 Cameron          E-mails regarding revisions to          4.60
                          draft objections (0.9); review
                          revised testing data received from
                          consultants (2.8); e-mails to
                          consultants regarding same (0.3);
                          review e-mails relating to
                          Canadian claims and proposed
                          revisions to objections (0.6).
```

```
172573 W. R. Grace & Co.                      Invoice Number  1320016
60026  Litigation and Litigation Consulting   Page    8
       September 22, 2005
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 08/26/05 | Cameron | E-mails regarding status of data review (0.4); receipt of updated data summaries and review of same (1.9); comparison review to sample set of claims on CDs (2.3). | 4.60 |
| 08/27/05 | Cameron | Review of bulk sample and air/dust sample summary spreadsheets (2.9); review draft objections to incorporate same (1.6). | 4.50 |
| 08/28/05 | Cameron | Continued review of data summary sheets (2.0); prepare summaries for incorporation into draft objections (1.1). | 3.10 |
| 08/29/05 | Atkinson | Review PACER Delaware Bankruptcy Court filings and our pleadings files re:  Court Case Management and Scheduling Orders pertaining to depositions. | .70 |
| 08/29/05 | Cameron | Review revised data summaries relating to product ID issues (1.9); review data summaries regarding air/dust analyses (1.4); review draft objections (0.8); e-mails regarding procedural issues (0.5). | 4.60 |
| 08/30/05 | Cameron | E-mails regarding objections (0.3); review materials regarding constructive notice issues (1.9); review testing data for incorporation into objections (2.6); review e-mails regarding risk assessment (0.3); review materials and e-mails from K&E regarding objections (0.8). | 5.90 |

172573 W. R. Grace & Co.                              Invoice Number   1320016
60026  Litigation and Litigation Consulting           Page    9
       September 22, 2005

| Date | Name | | Hours |
|------|------|---|-------|
| 08/31/05 | Cameron | Prepare for and participate in multiple conference calls with R. Finke and K&E (1.1); telephone call with consultants (0.4); review of multiple revised drafts of Omnibus objections (2.3); comments to same (1.4); review of extensive testing data for exhibits relating to bulk, air and dust testing (2.8); multiple e-mails regarding same (1.3); review status report/control chart work product from J. Friedland (1.1); review some of proposed exhibits received electronically (1.2). | 11.60 |

                                              ------
                                TOTAL HOURS   172.80


| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| James J. Restivo Jr. | 0.50 | at $ | 525.00 | = | 262.50 |
| Douglas E. Cameron | 158.80 | at $ | 490.00 | = | 77,812.00 |
| John B. Lord | 0.20 | at $ | 175.00 | = | 35.00 |
| Maureen L. Atkinson | 3.30 | at $ | 165.00 | = | 544.50 |
| Sharon A. Ament | 1.80 | at $ | 125.00 | = | 225.00 |
| Katerina Van Doesum | 8.20 | at $ | 135.00 | = | 1,107.00 |

                    CURRENT FEES                        79,986.00


                                                     ------------
           TOTAL BALANCE DUE UPON RECEIPT              $79,986.00
                                                     ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number        1320017
5400 Broken Sound Blvd., N.W.        Invoice Date          09/22/05
Boca Raton, FL 33487                 Client Number          172573


===============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

      Fees                              1,960.00
      Expenses                              0.00

                   TOTAL BALANCE DUE UPON RECEIPT          $1,960.00
                                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number      1320017
5400 Broken Sound Blvd., N.W.            Invoice Date       09/22/05
Boca Raton, FL 33487                     Client Number        172573
                                         Matter Number         60028

==============================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2005

   Date   Name                                              Hours
 -------- -----------                                       -----

08/01/05 Cameron        Review materials from expert         1.00
                        witness regarding cleavage
                        fragments.

08/17/05 Cameron        Review collected materials            .70
                        relating to ZAI claims in Canada.

08/19/05 Cameron        Telephone call with R. Finke         1.40
                        regarding issues relating to
                        discussions concerning Canadian
                        ZAI claims (0.3); review files
                        from ZAI Science Trial for
                        materials to respond to requests
                        per R. Finke (1.1).

08/20/05 Cameron        Continued review of ZAI Science      .90
                        Trial file per R. Finke request.

