# EXHIBIT C

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: November 21, 2005 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE FIFTY-FIRST MONTHLY INTERIM <u>PERIOD FROM SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005</u>

Name of Applicant: Reed Smith LLP

Authorized to Provide Professional Services to: W. R. Grace & Co., *et al.*, Debtors and Debtors-in-Possession

Date of Retention: July 19, 2001, effective as of April 2, 2001

Period for which compensation and reimbursement is sought: September 1, 2005 through September 30, 2005

Amount of fees sought as actual, reasonable and necessary: $75,564.50

Amount of expenses sought as actual, reasonable and necessary $1,333.69

This is an: <u>X</u> monthly ___ interim ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



Docket No. 10908
Date Filed 10/28/05

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |

| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |

---

2   Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
|--------|------------------------|-------------|-----------|--------------------------------|--------------------------------|
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the fifty-first application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 8 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $1,5000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|-----------------------------|-----------------------------|--------------------------------|------------|---------------------|--------------------|--------------------|
| James J. Restivo, Jr. | Partner | 34 Years | Litigation | $525.00 | 2.70 | $1,417.50 |
| Lawrence Flatley | Partner | 30 Years | Litigation | $495.00 | .30 | $148.50 |
| Douglas E. Cameron | Partner | 21 Years | Litigation | $490.00 | 147.00 | $72,030.00 |
| Andrew J. Muha | Associate | 4 Years | Litigation | $260.00 | 2.50 | $650.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 12 Years | Bankruptcy | $175.00 | 1.70 | $297.50 |
| Maureen Atkinson | Paralegal | 29 Years | Litigation | $165.00 | 1.40 | $231.00 |
| Sharon A. Ament | Paralegal | 1 Year | Bankruptcy | $125.00 | 5.60 | $700.00 |
| Lisa Lankford | Bankruptcy Specialist | 3 Years | Bankruptcy | $100.00 | .90 | $90.00 |

Total Fees:  $75,564.50

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation and Litigation Counseling | 128.30 | $62,794.00 |
| Travel – Nonworking | 1.80 | $882.00 |
| ZAI Science Trial | 14.60 | $7,250.00 |
| Fee Applications | 12.50 | $2,692.50 |
| Montana Grand Jury Investigation | 4.00 | $1,505.00 |
| New Jersey Plant Investigation | .90 | $441.00 |
| **Total:** | **162.10** | **$75,564.50** |

**EXPENSE SUMMARY**

| Description | Litigation and Litigation Consulting | ZAI Science Trial |
|---|---|---|
| Telecopy Expense | ---- | ---- |
| Telephone Expense | 13.05 | .55 |
| Duplicating/Printing/Scanning | 162.45 | ---- |
| Transportation | 34.00 | ---- |
| Meal Expense | 16.00 | ---- |
| PACER | 29.44 | 11.76 |
| Binding Charge | 6.00 | ---- |
| Mileage Expense | 23.28 | ---- |
| Taxi Expense | 122.00 | |
| Lodging | 399.61 | ---- |
| Air Travel Expense | 398.40 | ---- |
| Outside Duplicating | 63.10 | ---- |
| IKON Copy Services | 54.05 | ---- |
| Express Mail Service | ---- | ---- |
| General Expense (vendor expense for tabs) | ---- | ---- |
| SUBTOTAL | $1,321.38 | $12.31 |
| **TOTAL** | | **$1,333.69** |

Dated: October 28, 2005                    REED SMITH LLP
       Wilmington, Delaware

By: /s/ Kurt F. Gwynne
     Kurt F. Gwynne (No. 3951)
     1201 Market Street, Suite 1500
     Wilmington, DE 19801
     Telephone: (302) 778-7500
     Facsimile: (302) 778-7575
     E-mail: kgwynne@reedsmith.com

     and

     James J. Restivo, Jr., Esquire
     Lawrence E. Flatley, Esquire
     Douglas E. Cameron, Esquire
     435 Sixth Avenue
     Pittsburgh, PA 15219
     Telephone: (412) 288.3131
     Facsimile: (412) 288.3063

     Special Asbestos Products Liability Defense
     Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W.R Grace & Co. | Invoice Number | 1331152 |
| One Town Center Road | Invoice Date | 10/21/05 |
| Boca Raton, FL   33486 | Client Number | 172573 |

