NOVEMBER 4, 2005

TO: KIRKLAND & ELLIS LLP., ATTN: KATHERINE PHILLIPS
200 EAST RANDOLPH DRIVE - SUITE 6500
CHICAGO, ILLINOIS 60601

PACHULSKI, STANG, ZIEHL ET AL - ATTN: JAMES O'NEILL
919 N. MARKET STREET - 16th FLOOR
P.O. BOX 8705
WILMINGTON, DELAWARE 19899-8705   COURIER 19801

→ CLERK OF U.S. BANKRUPTCY COURT (HONORABLE JUDITH FITZGERALD)
824 MARKET STREET
WILMINGTON, DELAWARE 19809 1

RE: W.R. GRACE CO. - CASE No. 01-01139 (JKF) 14th & 15th OMNIBUS
OBJECTIONS - CLAIM No. 1724 PROPERTY DAMAGE
WILLIAM WITTENBERG RESIDENCE 6110 PANORAMA DR NE
TACOMA, WASHINGTON 98422-1219  TEL# 253-927-0249

THE ATTACHED DOCUMENTS SUPPLEMENTS PROOF OF CLAIM SUBMISSIONS PREVIOUSLY PROVIDED BY AFFIDAVIT OF OCTOBER 11, 2005, HANDWRITTEN RESPONSE FILED 9-19-2005, AND AT THIS TIME ALSO INCLUDES RE-SUBMISSION OF ALTERNATE ASBESTOS CEILING PICTURES IN WHICH ORIGINALS APPARENTLY MISSING IN TRANSIT.

THE INCLUDED REPORT OF HAZARDOUS CEILING ASBESTOS PROVIDED BY CLAIMANT FOR LABORATORY ANALYSIS RE-AFFIRMS THE PRESENTS OF ASBESTOS MATERIALS. ENVIRONMENTAL PROTECTION (EPA), PUGET SOUND CLEAN AIR AGENCIES AND HAZARDOUS WASTE LABORATORIES ALL CONFIRM THEIR INABILITY TO IDENTIFY PRODUCT MANUFACTURER(S) OF ASBESTOS MATERIAL.

-1-

THEREFORE, I RESPECTFULLY RECOMMEND THE COURT URGE DEBTORS PERFORM AN INDEPENDANT CERTIFIED ONSITE PRODUCT IDENTIFICATION ANALYSIS IF NECESSARY BEFORE SUMMARILY REJECTING CLAIM No. 1724

William R. Wittenberg
P.D. CLAIMANT

# NVL Laboratories, Inc.

4708 Aurora Ave N., Seattle, WA 98103
Tel: 206.547.0100, Fax: 206.634.1936
www.nvllabs.com

#102063

## Bulk Asbestos Fibers Analysis
*By Polarized Light Microscopy*

Client: WM. R. Wittenberg
Address: 6110 Panorama Dr. NE
Tacoma, WA 98422
Attention: Mr. WM. R. Wittenberg
Project Location: Same as above

Batch #: 2516003.00
Client Project #: N/A
Samples Received: 1
Samples Analyzed: 1
Method: EPA/600R-93/116

---

Lab ID: 25096197    Client Sample #: 01
Location: Same as above

Layer 1 of 1    Description: Off-white lumpy material with paint

| Non-Fibrous Materials: | Other Fibrous Materials: % | Asbestos Type: % |
|---|---|---|
| Calcareous particles, Binder/Filler, Vermiculite, Paint | None Detected    ND | Chrysotile    3% |

Sampled by: Client
Analyzed by: Nadia Prysyazhnyuk
Date Analyzed: 11/03/2005

**DRAFT**

Note: If samples are not homogeneous, then subsamples of the components were analyzed separately. All bulk samples are analyzed using EPA 600/R-93/116 Method with the following measurement uncertainties for the reported % Asbestos (1%=0-3%, 5%=1-9%, 10%=5-15%, 20%=10-30%, 50%=40-60%). This report relates only to the items tested. If sample was not collected by NVL personnel, then the accuracy of the results is limited by the methodology and acuity of the sample collector. This report shall not be reproduced except in full, without written approval of NVL Laboratories, Inc. It shall not be used to claim product endorsement by NVLAP or any other agency of the US Government.

Page 1 of 1