UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:

Chapter 11

Case No. 01-01139 (JJF)

W. R. GRACE & CO., et al.,

Debtors,

_____/

### TEW CARDENAS LLP'S NOTICE OF WITHDRAWAL

The law firm of Tew Cardenas LLP, hereby gives notice of withdrawing as attorney-of-record in the above cause. Please remove our firm from the mailing list.

**TEW CARDENAS LLP**
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, Florida 33131
Phone: 305/536-1112
Fax: 305/536-1116

By: _____
Thomas Tew, Esq.
Fla. Bar No. 098160

@PFDesktop\::ODMA/MHODMA/MIAMI;447686;1