**EXHIBIT 1**

**RICHARD H. CHASEN**
**ATTORNEY AT LAW**
425 California Street
Suite 2100
San Francisco, CA 94104

Tel. 415-433-3200

August 23, 2005

To the Honorable Judith K. Fitzgerald
United States Bankruptcy Judge
United States Bankruptcy Court
For the District of Delaware

824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Re: W&R GRACE & CO., et al.
Debtors, Case No. 01-01139(JKF)
(Jointly Administration)

Dear Judge Fitzgerald:

On behalf of the Creditor, County of Fresno ("County"), I have been authorized to withdraw all twelve Asbestos Property Bankruptcy Claims, dated 3-31-2003 and amendments thereto. (Attached is a Chart describing the claims.) The twelve claims were acknowledged by W&R Grace & Co., et al, through the claims administrator.

The withdrawal is subject to Debtor and County's mutual agreement that each party shall bear its own fees, costs and/or expenses, in the proceeding, including attorneys' fees, incurred by either party. If the Debtor is amenable to the agreement, County requests that the Debtor prepare and send a Notice of no opposition to the withdrawal, to the County.

Thank you in advance for your assistance in this matter.

Sincerely yours,

Richard H. Chasen
Attorney for the County of Fresno

cc: Janet Baer

## CHART

## W.R. GRACE CO., et al. Bankruptcy
## Claim Acknowledgement

| Type Code | Claim Number | Receipt Date | Claimant Name | Attorney Name |
|---|---|---|---|---|
| PD | 00014398 | 3-31-2003 | County Of Fresno | Richard H Chasen |
| PD | 00011265 | 3-31-2003 | County Of Fresno | Richard H Chasen |
| PD | 00011266 | 3-31-2003 | County Of Fresno | Richard H Chasen |
| PD | 00011267 | 3-31-2003 | County Of Fresno | Richard H Chasen |
| PD | 00011268 | 3-31-2003 | County Of Fresno | Richard H Chasen |
| PD | 00011269 | 3-31-2003 | County Of Fresno | Richard H Chasen |
| PD | 00011270 | 3-31-2003 | County Of Fresno | Richard H Chasen |
| PD | 00011271 | 3-31-2003 | County Of Fresno | Richard H Chasen |
| PD | 00011272 | 3-31-2003 | County Of Fresno | Richard H Chasen |
| PD | 00011273 | 3-31-2003 | County Of Fresno | Richard H Chasen |
| PD | 00011274 | 3-31-2003 | County Of Fresno | Richard H Chasen |
| PD | 00011275 | 3-31-2003 | County Of Fresno | Richard H Chasen |