**<u>EXHIBIT A-1</u>**

**Exhibit A-1**

Claims relating to Zonolite Attic Insulation and similar products.

| Claim No. | Claimant Name | Relief Requested |
|-----------|---------------|------------------|
| 1726 | Baloga | Withdraw Objection without prejudice. Reclassify as ZAI Claim. All rights reserved. |
| 2971 | Becker, William | Withdraw Objection without prejudice. Reclassify as ZAI Claim. All rights reserved. |
| 2972 | Becker, William | Withdraw Objection without prejudice. Reclassify as ZAI Claim. All rights reserved. |
| 3893 | Beltz, Alan | Withdraw Objection without prejudice. Reclassify as ZAI Claim. All rights reserved. |
| 3891 | Beltz, Carol | Withdraw Objection without prejudice. Reclassify as ZAI Claim. All rights reserved. |
| 5154 | Berrum Homer | Withdraw Objection without prejudice. Reclassify as ZAI Claim. All rights reserved. |
| 2128 | Campeau, Thomas Francis | Withdraw Objection without prejudice. Reclassify as ZAI Claim. All rights reserved. |
| 12749 | Grunert | Withdraw Objection without prejudice. Reclassify as ZAI Claim. All rights reserved. |
| 5992 | Killian | Withdraw Objection without prejudice. Reclassify as ZAI Claim. All rights reserved. |
| 15343 | Koski, Eino and Aili | Withdraw Objection without prejudice. Reclassify as ZAI Claim. All rights reserved. |
| 15344 | Kwas, Daniel | Withdraw Objection without prejudice. Reclassify as ZAI Claim. All rights reserved. |
| 3300 | Martin | Withdraw Objection without prejudice. Reclassify as ZAI Claim. All rights reserved. |
| 3404 | McChristian | Withdraw Objection without prejudice. Reclassify as ZAI Claim. All rights reserved. |
| 10555 | Miles | Withdraw Objection without prejudice. Reclassify as ZAI Claim. All rights reserved. |
| 13908 | Nolan, Shawn and Amy | Withdraw Objection without prejudice. Reclassify as ZAI Claim. All rights reserved. |
| 5149 | Nowak, Robert | Withdraw Objection without prejudice. Reclassify as ZAI Claim. All rights reserved. |
| 5580 | Russ, Clarke | Withdraw Objection without prejudice. Reclassify as ZAI Claim. All rights reserved. |
| 2560 | Taylor, Eddie | Withdraw Objection without prejudice. Reclassify as ZAI Claim. All rights reserved. |
| 13907 | Wilkinson, Jay* | Withdraw Objection without prejudice. Reclassify as ZAI Claim. All rights reserved. |

---

\*    The parties acknowledge that this claim is a Masonry Fill claim, not a ZAI claim.  However, the Debtor intend to address Masonry Fill claims in the same manner as ZAI claims and not to include such claims in the current traditional asbestos property damage claims objections.

K&E 10783419.1

| 15345 | Worden, Gladwin | Withdraw Objection without prejudice. Reclassify as ZAI Claim. All rights reserved. |
|-------|-----------------|------------------------------------------------------------------------------------|