**EXHIBIT H**

| | | |
|---|---|---|
| Janet Baer/Chicago/Kirkland-Ellis | To | ewestbrook@rpwb.com |
| 10/28/2005 01:50 PM | cc | |
| | bcc | |
| | Subject | Fw: Stipulation on Wesleyan claim. |

Ed: Attached is the revised Stipulation which incorporates the changes you suggested earlier this week. If this is agreeable, please execute and I will do the same. I would like to submit it to the Court early next week with numerous others on a certificate of counsel.

On a separate note, you appear to be the only one that was not available to participate on November 8 in the ZAI call the Judge requested. While we have no idea what she is going to say, we really do not want to wait until Nov 29 if at all possible to find out. Maybe she can suggest something that will help us move toward a resolution... Is there anyway you can arrange things to do the call on Nov 8? Thanks Jan

Janet S. Baer
Kirkland & Ellis LLP
312-861-2162
312-660-0362 (fax)
200 E. Randolph
Chicago, IL 60601

📄 - Grace Stip Withdrawing ZAI Claims w_insert E.Westbrook on behalf of S. Wesleyan Univ._(LEGAL_10783229_2).DOC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## STIPULATION CONCERNING WITHDRAWAL OF OBJECTION, CONSOLIDATION AND RECLASSIFICATION CERTAIN CLAIMS

This stipulation is entered into this 31st day of October, 2005, between W.R. Grace & Co. and its affiliates (collectively, the "Debtors") and Edward Westbrook, on behalf of Southern Wesleyan University and other related parties ("Claimant"). In consideration of the matters set forth herein and under the following terms and provisions, it is hereby stipulated and agreed between the Claimant and the Debtors as follows:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1.  On April 22, 2002, this Court issued its Bar Date Order which established March 31, 2003 as the Bar Date for the filing of certain pre-petition (a) non-asbestos, (b) asbestos property damage and (c) medical monitoring claims.

2.  The Claimant has filed a proof of claim against the Debtors identified as Claim No. 7019.

3.  On September 1, 2005, the Debtors filed their Fifteenth Omnibus Objection to Claims (the "15th Omnibus Objection") in which the Debtors sought to disallow and expunge Claim No. 7019.

4.  Claim No. 7019 is derived from the asbestos property damage claim asserted in the case of <u>Central Wesleyan College v. W. R. Grace, et al.</u>, Case No. C.A. No. 2:87-1860-8 and is a claim with respect to Claimant's rights to certain product rebate coupons under a Settlement Agreement ("Settlement Agreement") in that case.

5.  On January 3, 2002, the Court entered an Order Clarifying the Customer Practices Order wherein the Court specifically authorized the Debtors to honor the product rebate coupons provided the Claimants in the Settlement Agreement in the ordinary course of business and as the Debtors see fit in their business judgment.

6.  As a result, the Debtors agree to withdraw the objections to Claim No. 7019 set forth in the 15th Omnibus Objection. This withdrawal however, is without prejudice and the Debtors reserve their right to object to Claim No. 7019 on any grounds in the future upon proper notice and consistent with applicable law.

7.  Each party executing this Stipulation represents that such party has the full authority and legal power to do so. This Stipulation may be executed in counterparts and each such counterpart together with the others shall constitute one and the same instrument. The

parties further agree that facsimile signatures hereon shall be deemed to be original signatures. This Stipulation shall be binding upon and inure to the benefit of each of the parties, and upon their respective assignees, successors and/or partners.

8. This Stipulation constitutes the complete expression of the agreement of the parties hereto concerning the subject matter hereof, and no modification of or amendment to this Stipulation shall be valid unless it is in writing and signed by the party or parties to be charged.

9. The Bankruptcy Court shall retain jurisdiction to enforce this Stipulation and all matters relating hereto.

10. The Debtors shall direct the Claims Agent, Rust Consulting, Inc., to mark the Claims Register to reflect the matters set forth herein.

**STIPULATED AND AGREED:**

| | |
|---|---|
| **SOUTHERN WESLEYAN UNIVERSITY, et al.** | **W. R. GRACE & CO., et al.** |
| By: *Edward Westbrook by JSB* | By: *Janet S. Baer* |
| One of its attorneys | One of their attorneys |

Edward Westbrook
Richardson Patrick Westbrook & Brickman LLC
1037 Chuck Dawley Blvd.
Building A
Mount Pleasant, SC 29464

**KIRKLAND & ELLIS LLP**
Michelle Browdy
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601-6636
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

**PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.**

Laura Davis Jones (DE I.D. No. 2436)
James O'Neill (
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

*Attorneys for Debtors
and Debtors-in Possession*