## **CERTIFICATE OF SERVICE**

     I, Theodore J. Tacconelli, Esquire, hereby certify that on this 10th day of November, 2005, I caused one copy of the foregoing *Motion and Order for Admission Pro Hac Vice* of Richard C. Hile to be served on the following parties in the manner indicated:

SEE ATTACHED SERVICE LIST

Upon penalty of perjury I declare that the foregoing is true and correct.

                                                     /s/  Theodore J. Tacconelli  
                                               Theodore J. Tacconelli (No. 2678)

**SERVICE LIST**

| **By Hand Delivery:** | **First-Class U.S. Mail** |
|---|---|
| Laura Davis Jones, Esquire<br>David W. Carickhoff, Jr., Esquire<br>Pachulski, Stang, Ziehl, Young, Jones<br>& Weintraub, P.C.<br>919 N. Market Street, Suite 1600<br>Wilmington, DE 19801 | Lewis Kruger, Esquire<br>Stroock & Stroock & Lavan<br>180 Maiden Lane<br>New York, NY 10038-4982 |
| Teresa K. D. Currier, Esquire<br>Klett, Rooney, Lieber & Schorling<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801 | Elihu Inselbuch, Esquire<br>Caplin & Drysdale<br>399 Park Avenue, 27th Floor<br>New York, NY 10022 |
| Marla R. Eskin, Esquire<br>Campbell & Levine, LLC<br>800 N. King Street, Suite 300<br>Wilmington, DE 19801 | Thomas M. Mayer, Esquire<br>Kramer, Levin, Naftalis & Frankel, LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| Michael R. Lastowski, Esquire<br>Duane Morris, LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801 | Scott L. Baena, Esquire<br>Bilzin, Sumberg, Dunn Baena<br>Price & Axelrod LLP<br>200 South Biscayne Boulevard<br>Suite 2500<br>Miami, FL 33131 |
| David M. Klauder, III, Esquire<br>Office of the United States Trustee<br>844 N. King Street, Room 2207<br>Wilmington, DE 19801 | Richard H. Wyron, Esquire<br>Swidler Berlin Shereff Friedman, LLP<br>3000 K Street, NW, Suite 300<br>Washington, DC 20007 |
| **By Facsimile and First-Class U.S. Mail:** | John C. Phillips, Jr., Esquire<br>Phillips, Goldman & Spence, P.A.<br>1200 N. Broom Street<br>Wilmington, DE 19806 |
| Janet S. Baer, Esquire<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601 | |