IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., et al. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | Objection Deadline: November 9, 2005 at 4:00 p.m. |
| ) | Ref. No. 9902 |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 9902
## (NO ORDER REQUIRED)

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Sixteenth Monthly Fee Application (the "Application") of Swidler Berlin LLP ("Swidler") Bankruptcy Counsel to David T. Austern, Future Claimants' Representative for the period from August 1, 2005 through August 31, 2005 (the "Period"), filed with the Court on October 21, 2005, and entered on the Court's docket as Docket No. 9902. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed no later than November 9, 2005.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Official Committee Members signed April 17, 2002, amending the Court's Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for

Allowance and Payment of Monthly Interim Compensation and Reimbursement of Expenses of Professionals, entered May 3, 2001 ("the Amended Administrative Order") dated March 17, 2003, the Debtors are authorized to pay Swidler $31,753.80 (80% of $39,692.25) and expenses in the amount of $3,364.14 for a total of $35,117.94 as requested in the Application for the Period upon the filing of this Certification and without the need for entry of a Court order approving the Application.

SWIDLER BERLIN LLP

By: _____
Roger Frankel, *admitted pro hac vice*
Richard H. Wyron, *admitted pro hac vice*
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7500
Counsel to David T. Austern,
As Future Claimants' Representative

Dated: November 11, 2005

-2-