# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
|  | ) |  |
| Debtors. | ) | Objection Deadline: August 1, 2005 at 4:00 p.m. |
|  | ) | Hearing: Schedule if Necessary (Negative Notice) |

## COVER SHEET TO ELEVENTH MONTHLY INTERIM APPLICATION OF SWIDLER BERLIN LLP, BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2005 THROUGH APRIL 30, 2005

| | |
|---|---|
| Name of Applicant: | Swidler Berlin LLP ("Swidler") |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | Swidler Retention Order entered September 27, 2004 |
| Period for which compensation is sought: | April 1, 2005 through April 30, 2005 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $27,253.25 |
| 80% of fees to be paid: | $21,802.60[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 1,560.48 |
| Total Fees @ 80% and 100% Expenses: | $23,363.08 |

---

[1] Pursuant to the Administrative Order entered March 17, 2003, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses

The total time expended for fee application preparation during this time period is 14.40 hours and the corresponding fees are $3,048.00 and 103.32 in expenses for Swidler's fee applications and 9.10 hours and $2,118.50 in fees and no expenses for the FCR and/or is other professional's fee applications   Any additional time spent for this matter will be requested in subsequent monthly interim applications.

This is Swidler's eleventh interim fee application for the period April 1-30, 2005. Swidler has previously filed the following fee applications:

- Eleventh interim fee application for the period March 1-31, 2005 in the amount of $67,870.00) 80% of $54,296.00) and expenses in the amount of $4,114.49

- Tenth interim fee application for the period February 1-28, 2005 in the amount of $92,370.80 (80% of $115,463.50) and expenses in the amount of $2,097.16

- Ninth interim fee application for the period January 1-31, 2005 in the amount of $50,702.60 (80% of $63,378.25) and expenses in the amount of $7,490.31

- Eighth interim fee application for the period December 1-31, 2004 in the amount of $70,817.20 (80% of $88,521.50) in fees and $4,326.10 in expenses

- Seventh interim fee application for the period November 1-30, 2004  in the total amount of $78,054.40 (80% of $97,568.00) and expenses in the amount of $ $4,182.19

- Sixth interim fee application for the period October 1-31, 2004 in the total amount of $87,179.80 (80% of $108,974.75) and expenses in the amount of $8,520.60

- Fifth interim fee application for the period September 1-30, 2004 in the amount of $123,890.80 (80% of $154,863.50) in fees and $5,827.44 in expenses

- Fourth interim fee application for the period August 1-31, 2004 in the amount of $38,486.00 (80% of $48,107.50) in fees and $4,143.66 in expenses

- Third interim fee application for the period July 1-31, 2004 in the amount of $74,481.80 (80% of $93,102.25) in fees and $4,429.85 in expenses

- Second interim fee application for the period June 1-30, 2004 in the amount of $88,393.20 (80% of $110,491.50) in fees and expenses of $15,846.02

- First interim fee application for the period May 1-31, 2004 in the amount of $8,151.60 (80% of $10,189.50) in fees and expenses of $8,151.60

2

To date, Swidler has received payments from the Debtors in the following amounts:

- $363,650.37 representing 80% of fees and 100% expenses for May 24, 2004 through September 30, 2004
- $19,993.70 representing the 20% holdback on fees for the time period May and June 2004
- $46,629.66 representing 80% of fees and 100% expenses for July 2004
- $78,911.65 representing 80% of fees and 100% expenses for August 2004
- $129,718.24 representing 80% of fees and 100% expenses for September 2004
- $59,214.65 representing the 20% holdback on fees for the time period July-September 2004
- $95,700.40 representing 80% of fees and 100% expenses for October 2004
- $157,379.89 representing 80% of fees and expenses for November and December 2004
- $58,192.91 representing 80% of fees and 100% expenses for January 2005
- $94,467.96 representing 80% of fees and 100% expenses for February 2005
- $58,410.49 representing 80% of fees and 100% expenses for March 2005

## COMPENSATION SUMMARY

### APRIL 2005

| Name of Professional Person | Position of Applicant. No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Monique D. Almy | Partner. 9 years in position; 18 years relevant experience; 1987. Bankruptcy | $460.00 | 9.40 | $4,324.00 |
| Roger Frankel | Partner. 22 years in position; 34 years relevant experience; 1971. Bankruptcy | $645.00 | 7.90 | $4,869.75[2] |
| Richard H. Wyron | Partner. 16 years in position; 26 years relevant experience; 1979. Bankruptcy | $545.00 | 15.80 | $8,611.00 |
| Debra L. Felder | Associate. 3 years in position; 3 years relevant experience; 2002. Bankruptcy | $255.00 | 16.80 | $4,284.00 |
| Scott T. Levitt | Associate. 10 years in position; 10 years relevant experience; 1995. Insurance Litigation | $390.00 | 60 | $234.00 |

