## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
| | ) |
| | ) |
| W.R. GRACE & CO., et al. | ) |
| | ) |
| Debtors. | ) |
| | ) |

Chapter 11
Case No. 01-01139 (JKF)
(Jointly Administered)

## VERIFICATION

**DISTRICT OF COLUMBIA, TO WIT:**

Richard H. Wyron, after being duly sworn according to law, deposes and says:

1.    I am a partner of the applicant law firm Swidler Berlin LLP ("Swidler") and am admitted to appear *pro hac vice* in these cases.

2.    I have personally performed or supervised many of the legal services rendered by Swidler as counsel to David T. Austern as Future Claimants' Representative ("FCR") and am familiar with the other work performed on behalf of the FCR by the other lawyers, legal assistants, and other professionals of Swidler as set forth in the attached invoices.

3.    I have reviewed the Fifth Quarterly Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith

RICHARD H. WYRON

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 2 DAY OF NOVEMBER, 2005

Notary Public

My commission expires: _____

Lori S. Williams
Notary Public, District of Columbia
My Commission Expires 3-31-2010