IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) <br> ) <br> W.R. GRACE & CO., et al. ) <br> ) <br> Debtors. ) <br> ) | Chapter 11 <br> Case No. 01-01139 (JKF) <br> (Jointly Administered) |

## ORDER GRANTING FIFTH QUARTERLY INTERIM APPLICATION OF SWIDLER BERLIN LLP AS BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2005 THROUGH JUNE 30, 2005

Swidler Berlin LLP ("Swidler"), as bankruptcy counsel to David T. Austern, the Future Claimants Representative (the "FCR"), filed its Fifth Quarterly Interim Application for allowance of compensation and reimbursement of expenses for the time period April 1, 2005 through June 30, 2005 (the "Fifth Quarterly Application"). The Court has reviewed the Fourth Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334; and (b) notice of the Fourth Quarterly Application, and any hearing on the Fourth Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Fourth Quarterly Application. Accordingly, it is hereby

ORDERED that the Fifth Quarterly Application of Swidler is GRANTED on an interim basis. The Debtors shall pay to Swidler the sum of $196,107.25 as compensation and $2,662.44 as reimbursement for expenses, for a total of $198,769.69 for services rendered and disbursements incurred by Swidler for the period April 1, 2005 through June 30, 2005, less any amounts which may have been previously paid in connection with Swidler's monthly fee applications for this period.

Dated: _____, 2005

_____
United States Bankruptcy Judge