# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: December 8, 2005 at 4:00 |
| | ) | p.m.  Hearing Date: TBD only if necessary |
| | ) | |

## FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005

---

[1] The Debtors consist of the following 62 entities:  W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Expenses

**Matter 00000 - General**

| Description | TOTAL |
|---|---|
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Other Expense | $ 206.64 |
| Lexis | $ - |
| Westlaw | $ - |
| Consulting Fee | $ - |
| Document Production | $ - |
| Velo Binding | $ - |
| **Total** | **$ 206.64** |

Holme Roberts & Owen LLP

November 8, 2005

W.R. Grace

| | |
|---|---|
| Page | 6 |
| Invoice No.: | 716200 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 09/30/05 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: CM8592; DATE: 9/30/2005  -  Storage to 09/30/05 | $ | 206.64 |
| | | **Total Disbursements:** | $ | **206.64** |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 206.64 |
| **Total Disbursements:** | **$** | **206.64** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---------|------|-------------|---|--------|
| 661254 | 03/15/04 | Bill | | 6,411.60 |
| | 05/24/04 | Cash Receipt | | -4,937.89 |
| | 10/19/04 | Cash Receipt | | -1,253.75 |
| | | *Outstanding Balance on Invoice 661254:* | $ | *219.96* |
| 679369 | 09/24/04 | Bill | | 12,289.68 |
| | 01/04/05 | Cash Receipt | | -9,856.58 |
| | 04/22/05 | Cash Receipt | | -2,362.76 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | October | Total | Comp |
|------|----------|-------------|---------|-------|------|
| Flaagan, Elizabeth K. | Partner | $ 325.00 | 1.1 | $ | 357.50 |
| Coggon, Katheryn | Special Counsel | $ 300.00 | 4.1 | $ | 1,230.00 |
| Sherman, Joan | Paralegal | $ 160.00 | 4.5 | $ | 720.00 |
| Haag, Susan | Paralegal | $ 135.00 | 1.3 | $ | 175.50 |
| | | | | | |
| **Total** | | | **11.00** | **$** | **2,483.00** |

Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL | |
|---|---|---|
| Photocopies | $ | 7.80 |
| Facsimiles | $ | - |
| Long Distance Telephone | $ | 5.00 |
| Federal Express | $ | - |
| Tab Stock | $ | - |
| Lexis | $ | - |
| Consulting Fee | $ | - |
| Postage | $ | - |
| Research Services | $ | - |
| Professional Services | $ | - |
| **Total** | **$** | **12.80** |

Holme Roberts & Owen LLP

November 8, 2005

W.R. Grace

| | |
|---|---|
| Page | 11 |
| Invoice No.: | 716200 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/09/05 | EKF | Review and revise October 2005 indictment prebill [invoice] (.40.) | 0.40 | $ 130.00 |
| 10/27/05 | EKF | Review and revise September 2005 monthly fee application, including review of bankruptcy court docket relating to approval of prior fee application (.7). | 0.70 | 227.50 |
| 10/27/05 | SH | Draft September monthly fee application (1.10); compile September monthly fee application (.20) | 1.30 | 175.50 |
| 10/28/05 | KJC | Research re documents for PI case. | 1.80 | 540.00 |
| 10/28/05 | JLS | Research re documents for Matt Murphy. | 1.70 | 272.00 |
| 10/29/05 | KJC | Research re documents for PI case. | 0.60 | 180.00 |
| 10/31/05 | KJC | Telephone conference with M. Murphy re documents for PI case (.50); research re documents for PI case (1.20). | 1.70 | 510.00 |
| 10/31/05 | JLS | Research re documents for Matt Murphy. | 2.80 | 448.00 |

**Total Fees Through October 31, 2005:**     **11.00     $   2,483.00**

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 325.00 | 1.10 | $   357.50 |
| KJC | Katheryn J. Coggon | Special Counsel | 300.00 | 4.10 | 1,230.00 |
| JLS | Joan L. Sherman | Paralegal | 160.00 | 4.50 | 720.00 |
| SH | Susan Haag | Paralegal | 135.00 | 1.30 | 175.50 |

