IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| W.R. GRACE & CO., et al. ) | Case No. 01-01139 (JKF) |
| ) | **(Jointly Administered)** |
| Debtors. ) | Objection Deadline: December 2, 2005 at 4:00 p.m. |
| ) | Hearing: December 19, 2005 at 12:00 p.m. |

**COVER SHEET TO FIFTH QUARTERLY INTERIM FEE APPLICATION OF
DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENATIVE,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD APRIL 1, 2005 THROUGH JUNE 30, 2005**

**SUMMARY SHEET**

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants Representative (the "FCR") |
| Authorized to Provide Professional Services to: | Not Applicable |
| Date of Retention: | As of May 24, 2004 (pursuant to this Court's Order entered September 27, 2004) |
| Period for which Compensation and Reimbursement is sought: | April 1, 2005 – June 30, 2005 |
| Amount of Compensation sought as Actual Reasonable and Necessary: | $2,100.00 |
| Amount of Expense Reimbursement sought as Actual, Reasonable and Necessary: | $    0.00 |

This is a ___ monthly        x  interim        ___ final application

## PRIOR APPLICATIONS FILED

The FCR was retained effective as of May 24, 2004, pursuant to this Court's Order entered September 27, 2004. The FCR has filed the following fee applications during this Fifth Quarterly time period. The FCR filed its Twelfth Monthly Fee Application on July 29, 2005, in the amount of $1,680.00 in fees (80% of $2,100.00) and no expenses. No other fee applications were filed by the FCR during this Fifth Quarterly time period.

## COMPENSATION DURING THE TIME PERIOD
## APRIL 1, 2005-JUNE 30, 2005

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants Representative | $500.00 | 4.20 | $2,100.00 |
| Total | | | 4.20 | $2,100.00 |

Total Fees:     $2,100.00
Total Hours:    4.20
Blended Rate:   $2,100.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation | 4.20 | $2,100.00 |
| TOTAL | 4.20 | $2,100.00 |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |
| TOTAL | $0.00 |