IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) <br> ) <br> ) <br> W.R. GRACE & CO., et al. ) <br> ) <br> Debtors. ) <br> ) | Chapter 11 <br> Case No. 01-01139 (JKF) <br> (Jointly Administered) |

**ORDER GRANTING FIFTH QUARTERLY INTERIM APPLICATION OF
DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE FOR
COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR THE
TIME PERIOD APRIL 1, 2005 THROUGH JUNE 30, 2005**

David T. Austern, the Future Claimants Representative (the "FCR"), in the above captioned debtors and debtors-in-possession (the "Debtors"), filed his Fifth Quarterly Interim Application for allowance of compensation and reimbursement of expenses for the time period April 1, 2005 through June 30, 2005 (the "Fifth Quarterly Application"). The Court has reviewed the Fifth Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334; and (b) notice of the Fifth Quarterly Application, and any hearing on the Fifth Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Fifth Quarterly Application. Accordingly, it is hereby

ORDERED that the Fifth Quarterly Application of the FCR is GRANTED on an interim basis. The Debtors shall pay to the FCR the sum of $2,100.00 as compensation and no expenses for a total of $2,100.00 for services rendered and disbursements incurred by the FCR for the period April 1, 2005 through June 30, 2005, less any amounts which may have been previously paid in connection with the FCR's monthly fee applications for this period.

Dated: _____, 2005

                                                                                       United States Bankruptcy Judge