IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                          :   Chapter 11
                                                :   Case No. 01-01139(JKF)
                                                :
W. R. GRACE & CO., et al.,                      :   Jointly Administered
                                                :
                    Debtors.                    :
------------------------------------------------------------- x

## OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS' DESIGNATION OF CATEGORIES OF EXPERT TESTIMONY REGARDING ESTIMATION OF ASBESTOS PERSONAL INJURY CLAIMS

Pursuant to Paragraph 5 of the Case Management Order for Estimation of Asbestos Personal Injury Liabilities dated August 29, 2005 (Dkt. No. 9301)(the "CMO"), the Official Committee (the "Equity Committee") of Equity Security Holders of W.R. Grace & Co. ("Grace") hereby submits this Designation of Categories of Expert Testimony.

1. Expert testimony regarding the estimation of aggregate asbestos personal injury claim values and associated costs, based on statistical, epidemiological and other data; and

2. Such other and further categories of expert testimony as may be designated by Grace in its own designation pursuant to Paragraph 5 of the CMO. Presently, the Equity Committee intends to rely on the testimony of Grace's experts in these areas, but reserves the right to introduce its own expert testimony if Grace does not.

The Equity Committee reserves the right to supplement this designation as further discovery and investigation may warrant.

KL2:2417070.2

-2-

Dated: November 14, 2005

        Respectfully submitted,

        KLETT ROONEY LIEBER &
           SCHORLING

By: _____
Teresa K. D. Currier (ID No. 3080)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295

        - and -

KRAMER LEVIN NAFTALIS &
    FRANKEL LLP
Philip Bentley
Gregory Horowitz
Gary M. Becker
919 Third Avenue
New York, New York 10022
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

Attorneys for the Official Committee of Equity Security Holders