## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### AFFIDAVIT OF
### MELISSA N. FLORES, PARALEGAL

STATE OF DELAWARE:

               SS:

NEW CASTLE COUNTY:

      I Melissa N. Flores, certify that I am, and at all times during the service of process, have been, an employee of Klett, Rooney, Lieber and Schorling, P.C., not less than 18 years of age and not a party to the matter concerning which service of process was made on November 14, 2005. I certify further that I caused the service of the:

### OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS' DESIGNATION OF CATEGORIES OF EXPERT TESTIMONY REGARDING ESTIMATION OF ASBESTOS PERSONAL INJURY CLAIMS

was made on the following parties on the attached service list by First Class Mail and Hand Delivery

_____
Melissa N. Flores

SWORN AND SUBSCRIBED before me this _____ day of November, 2005.

TERESA K.D. CURRIER
Attorney At Law
Notary Public, State of Delaware
Commission Has No Expiration Date
29 Del. C. § 4323 (a) (3)

Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

---

Damon J. Chargois, Esquire
Foster & Sear, L.L.P.
360 Place Office Park
1201 N. Watson Road, Suite 145
Arlington, TX 76006

Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

---

Courtney M. Labson, Esquire
Ontario Mills LP
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA 22209

Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

---

Larry A. Feind
133 Peachtree Street, N.E.
7th Floor
Atlanta ,GA 30303

Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

---

Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309

Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

---

Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street - Suite 700
Atlanta, GA 30309

Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

---

Brian L. Hansen, Esquire
Frank W. DeBorder, Esquire
Morris, Manning & Martin
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326

Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

---

Office of Reorganization
Securities & Exchange Commission
Suite 1000
3475 Lenox Road, N.E.
Atlanta, GA 30326-1232

Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

---

Oscar B. Fears, III
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334

Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

---

Mark Browning, Esquire
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Kay D. Brock, Esquire
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Lori Gruver Robertson, Esquire
Linebarger Goggan Blair Pena & Sampson, LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX  78760

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD  21214

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

DAP Products, Inc.
c/o Julien A. Hecht, Esquire
2400 Boston Street, Suite 200
Baltimore, MD  21224

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD  21226-1595

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Thomas J. Noonan, Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ  07920-1928

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Danice Sims
P.O. Box 66658
Baton Rouge, LA  70896

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Maggie De La Rosa
Provost & Umphrey
Law Firm, L.L.P.
490 Park Street
Beaumont, TX  77701

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Paul P. Daley, Esquire
George W. Shuster, Jr., Esquire
Hale and Dorr LLP
60 State Street
Boston, MA  02109

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Thomas M. Sobol, Esquire
Hagens Berman LLP
One Main Street, 4th Floor
Boston, MA  02142

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Daniel C. Cohn, Esquire
Christopher M. Candon, Esquire
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA  02110

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, MA  02110-2624

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
2390 Central Blvd, Suite G
Brownsville, TX  78520

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, Salisbury & Cambria,
LLP
42 Delaware Avenue, Suite 300
Buffalo, NY  14202

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Judy D. Thompson, Esquire
Poyner & Spruill LLP
One Wachovia Center
301 South College Street, Suite 2300
Charlotte, NC 28202

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Steven R. Bourne, Esquire
Nutter, McClennen & Fish, LLP
155 Seaport Blvd.
Boston, MA  02110-2604

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Matthew A. Porter, Esquire
Dechert LLP
200 Clarendon Street
27th Floor
Boston, MA  02116-5021

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH  43506

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Craig A. Slater, Esquire
Harter,Secrest & Emery LLP
Twelve Fountain Plaza, Suite 400
Buffalo, NY  14202-2293

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Michael Selig
Westover Investments, L.L.C.
555 Old Garth Road
Charlottesville, VA  22901

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Attn: Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street- *Second Floor
Charlottesville, VA 22902

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
Liberty View – Suite 700
457 Haddonfield Road
Cherry Hill, NJ 08002

