IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re : | Chapter 11 |
| : | Case No. 01-01139 (JKF) |
| **W.R. GRACE & CO., et al,** : | (Jointly Administered) |
| Debtors. : | |
| : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE WITHDRAW** the appearance of, Linda M. Carmichael, Esquire, as attorney for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and as successor to CIGNA Specialty Insurance Company (formerly known as California Union Insurance Company); Pacific Employers Insurance Company; Century Indemnity Company; and Central National Insurance Company of Omaha, through its managing general agent, Cravens, Dargan Company, Pacific CoastCentury Indemnity Company (collectively, "Century Indemnity Company"), and

**PLEASE ENTER** the appearance of Marc S. Casarino, Esquire, as attorney for Century Indemnity Company, in the above-referenced matter.

| | |
|---|---|
| WHITE AND WILLIAMS LLP | WHITE AND WILLIAMS LLP |
| /s/ Linda M. Carmichael | /s/ Marc S. Casarino |
| Linda M. Carmichael (DE No. 3570) | Marc S. Casarino (DE No. 3613) |
| 824 N. Market Street, Suite 902 | 824 N. Market Street, Suite 902 |
| P.O. Box 709 | P.O. Box 709 |
| Wilmington, DE 19899-0709 | Wilmington, DE 19899-0709 |
| Phone: (302) 467-4502 | Phone: (302) 467-4520 |

Dated: November 9, 2005

DOCS_DE 117906v.1

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : | Case No. 01-01139 (JKF) |
| **W.R. GRACE & CO., et al,** | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : |  |

## CERTIFICATE OF SERVICE

I, Marc S. Casarino , Esquire, certify that I am not less than 18 years of age, and that I caused service of the **Notice of Substitution of Counsel** to be made on November 14, 2005, in the manner indicated:

Laura Davis Jones, Esq.
Pachulski Stang Ziehl Young & Jones
919 N. Market Street, 16th Floor
Wilmington, DE  19899

Scott R. Bickford, Esq.
Martzell & Bickford
338 Lafayette St.
New Orleans, LA  70130

Gary Don Parish, Esq.
The Parron Parish Firm
404 East First Street
Arlington, TX  76010

Frank J. Perch, III, Esq.
Office of the U.S. Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE  19801

And electronically to all parties on the electronic service list

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: November 14, 2005

/s/ Marc S. Casarino
Marc S. Casarino (#3613)