IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| W.R. GRACE & CO., et al., | : | Case No. 01-1139 (JKF) |
|  | : | Jointly Administered |
| Debtors-in-possession. | : |  |
|  | : |  |

**THE OFFICIAL COMMITTEE OF ASBESTOS
PERSONAL INJURY CLAIMANTS' INITIAL DESIGNATION OF CATEGORIES TO
BE ADDRESSED BY EXPERT TESTIMONY IN CONNECTION WITH THE
ESTIMATION OF ASBESTOS PERSONAL INJURY LIABILITIES**

Pursuant to the Court's August 29, 2005 Case Management Order for the Estimation of Asbestos Personal Injury Liabilities, the Official Committee of Asbestos Personal Injury Claimants ("ACC"), by and through its undersigned counsel, hereby designates the categories to be addressed by expert testimony for those experts that the ACC may call in its case-in-chief. The ACC reserves its right to supplement these categories with additional or rebuttal expert categories in the designations which are due on November 28. The categories of expert testimony are as follows:

**Estimation and Quantification of Asbestos Liabilities**

The ACC expects to present expert testimony from an expert qualified in the field of asbestos estimation and the quantification of asbestos personal injury liabilities. The topics within this category include but may not be limited to the appropriate methodology by which to quantify an asbestos defendant's aggregate asbestos personal injury liability, the information necessary to such an estimate, the historical and projected future value of asbestos claims filed against and resolved by W.R. Grace ("Grace") and other asbestos defendants and the factors which affect those values, the impact of various approaches to asbestos litigation by various

{D0051031:1 }

defendants on their average and aggregate indemnity costs for asbestos personal injury claims, the value of the claims pending against Grace as measured by its judgment history, the projected number of asbestos personal injury claims that will likely be filed against Grace in the future, the factors which have affected and will affect claim filing rates against Grace and asbestos defendants generally, and other topics as necessary to the extent they are related to his or her areas of expertise.

**Asbestos-Related Medical Issues**

The ACC expects to present expert testimony from one or more medical professionals whose specialties could include occupational and environmental medicine, pulmonology, internal medicine, pathology, and/or radiology. The categories likely to be addressed such expert(s) include but may not be limited to a general overview of the diseases caused by asbestos exposure, the incidence of mesothelioma in the United States and reliable projections of same, whether any identifiable exposure to the asbestos in a Grace asbestos containing product would constitute a substantial contributing cause of mesothelioma, whether any identifiable exposure to the asbestos in a Grace asbestos containing product would constitute a substantial contributing factor in the development of other asbestos-related diseases, whether it is possible to tell by medical tests whether any particular exposure to asbestos was the sole cause of an asbestos related disease, pulmonary function testing and what the results of such tests mean, the ILO scale for reviewing of x-rays, the phenomenon of x-ray reader intervariability, the criteria for diagnosis of asbestos-related non-malignancies, whether functional impairment is required to diagnose someone with asbestosis or other non-malignant disease, the adverse health effects and increased risk of cancer suffered by persons who have non-malignant disease even in the absence of functional impairment, whether a diagnosis of underlying asbestosis is necessary to attribute

lung cancer to asbestos exposure, and whether an accurate diagnosis of asbestosis can be made from the appropriate medical records without a hands on evaluation of the patient.

**Financial Expert**

Absent agreement on the appropriate discount rate with all other parties, the ACC expects to present expert testimony from a financial expert or accountant on the appropriate interest rate which should be used to reduce obligations owed to future asbestos claimants to net present value.

**Expert in Defending Asbestos Personal Injury Cases**

The ACC may present expert testimony from an attorney with expertise in the litigation and defense of asbestos personal injury claims. Such testimony could include, but may not be limited to, Grace and various other asbestos defendants' historical practices in litigating and defending asbestos personal injury claims; comparison of said practices to the practices of other asbestos defendants; the nature of the "chrysotile defense" and how it is raised by defendants and litigated by plaintiffs in asbestos personal injury trials, the effectiveness of the chrysotile defense in trials and settlement negotiations, how and in what stage of the litigation process plaintiffs typically establish exposure or "product ID" with respect to a particular defendant; how exposure evidence is presented at trial and the type of evidence admitted on such an issue; the role of pulmonary function tests in asbestos litigation; the lung cancer/asbestosis defense as it is used in asbestos litigation; how a defendant takes into account the identity and credibility of the doctors whose reports are offered by the plaintiff in the settlement process, the typical size of verdicts or post-verdict judgments as compared to settlement averages for asbestos defendants, and what factors affect the settlement criteria and settlement values paid by an asbestos defendant.

**Expert Concerning Historical Recognition of Asbestos Hazards**

The ACC may present expert testimony from an environmental consultant who has focused his research for years on the hazards of asbestos exposure and historical time periods over which knowledge concerning the dangers of asbestos became known to various entities. This category of expert testimony would include, but may not be limited to, a general discussion of the hazards posed by asbestos exposure and when such hazards became recognized in the medical and public health community, the knowledge of the asbestos industry in general and Grace in particular of the hazards of asbestos exposure and when such knowledge was first obtained, the efforts of asbestos defendants in general and Grace in particular to suppress knowledge of the hazards of asbestos and to deceive government regulators and the general public about the dangers posed by such products, and the continuing efforts of some asbestos defendants, including Grace, to deceive the public about the hazards posed by their asbestos containing products and operations.

Dated: November 14, 2005                      Respectfully submitted,

**CAMPBELL & LEVINE, LLC**

/S/ Marla Rosoff Eskin
Marla R. Eskin (No. 2989)
Mark T. Hurford (No. 3299)
800 N. King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900
Telefax: (302) 426-9947

**CAPLIN & DRYSDALE, CHARTERED**

Elihu Inselbuch
399 Park Avenue, 27th Floor
New York, NY 10022
Telephone: (212) 319-7125
Telefax: (212) 644-6755

{D0051031:1} 4

Peter Van N. Lockwood
Nathan D. Finch
Jeffrey A. Liesemer
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone: (202) 862-5000
Telefax: (202) 429-3301

Counsel for the Official Committee
of Asbestos Personal Injury Claimants