IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., <u>et al.</u> ) | (Jointly Administered) |
| ) | |
| Debtors. ) | Related Docket No. 9301 |
| ) | |

## FUTURE CLAIMANTS' REPRESENTATIVE'S INITIAL DESIGNATION OF CATEGORIES TO BE ADDRESSED BY EXPERT WITNESSES IN CONNECTION WITH ESTIMATION OF ASBESTOS PERSONAL INJURY LIABILITIES

Pursuant to the Case Management Order for the Estimation of Asbestos Personal Injury Liabilities dated August 29, 2005 [Doc. No. 9301], David T. Austern, the legal representative for future asbestos claimants (the "FCR") appointed by this Court in the above-captioned Chapter 11 cases, by counsel, hereby designates the following categories to be addressed by expert witnesses the FCR presently anticipates calling to testify in connection with the estimation of asbestos-related personal injury liabilities:

(1) Estimation of the Debtors'[1] asbestos-related personal injury liabilities.

(2) Appropriate discount rate(s), interest rate(s) and/or inflation rate(s) to be utilized in connection with the estimation of the Debtors' asbestos-related personal injury liabilities.

(3) Statistical analysis regarding the Debtors' Asbestos Personal Injury Questionnaire.[2]

---

[1] The "Debtors" refers collectively to W.R. Grace & Co. and its affiliated debtors.

[2] The "Asbestos Personal Injury Questionnaire" refers to the questionnaire approved by the Court on August 29, 2005.

The FCR reserves his right to supplement and/or revise these categories. The FCR also reserves his right to rely upon experts called by any other parties, including, but not limited to, the Official Committee of Asbestos Personal Injury Claimants.

Dated: November 14, 2005

Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.

*[signature]*

John C. Phillips, Jr., Esquire (#110)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200
Facsimile: (302) 655-4210

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Swidler Berlin LLP
3000 K Street, N.W., Suite 300
Washington, D.C. 20007
Telephone: (202) 424-7500
Facsimile: (202) 424-7643

Counsel for David T. Austern,
Future Claimants' Representative