**EXHIBIT A**

Professional services rendered through: August 31, 2005

| Date | Person | Description | Hours |
|---|---|---|---|
| 08/04/05 | A.E. Moran | Prepare quarterly application and send out. | 1.00 |
| 08/09/05 | M.D. Lerner | Call with Carol Finke to discuss proceeding with completion of protest and proceeding two appeals. | 0.40 |
| 08/10/05 | M.D. Lerner | Re-read factual section of protest to determine work that is remaining to be done before protest is ready to be filed. | 0.90 |
| 08/16/05 | M.D. Lerner | Review materials provided by client in answer to questions contained within text of protest. | 0.30 |
| 08/18/05 | M.D. Lerner | Review additional materials provided by Ms. Finke. | 0.20 |
| 08/19/05 | A.A. MacIvor | Review documents sent from Carol Finke in response to questions in draft protest and spreadsheet of responses to questions in draft protest to prepare summary of documents sent from Carol Finke in response to questions in draft protest. | 4.00 |
| 08/19/05 | M.D. Lerner | Call with Ms. Finke regarding timing for next draft. | 0.10 |
| 08/22/05 | A.E. Moran | Respond to C. Finke telephone conference re foreign tax issue. | 0.20 |
| 08/22/05 | J. Giles | Conference with Ms. Finke and Mr. West re section 965 guidance issues. | 0.50 |
| 08/22/05 | J. Giles | Research re section 965 guidance. | 2.50 |
| 08/22/05 | P.R. West | Review and analysis of Notice 2005-64. | 0.40 |
| 08/22/05 | P.R. West | Telephone calls with Carol Finke regarding Notice 2005-64. | 0.40 |
| 08/26/05 | M.D. Lerner | Review e-mailed information from Ms. Finke regarding actual savings. | 0.10 |
| 08/26/05 | M.D. Lerner | Call with Ms. Finke to discuss recent e-mails and timeline for response. | 0.10 |
| 08/29/05 | M.D. Lerner | Review materials sent by Ms. Fink for inclusion in a protest. | 0.30 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| P.R. West | 0.80 | 720.00 | 576.00 |
| M.D. Lerner | 2.40 | 565.00 | 1,356.00 |
| A.E. Moran | 1.20 | 475.00 | 570.00 |
| J. Giles | 3.00 | 355.00 | 1,065.00 |
| A.A. MacIvor | 4.00 | 250.00 | 1,000.00 |
| Total | 11.40 | | 4,567.00 |

Total Fees        $4,567.00