**Exhibit B**

Disbursements:

| | |
|---|---:|
| Duplicating | 22.80 |
| Long Distance Telephone | 15.47 |
| Total Disbursements | $38.27 |
| Total This Statement | $4,605.27 |

STEPTOE & JOHNSON LLP DETAIL COST REPORT
Proforma: 395210
012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE

| Cost/Timekeeper Code | Date | Number | Name | Quant. | Rate | Amount |
|---|---|---|---|---|---|---|
| LASR | 08/04/05 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 |
| LASR | 08/04/05 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 |
| PC/Network Printing | | | | | | |
| PC LASER  2 Pages Moran, Anne | | | | | | |
| LASR | 08/04/05 | 00206 | Moran, Anne E. | 11.00 | 0.15 | 1.65 |
| LASR | 08/04/05 | 00206 | Moran, Anne E. | 11.00 | 0.20 | 2.20 |
| PC/Network Printing | | | | | | |
| PC LASER  11 Pages Moran, Anne | | | | | | |
| LASR | 08/04/05 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 08/04/05 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |
| PC/Network Printing | | | | | | |
| PC LASER  1 Pages Moran, Anne | | | | | | |
| LASR | 08/04/05 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 08/04/05 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |
| PC/Network Printing | | | | | | |
| PC LASER  1 Pages Moran, Anne | | | | | | |
| LASR | 08/04/05 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 08/04/05 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |
| PC/Network Printing | | | | | | |
| PC LASER  1 Pages Moran, Anne | | | | | | |
| LASR | 08/04/05 | 00206 | Moran, Anne E. | 5.00 | 0.15 | 0.75 |
| LASR | 08/04/05 | 00206 | Moran, Anne E. | 5.00 | 0.20 | 1.00 |
| PC/Network Printing | | | | | | |
| PC LASER  5 Pages Moran, Anne | | | | | | |
| LASR | 08/04/05 | 00206 | Moran, Anne E. | 5.00 | 0.15 | 0.75 |
| LASR | 08/04/05 | 00206 | Moran, Anne E. | 5.00 | 0.20 | 1.00 |
| PC/Network Printing | | | | | | |
| PC LASER  5 Pages Ward, Brenda | | | | | | |
| LASR | 08/04/05 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 08/04/05 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |
| PC/Network Printing | | | | | | |
| PC LASER  1 Pages Ward, Brenda | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 08/04/05 | 00206 | Moran, Anne E. | 5.00 | 0.15 | 0.75 |
| LASR | 08/04/05 | 00206 | Moran, Anne E. | 5.00 | 0.20 | 1.00 |

PC/Network Printing
PC LASER  5 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 08/04/05 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 08/04/05 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing
PC LASER  1 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 08/04/05 | 00206 | Moran, Anne E. | 11.00 | 0.15 | 1.65 |
| LASR | 08/04/05 | 00206 | Moran, Anne E. | 11.00 | 0.20 | 2.20 |

PC/Network Printing
PC LASER  11 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 08/04/05 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 08/04/05 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing
PC LASER  1 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 08/04/05 | 00206 | Moran, Anne E. | 11.00 | 0.15 | 1.65 |
| LASR | 08/04/05 | 00206 | Moran, Anne E. | 11.00 | 0.20 | 2.20 |

PC/Network Printing
PC LASER  11 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 08/04/05 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 08/04/05 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing
PC LASER  1 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 08/04/05 | 00206 | Moran, Anne E. | 10.00 | 0.15 | 1.50 |
| LASR | 08/04/05 | 00206 | Moran, Anne E. | 10.00 | 0.20 | 2.00 |

PC/Network Printing
PC LASER  10 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 08/04/05 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 08/04/05 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing
PC LASER  1 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 08/04/05 | | | | Total: | 10.20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 08/09/05 | 00206 | Moran, Anne E. | 74.00 | 0.15 | 11.10 |
| LASR | 08/09/05 | 00206 | Moran, Anne E. | 74.00 | 0.20 | 14.80 |

PC/Network Printing
PC LASER  74 Pages Lerner, Matthew

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 08/17/05 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 08/17/05 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing
PC LASER  1 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 08/19/05 | 00206 | Moran, Anne E. | 9.00 | 0.15 | 1.35 |
| LASR | 08/19/05 | 00206 | Moran, Anne E. | 9.00 | 0.20 | 1.80 |

PC/Network Printing
PC LASER  9 Pages MacIvor, Alexis

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | | | | | Total: | 22.80 |
| | | | | | | |
| TELEDC | 08/09/05 | 00206 | Moran, Anne E. | 1.00 | 4.12 | 4.12 |
| TELEDC | 08/09/05 | 00206 | Moran, Anne E. | 1.00 | 4.12 X | |

DC Telephone TELEDC 5613621300 FROM EXT. 108024

| | | | | | | |
|---|---|---|---|---|---|---|
| TELEDC | 08/22/05 | 00206 | Moran, Anne E. | 1.00 | 8.25 | 8.25 |
| TELEDC | 08/22/05 | 00206 | Moran, Anne E. | 1.00 | 8.25 X | |

DC Telephone TELEDC 5613621300 FROM EXT. 106247

| | | | | | | |
|---|---|---|---|---|---|---|
| TELEDC | 08/22/05 | 00206 | Moran, Anne E. | 1.00 | 3.10 | 3.10 |
| TELEDC | 08/22/05 | 00206 | Moran, Anne E. | 1.00 | 3.10 X | |

DC Telephone TELEDC 5613621300 FROM EXT. 106247

| | | | | | | |
|---|---|---|---|---|---|---|
| TELEDC | 08/22/05 | | | | Total: | 11.35 |
| TELEDC | | | | | Total: | 15.47 |

| | | | |
|---|---|---|---|
| Total: | 012046.00002 | | |
| | PROTEST OF REMEDIUM LOSS DISALLOWANCE | | 38.27 |
| Report Total: | | | 38.27 |