**EXHIBIT A**

Professional services rendered through: September 30, 2005

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/02/05 | M.D. Lerner | Careful analysis of Ms. Fink's recent correspondence and consideration of appropriate way to include the information in the protest. | 0.50 |
| 09/06/05 | A.A. MacIvor | Incorporate IRS interviews and depositions of David Cleary, Michael Miller, Donald Garvey, Mitch Obradovic, and Robert Medler and the three binders of documents in the introduction and general background section in the factual information section. | 6.10 |
| 09/07/05 | A.A. MacIvor | Use deposition of William Corcoran and the three binders of documents to revise the factual background section, statement of law section and the overall conclusion section of the protest. | 8.90 |
| 09/08/05 | M.D. Lerner | Analyze profit charts and consider way to present at trial. | 1.80 |
| 09/08/05 | M.D. Lerner | Edit revised protest. | 1.20 |
| 09/12/05 | M.D. Lerner | Edit latest version of protest regarding facts added by client. | 1.70 |
| 09/13/05 | A.A. MacIvor | Review Matt Lerner's comments on the protest and emails from Carol Finke with additional factual material for the protest. | 2.20 |
| 09/14/05 | A.A. MacIvor | Review documents to answer specific factual questions from Matt Lerner. | 2.60 |
| 09/15/05 | A.A. MacIvor | Edit the factual section of the protest. | 4.10 |
| 09/16/05 | M.D. Lerner | Read deposition transcripts of depositions taken by IRS in connection with the remediation transaction. | 2.10 |
| 09/19/05 | A.A. MacIvor | Begin revising the protest based on Matt Lerner's latest comments; and interview transcripts. | 3.50 |
| 09/19/05 | M.D. Lerner | Read and substantially edit the Protest. | 3.10 |
| 09/20/05 | A.A. MacIvor | Research and analyze cases that describe relationship of potential for profit and tax benefits. | 9.40 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/21/05 | A.A. MacIvor | Continue revising the protest based on Matt Lerner's comments. | 5.90 |
| 09/23/05 | A.A. MacIvor | Review redline of protest to determine if the draft was ready to go to the client. | 0.30 |
| 09/27/05 | A.A. MacIvor | Telephone call with Brian Kaufman to discuss the BTI Reports. | 0.20 |
| 09/30/05 | A.A. MacIvor | Review additional material received from Grace and draft email to Matt Lerner re the material and proposed changes to the protest. | 2.00 |
| 09/30/05 | A.A. MacIvor | Telephone call with consultant re reports. | 0.10 |
| 09/30/05 | L.M. Zarlenga | Review protest to provide fresh view of arguments made. | 2.80 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.D. Lerner | 10.40 | 565.00 | 5,876.00 |
| L.M. Zarlenga | 2.80 | 465.00 | 1,302.00 |
| A.A. MacIvor | 45.30 | 250.00 | 11,325.00 |
| Total | 58.50 |  | 18,503.00 |

Total Fees       $18,503.00