# EXHIBIT B

Disbursements:

| | |
|---|---:|
| Duplicating | 130.95 |
| On-Line Research/Information Retrieval | 39.66 |
| Long Distance Telephone | 4.43 |
| Total Disbursements | $175.04 |
| Total This Statement | $18,678.04 |

STEPTOE & JOHNSON LLP DETAIL COST REPORT
Proforma: 395211
012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE

| Cost/Timekeeper Code | Date | Number | Name | Quant. | Rate | Amount |
|---|---|---|---|---|---|---|
| DUPLDC | 09/02/05 | 08598 | Lofberg, Lynne G. | 71.00 | 0.15 | 10.65 |
| DUPLDC | 09/02/05 | 08598 | Lofberg, Lynne G. | 71.00 | 0.20 | 14.20 |
| 71 PHOTOCOPIES MADE BY 08598 | | | | | | |
| DUPLDC | 09/02/05 | 08598 | Lofberg, Lynne G. | 78.00 | 0.15 | 11.70 |
| DUPLDC | 09/02/05 | 08598 | Lofberg, Lynne G. | 78.00 | 0.20 | 15.60 |
| 78 PHOTOCOPIES MADE BY 08598 | | | | | | |
| DUPLDC | 09/02/05 | 08598 | Lofberg, Lynne G. | 72.00 | 0.15 | 10.80 |
| DUPLDC | 09/02/05 | 08598 | Lofberg, Lynne G. | 72.00 | 0.20 | 14.40 |
| 72 PHOTOCOPIES MADE BY 08598 | | | | | | |
| DUPLDC | 09/02/05 | 08598 | Lofberg, Lynne G. | 119.00 | 0.15 | 17.85 |
| DUPLDC | 09/02/05 | 08598 | Lofberg, Lynne G. | 119.00 | 0.20 | 23.80 |
| 119 PHOTOCOPIES MADE BY 08598 | | | | | | |
| DUPLDC | 09/02/05 | 08598 | Lofberg, Lynne G. | 112.00 | 0.15 | 16.80 |
| DUPLDC | 09/02/05 | 08598 | Lofberg, Lynne G. | 112.00 | 0.20 | 22.40 |
| 112 PHOTOCOPIES MADE BY 08598 | | | | | | |
| DUPLDC | 09/02/05 | 08598 | Lofberg, Lynne G. | 392.00 | 0.15 | 58.80 |
| DUPLDC | 09/02/05 | 08598 | Lofberg, Lynne G. | 392.00 | 0.20 | 78.40 |
| 392 PHOTOCOPIES MADE BY 08598 | | | | | | |
| DUPLDC | 09/02/05 | | | | Total: | 126.60 |
| DUPLDC | 09/13/05 | 02915 | MacIvor, Alexis A. | 11.00 | 0.15 | 1.65 |
| DUPLDC | 09/13/05 | 02915 | MacIvor, Alexis A. | 11.00 | 0.20 | 2.20 |
| 11 PHOTOCOPIES MADE BY 02915 | | | | | | |
| DUPLDC | 09/15/05 | 02915 | MacIvor, Alexis A. | 10.00 | 0.15 | 1.50 |
| DUPLDC | 09/15/05 | 02915 | MacIvor, Alexis A. | 10.00 | 0.20 | 2.00 |
| 10 PHOTOCOPIES MADE BY 02915 | | | | | | |
| DUPLDC | | | | | Total: | 129.75 |
| LASR | 09/06/05 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 |
| LASR | 09/06/05 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 |

PC/Network Printing
PC LASER  2 Pages Colantuoni, Sandi

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 09/06/05 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 09/06/05 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing
PC LASER  1 Pages Colantuoni, Sandi

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 09/06/05 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 |
| LASR | 09/06/05 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 |

PC/Network Printing
PC LASER  2 Pages Colantuoni, Sandi

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 09/06/05 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 09/06/05 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing
PC LASER  1 Pages Colantuoni, Sandi

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 09/06/05 | | | | Total | 0.90 |
| LASR | 09/22/05 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 09/22/05 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing
PC LASER  1 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 09/22/05 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 09/22/05 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing
PC LASER  1 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 09/22/05 | | | | Total: | 0.30 |
| LASR | | | | | Total: | 1.20 |
| | | | | | | |
| TELEDC | 09/07/05 | 00206 | Moran, Anne E. | 1.00 | 3.80 | 3.80 |
| TELEDC | 09/07/05 | 00206 | Moran, Anne E. | 1.00 | 3.80 X | |

DC Telephone TELEDC 5613621300 FROM EXT. 106225

| | | | | | | |
|---|---|---|---|---|---|---|
| TELEDC | 09/30/05 | 00206 | Moran, Anne E. | 1.00 | 0.63 | 0.63 |
| TELEDC | 09/30/05 | 00206 | Moran, Anne E. | 1.00 | 0.63 X | |

DC Telephone TELEDC 6174390333 FROM EXT. 108035

| | | | | | | |
|---|---|---|---|---|---|---|
| TELEDC | | | | | Total: | 4.43 |
| | | | | | | |
| WESTLAW | 09/20/05 | 00206 | Moran, Anne E. | 1.00 | 39.66 | 39.66 |
| WESTLAW | 09/20/05 | 00206 | Moran, Anne E. | 1.00 | 39.66 | |

Westlaw On-Line Research
DC Westlaw Search by:  NETSOLUTIONS
Total:        012046.00002
            PROTEST OF REMEDIUM LOSS DISALLOWANCE              175.04
Report                                                  Total:  175.04