# EXHIBIT B
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

November 4, 2005

Bill Number  86322
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through September 30, 2005

EXCESS POSTAGE                                                        $10.15

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 09/19/05 | 112 copies at .12 per copy | 13.44 | |
| 09/21/05 | 40 copies at .12 per copy | 4.80 | |
| 09/21/05 | 36 copies at .12 per copy | 4.32 | |
| 09/22/05 | 3 copies at .12 per copy | 0.36 | |
| 09/26/05 | 8 copies at .12 per copy | 0.96 | |
| 09/28/05 | 67 copies at .12 per copy | 8.04 | |
| | | | $31.92 |

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 09/09/05 | 329 | 2696959676 | 0.55 | |
| | | | | $0.55 |

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 09/01/05 | BOSTON CAPITAL INSTITUTE-Rent and utilities for document repository at One Winthrop Square-September 2005 | 12,729.32 | |
| | | | $12,729.32 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through September 30, 2005

MISCELLANEOUS

| | | |
|---|---|---:|
| 09/08/05 | RECORDKEEPER ARCHIVE-July 2005 Delivery charges | 54.00 |
| 09/08/05 | RECORDKEEPER ARCHIVE-Monthly storage fee (9/05) | 398.40 |

$452.40

TOTAL DISBURSEMENTS    $13,224.34

TOTAL THIS BILL    $13,224.34

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

November 4, 2005

Bill Number  86323
File Number  0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## DISBURSEMENTS

Through September 30, 2005

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 09/19/05 | To 919 North Market, Pachulski Stang Ziehl-Scotta McFarland from Casner and Edwards on 09/08/05 by RAM | 13.62 | |
| | | | $13.62 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 09/08/05 | 84 copies at .12 per copy | 10.08 | |
| 09/30/05 | 85 copies at .12 per copy | 10.20 | |
| | | | $20.28 |

| | | |
|---|---|---|
| | TOTAL DISBURSEMENTS | $33.90 |

Mark A. Shelnitz

TOTAL THIS BILL          $33.90