IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
IN THE DEBTORS' DESIGNATION OF EXPERT CATEGORIES**

The Official Committee of Unsecured Creditors (the "Committee") of W.R. Grace & Co. *et al.* (the "Debtors"), by its undersigned counsel, hereby joins in the Debtors' Designation of Expert Categories, dated November 14, 2005. The Committee does not presently plan to introduce expert testimony of its own (with the one exception set forth below), but reserves the right to do so in the event that the Debtors do not present such testimony. The Committee intends to join in all discovery sought by the Debtors and fully participate in the estimation proceedings.

In addition, the Committee may present expert testimony from an economist/asbestos personal injury claims valuation expert concerning, generally, the value of present and future personal injury asbestos claims, and the Debtors' aggregate liability for such claims.

The Committee reserves the right to supplement these disclosures in response to the other parties' initial expert disclosures and after further investigation and discovery.

**(Signature Page Follows)**

WLM\212326.1

- 2 -

Dated:  November 14, 2005
       Wilmington, Delaware

            **STROOCK & STROOCK & LAVAN LLP**

Lewis Kruger
Kenneth Pasquale
(members of the Firm)
180 Maiden Lane
New York, New York 10038
Telephone:  (212) 806-5400
Facsimile:  (212) 806-6006

       -and-

**DUANE MORRIS LLP**


/s/ Richard W. Riley
Michael R. Lastowski (DE I.D. 3892)
Richard W. Riley (DE I.D. 4052)
William S. Katchen
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Telephone: (302) 657-4942
Facsimile:  (302) 657-4901

Counsel for The Official Committee
   of Unsecured Creditors of W.R. Grace & Co. *et al*.

- 2 -

WLM\212326.1