# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | |
| ) | Case no. 01-01139 (JFK) |
| W.R. GRACE & CO., *et al.*, ) | Jointly Administered |
| ) | Re: Docket No. 9301 |
| Debtors ) | |
| ) | |

## DEBTORS' DESIGNATION OF EXPERT CATEGORIES

Pursuant to Paragraph 5 of the Case Management Order for the Estimation of Asbestos Personal Injury Liabilities ("PI CMO") (Docket No. 9301), the Debtors hereby designate the following categories to be addressed by experts testifying on their behalf at the Asbestos PI Estimation Hearing:[1]

1. Pulmonology.

2. Occupational Medicine.

3. Radiology.

4. Pathology.

5. Industrial Hygiene.

6. Toxicology.

7. Epidemiology.

8. Risk Assessment.

9. Estimation.

10. Fraud Analysis.

---

[1] All capitalized terms retain the meaning ascribed to them in the PI CMO.

11. State of the Art.

Debtors hereby reserve all rights, without limitation, to supplement this designation of these expert categories in accordance with the provisions of Paragraph 5 of the PI CMO on or before November 28, 2005.

Dated: Wilmington, Delaware
November 14, 2005

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick
Jonathan Friedland
Salvatore F. Bianca
200 East Randolph Drive
Chicago, IL 60601
Telephone:   (312) 861-2000
Facsimile:    (312) 861-2200

KIRKLAND & ELLIS LLP
Barbara Harding
David E. Mendelson (admission *pro hac vice* pending)
Brian T. Stansbury
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone:   (202) 879-5000
Facsimile:    (202) 879-5200

-and-

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill, III (Bar. No.4042)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:   (302) 652-4100
Facsimile:    (302) 652-4400

2