IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Fleming Companies, Inc., et al.,[1] | ) Case No. 03-10945 (MFW) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

## AFFIDAVIT OF SERVICE

Tanya Thompson, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. and that on the 14th day of November 2005, she caused a copy of the following documents to be served upon the parties on the attached service lists in the manner indicated:

1.  **DEBTORS' DESIGNATION OF EXPERT CATEGORIES**

_____
Tanya Thompson

Sworn to and subscribed before
me this 14th day of November 2005
_____
Notary Public
My Commission Expires: 2-20-06

DIANE K. POTTS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Feb. 20, 2006

---

[1] The former Debtors whose cases are still open are: Core-Mark International, Inc.; Fleming Companies, Inc.; ASI Office Automation, Inc.; C/M Products, Inc.; Core-Mark Interrelated Companies, Inc.; Core-Mark Mid-Continent, Inc.; General Acceptance Corporation; Head Distributing Company; Marquise Ventures Company, Inc.; and Minter-Weisman Co.
28587-001\DOCS_DE:111167.12

`Case 01-01139-AMC    Doc 11068-1    Filed 11/14/05    Page 2 of 3`

Fleming Companies, Inc.
Core Group Service List
Case No. 03-10945
Document No. 83803.2
06 - Hand Delivery
08 - First Class Delivery

(Co-Counsel for the Post Confirmation Trust)
Laura Davis Jones, Esquire
Scotta E. McFarland, Esquire
James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Interoffice Delivery – (LA office)
(Co-Counsel for the Post Confirmation Trust)
Ira D. Kharasch, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
10100 Santa Monica Blvd., #1100
Los Angeles, CA 90067

Hand Delivery
(Parcels)
Vito I. DiMaio
Parcels, Inc.
917 King Street
Wilmington, DE 19801

Hand Delivery
(Office Of The United States Trustee)
Joseph McMahan, Esquire
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801

Hand Delivery
(Counsel to Debtors' Senior Secured Lenders and Deutsche Bank Trust Company Americas)
Scott D. Cousins, Esquire
William E. Chipman, Jr., Esquire
Greenberg Traurig LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

Hand Delivery
(Co-Counsel for the Post Confirmation Trust)
David M. Fournier
Pepper Hamilton LLP
1201 Market Street, Suite 1600
PO Box 1709
Wilmington, DE 198999

Hand Delivery
(Counsel to the Official Committee of Reclamation Creditors)
Steven K. Kortanek, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 North Market Street, Suite 1000
Wilmington, DE 19801

Hand Delivery
(Counsel to C&S Acquisition)
Richard S. Cobb
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19899

First Class Delivery
(Co-Counsel for the Post Confirmation Trust)
Richard Wynne, Esquire
Shirley S. Cho, Esquire
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, CA 90017

First Class Delivery
(Counsel to Debtors' Senior Secured Lenders and Deutsche Bank Trust Company Americas)
Andrew P. DeNatale, Esquire
Daniel Ginsberg, Esquire
White & Case
1155 Avenue of the Americas
New York, NY 10036-2787

First Class Delivery
(Co-Counsel for the Post Confirmation Trust)
I. William Cohen, Esquire
Robert S. Hertzberg, Esquire
Pepper Hamilton LLP
100 Renaissance Center, Suite 3600
Detroit, MI 48243-1157

First Class Delivery
(Counsel to Unsecured Creditors Committee)(
Paul S. Aronzon, Esquire
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street
Los Angeles, CA 90017

First Class Delivery
(Indenture Trustee-Bankers Trust (Deutsche Bank)
Calyan Das, Esquire
Seward & Kissel, LLP
One Battery Park Plaza
New York, NY 10004

First Class Delivery
(Counsel to C&S Acquisition)
Kenneth Ziman
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954

First Class Delivery
(Counsel to the Official Committee of Reclamation Creditors)
Janice L. Duban, Esquire
Piper Rudnick LLP
203 North LaSalle Street
Suite 1800
Chicago, IL 60601

First Class Delivery
(Counsel to the Official Committee of Reclamation Creditors)
Piper Rudnick LLP
C. Kevin Kobbe, Esquire
6225 Smith Avenue
Baltimore, MD 20209