IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #5**

IN RE: W.R. GRACE, ET AL.

|  |  |  |
|---|---|---|
| PacifiCorp. and VanCott Bagley Cornwall & McCarthy | ) ) ) ) | |
| Appellants | ) | Civil Action No.   05-764 RLB |
| v. | ) ) | |
| W.R. Grace, et al. | ) | |
| Appellee | ) | Bankruptcy Case No. 01-1139 |

## NOTICE OF DOCKETING

A Notice of Appeal of the following order of the Bankruptcy Court dated 9/20/05 was docketed in the District Court on 11/4/05:

Order Denying Appellants' Motion for Leave to File Late Proofs of Claim

**Appellants Brief is due 11/21/05**

Please place the civil action number and caption listed above on all papers concerning this matter. Rules contained in Part VIII of the Federal Rules of Bankruptcy Procedure apply. **When filing a brief, in addition to the electronically filed document, counsel shall submit to the Clerk's Office of the U.S. District Court a courtesy copy of the brief**. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                                                    Peter T. Dalleo
                                                                    Clerk of Court

Date:   November 4, 2005

To:   U.S. Bankruptcy Court
       Counsel