# McConnell Valdés

PO BOX 364225, SAN JUAN, PUERTO RICO 00936-4225
TELEPHONE (787) 759-9292 • FAX (787) 759-2799
http://www.mcvpr.com



Rafael Pérez-Bachs
Tel. (787) 250-5658
rp@mcvpr.com

November 8, 2005

Office of the Clerk
United States Bankruptcy Court
District of Delaware
Sixth Floor
824 Market Street
Wilmington, Delaware 19801

>   Re:   W.R. Grace & Co., et al., Case NO. 01-01139 (JKF);
>         Notice of Transfer Re Docket 10948

Dear Sir/Madam:

McConnell Valdés objects, for the time being, to the transfer of its claim to Argo Partners because, to date, they have paid us <u>nothing</u> for said transfer. If and when we get paid for the transfer, we will gladly withdraw this objection.

Very truly yours,

Rafael Pérez-Bachs

/mm

c:   BMC Group
     ARGO Partners