FILED
2005 NOV 14 AM 9:03
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

1716 10th Ave
Tuscaloosa, ALA 35401
10-26-05

In Re:
W.R. Grace and Co., et al.,
Case No. 01-01139 (JKF)
Claim No. 1700

Dear Sir

I am file a Response to the Second Omnibus Objection to my claim I previously filed with the Clerk basis on the amount asserted in the proof of claim in Asbestos Management, Inc. The amount ultimately distributed with Respect to the claim in the proceeding to any plan that was confirmed by the court which shall be the amount of the claim. Which claim shall be satisfied by payment in full on the first business day and that this order becomes final from all claims. The claimants argue that he have a Right to Receive a cash distribution against W.R. Grace and Co. et. al. based on wrongful conduct of W.R. Grace and Company et. al. belongs to the claimant. Thank you

John Walters

Mr. John Walters
1716 10th Ave.
Tuscaloosa ALA. 35401




James W. Kapp III, Janet S. Baer,
and Christian J. Lane, Kirkland and Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601



**PACHULSKI
STANG
ZIEHL
YOUNG
JONES
WEINTRAUB**

LAW OFFICES
PROFESSIONAL CORPORATION
WILMINGTON DE
LOS ANGELES, CA
SAN FRANCISCO, CA
NEW YORK, NY

919 NORTH MARKET STREET
16th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE 302/652 4100
FACSIMILE 302/652 4400

JAMES E. O'NEILL

November 11, 2005

JONEILL@PSZYJW.COM
(302) 778-6407

**VIA HAND DELIVERY**

Clerk of the Court
United States Bankruptcy Court
824 North Market Street
Wilmington, DE 19801



    Re:    **W. R. Grace & Co.**
              **Case No.: 01-01139**

Dear Clerk of the Court:

    Enclosed for filing with the Court is a response to the Second Omnibus Objection that we received from the following claimant:

    John Walters
    1716 10th Avenue
    Tuscaloosa, AL 85401

Please contact me if you have any questions.

                        Very truly yours,

                        James E. O'Neill

JEO:htw
Enclosure
cc:    John Walters

LOS ANGELES
10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE 310/277 6910
FACSIMILE 310/201 0760

SAN FRANCISCO
THREE EMBARCADERO CENTER
SUITE 1020
SAN FRANCISCO
CALIFORNIA 94111-4023

TELEPHONE 415/263 7000
FACSIMILE 415/263 7010

NEW YORK
461 FIFTH AVENUE
25th FLOOR
NEW YORK
NEW YORK 10017-6234

TELEPHONE 212/561 7700
FACSIMILE 212/561 7777

WEB: www.pszyjw.com