# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1275
Dallas, TX  75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

July 31, 2005

In Reference To:     Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #        10531

Professional Services

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 7/1/2005 | SLB | draft e-mails to Protiviti (.3), Buchanan (.3), Scott (.3) re 16th Interim applications | 0.90 | 117.00 |
| 7/4/2005 | JBA | draft 16th Interim Project Category Spreadsheet | 1.00 | 40.00 |
| 7/5/2005 | DTW | research regarding fee apps ready to review for the 16th period (.4). | 0.40 | 58.00 |
| 7/6/2005 | DTW | Reviewing 16th applications of Blackstone (.3); Carella (.6); Casner (.6); Austern (.4); Ferry Joseph (.8); drafting initial reports for Blackstone (.4); same regarding Carella (.5). | 3.60 | 522.00 |
|  | JBA | Update database with LAS 5.05 e-detail and Tersigni 5.05 e-detail | 0.10 | 4.00 |
| 7/7/2005 | PGS | Electronic filing with court of CNO for May 2005 | 0.10 | 8.00 |
|  | PGS | Preparation of CNO for May 2005 | 0.10 | 8.00 |
|  | CO | Update database with 05.05 and 04.05 Monthly Invoice of Hamilton (.10); 05.05 Monthly Invoice of Capstone (.10); 05.05 Monthly Invoice of Caplin (.10); 05.05 Monthly Invoice of Campbell (.10); 05.05 Monthly Invoice of Reed (.10) | 0.50 | 20.00 |

W.R. Grace & Co.                                                                                                Page        2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/7/2005 | DTW | Revisions to Blackstone and Carella 16th interim initial reports (.3). | 0.30 | 43.50 |
| 7/8/2005 | PGS | Preparation of June 2005 Monthly Invoice of WHS | 0.60 | 48.00 |
|  | PGS | Electronic filing with court of June 2005 Monthly Invoice of WHS | 0.10 | 8.00 |
|  | DTW | Revisions to final reports for Casner, Ferry, Austern & CIBC (.5). | 0.50 | 72.50 |
|  | JBA | Update database with PWC 16th Interim app/e-detail | 0.10 | 4.00 |
|  | JBA | Update database with Capstone 5.05 e-detail | 0.10 | 4.00 |
| 7/12/2005 | CO | Update database with 01.01.05 through 03.31.05 Interim Fee Application of Pricewaterhouse (.10); 05.05 Monthly Invoice of Tersigni (.10); 05.05 Monthly Invoice of LAS (.10); 04.05 Monthly Invoice of Casner (.10); 05.05 Monthly Invoice of Nelson (.10) | 0.50 | 20.00 |
| 7/14/2005 | CO | Update database with 04.05 Monthly Invoice of Swidler (.10) | 0.10 | 4.00 |
|  | SLB | draft corrections to 16th initial reports - CBBC (1.3) and Balckstone (1.4) | 2.70 | 351.00 |
|  | JBA | Update database with Bilzin 5.05 e-detail | 0.10 | 4.00 |
| 7/15/2005 | JBA | draft 16th Interim Project Category Spreadsheet | 2.00 | 80.00 |
| 7/19/2005 | JAW | detailed review of Caplin 16th Interim Fee Application (January 1, 2005 - March 31, 2005) (1.9); draft summary of same (0.1). | 2.00 | 270.00 |
|  | JAW | detailed review of Pachulski 16th Interim Fee Application (January 1, 2005 - March 31, 2005) (1.6); draft summary of same (0.2). | 1.80 | 243.00 |
|  | CO | Update database with 05.05 Monthly Invoice of Latham (.10); 05.05 Monthly Invoice of Pachulski (.10); 04.05 Monthly Invoice of Bilzin (.10) | 0.30 | 12.00 |

