## Warren H. Smith & Associates, P.C.
325 North St. Paul Street
Suite 1275
Dallas, TX  75201
Tax Id# 01-0584406

---

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


September 30, 2005

In Reference To:    Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #        10532

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 9/1/2005 | SLB | continue draft of 16th Interim fee & expense charts (6.2) ; draft 16th Interim final report - Deloitte Tax (.9) | 7.10 | 923.00 |
| 9/2/2005 | WHS | detailed review of Bilzin 16th Int FR | 0.10 | 27.50 |
|  | SLB | complete draft 16th Interim final report - Duane Morris (2.6) ; update 16th Interim status chart (.3) | 2.90 | 377.00 |
|  | JBA | Update database with 7.05 e-detail for: Campbell, Caplin and AKO | 0.10 | 4.00 |
|  | WHS | detailed review of  Caplin 16th Int FR | 0.10 | 27.50 |
| 9/6/2005 | SLB | PACER research regarding all outstanding 16th Interim applications (Deloitte Tax, Protiviti, Scott Law) - (1.2) | 1.20 | 156.00 |
|  | WHS | detailed review of Duane Morris 16th Int FR | 0.10 | 27.50 |
|  | SLB | complete first draft of 16th Interim fee and expense charts (3.4) ; complete draft of revised 16th Interim final report - Buchanan (1.3) | 4.70 | 611.00 |
|  | SLB | draft e-mails to Deloitte, Protiviti, Pachulski re 16th Interim applications (1.1) | 1.10 | 143.00 |

W.R. Grace & Co.          Page 2

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 9/6/2005 | SLB | telephone conference with M. Petitio @ Protiviti re 16th Interim app. (.3) | 0.30 | 39.00 |
| 9/7/2005 | JBA | Electronic filing with court of 16th Interim Final Reports re: Bilzin (.1), Buchanan (.1), Caplin (.2), Duane (.2), and K&E (.2) | 0.80 | 32.00 |
| | PGS | Preparation of August 2005 Monthly Invoice of WHS | 0.60 | 48.00 |
| | CCO | Update database with 07.05 Monthly Invoice of Reed (.10); 07.05 Monthly Invoice of Anderson (.10); 07.05 Monthly Invoice of Caplin (.10); 07.05 Monthly Invoice of Campbell (.10) | 0.40 | 16.00 |
| | WHS | detailed review of PWC 16th Int FR | 0.10 | 27.50 |
| | SLB | complete drafts of 16th Interim revised final reports - K&E (2.6); Blackstone (1.5) ; CDG (3.3) | 7.40 | 962.00 |
| | WHS | detailed review of Pachulski 16th Int FR | 0.10 | 27.50 |
| | DTW | Telephone call with S. Bossay regarding flat fee applicants and research language regarding same (.4). | 0.40 | 58.00 |
| | WHS | detailed review of CDG revised final report - 16th Grace | 0.10 | 27.50 |
| | WHS | detailed review of Buchanan 16th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of K&E final report for 16th period | 0.10 | 27.50 |
| 9/8/2005 | SLB | draft e-mail to Deloitte re 16th Interim Deloitte Tax application (.3) e-mail to Pachulski re filing of same (.2) | 0.50 | 65.00 |
| | SLB | telephone conference with M. Petitio @ Protiviti re filing of 16th Interim application (.2) ; telephone conference with P. Cuniff @ Pachulski re same (.2) | 0.40 | 52.00 |
| | PGS | Electronic filing with court of August 2005 Monthly Invoice of WHS | 0.10 | 8.00 |

| W.R. Grace & Co. | | | | Page | 3 |
|---|---|---|---|---:|---:|
| | | | | **Hours** | **Amount** |
| 9/8/2005 | SLB | complete draft of revised 16th Interim final report - Tersigni (2.4) ; complete draft of 16th Interim revised final report - Applications w/ No Objections (3.8) | | 6.20 | 806.00 |
| | WHS | detailed review of Blackstone final report - 16th Grace | | 0.10 | 27.50 |
| | JAW | detailed review of Stroock May, 2005, monthly invoice (1.6); draft summary of same (0.5) | | 2.10 | 283.50 |
| 9/9/2005 | JAW | detailed review of Tersigni May, 2005, monthly invoice (2.5); draft summary of same (0.1) | | 2.60 | 351.00 |
| | WHS | detailed review of Scott Law 16th Int FR | | 0.10 | 27.50 |
| | WHS | detailed review of Richardson 16th Int FR | | 0.10 | 27.50 |
| | WHS | detailed review of Carrella 16th Int FR | | 0.10 | 27.50 |
| | WHS | detailed review of Capstone 16th Int FR | | 0.10 | 27.50 |
| | WHS | detailed review of Tersigni 16th Int FR | | 0.10 | 27.50 |
| | WHS | detailed review of Omnibus 16th Int FR | | 0.10 | 27.50 |
| | WHS | detailed review of Stroock 16th Int FR | | 0.10 | 27.50 |
| | SLB | complete revised draft of 16th Interim fee and expense charts (3.4) ; begin review and initial report of 17th Interim K&E application (4.5) | | 7.90 | 1,027.00 |
| | JBA | Electronic filing with court of 16th Interim Final Reports re: Blackstone (.1), Capstone (.2), Carrell (.1), Conway (.1), Richardson (.1), Pachulski (.2), and PWC (.2) | | 1.00 | 40.00 |
| | PGS | Preparation of CNO for July 2005 | | 0.10 | 8.00 |

