# EXHIBIT B

**Asset Analysis and Recovery (.1 Hours; $ 72.00)**

  Services rendered in this category pertain to the effort to analyze and recover the Debtors' assets for the benefit of the estate.

**Total Task Code .01**      .1

**Asset Disposition (.2 Hours; $ 144.00)**

  Services rendered in this category pertain to the allocation, management and control of the Debtors' assets.

**Total Task Code .02**      .2

**Business Operations (1.5 Hours; $ 810.00)**

  Services rendered in this category pertain to analysis and monitoring of the Debtors' business operations.

**Total Task Code .03**      1.5

**Case Administration (93.9 Hours; $ 26,233.00)**

  Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**      93.9

**Claim Analysis Objection & Resolution (Asbestos) (49.4 Hours; $ 33,907.00)**

  Services rendered in this category pertain to the review, analysis of and response to claims filed against Debtors' estates.

**Total Task Code .05**      49.4

**Committee, Creditors', Noteholders' or Equity Holders' (6.2 Hours; $ 4,050.00)**

- 2 -

Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07        6.2**

**Employment Applications, Others (.1 Hours; $ 72.00)**

Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10          .1**

**Fee Applications, Applicant (11.6 Hours; $ 3,374.00)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12        11.6**

**Fee Applications, Others (.3 Hours; $ 216.00)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13          .3**

**Hearings (6.0 Hours; $ 2,862.00)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15        6.0**

**Litigation and Litigation Consulting (386.9 Hours; $ 152,040.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

{D0051020:1 }

**Total Task Code .16  386.9**

**Plan & Disclosure Statement (40.0 Hours; $ 19,041.00)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17  40.0**

**Relief from Stay Proceedings (.2 Hours; $ 144.00)**

Services rendered in this category pertain to the analysis of and response to motions to lift the automatic stay.

**Total Task Code .18                .2**

**Tax Litigation (2.0 Hours; $ 960.00)**

Services rendered in this category relate to adversary actions and other litigation regarding the Debtors' tax liabilities or tax matters relating to a potential reorganization plan.

**Total Task Code .20             2.0**

**Travel Non-working (19.8 Hours; $ 6,365.25)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21  19.8**

**Fee Auditor Matters (.2 Hours; $ 83.00)**

Services rendered in this category pertain to the review of and response to reposts by the fee auditor.

**Total Task Code .32                .2**