**EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | $73.89 |
| Outside Local Deliveries | $30.70 |
| Research Material | $255.30 |
| Professional Fees & Expert Witness Fees | $5,000.00 |
| Charge of Cell and/or Home Phone Useage | $0.90 |
| Air & Train Transportation | $2,597.71 |
| Meals Related to Travel | $328.46 |
| Conference Meals | $197.46 |
| Outside Photocopying/Duplication Service | $1,572.54 |
| Travel Expenses - Hotel Charges | $1,009.61 |
| Travel Expenses - Ground Transportation | $188.54 |
| Travel Expenses - Miscellaneous | $22.47 |
| Local Transportation - DC | $105.07 |
| Database Research | $4,390.15 |
| Xeroxing | $786.75 |
| Telecopier/Equitrac | $61.95 |
| Long Distance-Equitrac In-House | $34.13 |
| NYO Long Distance Telephone | $36.22 |
| **Total for Report** | **$16,691.85** |