| | | | |
|---|---|---|---|
| **Client Number:   4642** | **Grace Asbestos Personal Injury Claimants** | | Page:  1 |
| **Matter       000** | **Disbursements** | | 8/18/2005 |
| | | | Print Date/Time: |
| | | | 08/18/2005 |
| | | | 10:46:11AM |
| Attn: | | | Invoice # |

PREBILL  / CONTROL  REPORT

Trans Date Range:   1/1/1950  to: 7/31/2005

**Matter       000**
**Disbursements**
Bill Cycle:        Monthly           Style:        i1          Start:     4/16/2001

Last Billed : 7/15/2005                    13,655

Trust Amount Available

Total Expenses Billed To Date         $277,379.86

| | | |
|---|---|---|
| Billing Empl: | 0120 | Elihu   Inselbuch |
| Responsible Empl: | 0120 | Elihu   Inselbuch |
| Alternate Empl: | 0120 | Elihu   Inselbuch |
| Originating Empl: | 0120 | Elihu   Inselbuch |

**Summary   by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 1,672.87 | 0.00 | 1,382.87 |
| 0054 | WBS | Walter B Slocombe | 0.00 | 44.25 | 0.00 | 44.25 |
| 0101 | RCS | Robert C. Spohn | 0.00 | 1.65 | 0.00 | 1.65 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 601.84 | 0.00 | 522.84 |
| 0128 | SAT | Samira A Taylor | 0.00 | 0.30 | 0.00 | 0.30 |
| 0187 | NDF | Nathan D Finch | 0.00 | 1,571.10 | 0.00 | 1,286.70 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 33.30 | 0.00 | 33.30 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 6.45 | 0.00 | 6.45 |
| 0238 | SLC | Stacey L Colson | 0.00 | 0.60 | 0.00 | 0.60 |
| 0302 | RER | Ronald E Reinsel | 0.00 | 156.00 | 0.00 | 113.00 |
| 0309 | HMS | Harry M Schwirck | 0.00 | 20.32 | 0.00 | 20.32 |
| 0310 | DKG | Danielle K Graham | 0.00 | 375.00 | 0.00 | 375.00 |
| 0324 | VP | Vernon  Preston | 0.00 | 219.75 | 0.00 | 219.75 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 745.51 | 0.00 | 745.51 |
| | | | **0.00** | **5,448.94** | **0.00** | **4,752.54** |

**Total Fees**

**Summary   by Employee**

| | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense  by  Date**

| | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |

```
Client Number:  4642           Grace Asbestos Personal Injury Claimants                                                            Page:   1
Matter     000                 Disbursements                                                                                      8/18/2005
                                                                                                                          Print Date/Time:
                                                                                                                                08/18/2005
                                                                                                                                10:46:11AM
Attn:                                                                                                                             Invoice #
1824723    Equitrac - Long Distance to 2123198798        E   07/01/2005   0999   C&D    0.00      $0.14       0.00      $0.14         0.14
1824796    Photocopy                                     E   07/01/2005   0238   SLC    0.00      $0.45       0.00      $0.45         0.59
1824835    Photocopy                                     E   07/01/2005   0220   SKL    0.00      $0.30       0.00      $0.30         0.89
1824843    Photocopy                                     E   07/01/2005   0999   C&D    0.00      $1.80       0.00      $1.80         2.69
1825123    Equitrac - Long Distance to 3024269910        E   07/05/2005   0999   C&D    0.00      $0.19       0.00      $0.19         2.88
1825124    Equitrac - Long Distance to 2123082735        E   07/05/2005   0999   C&D    0.00      $0.06       0.00      $0.06         2.94
1826156    Equitrac - Long Distance to 2032522551        E   07/06/2005   0999   C&D    0.00      $0.19       0.00      $0.19         3.13
1835972    Photocopy                                     E   07/06/2005   0238   SLC    0.00      $0.15       0.00      $0.15         3.28
1826787    Photocopy                                     E   07/07/2005   0187   NDF    0.00      $0.90       0.00      $0.90         4.18
1826999    Photocopy                                     E   07/08/2005   0101   RCS    0.00      $0.15       0.00      $0.15         4.33
1827025    Photocopy                                     E   07/08/2005   0220   SKL    0.00      $0.15       0.00      $0.15         4.48
1827221    Equitrac - Long Distance to 3024260166        E   07/10/2005   0999   C&D    0.00      $0.65       0.00      $0.65         5.13
1827274    Federal Express to Mark Hurford from HMS on 6/29 E 07/11/2005  0309   HMS    0.00     $20.32       0.00     $20.32        25.45
1827349    Photocopy                                     E   07/11/2005   0220   SKL    0.00      $2.85       0.00      $2.85        28.30
1827362    Photocopy                                     E   07/11/2005   0128   SAT    0.00      $0.30       0.00      $0.30        28.60
1827423    Photocopy                                     E   07/11/2005   0324   VP     0.00    $171.15       0.00    $171.15       199.75
1835999    Photocopy                                     E   07/11/2005   0232   LK     0.00      $4.20       0.00      $4.20       203.95
1836003    Photocopy                                     E   07/11/2005   0999   C&D    0.00      $1.20       0.00      $1.20       205.15
1836004    Photocopy                                     E   07/11/2005   0999   C&D    0.00      $1.50       0.00      $1.50       206.65
1836005    Photocopy                                     E   07/11/2005   0999   C&D    0.00      $1.05       0.00      $1.05       207.70
1827460    Database Research/Lexis Charges for           E   07/12/2005   0999   C&D    0.00     $12.69       0.00     $12.69       220.39
           6/25/05-7/1/05 for HS
1827703    Equitrac - Long Distance to 3024261900        E   07/12/2005   0999   C&D    0.00      $0.19       0.00      $0.19       220.58
1827706    Equitrac - Long Distance to 3024261900        E   07/12/2005   0999   C&D    0.00      $0.27       0.00      $0.27       220.85
1827716    Equitrac - Long Distance to 3024261900        E   07/12/2005   0999   C&D    0.00      $0.05       0.00      $0.05       220.90
1827799    Photocopy                                     E   07/12/2005   0324   VP     0.00     $14.40       0.00     $14.40       235.30
1827820    Photocopy                                     E   07/12/2005   0324   VP     0.00     $34.20       0.00     $34.20       269.50
1827882    Photocopy                                     E   07/12/2005   0101   RCS    0.00      $1.50       0.00      $1.50       271.00
1827990    Petty Cash  Lae night cabs home July 10,11,12 E   07/13/2005   0187   NDF    0.00     $60.00       0.00     $60.00       331.00
           for NDF
1827998    Petty Cash  Cab on 7/8 for NDF to office so   E   07/13/2005   0187   NDF    0.00     $25.07       0.00     $25.07       356.07
           could prepare for meeting on drive in
1828348    Photocopy                                     E   07/13/2005   0220   SKL    0.00     $15.90       0.00     $15.90       371.97
1828354    Photocopy                                     E   07/13/2005   0220   SKL    0.00      $4.50       0.00      $4.50       376.47
1828829    Equitrac - Long Distance to 3024261900        E   07/14/2005   0999   C&D    0.00      $0.31       0.00      $0.31       376.78
1829659    Photocopy                                     E   07/15/2005   0220   SKL    0.00      $3.60       0.00      $3.60       380.38
1835734    Fax Transmission to 12145239159               E   07/15/2005   0999   C&D    0.00      $0.60       0.00      $0.60       380.98
1835737    Fax Transmission to 12148248100               E   07/15/2005   0999   C&D    0.00      $0.60       0.00      $0.60       381.58
1835738    Fax Transmission to 17136501400               E   07/15/2005   0999   C&D    0.00      $0.60       0.00      $0.60       382.18
1835740    Fax Transmission to 13125516759               E   07/15/2005   0999   C&D    0.00      $0.60       0.00      $0.60       382.78
1835741    Fax Transmission to 18432169290               E   07/15/2005   0999   C&D    0.00      $0.60       0.00      $0.60       383.38
1835743    Fax Transmission to 13026565875               E   07/15/2005   0999   C&D    0.00      $0.60       0.00      $0.60       383.98
1835744    Fax Transmission to 15108354913               E   07/15/2005   0999   C&D    0.00      $0.60       0.00      $0.60       384.58
1835745    Fax Transmission to 12165750799               E   07/15/2005   0999   C&D    0.00      $0.60       0.00      $0.60       385.18
1835746    Fax Transmission to 14124718308               E   07/15/2005   0999   C&D    0.00      $0.60       0.00      $0.60       385.78
1835747    Fax Transmission to 12123440994               E   07/15/2005   0999   C&D    0.00      $0.60       0.00      $0.60       386.38
1835748    Fax Transmission to 14122615066               E   07/15/2005   0999   C&D    0.00      $0.15       0.00      $0.15       386.53
1835749    Fax Transmission to 16179510679               E   07/15/2005   0999   C&D    0.00      $0.60       0.00      $0.60       387.13
1835750    Fax Transmission to 12145239158               E   07/15/2005   0999   C&D    0.00      $0.60       0.00      $0.60       387.73
1835751    Fax Transmission to 12145991171               E   07/15/2005   0999   C&D    0.00      $0.60       0.00      $0.60       388.33
1835752    Fax Transmission to 18432169450               E   07/15/2005   0999   C&D    0.00      $0.15       0.00      $0.15       388.48
1835753    Fax Transmission to 12145239157               E   07/15/2005   0999   C&D    0.00      $0.45       0.00      $0.45       388.93
1835754    Fax Transmission to 14067527124               E   07/15/2005   0999   C&D    0.00      $0.60       0.00      $0.60       389.53
1835755    Fax Transmission to 13053796222               E   07/15/2005   0999   C&D    0.00      $0.60       0.00      $0.60       390.13
1835756    Fax Transmission to 14122615066               E   07/15/2005   0999   C&D    0.00      $0.45       0.00      $0.45       390.58
1835757    Fax Transmission to 12145239157               E   07/15/2005   0999   C&D    0.00      $0.15       0.00      $0.15       390.73
1835758    Fax Transmission to 18432169450               E   07/15/2005   0999   C&D    0.00      $0.15       0.00      $0.15       390.88
1835759    Fax Transmission to 18432169450               E   07/15/2005   0999   C&D    0.00      $0.30       0.00      $0.30       391.18
1836056    Photocopy                                     E   07/15/2005   0999   C&D    0.00      $0.90       0.00      $0.90       392.08
1835760    Fax Transmission to 13024269947               E   07/18/2005   0999   C&D    0.00      $0.15       0.00      $0.15       392.23
1830043    Equitrac - Long Distance to 2123199240        E   07/18/2005   0999   C&D    0.00      $2.29       0.00      $2.29       394.52
1830479    ADA Travel  for RER to Wilmington on 6/27     E   07/19/2005   0302   RER    0.00    $136.00       0.00     $93.00       487.52
           (split with 3439)  (coach fare 186.00)
1830480    ADA Travel  for agency fee on RER 6/27 travel to E 07/19/2005  0302   RER    0.00     $20.00       0.00     $20.00       507.52
           Wilmington
1830502    ADA Travel  for EI  on 7/8 to New York  (coach E   07/19/2005  0120   EI     0.00    $216.00       0.00    $137.00       644.52
           fare 137.00)
1830503    ADA Travel  agency fee on EI travel to NY on 7/8 E 07/19/2005  0120   EI     0.00     $40.00       0.00     $40.00       684.52
1830511    ADA Travel  for PVNL  to Pittsburgh on 7/18   E   07/19/2005   0020   PVL    0.00  $1,170.40       0.00    $880.40     1,564.92
           (coach fare 880.40)
1830512    ADA Travel  agency fee on PVNL 7/18 travel to E   07/19/2005   0020   PVL    0.00     $40.00       0.00     $40.00     1,604.92
           Pittsburgh
```

