IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al, | : | Case No. 01-1139 (JJF) |
| | : | |
| Debtor | : | Jointly Administered |

**NOTICE OF EIGHTEENTH INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JULY 1, 2005 THROUGH SEPTEMBER 30, 2005**

Name of Applicant:  Caplin & Drysdale, Chartered

Authorized to Provide Professional Services to:  The Official Committee of Asbestos Personal Injury Claimants

Date of Retention:  April 12, 2001

Period for which Compensation and Reimbursement is sought:  July 1, 2005 through September 30, 2005

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period: $250,373.25

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: $16,691.85

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: $200,298.60

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period: $16,691.85

Total Amount of Holdback Fees Sought for applicable period:  $50,074.65

{D0051023:1 }
DOC# - 170098

## EXHIBIT D

### CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
### CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
### REIMBURSEMENT OF EXPENSES AS COUNSEL TO
### THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
### FOR THE PERIOD JULY 1, 2005 THROUGH SEPTEMBER 30, 2005

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

|  |  | Requested | | Paid | |
| --- | --- | --- | --- | --- | --- |
| Date Filed; Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| 9/01/05; 9310 | July, 2005 | $89,327.80 (80% of $111,659.75) | $4752.54 | **Pending** | **Pending** |
| 9/29/05; 9533 | August, 2005 | $51,462.20 (80% of $64,327.75) | $9090.36 | **Pending** | **Pending** |
| 10/31/05; 10936 | September, 2005 | $59,508.60 (80% of $74,385.75) | $2848.95 | **Pending** | **Pending** |

### CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category (Examples) | Cumulative July to September, 2005 Hours | Cumulative July to September, 2005 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
| --- | --- | --- | --- | --- |
| Asset Analysis and Recovery | .1 | $ 72.00 | 1.9 | $ 1,267.50 |
| Asset Disposition | .2 | 144.00 | 2.6 | 1,668.00 |
| Business Operations | 1.5 | 810.00 | 17.1 | 7,383.00 |
| Case Administration | 93.9 | 26,233.00 | 2,135.4 | 502,095.00 |
| Claim Analysis Objection & Resolution (Asbestos) | 49.4 | 33,907.00 | 1,460.1 | 451,643.50 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .0 | .00 | 6.4 | 3,908.50 |
| Committee, Creditors', Noteholders' or Equity Holders' | 6.2 | 4,050.00 | 91.0 | 51,768.50 |
| Employee Benefits/Pension | .0 | .00 | 11.3 | 6,465.00 |
| Employment Applications, Applicant | .0 | .00 | 45.1 | 11,352.50 |
| Employment | .1 | 72.00 | 42.3 | 17,345.00 |

| | | | | |
|---|---|---|---|---|
| Applications, Others | | | | |
| Fee Applications, Applicant | 11.6 | 3,374.00 | 324.9 | 83,551.00 |
| Fee Applications, Others | .3 | 216.00 | 111.2 | 41,466.00 |
| Financing | .0 | .00 | .3 | 221.50 |
| Hearings | 6.0 | 2,862.00 | 78.1 | 44,874.00 |
| Litigation and Litigation Consulting | 386.9 | 152,040.00 | 2,232.7 | 785,010.00 |
| Plan & Disclosure Statement | 40.0 | 19,041.00 | 588.3 | 269,187.00 |
| Relief from Stay Proceedings | .2 | 144.00 | .7 | 481.50 |
| Tax Issues | .0 | .00 | 68.9 | 22,747.50 |
| Tax Litigation | 2.0 | 960.00 | 28.6 | 9,693.50 |
| Travel-Non-Working | 19.8 | 6,365.25 | 359.9 | 76,910.25 |
| Valuation | .0 | .00 | 5.3 | 3,690.00 |
| ZAI Science Trial | .0 | .00 | 5.9 | 1,688.00 |
| ZAI Science Trial – Expenses | .0 | .00 | .0 | .00 |
| Other | .0 | .00 | .0 | .00 |
| Accounting/Auditing (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Business Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Corporate Finance (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Data Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance Adv. Proceeding | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance – Expenses | .0 | .00 | .0 | .00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | 170.00 |
| Fee Auditor Matters | .2 | 83.00 | 8.3 | 3,312.50 |
| **Totals** | **618.4** | **$250,373.25** | **7,626.8** | **$2,397,899.25** |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category (Examples) | Total Expenses For The Period 7/1/05 – 9/30/05 | Total Expense From The Petition Date |
|---|---|---|
| Computer Assisted Research | $ 4,390.15 | $ 100,724.60 |

{D0051023:1 }

| Research Material | 255.30 | 2,915.07 |
|---|---:|---:|
| Air Freight & Express Mail | 73.89 | 8,263.48 |
| Outside Local Deliveries | 30.70 | 749.93 |
| Filing Fees | .00 | 144.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | 197.46 | 1,353.26 |
| Outside Photocopy Service | 1,572.54 | 24,715.73 |
| Professional Fees & Expert Witness Fees | 5,000.00 | 19,528.80 |
| Court Reporting/Transcript Service | .00 | 4,555.52 |
| Miscellaneous Client Advances | .00 | 746.77 |
| Air & Train Transportation | 2,597.71 | 46,556.34 |
| Meals Related to Travel | 328.46 | 4,065.25 |
| Travel Expenses – Hotel Charges | 1,009.61 | 15,313.70 |
| Travel Expenses – Ground Transportation | 188.54 | 7,324.80 |
| Travel Expenses – Miscellaneous | 22.47 | 113.77 |
| Travel Expenses – LD Calls on Hotel Bill | .00 | 1,103.10 |
| Local Transportation - DC | 105.07 | 253.71 |
| Local Transportation – NY | .00 | 267.09 |
| Xeroxing | 786.75 | 46,875.75 |
| Postage | .00 | 156.03 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | 61.95 | 1,843.90 |
| Long Distance –Credit Card | .00 | 1,080.99 |
| Long Distance Telephone - DC | 34.13 | 1,870.01 |
| NYO Long Distance Telephone | 36.22 | 2,980.65 |
| Use of Cell/Home Phone | .90 | 530.51 |
| **TOTAL** | **$16,691.85** | **$294,071.71** |