## **EXHIBIT A**

**APPLICANT:**
Steven Kazan
Kazan, McClain, Abrams,
Fernandez, Lyons, & Farrise
171 Twelfth St., 3rd Floor
Oakland, CA 94607

**EXPENSES**

| DATE | DETAIL OF EXPENSES | AMOUNT |
|---|---|---|
| September 21, 2005 | Hotel (Rihga Royal) New York, NY, 2 Nights (1/4 of the price $429.00 per night plus tax) | $246.23 |
| | Airfare (United) Roundtrip San Francisco, CA to New York, NY (1/4 of the price $949.19, free one-way upgrade) | $316.73 |
| | Charge & Ride Inc, from JFK airport to Rihga Royal Hotel (1/4 of the price) | $14.66 |
| September 23, 2005 | New York Tax Cabi from Courthouse to hotel then to JFK airport (1/4 of price includes tip) | $13.75 |
| | Skypark at San Francisco airport for 3 days (1/4 of price) | $13.41 |
| | Bridge Toll (1/4 of price) | $0.75 |
| | Mileage to and from San Francisco airport (46.6 miles, 1/4 of price) | $4.72 |
| | **TOTAL** | **$610.25** |

{D0050959:1 }