# KAZAN, McCLAIN, ABRAMS, FERNANDEZ, LYONS & FARRISE

*A Professional Law Corporation*

Steven Kazan
David M. McClain
Denise Abrams
Francis E. Fernandez
Dianna Lyons
Simona A. Farrise, LLM
Gordon D. Greenwood

171 Twelfth Street, Third Floor
Oakland, California 94607
(510) 302-1000 • (510) 465-7728
FAX: (510) 835-4913
e-mail: postmaster@kazanlaw.com
www.kazanlaw.com

Of Counsel
Frances C. Schreiberg
Terry N. Gross
James L. Oberman*

Andrea Huston
Petra DeJesus
Anya Fuchs
Catosha Woods
Ian A. Rivamonte
Autumn A. Mesa
Matthew L. Thiel
Barbra Ferre

October 17, 2005

Philip E. Milch Esq.
Campbell & Levine
1700 Grant Building
Pittsburgh, PA 15219-2399

Re:   **Owens Corning Official Committee of Asbestos Claimants**
      **Federal Mogul Asbestos Personal Injury Claimants Committee**
      **U.S. Gypsum Official Committee of Asbestos Personal Injury Claimants**
      **W.R. Grace Asbestos Personal Injury Claimants Committee**

Dear Mr. Milch:

Enclosed are copies of Steven Kazan's travel expenses incurred in connection with the September 22-23, 2005 meetings in New York City:

| | |
|---|---:|
| United Airlines (nonrefundable fare with one-way upgrade) | $1,266.90 |
| Rihga Royal Hotel | 998.92 |
| Charge & Ride | 58.65 |
| Cab fare | 55.00 |
| Skypark | 71.64 |
| Mileage (23.3 x 2 x $0.405) | 18.87 |
| Bridge toll | 3.00 |
| Total: | **$2,472.98** |

One-fourth of these expenses, or $618.25, is payable on behalf of each of the above-named Committees.

Very truly yours

Terry E. Roy
Secretary to Steven Kazan

/troy
Enclosures

SKAZAN/269608

*Certified Appellate Specialist, The State Bar of California Board of Legal Specialization

/// UNITED

ETKT   PASSENGER RECEIPT
DUPLICATE   2130595996
C 08080-
IADRR US 8SEPO

KAZAN/STEVEN MR    MHBLW6/UA MULTI    O
""NOT VALID FOR ""    THIS IS YOUR RECEIPT
""TRANSPORTATION""    030429
NONREF-CHG100PLUSFAREDIF-/CXL BY FLT DATE OR NOVALUE
AXXXXXXXXXXXXX2002
BIZX USD1160.93END ZPSFOJFK XT 6.40ZP 5.00AY 7.50XFSF04.5JFK3

USD1160.93
US87.07
XT18.90
USD1266.90

0 016 2130595996 5

/// UNITED

2130595996
KAZAN/STEVEN MR
SFOJFKUA   76 Z21SE
JFKSFOUA    9 E23SE
*********************
*********************
*********************
*********************
*********************
*********************
*********************
*********************
***********   *********************
NOT VALID FOR TRAVE
0 016 2130595996 5

Do not expose to excessive heat or direct sunlight.
STAPLE HERE
INSERT
REV. 5-95   FORM Run R-3
PRINTED IN U.S.A. BY MAGNETIC TICKET & LABEL CORP. DALLAS, TX
A B C D 098765

