**L TERSIGNI CONSULTING, P.C.**
**Certified Public Accountant**

1010 Summer Street - Suite 201
Stamford, CT. 06905
Telephone: 203-252-2564
Facsimile: 203-252-2562

**September 19, 2005**                                      **Invoice No. 13305**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:    W.R.Grace

For services rendered in connection with the above-captioned matter during the period August 1, 2005 through August 31, 2005 as per the attached analysis.

| Professional Fees  (see Schedule A) | Hours | Amount |
|---|---|---|
| Loreto T. Tersigni  - President | 1.20 | $660.00 |
| James Sinclair - Senior Managing Director | 22.90 | $11,793.50 |
| Robert Mathews  - Managing Director | 1.10 | $550.00 |
| Michael Berkin  - Managing Director | 41.80 | $20,900.00 |
| Peter Rubsam  - Managing Director | 12.40 | $6,200.00 |
| Aaron Prills - Senior Manager | 55.80 | $19,530.00 |
| Cheryl Wright - Manager | 36.00 | $10,440.00 |
| Dottie-Jo Collins - Manager | 9.00 | $2,610.00 |

| Expenses   (see Schedule C) | |
|---|---|
| Telephone, Xerox | $125.95 |
| **T O T A L** | $72,809.45 |

Please Note:  Schedule B (attached) reflects Professional Services Summary
              by Task Codes for Court Approved Professionals

**L TERSIGNI CONSULTING, P.C.**
**Certified Public Accountant**

1010 Summer Street - Suite 201
Stamford, CT. 06905
Telephone: 203-252-2564
Facsimile: 203-252-2562

September 19, 2005

**Invoice No. 13305**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:    W.R.Grace

Summary of Professional Services Rendered:   August 1-31, 2005

| Name | Position | Schedule | Rate (2005) | Hours | Amount |
|---|---|---|---|---|---|
| Loreto T. Tersigni | President | Schedule A | $550 | 1.20 | $660.00 |
| James Sinclair | Senior Managing Director | Schedule A | $515 | 22.90 | $11,793.50 |
| Robert Mathews | Managing Director | Schedule A | $500 | 1.10 | $550.00 |
| Michael Berkin | Managing Director | Schedule A | $500 | 41.80 | $20,900.00 |
| Peter Rubsam | Managing Director | Schedule A | $500 | 12.40 | $6,200.00 |
| Aaron Prills | Senior Manager | Schedule A | $350 | 55.80 | $19,530.00 |
| Cheryl Wright | Manager | Schedule A | $290 | 36.00 | $10,440.00 |
| Dottie-Jo Collins | Manager | Schedule A | $290 | 9.00 | $2,610.00 |
| **Total Professional Services- Schedule A:** | | | | 180.20 | $72,683.50 |
| **Total Out of Pocket Expenses- Schedule C:** | | | | | $125.95 |
| **TOTAL   DUE   THIS   INVOICE** | | | | | $72,809.45 |

Please Note:  Schedule B (attached) reflects Professional Services Summary
              by Task Codes for Court Approved Professionals

# W.R. Grace

**Schedule A**

**Services Rendered during the Period:   August 1, 2005 through August 31, 2005**

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| **Loreto Tersigni - President** | | | | | | |
| 8/3/05 | LT | Review engagement status and timetable for completion of work in progress | 26 | 0.70 | $550.00 | $385.00 |
| 8/24/05 | LT | Prepare engagement status report and timetable for completion of WIP for ACC counsel | 26 | 0.50 | $550.00 | $275.00 |
| | | Sub-Total | | 1.20 | | $660.00 |
| **James Sinclair - Senior Managing Director** | | | | | | |
| 8/1/05 | JS | Review, analyze Motions re Massachusetts, Wisconsin and New York City Tax Settlements 1988-1996 for due diligence and possible objection. | 26 | 2.60 | $515.00 | $1,339.00 |
| 8/2/05 | JS | Review, analyze Gamma Asset Purchase and Sale Agreement for due diligence and possible objection. | 26 | 3.00 | $515.00 | $1,545.00 |
| 8/3/05 | JS | Commence review and analysis of Financial Briefing from Company in preparation for conference call with Company on 8/9/05 for due diligence and valuation. | 28 | 1.50 | $515.00 | $772.50 |
| 8/8/05 | JS | Review, analyze 2nd Quarter 2005 10-Q in preparation for conference call with Company on 8/9/05 for due diligence and valuation. | 28 | 3.20 | $515.00 | $1,648.00 |
| 8/8/05 | JS | Review, analyze Executive Summary for 2nd Quarter 2005 in preparation for conference call with Company on 8/9/05 for due diligence and valuation. | 28 | 3.00 | $515.00 | $1,545.00 |
| 8/8/05 | JS | Review, analyze new offer of Elcat and current offer of SanCap for specialty polymer business of Grace in preparation for conference call with Company for due diligence. | 28 | 1.70 | $515.00 | $875.50 |
| 8/8/05 | JS | Conference call with Company re competing bids for specialty polymer business for due diligence and estate optimization for POR. | 26 | 0.60 | $515.00 | $309.00 |
| 8/8/05 | JS | Draft questions for conference call with Company on 8/9/05 for due diligence and valuation. | 26 | 0.90 | $515.00 | $463.50 |
| 8/9/05 | JS | Discuss with Wright revisions to spread sheet comparison of Grace operating metrics in preparation for conference call with Company on 8/9/05 for due diligence and valuation. | 28 | 0.30 | $515.00 | $154.50 |
| 8/9/05 | JS | Continue review of 2nd Quarter 2005 10-Q, Executive Summary and Financial Briefing, draft further questions for conference call with Company on 8/9/05 for due diligence and valuation. | 28 | 1.50 | $515.00 | $772.50 |
| 8/9/05 | JS | Review, analyze Wright's revised spread sheet comparisons of operating metrics for conference call for due diligence and valuation. | 28 | 0.50 | $515.00 | $257.50 |
| 8/9/05 | JS | Conference call with Company to review 2nd Quarter 2005 results and 2005 outlook for due diligence and valuation. | 26 | 0.80 | $515.00 | $412.00 |
| 8/9/05 | JS | Further review of 2nd Quarter 2005 10-Q and Executive Summary for due diligence and valuation. | 28 | 1.20 | $515.00 | $618.00 |
| 8/9/05 | JS | Discuss with Prills conference call and 2nd Quarter 2005 results for memorandum to counsel and ACC for monitoring at request of counsel. | 26 | 0.40 | $515.00 | $206.00 |
| 8/24/05 | JS | Discuss with Berkin pending filing of Motion on Project Omega for retention of Bear, Stearns for recommendation to counsel whether to object. | 26 | 0.30 | $515.00 | $154.50 |
| 8/26/05 | JS | Outline areas for update related to revised and updated valuation. | 21 | 1.10 | $515.00 | $566.50 |
| 8/30/05 | JS | Advise counsel of status of acquisition and Bear, Stearns retention for due diligence and possible objection. | 26 | 0.30 | $515.00 | $154.50 |
| | | Sub-Total | | 22.90 | | $11,793.50 |
| **Robert Mathews - Managing Director** | | | | | | |
| 8/29/05 | RM | Review affidavit and market conditions prior to hearing | **26** | 1.10 | $500.00 | $550.00 |
| | | Sub-Total | | 1.10 | | $550.00 |

