WR Grace 01-1139
Notice Parties

Warren H. Smith
Warren H. Smith & Associates P.C.
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201

**HAND DELIVERY**
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub
919 Market Street, Suite 1600
Wilmington, DE 19801

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue
Wilmington, DE 19801

Lewis Kruger, Esquire
Stroock Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

**HAND DELIVERY**
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1426

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

**HAND DELIVERY**
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022

Philip Bently, Esquire
Kramer, Levin, Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esquire
Klett Rooney Leber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**HAND DELIVERY**
David Klauder
Office of the U.S. Trustee
844 King Street, Room 2311
Wilmington, DE 19801

{D0008060:1 }