# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

|  |  |
|---|---|
| c/o Peter Vanlockwood, Esq.<br>Caplin & Drysdale<br>One Thomas Circle<br>Washington, DC 20005 | DATE: August 31, 2005<br>MATTER: 100055.WRG01<br>INVOICE: 202173 |

**MATTER:** CLAIMANTS COMMITTEE      Robert M Horkovich

## INVOICE SUMMARY

| | |
|---|---:|
| Professional Services: | 11,192.50 |
| Costs: | 0.00 |
| Total Current Invoice: | $11,192.50 |
| **TOTAL AMOUNT DUE:** | **$11,192.50** |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:    100055.WRG01

August 31, 2005                                INVOICE:        202173

MATTER:  CLAIMANTS COMMITTEE

**PROFESSIONAL SERVICES through 07/31/05**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/18/05 | Research for coverage charts and list of insurance policies (2.50). Updated files in new matter (.50) | W001 | NJB | **3.00** |
| 07/18/05 | Attention to coverage information. Attempt to gather same. | W001 | RMH | **0.50** |
| 07/20/05 | Begin review/organization of insurance policy register for purpose of creating coverage chart. | W001 | GFF | **2.60** |
| 07/20/05 | Began process of analyzing & re-sorting Excel spreadsheet to better present coverage picture (1.50); initial mock-ups of coverage charts manually created (2.50). | W001 | HEG | **4.00** |
| 07/21/05 | Assist Harris Gershman in creation of color coverage chart with review/organization of insurance policy register. | W001 | GFF | **3.40** |
| 07/21/05 | Continued work on Policy Index resorts and transferral to Corel Chart mock-ups for K. Samet finalization | W001 | HEG | **5.00** |
| 07/22/05 | Review policy register to determine non-settled companies, their business group and insolvents (1.0); conference with H. Gershman re: same (.40); assist H. Gershman in creation of color coverage chart with review/organization/revision of policy register (3.80). | W001 | GFF | **5.20** |
| 07/22/05 | Additional work on corel coverage chart mock-ups breaking out and reconciling certain coverage layers and participants (4.0); manually constructed mock-ups nearly completed (1.0) | W001 | HEG | **5.00** |
| 07/22/05 | Spoke to Harris Gershman and helped to review insurance policy information. | W001 | IF | **0.50** |
| 07/25/05 | Continue review of non-settled policies to determine current name/group membership of insurance companies (2.50); assist Harris Gershman in preparation of color coverage chart re: review/analysis of policy register (1.40). | W001 | GFF | **3.90** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:     100055.WRG01

August 31, 2005                                INVOICE:        202173

MATTER:  CLAIMANTS COMMITTEE

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/25/05 | Ongoing process of creating necessary Excel subset spreads to better understand the unsettled insurance company picture (2.40); some final manual input of coverage info on corel mock-ups (.60) | W001 | HEG | **3.00** |
| 07/26/05 | Assist and review initial Corel color charting with K. Samet | W001 | HEG | **1.00** |
| 07/26/05 | Create new color-coded insurance chart. | W001 | KS | **2.00** |
| 07/27/05 | Additional review, corrections and edits for Corel color coverage charts as requested | W001 | HEG | **1.00** |
| 07/27/05 | Continue to create new color-coded insurance chart. | W001 | KS | **5.00** |
| 07/28/05 | Continued work on creation of multi-panel color coverage chart depicting unsettled insurance companies | W001 | HEG | **5.00** |
| 07/28/05 | Meeting to discuss Sphere/Drake & Orion and other LMCs participation in WR Grace coverage picture and strategy for possibly pursuing claims filings as necessary | W001 | HEG | **0.50** |
| 07/28/05 | Continue to create new color-coded insurance chart. | W001 | KS | **2.50** |
| 07/29/05 | Additional charting research, calculations and editing as necessary | W001 | HEG | **1.00** |
| 07/29/05 | Review status of Grace and Sphere Drake; conference with Gershman; review E-mails | W001 | RMK | **0.60** |

**TOTAL FEES:**                                                                   **11,192.50**

## FEE SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Glenn F Fields | 250.00 | 15.10 | **3,775.00** |
| Harris E Gershman | 190.00 | 25.50 | **4,845.00** |
| Izak Feldgreber | 210.00 | 0.50 | **105.00** |
| Kathleen Samet | 150.00 | 9.50 | **1,425.00** |

{D0048221:1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

W.R. GRACE/CLAIMANTS COMMITTEE                     MATTER:       100055.WRG01

August 31, 2005                                     INVOICE:        202173

MATTER:  CLAIMANTS COMMITTEE

|                      | **RATE** | **HOURS** | **TOTALS** |
|----------------------|---------:|----------:|-----------:|
| Nicholas J Balsdon   |   130.00 |      3.00 |   **390.00** |
| R M Keenan           |   525.00 |      0.60 |   **315.00** |
| Robert M Horkovich   |   675.00 |      0.50 |   **337.50** |
| **TOTAL FEES:**      |          |           | **11,192.50** |

**TOTAL DUE:**                                                 **$11,192.50**

{D0048221:1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                             **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:         100055.WRG01

August 31, 2005                                   INVOICE:           202173

**MATTER:**  CLAIMANTS COMMITTEE

# REMITTANCE COPY

| | |
|---|---:|
| Professional Services: | 11,192.50 |
| Costs: | 0.00 |
| Total Current Invoice: | $11,192.50 |
| **TOTAL AMOUNT DUE:** | **$11,192.50** |

THIS INVOICE IS PAYABLE UPON RECEIPT.

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.

{D0048221:1 }