# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                  **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

|  |  |
|---|---|
| c/o Peter Vanlockwood, Esq.<br>Caplin & Drysdale<br>One Thomas Circle<br>Washington, DC 20005 | DATE:  September 27, 2005<br>MATTER:         100055.WRG01<br>INVOICE:                   202839 |

**MATTER:**  CLAIMANTS COMMITTEE                                                                  Robert M Horkovich

## INVOICE SUMMARY

| | |
|---|---:|
| Professional Services: | 5,035.50 |
| Costs: | 169.64 |
| Total Current Invoice: | $5,205.14 |
| Outstanding Balance From Prior Invoices (See Listing): | 11,192.50 |
| **TOTAL AMOUNT DUE:** | **$16,397.64** |

{D0049632:1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000** **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

September 27, 2005                                              INVOICE:            202839

**MATTER:**  CLAIMANTS COMMITTEE

## INVOICE LIST

| INVOICE | DATE | INVOICE TOTAL |
|---|---|---|
| 202173 | 08/31/05 | 11,192.50 |

**OUTSTANDING BALANCE FROM PRIOR INVOICES:**            **$      11,192.50**

{D0049632:1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:    100055.WRG01

September 27, 2005                             INVOICE:      202839

MATTER:  CLAIMANTS COMMITTEE

**PROFESSIONAL SERVICES through 08/31/05**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/01/05 | Continued work on Solvent/Insolvent, Settled/Unsettled Excel & Corel chart creation | W001 | HEG | **4.00** |
| 08/01/05 | Revisions to color-coded insurance charts. | W001 | KS | **2.50** |
| 08/02/05 | Additional edits to Excel & Corel charts needed | W001 | HEG | **1.50** |
| 08/02/05 | Revisions to color-coded insurance charts | W001 | KS | **1.00** |
| 08/02/05 | Researched and communications with parties involved in case regarding removal of J. Glatzer from service list per his request | W001 | NEJ | **1.60** |
| 08/05/05 | Additional data reconfiguring to better break out issues | W001 | HEG | **2.00** |
| 08/08/05 | Conference with H. Gershman re: asbestos exclusion issues policy chart revision. | W001 | GFF | **0.40** |
| 08/08/05 | Requested reworking of Excel data and Corel color charts to better reflect core targets: Unsettled/Solvent Ins. Cos. | W001 | HEG | **3.50** |
| 08/08/05 | Revisions to color-coded insurance charts | W001 | KS | **1.50** |
| 08/09/05 | Continued work on data reshuffle to breakout solvent/unsettled insurance companies. | W001 | HEG | **2.00** |
| 08/16/05 | Continued reworking of Excel spreadsheets and Corel color charts to best reflect target areas of concern | W001 | HEG | **2.50** |
| 08/16/05 | Attention to schedule of solvent unsettled policies without pollution exclusions. | W001 | RMH | **0.50** |
| 08/17/05 | Continued reworking of insurance company participation data to isolate solvent/unsettled target companies per RMH. | W001 | HEG | **1.50** |
| 08/24/05 | Created chart for tracking fee application payments | W011 | KSF | **0.50** |
| 08/25/05 | Edited accounting bill for fee application | W011 | KSF | **0.60** |
| 08/26/05 | Made additional edits to accounting bill for July fee application, communicated same to accounting department for changes in bill | W011 | KSF | **0.40** |

{D0049632:1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

W.R. GRACE/CLAIMANTS COMMITTEE                              MATTER:        100055.WRG01

September 27, 2005                                          INVOICE:            202839

MATTER:  CLAIMANTS COMMITTEE

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/31/05 | Made final edits to accounting bill and communicated same to Campbell & Levine for preparation and filing of July fee application | W011 | KSF | **0.50** |

**TOTAL FEES:**                                                                                                 **5,035.50**

## FEE SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Glenn F Fields | 250.00 | 0.40 | **100.00** |
| Harris E Gershman | 190.00 | 17.00 | **3,230.00** |
| Karen S Frankel | 185.00 | 2.00 | **370.00** |
| Kathleen Samet | 150.00 | 5.00 | **750.00** |
| Noelia E Jaramillo | 155.00 | 1.60 | **248.00** |
| Robert M Horkovich | 675.00 | 0.50 | **337.50** |
| **TOTAL FEES:** |  |  | **5,035.50** |

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001     Asset Analysis and Recovery

|  | HOURS | TOTALS |
|---|---|---|
| Glenn F Fields | 0.40 | **100.00** |
| Harris E Gershman | 17.00 | **3,230.00** |
| Kathleen Samet | 5.00 | **750.00** |
| Noelia E Jaramillo | 1.60 | **248.00** |
| Robert M Horkovich | 0.50 | **337.50** |
| **TOTAL:** | **24.50** | **4,665.50** |

ACTIVITY CODE: W011     Fee Applications (Applicant)

{D0049632:1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                            **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
|---|---|---|---|
| September 27, 2005 | | INVOICE: | 202839 |

MATTER:  CLAIMANTS COMMITTEE

|  | HOURS | TOTALS |
|---|---:|---:|
| Karen S Frankel | 2.00 | 370.00 |
| **TOTAL:** | **2.00** | **370.00** |

### COSTS through 08/31/05

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 08/01/05 | AIRFREIGHT | | 10.60 |
| 08/01/05 | AIRFREIGHT | E107 | 13.35 |
| 08/01/05 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 08/10/05 | AIRFREIGHT | E107 | 50.91 |
| 08/10/05 | AIRFREIGHT | e107 | 60.19 |
| 08/10/05 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 08/31/05 | AP - PHOTOCOPYING - - - VENDOR: COMPLETE COPY CENTER INC. Color reproductions of insurance coverage charts | E101 | 32.59 |
| **TOTAL COSTS:** | | | **169.64** |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| AF | AIRFREIGHT | 135.05 |
| XE | DI - PHOTOCOPYING - | 2.00 |
| XX | AP - PHOTOCOPYING - | 32.59 |
|  | **TOTAL COSTS:** | **169.64** |
|  | **TOTAL DUE:** | **$5,205.14** |

{D0049632:1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:    100055.WRG01 |
| September 27, 2005 | INVOICE:    202839 |

**MATTER:**  CLAIMANTS COMMITTEE

## REMITTANCE COPY

| | |
|---|---:|
| Professional Services: | 5,035.50 |
| Costs: | 169.64 |
| Total Current Invoice: | $5,205.14 |
| Outstanding Balance From Prior Invoices: | 11,192.50 |
| **TOTAL AMOUNT DUE:** | **$16,397.64** |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

{D0049632:1 }