# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                            **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

c/o Peter Vanlockwood, Esq.                              DATE:       October 28, 2005
Caplin & Drysdale                                        MATTER:     100055.WRG01
One Thomas Circle
Washington, DC 20005                                     INVOICE:    ******

**MATTER:** CLAIMANTS COMMITTEE                          Robert M Horkovich

## INVOICE SUMMARY

| | |
|---|---:|
| Professional Services: | 120.00 |
| Costs: | 17.11 |
| Total Current Invoice: | $137.11 |
| Outstanding Balance From Prior Invoices (See Listing): | 16,397.64 |
| **TOTAL AMOUNT DUE:** | **$16,534.75** |

*DRAFT*

{D0050815:1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                               **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

October 28, 2005                                                          INVOICE:              ******

**MATTER:**  CLAIMANTS COMMITTEE

## INVOICE LIST

| INVOICE | DATE | INVOICE TOTAL |
|---|---|---|
| 202173 | 08/31/05 | 11,192.50 |
| 202839 | 09/27/05 | 5,205.14 |
| **OUTSTANDING BALANCE FROM PRIOR INVOICES:** | | **$    16,397.64** |

{D0050815:1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:    100055.WRG01

October 28, 2005                               INVOICE:          ******

MATTER:  CLAIMANTS COMMITTEE

**PROFESSIONAL SERVICES through 09/30/05**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/26/05 | Edited accounting bill for August fee application | W011 | KSF | **0.50** |
| 09/29/05 | Made final edits to August invoice and communicated same to Campbell & Levine for preparation and filing of August 2005 fee application. | W011 | KSF | **0.30** |

**TOTAL FEES:**                                                                **120.00**

**FEE SUMMARY**

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Karen S Frankel | 150.00 | 0.80 | **120.00** |
| **TOTAL FEES:** | | | **120.00** |

**SUMMARY OF SERVICES BY ACTIVITY**

**THIS BILLING PERIOD**

ACTIVITY CODE: W011    Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---|---|
| Karen S Frankel | 0.80 | **120.00** |
| **TOTAL:** | **0.80** | **120.00** |

**COSTS through 09/30/05**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 09/13/05 | AP - PHOTOCOPYING - - - VENDOR: COMPLETE COPY CENTER INC. Color xerox reproductions of insurance coverage charts | E101 | **17.11** |

**TOTAL COSTS:**                                                               **17.11**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

| | | |
|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| October 28, 2005 | INVOICE: | ****** |

MATTER:  CLAIMANTS COMMITTEE

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| XX | AP - PHOTOCOPYING - | **17.11** |
| | **TOTAL COSTS:** | **17.11** |
| | **TOTAL DUE:** | **$137.11** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

October 28, 2005                                  INVOICE:           ******

**MATTER:**   CLAIMANTS COMMITTEE

# REMITTANCE COPY

| | |
|---|---:|
| Professional Services: | 120.00 |
| Costs: | 17.11 |
| Total Current Invoice: | $137.11 |
| Outstanding Balance From Prior Invoices: | 16,397.64 |
| **TOTAL AMOUNT DUE:** | **$16,534.75** |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

{D0050815:1 }