```
Date: 09/14/05              Legal Analysis Systems, Inc.
Time: 10:00am                                                              Page 1


                     W. R. Grace, Inc. % Elihu Inselbuch
                     Caplin & Drysdale
                     399 Park Avenue, 27th Floor
                     New York, New York 10022


Date/Slip# Description                                       HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 08/03/05  Peterson   / (07) Committee, Creditors'                 1.6     960.00
 #1501     Telephone Finch (.1) to discuss transcripts of prior  600.00
           testimony; review files for transcripts (1.5)

 08/11/05  Peterson   / (07) Committee, Creditors'                 0.4     240.00
 #1505     Telephone Finch to discuss debtor's data collection   600.00
           proposal

 08/12/05  Ebener     / (07) Committee, Creditors'                 1.0     275.00
 #2003     Conference call: Lockwood, Finch, Peterson, Relles    275.00
           re: Proposed questionnaire and data collection plan

 08/12/05  Peterson   / (07) Committee, Creditors'                 1.0     600.00
 #1507     Telephone conference call: Lockwood, Finch, Ebener,   600.00
           Relles re: proposed questionnaire

 08/12/05  Relles     / (07) Committee, Creditors'                 1.0     375.00
 #1703     Telephone conference call: Lockwood, Finch, Ebener,   375.00
           Peterson re: proposed questionnaire
```

{D0049003:1 }

```
Date: 09/14/05              Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 2

                    W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 08/08/05  Ebener    / (28) Data Analysis                        1.0   275.00
 #2001     Review proposed questionnaire and draft management  275.00
           order

 08/11/05  Ebener    / (28) Data Analysis                        0.5   137.50
 #2002     Telephone Peterson to discuss debtor's proposal for 275.00
           collecting claims data

 08/11/05  Peterson  / (28) Data Analysis                        3.0  1800.00
 #1502     Review debtor's data collection proposal            600.00

 08/11/05  Peterson  / (28) Data Analysis                        0.5   300.00
 #1503     Telephone Relles to discuss debtor's proposal for   600.00
           collecting claims data

 08/11/05  Peterson  / (28) Data Analysis                        0.5   300.00
 #1504     Telephone Ebener to discuss debtor's proposal for   600.00
           collecting claims data

 08/11/05  Relles    / (28) Data Analysis                        1.0   375.00
 #1701     review Grace's proposed survey                      375.00

 08/11/05  Relles    / (28) Data Analysis                        2.0   750.00
 #1702     develop response to proposed questionnaire          375.00

 08/12/05  Peterson  / (28) Data Analysis                        2.6  1560.00
 #1506     Review debtor's data collection proposal and prepare 600.00
           for conference call

 08/12/05  Peterson  / (28) Data Analysis                        0.6   360.00
 #1508     Review Texas MDL discovery requirements             600.00

 08/12/05  Relles    / (28) Data Analysis                        1.5   562.50
 #1704     notes on response to proposed questionnaire,        375.00
           preparation for conference call

 08/13/05  Peterson  / (28) Data Analysis                        3.5  2100.00
 #1509     Review debtor's filings re: data issues and data    600.00
           collection

 08/15/05  Peterson  / (28) Data Analysis                        1.8  1080.00
 #1510     Work on response to proposed data collection        600.00
```

