IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF)  *re-hearing on* |
| | ) | (Jointly Administered)  *Oct 31, 2005* |
| Debtors. | ) | |
| | ) | Re: Docket Nos. 9311, 9546, 1001, and 10837 |
| | ) | |

## ORDER DISALLOWING AND EXPUNGING ANDERSON MEMORIAL-BASED ASBESTOS PROPERTY DAMAGE CLAIMS FILED BY SPEIGHTS & RUNYAN

Upon consideration of the (1) Debtors' Thirteenth Omnibus Objection to 2,937 Unauthorized Claims Filed by the Law Firm of Speights & Runyan [Dkt. No. 9311] (the "13th Omnibus Objection"); (2) Debtors' Brief in Support of the Disallowance and Expungement of 1,900 Improper Claims Filed by the Law Firm of Speights & Runyan [Dkt. No. 9346], (3) Speights & Runyan's Response to Debtors' Brief in Support of 13th Omnibus Objection Seeking Disallowance and Expungement of 1900 Claims [Dkt. No. 10001]; and (4) Debtors' Reply Brief in Support of the Disallowance and Expungement of Improper Claims Filed by Speights & Runyan [Dkt. No. 10837] (collectively, the "S&R Related Briefs"); and the Court after hearing argument concerning the S&R Related Briefs and considering the S&R Related Briefs and

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

finding that the relief requested by the Debtors is in the best interest of the Debtors and their estates; and due and proper notice having been given with no other notice being required; and in light of the nature of the relief requested, no further notice or hearing on the S&R Related Briefs being required; and after due deliberation and sufficient cause appearing;

IT IS HEREBY ORDERED:

1. All Anderson Memorial-based out of state PD claims identified on the attached Exhibit 1 are expunged; and

2. All Anderson Memorial-based South Carolina claims identified on the attached Exhibit 2 are expunged.

Dated: November __, 2005

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

2