Exhibit 1
Anderson Memorial Out of State PD Claims

| Claim Number | Claimant Name | Building Name | Property Address |
|---|---|---|---|
| 6599 | THE MAXWELL CONVENTION CENTER | THE MAXWELL CONVENTION CENTER | 100 CIVIC CENTER TULSA OK  000074103 |
| 6620 | HARTFORD HOSPITAL MAIN BLDG & WINGS A E | HARTFORD HOSPITAL MAIN BLDG & WINGS A E | 181 EAST CEDAR STREET NEWINGTON CT  000006111 |
| | [redacted] | [redacted] | [redacted] |
| | [redacted] | [redacted] | [redacted] |
| 6869 | ST JOHN S NURSING HOME | ST JOHN S NURSING HOME | 150 HIGHLAND AVENUE ROCHESTER NY  000014620 |
| 6876 | I B M | | ROUTE 9 E FISHKILL NY  000012524 |
| 6880 | CHILDREN S HOSPITAL | CHILDREN S HOSPITAL | 219 BRYANT STREET BUFFALO NY  000014222 |
| 6893 | 10 HANOVER SQUARE BUILDING | 10 HANOVER SQUARE BUILDING | 10 HANOVER SQUARE NEW YORK NY  000010017 |
| 6899 | MERCEDES BENZ | | 1 GLENVIEW ROAD MONTVALE NJ  000007645 |
| 6916 | THE TOLEDO EDISON COMPANY | | 300 MADISON AVENUE TOLEDO OH  000043604 |
| 10509 | HARRAH'S RESORT HOTEL COMPLEX | HARRAH'S RESORT HOTEL COMPLEX | STATELINE NV |
| 10510 | CONCORD HOSPITAL | CONCORD HOSPITAL | CONCORD NH |
| 10511 | WICHITA MUNICIPAL AIRPORT | WICHITA MUNICIPAL AIRPORT | WICHITA KS |
| 10512 | WESLEY HOSPITAL ADDITION | WESLEY HOSPITAL ADDITION | HILLSIDE & CENTRAL WICHITA KS |
| 10513 | MERCHANT'S NATIONAL BANK | | TOPEKA KS |
| 10514 | MACEY'S INDIAN SPRINGS SHOPPING CENTER | MACEY'S INDIAN SPRINGS SHOPPING CENTER | 47TH & STATE AVENUE KANSAS CITY KS |
| 10515 | JENSEN SALSRER LAE ADDITION | JENSEN SALSRER LAE ADDITION | KANSAS CITY KS |
| 10517 | FIRST NATIONAL BANK BUILDING | FIRST NATIONAL BANK BUILDING | SHERMAN & MAIN HUTCHINSON KS |
| 10519 | CARTER COUNTY HOSPITAL - ADDITION | CARTER COUNTY HOSPITAL - ADDITION | ELIZABETHON TN |
| 10520 | CENTRAL WAREHOUSE COMPANY | | N. LITTLE ROCK AR |
| 10521 | HOSPITAL CORP. OF [redacted] | [redacted] | [redacted] |
| 10524 | DEACONESS HOSPITAL | DEACONESS HOSPITAL | MINNEAPOLIS MN |
| 10525 | CIVIC CENTER AUDITORIUM | CIVIC CENTER AUDITORIUM | DULUTH MN |
| 10527 | DULETH ARENA AND AUDITORIUM | DULETH ARENA AND AUDITORIUM | DULUTH MN |
| 10528 | PIEDMONT TRUST BANK | | MARTINSVILLE VA |
| 10529 | CITIZEN'S NATIONAL BANK | | 78-815 WESTMINISTER STREET PROVICENCE RI |
| 10530 | H. CARR COMPANY | | 754 BRANCE AVENUE PROVICENCE RI |
| 10531 | RHODE ISLAND HOSPITAL | RHODE ISLAND HOSPITAL | CORNER W. MINSTER & EXCHANGE PROVICENCE RI |
| 10532 | R.I. TRUST NATIONAL BANK BLDG. | R.I. TRUST NATIONAL BANK BUILDING | PROVICENCE RI |
| 10535 | BAPTIST HOSPITAL | BAPTIST HOSPITAL | TN |
| 10536 | BRITTS STORE - MIRACLE MALL | BRITTS STORE - MIRACLE MALL | JOHNSON CITY TN |
| 10537 | BAMBERGERS - LIVINGSTON MALL | BAMBERGERS - LIVINGSTON MALL | SOUTH ORANGE AVENUE LIVINGSTON NJ |

Exhibit 1
Anderson Memorial Out of State PD Claims

| Claim Number | Claimant Name | Building Name | Property Address |
|---|---|---|---|
| 10538 | BRIDGETON HOSPITAL | BRIDGETON HOSPITAL | BRIDGETON NJ |
| 10539 | INDIANA NATIONAL BANK | | INDIANAPOLIS IN |
| 10540 | AMERICAN UNITED LIFE BLDG. -ADDITION | AMERICAN UNITED LIFE BLDG. -ADDITION | INDIANAPOLIS IN |
| 10587 | BUETOWS OFFICE BUILDING | BUETOWS OFFICE BUILDING | 1925 COUNTY ROAD ST PAUL MN |
| 10588 | ALBANY MUNICIPAL BUILDING | ALBANY MUNICIPAL BUILDING | MORTON AVENUE ALBANY NY |
| 10590 | METHODIST HOSPITAL | METHODIST HOSPITAL | MINNEAPOLIS MN |
| 10663 | UNION BANK BUILDING | UNION BANK BUILDING | IONIA AVENUE - RIGHT DOWNTOWN GRAND RAPIDS MI |
| 10664 | SOUTHERN NEW ENGLAND TELEPHONE & TELEGRAPH | | HARTFORD CT |
| 10665 | VALLEY NATIONAL BANK | | MESA AZ |
| 10666 | TRANSAMERICA LIFE INSURANCE COMPANY | | LITTLE ROCK AR |
| 10667 | MARIN GENERAL HOSPITAL | MARIN GENERAL HOSPITAL | SAN RAFAEL CA |
| 10670 | WOLVERINE BUILDING | WOLVERINE BUILDING | STATE STREET - W. SIDE OF ALLEY BATTLE CREEK MI |
| 10674 | MERCY HOSPITAL | MERCY HOSPITAL | CHARLOTTE NC |
| 10675 | MARGARET PARDEE HOSPITAL | MARGARET PARDEE HOSPITAL | HENDERSONVILLE NC |
| 10678 | SIMMONS BANK | | MAIN STREET PINE BLUFF AR |
| 10679 | CATHOLIC HOSPITAL | CATHOLIC HOSPITAL | BRINKLEY AR |
| 10683 | CONVENTION CENTER | CONVENTION CENTER | ANAHEIM CA |
| 10685 | JOSEPH MAGNIN STORE | JOSEPH MAGNIN STORE | SOUTHERN COAST PLAZA COSTA MESA CA |
| 10687 | LONG ISLAND TRUST COMPANY | | 14TH & FRANKLIN AVENUE GARDEN CITY NY |
| 10689 | MERCY HOSPITAL | MERCY HOSPITAL | MUSKEGON MI |
| 10691 | DETROIT NORTHERN INSURANCE BUILDING | DETROIT NORTHERN INSURANCE BUILDING | HANCOCK MI |
| 10692 | FIRST NATIONAL BANK | | KENNEDY & ASHLEY STREETS TAMPA FL |
| 10694 | OFFICE TOWER BUILDING | OFFICE TOWER BUILDING | ALBANY SOUTH MALL ALBANY NY |
| 10695 | BAPTIST HOSPITAL | BAPTIST HOSPITAL | LITTLE ROCK AR |
| 10697 | SOUTHWESTERN BELL TELEPHONE COMPANY | | ST. LOUIS MO |
| 10704 | 1 PENN PLAZA | 1 PENN PLAZA | 33RD STREET & 7TH AVENUE NEW YORK NY |
| 10706 | NEBRASKA SAVINGS & LOAN | | OMAHA NE |
| 10707 | ROCHESTER NURSING HOME | ROCHESTER NURSING HOME | 989 BLOSSOM ROAD ROCHESTER NY |
| 10708 | SENECA BUILDING | SENECA BUILDING | CLINTON AVENUE ROCHESTER NY |
| 10709 | ST. FRANCIS HOSPITAL | ST. FRANCIS HOSPITAL | FT. WASHINGTON BOULEVARD ROSLYN, LONG ISLAND NY |
| 10710 | ST. JOHN'S HOME FOR THE AGED | ST. JOHN'S HOME FOR THE AGED | SOUTH AVENUE ROCHESTER NY |
| 10711 | ST. JOSEPH'S INTERCOMMUNITY HOSPITAL | ST. JOSEPH'S INTERCOMMUNITY HOSPITAL | HARLEM ROAD CHEEKTOWAGA NY |
| 10712 | STEWART PLACE | STEWART PLACE | MT. KISCO NY |
| 10713 | TELEPHONE BUILDING | TELEPHONE BUILDING | 168 STREET & 88TH AVENUE JAMAICA, QUEENS NY |

