Exhibit 2
Anderson Memorial In State Claims

| Claim Number | Claimant Name | Building Name | Property Address |
|---|---|---|---|
| 6681 | TRINITY METHODIST CHURCH | TRINITY METHODIST CHURCH | 226 WEST LIBERTY SUMTER SC  000029150 |
| 6682 | RUTLEDGE TOWER | RUTLEDGE TOWER | 2095 HENRY TECKLENBURG DRIVE CHARLESTON SC  000029414 |
| 6683 | FIRST BAPTIST CHURCH | FIRST BAPTIST CHURCH | 1201 BROAD STREET CAMDEN SC  000029020 |
| 6686 | TRINITY BAPTIST CHURCH | TRINITY BAPTIST CHURCH | 2521 RICHLAND STREET COLUMBIA SC  000029204 |
| 6687 | ALDEREGATE METHODIST CHURCH | ALDEREGATE METHODIST CHURCH | SUMTER SC |
| 10835 | MEDI-CENTER BUILDING | MEDI-CENTER BUILDING | 1221 EAST UNION STREET GREENVILLE SC |
| 10836 | MYRTLE BEACH LUMBER COMPANY | | MYRTLE BEACH SC |
| 10837 | O'HARA APARTMENT | O'HARA APARTMENT | GREENVILLE SC |
| 10838 | PEE DEE BUILDERS SUPPLY | | MARION SC |
| 10839 | PEOPLES PLAZA | PEOPLES PLAZA | GREENVILLE SC |
| 10840 | R&G PAINT COMPANY | | SUMTER STREET COLUMBIA SC |
| 10841 | RICHLAND COUNTY HOSPITAL | RICHLAND COUNTY HOSPITAL | COLUMBIA SC |
| 10843 | SHERWIN WILLIAMS PAINT STORE | SHERWIN WILLIAMS PAINT STORE | WADE HAMPTON BOULEVARD GREER SC |
| 10844 | COLLOSEUM MOTOR INN | COLLOSEUM MOTOR INN | COLUMBIA SC |
| 10845 | COLUMBIA MOTOR INN | COLUMBIA MOTOR INN | COLUMBIA SC |
| 10846 | COLUMBIA PLASTERING COMPANY | | 68 REEDER POINT DRIVE - ROUTE #4 COLUMBIA SC  000029209 |
| 10847 | CORNELL ARMS APARTMENT | CORNELL ARMS APARTMENT | COLUMBIA SC |
| 10848 | COVIL INSULATION COMPANY | | GREENVILLE SC  000029602 |
| 10849 | CROMER & SULLIVAN CONSTRUCTION COMPANY | | ANDERSON SC |
| 10850 | D.H. HOLMES COMPANY LTD | | OAKWOOD SC |
| 10851 | DUFFIE PAINT COMPANY | | 8 AIRPORT ROAD GREENVILLE SC  000029602 |
| 10853 | GENERAL ELECTRIC PLANT | GENERAL ELECTRIC PLANT | GREENVILLE SC |
| 10854 | GLIDDEN COMPANY | | 55 ANTRIM DRIVE GREENVILLE SC  000029607 |
| 10855 | J.E. GRAMBLING BUILDING SUPPLY | | ORANGEBURG SC  000029115 |
| 10856 | J.T. ROBERTSON - SOUTHERN COATING & CHEMICAL | | SUMTER SC  000029150 |
| 10857 | JOHN J. RILEY & SONS | | 3600 MARSTELLER COLUMBIA SC  000029203 |
| 10858 | L. ROY OWEN PLASTERING COMPANY | | ROUTE 1 CENTRAL SC  000029630 |

Exhibit 2
Anderson Memorial In State Claims

| Claim Number | Claimant Name | Building Name | Property Address |
|---|---|---|---|
| 10859 | LAMB, YOUNG, JONES OFFICE BUILDING | LAMB, YOUNG, JONES OFFICE BUILDING | WESLEY DRIVE & SAVANNAH HIGHWAY CHARLESTON SC |
| 10860 | LANDMARK HOTEL | LANDMARK HOTEL | 1501 S. OCEAN BOULEVARD MYRTLE BEACH SC |
| 10862 | MARTIN PAINT & SUPPLY COMPANY | | 1017 GARLAND AVENUE ROCK HILL SC |
| 10863 | MARY BLACK HOSPITAL | MARY BLACK HOSPITAL | CANNON CAMPGROUND SPARTANBURG SC |
| 10864 | ACME QUALITY PAINT COMPANY | | 306 WADE HAMPTON BOULEVARD GREENVILLE SC |
| 10865 | AIKEN BUILDERS SUPPLY | | 156 WILLIAMSBURG STREET AIKEN SC |
| 10866 | ARNOLD & DOBSON SUPPLY COMPANY | | 309 ALLIANCE STREET GREENWOOD SC  000029646 |
| 10867 | AVERY LUMBER COMPANY | | SUMTER SC |
| 10868 | BALLARD-RICE PRESTRESS | | WASHINGTON AVENUE GREENVILLE SC |
| 10869 | FIRST FEDERAL SAVINGS LOAN BANK BUILDING | FIRST FEDERAL SAVINGS LOAN BANK BUILDING | MAIN STREET COLUMBIA SC |
| 10871 | BONITZ INSULATING COMPANY | | COLUMBIA SC |
| 10872 | BUILDERS WHOLESALE INC | | SPARTANBURG SC |
| 10873 | BYARS MACHINE COMPANY | | LAURENS SC |
| 10874 | C.B. ASKINS CONSTRUCTION COMPANY | | LAKE CITY SC |
| 10875 | C.L. CANNON & SONS | | 137 TRADE STREET SPARTANBURG SC  000029301 |
| 10876 | C.L. DUFFIE PAINTING INC. | | MAULDIN ROAD GREENVILLE SC  000029602 |
| 10877 | CAROLINA DRYWALL INSURANCE COMPANY | | CHARLESTON SC  000029407 |
| 10879 | CAROTEX INDUSTRIAL SUPPLY | | 12 W. PARKER ROAD GREENVILLE SC |
| 10880 | CENTRAL CONCRETE & PLASTER COMPANY | | CENTRAL SC  000029630 |
| 10881 | CENTRAL ROOFING & SUPPLY COMPANY | | SEABOARD PARK COLUMBIA SC  000029202 |
| 10882 | CHAPIN LUMBER COMPANY | | MYRTLE BEACH SC  000029577 |
| 10923 | SILVER SANDS HOTEL | SILVER SANDS HOTEL | MYRTLE BEACH SC |
| 10926 | ST. FRANCIS HOSPITAL | ST. FRANCIS HOSPITAL | GREENVILLE SC |
| 10927 | VAN SMITH BUILDING MATERIAL | | GREENVILLE SC |