Hearing Date: Monday, November 14, 2005

## In re: W.R. GRACE & CO., et al
### OMNIBUS 5 - EXHIBIT C - OBJECTION WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | CITY OF CAMBRIDGE MASSACHUSETTS C/O STEPHEN D ANDERSON ESQ ANDERSON & KREIGER LLP 43 THORNDIKE ST CAMBRIDGE MA 02141 | 01-01140 W.R. GRACE & CO.-CONN | 4720 | $14,829,000.00 | (U) | NO LIABILITY EXPUNGE | OBJECTION WITHDRAWN |
| 2 | CITY OF CAMBRIDGE MASSACHUSETTS C/O STEPHEN D ANDERSON ESQ ANDERSON & KREIGER LLP 43 THORNDIKE ST CAMBRIDGE MA 02141 | 01-01139 W.R. GRACE & CO. | 4722 | $14,829,000.00 | (U) | NO LIABILITY EXPUNGE | OBJECTION WITHDRAWN |
| 3 | MASSACHUSETTS BAY TRANSPORTATION AUTHORI MICHAEL CROSSEN / DAVID C FIXLER RUBIN AND RUDMAN LLP 50 ROWES WHARF BOSTON MA 02110 | 01-01140 W.R. GRACE & CO.-CONN | 9693 | UNKNOWN | (U) | NO LIABILITY EXPUNGE | OBJECTION WITHDRAWN |
| 4 | MASSACHUSETTS BAY TRANSPORTATION AUTHORI MICHAEL CROSSEN / DAVID C FIXLER RUBIN AND RUDMAN LLP 50 ROWES WHARF BOSTON MA 02110 | 01-01140 W.R. GRACE & CO.-CONN | 9693 | UNKNOWN | (U) | UNLIQUIDATED EXPUNGE | OBJECTION WITHDRAWN |
| 5 | PERINI CORPORATION C/O JEFFREY R PORTER ESQUIRE MINTZ LEVIN COHN FERRIS ET AL ONE FINANCIAL CENTER BOSTON MA 02111 | 01-01140 W.R. GRACE & CO.-CONN | 4704 | UNKNOWN | (U) | NO LIABILITY EXPUNGE | OBJECTION WITHDRAWN |
| 6 | PERINI CORPORATION C/O JEFFREY R PORTER ESQUIRE MINTZ LEVIN COHN FERRIS ET AL ONE FINANCIAL CENTER BOSTON MA 02111 | 01-01140 W.R. GRACE & CO.-CONN | 4704 | UNKNOWN | (U) | UNLIQUIDATED EXPUNGE | OBJECTION WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
  (P) - Priority  (U) - Unsecured