**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY
DAMAGE CLAIMANTS' INITIAL DISCLOSURES: RE PERSONAL
INJURY ESTIMATION**

The Official Committee of Asbestos Property Damage Claimants (the "PD Committee"), by and through its undersigned attorneys, hereby serves its Initial Disclosures pursuant to Fed. R. Civ. P. 26 and Fed. R. Bankr. P. 7026, as follows:

**INITIAL DISCLOSURES**

1. These Initial Disclosures are based upon information reasonably available as of the date of these Disclosures. These Initial Disclosures are made without prejudice to producing during discovery or at trial such data, information or documents as are subsequently discovered, subsequently determined to be relevant for any purpose, or subsequently determined to have been omitted from these Disclosures.

2. These Initial Disclosures are made by the PD Committee without waiving its right to amend them.

3. The PD Committee does not represent that these Initial Disclosures identify every document, tangible thing, or witness possibly relevant to this contested matter. Because no

discovery has yet taken place, the PD Committee specifically reserves the right to rely on additional witnesses and exhibits in support of its estimation positions.

4. The PD Committee expressly reserves all objections to the use for any purpose of these Initial Disclosures or any information and documents referenced herein in this contested matter or any other proceeding.

5. The PD Committee does not waive its right to object to the production of any document or tangible thing disclosed herein on the basis of any privilege, the work product doctrine, relevancy, undue burden or any other valid objection.

6. The term "Debtors" shall refer to each of the debtors involved in the above referenced bankruptcy proceedings and each of their officers, directors, employees, representatives, attorneys, agents, parents, subsidiaries, predecessors, successors and assigns.

**I.** **Initial Disclosures Under Rule 26(a)(1)(A) (Witnesses):** Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

The PD Committee hereby incorporates the names of the individuals identified in the initial disclosures of the Debtors, the Official Committee of Asbestos Personal Injury Claimants, the Official Committee of Unsecured Creditors, the Legal Representatives for Future Claimants, and the Equity Committee.

**II.** **Initial Disclosures Under Rule 26(a)(1)(B) (Documents):** Provide a copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

1. All documents, pleadings, affidavits, certificates, transcripts and applications of record in these chapter 11 cases;

2. All documents produced by the Debtors, the Official Committee of Asbestos Personal Injury Claimants, the Official Committee of Unsecured Creditors, the Legal Representatives for Future Claimants and the Equity Committee, and all other parties in interest to this estimation proceeding, subject to the reservation of any privilege, doctrine, right or immunity pertaining to each such document with respect to any third party.

**III.** **Initial Disclosures Under Rule 26(a)(1)(C) (Damages)**: Provide a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

This Adversary Proceeding relates to the estimation of the total number and value number of all asbestos personal injury claims for which the Debtors are responsible. The appropriate calculation methods and the value of these asbestos personal injury claims have yet to be determined.

**IV.** **Initial Disclosures Under Rule 26(a)(1)(D) (Insurance Agreements)**: Provide for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

At this time, the PD Committee is not aware of any insurance agreements relevant to this estimation proceeding.

**V.**     **Initial Disclosures Under Rule 26(a)(2)(A) (Expert Testimony):** Provide the identity of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence.

At this time, the PD Committee has retained the following individuals as consulting experts for estimation issues:

1) Francine F. Rabinovitz
Hamilton, Rabinovitz & Alschuler, Inc.
26384 Carmel Rancho Lane
Carmel, CA 93923
Telephone: (831) 626-8152

2) James E. Hass
LECG
1725 Eye Street, Suite 800
Washington, DC 20006
Telephone: (202) 466-4422

The PD Committee has yet to determine whether these individuals will testify. Further, should information be obtained indicating that additional experts may be necessary, the PD Committee reserves the right to engage other experts based on the issues raised or implicated by discovery or by positions taken by interested parties.

Dated: November 15, 2005	Respectfully submitted,

>	BILZIN SUMBERG BAENA
>	  PRICE & AXELROD LLP
>	200 South Biscayne Boulevard
>	Suite 2500
>	Miami, Florida  33131-2336
>	Telephone:  (305) 374-7580
>
>	Scott L. Baena (Admitted Pro Hac Vice)
>	Jay M. Sakalo (Admitted Pro Hac Vice)
>
>	and
>
>	FERRY, JOSEPH & PEARCE, P.A.
>	824 Market Street, Suite 904
>	P.O. Box 1351
>	Wilmington, Delaware  19899
>	(302) 575-1555
>
>
>	By:  /s/ Lisa L. Coggins
>	Theodore J. Tacconelli  (Del. Bar No. 2678)
>	Lisa L. Coggins  (Del. Bar No. 4234)
>
>	Co-Counsel for the Official Committee of
>	Asbestos Property Damage Claimants