**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |
| | ) | **PD Claim No. 6933** |
| | ) | **Church of the Most Holy** |
| | ) | **Redeemer** |
| | ) | **Montgomery, Minnesota** |

**CLAIMANT CHURCH OF THE MOST
<u>HOLY REDEEMER (CLAIM NO. 6933) EXHIBIT LIST</u>**

Ex. 1    Partial List of ZONOLITE ACOUSTICAL PLASTER Installations, Oct. 19, 1954

Ex. 2    Claim Form

Ex. 3    MAS Bulk Sample Analysis, March 21, 2003