# EXHIBIT 1

Partial List of
ZONOLITE ACOUSTICAL PLASTIC
Installations

October 19, 1954

## COLORADO

|  |  |  | Sq. Ft. |
|---|---|---|---|
| Boulder | Church |  |  |
| Boulder | University Hills Junior High |  | 10,800 |
| Boulder | Fashion Bar |  | 36,000 |
| Colorado Springs | Preferred Risk Insurance Co. |  | 2,800 |
| Colorado Springs | United Brethern Church |  | 12,150 |
| Colorado Springs | South Baptist Church |  | 2,400 |
| Colorado Springs | Bates Drug Store |  | 8,044 |
| Colorado Springs | Eddie's Candlelight Inn |  |  |
| Colorado Springs | Buena Vista School Addition |  |  |
| Colorado Springs | Steele School Addition |  | 2,480 |
| Colorado Springs | Fountain Valley School for Boys |  | 2,625 |
| Craig | Craig Public Library |  | 3,600 |
| Denver | Clayton Presbyterian Church |  | 11,700 |
| Denver | Hebrew Educational Alliance |  | 1,350 |
| Denver | Cosmopolitan Hotel | Silver Glade Room | 27,000 |
| Denver | Moore Mortuary |  | 4,500 |
| Denver | I.B.M. Building |  | 900 |
| Denver | Tower of Memories |  | 288 |
| Denver | Kieth Office Building |  | 1,080 |
| Denver | Henderson Home |  | 22,500 |
| Denver | Francis Fisher Company | Plaster Contr. | 108 |
| Denver | Rocky Mountain Arsenal | Office | 180 |
| Denver | Rocky Mountain Arsenal | Cafeteria | 4,500 |
| Denver | Grant Junior High School | Offices | 6,048 |
| Denver | Merrill Junior High School |  | 5,400 |
| Denver | Cosmopolitan Hotel | Gun Room | 10,800 |
| Denver | Bill Phebus' Home |  | 3,312 |
| Denver | Bob Mackay's Home | Den | 500 |
| Denver | Denver Plant Office |  | 300 |
| Denver | All Saints Church | Parish House | 690 |
| Denver | First Evangelical Free Church |  | 684 |
| Denver | St. John's Seminary |  | 7,200 |
| Denver | St. John's Dormitory |  | 4,500 |
| Denver | Golden Court House |  | 14,400 |
| Denver | Denver Lock & Key |  | 43,200 |
| Denver | Denver Auditorium |  | 1,440 |
| Denver | St. Vincent de Paul Church |  | 7,200 |
| Denver | St. John's Catholic Church |  | 10,800 |
| Denver | Fruehauf Trailer Office |  | 14,400 |
| Denver | Bonfils Memorial Theater |  | 540 |
| Denver | Union Bus Terminal |  | 18,000 |
| Denver | Jack Hickey Home |  | 2,700 |
| Denver | Harry Hickey Home |  | 252 |
|  |  |  | 585 |

NMLRP 0001768

-10-

| Location | Building | Area | Amount |
|---|---|---|---|
| Montrose | Church | | |
| Mora | High School | All ceilings | 32,000 |
| Mazeppa | Municipal Building & Liquor Store | Auditorium Ceiling | 11,700 |
| Montevideo | Church | | |
| Montgomery | Public School | | 4,500 |
| Montgomery | Bank | | |
| Montgomery | Catholic Church | | |
| Moorhead | Assembly of God | | |
| Mound | Streater Manufacturing | Display Room | 1,800 |
| Mound | Bethel Church | | |
| Mountain Lake | Mennonite Church | Auditorium | 1,300 |
| Navarre | Red & White Super Market | | 1,980 |
| New Ulm | Dakota Hotel | Lobby & Hall | 9,000 |
| New Ulm | Ed Wirts Home | Living Room & Dining Room | 800 |
| New Ulm | Trinity School | All ceilings | 700 |
| New Ulm | Turner Club | All ceilings | 2,000 |
| New Ulm | Clauss Garage | | 7,200 |
| New Ulm | Daily Jornal Building | Office & Printing | 2,700 |
| New Ulm | George's Bar | Bar | 1,450 |
| New Ulm | George's Bar | | |
| New Ulm | George's Bar | Bowling Alley | |
| New Ulm | Church | Ballroom | 26,000 |
| Northfield | Varsity Bowl | | 7,200 |
| Northfield | St. Olaf College | Dining Room | |
| Park Rapids | Knapp Building | Girl's Dormitory | 18,648 |
| Paynesville | Fullerton Lumber Co. | Office | 5,608 |
| Plummer | Theater | | |
| Red Wing | Station KAAA | Radio Station | |
| Redwood Falls | Hospital | All halls | |
| Remer | Hotel | Lobby | 3,200 |
| Litchfield | St. Peters Church | | |
| Rochester | KROC-TV Station | All ceilings | 2,500 |
| Rochester | Fullerton Lumber Company | Office | 1,080 |
| Rochester | Homestad United Brethern Church | | |
| Rosemount | Plumbing Shop | All ceilings | 1,260 |
| Round Lake | Church | | |
| Russell | Municipal Building | | 2,160 |
| Russell | High School | | 1,000 |
| St. Charles | International Harvester | Display Room | 180 |
| St. Cloud | St. Cloud Teachers College | Class rooms, halls | 108,000 |
| St. Cloud | Megarry Brothers Garage | Display Room | 3,000 |
| St. Cloud | Daily Times | | |
| St. Cloud | Marx Liquor Store | | |
| St. Cloud | Public School | Music Room | |
| St. Cloud | Weinder Implement Company | | |
| St. George | Church | | 7,200 |
| St. Paul | Ernies Cocktail Lounge | | 8,100 |
| St. Paul | Lutheran Memorial Center | | 2,000 |
| St. Paul | North Como Presbyterian Church | | 2,500 |
| St. Paul | Hazel Park Congregational Church | | 2,160 |
| | | | 1,500 |