# EXHIBIT 3



March 21, 2003

Mr. Edward Cottingham
Ness Motley
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464

RE:   Church of the Most Holy Redeemer - Basement

Dear Mr. Cottingham:

The following is a bulk sample from the above referenced project in which we have identified the manufacturer of the asbestos containing surface treatment material.

| | Sample # | Manufacturer / Product |
|---|---|---|
| 1) | 1 | W.R. Grace / Zonolite Acoustical Plastic |

If you have any questions regarding this report, please do not hesitate to give me a call.

Sincerely,

William E. Longo, Ph.D.

WEL/mac

cc: M30677-001

Atlanta Office:
3945 Lakefield Court
Suwanee, Georgia 30024
(770) 866-3200 • FAX (770) 866-3259

Los Angeles Office:
3020 Old Ranch Parkway • Suite 300
Seal Beach, CA 90740
(562) 799-5530 • FAX (562) 799-5531

Raleigh Office:
616 Hutton Street • Suite 101
Raleigh, NC 27606
(919) 829-7041 • FAX (919) 829-5518

## MATERIALS ANALYTICAL SERVICES, INC.
## PLM ANALYSIS

**Proj#-Spl#:** M30677-001  **Analyst** W.B. Egeland  **Date:** 3/17/03

**ClientName:** Law Offices of Ness, Motley  **ClientSpl:** 1

**Location:**

**Type_Mat:** basement ceiling

**Gross Visual:** Tan. Flakes and books as well as fiber bundles with a fine matrix throughout. White paint on surface.

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| Morphology | Wavy | | |
| Pleochroism | None | | |
| Refract Index | 1.555/1.548 | | |
| Sign | + | | |
| Extinction | Parallel | | |
| Birefringence | Low | | |
| Melt | No | | |
| Fiber Name | Chrysotile | | |

**ASBESTOS MINERALS**  **EST. VOL. %**

Chrysotile.............................. 15
Amosite..................................
Crocidolite.............................
Tremolite/Actinolite..............
Anthophyllite........................

**OTHER FIBROUS COMPONENTS**

**NON FIBROUS COMPONENTS**

Vermiculite   70

Binder   15

**Effervescence:** Weak and isolated.
**Binder Description:** Fine-grained aggregate

**Comments:** No starch observed



**MATERIALS ANALYTICAL SERVICES**

## MINERAL ANALYSIS SHEET

| | |
|---|---|
| TEM ANALYSIS: | BULK ANALYSIS |
| PROJECT: | CHURCH OF THE MOST HOLY REDEEMER |
| SAMPLE NUMBER: | M306770-001 |
| SAMPLE ID: | 1 |
| DATE OF ANALYSIS: | 3/20/03 |
| ANALYST: | W.A.S.W |

**ASBESTOS MINERALS:**

CHRYSOTILE (EDS)(DIFF)

**OTHER COMPONENTS:**

**OTHER COMMENTS:**







M50677

## LAW OFFICES
## NESS, MOTLEY
### PROFESSIONAL ASSOCIATION

28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SOUTH CAROLINA 29464
POST OFFICE BOX 1792
MOUNT PLEASANT, SOUTH CAROLINA 29465
843-216-9000   FAX # 843-216-9450
E-MAIL: NESSMOTLEY@NESSMOTLEY.COM

EDWARD B. COTTINGHAM, JR.
DIRECT DIAL: (843) 216-9148
FAX: (843) 216-9440
E-MAIL: ecottingham@nessmotley.com

OTHER OFFICES
CHARLESTON, SOUTH CAROLINA
BARNWELL, SOUTH CAROLINA
PROVIDENCE, RHODE ISLAND
NEW ORLEANS, LOUISIANA
RALEIGH, NORTH CAROLINA

March 10, 2003

**Via Federal Express**

William Longo PhD
Materials Analytical Services
3945 Lakefield Court
Suwanee, GA 30024

RE: *W.R. Grace Bankruptcy*
   Sample from The Church of the Most Holy Redeemer

Dear Bill:

Enclosed is a sample that I received from a client in Minnesota. This sample was taken from the ceiling of the basement of the church on March 7th and forwarded to me via Federal Express. Would you please analyze this sample for product ID and return the result to me as soon as possible.

Please call if you have any questions.

Sincerely,

Edward B. Cottingham, Jr.

EBC:dlg
Enclosure

Received 3-11-03
[signature]

Page 1 of 1

# MATERIALS ANALYTICAL SERVICES, INC.
## CHAIN-OF-CUSTODY

**CLIENT:** Law Offices of Ness, Motley

**CONTACT:** Edward Cottingham

**PHONE:** (843) 720-9000

**CLIENT JOB NAME:** Church of the Most Holy Redeemer

**CLIENT JOB#:**

**CLIENT DOC(S):** Letter of transmittal

**FAX NUMBER:** (843) 577-6361

**MAS JOB:** M30677

**DATE RECEIVED:** 3/11/03

**SUBMITTED BY:** Ed Cottingham

**TRANSPORT:** FedEx

**RECEIVED BY:** dmazzaferro

**CONDITION:** good

| MAS # | CLIENT ID | VOLUME | TYPE MATERIAL | MAS # | CLIENT ID | VOLUME | TYPE MATERIAL |
|---|---|---|---|---|---|---|---|
| 001 | 1 | | basement ceiling | | | | |

**LOCATION**

**INITIAL FILE REVIEW:** _____ **DATE:** _____
**SAMPLE PREP BY:** _____ **DATE:** _____
**SAMPLE ANALYSIS BY:** _____ **DATE:** _____
**COMMENT:** _____

Materials Analytical Services, Inc.
3945 Lakefield Court
Suwanee, Georgia  30024
(770) 866-3200