

# EXHIBIT B
### August Fee Application

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: October 26, 2005 at 4:00 p.m.
Hearing Date: TBD only if necessary

## SUMMARY OF THE FORTY-SEVENTH MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM AUGUST 1, 2005 THROUGH AUGUST 31, 2005

Name of Applicant:

Casner & Edwards, LLP

Authorized to Provide Professional Services to:

W. R. Grace & Co., et al., Debtors and Debtors-in-Possession

Date of Retention:

September 18, 2001,
effective as of September 18, 2001

Period for which compensation and reimbursement is sought:

August 1, 2005 through
August 31, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                    $17,306.50  (80% = $13,845.20)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:            $12,851.87

This is an:   X monthly      __ interim      __ final application

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |

3

| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | No objections served on counsel | No objections served on counsel |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | No objections served on counsel | No objections served on counsel |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | No objections served on counsel | No objections served on counsel |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | No objections served on counsel | No objections served on counsel |
| 5/12/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | No objections served on counsel | No objections served on counsel |
| 6/14/04 | 04/01/04 through 04/30/04 | $15,745.00 | $12,624.56 | No objections served on counsel | No objections served on counsel |
| 7/13/04 | 05/01/04 through 05/31/04 | $6,487.00 | $26,540.10 | No objections served on counsel | No objections served on counsel |
| 8/17/04 | 06/01/04 through 06/30/04 | $11,018.50 | $9,909.39 | No objections served on counsel | No objections served on counsel |
| 9/13/04 | 07/01/04 through 07/31/04 | $13,651.00 | $12,386.12 | No objections served on counsel | No objections served on counsel |
| 10/15/04 | 08/01/04 through 08/31/04 | $38,791.00 | $14,000.00 | No objections served on counsel | No objections served on counsel |
| 11/15/04 | 09/01/04 through 09/30/04 | $14,142.00 | $15,951.89 | No objections served on counsel | No objections served on counsel |
| 12/15/04 | 10/01/04 through 10/31/04 | $4,177.00 | $25,118.55 | No objections served on counsel | No objections served on counsel |
| 1/6/05 | 11/01/04 through 11/30/04 | $31,459.00 | $2,839.36 | No objections served on counsel | No objections served on counsel |

4

| 1/27/05 | 12/01/04 through 12/31/04 | $29,299.00 | $17,177.91 | No objections served on counsel | No objections served on counsel |
|---------|---------|---------|---------|---------|---------|
| 3/25/05 | 1/01/05 through 1/31/05 | $14,713.00 | $14,317.79 | No objections served on counsel | No objections served on counsel |
| 5/10/05 | 2/01/05 through 2/28/05 | $20,275.00 | $13,251.36 | No objections served on counsel | No objections served on counsel |
| 5/16/05 | 03/01/05 through 03/31/05 | $11,160.00 | $11,684.66 | No objections served on counsel | No objections served on counsel |
| 7/7/05 | 04/01/05 through 04/30/05 | $27,127.00 | $15,371.64 | No objections served on counsel | No objections served on counsel |
| 7/20/05 | 05/01/05 through 05/31/05 | $16,428.00 | $15,260.16 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 06/01/05 through 06/30/05 | $18,474.00 | $12,190.01 | No objections served on counsel | No objections served on counsel |
| 9/9/05 | 07/01/05 through 07/31/05 | $21,231.00 | $13,876.31 | Pending | Pending |
| 9/30/05 | 08/01/05 through 08/31/05 | $17,306.50 | $12,851.87 | Pending | Pending |

As indicated above, this is the forty-seventh application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $625.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

## Fee Summary

### (see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total Compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 39 | Litigation | $250.00 | 8.20 | $2,050.00 |
| Donna B. MacKenna | Partner | 22 ½ | Litigation | $225.00 | 1.80 | $405.00 |
| Matthew T. Murphy | Associate | 18 | Litigation | $220.00 | 15.30 | $3,366.00 |

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total Compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 22 | Litigation | $95.00 | 120.90 | $11,485.50 |
| TOTALS | | | | | 146.20 | $17,306.50 |

