# EXHIBIT C
September Fee Application

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: December 5, 2005 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

### SUMMARY OF THE FORTY-EIGHTH MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005

Name of Applicant:        Casner & Edwards, LLP

Authorized to Provide Professional Services to:  W. R. Grace & Co., et al., Debtors and Debtors-in-Possession

Date of Retention:        September 18, 2001, effective as of September 18, 2001

Period for which compensation and reimbursement is sought:   September 1, 2005 through September 30, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



Docket # 11065
Date 11-14-05

Amount of Compensation sought as actual,
reasonable, and necessary:                    $19,252.50  (80% = $15,402.00)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:            $13,258.24

This is an:    X monthly     __ interim     __ final application

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |

3

| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | No objections served on counsel | No objections served on counsel |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | No objections served on counsel | No objections served on counsel |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | No objections served on counsel | No objections served on counsel |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | No objections served on counsel | No objections served on counsel |
| 5/12/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | No objections served on counsel | No objections served on counsel |
| 6/14/04 | 04/01/04 through 04/30/04 | $15,745.00 | $12,624.56 | No objections served on counsel | No objections served on counsel |
| 7/13/04 | 05/01/04 through 05/31/04 | $6,487.00 | $26,540.10 | No objections served on counsel | No objections served on counsel |
| 8/17/04 | 06/01/04 through 06/30/04 | $11,018.50 | $9,909.39 | No objections served on counsel | No objections served on counsel |
| 9/13/04 | 07/01/04 through 07/31/04 | $13,651.00 | $12,386.12 | No objections served on counsel | No objections served on counsel |
| 10/15/04 | 08/01/04 through 08/31/04 | $38,791.00 | $14,000.00 | No objections served on counsel | No objections served on counsel |
| 11/15/04 | 09/01/04 through 09/30/04 | $14,142.00 | $15,951.89 | No objections served on counsel | No objections served on counsel |
| 12/15/04 | 10/01/04 through 10/31/04 | $4,177.00 | $25,118.55 | No objections served on counsel | No objections served on counsel |
| 1/6/05 | 11/01/04 through 11/30/04 | $31,459.00 | $2,839.36 | No objections served on counsel | No objections served on counsel |

4

| 1/27/05 | 12/01/04 through 12/31/04 | $29,299.00 | $17,177.91 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 3/25/05 | 1/01/05 through 1/31/05 | $14,713.00 | $14,317.79 | No objections served on counsel | No objections served on counsel |
| 5/10/05 | 2/01/05 through 2/28/05 | $20,275.00 | $13,251.36 | No objections served on counsel | No objections served on counsel |
| 5/16/05 | 03/01/05 through 03/31/05 | $11,160.00 | $11,684.66 | No objections served on counsel | No objections served on counsel |
| 7/7/05 | 04/01/05 through 04/30/05 | $27,127.00 | $15,371.64 | No objections served on counsel | No objections served on counsel |
| 7/20/05 | 05/01/05 through 05/31/05 | $16,428.00 | $15,260.16 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 06/01/05 through 06/30/05 | $18,474.00 | $12,190.01 | No objections served on counsel | No objections served on counsel |
| 9/9/05 | 07/01/05 through 07/31/05 | $21,231.00 | $13,876.31 | No objections served on counsel | No objections served on counsel |
| 9/30/05 | 08/01/05 through 08/31/05 | $17,306.50 | $12,851.87 | No objections served on counsel | No objections served on counsel |
| 11/14/05 | 09/01/05 through 09/30/05 | $19,252.50 | $13,258.24 | Pending | Pending |

As indicated above, this is the forty-eighth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 2.6 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $650.00.

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

## Fee Summary

### (see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 39 | Litigation | $250.00 | 11.00 | $2,750.00 |
| Robert A. Murphy | Senior Counsel | 39 | Litigation | No Charge | 0.05 | $0.00 |
| Donna B. MacKenna | Partner | 22 ½ | Litigation | $225.00 | 8.40 | $1,890.00 |
| Matthew T. Murphy | Associate | 18 | Litigation | $220.00 | 33.30 | $7,326.00 |

| Name of Professional Person | Position with the applicant | Number of years in billing position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 22 | Litigation | $95.00 | 61.30 | $5,823.50 |
| Regina Merkel | Paralegal | 8 | Litigation | $95.00 | 5.30 | $503.50 |
| Sara E. Streeter | Paralegal | 6 | Litigation | $95.00 | 3.80 | $361.00 |
| Laura A. Cadogan | Paralegal | ½ | Litigation | $95.00 | 6.30 | $598.50 |
| TOTALS | | | | | 129.45 | $19,252.50 |

**Total Fees:**           **$19,252.50**

6

Expense Summary

(see Exhibit B to the Fee Detail)

| Expense Category | Expenses |
|---|---|
| Excess Postage | $10.15 |
| Federal Express | $13.62 |
| Photocopying ($0.12/page) | $52.20 |
| Telephone (amount reflects related toll charges only and includes outgoing facsimile transmissions) | $0.55 |
| Rent Reimbursement | $12,729.32 |
| Miscellaneous | $452.40 |
| TOTAL | $13,258.24 |

**Total Expenses:      $13,258.24**

Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 126.70 | $18,577.50 |
| Fee Applications, Applicant | 2.75 | $675.00 |
| Expenses | N/A | $13,258.24 |
| TOTALS | 129.45 | $32,510.74 |

Dated:  November 8, 2005

CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/367333

8

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: December 5, 2005 at 4:00 p.m.
Hearing Date: TBD only if necessary

### FEE DETAIL FOR CASNER & EDWARDS, LLP'S
### FORTY-EIGHTH MONTHLY FEE APPLICATION
### FOR THE PERIOD FROM SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A
### (Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

November 4, 2005

Bill Number  86320
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through September 30, 2005

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 09/01/05 | RAM | Emails from/to Kirkland Ellis paralegal re: whether we have a particular deposition transcript; check lists for same; none found. | 0.20 Hrs | $50.00 |
| 09/06/05 | RAM | Telephone conference with in-house counsel re: searching for air sampling documents for case in NY. | 0.10 Hrs | $25.00 |
| 09/08/05 | RAM | Telephone call from in-house counsel re: whether we recall vermiculite concentrate being shipped to Cambridge in mid-70's; conferences with DBM and MTM re: same (.2); read memos for any reference to same; none found (.3). Read updated bankruptcy court docket entries to select documents to read (.2). | 0.70 Hrs | $175.00 |
| 09/08/05 | MTM | Conference with RAM re: certain vermiculite products and issue of any vermiculite concentrate shipments to Cambridge (.2); telephone call from in-house counsel re: access to invoices for shipments of Libby concentrate (.2); review list of MTM files in storage re: certain product documents (.7). | 1.10 Hrs | $242.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 09/09/05 | MTM | Look for certain product air sampling documents at Winthrop Square (2.5); telephone call to ARA re: same (.2). | 2.70 Hrs | $594.00 |
| 09/11/05 | RAM | Read selected documents filed in bankruptcy court. | 0.30 Hrs | $75.00 |
| 09/12/05 | RAM | Read selected documents filed in bankruptcy court. | 0.40 Hrs | $100.00 |
| 09/12/05 | MTM | Review certain testing documents from Winthrop Square. | 1.00 Hrs | $220.00 |
| 09/13/05 | RAM | Review documents re: air sampling of certain vermiculite products (.7). Read selected documents filed in bankruptcy court (.5). | 1.20 Hrs | $300.00 |
| 09/13/05 | MTM | Continue review of test results for certain vermiculite products. | 1.30 Hrs | $286.00 |
| 09/14/05 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read emails re: locating vermiculite invoices and lists (.1); Read selected documents filed in bankruptcy court (1.0). Read documents re: air sampling of certain vermiculite products (.9). | 2.10 Hrs | $525.00 |
| 09/14/05 | DBM | Search for certain vermiculite documents. | 2.70 Hrs | $607.50 |
| 09/14/05 | MTM | Continue review of certain test documents (.8); conference with SES re: complete this review (.2); email from Holme Roberts paralegal re: source of origin index to Winthrop Square (.2); respond to same (.1); telephone call from Holme Roberts paralegal re: any records of vermiculite concentrate shipments to Cambridge and invoice search (.2); conference with SES re: same (.2); receipt and respond to second email from Holme Roberts paralegal re: source of origin for Winthrop Square indexes (.3); conference with DBM re: jobsite search (.1); receipt and review of invoice spreadsheet from Holme Roberts paralegal (.2); review certain vermiculite product documents identified by SES (.3). | 2.60 Hrs | $572.00 |
| 09/14/05 | SES | Review documents for testing of certain vermiculite products. | 3.80 Hrs | $361.00 |
| 09/15/05 | RAM | Read certain vermiculite documents and conference with MTM re: same (.4); telephone conference with in-house counsel re: same (.1) and re: obtaining certain workers' compensation claims (.2). | 0.70 Hrs | $175.00 |
| 09/15/05 | DBM | Search for certain vermiculite invoices. | 2.40 Hrs | $540.00 |
| 09/15/05 | MTM | Conference with RAM re: review of certain product documents (.4); telephone call from in-house counsel re: any vermiculite concentrate invoices to Cambridge (.2); telephone call to Holme Roberts paralegal re: same (.3); conference with DBM re: jobsite search for invoices (.2); conference with RAM re: test documents and workers' compensation document search (.2); review list of | 2.90 Hrs | $638.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | shipments to Cambridge for any of concentrate (1.6). | | |
| 09/15/05 | RM | Search for and locate invoices and documents requested by MTM. | 1.30 Hrs | $123.50 |
| 09/16/05 | DBM | Complete search for vermiculite invoices. | 2.60 Hrs | $585.00 |
| 09/16/05 | MTM | Meeting with LAC re: vermiculite invoice project (.5); review list of invoices (1.6); telephone call to in-house counsel re: Cambridge invoices (.3); review all workers' comp. boxes at Winthrop Square for references to plant (5.7). | 8.10 Hrs | $1,782.00 |
| 09/16/05 | LAC | Search for and locate invoices and documents requested by MTM. | 6.30 Hrs | $598.50 |
| 09/19/05 | MTM | Continue to locate and review invoices at Winthrop Square re: vermiculite shipments to Cambridge (3.5); letter to in-house counsel re: same (.3). | 3.80 Hrs | $836.00 |
| 09/19/05 | RM | Search for and locate invoices and documents requested by MTM. | 4.00 Hrs | $380.00 |
| 09/20/05 | MTM | Conference with ARA re: projects (.5); review workers' compensation documents (1.4); conference with ARA re: status of projects (.3). | 2.20 Hrs | $484.00 |
| 09/20/05 | ARA | Search for and locate workers' compensation documents per MTM's request (.2). Conference with MTM re: invoice project (.8); search for and obtain invoices re: same for in-house counsel (5.7). | 6.70 Hrs | $636.50 |
| 09/21/05 | MTM | Telephone call from ARA re: status of obtaining invoices. | 0.50 Hrs | $110.00 |
| 09/21/05 | ARA | Search for and obtain invoices re: project for in-house counsel (7.8); review invoices with MTM (.5). | 8.30 Hrs | $788.50 |
| 09/22/05 | MTM | Message from RAM re: workers' comp. documents requested by in-house counsel (.1); conference with ARA re: same (.2); telephone call to in-house counsel re: same (.1); review final workers' compensation documents at Winthrop Square (1.1); letter to in-house counsel re: same (.3). | 1.80 Hrs | $396.00 |
| 09/22/05 | ARA | Get names from MTM to look for in workers' compensation documents (.2); review workers' compensation documents (1.6); telephone call to Merrill to arrange for workers' compensation documents to be copied (.2); receipt of other workers compensation documents that were already copied by Merrill (.5); telephone calls to MTM and Merrill Corp. re: delivery of copied documents (.2). Search for and obtain invoices for in-house counsel (5.3). | 8.00 Hrs | $760.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 09/23/05 | RAM | Telephone call from in-house counsel re: whether Grace sold vermiculite to CONAGRA; have search done; no sales found; telephone conference with in-house counsel re: same (.2). Read emails re: deposition binders for Kirkland & Ellis; conference with MTM re: same (.1). Read correspondence re: locating workers' compensation files and re: ore shipments (.1). | 0.40 Hrs | $100.00 |
| 09/23/05 | DBM | Search for certain vermiculite sales documents, per RAM. | 0.70 Hrs | $157.50 |
| 09/23/05 | MTM | Receipt and review of email from paralegal at K&E requesting witness binders for various current and former Grace employees (.1); review various lists of transcripts re: same (1.4); telephone call to ARA re: same (.2); review transcripts before sending to copier (.7); email to paralegal at K&E re: additional transcripts that Grace may have that we don't (.4). | 2.80 Hrs | $616.00 |
| 09/23/05 | ARA | Quality control originals obtained for document project for RAM (1.8). Per telephone call from MTM, obtain employee deposition binders for Kirkland & Ellis and arrange for binders to be copied by Merrill Corp. (4.3); return documents previously pulled to employee deposition binder (.3); quality control workers' compensation documents from copy project and return to the production set (2.0). | 8.40 Hrs | $798.00 |
| 09/26/05 | MTM | Review transcripts from Winthrop Square re: requests from K&E paralegal (.9); letter to K&E paralegal re: same (.2). | 1.10 Hrs | $242.00 |
| 09/26/05 | ARA | Telephone call to Merrill re: originals of deposition transcripts (.1); receipt of originals from Merrill and quality control and return same to the employee deposition library (3.4). Quality control workers' compensation documents from copy project and return them to production set (2.0). | 5.50 Hrs | $522.50 |
| 09/27/05 | RAM | Telephone conference with in-house counsel re: hearing on, and status of, property damage claims filed by Speights. | 0.10 Hrs | $25.00 |
| 09/27/05 | ARA | Quality control workers' compensation documents from copy project and return them to the production set . | 6.20 Hrs | $589.00 |
| 09/28/05 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Review documents re: certain vermiculite products and select testing documents for in-house counsel (1.0); draft letter to in-house counsel re: same (.2). Read selected documents filed in bankruptcy court (.8). | 2.10 Hrs | $525.00 |

Mark A. Shelnitz

| | | | | |
|---|---|---|---|---|
| 09/28/05 | ARA | Quality control workers' compensation documents from copy project and return them to the production set. | 5.50 Hrs | $522.50 |
| 09/29/05 | ARA | Quality control and return expert witness binders and documents to the expert witness library (1.7). Organize privilege documents (2.6). Quality control ETX documents and return them to the production set (2.1). Per MTM's call, confirm Merrill's bill for depositions copied (.1). Telephone call from MTM re: insulation and Masonry Fill documents produced to Turkewitz (.1). | 6.60 Hrs | $627.00 |
| 09/30/05 | MTM | Telephone call from in-house counsel re: workers' comp. records (.2);  telephone call to ARA re: same to confirm all workers' comp. records were produced to EPA (.2); review binder re: index to medical records category at Cambridge re: same (1.0). | 1.40 Hrs | $308.00 |
| 09/30/05 | ARA | Quality control documents from O.M. Scott production (5.1). Telephone calls to and from MTM re: question whether workers' compensation documents were copied for the EPA; review Winthrop Square binder to confirm (.5). Search reference materials for index of medical records for in-house counsel (.5). | 6.10 Hrs | $579.50 |

TOTAL LEGAL SERVICES    $18,577.50

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 8.30 Hrs | 250/hr | $2,075.00 |
| DONNA B. MACKENNA | 8.40 Hrs | 225/hr | $1,890.00 |
| MATTHEW T. MURPHY | 33.30 Hrs | 220/hr | $7,326.00 |
| ANGELA R. ANDERSON | 61.30 Hrs | 95/hr | $5,823.50 |
| REGINA MERKEL | 5.30 Hrs | 95/hr | $503.50 |
| SARA E. STREETER | 3.80 Hrs | 95/hr | $361.00 |
| LAURA A. CADOGAN | 6.30 Hrs | 95/hr | $598.50 |
| | 126.70 Hrs | | $18,577.50 |

TOTAL THIS BILL    $18,577.50

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

November 4, 2005

Bill Number  86321
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through September 30, 2005

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 09/08/05 | RAM | Finalize July fee application and send it to Delaware counsel to file. | 0.10 Hrs | $25.00 |
| 09/19/05 | RAM | Work on August fee application (.1). Read fee auditor's final report re: applications for January - March 2005 (.1). | 0.20 Hrs | $50.00 |
| 09/21/05 | RAM | Work on August fee application. | 0.60 Hrs | $150.00 |
| 09/26/05 | RAM | Work on August fee application. | 1.10 Hrs | $275.00 |
| 09/27/05 | RAM | Work on August fee application (.3). Send fee application to in-house counsels to review; telephone conference with in-house counsel that fee application may be filed (.1). | 0.40 Hrs | $100.00 |
| 09/28/05 | RAM | Telephone call from second in-house counsel that fee application may be filed. | 0.05 Hrs | No charge |
| 09/29/05 | RAM | Finalize August fee application. | 0.20 Hrs | $50.00 |
| 09/30/05 | RAM | Send August fee application to Delaware counsel to file. | 0.10 Hrs | $25.00 |

Mark A. Shelnitz

|  | | | TOTAL LEGAL SERVICES | $675.00 |
|--|--|--|--|--|

**LEGAL SERVICES SUMMARY**

| ROBERT A. MURPHY | 2.70 Hrs | 250/hr | $675.00 |
|---|---|---|---|
| ROBERT A. MURPHY | 0.05 Hrs | 250/hr | No charge |
| | 2.75 Hrs | | $675.00 |

|  | TOTAL THIS BILL | $675.00 |
|--|--|--|

## EXHIBIT B
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

November 4, 2005

Bill Number  86322
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through September 30, 2005

EXCESS POSTAGE                                                      $10.15

PHOTOCOPYING

| | | |
|---|---|---:|
| 09/19/05 | 112 copies at .12 per copy | 13.44 |
| 09/21/05 | 40 copies at .12 per copy | 4.80 |
| 09/21/05 | 36 copies at .12 per copy | 4.32 |
| 09/22/05 | 3 copies at .12 per copy | 0.36 |
| 09/26/05 | 8 copies at .12 per copy | 0.96 |
| 09/28/05 | 67 copies at .12 per copy | 8.04 |

$31.92

TELEPHONE

| | | | |
|---|---|---|---:|
| 09/09/05 | 329 | 2696959676 | 0.55 |

$0.55

RENT REIMBURSEMENT

| | | |
|---|---|---:|
| 09/01/05 | BOSTON CAPITAL INSTITUTE-Rent and utilities for document repository at One Winthrop Square-September 2005 | 12,729.32 |

$12,729.32

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through September 30, 2005

MISCELLANEOUS

| | | |
|---|---|---|
| 09/08/05 | RECORDKEEPER ARCHIVE-July 2005 Delivery charges | 54.00 |
| 09/08/05 | RECORDKEEPER ARCHIVE-Monthly storage fee (9/05) | 398.40 |

$452.40

TOTAL DISBURSEMENTS    $13,224.34

TOTAL THIS BILL    $13,224.34

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

November 4, 2005

Bill Number  86323
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through September 30, 2005

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 09/19/05 | To 919 North Market, Pachulski Stang Ziehl-Scotta McFarland from Casner and Edwards on 09/08/05 by RAM | 13.62 | |
| | | | $13.62 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 09/08/05 | 84 copies at .12 per copy | 10.08 | |
| 09/30/05 | 85 copies at .12 per copy | 10.20 | |
| | | | $20.28 |
| | TOTAL DISBURSEMENTS | | $33.90 |

Mark A. Shelnitz

TOTAL THIS BILL          $33.90

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) ss: |
| COUNTY OF NEW CASTLE | ) |

Marlene Chappe, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-

counsel for the Debtors, in the above-captioned action, and that on the 14th day of November

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2005, she caused a copy of the following document(s) to be served upon the attached service

list(s) in the manner indicated:

**FORTY-EIGHTY MONTHLY APPLICATION OF CASNER
& EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION
COUNSEL TO THE DEBTORS FOR THE PERIOD FROM
SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005**

Marlene Chappe

Sworn to and subscribed before
me this 14th day of November 2005

Notary Public
My Commission Expires: ____11/4/07

MARY E. CORCORAN
Notary Public
State of Delaware
My Commission Expires Nov. 4, 2007

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: elawler@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail: david.heller@lw.com and*
*carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP