IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that, pursuant to Local Rule 5.4, a copy of **The Official Committee of Asbestos Property Damage Claimants' First Request For Production of Documents Re: Property Damage Estimation** was served on November 16, 2005, upon the following parties by first class mail, email and facsimile, and to parties on the service list attached to the certificate of service in the manner indicated.

    David M. Bernick, Esquire (dbernick@kirkland.com)
    Janet S. Baer, Esquire (jbaer@kirkland.com)
    Michelle H. Browdy, Esquire (mbrowdy@kirkland.com)
    Kirkland & Ellis
    200 East Randolph Drive
    Chicago, IL 60601
    312-861-2200 (fax)
    312-861-2000 (phone)

Dated: November 16, 2005.	FERRY, JOSEPH & PEARCE, P.A.

    /s/ Theodore J. Tacconelli
    Theodore J. Tacconelli (No. 2678)
    Lisa L. Coggins (No. 4234)
    824 Market Street, Suite 904
    Wilmington, DE 19899
    Tel: (302) 575-1555
    Local Counsel for the Official Committee
    of Asbestos Property Damage Claimants

    -and-

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Allyn S. Danzeisen, Esquire
Bilzin Sumberg Baena Price
& Axelrod LLP
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131-2336
Tel: (305) 374-7580
Counsel for the Official Committee
of Asbestos Property Damage Claimants