# EXHIBIT 2

# Dkt No. 11033 - First Ord re: Omni 15 Objection to Claims for WR Grace

Total number of parties: 29
Preferred Mode of Service: US Mail (1st Class)

## Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 16679 | BALOGA, ALOYS JOSEPH, 10 HILLCREST DR, DALLAS, PA 18612 |
| 16679 | BAYLOR, PETER N, NUTTER MCCLENNEN & FISH LLP, 155 SEAPORT BLVD WORL, BOSTON, MA 02210-2604 |
| 16679 | BECKER, WILLIAM R, 111 N 50TH ST, SEATTLE, WA 98103 |
| 16679 | BERRUM, HOMER MATHEW, 306 WEST CHINOOK, LIVINGSTON, MT 59047 |
| 16679 | BROWN III, CHARLES J, ELZUFON AUSTIN REARDON TARLOV & MONDELL PA, 300 DELAWARE AVE STE 1700, PO BOX 1603, WILMINGTON, DE 19801 |
| 16679 | CABRASER, ELIZABETH J, LIEFF CABRASER HEIMANN & BERNSTEIN LLP, EMBARCADERO CENTER W 30TH FL, 275 BATTERY ST, SAN FRANCISCO, CA 94111 |
| 16679 | CAMPEAU, THOMAS FRANCIS, 11544 W CTY RD 612, FREDERIC, MI 49733 |
| 16679 | CHASEN, RICHARD H, RICHARD H CHASEN, 425 CALIFORNIA ST STE 2025, SAN FRANCISCO, CA 94104-2213 |
| 16679 | GRUNERT KILLIAN, JULIA M, 398 FRAVOR RD, MEXICO, NY 13114 |
| 16679 | GRUNERT, CHARLES L, P.O. BOX 595 WATERTOWN N.Y. 13601 OR 5 LIBERTY ST, ADAMS, NY 13605 |
| 16679 | LOW-BEER, JOHN, LIEFF CABRASER HEIMANN & BERNSTEIN LLP, EMBARCADERO CENTER W 30TH FL, 275 BATTERY ST, SAN FRANCISCO, CA 94111 |
| 16679 | LUKINS & ANNIS PS, 1600 WASHINGTON TRUST FINANCIAL CTR, 717 W SPRAGUE AVE, SPOKANE, WA 99201-0466 |
| 16679 | MARTIN, GILBERT, 555 SPUR LOOP PO BOX 815, TROY, MT 59935 |
| 16679 | MCCHRISTIAN, SARAH LOU, 8674 W 7 MI RD, NORTHVILLE, MI 48167 |
| 16679 | MCGARVEY, ALLAN M, MCGARVEY HERBERLING SULLIVAN & MCGARVEY PC, 745 S MAIN ST, KALISPELL, MT 59901 |
| 16679 | MILES, JAMES IRVIN, 1803 EASTFIELD ROAD (P.O.BOX 6505), HARRISBURG, PA 17112 |
| 16679 | NOWAK, ROBERT, 8521 SOUTH NATOMA AVENUE, BURBANK, IL 60459 |
| 16679 | ROBERTS, JARED I, AMTRAK LAW DEPARTMENT, 60 MASSACHUSETTS AVE NE, WASHINGTON, DC 20002-4285 |
| 16679 | RUSS, CLARKE, 2229 WINDWARD SHORE DRIVE, VIRGINIA BEACH, VA 23451 |
| 16679 | SCOTT, DARREL W, THE SCOTT LAW GROUP, 926 W SPRAGUE AVE STE 583, SPOKANE, WA 99201 |
| 16679 | SOBOL, THOMAS M, HAGENS BERMAN LLP, 225 FRANKLIN ST 26TH FL, BOSTON, MA 02110 |
| 16679 | STAMM, RONALD W, OFFICE OF COUNTY COUNSEL, ONE GATEWAY PL, LOS ANGELES, CA 90012-2952 |
| 16679 | STONELAKE JR, BENJAMIN G, BLANK ROME LLP, ONE LOGAN SQUARE, PHILADELPHIA, PA 19103 |
| 16679 | TAYLOR, EDDIE, 10715 CRANBROOK RD, HOUSTON, TX 77042 |
| 16679 | TURKEWITZ, ROBERT M, RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC, 1037 CHUCK DAWLEY BLVD BLDG A, MT PLEASANT, SC 29464 |
| 16679 | VINCENT, FABRICE N, LIEFF CABRASER HEIMANN & BERNSTEIN LLP, EMBARCADERO CENTER W 30TH FL, 275 BATTERY ST, SAN FRANCISCO, CA 94111 |
| 16679 | WESTBROOK, EDWARD J, RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC, 1037 CHUCK DAWLEY BLVD, BLDG A, MOUNT PLEASANT, SC 29464 |
| 16679 | WILLIAM R. BECKER FOR IRONWOOD SOFTWARE, 111 N 50TH ST, SEATTLE, WA 98103 |
| 16679 | WILLIAMS, ALAN C, MINNESOTA ATTORNEY GENERAL OFFICE, STE 900 NCL TOWER, 445 MINNESOT ST, SAINT PAUL, MN 55101 |

Subtotal for this group: 29