United States Bankruptcy Court

District of Delaware
---------------------------------------------------------------

In re:

**W.R. GRACE & CO and W.R. Grace & Co., et al.**

                                                     Chapter 11
                                                     Case No. 01-01139

                        Debtor
---------------------------------------------------------------

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

       PLEASE TAKE NOTICE that the transfer of claim from **McConnell Valdes Kelly Sifre Griggs** to Argo Partners in the amount of **$5,940.20** is hereby withdrawn by Argo Partners.

                              Dated: November 16, 2005

                              /s/ Scott Krochek
                              Scott Krochek
                              Argo Partners
                              (212) 643-5443