## EXHIBIT "A"

## SUMMARY OF THE PRINCIPAL SERVICES PERFORMED BY THE APPLICANT ON BEHALF OF THE COMMITTEE BY WORK/LITIGATION TASK CODE FOR THE PERIOD FROM JULY 1, 2005 THROUGH SEPTEMBER 30, 2005

**I.     ASSET DISPOSITION (TASK CODE NO. 002)**

Applicant reviewed pleadings including §363 motion to sell speciality polymers and motion of Debtor to acquire assets.

**II.    BUSINESS OPERATIONS (TASK CODE NO. 003)**

Applicant reviewed monthly operating reports and a motions filed by the Debtors.

**III.   CASE ADMINISTRATION (TASK CODE NO. 004)**

Applicant maintained case files, reviewed pleadings and monitored the docket. Further, Applicant responded to inquiries from interested parties as to the status of various matters.

**IV.    CLAIM ANALYSIS, OBJECTION, RESOLUTION & ESTIMATION (ASBESTOS)(TASK CODE NO. 005)**

Applicant reviewed numerous pleadings.

**V.     COMMITTEE - ALL - CREDITORS', NOTEHOLDERS', EQUITY HOLDERS' (TASK CODE NO. 007)**

Applicant reviewed memos to the committee.

**VI.    EMPLOYMENT APPLICATIONS (OTHERS) (TASK CODE NO. 010)**

Applicant reviewed various retention applications filed by other parties.

**VII.   FEE APPLICATIONS (APPLICANT) (TASK CODE NO. 012)**

Applicant prepared and coordinated the service and filing of its fees applications in the case. Applicant also responded to inquiries of the Fee Auditor and the Court regarding these fee applications.

**VIII.  FEE APPLICATIONS (OTHERS) (TASK CODE NO. 013)**

Applicant assisted in the preparation, and coordinated the service and filing of fee applications of other professionals, including Stroock & Stroock & Lavan and Capstone Corporate Recovery.

**IX.    HEARINGS (TASK CODE NO. 015)**

Applicant prepared for and attended various hearings for the benefit of the Committee as necessary.

## X.     LITIGATION AND LITIGATION CONSULTING (TASK CODE NO. 016)

From its appointment, Applicant has provided critical services to the Committee with regards to litigation, and helped to coordinate the actions of several of the other professionals retained by the Committee in order to achieve a unified and organized response to all outstanding litigation.

## XI.    PLAN AND DISCLOSURE STATEMENT (TASK CODE NO. 017)

Applicant spent time reviewing plan issues and status of plan negotiations and issues.

## XII.   RELIEF FROM STAY PROCEEDINGS (TASK CODE NO. 018)

Applicant reviewed various Motions for Relief from the Automatic Stay.

## XIII.  TAX ISSUES

Applicant reviewed Debtor's tax settlements.

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

August 23, 2005

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1113770                          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 07/31/2005 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 39.20 | hrs. at | $525.00 /hr. = | $20,580.00 | |
| RW RILEY | PARTNER | 1.20 | hrs. at | $415.00 /hr. = | $498.00 | |
| WS KATCHEN | PARTNER | 5.10 | hrs. at | $575.00 /hr. = | $2,932.50 | |
| DM SOSNOSKI | PARALEGAL | 0.40 | hrs. at | $160.00 /hr. = | $64.00 | |
| VL AKIN | PARALEGAL | 10.60 | hrs. at | $185.00 /hr. = | $1,961.00 | |
| V MARCHELLO | LEGAL ASSISTAN | 0.10 | hrs. at | $90.00 /hr. = | $9.00 | |
| | | | | | | $26,044.50 |

| | |
|---|---|
| DISBURSEMENTS | |
| MESSENGER SERVICE | 332.50 |
| MISCELLANEOUS | 240.00 |
| OVERNIGHT MAIL | 32.77 |
| PRINTING & DUPLICATING | 25.80 |
| PRINTING & DUPLICATING - EXTERNAL | 1133.12 |
| TELECOPY | 1.90 |
| TELEPHONE | .38 |
| TOTAL DISBURSEMENTS | $1,766.47 |

| | |
|---|---|
| BALANCE DUE THIS INVOICE | $27,810.97 |
| PREVIOUS BALANCE | $55,949.09 |
| TOTAL BALANCE DUE | $83,760.06 |

DUANE MORRIS LLP

Duane Morris
August 23, 2005
Page 2

File # K0248-00001                                    INVOICE #  1113770
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/25/2005 | 002 | WS KATCHEN | REVIEW §363 MOTION RE: SPECIALTY POLYMERS. | 0.20 | $115.00 |
| 7/27/2005 | 002 | MR LASTOWSKI | REVIEW OF MOTION FOR AUTHORITY TO SELL SPECIALITY POLYMERS BUSINESS | 0.20 | $105.00 |
| 7/28/2005 | 002 | WS KATCHEN | REVIEW MOTION OF DEBTOR TO ACQUIRE ASSETS (SINGLE SITE CATALYSTS, LLC). | 0.10 | $57.50 |
| | | | Code Total | 0.50 | $277.50 |

Duane Morris
August 23, 2005
Page 3

File # K0248-00001                                                    INVOICE #  1113770
    W.R. GRACE & CO.

| | | | | | |
|---|---|---|---|---|---|
| 7/6/2005 | 003 | MR LASTOWSKI | REVIEW JUNE MONTHLY OPERATING REPORTS | 0.40 | $210.00 |
| 7/27/2005 | 003 | MR LASTOWSKI | REVIEW OF MOTION FOR AUTHORITY TO ASSUME AND ASSIGN CERTAIN PHILADELPHIA SUBLEASES | 0.40 | $210.00 |
| 7/27/2005 | 003 | MR LASTOWSKI | REVIEW OF MOTION FOR AUTHORITY TO ACQUIRE CERTAIN ASSETS OF SINGLE-SITE CATALYSTS, LLC | 0.20 | $105.00 |
| | | | Code Total | 1.00 | $525.00 |

Duane Morris
August 23, 2005
Page 4

File # K0248-00001                                    INVOICE #  1113770
   W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 7/6/2005 | 004 | DM SOSNOSKI | RETRIEVING PLEADINGS FROM DOCKET AS PER WSKATCHEN'S REQUEST | 0.40 | $64.00 |
| 7/6/2005 | 004 | VL AKIN | CALENDAR UPCOMING COURT DEADLINES | 0.10 | $18.50 |
| 7/12/2005 | 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL | 0.40 | $74.00 |
| 7/13/2005 | 004 | RW RILEY | REVIEWING RECENT PLEADING IN CASE RE: JULY OMNIBUS HEARING. | 0.40 | $166.00 |
| 7/22/2005 | 004 | VL AKIN | OBTAIN 15TH INTERIM FEE ORDER FROM THE ECF DOCKET | 0.20 | $37.00 |
| 7/25/2005 | 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL | 0.10 | $18.50 |
| 7/27/2005 | 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL REGARDING FEE APPLICATIONS | 0.20 | $37.00 |
| 7/28/2005 | 004 | RW RILEY | TELEPHONE CALL WITH K. PASQUALE RE: STIPULATION TO DISMISS SEALED AIR APPEALS. | 0.10 | $41.50 |
| 7/28/2005 | 004 | RW RILEY | REVIEWING AND EXECUTING STIPULATION TO DISMISS SEALED AIR APPEAL AND FORWARDING TO SEALED AIR'S COUNSEL. | 0.50 | $207.50 |
| | | | Code Total | 2.40 | $664.00 |

Duane Morris
August 23, 2005
Page 5

File # K0248-00001                                      INVOICE #  1113770
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 7/1/2005 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AN ORDER APPROVING CASE MANAGEMENT ORDER AND REVIEW AND SIGN TRADE COMMITTEE JOINDER | 1.30 | $682.50 |
| 7/1/2005 | 005 | MR LASTOWSKI | REVIEW PROPERTY DAMAGE COMMITTEE RESPONSE TO DEBTOR'S MOTION FOR AN ORDER APPROVING CASE MANAGEMENT ORDER | 0.60 | $315.00 |
| 7/1/2005 | 005 | MR LASTOWSKI | REVIEW LIBBY CLAIMANT'S RESPONSE TO DEBTOR'S MOTION FOR AN ORDER APPROVING CASE MANAGEMENT ORDER | 1.10 | $577.50 |
| 7/1/2005 | 005 | MR LASTOWSKI | REVIEW PERSONAL INJURY COMMITTEE'S RESPONSE TO DEBTOR'S MOTION FOR AN ORDER APPROVING CASE MANAGEMENT ORDER | 2.80 | $1,470.00 |
| 7/1/2005 | 005 | MR LASTOWSKI | REVIEW EQUITY COMMITTEE RESPONSE TO DEBTOR'S MOTION FOR AN ORDER APPROVING CASE MANAGEMENT ORDER | 0.30 | $157.50 |
| 7/5/2005 | 005 | MR LASTOWSKI | REVIEW SPEIGHTS AND RUNYON'S RESPONSE TO SUBPOENAS (WITHDRAWALS OF PROOF OF CLAIM) | 0.40 | $210.00 |
| 7/6/2005 | 005 | WS KATCHEN | REVIEW EQUITY COMMITTEE'S RESPONSE. | 0.20 | $115.00 |
| 7/6/2005 | 005 | WS KATCHEN | UPDATE LEGISLATION. | 0.20 | $115.00 |
| 7/11/2005 | 005 | WS KATCHEN | REVIEW DEBTOR'S REPORT RE: §1121(D) AND REVIEW FESTA'S AFFIDAVIT. | 0.50 | $287.50 |
| 7/12/2005 | 005 | WS KATCHEN | REVIEW COMMITTEE'S E-MAIL. | 0.10 | $57.50 |
| 7/12/2005 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH COMMITTEE MEMBER RE: STATUS. | 0.20 | $115.00 |
| 7/12/2005 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH COMMITTEE MEMBER RE: STATUS. | 0.10 | $57.50 |
| 7/13/2005 | 005 | MR LASTOWSKI | REVIEW ASBESTOS PROPERTY DAMAGE COMMITTEE'S PROPOSED CASE MANAGEMENT ORDER | 1.60 | $840.00 |
| 7/14/2005 | 005 | MR LASTOWSKI | REVIEW DEBTORS STATUS REPORT RE: CLAIMS ESTIMATION | 4.20 | $2,205.00 |
| 7/14/2005 | 005 | MR LASTOWSKI | REVIEW PERSONAL INJURY COMMITTEE'S MEMORANDUM OF LAW RE: PERSONAL INJURY QUESTIONNAIRE AND CASE MANAGEMENT ORDER | 1.60 | $840.00 |
| 7/14/2005 | 005 | WS KATCHEN | CONFERENCE WITH COMMITTEE MEMBER RE:  §1121(D). | 0.30 | $172.50 |

Duane Morris
August 23, 2005
Page 6

File # K0248-00001                                             INVOICE # 1113770
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|------|---|------------|-------------|-------|--------|
| 7/15/2005 | 005 | MR LASTOWSKI | REVIEW FUTURE CLAIMANT'S REPRESENTATIVE'S RESPONSE TO DEBTOR'S REPORT ON THE BUSINESS EFFECTS OF TERMINATING EXCLUSIVITY | 0.50 | $262.50 |
| 7/15/2005 | 005 | MR LASTOWSKI | REVIEW ASBESTOS PROPERTY DAMAGE COMMITTEE'S RESPONSE TO DEBTOR'S REPORT ON THE BUSINESS EFFECTS OF TERMINATING EXCLUSIVITY | 0.50 | $262.50 |
| 7/15/2005 | 005 | MR LASTOWSKI | REVIEW ASBESTOS PERSONAL INJURY COMMITTEE'S RESPONSE TO DEBTOR'S REPORT ON THE BUSINESS EFFECTS OF TERMINATING EXCLUSIVITY | 0.40 | $210.00 |
| 7/15/2005 | 005 | V MARCHELLO | PREPARE LETTER TO KEVIN KELLEY AND TOM MAHER FORWARDING FUTURE CLAIMANTS REPRESENTATIVE'S RESPONSE TO DEBTORS' REPORT ON BUSINESS EFFECTS OF TERMINATING EXCLUSIVITY PER BILL KATCHEN'S REQUEST. | 0.10 | $9.00 |
| 7/15/2005 | 005 | WS KATCHEN | REVIEW FUTURES REPRESENTATIVE'S RESPONSE ON §1121(D) ISSUE/REDECKI AFFIDAVIT. | 0.40 | $230.00 |
| 7/15/2005 | 005 | WS KATCHEN | ATTENTION TO §1121(D) ISSUE. | 0.20 | $115.00 |
| 7/15/2005 | 005 | WS KATCHEN | LETTER TO COMMITTEE CHAIR AND COUNSEL. | 0.10 | $57.50 |
| 7/15/2005 | 005 | WS KATCHEN | REVIEW SECOND AMENDED AGENDA. | 0.10 | $57.50 |
| 7/15/2005 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH KEN PASQUALE RE: SECOND AMENDED AGENDA. | 0.10 | $57.50 |
| 7/19/2005 | 005 | WS KATCHEN | CONFERENCE WITH COMMITTEE MEMBER RE: §1121(D). | 0.10 | $57.50 |
| 7/19/2005 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH KEN PASQUALE RESULTS OF COURT HEARING ON §1121(D). | 0.10 | $57.50 |
| 7/19/2005 | 005 | WS KATCHEN | E- MAIL TO KEN PASQUALE. | 0.10 | $57.50 |
| 7/20/2005 | 005 | MR LASTOWSKI | REVIEW OBJECTIONS TO SPEIGHTS AND RUNYAN CLAIMS | 4.20 | $2,205.00 |
| 7/21/2005 | 005 | MR LASTOWSKI | REVIEW FUTURE CLAIMANT'S BRIEF RE: PI CMO | 0.50 | $262.50 |
| 7/21/2005 | 005 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 0.20 | $115.00 |
| 7/21/2005 | 005 | WS KATCHEN | REVIEW SPEIGHTS & RUNYAN MOTION RE: SUBPOENA. | 0.10 | $57.50 |
| 7/21/2005 | 005 | WS KATCHEN | REVIEW DEBTOR'S MATERIALS ON CLAIMS ESTIMATION. | 0.50 | $287.50 |
| 7/25/2005 | 005 | WS KATCHEN | REVIEW §363 MOTION TO SOLICIT OFFERS ON SPECIALTY POLYMERS. | 0.10 | $57.50 |
| 7/26/2005 | 005 | WS KATCHEN | REVIEW ORDER RE: MEDIATION. | 0.10 | $57.50 |

Duane Morris
August 23, 2005
Page 7

File # K0248-00001                                          INVOICE #  1113770
  W.R. GRACE & CO.

| | | | | | |
|---|---|---|---|---|---|
| 7/26/2005 | 005 | WS KATCHEN | REVIEW DEBTOR'S MOTION TO AUTHORIZE SETTLEMENT WITH TAX AUTHORITIES (LOCAL AND STATE). | 0.20 | $115.00 |
| 7/28/2005 | 005 | WS KATCHEN | REVIEW LEASE/SUBLEASE. | 0.20 | $115.00 |
| | | | Code Total | 24.30 | $12,924.00 |

Duane Morris
August 23, 2005
Page 8

File # K0248-00001                                          INVOICE #  1113770
      W.R. GRACE & CO.

| 7/27/2005 010 | MR LASTOWSKI | REVIEW OF MOTION TO EXPAND PITNEY HARDIN AND KIPP RETENTION | 0.20 | $105.00 |
|---|---|---|---|---|
| 7/28/2005 010 | WS KATCHEN | REVIEW MOTIONS OF DEBTOR - PITNEY RETENTION. | 0.20 | $115.00 |
| | | Code Total | 0.40 | $220.00 |

Duane Morris
August 23, 2005
Page 9

File # K0248-00001                                          INVOICE # 1113770
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 7/6/2005 | 012 | MR LASTOWSKI | REVIEW AND EXECUTE CNO FOR DUANE MORRIS LLP 15TH QUARTERLY FEE APPLICATION | 0.10 | $52.50 |
| 7/6/2005 | 012 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING FIFTEENTH FEE APPLICATION OF DUANE | 0.30 | $55.50 |
| 7/11/2005 | 012 | VL AKIN | REVIEW DOCKET REGARDING OBJECTIONS FILED TO MAY 2005 FEE APPLICATION OF DUANE | 0.10 | $18.50 |
| 7/11/2005 | 012 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING THE MAY 2005 FEE APPLICATION OF DUANE | 0.30 | $55.50 |
| 7/12/2005 | 012 | VL AKIN | REVIEW JUNE 2005 BILL OF DUANE | 0.40 | $74.00 |
| 7/12/2005 | 012 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION FOR THE MAY 2005 FEE APPLICATION OF DUANE | 0.20 | $37.00 |
| 7/20/2005 | 012 | VL AKIN | BILLING MATTERS REGARDING JUNE 2005 FEE APPLICATION OF DUANE | 0.30 | $55.50 |
| 7/21/2005 | 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS JUNE 2005 FEE APPLICATION | 0.50 | $262.50 |
| 7/21/2005 | 012 | RW RILEY | REVIEWING JUNE 2005 FEE APPLICATION FOR DUANE MORRIS. | 0.20 | $83.00 |
| 7/21/2005 | 012 | VL AKIN | PREPARE JUNE 2005 FEE APPLICATION OF DUANE | 0.80 | $148.00 |
| 7/21/2005 | 012 | VL AKIN | FILE AND SERVE JUNE 2005 FEE APPLICATION OF DUANE MORRIS | 0.80 | $148.00 |
| 7/29/2005 | 012 | VL AKIN | PREPARE 17TH QUARTERLY FEE APPLICATION OF DUANE | 2.60 | $481.00 |
| | | | Code Total | 6.60 | $1,471.00 |

Duane Morris
August 23, 2005
Page 10

File # K0248-00001                                    INVOICE #  1113770
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 7/6/2005 | 013 | MR LASTOWSKI | REVIEW AND EXECUTE CNO FOR CAPSTONE 15TH INTERIM FEE APPLICATION | 0.10 | $52.50 |
| 7/6/2005 | 013 | MR LASTOWSKI | REVIEW AND EXECUTE CNO FOR STROOCK APRIL 2005 FEE APPLICATION | 0.10 | $52.50 |
| 7/6/2005 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING FIFTEENTH FEE APPLICATION OF STROOCK | 0.30 | $55.50 |
| 7/6/2005 | 013 | VL AKIN | FILE MAY 2005 FEE APPLICATION OF CAPSTONE | 0.30 | $55.50 |
| 7/6/2005 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION FOR STROOCK'S APRIL FEE APPLICATION | 0.30 | $55.50 |
| 7/6/2005 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING FIFTEENTH INTERIM FEE APPLICATION OF CAPSTONE | 0.30 | $55.50 |
| 7/6/2005 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING APRIL 2005 FEE APPLICATION OF STROOCK | 0.30 | $55.50 |
| 7/6/2005 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING APRIL 2005 FEE APPLICATION OF CAPSTONE | 0.30 | $55.50 |
| 7/12/2005 | 013 | VL AKIN | PREPARE CORRECTED CERTIFICATION OF NO OBJECTION FOR FEBRUARY 2005 FEE APPLICATION OF CAPSTONE | 0.10 | $18.50 |
| 7/12/2005 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CORRECTED CERTIFICATION OF NO OBJECTION FOR CAPSTONE FOR THE MONTH FEBRUARY 2005 | 0.20 | $37.00 |
| 7/20/2005 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING MAY 2005 FEE APPLICATION OF STROOCK | 0.30 | $55.50 |
| 7/21/2005 | 013 | MR LASTOWSKI | REVIEW AND SIGN CERTIFICATE OF NO OBJECTION FOR STROOCK MAY 2005 FEE APPLICATION | 0.50 | $262.50 |
| 7/21/2005 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING THE MAY 2005 FEE APPLICATION OF STROOCK | 0.30 | $55.50 |
| 7/27/2005 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING MAY 2005 FEE APPLICATION OF CAPSTONE | 0.30 | $55.50 |
| 7/29/2005 | 013 | MR LASTOWSKI | EXECUTE CNO FOR CAPSTONE MAY 2005 FEE APPLICATION | 0.10 | $52.50 |

Duane Morris
August 23, 2005
Page 11

File # K0248-00001                                    INVOICE #  1113770
    W.R. GRACE & CO.

| 7/29/2005 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING THE MAY 2005 FEE APPLICATION OF CAPSTONE | 0.30 | $55.50 |
|---|---|---|---|---|
| | | Code Total | 4.10 | $1,030.50 |

Duane Morris
August 23, 2005
Page 12

File # K0248-00001                                          INVOICE #  1113770
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 7/6/2005 | 015 | MR LASTOWSKI | REVIEW ORDERS ENTERED AT JUNE 2005 OMNIBUS HEARING | 0.40 | $210.00 |
| 7/11/2005 | 015 | MR LASTOWSKI | REVIEW TRANSCRIPT OF JUNE 17, 2005 OMNIBUS HEARING | 0.30 | $157.50 |
| 7/11/2005 | 015 | VL AKIN | SEND CORRESPONDENCE TO CO-COUNSEL REGARDING CHANGE OF AUGUST HEARING DATE. | 0.20 | $37.00 |
| 7/11/2005 | 015 | VL AKIN | SET UP CONFERENCE CALL FOR HEARING ON 7/19/05 | 0.30 | $55.50 |
| 7/14/2005 | 015 | MR LASTOWSKI | REVIEW AMENDED AGENDA NOTICE FOR JULY OMNIBUS HEARING AND REVIEW ITEMS IDENTIFIED THEREON | 4.20 | $2,205.00 |
| 7/15/2005 | 015 | MR LASTOWSKI | REVIEW SECOND AMENDED AGENDA NOTICE | 0.20 | $105.00 |
| 7/19/2005 | 015 | MR LASTOWSKI | ATTEND OMNIBUS HEARING (TELEPHONICALLY) | 9.20 | $4,830.00 |
| | | | Code Total | 14.80 | $7,600.00 |

Duane Morris
August 23, 2005
Page 13

File # K0248-00001                                      INVOICE #  1113770
        W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 7/27/2005 016 | MR LASTOWSKI | REVIEW OF INTERCAT SETTLEMENT AND INTERCAT SETTLEMENT MOTION | 0.40 | $210.00 |
| 7/27/2005 016 | MR LASTOWSKI | REVIEW OF MARSH AND MCLENNAN SETTLEMENT AND MARSH AND MCCLENNAN SETTLEMENT MOTION | 0.40 | $210.00 |
| 7/28/2005 016 | WS KATCHEN | REVIEW INTERCAL SETTLEMENT. | 0.20 | $115.00 |
| 7/28/2005 016 | WS KATCHEN | REVIEW MARSH & MCCLENNAN SETTLEMENT. | 0.20 | $115.00 |
| 7/29/2005 016 | MR LASTOWSKI | REVIEW SPEIGHTS AND RUNYON'S MOTION FOR A PROTECTIVE ORDER (SUBPOENAS) | 0.20 | $105.00 |
| | | Code Total | 1.40 | $755.00 |

August 23, 2005
Page 14

File # K0248-00001                                          INVOICE # 1113770
        W.R. GRACE & CO.

| 7/6/2005 | 017 | MR LASTOWSKI | REVIEW DEBTOR'S PROPOSED ORDER RE: EXTENSION OF EXCLUSIVITY AND REVIEW RELATED E-MAILS | 0.20 | $105.00 |
| 7/11/2005 | 017 | MR LASTOWSKI | REVIEW DEBTOR'S STATUS REPORT RE: BUSINESS CONSEQUENCES IN THE EVENT OF THE TERMINATION OF EXCLUSIVITY | 0.70 | $367.50 |
| | | | Code Total | 0.90 | $472.50 |

File # K0248-00001                                    INVOICE #  1113770
    W.R. GRACE & CO.

| 7/22/2005 | 019 | MR LASTOWSKI | REVIEW DEBTOR'S TAX SETTLEMENTS | 0.20 | $105.00 |
|---|---|---|---|---|---|
| | | | Code Total | 0.20 | $105.00 |

Duane Morris
August 23, 2005
Page 16

File # K0248-00001                                    INVOICE #  1113770
    W.R. GRACE & CO.

| | | |
|---|---|---|
| TOTAL SERVICES | 56.60 | $26,044.50 |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

September 19, 2005

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017


W.R. GRACE & CO.


File# K0248-00001          Invoice# 1119402                    IRS# 23-1392502


FOR PROFESSIONAL SERVICES RECORDED
THROUGH 08/31/2005 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 21.10 | hrs. at | $525.00 /hr. = | $11,077.50 | |
| WS KATCHEN | PARTNER | 2.80 | hrs. at | $575.00 /hr. = | $1,610.00 | |
| VL AKIN | PARALEGAL | 13.10 | hrs. at | $185.00 /hr. = | $2,423.50 | |
| | | | | | | $15,111.00 |

| | |
|---|---|
| DISBURSEMENTS | |
| MESSENGER SERVICE | 349.00 |
| OVERNIGHT MAIL | 39.18 |
| OVERTIME RELATED COSTS | 8.82 |
| PRINTING & DUPLICATING | 39.15 |
| TOTAL DISBURSEMENTS | $436.15 |

BALANCE DUE THIS INVOICE                                    $15,547.15


PREVIOUS BALANCE                                           $68,712.16

TOTAL BALANCE DUE                                          $84,259.31

Duane Morris
September 19, 2005
Page 2

File # K0248-00001                                     INVOICE #  1119402
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 8/3/2005 | 002 | WS KATCHEN | REVIEW COMMITTEE MEMO ON SALE. | 0.20 | $115.00 |
| 8/10/2005 | 002 | WS KATCHEN | REVIEW CAPSTONE'S MEMO RE: SALE OF SPECIALTY POLYMERS. | 0.20 | $115.00 |
| | | | Code Total | 0.40 | $230.00 |

Duane Morris
September 19, 2005
Page 3

File # K0248-00001                                    INVOICE # 1119402
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 8/4/2005 | 003 | MR LASTOWSKI | REVIEW JULY MONTHLY OPERATING REPORTS | 0.30 | $157.50 |
| 8/11/2005 | 003 | WS KATCHEN | REVIEW CAPSTONE FINANCIAL REPORT. | 0.30 | $172.50 |
| | | | Code Total | 0.60 | $330.00 |

Duane Morris
September 19, 2005
Page 4

File # K0248-00001                                          INVOICE #  1119402
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/11/2005 | 004 | WS KATCHEN | REVIEW DEBTOR'S OPPOSITION TO MOTION TO QUASH. | 0.30 | $172.50 |
| 8/15/2005 | 004 | VL AKIN | UPDATE FEE APPLICATION SERVICE LIST | 0.10 | $18.50 |
| 8/15/2005 | 004 | VL AKIN | CALENDAR UPCOMING COURT DEADLINES | 0.10 | $18.50 |
| 8/16/2005 | 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.30 | $55.50 |
| 8/22/2005 | 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL | 0.20 | $37.00 |
| 8/23/2005 | 004 | WS KATCHEN | REVIEW DEBTOR'S MOTION FOR LEAVE TO REPLY RE: 2938 UNAUTHORIZED CLAIMS. | 0.10 | $57.50 |
| 8/23/2005 | 004 | WS KATCHEN | REVIEW DEBTOR'S MOTION FOR LEAVE TO REPLY - SPEIGHTS & RUNYAN. | 0.20 | $115.00 |
| 8/29/2005 | 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL | 0.20 | $37.00 |
| 8/31/2005 | 004 | WS KATCHEN | REVIEW CASE MANAGEMENT ORDERS - PI/PD | 0.40 | $230.00 |
| | | | Code Total | 1.90 | $741.50 |

Duane Morris
September 19, 2005
Page 5

File # K0248-00001                                    INVOICE #  1119402
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 8/2/2005 | 005 | WS KATCHEN | REVIEW CAPSTONE'S ANALYSIS PROJECT GAMMA. | 0.30 | $172.50 |
| 8/16/2005 | 005 | MR LASTOWSKI | REVIEW SPEIGHTS AND RUNYON'S RESPONSE AND PARTIAL OBJECTION TO DEBTOR'S MOTION FOR A PARTIAL WAIVER OF LOCAL RULE 3007-1 | 1.90 | $997.50 |
| 8/22/2005 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF THEIR OBJECTION TO 2,938 UNAUTHORIZED CLAIMS | 0.20 | $105.00 |
| 8/22/2005 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF THEIR OBJECTION TO SPEIGHTS AND RUNYON CLAIMS | 0.20 | $105.00 |
| 8/26/2005 | 005 | MR LASTOWSKI | REVIEW PERSONAL INJURY COMMITTE'S OBJECTION TO PROPOSED ASBESTOS QUESTIONNAIRE | 2.20 | $1,155.00 |
| 8/30/2005 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S REPORT PURSUANT TO JULY 19, 2005 RULINGS RE: PERSONAL INJURY CLAIMS AND ESTIMATIONS | 1.30 | $682.50 |
| | | | Code Total | 6.10 | $3,217.50 |

Duane Morris
September 19, 2005
Page 6

File # K0248-00001                                     INVOICE #  1119402
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 8/5/2005 | 007 | WS KATCHEN | REVIEW MEMO TO COMMITTEE. | 0.40 | $230.00 |
| 8/9/2005 | 007 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 0.20 | $115.00 |
| 8/31/2005 | 007 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 0.20 | $115.00 |
| | | | Code Total | 0.80 | $460.00 |

Duane Morris
September 19, 2005
Page 7

File # K0248-00001                                  INVOICE #  1119402
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 8/11/2005 | 012 | MR LASTOWSKI | REVIEW AND EXECUTE CERTIFICATE OF NO OBJECTION FOR DUANE MORRIS FORTY-FIRST MONTHLY FEE APPLICATION | 0.10 | $52.50 |
| 8/11/2005 | 012 | MR LASTOWSKI | REVIEW AND EXECUTE NOTICE OF FILING OF CAPSTONE ADVISORY GROUP, LLC SEVENTEENTH INTERIM FEE APPLICATION | 0.10 | $52.50 |
| 8/11/2005 | 012 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION FOR JUNE 2005 FEE APPLICATION OF DUANE | 0.30 | $55.50 |
| 8/12/2005 | 012 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING THE JUNE 2005 FEE APPLICATION OF DUANE | 0.20 | $37.00 |
| 8/15/2005 | 012 | MR LASTOWSKI | REVIEW AND APPROVE DUANE MORRIS 17TH INTERIM FEE APPLICATION | 0.50 | $262.50 |
| 8/15/2005 | 012 | VL AKIN | WORK ON SEVENTEENTH INTERIM FEE APPLICATION OF DUANE | 1.50 | $277.50 |
| 8/15/2005 | 012 | VL AKIN | FILE AND SERVE THE SEVENTEENTH QUARTERLY FEE APPLICATION OF DUANE | 0.70 | $129.50 |
| 8/16/2005 | 012 | VL AKIN | REVIEW PRIOR FEE APPLICATIONS OF DUANE, FEE ORDERS AND AUDITOR REPORTS RE: ACCOUNTING/PAYMENT/BILLING ISSUES | 3.00 | $555.00 |
| 8/19/2005 | 012 | VL AKIN | BILLING MATTERS REGARDING JULY 2005 FEE APPLICATION OF DUANE. REVIEW AND EDIT BILL. | 0.80 | $148.00 |
| 8/23/2005 | 012 | VL AKIN | BILLING MATTERS REGARDING JULY 2005 FEE APPLICATION OF DUANE | 0.40 | $74.00 |
| 8/23/2005 | 012 | VL AKIN | REVIEW INTERIM FEE AUDITOR REPORT FOR 16TH INTERIM FEE APPLICATION OF DUANE. FORWARD SAME TO M. LASTOWSKI | 0.40 | $74.00 |
| 8/29/2005 | 012 | VL AKIN | PREPARE 42ND MONTHLY FEE APPLICATION OF DUANE | 0.80 | $148.00 |
| 8/30/2005 | 012 | VL AKIN | FILE AND SERVE JULY 2005 FEE APPLICATION OF DUANE MORRIS | 0.50 | $92.50 |
| | | | Code Total | 9.30 | $1,958.50 |

Duane Morris
September 19, 2005
Page 8

File # K0248-00001                                    INVOICE #  1119402
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 8/3/2005 | 013 | VL AKIN | FILE THE JUNE 2005 FEE APPLICATION OF STROOCK | 0.40 | $74.00 |
| 8/11/2005 | 013 | VL AKIN | FILE JUNE 2005 FEE APPLICATION OF CAPSTONE RECOVERY | 0.30 | $55.50 |
| 8/19/2005 | 013 | VL AKIN | FILE 17TH QUARTERLY FEE APPLICATION OF STROOCK | 0.40 | $74.00 |
| 8/23/2005 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING FIFTY-FIRST FEE APPLICATION OF STROOCK | 0.30 | $55.50 |
| 8/24/2005 | 013 | VL AKIN | REVIEW NOTICE OF APPLICATION FOR 6TH INTERIM FEE APPLICATION OF CAPSTONE | 0.10 | $18.50 |
| 8/24/2005 | 013 | VL AKIN | PREPARE CERTIFICATE OF SERVICE FOR NOTICE OF SIXTH QUARTERLY FEE APPLICATION OF CAPSTONE | 0.10 | $18.50 |
| 8/24/2005 | 013 | VL AKIN | FILE SIXTH QUARTERLY FEE APPLICATION OF CAPSTONE. SERVE NOTICE OF APPLICATION FOR SAME. | 0.60 | $111.00 |
| 8/25/2005 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERIFICATION OF NO OBJECTION REGARDING THE JUNE 2005 FEE APPLICATION OF STROOCK | 0.30 | $55.50 |
| 8/31/2005 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING JUNE 2005 FEE APPLICATION OF CAPSTONE | 0.20 | $37.00 |
| | | | Code Total | 2.70 | $499.50 |

Duane Morris
September 19, 2005
Page 9

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1119402

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 8/22/2005 | 015 | MR LASTOWSKI | REVIEW AGENDA NOTICE OF AUGUST OMNIBUS HEARING AND REVIEW ITEMS SET FORTH THEREIN | 3.70 | $1,942.50 |
| 8/29/2005 | 015 | MR LASTOWSKI | ATTENDANCE AT OMNIBUS HEARING | 4.20 | $2,205.00 |
| 8/29/2005 | 015 | MR LASTOWSKI | PREPARATION FOR OMNIBUS HEARING | 4.20 | $2,205.00 |
| | | | Code Total | 12.10 | $6,352.50 |

Duane Morris
September 19, 2005
Page 10

File # K0248-00001                                    INVOICE #  1119402
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 8/8/2005 | 016 | MR LASTOWSKI | REVIEW SPEIGHTS AND RUNYON'S MOTION TO QUASH DEBTOR'S SUBPOENA AND DEBTOR'S RESPONSE THERETO | 0.60 | $315.00 |
| 8/15/2005 | 016 | MR LASTOWSKI | REVIEW COMMITTEE OBJECTION TO INTERCAT SETTLEMENT | 0.30 | $157.50 |
| 8/15/2005 | 016 | MR LASTOWSKI | E-MAILS FROM A. KRIEGFER RE COMMITTEE OBJECTION TO INTERCAT SETTLEMENT | 0.10 | $52.50 |
| 8/16/2005 | 016 | MR LASTOWSKI | MULTIPLE E-MAILS FROM A. KRIEGFER RE COMMITTEE OBJECTION TO INTERCAT SETTLEMENT | 0.20 | $105.00 |
| 8/16/2005 | 016 | VL AKIN | EDIT COMMITTEE'S RESPONSE TO INTERCAT SETTLEMENT | 0.20 | $37.00 |
| 8/16/2005 | 016 | VL AKIN | PREPARE CERTIFICATE OF SERVICE FOR COMMITTEE'S OBJECTION TO INTERCAT SETTLEMENT | 0.30 | $55.50 |
| 8/16/2005 | 016 | VL AKIN | FILE AND SERVE COMMITTEE'S OBJECTION TO DEBTORS' MOTION FOR A SETTLEMENT AGREEMENT WITH INTERCAT | 0.40 | $74.00 |
| | | | Code Total | 2.10 | $796.50 |

Duane Morris
September 19, 2005
Page 11

File # K0248-00001                                    INVOICE #  1119402
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 8/23/2005 | 018 | MR LASTOWSKI | REVIEW MOTION TO AMEND CHAKARIAN COMPLAINT | 0.50 | $262.50 |
| 8/23/2005 | 018 | MR LASTOWSKI | REVIEW MOTION TO EXPAND MONTANA INJUNCTION | 0.50 | $262.50 |
| | | | Code Total | 1.00 | $525.00 |

Duane Morris
September 19, 2005
Page 12

File # K0248-00001                                    INVOICE #  1119402
    W.R. GRACE & CO.

TOTAL SERVICES                          37.00    $15,111.00

## DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

October 20, 2005

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001         Invoice# 1126956                              IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 09/30/2005 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 18.00 | hrs. at | $525.00 | /hr. = | $9,450.00 |
| RW RILEY | PARTNER | 0.70 | hrs. at | $415.00 | /hr. = | $290.50 |
| WS KATCHEN | PARTNER | 2.00 | hrs. at | $575.00 | /hr. = | $1,150.00 |
| CM WINTER | ASSOCIATE | 3.10 | hrs. at | $310.00 | /hr. = | $961.00 |
| VL AKIN | PARALEGAL | 6.80 | hrs. at | $185.00 | /hr. = | $1,258.00 |
| V MARCHELLO | LEGAL ASSISTAN | 0.10 | hrs. at | $90.00 | /hr. = | $9.00 |

$13,118.50

DISBURSEMENTS
MEETING EXPENSE                                        16.55
MESSENGER SERVICE                                    199.00
MISCELLANEOUS                                          50.00
OVERNIGHT MAIL                                        17.13
POSTAGE                                                3.60
PRINTING & DUPLICATING                                10.35
PRINTING & DUPLICATING - EXTERNAL                    435.11
TOTAL DISBURSEMENTS                                            $731.74

BALANCE DUE THIS INVOICE                                    $13,850.24

PREVIOUS BALANCE                                           $71,230.33

TOTAL BALANCE DUE                                          $85,080.57

DUANE MORRIS LLP

Duane Morris
October 20, 2005
Page 2

File # K0248-00001

W.R. GRACE & CO.

INVOICE #  1126956

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 9/7/2005 | 003 | MR LASTOWSKI | REVIEW JULY MONTHLY OPERATING REPORT | 0.20 | $105.00 |
| | | | Code Total | 0.20 | $105.00 |

Duane Morris
October 20, 2005
Page 3

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1126956

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/6/2005 | 004 | V MARCHELLO | PREPARE LETTER TO KEN PASQUALE, LEWIS KRUGER AND ARLENE KRIEGER FORWARDING THEM 2005 WL 1869200 PER BILL KATCHEN'S REQUEST. | 0.10 | $9.00 |
| 9/22/2005 | 004 | RW RILEY | REVIEWING AGENDA AND MATTERS FOR 9/26/05 OMNIBUS HEARING. | 0.50 | $207.50 |
| 9/26/2005 | 004 | WS KATCHEN | UPDATE LEGISLATION. | 0.20 | $115.00 |
| | | | Code Total | 0.80 | $331.50 |

Duane Morris
October 20, 2005
Page 4

File # K0248-00001                                    INVOICE #  1126956
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/2/2005 | 005 | MR LASTOWSKI | REVIEW ASBESTOS PERSONAL INJURY QUESTIONNAIRE ISSUES | 4.30 | $2,257.50 |
| 9/2/2005 | 005 | MR LASTOWSKI | REVIEW CASE MANAGEMENT ORDERS FOR ASBESTOS CLAIMS | 0.30 | $157.50 |
| 9/5/2005 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S THIRTEENTH OMNIBUS OBJECTION TO CLAIMS (SPEIGHTS AND RUNYAN) | 0.80 | $420.00 |
| 9/5/2005 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S PRESENTATION AT 8/29/05 OMNIBUS HEARING | 0.60 | $315.00 |
| 9/8/2005 | 005 | MR LASTOWSKI | REVIEW MOTION OF CERTAIN INSURERS FOR ACCESS TO 2019 STATEMENTS | 0.30 | $157.50 |
| 9/9/2005 | 005 | WS KATCHEN | REVIEW COMMITTEE MEMO RE: CERTAIN LATE CLAIMS | 0.20 | $115.00 |
| 9/13/2005 | 005 | MR LASTOWSKI | REVIEW PLEADINGS AND CORRESPONDENCE RE: ASBESTOS PERSONAL INJURY QUESTIONNAIRE | 2.80 | $1,470.00 |
| 9/13/2005 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR LEAVE TO DEPOSE CLAIMANT'S ATTORNEYS | 0.30 | $157.50 |
| 9/19/2005 | 005 | MR LASTOWSKI | REVIEW PERSONAL INJURY COMMITTEE'S OBJECTION TO MOTION OF CERTAIN INSURERS FOR AN ORDER GRANTING ACCESS TO 2019 STATEMENTS | 0.20 | $105.00 |
| 9/19/2005 | 005 | MR LASTOWSKI | REVIEW BARON AND BUDD'S S OBJECTION TO MOTION OF CERTAIN INSURERS FOR AN ORDER GRANTING ACCESS TO 2019 STATEMENTS | 0.20 | $105.00 |
| 9/23/2005 | 005 | MR LASTOWSKI | REVIEW OBJECTIONS TO FIFTEENTH OMNIBUS OBJECTION TO CLAIMS | 0.40 | $210.00 |
| 9/26/2005 | 005 | WS KATCHEN | REVIEW STIPULATION AND ORDER RE: LATE CLAIMS (ONE BEACON INS. AND SEATON INS.) | 0.20 | $115.00 |
| 9/26/2005 | 005 | WS KATCHEN | REVIEW ASBESTOS PERSONAL INJURY COMMITTEE OBJECTION | 0.20 | $115.00 |
| 9/26/2005 | 005 | WS KATCHEN | REVIEW MOTION RE:  CMO | 0.20 | $115.00 |
| 9/26/2005 | 005 | WS KATCHEN | REVIEW DEBTOR'S LIMITED OBJECTION TO MOTION BY ROMAN CATHOLIC CHURCH | 0.10 | $57.50 |
| 9/26/2005 | 005 | WS KATCHEN | REVIEW CMO RE:  SPERGULS & RUNYAM | 0.10 | $57.50 |
| | | | Code Total | 11.20 | $5,930.00 |

Duane Morris
October 20, 2005
Page 5

File # K0248-00001                                    INVOICE #  1126956
W.R. GRACE & CO.

| DATE | TASK TIMEKEEPER | | HOURS | VALUE |
|------|-----------------|---|-------|-------|
| 9/13/2005 010 | MR LASTOWSKI | REVIEW PROPERTY DAMAGE COMMITTEE'S MOTION TO RETAIN SPECIAL COUNSEL | 0.30 | $157.50 |
| | | Code Total | 0.30 | $157.50 |

Duane Morris
October 20, 2005
Page 6

File # K0248-00001                                        INVOICE #  1126956
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/7/2005 | 012 | VL AKIN | BILLING MATTERS REGARDING AUGUST 2005 FEE APPLICATION | 0.30 | $55.50 |
| 9/8/2005 | 012 | VL AKIN | BILLING ISSUES REGARDING THE SIXTEENTH INTERIM FEE APPLICATION OF DUANE. REVIEW FEE AUDITOR'S FINAL REPORT FOR SAME. | 0.40 | $74.00 |
| 9/14/2005 | 012 | VL AKIN | CORRESPONDENCE WITH THE FEE AUDITOR REGARDING FEES AND EXPENSES FROM THE 16TH INTERIM PERIOD | 0.20 | $37.00 |
| 9/15/2005 | 012 | VL AKIN | REVIEW BILLS FOR AUGUST 2005 FEE APPLICATION OF DUANE | 0.30 | $55.50 |
| 9/20/2005 | 012 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION FOR JULY 2005 FEE APPLICATION OF DUANE | 0.20 | $37.00 |
| 9/21/2005 | 012 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING THE JULY 2005 FEE APPLICATION OF DUANE | 0.30 | $55.50 |
| 9/30/2005 | 012 | RW RILEY | REVIEWING AND EXECUTING 43RD MONTHLY FEE APPLICATION FOR DUANE MORRIS | 0.10 | $41.50 |
| 9/30/2005 | 012 | VL AKIN | FILE AND SERVE THE AUGUST 2005 FEE APPLICATION OF DUANE | 0.70 | $129.50 |
| 9/30/2005 | 012 | VL AKIN | PREPARE AUGUST 2005 FEE APPLICATION OF DUANE | 0.70 | $129.50 |
| | | | Code Total | 3.20 | $615.00 |

Duane Morris
October 20, 2005
Page 7

File # K0248-00001
   W.R. GRACE & CO.

INVOICE #  1126956

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|-|-------|-------|
| 9/2/2005 | 013 | MR LASTOWSKI | EXECUTE CNO FOR CAPSTONE RECOVERY 17TH INTERIM FEE APPLICATION | 0.10 | $52.50 |
| 9/2/2005 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING THE JUNE 2005 FEE APPLICATION OF CAPSTONE | 0.20 | $37.00 |
| 9/8/2005 | 013 | MR LASTOWSKI | REVIEW AND SIGN NOTICE OF STROOCK JULY 2005 FEE APPLICATION | 0.10 | $52.50 |
| 9/8/2005 | 013 | VL AKIN | FILE JULY 2005 FEE APPLICATION OF STROOCK | 0.40 | $74.00 |
| 9/9/2005 | 013 | VL AKIN | FILE CERTIFICATE OF SERVICE FOR JULY FEE APPLICATION OF STROOCK | 0.20 | $37.00 |
| 9/12/2005 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING THE SIXTEENTH QUARTERLY FEE APPLICATION OF STROOCK | 0.20 | $37.00 |
| 9/12/2005 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING THE 16TH QUARTERLY FEE APPLICATION OF STROOCK | 0.20 | $37.00 |
| 9/29/2005 | 013 | VL AKIN | FILE AUGUST 2005 FEE APPLICATION OF STROOCK | 0.30 | $55.50 |
| 9/30/2005 | 013 | RW RILEY | REVIEWING AND EXECUTING CERTIFICATE OF NO OBJECTION FOR STROOCK'S INTERIM FEE APPLICATION FOR JULY 1, 2005-JULY 31, 2005 | 0.10 | $41.50 |
| 9/30/2005 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING JULY 2005 FEE APPLICATION OF STROOCK | 0.20 | $37.00 |
| 9/30/2005 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING THE JULY 2005 FEE APPLICATION OF STROOCK | 0.20 | $37.00 |
| | | | Code Total | 2.20 | $498.00 |

Duane Morris
October 20, 2005
Page 8

File # K0248-00001                                    INVOICE # 1126956
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/19/2005 | 015 | MR LASTOWSKI | REVIEW AGENDA FOR 9/26/05 AND ITEMS IDENTIFIED THEREON | 2.80 | $1,470.00 |
| 9/19/2005 | 015 | MR LASTOWSKI | REVIEW AGENDA FOR 9/26/05 AND ITEMS IDENTIFIED THEREON | 3.10 | $1,627.50 |
| 9/26/2005 | 015 | CM WINTER | MEETING WITH KEN PASQUALE AND ATTENDING OMNIBUS HEARING | 3.10 | $961.00 |
| | | | Code Total | 9.00 | $4,058.50 |

Duane Morris
October 20, 2005
Page 9

File # K0248-00001                                              INVOICE #  1126956
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 9/9/2005 | 016 | VL AKIN | EDIT, FILE AND SERVE COMMITTEE'S JOINDER TO STATE OF MONTANA MOTION. PREPARE CERTIFICATE OF SERVICE. REVIEW OF DOCKET. | 1.80 | $333.00 |
| 9/22/2005 | 016 | MR LASTOWSKI | REVIEW DEBTOR'S ADVERSARY PROCEEDING AGAINST THE STATE OF NEW JERSEY (W.R. GRACE V. CAMPBELL) | 1.20 | $630.00 |
| 9/26/2005 | 016 | WS KATCHEN | REVIEW §105 COMPLAINT AND MOTION V. STATE OF NEW JERSEY. | 0.80 | $460.00 |
| | | | Code Total | 3.80 | $1,423.00 |

Duane Morris
October 20, 2005
Page 10

File # K0248-00001                                           INVOICE #  1126956
    W.R. GRACE & CO.

| | TOTAL SERVICES | 30.70 | $13,118.50 |
|---|---|---|---|