# EXHIBIT "B"

WLM\2121171

Duane Morris
August 23, 2005
Page 17

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1113770

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 7/31/2005 | PRINTING & DUPLICATING - EXTERNAL | | 1,133.12 |
| | | Total: | $1,133.12 |
| | | | |
| 7/31/2005 | TELEPHONE | | 0.38 |
| | | Total: | $0.38 |
| | | | |
| 7/15/2005 | OVERNIGHT MAIL PACKAGE SENT TO THOMAS F. MAHER AT JPMORGAN CHASE - NEW YORK CITY, NY FROM VANESSA MARCHELLO AT DUANE MORRIS LLP - NEWARK, NJ (TRACKING #790086962955) | | 8.01 |
| 7/15/2005 | OVERNIGHT MAIL PACKAGE SENT TO KEVIN C.KELLEYESQ. AT JPMORGAN CHASE - NEW YORK CITY, NY FROM WILLIAM KATCHEN AT DUANE MORRIS LLP - NEWARK, NJ (TRACKING #790578622661) | | 8.01 |
| 7/21/2005 | OVERNIGHT MAIL PACKAGE SENT TO STEVEBOSSAYESQUIRE AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791144592905) | | 9.89 |
| 7/21/2005 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SEIGELESQUIRE AT WR GRACE - COLUMBIA, MD FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, D (TRACKING #791144586071) | | 6.86 |
| | | Total: | $32.77 |
| | | | |
| 7/31/2005 | MESSENGER SERVICE | | 332.50 |
| | | Total: | $332.50 |
| | | | |
| 7/22/2005 | MRL/TELEPHONICHRGBEFOREJUDGEFITZGERALD/COURTCALL | | 240.00 |
| | | Total: | $240.00 |
| | | | |
| 7/31/2005 | TELECOPY | | 1.90 |
| | | Total: | $1.90 |
| | | | |
| 7/31/2005 | PRINTING & DUPLICATING | | 25.80 |
| | | Total: | $25.80 |
| | | | |
| | TOTAL DISBURSEMENTS | | $1,766.47 |

Duane Morris
September 19, 2005
Page 13

File # K0248-00001                                    INVOICE #  1119402
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|-|--------|
| 8/15/2005 | OVERNIGHT MAIL PACKAGE SENT TO STEVEBOSSAYESQ. AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790611340621) | | 14.36 |
| 8/15/2005 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B SIEGEL ESQUIRE AT SENIOR VP & GENERAL COUNSEL - COLUMBIA, MD FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790119850760) | | 7.76 |
| 8/30/2005 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WH SMITH & ASSOCIATES - DALLAS, TX FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, D (TRACKING #791187712799) | | 10.07 |
| 8/30/2005 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SEIGEL AT WR GRACE - COLUMBIA, MD FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791187702835) | | 6.99 |
| | | Total: | $39.18 |
| 8/31/2005 | MESSENGER SERVICE | | 154.50 |
| 8/31/2005 | MESSENGER SERVICE | | 194.50 |
| | | Total: | $349.00 |
| 8/31/2005 | OVERTIME RELATED COSTS | | 8.82 |
| | | Total: | $8.82 |
| 8/31/2005 | PRINTING & DUPLICATING | | 39.15 |
| | | Total: | $39.15 |
| | TOTAL DISBURSEMENTS | | $436.15 |

File # K0248-00001                                        INVOICE #  1126956
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|------|--------|
| 9/30/2005 | PRINTING & DUPLICATING - EXTERNAL | | 188.43 |
| 9/30/2005 | PRINTING & DUPLICATING - EXTERNAL | | 246.68 |
| | | Total: | $435.11 |
| | | | |
| 9/30/2005 | POSTAGE | | 3.60 |
| | | Total: | $3.60 |
| | | | |
| 9/30/2005 | MEETING EXPENSE | | 16.55 |
| | | Total: | $16.55 |
| | | | |
| 9/30/2005 | OVERNIGHT MAIL PACKAGE SENT TO STEVEBOSSAY AT WARREN H. SMITH ASSOCIATES - DALLAS, TX FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, D (TRACKING #790663162282) | | 10.11 |
| 9/30/2005 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT WR GRACE - COLUMBIA, MD FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790663165958) | | 7.02 |
| | | Total: | $17.13 |
| | | | |
| 9/30/2005 | MESSENGER SERVICE | | 199.00 |
| | | Total: | $199.00 |
| | | | |
| 7/29/2005 | MRL/TELEPHONICBKRPTCYCOURTHEARING/COURTCALL | | 50.00 |
| | | Total: | $50.00 |
| | | | |
| 9/30/2005 | PRINTING & DUPLICATING | | 0.45 |
| 9/30/2005 | PRINTING & DUPLICATING | | 9.90 |
| | | Total: | $10.35 |
| | | | |
| | TOTAL DISBURSEMENTS | | $731.74 |