# SIGN-IN SHEET

CASE NAME: WR Grace
CASE NO.: 01-1139
COURTROOM NO.: 5
DATE: 11/14/05

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ken Pasquale | Stroock + Stroock + Lavan LLP | UCC |
| Gary M. Becker | " | UCC |
| David Klauder | Saul Ewing + Shane Reinthal | |
| | Kramer Levin Naftalis & Frankel LLP | EQUITY COMMITTEE |
| Philip Bentley | " | Reed Smith, Dewey Ballantine LLP |
| Peter Lockwood | | UST |
| Phil Milch | Capvia + Drinkle | |
| Dr. Gusland | Gusland Group | |
| Jay Sakalo | Bilzin Sumberg | CNA Insurance |
| Scott Baena | " | PD Committee |
| Martin Dies | Dies + Hile | PD Committee |
| Joseph D. Giuseppe | Cozen O'Connor, Phila, Van Dyne | Special Counsel to PD Committee |
| Theodore Tacconelli | Ferry Joseph + Pearce PA | City of Phila |
| David J. Lipman | Cole Ochner | PD Committee |
| Richard H. Curran | Scargus Bern LLP | Federal Insurance Company |
| Brenda DiLuigi | Linklaters | FCR |
| Amanda M. Winfree | Ashby + Geddes P.A. | London Market Insurers |
| Mark T. Hurford | Campbell + Levine | Macerich Fresno Ltd |
| | | PI CoMM |

PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

# SIGN-IN SHEET

CASE NAME: _____  COURTROOM NO.: _____

CASE NO.: _____  DATE: _____

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Edward Devine | ND Dept Law & Public Safety | Campbell, Harvey |
| David F. Dickerson Jr. | " | " |
| Michl. Brown | " | " |
| JS Baer | KE | W/LG |
| James E. O'Neill | " | " |
| Barbara Harding | Behulah Strub | Behulah Strub |
| Mark Schuntz | K+E | " |
| Will Sparks | WRGrace | " |
| Sal Bianca | K+E | " |
| Mark Green | Skadden Arps | Sealed Air Corporation |
| Deshield Stolifed | KWL Harrison | Re Registration parties etc |
| Marc Casarino | White and Williams LLP | AG |
| Allyn Daniels | Bilzin Sumberg | PD Committee |
| Dion Speights | Speights & Runyan | Anderson & CAH, F Claimants |
| John Weiss | Latham & Watkins LLP | Dean Stearns |
| Richard Ries | Duane Morris | Committee |
| Martin Dies | Piper Hill | RDLPOGT |
| Daniel K. Hogan | The Hogan Firm | Baron Budd |

PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

OVER →

| Elisa Alcabes | Simpson Thacher & Bartlett | Travelers |
|---|---|---|
| Jack Phillips | Phillips Goldman & Spence | FCR |
| Jeffrey Wisler | Connover Bove | Maryland Casualty / Zurich |

# U.S. Bankruptcy Court-Delaware
## Court Conference
### Confirmed Telephonic Appearance Schedule
### Honorable Judith Fitzgerald (Visiting) Courtroom

Calendar Date: 11/14/2005
Calendar Time: 11:30 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1171800 | David Siegel | 802-253-9264 | W. R. Grace & Co. | W. R. Grace & Co. |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1171809 | Paul J. Norris | 410-531-4404 | W. R. Grace & Co. | W. R. Grace & Co. |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1171930 | Elizabeth DeCristofaro | 212-269-4900 | Ford Mirman | Continental Casualty Company |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1172190 | Edward J. Westbrook | 843-727-6513 | Richardson Patrick Westbrook | Princeton University |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1172200 | Curtis Plaza | 973-451-8488 | Riker, Danzig, Scherer, Hyland & Perret | Prudential Insurance |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1172204 | Darrell Scott | 509-455-3966 | Scott Law Group | Marco Barbanti |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1172212 | Matthew Kramer | 305-350-7246 | Bilzin, Sumberg, Baena, Price & Axelrod | Property Damage Claimants |
| | | W.R. Grace & Co. | 01-01139 | Hearing | 1173136 | Robert M. Horkovich | 212-278-1000 | Anderson Kill & Olick | Official Committee of Asbestos Claimants |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1173137 | Tiffany Cobb | 614-464-8322 | Vorys, Sater, Seymour & Pease, LLP | Scotts Company |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1173157 | Jay Hughes | 617-498-3826 | W. R. Grace & Co. | W. R. Grace & Co. |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1173271 | Christopher M. Candon | 617-951-2505 | Cohn Whitesell & Goldberg, LLP | Listen Only / Libby Claimants |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1138443 | Mark Bartholomew | 707-565-6007 | Sonoma County Counsel (CC-1260) | County of Sonoma |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1167581 | Sarah Edwards | 212-490-3000 ext 2133 | Wilson, Elser, Moskowitz, Edelman & D | Listen Only / Royal |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1168746 | Michael Davis | 212-826-5311 | Zeichner Ellman & Krause, LLP | AIG |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1168795 | Merti Murray | 212-582-5505 | Murray Capital Management, Inc. | Listen Only / Murray Capital Management, Inc. |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1168816 | Michael Infalaco | 212-826-5322 | Zeichner Ellman & Krause, LLP | AIG |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1168819 | Scott Beechert | 212-582-5505 ext. 00 | Murray Capital Management, Inc. | Listen Only / Murray Capital Management, Inc. |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1169494 | Gerald George | 415-983-7263 | Pillsbury Winthrop Shaw Pittman (90167 | Interested Party, Maceric Freson Limited Partners |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1170065 | John O'Connell | 212-583-5677 | The Blackstone Group | Listen Only / Financial Advisor, The Blackstone Group |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1170226 | Steven Mandelsberg | 212-478-7360 | Hahn & Hessen | Claimant, State of California, Dept. of General Services |

| | | | | | | |
|---|---|---|---|---|---|---|
| Raymond Reyes | W. R. Grace & Co. | 01-01139 | Hearing | 1170328 | Mary A. Mardin | 312-606-5363 | USG Corporation | Listen Only / USG Corporation |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1170377 | Van J. Hooker | 214-969-4900 | Stutzman, Bromberg, Esserman & Plifk | Baron & Budd P.C., Reaud, Morgan & Quinn, et al |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1170387 | David J. Parsons | 214-969-4900 | Stutzman, Bromberg, Esserman & Plifk | Listen Only / Baron & Budd, & Reaud, Morgan & Quinn, et al |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1170472 | David M. Bernick | 312-861-2248 | Kirkland & Ellis, LLP | W. R. Grace & Co. |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1170480 | Lori Sinanyan | 213-680-8209 | Kirkland & Ellis (CC-913) | W. R. Grace & Co. |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1170919 | Cara Santosuosss | 216-928-1010 | Rotatori, Bender, Gragel, Shoper & Alex | Labor's Union Local 310 |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1171168 | Jennifer Scodlard | 302-552-5510 | Klehr, Harrison, Harvey & Branzberg et al | Listen Only/ DK Aquisitions |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1171581 | Andrew Craig | 973-734-3200 | Cuyler Burk, LLP | Allstate Insurance Company |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1171585 | Roger Frankel | 202-424-7500 | Swidler Berlin LLP (903126) | Future Claimants Representatives |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1171589 | Monique Almy | 202-424-7589 | Swidler Berlin LLP (903126) | Future Claimants Representatives |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1171590 | Jonathan Brownstein | 212-385-4302 | Swidler Berlin LLP (903126) | Financial Advisor to FCR |
| | W. R. Grace & Co. | 01-01139 | Hearing | 1171591 | Joseph Radecki | 212-885-4302 | Swidler Berlin LLP (903126) | Financial Advisor to FCR |