IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PACIFICORP AND VANCOTT BAGLEY CORNWALL & MCCARTHY, | CIVIL ACTION NO. 05-764 |
| Appellants, | |
| v. | BANKRUPTCY CASE NO. 01-1139 |
| W.R. GRACE, et. al., | |
| Appellee. | |

## ORDER

AND NOW, this __17__ day of November, 2005, it is hereby **ORDERED** that the briefing schedule, as set forth in Docket No. 5, is **VACATED**. The parties shall file their briefs according to the following schedule:

1. Appellants shall file their brief by November 28, 2005.

2. Appellee shall filed its brief by December 7, 2005.

BY THE COURT:

RONALD L. BUCKWALTER, S.J.