**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: December 8, 2005 at 4:00 p.m.
Hearing date: To be scheduled, only if objections
are timely filed and served.**

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Duane Morris LLP ("Duane Morris"), counsel to the Official Committee of Unsecured

Creditors (the "Committee") of the above captioned debtor and debtors in possession in the above-

captioned chapter 11 cases, filed and served the Forty-Fifth Monthly Fee Application of Duane Morris

LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official

Committee of Unsecured Creditors for the period from October 1, 2005 through October 31, 2005,

---

[1]     The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

seeking compensation in the amount of $18,014.00 and reimbursement for actual and necessary expenses in the amount of $40.22 (the "Monthly Fee Application").

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **December 8, 2005 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third

Avenue, New York, New York 10022 (fax number 212-715-8000); and (vii) the Office of the United

States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax

number 302-573-6497); and (viii) the Fee Auditor, to Warren H. Smith, Warren H. Smith and Associates,

Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Dated: Wilmington, DE
      November 18, 2005

Michael R. Lastowski (DE I.D. No. 3892)
Richard W. Riley (DE I.D. No. 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:    mlastowski@duanemorris.com

- and –

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:    wskatchen@duanemorris.com

-and -

Lewis Kruger
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
e-mail:    lkruger@stroock.com

*Co-Counsel for the Official Committee of Unsecured Creditors of
W. R. Grace & Co., et al.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                    Chapter 11

**W.R. Grace & Co., et al.**               Case No. 01-01139 (JKF)

          Debtors.               Jointly Administered

**Objection Date:  December 8, 2005 at 4:00 p.m.**
**Hearing Date:  To be scheduled, only if objections are**
**timely filed and served**

## FORTY-FIFTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP
## FOR COMPENSATION FOR SERVICES RENDERED AND
## REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
## FROM OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005

Name of Applicant                          **Duane Morris LLP**

Authorized to Provide
Professional Services to:                  **Official Committee of Unsecured Creditors**

Date of Retention:                         **April 17, 2001**

Period for which compensation and          **October 1, 2005 through Octber 31, 2005**
reimbursement is sought

Amount of Compensation sought as           **$18,014.00**
actual, reasonable and necessary:

Amount of Expense Reimbursement sought     **$40.22**
as actual, reasonable and necessary:

This is an: ☒ interim  ☐ final application

The total time expended for fee application preparation is approximately 1.0 hours and the corresponding compensation requested is approximately $185.00[2]

This is the forty-fifth monthly fee application of Duane Morris LLP.

---

[2] This is Duane Morris' Forty-fifth Monthly Fee Application.  Time expended for the preparation of this Fee Application will be reflected in subsequent Fee Applications.

**Attachment A**

## Monthly Interim Fee Applications

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02-1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02-2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 (Combined and prepared as a quarterly application.) | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | (Refer to Quarterly Application Chart below for further details.) | |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| | | Requested | | Approved for Payment | |

| | | | | | |
|---|---|---|---|---|---|
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |

| September 23, 2004 | 8/1/04-<br>8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
|---|---|---|---|---|---|
| October 20, 2004 | 9/1/04 –<br>9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 –<br>10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 –<br>11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 -<br>12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 –<br>1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 –<br>2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 –<br>3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 –<br>4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05-<br>5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05-<br>6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05-<br>7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05-<br>8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 –<br>9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |

**Quarterly Fee Applications**

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 4/17/01-6/30/01 | $41,314.50 | $4,026.77 | Fees approved for a combined total of $68,886.50 | $4,026.77 |
| February 5, 2002 | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | | $9,113.34 |
| February 11, 2002 | 10/01/01 – 12/31/01 | $17,349.50 | $3,436.30 | | $3,436.30 |
| May 16, 2002 | 1/1/02 – 3/31/02 | $38,759.50 | $5,113.59 | $37,486.50 | $5,113.59 |
| November 7, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| June 23, 2003 | 1/1/03 - 3/31/03 | $32,900.90 | $1,415.62 | $32,900.90 | $1,319.72 |
| September 18, 2003 | 4/1/03 - 6/30/03 | $32,863.50 | $3,789.95 | $32,863.50 | $3,789.95 |
| January 29, 2004 | 7/1/03 – 9/30/03 | $40,040.50 | $351.60 | $40,040.50 | $351.60 |
| April 16, 2004 | 10/1/03 – 12/31/03 | $64,624.50 | $756.78 | $64,624.50 | $756.78 |
| July 2, 2004 | 1/1/04 – 3/31/04 | $45,639.00 | $1,378.35 | $45,639.00 | $1,378.35 |
| August 2, 2004 | 4/1/04 – 6/30/04 | $77,218.00 | $3,909.57 | $77,218.00 | $3,909.57 |
| November 15, 2004 | 7/1/04 – 9/30/04 | $55,509.00 | $783.31 | $55,509.00 | $783.31 |

| February 14, 2005 | 10/1/04 – 12/31/04 | $100,271.00 | $10,120.25 | $100,271.00 | $10,120.25 |
|---|---|---|---|---|---|
| May 18, 2005 | 1/1/05 – 3/31/05 | $77,387.00 | $3,686.77 | $74,968.00 | $3,686.77 |
| August 15, 2005 | 4/1/05 – 6/30/05 | $45,254.50 | $1,148.39 | | |
| November 16, 2005 | 7/1/05 – 9/30/05 | $54,270.00 | $2,934.36 | | |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

November 17, 2005

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1134169                              IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 10/31/2005 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 25.20 | hrs. at | $525.00 | /hr. = | $13,230.00 |
| RW RILEY | PARTNER | 4.20 | hrs. at | $415.00 | /hr. = | $1,743.00 |
| WS KATCHEN | PARTNER | 2.00 | hrs. at | $575.00 | /hr. = | $1,150.00 |
| MF HAHN | ASSOCIATE | 1.70 | hrs. at | $290.00 | /hr. = | $493.00 |
| DM SOSNOSKI | PARALEGAL | 1.60 | hrs. at | $160.00 | /hr. = | $256.00 |
| VL AKIN | PARALEGAL | 6.10 | hrs. at | $185.00 | /hr. = | $1,128.50 |
| AT ASH | LEGAL ASSISTAN | 0.10 | hrs. at | $135.00 | /hr. = | $13.50 |
| | | | | | | $18,014.00 |

DISBURSEMENTS
MESSENGER SERVICE                                 5.00
OVERNIGHT MAIL                                    30.27
PRINTING & DUPLICATING                            4.95
TOTAL DISBURSEMENTS                                          $40.22

BALANCE DUE THIS INVOICE                                     $18,054.22

PREVIOUS BALANCE                                            $50,076.10

TOTAL BALANCE DUE                                          $68,130.32

File # K0248-00001                                          INVOICE #  1134169
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/5/2005 | 003 | MR LASTOWSKI | REVIEW AUGUST MONTHLY OPERATING REPORTS | 0.50 | $262.50 |
| 10/21/2005 | 003 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO LEASE FOR WOBURN, MASSACHUISETTS PROPERTY | 0.30 | $157.50 |
| | | | Code Total | 0.80 | $420.00 |

File # K0248-00001
 W.R. GRACE & CO.

INVOICE # 1134169

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/3/2005 | 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.20 | $37.00 |
| 10/10/2005 | 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL | 0.40 | $74.00 |
| 10/18/2005 | 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.20 | $37.00 |
| 10/20/2005 | 004 | VL AKIN | CALENDAR UPCOMING COURT DEADLINES | 0.10 | $18.50 |
| 10/24/2005 | 004 | WS KATCHEN | REVIEW DEBTOR'S BRIEF ON HEARING P.D. CLAIMS; REVIEW NOTICE OF MOTIONS REGARDING CLASS CERTIFICATION; | 0.70 | $402.50 |
| 10/25/2005 | 004 | DM SOSNOSKI | MONITOR DOCKET AND SEND EMAIL TO MHAHN AND WKATCHEN REGARDING STATUS | 0.50 | $80.00 |
| 10/25/2005 | 004 | WS KATCHEN | REVIEW COMMITTEE MEMORANDUM - STROOCK; | 0.10 | $57.50 |
| 10/27/2005 | 004 | DM SOSNOSKI | MONITOR DOCKET AND PROVIDE STATUS REPORT | 0.70 | $112.00 |
| 10/27/2005 | 004 | VL AKIN | BILLING MATTERS | 0.20 | $37.00 |
| 10/27/2005 | 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL | 0.10 | $18.50 |
| 10/28/2005 | 004 | DM SOSNOSKI | MONITOR DOCKET AND PROVIDE STATUS REPORT | 0.40 | $64.00 |
| 10/28/2005 | 004 | WS KATCHEN | REVIEW DEBTOR'S REPLY BRIEF REGARDING SPEIGHTS & RUNYON | 0.20 | $115.00 |
| 10/31/2005 | 004 | AT ASH | RETRIEVE UPDATED DOCKET FOR M. LASTOWSKI'S REVIEW. | 0.10 | $13.50 |
| 10/31/2005 | 004 | WS KATCHEN | REVIEW MOTION OF ACC TO CLARIFY CMO; REVIEW OPPOSITION OF ACC TO MOTION FOR BAR DATES; REVIEW DEBTOR'S OPPOSITION TO MOTION TO DISMISS NJ DEP | 0.70 | $402.50 |
| | | | Code Total | 4.60 | $1,469.00 |

File # K0248-00001                                          INVOICE # 1134169
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/5/2005 | 005 | MR LASTOWSKI | REVIEW RESPONSES TO DEBTOR'S FOURTEENTH OMNIBUS OBJECTION TO CLAIMS | 0.90 | $472.50 |
| 10/5/2005 | 005 | MR LASTOWSKI | REVIEW DENIAL OF PACIFORP MOTION TO FILE LATE PROOF OF CLAIM AND RELATED NOTICE OF APPEAL | 0.20 | $105.00 |
| 10/5/2005 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S BRIEF IN SUPPORT OF DISALLWANCE OF SPICE AND RUNYAN CLAIMS | 1.20 | $630.00 |
| 10/5/2005 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S PRELIMINARY DISCLOSURES RE: ASBESTOS PROPERTY DAMAGE CLAIMS | 0.40 | $210.00 |
| 10/15/2005 | 005 | MR LASTOWSKI | REVIEW ASBESTOS PERSONAL INJURY COMMITTEE'S OPPOSITION TO DEBTOR'S MOTION TO CONDUCT DEPOSITIONS OF CLAIMANT'S COUNSEL | 1.40 | $735.00 |
| 10/15/2005 | 005 | MR LASTOWSKI | REVIEW RESPONSES TO DEBTOR'S MOTION FOR LEAVE TO DEPOSE CLAIMANT'S COUNSEL | 0.60 | $315.00 |
| 10/15/2005 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S RESPONSES TO MOTION FOR CLARIFICATION OF CASE MANAGEMENT ORDER | 0.60 | $315.00 |
| 10/19/2005 | 005 | WS KATCHEN | REVIEW CAPSTONE ANALYSIS FINANCIAL RESULTS | 0.30 | $172.50 |
| 10/20/2005 | 005 | MR LASTOWSKI | REVIEW SPEAIGHTS AND RUNYAN RESPONSE TO THIRTEENTH OMNIBUS OBJECTION TO CLAIMS | 1.30 | $682.50 |
| 10/21/2005 | 005 | MR LASTOWSKI | REVIEW ASBESTOS PERSONAL INJURY COMMITTEE'S FIRST SET OF DISCOVERY REQUESTS (INGTERROGATORIES AND REQUESTS FOR PRODUCTION) ADDRESSED TO THE DEBTOR | 0.40 | $210.00 |
| 10/21/2005 | 005 | MR LASTOWSKI | REVIEW LIBBY PLAINTIFFS' CERTIFICATION RE: NON-DERIVATIVE NATURE OF CLAIMS | 0.20 | $105.00 |
| 10/21/2005 | 005 | MR LASTOWSKI | REVIEW OPPOSITION TO DEBTOR'S MOTION TO TAKE DEPOSITIONS OF CLAIMANT'S ATTORNEYS. | 0.40 | $210.00 |
| 10/21/2005 | 005 | MR LASTOWSKI | REVIEW ASBESTOS PROPERTY DAMAGE COMMITTEE'S OPPOSITION TO DEBTOR'S "METHODOLOGY ISSUE" AS IT RELATES TO PROPERTY DAMAGE CLAIMS | 1.40 | $735.00 |
| 10/21/2005 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S FACT AND EXPERT DISCLOSURE RELATING TO PHASE I OF THE PD ESTIMATION HEARING | 1.20 | $630.00 |

File # K0248-00001                                          INVOICE # 1134169
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/21/2005 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S BRIEF IN SUPPORT OF CONTSTRUCTIVE NOTICE IN PROPERTY DAMAGE CLAIMS | 0.60 | $315.00 |
| 10/21/2005 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S PROPOSED REPLY BRIEF IN SUPPORT OF EXPANDING CHAKARIAN INJUNCTION | 0.20 | $105.00 |
| 10/21/2005 | 005 | MR LASTOWSKI | REVIEW STATUS REPORT FOR FOURTEENTH OMNIBUS OBJECTION TO CLAIMS | 0.40 | $210.00 |
| 10/21/2005 | 005 | MR LASTOWSKI | REVIEW PACIFICORP FILINGS RE: PERFECTION OF APPEAL | 0.30 | $157.50 |
| 10/21/2005 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR THE ENTRY OF A BAR DATE ORDER FOR PRE-PETITION ASBESTOS PERSONAL INJURY CLAIMS | 0.40 | $210.00 |
| 10/28/2005 | 005 | MR LASTOWSKI | REVIEW OBJECTIONS TO FIFTEENTH OMNIBUS OBJECTION TO CLAIMS (ASBESTOS PROPERTY DAMAGE) FILED BY THE LEWIS, SLOVAK AND KOVACICH LAW FIRM, INCLUDING RELATED APPENDICES | 2.30 | $1,207.50 |
| 10/28/2005 | 005 | MR LASTOWSKI | REVIEW ASBESTOS PROPERTY DAMAGE COMMITTEE'S OBJECTION TO FIFTEENTH OMNIBUS OBJECTION TO CLAIMS | 0.20 | $105.00 |
| 10/28/2005 | 005 | MR LASTOWSKI | REVIEW SPEIGHTS AND RUNYON'S BRIEF IN SUPPORT OF OBJECTION TO DEBTOR'S 13TH OMNIBUS OBJECTION TO CLAIMS | 0.50 | $262.50 |
| 10/28/2005 | 005 | MR LASTOWSKI | REVIEW ANDERSON HOSPITAL'S MOTION FOR CLASS CERTIFICATION | 0.80 | $420.00 |
| 10/28/2005 | 005 | MR LASTOWSKI | REVIEW ASBESTOS PERSONAL INJURY COMMITTEE'S MOTION TO MODIFY/CLARIFY CASE MANAGEMENT ORDER | 0.40 | $210.00 |
| 10/28/2005 | 005 | MR LASTOWSKI | REVIEW EQUITY COMMITTEE'S RESPONSE IN SUPPORT OF DEBTOR'S MOTION FOR PRE PETITION LITIGATION CLAIM BAR DATE | 0.20 | $105.00 |
| 10/28/2005 | 005 | MR LASTOWSKI | REVIEW ADDITIONAL OBJECTIONS TO DEBTOR'S FIFTEENTH OMNIBUS OBJECTION TO CLAIMS | 0.20 | $105.00 |
| 10/31/2005 | 005 | MF HAHN | REVIEW OPPOSITION OF COMMITTEE TO DEBTORS' MOTION FOR ORDER ESTABLISHING BAR DATE; REVIEW OPPOSITION OF BARON & BUDD, ET AL., TO DEBTORS' MOTION FOR BAR DATE; REVIEW DEBTORS' OPPOSITION TO NEW JERSEY'S MOTION TO DISMISS ACTION FOR PRELIMINARY INJUNCTION | 1.70 | $493.00 |

File # K0248-00001                          INVOICE #  1134169
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/31/2005 | 005 | MR LASTOWSKI | REVIEW OPPOSITIONS TO DEBTOR'S MOTION TO ESTABLISH PRE PETITION LITIGATION BAR DATE | 0.60 | $315.00 |
| 10/31/2005 | 005 | MR LASTOWSKI | REVIEW PERSONAL INJURY COMMITTEE'S OPPOSITION TO DEBTOR'S MOTION TO ESTABLISH A BAR DATE FOR PRE PETITION LITIGATION CLAIMS | 0.60 | $315.00 |
| | | | Code Total | 19.90 | $10,063.00 |

Duane Morris
November 17, 2005
Page 7

File # K0248-00001                                    INVOICE # 1134169
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/21/2005 | 006 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO SETTLEMENT AGREEMENT WITH BANK OF AMERICA | 0.50 | $262.50 |
| | | | Code Total | 0.50 | $262.50 |

Duane Morris
November 17, 2005
Page 8

File # K0248-00001
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/17/2005 | 010 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: TERMS OF DEBTOR'S PROPOSED RETENTION OF ADDITIONAL PROFESSIONAL | 0.10 | $52.50 |
| 10/21/2005 | 010 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AUTHORITY TO RETAIN BEAR STEARNS | 0.50 | $262.50 |
| | | | Code Total | 0.60 | $315.00 |

File # K0248-00001                                    INVOICE # 1134169
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/7/2005 | 012 | VL AKIN | BILLING MATTERS REGARDING SEPTEMBER 2005 FEE APPLICATION OF DUANE | 0.30 | $55.50 |
| 10/19/2005 | 012 | VL AKIN | REVIEW SEPTEMBER 2005 BILL FOR FEE APPLICATION | 0.50 | $92.50 |
| 10/20/2005 | 012 | RW RILEY | REVIEWING AND EXECUTING SEPTEMBER FEE APPLICATION FOR DUANE MORRIS. | 0.10 | $41.50 |
| 10/20/2005 | 012 | VL AKIN | PREPARE SEPTEMBER 2005 FEE APPLICATION OF DUANE | 0.80 | $148.00 |
| 10/20/2005 | 012 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING AUGUST 2005 FEE APPLICATION OF DUANE | 0.20 | $37.00 |
| 10/20/2005 | 012 | VL AKIN | SCAN, FILE AND SERVE SEPTEMBER 2005 FEE APPLICATION OF DUANE MORRIS | 0.60 | $111.00 |
| 10/21/2005 | 012 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING THE AUGUST 2005 FEE APPLICATION OF DUANE MORRIS | 0.30 | $55.50 |
| 10/27/2005 | 012 | VL AKIN | BILLING MATTERS REGARDING RECENT PAYMENTS MADE BY THE COMPANY  REVIEW 15TH AND 16TH QUARTERLY FEE APPLICATIONS OF DUANE. | 0.50 | $92.50 |
| | | | Code Total | 3.30 | $633.50 |

Duane Morris
November 17, 2005
Page 10

File # K0248-00001                                          INVOICE # 1134169
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/4/2005 | 013 | VL AKIN | FILE THE AMENDED AUGUST 2005 FEE APPLICATION OF STROOCK | 0.40 | $74.00 |
| 10/12/2005 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING JULY 2005 CAPSTONE FEE APPLICATION | 0.20 | $37.00 |
| 10/12/2005 | 013 | VL AKIN | FILE AUGUST 2005 FEE APPLICATION OF CAPSTONE | 0.40 | $74.00 |
| 10/13/2005 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING JULY 2005 FEE APPLICATION OF CAPSTONE | 0.20 | $37.00 |
| 10/26/2005 | 013 | RW RILEY | REVIEWING AND EXECUTING CERTIFICATION OF NO OBJECTION REGARDING STROOCK'S AMENDED FIFTY-THIRD MONTHLY FEE APPLICATION | 0.10 | $41.50 |
| 10/26/2005 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION FOR AMENDED AUGUST 2005 FEE APPLICATION OF STROOCK | 0.20 | $37.00 |
| 10/27/2005 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING THE AMENDED AUGUST 2005 FEE APPLICATION OF STROOCK | 0.30 | $55.50 |
| | | | Code Total | 1.80 | $356.00 |

File # K0248-00001                                    INVOICE # 1134169
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/18/2005 | 015 | MR LASTOWSKI | REVIEW NOTICE OF AGENDA FOR OCTOBER OMNIBUS HEARING | 0.40 | $210.00 |
| 10/20/2005 | 015 | MR LASTOWSKI | REVIEW AGENDA ITEMS FOR 10/24/05 OMNIBUS HEARING | 2.70 | $1,417.50 |
| 10/21/2005 | 015 | MR LASTOWSKI | TELEPHONE CALL TO R. RILEY RE: ATTENDANCE AT 10/24/05 OMNIBUS HEARING | 0.10 | $52.50 |
| 10/24/2005 | 015 | RW RILEY | PREPARATION FOR AND ATTENDING OMNIBUS HEARING. | 4.00 | $1,660.00 |
| 10/28/2005 | 015 | MR LASTOWSKI | REVIEW OCTOBER 31, 2005 AGENDA ITEMS | 0.50 | $262.50 |
| | | | Code Total | 7.70 | $3,602.50 |

File # K0248-00001                                    INVOICE # 1134169
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/5/2005 | 018 | MR LASTOWSKI | REVIEW RESPONSE TO DEBTOR'S MOTION TO EXPAND CHAKARIAN INJUNCTION | 0.20 | $105.00 |
| 10/15/2005 | 018 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' OPPOSITION TO MOTION TO EXPAND THE CHAKARIAN INJUNCTION | 0.90 | $472.50 |
| 10/31/2005 | 018 | MR LASTOWSKI | REVIEW DEBTOR'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE GRACE V. BRADLEY ACTION | 0.60 | $315.00 |
| | | | Code Total | 1.70 | $892.50 |

Duane Morris
November 17, 2005
Page 13

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1134169

TOTAL SERVICES

| | |
|---|---|
| 40 90 | $18,014.00 |

Duane Morris
November 17, 2005
Page 14

File # K0248-00001                                    INVOICE #  1134169
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 10/20/2005 | OVERNIGHT MAIL PACKAGE SENT TO STEVEBOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, D (TRACKING #790194405430) | | 23.10 |
| 10/20/2005 | OVERNIGHT MAIL PACKAGE SENT TO DAVIDSEIGEL AT WR GRACE - COLUMBIA, MD FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790194399166) | | 7.17 |
| | | Total: | $30.27 |
| 10/31/2005 | MESSENGER SERVICE | | 5.00 |
| | | Total: | $5.00 |
| 10/31/2005 | PRINTING & DUPLICATING | | 4.95 |
| | | Total: | $4.95 |
| | TOTAL DISBURSEMENTS | | $40 22 |