**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | Objection Deadline: December 12, 2005 |
| | ) | Hearing Date: TBD only if necessary |

**SUMMARY OF THE VERIFIED APPLICATION OF THE SCOTT LAW
GROUP, P.S. FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL
COUNSEL FOR THE INTERIM PERIOD FROM
AUGUST 1, 2005 THROUGH AUGUST 31, 2005**

Name of Applicant: The Scott Law Group, P.S.

Authorized to Provide Professional Services to: Zonolite Attic Insulation Claimants

Date of Appointment: July 22, 2002

Period for which compensation and
Reimbursement is sought: August 1, 2005 through
August 31, 2005

Amount of Compensation sought as actual,
Reasonable, and necessary: $ 7,217.50

Amount of Expenses Reimbursement: $ 1,729.71

This is a:  X monthly     _ interim     _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/16/04 – 12/31/04 | $314.50 | 0 | No Objections served on counsel | No Objections served on counsel |

| 4/11/05 | 02/1/05– 02/28/05 | $463.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 04/1/05– 04/30/05 | $1,257.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 05/1/05– 05/31/05 | $562.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 06/1/05– 06/30/05 | $2,810.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 07/1/05– 07/31/05 | $7,791.00 | 0 | No Objections served on counsel | No Objections served on counsel |

This is the thirty-second Scott Law Group application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $500.00.

The Scott Law Group attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 15 | Litigation | $415 | 23.6 | $6,474.00 |
| TOTALS | | | | | 23.6 | $6,474.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 25 | Litigation | $165 | 2.0 | $330.00 |
| Samantha Simatos | Legal Asst. | 12 | Litigation | $95 | 2.5 | $237.50 |
| Elizabeth I. Rutherford | Legal Asst. | 8 | Litigation | $80 | 2.2 | $176.00 |
| TOTALS | | | | | 6.7 | $743.50 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 20-Travel–Non-working | 16.0 Hours | $3,320.00 |
| 22-ZAI Science Trial | 14.3 Hours | $3,897.50 |
| TOTALS | 30.3 Hours | $7,217.50 |

3

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | $ 10.00 |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | |
| In-House Duplicating / Printing ($.15 per page) | |
| Outside Duplicating / Printing (color photocopies) | |
| Lodging | $ 303.70 |
| Transportation | $ 6.10 |
| Air Travel Expense | $ 1279.30 |
| Taxi Expense | $ 30.00 |
| Mileage Expense | |
| Travel Meals | $ 51.22 |
| Parking | $ 25.50 |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Other (Explain): (Internet Access) | $ 23.89 |
| Total: | $ 1,729.71 |

Dated:   November 21, 2005

/s/     *William D. Sullivan*
William D. Sullivan (#2820)
Buchanan Ingersoll PC
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE  19801
Phone: (302) 428-5500
FAX: (302) 428-3996

-and-

Darrell W. Scott, Esq.
The Scott Law Group, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201
Phone: (509) 455-3966
FAX: (509) 455-3906

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: December 12, 2005** |
| | ) | **Hearing Date: TBD only if necessary** |

**FEE DETAIL FOR THE VERIFIED APPLICATION OF THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM AUGUST 1, 2005 THROUGH AUGUST 31, 2005**

# THE SCOTT LAW GROUP, P.S.
**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA  99201**
**PHONE: 509-455-3966**

Re:  **1.5**  Grace - Special Counsel

FOR TIME PERIOD ENDED 8/31/2005

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 8/2/2005 | KLB<br>Kristy L. Bergland<br>Paralegal | Office Conference regarding updating ZAI Science Trial Exhibit Database to include deposition transcripts; Continue updates to Exhibit database. | .8 | $165.00 | $132.00 |
| 8/3/2005 | KLB<br>Kristy L. Bergland<br>Paralegal | Updates to ZAI exhibit database re Canadian ZAI claims and Science Trial Depositions. | 1.0 | $165.00 | $165.00 |
| 8/3/2005 | BR<br>Bets Rutherford<br>Legal Assistant | Attach imaged depositions to database. | 1.5 | $80.00 | $120.00 |
| 8/2/2005 | DWS<br>Darrell W. Scott<br>Principal | Meeting with EW re ZAI science trial issues. | 5.0 | $415.00 | $2,075.00 |
| 8/13/2005 | DWS<br>Darrell W. Scott<br>Principal | Analyze ZAI exhibit database entries and update analyses entries; research re additional ZAI production records. | 2.2 | $415.00 | $913.00 |
| 8/18/2005 | BR<br>Bets Rutherford<br>Legal Assistant | Analyze new exhibits and update ZAI exhibit database. | .7 | $80.00 | $56.00 |
| 8/18/2005 | KLB<br>Kristy L. Bergland<br>Paralegal | Review of state health sites regarding updated scientific vermiculite exposure study. | .2 | $165.00 | $33.00 |
| 8/23/2005 | DWS<br>Darrell W. Scott<br>Principal | Review monthly fee application materials (.1); review update materials re Canadian ZAI claims (.3). | .4 | $415.00 | $166.00 |

11/15/2005

PAGE 1

**THE SCOTT LAW GROUP, P.S.**
926 W. SPRAGUE AVENUE, SUITE 583
SPOKANE, WA  99201
PHONE:  509-455-3966

| Re: | 1.5 | Grace - Special Counsel | | | FOR TIME PERIOD ENDED 8/31/2005 |

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 8/26/2005 | SS<br>Samantha Simatos<br>Legal Assistant | Prepare April-June fee applications. | 2.0 | $95.00 | $190.00 |
| 8/29/2005 | SS<br>Samantha Simatos<br>Legal Assistant | Prepare 17th Quarterly Application. | .5 | $95.00 | $47.50 |

**TOTAL THIS STATEMENT:**     $3,897.50

11/15/2005                                                                                              PAGE 2

# THE SCOTT LAW GROUP, P.S.
## 926 W. SPRAGUE AVENUE, SUITE 583
## SPOKANE, WA  99201
## PHONE:  509-455-3966

**Re:** **?** **Grace - Special Counsel Travel**  **FOR TIME PERIOD ENDED 8/31/2005**

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 8/1/2005 | DWS Darrell W. Scott Principal | Travel to Charleston for meeting with EW (billed at half rate). | 8 | $207.50 | $1,660.00 |
| 8/3/2005 | DWS Darrell W. Scott Principal | Return to Spokane meeting with EW (billed at half rate). | 1 | $207.50 | $207.50 |
| 8/2/2005 | DWS Darrell W. Scott Principal | Return to Seattle from meeting with EW (billed at half rate). | 7.0 | $207.50 | $1,452.50 |

**TOTAL THIS STATEMENT:** $3,320.00

## VERIFICATION

STATE OF WASHINGTON    )
                       )
COUNTY OF SPOKANE      )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a) I am counsel for the applicant law firm The Scott Law Group, P.S., and have been admitted to appear before this Court.

b) I have personally performed many of the legal services rendered by The Scott Law Group, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of The Scott Law Group, P.S.

c) I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED
Before me this 15th day of November 2005.

Kristy L. Bergland
Notary Public for Washington
Residing at Spokane
My Commission Expires: 9/10/2006

