**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: December 12, 2005 |
| | ) | Hearing Date: TBD only if necessary |

**SUMMARY OF THE VERIFIED APPLICATION OF THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005**

Name of Applicant: The Scott Law Group, P.S.

Authorized to Provide Professional Services to: Zonolite Attic Insulation Claimants

Date of Appointment: July 22, 2002

Period for which compensation and
Reimbursement is sought: September 1, 2005 through September 30, 2005

Amount of Compensation sought as actual,
Reasonable, and necessary: $ 983.50

Amount of Expenses Reimbursement: $ 0

This is a: X monthly   _ interim   _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/16/04 – 12/31/04 | $314.50 | 0 | No Objections served on counsel | No Objections served on counsel |

| | | | | | |
|---|---|---|---|---|---|
| 4/11/05 | 02/1/05– 02/28/05 | $463.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 04/1/05– 04/30/05 | $1,257.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 05/1/05– 05/31/05 | $562.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 06/1/05– 06/30/05 | $2,810.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 07/1/05– 07/31/05 | $7,791.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/21/05 | 08/1/05-08/31/05 | $7,217.50 | $1,729.71 | Pending | Pending |

This is the thirty-third Scott Law Group application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $500.00.

The Scott Law Group attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 15 | Litigation | $415 | .7 | $290.50 |
| TOTALS | | | | | .7 | $290.50 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 25 | Litigation | $165 | 4.2 | $693.00 |
| TOTALS | | | | | 4.2 | $693.00 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 4.9 Hours | $983.50 |
| TOTALS | 4.9 Hours | $983.50 |

Dated:   November 21, 2005

/s/     *William D. Sullivan*
William D. Sullivan (#2820)
Buchanan Ingersoll PC
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE  19801
Phone: (302) 428-5500
FAX: (302) 428-3996

-and-

Darrell W. Scott, Esq.
The Scott Law Group, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201
Phone: (509) 455-3966
FAX: (509) 455-3906


ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., <u>et</u> <u>al.</u>,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: December 12, 2005** |
| | ) | **Hearing Date: TBD only if necessary** |

**FEE DETAIL FOR THE VERIFIED APPLICATION OF THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005**

# THE SCOTT LAW GROUP, P.S.
**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA  99201**
**PHONE:  509-455-3966**

Re:  1.5  Grace - Special Counsel                                    FOR TIME PERIOD ENDED 9/30/2005

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 9/8/2005 | KLB<br>Kristy L. Bergland<br>Paralegal | Telephone call from ZAI homeowner re Grace objections to POC; update to database regarding same. | .5 | $165.00 | $82.50 |
| 9/12/2005 | DWS<br>Darrell W. Scott<br>Principal | Phone conference with EC re status of science trial motions and case status. | .2 | $415.00 | $83.00 |
| 9/16/2005 | DWS<br>Darrell W. Scott<br>Principal | Review communication from science trial claimant re case status and prepare response to same. | .1 | $415.00 | $41.50 |
| 9/26/2005 | KLB<br>Kristy L. Bergland<br>Paralegal | Review and organization of photograph exemplars taken in ZAI homes and update exhibit database with additional key ZAI exhibits. | 2.5 | $165.00 | $412.50 |
| 9/29/2005 | DWS<br>Darrell W. Scott<br>Principal | Review memorandum re Grace objections to ZAI claims; Phone call to K&E re objections to claim process in respect of ZAI and objections served as to ZAI claimants. | .4 | $415.00 | $166.00 |
| 9/30/2005 | KLB<br>Kristy L. Bergland<br>Paralegal | Update ZAI Exhibit database to include images of ZAI/Vermiculite photographs. | 1.2 | $165.00 | $198.00 |

**TOTAL THIS STATEMENT:**     $983.50

11/15/2005                                                                                                          PAGE 1

## VERIFICATION

STATE OF WASHINGTON          )
                             )
COUNTY OF SPOKANE            )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a) I am counsel for the applicant law firm The Scott Law Group, P.S., and have been admitted to appear before this Court.

b) I have personally performed many of the legal services rendered by The Scott Law Group, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of The Scott Law Group, P.S.

c) I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED
Before me this 15th day of November 2005.

Notary Public for Washington
Residing at Spokane
My Commission Expires: 9/10/2006

