**<u>EXHIBIT "A"</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline:  September 19, 2005** |
| | ) | **Hearing Date:  TBD only if necessary** |

**SUMMARY OF THE VERIFIED APPLICATION OF THE SCOTT LAW
GROUP, P.S. FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL
COUNSEL FOR THE INTERIM PERIOD FROM
JULY 1, 2005 THROUGH JULY 31, 2005**

Name of Applicant:                          The Scott Law Group, P.S.

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:                        July 22, 2002

Period for which compensation and
Reimbursement is sought:                    July 1, 2005 through
                                            July 31, 2005

Amount of Compensation sought as actual,
Reasonable, and necessary:          $      7,791.00

Amount of Expenses Reimbursement:   $              0

This is a:  <u>X</u> monthly     _ interim     _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 01/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 01/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 02/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | No Objections served on counsel | No Objections served on counsel |
| 02/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | No Objections served on counsel | No Objections served on counsel |
| 02/14/05 | 12/16/04– 12/31/04 | $314.50 | 0 | No Objections | No Objections |

| | | | | served on counsel | served on counsel |
|---|---|---|---|---|---|
| 05/03/05 | 02/1/05– 02/28/05 | $463.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 08/29/05 | 04/1/05– 04/30/05 | $1,257.00 | 0 | Pending | Pending |
| 08/29/05 | 05/1/05– 05/31/05 | $562.00 | 0 | Pending | Pending |
| 08/29/05 | 06/1/05– 06/30/05 | $2,810.00 | 0 | Pending | Pending |

This is the thirty-first Scott Law Group application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $500.00.

The Scott Law Group attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 15 | Litigation | $415 | 8.0 | $3,320.00 |
| TOTALS | | | | | 8.0 | $3,320.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 25 | Litigation | $165 | 27.1 | $4,471.50 |
| TOTALS | | | | | 27.1 | $4,471.50 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 35.1 Hours | $7,791.50 |
| TOTALS | 35.1 Hours | $7,791.50 |

Dated:  August 29, 2005

/s/      *William D. Sullivan*
William D. Sullivan (#2820)
Buchanan Ingersoll PC
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE  19801
Phone: (302) 428-5500
FAX: (302) 428-3996

-and-

Darrell W. Scott, Esq.
The Scott Law Group, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201
Phone: (509) 455-3966
FAX: (509) 455-3906

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline:  September 19, 2005** |
| | ) | **Hearing Date:  TBD only if necessary** |

**SUMMARY OF THE VERIFIED APPLICATION OF THE SCOTT LAW
GROUP, P.S. FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL
COUNSEL FOR THE INTERIM PERIOD FROM
JULY 1, 2005 THROUGH JULY 31, 2005**

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA  99201
### PHONE:  509-455-3966

**Re:**  **1.5**  |  **Grace - Special Counsel**

**FOR TIME PERIOD ENDED 7/31/2005**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 7/1/2005<br>Kristy L. Bergland<br>Paralegal | KLB | Review of ZAI exhibits (1.3); continued work on revising directories, importing of exhibit images and completing analytical fields (1.2). | 2.5 | $165.00 | $412.50 |
| 7/5/2005<br>Kristy L. Bergland<br>Paralegal | KLB | Continue summary of entry of ZAI exhibits into ZAI exhibit Database. | 2.0 | $165.00 | $330.00 |
| 7/6/2005<br>Kristy L. Bergland<br>Paralegal | KLB | Continued work on review and summary of ZAI exhibits and update of ZAI exhibit Database. | 7.0 | $165.00 | $1,155.00 |
| 7/8/2005<br>Kristy L. Bergland<br>Paralegal | KLB | Revisions to ZAI exhibit Database fields and additional updates to ZAI exhibit database. | 2.0 | $165.00 | $330.00 |
| 7/19/2005<br>Kristy L. Bergland<br>Paralegal | KLB | Review and summarize key ZAI exhibits into ZAI exhibit database. | 4.8 | $165.00 | $792.00 |
| 7/20/2005<br>Kristy L. Bergland<br>Paralegal | KLB | Review of and summary of key exhibits into exhibit database (2.0); internet search re: Grace in-house counsel information (1.3); work on EPA exhibits and Libby Fact Sheets (2.0). | 5.3 | $165.00 | $874.50 |
| 7/19/2005<br>Darrell W. Scott<br>Principal | DWS | Attend hearing in Pittsburgh re estimation of ZAI claims (3.6); meeting with MD re ZAI Science Trial and settlement options (.4). | 4.0 | $415.00 | $1,660.00 |
| 7/21/2005<br>Kristy L. Bergland<br>Paralegal | KLB | Telephone call from ZAI homeowner re ZAI home exposure (.4); update to ZAI database (.1); review of ZAI photographic exhibits (.3). | .8 | $165.00 | $132.00 |

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA  99201
### PHONE:  509-455-3966

**Re:** **1.5** | **Grace - Special Counsel**

**FOR TIME PERIOD ENDED 7/31/2005**

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 7/22/2005<br>Kristy L. Bergland<br>Paralegal | KLB | Work on ZAI exhibit database and review of imaged exhibits. | .5 | $165.00 | $82.50 |
| 7/25/2005<br>Darrell W. Scott<br>Principal | DWS | Preparation for meeting with EW re Science Trial matters (1.0); review case updates re ZAI Science Trial issues (1.2). | 2.2 | $415.00 | $913.00 |
| 7/25/2005<br>Kristy L. Bergland<br>Paralegal | KLB | Review of ZAI removal exhibits report by consulting expert. | .5 | $165.00 | $82.50 |
| 7/27/2005<br>Kristy L. Bergland<br>Paralegal | KLB | Prepare instructions regarding information gathering re Canada ZAI claims (.3); prepare analyses of Zonolite claims filed to date (.7); update database report of ZAI contacts and prepare summary by state (.2). | 1.2 | $165.00 | $198.00 |
| 7/28/2005<br>Darrell W. Scott<br>Principal | DWS | Review updated ZAI homeowner analyses in preparation for meeting with EW. | .5 | $415.00 | $207.50 |
| 7/28/2005<br>Kristy L. Bergland<br>Paralegal | KLB | Internet research regarding actions in Canada. | .5 | $165.00 | $82.50 |
| 7/20/2005<br>Darrell W. Scott<br>Principal | DWS | Review and respond to communications from EW re ZAI science trial matters. | .4 | $415.00 | $166.00 |
| 7/21/2005<br>Darrell W. Scott<br>Principal | DWS | Followup work re ZAI case management issues (.6); phone call to EW re same (.3). | .9 | $415.00 | $373.50 |

# THE SCOTT LAW GROUP, P.S.
**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA  99201**
**PHONE:  509-455-3966**

Re: | 1.5 | Grace - Special Counsel

**FOR TIME PERIOD ENDED 7/31/2005**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|

**TOTAL THIS STATEMENT:**   $7,791.50

## VERIFICATION

STATE OF WASHINGTON          )
                             )
COUNTY OF SPOKANE            )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a)      I am counsel for the applicant law firm The Scott Law Group, P.S., and have been admitted to appear before this Court.

b)      I have personally performed many of the legal services rendered by The Scott Law Group, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of The Scott Law Group, P.S.

c)      I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED,
Before me this 26th day of August, 2005.

_____
Notary Public for Washington
Residing at Spokane
My Commission Expires: 9/10/06



**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., <u>et al.</u>,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline:  December 12, 2005** |
| | ) | **Hearing Date:  TBD only if necessary** |

**SUMMARY OF THE VERIFIED APPLICATION OF THE SCOTT LAW
GROUP, P.S. FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL
COUNSEL FOR THE INTERIM PERIOD FROM
AUGUST 1, 2005 THROUGH AUGUST 31, 2005**

Name of Applicant:                                    The Scott Law Group, P.S.


Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:                                  July 22, 2002

Period for which compensation and
Reimbursement is sought:                          August 1, 2005 through
                                                     August 31, 2005

Amount of Compensation sought as actual,
Reasonable, and necessary:              $      7,217.50

Amount of Expenses Reimbursement:       $      1,729.71

This is a:  <u>X</u> monthly     _ interim     _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/16/04– 12/31/04 | $314.50 | 0 | No Objections served on counsel | No Objections served on counsel |

| 4/11/05 | 02/1/05– 02/28/05 | $463.00 | 0 | No Objections served on counsel | No Objections served on counsel |
|---------|-------------------|---------|---|--------------------------------|--------------------------------|
| 8/29/05 | 04/1/05– 04/30/05 | $1,257.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 05/1/05– 05/31/05 | $562.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 06/1/05– 06/30/05 | $2,810.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 07/1/05– 07/31/05 | $7,791.00 | 0 | No Objections served on counsel | No Objections served on counsel |

This is the thirty-second Scott Law Group application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $500.00.

The Scott Law Group attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|-----------------------------|-----------------------------|--------------------------------|------------|---------------------|--------------------|--------------------|
| Darrell W. Scott | Partner | 15 | Litigation | $415 | 23.6 | $6,474.00 |
| TOTALS | | | | | 23.6 | $6,474.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|-----------------------------|-----------------------------|-----------------------------|------------|---------------------|--------------------|--------------------|
| Kristy L. Bergland | Paralegal | 25 | Litigation | $165 | 2.0 | $330.00 |
| Samantha Simatos | Legal Asst. | 12 | Litigation | $95 | 2.5 | $237.50 |
| Elizabeth I. Rutherford | Legal Asst. | 8 | Litigation | $80 | 2.2 | $176.00 |
| TOTALS | | | | | 6.7 | $743.50 |

### Compensation by Project Category

| Category | Total Hours | Total Fees |
|----------|-------------|------------|
| 20-Travel–Non-working | 16.0 Hours | $3,320.00 |
| 22-ZAI Science Trial | 14.3 Hours | $3,897.50 |
| TOTALS | 30.3 Hours | $7,217.50 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | $      10.00 |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | |
| In-House Duplicating / Printing ($.15 per page) | |
| Outside Duplicating / Printing (color photocopies) | |
| Lodging | $    303.70 |
| Transportation | $        6.10 |
| Air Travel Expense | $  1279.30 |
| Taxi Expense | $      30.00 |
| Mileage Expense | |
| Travel Meals | $      51.22 |
| Parking | $      25.50 |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Other (Explain): (Internet Access) | $      23.89 |
| Total: | $ 1,729.71 |

Dated:   November 21, 2005

/s/      *William D. Sullivan*
William D. Sullivan (#2820)
Buchanan Ingersoll PC
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE  19801
Phone: (302) 428-5500
FAX: (302) 428-3996

-and-

Darrell W. Scott, Esq.
The Scott Law Group, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201
Phone: (509) 455-3966
FAX: (509) 455-3906

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., <u>et al.</u>,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline:  December 12, 2005** |
| | ) | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR THE VERIFIED APPLICATION OF THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM AUGUST 1, 2005 THROUGH AUGUST 31, 2005**

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA  99201
### PHONE:  509-455-3966

Re:  **1.5**  | **Grace - Special Counsel**                          **FOR TIME PERIOD ENDED 8/31/2005**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|------------|-------------|-------|------|-------|
| 8/2/2005<br>Kristy L. Bergland<br>Paralegal | KLB | Office Conference regarding updating ZAI Science Trial Exhibit Database to include deposition transcripts; Continue updates to Exhibit database. | .8 | $165.00 | $132.00 |
| 8/3/2005<br>Kristy L. Bergland<br>Paralegal | KLB | Updates to ZAI exhibit database re Canadian ZAI claims and Science Trial Depositions. | 1.0 | $165.00 | $165.00 |
| 8/3/2005<br>Bets Rutherford<br>Legal Assistant | BR | Attach imaged depositions to database. | 1.5 | $80.00 | $120.00 |
| 8/2/2005<br>Darrell W. Scott<br>Principal | DWS | Meeting with EW re ZAI science trial issues. | 5.0 | $415.00 | $2,075.00 |
| 8/13/2005<br>Darrell W. Scott<br>Principal | DWS | Analyze ZAI exhibit database entries and update analyses entries; research re additional ZAI production records. | 2.2 | $415.00 | $913.00 |
| 8/18/2005<br>Bets Rutherford<br>Legal Assistant | BR | Analyze new exhibits and update ZAI exhibit database. | .7 | $80.00 | $56.00 |
| 8/18/2005<br>Kristy L. Bergland<br>Paralegal | KLB | Review of state health sites regarding updated scientific vermiculite exposure study. | .2 | $165.00 | $33.00 |
| 8/23/2005<br>Darrell W. Scott<br>Principal | DWS | Review monthly fee application materials (.1); review update materials re Canadian ZAI claims (.3). | .4 | $415.00 | $166.00 |

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA  99201
### PHONE:  509-455-3966

**Re:**  **1.5**  |  **Grace - Special Counsel**          **FOR TIME PERIOD ENDED 8/31/2005**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 8/26/2005 | SS | Prepare April-June fee applications. | 2.0 | $95.00 | $190.00 |
| | Samantha Simatos | | | | |
| | Legal Assistant | | | | |
| 8/29/2005 | SS | Prepare 17th Quarterly Application. | .5 | $95.00 | $47.50 |
| | Samantha Simatos | | | | |
| | Legal Assistant | | | | |

**TOTAL THIS STATEMENT:**          **$3,897.50**

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA  99201
### PHONE:  509-455-3966

Re:    ?    **Grace - Special Counsel Travel**                          **FOR TIME PERIOD ENDED 8/31/2005**

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 8/1/2005<br>Darrell W. Scott<br>Principal | DWS | Travel to Charleston for meeting with EW (billed at half rate). | 8 | $207.50 | $1,660.00 |
| 8/3/2005<br>Darrell W. Scott<br>Principal | DWS | Return to Spokane meeting with EW (billed at half rate). | 1 | $207.50 | $207.50 |
| 8/2/2005<br>Darrell W. Scott<br>Principal | DWS | Return to Seattle from meeting with EW (billed at half rate). | 7.0 | $207.50 | $1,452.50 |

**TOTAL THIS STATEMENT:**    $3,320.00

## VERIFICATION

STATE OF WASHINGTON      )
                                )
COUNTY OF SPOKANE        )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a)     I am counsel for the applicant law firm The Scott Law Group, P.S., and have been admitted to appear before this Court.

b)     I have personally performed many of the legal services rendered by The Scott Law Group, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of The Scott Law Group, P.S.

c)     I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED
Before me this 15ᵗʰ day of November 2005.

Notary Public for Washington
Residing at Spokane
My Commission Expires: 9/10/2006



**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., <u>et al</u>.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline:  December 12, 2005** |
| | ) | **Hearing Date:  TBD only if necessary** |

**SUMMARY OF THE VERIFIED APPLICATION OF THE SCOTT LAW
GROUP, P.S. FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL
COUNSEL FOR THE INTERIM PERIOD FROM
SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005**

Name of Applicant:                                     The Scott Law Group, P.S.


Authorized to Provide Professional Services to:     Zonolite Attic Insulation Claimants

Date of Appointment:                                 July 22, 2002

Period for which compensation and
Reimbursement is sought:                            September 1, 2005 through
                                                    September 30, 2005

Amount of Compensation sought as actual,
Reasonable, and necessary:              $        983.50

Amount of Expenses Reimbursement:       $             0

This is a: <u>X</u> monthly     _ interim     _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/16/04– 12/31/04 | $314.50 | 0 | No Objections served on counsel | No Objections served on counsel |

| 4/11/05 | 02/1/05– 02/28/05 | $463.00 | 0 | No Objections served on counsel | No Objections served on counsel |
|---------|-------------------|---------|---|---------------------------------|---------------------------------|
| 8/29/05 | 04/1/05– 04/30/05 | $1,257.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 05/1/05– 05/31/05 | $562.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 06/1/05– 06/30/05 | $2,810.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 07/1/05– 07/31/05 | $7,791.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/21/05 | 08/1/05-08/31/05 | $7,217.50 | $1,729.71 | Pending | Pending |

This is the thirty-third Scott Law Group application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $500.00.

The Scott Law Group attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|-----------------------------|-----------------------------|--------------------------------|------------|---------------------|--------------------|--------------------|
| Darrell W. Scott | Partner | 15 | Litigation | $415 | .7 | $290.50 |
| TOTALS | | | | | .7 | $290.50 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|-----------------------------|-----------------------------|-----------------------------|------------|---------------------|--------------------|--------------------|
| Kristy L. Bergland | Paralegal | 25 | Litigation | $165 | 4.2 | $693.00 |
| TOTALS | | | | | 4.2 | $693.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|----------|-------------|------------|
| 22-ZAI Science Trial | 4.9 Hours | $983.50 |
| TOTALS | 4.9 Hours | $983.50 |

Dated:   November 21, 2005

/s/      *William D. Sullivan*
William D. Sullivan (#2820)
Buchanan Ingersoll PC
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE  19801
Phone: (302) 428-5500
FAX: (302) 428-3996

-and-

Darrell W. Scott, Esq.
The Scott Law Group, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201
Phone: (509) 455-3966
FAX: (509) 455-3906


ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., <u>et al.</u>,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline:  December 12, 2005** |
| | ) | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR THE VERIFIED APPLICATION OF THE SCOTT LAW
GROUP, P.S. FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL
COUNSEL FOR THE INTERIM PERIOD FROM SEPTEMBER 1, 2005
THROUGH SEPTEMBER 30, 2005**

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA  99201
### PHONE:  509-455-3966

**Re:** | 1.5 | **Grace - Special Counsel**

**FOR TIME PERIOD ENDED 9/30/2005**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 9/8/2005 | KLB<br>Kristy L. Bergland<br>Paralegal | Telephone call from ZAI homeowner re Grace objections to POC; update to database regarding same. | .5 | $165.00 | $82.50 |
| 9/12/2005 | DWS<br>Darrell W. Scott<br>Principal | Phone conference with EC re status of science trial motions and case status. | .2 | $415.00 | $83.00 |
| 9/16/2005 | DWS<br>Darrell W. Scott<br>Principal | Review communication from science trial claimant re case status and prepare response to same. | .1 | $415.00 | $41.50 |
| 9/26/2005 | KLB<br>Kristy L. Bergland<br>Paralegal | Review and organization of photograph exemplars taken in ZAI homes and update exhibit database with additional key ZAI exhibits. | 2.5 | $165.00 | $412.50 |
| 9/29/2005 | DWS<br>Darrell W. Scott<br>Principal | Review memorandum re Grace objections to ZAI claims; Phone call to K&E re objections to claim process in respect of ZAI and objections served as to ZAI claimants. | .4 | $415.00 | $166.00 |
| 9/30/2005 | KLB<br>Kristy L. Bergland<br>Paralegal | Update ZAI Exhibit database to include images of ZAI/Vermiculite photographs. | 1.2 | $165.00 | $198.00 |

**TOTAL THIS STATEMENT:** $983.50

VERIFICATION

STATE OF WASHINGTON          )
                             )
COUNTY OF SPOKANE            )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a)      I am counsel for the applicant law firm The Scott Law Group, P.S., and have been admitted to appear before this Court.

b)      I have personally performed many of the legal services rendered by The Scott Law Group, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of The Scott Law Group, P.S.

c)      I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED
Before me this 15th day of November 2005.

Notary Public for Washington
Residing at Spokane
My Commission Expires: 9/10/2006

