# EXHIBIT B

# SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD
## July 1, 2005 through September 30, 2005

1.  Asbestos: Claims Analysis & Evaluation – 10.2 hours ($2,272.50)

During the Application Period, the Applicant attended conferences with PD Committee members and counsel. In addition, the Applicant reviewed SEC filings on Fiesta appointment and quarterly earnings and the 10K for the first quarter of 2005 and prepared a summation sheet with key figures. Additionally, the Applicant reviewed the January PPT material on Libby, Libby's claims and the Grace database.