# EXHIBIT C

# HR&A                                          INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

October 13, 2005

Invoice No. HRA20051013

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of September, 2005.

**FEES**

| | |
|---|---|
| Francine F. Rabinovitz 7.8 hours @ $ 550 per hour | $ 4,290.00 |
| Joshua S. Katz 4.0 hours @ $ 200 per hour | 800.00 |
| **TOTAL DUE:** | **$ 5,090.00** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922 TEL: (831) 626-1350 FAX: (831) 626-1351
NORTHERN CALIFORNIA        LOS ANGELES        WASHINGTON DC        NEW YORK

SEPTEMBER, 2005, TIME LOG OF FRANCINE F. RAVINOBITZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| 09/01/05 | 2.0 | Update from Joshua S. Katz on committee phone call (0.5); read Case Management Order for the Estimation of Asbestos Property Damage Liabilities (0.5); begin review of Questionnaire for Asbestos Personal Injury and CMO ordered (1.0). |
| 09/02/05 | 0.8 | Follow delivery of PD exhibits; e-mails to Paul K. Honig about receiving, storage. |
| 09/06/05 | 1.5 | Read Letter to PD claimants on estimation process; review in detail CMO and questionnaire for the estimation of PI claims. |
| 09/08/05 | 0.5 | Update from Joshua S. Katz re: committee call. |
| 09/12/05 | 2.5 | Quick review of Debtors' objections to PD claims. |
| 09/21/05 | 0.5 | Read articles re: Grace challenge to NJ investigation. |
| TOTAL: | 7.8 | |

SEPTEMBER, 2005   TIME LOG OF JOSHUA S. KATZ (JSK)

| DATE | TIME | TASK |
|---|---|---|
| 09/01/05 | 1.0 | Grace call (0.6); summary and discussion of call with Francine F. Rabinovitz (0.4). |
| 09/08/05 | 1.0 | Grace call (0.5); summary and discussion of call with Francine F. Rabinovitz (0.5). |
| 09/22/05 | 1.0 | Grace call (0.8); quick review of recent Grace news (0.2). |
| 09/29/05 | 0.7 | Weekly Grace conference call (0.5); quick review of recent Grace related news including release noting delay of earnings release (0.2). |
| 09/30/05 | 0.3 | Review and dissemination of Washington Post article and other related press on Libby. |
| TOTAL: | 4.0 | |

# HR&A                                    INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

September 15, 2005

Invoice No. HRA20050915

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of August, 2005.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>6.1 hours @ $ 550 per hour | $ 3,355.00 |
| Paul J. Silvern<br>0.7 hours @ $ 450 per hour | 315.00 |
| Robert H. Sims<br>0.5 hours @ $ 400 per hour | 200.00 |
| Paul K. Honig<br>2.5 hours @ $ 275 per hour | 687.50 |
| Joshua S. Katz<br>6.7 hours @ $ 200 per hour | 1,340.00 |
| **TOTAL DUE:** | **$ 5,897.50** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA      LOS ANGELES       WASHINGTON DC    NEW YORK

AUGUST, 2005 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

DATE      TIME   TASK

08/03/05   0.7   Update from Joshua Katz re: Committee call and need to cover Monday's continuation of Committee call.

08/04/05   1.1   Further discussion with Joshua S. Katz re: weekly conference call concerning Speights claims, mention in transcript.

08/08/05   1.0   Continue to review transcript in preparation for call.

08/09/05   1.0   Talk with Jim Hass about personal injury estimate, ask staff to locate Grace database in Sealed Air files (0.5); e-mails with Robert H. Sims, Paul K. Honig, Paul J. Silvern re: what data we already have (0.5).

08/11/05   0.5   Talk with Allyn Danzeisen of Bilzin re: obtaining updated database.

08/20/05   1.8   Read estimation opinion in Federal Mogul case (Asbestos Claimants vs Asbestos Property Damage committee).

TOTAL:     6.1

AUGUST, 2005 TIME LOG OF PAUL J. SILVERN (PJS)

<u>DATE</u>      <u>TIME</u> <u>TASK</u>

08/09/05  0.5  E-mail with Francine F. Rabinovitz regarding existing data.

08/15/05  0.2  Discussion with Joshua S. Katz re: recent event(s), notably Grace's strategy regarding segment of PD claim.

TOTAL:    0.7

AUGUST, 2005 TIME LOG OF ROBERT H. SIMS (RHS)

<u>DATE</u>      <u>TIME</u> <u>TASK</u>

08/09/05   0.5   Discussions with Francine F. Rabinovitz and Paul K. Honig re: Grace PI data.

TOTAL:     0.5

AUGUST, 2005 TIME LOG OF PAUL K. HONIG (PKH)

<u>DATE</u>     <u>TIME</u> <u>TASK</u>

08/09/05  0.5  Assemble BI data disks & describe their contents.

08/10/05  2.0  Look further into the BI data examining yrfiled--
    claims extend up through '97 & a few claims for '98.

Total:    2.5

AUGUST, 2005 TIME LOG OF JOSHUA S. KATZ (JSK)

<u>DATE</u>     <u>TIME</u> <u>TASK</u>

08/03/05  0.7  Discuss weekly Committee call with Francine F. Rabinovitz and coverage for Monday's continuation of Committee call.

08/04/05  4.4  Grace weekly conference call (1.6); discussion with Francine F. Rabinovitz about weekly call, notably Speights claims, mention of Francine F. Rabinovitz in transcript, (1.1); continued review of July 19 transcript based on conversation with Francine F. Rabinovitz (1.7)

08/15/05  1.6  Quick call with Paul J. Silvern to discuss recent event(s), notably Grace's strategy re: segment of PD claims (0.2); review of POR and disclosure statement in preparation for eventual BI forecasting (0.5); review of old BI models to determine potential applicability (0.9)

TOTAL:    6.7