IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                              )        Chapter 11
                                                    )
W.R. Grace & Co., *et al.*,                         )        Case No. 01-1139 (JKF)
                                                    )        (Jointly Administered)
                                                    )
             Debtors.                               )        **Objection Deadline: December 12, 2005 at 4:00 p.m.**
                                                    )        **Hearing Date: March 27, 2006 at 12:00 p.m.**

## NOTICE OF APPLICATION

TO:    PARTIES ON ATTACHED SERVICE LIST

       Bilzin Sumberg Baena Price & Axelrod LLP, has filed its Eighteenth Interim Quarterly
Fee Application Request for Approval and Allowance of Compensation for Services Rendered
and Reimbursement of Expenses as Consultants to the Official Committee of Asbestos Property
Damage Claimants for the Period of July 1, 2005 through September 30, 2005.

       You are required to file an objection or response to the attached application on or before
December 12, 2005.

       At the same time, you must also serve a copy of the objection or response upon the
persons on the attached service list.

       A HEARING DATE ON THE APPLICATION WILL BE DETERMINED LATER.

       IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT
MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER
NOTICE OR HEARING.

Dated:  November 21, 2005

                              BILZIN SUMBERG BAENA PRICE & AXELROD LLP
                              Counsel to the Official Committee of Asbestos Property
                              Damage Claimants
                              2500 Wachovia Financial Center
                              200 South Biscayne Boulevard
                              Miami, Florida 33131-2385
                              Telephone: (305) 374-7580
                              Facsimile: (305) 374-7593

                              By:___ /s/ Matthew I. Kramer_____
                                    Matthew I. Kramer (Admitted Pro Hac Vice)

## SERVICE LIST

Warren H. Smith
Warren H. Smith and Associates, P.C.
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201

David B. Siegel, Esquire
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

David M. Klauder
Office of the U.S. Trustee
844 King Street, Room 2207
Wilmington, DE 19801

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young, Jones
   & Weintraub, P.C.
919 Market Street, Suite 1600
Wilmington, DE  19801

Marla Rosoff Eskin, Esquire
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE  19801

Michael R. Lastowski, Esquire
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801-1246

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

Teresa K.D. Currier, Esquire
Klett Rooney Leber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

James H.M. Sprayregen, Esquire
James W. Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY  10022

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago IL 60606

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York NY 10038-4982

Philip Bently, Esquire
Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806