## EXHIBIT "B"

## SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD
### JULY 1, 2005 THROUGH SEPTEMBER 30, 2005

1.  **Case Administration – 15537 – 94.2 hours ($22,781.50)**

This matter covers the attention given to routine motions and pleadings, and preparation of responses thereto, the preparation of summaries and analyses of such papers for the PD Committee, and meetings with the Debtors or their professionals.

The Applicant's focus on the administration of these consolidated cases during the Application Period continued to permit the PD Committee to remain fully informed about all on-going matters pending in these consolidated cases.

During the Application Period, the Applicant spent time keeping track and researching of developments that implicate property damage claims specifically, and asbestos issues generally.

2.  **Debtors' Business Operations – 15538 – .4 hours ($120.00)**

This matter covers the attention given to review and analysis of the Debtors' statement of affairs, schedules of assets and liabilities and monthly reports of operation.

3.  **Creditors Committee – 15539 – 76.7 hours ($29,650.00)**

This matter covers formation, membership, and by-law issues of the PD Committee. It also covers attendance at PD Committee meetings and conference calls, and preparation of materials for and presentations thereon to the PD Committee.

During the Application Period, the Applicant convened weekly telephonic meetings of the PD Committee. The Applicant prepared detailed agendas for each meeting, reviewed pending matters and issues in preparation therefor, and counseled the members in formulating a position on such matters.

Throughout its representation of the PD Committee, the Applicant has aggressively and attentively represented the interests of the PD Committee. Assuming the role of liaison, the Applicant has continued to maintain continuous communications with the Debtors' counsel and PD Committee members and, at times, counsel to the personal injury claimants committee, counsel to the unsecured creditors' committee, counsel to the Future Claimants Representative, and counsel to the Equity Committee. The Applicant timely and professionally relayed information to PD Committee members through in-person meetings, telephone conference calls, e-mail and correspondence.

4. **Retention of Professionals – 15540 – 46.6 hours ($12,218.00)**

The Applicant reviewed retention pleadings for other professionals. During the Application period, the Applicant researched, corresponded and prepared a retention application, affidavits and supplemental affidavits for special counsel. In addition, the Applicant reviewed and addressed issues raised in the objection filed by the Debtors.

5. **Asset Disposition – 15541 – 1.4 hours ($420.00**

This matters covers any attention given to disposition of assets.

6. **Applicant's Fee Applications – 15543 – 20.5 hours ($3,143.00)**

This matter covers time expended preparing monthly and quarterly fee applications for the Applicant. During the Application Period, the Applicant expended time preparing, drafting and filing its monthly fee applications, and interim quarterly fee application. In addition, the Applicant reviewed the report by the Fee Auditor and prepared its response thereto.

7. **Hearings – 15544 – 82.0 hours ($26,982.00)**

This matter covers preparation for and attendance at hearings.

8. **Claims Analysis, Objection (asbestos) – 15545 – 2,527.40 hours ($706,832.00)**

This matter covers the review and analysis of asbestos claims filed against the estates and

objections thereto and research of historical property damage testimony. The matter also covers all aspects of the Applicant's involvement in the estimations of asbestos property damage claims, and personal injury claims.

During the Application Period, the Applicant prepared an extensive analysis of property damage claims and estimation issues including a state by state analysis of several defenses raised by the Debtors, including alleged time bar and other global notice issues. The Applicant also held discovery conferences with the Debtors on case management orders for the estimation process and attended to the discovery process extensively. The Applicant also reviewed and analyzed document production on PD settlement history.

The Applicant reviewed the Case Management Order governing the estimation of personal injury claims and prepared an objection on behalf of the PD Committee in respect thereof.

In addition, the Applicant attended meetings, conducted research and review of disclosures, objections, potential experts, case management issues, personal injury estimation issues, property damage liability issues, economic loss and hazard defense history.

9. **Travel – 15546 – 88.4 hours ($34,147.00)**

The Applicant traveled to Washington, D.C., Wilmington. DE and Pittsburgh, PA to attend omnibus hearings and meetings. In accordance with Local Rule 2016-2(d)(viii), all such time is being billed at fifty percent (50%) of regular hourly rates, to the extent work was not being performed en route.

10. **Plan and Disclosure Statement – 15554 – 17.0 hours ($5,100.00)**

During the Application Period, the Applicant reviewed and attended meetings and conferences regarding exclusivity documents and reports. Subsequent to the review, the Applicant drafted and finalized a response on termination of exclusivity.

11.     **Litigation Consulting – 15563 – 11.8 hours ($3,862.00)**

The Applicant reviewed the lawsuit brought by the Attorney General of New Jersey, attended meetings regarding the New Jersey complaint and prepared a memorandum and status report regarding same. The Applicant also reviewed Debtors' Tax Motion, the Debtors' motion to enter into Marsh Settlement Fund, Debtors' motion to approve patent infringement and recusal case. In addition, the Applicant reviewed and analyzed the motion to extend preliminary injunction to State of Montana Claims.

12.     **Fee Applications of Others – 17781 – 17.3 hours ($3,462.00)**

The Applicant attended to preparation of monthly statements and quarterly application for Hamilton Rabinovitz & Alschuler. In addition, Applicant reviewed various applications and reports from the fee auditor.

13.     **Retention of Others – 17782 – 1.3 hours ($410.00)**

During the Application Period, the Applicant addressed the issues regarding the retention of other professionals.