To The (Honorable) United States Bankruptcy Court For
The District Of Delaware
824 Market Street / 3rd Floor
Wilmington, Delaware (19801) RECEIVED / FILED

NOV 18 2005

Burrell Johnson, Jr.,
(Affiant / Claimant)

vs.

W.R. Grace & Co. (et al)
("Debtors")
(Entity / Entities)

Chapter - 11

Case No. 01-01139 (JKF)
Docket # 9313/9332-9339
(Jointly-Administered)
Hearing-Date / 11-14-05 / 12-PM
Response-Due / 10-31-05

Supplemental / Affidavit of Facts / In Support of
Proof of Claim-Form #10616186 / Page-9276101 Thru-9276110 &
(In Opposition) To The-Debtors (15th) Omnibus-Objection
(Substantive) To Asbestos Property-Damage Claims.

To The Hon., Judge of Said-Court, (Hon., JKF).

Now Comes, Burrell Johnson, Jr., (Claimant),
In The Above-Styled And Numbered-Cause And Files
This Supplemental / Affidavit of Facts / In-Support of
Proof of Claim-Form #10616186 / Page-9276101 Thru-9276110,
And (In-Opposition) To The-Debtors (15th) Omnibus-Objection
(Substantive) To Asbestos Property-Damage Claims.

(Next-Page)

P-1.

In-Support Thereof, Would Show-Unto  
<u>Honorable-Court</u> The Following,  
<u>To-Wit</u> ;

"<u>Grounds For Relief</u>" ;

"Affiant/Claimant, Asserts And Contends That  
<u>W.R. Grace & Co., (et-al)</u> (Entity/Entities) Have Been  
Practicing-"Denial And Deception" Since The <u>Involvement</u>,  
<u>Purchase/Ownership</u> of The (Asbestos) Chemical  
Operations, "Even-Though", The <u>Chemical-Operations</u>  
Were Profitable. <u>W.R. Grace & Co., (et-al)</u> (Entity  
& Entities) for The-<u>Past And Present-Involvement</u>  
<u>Purchase/Ownership</u>" Have (Minimized) Environmental  
Safety-Concerns About <u>The-Good/The-Bad/& The-Ugly</u>  
of (Asbestos) A Biological-Chemical of Mass-  
Destruction (To-Reap) Billions of Dollars In  
Profits/Without Environmental-Concern ;  

"<u>W.R. Grace & Co., (et-al)</u> (Entity/Entities)  
Should Have Contacted, <u>EPA/FDA/CDC/Schools</u>,  
(<u>Doctors/Nurses</u>) & <u>Consumers</u> And Placed Greater-  
Biological & Environmental-Emphasis on <u>Signs, Letters,</u>  
And <u>Labels</u> About <u>The-Past And Present-Dangers</u>  
(Surrounding) The Chemicals of Asbestos.  
<u>(Next-Page)</u>

P.2.

W.R. Grace & Co., (et al) Debtor-Debtors/Entity-Entities

Ref..,

Asbestos Property-Damage Proof of Claim Form; The Claimant's (Substantive) Proof of Claim Form No., 1016186; Page-No., 9276101 (Thru) 9276110 And (Attached-Affidavit) In-Support of Claim As well-As Claim-Form;

Subj..,

Case-No., 01-01139 (JKF) / Case-No., 01-1179 (JKF) "Jointly-Administered"/ By The-Hon., (Judge-JKF).

Ref..,

The Debtor-Debtors / Entity-Entities / (15th) Fifteenth / Omnibus-Objection (Substantive) Asbestos Property-Damage Claims / Applicable Objections-To Claim-No.,(s) 2237 And 2238;

Subj..,

Exhibit A-3 / C-1(C) / C-1(D) / C-2 / C-3(A) / C-3(E) (And) Exhibit D-2 / D-3 / D-4 / D-6 / As-well-As Exhibit E-1.

(Next-Page)

P-3

"The Facts And Information (Affidavit/In-Support) of Claim As-Well-As Claim-Form No., 1016186, With Respect-To / Page-No.(s) 9276101 Thru 9276110, The Facts And Information Are Adequate/Substantial As Well-As (Substantive) To-Support The Materials Conclusions of The Main-Points of View; (Additional) Supportive-Documents / Photos / And Pertinent Material Were Deposited In The U.S. Mail (9-22-05) Postage/Addressed-To The U.S. Bankruptcy-Court Judge, (Hon., JKF); Counsel/Co-Counsel for The Debtor-Debtors / Entity-Entities / (Attorneys) Ms. Katherine Phillips (At) Kirkland & Ellis (L.L.P) As-Well-As Ms. Laura Davis Jones, Bar-No., 2436 (At) Pachulski, Stang, Ziehl, Young, Jones & Weintraub, (P.C.); 919 N. Market Street / 16th Floor; or (P.O. Box-8705) Wilmington, Delaware (19899-8705) (Courier-19801)."

Ref., Claim-No., 2237 / Question / 3-C #13-C / Category-1 Claim; Allegations with Respect-To Asbestos or Asbestos-Added (By) W.R. Grace & Co., (et-al) Debtor-Debtors / Entity-Entities In The Property / Properties."

(Next-Page)

P.-4.

(3-C / question / 13.)

For What Alleged Asbestos Containing Products Are you Making A Claim?

(Answer)

Monokote-3 / Fire-Proofing Insulation / Zonolite When (Grace Performance-Chemical) Purchased The (Assets / Zonolite), W. R. Grace & Co., (et-al) Debtor - Debtor - Entity - Entities, Purchased (The Whole-Responsibility) of Environmental-Safety of Health And Human-Services of America, We Can-Not ("Disallow And Expunge") The Environmental-Safety of Health And Human-Services of The-World.

"Not-Eden when Its (Mass-Destruction) By The-Forces of The-Universe", Earth / Wind / Fire / Rain / & Floods; (An-Example) The "Destruction from Katrina, Rita & Ophelia To New Orleans, Louisiana / Destructive Fires Are Now In California (The-Forces of The-Universe). As-Well-As Environmental-Exposure & Contamination Allegedly-Caused By Zonolite Acoustical-Plastic, Econo-white, Vermiculite, As-Well-As Environmental Personal-Injury And Personal-Damages Caused By W.R. Grace & Co., (et-al) The-Debtor / Entities of mining, milling of (Asbestos) Chemical-Processing Operations of Zono caustic / Sora-white / Zonolite High-Temperature.

(Next Page)

P-5.

As-Well-As The Asbestos-Mineral (Chrysotile) of All The Asbestos Produced In The World (95%) Is (Chrysotile) A Fibrous-Mineral of The Serpentine-Group, As-Well-As Fibrous-Grunerite (Amosite-Asbestos) And Fibrous-Riebeckite (Crocidolite-Asbestos).

"No-Treatment For Asbestosis Or Mesothelioma Is Known".

"World Production";

Chrysotile Has Been Mined Principally In-Canada And The (USSR). Other Countries Producing Chrysotile Include South-Africa, Zimbabwe, China, Italy And The United-States.

"Health-Hazards";

"Because of (Asbestos) Their Extreme-Fineness, The (Tiny) Asbestos-Fibers Are Easily Suspended In The Worlds-Atmosphere. Prolonged-Inhalation of The Fibers May Result In A Form of Pneumoconiosis Known As Asbestosis.
Inhalation Also Results In An Increased Incidence of Cancer of The Lung And Its (Surrounding Membrane).

(Next-Page)

P-6.

W.R. Grace & Co., (et-al) (Debtor-Debtors/Entity-Entities) Are Targeted Because They Knowingly, Willingly, Intentionally, With-Malice (Exposed) The U.S.-Public/The-People of The Worlds-Environment To (Asbestos) A Biological-Chemical of Mass-Destruction. A Claim That Involves (Personal-Injury And Personal-Damages) Related-To Exposure To Asbestos/Asbestos Containing-Product (Manufactured) By The Debtor-Debtors/Entity-Entities of Grace & Co. The-Debtor/Entities Is A Potentially Responsible-Party With Respect-To Approximately (40-More or-Less) Environmental Remediation-Sites And Maybe Named As A Potentially Responsible-Party With Respect-To (Other-Sites) In The-Future.

"More-Specifically", Asbestos Personal-Injury And Personal-Damage Claims Are Those (Claims) Against (One or More) of The-Debtors/Entities-of W.R. Grace & Co., (et-al), Whether In Nature-of or Sounding In-Tort, Contract, Warranty or Any-other Theory of Law or Equity-for, Relating-To or Arising By Reason-of, Directly or In-Directly, Personal-Damages Caused, or Allegedly-Caused, Directly or In-Directly;

(Next-Page)

P.7.

By Exposure-To, Asbestos Containing-Products or Materials Manufactured, Sold, Supplied, Produced, Specified, Selected, Distributed or In Any-Way Marketed By (one or more) of The-Debtors/Entities of W.R. Grace & Co., (et-al)"; By The Exposure-To, Vermiculite-Mined, Milled or Processed By The-Debtors/Entities And Arising or Allegedly-Arising, Directly or In-Directly from Acts or Omissions of (one or more) of The Debtors/Entities, Including, But Not Limited-To (All-Claims), Debts, Obligations or Liabilities for Compensatory-Damages Such-As Loss of Consortium, Medical-Monitoring, (Personal) or Bodily-Injury, Wrongful-Death, Survivorship, Proximate, Consequential, General And Special-Damages As-Well-As Punitive-Damages.

"Key-Definitions";

"As Used In This Affidavit, The Term (Entity) Has The Meaning Given To It In Section-101(15) of The Bankruptcy-Code", 11-U.S.C. §§ 101-1330 And Includes All-Persons, Estates, Trusts, Government-Units And The United-States Trustees.

(Next-Page)

P. 8.

"As Used In This Affidavit", The Term (Governmental-Unit) Has The Meaning Given To It In Section-101(27) of "The Bankruptcy-Code And Includes The United-States, States, Commonwealths / Districts / Territories / Municipalities / Foreign-States / or Departments / Agencies / Instrumentalities of The Foregoing (But Not Including The United-States Trustees While (Serving) As (A Trustee) Under The Bankruptcy-Code).

"As used In This Affidavit", The-Term (Claim or Claims) Shall-Mean, As-To or Against Any of (The -Debtors Entities), "In-Accordance With Section-101(5) of The Bankruptcy-Code";

(a.) "Any-Right To-Payment, Whether or Not Such-Right Is Reduced To-Judgment / Liquidated / Unliquidated / Fixed / Contingent / Matured / Unmatured / Disputed / Undisputed / Legal / Equitable / Secured / or Unsecured,

(b.) "Any-Right To-Payment", An Equitable-Remedy For Breach of Performance, If Such Breach Gives-Rise To A Right To-Payment, Whether or Not Such-Right Is (To) An Equitable-Remedy Is Reduced To-Judgment / Fixed / Contingent / Matured / Unmatured / Disputed / or Undisputed / Secured / or Unsecured.

(Next-Page)

P-9.

## Conclusion's:

The Claimant Has Conducted Due Diligence To-Identify And Locate Potential Sources of The Claim. The Claimant Reserves All-Rights Asserted to The Burden of Proof To Amend This Proof of Claim As May Be Necessary or Appropriate To Reflect Such Claim.

The Claimant Reserves All-Rights on Behalf of The Claim for Personal-Injury And Personal-Damages To Commence And Pursue Any And All-Causes of Action or Defenses It May Posses In This Matter Against The-Debtors/Entities of W.R. Grace & Co., (et-al) And The-Failure To-List or Submitt (Any) Particular-Action or Proceeding-Herein Is-Not Intended-To And (Does-Not) Limit The-Rights of The Claimants or Its-Successors or Assigns, If Any, from Pursuing Such-Causes of Action/Defenses Counter-Claims or Cross-Claims (In-Any) Such-Action or Proceedings.

(Next - Page)

P.-10

## U.S. Perjury-Form;

I, Burrell Johnson, Jr., /10CU/1-0; No. 00241345-A; (U.S. Appeal) Further Hereby-Declare Under-Penalty of Perjury Pursuant-To Title-18 & 28, U.S.C., Sec., (s) 287,1001 & 1746 (Besides A-Penalty of Not More Than (A) 10,000 Fine or Not More Than 5-Years Imprisonment or Both, Under U.S. Code And Texas Red., Civil Practice And Rem., Code-Sec., (s); 132.001, 2, 3 3, That The Statements And Questions-Made In This (Acknowledgment) Are True And Correctly-Made By The Abode (U.S. War-Veteran). This 8th Day of Nov., 2005, To The-Best of My Knowledge, Belief And Recollection.

Respectfully - Submitted,

By, "U.S. Veteran"

Burrell Johnson, Jr..

P-11.