## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **PD Claim No. 6932** |
| | | **First United Methodist Church** |
| | | **South St. Paul, Minnesota** |

## NOTICE OF DISMISSAL

Please take notice that the above-entitled action is dismissed without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable to the within adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

Dated: Wilmington, DE  
       November 22, 2005

Respectfully submitted,

/s/ Laurie S. Polleck  
Laurie S. Polleck (#4300)  
**JASPAN SCHLESINGER HOFFMAN LLP**  
913 Market Street, 12th Floor  
Wilmington, DE  19801  
Telephone:  (302) 351-8000  
Facsimile:   (302) 351-8010  
frosner@jshllp-de.com

15397