# HR&A                                    INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

November 11, 2005

Invoice No. HRA20051111

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of October, 2005.

**FEES**

| | |
|---|---:|
| Francine F. Rabinovitz<br>1.8 hours @ $ 550 per hour | $    990.00 |
| Joshua S. Katz<br>7.2 hours @ $ 200 per hour | 1,440.00 |
| Megan V. Heath<br>0.6 hours @ $ 125 per hour | 75.00 |
| **TOTAL DUE:** | **$ 2,505.00** |

*Please remit to corporate address below:*

P.O. Box 222681  CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA        LOS ANGELES         WASHINGTON DC            NEW YORK

OCTOBER, 2005 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| 10/19/05 | 1.0 | Quick review of Memo of law of official PD claimants in opposition to consideration of the debtors proposed methodology issue for estimation. |
| 10/27/05 | 0.8 | Update on committee call. |
| TOTAL: | 1.8 | |

OCTOBER, 2005 TIME LOG OF JOSHUA S. KATZ (JSK)

| DATE | TIME | TASK |
|---|---|---|
| 10/06/05 | 0.7 | Weekly Grace conference call. |
| 10/17/05 | 1.2 | Review of revised exhibits to the 15 omnibus objection. |
| 10/20/05 | 0.9 | Weekly Grace conference call. |
| 10/21/05 | 2.5 | Review of two key documents: Debtors Brief in Support of an Estimation Hearing on Constructive Notice (0.8) and Memo of Law of PD Committee regarding Estimation of PD Claims (1.7). |
| 10/27/05 | 1.6 | E-mail to Francine F. Rabinovitz detailing recent developments during weekly calls (0.5).; weekly Grace call (0.8); discussion with Francine F. Rabinovitz about state of play of Grace and likely future developments (0.3). |
| 10/31/05 | 0.3 | Review of Grace news release on earnings. |
| TOTAL: | 7.2 | |

OCTOBER, 2005 TIME LOG OF MEGAN V. HEATH (MVH)

| DATE | TIME | TASK |
|------|------|------|
| 10/18/05 | 0.6 | Print and assemble TDPS and memorandum in opposition documents. |
| TOTAL: | 0.6 | |