IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: 12/12/05 |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION
FOR THE PERIOD SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005**

---

[2] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f//k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Intercat v. Nol-Tec*
**Civil Action No.: 0:03CV4886**
**United States District Court**
**District of Minnesota**

| | | | |
|---|---|---|---|
| 09/01/2005 | GHL | Further review of settlement drafts, further work on proposed definitions controlling royalty-bearing versus royalty-free loaders, participation in telephone conference with Mr. Maggio and counsel for Nol-Tec and counsel for Intercat regarding settlement agreement; follow-up telephone conference with Mr. Maggio and counsel for Nol-Tec, review of various discovery documents proposed by Intercat for inclusion in Agreement as exemplification of loader operation; | 3.50 |
| 09/02/2005 | GHL | Work on Settlement Agreement; review of Intercat's last revisions and identification of points to be revised/clarified. | 1.50 |
| 09/06/2005 | GHL | Review and revision to draft Settlement Agreements; review of Intercat counter-proposals on proposed Option and Model License agreements; | 3.50 |
| 09/07/2005 | GHL | Further work on Settlement Agreement drafts; review of Intercat counter-proposals on key definitions and work on proposed counter-revisions to same; | 1.50 |
| 09/08/2005 | GHL | Further work on Settlement Agreement and definitions, and participation in two telephone conferences with counsel for Intercat to negotiate definitions and terms of the proposed Settlement Agreement; | 4.50 |
| 09/12/2005 | GHL | Continued work on Settlement Agreements and definitions; review of inequitable conduct edits to drafts of Agreements and definitions, telephone conferences with Mr. Maggio and counsel for Nol-Tec and Intercat to negotiate Agreement terms and definitions; telephone conferences with Mr.. Maggio and representatives of Grace and Nol-Tec to discuss loader operations and proposed definitions; | 4.50 |
| 09/13/2005 | GHL | Extensive telephone conferences with Mr. Maggio and counsel for Nol-Tec regarding proposed definitions for safe harbor operation, with review and preparation of drafts of language; further telephone conferences with counsel for Intercat for negotiation of settlement agreement; | 5.00 |
| 09/14/2005 | GHL | Review and comment on further revisions to Settlement Agreement, and telephone conference with Mr. Maggio regarding same; | 0.80 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/15/2005 | GHL | Further work on Settlement Agreements and definitions; re-writing of definitions and telephone conference with Mr. Maggio regarding same; telephone conferences with Mr. Maggio and with counsel for Nol-Tec and Intercat to negotiate agreement terms; | 3.80 |
| 09/16/2005 | GHL | Further work on definitions for safe harbor operation and Settlement Agreement, and telephone conferences with Mr. Maggio and with Intercat counsel regarding same; review and revision ot draft of License Option Agreement | 2.70 |
| 09/19/2005 | GHL | Further revision to draft Option Agreement and telephone conference with Mr. Maggio regarding proposed changes; | 0.30 |
| 09/20/2005 | GHL | Review of Intercat's proposed changes to draft Settlement Agreement and safe-harbor definitions, telephone conference with Mr. Maggio and counsel for Nol-Tec regarding same, participation in telephone negotiation with Intercat counsel regarding same; and commence review of documents identified in draft Settlement Agreement as exemplifying operation of royalty-bearing loaders | 3.50 |
| 09/21/2005 | FTC | Reviewed prior art references. | 2.10 |
| 09/21/2005 | KMW | Analysis of Bartholic deposition, Intercat documents, and Grace documents in support of settlement agreement; conference w/FTC regarding the same. | 0.80 |
| 09/22/2005 | GHL | Review of further proposals by Intercat relating to safe harbor definitions, telephone conference with Mr. Maggio and Nol-Tec counsel regarding loader operations, and further telephone conference with Intercat counsel to negotiate settlement agreement and draft Option agreement; | 2.50 |
| 09/22/2005 | KMW | Analysis of loader manual documents and discovery materials referenced in proposed agreement for definitions of corrective action. | 1.50 |
| 09/23/2005 | FTC | Reviewed discovery materials. | 1.60 |
| 09/23/2005 | GHL | Telephone conference with Mr. Cross regarding loader operations and settlement status; | 0.40 |
| 09/23/2005 | GHL | Further review of deposition-testimony cites proposed as definition examples of loader operation | 0.50 |
| 09/23/2005 | KMW | Further compare discovery documents with proposed definition; | 0.20 |

| | | | |
|---|---|---|---:|
| 09/27/2005 | GHL | Work on settlement issues, including review and revisions to proposed definitions for royalty-bearing products, and various telephone conferences with Mr. Maggio, Nol-Tec counsel, and Nol-Tec representatives regarding same; review of draft Model License Agreement and telephone conference with Mr. Maggio regarding revisons to same; telephone conference with Intercat counsel regarding Option Agreement and scheduling issues; | 4.50 |
| 09/30/2005 | GHL | Review of further iterations and revisions of draft settlement agreement, including safe harbor provisions, as proposed by Intercat; telephone conference with Mr. Maggio and Nol-Tec counsel regarding same; telephone conference with Intercat counsel for further negotiation of terms; | 1.70 |

                                                  SERVICES                                          $     23,582.00

| | | | | |
|---|---|---:|---|---:|
| GHL | GARY H. LEVIN | 44.70 | hours at $ | 490.00 |
| FTC | FRANK T. CARROLL | 3.70 | hours at $ | 295.00 |
| KMW | KAREN MILLANE WHITNEY | 2.50 | hours at $ | 235.00 |

**DISBURSEMENTS:**

| | |
|---|---:|
| PATENT COPIES | 15.00 |
| POSTAGE & DELIVERY | 12.05 |
| PHOTOCOPYING | 46.05 |
| | |
| DISBURSEMENT TOTAL | $     73.10 |
| SERVICE TOTAL | $   23,582.00 |
| **INVOICE TOTAL** | $   **23,655.10** |

## WRG-0070
## STUDY OF THIRD-PARTY PATENT DIRECTED TO ABSORBENTS

| 08/01/2005 | ACT | Continued analysis of third-party patent. | 0.80 |
|---|---|---|---|
| 08/01/2005 | GHL | Further analysis of prior art references, development of invalidity position based on same, and drafting of the written opinion; | 2.50 |
| 08/02/2005 | GHL | Further analysis of validity issues, including study of additional prior art and outlining obviousness analysis based on the art; | 0.80 |
| 08/04/2005 | ACT | Continued drafting of opinion regarding third-party patent; | 0.50 |
| 08/23/2005 | ACT | Continued review and analysis of patent; | 2/30 |
| 09/13/2005 | GHL | Telephone conference with Mr. Baker regarding proposed carbon dioxide absorbent, and further drafting of opinion on invalidity of third-party patent relating to absorbents; | 1.80 |
| 09/14/2005 | GHL | Review of further information received from Mr. Baker regarding absorbent formulation; completion of drafting of opinion of non-infringement, and attendance to finalizing and forwarding opinions regarding the third-party patent to Mr. Baker. | 1.40 |

SERVICES $4,049.00

|  | GHL | GARY H. LEVIN | 6.50 | hours @ | $490.00 |
|---|---|---|---|---|---|
|  | ACT | AMY CARR TREXLER | 3.60 | hours @ | $240.00 |

**DISBURSEMENTS:**

| PHOTOCOPYING | 11.10 |
|---|---|
| COMPUTER SEARCH | 26.13 |

DISBURSEMENT TOTAL $ 37.23

SERVICE TOTAL $ 4,049.00

**INVOICE TOTAL** $ **4,086.23**

# WRG-0072
## PATENT APPLICATION: SYSTEM AND PROCESS FOR INJECTING CATALYST AND/OR ADDITIVES INTO A FLUIDIZED CATALYTIC CRACKING UNIT

| 09/30/2005 | NG | Preparation of correspondence to Mr. Cross advising of various options for filing Demand for Preliminary Examination or entering national phase, and requesting instructions regarding said examination. | .80 |
|---|---|---|---|

|  | SERVICES | $ | 124.00 |
|---|---|---|---|

| | NG | NOREEN GARONSKI | 0.80 | hours @ | $155.00 |
|---|---|---|---|---|---|

**DISBURSEMENTS:**

| TELEPHONE | 0.10 |
|---|---|

| DISBURSEMENT TOTAL | $ | 0.10 |
|---|---|---|
| SERVICE TOTAL | $ | 124.00 |
| **INVOICE TOTAL** | $ | **124.10** |

## WRG-0073
## EVALUATION OF THIRD-PARTY PATENT
## RELATING TO OXYGEN SCAVENGING

| 09/02/2005 | GHL | Review of priority provisional application for third-party oxygen scavenging patent to determine effective date for prior art; | 0.50 |
|---|---|---|---|
| 09/07/2005 | GHL | Further review of all priority documents to third-party patent on oxygen scavenging compositions for consideration of claim construction and to identify support in the priority documents for the claims and dates to which claims are entitled for priority purposes; outline of same | 1.50 |
| 09/14/2005 | GHL | Telephone conference with Messrs. Baker and Wasatonic regarding issues of possible relevance of third-party patent on oxygen scavenging to proposed joint product; | 0.60 |
| 09/22/2005 | GHL | Preparation for scheduled conference on issues of possible relevance of third-party patent on oxygen scavenging to Grace's proposed polyester packaging material, including further review of patents at issue and ancestor patents; telephone conference with Mr. Baker and Mr. Wasatonic regarding joint development of proposed packaging material issues of patent scope, validity, and infringement. | 2.80 |

SERVICES $ 2,646.00

| | GHL | GARY H. LEVIN | 5.40 | hours @ | $490.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL** $ **2,646.00**

Case 01-01139-AMC   Doc 11141-1   Filed 11/22/05   Page 8 of 10


## WRG-0075
## EVALUATION OF THIRD-PART PATENT
## ON ALUMINUM HYDROXIDE PREPARATION

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/06/2005 | LBM | Evaluation of validity of third-party patent on aluminum hydroxide preparation, including review of the patent and prosecution history, consideration of claim scope; | 2.50 |
| 09/07/2005 | LBM | Further review of patent and file wrapper, and consideration of extensive prior art as received from client; | 4.50 |
| 09/08/2005 | LBM | Study of nine prior art references as received from client; | 4.00 |
| 09/16/2005 | GHL | Evaluation of validity of third-party patent relating to aluminum hydroxide production, including review of the patent and its prosecution history, review of reference materials and prior art as received from client, development of construction of the relevant claims, comparison of claims to the art, and consideration of validity-related issues to be investigated in view of the comparison. | 1.50 |

SERVICES                                               $   5,520.00

| | | | | |
|---|---|---|---|---|
| GHL | GARY H. LEVIN | 1.50 | hours @ | $490.00 |
| LBM | LYNN B. MORREALE | 11.0 | hours @ | $425.00 |

**DISBURSEMENTS:**

| | |
|---|---|
| PHOTOCOPYING | 27.30 |
| PATENT COPIES | 9.00 |

DISBURSEMENT TOTAL                                      $       36.30

SERVICE TOTAL                                           $    5,410.00

**INVOICE TOTAL**                                       $    **5,446.30**

## WRG-0076
## VALVED COVER SYSTEM

| 09/06/2005 | FTC | Commence preparation of patent application on this disclosure, including review of invention disclosure materials, and results of patentability search. | 0.70 |
| --- | --- | --- | --- |
| 09/09/2005 | FTC | Reviewed results of patentability search; teleconference with Mr. Cross and Mr. Jordan to discuss claim-drafting strategy; | 0.70 |
| 09/24/2005 | FTC | Began preparation of patent application, including consideration of prior art references and drafting of initial claim set; | 9.60 |
| 09/26/2005 | FTC | Prepared patent application, including drafting of claims directed to inventive processes and methods, and detailed written description of the invention; | 7.50 |
| 09/28/2005 | FTC | Prepared patent application, including drafting of claims directed to inventive processes and methods, detailed written description of the invention; and summary of the invention; | 4.00 |
| 09/29/2005 | FTC | Prepared patent application, including drafting of detailed written description of the invention, informal drawings, and background of the invention section. | 9.50 |

SERVICES  $  9,440.00

| | FTC | FRANK T. CARROLL | 32.00 | hours @ | $295.00 |
| --- | --- | --- | --- | --- | --- |

**INVOICE TOTAL**  $  **9,440.00**

## WRG-GENERAL

| 09/08/2005 | GHL | Fee Application, Applicant – Preparation of fee Petition for July 2005. | 1.20 |
|---|---|---|---|
| 09/28/2005 | GHL | Fee Application – Preparation of invoices and fee petition for August 2005 | 1.60 |
| 09/29/2005 | GHL | Fee Application – preparation of fee petition for August 2005 | 1.20 |

                                                SERVICES      $    1,960.00

| | GHL | GARY H. LEVIN | 4.00 | hours @ | $490.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL**    $    **1,960.00**