IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO. *et al.,* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Elihu Inselbuch, Esquire, of Caplin & Drysdale, Chartered, counsel for the Asbestos Personal Injury Claimants Committee in the above-captioned case, will have a new address effective November 28, 2005.

**PLEASE TAKE FURTHER NOTICE** that all notices given or required to be given in these proceedings shall be served upon Elihu Inselbuch, Esquire at the following address:

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152-3500
Telephone: (212) 319-7125
Telefax: (212) 644-6755

**PLEASE TAKE FURTHER NOTICE** that the address of the Washington, D.C. office of Caplin & Drysdale, Chartered has not changed.

CAMPBELL & LEVINE, LLC

/S/ Mark Hurford
Marla Rosoff Eskin (DE No. 2989)
Mark T. Hurford (DE No. 3299)
800 King Street, Suite 300
Wilmington, DE  19801
(302) 426-1900

Dated: November 22, 2005

{D0050685:1 }