IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

**FOURTH SUPPLEMENTAL DECLARATION OF ROGER FRANKEL UNDER
FED. R. BANKR. P. 2014 AND 5002 IN SUPPORT OF APPLICATION
FOR AN ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF
SWIDLER BERLIN LLP AS BANKRUPTCY COUNSEL
TO DAVID T. AUSTERN AS FUTURE CLAIMANTS' REPRESENTATIVE**

I, ROGER FRANKEL, state:

1. I am a partner in the law firm of Swidler Berlin LLP ("Swidler"), which maintains offices for the practice of law at 3000 K Street, N.W., Washington, D.C. 20007 and 405 Lexington Avenue, New York, New York 10174. I am admitted to practice law before the Bars of the District of Columbia and the State of Maryland, and am authorized to execute this Fourth Supplemental Declaration on behalf of Swidler. Swidler is bankruptcy counsel to David T. Austern, the Future Claimants' Representative appointed by the Court in the above-captioned cases, pursuant to an Order entered on September 27, 2004.

2. On June 15, 2004, I submitted my declaration pursuant to Rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure (the "Rules") in support of the Application of the FCR seeking the entry of an Order authorizing the retention and employment of Swidler as his bankruptcy counsel. I submitted supplemental declarations providing additional disclosures, which were filed with the Court on June 18, 2004, September 14, 2004, and October 25, 2004.

3. Except as is otherwise provided below, the facts set forth in this declaration are based upon my personal knowledge, upon records maintained by Swidler in the ordinary course of its business, which have been reviewed by me and/or by other partners or employees of Swidler at my direction, or upon information known by other partners or employees of Swidler and conveyed to me.

4. Based upon Swidler's continuing review since filing my last supplemental declaration, Swidler has identified the following additional parties as entities which are represented by Swidler on matters wholly unrelated to the Debtors or these Chapter 11 cases:

a. Bear Stearns has recently been employed by the Debtors to advise with respect to a particular transaction. Swidler advises Bear Stearns on certain arbitrage matters unrelated to the Debtors or to Swidler's representation of the Future Claimants Representative in these Chapter 11 proceedings.

b. Deutsche Bank and/or its affiliates ("DB") are parties-in-interests in these proceedings. Swidler formerly represented DB with respect to certain telecommunications matters, and currently advises DB in connection with certain securities matters. Such matters are and were unrelated to the Debtors or to Swidler's representation of the Future Claimants representative in these Chapter 11 proceedings.

c. Goodwin Procter LLP ("Goodwin") is a party-in-interest in these proceedings. Swidler is regulatory co-counsel with Goodwin on a broadcast transaction matter unrelated to the Debtors or to Swidler's representation of the Future Claimants Representative in these Chapter 11 proceedings.

d. Sealed Air Corporation is a party-in-interest in these Chapter 11 proceedings. Swidler was recently retained to represent the Global Compliance Services Coalition (the "Coalition") in connection with certain compliance matters, including matters arising under the Sarbanes-Oxley Act of 2002 and the French Data Protection Act. Sealed Air Corporation is a member of the Coalition. Such matters are unrelated to the Debtors or to Swidler's representation of the Future Claimants Representative in these Chapter 11 proceedings.

5.  Swidler will use reasonable efforts to identify any additional relevant fact or relationship not previously disclosed. If any such fact or relationship is discovered, Swidler will, as soon as reasonably practicable, file additional supplemental declarations with the Court.

* * * * * *

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

_____
Roger Frankel

Executed on November 22, 2005

3

## CERTIFICATE OF SERVICE

I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on November 22, 2005, I caused the *Fourth Supplemental Declaration of Roger Frankel Under Fed. R. Bankr. P. 2014 and 5002 in Support of Application for an Order Authorizing Retention and Employment of Swidler Berlin LLP as Bankruptcy Counsel to David T. Austern as Future Claimants' Representative,* to be served upon those parties as shown on the attached Service List.

*(signature)*
Debra O. Fullem, Senior Legal Assistant
Swidler Berlin LLP

**W.R. GRACE - SERVICE LIST**

David B. Siegel, Senior Vice President and
General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young Jones
& Weintraub
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
*(Counsel to Debtors and Debtors in Possession)*

Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE  19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
*(Local Counsel to DIP Lender)*

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, #301
Wilmington, DE  19801-3549
*(Local Counsel to Asbestos Claimants)*

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899
*(Counsel to Property Damage Claimants)*

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246
*(Counsel to Official Committee of Unsecured Creditors)*

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801
*(United States Trustee)*

Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 North Saint Paul Street
Dallas, TX  75201

Teresa K.D. Currier, Esquire
Jeffrey R. Waxman, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19899-1397

James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601
*(Counsel to Debtor)*

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022
*(Official Committee of Personal Injury Claimants)*

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982
*(Official Committee of Unsecured Creditors)*

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131
*(Official Committee of Property Damage Claimants)*

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
*(Counsel to DIP Lender)*

William S. Katchen, Esquire
Duane Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102
*(Counsel to Official Committee of Unsecured Creditors)*

Thomas Moers Mayer
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022
*(Counsel to Official Committee of Equity Holders)*

Nancy Worth Davis, Esquire
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465
*(Counsel to Asbestos Claimants)*