IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

### FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM APRIL 1, 2005 THROUGH APRIL 30, 2005 FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

***EXHIBIT B***

W JDR 138167 v1
2850487-000001 05/20/2005

# APRIL 2005 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|---|---|---|
| 4/1 | 3 | Telephone conferences with Grace consultants regarding upcoming legislative action in the Senate |
| 4/4 | 2 | Telephone conference with Grace consultants regarding status of Senate Judiciary Committee mark-up to occur later this week |
| 4/5 | 2 | Telephone conference with Mr. Corcoran and others regarding mark-up later this week |
| 4/11 | 3 | Work with regarding to Senate Judiciary Committee mark-up of asbestos legislation |
| 4/12 | 3 | Work with regarding to Senate Judiciary Committee mark-up of asbestos legislation |
| 4/13 | 3 | Work with regarding to Senate Judiciary Committee mark-up of asbestos legislation |
| 4/14 | 3 | Continue working with people in the Baker Donelson law firm and with Grace consultants regarding Judiciary asbestos mark-up |
| 4/18 | 4 | Follow development of Specter legislation; work with Grace consultants to determine origin and potential disposition of amendments affecting Libby, Montana; cover legislation for Mr. Corcoran during a family emergency |
| 4/19 | 4 | Follow development of Specter legislation; work with Grace consultants to determine origin and potential disposition of amendments affecting Libby, Montana; cover legislation for Mr. Corcoran during a family emergency |
| 4/20 | 4 | Follow development of Specter legislation; work with Grace consultants to determine origin and potential disposition of amendments affecting Libby, Montana; cover legislation for Mr. Corcoran during a family emergency |
| 4/21 | 4 | Follow development of Specter legislation; work with Grace consultants to determine origin and potential disposition of amendments affecting Libby, Montana; cover legislation for Mr. Corcoran during a family emergency |
| 4/22 | 4 | Follow development of Specter legislation; work with Grace consultants to determine origin and potential disposition of amendments affecting Libby, Montana; cover legislation for Mr. Corcoran during a family emergency |
| 4/26 | 6 | Cover Judiciary Committee's hearing and mark-up of asbestos legislation; visits with Congressional staff regarding same |
| 4/27 | 6 | Cover Judiciary Committee's hearing and mark-up of asbestos legislation; visits with Congressional staff regarding same |
| 4/28 | 6 | Cover Judiciary Committee's hearing and mark-up of asbestos legislation; visits with Congressional staff regarding same |
| 4/29 | 6 | Cover Judiciary Committee's hearing and mark-up of asbestos legislation; |

visits with Congressional staff regarding same

W JDR 138167 v1
2850487-000001 05/20/2005

EXPENSES ITEMIZED AND SUMMARIZED FOR APRIL 2005

**W.R. Grace Expenses**
**Client # 2850487-000001**
**Itemized and summarized through 04/30/2005**
**Bill # 67954006 dated 05/13/2005**

| Description | Date | Amount |
|---|---|---|
| Long Distance Charge | 04/01/05 | $0.35 |
| Mobile/Cell Phone Charge | 04/04/05 | $23.22 |
| Long Distance Charge | 04/05/05 | $0.35 |
| Long Distance Charge | 04/13/05 | $1.05 |
| Long Distance Charge | 04/20/05 | $0.35 |
| Long Distance Charge | 04/20/05 | $0.70 |
| Photo Reproduction Charge | 04/27/05 | $0.60 |
| Cab Fare | 04/27/05 | $10.00 |
| Photo Reproduction Charge | 04/28/05 | $1.40 |
| **Bill #67954006 itemized totals** | | **$38.02** |

| Summarized: | Amount |
|---|---|
| Long Distance Charge | $2.80 |
| Mobile/Cell Phone Charge | $23.22 |
| Photo Reproduction Charge | $2.00 |
| Cab fare | $10.00 |
| **Bill #67954006 summarized totals** | **$38.02** |

W JDR 138167 v1
2850487-000001 05/20/2005

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---

W.R. GRACE & COMPANY, et al[1],

    Debtors.

Chapter 11

Case No. 01-01139(JKF)
(Jointly Administered)

---

## VERIFICATION

---

Washington
District of Columbia

    Joan M. McEntee, after being duly sworn according to law, deposes and says:

1. I am Chairman of the International Group of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.

2. I personally performed the work relating to the rendering of China Assistance Services as set forth and described in the monthly detail for the month of April, 2005 attached as Exhibit D.

3. I reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

4.  I have reviewed the requirements of Local Rule 2016-2 and the Amended Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members signed April 17, 2002 and submit that the Application substantially complies with such Rule and Order.

_____
Joan M. McEntee

SWORN TO AND SUBSCRIBED before me this 24th day of May, 2005.

_____
Notary Public

My Commission Expires:

Monica D. Dash
Notary Public, District of Columbia
My Commission Expires 12-14-2006

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R.GRACE & CO., et al.[1] ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM APRIL 1, 2005 THROUGH APRIL 30, 2005**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W MDD 138717 v1
0-0 08/15/2005

*EXHIBIT D*

## APRIL, 2005 FEES FOR JOAN M. MCENTEE

| Date | Hours | Description |
| --- | --- | --- |
| 4/1 | 4.0 | Contact BDBCB China office to next re strategic plans |
| 4/4 | 4.0 | Follow-up with Foreign Affairs Ministry |
| 4/6 | 4.0 | Follow-up with Asia Petrochemical Supplies Ltd |
| 4/8 | 4.0 | Follow up with China Construction Material Industry Association |
| 4/11 | 4.0 | Follow up with Ministry of Commerce's Foreign Investment Administration |
|  | 4.0 | Discuss and plan next visit to Shanghai |
| 4/14 | 4.0 | Follow up with Deputy Director General of SINOPEC Foreign Cooperation Office |
| 4/15 | 4.0 | Follow up with Vice Administrator of China Standardization Administration |
| 4/16 | 12 | Travel to China (Beijing) |
| 4/16-19 | 32 | Conduct several meetings for WR Grace in Beijing |
| 4/20-23 | 32 | Meetings with WR Grace in Shanghai with MOFCOM to discuss office opening, etc. |

EXPENSES ITEMIZED AND SUMMARIZED FOR APRIL, 2005

**W.R. Grace Expenses**
**Client # 2850487-000002**
**Itemized and summarized through 4/30/2005**
**Bill # 67954910 dated 5/17/2005**

| Description | Date | Amount |
|---|---|---|
| Mobile/ Cell Phone Charge | 4/13/05 | $282.31 |
| **Bill #67954910 itemized totals** | | **$282.31** |

| Summarized: | Amount |
|---|---|
| Mobile/ Cell Phone Charges | $282.31 |
| **Bill #67954910 summarized totals** | **$282.31** |

W MDD 138717 v1
0-0 08/15/2005