IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS**
**FOR THE PERIOD FROM MAY 1, 2005 THROUGH MAY 31, 2005**
**FOR LEGISLATIVE AFFAIRS SERVICES**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 138279 v1
2850487-000001 06/07/2005

***EXHIBIT B***

## MAY 2005 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|------|-------|-------------|
| 5/3  | 4 | Follow up on Senate Judiciary Committee hearing with Senate committee and personal staff |
| 5/4  | 4 | Follow up on Senate Judiciary Committee hearing with Senate committee and personal staff |
| 5/5  | 4 | Follow up on Senate Judiciary Committee hearing with Senate committee and personal staff |
| 5/6  | 3 | Follow up on Senate Judiciary Committee hearing with Senate committee and personal staff |
| 5/11 | 1 | Telephone conferences with Mr. Corcoran and consultants regarding asbestos legislation |
| 5/12 | 1 | Telephone conferences with Mr. Corcoran and consultants regarding asbestos legislation |
| 5/17 | 4 | Attend meeting with Mr. Corcoran to prepare for meeting with Senator Specter regarding asbestos; monitor Senate Judiciary committee mark-up |
| 5/18 | 2 | Monitor Senate Judiciary committee mark-up on asbestos; telephone conferences with Mr. Corcoran and other Grace consultants |
| 5/19 | 2 | Monitor Senate Judiciary committee mark-up on asbestos; telephone conferences with Mr. Corcoran and other Grace consultants |
| 5.20 | 2 | Monitor Senate Judiciary committee mark-up on asbestos; telephone conferences with Mr. Corcoran and other Grace consultants |
| 5/23 | 5 | Cover mark-up in Senate Judiciary Committee and related issues |
| 5/24 | 5 | Cover mark-up in Senate Judiciary Committee and related issues |
| 5/25 | 5 | Cover mark-up in Senate Judiciary Committee and related issues |
| 5/26 | 5 | Cover mark-up in Senate Judiciary Committee and related issues |

## EXPENSES ITEMIZED AND SUMMARIZED FOR MAY 2005

**W.R. Grace Expenses**
**Client # 2850487-000001**
**Itemized and summarized through 05/31/2005**

| Description | Date | Amount |
|---|---|---|
| Cab Fare | 04/29/05 | $13.00 |
| Mobile/Cell Phone Charge | 05/03/05 | $10.44 |
| Cab Fare | 05/11/05 | $13.00 |
| Line Holding | 05/15/05 | $3,600.00 |
| Photo Reproduction Charge | 05/17/05 | $0.60 |
| Federal Express Shipments | 05/25/05 | $14.48 |
| Cab Fare | 05/26/05 | $30.00 |
| Cab Fare | 05/27/05 | $15.00 |
| Cab Fare | 05/27/05 | $14.00 |
| Client Meals | 05/27/05 | $12.51 |
| **Itemized Totals** | | **$3,723.03** |

| Summarized: | Amount |
|---|---|
| Cab Fare | $85.00 |
| Mobile/Cell Phone Charge | $10.44 |
| Line Holding | $3,600.00 |
| Photo Reproduction Charge | $0.60 |
| Federal Express Shipments | $14.48 |
| Client Meals | $12.51 |
| **Summarized Totals** | **$3,723.03** |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W.R. GRACE & COMPANY, et al[1], | Chapter 11 |
| Debtors. | Case No. 01-01139(JKF) <br> (Jointly Administered) |

## VERIFICATION

Washington
District of Columbia

Joan M. McEntee, after being duly sworn according to law, deposes and says:

1. I am Chairman of the International Group of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.

2. I personally performed the work relating to the rendering of China Assistance Services as set forth and described in the monthly detail for the month of May, 2005 attached as Exhibit D.

3. I reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

M EFC 898975 v1
2850487-000002 10/06/05

***EXHIBIT C***

4. I have reviewed the requirements of Local Rule 2016-2 and the Amended Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members signed April 17, 2002 and submit that the Application substantially complies with such Rule and Order.

_____
Joan M. McEntee

SWORN TO AND SUBSCRIBED before me this 11th day of October, 2005.

_____
Notary Public

My Commission Expires: Elizabeth Taylor
Notary Public, District of Columbia
My Commission Expires 12-14-2006

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

### FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM MAY 1, 2005 THROUGH MAY 31, 2005

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W MDD 138718 v1
0-0 08/15/2005

***EXHIBIT D***

## MAY, 2005 FEES FOR JOAN M. MCENTEE

| Date | Hours | Description |
|------|-------|-------------|
| 5/18 | 6.0 | Travel to Chantilly, VA and attend strategic planning meeting with WR Grace officers to discuss China plans |
| 5/20 | 5.0 | Follow up on above meetings |
| 5/24 | 6 | Contact WR Grace's counsel and prepare material for his follow-up |
| 5/27 | 12 | Travel to China for meetings with Chinese government on WR Grace issues |

W MDD 138718 v1
0-0 08/15/2005

EXPENSES ITEMIZED AND SUMMARIZED FOR MAY, 2005

**W.R. Grace Expenses**
**Client # 2850487-000002**
**Itemized and summarized through 5/31/2005**
**Bill # 67963525 dated 6/22/2005**

| Description | Date | Amount |
|---|---|---|
| Airfare to China (April 16-25, 2005) | 5/2/05 | $1,150.00 |
| Lodging | 5/2/05 | $500.00 |
| Mobile/ Cell Phone Charge | 5/12/05 | $152.08 |
| Meal with Chinese officials | 5/20/05 | $24.90 |
| **Bill #67963525 itemized totals** | | **$1,826.98** |

| Summarized: | Amount |
|---|---|
| Travel Expenses | $1,674.90 |
| Mobile/ Cell Phone Charges | $152.08 |
| **Bill #67963525 summarized totals** | **$1,826.98** |

W MDD 138718 v1
0-0 08/15/2005