                                                            ------
                                          TOTAL HOURS        4.00


TIME SUMMARY            Hours        Rate          Value
----------------------- --------------------- -------
Douglas E. Cameron      4.00  at  $  490.00  =  1,960.00

                        CURRENT FEES                       1,960.00


                                                        ------------
                        TOTAL BALANCE DUE UPON RECEIPT    $1,960.00
                                                        ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number        1320028
5400 Broken Sound Blvd., N.W.        Invoice Date          09/22/05
Boca Raton, FL 33487                 Client Number          172573

===============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

        Fees                         3,445.00
        Expenses                         0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $3,445.00
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1320028
5400 Broken Sound Blvd., N.W.        Invoice Date        09/22/05
Boca Raton, FL 33487                 Client Number         172573
                                     Matter Number          60029


=========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2005

| Date | Name | | Hours |
| -------- | ---------- | | ----- |
| 08/02/05 | Ament | Continue drafting narrative and summary re: 17th quarterly fee application (.80); revisions to same (.20);  obtain and organize invoices from 4/1/05 - 6/30/05 (.30). | 1.30 |
| 08/02/05 | Lord | Review, revise, e-file, perfect service of RS 48th monthly fee application (1.1); e-mail with S. Ament re: same (.1). | 1.20 |
| 08/03/05 | Ament | Calculate invoice totals from April 1 through June 30, 2005 (1.5); revisions to narrative & summary of 17th quarterly fee application (1.0). | 2.50 |
| 08/04/05 | Ament | Calculate spreadsheet for 17th quarterly fee application (.50); complete draft of narrative & summary re: 17th quarterly fee application & provide to A. Muha (.50). | 1.00 |
| 08/04/05 | Muha | Review and make revisions to 17th Quarterly Fee Application. | 1.20 |

172573  W. R. Grace & Co.                          Invoice Number   1320028
60029   Fee Applications-Applicant                 Page    2
        September 22, 2005

| Date | Name | | Hours |
|------|------|--|-------|

08/05/05 Ament        Finalize summary & narrative &        .60
                      e-mails re same (.30); meet with
                      A. Muha re same (.10); e-mail J.
                      Lord 17th quarterly fee
                      application for DE filing (.10);
                      maintain pleadings file (.10).
08/05/05 Lord         Research and respond to S. Ament      .30
                      re: status of various CNOs.

08/08/05 Lord         Research docket for hearing           .20
                      information for 17th quarterly fee
                      application.

08/09/05 Cameron      Review and revise fee application    1.10
                      materials (0.9);  e-mails to S.
                      Ament and A. Muha regarding same
                      (0.2).

08/09/05 Lord         Review, revise, prepare in final,    1.20
                      e-file and perfect service of RS
                      17th quarterly fee application.

08/11/05 Ament        E-mail to J. Lord re: CNO.            .10

08/14/05 Muha         Revisions to July 2005 fee/expense   1.10
                      details for monthly fee
                      application.

08/15/05 Muha         Revise and clarify entries re:        .10
                      meal service during preparation
                      for July 19 omnibus hearing.

08/25/05 Muha         Make final revisions to July 2005     .20
                      monthly fee and expense details.

08/26/05 Ament        E-mails with D. Cameron and A.        .50
                      Muha re: monthly fee application
                      (.20); obtain July invoices and
                      review same (.30).

08/26/05 Cameron      Review and give final comments to     .50
                      fee applications.

08/27/05 Ament        E-mail to C. Gadsden re: missing     1.10
                      category summary from litigation
                      expenses (.10); review July
                      invoices and begin preparing
                      spreadsheet re: monthly fee
                      application (1.0).

172573 W. R. Grace & Co.                          Invoice Number  1320028
60029  Fee Applications-Applicant                 Page   3
       September 22, 2005


     Date   Name                                                    Hours
     -------- -----------                                           -----


08/29/05 Lord              Research docket and draft CNO for          .40
                           monthly fee application (.4).


08/30/05 Ament             Continue working on draft of 49th         2.20
                           monthly fee application (1.0);
                           e-mails and meet with D. Cameron
                           re: same (.20); e-mails with J.
                           Lord re: CNO for June fee
                           application (.10); revisions to
                           49th monthly fee application
                           (.20); finalize 49th monthly fee
                           application formatting of invoices
                           (.50); e-mails with C. Gadsden re:
                           expenses (.20).


08/31/05 Lord              Review, revise and e-file RS 49th         1.40
                           monthly fee application (1.1);
                           perfect electronic and hard
                           service for same (.3).


                                                                    ------
                                            TOTAL HOURS              18.20


TIME SUMMARY               Hours         Rate            Value
-----------------------    -----------------------      -------
Douglas E. Cameron         1.60  at  $  490.00  =         784.00
Andrew J. Muha             2.60  at  $  260.00  =         676.00
John B. Lord               4.70  at  $  175.00  =         822.50
Sharon A. Ament            9.30  at  $  125.00  =       1,162.50

                           CURRENT FEES                           3,445.00


                                                                ------------
                           TOTAL BALANCE DUE UPON RECEIPT         $3,445.00
                                                                ============