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

| Fees | 62,794.00 |
| Expenses | 0.00 |
| TOTAL BALANCE DUE UPON RECEIPT | $62,794.00 |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                           Invoice Number    1331152
One Town Center Road                      Invoice Date    10/21/05
Boca Raton, FL   33486                    Client Number     172573
                                          Matter Number      60026


===========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2005

    Date  Name                                                Hours
    ------- -----------                                       -----

09/01/05 Cameron         Review revised draft of 15th           9.60
                         Omnibus objections and provide
                         comments to K&E (1.4); review
                         notebooks of hard copy exhibits
                         for revisions, comments and
                         questions (1.9); multiple
                         telephone calls with R. Finke (in
                         Chicago) regarding same (0.6);
                         prepare for and participate in
                         conference call with R. Finke and
                         K&E attorneys regarding questions
                         and modifications to exhibits to
                         objections (2.7); review specific
                         claims on CDs relating to same
                         (0.8); follow-up telephone call
                         with R. Finke (0.3); review
                         testing data from consultant and
                         e-mails regarding same (0.7);
                         review of final draft of 15th
                         Omnibus objections (0.9); e-mails
                         regarding same (0.3).

09/02/05 Cameron         Review e-mails regarding filings       4.20
                         (0.4); e-mails with R. Finke
                         regarding same (0.7); review
                         testing data from consultants to
                         organize responsive papers (1.8);
                         begin review of materials for
                         expert reports (1.3).

09/04/05 Cameron         Review of materials from               2.30
                         consultants for expert disclosures.

```
172573 W. R. Grace & Co.                      Invoice Number  1331152
60026  Litigation and Litigation Consulting   Page    2
       October 21, 2005
```

| Date | Name | | Hours |
|------|------|------|------|
| 09/05/05 | Cameron | Continue reviewing materials received from K&E regarding objection filing (1.1); continue reviewing materials from consultants relating to testing data (1.6). | 2.70 |
| 09/06/05 | Cameron | Review consultant materials from M. Browdy and e-mails regarding same (0.8); review materials from industrial hygiene consultant regarding expert disclosures (0.9); review final testing data materials received from consultant (1.9). | 3.60 |
| 09/07/05 | Cameron | Attend to expert witness disclosure issues (1.9); review draft agenda for strategy meeting (0.9); e-mails regarding same (0.3); review and analyze testing data materials relating to bulk samples and air/dust samples (1.6). | 4.70 |
| 09/08/05 | Cameron | Review and provide comments to draft agenda and e-mails regarding same (0.8); review witness files for prospective experts for witness disclosure issues (1.9); review 15th omnibus objections for expert issues (1.1). | 3.80 |
| 09/09/05 | Cameron | E-mails regarding expert witness work (0.4); review expert witness materials and draft disclosures (0.9); review constructive notice research (0.8); review statute of limitations research and summaries (1.4). | 3.50 |
| 09/10/05 | Cameron | Review of statute of limitations materials and constructive notice materials in preparation for 9/13 strategy call with R. Finke and K&E. | 2.40 |
| 09/11/05 | Cameron | Extensive review of expert materials in preparation for 9/13 strategy call (2.6); review CMO deadlines and schedule (0.8). | 3.40 |

172573  W. R. Grace & Co.                        Invoice Number   1331152
60026   Litigation and Litigation Consulting     Page    3
        October 21, 2005


    Date    Name                                                  Hours
    ------- -----------                                           -----

09/12/05 Cameron          E-mails regarding exhibits              5.10
                          relating to 15th omnibus
                          objections (0.5); review
                          objections and extensive exhibits
                          received from K&E (1.9); prepare
                          for 9/13 conference with review of
                          expert witness files (1.9); review
                          research on statute of limitations
                          and materials from California
                          counsel regarding constructive
                          notice (0.8).

09/13/05 Cameron          Prepare for strategy conference         7.60
                          call with Grace in-house counsel
                          and K&E lawyers regarding PD
                          Estimation proceeding (1.1);
                          participate in strategy conference
                          call with Grace in-house and K&E
                          lawyers (2.4); follow-up review of
                          expert witness materials (1.4);
                          telephone calls regarding
                          consultants meetings and status of
                          work (0.3); follow-up e-mails and
                          document reviews for expert
                          disclosure work product (0.7);
                          review of M. Browdy summary of
                          call and identification of
                          witnesses and tasks (0.8); review
                          materials from Armstrong hearing
                          (0.9).

09/14/05 Cameron          Prepare for and participate in         6.70
                          conference call with R. Finke and
                          various consultants (1.5);
                          follow-up telephone calls and
                          e-mails with R. Finke (0.3);
                          telephone call with R. Finke and
                          K&E lawyer regarding same (0.4);
                          review expert reports from ZAI
                          Science Trial (1.8); review
                          materials from R. Finke (0.9);
                          review testing materials from
                          consultant (0.7); additional
                          review of transcript and reports
                          from Armstrong hearing (1.1).

09/15/05 Cameron          Multiple e-mails regarding             6.40
                          strategy meetings (0.5); review
                          materials from Armstrong case in

172573 W. R. Grace & Co.                          Invoice Number  1331152
60026  Litigation and Litigation Consulting       Page   4
       October 21, 2005

| Date | Name | | Hours |
|------|------|------|-------|
| | | preparation for meetings and expert disclosures (2.9); review | |
| | | ----- | |
| | | materials from ZAI hearing regarding expert disclosures (1.9); review 15th omnibus objections and constructive notice issues (1.1). | |
| 09/16/05 | Cameron | Prepare for meeting with consultants on 9/20 (0.8); review expert disclosures (1.1); additional review Armstrong hearing materials (1.9); e-mails regarding expert disclosures (0.6); telephone call with L. Flatley regarding same (0.1). | 4.50 |
| 09/17/05 | Cameron | Continued review of materials for expert witness meetings (1.8); review constructive notice and statute of limitations materials and research (1.3); review publicity issues (0.5). | 3.60 |
| 09/18/05 | Cameron | Prepare materials for consultant meetings (1.1); begin preparation of outline for expert testimony (1.3). | 2.40 |
| 09/19/05 | Cameron | E-mails with R. Finke and R. Senftleben regarding conference call (0.3); prepare for and participate in conference call with multiple Grace in-house and outside counsel regarding recent developments (1.2); follow-up call with J. Restivo regarding same (0.3); meet with R. Finke regarding same (0.5); review Armstrong materials in preparation for consultant meetings (0.8); prepare outline regarding same (0.8). | 3.90 |
| 09/20/05 | Cameron | Prepare for and attend meeting with R. Finke and M. Browdy regarding P.D. Estimation and expert reports (2.6); attend | 5.90 |

172573 W. R. Grace & Co.                        Invoice Number   1331152
60026  Litigation and Litigation Consulting     Page   5
       October 21, 2005

| Date | Name | | Hours |
|------|------|---|-------|

|  |  | meeting with R. Finke, M. Browdy and consultants regarding P.D. Estimation (3.3). |  |
| 09/21/05 | Cameron | Review publications from consultants (1.8); review draft of witness disclosures (0.9); review expert report files for materials for disclosure (1.3); review Court orders regarding P.D. motions (0.4); review materials regarding Speights claims (0.9). | 5.30 |
| 09/22/05 | Cameron | Review draft materials from consultants (2.1); e-mails regarding same (0.8). | 2.90 |
| 09/23/05 | Cameron | Review of materials received from consultants (1.9); telephone call with R. Finke regarding same (0.4); telephone call with R. Finke and consultant regarding potential retention (0.5). | 2.80 |
| 09/24/05 | Cameron | Review of consultants expert report materials (2.3); review of draft expert disclosures for Phase II (0.7); review materials relating to press reports (0.4). | 3.40 |
| 09/25/05 | Cameron | Extensive review of expert witness files and testimony from prior cases (2.3); review of materials from Armstrong briefs and Armstrong hearing (1.9). | 4.20 |
| 09/26/05 | Cameron | Review of draft materials reviewed from R. Finke (1.9); prepare comments to same (1.3); review recent press reports regarding potential liability issues (0.4). | 3.60 |
| 09/27/05 | Cameron | E-mails regarding reports and conference call scheduled for 9/28 (0.5); review expert reports and testimony from prior litigation and Armstrong hearing (2.9); review draft Phase I discussions (0.7). | 4.10 |

172573  W. R. Grace & Co.                                    Invoice Number  1331152
60026   Litigation and Litigation Consulting                Page   6
        October 21, 2005

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 09/28/05 | Cameron | Prepare for and participate in conference call with K&E lawyers and R. Finke regarding issues relating to expert disclosures for Phase I and Phase II (1.8); | 5.10 |
| | | multiple e-mails and follow-up calls regarding same (0.9); review articles and prior reports regarding indirect preparation and dust testing issues (1.5); review materials from Grace regarding exposures at expanding plants in Pennsylvania (0.9). | |
| 09/29/05 | Cameron | Review of materials relating to constructive notice issues (1.9); review of e-mails regarding expert witness issues (0.7); review of dust sampling report issues (1.5); review of materials from Grace regarding expanding plant exposures (0.9); review materials from Grace regarding ASTDR materials (1.3). | 6.30 |
| 09/30/05 | Ament | E-mails with D. Cameron re: Kirkland & Ellis October hearing and begin making arrangements for same. | .20 |
| 09/30/05 | Cameron | Extensive review of expert witness disclosure and report materials and emails re: same (2.9); additional review of expanding plant materials (0.8); review reports from omnibus hearing (0.4). | 4.10 |

                                                                    ------
                                               TOTAL HOURS   128.30

| TIME SUMMARY | Hours | | Rate | | Value |
| --- | --- | --- | --- | --- | --- |
| Douglas E. Cameron | 128.10 | at | $ 490.00 | = | 62,769.00 |
| Sharon A. Ament | 0.20 | at | $ 125.00 | = | 25.00 |

                              CURRENT FEES                      62,794.00
                                                           ------------
                     TOTAL BALANCE DUE UPON RECEIPT         $62,794.00
                                                           ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                         Invoice Number      1331153
5400 Broken Sound Blvd., N.W.       Invoice Date        10/21/05
Boca Raton, FL 33487                Client Number        172573

==============================================================================

Re: W. R. Grace & Co.


(60027)  Travel-Nonworking

    Fees                          882.00
    Expenses                        0.00

                 TOTAL BALANCE DUE UPON RECEIPT        $882.00
                                                  =============

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
  W. R. Grace                          Invoice Number    1331153
  5400 Broken Sound Blvd., N.W.        Invoice Date      10/21/05
  Boca Raton, FL 33487                 Client Number      172573
                                       Matter Number       60027
```

==========================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2005

```
   Date  Name                                            Hours
   ----- -----------                                     -----

  09/20/05 Cameron         Travel to and from airports and      1.80
                           return to Pittsburgh from meeting
                           with consultants (1/2 time).

                                                         ------
                                         TOTAL HOURS       1.80


  TIME SUMMARY            Hours       Rate         Value
  --------------------    -------------------      -------
  Douglas E. Cameron       1.80  at $  490.00  =    882.00

                           CURRENT FEES                    882.00


                                                    ------------
                    TOTAL BALANCE DUE UPON RECEIPT       $882.00
                                                    ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W. R. Grace | Invoice Number | 1331154 |
|---|---|---|
| 5400 Broken Sound Blvd., N.W. | Invoice Date | 10/21/05 |
| Boca Raton, FL 33487 | Client Number | 172573 |


==========================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

|  |  |
|---|---|
| Fees | 7,250.00 |
| Expenses | 0.00 |
| TOTAL BALANCE DUE UPON RECEIPT | $7,250.00 |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1331154 |
| Invoice Date | 10/21/05 |
| Client Number | 172573 |
| Matter Number | 60028 |

==========================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2005

| Date | Name | | Hours |
|------|------|------|-------|
| 09/07/05 | Restivo | Telephone calls with R. Finke and D. Cameron. | .50 |
| 09/09/05 | Restivo | Telephone call with R. Finke. | .40 |
| 09/13/05 | Cameron | Review materials regarding report on Canadian ZAI claims. | .50 |
| 09/16/05 | Cameron | Attend to inquiries and issues raised by R. Finke e-mails concerning ZAI (0.4); telephone call with R. Finke regarding same (0.4); review expert witness materials and materials for Canadian claims regarding same (1.5). | 2.30 |
| 09/19/05 | Cameron | Review materials regarding report on status of ZAI matter. | .90 |
| 09/19/05 | Restivo | Telephone calls with Kirkland & Ellis and D. Cameron re: report on ZAI matter. | .80 |
| 09/20/05 | Cameron | Review materials for report of ZAI litigation and status. | .80 |
| 09/21/05 | Cameron | Continued review of file materials for report on ZAI issues (1.4); prepare and revise draft report on ZAI (1.0). | 2.40 |

172573  W. R. Grace & Co.
60028   ZAI Science Trial
        October 21, 2005

Invoice Number  1331154
Page    2


| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| 09/22/05 | Cameron | Prepare and revise summary of ZAI issues (1.5); multiple e-mails regarding same (0.7); telephone call with R. Finke regarding same (0.2). | 2.40 |
| 09/22/05 | Flatley | Review D. Cameron draft of report on ZAI matter and comment on it. | .30 |
| 09/22/05 | Restivo | Telephone calls and mark-up draft of report on ZAI matter. | .50 |
| 09/23/05 | Cameron | Additional revisions to ZAI summary (0.9); telephone call with R. Finke regarding same (0.5). | 1.40 |
| 09/25/05 | Cameron | Review ZAI summary and related documents. | .90 |
| 09/26/05 | Restivo | Receipt and review of pleadings. | .50 |

                                          ------
                          TOTAL HOURS      14.60


| TIME SUMMARY | Hours | | Rate | | Value |
| ------------------------ | ------ | | ---------- | | ------- |
| James J. Restivo Jr. | 2.70 | at | $ 525.00 | = | 1,417.50 |
| Lawrence E. Flatley | 0.30 | at | $ 495.00 | = | 148.50 |
| Douglas E. Cameron | 11.60 | at | $ 490.00 | = | 5,684.00 |

                  CURRENT FEES                          7,250.00


                                          ------------
          TOTAL BALANCE DUE UPON RECEIPT   $7,250.00
                                          ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | | |
|---|---|---|
| W. R. Grace | Invoice Number | 1331155 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date | 10/21/05 |
| Boca Raton, FL 33487 | Client Number | 172573 |


========================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

    Fees                       2,692.50
    Expenses                  0.00

              TOTAL BALANCE DUE UPON RECEIPT    $2,692.50
                                              =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1331155 |
| Invoice Date | 10/21/05 |
| Client Number | 172573 |
| Matter Number | 60029 |


==========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2005

| Date | Name | | Hours |
|------|------|--|-------|
| 09/01/05 | Ament | E-mails with D. Cameron re: July invoices (.10); e-mail to A. Muha re: same (.10); update pleadings file (.10). | .30 |
| 09/02/05 | Ament | E-mails with A. Muha and D. Cameron re: July invoices. | .20 |
| 09/06/05 | Cameron | Review and revise materials for fee applications. | .80 |
| 09/06/05 | Muha | Extensive review and revisions to August 2005 fee and expense detail, including drafting of explanations for several expense entries and research re: same. | 1.50 |
| 09/07/05 | Ament | E-mails with A. Muha re: Aug. monthly fee application. | .10 |
| 09/08/05 | Cameron | Attend to fee application issues. | .50 |
| 09/09/05 | Lankford | Draft & proofread CNO re: Reed Smith's 17th Quarterly Fee Application (.3); prepare service list/labels (.1); scan, e-file and perfect service of same (.5). | .90 |
| 09/11/05 | Muha | Revise fee and expense details for August 2005 monthly fee application. | .40 |

172573  W. R. Grace & Co.                          Invoice Number   1331155
60029   Fee Applications-Applicant                 Page    2
        October 21, 2005

| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| 09/13/05 | Ament | Review 16th quarterly fee application and verify amounts from fee auditor for A. Muha (.20); e-mails regarding same (.10). | .30 |
| 09/14/05 | Muha | Revisions to August 2005 fee/expense detail. | .20 |
| 09/16/05 | Cameron | Review Grace fee application issues. | .40 |
| 09/22/05 | Ament | E-mails with A. Muha re: monthly fee application (.10); obtain August invoices and review same (.30). | .40 |
| 09/22/05 | Cameron | Review and make final revisions to fee application materials. | .30 |
| 09/23/05 | Ament | Draft spreadsheet calculating August invoices (1.0); draft 50th Monthly Fee Application and provide to A. Muha (1.0); format August invoices (.50). | 2.50 |
| 09/23/05 | Muha | Final revisions to August 2005 monthly fee application. | .40 |
| 09/26/05 | Ament | Revisions to 50th monthly fee application and invoices. | .60 |
| 09/27/05 | Ament | Revisions to monthly fee application and invoices (.30); finalize narrative to 50th monthly fee application and e-mail fee application and invoices to J. Lord for DE filing (.50); update fee application chart (.10); maintain file (.10). | 1.00 |
| 09/28/05 | Lord | Research docket and draft CNO for RS July fee application (.3); e-file and perfect service for same (.2); draft correspondence to R.Finke re: same (.1); review, revise and e-file Reed Smith August fee application (.9); perfect electronic and hard service for same (.2). | 1.70 |

172573  W. R. Grace & Co.
60029  Fee Applications-Applicant
    October 21, 2005

Invoice Number   1331155
Page    3

```
                                                ------
                                TOTAL HOURS      12.50
```

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Douglas E. Cameron | 2.00 | at $ | 490.00 | = | 980.00 |
| Andrew J. Muha | 2.50 | at $ | 260.00 | = | 650.00 |
| John B. Lord | 1.70 | at $ | 175.00 | = | 297.50 |
| Sharon A. Ament | 5.40 | at $ | 125.00 | = | 675.00 |
| Lisa Lankford | 0.90 | at $ | 100.00 | = | 90.00 |

CURRENT FEES                                    2,692.50

```
                                              ------------
        TOTAL BALANCE DUE UPON RECEIPT         $2,692.50
                                              ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1331156
One Town Center Road                     Invoice Date        10/21/05
Boca Raton, FL    33486                  Client Number        172573

===============================================================================

Re: W. R. Grace & Co.

(60035)  Grand Jury Investigation

        Fees                          1,505.00
        Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $1,505.00
                                                     ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1331156
One Town Center Road                     Invoice Date       10/21/05
Boca Raton, FL    33486                  Client Number        172573
                                         Matter Number         60035

========================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2005

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 09/28/05 | Atkinson | Review files and file contents reports re: historical documents. | .40 |
| 09/28/05 | Cameron | Attend to document review issues raised by K&E. | 1.20 |
| 09/30/05 | Atkinson | Review of Summation database documents relating to historical documents (0.80); review of materials received from storage (0.20). | 1.00 |
| 09/30/05 | Cameron | Follow-up with respect to document and witness issues per B. Jacobson request. | 1.40 |

                                                       ------
                                         TOTAL HOURS    4.00

| TIME SUMMARY | Hours | | Rate | | Value |
| --- | --- | --- | --- | --- | --- |
| Douglas E. Cameron | 2.60 | at $ | 490.00 | = | 1,274.00 |
| Maureen L. Atkinson | 1.40 | at $ | 165.00 | = | 231.00 |

                     CURRENT FEES                        1,505.00


                                                      ------------
          TOTAL BALANCE DUE UPON RECEIPT                $1,505.00
                                                      ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co. | Invoice Number    1331157 |
| One Town Center Road | Invoice Date    10/21/05 |
| Boca Raton, FL    33486 | Client Number    172573 |
| | Matter Number    60036 |

===============================================================================

Re: W. R. Grace & Co.


(60036)   New Jersey Plan Investigation

        Fees                            441.00
        Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT         $441.00
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1331157 |
| Invoice Date | 10/21/05 |
| Client Number | 172573 |
| Matter Number | 60036 |

=========================================================================

Re: New Jersey Plant Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2005

| Date | Name | | Hours |
|------|------|---|-------|
| 09/08/05 | Cameron | Review subpoena and e-mails received from R. Finke (0.5); review additional documents from R. Finke (0.4). | .90 |
| | | TOTAL HOURS | .90 |

| TIME SUMMARY | Hours | Value |
|--------------|-------|-------|
| Douglas E. Cameron | 0.90 | 441.00 |

| | |
|---|---|
| CURRENT FEES | 441.00 |
| TOTAL BALANCE DUE UPON RECEIPT | $441.00 |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W.R Grace & Co. | Invoice Number | 1331158 |
| One Town Center Road | Invoice Date | 10/21/05 |
| Boca Raton, FL   33486 | Client Number | 172573 |

===============================================================================

Re: W. R. Grace & Co.
(60026)  Litigation and Litigation Consulting

| Fees | 0.00 |
| Expenses | 1,321.38 |

| TOTAL BALANCE DUE UPON RECEIPT | $1,321.38 |
| | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1331158
One Town Center Road                     Invoice Date       10/21/05
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60026

==============================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Binding Charge                           6.00
    Telephone Expense                       13.05
    IKON Copy Services                      54.05
    PACER                                   29.44
    Duplicating/Printing/Scanning          162.45
    Outside Duplicating                     63.10
    Lodging                                399.61
    Transportation                          34.00
    Air Travel Expense                     398.40
    Taxi Expense                           122.00
    Mileage Expense                         23.28
    Meal Expense                            16.00

                CURRENT EXPENSES                       1,321.38
                                                  -------------
                TOTAL BALANCE DUE UPON RECEIPT        $1,321.38
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W.R Grace & Co. | Invoice Number | 1331158 |
|---|---|---|
| One Town Center Road | Invoice Date | 10/21/05 |
| Boca Raton, FL   33486 | Client Number | 172573 |
| | Matter Number | 60026 |

===========================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| 08/29/05 | PACER--Electronic docket retrieval charges for August 2005. | 29.44 |
|---|---|---|
| 09/06/05 | Outside Duplicating - - Copying for hardcopy service of certificate of no objection for fee application. | 63.10 |
| 09/07/05 | Duplicating/Printing/Scanning ATTY # 0559; 1 COPIES | .15 |
| 09/12/05 | Duplicating/Printing/Scanning ATTY # 0559; 34 COPIES | 5.10 |
| 09/12/05 | Duplicating/Printing/Scanning ATTY # 0559; 59 COPIES | 8.85 |
| 09/12/05 | Duplicating/Printing/Scanning ATTY # 0559; 22 COPIES | 3.30 |
| 09/12/05 | Duplicating/Printing/Scanning ATTY # 0559; 22 COPIES | 3.30 |
| 09/12/05 | Duplicating/Printing/Scanning ATTY # 0559: 1 COPIES | .15 |
| 09/12/05 | Duplicating/Printing/Scanning ATTY # 0559: 1 COPIES | .15 |
| 09/13/05 | Duplicating/Printing/Scanning ATTY # 0559; 40 COPIES | 6.00 |
| 09/13/05 | Telephone Expense 443-535-8439/COLUMBIA, MD/145 | 7.25 |

172573  W. R. Grace & Co.                          Invoice Number   1331158
60026  Litigation and Litigation Consulting        Page    2
       October 21, 2005

| | | |
|---|---|---|
| 09/13/05 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/12 | .55 |
| 09/13/05 | Binding Charge | 3.00 |
| 09/14/05 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/66 | 3.25 |
| 09/14/05 | Telephone Expense<br>518-283-7671/TROY, NY/14 | .70 |
| 09/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 09/16/05 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/24 | 1.15 |
| 09/16/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 166 COPIES | 24.90 |
| 09/19/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .90 |
| 09/19/05 | Binding Charge | 3.00 |
| 09/21/05 | IKON Copy Services - - VENDOR: IKON OFFICE<br>SOLUTIONS, INC. COPYING | 54.05 |
| 09/21/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 9 COPIES | 1.35 |
| 09/21/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 4 COPIES | .60 |
| 09/22/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 09/22/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 09/22/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 09/22/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 09/22/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 09/23/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 3 COPIES | .45 |

172573 W. R. Grace & Co.                         Invoice Number  1331158
60026  Litigation and Litigation Consulting      Page    3
       October 21, 2005

| 09/23/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 09/23/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 09/23/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 09/23/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 4 COPIES | .60 |
| 09/23/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 09/23/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 09/23/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 09/26/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .90 |
| 09/26/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 24 COPIES | 3.60 |
| 09/26/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 54 COPIES | 8.10 |
| 09/26/05 | Duplicating/Printing/Scanning<br>ATTY # 0718; 367 COPIES | 55.05 |
| 09/28/05 | Telephone Expense<br>202-879-5032/WASHINGTON, DC/4 | .15 |
| 09/28/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 5 COPIES | .75 |
| 09/28/05 | Duplicating/Printing/Scanning<br>ATTY # 0718; 15 COPIES | 2.25 |
| 09/28/05 | Duplicating/Printing/Scanning<br>ATTY # 0718; 66 COPIES | 9.90 |
| 09/28/05 | Duplicating/Printing/Scanning<br>ATTY # 0718; 157 COPIES | 23.55 |
| 09/29/05 | Meal Expense - - DOUGLAS E. CAMERON TRAVEL TO<br>WASH. DC FOR MEETINGS WITH K & E, RICHARD FINKE<br>(WR GRACE) AND CONSULTANTS (9/19-9/20/05)--ONE<br>BREAKFAST AND ONE LUNCH. | 16.00 |

172573  W. R. Grace & Co.                          Invoice Number   1331158
60026   Litigation and Litigation Consulting       Page    4
        October 21, 2005


09/29/05    Lodging- DOUGLAS E. CAMERON TRAVEL TO WASH. DC          399.61
            FOR MEETINGS WITH K & E, RICHARD FINKE (WR
            GRACE) AND CONSULTANTS (9/19-9/20/05).

09/29/05    Air Travel Expense-  DOUGLAS E. CAMERON TRAVEL          398.40
            TO WASH DC FOR MEETINGS WITH K & E, RICHARD
            FINKE (WR GRACE) AND CONSULTANTS
            (9/19-9/20/05).

09/29/05    Taxi Expense- DOUGLAS E. CAMERON TRAVEL IN AND          122.00
            AROUND WASH. DC FOR MEETINGS WITH K & E,
            RICHARD FINKE (WR GRACE) AND CONSULTANTS
            (9/19-9/20/05).

09/29/05    Mileage Expense-  DOUGLAS E. CAMERON TRAVEL TO           23.28
            AND FROM PITTSBURGH INTERNATIONAL AIRPORT IN
            RELATION TO TRAVEL  TO WASH. DC FOR MEETINGS
            WITH K & E, RICHARD FINKE (WR GRACE) AND
            CONSULTANTS (9/19-9/20/05).

09/29/05    Transportation- DOUGLAS E. CAMERON PARKING AT           34.00
            PITTSBURGH INTERNATIONAL AIRPORT TRAVEL TO WASH
            DC FOR MEETINGS WITH K & E, RICHARD FINKE (WR
            GRACE) AND CONSULTANTS (9/19-9/20/05).

                        CURRENT EXPENSES                         1,321.38
                                                               ------------
                        TOTAL BALANCE DUE UPON RECEIPT          $1,321.38
                                                               ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number        1331159
5400 Broken Sound Blvd., N.W.            Invoice Date          10/21/05
Boca Raton, FL 33487                     Client Number          172573



==============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

        Fees                          0.00
        Expenses                     12.31

                    TOTAL BALANCE DUE UPON RECEIPT        $12.31
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1331159 |
| Invoice Date | 10/21/05 |
| Client Number | 172573 |
| Matter Number | 60028 |

================================================================================

Re: ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Telephone Expense | 0.55 |
| PACER | 11.76 |
| CURRENT EXPENSES | 12.31 |
| | ------------- |
| TOTAL BALANCE DUE UPON RECEIPT | $12.31 |
| | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                                  Invoice Number      1331159
5400 Broken Sound Blvd., N.W.                Invoice Date       10/21/05
Boca Raton, FL 33487                         Client Number       172573
                                             Matter Number        60028

==============================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

08/29/05    PACER--Charges for retrieval of ZAI-related          11.76
            documents from electronic docket system.

09/07/05    Telephone Expense                                     .55
            410-531-4355/COLUMBIA, MD/12

                        CURRENT EXPENSES                         12.31
                                                              ------------
                TOTAL BALANCE DUE UPON RECEIPT                  $12.31
                                                              ============