2 Please note that this amount reflects a reduction of $225.75 for the 50% reduced rate on non-working travel

| Name of Professional<br>Person | Position of Applicant,<br>No. of Years in Position,<br>Prior Relevant Experience,<br>Yr. Obtained License to Practice,<br>Area of Expertise | Hourly<br>Billing<br>Rate<br>(including<br>changes) | Total<br>Billed<br>Hours | Total<br>Compensation |
|---|---|---|---|---|
| Rachael M. Barainca | File Clerk | $60.00 | 7.10 | $426.00 |
| Debra O. Fullem | Senior Legal Assistant | $195.00 | 22.60 | $4,407.00 |
| Deborah A. Rogers | Senior Consultant | $195.00 | .50 | $97.50 |
| Total | | | 80.70 | $27,253.25 |
| Blended Rate: $337.71 | | | | |

## COMPENSATION BY PROJECT CATEGORY

### APRIL 2005

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 13.60 | $2,263.50 |
| Due Diligence | 1.20 | $724.00 |
| Compensation of Professionals-Swidler | 14.40 | $3,048.00 |
| Compensation of Professionals-Other | 9.10 | $2,118.50 |
| Litigation | 39.30 | $17,759.00 |
| Insurance Matters | 1.10 | $331.50 |
| Plan and Disclosure Statement | 1.00 | $645.00 |
| Retention of Professionals-Other | .30 | $138.00 |
| Travel Time (Non-Working) | .70 | $225.75 |
| TOTAL | 80.70 | $27,253.25 |

---

‡ In accordance with the Local Rules of this Court, Swidler bills its hourly rates at a 50% reduced rate for non-working travel time.

## EXPENSE SUMMARY

### APRIL 2005

| Expense Category | Total |
|---|---|
| Photocopying/Printing | $169.20 |
| Telephone/Facsimile | $2.28 |
| Postage/Federal Express/Courier Fees | $44.38 |
| Computerized Legal Research | $201.46 |
| Pacer | $860.72 |
| Secretarial Services | $24.00 |
| Travel | $258.44 |
| TOTAL | $1,560.48 |

Respectfully submitted,

SWIDLER BERLIN LLP

By: _____

Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7500
Counsel to David T. Austern,
As Future Claimants' Representative

Dated: July 8, 2005

5

**EXHIBIT A**

**SWIDLER BERLIN LLP**

**INVOICES FOR THE TIME PERIOD**

**APRIL 1-30, 2005**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D C 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

**INVOICE DATE: 05/26/05**
**INVOICE NUMBER: 287223**

CLIENT/CASE: 25369.0001

RE: Case Administration

## FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|-----------------------|-------|
| 04/01/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 04/04/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.40 |
| 04/04/05 | Debra O. Fullem | Review docket update | 0.10 |
| 04/05/05 | Debra L. Felder | Review pleadings and update calendar of hearings and deadlines | 0.80 |
| 04/06/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 04/07/05 | Debra O. Fullem | Review disclosure by R. Frankel regarding JP Morgan issue | 0.20 |
| 04/07/05 | Debra L. Felder | Review monthly operating reports | 0.30 |
| 04/08/05 | Debra O. Fullem | Review docket update | 0.10 |
| 04/08/05 | Rachael M. Barainca | Organize daily filings and put in folders. | 1.00 |
| 04/08/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.40 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
05/26/05
Page 2

CLIENT:  25369
MATTER: .0001
INVOICE: 287223

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 04/08/05 | Roger L. Frankel | Review various docket entries | 0.30 |
| 04/11/05 | Rachael M. Barainca | Review Court docket; download documents and distribute | 0.30 |
| 04/11/05 | Debra O. Fullem | Review docket update | 0.10 |
| 04/11/05 | Debra L. Felder | Review pleadings and update calendar of hearings and deadlines | 1.20 |
| 04/12/05 | Rachael M. Barainca | Printed and organized pleadings for D. Felder | 0.70 |
| 04/12/05 | Rachael M. Barainca | Review Court docket; download documents and distribute | 0.30 |
| 04/13/05 | Rachael M. Barainca | Review Court docket; download documents and distribute | 0.50 |
| 04/14/05 | Rachael M. Barainca | Review Court docket; download documents and distribute | 0.40 |
| 04/15/05 | Rachael M. Barainca | Review Court docket; download documents and distribute | 0.40 |
| 04/15/05 | Debra L. Felder | Review pleadings and update calendar of hearings and deadlines | 0.50 |
| 04/15/05 | Debra O. Fullem | Review docket update | 0.10 |
| 04/18/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines | 0.30 |
| 04/18/05 | Rachael M. Barainca | Review Court docket; download documents and distribute | 0.30 |
| 04/18/05 | Roger L. Frankel | Confer with R. Wyron re status | 0.30 |
| 04/19/05 | Debra L. Felder | Review pleadings and update calendar of hearings and deadlines | 0.40 |
| 04/21/05 | Debra L. Felder | Conference with R. Wyron regarding update | 0.20 |
| 04/21/05 | Rachael M. Barainca | Review Court docket; download documents and distribute | 0.30 |
| 04/22/05 | Rachael M. Barainca | Review Court docket; download documents and distribute | 0.30 |
| 04/22/05 | Debra L. Felder | Review pleadings and update calendar of hearings and deadlines | 0.40 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
05/26/05
Page 3

CLIENT: 25369
MATTER: .0001
INVOICE: 287223

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 04/25/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines | 0.20 |
| 04/25/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 04/26/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 04/26/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.20 |
| 04/27/05 | Debra O. Fullem | Review docket update | 0.10 |
| 04/28/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 04/29/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 04/29/05 | Debra L. Felder | Conference with R. Wyron regarding update (.1); review pleadings and update calendar of hearings and deadlines (.4). | 0.50 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger I. Frankel | $645.00 | 0.60 | $387.00 |
| Debra I. Felder | $255.00 | 5.00 | $1,275.00 |
| Debra O. Fullem | $195.00 | 0.90 | $175.50 |
| Rachael M. Barainca | $60.00 | 7.10 | $426.00 |
| **TOTAL HOURS & FEES** | | **13.60** | **$2,263.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 80.55 |
| Telephone | 1.99 |
| Postage | 3.60 |
| DC Secretarial/Staff Overtime | 24.00 |
| Publications/Subscriptions  (Pacer) | 565.36 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co.)
05/26/05
Page 4

CLIENT:  25369
MATTER: .0001
INVOICE: 287223

| OTHER CHARGES | AMOUNT |
|---|---|
| TOTAL OTHER CHARGES | $675.50 |

CURRENT INVOICE DUE...........................................................$2,939.00

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D C 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern. FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church. VA 22042-0683

INVOICE DATE: 05/26/05
INVOICE NUMBER: 287223

OUR REFERENCE: 25369.0001

## INVOICE SUMMARY

TOTAL FEES.................................................................................. $2,263.50

TOTAL OTHER CHARGES ............................................................ $675 50

**TOTAL AMOUNT DUE** ................................................................. **$2,939.00**

*REMITTANCE INFORMATION:*

U S Mail:
Swidler Berlin LLP
Attn  Accounting Department
P O Box 3766
Washington DC 20027-3766

Electronic Funds Transfer:
Name of Bank      Wachovia Bank N A
Account Title     Swidler Berlin LLP
ABA Routing No    054001220
Account No        2000024531692

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP
### FEDERAL IDENTIFICATION
### NO. 13-2679676

## BILLING ATTORNEY COPY

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D C  20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 05/26/05
INVOICE NUMBER: 287224

CLIENT/CASE: 25369.0004

RE: Due Diligence

## FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 04/24/05 | Richard H. Wyron | Review 8K filed for first quarter results. | 0.50 |
| 04/29/05 | Roger L. Frankel | Review markup of transcript of judiciary committee. | 0.70 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $645.00 | 0.70 | $451.50 |
| Richard H. Wyron | $545.00 | 0.50 | $272.50 |
| **TOTAL HOURS & FEES** | | **1.20** | **$724.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Westlaw Legal Research | 196.18 |
| **TOTAL OTHER CHARGES** | **$196.18** |

CURRENT INVOICE DUE............................................................$920.18

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D C 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern. FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church. VA 22042-0683

INVOICE DATE: 05/26/05
INVOICE NUMBER: 287224

OUR REFERENCE: 25369.0004

## INVOICE SUMMARY

TOTAL FEES................................................................................................$724.00

TOTAL OTHER CHARGES.............................................................................$196.18

**TOTAL AMOUNT DUE** ...............................................................................**$920.18**

_REMITTANCE INFORMATION:_

U.S. Mail:
Swidler Berlin LLP
Attn  Accounting Department
P.O. Box 3766
Washington. DC 20027-3766

Electronic Funds Transfer:
Name of Bank      Wachovia Bank  N.A
Account Title       Swidler Berlin LLP
ABA Routing No    054001220
Account No          2000024531692

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 05/26/05
INVOICE NUMBER: 287228

CLIENT/CASE: 25369.0011

RE: Compensation of Professionals--Swidler

## FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|-----------------------|-------|
| 04/01/05 | Debra O. Fullem | Follow up on CNO to January fee statement. | 0.20 |
| 04/01/05 | Debra O. Fullem | E-mail to R. Frankel re status of February fee application; forward e-mail to R. Wyron. | 0.20 |
| 04/01/05 | Debra O. Fullem | Prepare redactions to insurance/litigation/plan invoices for February and provide to R. Frankel and R. Wyron. | 0.60 |
| 04/01/05 | Roger L. Frankel | Review tenth monthly fee application | 0.30 |
| 04/04/05 | Debra O. Fullem | Review status and prepare e-mail to J. Port at W.R. Grace regarding CNO filed on January fee statement and payment due. | 0.30 |
| 04/04/05 | Debra O. Fullem | Organize fee application files | 0.50 |
| 04/05/05 | Debra O. Fullem | Research new addresses for certain returned mail regarding third quarterly fee application hearing | 0.50 |
| 04/05/05 | Debra O. Fullem | Update fee status chart. | 0.20 |
| 04/07/05 | Debra O. Fullem | Review and update fee status chart. | 0.10 |
| 04/07/05 | Debra O. Fullem | Review charts and update accounting with current status of payments due. | 0.20 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co.)
05/26/05
Page 2

CLIENT:  25369
MATTER:  0011
INVOICE: 287228

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 04/07/05 | Debra O. Fullem | Review and revise February fee application as per R. Wyron's edits; prepare final; forward to R. Frankel for signature. | 0.50 |
| 04/07/05 | Debra O. Fullem | Review March prebills and revise same | 1.00 |
| 04/08/05 | Debra O. Fullem | Review e-mail from R. Wyron; reply to same with status on fee applications and CNOs. | 0.20 |
| 04/08/05 | Debra O. Fullem | Review and finalize February fee statement; forward to local counsel for filing | 0.80 |
| 04/11/05 | Debra O. Fullem | Organize fee application files. | 0.50 |
| 04/12/05 | Debra O. Fullem | Organize fee application files. | 0.30 |
| 04/15/05 | Debra O. Fullem | Update fee and expense status chart. | 0.20 |
| 04/17/05 | Debra O. Fullem | Begin draft of Fourth Quarterly Fee Application for the time period January-March 2005. | 0.50 |
| 04/18/05 | Debra O. Fullem | Review March invoices and prepare chart summarizing fees and expenses | 0.50 |
| 04/18/05 | Debra O. Fullem | Prepare draft of March monthly fee application. | 0.80 |
| 04/19/05 | Debra O. Fullem | Complete draft of March fee application and provide to R. Wyron for review. | 1.50 |
| 04/19/05 | Debra O. Fullem | Continue work on March invoices and fee application. | 0.70 |
| 04/21/05 | Debra O. Fullem | Review and respond to e-mail from J. Sacco regarding payment on January invoices. | 0.20 |
| 04/21/05 | Debra O. Fullem | Review and respond to e-mail from J. Sacco regarding payment on 20% holdback for July-Sept 04 fees and forward spreadsheets for allocation of payment | 0.20 |
| 04/22/05 | Debra O. Fullem | Finalize March fee application and provide to R. Wyron and R. Frankel for review and comment. | 1.00 |
| 04/24/05 | Debra O. Fullem | Review monthly fee applications (.2); begin preparing Fourth Quarterly fee application for Swidler for the time period January-March 2005 (.8). | 1.00 |
| 04/24/05 | Richard H. Wyron | Review March fee application | 0.30 |
| 04/25/05 | Debra O. Fullem | Review R. Wyron's edits to March fee application | 0.20 |

SWIDLER BERLIN LLP

David Austern. FCR (for W.R. Grace & Co.)
05 26 05
Page 3

CLIENT:  25369
MATTER: .0011
INVOICE: 287228

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 04/26/05 | Debra O. Fullem | Update spreadsheet of fees and expenses and payments for the last quarterly period | 0.20 |
| 04/29/05 | Debra O. Fullem | Finalize March fee application filing; attach exhibits; coordinate filing and serving. | 0.70 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roger L. Frankel | $645.00 | 0.30 | $193.50 |
| Richard H. Wyron | $545.00 | 0.30 | $163.50 |
| Debra O. Fullem | $195.00 | 13.80 | $2,691.00 |
| **TOTAL HOURS & FEES** | | **14.40** | **$3,048.00** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 62.25 |
| Telephone | 0.29 |
| Federal Express | 40.78 |
| **TOTAL OTHER CHARGES** | **$103.32** |

CURRENT INVOICE DUE.................................................................$3,151.32

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON. D C 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church. VA 22042-0683

**INVOICE DATE: 05/26/05**
**INVOICE NUMBER: 287228**

OUR REFERENCE: 25369.0011

## INVOICE SUMMARY

TOTAL FEES ............................................................................... $3,048.00

TOTAL OTHER CHARGES ........................................................... $103.32

**TOTAL AMOUNT DUE** ............................................................ **$3,151.32**

*REMITTANCE INFORMATION:*

U.S Mail:
Swidler Berlin LLP
Attn Accounting Department
P O Box 1766
Washington DC 20027-3766

Electronic Funds Transfer:
Name of Bank          Wachovia Bank N.A
Account Title          Swidler Berlin LLP
ABA Routing No        054001220
Account No            2000024531692

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 05/26/05
INVOICE NUMBER: 287229

CLIENT/CASE: 25369.0012

RE: Compensation of Professionals--Other

## FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 04/07/05 | Debra O. Fullem | Prepare e-mail to N. Murphy regarding status of fee application of Tillinghast | 0.10 |
| 04/07/05 | Debra O. Fullem | Review e-mail from R. Chatterjee regarding correction to quarterly fee application | 0.10 |
| 04/12/05 | Debra O. Fullem | Prepare notice of filing of CIBC's Third Quarterly and certificate of service for same; send documents to local counsel to file and serve. | 0.50 |
| 04/14/05 | Debra O. Fullem | Telephone call from R. Chatterjee regarding corrected version of Third Quarterly Fee Application; contact local counsel regarding re-filing and re-serving of same. | 0.30 |
| 04/15/05 | Debra O. Fullem | Conference with D. Felder regarding CIBC third quarterly duplicate filing; e-mail to C. Hartman (PGS) regarding withdrawal of first filing of same. | 0.20 |
| 04/15/05 | Debra O. Fullem | Conference with D. Felder regarding CNO on CIBC fee application; check docket for status | 0.20 |
| 04/17/05 | Debra O. Fullem | Review e-mail from D. Austern along with chart of fees for the period January-March 2005. | 0.20 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co.)
05/26/05
Page 2

CLIENT: 25369
MATTER: .0012
INVOICE: 287229

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 04/18/05 | Debra O. Fullem | Prepare three monthly fee applications of D. Austern for the time period January, February and March 2005. | 1.50 |
| 04/19/05 | Debra O. Fullem | Revise and finalize D. Austern's fee applications for the time period January-March 2005 and provide to R. Wyron for review and comment. | 1.50 |
| 04/19/05 | Debra O. Fullem | Conference with D. Felder regarding CIBC corrections to fee application and CNO to be filed. | 0.20 |
| 04/19/05 | Debra L. Felder | E-mail correspondence with J. Brownstein regarding April 24 hearing (.1); review agenda and calendar for April 24 hearing (.3). | 0.40 |
| 04/21/05 | Debra O. Fullem | Complete D. Austern's monthly fee applications for the period January-March 2005; forward to D. Austern by e-mail for review and comment. | 0.70 |
| 04/21/05 | Debra O. Fullem | Review package from CIBC of January and February fee applications (.2); prepare notices (.2); organize documents in final form (.2); obtain R. Frankel's signature on notices (.1); coordinate filing with Court and serving on parties (.1). | 0.80 |
| 04/21/05 | Debra O. Fullem | Review and respond to e-mail from C. Hartman regarding problems with CIBC Fourth Quarterly; review and revise draft Notice of Withdrawal of pleading. | 0.50 |
| 04/22/05 | Debra O. Fullem | Conference with R. Wyron regarding D. Austern's fee applications. | 0.10 |
| 04/24/05 | Richard H. Wyron | Review D. Austern's January, February and March fee applications | 0.40 |
| 04/25/05 | Roger L. Frankel | Review, sign notices of monthly applications - Austern. | 0.20 |
| 04/25/05 | Roger L. Frankel | Review, sign notices of monthly applications - Austern. | 0.20 |
| 04/25/05 | Debra O. Fullem | Finalize D. Austern's fee applications for the time period January, February and March 2005 (.8); coordinate filing and serving of same (.2). | 1.00 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $645.00 | 0.40 | $258.00 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
05/26/05
Page 3

CLIENT:  25369
MATTER: .0012
INVOICE: 287229

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Richard H. Wyron | $545 00 | 0.40 | $218.00 |
| Debra L. Felder | $255.00 | 0.40 | $102.00 |
| Debra O. Fullem | $195.00 | 7.90 | $1,540.50 |
| **TOTAL HOURS & FEES** | | **9.10** | **$2,118.50** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 23.40 |
| **TOTAL OTHER CHARGES** | **$23.40** |

CURRENT INVOICE DUE..........................................................**$2,141.90**

# SWIDLER BERLIN LLP

### FEDERAL IDENTIFICATION
#### NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202)424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 05/26/05
INVOICE NUMBER: 287229

OUR REFERENCE: 25369.0012

## INVOICE SUMMARY

TOTAL FEES ..................................................................... $2,118.50

TOTAL OTHER CHARGES ........................................... $23.40

**TOTAL AMOUNT DUE** ...................................................... **$2,141.90**

*REMITTANCE INFORMATION:*

U.S. Mail:
Swidler Berlin LLP
Ann  Accounting Department
P.O. Box 3766
Washington DC 20027-3766

Electronic Funds Transfer:
Name of Bank        Wachovia Bank  N.A.
Account Title       Swidler Berlin LLP
ABA Routing No      054001220
Account No          2000024531692

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO 13-2679676

WASHINGTON DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON D C 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202)424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 05/26/05
INVOICE NUMBER: 287226

CLIENT/CASE: 25369.0007

RE: Litigation

## FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 04/01/05 | Monique D. Almy | Review Rabinowitz expert report in Owens Corning re estimation | 2.30 |
| 04/01/05 | Monique D. Almy | Begin review of Vasquez report in Owens Corning re estimation. | 2.00 |
| 04/04/05 | Richard H. Wyron | Confer with R. Frankel regarding status and follow-up notes (.5); review e-mail regarding CEO motion and related discovery (.8). | 1.30 |
| 04/04/05 | Debra L. Felder | Review Owens Corning decision regarding estimation. | 0.40 |
| 04/04/05 | Roger L. Frankel | Confer with R. Wyron re CMO status, hearing in DE. | 0.30 |
| 04/04/05 | Monique D. Almy | Review balance of Vazquez expert report in Owens Corning re estimation. | 2.50 |
| 04/04/05 | Monique D. Almy | Review 3/31/05 Owens Corning Estimation Order. | 0.60 |
| 04/05/05 | Richard H. Wyron | Review Owens Corning opinion on estimation. | 0.50 |
| 04/06/05 | Roger L. Frankel | Review OC opinion on estimation. | 0.50 |
| 04/06/05 | Richard H. Wyron | Review CEO agreement and revisions (.3); review financial information on litigation costs and call to CIBC regarding same (.4). | 0.70 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co.)
05/26/05
Page 2

CLIENT:  25369
MATTER:  0007
INVOICE: 287226

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 04/07/05 | Richard H. Wyron | Follow-up on inquiry regarding litigation fees. | 0.30 |
| 04/08/05 | Richard H. Wyron | Confer with D. Austern on open issues and follow-up (.3); review CEO documents (.5) | 0.80 |
| 04/08/05 | Roger L. Frankel | Confer with D. Austern re CMO, executive compensation issue. | 0.30 |
| 04/08/05 | Roger L. Frankel | Confer with R. Wyron re discovery on executive compensation issues. CMO | 0.30 |
| 04/11/05 | Richard H. Wyron | Review pleadings for next omnibus hearing (.8); review calendar ( 3); review Hatco issues (.4). | 1.50 |
| 04/13/05 | Richard H. Wyron | Review decision on reconsideration in Owens Corning (.2); review Hatco agreements and e-mails regarding same (.8). | 1.00 |
| 04/13/05 | Monique D. Almy | Review CSFB's Motion for Reconsideration in Owens Corning on estimation | 0.90 |
| 04/13/05 | Monique D. Almy | Review Order denying consideration on estimation in Owens Corning. | 0.50 |
| 04/13/05 | Roger L. Frankel | Review OC opinion re reconsideration. | 0.30 |
| 04/13/05 | Debra L. Felder | Review pleadings regarding CEO retention bonus (1.2); conference with R. Wyron regarding same (.2); attend Bubnovich deposition (4.5); review Owens Corning docket and opinion regarding estimation (.3) | 6.20 |
| 04/14/05 | Debra L. Felder | Attend T. Vanderslice deposition (2.3); conference with R. Wyron regarding depositions of N. Bubnovich and T. Vanderslice (.3). | 2.60 |
| 04/15/05 | Debra L. Felder | Telephone conference with R. Wyron regarding motion to employ Anderson Kill. | 0.10 |
| 04/15/05 | Roger L. Frankel | Confer with R. Wyron re CMO. Libby issues. PI committee application to employ Anderson Kill. | 0.20 |
| 04/18/05 | Roger L. Frankel | Review issues in preparation for Omnibus hearing. | 0.30 |
| 04/18/05 | Roger L. Frankel | Review agenda for 4/25 hearing | 0.20 |
| 04/18/05 | Debra L. Felder | Review pleadings regarding application to employ Anderson Kill. | 0.60 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
05/26/05
Page 3

CLIENT:  25369
MATTER: .0007
INVOICE: 287226

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 04/19/05 | Roger L. Frankel | Review pleadings re Festa compensation package, supplemental objection of PI and PD committee. | 0.70 |
| 04/19/05 | Richard H. Wyron | Prepare for 4/25 omnibus hearing - review pleadings on CEO motion | 0.80 |
| 04/21/05 | Monique D. Almy | Review amended agenda for 4/25/05 | 0.30 |
| 04/22/05 | Roger L. Frankel | Review agenda (amended) for 4/25 hearing | 0.30 |
| 04/22/05 | Roger L. Frankel | Confer with D. Austern, R. Wyron in preparation for 4/25 hearing, executory compensation issues. | 0.40 |
| 04/22/05 | Debra L. Felder | Review T. Vanderslice deposition transcript and prepare memorandum to R. Wyron regarding same. | 1.50 |
| 04/24/05 | Richard H. Wyron | Review materials for April 25 hearing. | 0.60 |
| 04/25/05 | Richard H. Wyron | Prepare for hearing: review pleadings on pending matters and outline issues (1.1); review Anderson Kill issue and outline argument (.6); attend hearing (2.9); brief R. Frankel on status and results. and follow-up notes (.6). | 5.20 |
| 04/26/05 | Roger L. Frankel | Confer with R. Wyron re hearing. 524(g) issues. strategy. | 0.40 |
| 04/27/05 | Richard H. Wyron | Review summary of Hatco transaction and pleadings regarding same | 0.80 |
| 04/28/05 | Richard H. Wyron | Review Hatco motion (.4): call with M. Eskin and follow-up (.3). | 0.70 |
| 04/29/05 | Richard H. Wyron | Review calendar for 5/16 hearing and outline open items for discussion | 0.40 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Monique D. Almy | $460.00 | 9.10 | $4,186.00 |
| Roger L. Frankel | $645.00 | 4.20 | $2,709.00 |
| Richard H. Wyron | $545.00 | 14.60 | $7,957.00 |
| Debra L. Felder | $255.00 | 11.40 | $2,907.00 |
| **TOTAL HOURS & FEES** | | **39.30** | **$17,759.00** |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
05/26/05
Page 4

CLIENT: 25369
MATTER: .0007
INVOICE: 287226

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 3.00 |
| Ground Transportation | 38.00 |
| Publications/Subscriptions (Pacer) | 295.36 |
| Travel/Airfare | 180.00 |
| Travel/Meal Expenses | 17.20 |
| Travel/Parking | 14.00 |
| Travel/Taxis | 6.00 |
| Travel/Tolls | 3.24 |
| **TOTAL OTHER CHARGES** | **$556.80** |

CURRENT INVOICE DUE......................................................$18,315.80

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON. DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON D C 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern. FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church. VA 22042-0683

INVOICE DATE: 05/26/05
INVOICE NUMBER: 287226

OUR REFERENCE: 25369.0007

## INVOICE SUMMARY

TOTAL FEES.............................................................................$17,759.00

TOTAL OTHER CHARGES...............................................................$556.80

**TOTAL AMOUNT DUE** ...........................................................**$18,315.80**

REMITTANCE INFORMATION:

U S Mail:
Swidler Berlin LLP
Attn Accounting Department
P O Box 3766
Washington DC 20027-3766

Electronic Funds Transfer:
Name of Bank        Wachovia Bank N A
Account Title       Swidler Berlin LLP
ABA Routing No      054001220
Account No          2000024531692

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP
### FEDERAL IDENTIFICATION
### NO: 13-2679676

WASHINGTON DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D C 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern. FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 05/26/05
INVOICE NUMBER: 287225

CLIENT/CASE: 25369.0006

RE: Insurance Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|-----------------------|-------|
| 04/11/05 | Scott J Levitt | Review summary of proposed Hatco transaction for insurance issues. | 0.30 |
| 04/19/05 | Scott J Levitt | Communicate by e-mail with R. Wyron re [certain insurers] participation in Grace coverage program. | 0.30 |
| 04/19/05 | Deborah A. Rogers | Research Grace's insurance carriers regarding [certain insurers]; report findings to S. Levitt. | 0.50 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Scott J Levitt | $390.00 | 0.60 | $234.00 |
| Deborah A Rogers | $195.00 | 0.50 | $97.50 |
| **TOTAL HOURS & FEES** | | **1.10** | **$331.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Westlaw Legal Research | 5.28 |

SWIDLER BERLIN LLP

David Austern. FCR (for W.R. Grace & Co.)
05/26/05
Page 2

CLIENT:   25369
MATTER: .0006
INVOICE: 287225

| OTHER CHARGES | AMOUNT |
|---|---|
| TOTAL OTHER CHARGES | $5.28 |

CURRENT INVOICE DUE.................................................................$336.78

# SWIDLER BERLIN LLP

### FEDERAL IDENTIFICATION
### No 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET NW. SUITE 300
WASHINGTON, D C 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church. VA 22042-0683

OUR REFERENCE: 25369.0006

INVOICE DATE: 05/26/05
INVOICE NUMBER: 287225

## INVOICE SUMMARY

TOTAL FEES................................................................................ $331.50

TOTAL OTHER CHARGES........................................................ $5.28

**TOTAL AMOUNT DUE** ............................................................ **$336.78**

_REMITTANCE INFORMATION:_

U.S. Mail:
Swidler Berlin LLP
Attn  Accounting Department
P.O. Box 3766
Washington DC 20027-3766

Electronic Funds Transfer:
Name of Bank:      Wachovia Bank. N.A
Account Title         Swidler Berlin LLP
ABA Routing No      054001220
Account No            2000024531692

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No  13-2679676

WASHINGTON DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern. FCR (for W R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 05/26/05
INVOICE NUMBER: 287227

CLIENT/CASE: 25369.0008

RE:  Plan & Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL. 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 04/06/05 | Roger L. Frankel | Confer with Messrs. Radecki and Brownstein (NY) re case, plan issues (.4); notes re same (.1) | 0.50 |
| 04 23/05 | Roger L. Frankel | Review S.852 impact on asbestos claims. | 0.50 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $645.00 | 1.00 | $645.00 |
| **TOTAL HOURS & FEES** | | **1.00** | **$645.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

CURRENT INVOICE DUE.................................................................................$645.00

# SWIDLER BERLIN LLP
### FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D C  20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern. FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church. VA 22042-0683

INVOICE DATE: 05/26/05
INVOICE NUMBER: 287227

OUR REFERENCE: 25369.0008

## INVOICE SUMMARY

TOTAL FEES............................................................................................$645.00

TOTAL OTHER CHARGES ...........................................................$0.00

**TOTAL AMOUNT DUE** ...........................................................**$645.00**

*REMITTANCE INFORMATION:*

U.S. Mail:
Swidler Berlin LLP
Attn  Accounting Department
P O  Box 3766
Washington DC 20027-3766

Electronic Funds Transfer:
Name of Bank       Wachovia Bank. N.A.
Account Title      Swidler Berlin LLP
ABA Routing No     054001220
Account No         2000024531692

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D C 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

**BILLING ATTORNEY COPY**

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 05/26/05
INVOICE NUMBER: 287232

CLIENT/CASE: 25369.0010

RE: Retention of Professionals--Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 04/18/05 | Monique D. Almy | Review Motion for Leave to File a Reply and proposed Reply. | 0.30 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Monique D. Almy | $460.00 | 0.30 | $138.00 |
| TOTAL HOURS & FEES | | 0.30 | **$138.00** |

| OTHER CHARGES | AMOUNT |
|---|---|
| TOTAL OTHER CHARGES | **$0.00** |

CURRENT INVOICE DUE................................................................$138.00

# SWIDLER BERLIN LLP
### FEDERAL IDENTIFICATION
#### No. 13-2679676

WASHINGTON DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET NW, SUITE 300
WASHINGTON D C  20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W R Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church. VA 22042-0683

INVOICE DATE: 05/26/05
INVOICE NUMBER: 287230

CLIENT/CASE: 25369.0014

RE  Travel Time (Non-Working)

## FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 04/06/05 | Roger L Frankel | Travel to DC from NY | 0.70 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L Frankel | $322.50 | 0.70 | $225.75 |
| TOTAL HOURS & FEES | | 0.70 | $225.75 |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| TOTAL OTHER CHARGES | $0.00 |

CURRENT INVOICE DUE................................................................$225.75

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D C  20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 05/26/05
INVOICE NUMBER: 287230

OUR REFERENCE: 25369.0014

## INVOICE SUMMARY

TOTAL FEES .................................................................................. $225.75

TOTAL OTHER CHARGES.......................................................... $0.00

TOTAL AMOUNT DUE .............................................................. $225.75

REMITTANCE INFORMATION:

U S Mail:
Swidler Berlin LLP
Attn  Accounting Department
P O Box 3766
Washington DC 20027-3766

Electronic Funds Transfer:
Name of Bank        Wachovia Bank N.A
Account Title       Swidler Berlin LLP
ABA Routing No      054001220
Account No          2000024531692

**Please Note Our Reference and Invoice Numbers When Making Payment**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., et al., | ) Case No. 01-1139 (JKF) |
| | ) |
| Debtors. | ) |

## VERIFICATION

**DISTRICT OF COLUMBIA, TO WIT:**

Roger Frankel, after being duly sworn according to law, deposes and says:

1.     I am a partner of the applicant law firm Swidler Berlin LLP ("Swidler") and have been admitted *pro hac vice* to appear in these cases.

2.     I have personally performed many of the legal services rendered by Swidler as counsel to David T. Austern as Future Claimants' Representative ("FCR") and am familiar with the other work performed on behalf of the FCR by the lawyers, legal assistants, and other professionals of Swidler as set forth in the invoices attached as Exhibit A hereto.

3.     I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_____
ROGER FRANKEL


SWORN AND SUBSCRIBED TO BEFORE ME

THIS 8th DAY OF JULY, 2005

_____
Notary Public

My commission expires: 4/14/07