**Total Fees:**     **11.00     $   2,483.00**

Holme Roberts & Owen LLP

November 8, 2005

W.R. Grace

| | |
|---|---|
| Page | 12 |
| Invoice No.: | 716200 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|----------|------|----------|------|-------|-------|

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 09/15/05 | | Long Distance Telephone: 4435358439, 50 Mins., TranTime:12:00 | $ | 5.00 |
| 10/27/05 | 52 | Photocopy | | 7.80 |
| | | **Total Disbursements:** | **$** | **12.80** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 7.80 |
| Long Distance Telephone | | 5.00 |
| **Total Disbursements:** | **$** | **12.80** |

## Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---------|------|-------------|---|--------|
| 658429 | 02/16/04 | Bill | | 475.61 |
| | 05/24/04 | Cash Receipt | | -366.31 |
| | 10/19/04 | Cash Receipt | | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | *$* | *16.41* |
| 661254 | 03/15/04 | Bill | | 2,580.71 |

**Matter 00440 - Indictment**

| Name | Position | Hourly Rate | October | Total  Comp |
|------|----------|-------------|---------|-------------|
| Lund, Kenneth | Partner | $     415.00 | 15.2 | $     6,308.00 |
| Tuchman, Robert | Partner | $     385.00 | 36.5 | $   14,052.50 |
| Neitzel, Charlotte | Partner | $     375.00 | 22.4 | $     8,400.00 |
| McCarthy, John | Partner | $     345.00 | 90 | $   31,050.00 |
| Decker, Lisa | Partner | $     335.00 | 154.4 | $   51,724.00 |
| Coggon, Katheryn | Special Counsel | $     300.00 | 144.4 | $   43,320.00 |
| Sherman, Joan | Paralegal | $     160.00 | 151.8 | $   24,288.00 |
| Stacey, Paula | Paralegal | $     150.00 | 1.5 | $        225.00 |
| Mulholland, Inelda | Law Clerk | $     150.00 | 11.3 | $     1,695.00 |
| Thede, Donna | Doc. Clerk | $       30.00 | 10.3 | $        309.00 |
| Newhams, Susan | Info. Specialist | $     145.00 | 17.5 | $     2,537.50 |
| | | | | |
| **Total** | | | **655.30** | **$    183,909.00** |

Expenses

**Matter 00440 - Indictment**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ 1,402.05 |
| Facsimile | $ - |
| Long Distance Telephone | $ - |
| Federal Express | $ - |
| Outside Courier | $ - |
| Lexis | $ 190.69 |
| Travel Expense | $ - |
| Meal Expenses | $ 112.96 |
| Color Photocopies | $ - |
| Tab Stock | $ - |
| Velo Binding | $ 9.00 |
| **Total** | **$ 1,714.70** |

Holme Roberts & Owen LLP

November 8, 2005

W.R. Grace

| | |
|---|---|
| Page | 2 |
| Invoice No.: | 716201 |
| Client  No.: | 04339 |
| Matter  No.: | 00440 |

**Regarding: Indictment**

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/03/05 | KJC | Prepare for meeting with counsel. | 1.50 | $   450.00 |
| 10/03/05 | JLS | Research re documents for Tyler Mace. | 2.90 | 464.00 |
| 10/04/05 | JDM | Prepare for meeting with counsel. | 2.60 | 897.00 |
| 10/04/05 | KJC | Prepare for meeting with counsel. | 4.40 | 1,320.00 |
| 10/04/05 | JLS | Research re documents for Tyler Mace (2.5); identify documents for KJCoggon and JDMcCarthy (2.2); prepare for meeting with counsel (1.0). | 5.70 | 912.00 |
| 10/05/05 | LSD | Prepare for meeting with counsel. | 4.30 | 1,440.50 |
| 10/05/05 | RT | Conference with KJCoggon re government experts (.30); conference with DMThede re government experts (.20). | 0.50 | 192.50 |
| 10/05/05 | KJC | Prepare for meeting with counsel (4.00); conferences with JLSherman re documents for Trenton, documents re experts and schedule for meeting with Stratify (.30); conference with RTuchman re government expert designations (.40).. | 4.70 | 1,410.00 |
| 10/05/05 | JLS | Prepare for meeting with counsel (5.0); identify documents for KJCoggon, LADecker and JDMcCarthy (3.2). | 8.20 | 1,312.00 |
| 10/05/05 | ICM | Prepare for presentation. | 3.90 | 585.00 |
| 10/05/05 | DT | Conference with RTuchman re research and document requests re government experts (.20); database research and document review, and compile requested documents (2.30). | 2.50 | 75.00 |
| 10/06/05 | LSD | Prepare for meeting with counsel. | 6.50 | 2,177.50 |

Holme Roberts & Owen LLP

November 8, 2005

W.R. Grace

| | |
|---|---|
| Page | 3 |
| Invoice No.: | 716201 |
| Client No.: | 04339 |
| Matter No.: | 00440 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/06/05 | RT | Draft e-mail to KJCoggon re United States' designation of experts (.2); telephone conference with SKNewhams and KJCoggon re United States' designation of experts (.2); telephone conference with SKNewhams re research on plaintiffs' experts (.1). | 0.50 | 192.50 |
| 10/06/05 | KJC | Prepare for meeting with counsel (5.50); review and revise September prebill (.20); telephone conference with Jacobson re strategy (.60). | 6.30 | 1,890.00 |
| 10/06/05 | JLS | Prepare for meeting with counsel. | 7.80 | 1,248.00 |
| 10/06/05 | ICM | Prepare for presentation. | 1.20 | 180.00 |
| 10/06/05 | DT | Database research and document review, and compile requested documents. | 3.00 | 90.00 |
| 10/06/05 | SKN | Research re cases where government witness was expert in case where United States was on opposing side. | 2.50 | 362.50 |
| 10/07/05 | LSD | Prepare for meeting with counsel. | 5.30 | 1,775.50 |
| 10/07/05 | KJC | Prepare for meeting with counsel. | 6.20 | 1,860.00 |
| 10/07/05 | JLS | Prepare for meeting with counsel. | 6.20 | 992.00 |
| 10/08/05 | LSD | Prepare for meeting with counsel. | 2.00 | 670.00 |
| 10/08/05 | RT | Review United States' expert's designation and research same. | 1.80 | 693.00 |
| 10/09/05 | LSD | Prepare for meeting with counsel. | 4.80 | 1,608.00 |
| 10/10/05 | LSD | Prepare for meeting with counsel. | 8.80 | 2,948.00 |
| 10/10/05 | RT | Research United States' expert's report, opinions and qualifications (5.3); telephone conference with KJCoggon re research on United States' experts (.1); conference with JLSherman re research on United States' experts (.2). | 5.60 | 2,156.00 |

Holme Roberts & Owen LLP

November 8, 2005

W.R. Grace

| | | |
|---|---|---|
| Page | | 4 |
| Invoice No.: | | 716201 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00440 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 10/10/05 | KJC | Prepare for meeting with counsel. | 6.00 | 1,800.00 |
| 10/10/05 | JLS | Prepare for meeting with counsel (5.80); research re documents for Tyler Mace (1.90). | 7.70 | 1,232.00 |
| 10/10/05 | DT | Database research and document review, and compile index of available documents. | 2.00 | 60.00 |
| 10/11/05 | LSD | Prepare for meeting with counsel. | 8.50 | 2,847.50 |
| 10/11/05 | JDM | Prepare for meeting with counsel. | 0.40 | 138.00 |
| 10/11/05 | RT | Research United States' expert. | 1.60 | 616.00 |
| 10/11/05 | KJC | Prepare for meeting with counsel. | 6.80 | 2,040.00 |
| 10/11/05 | JLS | Prepare for meeting with counsel (4.6); research re documents for Tyler Mace (2.1). | 6.70 | 1,072.00 |
| 10/11/05 | DT | Review memorandum from RTuchman re document requests re government experts (.30); compile requested documents (1.70). | 2.00 | 60.00 |
| 10/12/05 | LSD | Prepare for meeting with counsel. | 7.80 | 2,613.00 |
| 10/12/05 | RT | Research and review materials re United States' expert and draft memorandum re same. | 6.20 | 2,387.00 |
| 10/12/05 | KJC | Prepare for meeting with counsel. | 7.30 | 2,190.00 |
| 10/12/05 | JLS | Prepare for meeting with counsel (3.5); research re documents for Tyler Mace (2.4); identify documents for LADecker and RTuchman (1.3). | 7.20 | 1,152.00 |
| 10/12/05 | PRS | Conference with KJCoggon and ICMulholland re availability of expert (1.00); conference with JLSherman re government expert (.50). | 1.50 | 225.00 |
| 10/12/05 | ICM | Assist in preparation for presentation. | 1.50 | 225.00 |

Holme Roberts & Owen LLP

November 8, 2005

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 716201 |
| Client  No.: | 04339 |
| Matter  No.: | 00440 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 10/12/05 | DT | Database research and document review, and compile requested documents. | 0.50 | 15.00 |
| 10/12/05 | SKN | Research re government witness (1.00); review Larkin v. Dow (.80). | 1.80 | 261.00 |
| 10/13/05 | LSD | Prepare for meeting with counsel. | 5.30 | 1,775.50 |
| 10/13/05 | JDM | Prepare for meeting with counsel. | 0.80 | 276.00 |
| 10/13/05 | RT | Research and draft memorandum re United States' experts. | 7.10 | 2,733.50 |
| 10/13/05 | KJC | Prepare for meeting with counsel. | 6.10 | 1,830.00 |
| 10/13/05 | JLS | Prepare for meeting with counsel (4.8); research re documents for Tyler Mace (1.3); identify documents for RTuchman (.8). | 6.90 | 1,104.00 |
| 10/13/05 | SKN | Research re government witness (2.50); review depositions in Larkin v. Dow (2.50); obtain copies of cases (.80) | 5.80 | 841.00 |
| 10/14/05 | LSD | Prepare for meeting with counsel. | 2.50 | 837.50 |
| 10/14/05 | JDM | Prepare for meeting with counsel. | 1.00 | 345.00 |
| 10/14/05 | RT | Revise memo re United States' expert. | 5.30 | 2,040.50 |
| 10/14/05 | KJC | Prepare for meeting with counsel. | 3.00 | 900.00 |
| 10/14/05 | JLS | Prepare for meeting with counsel (3.6); research re documents for Tyler Mace (1.1); identify documents for JDMcCarthy and LADecker (.8). | 5.50 | 880.00 |
| 10/14/05 | SKN | Obtain copies of government witness cases (.60); review New Mexico v. GE 10th Circuit case (.40). | 1.00 | 145.00 |
| 10/15/05 | LSD | Prepare for meeting with counsel. | 2.00 | 670.00 |
| 10/15/05 | JDM | Prepare for meeting with counsel. | 1.30 | 448.50 |

Holme Roberts & Owen LLP

November 8, 2005

W.R. Grace

| | |
|---|---|
| Page | 6 |
| Invoice No.: | 716201 |
| Client  No.: | 04339 |
| Matter  No.: | 00440 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 10/15/05 | RT | Research and revise memo re United States' expert. | 5.60 | 2,156.00 |
| 10/16/05 | JDM | Prepare for meeting with counsel. | 3.30 | 1,138.50 |
| 10/17/05 | LSD | Prepare for meeting with counsel. | 2.50 | 837.50 |
| 10/17/05 | KWL | Prepare for meeting with counsel. | 4.00 | 1,660.00 |
| 10/17/05 | JDM | Prepare for meeting with counsel. | 8.70 | 3,001.50 |
| 10/17/05 | CLN | Prepare for meeting with counsel. | 5.30 | 1,987.50 |
| 10/17/05 | RT | Revise memo re United States' expert (2.00); conference with KJCoggon, et al. re United States' expert disclosure (.30). | 2.30 | 885.50 |
| 10/17/05 | KJC | Conference with team re meeting with counsel (6.50); prepare for meeting with counsel (3.70). | 10.20 | 3,060.00 |
| 10/17/05 | JLS | Prepare for meeting with counsel. | 8.30 | 1,328.00 |
| 10/17/05 | DT | Review memorandum from RTuchman re document request (.10); database research, document review, and compilation of requested document (.20). | 0.30 | 9.00 |
| 10/17/05 | SKN | Cite check memorandum re government witness for RTuchman. | 2.30 | 333.50 |
| 10/18/05 | JDM | Prepare for meeting with counsel. | 1.80 | 621.00 |
| 10/18/05 | CLN | Review indictment and prepare expert presentation. | 2.00 | 750.00 |
| 10/18/05 | KJC | Prepare for meeting with counsel (7.10); conference with Stratify re document database (1.00). | 8.10 | 2,430.00 |
| 10/18/05 | JLS | Prepare for meeting with counsel. | 5.80 | 928.00 |
| 10/18/05 | SKN | Research re government witness (1.00); obtain copy of NIOSH comments (.20); conference with KJCoggon (.10). | 1.30 | 188.50 |

Holme Roberts & Owen LLP

November 8, 2005

W.R. Grace

| | |
|---|---|
| Page | 7 |
| Invoice No.: | 716201 |
| Client  No.: | 04339 |
| Matter  No.: | 00440 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/19/05 | LSD | Prepare for meeting with counsel. | 6.00 | 2,010.00 |
| 10/19/05 | JDM | Prepare for meeting with counsel. | 1.30 | 448.50 |
| 10/19/05 | CLN | Work on expert presentation (3.80); assist JDMcCarthy in preparing presentation re Lybarger, Middleton, and Lockey (1.0). | 4.80 | 1,800.00 |
| 10/19/05 | KJC | Prepare for meeting with counsel (6.00); research re Trenton documents (.30). | 6.30 | 1,890.00 |
| 10/19/05 | JLS | Prepare for meeting with counsel. | 5.90 | 944.00 |
| 10/20/05 | LSD | Prepare for meeting with counsel. | 11.50 | 3,852.50 |
| 10/20/05 | JDM | Prepare for meeting with counsel. | 9.90 | 3,415.50 |
| 10/20/05 | CLN | Prepare expert presentation. | 8.50 | 3,187.50 |
| 10/20/05 | KJC | Prepare for meeting with counsel. | 5.00 | 1,500.00 |
| 10/20/05 | JLS | Prepare for meeting with counsel. | 4.90 | 784.00 |
| 10/20/05 | SKN | Research re government witness. | 1.30 | 188.50 |
| 10/21/05 | LSD | Prepare for meeting with counsel. | 13.50 | 4,522.50 |
| 10/21/05 | KWL | Prepare for meeting with counsel. | 1.00 | 415.00 |
| 10/21/05 | JDM | Prepare for meeting with counsel. | 8.30 | 2,863.50 |
| 10/21/05 | CLN | Meeting with KJCoggon, JDMcCarthy and LADecker (1.0); work on expert presentation (.30); assist LADecker with presentation (.20). | 1.50 | 562.50 |
| 10/21/05 | KJC | Prepare for meeting with counsel. | 6.50 | 1,950.00 |
| 10/21/05 | JLS | Prepare for meeting with counsel. | 8.20 | 1,312.00 |
| 10/22/05 | LSD | Prepare for meeting with counsel. | 9.30 | 3,115.50 |

Holme Roberts & Owen LLP

November 8, 2005

W.R. Grace

| | |
|---|---|
| Page | 8 |
| Invoice No.: | 716201 |
| Client No.: | 04339 |
| Matter No.: | 00440 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 10/22/05 | JDM | Prepare for meeting with counsel. | 6.10 | 2,104.50 |
| 10/23/05 | LSD | Prepare for meeting with counsel. | 9.80 | 3,283.00 |
| 10/23/05 | JDM | Prepare for meeting with counsel. | 12.30 | 4,243.50 |
| 10/23/05 | KJC | Prepare for meeting with counsel. | 9.00 | 2,700.00 |
| 10/23/05 | JLS | Prepare for meeting with counsel (3.20); research re documents for Mark Morgan (1.3). | 4.50 | 720.00 |
| 10/24/05 | LSD | Prepare for meeting with counsel (10.50); travel to Washington D.C. for meeting with counsel (1.20) (1.20 N/C) (NWT 50%). | 11.70 | 3,919.50 |
| 10/24/05 | JDM | Prepare for meeting with counsel (6.5); travel to Washington, D.C. for meeting with counsel (1.30) (1.30 N/C) (NWT 50%). | 7.80 | 2,691.00 |
| 10/24/05 | CLN | Review of final version of expert presentation (.30). | 0.30 | 112.50 |
| 10/24/05 | KJC | Prepare for meeting with counsel (10.60); travel to Washington DC for meeting with counsel (1.20) (1.20 N/C) (NWT 50%). | 11.80 | 3,540.00 |
| 10/24/05 | JLS | Research re documents for Mark Morgan (.30); research re documents for Tyler Mace (2.2); prepare for meeting with counsel (6.4); travel to Washington D.C. for meeting with counsel (1.50)(1.50 N/C)(NWT 50%). | 10.40 | 1,664.00 |
| 10/25/05 | LSD | Prepare for meeting with counsel (4.50); meeting with counsel (10.50). | 15.00 | 5,025.00 |
| 10/25/05 | KWL | Travel from New York, NY to Washington, DC for meetings with counsel. (1.20) (1.20 N/C) (50% NWT) | 1.20 | 498.00 |
| 10/25/05 | JDM | Prepare for meeting with counsel (0.7); meeting with counsel (9.5). | 10.20 | 3,519.00 |

Holme Roberts & Owen LLP

November 8, 2005

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 716201 |
| Client No.: | 04339 |
| Matter No.: | 00440 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 10/25/05 | KJC | Prepare for meeting with counsel (2.00); meeting with counsel (10.50). | 12.50 | 3,750.00 |
| 10/25/05 | JLS | Meeting with counsel (9.20); document research for Tyler Mace (0.60). | 9.80 | 1,568.00 |
| 10/26/05 | LSD | Prepare for meeting with counsel (.70); meeting with counsel (9.8). | 10.50 | 3,517.50 |
| 10/26/05 | KWL | Prepare for meeting with counsel. | 9.00 | 3,735.00 |
| 10/26/05 | JDM | Prepare for meeting with counsel (0.8); meeting with counsel (9.8). | 10.60 | 3,657.00 |
| 10/26/05 | KJC | Prepare for meeting with counsel (1.50); meeting with counsel (9.80). | 11.30 | 3,390.00 |
| 10/26/05 | JLS | Prepare for meeting with counsel. | 9.80 | 1,568.00 |
| 10/27/05 | LSD | Follow up from meeting with counsel (4.80); travel from Washington D.C. for meeting with counsel (2.0) (2.0 N/C) (NWT 50%). | 6.80 | 2,278.00 |
| 10/27/05 | JDM | Return to Denver from meeting with counsel in Washington, D.C. (3.10) (3.10 N/C) (NWT 50%). | 3.10 | 1,069.50 |
| 10/27/05 | KJC | Telephone conferences with T. Mace and JLSherman re document review (1.70); return travel from Washington DC (2.50) (2.50 N/C) (50% NWT); review expert deposition (2.10); e-mail exchange with W. Jacobson (.30); telephone conference with D. Kuchinsky re risk assessment and sampling data (.40). | 7.00 | 2,100.00 |
| 10/27/05 | JLS | Research re documents for Tyler Mace (4.9); conferences with KJCoggon re same (.90); travel to Denver from meeting with counsel (1.50)(1.50 N/C)(NWT 50%). | 7.30 | 1,168.00 |

Holme Roberts & Owen LLP

November 8, 2005

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 716201 |
| Client  No.: | 04339 |
| Matter  No.: | 00440 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/28/05 | KJC | Telephone conference with JLSherman re documents (.30); review recent EPA information (2.10); research re risk assessment (.40). | 2.80 | 840.00 |
| 10/28/05 | JLS | Review documents for Tyler Mace (6.1); research re documents for Tyler Mace (2.8). | 8.90 | 1,424.00 |
| 10/30/05 | JDM | Telephone conference with ICMulholland re legal research. | 0.30 | 103.50 |
| 10/31/05 | JDM | Telephone conference with ICMulholland re legal research re expert. | 0.20 | 69.00 |
| 10/31/05 | KJC | Telephone conference with expert re data (.30); telephone conference with T. Mace re documents, data and schedule (.30); research re documents and data (1.00). | 1.60 | 480.00 |
| 10/31/05 | JLS | Research re documents for Tyler Mace. | 3.20 | 512.00 |
| 10/31/05 | ICM | Conduct legal research as per JDMcCarthy's request. | 4.70 | 705.00 |
| 10/31/05 | SKN | Research for KJCoggon. | 1.50 | 217.50 |

**Total Fees Through October 31, 2005:**    **655.30**    **$ 183,909.00**

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| KWL | Kenneth W. Lund | Partner | $ 415.00 | 15.20 | $   6,308.00 |
| RT | Robert Tuchman | Partner | 385.00 | 36.50 | 14,052.50 |
| CLN | Charlotte L. Neitzel | Partner | 375.00 | 22.40 | 8,400.00 |
| JDM | John D. McCarthy | Partner | 345.00 | 90.00 | 31,050.00 |
| LSD | Lisa A. Decker | Partner | 335.00 | 154.40 | 51,724.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 300.00 | 144.40 | 43,320.00 |
| JLS | Joan L. Sherman | Paralegal | 160.00 | 151.80 | 24,288.00 |
| PRS | Paula R. Stacey | Paralegal | 150.00 | 1.50 | 225.00 |

Holme Roberts & Owen LLP

November 8, 2005

W.R. Grace

| | |
|---|---|
| Page | 11 |
| Invoice No.: | 716201 |
| Client No.: | 04339 |
| Matter No.: | 00440 |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| ICM | Imelda Mulholland | Law Clerk | 150.00 | 11.30 | 1,695.00 |
| DT | Donna Thede | Other | 30.00 | 10.30 | 309.00 |
| SKN | Susan Newhams | Information Specialist | 145.00 | 17.50 | 2,537.50 |
| | | **Total Fees:** | | **655.30** | **$ 183,909.00** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 09/12/05 | 56 | Photocopy | $ | 8.40 |
| 09/14/05 | | Other Meal Expense: VENDOR: That Personal Touch Catering, Inc.; INVOICE#: 4607; DATE: 9/14/2005  -  Deli Buffet for 10 on 09/14/05 | | 112.96 |
| 09/14/05 | 8 | Photocopy | | 1.20 |
| 09/16/05 | 3 | Photocopy | | 0.45 |
| 09/20/05 | 3 | Photocopy | | 0.45 |
| 10/06/05 | 1 | Lexis | | 101.77 |
| 10/06/05 | 22 | Photocopy | | 3.30 |
| 10/11/05 | 35 | Photocopy | | 5.25 |
| 10/11/05 | 21 | Photocopy | | 3.15 |
| 10/11/05 | 28 | Photocopy | | 4.20 |
| 10/11/05 | 1 | Photocopy | | 0.15 |
| 10/12/05 | 42 | Photocopy | | 6.30 |
| 10/13/05 | 1 | Lexis | | 4.48 |
| 10/13/05 | 1 | Lexis | | 39.99 |

Holme Roberts & Owen LLP

November 8, 2005

W.R. Grace

| | | |
|---|---|---|
| Page | 12 |
| Invoice No.: | 716201 |
| Client No.: | 04339 |
| Matter No.: | 00440 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 10/13/05 | 4 | Photocopy | 0.60 |
| 10/14/05 | 1 | Lexis | 35.35 |
| 10/17/05 | 1 | Lexis | 9.04 |
| 10/17/05 | 17 | Photocopy | 2.55 |
| 10/17/05 | 144 | Photocopy | 21.60 |
| 10/17/05 | 2,384 | Photocopy | 357.60 |
| 10/17/05 | 5 | Velo Binding | 5.00 |
| 10/18/05 | 7 | Photocopy | 1.05 |
| 10/18/05 | 459 | Photocopy | 68.85 |
| 10/18/05 | 490 | Photocopy | 73.50 |
| 10/18/05 | 980 | Photocopy | 147.00 |
| 10/18/05 | 1 | Velo Binding | 1.00 |
| 10/18/05 | 3 | Velo Binding | 3.00 |
| 10/20/05 | 3 | Photocopy | 0.45 |
| 10/20/05 | 4 | Photocopy | 0.60 |
| 10/21/05 | 76 | Photocopy | 11.40 |
| 10/24/05 | 10 | Photocopy | 1.50 |
| 10/24/05 | 294 | Photocopy | 44.10 |
| 10/24/05 | 486 | Photocopy | 72.90 |
| 10/24/05 | 2,174 | Photocopy | 326.10 |
| 10/24/05 | 83 | Photocopy | 12.45 |
| 10/24/05 | 205 | Photocopy | 30.75 |
| 10/24/05 | 138 | Photocopy | 20.70 |
| 10/24/05 | 1,170 | Photocopy | 175.50 |

**Total Disbursements:**          $    1,714.64

Holme Roberts & Owen LLP

November 8, 2005

W.R. Grace

| | |
|---|---|
| Page | 13 |
| Invoice No.: | 716201 |
| Client No.: | 04339 |
| Matter No.: | 00440 |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 1,402.05 |
| Lexis | | 190.63 |
| Other Meal Expense | | 112.96 |
| Velo Binding | | 9.00 |
| **Total Disbursements:** | **$** | **1,714.64** |

Computer-assisted legal research, such as Lexis and Westlaw, is used for the direct benefit of our clients, saving a significant amount of time required by an attorney performing the same function manually. We pass on to you only our cost of this service, as reflected above, as a substantial reduction in the overall cost of delivering our legal services.

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 699591 | 05/18/05 | Bill | | 20,181.17 |
| | 09/23/05 | Cash Receipt | | -16,225.27 |
| | | *Outstanding Balance on Invoice 699591:* | $ | *3,955.90* |
| 703797 | 06/22/05 | Bill | | 4,786.35 |
| | | *Outstanding Balance on Invoice 703797:* | $ | *4,786.35* |
| 705755 | 07/13/05 | Bill | | 10,708.30 |
| | | *Outstanding Balance on Invoice 705755:* | $ | *10,708.30* |
| 709646 | 08/23/05 | Bill | | 391.90 |
| | | *Outstanding Balance on Invoice 709646:* | $ | *391.90* |
| 711806 | 09/19/05 | Bill | | 9,083.85 |