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

David W. Wirt, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Thomas V. Askounis, Esquire
Askounis & Borst, P.C.
303 East Wacker Drive - Suite 1000
Chicago, IL 60601

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Ronald D. Gorsline
Chambliss, Bahner, & Stophel, P.C.
1000 Tallan Building, Ste. 1000
Two Union Square
Chattanooga, TN 37402-2552

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
LibertyView – Suite 700
457 Haddonfield Road
P.O. Box 2570
Cherry Hill, NJ 08034

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Deborah L. Thorne, Esquire
FabelHaber LLC
55 East Monroe Street, 40th Floor
Chicago, IL 60603

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Robert M. Fishman, Esquire
Shaw Gussis Domanskis Fishman & Glantz
321 N. Clark Street, Suite 800
Chicago, IL 60610

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

E. Katherine Wells, Esquire
South Carolina Department of Health and
Environmental Control
2600 Bull Street
Columbia, SC 29201-1708

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Timothy P. Dowling, Esquire
Gary, Thomasson, Hall & Marks P.C.
210 S. Carancahua
Corpus Christi, TX 78401

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
101 E. Town Street, Second Floor
Columbus, OH 43215

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Shelby A. Jordan, Esquire
Nathaniel Peter Holzer, Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

---

Craig Barbarosh, Esquire
Pillsbury Winthrop LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA  92626-7122

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

---

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1720
Dallas, TX  75201-2691

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

---

Andrea Sheehan, Esquire
Law Offices Of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX  75205

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

---

Greif, Inc.
Attn: Credit Department
366 Greif Parkway
Delaware, OH 43015

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

---

Jerel L. Ellington, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street; Suite 945-North Tower
Denver, CO  80202

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

---

Sander L. Esserman
Stutzman Bromberg, Esserman & Plifka
A Professional Corporation
2323 Bryan Street
Dallas, TX  75201-2689

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

---

Steven T. Baron, Esquire
Member
Silber Pearlman, LLP
2711 North Haskell Avenue, 5th Floor, LLP
Dallas, TX  75204

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

---

Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, P.O. Box 8705
Dallas, TX  75219

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

---

James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, CO  80202

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

---

Secretary of Treasurer
P.O. Box 7040
Dover, DE  19903

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

---

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

---

Michael S. Sandberg, Esquire
Hellmuth & Johnson, PLLC
10400 Viking Drive, Suite 560
Eden Prairie, MN  55344

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA 19027

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

---

Barbara M. Cook, County Solicitor
Katherine L. Taylor, Senior Assistant County Solicitor
George Howard Building
3430 Courthouse Drive
Ellicott City, MD  21043

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

David W. Baddley, Esquire
Greenberg Traurig, P.A.
515 East Las Olas Boulevard - Suite 1500
Fort Lauderdale, FL  33301

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

---

Kelley B. Gelb
700 Southeast Third Avenue
Suite 100
Fort Lauderdale, FL  33316-1186

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Edward L. Jacobs, Esquire
Bankemper & Jacobs
The Shaw House
26 Audubon Place
P.O. Box 70
Fort Thomas, KY  41075-0070

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

---

Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY  11530

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

---

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI  54306

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

---

Jon Bauer
Contrarian Capital Management, LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT  06830

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Ted N. Pettit, Esquire
Case Bigelow & Lombardi
Grosvenor Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, HI 96813

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Havins & Associates P.C.
1001 McKinney Street
Suite 500
Houston, TX 77002

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX 77002-5012

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Gerald G. Pecht, Esquire
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX 77010-3095

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Robert Cimino, Esquire
Attn: Diane Leonardo Beckmann
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY 11788-0099

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

General Counsel
Enron Energy Services
1400 Smith Street
EB 0889
Houston, TX 77002

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX 77002

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Jenny J. Hyun, Esquire
Weingarten Realty Investors
2600 Citadel Plaza Drive
Houston, TX 77008

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite #600
Houston, TX 77017

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Aldine Independent School District
Jonathan C. Hantke, Esquire
Pamela H. Walters, Esquire
14910 Aldine-Westfield Road
Houston, TX  77032

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Richard B. Spector, Esquire
Mark M. Monachino, Esquire
Corbett & Steelman
18200 Von Karman Avenue, Suite 200
Irvine, CA  92612-1086

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Charles E. Gibson, III
Attorney at Law
620 North Street, Suite 100
Jackson, MS  39202

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan & McGarvey PC
745 South Main Street
Kalispel, MT  59901

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Donna J. Petrone, Esquire
ExxonMobil Chemical Company
Law Department – Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX  77079-1398

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Marsha A. Penn
P.O. Box 3725
Houston, TX  77253-3725

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Anthony F. Parise
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY  14853-2601

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Missouri Department of Revenue
Bankruptcy Unit
Gary L. Barnhart
PO Box 475
Jefferson City, MO  65105-0475

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Anton Volovsek
Rt 2 – Box 200 #42
Kamiah, ID  83536-9229

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Hillary Browning-Jones
Assistant City Attorney
P.O. Box 1631
Knoxville, TN 37901

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Allan H. Ickowitz, Esq.
Nossaman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NJ 08736

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Susan Breymaier
Attorney
U.S. Postal Service
Legal Department
225 N. Humphreys Blvd.
Memphis, TN 38166-0170

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Steven B. Flancher, Esquire
Assistant Attorney General
Department of Attorney General
Revenue Division
First Floor Treasury Building
Lansing, MI 48992

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Daniel H. Slate, Esquire
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA 90071-3442

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN 38103

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Scott L. Baena, Esquirez
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Michael T. Kay, Esquire
Nancy Draves, Esquire
The Dow Chemical Company
2030 Dow Center
Midland, MI  48674

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Nancy Worth Davis, Esquire
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC  29465

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN  37202-0207

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Michael H. Pinkerson, Esquire
James M. Garner, Esquire
Sher Garner Cahill Richter Klein McAlister & Hilbert,
L.L.C.
909 Poydras Street, Suite 2800
New Orleans, LA  70112

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Mr. Charles C. Trascher III, Esquire
Snellings, Breard, Sartor, Inabnett & Trascher, LLP
P.O. Box 2055
Monroe, LA  71207

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Joseph F. Rich
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29465

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Michael B. Willey, Esquire
Legal Services, 27th Floor
312 8th Avenue North
Nashville, TN  37243

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Alan H. Katz, Esquire
Entergy Services, Inc.
693 Loyola Avenue, Suite 2600
New Orleans, LA  70113

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Marc Abrams, Esquire
Willkie, Farr & Gallagher
787 Seventh Avenue
New York, NY  10019-6099

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Judith Greenspan, Esquire
Associate Counsel
The Amalgamated Industries and Service Workers
Benefit Fund
730 Broadway - Tenth Floor
New York, NY 10003-9511

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Andrea L. Hazzard, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

M. Diane Jasinski, Esquire
Michael D. Hess
Corporation Counsel of the City of New York
100 Church Street, Room 6-127
New York, NY 10007

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Carl Pericone, Esquire
Wilson, Elser, Moskowitz, Edelman, Dicker LLP
150 East 42nd Street
New York, NY 10019-5639

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Thomas J. Quinn, Esquire
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019-6829

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY 10004

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street - Fourth Floor
New York, NY 10006

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Lynn K. Neuner, Esquire
Simpson, Thacher, & Bartlett
425 Lexington Avenue
New York, NY 10017-3954

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Alan Kolod, Esquire
Moses & Singer LLP
1301 Avenue of the Americas - 40th Floor
New York, NY 10019-6076

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Jeffrey L. Glatzer, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Dorine Vork, Esquire
Stibbe, P.C.
350 Park Avenue
New York, NY  10022

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Michael S. Davis, Esquire
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY  10022

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Pillsbury Winthrop LLP
1540 Broadway
New York, NY  10036

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Coudert Brothers
Attn:  Joseph D. Farrell, Esquire and Edward H.
Tillinghast, III, Esquire
1114 Avenue of the Americas
New York, NY  10036

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Brad N. Friedman
Rachel Fleishman
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
New York, NY  10119-0165

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Pamela Zilly/Richard Shinder
David Blechman/Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY 10154

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Investec
Re: PMG Capital Corp.
ATTN: D. Rapparot
1 Battery Park Plaza
New York, NY 10004

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Ronald S. Beacher, Esquire
Pitney, Hardin, Kipp & Szuch LLP
685 Third Avenue
New York, NY 10017-4024

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Elizabeth S. Kardos, Esquire
Gibbons, Del Deo, Dolan Griffinger & Vecchione, PC
One Riverfront Plaza
Newark, NJ 07102-5497

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

William H. Johnson, Esquire
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA 23510-9242

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Peter S. Goodman, Esquire
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

William E. Frese, Esquire
Attn: Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ 07101

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102-5497

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612-1413

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Robert T. Aulgur, Jr., Esquire
P.O. Box 617
Odessa, DE 19730

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO 63366

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Paul D. Henderson, Esquire
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX 77630

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

John M. Klamann
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS 66210

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL 32412-0950

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Barry D. Kleban, Esquire
Adelman Lavine Gold and Levin
Suite 900, Four Penn Center
Philadelphia, PA 19103

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Nicholas J. LePore, III
Schnader Harrison Segal & Lewis LLP
Suite 3600, 1600 Market Street
Philadelphia, PA 19103

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA 19103

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Jonathan D. Berger, Esquire
Russell Henkin, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103-6365

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Margery N. Reed, Esquire
Duane, Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA  19103-7396

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Denise A.Kuhn
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Jacob C. Cohn, Esq.
Cozen O' Connor
1900 Market Street
Philadelphia, PA 19103

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Don C. Fletcher, Esquire
The Cavanagh Firm, P.A.
1850 North Central Avenue - Suite 2400
Phoenix, AZ 85004

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Leonard P. Goldberger, Esquire
White & Williams LLP
1800 One Liberty Place
Philadelphia, PA  19103-7395

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Christopher R. Momjian
Senior Deputy Attorney General
I.D. No.  057482
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Noel C. Burnham, Esquire
Richard G. Placey, Esquire
Montgomery, McCracken, Walker & Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA  19109

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

Scott Barker, Credit Manager
Phelps Dodge Corp.
(Formerly Climax Molybdenum Marketing
Corporation)
One North Central Avenue
Phoenix, AZ  85004

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE  19801**

James J. Restivo, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Theresa L. Wasser, Esquire
Burns, White & Hickton, LLC
120 Fifth Avenue, Suite 2400
Pittsburgh, PA 15222

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Cynthia C. Hemme, Esquire
Senior Counsel
Nortel Networks, Inc.
4010 E. Chapel Hill-Nelson Hwy.
Research Triangle Park, NC 27709

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Barbara G. Billet, Esquire
Elaine Z. Cole, Esquire
New York State Department of Taxation and Finance
340 E. Main Street
Rochester, NY 14604

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Ralph R. Mabey
Penrod W. Keith
LeBoeuf, Lamb, Greene & MacRae, LLP
1000 Kearns Building
Salt Lake City, UT 84101

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Bart Hartman
Treasurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA 92101

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

James E. Wimberly, Esquire
McPherson, Monk, Hughes, Bradley & Wimberly, L.L.P.
3120 Central Mall Drive
Port Arthur, TX 77642

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ 07663

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

David Aelvoet, Esquire
Linebarger Goggan Blair Graham Pena & Sampson, LLP
Travis Park Plaza Building
711 Navarro, Suite 300
San Antonio, TX 78205

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

DACA V, LLC
Attn: Julie Bubnack
2120 W. Washington Street
San Diego, CA 92110

**Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801**

Jeffrey Kaufman, Esquire
Kaufman & Logan LLP
100 Spear Street, 12th Floor
San Francisco, CA 94105

**Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801**

Attn: Meridee Moore and Kirsten Lynch
Farallon Capital Management, L.L.C.
One Maritime Plaza - Suite 1325
San Francisco, CA 94111

**Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801**

Kimberly W. Osenbaugh, Esq.
Preston Gates & Ellis LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104

**Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801**

Darrell W. Scott
Lukins & Annis, P.S.
1600 Washington Trust Financial Center
717 West Sprague Avenue
Spokane, WA 99201-0466

**Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801**

Xerox Capital Services, LLC
Attention: Cathy Flowers
800 Carillon Parkway
St. Petersburg, FL 33716-9876

**Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801**

Elizabeth J. Cabraser, Esquire
Lieff, Cabraser, Heimann & Bernstein, LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111

**Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801**

C. Randall Bupp, Esquire
Plastiras & Terrizzi
24 Professional Center Parkway - Suite 150
San Rafael, CA 94903

**Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801**

Afshin Miraly, Esquire
Assistant City Solicitor
B.B.O. No. 648063
Law Department - City Hall
93 Highland Avenue
Somerville, MA 02143

**Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801**

Ann Beimdiek Kinsella
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2127

**Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801**

Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, FL 32399-3000

**Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801**

Derrick Tay, Esquire
Royal Bank Plaza, South Tower
200 Bay Street, Suite 3800
P. O. Box 84
Toronto, Ontario  Canada M5J 2z4

**Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801**

Rachel Jeanne Lehr
Deputy Attorney General
Office of the Attorney General
R.J.Hughes Justice Complex
P.O. Box 093
Trenton, NJ  08625

**Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801**

General Motors Acceptance Corporation
P.O. Box 5055
Troy, MI  48007-5055

**Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801**

Charles L. Finke, Assistant General Counsel
Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C.  20005-4026

**Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801**

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

**Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801**

Peter A. Chapman
572 Fernwood Lane
Fairless Hills,PA 19030

**Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801**

Margaret A. Holland
New Jersey Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ  08625

**Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801**

James P. Ruggeri
Scott A. Shail
Hogan & Harton L.L.P.
555 Thirteenth Street,.N.W.
Washington, D.C.  20004-1109

**Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801**

Michael A. Berman, Esquire
Securities and Exchange Commission
450 Fifth Street, N.W. (Mail Stop 6-6)
Washington, D.C.  20549

**Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801**

Julie Quagliano
Quagliano & Seeger
3243 P Street, NW
Washington, DC  20007

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Scott Estelle, President
Crossroads Industrial Park, Inc.
P.O. Box 220
Weedsport, NY 13166

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Martha E. Romero
Law Offices of Martha E. Romero and Associates
7743 South Painter Avenue, Suite E
Whittier, CA 90602

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Rachel B. Mersky, Esquire
Walsh Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Steven K. Kortanek, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

James Sottile, Esquire
Baach Robinson & Lewis PLLC
One Thomas Circle, NW
Suite 200
Washington, DC 20005

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ 08108

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Allison E. Reardon
Delaware Division of Revenue
820 N. French Street - 8th Floor
Wilmington, DE 19801

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

John D. Demmy, Esquire
Stevens & Lee
1105 North Market Street
7th Floor
Wilmington, DE 19801

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Thomas G. Whalen, Esquire
Stevens & Lee, P.C.
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Frederick B. Rosner, Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Francis A. Monaco, Jr., Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19801

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Michael R. Lastowski, Esquire
Duane, Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Mary M. Maloney Huss, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street - Suite 1001
Wilmington, DE 19801

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Joseph Grey, Esquire
Stevens & Lee
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
1201 N. Market Street
Chase Manhattan Centre, 15th Floor
Wilmington, DE 19801

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Curtis Crowther, Esquire
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19801

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

---

Internal Revenue Service
Insolvency Unit
31 Hopkins Plaza, Room 1150
Wilmington, DE 19801-1246

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Ian Connor Bifferato
Bifferato, Bifferator & Gentilotti
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Laurie Selber Silverstein, Esquire
Monica Leigh Loftin, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19801

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Robert J. Dehney
Michael G. Busenkell
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

William D. Sullivan, Esquire
Elzufon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

David E. Wilks, Esq.
Buchanan Ingersoll PC
The Nemours Bldg
1007 N. Orange Street, Suite 1110
Wilmington, DE 19899

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Aaron A. Garber, Esquire
Pepper Hamilton LLP
1201 Market Street - Suite 1600
Wilmington, DE 19899-0636

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Joanne B. Wills, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market St., Suite 1000
Wilmington, DE 19801

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

William F. Taylor, Jr., Esquire
McCarter & English, LLP
Mellon Bank Center
919 Market Street, Suite 1800
Wilmington, DE 19899-8705

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Vahe Melkonian
Newco Management Company, LLC
6320 Canoga Avenue, Suite 1430
Woodbridge, NJ 07095

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

John V. Fiorella, Esqurie
Archer & Greiner, P.C.
1300 North Market Street, Suite 700
Wilmington, DE 19899-8989

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19801

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Deirdre Woulfe Pacheco, Esquire
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Wilmington, Delaware 19899

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Scott H. Crawford
1600 Bank One Centre
North Tower, 450 Laurel Street
Woodland Hills, CA 91367

**Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801**

---

Edward B. Cottingham, Jr.
Motley Rice LLC
28 Bridgeside Blvd.
P. O. Box 1792
Baton Rouge, LA 70801-3656

**Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801**

---

Roger Hammond
Kforce Inc.
1001 East Palm Avenue
Boston, MA 02109

**Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801**

---

Frederick P. Furth
Michael P. Lehmann
Christopher L. Lebsock
The Furth Firm LLP
225 Bush Street, 15th Floor
Freehold, NJ 07728

**Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801**

---

Peter B. McGlynn, Esquire
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, Massachusetts 02110

**Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801**

---

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

**Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801**

---

Daniel M. Glosband, P.C.
Exchange Place
53 State Street
Mt. Pleasant, SC 29465

**Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801**

---

Eugene Paul Sullivan
29-B Plaza Delas Flores
Tampa, FL 33605

**Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801**

---

Bruce D. Levin, Esquire
Bernkopf Goodman LLP
125 Summer Street
Boston, MA 02110-1621

**Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801**

---

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Matthew W. Cheney, Esquire
Swidler Berlin, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007

**Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801**

---

Euler Hermes ACI
800 Red Brook Boulevard
Wilmington, DE 19806

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Amy Pritchard Williams
Kennedy Covington Lobdell & Hickman LLP
Hearst Tower, 214 North Tyron Street, 47th Floor
Charlotte, NC 28202

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Morris, Sakalarios & Blackwell, PLLC
Anthony Sakalarios, Esq.
Post Office Drawer 1858
Hattiesburg, MS 39403-1858

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

George R. Calhoun, V
Steptoe & Johnson, LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Joseph D. Frank
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60610

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Primex Plastics Corp
1235 North Street
Charlotte, NC 28202

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Mary K. Warren, Esq.
Brenda D. DiLuigi, Esq.
Linklaters
1345 Avenue of the Americas, 19th Floor
New York, NY 10105

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Richard A. Bordelon, Esq.
Denechaud and Denechaud, L.L.P.
1010 Common Street, Suite 3010
New Orleans, LA 70112

**Klett Rooney Lieber & Schorling**
**The Brandywine Building**
**1000 West Street, Suite 1410**
**Wilmington, DE 19801**

Sean Allen, President
BMC Group
720 Third Avenue, 23rd Floor
Seattle, WA 98104