W.R. Grace & Co.                                                                                              Page      3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/19/2005 | JBA | Update database with Hamilton 16th Interim app/e-detail, and LECG 16th Interim app/e-detail | 0.10 | 4.00 |
|  | JAW | detailed review of Latham 16th Interim Fee Application (January 1, 2005 - March 31, 2005) (1.4); draft summary of same (0.1). | 1.50 | 202.50 |
|  | JAW | detailed review of Duane Morris 16th Interim Fee Application (January 1, 2005 - March 31, 2005) (1.3); draft summary of same (0.1). | 1.40 | 189.00 |
|  | JAW | detailed review of Campbell 16th Interim Fee Application (January 1, 2005 - March 31, 2005) (1.2); draft summary of same (0.1). | 1.30 | 175.50 |
| 7/20/2005 | JAW | detailed review of Pitney 16th Interim Fee Application (January 1, 2005 - March 31, 2005) (2.1); draft summary of same (0.1). | 2.20 | 297.00 |
|  | JAW | detailed review of Bilzin 16th Interim Fee Application (January 1, 2005 - March 31, 2005) (2.3); draft summary of same (0.2). | 2.50 | 337.50 |
|  | JAW | detailed review of Reed Smith February 1, 2005 - March 31, 2005 monthly invoices (1.0); draft summary of same (0.1). | 1.10 | 148.50 |
|  | JAW | detailed review of Tersigni 16th Interim Fee Application (January 1, 2005 - March 31, 2005) (4.5) | 4.50 | 607.50 |
|  | SLB | PACER research regarding 16th Interim application - K&E (1.8) | 1.80 | 234.00 |
| 7/21/2005 | CO | Update database with 01.01.05 through 03.31.05 Interim Fee Application of Hamilton (.10); 01.01.05 through 03.31.05 Interim Fee Application of LECG (.10); 05.05 Monthly Invoice of Casner (.10); 05.05 Monthly Invoice of Woodcock (.10); 05.05 Monthly Invoice of Pitney (.10) | 0.50 | 20.00 |
|  | JBA | Update database with Holme Roberts 5.05 e-detail, and Duane 6.05 e-detail pdf | 0.10 | 4.00 |
|  | JAW | detailed review of Capstone 16th Interim Fee Application (January 1, 2005 - March 31, 2005) (4.1); draft summary of same (0.3). | 4.40 | 594.00 |
|  | JAW | draft summary of Tersigni 16th Interim Fee Application (January 1, 2005 - March 31, 2005) (0.5) | 0.50 | 67.50 |
|  | JAW | detailed review of Stroock 16th Interim Fee Application (January 1, 2005 - March 31, 2005) (5.8) | 5.80 | 783.00 |

W.R. Grace & Co.                                                                                     Page      4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/22/2005 | JBA | telephone conference with J. Wehrmann re: review of 16th Interim applications and completed reviews | 0.10 | 4.00 |
|  | JBA | draft 16th Interim Project Category Spreadsheet | 0.70 | 28.00 |
|  | JBA | telephone conference with S. Bossay re: Completed reviews for 16th Interim applications | 0.10 | 4.00 |
|  | JAW | detailed review of Woodcock16th Interim Fee Application (January 1, 2005 - March 31, 2005) (6.5); draft summary of same (0.1) | 6.60 | 891.00 |
| 7/24/2005 | JAW | draft summary of Stroock 16th Interim Fee Application (January 1, 2005 - March 31, 2005) (2.2) | 2.20 | 297.00 |
| 7/25/2005 | CO | Update database with 06.05 Monthly Invoice of Ferry (.10); 05.05 Monthly Invoice of Holme (.10); 06.05 Monthly Invoice of Duane (.10) | 0.30 | 12.00 |
|  | JAW | detailed review of Kirkland February, 2005, monthly invoice (8.0) | 8.00 | 1,080.00 |
| 7/26/2005 | JBA | Update database with Casner 4.05 and 5.05 e-detail | 0.10 | 4.00 |
|  | JBA | Update database with Caplin 6.05 e-detail | 0.10 | 4.00 |
|  | JBA | Update database with Ferry Joseph 6.05 e-detail | 0.10 | 4.00 |
|  | JAW | detailed review of Kirkland February, 2005, monthly invoice (3.8); draft summary of same (1.3). | 5.10 | 688.50 |
|  | JAW | detailed review of Kirkland March, 2005, monthly invoice (4.0) | 4.00 | 540.00 |
| 7/27/2005 | SLB | complete review of app. and draft of 16th Interim initial report - Duane Morris (5.3) ; draft 16th Interim status chart (.9) ; review and edit 16th Interim initial reports - Blackstone and CBBG (1.5) | 7.70 | 1,001.00 |
|  | JAW | detailed review of Kirkland March, 2005, monthly invoice (9.0) | 9.00 | 1,215.00 |

W.R. Grace & Co.

Page    5

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/27/2005 | CO | Update database with 06.05 Monthly Invoice of Carella (.10) | 0.10 | 4.00 |
| 7/28/2005 | SLB | begin draft of 16th Interim initial report - K&E (1.5) | 1.50 | 195.00 |
| | JAW | detailed review of PwC March, 2005, monthly invoice (4.3); draft summary of same (0.9) | 5.20 | 702.00 |
| | JBA | Update database with Kramer 6.05 e-detail, and Klett 6.05 e-detail | 0.10 | 4.00 |
| | JAW | detailed review of Kirkland March, 2005, monthly invoice (2.1); draft summary of same (1.2) | 3.30 | 445.50 |
| 7/29/2005 | SLB | complete draft of 16th Interim initial report - K&E (6.1) | 6.10 | 793.00 |
| | SLB | telephone conference with T. Tueriff - Deloitte re their reorganization and filing of 15th and 16th Interim applications for Deloitte LLP, Deloitte Tax and Deloitte Consulting (.8) | 0.80 | 104.00 |
| | JBA | Update database with Blackstone 16th Interim app/e-detail | 0.10 | 4.00 |
| | JBA | Update database with 6.05 e-detail for: Campbell, Tersigni, and LAS | 0.10 | 4.00 |
| | CO | Update database with 06.05 Monthly Invoice of Klett (.10);06.05 Monthly Invoice of Kramer (.10); 06.05 Monthly Invoice of Philips (.10); 05.05 Monthly Invoice of Swidler (.10) | 0.40 | 16.00 |

**For professional services rendered**       **107.40 $13,649.00**

Additional Charges :

| | Price | |
|---|---|---|
| Third party copies & document prep/setup of Final Report of Wallace, Woodcock, Conway, Swidler, Protiviti, Richardson, PwC, Bilzin and Stroock for the period 10.04-12.04 | 235.48 | 235.48 |
| Third party copies & document prep/setup of Final Report of Combined, Kramer, Lukins, Caplin and Kirkland for the period 10.04-12.04 | 192.88 | 192.88 |

W.R. Grace & Co.                                                                                                    Page        6

|  | Price | Amount |
|---|---|---|
| Third party copies & document prep/setup of Final Report of Reed and Committee for the period 10.04-12.04 | 50.10 | 50.10 |
| Third party copies & document prep/setup of Initial Report of PwC for the period 10.04-12.04 | 9.50 | 9.50 |
| Third party copies & document prep/setup of June 2005 Monthly Invoice of WHS | 29.75 | 29.75 |
| Pacer Charges 04/01/05-06/30/05 | 147.68 | 147.68 |

**Total costs**                                                                                              **$665.39**

**Total amount of this bill**                                                                       **$14,314.39**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Courtney Orent | 2.70 | 40.00 | $108.00 |
| Doreen T Williams | 4.80 | 145.00 | $696.00 |
| James A Wehrmann | 72.40 | 135.00 | $9,774.00 |
| Jeff B. Allgood | 5.10 | 40.00 | $204.00 |
| Priscilla G Stidham | 0.90 | 80.00 | $72.00 |
| Stephen L. Bossay | 21.50 | 130.00 | $2,795.00 |