W.R. Grace & Co.          Page    4

| Date | Init. | Description | Hours | Amount |
|---|---|---|---:|---:|
| 9/12/2005 | PGS | Electronic filing with court of the CNO for July 2005 of WHS | 0.10 | 8.00 |
| | SLB | continue draft of 17th Interim initial report - K&E (6.3) | 6.30 | 819.00 |
| | SLB | draft e-mail to all applicants re distribution of fee & expense chart (.3) ; e-mails to Stroock (.2) ; Woodcock (.2) ; Casner (.3) ; Caplin (.2) and Protiviti (.2) confirming chart figures and application status | 1.40 | 182.00 |
| | JBA | Electronic filing with court of 16th Interim Final Reports re: Omnibus No Objections (.1), Scott Law (.1), Stroock (.2), and Tersigni (.2) | 0.60 | 24.00 |
| | JAW | detailed review of Woodcock May, 2005, monthly invoice (2.4); draft summary of same (0.2) | 2.60 | 351.00 |
| 9/13/2005 | SLB | begin review of 17th Interim app. and draft of initial report - Blackstone (5.3) | 5.30 | 689.00 |
| | SLB | draft e-mail to all applicants for review of 16th Interim charts (.6); update charts following return e-mails (.7) | 1.30 | 169.00 |
| | CCO | Update database with 07.05 Monthly Invoice of Tersigni (.10); 07.05 Monthly Invoice of Casner (.10); 07.05 Monthly Invoice of Kirkland (.10) | 0.30 | 12.00 |
| | JBA | Update database with Holme Roberts 7.05 e-detail pdf | 0.10 | 4.00 |
| 9/14/2005 | SLB | complete draft of 17th initial report - Blackstone (3.8) | 3.80 | 494.00 |
| | SLB | review and corrections of 16th Interim Project Category Spreadsheet (3.9) | 3.90 | 507.00 |
| | JBA | draft corrections and complete version of 16th Interim Project Category Spreadsheet | 6.00 | 240.00 |
| 9/15/2005 | SLB | draft e-mails (2) to D. Carickhoff @ Pachulski sending 16th Interim fee & expense charts and Project Category Spreadsheet to be filed with Court (.7) | 0.70 | 91.00 |
| | SLB | begin review of 17th Interim app. and draft of initial report - Stroock (3.6) | 3.60 | 468.00 |

| W.R. Grace & Co. | | | | Page | 5 |
|---|---|---|---|---:|---:|
| | | | | **Hours** | **Amount** |
| 9/15/2005 | JBA | Update database with CIBC 7.05 e-detail pdf | | 0.10 | 4.00 |
| | CCO | Update database with 07.05 Monthly Invoice of Holme (.10); 06.05 Monthly Invoice of the official committee (.10); 04.01.05 through 06.30.05 Interim Fee Application of Woodcock (.10); 08.22.04 through 03.31.05 Interim Fee Application of Deloitte Tax (.10) | | 0.40 | 16.00 |
| | SLB | complete review and corrections of 16th Interim Project Category Spreadsheet (2.5) | | 2.50 | 325.00 |
| 9/16/2005 | CCO | Update database with 07.05 Monthly Invoice of Woodcock (.10) | | 0.10 | 4.00 |
| | SLB | complete review and draft of 17th Interim initial report - Stroock (4.4) ; review and draft of 17th Interim initial report - CBBG (2.9) | | 7.30 | 949.00 |
| 9/19/2005 | CCO | Update database with 07.05 and 08.05 Monthly Invoices of Buchanan (.10); 08.05 Monthly Invoice of Ferry (.10) | | 0.20 | 8.00 |
| | SLB | draft e-mail to Pachulski re 16th Interim fee hearing - (.3) ; e-mail to Nelson Mullins re new contacts (.3) ; e-mail to Capstone re 16th Interim final report (.4) e-mail to CBBG re 17th Interim application (.2) | | 1.20 | 156.00 |
| 9/20/2005 | SLB | complete review and draft of 17th Interim final report - Blackstone (5.8) | | 5.80 | 754.00 |
| | WHS | receive and review agenda | | 0.10 | 27.50 |
| | SLB | PACER research regarding 16th Interim applications and possible objections - (.8) | | 0.80 | 104.00 |
| 9/21/2005 | CCO | Update database with 04.01.05 through 06.30.05 Interim Fee Application of Pachulski (.10); 07.05 Monthly Invoice of Nelson (.10); 07.05 Monthly Invoice of Latham (.10) | | 0.30 | 12.00 |
| | CCO | Update database with 07.05 Monthly Invoice of Capstone (.10) | | 0.10 | 4.00 |
| | SLB | complete review and draft of 17th Interim initial report - Kramer Levin (4.9) ; draft 17th Interim status chart (1.5) | | 6.40 | 832.00 |

W.R. Grace & Co. Page 6

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 9/22/2005 | SLB | complete review of 17th interim app. and draft of initial report - Duane Morris (4.6) complete review of app. and draft of 17th interim final report CIBC (2.8) | 7.40 | 962.00 |
| 9/23/2005 | SLB | complete review and draft of 17th Interim final report - Buchanan (3.8) ; complete draft of 17th Interim final report RPWB (3.1) | 6.90 | 897.00 |
| 9/26/2005 | CCO | Update database with 06.05 Monthly Invoice of Richardson (.10) | 0.10 | 4.00 |
| | SLB | complete review and draft of 17th Interim final report - HRO (4.2) ; complete review and draft of 17th Interim final report - Klett Rooney (2.5) | 6.70 | 871.00 |
| 9/27/2005 | SLB | complete reviews and drafts of 17th Interim final reports LAS (3.3) and Nelson Mullins (3.1) | 6.40 | 832.00 |
| | JBA | draft e-mail to S. Bossay re: Applicants who served 17th Interim application with a Project Category Spreadsheet | 0.10 | 4.00 |
| 9/28/2005 | SLB | complete review and draft of 17th Interim final report - PG&S (3.8) ; begin review and draft of 17th Interim initial report - Stroock (3.5) | 7.30 | 949.00 |
| | JBA | Update database with Buchanan 17th Interim app/e-detail | 0.10 | 4.00 |
| | JBA | Update database with Reed Smith 8.05 e-detail | 0.10 | 4.00 |
| | JBA | draft 17th Interim Project Category Spreadsheet | 2.00 | 80.00 |
| 9/29/2005 | JBA | Update database with Kramer 8.05 e-detail and Kleet 8.05 e-detail | 0.10 | 4.00 |
| | SLB | draft e-mail to M. Petitio re 17th Interim Protiviti application (.3) ; e-mail to M. Flax @ Carella re 16th Interim project category spreadsheet (.4) ; e-mail to Buchanan re receipt of 17th Interim Buchanan and RPWB apps. (.4) | 1.10 | 143.00 |
| | SLB | continue draft of 17th Interim initial report - Stroock (4.8) | 4.80 | 624.00 |
| 9/30/2005 | JBA | draft 17th Interim Project Category Spreadsheet | 0.50 | 20.00 |

W.R. Grace & Co. Page 7

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/30/2005 | JBA | Update database with Holme Roberts 8.05 e-detail pdf | 0.10 | 4.00 |
| | CCO | Update database with 08.05 Monthly Invoice of Holme (.10); 08.05 Monthly Invoice of Klett (.10); 08.05 Monthly Invoice of Kramer (.10); 08.05 Monthly Invoice of Kirkland (.10); 08.05 Monthly Invoice of Stroock (.10) | 0.50 | 20.00 |
| | SLB | PACER research regarding 17th Interim apps with no completed quarterly application in office files (2.4) | 2.40 | 312.00 |
| | SLB | complete draft of 17th Interim initial report - Stroock (3.8) | 3.80 | 494.00 |

**For professional services rendered**  161.20  $19,931.00

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Courtney C. Orent | 2.40 | 40.00 | $96.00 |
| Doreen T Williams | 0.40 | 145.00 | $58.00 |
| James A. Wehrmann | 7.30 | 135.00 | $985.50 |
| Jeff B. Allgood | 11.70 | 40.00 | $468.00 |
| Priscilla G Stidham | 0.90 | 80.00 | $72.00 |
| Stephen L. Bossay | 136.80 | 130.00 | $17,784.00 |
| Warren H Smith | 1.70 | 275.00 | $467.50 |