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                                       Page:   1
Matter    000                     Disbursements                                                                                  8/18/2005
                                                                                                                        Print Date/Time:
                                                                                                                            08/18/2005
                                                                                                                            10:46:11AM
Attn:                                                                                                                          Invoice #
1830515   ADA Travel  for NDF to Pittsburgh on 7/18      E  07/19/2005    0187  NDF       0.00      $1,170.40    0.00    $886.00   2,490.92
          (coach fare $886.00)
1830516   ADA Travel  agency fee on NDF 7/18 travel to   E  07/19/2005    0187  NDF       0.00         $40.00    0.00     $40.00   2,530.92
          Pittsburgh
1830846   Database Research-Westlaw by JAL on 6/21/05    E  07/20/2005    0999  C&D       0.00         $75.38    0.00     $75.38   2,606.30
1830848   Database Research-Westlaw by JAL on 6/23/05    E  07/20/2005    0999  C&D       0.00        $318.30    0.00    $318.30   2,924.60
1830850   Database Research-Westlaw by JAL on 6/27/05    E  07/20/2005    0999  C&D       0.00         $26.84    0.00     $26.84   2,951.44
1830854   Database Research-WESTLAW by LMK on 6/16       E  07/20/2005    0999  C&D       0.00         $60.90    0.00     $60.90   3,012.34
1830946   PVNL;  Travel expenses to Pittsburgh for hearing E 07/20/2005   0020  PVL       0.00        $166.56    0.00    $166.56   3,178.90
          on 7/18-19 for meals
1830947   PVNL;  Travel expenses to Pittsburgh for hearing E 07/20/2005   0020  PVL       0.00        $204.06    0.00    $204.06   3,382.96
          on 7/18-19 for Omni William Penn hotel
1830948   EI;  Travel expenses to DC for meetings at     E  07/20/2005    0120  EI        0.00        $109.98    0.00    $109.98   3,492.94
          Kirkland &Ellis on 7/8for meals
1830949   EI;  Travel expenses to DC for meetings at     E  07/20/2005    0120  EI        0.00        $227.86    0.00    $227.86   3,720.80
          Kirkland &Ellis on 7/8 for The Madison hotel
1830974   Equitrac - Long Distance to 8054993572         E  07/20/2005    0999  C&D       0.00          $0.35    0.00      $0.35   3,721.15
1831066   Photocopy                                      E  07/20/2005    0220  SKL       0.00          $0.15    0.00      $0.15   3,721.30
1831275   Equitrac - Long Distance to 2123199240         E  07/21/2005    0999  C&D       0.00          $0.71    0.00      $0.71   3,722.01
1831383   Photocopy                                      E  07/21/2005    0220  SKL       0.00          $0.15    0.00      $0.15   3,722.16
1831390   Photocopy                                      E  07/21/2005    0220  SKL       0.00          $5.70    0.00      $5.70   3,727.86
1836137   Photocopy                                      E  07/21/2005    0999  C&D       0.00          $2.10    0.00      $2.10   3,729.96
1836143   Photocopy                                      E  07/21/2005    0999  C&D       0.00          $0.30    0.00      $0.30   3,730.26
1836160   Photocopy                                      E  07/22/2005    0999  C&D       0.00          $1.20    0.00      $1.20   3,731.46
1831570   Outside Photocopying/Duplication Service-MLQ   E  07/22/2005    0310  DKG       0.00        $375.00    0.00    $375.00   4,106.46
          Atty Svce. - Copies of admitted exhibits in
          Silica Case
1831584   Equitrac - Long Distance to 8054993572         E  07/22/2005    0999  C&D       0.00          $0.25    0.00      $0.25   4,106.71
1831865   Lasership  to Swidler Berlin on 7/11           E  07/25/2005    0999  C&D       0.00          $7.68    0.00      $7.68   4,114.39
1831867   Lasership  to Swidler Berlin on 7/12           E  07/25/2005    0999  C&D       0.00         $23.02    0.00     $23.02   4,137.41
1836182   Photocopy                                      E  07/25/2005    0999  C&D       0.00          $3.15    0.00      $3.15   4,140.56
1836192   Photocopy                                      E  07/25/2005    0999  C&D       0.00          $9.90    0.00      $9.90   4,150.46
1836208   Photocopy                                      E  07/26/2005    0232  LK        0.00          $2.25    0.00      $2.25   4,152.71
1832180   Petty Cash  Travel expenses cabs in Pittsburgh E  07/26/2005    0020  PVL       0.00         $74.00    0.00     $74.00   4,226.71
          for PVNL and NDF t/f airports on 7/18-19
1832181   Petty Cash  Meals for PVNL in Pittsburgh on    E  07/26/2005    0020  PVL       0.00         $17.85    0.00     $17.85   4,244.56
          7/18-19
1832337   Global Securities Information;  Usage through  E  07/26/2005    0999  C&D       0.00         $46.50    0.00     $46.50   4,291.06
          6/30/05
1832351   NDF;  Travel expenses to Pittsburgh for hearing E 07/26/2005    0187  NDF       0.00         $30.07    0.00     $30.07   4,321.13
          on 7/18-19  for meals
1832352   NDF;  Travel expenses to Pittsburgh for hearing E 07/26/2005    0187  NDF       0.00        $204.06    0.00    $204.06   4,525.19
          on 7/18-19 for Omni William Penn hotel
1832353   NDF;  Travel expenses to Pittsburgh for hearing E 07/26/2005    0187  NDF       0.00         $20.00    0.00     $20.00   4,545.19
          on 7/18-19 for cabs home for airport
1832354   NDF;  Travel expenses to Pittsburgh for hearing E 07/26/2005    0187  NDF       0.00         $20.60    0.00     $20.60   4,565.79
          on 7/18-19 for miscellaneous purchases, visine,
          sudafed, newspaper
1835900   Fax Transmission to 12145239159                E  07/26/2005    0999  C&D       0.00          $1.05    0.00      $1.05   4,566.84
1835901   Fax Transmission to 12145239157                E  07/26/2005    0999  C&D       0.00          $0.75    0.00      $0.75   4,567.59
1835902   Fax Transmission to 12148248100                E  07/26/2005    0999  C&D       0.00          $1.05    0.00      $1.05   4,568.64
1835903   Fax Transmission to 17136501400                E  07/26/2005    0999  C&D       0.00          $0.15    0.00      $0.15   4,568.79
1835904   Fax Transmission to 13125516759                E  07/26/2005    0999  C&D       0.00          $1.05    0.00      $1.05   4,569.84
1835905   Fax Transmission to 18432169290                E  07/26/2005    0999  C&D       0.00          $1.05    0.00      $1.05   4,570.89
1835906   Fax Transmission to 14067527124                E  07/26/2005    0999  C&D       0.00          $1.05    0.00      $1.05   4,571.94
1835907   Fax Transmission to 13026565875                E  07/26/2005    0999  C&D       0.00          $1.05    0.00      $1.05   4,572.99
1835908   Fax Transmission to 15108354913                E  07/26/2005    0999  C&D       0.00          $1.05    0.00      $1.05   4,574.04
1835909   Fax Transmission to 14124718308                E  07/26/2005    0999  C&D       0.00          $1.05    0.00      $1.05   4,575.09
1835910   Fax Transmission to 12123440994                E  07/26/2005    0999  C&D       0.00          $1.05    0.00      $1.05   4,576.14
1835911   Fax Transmission to 13024269947                E  07/26/2005    0999  C&D       0.00          $1.05    0.00      $1.05   4,577.19
1835912   Fax Transmission to 14122615066                E  07/26/2005    0999  C&D       0.00          $1.05    0.00      $1.05   4,578.24
1835913   Fax Transmission to 16179510679                E  07/26/2005    0999  C&D       0.00          $1.05    0.00      $1.05   4,579.29
1835914   Fax Transmission to 12145239158                E  07/26/2005    0999  C&D       0.00          $1.05    0.00      $1.05   4,580.34
1835915   Fax Transmission to 12145991171                E  07/26/2005    0999  C&D       0.00          $1.05    0.00      $1.05   4,581.39
1835916   Fax Transmission to 18432169450                E  07/26/2005    0999  C&D       0.00          $1.05    0.00      $1.05   4,582.44
1835917   Fax Transmission to 12145239157                E  07/26/2005    0999  C&D       0.00          $0.30    0.00      $0.30   4,582.74
1835918   Fax Transmission to 17136501400                E  07/26/2005    0999  C&D       0.00          $0.90    0.00      $0.90   4,583.64
1835919   Fax Transmission to 12165750799                E  07/26/2005    0999  C&D       0.00          $1.05    0.00      $1.05   4,584.69
1835920   Fax Transmission to 13053796222                E  07/26/2005    0999  C&D       0.00          $1.05    0.00      $1.05   4,585.74
1832642   Pacer Service Center;  Usage April 1, June 30, E  07/28/2005    0120  EI        0.00          $8.00    0.00      $8.00   4,593.74
          2005
1834747   Photocopy                                      E  07/28/2005    0054  WBS       0.00         $44.25    0.00     $44.25   4,637.99
```

```
Client Number:   4642           Grace Asbestos Personal Injury Claimants                                                    Page:   1
Matter      000                 Disbursements                                                                               8/18/2005
                                                                                                                  Print Date/Time:
                                                                                                                         08/18/2005
                                                                                                                         10:46:11AM
Attn:                                                                                                                      Invoice #
1836223    Photocopy                                    E   07/28/2005    0999   C&D        0.00        $12.30    0.00     $12.30    4,650.29
1837585    Database Research-Westlaw by NDF on 7/6      E   07/31/2005    0999   C&D        0.00        $83.18    0.00     $83.18    4,733.47
1837586    Database Research-Westlaw by JAL on 719      E   07/31/2005    0999   C&D        0.00        $19.07    0.00     $19.07    4,752.54
Total Expenses                                                                              0.00     $5,448.94    0.00  $4,752.54


               Matter Total Fees                                                                         0.00                0.00


               Matter Total Expenses                                                                 5,448.94            4,752.54


               Matter Total                                                                 0.00     5,448.94     0.00   4,752.54


               Prebill Total Fees


               Prebill Total Expenses                                                                $5,448.94          $4,752.54


               Prebill Total                                                                0.00     $5,448.94    0.00  $4,752.54


Previous Billings

InvoiceNo      InvoiceDate           InvoiceTotal         OpenTotal

36,593         07/26/2002             121,163.25          1,414.09
37,961         11/30/2002              36,076.50            542.50
46,677         08/27/2004                 240.00             48.00
47,114         09/30/2004               6,171.50          1,234.30
48,027         12/27/2004               1,419.00            283.80
48,886         02/28/2005              40,743.50          8,148.70
49,224         03/28/2005              33,445.00          6,689.00
49,444         04/21/2005              38,706.00          7,741.20
49,903         05/25/2005              16,567.07         16,567.07
50,275         06/27/2005              67,793.04         67,793.04
50,276         06/27/2005               8,030.50          8,030.50
50,598         07/15/2005             157,029.46        157,029.46
                                      527,384.82        275,521.66


                                              PREBILL / CONTROL REPORT
                                                        Trans Date Range:  1/1/1950  to: 8/31/2005
Matter      000
Disbursements
Bill Cycle:    Monthly            Style:        i1         Start:    4/16/2001
                                                        Last Billed : 8/25/2005                                13,655



Client Retainers Available           $235.66       Committed to Invoices:        $0.00    Remaining:       $235.66
```

```
Client Number:  4642                    Grace Asbestos Personal Injury Claimants                                           Page:   1
Matter     000                          Disbursements                                                                      8/18/2005
                                                                                                                           Print Date/Time:
                                                                                                                           08/18/2005
                                                                                                                           10:46:11AM
Attn:                                                                                                                      Invoice #




Trust Amount Available

                                        Total Expenses Billed To Date       $282,132.40

                                                                              Billing Empl:       0120      Elihu   Inselbuch
                                                                              Responsible Empl:   0120      Elihu   Inselbuch
                                                                              Alternate Empl:    0120      Elihu   Inselbuch
                                                                              Originating Empl:   0120      Elihu   Inselbuch




Summary   by Employee
                                                        ---------- A C T U A L ----------          ---------- B I L L I N G---------
 Empl      Initials    Name                             Hours              Amount                  Hours              Amount

 0101      RCS         Robert C. Spohn                   0.00             1,197.54                  0.00             1,197.54
 0120      EI          Elihu  Inselbuch                  0.00                25.37                  0.00                25.37
 0187      NDF         Nathan D Finch                    0.00                35.90                  0.00                35.90
 0220      SKL         Suzanne K Lurie                   0.00                37.50                  0.00                37.50
 0238      SLC         Stacey L Colson                   0.00                28.80                  0.00                28.80
 0251      JO          Joan  O'Brien                     0.00                12.15                  0.00                12.15
 0310      DKG         Danielle K Graham                 0.00             5,000.00                  0.00             5,000.00
 0329      VW          Velma   Wright                    0.00                10.20                  0.00                10.20
 0999      C&D         Caplin &. Drysdale                0.00             2,742.90                  0.00             2,742.90
                                                         0.00             9,090.36                  0.00             9,090.36
Total Fees




Summary   by Employee
                                                        ---------- A C T U A L ----------          ---------- B I L L I N G---------
 Empl      Initials    Name                             Rate      Hours           Amount           Rate      Hours           Amount

Total Fees




Detail Time / Expense  by  Date
                                                                                     ---------- A C T U A L ----------    ---------- B I L L I N G---------
TransNo.       Description                        TransType  Trans Date   Work Empl    Rate    Hours       Amount     Rate    Hours       Amount    Cumulative

1835529        Equitrac - Long Distance to 3122366166   E    08/01/2005   0999   C&D    0.00              $0.05       0.00              $0.05         0.05
1835540        Equitrac - Long Distance to 2123199240   E    08/01/2005   0999   C&D    0.00              $0.30       0.00              $0.30         0.35
1835570        Equitrac - Long Distance to 5104657728   E    08/01/2005   0999   C&D    0.00              $1.58       0.00              $1.58         1.93
1836339        Photocopy                                E    08/01/2005   0999   C&D    0.00              $0.15       0.00              $0.15         2.08
1837349        Fax Transmission to 12145239159          E    08/02/2005   0999   C&D    0.00              $0.75       0.00              $0.75         2.83
1837351        Fax Transmission to 12145239157          E    08/02/2005   0999   C&D    0.00              $0.15       0.00              $0.15         2.98
1837352        Fax Transmission to 12148248100          E    08/02/2005   0999   C&D    0.00              $0.90       0.00              $0.90         3.88
1837353        Fax Transmission to 13125516759          E    08/02/2005   0999   C&D    0.00              $0.75       0.00              $0.75         4.63
1837354        Fax Transmission to 18432169290          E    08/02/2005   0999   C&D    0.00              $0.75       0.00              $0.75         5.38
1837355        Fax Transmission to 14067527124          E    08/02/2005   0999   C&D    0.00              $0.75       0.00              $0.75         6.13
1837356        Fax Transmission to 13026565875          E    08/02/2005   0999   C&D    0.00              $0.75       0.00              $0.75         6.88
1837357        Fax Transmission to 15108354913          E    08/02/2005   0999   C&D    0.00              $0.75       0.00              $0.75         7.63
1837358        Fax Transmission to 12165750799          E    08/02/2005   0999   C&D    0.00              $0.75       0.00              $0.75         8.38
1837359        Fax Transmission to 13053796222          E    08/02/2005   0999   C&D    0.00              $0.75       0.00              $0.75         9.13
1837360        Fax Transmission to 12123440994          E    08/02/2005   0999   C&D    0.00              $0.75       0.00              $0.75         9.88
1837361        Fax Transmission to 13024269947          E    08/02/2005   0999   C&D    0.00              $0.75       0.00              $0.75        10.63
1837362        Fax Transmission to 12145239158          E    08/02/2005   0999   C&D    0.00              $0.75       0.00              $0.75        11.38
```

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                                                            Page:    1
Matter     000                    Disbursements                                                                                                       8/18/2005
                                                                                                                                                 Print Date/Time:
                                                                                                                                                       08/18/2005
                                                                                                                                                       10:46:11AM
Attn:                                                                                                                                                  Invoice #
1837363     Fax Transmission to 12145991171                       E    08/02/2005    0999   C&D      0.00          $0.75     0.00          $0.75           12.13
1837364     Fax Transmission to 18432169450                       E    08/02/2005    0999   C&D      0.00          $0.75     0.00          $0.75           12.88
1837365     Fax Transmission to 17136501400                       E    08/02/2005    0999   C&D      0.00          $0.60     0.00          $0.60           13.48
1837366     Fax Transmission to 14124718308                       E    08/02/2005    0999   C&D      0.00          $0.75     0.00          $0.75           14.23
1837367     Fax Transmission to 14122615066                       E    08/02/2005    0999   C&D      0.00          $0.15     0.00          $0.15           14.38
1837368     Fax Transmission to 16179510679                       E    08/02/2005    0999   C&D      0.00          $0.75     0.00          $0.75           15.13
1837369     Fax Transmission to 12145239157                       E    08/02/2005    0999   C&D      0.00          $0.60     0.00          $0.60           15.73
1837370     Fax Transmission to 17136501400                       E    08/02/2005    0999   C&D      0.00          $0.15     0.00          $0.15           15.88
1837371     Fax Transmission to 14122615066                       E    08/02/2005    0999   C&D      0.00          $0.60     0.00          $0.60           16.48
1838264     Dr. Albert Miller;  Expert witness retainer           E    08/03/2005    0310   DKG      0.00      $5,000.00     0.00      $5,000.00        5,016.48
            (split with 2814)
1838298     Dr. Albert Miller;  Expert Witness Retainer           E    08/03/2005    0310   DKG      0.00      $5,000.00     0.00      $5,000.00       10,016.48
1838724     Photocopy                                             E    08/04/2005    0999   C&D      0.00          $0.45     0.00          $0.45       10,016.93
1838919     VOID and DELETED Check from CheckRec - Dr.            E    08/05/2005    0310   DKG      0.00     -$5,000.00     0.00     -$5,000.00        5,016.93
            Albert Miller;  Expert witness retainer (split
            with 2814)
1838939     Equitrac - Long Distance to 3024260166                E    08/05/2005    0999   C&D      0.00          $0.07     0.00          $0.07        5,017.00
1839049     Photocopy                                             E    08/05/2005    0999   C&D      0.00          $1.80     0.00          $1.80        5,018.80
1839085     Photocopy                                             E    08/05/2005    0999   C&D      0.00          $1.80     0.00          $1.80        5,020.60
1839321     Pacer Service;  Usage April 1 thru June 30, 2005      E    08/08/2005    0999   C&D      0.00        $200.80     0.00        $200.80        5,221.40
1839411     Photocopy                                             E    08/08/2005    0999   C&D      0.00        $170.55     0.00        $170.55        5,391.95
1839445     Photocopy                                             E    08/08/2005    0329   VW       0.00          $3.75     0.00          $3.75        5,395.70
1839479     Photocopy                                             E    08/08/2005    0999   C&D      0.00          $0.90     0.00          $0.90        5,396.60
1839484     Photocopy                                             E    08/08/2005    0999   C&D      0.00          $4.50     0.00          $4.50        5,401.10
1839485     Photocopy                                             E    08/08/2005    0999   C&D      0.00         $17.40     0.00         $17.40        5,418.50
1839781     Photocopy                                             E    08/09/2005    0220   SKL      0.00          $0.45     0.00          $0.45        5,418.95
1839926     Database Research/Lexis Charges for                   E    08/10/2005    0999   C&D      0.00      $1,366.29     0.00      $1,366.29        6,785.24
            7/30/05-8/5/05 DS
1842084     Fax Transmission to 18054997126                       E    08/11/2005    0999   C&D      0.00          $0.60     0.00          $0.60        6,785.84
1841144     Equitrac - Long Distance to 8059872886                E    08/12/2005    0999   C&D      0.00          $3.77     0.00          $3.77        6,789.61
1841145     Equitrac - Long Distance to 3107387504                E    08/12/2005    0999   C&D      0.00          $3.78     0.00          $3.78        6,793.39
1841148     Equitrac - Long Distance to 8054993572                E    08/12/2005    0999   C&D      0.00          $4.22     0.00          $4.22        6,797.61
1841922     Photocopy                                             E    08/12/2005    0329   VW       0.00          $6.45     0.00          $6.45        6,804.06
1842194     Photocopy                                             E    08/12/2005    0999   C&D      0.00          $0.90     0.00          $0.90        6,804.96
1841071     Access Litigation Support;  Black and White           E    08/15/2005    0101   RCS      0.00      $1,197.54     0.00      $1,197.54        8,002.50
            Copies
1841930     Photocopy                                             E    08/15/2005    0220   SKL      0.00         $15.30     0.00         $15.30        8,017.80
1841191     Equitrac - Long Distance to 3024261900                E    08/15/2005    0999   C&D      0.00          $0.29     0.00          $0.29        8,018.09
1841285     Photocopy                                             E    08/15/2005    0999   C&D      0.00          $2.25     0.00          $2.25        8,020.34
1841816     Equitrac - Long Distance to 8054997126                E    08/16/2005    0999   C&D      0.00          $0.09     0.00          $0.09        8,020.43
1842017     Photocopy                                             E    08/16/2005    0220   SKL      0.00          $6.15     0.00          $6.15        8,026.58
1842061     Photocopy                                             E    08/16/2005    0220   SKL      0.00          $1.50     0.00          $1.50        8,028.08
1842103     Fax Transmission to 18054997126                       E    08/16/2005    0220   SKL      0.00          $1.05     0.00          $1.05        8,029.13
1842765     Federal Express  to Warren Smith from EI on 8/5       E    08/18/2005    0120   EI       0.00         $16.48     0.00         $16.48        8,045.61
1842770     Federal Express to Katie Hemming from EI on 8/8       E    08/18/2005    0120   EI       0.00          $6.13     0.00          $6.13        8,051.74
1842887     Database Research-WESTLAW by DKG on 8/1-3             E    08/18/2005    0999   C&D      0.00        $190.36     0.00        $190.36        8,242.10
1842888     Database Research-WESTLAW by DBS on 8/2               E    08/18/2005    0999   C&D      0.00        $497.36     0.00        $497.36        8,739.46
1842963     Equitrac - Long Distance to 3024269910                E    08/18/2005    0999   C&D      0.00          $0.34     0.00          $0.34        8,739.80
1843090     Photocopy                                             E    08/18/2005    0220   SKL      0.00          $0.15     0.00          $0.15        8,739.95
1843093     Photocopy                                             E    08/18/2005    0220   SKL      0.00          $0.60     0.00          $0.60        8,740.55
1843697     Equitrac - Long Distance to 8023729785                E    08/22/2005    0999   C&D      0.00          $0.77     0.00          $0.77        8,741.32
1843748     Photocopy                                             E    08/22/2005    0220   SKL      0.00          $9.60     0.00          $9.60        8,750.92
1844088     Equitrac - Long Distance to 2123199240                E    08/23/2005    0999   C&D      0.00          $1.44     0.00          $1.44        8,752.36
1844484     Equitrac - Long Distance to 2148747057                E    08/24/2005    0999   C&D      0.00          $1.63     0.00          $1.63        8,753.99
1844584     Photocopy                                             E    08/24/2005    0999   C&D      0.00          $9.60     0.00          $9.60        8,763.59
1844639     Photocopy                                             E    08/24/2005    0187   NDF      0.00          $1.20     0.00          $1.20        8,764.79
1844796     Equitrac - Long Distance to 3024261900                E    08/25/2005    0999   C&D      0.00          $0.29     0.00          $0.29        8,765.08
1844814     Equitrac - Long Distance to 2128368000                E    08/25/2005    0999   C&D      0.00          $0.43     0.00          $0.43        8,765.51
1844819     Equitrac - Long Distance to 3024261900                E    08/25/2005    0999   C&D      0.00          $0.06     0.00          $0.06        8,765.57
1844918     Photocopy                                             E    08/25/2005    0238   SLC      0.00         $18.45     0.00         $18.45        8,784.02
1844977     NYO Long Distance Telephone - July 1-31, 2005         E    08/26/2005    0999   C&D      0.00          $2.50     0.00          $2.50        8,786.52
1844979     NYO Long Distance Telephone - July 1-31, 2005         E    08/26/2005    0999   C&D      0.00          $1.33     0.00          $1.33        8,787.85
1844989     NYO Long Distance Telephone - July 1-31, 2005         E    08/26/2005    0999   C&D      0.00         $13.85     0.00         $13.85        8,801.70
1844993     NYO Long Distance Telephone - July 1-31, 2005         E    08/26/2005    0999   C&D      0.00          $6.19     0.00          $6.19        8,807.89
1845110     Petty Cash  Late night dinner for NDF on 7/29         E    08/26/2005    0187   NDF      0.00         $34.70     0.00         $34.70        8,842.59
1845158     Equitrac - Long Distance to 3024261900                E    08/26/2005    0999   C&D      0.00          $0.20     0.00          $0.20        8,842.79
1845366     Photocopy                                             E    08/27/2005    0251   JO       0.00         $12.15     0.00         $12.15        8,854.94
1845702     Photocopy                                             E    08/29/2005    0238   SLC      0.00          $1.65     0.00          $1.65        8,856.59
1845717     Photocopy                                             E    08/29/2005    0238   SLC      0.00          $0.15     0.00          $0.15        8,856.74
1845718     Photocopy                                             E    08/29/2005    0238   SLC      0.00          $8.55     0.00          $8.55        8,865.29
1846756     Photocopy                                             E    08/30/2005    0220   SKL      0.00          $2.70     0.00          $2.70        8,867.99
1847082     Database Research/Lexis Charges 8/24 HS               E    08/31/2005    0999   C&D      0.00         $60.28     0.00         $60.28        8,928.27
```

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                                                   Page:  1
Matter     000                    Disbursements                                                                                          8/18/2005
                                                                                                                                     Print Date/Time:
                                                                                                                                         08/18/2005
                                                                                                                                         10:46:11AM
Attn:                                                                                                                                     Invoice #
1847378    Federal Express to Katie Hemming from EI on 8/24   E   08/31/2005    0120    EI      0.00      $2.76       0.00    $2.76      8,931.03
1848769    Database Research-WESTLAW by HMS on 8/24           E   08/31/2005    0999    C&D     0.00     $59.38       0.00   $59.38      8,990.41
1848770    Database Research-WESTLAW by JAL on 8/24-25        E   08/31/2005    0999    C&D     0.00     $99.95       0.00   $99.95      9,090.36
Total Expenses                                                                                  0.00  $9,090.36       0.00 $9,090.36
```

|  |  |  |  |
|---|---|---|---|
| Matter Total Fees |  | 0.00 | 0.00 |
| Matter Total Expenses |  | 9,090.36 | 9,090.36 |
| Matter Total | 0.00 | 9,090.36 | 0.00 | 9,090.36 |
| Prebill Total Fees |  |  |  |
| Prebill Total Expenses |  | $9,090.36 | $9,090.36 |
| Prebill Total | 0.00 | $9,090.36 | 0.00 | $9,090.36 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 1,414.09 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 46,677 | 08/27/2004 | 240.00 | 48.00 |
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 48,886 | 02/28/2005 | 40,743.50 | 8,148.70 |
| 49,224 | 03/28/2005 | 33,445.00 | 6,689.00 |
| 49,444 | 04/21/2005 | 38,706.00 | 7,741.20 |
| 49,903 | 05/25/2005 | 15,337.50 | 3,067.50 |
| 50,275 | 06/27/2005 | 63,948.25 | 12,789.65 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 50,598 | 07/15/2005 | 157,029.46 | 157,029.46 |
| 50,965 | 08/25/2005 | 116,412.29 | 116,412.29 |
|  |  | 638,722.75 | 317,006.59 |

PREBILL  / CONTROL  REPORT

Trans Date Range:  1/1/1950  to: 9/30/2005

**Matter     000**
**Disbursements**
Bill Cycle:    Monthly         Style:      i1        Start:     4/16/2001

Last Billed : 9/30/2005                         13,655

```
Client Number:   4642               Grace Asbestos Personal Injury Claimants                                                                Page:    1
Matter      000                     Disbursements                                                                                          8/18/2005
                                                                                                                                       Print Date/Time:
                                                                                                                                            08/18/2005
                                                                                                                                            10:46:11AM
Attn:                                                                                                                                        Invoice #


Trust Amount Available

                                    Total Expenses Billed To Date      $291,458.42

                                                                       Billing Empl:        0120     Elihu  Inselbuch
                                                                       Responsible Empl:    0120     Elihu  Inselbuch
                                                                       Alternate Empl:      0120     Elihu  Inselbuch
                                                                       Originating Empl:    0120     Elihu  Inselbuch



Summary   by Employee
                                                ---------- A C T U A L ----------           ---------- B I L L I N G---------
 Empl       Initials    Name                    Hours              Amount                   Hours              Amount

 0020       PVL         Peter Van N Lockwood     0.00               337.00                   0.00               239.00
 0054       WBS         Walter B Slocombe        0.00                25.45                   0.00                25.45
 0120       EI          Elihu  Inselbuch         0.00                40.18                   0.00                25.67
 0187       NDF         Nathan D Finch           0.00               196.76                   0.00               196.76
 0199       ADK         Andrew D Katznelson      0.00                 0.15                   0.00                 0.15
 0220       SKL         Suzanne K Lurie          0.00                62.10                   0.00                62.10
 0232       LK          Lauren  Karastergiou     0.00                 8.25                   0.00                 8.25
 0238       SLC         Stacey L Colson          0.00                19.80                   0.00                19.80
 0302       RER         Ronald E Reinsel         0.00                45.75                   0.00                45.75
 0309       HMS         Harry M Schwirck         0.00                 4.50                   0.00                 4.50
 0317       JAL         Jeffrey A Liesemer       0.00               674.73                   0.00               576.73
 0999       C&D         Caplin &. Drysdale       0.00             1,644.79                   0.00             1,644.79
                                                 0.00             3,059.46                   0.00             2,848.95
Total Fees



Summary   by Employee
                                                ---------- A C T U A L ----------                     ---------- B I L L I N G---------
 Empl       Initials    Name                    Rate       Hours              Amount                  Rate       Hours              Amount

Total Fees



Detail Time / Expense  by  Date
                                                                                             ---------- A C T U A L ----------    ---------- B I L L I N G---------
TransNo.       Description                          TransType  Trans Date   Work Empl       Rate     Hours        Amount        Rate     Hours        Amount     Cumulative

1850286        Photocopy                             E  09/02/2005    0238   SLC              0.00               $10.05          0.00              $10.05        10.05
1850473        EI;  To reimburse for cell phone usage while on   E  09/06/2005    0120   EI      0.00                $0.90          0.00               $0.90        10.95
               vacation in August
1850757        Photocopy                             E  09/06/2005    0238   SLC              0.00                $5.70          0.00               $5.70        16.65
1851029        Petty Cash   JAL travel expenses to Wilmington    E  09/07/2005    0317   JAL     0.00               $21.00          0.00              $21.00        37.65
               for hearing on 8/29 for parking and cabs
1851317        Photocopy                             E  09/07/2005    0999   C&D              0.00               $10.20          0.00              $10.20        47.85
1851553        ADA Travel   PVNL 8/29 travel to Wilmington       E  09/09/2005    0020   PVL     0.00              $278.00          0.00             $180.00       227.85
               (coach fare 180.00)
1851554        ADA Travel   Agency fee on PVNL travel to         E  09/09/2005    0020   PVL     0.00               $40.00          0.00              $40.00       267.85
               Wilmington on 8/29
1851555        ADA Travel   JAL 8/29 travel to Wilmington        E  09/09/2005    0317   JAL     0.00              $278.00          0.00             $180.00       447.85
               (coach fare 180.00)
1851556        ADA Travel   Agency fee on JAL 8/29 travel        E  09/09/2005    0317   JAL     0.00               $40.00          0.00              $40.00       487.85
```

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                                              Page:  1
Matter     000                    Disbursements                                                                                         8/18/2005
                                                                                                                                        Print Date/Time:
                                                                                                                                        08/18/2005
                                                                                                                                        10:46:11AM
Attn:                                                                                                                                   Invoice #
         toWilmington
1851599  Federal Express  to John Cooneyfrom EI on 8/29    E  09/09/2005   0120   EI     0.00       $15.59      0.00       $15.59    503.44
1851738  Equitrac - Long Distance to 2125585567            E  09/09/2005   0999   C&D    0.00        $0.22      0.00        $0.22    503.66
1852006  Photocopy                                         E  09/09/2005   0220   SKL    0.00       $23.25      0.00       $23.25    526.91
1852041  Photocopy                                         E  09/09/2005   0220   SKL    0.00       $15.00      0.00       $15.00    541.91
1852278  Equitrac - Long Distance to 3026568830            E  09/12/2005   0999   C&D    0.00        $0.59      0.00        $0.59    542.50
1852429  Photocopy                                         E  09/12/2005   0999   C&D    0.00        $1.20      0.00        $1.20    543.70
1852431  Photocopy                                         E  09/12/2005   0999   C&D    0.00        $7.05      0.00        $7.05    550.75
1852436  Photocopy                                         E  09/12/2005   0232   LK     0.00        $2.40      0.00        $2.40    553.15
1853004  Photocopy                                         E  09/13/2005   0309   HMS    0.00        $4.50      0.00        $4.50    557.65
1854253  Equitrac - Long Distance to 2149694910            E  09/16/2005   0999   C&D    0.00        $0.71      0.00        $0.71    558.36
1854261  Equitrac - Long Distance to 3024261900            E  09/16/2005   0999   C&D    0.00        $0.10      0.00        $0.10    558.46
1854268  Equitrac - Long Distance to 3024261900            E  09/16/2005   0999   C&D    0.00        $0.66      0.00        $0.66    559.12
1854277  Equitrac - Long Distance to 6179512505            E  09/16/2005   0999   C&D    0.00        $0.70      0.00        $0.70    559.82
1854287  Equitrac - Long Distance to 3024261900            E  09/16/2005   0999   C&D    0.00        $0.08      0.00        $0.08    559.90
1854291  Equitrac - Long Distance to 3024261900            E  09/16/2005   0999   C&D    0.00        $0.36      0.00        $0.36    560.26
1854614  Equitrac - Long Distance to 4122087500            E  09/19/2005   0999   C&D    0.00        $0.10      0.00        $0.10    560.36
1854617  Equitrac - Long Distance to 2032522551            E  09/19/2005   0999   C&D    0.00        $1.15      0.00        $1.15    561.51
1854711  Photocopy                                         E  09/19/2005   0238   SLC    0.00        $0.75      0.00        $0.75    562.26
1854750  Photocopy                                         E  09/19/2005   0220   SKL    0.00        $9.15      0.00        $9.15    571.41
1854753  Photocopy                                         E  09/19/2005   0220   SKL    0.00        $0.30      0.00        $0.30    571.71
1854757  Photocopy                                         E  09/19/2005   0220   SKL    0.00       $10.50      0.00       $10.50    582.21
1854815  Photocopy                                         E  09/19/2005   0999   C&D    0.00        $1.80      0.00        $1.80    584.01
1855037  Petty Cash  Parking expense at train station for  E  09/20/2005   0020   PVL    0.00       $15.00      0.00       $15.00    599.01
         PVNL for travel to Wilmington for hearing on 8/5
1855039  Petty Cash  Meal expense for PVNL on 8/29 travel  E  09/20/2005   0020   PVL    0.00        $4.00      0.00        $4.00    603.01
         to Wilmington for hearing
1855153  EI;  One way Delta Shuttle from NYC to DC and     E  09/20/2005   0120   EI     0.00       $23.69      0.00        $9.18    612.19
         one way Amtrak from DC to NYC (coach fare
         147.00)  (split w/16 cases)
1855170  Federal Express to Mark Hurford from JAL on 9/2   E  09/20/2005   0317   JAL    0.00       $12.61      0.00       $12.61    624.80
1855346  Equitrac - Long Distance to 3024261900            E  09/20/2005   0999   C&D    0.00        $0.14      0.00        $0.14    624.94
1855362  Equitrac - Long Distance to 2123198798            E  09/20/2005   0999   C&D    0.00        $0.06      0.00        $0.06    625.00
1855466  Photocopy                                         E  09/20/2005   0999   C&D    0.00        $0.90      0.00        $0.90    625.90
1855559  Database Research/Lexis Charges 9/10/05-9/16/05   E  09/21/2005   0999   C&D    0.00       $41.24      0.00       $41.24    667.14
         JL
1855685  Equitrac - Long Distance to 2123199240            E  09/21/2005   0999   C&D    0.00        $0.05      0.00        $0.05    667.19
1855690  Equitrac - Long Distance to 3024261900            E  09/21/2005   0999   C&D    0.00        $0.07      0.00        $0.07    667.26
1855700  Equitrac - Long Distance to 6094488252            E  09/21/2005   0999   C&D    0.00        $0.09      0.00        $0.09    667.35
1855716  Equitrac - Long Distance to 3024261900            E  09/21/2005   0999   C&D    0.00        $0.42      0.00        $0.42    667.77
1855826  Photocopy                                         E  09/21/2005   0999   C&D    0.00        $7.50      0.00        $7.50    675.27
1855832  Photocopy                                         E  09/21/2005   0999   C&D    0.00        $0.75      0.00        $0.75    676.02
1855835  Photocopy                                         E  09/21/2005   0220   SKL    0.00        $0.30      0.00        $0.30    676.32
1861900  ADA Travel   agency fee on NDF 9/22 travel to NYC E  09/21/2005   0187   NDF    0.00        $2.50      0.00        $2.50    678.82
         (split w/16 cases)
1861924  ADA Travel   Coach fare for NDF on 9/22 to NYC    E  09/21/2005   0187   NDF    0.00        $9.63      0.00        $9.63    688.45
         (split w/16 cases)
1856250  Photocopy                                         E  09/22/2005   0999   C&D    0.00        $3.75      0.00        $3.75    692.20
1856251  Photocopy                                         E  09/22/2005   0999   C&D    0.00        $0.30      0.00        $0.30    692.50
1856252  Photocopy                                         E  09/22/2005   0999   C&D    0.00        $4.05      0.00        $4.05    696.55
1856254  Photocopy                                         E  09/22/2005   0999   C&D    0.00        $1.05      0.00        $1.05    697.60
1856484  Equitrac - Long Distance to 2123198798            E  09/23/2005   0999   C&D    0.00        $0.05      0.00        $0.05    697.65
1856494  Equitrac - Long Distance to 9735972490            E  09/23/2005   0999   C&D    0.00        $0.07      0.00        $0.07    697.72
1856555  Photocopy                                         E  09/23/2005   0232   LK     0.00        $5.85      0.00        $5.85    703.57
1856575  Photocopy                                         E  09/23/2005   0199   ADK    0.00        $0.15      0.00        $0.15    703.72
1856778  Photocopy                                         E  09/26/2005   0999   C&D    0.00        $0.75      0.00        $0.75    704.47
1856815  Photocopy                                         E  09/26/2005   0999   C&D    0.00        $0.30      0.00        $0.30    704.77
1857067  NYO Long Distance Telephone 8/1/05-8/31/05        E  09/27/2005   0999   C&D    0.00        $3.59      0.00        $3.59    708.36
1857091  NYO Long Distance Telephone 8/1/05-8/31/05        E  09/27/2005   0999   C&D    0.00        $8.76      0.00        $8.76    717.12
1857145  Travel Expenses - Hotel Charges - The Drake -     E  09/27/2005   0187   NDF    0.00       $35.58      0.00       $35.58    752.70
         NDF - Mtg w/client in NY on 9/22/05 (split w/16
         cases)
1857146  Conference Meals - NDF-Dinner w/M Peterson        E  09/27/2005   0187   NDF    0.00      $128.90      0.00      $128.90    881.60
         (expert) and PVNL
1857257  Equitrac - Long Distance to 4122817100            E  09/27/2005   0999   C&D    0.00        $0.05      0.00        $0.05    881.65
1857261  Equitrac - Long Distance to 4124714000            E  09/27/2005   0999   C&D    0.00        $0.20      0.00        $0.20    881.85
1857263  Equitrac - Long Distance to 4123914600            E  09/27/2005   0999   C&D    0.00        $0.15      0.00        $0.15    882.00
1857329  Fax Transmission to 13024269947                   E  09/27/2005   0999   C&D    0.00        $0.45      0.00        $0.45    882.45
1857363  Photocopy                                         E  09/27/2005   0220   SKL    0.00        $0.60      0.00        $0.60    883.05
1857430  Photocopy                                         E  09/27/2005   0999   C&D    0.00        $8.70      0.00        $8.70    891.75
1857440  Photocopy                                         E  09/27/2005   0187   NDF    0.00        $0.15      0.00        $0.15    891.90
1857777  Travel Expenses - The Drake Hotel - RER - Cmt     E  09/28/2005   0302   RER    0.00       $42.18      0.00       $42.18    934.08
```

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Matter** | **000** | | **Disbursements** | | | | | | | 8/18/2005 |
| | | | | | | | | | | Print Date/Time: |
| | | | | | | | | | | 08/18/2005 |
| | | | | | | | | | | 10:46:11AM |
| Attn: | | | | | | | | | | Invoice # |
| | | Mtg in NY Office 9/22-23/05 (split w/16 cases) | | | | | | | | |
| 1857793 | | Travel Expenses - Ground Transportation-Pkg at Nat'l airport/Taxi to NYO - RER - Cmt Mtg in NY Office 9/22-23/05 (split w/16 cases) | E | 09/28/2005 | 0302 | RER | 0.00 | $3.57 | 0.00 | $3.57 | 937.65 |
| 1857809 | | Travel Expenses - Radisson Hotel - WBS-Cmt Mtg in NYO 9/22-23/05 (split w/16 cases) | E | 09/28/2005 | 0054 | WBS | 0.00 | $21.40 | 0.00 | $21.40 | 959.05 |
| 1857825 | | Travel Expenses - Ground Transportation-Taxi to LG Airpot - WBS-Cmt Mtg in NYO 9/22-23/05 (split w/16 cases) | E | 09/28/2005 | 0054 | WBS | 0.00 | $2.18 | 0.00 | $2.18 | 961.23 |
| 1857840 | | Travel Expenses - Miscellaneous Pkg DCA - WBS-Cmt Mtg in NYO 9/22-23/05 (split w/16 cases) | E | 09/28/2005 | 0054 | WBS | 0.00 | $1.87 | 0.00 | $1.87 | 963.10 |
| 1857842 | | Travel Expenses - Hotel Charges - Radisson Hotel - JAL - NYO Meeting - 9/22-23/05 | E | 09/28/2005 | 0317 | JAL | 0.00 | $274.47 | 0.00 | $274.47 | 1,237.57 |
| 1857843 | | Travel Expenses - Ground Transportation - cab fares to/fr airport | E | 09/28/2005 | 0317 | JAL | 0.00 | $31.85 | 0.00 | $31.85 | 1,269.42 |
| 1858013 | | Equitrac - Long Distance to 3024261900 | E | 09/28/2005 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 1,269.47 |
| 1858042 | | Equitrac - Long Distance to 3024261900 | E | 09/28/2005 | 0999 | C&D | 0.00 | $0.71 | 0.00 | $0.71 | 1,270.18 |
| 1858056 | | Equitrac - Long Distance to 2145213605 | E | 09/28/2005 | 0999 | C&D | 0.00 | $0.46 | 0.00 | $0.46 | 1,270.64 |
| 1858139 | | Fax Transmission to 12145201181 | E | 09/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 1,271.54 |
| 1858141 | | Fax Transmission to 12148248100 | E | 09/28/2005 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 1,272.59 |
| 1858142 | | Fax Transmission to 17136501400 | E | 09/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 1,273.49 |
| 1858143 | | Fax Transmission to 13125516759 | E | 09/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 1,274.39 |
| 1858144 | | Fax Transmission to 18432169290 | E | 09/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 1,275.29 |
| 1858145 | | Fax Transmission to 14067527124 | E | 09/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 1,276.19 |
| 1858146 | | Fax Transmission to 13026565875 | E | 09/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 1,277.09 |
| 1858147 | | Fax Transmission to 15108354913 | E | 09/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 1,277.99 |
| 1858148 | | Fax Transmission to 12165750799 | E | 09/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 1,278.89 |
| 1858149 | | Fax Transmission to 13053796222 | E | 09/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 1,279.79 |
| 1858150 | | Fax Transmission to 14124718308 | E | 09/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 1,280.69 |
| 1858151 | | Fax Transmission to 12123440994 | E | 09/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 1,281.59 |
| 1858152 | | Fax Transmission to 13024269947 | E | 09/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 1,282.49 |
| 1858153 | | Fax Transmission to 14122615066 | E | 09/28/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 1,283.24 |
| 1858154 | | Fax Transmission to 16179510679 | E | 09/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 1,284.14 |
| 1858155 | | Fax Transmission to 18432169450 | E | 09/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 1,285.04 |
| 1858156 | | Fax Transmission to 14122615066 | E | 09/28/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 1,285.19 |
| 1858164 | | Photocopy | E | 09/28/2005 | 0238 | SLC | 0.00 | $3.30 | 0.00 | $3.30 | 1,288.49 |
| 1858369 | | Travel Expenses - Ground Transportation-EI to airport in NY/DC & to train St on 9/16 for Cmt Mtg in DC. (Split w/16 cases) | E | 09/29/2005 | 0999 | C&D | 0.00 | $5.94 | 0.00 | $5.94 | 1,294.43 |
| 1858390 | | Conference Meals-Lunch during Cmt Mtg conference on 9/21/05 | E | 09/29/2005 | 0999 | C&D | 0.00 | $26.57 | 0.00 | $26.57 | 1,321.00 |
| 1858407 | | Conference Meals-Breakfast during Cmt Mtgt Conference 9/21/05 (split w/16 cases) | E | 09/29/2005 | 0999 | C&D | 0.00 | $7.29 | 0.00 | $7.29 | 1,328.29 |
| 1858695 | | Equitrac - Long Distance to 2128368191 | E | 09/29/2005 | 0999 | C&D | 0.00 | $0.27 | 0.00 | $0.27 | 1,328.56 |
| 1858715 | | Equitrac - Long Distance to 2128368191 | E | 09/29/2005 | 0999 | C&D | 0.00 | $1.59 | 0.00 | $1.59 | 1,330.15 |
| 1858716 | | Equitrac - Long Distance to 2125889686 | E | 09/29/2005 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 1,330.22 |
| 1859696 | | Petty Cash  Parking expenses at train station for JAL travel to Wilmington for hearing on 9/26 | E | 09/30/2005 | 0317 | JAL | 0.00 | $15.00 | 0.00 | $15.00 | 1,345.22 |
| 1859705 | | Petty Cash  Late night cab home for NDF on  9/20 | E | 09/30/2005 | 0187 | NDF | 0.00 | $20.00 | 0.00 | $20.00 | 1,365.22 |
| 1859997 | | Photocopy | E | 09/30/2005 | 0220 | SKL | 0.00 | $2.85 | 0.00 | $2.85 | 1,368.07 |
| 1859999 | | Photocopy | E | 09/30/2005 | 0220 | SKL | 0.00 | $0.15 | 0.00 | $0.15 | 1,368.22 |
| 1860020 | | Photocopy | E | 09/30/2005 | 0317 | JAL | 0.00 | $1.80 | 0.00 | $1.80 | 1,370.02 |
| 1861000 | | Database Research-WESTLAW by SME on 9/27 & 29 | E | 09/30/2005 | 0999 | C&D | 0.00 | $63.11 | 0.00 | $63.11 | 1,433.13 |
| 1861001 | | Database Research-WESTLAW by NDF on 9/9 | E | 09/30/2005 | 0999 | C&D | 0.00 | $18.96 | 0.00 | $18.96 | 1,452.09 |
| 1861002 | | Database Research-WESTLAW by HMS on 9/15-19 | E | 09/30/2005 | 0999 | C&D | 0.00 | $701.33 | 0.00 | $701.33 | 2,153.42 |
| 1861003 | | Database Research-WESTLAW by HMS on 9/16 | E | 09/30/2005 | 0999 | C&D | 0.00 | $6.55 | 0.00 | $6.55 | 2,159.97 |
| 1861004 | | Database Research-WESTLAW by AVG on 9/9 | E | 09/30/2005 | 0999 | C&D | 0.00 | $52.33 | 0.00 | $52.33 | 2,212.30 |
| 1861005 | | Database Research-WESTLAW by ALV-CRK on 9/9 | E | 09/30/2005 | 0999 | C&D | 0.00 | $104.29 | 0.00 | $104.29 | 2,316.59 |
| 1861006 | | Database Research-WESTLAW by DMH/MLR on 9/12-29 | E | 09/30/2005 | 0999 | C&D | 0.00 | $532.36 | 0.00 | $532.36 | 2,848.95 |
| **Total Expenses** | | | | | | | 0.00 | $3,059.46 | 0.00 | $2,848.95 | |

|   |   |   |
|---|---|---|
| Matter Total Fees | 0.00 | 0.00 |
| Matter Total Expenses | 3,059.46 | 2,848.95 |

```
Client Number:  4642               Grace Asbestos Personal Injury Claimants                                              Page:   1
Matter      000                    Disbursements                                                                        8/18/2005
                                                                                                                   Print Date/Time:
                                                                                                                       08/18/2005
                                                                                                                       10:46:11AM
Attn:                                                                                                                    Invoice #

                Matter Total                                                              0.00      3,059.46    0.00    2,848.95



                Prebill Total Fees


                Prebill Total Expenses                                                              $3,059.46           $2,848.95


                Prebill Total                                                             0.00     $3,059.46    0.00   $2,848.95


Previous Billings

InvoiceNo       InvoiceDate            InvoiceTotal         OpenTotal

36,593          07/26/2002              121,163.25          1,414.09
37,961          11/30/2002               36,076.50            542.50
46,677          08/27/2004                  240.00             48.00
47,114          09/30/2004                6,171.50          1,234.30
48,027          12/27/2004                1,419.00            283.80
48,886          02/28/2005               40,743.50          8,148.70
49,224          03/28/2005               33,445.00          6,689.00
49,444          04/21/2005               38,706.00          7,741.20
49,903          05/25/2005               15,337.50          3,067.50
50,275          06/27/2005               63,948.25         12,789.65
50,276          06/27/2005                8,030.50          1,606.10
50,598          07/15/2005              157,029.46        157,029.46
50,965          08/25/2005              116,412.29        116,412.29
51,203          09/30/2005               73,418.11         73,418.11
                                        712,140.86        390,424.70
```