\* Includes free one-way upgrade



# RIHGA ROYAL
## NEW YORK

151 West 54th Street I New York, NY 10019

Telephone (212) 307 5000 I Fax (212) 765 6530

www.rihgaroyal.com

| FOLIO NO. | ROOM NO. | GUEST NO. |
|-----------|----------|-----------|
| 2024TI | 2207 | 2019W4 |

| RATE/PACKAGE | NO. IN PARTY | DEPOSIT REC'D. |
|--------------|--------------|----------------|
| 429.00 | 1 | 0.00 |

**RATE/PACKAGE DESCRIPTION**

iHotelier BARLR

**NAME AND ADDRESS**

Kazan, Steven
171 12th Street, 3rd Floo
Oakland, CA  94607

| ARRIVAL DATE | DEPARTURE DATE |
|--------------|----------------|
| 09/21/05 | 09/23/05 |

**ADDITIONAL INFORMATION**

| DATE | DESCRIPTION | CHARGES | PAYMENTS |
|------|-------------|---------|----------|
| 09/21/05 | State Sales Tax | 1.17 | |
| 09/21/05 | iHotelier BARLR | 429.00 | |
| 09/21/05 | State Sales Tax | 35.93 | |
| 09/21/05 | City Tax | 21.45 | |
| 09/21/05 | Occupancy and Javits Tax | 5.50 | |
| 09/22/05 | iHotelier BARLR | 429.00 | |
| 09/22/05 | State Sales Tax | 35.93 | |
| 09/22/05 | City Tax | 21.45 | |
| 09/22/05 | Occupancy and Javits Tax | 5.50 | |
| | Subtotals $ | ~~998.92~~ | 0.00 |
| | BALANCE DUE $ | ~~998.92~~ | |
| | | 984.93 | |

agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or association fails to pay for any or the full amount of these charges. I also agree that all charges contained in this account are correct and any disputes or requests for copies of charges must be made within five days after my departure.

SIGNATURE _____ _____

**CHARGE & RIDE INC.** TEL: (718) 392-5200 • FAX: (718) 392-5371
www.chargeandride.com
when out of town call
toll free 1-800-32-TRYUS

VOUCHER #
**D668070**

ACCOUNT NAME: KAZAN
PASSENGER:
FROM: JFK SFK
Risha NYC 54St
7A
CLIENT #: MISC ChX
MATTER #
EMPLOYEE #
AUTHORIZED BY:

ACCOUNT #: 91500
DEPT #
CAR: 734
JOB #

DATE: 9-21
DISP TIME
P/U TIME
ETA
SCHEDULE TIME

ADDITIONAL STOPS
LOOK
WT
INITIAL

ZIP FROM
ZONE
ZIP TO
ZONE

REMARKS
TEL. MIN.
$
INITIAL
MEET & GREET

FOR OFFICE USE    INITIAL

FLAT RATE
TOTAL NET CHARGE
TOLLS & PARKING    4-50 Kb
STOPS CHE
PKG ADJ
TIPS
VOUCHER FEE
2% STATE SURCHARGE
TOTAL

OFFICE

**PLEASE PRINT CLEARLY - SEE REVERSE SIDE FOR EVALUATION**

| | |
|---|---|
| ACCT | |
| FARE | 0.00 |
| PKTI | 4.50 |
| | 0.00 |
| STOP | 0.00 |
| WAIT | 0.00 |
| PCKG | 0.00 |
| PHNE | 0.00 |
| MTGT | 0.00 |
| FUEL | 0.00 |
| VFEE | 3.00 |
| SUBT | 57.50 |
| SRCH | 1.15 |
| NET | 58.65 |

```
I ♡ NEW YORK
MED #          2C23
TRIP #         3372
ST. TIME 12:12PM
END TIME 12:20PM
DATE    SEP-23-05
DIST         1.05
FARE $        4.90
to Contact TLC
Dial 3-1-1
```

$55

```
I ♡ NEW YORK
MED #          2C23
TRIP #
ST. TIME 12:33PM
END TIME 01:03PM
DATE    SEP-23-05
DIST        17.27
FARE *       45.00
to Contact TLC
Dial 3-1-1
```

# SKYPARK

"Where    'king is only part of it"

1000 San Mateo Avenue
San Bruno, CA  94066
(650) 873-6655


Express Club Member Parking    oice
Customer Copy

Arrived: 09/21/05    Departed: 09/23/05

Member # 9151              Ticket # 91-564
STEVEN KAZEN
171 12TH ST
OAKLAND, CA   4611

Outdoor Parking:   3.0 days      $48.00



Tax:                              $5.64

Total                  ~~$71.64~~
                                  $53.64

Charged to American Express
       ####-######-#200
Expiration 02/07

You have 2 free days availabl