# W.R. Grace

**Schedule A**

**Services Rendered during the Period:   August 1, 2005 through August 31, 2005**

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| **Michael Berkin - Managing Director** | | | | | | |
| 8/1/05 | MB | Review 7/29/04 Calendar of Critical Events and plan for upcoming events | 26 | 0.40 | $500.00 | $200.00 |
| 8/2/05 | MB | Review application to expand scope of employment of Pitney Hardin as special counsel to debtors at request of ACC counsel | 26 | 1.70 | $500.00 | $850.00 |
| 8/2/05 | MB | Review NJ DEP complaint against debtor in connection with assessment of motion to expand scope of Pitney Hardin as counsel to debtors | 26 | 1.80 | $500.00 | $900.00 |
| 8/2/05 | MB | Review filed version of motion authorizing acquisition of Single-Site Catalysts for conformity with draft | 26 | 0.80 | $500.00 | $400.00 |
| 8/2/05 | MB | Review and analyze draft of asset purchase agreement in connection with assessment of Single-Site Catalyst acquisition | 26 | 2.40 | $500.00 | $1,200.00 |
| 8/2/05 | MB | Review motion authorizing debtors to enter into settlement agreements with certain tax authorities | 26 | 2.10 | $500.00 | $1,050.00 |
| 8/4/05 | MB | Analyze projected financial returns associated with Project Gamma acquisition | 28 | 1.20 | $500.00 | $600.00 |
| 8/4/05 | MB | Analyze income statement, balance sheet and cash flows association with Project Gamma | 28 | 1.80 | $500.00 | $900.00 |
| 8/8/05 | MB | Review 8/5/04 Calendar of Critical Events and plan for upcoming events | 26 | 0.40 | $500.00 | $200.00 |
| 8/8/05 | MB | Review and analyze bid letter from prospective buyer related to Specialty Polymer Business sale motion | 26 | 0.70 | $500.00 | $350.00 |
| 8/8/05 | MB | Review details of Specialty Polymer Business sale motion in preparation for conference call with debtor | 26 | 1.10 | $500.00 | $550.00 |
| 8/8/05 | MB | Participate in conference call with debtor to discuss bid for Specialty Polymer Business | 26 | 0.70 | $500.00 | $350.00 |
| 8/8/05 | MB | Discuss status of motions pending for upcoming omnibus hearing with ACC counsel | 26 | 0.70 | $500.00 | $350.00 |
| 8/8/05 | MB | Review and analyze second quarter financial briefing presentation in preparation for conference call with management | 28 | 2.20 | $500.00 | $1,100.00 |
| 8/8/05 | MB | Prepare issues pertaining to second quarter financial briefing in preparation for conference call | 28 | 1.20 | $500.00 | $600.00 |
| 8/9/05 | MB | Participate in conference call with debtor to discuss second quarter operating performance | 28 | 0.70 | $500.00 | $350.00 |
| 8/9/05 | MB | Summarize issues resulting from conference call with management to discuss second quarter operating performance | 26 | 0.80 | $500.00 | $400.00 |
| 8/9/05 | MB | Review Intercat patent infringement complaint in connection with assessment of Intercat Settlement motion | 26 | 1.00 | $500.00 | $500.00 |
| 8/9/05 | MB | Review Intercat unopposed motion to intervene as defendant in connection with assessment of Intercat Settlement motion | 26 | 1.40 | $500.00 | $700.00 |
| 8/11/05 | MB | Discuss details of Intercat Settlement with debtor in connection with assessment of motion | 26 | 0.50 | $500.00 | $250.00 |
| 8/11/05 | MB | Summarize results of discussion with debtor pertaining to Intercat Settlement | 26 | 1.00 | $500.00 | $500.00 |
| 8/11/05 | MB | Review draft of Settlement Agreement in connection with assessment of Intercat Settlement Agreement | 26 | 2.20 | $500.00 | $1,100.00 |
| 8/11/05 | MB | Review definitions section of Intercat Settlement Agreement provided by debtor | 26 | 0.50 | $500.00 | $250.00 |
| 8/11/05 | MB | Review Option Agreement of Intercat Settlement Agreement | 26 | 1.10 | $500.00 | $550.00 |
| 8/11/05 | MB | Review Model License Agreement of Option Agreement in connection with assessment of Intercat Settlement motion | 26 | 1.00 | $500.00 | $500.00 |
| 8/11/05 | MB | Draft memorandum for ACC counsel summarizing merits of Intercat Settlement | 26 | 2.00 | $500.00 | $1,000.00 |

# W.R. Grace

**Schedule A**

**Services Rendered during the Period:   August 1, 2005 through August 31, 2005**

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| 8/15/05 | MB | Review 8/12/04 Calendar of Critical Events and plan for upcoming events | 26 | 0.50 | $500.00 | $250.00 |
| 8/15/05 | MB | Review and analyze bid letter from prospective buyer related to Specialty Polymer Business sale motion | 26 | 0.70 | $500.00 | $350.00 |
| 8/17/05 | MB | Review second quarter consolidated financial statements and related notes in connection with monitoring continuing operations | 28 | 1.80 | $500.00 | $900.00 |
| 8/17/05 | MB | Review second quarter management discussion of consolidated operations in  connection with monitoring continuing operations | 28 | 1.20 | $500.00 | $600.00 |
| 8/17/05 | MB | Review second quarter combined Ch 11 filing entity statements in connection with monitoring continuing operations | 28 | 0.60 | $500.00 | $300.00 |
| 8/17/05 | MB | Review supplementary financial information included in second quarter financial advisory executive summary in connection with monitoring continuing operations | 28 | 2.50 | $500.00 | $1,250.00 |
| 8/17/05 | MB | Review and analyze first quarter investment report in connection with monitoring pension and related assets | 08 | 1.20 | $500.00 | $600.00 |
| 8/17/05 | MB | Review and analyze first quarter treasury report in connection with monitoring liquidity | 26 | 1.10 | $500.00 | $550.00 |
| 8/22/05 | MB | Review 8/19/04 Calendar of Critical Events and plan for upcoming events | 26 | 0.40 | $500.00 | $200.00 |
| 8/29/05 | MB | Review 8/26/04 Calendar of Critical Events and plan for upcoming events | 26 | 0.40 | $500.00 | $200.00 |
| | | Sub-Total | | 41.80 | | $20,900.00 |

**Peter Rubsam - Managing Director**

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| 8/10/05 | PR | Analyze and review Albemarle August 2005 8k on 2nd quarter operating results, segment review and comparison to prior year for comparable company review | 21 | 1.80 | $500.00 | $900.00 |
| 8/10/05 | PR | Review and analyze Rohm& Haas July 2005 8k 2nd quarter earnings announcement, segment review, geographical profitability and comparison to 2004 for comparable company review | 21 | 2.10 | $500.00 | $1,050.00 |
| 8/10/05 | PR | Analyze and review Engelhard July 2005 8k on 2nd quarter operating results, segment review, full year outlook  and comparison to 2004 for comparable company review | 21 | 1.80 | $500.00 | $900.00 |
| 8/12/05 | PR | Review and analyze Lubrizol July 2005 8k on 2nd quarter operating results, comparison to prior year, earnings outlook and business segment review for comparable company analysis | 21 | 1.90 | $500.00 | $950.00 |
| 8/17/05 | PR | Analyze and review Cytec August 2005 8k on 2nd quarter operating performance, comparison to prior year, segment review, acquisition and implementation and 2005 expectations for comparable company analysis | 21 | 2.20 | $500.00 | $1,100.00 |
| 8/31/05 | PR | Review and analyze Cabot July 2005 8k 3rd quarter earnings announcement, segment review, restructuring items and comparison to 2004 for comparable company review | 21 | 1.70 | $500.00 | $850.00 |
| 8/31/05 | PR | Review and analyze Cabot July 2005 8k on 3rd quarter operating results, geographical analysis, raw material costs and outlook for comparable company analysis | 21 | 0.90 | $500.00 | $450.00 |
| | | Sub-Total | | 12.40 | | $6,200.00 |

**Aaron Prills - Senior Manager**

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| 8/6/05 | AP | Reviewed W.R. Grace press articles to analyze the business during the prior week and any material announcements by the company. | 28 | 1.00 | $350.00 | $350.00 |
| 8/9/05 | AP | Reviewed the W.R. Grace financial briefing prepared by the company to analyze the second quarter's performance and prepare questions for the conference call with the company's financial management team. | 28 | 1.40 | $350.00 | $490.00 |

# W.R. Grace

**Schedule A**

**Services Rendered during the Period:   August 1, 2005 through August 31, 2005**

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| 8/9/05 | AP | Reviewed Grace financial statements relating to the second quarter and YTD results to analyze the profitability of each business unit and how it compares with plan as preparation for the conference call with the company. | 28 | 1.10 | $350.00 | $385.00 |
| 8/9/05 | AP | Participated in conference call with the company's financial management team to review the second quarter results of the business. | 26 | 0.80 | $350.00 | $280.00 |
| 8/9/05 | AP | Prepared schedule for Grace to analyze the YTD sales by business division excluding currency translation gains and the impact that currency has had on the results of the business. | 26 | 1.70 | $350.00 | $595.00 |
| 8/9/05 | AP | Prepared Grace statement of operations comparison schedule to analyze the YTD performance of the company versus plan. | 26 | 0.80 | $350.00 | $280.00 |
| 8/9/05 | AP | Prepared Grace balance sheet schedule to analyze changes in the key balanced since December 31, 2004 and the impact of the operations of the business. | 26 | 1.00 | $350.00 | $350.00 |
| 8/9/05 | AP | Prepared Grace cash flow statement schedule to analyze the YTD sources and uses of cash and the major driver of the change in the cash balance. | 26 | 1.00 | $350.00 | $350.00 |
| 8/9/05 | AP | Reviewed the Grace notes regarding the cash flow statement to analyze management's comments regarding the change in the cash position during the quarter. | 28 | 1.30 | $350.00 | $455.00 |
| 8/9/05 | AP | Reviewed comparison of Grace's second quarter results with that of comparable companies to analyze the profitability of the business versus its peers. | 28 | 1.50 | $350.00 | $525.00 |
| 8/9/05 | AP | Reviewed the trailing twelve month financial figures for Grace to analyze the rolling performance of the company and the trend in margins. | 28 | 0.60 | $350.00 | $210.00 |
| 8/9/05 | AP | Prepared updates to the Grace second quarter financial review summary exhibits for counsel to use the latest quarter information. | 26 | 1.20 | $350.00 | $420.00 |
| 8/10/05 | AP | Prepared the Grace second quarter rolling twelve month analysis to analyze the performance of the business units and the trends within the business operations. | 26 | 1.80 | $350.00 | $630.00 |
| 8/10/05 | AP | Prepared the W.R. Grace second quarter operating review charts to analyze the specific trends within the business versus prior quarters and how the most recent quarter compares with plan and 2005 likely estimates. | 26 | 2.00 | $350.00 | $700.00 |
| 8/10/05 | AP | Reviewed Grace's YTD EBITDA margin to analyze the changes in the margin versus the prior month and how it compares with the gross margin trend. | 28 | 1.30 | $350.00 | $455.00 |
| 8/10/05 | AP | Reviewed Grace's Selling, General and Administrative costs as a percent of net sales to analyze the trend for each business unit and the impact on the EBITDA margin of the businesses. | 28 | 0.70 | $350.00 | $245.00 |
| 8/10/05 | AP | Prepared schedule of Grace's key statement of operations line items and the percent of net sales for each item for the prior four quarters to analyze changes in the trends of the business. | 26 | 1.20 | $350.00 | $420.00 |
| 8/10/05 | AP | Reviewed detail provided regarding the cash proceeds from the settlement with certain insurance carrier groups to analyze the value provided to Grace and the reasons for the settlement amounts. | 28 | 0.90 | $350.00 | $315.00 |
| 8/10/05 | AP | Reviewed W.R. Grace Executive Summary sections regarding updates to the bankruptcy process and liabilities subject to compromise to analyze any updated comments from the company's management as part of the second quarter review. | 28 | 2.10 | $350.00 | $735.00 |
| 8/10/05 | AP | Reviewed additional press releases regarding Grace's second quarter results to analyze the marketplace's reaction to reported results. | 28 | 0.80 | $350.00 | $280.00 |
| 8/10/05 | AP | Reviewed financial summaries provided in the Grace Executive Summary book to analyze the detail provided by the company regarding what drove the profitability in each business for the quarter. | 28 | 2.20 | $350.00 | $770.00 |
| 8/11/05 | AP | Reviewed the Grace Executive Summary section regarding the year-to-date results of the business to analyze management's comments regarding the industry and the impact of the marketplace trends on Grace's results. | 28 | 1.60 | $350.00 | $560.00 |
| 8/12/05 | AP | Reviewed the Grace executive summary section regarding Davison Chemicals to analyze the performance of the business YTD and management's comments regarding results relative to the prior year. | 28 | 1.20 | $350.00 | $420.00 |

# W.R. Grace

**Schedule A**

**Services Rendered during the Period:  August 1, 2005 through August 31, 2005**

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| 8/12/05 | AP | Reviewed the Grace executive summary section regarding Performance Chemicals to analyze the performance of the business YTD and management's comments regarding results relative to the prior year. | 28 | 1.10 | $350.00 | $385.00 |
| 8/12/05 | AP | Reviewed the Grace section of the executive summary regarding the noncore items YTD and the impact to the report results of the business to analyze the impact. | 28 | 0.90 | $350.00 | $315.00 |
| 8/12/05 | AP | Reviewed the Grace six month performance scorecard to analyze what is driving the increase in sales and Earning Before Interest and Taxes versus the prior year and the magnitude of each component. | 28 | 1.00 | $350.00 | $350.00 |
| 8/12/05 | AP | Prepared schedule to analyze the components of the year-over-year change in sales for each Grace business segment to analyze the change and compare with the prior quarter's change. | 26 | 2.10 | $350.00 | $735.00 |
| 8/12/05 | AP | Reviewed the Grace trailing twelve month analysis provided by the company to analyze the recent trends of both the Davison and Performance Chemicals business segments. | 28 | 1.00 | $350.00 | $350.00 |
| 8/12/05 | AP | Reviewed the Grace executive summary section regarding legacy liabilities to analyze any changes in the company's liabilities and any updates regarding the Montana issue. | 28 | 0.90 | $350.00 | $315.00 |
| 8/12/05 | AP | Prepared summary of the key financial trends for Grace to analyze the trends versus the Grace 2005 operating plan as part of the mid-year analysis of the company. | 26 | 2.20 | $350.00 | $770.00 |
| 8/15/05 | AP | Reviewed the financial statements in the Grace second quarter 2005 10Q filing to analyze the company's reported results for both the quarter and YTD. | 28 | 1.00 | $350.00 | $350.00 |
| 8/15/05 | AP | Reviewed the Grace 10Q section regarding updates on the bankruptcy process to analyze any additional comments by the company's management team regarding the process. | 28 | 1.50 | $350.00 | $525.00 |
| 8/15/05 | AP | Reviewed the Grace 10Q section regarding liabilities subject to compromise | 28 | 1.30 | $350.00 | $455.00 |
| 8/15/05 | AP | Reviewed management's notes in the second quarter 10Q filing regarding the Performance Chemicals business to analyze commentary regarding the marketplace and results for the business. | 28 | 1.20 | $350.00 | $420.00 |
| 8/15/05 | AP | Reviewed management's notes in the second quarter 10Q filing regarding the Davison Chemicals business to analyze commentary regarding the marketplace and results for the business. | 28 | 1.00 | $350.00 | $350.00 |
| 8/15/05 | AP | Reviewed the notes of the Grace Q2 SEC 10Q filing regarding the market environment and consolidated results to analyze how the business is performing relative to plan. | 28 | 1.20 | $350.00 | $420.00 |
| 8/26/05 | AP | Prepared additional summary analysis of Grace's YTD operating profit and margins to analyze the performance of each business segment as part of the second quarter operating review. | 26 | 1.60 | $350.00 | $560.00 |
| 8/26/05 | AP | Prepared Grace sales bullet points for the second quarter financial review for counsel to analyze the sales performance of the company and business segments YTD. | 26 | 1.10 | $350.00 | $385.00 |
| 8/26/05 | AP | Prepared the Grace EBITDA bullet points section of the Q2 operating review for counsel to detail the operating margins of the business and how it compares with plan. | 26 | 1.50 | $350.00 | $525.00 |
| 8/26/05 | AP | Prepared the Grace regional performance summary of the second quarter operating review for counsel to analyze the performance of the company in the key regions. | 26 | 1.30 | $350.00 | $455.00 |
| 8/26/05 | AP | Prepared the Grace balance sheet and cash analysis bullet points in the second quarter operating review to analyze any changes in key balances during the quarter and the change in YTD cash. | 26 | 1.10 | $350.00 | $385.00 |
| 8/26/05 | AP | Prepared the bullet points regarding the Grace stock price and any material changes in the price since the petition date to analyze the market capitalization of the company. | 26 | 1.00 | $350.00 | $350.00 |
| 8/26/05 | AP | Prepared the Grace executive summary bullet points to highlight the key operating figures YTD and any material changes in the company as of June 30, 2005. | 26 | 2.00 | $350.00 | $700.00 |
| 8/30/05 | AP | Reviewed the executive summary section of the Grace second quarter operating review presentation to analyze the summary points and determine whether additional information is required. | 28 | 0.60 | $350.00 | $210.00 |
| | | | Sub-Total | 55.80 | | $19,530.00 |

# W.R. Grace

**Schedule A**

**Services Rendered during the Period:   August 1, 2005 through August 31, 2005**

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|

**Cheryl Wright - Manager**

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| 8/1/05 | CW | Review and analyze Rohm & Haas' 10Q for the quarter ended June 30, 2005 for valuation purposes | 21 | 2.40 | $290.00 | $696.00 |
| 8/1/05 | CW | Update Rohm & Haas' historical financial statements for LTM 06/30/05 for valuation purposes | 21 | 0.60 | $290.00 | $174.00 |
| 8/2/05 | CW | Prepare historical financial statements for Lubrizol on a quarterly basis for the last 12 quarters for use in WR Grace's competitor's analysis | 21 | 1.80 | $290.00 | $522.00 |
| 8/5/05 | CW | Review and analyze Cytec Industries' 10Q for the quarter ended June 30, 2005 for WR Grace valuation purposes | 21 | 2.40 | $290.00 | $696.00 |
| 8/5/05 | CW | Review and analyze Lubrizol's 10Q for the quarter ended June 30, 2005 for WR Grace valuation purposes | 21 | 2.50 | $290.00 | $725.00 |
| 8/5/05 | CW | Research Rohm and Haas' June 30, 2005 10Q for non-recurring charges to be excluded from EBIT and EBITDA calculations | 21 | 0.50 | $290.00 | $145.00 |
| 8/5/05 | CW | Update Cytec Industries' historical financial statements for LTM 06/30/05 for WR Grace valuation purposes | 21 | 0.60 | $290.00 | $174.00 |
| 8/5/05 | CW | Update Lubrizol's historical financial statements for LTM 06/30/05 for WR Grace valuation purposes | 21 | 0.60 | $290.00 | $174.00 |
| 8/9/05 | CW | Review and analyze Engelhard's 10Q for the quarter ended June 30, 2005 for valuation purposes | 21 | 2.10 | $290.00 | $609.00 |
| 8/9/05 | CW | Review and analyze WR Grace's 10Q for the quarter ended June 30, 2005 for valuation purposes | 21 | 2.50 | $290.00 | $725.00 |
| 8/9/05 | CW | Review Financial Briefing prepared by WR Grace relating to second quarter results for valuation purposes | 21 | 0.60 | $290.00 | $174.00 |
| 8/9/05 | CW | Update Engelhard's historical financial statements for LTM 06/30/05 for valuation purposes | 21 | 0.70 | $290.00 | $203.00 |
| 8/9/05 | CW | Update WR Grace's historical financial statements for LTM 06/30/05 for valuation purposes | 21 | 0.50 | $290.00 | $145.00 |
| 8/10/05 | CW | Research Cytec Industries' June 30, 2005 10Q for non-recurring charges to be excluded from EBIT and EBITDA calculations | 21 | 0.60 | $290.00 | $174.00 |
| 8/12/05 | CW | Review and analyze Albemarle's 10Q for the quarter ended June 30, 2005 for valuation purposes | 21 | 2.20 | $290.00 | $638.00 |
| 8/12/05 | CW | Review and analyze PPG Industries' 10Q for the quarter ended June 30, 2005 for valuation purposes | 21 | 2.20 | $290.00 | $638.00 |
| 8/12/05 | CW | Research WR Grace's June 30, 2005 10Q for non-recurring charges to be excluded from EBIT and EBITDA calculations | 21 | 0.60 | $290.00 | $174.00 |
| 8/12/05 | CW | Update Albemarle's historical financial statements for LTM 06/30/05 for valuation purposes | 21 | 0.70 | $290.00 | $203.00 |
| 8/12/05 | CW | Update PPG Industries' historical financial statements for LTM 06/30/05 for valuation purposes | 21 | 0.70 | $290.00 | $203.00 |
| 8/22/05 | CW | Review and analyze Cabot Corp's 10Q for the quarter ended June 30, 2005 for valuation purposes | 21 | 2.40 | $290.00 | $696.00 |
| 8/22/05 | CW | Update Cabot Corp's historical financial statements for LTM 06/30/05 for valuation purposes | 21 | 0.50 | $290.00 | $145.00 |
| 8/23/05 | CW | Review and analyze Chemtura Corp's (formerly Crompton Corp) 10Q for the quarter ended June 30, 2005 for valuation purposes | 21 | 2.40 | $290.00 | $696.00 |
| 8/23/05 | CW | Review and analyze Hercules' 10Q for the quarter ended June 30, 2005 for valuation purposes | 21 | 2.30 | $290.00 | $667.00 |
| 8/23/05 | CW | Update Chemtura Corp's (formerly Crompton Corp) historical financial statements for LTM 06/30/05 for valuation purposes | 21 | 0.50 | $290.00 | $145.00 |

# W.R. Grace

**Schedule A**

**Services Rendered during the Period:   August 1, 2005 through August 31, 2005**

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| 8/23/05 | CW | Update Hercules' historical financial statements for LTM 06/30/05 for valuation purposes | 21 | 0.60 | $290.00 | $174.00 |
| 8/30/05 | CW | Research Albemarle's June 30, 2005 10Q for non-recurring charges to be excluded from EBIT and EBITDA calculations | 21 | 0.60 | $290.00 | $174.00 |
| 8/30/05 | CW | Research Chemtura's June 30, 2005 10Q for non-recurring charges to be excluded from EBIT and EBITDA calculations | 21 | 0.70 | $290.00 | $203.00 |
| 8/30/05 | CW | Research Engelhard's June 30, 2005 10Q for non-recurring charges to be excluded from EBIT and EBITDA calculations | 21 | 0.60 | $290.00 | $174.00 |
| 8/30/05 | CW | Research Hercules' June 30, 2005 10Q for non-recurring charges to be excluded from EBIT and EBITDA calculations | 21 | 0.60 | $290.00 | $174.00 |
| | | Sub-Total | | 36.00 | | $10,440.00 |

**Dottie-Jo Collins  -  Manager**

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| 8/30/05 | DC | Compilation and consolidation of services rendered in the month of August 2005 | 11 | 4.00 | $290.00 | $1,160.00 |
| 8/31/05 | DC | Compilation and consolidation of services rendered in the month of August 2005 | 11 | 3.30 | $290.00 | $957.00 |
| 8/31/05 | DC | Category coding and preparation of August 2005 fee application | 11 | 1.70 | $290.00 | $493.00 |
| | | Sub-Total | | 9.00 | | $2,610.00 |
| | | **TOTAL   Schedule A:** | | 180.20 | | $72,683.50 |

# W.R. Grace                                                Schedule B

**Services Rendered during the Period:   August 1, 2005 through August 31, 2005**

| Date | | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 8/17/05 | MB | Review and analyze first quarter investment report in connection with monitoring pension and related assets | 08 | 1.20 | $500.00 | $600.00 |
| | | **TOTAL  Category 08: Employee Benefits/Pension** | | **1.20** | | **$600.00** |
| 8/30/05 | DC | Compilation and consolidation of services rendered in the month of August 2005 | 11 | 4.00 | $290.00 | $1,160.00 |
| 8/31/05 | DC | Compilation and consolidation of services rendered in the month of August 2005 | 11 | 3.30 | $290.00 | $957.00 |
| 8/31/05 | DC | Category coding and preparation of August 2005 fee application | 11 | 1.70 | $290.00 | $493.00 |
| | | **TOTAL  Category 11:  Fee Application-Applicant** | | **9.00** | | **$2,610.00** |
| 8/1/05 | CW | Review and analyze Rohm & Haas' 10Q for the quarter ended June 30, 2005 for valuation purposes | 21 | 2.40 | $290.00 | $696.00 |
| 8/1/05 | CW | Update Rohm & Haas' historical financial statements for LTM 06/30/05 for valuation purposes | 21 | 0.60 | $290.00 | $174.00 |
| 8/2/05 | CW | Prepare historical financial statements for Lubrizol on a quarterly basis for the last 12 quarters for use in WR Grace's competitor's analysis | 21 | 1.80 | $290.00 | $522.00 |
| 8/5/05 | CW | Review and analyze Cytec Industries' 10Q for the quarter ended June 30, 2005 for WR Grace valuation purposes | 21 | 2.40 | $290.00 | $696.00 |
| 8/5/05 | CW | Review and analyze Lubrizol's 10Q for the quarter ended June 30, 2005 for WR Grace valuation purposes | 21 | 2.50 | $290.00 | $725.00 |
| 8/5/05 | CW | Research Rohm and Haas' June 30, 2005 10Q for non-recurring charges to be excluded from EBIT and EBITDA calculations | 21 | 0.50 | $290.00 | $145.00 |
| 8/5/05 | CW | Update Cytec Industries' historical financial statements for LTM 06/30/05 for WR Grace valuation purposes | 21 | 0.60 | $290.00 | $174.00 |
| 8/5/05 | CW | Update Lubrizol's historical financial statements for LTM 06/30/05 for WR Grace valuation purposes | 21 | 0.60 | $290.00 | $174.00 |
| 8/9/05 | CW | Review and analyze Engelhard's 10Q for the quarter ended June 30, 2005 for valuation purposes | 21 | 2.10 | $290.00 | $609.00 |
| 8/9/05 | CW | Review and analyze WR Grace's 10Q for the quarter ended June 30, 2005 for valuation purposes | 21 | 2.50 | $290.00 | $725.00 |
| 8/9/05 | CW | Review Financial Briefing prepared by WR Grace relating to second quarter results for valuation purposes | 21 | 0.60 | $290.00 | $174.00 |
| 8/9/05 | CW | Update Engelhard's historical financial statements for LTM 06/30/05 for valuation purposes | 21 | 0.70 | $290.00 | $203.00 |
| 8/9/05 | CW | Update WR Grace's historical financial statements for LTM 06/30/05 for valuation purposes | 21 | 0.50 | $290.00 | $145.00 |
| 8/10/05 | PR | Analyze and review Albemarle August 2005 8k on 2nd quarter operating results, segment review and comparison to prior year for comparable company review | 21 | 1.80 | $500.00 | $900.00 |
| 8/10/05 | PR | Review and analyze Rohm& Haas July 2005 8k 2nd quarter earnings announcement, segment review, geographical profitability and comparison to 2004 for comparable company review | 21 | 2.10 | $500.00 | $1,050.00 |
| 8/10/05 | PR | Analyze and review Engelhard July 2005 8k on 2nd quarter operating results, segment review, full year outlook  and comparison to 2004 for comparable company review | 21 | 1.80 | $500.00 | $900.00 |
| 8/10/05 | CW | Research Cytec Industries' June 30, 2005 10Q for non-recurring charges to be excluded from EBIT and EBITDA calculations | 21 | 0.60 | $290.00 | $174.00 |
| 8/12/05 | PR | Review and analyze Lubrizol July 2005 8k on 2nd quarter operating results, comparison to prior year, earnings outlook and business segment review for comparable company analysis | 21 | 1.90 | $500.00 | $950.00 |
| 8/12/05 | CW | Review and analyze Albemarle's 10Q for the quarter ended June 30, 2005 for valuation purposes | 21 | 2.20 | $290.00 | $638.00 |
| 8/12/05 | CW | Review and analyze PPG Industries' 10Q for the quarter ended June 30, 2005 for valuation purposes | 21 | 2.20 | $290.00 | $638.00 |

# W.R. Grace

Schedule B

**Services Rendered during the Period:  August 1, 2005 through August 31, 2005**

| Date | | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 8/12/05 | CW | Research WR Grace's June 30, 2005 10Q for non-recurring charges to be excluded from EBIT and EBITDA calculations | 21 | 0.60 | $290.00 | $174.00 |
| 8/12/05 | CW | Update Albemarle's historical financial statements for LTM 06/30/05 for valuation purposes | 21 | 0.70 | $290.00 | $203.00 |
| 8/12/05 | CW | Update PPG Industries' historical financial statements for LTM 06/30/05 for valuation purposes | 21 | 0.70 | $290.00 | $203.00 |
| 8/17/05 | PR | Analyze and review Cytec August 2005 8k on 2nd quarter operating performance, comparison to prior year, segment review, acquisition and implementation and 2005 expectations for comparable company analysis | 21 | 2.20 | $500.00 | $1,100.00 |
| 8/22/05 | CW | Review and analyze Cabot Corp's 10Q for the quarter ended June 30, 2005 for valuation purposes | 21 | 2.40 | $290.00 | $696.00 |
| 8/22/05 | CW | Update Cabot Corp's historical financial statements for LTM 06/30/05 for valuation purposes | 21 | 0.50 | $290.00 | $145.00 |
| 8/23/05 | CW | Review and analyze Chemtura Corp's (formerly Crompton Corp) 10Q for the quarter ended June 30, 2005 for valuation purposes | 21 | 2.40 | $290.00 | $696.00 |
| 8/23/05 | CW | Review and analyze Hercules' 10Q for the quarter ended June 30, 2005 for valuation purposes | 21 | 2.30 | $290.00 | $667.00 |
| 8/23/05 | CW | Update Chemtura Corp's (formerly Crompton Corp) historical financial statements for LTM 06/30/05 for valuation purposes | 21 | 0.50 | $290.00 | $145.00 |
| 8/23/05 | CW | Update Hercules' historical financial statements for LTM 06/30/05 for valuation purposes | 21 | 0.60 | $290.00 | $174.00 |
| 8/26/05 | JS | Outline areas for update related to revised and updated valuation. | 21 | 1.10 | $515.00 | $566.50 |
| 8/30/05 | CW | Research Albemarle's June 30, 2005 10Q for non-recurring charges to be excluded from EBIT and EBITDA calculations | 21 | 0.60 | $290.00 | $174.00 |
| 8/30/05 | CW | Research Chemtura's June 30, 2005 10Q for non-recurring charges to be excluded from EBIT and EBITDA calculations | 21 | 0.70 | $290.00 | $203.00 |
| 8/30/05 | CW | Research Engelhard's June 30, 2005 10Q for non-recurring charges to be excluded from EBIT and EBITDA calculations | 21 | 0.60 | $290.00 | $174.00 |
| 8/30/05 | CW | Research Hercules' June 30, 2005 10Q for non-recurring charges to be excluded from EBIT and EBITDA calculations | 21 | 0.60 | $290.00 | $174.00 |
| 8/31/05 | PR | Review and analyze Cabot July 2005 8k 3rd quarter earnings announcement, segment review, restructuring items and comparison to 2004 for comparable company review | 21 | 1.70 | $500.00 | $850.00 |
| 8/31/05 | PR | Review and analyze Cabot July 2005 8k on 3rd quarter operating results, geographical analysis, raw material costs and outlook for comparable company analysis | 21 | 0.90 | $500.00 | $450.00 |
| | | **TOTAL  Category 21:  Valuation** | | **49.50** | | **$17,206.50** |
| 8/1/05 | JS | Review, analyze Motions re Massachusetts, Wisconsin and New York City Tax Settlements 1988-1996 for due diligence and possible objection. | 26 | 2.60 | $515.00 | $1,339.00 |
| 8/1/05 | MB | Review 7/29/04 Calendar of Critical Events and plan for upcoming events | 26 | 0.40 | $500.00 | $200.00 |
| 8/2/05 | JS | Review, analyze Gamma Asset Purchase and Sale Agreement for due diligence and possible objection. | 26 | 3.00 | $515.00 | $1,545.00 |
| 8/2/05 | MB | Review application to expand scope of employment of Pitney Hardin as special counsel to debtors at request of ACC counsel | 26 | 1.70 | $500.00 | $850.00 |
| 8/2/05 | MB | Review NJ DEP complaint against debtor in connection with assessment of motion to expand scope of Pitney Hardin as counsel to debtors | 26 | 1.80 | $500.00 | $900.00 |
| 8/2/05 | MB | Review filed version of motion authorizing acquisition of Single-Site Catalysts for conformity with draft | 26 | 0.80 | $500.00 | $400.00 |
| 8/2/05 | MB | Review and analyze draft of asset purchase agreement in connection with assessment of Single-Site Catalyst acquisition | 26 | 2.40 | $500.00 | $1,200.00 |

# W.R. Grace

**Schedule B**

**Services Rendered during the Period:   August 1, 2005 through August 31, 2005**

| Date | | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 8/2/05 | MB | Review motion authorizing debtors to enter into settlement agreements with certain tax authorities | 26 | 2.10 | $500.00 | $1,050.00 |
| 8/3/05 | LT | Review engagement status and timetable for completion of work in progress | 26 | 0.70 | $550.00 | $385.00 |
| 8/8/05 | JS | Conference call with Company re competing bids for specialty polymer business for due diligence and estate optimization for POR. | 26 | 0.60 | $515.00 | $309.00 |
| 8/8/05 | JS | Draft questions for conference call with Company on 8/9/05 for due diligence and valuation. | 26 | 0.90 | $515.00 | $463.50 |
| 8/8/05 | MB | Review 8/5/04 Calendar of Critical Events and plan for upcoming events | 26 | 0.40 | $500.00 | $200.00 |
| 8/8/05 | MB | Review and analyze bid letter from prospective buyer related to Specialty Polymer Business sale motion | 26 | 0.70 | $500.00 | $350.00 |
| 8/8/05 | MB | Review details of Specialty Polymer Business sale motion in preparation for conference call with debtor | 26 | 1.10 | $500.00 | $550.00 |
| 8/8/05 | MB | Participate in conference call with debtor to discuss bid for Specialty Polymer Business | 26 | 0.70 | $500.00 | $350.00 |
| 8/8/05 | MB | Discuss status of motions pending for upcoming omnibus hearing with ACC counsel | 26 | 0.70 | $500.00 | $350.00 |
| 8/9/05 | JS | Conference call with Company to review 2nd Quarter 2005 results and 2005 outlook for due diligence and valuation. | 26 | 0.80 | $515.00 | $412.00 |
| 8/9/05 | JS | Discuss with Prills conference call and 2nd Quarter 2005 results for memorandum to counsel and ACC for monitoring at request of counsel. | 26 | 0.40 | $515.00 | $206.00 |
| 8/9/05 | MB | Summarize issues resulting from conference call with management to discuss second quarter operating performance | 26 | 0.80 | $500.00 | $400.00 |
| 8/9/05 | MB | Review Intercat patent infringement complaint in connection with assessment of Intercat Settlement motion | 26 | 1.00 | $500.00 | $500.00 |
| 8/9/05 | MB | Review Intercat unopposed motion to intervene as defendant in connection with assessment of Intercat Settlement motion | 26 | 1.40 | $500.00 | $700.00 |
| 8/9/05 | AP | Participated in conference call with the company's financial management team to review the second quarter results of the business. | 26 | 0.80 | $350.00 | $280.00 |
| 8/9/05 | AP | Prepared schedule for Grace to analyze the YTD sales by business division excluding currency translation gains and the impact that currency has had on the results of the business. | 26 | 1.70 | $350.00 | $595.00 |
| 8/9/05 | AP | Prepared Grace statement of operations comparison schedule to analyze the YTD performance of the company versus plan. | 26 | 0.80 | $350.00 | $280.00 |
| 8/9/05 | AP | Prepared Grace balance sheet schedule to analyze changes in the key balanced since December 31, 2004 and the impact of the operations of the business. | 26 | 1.00 | $350.00 | $350.00 |
| 8/9/05 | AP | Prepared Grace cash flow statement schedule to analyze the YTD sources and uses of cash and the major driver of the change in the cash balance. | 26 | 1.00 | $350.00 | $350.00 |
| 8/9/05 | AP | Prepared updates to the Grace second quarter financial review summary exhibits for counsel to use the latest quarter information. | 26 | 1.20 | $350.00 | $420.00 |
| 8/10/05 | AP | Prepared the Grace second quarter rolling twelve month analysis to analyze the performance of the business units and the trends within the business operations. | 26 | 1.80 | $350.00 | $630.00 |
| 8/10/05 | AP | Prepared the W.R. Grace second quarter operating review charts to analyze the specific trends within the business versus prior quarters and how the most recent quarter compares with plan and 2005 likely estimates. | 26 | 2.00 | $350.00 | $700.00 |
| 8/10/05 | AP | Prepared schedule of Grace's key statement of operations line items and the percent of net sales for each item for the prior four quarters to analyze changes in the trends of the business. | 26 | 1.20 | $350.00 | $420.00 |
| 8/11/05 | MB | Discuss details of Intercat Settlement with debtor in connection with assessment of motion | 26 | 0.50 | $500.00 | $250.00 |

# W.R. Grace                                                    Schedule B

### Services Rendered during the Period:  August 1, 2005 through August 31, 2005

| Date | | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 8/11/05 | MB | Summarize results of discussion with debtor pertaining to Intercat Settlement | 26 | 1.00 | $500.00 | $500.00 |
| 8/11/05 | MB | Review draft of Settlement Agreement in connection with assessment of Intercat Settlement Agreement | 26 | 2.20 | $500.00 | $1,100.00 |
| 8/11/05 | MB | Review definitions section of Intercat Settlement Agreement provided by debtor | 26 | 0.50 | $500.00 | $250.00 |
| 8/11/05 | MB | Review Option Agreement of Intercat Settlement Agreement | 26 | 1.10 | $500.00 | $550.00 |
| 8/11/05 | MB | Review Model License Agreement of Option Agreement in connection with assessment of Intercat Settlement motion | 26 | 1.00 | $500.00 | $500.00 |
| 8/11/05 | MB | Draft memorandum for ACC counsel summarizing merits of Intercat Settlement | 26 | 2.00 | $500.00 | $1,000.00 |
| 8/12/05 | AP | Prepared schedule to analyze the components of the year-over-year change in sales for each Grace business segment to analyze the change and compare with the prior quarter's change. | 26 | 2.10 | $350.00 | $735.00 |
| 8/12/05 | AP | Prepared summary of the key financial trends for Grace to analyze the trends versus the Grace 2005 operating plan as part of the mid-year analysis of the company. | 26 | 2.20 | $350.00 | $770.00 |
| 8/15/05 | MB | Review 8/12/04 Calendar of Critical Events and plan for upcoming events | 26 | 0.50 | $500.00 | $250.00 |
| 8/15/05 | MB | Review and analyze bid letter from prospective buyer related to Specialty Polymer Business sale motion | 26 | 0.70 | $500.00 | $350.00 |
| 8/17/05 | MB | Review and analyze first quarter treasury report in connection with monitoring liquidity | 26 | 1.10 | $500.00 | $550.00 |
| 8/22/05 | MB | Review 8/19/04 Calendar of Critical Events and plan for upcoming events | 26 | 0.40 | $500.00 | $200.00 |
| 8/24/05 | LT | Prepare engagement status report and timetable for completion of WIP for ACC counsel | 26 | 0.50 | $550.00 | $275.00 |
| 8/24/05 | JS | Discuss with Berkin pending filing of Motion on Project Omega for retention of Bear, Stearns for recommendation to counsel whether to object. | 26 | 0.30 | $515.00 | $154.50 |
| 8/26/05 | AP | Prepared additional summary analysis of Grace's YTD operating profit and margins to analyze the performance of each business segment as part of the second quarter operating review. | 26 | 1.60 | $350.00 | $560.00 |
| 8/26/05 | AP | Prepared Grace sales bullet points for the second quarter financial review for counsel to analyze the sales performance of the company and business segments YTD. | 26 | 1.10 | $350.00 | $385.00 |
| 8/26/05 | AP | Prepared the Grace EBITDA bullet points section of the Q2 operating review for counsel to detail the operating margins of the business and how it compares with plan. | 26 | 1.50 | $350.00 | $525.00 |
| 8/26/05 | AP | Prepared the Grace regional performance summary of the second quarter operating review for counsel to analyze the performance of the company in the key regions. | 26 | 1.30 | $350.00 | $455.00 |
| 8/26/05 | AP | Prepared the Grace balance sheet and cash analysis bullet points in the second quarter operating review to analyze any changes in key balances during the quarter and the change in YTD cash. | 26 | 1.10 | $350.00 | $385.00 |
| 8/26/05 | AP | Prepared the bullet points regarding the Grace stock price and any material changes in the price since the petition date to analyze the market capitalization of the company. | 26 | 1.00 | $350.00 | $350.00 |
| 8/26/05 | AP | Prepared the Grace executive summary bullet points to highlight the key operating figures YTD and any material changes in the company as of June 30, 2005. | 26 | 2.00 | $350.00 | $700.00 |
| 8/29/05 | RM | Review affidavit and market conditions prior to hearing | 26 | 1.10 | $500.00 | $550.00 |
| 8/29/05 | MB | Review 8/26/04 Calendar of Critical Events and plan for upcoming events | 26 | 0.40 | $500.00 | $200.00 |
| 8/30/05 | JS | Advise counsel of status of acquisition and Bear, Stearns retention for due diligence and possible objection. | 26 | 0.30 | $515.00 | $154.50 |

# W.R. Grace

**Schedule B**

## Services Rendered during the Period: August 1, 2005 through August 31, 2005

| Date | | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| | | **TOTAL Category 26: Business Analysis** | | **64.00** | | **$28,383.50** |
| 8/3/05 | JS | Commence review and analysis of Financial Briefing from Company in preparation for conference call with Company on 8/9/05 for due diligence and valuation. | 28 | 1.50 | $515.00 | $772.50 |
| 8/4/05 | MB | Analyze projected financial returns associated with Project Gamma acquisition | 28 | 1.20 | $500.00 | $600.00 |
| 8/4/05 | MB | Analyze income statement, balance sheet and cash flows association with Project Gamma | 28 | 1.80 | $500.00 | $900.00 |
| 8/6/05 | AP | Reviewed W.R. Grace press articles to analyze the business during the prior week and any material announcements by the company. | 28 | 1.00 | $350.00 | $350.00 |
| 8/8/05 | JS | Review, analyze 2nd Quarter 2005 10-Q in preparation for conference call with Company on 8/9/05 for due diligence and valuation. | 28 | 3.20 | $515.00 | $1,648.00 |
| 8/8/05 | JS | Review, analyze Executive Summary for 2nd Quarter 2005 in preparation for conference call with Company on 8/9/05 for due diligence and valuation. | 28 | 3.00 | $515.00 | $1,545.00 |
| 8/8/05 | JS | Review, analyze new offer of Elcat and current offer of SanCap for specialty polymer business of Grace in preparation for conference call with Company for due diligence. | 28 | 1.70 | $515.00 | $875.50 |
| 8/8/05 | MB | Review and analyze second quarter financial briefing presentation in preparation for conference call with management | 28 | 2.20 | $500.00 | $1,100.00 |
| 8/8/05 | MB | Prepare issues pertaining to second quarter financial briefing in preparation for conference call | 28 | 1.20 | $500.00 | $600.00 |
| 8/9/05 | JS | Discuss with Wright revisions to spread sheet comparison of Grace operating metrics in preparation for conference call with Company on 8/9/05 for due diligence and valuation. | 28 | 0.30 | $515.00 | $154.50 |
| 8/9/05 | JS | Continue review of 2nd Quarter 2005 10-Q, Executive Summary and Financial Briefing, draft further questions for conference call with Company on 8/9/05 for due diligence and valuation. | 28 | 1.50 | $515.00 | $772.50 |
| 8/9/05 | JS | Review, analyze Wright's revised spread sheet comparisons of operating metrics for conference call for due diligence and valuation. | 28 | 0.50 | $515.00 | $257.50 |
| 8/9/05 | JS | Further review of 2nd Quarter 2005 10-Q and Executive Summary for due diligence and valuation. | 28 | 1.20 | $515.00 | $618.00 |
| 8/9/05 | MB | Participate in conference call with debtor to discuss second quarter operating performance | 28 | 0.70 | $500.00 | $350.00 |
| 8/9/05 | AP | Reviewed the W.R. Grace financial briefing prepared by the company to analyze the second quarter's performance and prepare questions for the conference call with the company's financial management team. | 28 | 1.40 | $350.00 | $490.00 |
| 8/9/05 | AP | Reviewed Grace financial statements relating to the second quarter and YTD results to analyze the profitability of each business unit and how it compares with plan as preparation for the conference call with the company. | 28 | 1.10 | $350.00 | $385.00 |
| 8/9/05 | AP | Reviewed the Grace notes regarding the cash flow statement to analyze management's comments regarding the change in the cash position during the quarter. | 28 | 1.30 | $350.00 | $455.00 |
| 8/9/05 | AP | Reviewed comparison of Grace's second quarter results with that of comparable companies to analyze the profitability of the business versus its peers. | 28 | 1.50 | $350.00 | $525.00 |
| 8/9/05 | AP | Reviewed the trailing twelve month financial figures for Grace to analyze the rolling performance of the company and the trend in margins. | 28 | 0.60 | $350.00 | $210.00 |
| 8/10/05 | AP | Reviewed Grace's YTD EBITDA margin to analyze the changes in the margin versus the prior month and how it compares with the gross margin trend. | 28 | 1.30 | $350.00 | $455.00 |
| 8/10/05 | AP | Reviewed Grace's Selling, General and Administrative costs as a percent of net sales to analyze the trend for each business unit and the impact on the EBITDA margin of the businesses. | 28 | 0.70 | $350.00 | $245.00 |

# W.R. Grace                                                          Schedule B

### Services Rendered during the Period:   August 1, 2005 through August 31, 2005

| Date | | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 8/10/05 | AP | Reviewed detail provided regarding the cash proceeds from the settlement with certain insurance carrier groups to analyze the value provided to Grace and the reasons for the settlement amounts. | 28 | 0.90 | $350.00 | $315.00 |
| 8/10/05 | AP | Reviewed W.R. Grace Executive Summary sections regarding updates to the bankruptcy process and liabilities subject to compromise to analyze any updated comments from the company's management as part of the second quarter review. | 28 | 2.10 | $350.00 | $735.00 |
| 8/10/05 | AP | Reviewed additional press releases regarding Grace's second quarter results to analyze the marketplace's reaction to reported results. | 28 | 0.80 | $350.00 | $280.00 |
| 8/10/05 | AP | Reviewed financial summaries provided in the Grace Executive Summary book to analyze the detail provided by the company regarding what drove the profitability in each business for the quarter. | 28 | 2.20 | $350.00 | $770.00 |
| 8/11/05 | AP | Reviewed the Grace Executive Summary section regarding the year-to-date results of the business to analyze management's comments regarding the industry and the impact of the marketplace trends on Grace's results. | 28 | 1.60 | $350.00 | $560.00 |
| 8/12/05 | AP | Reviewed the Grace executive summary section regarding Davison Chemicals to analyze the performance of the business YTD and management's comments regarding results relative to the prior year. | 28 | 1.20 | $350.00 | $420.00 |
| 8/12/05 | AP | Reviewed the Grace executive summary section regarding Performance Chemicals to analyze the performance of the business YTD and management's comments regarding results relative to the prior year. | 28 | 1.10 | $350.00 | $385.00 |
| 8/12/05 | AP | Reviewed the Grace section of the executive summary regarding the noncore items YTD and the impact to the report results of the business to analyze the impact. | 28 | 0.90 | $350.00 | $315.00 |
| 8/12/05 | AP | Reviewed the Grace six month performance scorecard to analyze what is driving the increase in sales and Earning Before Interest and Taxes versus the prior year and the magnitude of each component. | 28 | 1.00 | $350.00 | $350.00 |
| 8/12/05 | AP | Reviewed the Grace trailing twelve month analysis provided by the company to analyze the recent trends of both the Davison and Performance Chemicals business segments. | 28 | 1.00 | $350.00 | $350.00 |
| 8/12/05 | AP | Reviewed the Grace executive summary section regarding legacy liabilities to analyze any changes in the company's liabilities and any updates regarding the Montana issue. | 28 | 0.90 | $350.00 | $315.00 |
| 8/15/05 | AP | Reviewed the financial statements in the Grace second quarter 2005 10Q filing to analyze the company's reported results for both the quarter and YTD. | 28 | 1.00 | $350.00 | $350.00 |
| 8/15/05 | AP | Reviewed the Grace 10Q section regarding updates on the bankruptcy process to analyze any additional comments by the company's management team regarding the process. | 28 | 1.50 | $350.00 | $525.00 |
| 8/15/05 | AP | Reviewed the Grace 10Q section regarding liabilities subject to compromise | 28 | 1.30 | $350.00 | $455.00 |
| 8/15/05 | AP | Reviewed management's notes in the second quarter 10Q filing regarding the Performance Chemicals business to analyze commentary regarding the marketplace and results for the business. | 28 | 1.20 | $350.00 | $420.00 |
| 8/15/05 | AP | Reviewed management's notes in the second quarter 10Q filing regarding the Davison Chemicals business to analyze commentary regarding the marketplace and results for the business. | 28 | 1.00 | $350.00 | $350.00 |
| 8/15/05 | AP | Reviewed the notes of the Grace Q2 SEC 10Q filing regarding the market environment and consolidated results to analyze how the business is performing relative to plan. | 28 | 1.20 | $350.00 | $420.00 |
| 8/17/05 | MB | Review second quarter consolidated financial statements and related notes in connection with monitoring continuing operations | 28 | 1.80 | $500.00 | $900.00 |
| 8/17/05 | MB | Review second quarter management discussion of consolidated operations in connection with monitoring continuing operations | 28 | 1.20 | $500.00 | $600.00 |
| 8/17/05 | MB | Review second quarter combined Ch 11 filing entity statements in connection with monitoring continuing operations | 28 | 0.60 | $500.00 | $300.00 |

# W.R. Grace                                                     Schedule B

**Services Rendered during the Period:   August 1, 2005 through August 31, 2005**

| Date | | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 8/17/05 | MB | Review supplementary financial information included in second quarter financial advisory executive summary in connection with monitoring continuing operations | 28 | 2.50 | $500.00 | $1,250.00 |
| 8/30/05 | AP | Reviewed the executive summary section of the Grace second quarter operating review presentation to analyze the summary points and determine whether additional information is required. | 28 | 0.60 | $350.00 | $210.00 |
| | | **TOTAL  Category  28:  Data Analysis** | | **56.50** | | **$23,883.50** |
| | | **TOTAL   Schedule B:** | | **180.20** | | **$72,683.50** |

# W.R. Grace

**Schedule C**

**Summary of Expenses Incurred by L Tersigni Consulting P.C.**
**Accountant and Financial Advisor**

| **Descriptions** | **Amount** |
|---|---:|
| Telephone | $43.35 |
| Xerox   ( 826 @ $0.10 per page) | $82.60 |
| **Total Expenses incurred from August 1-31, 2005** | $125.95 |