{D0049003:1 }

```
Date: 09/14/05             Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 3

                       W. R. Grace


Date/Slip# Description                                   HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
08/15/05   Peterson   / (28) Data Analysis                      0.2    120.00
#1511      Telephone Brown (GAO) re: costs of alternative    600.00
           methods for paying asbestos claims; assemble and
           send materials

08/16/05   Peterson   / (28) Data Analysis                      1.2    720.00
#1512      Review documents about burdens and adequacy of    600.00
           claims data collection processes

08/17/05   Peterson   / (28) Data Analysis                      0.9    540.00
#1513      Review documents about claims data collection    600.00
           processes

08/19/05   Peterson   / (28) Data Analysis                      1.3    780.00
#1514      Review correspondence re: proposed data collection 600.00

08/19/05   Peterson   / (28) Data Analysis                      2.4   1440.00
#1515      Review data collection proposal                   600.00

08/20/05   Ebener     / (28) Data Analysis                      1.0    275.00
#2004      Prepare critique of proposed questionnaire (review 275.00
           prior POC memos)

08/23/05   Peterson   / (28) Data Analysis                      2.0   1200.00
#1516      Review materials on sampling                      600.00

08/25/05   Peterson   / (28) Data Analysis                      3.6   2160.00
#1517      Work on response to debtors proposed data collection 600.00

08/26/05   Peterson   / (28) Data Analysis                      0.2    120.00
#1518      Read correspondence re: CBO report                600.00

08/26/05   Peterson   / (28) Data Analysis                      0.3    180.00
#1519      Review CBO report on alternative methods for     600.00
           compensating asbestos claimants

08/26/05   Peterson   / (28) Data Analysis                      0.4    240.00
#1520      Work on analyses in response to CBO report        600.00

08/28/05   Ebener     / (28) Data Analysis                      1.0    275.00
#2005      Detailed review proposed questionnaire instructions 275.00

08/28/05   Peterson   / (28) Data Analysis                      0.2    120.00
#1521      Read correspondence re: CBO report                600.00
```

```
Date: 09/14/05              Legal Analysis Systems, Inc.
Time: 10:00am                                                               Page 4

                      W. R. Grace


Date/Slip# Description                                       HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
08/28/05   Peterson   / (28) Data Analysis                         0.4     240.00
#1522      Work on analyses of costs of alternative methods for  600.00
           compensating asbestos claimants

08/28/05   Peterson   / (28) Data Analysis                         0.1      60.00
#1523      Telephone Relles re: analysis of costs of             600.00
           alternative methods for compensating asbestos
           claimants

08/28/05   Relles     / (28) Data Analysis                         0.1      37.50
#1705      Telephone Peterson re: analysis of costs of           375.00
           alternative methods for compensating asbestos
           claimants

08/29/05   Peterson   / (28) Data Analysis                         0.1      60.00
#1524      telephone Relles re: pending asbestos claims          600.00

08/29/05   Peterson   / (28) Data Analysis                         0.8     480.00
#1525      Work on analyses of costs of alternative methods for  600.00
           compensating asbestos claimants

08/29/05   Relles     / (28) Data Analysis                         0.1      37.50
#1706      review and summarize HR&A numbers from OC             375.00

08/29/05   Relles     / (28) Data Analysis                         0.1      37.50
#1707      review and summarize recent filings from Manville    375.00

08/29/05   Relles     / (28) Data Analysis                         0.1      37.50
#1708      review earlier computations re: pending claims       375.00

08/29/05   Relles     / (28) Data Analysis                         0.1      37.50
#1709      telephone Peterson re: pending claims                 375.00

08/29/05   Relles     / (28) Data Analysis                         0.1      37.50
#1710      read CBO report                                       375.00

08/30/05   Peterson   / (28) Data Analysis                         2.0    1200.00
#1526      Outline response to debtors proposed data collection  600.00

08/30/05   Peterson   / (28) Data Analysis                         3.7    2220.00
#1527      Draft response to debtors proposed data collection   600.00

08/30/05   Peterson   / (28) Data Analysis                         0.1      60.00
#1528      telephone Relles re: starting analyses                600.00
```

{D0049003:1 }

```
Date: 09/14/05              Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 5

                    W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 08/30/05  Peterson   / (28) Data Analysis                       0.7    420.00
 #1529     Work on analyses of costs of alternative methods for 600.00
           compensating asbestos claimants

 08/30/05  Relles     / (28) Data Analysis                       0.1     37.50
 #1711     review old computations to determine starting point 375.00
           for analyses

 08/31/05  Peterson   / (28) Data Analysis                       0.4    240.00
 #1530     Draft preliminary memo on CBO's analysis of         600.00
           alternative methods for compensating asbestos claims
------------------------------------------------------------------------------
```

{D0049003:1 }

```
Date: 09/14/05              Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 6

                       W. R. Grace

                 Summary Of Time Charges, By Month and Activity
                       August 2005 - August 2005

   MONTH        ACTIVITY                                       HOURS     AMOUNT
   ---------------------------------------------------------------------------
   August    - (07) Committee, Creditors'                        5.0    2450.00
   August    - (28) Data Analysis                               42.2   23012.50
   August    - (99) Total                                       47.2   25462.50

   Total     - (07) Committee, Creditors'                        5.0    2450.00
   Total     - (28) Data Analysis                               42.2   23012.50
   Total     - (99) Total                                       47.2   25462.50

   ---------------------------------------------------------------------------
```

{D0049003:1 }

```
Date: 09/14/05             Legal Analysis Systems, Inc.
Time: 10:00am                                                             Page  7

                            W. R. Grace

                  Summary Of Time Charges, By Month and Person
                         August 2005 - August 2005

  MONTH       PERSON                                          HOURS      AMOUNT
 ------------------------------------------------------------------------------
  August    - Relles                                            6.2     2325.00
  August    - Peterson                                         36.5    21900.00
  August    - Ebener                                            4.5     1237.50
  August    - Total                                            47.2    25462.50

  Total     - Relles                                            6.2     2325.00
  Total     - Peterson                                         36.5    21900.00
  Total     - Ebener                                            4.5     1237.50
  Total     - Total                                            47.2    25462.50

 ------------------------------------------------------------------------------
```

{D0049003:1 }

```
Date: 09/14/05            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 8

                  W. R. Grace

         Summary Of Time Charges, By Activity, Month, and Person
                    August 2005 - August 2005

 MONTH        PERSON                              HOURS    RATE     AMOUNT
 -------------------------------------------------------------------------
 (07) Committee, Creditors'

 August    - Relles                                 1.0    375.     375.00
 August    - Peterson                               3.0    600.    1800.00
 August    - Ebener                                 1.0    275.     275.00

 (28) Data Analysis

 August    - Relles                                 5.2    375.    1950.00
 August    - Peterson                              33.5    600.   20100.00
 August    - Ebener                                 3.5    275.     962.50

-----------------------------------------------------------------------------
```

{D0049003:1 }