Exhibit 1
Anderson Memorial Out of State PD Claims

| Claim Number | Claimant Name | Building Name | Property Address |
|---|---|---|---|
| 10714 | 10 HANOVER SQUARE BUILDING | 10 HANOVER SQUARE BUILDING | 10 HANOVER SQUARE MANHATTAN NY |
| 10716 | KLEINE DEPARTMENT STORE | KLEINE DEPARTMENT STORE | BROADWAY STREET HICKSVILLE, LONG ISLAND NY |
| 10717 | TRI CITY HOSPITAL | TRI CITY HOSPITAL | NISKAYUNA NY |
| 10718 | KLEINE DEPARTMENT STORE | KLEINE DEPARTMENT STORE | GERT SHOPPING CENTER HICKSVILLE NY |
| 10720 | NEW YORK TELEPHONE BUILDING | NEW YORK TELEPHONE BUILDING | 165TH & 88TH JAMAICA NY |
| 10723 | LIBERTY SUPERMARKET | LIBERTY SUPERMARKET | CAPE GIRARDEAU MO |
| 10725 | MCGRAW-HILL PUBLISHING COMPANY | | ST. LOUIS MO |
| 10726 | MEDICAL OFFICE BUILDING | MEDICAL OFFICE BUILDING | 68 & TROOST KANSAS CITY MO |
| 10727 | FIRST NATIONAL BANK | | KINGMAN AZ |
| 10728 | FIRST NATIONAL BANK | | PHOENIX AZ |
| 10729 | RUSSIAN HILL TWIN TOWER | RUSSIAN HILL TWIN TOWER | 1160 LOMBARD SAN FRANCISCO CA |
| 10731 | WORLD AIRWAYS AIRCRAFT MAINTENANCE FACILITY | WORLD AIRWAYS AIRCRAFT MAINTENANCE FACILITY | OAKLAND AIRPORT OAKLAND CA |
| 10732 | MT. DIABLO HOSPITAL | MT. DIABLO HOSPITAL | CONCORD CA |
| 10733 | VALLEY NATIONAL BANK | | PHOENIX AZ |
| 10744 | HARRIS TRUST BANK | | 111 WEST MONROE STREET EAST CHICAGO IL 000060603 |
| 10745 | RUBURY APARTMENTS | RUBURY APARTMENTS | LAWRENCE STREET SARATOGA SPRINGS NY |
| 10748 | GIMBELS DEPARTMENT STORE | GIMBELS DEPARTMENT STORE | LEXINGTON AVENUE BETWEEN 86TH & 87TH NEW YORK NY |
| 10750 | HEMPSTEAD BANK | | 1051 STEWART AVENUE GARDEN CITY NY |
| 10751 | WHITE PIGMENT CORP. | | NEW HAVEN VT |
| 10752 | PAVILLION CENTER | PAVILLION CENTER | MONTPELIER VT |
| 10753 | TIM E. HOLLINGSWORTH, JR. | | HUNTINGTON WV |
| 10754 | FIRST NATIONAL BANK | | 111 MADISON STREET TAMPA FL |
| 10755 | TORRANCE MEDICAL BUILDING | TORRANCE MEDICAL BUILDING | TORRANCE CA |
| 10756 | NINE STORY OFFICE BUILDING | NINE STORY OFFICE BUILDING | ROSEMONT IL |
| 10759 | CONCORD HOSPITAL | CONCORD HOSPITAL | CONCORD NH |
| 10760 | WELLS FARGO OFFICE BUILDING | WELLS FARGO OFFICE BUILDING | OAKLAND CA |
| 10761 | RAMADA DEVELOPMENT COMPANY | | INTERSTATE 95 - HIGHWAY 27 STONINGTON CT |
| 10763 | METCALF PLAZA | METCALF PLAZA | AUBURN NY |
| 10765 | OFFICE BUILDING | OFFICE BUILDING | 98 CUTTER MILL ROAD GREAT NECK NY |
| 10766 | OFFICE BUILDING | OFFICE BUILDING | 178TH & HILLSIDE AVENUE JAMAICA NY |

Exhibit 1
Anderson Memorial Out of State PD Claims

| Claim Number | Claimant Name | Building Name | Property Address |
|---|---|---|---|
| 10769 | KEY FOOD | | AVENUE D & RAMSON STREET BROOKLYN NY |
| 10774 | THE MAIN PLACE | THE MAIN PLACE | MAIN STREET BUFFALO NY |
| 10775 | R.U. WILSON BUILDING | R.U. WILSON BUILDING | UNION STREET ROCHESTER NY |
| 10776 | HUNTS POINT INDUSTRIAL PARK | HUNTS POINT INDUSTRIAL PARK | 331 TIFFANY STREET BRONX NY |
| 10777 | IBM BUILDING | IBM BUILDING | KINGSTON NY |
| 10778 | OMAHA CITY AUDITORIUM | OMAHA CITY AUDITORIUM | OMAHA NE |
| 10779 | ST. JOSEPH'S HOSPITAL | ST. JOSEPH'S HOSPITAL | OMAHA NE |
| 10780 | GATEWAY MALL SHOPPING CENTER | GATEWAY MALL SHOPPING CENTER | LINCOLN NE |
| 10781 | HILTON HOTEL | HILTON HOTEL | OMAHA NE |
| 10783 | METHODIST TOWER | METHODIST TOWER | 8TH & SASSAFRAS STREET ERIE PA |
| 10784 | METHODIST CENTER | METHODIST CENTER | CORNER 7TH & SMITHFIELD STREET PITTSBURGH PA |
| 10785 | MEADVILLE HOSPITAL | MEADVILLE HOSPITAL | MEADVILLE PA |
| 10786 | MCLEISTER & GOLDMAN | | PHILADELPHIA PA |
| 10787 | MCINTYRE CO. | | SOUTH GEORGE STREET YORK PA |
| 10790 | LONG TERM NURSING FACILITY | LONG TERM NURSING FACILITY | SUSQUEVIEW-HILL HARRIS PROJECT 852 LOCK HAVEN PA |
| 10791 | LACKAWANNO COUNTY HIGH RISE FOR THE ELDERLY | LACKAWANNO COUNTY HIGH RISE FOR THE ELDERLY | 1000 JACKSON STREET SCRANTON PA |
| 10792 | L&ET CO. INC. | | 225 MCKINLEY AVENUE PITTSBURGH AVENUE PA |
| 10793 | JAMESTOWN MALL | JAMESTOWN MALL | ST. LOUIS MO |
| 10794 | INDEPENDENCE SANITARIUM | INDEPENDENCE SANITARIUM | 1509 W. TRUMAN ROAD INDEPENDENCE MO |
| 10795 | FRANCISCAN SISTERS- OUR LADY OF PERPETUAL HELP | | 201 BROTHERTON LANE FERGUSON MO 000063135 |
| 10796 | EQUITABLE BUILDING | EQUITABLE BUILDING | BROADWAY & MARKET STREETS ST. LOUIS MO |
| 10797 | CONTINENTAL TELEPHONE COMPANY | | WENTZVILLE MO |
| 10798 | BELL TELEPHONE COMPANY | | KANSAS CITY MO |
| 10799 | BAPTIST MEMORIAL HOSPITAL | BAPTIST MEMORIAL HOSPITAL | KANSAS CITY MO |
| 10800 | WYANDOTTE GENERAL HOSPITAL | WYANDOTTE GENERAL HOSPITAL | WYANDOTTE MI |
| 10801 | FISHERMAN'S WHARF PARKING GARAGE | FISHERMAN'S WHARF PARKING GARAGE | SAN FRANCISCO CA |
| 10802 | COMMUNITY CENTER | COMMUNITY CENTER | SALINAS CA |
| 10804 | SOUTHERN PACIFIC | | SAN FRANCISCO CA |
| 10806 | HUNT FOODS OFFICE BUILDING | HUNT FOODS OFFICE BUILDING | FULLERTON CA |
| 10807 | SAN JOAQUIN GENERAL HOSPITAL | SAN JOAQUIN GENERAL HOSPITAL | STOCKTON CA |
| 10808 | NORTH COUNTY OFFICE BUILDING | NORTH COUNTY OFFICE BUILDING | PALO ALTO CA |
| 10810 | HOLY CROSS HOSPITAL | HOLY CROSS HOSPITAL | SAN FERNANDO CA |
| 10915 | ARKANSAS CITY HALL | ARKANSAS CITY HALL | TEXARKANA AR |
| 10916 | ARLINGTON HOTEL JOB | | HOT SPRINGS AR |
| 10917 | MEDICAL CENTER | MEDICAL CENTER | LITTLE ROOK AR |

Exhibit 1
Anderson Memorial Out of State PD Claims

| Claim Number | Claimant Name | Building Name | Property Address |
|---|---|---|---|
| 10918 | ST. VINCENT'S HOSPITAL | ST. VINCENT'S HOSPITAL | LITTLE ROCK AR |
| 10919 | ASHLAND CHEMICAL COMPANY | | NEWALL CA |
| 10943 | FRESNO BEE | | FRESNO CA |
| 10945 | MACK TRUCK OFFICE BUILDING | MACK TRUCK OFFICE BUILDING | MACK BLVD. END OF SOUTH 8TH STREET ALLENTOWN PA |
| 10946 | LINCOLN INCOME LIFE INS. CO. - OFFICE TOWER | LINCOLN INCOME LIFE INS. CO. - OFFICE TOWER | LOUISVILLE KY |
| 10949 | KLEINE DEPARTMENT STORE | KLEINE DEPARTMENT STORE | BROADWAY STREET HICKSVILLE, LONG ISLAND NY |
| 10951 | MARINE MIDLAND BANK | | 520 SENECA STREET UTICA NY |
| 10954 | SECURITY NATIONAL BANK BUILDING | SECURITY NATIONAL BANK BUILDING | 1/2 MILE NORTH L. I. EXPRESSWAY MELLVILLE NY |
| 10955 | ST. MARY'S HOSPITAL | ST. MARY'S HOSPITAL | RENO NV |
| 10956 | MGM GRAND HOTEL | MGM GRAND HOTEL | RENO NV |
| 10957 | SECURITY NATIONAL BANK | | RENO NV |
| 10959 | AMERICAN RIVER HOSPITAL | AMERICAN RIVER HOSPITAL | SACTO NV |
| 10961 | NATIONAL CITY BANK | | EVANSVILLE IN |
| 10965 | HOUSE FOR THE ELDERLY | HOUSE FOR THE ELDERLY | ASHLAND WI |
| 10966 | FIRST MEMPHIS PLAZA | FIRST MEMPHIS PLAZA | 4466 ELVIS PRESSLEY BLVD. MEMPHIS TN |
| 10967 | D.L.P.S.T. OFFICE CON. BUILDING | D.L.P.S.T. OFFICE CON. BUILDING | FIFTH & LOCUST MCKEESPORT PA |
| 10968 | CRIPPLED CHILDREN'S HOME | CRIPPLED CHILDREN'S HOME | DENNISTON AVENUE & NORTH CUMERLAND PA |
| 10969 | CITIZENS GENERAL HOSPITAL | CITIZENS GENERAL HOSPITAL | N. KENSINGTON PA |
| 10970 | CHILTON PUB. HOUSE | CHILTON PUB. HOUSE | RADNOR PA |
| 10972 | ARMSTRONG COUNTY HOSPITAL | ARMSTRONG COUNTY HOSPITAL | ROUTE 422-28 W. KITTANNING PA |
| 10974 | BLUE CROSS BUILDING | BLUE CROSS BUILDING | CHAPEL HILL NC |
| 10975 | LAKESIDE MEMORIAL HOSPITAL | LAKESIDE MEMORIAL HOSPITAL | BROCKPORT NY |
| 10976 | GRACELAND HOSPITAL | GRACELAND HOSPITAL | OFF ROUTE 100 WALHALLA NY |
| 10977 | REGIONAL MED CTR FKA SPARKS MEM. HOSPITAL | REGIONAL MED CTR FKA SPARKS MEM. HOSPITAL | FORT SMITH AR |
| 10978 | FOX CHAPEL COUNTRY CLUB | FOX CHAPEL COUNTRY CLUB | PITTSBURGH PA |
| 10979 | CORRY MEMORIAL HOSPITAL | CORRY MEMORIAL HOSPITAL | CORRY PA |
| 10980 | ROBINSON AUDITORIUM | ROBINSON AUDITORIUM | LITTLE ROCK AR |
| 10981 | SHERATON HOTEL | SHERATON HOTEL | BURLINGAME CA |
| 10982 | ALLEGHENY GENERAL HOSPITAL | ALLEGHENY GENERAL HOSPITAL | PITTSBURGH PA |
| 10983 | 3570 WEST LAKE BUILDING | 3570 WEST LAKE BUILDING | 3570 WEST LAKE WILMETTE IL |
| 10984 | MARTHA WASHINGTON HOSPITAL | MARTHA WASHINGTON HOSPITAL | IRVING & WESTERN CHICAGO IL |

Exhibit 1
Anderson Memorial Out of State PD Claims

| Claim Number | Claimant Name | Building Name | Property Address |
|---|---|---|---|
| 10985 | SOUTHERN LIFE INSURANCE COMPANY | | BIRMINGHAM AL |
| 10986 | HENRY CLAY BRICK HOSPITAL | HENRY CLAY BRICK HOSPITAL | MT. PLEASANT PA |
| 10988 | LONG ISLAND TRUST | | KELLUM PLACE MINOLA NY |
| 10989 | ROTUNDA A AIRPORT TERMINAL | ROTUNDA A AIRPORT TERMINAL | SAN FRANCISCO CA |
| 10991 | SANTA TERESA HOSPITAL | SANTA TERESA HOSPITAL | SAN JOSE CA |
| 10992 | SECURITY PACIFIC BANK | | SAN LEANDRO CA |
| 10993 | GILA COUNTY HOSPITAL | GILA COUNTY HOSPITAL | GLOBE AZ |
| 10994 | PERMANENT SAVINGS & LOAN BLDG. | PERMANENT SAVINGS & LOAN BLDG. | EVANSVILLE IN |
| 10996 | MASONIC BUILDING | MASONIC BUILDING | PALO ALTO CA |
| 10997 | 1ST NATIONAL BANK | | ALLENTOWN PA |
| 10999 | SHADYSIDE HOSPITAL | SHADYSIDE HOSPITAL | PITTSBURGH PA |
| 11000 | LONG ISLAND JEWISH HOSPITAL | LONG ISLAND JEWISH HOSPITAL | LAKEVILLE ROAD LAKE SUCCESS NY |
| 11001 | STANDARD OIL BUILDING | STANDARD OIL BUILDING | 6 BETWEEN 49TH & 60TH NEW YORK NY |
| 11002 | TEMPLE ADATH YESRAN | TEMPLE ADATH YESRAN | KIMBER ROAD SYRACUSE NY |
| 11007 | WELLS FARGO BANK | | S. LEANDRO CA |
| 11011 | FAR-MAR COMPANY | | ST. JOSEPH MO |
| 11013 | LIBERTY MUTUAL INSURANCE BUILDING | LIBERTY MUTUAL INSURANCE BUILDING | ROUTE 18, NORTH NEW CASTLE PA |
| 11014 | TRANSAMERICA FKA OCCIDENTAL LIFE INS COMPANY | | LOS ANGELES CA |
| 11015 | TARZANA MEDICAL CENTER | TARZANA MEDICAL CENTER | 18365 CLARK STREET TARZANA CA |
| 11016 | ST. MARY'S HOSPITAL | ST. MARY'S HOSPITAL | SAN FRANCISCO CA |
| 11017 | SENIOR CITIZENS BUILDING | SENIOR CITIZENS BUILDING | FRESNO CA |
| 11019 | QUANTAS OFFICE BUILDING | QUANTAS OFFICE BUILDING | SAN FRANCISCO CA |
| 11020 | PACIFIC GAS & ELECTRIC BUILDING | PACIFIC GAS & ELECTRIC BUILDING | STOCKTON CA |
| 11021 | PACIFIC GAS & ELECTRIC BUILDING | PACIFIC GAS & ELECTRIC BUILDING | SAN JOSE CA |
| 11022 | NOB HILL APARTMENTS | NOB HILL APARTMENTS | SAN FRANCISCO CA |
| 11023 | MERCY HOSPITAL | MERCY HOSPITAL | MERCED CA |
| 11025 | SALINAS VALLEY MEMORIAL HOSPITAL | SALINAS VALLEY MEMORIAL HOSPITAL | SALINAS CA |
| 11028 | SECURITY PACIFIC BANK BUILDING | SECURITY PACIFIC BANK BUILDING | SAN FRANCISCO CA |
| 11029 | EASTMAN KODAK BUILDING #213 | EASTMAN KODAK BUILDING #213 | ROCHESTER NY |
| 11030 | EASTMAN KODAK BUILDING #317 | EASTMAN KODAK BUILDING #317 | ROCHESTER NY |
| 11031 | EASTMAN KODAK BUILDING #211 | EASTMAN KODAK BUILDING #211 | ROCHESTER NY |
| 11032 | EASTMAN KODAK BUILDING #82 | EASTMAN KODAK BUILDING #82 | ROCHESTER NY |
| 11034 | SANTA ROSA HOSPITAL | SANTA ROSA HOSPITAL | SANTA ROSA CA |
| 11035 | EASTMAN KODAK BUILDING #69 | EASTMAN KODAK BUILDING #69 | ROCHESTER NY |
| 11038 | EASTMAN KODAK BUILDING #9 | EASTMAN KODAK BUILDING #9 | ROCHESTER NY |
| 11040 | DUANE ARNOLD ENERGY CENTER | DUANE ARNOLD ENERGY CENTER | PALO IA |

Exhibit 1
Anderson Memorial Out of State PD Claims

| Claim Number | Claimant Name | Building Name | Property Address |
|---|---|---|---|
| 11041 | SAFEWAY STORE, CHERRY CREEK SHOPPING CENTER | SAFEWAY STORE, CHERRY CREEK SHOPPING CENTER | DENVER CO |
| 11043 | GRANT VILLAGE | GRANT VILLAGE | SYRACUSE NY |
| 11045 | WELLS FARGO BUILDING FKA 550 CALIFORNIA BLDG. | WELLS FARGO BUILDING FKA 550 CALIFORNIA BLDG. | SAN FRANCISCO CA |
| 11047 | JEWISH CENTER | JEWISH CENTER | WHITE PLAINS AREA BRONX NY |
| 11048 | SAN ANTONIO OFFICE BUILDING CENTER | SAN ANTONIO OFFICE BUILDING CENTER | MOUNTAIN VIEW CA |
| 11049 | NEW YORK TELEPHONE COMPANY | | SUNRISE AVENUE & WANTAUGH AVENUE WANTAUGH NY |
| 11050 | BANK OF TOKYO | | SAN FRANCISCO CA |
| 11051 | 22 CORTLAND STREET BUILDING | 22 CORTLAND STREET BUILDING | 22 CORTLAND STREET NEW YORK NY |
| 11052 | KAISER HOSPITAL | KAISER HOSPITAL | SANTA CLARA CA |
| 11053 | KAISER HOSPITAL | KAISER HOSPITAL | SAN FRACISCO CA |
| 11054 | KAISER HOSPITAL | KAISER HOSPITAL | HEYWARD CA |
| 11056 | NORTHEAST UTILITIES- CONN. LIGHT & POWER CO. | | NEWINGTON CT |
| 11057 | CAPITAL STREET APARTMENT | CAPITAL STREET APARTMENT | HARTFORD CT |
| 11058 | BRADY BOARDMAN CONNECTOR | | CEDAR STREET NEW HAVEN CT |
| 11059 | E H COON COMPANY | | 30 DEPOT STREET WATERTOWN CT |
| 11061 | SOUTHERN NEW ENGLAND TELEPHONE COMPANY | | NEW HAVEN CT |
| 11062 | REHABILITATION & DIAGNOSTIC CENTER | REHABILITATION & DIAGNOSTIC CENTER | MANSFIELD CT |
| 11063 | CORPORATE PLACE | CORPORATE PLACE | DES MOINES IA |
| 11064 | BANKERS LIFE BUILDING | BANKERS LIFE BUILDING | DES MOINES IA |
| 11068 | WAUKEGAN LIBRARY | WAUKEGAN LIBRARY | WAUKEGAN IL |
| 11069 | FORD CITY BANK ADDITION | FORD CITY BANK ADDITION | FORD CITY IL |
| 11070 | FOLLOW-UP SERVICES BUILDING 6 | FOLLOW-UP SERVICES BUILDING 6 | NORTHBROOK IL |
| 11071 | EXECUTIVE CLUB | EXECUTIVE CLUB | WORTH IL |
| 11072 | DOCTOR'S BUILDING | DOCTOR'S BUILDING | ARLINGTON HEIGHTS IL |
| 11074 | BLUE CROSS BUILDING | BLUE CROSS BUILDING | DETROIT MI |
| 11075 | 4TH & BERRY CHINA BASIN | | SAN FRANCISCO CA |
| 11078 | ALTA BATES HOSPITAL | ALTA BATES HOSPITAL | BERKELEY CA |
| 11080 | CENTURY CITY HOSPITAL | CENTURY CITY HOSPITAL | LOS ANGELES CA |
| 11082 | CIVIC CTR BRD CHAMBERS BUILDING | CIVIC CTR BRD CHAMBERS BUILDING | SAN JOSE CA |
| 11085 | TORRENCE STATE HOSPITAL | TORRENCE STATE HOSPITAL | BLAIRSVILLE PA |
| 11087 | PRESBYTERIAN HOSPITAL | PRESBYTERIAN HOSPITAL | 168 & BROADWAY NEW YORK CITY NY |
| 11088 | PARK RIDGE NURSING HOME | PARK RIDGE NURSING HOME | LONG POND ROAD ROCHESTER NY |
| 11089 | NEWMARK & COMPANY FNA 489 ASSOCIATES BUILDING | NEWMARK & COMPANY FNA 489 ASSOCIATES BUILDING | 42ND & 5TH AVENUE NEW YORK CITY NY |
| 11092 | YMCA | | WATERBURY CT |

Exhibit 1
Anderson Memorial Out of State PD Claims

| Claim Number | Claimant Name | Building Name | Property Address |
|---|---|---|---|
| 11095 | BLUE CROSS BLUE SHIELD BUILDING | BLUE CROSS BLUE SHIELD BUILDING | DURHAM NC |
| 11096 | DEGRAFF MEMORIAL HOSPITAL | DEGRAFF MEMORIAL HOSPITAL | TONAWANDA NY |
| 11097 | COBBLE HILL NURSING HOME FNA CONGRESS NURSING | COBBLE HILL NURSING HOME FNA CONGRESS NURSING | 380 HENRY STREET BROOKLYN NY |
| 11098 | COLUMBIA MEMORIAL HOSPITAL | COLUMBIA MEMORIAL HOSPITAL | HUDSON NY |
| 11099 | 55 WATER STREET | | 55 WATER STREET MANHATTAN NY |
| 11100 | 2 NEW YORK PLAZA | 2 NEW YORK PLAZA | 1 STATE STREET NEW YORK NY |
| 11101 | NASSAU COLISEUM | NASSAU COLISEUM | HEMPSTEAD TURNPIKE HEMPSTEAD, LONG ISLAND NY |
| 11102 | CHILDREN'S HOSPITAL | CHILDREN'S HOSPITAL | BRYANT STREET BUFFALO NY |
| 11109 | PROVIDENCE HOSPITAL | PROVIDENCE HOSPITAL | ANCHORAGE AK |
| 11111 | ATHESIAN CLUB | ATHESIAN CLUB | MOBILE AL |
| 11112 | MEDICAL CENTER HOSPITAL | MEDICAL CENTER HOSPITAL | SELMA AL |
| 11115 | CSAA BUILDING | CSAA BUILDING | SAN FRANCISCO CA |
| 11116 | DEL MONTE BUILDING | DEL MONTE BUILDING | SAN FRANCISCO CA |
| 11117 | HUNTINGTON BEACH MEDICAL BUILDING | HUNTINGTON BEACH MEDICAL BUILDING | HUNTINGTON BEACH CA |
| 11118 | 1150 LOMBARD STREET APARTMENTS | 1150 LOMBARD STREET APARTMENTS | SAN FRANCISCO CA |
| 11119 | BLUE CROSS BLUE SHIELD BUILDING | BLUE CROSS BLUE SHIELD BUILDING | TOPEKA KS |
| 11120 | JENNY EDMUNDSON HOSPITAL | JENNY EDMUNDSON HOSPITAL | COUNCIL BLUFFS IA |
| 11121 | 1ST NATIONAL BANK | | STATE STREET ERIE PA |
| 11122 | FOUNTAIN HILL NURSING HOME | FOUNTAIN HILL NURSING HOME | FOUNTAIN HILLS PA |
| 11123 | FIRST NATIONAL BANK BUILDING | FIRST NATIONAL BANK BUILDING | SEATTLE WA |
| 11126 | BLUE CROSS BUILDING | BLUE CROSS BUILDING | HAMDEN CT |
| 11127 | BLUE CROSS BLUE SHIELD | | DENVER CO |
| 11129 | TRANSAMERICA LIFE INS CO, FKA NAT. OLD LINE I | | LITTLE ROCK AR |
| 11130 | 1900 AVE OF THE STARS OFFICE BLDG. | 1900 AVE OF THE STARS OFFICE BLDG. | LOS ANGELES CA |
| 11131 | WILLIS-KNIGHT HOSPITAL | WILLIS-KNIGHT HOSPITAL | SHREVEPORT LA |
| 11134 | CAUSEWAY BUILDING #2 | CAUSEWAY BUILDING #2 | 3301 CAUSEWAY BLVD, METAIRIE LA |
| 11135 | CENTRAL PLAZA | CENTRAL PLAZA | BEADERTON OR |
| 11136 | BELMONT TELEPHONE | | OR |
| 11137 | 1ST NATIONAL BANK TOWER | 1ST NATIONAL BANK TOWER | PORTLAND OR |
| 11138 | WILLIAMS CENTER | WILLIAMS CENTER | TULSA OK |
| 11139 | TULSA CIVIC CENTER | TULSA CIVIC CENTER | TULSA OK |
| 11140 | PERFORMING ARTS CENTER | PERFORMING ARTS CENTER | TULSA OK |
| 11142 | GRANZIANO BUILDING | GRANZIANO BUILDING | CORNER FRANKSTOWN ROAD & DUFF, PA HILLS PITTSBURGH PA |
| 11145 | NEW BRITAIN GENERAL HOSPITAL | NEW BRITAIN GENERAL HOSPITAL | NEW BRITAIN CT |

Exhibit 1
Anderson Memorial Out of State PD Claims

| Claim Number | Claimant Name | Building Name | Property Address |
|---|---|---|---|
| 11146 | LARGO PROPERTIES | | 2777 STUMMER STREET STANFORD CT |
| 11147 | HOUSING FOR ELDERLY | | BRISTOL CT |
| 11148 | GENERAL ELECTRIC COMPANY | | 31-35 EASTON TURNPIKE FAIRFIELD CT |
| 11149 | GANT SHIRT COMPANY | | LONG ISLAND AVENUE NEW HAVEN CT |
| 11152 | DES MOINES SAVINGS & LOAN | | 7TH & WALNUT DES MOINES IA |
| 11155 | BENEFIT TRUST | | EVANSTON IL |
| 11156 | AUDY HOME | AUDY HOME | ROOSEVELT & OGDEN CHICAGO IL |
| 11157 | GEAUGA COMMUNITY HOSPITAL | GEAUGA COMMUNITY HOSPITAL | CHARDON OH |
| 11160 | DAUGHTER OF ST. PAUL BOOK STORE | DAUGHTER OF ST. PAUL BOOK STORE | CON. PROSPECT & ONTARIO CLEVELAND OH |
| 11161 | ALLSTATE INSURANCE COMPANY | | HUDSON OH |
| 11167 | REGENCY 2 | | 9900 REGENCY ROAD OMAHA NE |
| 11168 | REGENCY SOUTHLAKE | | OMAHA NE |
| 11169 | RAMADA INN | RAMADA INN | 72 & GROVER OMAHA NE |
| 11170 | GUARANTEE MUTUAL LIFE COMPANY | | OMAHA NE |
| 11172 | ANDERSON, STEWART F C/O AMANDA G STEINMEYER SPEI | | WYLIE RIDGE ROAD MEIRTON WV 000026062 |
| 11173 | KINGS MOUNTAIN HOSPITAL | KINGS MOUNTAIN HOSPITAL | KINGS MOUNTAIN NC |
| 11174 | TOLEDO EDISON | | CORNER OF MADISON & SUMMIT TOLEDO OH |
| 11175 | SUPERIOR SQUARE BUILDING | SUPERIOR SQUARE BUILDING | 1100 SUPERIOR SQUARE CLEVELAND OH |
| 11176 | STELLA-MARG BUILDING | STELLA-MARG BUILDING | DUNMAN RD & INDUSTRIAL DRIVE CLEVELAND OH |
| 11177 | SHAKER HEIGHTS POLICE STATION | SHAKER HEIGHTS POLICE STATION | SHAKER HEIGHTS OH |
| 11178 | OHIO BELL TELEPHONE COMPANY | | 3RD & 150 BAY STREET COLUMBUS OH 000043215 |
| 11180 | UNITED BANK | | CORNER LEWIS & PEARL STREETS HARTFORD CT |
| 11181 | OHIO VALLEY GENERAL HOSPITAL- NEW ADM BLDG. | OHIO VALLEY GENERAL HOSPITAL- NEW ADM BLDG. | WHEELING WV |
| 11182 | OHIO VALLEY GENERAL HOSPITAL- NEW ADM BLDG. | OHIO VALLEY GENERAL HOSPITAL- NEW ADM BLDG. | WHEELING WV |
| 11183 | BROOKSHIRE MEDICAL CENTER | BROOKSHIRE MEDICAL CENTER | DOWNEY CA |
| 11184 | ARLINGTON HEIGHTS RACETRACK | ARLINGTON HEIGHTS RACETRACK | RT 14 NW OF ARL HTS-MAIN TRACK GRANDSTRANDS ARLINGTON HEIGHTS IL |
| 11185 | BANK OF OKLAHOMA | | TULSA OK |
| 11186 | YORK HOSPITAL | YORK HOSPITAL | YORK PA |
| 11187 | WOOLCO DEPARTMENT STORE-WOODHAVEN MALL | WOOLCO DEPARTMENT STORE-WOODHAVEN MALL | BENSALEM PA |
| 11188 | W.F. HINCHEY CONT. | | 1125 GILCREST DRIVE, WILKENS TWP PITTSBURGH PA |

Exhibit 1
Anderson Memorial Out of State PD Claims

| Claim Number | Claimant Name | Building Name | Property Address |
|---|---|---|---|
| 11190 | UNITY HOUSE-ADMINISTRATION BLDG. | UNITY HOUSE-ADMINISTRATION BLDG. | ROUTE 209 BUSHKILL PA |
| 11191 | UNIONTOWN NEWSPAPER BUILDING | UNIONTOWN NEWSPAPER BUILDING | UNIONTOWN PA |
| 11192 | SUNBURY HI-RISE | SUNBURY HI-RISE | 599 CHESTNUT STREET SUNBURY PA |
| 11195 | ST. MARY'S MEDICAL CENTER | ST. MARY'S MEDICAL CENTER | PHILADELPHIA PA |
| 11196 | SHERATON NORTH MOTOR INN | SHERATON NORTH MOTOR INN | SIBERT & MCKNIGHT ROAD ROSS TWP PITTSBURGH PA |
| 11198 | PITTSBURGH NATIONAL BANK | | PITTSBURGH PA |
| 11199 | SHAMOKIN HIGH RISE BUILDING | SHAMOKIN HIGH RISE BUILDING | SHAMOKIN PA |
| 11201 | PHILADELPHIA ELECTRIC COMPANY | | 23RD STREET PHILADELPHIA PA |
| 11202 | CENTERCREST HOME-NURSING FACILITIES ADDITION | CENTERCREST HOME-NURSING FACILITIES ADDITION | EAST HOWARD STREET BELLEFONTE PA |
| 11203 | NISSLEY BOTTLED GAS COMPANY | | EPHRORA PA |
| 11204 | NEW GREASE BUILDING | NEW GREASE BUILDING | PHILADELPHIA PA |
| 11205 | CAUSEWAY BUILDING | CAUSEWAY BUILDING | NEW ORLEANS LA |
| 11208 | LADY OF LOURDES | LADY OF LOURDES | LAFAYETTE LA |
| 11210 | EARL K. LONG CHARITY HOSPITAL | EARL K. LONG CHARITY HOSPITAL | BATON ROUGE LA |
| 11211 | CONVENTION HALL CITY OF SHREVEPORT | CONVENTION HALL CITY OF SHREVEPORT | SHREVEPORT LA |
| 11213 | PLAUCHE BUILDING | PLAUCHE BUILDING | NEW ORLEANS LA |
| 11217 | U.S. NATIONAL BANK | | PORTLAND OR |
| 11218 | MIDLAND HOSPITAL | MIDLAND HOSPITAL | 2808 W. SUGET MIDLAND MI |
| 11219 | MT. CARMEL MERCY HOSPITAL | MT. CARMEL MERCY HOSPITAL | 16700 W MCNICHOLS DETROIT MI |
| 11220 | ROBBINS TOWERS | ROBBINS TOWERS | SOUTHFIELD MI |
| 11221 | SAGINAW CIVIC CENTER | SAGINAW CIVIC CENTER | CORNER OF JOHNSON & N. WASHINGTON SAGINAW MI |
| 11222 | ST. JOSEPH HOSPITAL | ST. JOSEPH HOSPITAL | FIVE MILE ROAD REDFORD MI |
| 11223 | TRENTON CITY HALL | TRENTON CITY HALL | TRENTON MI |
| 11225 | TOWER APARTMENT BUILDING | TOWER APARTMENT BUILDING | RICHMOND CA |
| 11228 | SHERMAN BUILDING TWIN TOWERS | SHERMAN BUILDING TWIN TOWERS | SAN JOSE CA |
| 11229 | PACIFIC HEIGHTS APARTMENTS | PACIFIC HEIGHTS APARTMENTS | SAN FRANCISCO CA |
| 11230 | KONG CHOW BENEVOLENT BUILDING | KONG CHOW BENEVOLENT BUILDING | SAN FRANCISCO CA |
| 11231 | CROCKER-CITIZENS PLAZA | CROCKER-CITIZENS PLAZA | LOS ANGELES CA |
| 11232 | CONTINENTAL BUILDING | CONTINENTAL BUILDING | SAN FRANCISCO CA |
| 11233 | EMBARCADERO BART | | SAN FRANCISCO CA |
| 11235 | WASHINGTON TRUST BUILDING | WASHINGTON TRUST BUILDING | SPOKANE WA |
| 11240 | SACRED HEART HOSPITAL | SACRED HEART HOSPITAL | EUGENE OR |
| 11242 | CHILDREN'S HOSPITAL OF PITTSBURGH OF UPMC | CHILDREN'S HOSPITAL OF PITTSBURGH OF UPMC | 3705 FIFTH AVENUE PITTSBURGH PA 000015213 |
| 11244 | SOUTHWESTERN BELL-FKA BELL TELEPHONE BLDG. | SOUTHWESTERN BELL-FKA BELL TELEPHONE BLDG. | SOUTHWESTERN BELL FKA BELL TELEPHONE BLDG. LITTLE ROCK AR |

Exhibit 1
Anderson Memorial Out of State PD Claims

| Claim Number | Claimant Name | Building Name | Property Address |
|---|---|---|---|
| 11246 | GREAT PLAINS INSURANCE COMPANY | | CASPER WY |
| 11247 | ST. LUKE'S HOSPITAL | ST. LUKE'S HOSPITAL | OMAHA NE |
| 11248 | CAGLE OFFICE BUILDING | CAGLE OFFICE BUILDING | OMAHA NE |
| 11249 | ST. LUKE'S HOSPITAL | ST. LUKE'S HOSPITAL | SIOUX CITY IA |
| 11250 | BLUE CROSS BUILDING | BLUE CROSS BUILDING | OAKLAND CA |
| 11251 | GOOD SAMARITAN HOSPITAL | GOOD SAMARITAN HOSPITAL | PHOENIX AZ |
| 11254 | UIHLEIN MERCY CENTER - SISTERS OF MERCY | UIHLEIN MERCY CENTER - SISTERS OF MERCY | LAKE PLACID NY |
| 11255 | WOOD COUNTY BANK | | PARKERSBURG WV |
| 11256 | AAA DISTRIBUTING OFFICE | AAA DISTRIBUTING OFFICE | PITTSBURGH PA |
| 11258 | OHIO VALLEY GENERAL HOSPITAL- NEW ED BLDG. | OHIO VALLEY GENERAL HOSPITAL- NEW ED BLDG. | WHEELING WV |
| 11259 | OREGON AUTO | | BEADERTON OR |
| 11260 | NORTH PACIFIC PLAZA BUILDING | NORTH PACIFIC PLAZA BUILDING | OR |
| 11261 | MERIDIAN BUILDING | MERIDIAN BUILDING | OR |
| 11263 | KAISER HOSPITAL | KAISER HOSPITAL | PORTLAND OR |
| 11324 | EUGENE MINI HALL | EUGENE MINI HALL | EUGENE OR |
| 11385 | HEALTH CENTER | HEALTH CENTER | CHICO NV |
| 11386 | STOCKTON CITY LIBRARY | STOCKTON CITY LIBRARY | STOCKTON NV |
| 11387 | CHERRY HILL PLAZA | CHERRY HILL PLAZA | CHERRY HILL NJ |
| 11388 | ELIZABETH GENERAL HOSPITAL | ELIZABETH GENERAL HOSPITAL | 903 - 1/2 E. JERSEY STREET ELIZABETH NJ |
| 11390 | MOLECULAR DIELECTRIC | | ORBAN DRIVE ROXBURY NJ |
| 11391 | GATEWAY BUILDING #2 | GATEWAY BUILDING #2 | MARKET & BROAD STREET NEWARK NJ |
| 11392 | HOME FOR THE AGED | HOME FOR THE AGED | BRIDGETON NJ |
| 11393 | JOHN F K HOSPITAL | JOHN F K HOSPITAL | UNION AVENUE OFF WHITE HORSE PIKE STRAFFORD NJ |
| 11394 | MEDI CENTER | MEDI CENTER | ROUTE #33 NEPUTUNE NJ |
| 11396 | RARITAN RIVER CENTER | RARITAN RIVER CENTER | 430 HOES LANE PISCATAWAY TURNPIKE NJ |
| 11398 | TATERBORO OFFICE BUILDING | TATERBORO OFFICE BUILDING | ROUTE 17 HASBROOK HEIGHTS NJ |
| 11399 | WELLINGTON NURSING HOME | WELLINGTON NURSING HOME | UNION & CLAY STREETS MACKENSACK NJ |
| 11402 | CIVIC CENTER | CIVIC CENTER | CORNER OF CAPITOL & GEORGIA INDIANAPOLIS IN |
| 11403 | INDIANA BELL TELEPHONE ADDITION | INDIANA BELL TELEPHONE ADDITION | INDIANAPOLIS IN |
| 11406 | VILLAGE FAIR SHOPPING CENTER | VILLAGE FAIR SHOPPING CENTER | MERIDIAN MS |
| 11407 | KINGS DAUGHTER HOSPITAL | KINGS DAUGHTER HOSPITAL | YAZOO MS |
| 11409 | NATIONAL BANK OF COMMERCE | | COLUMBUS MS |
| 11410 | CITY AUDITORIUM | CITY AUDITORIUM | JACKSON MS |
| 11411 | CHARLESTON NATIONAL BANK PLAZA | CHARLESTON NATIONAL BANK PLAZA | CAPITOL & KANUGER STREETS CHARLESTON WV |

Exhibit 1
Anderson Memorial Out of State PD Claims

| Claim Number | Claimant Name | Building Name | Property Address |
|---|---|---|---|
| 11412 | CITY NATIONAL BANK | | FAIRMONT AVE & 2ND ST FAIRMONT WV |
| 11414 | MONTGOMERY HOSPITAL | MONTGOMERY HOSPITAL | MONTGOMERY WV |
| 11415 | 110 PLAZA | 110 PLAZA | 33RD AVENUE BETWEEN 7TH & 8TH NEW YORK NY |
| 11416 | 100 WALL STREET BUILDING | 100 WALL STREET BUILDING | 100 WALL STREET NEW YORK NY |
| 11419 | CABRINI HOSPITAL | CABRINI HOSPITAL | WA |
| 11423 | KELLOGG CITIZENS BANK | | GREEN BANK WI |
| 11424 | AUGUSTANA LUTHERAN HOME | AUGUSTANA LUTHERAN HOME | WASHINGTON AND MILL STREETS FERGUS FALLS MN |
| 11426 | MAJOR LEAGHE SHOPPING CENTER | MAJOR LEAGHE SHOPPING CENTER | MAPLEWOOD MN |
| 11427 | BANK OF CALIFORNIA | | SEATTLE WA |
| 11430 | WILLIAMSBURG COMMUNITY HOSPITAL | WILLIAMSBURG COMMUNITY HOSPITAL | WILLIAMSBURG VA |
| 11432 | DAYCARE CENTER | | HOLT & DOUGLAS STREET BROOKLYN NY |
| 11433 | BAMBERGERS | | NANUET NY |
| 11434 | ALEXANDER S DEPARTMENT STORE | ALEXANDER S DEPARTMENT STORE | ROOSEVELT FIELD NASSAU COUNTY NY |
| 11436 | SEVERANCE OFFICE BUILDING | SEVERANCE OFFICE BUILDING | MAYFIELD & TAYLOR CLEVELAND OH |
| 11437 | SEVERANCE MEDICAL BUILDING | SEVERANCE MEDICAL BUILDING | 3700 MAYFIELD ROAD CLEVELAND OH |
| 11438 | SHELTER BRAINARD OFFICE | SHELTER BRAINARD OFFICE | BRAINARD-CEDAR ROAD LYNDHURST OH |
| 11439 | ST JOSEPH'S HOSPITAL | ST JOSEPH'S HOSPITAL | BROADWAY & W. 20TH STREET LORAIN OH |
| 11440 | TRUMBALL COUNTY MEMORIAL HOSPITAL | TRUMBALL COUNTY MEMORIAL HOSPITAL | WARREN OH |
| 11441 | WARREN GENERAL HOSPITAL | WARREN GENERAL HOSPITAL | WARREN OH |
| 11442 | WHITE MOTORS | | 11 & CHERRY STREET CANTON OH |
| 11443 | A M F HEADQUARTERS | A M F HEADQUARTERS | WHITE PLAINS NY |
| 11444 | 333 ONODAGA STREET BUILDING | 333 ONODAGA STREET BUILDING | 333 ONODAGA STREET SYRACUSE NY |
| 11446 | MOUNT SINAI HOSPITAL #1 | MOUNT SINAI HOSPITAL #1 | 1200 FIFTH AVENUE NEW YORK NY  000010017 |
| 11447 | SIOUX VALLEY HOSPITAL | SIOUX VALLEY HOSPITAL | SIOUX FALLS SD |
| 11448 | UNION BANK & TRUST | | SIOUX FALLS SD |
| 11450 | MEDICAL CENTER | MEDICAL CENTER | BURLINGTON VT |
| 11451 | UNITED WAY BUILDING | UNITED WAY BUILDING | ALEXANDRA VA |
| 11453 | ROANOKE CIVIC CENTER | ROANOKE CIVIC CENTER | ROANOKE VA |
| 11454 | I C I OF AMERICA BUILDING | I C I OF AMERICA BUILDING | HOPEWELL VA |
| 11455 | FREINDSHIP MANOR | FREINDSHIP MANOR | ROANOKE VA |
| 11456 | FIRST NATIONAL BANK | | DANVILLE VA |
| 11457 | FEDELITY NATIONAL BANK | | LYNCHBURG VA |
| 11458 | BIG STONE GENERAL HOSPITAL | BIG STONE GENERAL HOSPITAL | BIG STONE GAP VA |
| 11460 | SHELBY COUNTY HEALTH CENTER | SHELBY COUNTY HEALTH CENTER | MEMPHIS TN |
| 11462 | MONTGOMERY WARD BYRNWICK SHOPPING CENTER | MONTGOMERY WARD BYRNWICK SHOPPING CENTER | BYRN ROAD TOLEDO OH |
| 11463 | LOUIS GALIE CENTRAL NATURAL BANK JOB | LOUIS GALIE CENTRAL NATURAL BANK | CLEVELAND OH |

Exhibit 1
Anderson Memorial Out of State PD Claims

| Claim Number | Claimant Name | Building Name | Property Address |
|---|---|---|---|
| 11484 | MARY WASHINGTON HOSPITAL SELF CARE UNIT | MARY WASHINGTON HOSPITAL SELF CARE UNIT | FREDERICKSBURG VA |
| 11485 | SEARS ROEBUCK | SEARS ROEBUCK | ALBUQUERQUE NM |
| 11486 | SEARS ROEBUCK | SEARS ROEBUCK | LAS VEGAS NV |
| 11487 | SEARS ROEBUCK | SEARS ROEBUCK | RENO NV |
| 11488 | SEARS ROEBUCK | SEARS ROEBUCK | ALBANY NY |
| 11489 | SEARS & GRANT BUILDING | SEARS & GRANT BUILDING | LACROSSE WI |
| 11490 | SEARS ROEBUCK | SEARS ROEBUCK | SIOUX FALLS SD |
| 11491 | SEARS & REBUCK WESTLAND SHOPPING CENTER | SEARS & REBUCK WESTLAND SHOPPING CENTER | LAKEWOOD CO |
| 11492 | SEARS ROEBUCK | SEARS ROEBUCK | CANOGA PARK CA |
| 11493 | SEARS ROEBUCK | SEARS ROEBUCK | BAKERSFIELD CA |
| 11494 | SEARS ROEBUCK | SEARS ROEBUCK | CONCORD CA |
| 11495 | SEARS ROEBUCK | SEARS ROEBUCK | RIVERSIDE CA |
| 11496 | SEARS ROEBUCK C/O DANIEL A SPEIGHTS SPEIGHTS & R | SEARS ROEBUCK C/O DANIEL A SPEIGHTS SPEIGHTS & R | SAN BERNADINO CA |
| 11497 | SEARS ROEBUCK | SEARS ROEBUCK | STOCKTON CA |
| 11498 | SEARS ROEBUCK | SEARS ROEBUCK | SAN RAFAEL CA |
| 11499 | SEARS ROEBUCK C/O DANIEL A SPEIGHTS SPEIGHTS & R | SEARS ROEBUCK C/O DANIEL A SPEIGHTS SPEIGHTS & R | DES MOINES IA |
| 11500 | SEARS ROEBUCK | SEARS ROEBUCK | CHICAGO IL |
| 11501 | SEARS ROEBUCK MORRISTOWN MALL | SEARS ROEBUCK MORRISTOWN MALL | MORRISTOWN NJ |
| 11502 | SEARS ROEBUCK | SEARS ROEBUCK | MINNEAPOLIS MN |
| 11503 | BATESVILLE SECURITY BANK | | BATESVILLE MS |
| 11504 | WESTERN UNION CENTRALIZED BUREAU #3 | | BRIDGETON MO |
| 11506 | CULTURAL BUILDING | CULTURAL BUILDING | AUGUSTA ME |
| 11508 | ARDMOUR ARDWICK INDUSTRIAL CENTER | ARDMOUR ARDWICK INDUSTRIAL CENTER | LANDOVER MD |
| 11509 | WORCESTER CENTER | WORCESTER CENTER | WORCESTER MA |
| 11510 | NEWSPAPER BUILDING | NEWSPAPER BUILDING | SPRINGFIELD MA |
| 11512 | HARPER TRUST | | HAYDENVILLE MA |
| 11514 | 1ST NATIONAL BANK OF FRANKLIN COUNTY | | MA |
| 11515 | SEARS ROEBUCK | SEARS ROEBUCK | BALTIMORE MD |
| 11516 | SEARS ROEBUCK | SEARS ROEBUCK | GREENSBORO NC |
| 11517 | SEARS ROEBUCK | SEARS ROEBUCK | RALEIGH NC |
| 11518 | SEARS ROEBUCK GATEWAY SHOPPING CENTER | SEARS ROEBUCK GATEWAY SHOPPING CENTER | LINCOLN NE |
| 11519 | AMERICAN CAN CO | | HAMMOND IN |
| 11522 | CAMELOT CLUB | CAMELOT CLUB | FLORIDA BLVD & 4TH STREET BATON ROUGE LA |

Exhibit 1
Anderson Memorial Out of State PD Claims

| Claim Number | Claimant Name | Building Name | Property Address |
|---|---|---|---|
| 11523 | HOLMES DEPARTMENT STORE | HOLMES DEPARTMENT STORE | OAKWOOD SHOPPING CENTER GRETNA LA |
| 11524 | SEARS ROEBUCK | SEARS ROEBUCK | 200 WEST BAY STREET JACKSONVILLE FL 000032202 |
| 11525 | IMPERIAL OFFICE BUILDING | IMPERIAL OFFICE BUILDING | NO. CAUSEWAY & ESLPANIA METAIRIE LA |
| 11526 | LOUISIANA NATIONAL BANK BUILDING | LOUISIANA NATIONAL BANK BUILDING | 4TH & FLORIDA STREET BATON ROUGE LA |
| 11527 | OBECO BUILDING | OBECO BUILDING | CANNAL STREET NEW ORLEANS LA |
| 11528 | VILLA ST CHARLES | | NEW ORLEANS LA |
| 11529 | NUGENT IMPORT MOTORS | | 301 S. WAUKEGAN ROAD GLENVIEW IL |
| 11530 | CNA BUILDING | CNA BUILDING | WABASH & VAN BUREN CHICAGO IL |
| 11531 | GATEWAY PLAZA | GATEWAY PLAZA | 222 RIVERSIDE CHICAGO IL |
| 11532 | IBM OFFICE BUILDING | IBM OFFICE BUILDING | CHICAGO IL |
| 11533 | MERCHANDISE MART PLAZA | MERCHANDISE MART PLAZA | CHICAGO IL |
| 11534 | DENVER SQUARE ANACONDA BUILDING | DENVER SQUARE ANACONDA BUILDING | DENVER CO |
| 11535 | MEDICAL APTS BUILDING | MEDICAL APTS BUILDING | GREELEY CO |
| 11536 | MOUNTAIN BELL | | DENVER CO |
| 11537 | IBM OFFICE BUILDING | IBM OFFICE BUILDING | HAMDEN CT |
| 11538 | OFFICE FAC FOR BROAD ST ASSOC C O F MARCED | | 200 BROAD STREET STANFORD CT |
| 11539 | WESTPORT OFFICE BLDG | WESTPORT OFFICE BLDG | WESTPORT CT |
| 11540 | CITY LINE TOWERS | CITY LINE TOWERS | WASHINGTON DC |
| 11541 | COSMAT CENTER | COSMAT CENTER | WASHINGTON DC |
| 11542 | COTTAGES JR VILLAGE | COTTAGES JR VILLAGE | WASHINGTON DC |
| 11543 | DART DRUG C/O DANIEL A SPEIGHTS SPEIGHTS & RUNYA | | WASHINGTON DC |
| 11544 | EQUITABLE LIFE INSURANCE | | WASHINGTON DC |
| 11546 | GAFFER DEPT STORE | GAFFER DEPT STORE | PENSACOLA FL |
| 11547 | PRATT WHITNEY JOB | | W PALM BEACH FL |
| 11549 | CENTURY CENTER BUILDING | CENTURY CENTER BUILDING | ATLANTA GA |
| 11551 | FIRST NATIONAL BANK JOB | | GA |
| 11553 | CATERPILLAR TRACTOR CO | | PEORIA IL |
| 11554 | KAISER HOSPITAL | KAISER HOSPITAL | 9400 E ROSECRANS AVENUE BELLFLOWER CA |
| 11558 | KAUFMAN S DEPARTMENT STORE | KAUFMAN S DEPARTMENT STORE | ROUTE 19 SOUTH MT LEBANON PA |
| 11559 | GENERAL TELEPHONE & ELECTRIC DATA CENTER | GENERAL TELEPHONE & ELECTRIC DATA CENTER | 1858 W GRANDVIEW ERIE PA |
| 11560 | FENESTRA INC DOOR PRODUCTS DIV | | ERIE PA |
| 11661 | NCR DISTRIBUTION CENTER | \ | MONROE OH |
| 11562 | NATURAL DISTILLERS | | CINCINNATI OH |
| 11564 | NCNB BUILDING JOB J 5028 | NCNB BUILDING | WINSTON-SALEM NC |

Exhibit 1
Anderson Memorial Out of State PD Claims

| Claim Number | Claimant Name | Building Name | Property Address |
|---|---|---|---|
| 11566 | FLAT TOP NATIONAL BANK | | BLUEFIELD WV |
| 11567 | ARLINGTON HOSPITAL | ARLINGTON HOSPITAL | ARLINGTON VA |
| 11568 | ARLINGTON HOSPITAL ADDITION | ARLINGTON HOSPITAL ADDITION | ARLINGTON VA |
| 11569 | APARTMENTS FOR THE ELDERLY | | ROANOKE VA |
| 11570 | AMERICAN NATIONAL BANK & TRUST CO | | CARROLLS VA |
| 11571 | NATIONAL DISTILLERS CHEMICAL COMPANY | | WEST MEMPHIS TN |
| 11573 | SUTTON PLAZA | SUTTON PLAZA | CLLIFTON NJ |
| 11574 | STERNS DEPARTMENT STORE | STERNS DEPARTMENT STORE | WOODBRIDGE NJ |
| 11575 | METAL LITHO INTERNATIONAL | | LAWRENCE TOWNSHIP NJ |
| 11576 | MERCEDES BENZ | | MONTVELE NJ |
| 11577 | LONG DISTANCE SWITCHING CENTER | LONG DISTANCE SWITCHING CENTER | HAMILTON TOWNSHIP NJ |
| 11578 | INGERSOL RAND CO | | WOODCLIFF NJ |
| 11580 | SOUTH PARK SHOPPING CENTER | SOUTH PARK SHOPPING CENTER | CHARLOTTE NC |
| 11581 | RALEIGH SAVINGS & LOAN | CHARLOTTE VALLEY MALL | RALEIGH NC |
| 11582 | OAK RIDGE TEXTILES | | GREENSBORO NC |
| 11583 | NORTHWESTERN BANK BUILDING | NORTHWESTERN BANK BUILDING | CHARLOTTE NC |
| 11584 | ELKS COUNTRY CLUB | ELKS COUNTRY CLUB | SOUTHERN PINES NC |
| 11585 | DUKE POWER CO | | DURHAM NC |
| 11586 | DRAYMORE MANUFACTURING CO | | MOORESVILLE NC |
| 11587 | COMPUTER OFFICE BUILDING | COMPUTER OFFICE BUILDING | 301 N. CHURCH ST. WINSTON-SALEM NC |
| 11588 | CAROLINA COUNTRY CLUB | CAROLINA COUNTRY CLUB | WILSON NC |
| 11589 | BENJAMIN PARKWAY BRANCH GREENSBORO LIBRARY | BENJAMIN PARKWAY BRANCH GREENSBORO LIBRARY | CALDWELL & 3RD STREET CHARLOTTE NC |
| 11590 | BANK OF ASHEVILLE | | ASHEVILLE NC |
| 11592 | WEGMAN STORE | WEGMAN STORE | EAST AVENUE ROCHESTER NY |
| 11593 | W G N | | FRANKLIN & CHIPPEWA STREET BUFFALO NY |
| 11594 | TONAWANDA POLICE JOB | | BAYARD & SHERIDA TONAWANDA NY |
| 11595 | NEW MUNICIPAL BUILDING | NEW MUNICIPAL BUILDING | MARKET STREET POUGHKEEPSIE NY |
| 11596 | OLIAN NURSING HOME | OLIAN NURSING HOME | SOUTH 25TH STREET OLEAN NY |
| 11597 | KINGS DAVID HOTEL | KINGS DAVID HOTEL | NATIONAL BLVD. & W. BROADWAY LONG BEACH NY |
| 11599 | FORD MANHATTAN BUILDING | FORD MANHATTAN BUILDING | 57TH (BTWN 10 & 11 AVE) NEW YORK NY |
| 11600 | BEECH NUT COMPANY | | HORTON ST & LOCUST AVE PORT CHESTER NY |
| 11602 | A&S BUILDING | A&S BUILDING | SMITH HAVEN MALL LAKE GROVE NY |
| 11603 | 1ST NATIONAL BUILDING | 1ST NATIONAL BUILDING | JACKSON MS |
| 11604 | MARQUETTE NATIONAL BANK | | MINNEAPOLIS MN |
| 11605 | EXECUTIVE PLAZA | EXECUTIVE PLAZA | DETROIT MI |
| 11606 | HOLIDAY INN | HOLIDAY INN | FARGO ND |

Exhibit 1
Anderson Memorial Out of State PD Claims

| Claim Number | Claimant Name | Building Name | Property Address |
|---|---|---|---|
| 11619 | UNIVERSITY OF TORONTO | 215 HURON STREET MEDICAL SCIENCE BUILDING | TORONTO ON  M5S1A1 |
| 11685 | SIMMONS FIRST NATIONAL BANK | | MAIN STREET PINE BLUFF AR |
| 11686 | NEW ENGLAND MEMORIAL HOSPITAL | NEW ENGLAND MEMORIAL HOSPITAL | STONEHAM MA |
| 11687 | MERCHANTS NATIONAL BANK | | BANGOR MA |
| 11688 | KEYSTONE BUILDING | KEYSTONE BUILDING | 225 CONGRESS STREET BOSTON MA |
| 11691 | J B THOMAS HOSPITAL | J B THOMAS HOSPITAL | 15 KING STREET PEABODY MA |
| 11692 | DAY SQUARE BUILDING | DAY SQUARE BUILDING | 415 BREMEN STREET EAST BOSTON MA |
| 11693 | FIRST NATIONAL BANK | | FEDERAL STREET BOSTON MA |
| 11694 | FRANKLIN COUNTY TRUST BANK | | MAIN & SCHOOL STREETS GREENFIELD MA |
| 11695 | SECURITY NATIONAL BANK | | ROUTE 135 MELVILLE LONG ISLAND NY |
| 11696 | PLAZA BUILDING | PLAZA BUILDING | UNICE TOWNSHIP ROAD WOODBURY NY |
| 11697 | ESSO BUILDING | ESSO BUILDING | 6TH AVENUE BETWEEN 49TH & 50TH STREETS NEW YORK CITY NY |
| 11698 | EBENEZER BUILDING | EBENEZER BUILDING | FITZHUGH STREET ROCHESTER NY |
| 11699 | UNION MUTUAL LIFE INSURANCE COMPANY | | CONGRESS STREET PORTLAND ME |
| 11700 | NORTH HAMPTON NURSING HOME | NORTH HAMPTON NURSING HOME | BRIDGE ROAD NORTHHAMPTON MA |
| 11702 | SPRINGFIELD NEWS | | LOWER MAIN STREET SPRINGFIELD MA |
| 11704 | 3 HANOVER PLAZA | 3 HANOVER PLAZA | 19TH FLOOR NEW YORK NY |
| 11705 | OFFICE SERVICE CTR UNITED FUEL GAS CO | | HUNTINGTON WV |
| 11707 | MOUNTAIN STATES TELEPHONE COMPANY | | DENVER CO |
| 11708 | BELL TELEPHONE ADDITION | | DENVER CO |
| 11710 | WEST FARM BUREAU LIFE BUILDING | WEST FARM BUREAU LIFE BUILDING | DENVER CO |
| 11711 | BEAR VALLEY SHOPPING CENTER | BEAR VALLEY SHOPPING CENTER | DENVER CO |
| 11712 | MILE HIGH MEDICAL ARTS BUILDING | MILE HIGH MEDICAL ARTS BUILDING | DENVER CO |
| 11714 | HOLLY SUGAR BUILDING | HOLLY SUGAR BUILDING | COLORADO SPRINGS CO |
| 11715 | EASTSIDE FINANCIAL CENTER | EASTSIDE FINANCIAL CENTER | KELLOG AND ROCK ROAD WICHITA KS |
| 11716 | COMMERCE STATE BANK | | 3035 TOPEKA BOULEVARD TOPEKA KS |
| 11717 | RENEWAL SHOPPING MALL BLDG 2 BURLINGTON URB | RENEWAL SHOPPING MALL BLDG 2 BURLINGTON URB | BURLINGTON VT |
| 11718 | RENEWAL SHOPPING MALL | RENEWAL SHOPPING MALL | BURLINGTON VT |
| 11720 | RIVERGATE MALL | RIVERGATE MALL | NASHVILLE TN |
| 11721 | ROGERSVILLE HOSPITAL LEARNING RESOURCE CTR | ROGERSVILLE HOSPITAL LEARNING RESOURCE CTR | ROGERSVILLE TN |
| 11723 | NORTHWESTERN NATIONAL BANK | | MADISON SD |
| 11724 | MOUNTAIN CITY HOSPITAL ADDITION | MOUNTAIN CITY HOSPITAL ADDITION | MOUNTAIN CITY TN |
| 12365 | O&Y ENTERPRISE | | 112 KENT STREET - PLACE DE VILLE TOWER C OTTAWA ON  K1A2B3 |

Exhibit 1
Anderson Memorial Out of State PD Claims

| Claim Number | Claimant Name | Building Name | Property Address |
|---|---|---|---|
| 14409 | ST FRANCIS HOSPITAL | ST FRANCIS HOSPITAL | HARTFORD CT |

Exhibit 1
Anderson Memorial Out of State PD Claims
17 of 17