**Total Fees:**          **$17,306.50**

Expense Summary

(see Exhibit B to the Fee Detail)

| Expense Category | Expenses |
|---|---|
| Excess Postage | $6.39 |
| Federal Express | $72.19 |
| Travel | $472.43 |
| Photocopying ($0.12/page) | $40.56 |
| Telephone (amount reflects related toll charges only and includes outgoing facsimile transmissions) | $7.70 |
| Rent Reimbursement | $11,791.10 |
| Miscellaneous | $461.50 |
| TOTAL | $12,851.87 |

**Total Expenses:** **$12,851.87**

## Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 143.50 | $16,631.50 |
| Fee Applications, Applicant | 2.70 | $675.00 |
| Expenses | N/A | $12,851.87 |
| TOTALS | 146.20 | $30,158.37 |

Dated:  September 30, 2005

CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/364300.1

8

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: October 26, 2005 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## FORTY-SEVENTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM AUGUST 1, 2005 THROUGH AUGUST 31, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/364304

**EXHIBIT A**
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

September 29, 2005

Bill Number 85367
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through August 31, 2005

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/01/05 | RAM | Finalize notes re: Grace employee material and send material to in-house counsel. | 0.10 Hrs | $25.00 |
| 08/01/05 | MTM | Review boxes from storage re: Prince George Center privilege review and letter books (2.4); telephone call to ARA re: certain privileged boxes re: same (.3). | 2.70 Hrs | $594.00 |
| 08/01/05 | ARA | Quality control original documents copied for the O.M. Scott production and return them to the production set (3.3). Per MTM's instructions, review Attorney Review documents (and WRG privileged documents) for letter books (1.4); telephone call to MTM re: same (.3). | 5.00 Hrs | $475.00 |
| 08/02/05 | MTM | Telephone call from ARA re: review of privilege documents re: letter books (.3); continue review of files re: documents received from Libby and added to Winthrop Square re: letter books (2.6); receipt and review of email from in-house counsel (.2); review original letter books at Winthrop Square (1.9). | 5.00 Hrs | $1,100.00 |
| 08/02/05 | ARA | Continue to review WRG privileged documents (3.0) and discussion re: same with MTM (.3). Search for original letter books and review same with MTM (1.9). | 5.20 Hrs | $494.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/03/05 | DBM | Search for Monokote documents per MTM. | 1.00 Hrs | $225.00 |
| 08/03/05 | MTM | Email to Kirkland Ellis counsel re: located original letter books (.3); telephone call from in-house counsel with request for documents re: Monokote sales (.2); conference with DBM re: same (.2); review list and conference with ARA re: finding document requested by in-house counsel (.5); receipt and review of documents from ARA re: Monokote (.2). | 1.40 Hrs | $308.00 |
| 08/03/05 | ARA | Per MTM's instructions, search for and obtain documents for in-house counsel re: cessation of MK-3 sales (1.0); produce originals to MTM (.2). Return letter book documents to production set (.2). Return employee deposition binder to deposition library (.2). | 1.60 Hrs | $152.00 |
| 08/04/05 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read memo re: documents requested by Kirkland & Ellis; telephone conference with ARA re: searching for transcripts of trial (.1). | 0.20 Hrs | $50.00 |
| 08/04/05 | ARA | Return deposition binders to expert library and employee library and product binder to resource library (.8). Per telephone call from RAM re: trial transcripts and telephone calls to and from MB re: same, compile transcripts and arrange for delivery of them to RAM (1.7). Locate other reference binders and search for daily reports of trial (1.0) Quality control original documents copied for the O.M. Scott production and return them to the production set (1.9). | 5.40 Hrs | $513.00 |
| 08/05/05 | ARA | Quality control original documents copied for the O.M. Scott production and return them to the production set. | 6.20 Hrs | $589.00 |
| 08/08/05 | RAM | Read selected documents filed in bankruptcy court. | 0.20 Hrs | $50.00 |
| 08/08/05 | ARA | Quality control original documents copied for the O.M. Scott production and return them to the production set. | 6.60 Hrs | $627.00 |
| 08/09/05 | ARA | Quality control original documents copied for the O.M. Scott production and return them to the production set. | 6.50 Hrs | $617.50 |
| 08/10/05 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (1.2). | 1.30 Hrs | $325.00 |
| 08/10/05 | ARA | Quality control original documents copied for the O.M. Scott production and return them to the production set. | 6.50 Hrs | $617.50 |
| 08/11/05 | ARA | Quality control original documents copied for the O.M. Scott production and return them to the production set. | 7.00 Hrs | $665.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/12/05 | ARA | Quality control original documents copied for the O.M. Scott production and return them to the production set. | 4.50 Hrs | $427.50 |
| 08/15/05 | RAM | Review transcripts and summaries of trial in search of relevant expert testimony and arguments to send to Kirkland & Ellis (.7). Conference with MTM re: K&E inquiry (.1). Read list of documents between Grace and customer for any relevant to criminal indictment (.6). Read expert witness disclosures in Libby case and forward selected ones to in-house counsel (.2). Read notes of K&E meeting on P.I. estimation project re: status of locating requested documents and information (.2). | 1.80 Hrs | $450.00 |
| 08/15/05 | MTM | Telephone call from K&E counsel re: Speights' property damage claims and Monokote invoice (.2); conference with RAM re: same (.1). | 0.30 Hrs | $66.00 |
| 08/16/05 | ARA | Quality control original documents copied for the O.M. Scott production and return them to the production set (4.2). Discussion with MB re: renew search for daily reports of trial (.3). Obtain list of documents to search for; search for and obtain documents re: Montana indictment (3.8). | 8.30 Hrs | $788.50 |
| 08/17/05 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | $25.00 |
| 08/17/05 | ARA | Continue to search for and obtain documents re: Montana indictment (3.2). Quality control original documents copied for the O.M. Scott production and return them to the production set (2.5). | 5.70 Hrs | $541.50 |
| 08/18/05 | RAM | Read documents for possible use in criminal case (.6); telephone call to ARA and conference with MTM re: same (.2). | 0.80 Hrs | $200.00 |
| 08/18/05 | MTM | Receipt and review of email and documents from in-house counsel (.2). Conference with RAM re: notice documents (.1); receipt and review of same (.7); email to K&E counsel re: same (.2); letter to K&E counsel re: same (.2). | 1.40 Hrs | $308.00 |
| 08/18/05 | ARA | Quality control original documents copied for the O.M. Scott production and return them to the production set (6.2). Per RAM's request, search for documents and produce same to RAM (1.0). | 7.20 Hrs | $684.00 |
| 08/19/05 | ARA | Quality control original documents copied for the O.M. Scott production and return them to the production set. | 8.70 Hrs | $826.50 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/22/05 | ARA | Quality control original documents copied for the O.M. Scott production and return them to the production set. | 6.10 Hrs | $579.50 |
| 08/23/05 | ARA | Quality control original documents copied for the O.M. Scott production and return them to the production set. | 6.20 Hrs | $589.00 |
| 08/24/05 | ARA | Quality control and put production set documents in quorum number order. | 6.30 Hrs | $598.50 |
| 08/25/05 | DBM | Search for early Vermiculite Institute membership list. | 0.80 Hrs | $180.00 |
| 08/25/05 | MTM | Telephone call from in-house counsel re: early Vermiculite Institute membership list (.1); review Winthrop Square and Cambridge lists re: same (.2); telephone call to ARA re: review property damage set re: same (.1); conference with DBM re: search for same (.1); telephone call to ARA re: same (.1) | 0.60 Hrs | $132.00 |
| 08/25/05 | ARA | Per MTM's request, review documents in the property damage set to locate Vermiculite Institute member list for in-house counsel (6.3). Quality control Libby common exhibits (.7). | 7.00 Hrs | $665.00 |
| 08/26/05 | MTM | Review Vermiculite Institute documents from Winthrop Square (.1); telephone call to in-house counsel re: same (.1); telephone call to ARA re: additional 1950's Vermiculite Institute documents (.1); letter to in-house counsel re: same (.1). | 0.40 Hrs | $88.00 |
| 08/26/05 | ARA | Prepare documents and produce them to MTM re: Vermiculite Institute member list; quality control originals and return them to the property damage set (2.6). Document control (2.7). Quality control original documents copied for the O.M. Scott production and return them to the production set (1.0). | 6.30 Hrs | $598.50 |
| 08/29/05 | RAM | Read updated bankruptcy court docket entries to select documents to read (.2). Read selected documents filed in bankruptcy court (.4). Locate and review outline of employee testimony for any reference to document mentioned by Kirkland & Ellis attorney (.2); conference with MTM re: same (.1). | 0.90 Hrs | $225.00 |
| 08/29/05 | MTM | Message from K&E counsel re: employee document (.2); review plaintiff's master exhibit lists re: same (.9); review transcripts at Winthrop Square re: same (1.8); conference with RAM re: same (.1); telephone call to K&E counsel re: same (.2); email to K&E counsel re: deposition excerpts and document requested (.3). | 3.50 Hrs | $770.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/29/05 | ARA | Per MTM's call, locate Baron & Budd master exhibit list; telephone call to MTM re: same (.4). Review depositions for particular document requested by Kirkland & Ellis (.7). Document control (3.5). | 4.60 Hrs | $437.00 |
| 08/30/05 | RAM | Telephone conference with in-house counsel re: developments in PI estimation project. | 0.10 Hrs | $25.00 |
| | | TOTAL LEGAL SERVICES | | $16,631.50 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 5.50 Hrs | 250/hr | $1,375.00 |
| DONNA B. MACKENNA | 1.80 Hrs | 225/hr | $405.00 |
| MATTHEW T. MURPHY | 15.30 Hrs | 220/hr | $3,366.00 |
| ANGELA R. ANDERSON | 120.90 Hrs | 95/hr | $11,485.50 |
| | 143.50 Hrs | | $16,631.50 |

TOTAL THIS BILL    $16,631.50

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

September 29, 2005

Bill Number 85368
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through August 31, 2005

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/01/05 | RAM | Finalize June fee application and send it to Delaware counsel to file. | 0.10 Hrs | $25.00 |
| 08/08/05 | RAM | Work on quarterly fee application. | 0.20 Hrs | $50.00 |
| 08/09/05 | RAM | Finalize quarterly fee application and send it to Delaware counsel to file. | 0.10 Hrs | $25.00 |
| 08/21/05 | RAM | Work on July fee application. | 0.20 Hrs | $50.00 |
| 08/27/05 | RAM | Work on July fee application. | 1.40 Hrs | $350.00 |
| 08/29/05 | RAM | Work on July fee application. | 0.50 Hrs | $125.00 |
| 08/30/05 | RAM | Send July fee application to in-house counsels to review. Telephone call from in-house counsel with comments re: same. | 0.20 Hrs | $50.00 |

TOTAL LEGAL SERVICES      $675.00

Mark A. Shelnitz

Re: Fee Applications, Applicant

## LEGAL SERVICES SUMMARY

| ROBERT A. MURPHY | 2.70 Hrs | 250/hr | $675.00 |
|---|---|---|---|
| | 2.70 Hrs | | $675.00 |

|  | TOTAL THIS BILL | $675.00 |
|---|---|---|

# EXHIBIT B
### (Expense Detail)

**CASNER & EDWARDS, LLP**
**ATTORNEYS AT LAW**
**303 CONGRESS STREET**
**BOSTON, MASSACHUSETTS 02210**
**F.I.N.  04-2778062**

September 29, 2005

Bill Number  85369
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through August 31, 2005

EXCESS POSTAGE                                                          $6.39

FEDERAL EXPRESS

08/02/05   To Kirkland & Ellis from Casner & Edwards on 07/08/05 by        25.00
           RAM

                                                                       $25.00

TRAVEL

08/12/05   ROBERT A MURPHY. - To D.C. to meet with Kirkland & Ellis       472.43
           Attorneys and in-house counsel re: estimating asbestos
           bodily injury claims.

                                                                      $472.43

PHOTOCOPYING

08/02/05   14 copies at .12 per copy                                     1.68
08/03/05   8 copies at .12 per copy                                      0.96
08/08/05   11 copies at .12 per copy                                     1.32

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through August 31, 2005

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 08/11/05 | 3 copies at .12 per copy | 0.36 | |
| 08/16/05 | 1 copies at .12 per copy | 0.12 | |
| 08/18/05 | 66 copies at .12 per copy | 7.92 | |
| 08/19/05 | 32 copies at .12 per copy | 3.84 | |
| 08/29/05 | 8 copies at .12 per copy | 0.96 | |
| 08/29/05 | 10 copies at .12 per copy | 1.20 | |
| | | | $18.36 |

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 08/07/05 | 357 | 3026525338 | 1.10 | |
| 08/07/05 | 358 | 3128612200 | 1.10 | |
| 08/31/05 | 357 | 2028795200 | 3.30 | |
| | | | | $5.50 |

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 08/03/05 | BOSTON CAPITAL INSTITUTE - Rent and utilities for document repository at One Winthrop Square - August 2005 | 11,791.10 | |
| | | | $11,791.10 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 08/03/05 | RECORDKEEPER ARCHIVE - June 2005 box retrieval | 27.00 | |
| 08/17/05 | RECORDKEEPER ARCHIVE - 7/1/05 to 7/31/05 storage | 434.50 | |
| | | | $461.50 |

| | |
|---|---|
| TOTAL DISBURSEMENTS | $12,780.28 |
| TOTAL THIS BILL | $12,780.28 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

September 29, 2005

Bill Number 85370
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through August 31, 2005

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 08/02/05 | To 919 North Market St., Pachulski Stang Ziehl Young-Scott McFarland from Casner & Edwards on 07/13/05 by R Murphy | 13.32 | |
| 08/19/05 | To 919 N Market St, Pachulski Stang Ziehl Young-Scott McFarland from Casner & Edwards on 08/01/05 by R A Murphy. | 13.56 | |
| 08/19/05 | To 919 North Markt St., Pachulski Stang Young-Scott McFarland from Casner and Edwards on 08/09/05 by R A Murphy. | 20.31 | |
| | | | $47.19 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 08/01/05 | 48 copies at .12 per copy | 5.76 | |
| 08/04/05 | 27 copies at .12 per copy | 3.24 | |
| 08/09/05 | 110 copies at .12 per copy | 13.20 | |
| | | | $22.20 |

TELEPHONE

Mark A. Shelnitz

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through August 31, 2005

**TELEPHONE**

| | | | | |
|---|---|---|---|---|
| 08/31/05 | 357 | 4105314545 | 2.20 | |
| | | | | $2.20 |
| | | TOTAL DISBURSEMENTS | | $71.59 |
| | | TOTAL THIS BILL | | $71.59 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## <u>AFFIDAVIT OF SERVICE</u>

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) ss: |
| COUNTY OF NEW CASTLE | ) |

Marlene Chappe, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-

counsel for the Debtors, in the above-captioned action, and that on the 4th day of October

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2005, she caused a copy of the following document(s) to be served upon the attached service

list(s) in the manner indicated:

**FORTY-SEVENTH MONTHLY APPLICATION OF
CASNER & EDWARDS, LLP FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL
LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD OF
AUGUST 1, 2005 THROUGH AUGUST 31, 2005**

Marlene Chappe

Sworn to and subscribed before
me this 4th day of October 2005

Notary Public
My Commission Expires:  02/11/06

HOLLY T. WALSH
Notary Public - Delaware
My Comm. Expires Feb. 11, 2006

DOCS_DE:73981.6
10/04/05 1:57 PM

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 – E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

**Hand Delivery**
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

**Federal Express**
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

**Federal Express and E-mail:**
*william.sparks@grace.com*
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**E-mail:** *syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

**E-mail:** *meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

**E-mail:** *ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

**E-mail:** *mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

**E-mail:** *currier@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

**E-mail:** *james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: elawler@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail: david.heller@lw.com and*
*carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP