**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING**
**FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP**
**FOR THE SEVENTEENTH INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fee Application of Pricewaterhouse Coopers LLP for the Seventeenth Interim Period (the "Application").

**BACKGROUND**

1. PricewaterhouseCoopers LLP ("PwC") was retained as independent accountants and auditors for the Debtors and Debtors in Possession. In the Application, PwC seeks approval of fees totaling $240,546.90 and costs totaling $1,146.61 for its services from April 1, 2005, through June 30, 2005.

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued

January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.  We served on PwC an initial report based on our review, and received a response from PwC, portions of which response are quoted herein.

## DISCUSSION

3. In our initial report, we noted two entries totaling 3.3 hours and $567.60 for "reading latest Grace bankruptcy news".   The entries are provided below.

| Ryan Grady | 4/6/2005 | 2.5 | Read latest Grace bankruptcy news |
| Ryan Grady | 4/21/2005 | 0.8 | Read latest Grace bankruptcy news |

We note that during the March 21, 2005, hearing in the USG Corporation bankruptcy case[1], this Court stated, ". . .just generally monitoring a case for purposes of seeing what's going on is not compensable in this estate. . ." pp. 9-14.  In light of that statement, we asked PwC to explain why the time billed for the cited entries should be compensable.  PwC's response is provided below.

> We agree with your comment and to a corresponding fee reduction of $567.60.

We appreciate the response and thus recommend a reduction of $567.60 in fees.

4. We noted four entries by Maria Afuang totaling 5.7 hours and $912.00  for simple reporting of time.  The entries are provided below.

| Maria J.Afuang | 4/1/2005  | 4.0 | Time and expense reporting |
| Maria J.Afuang | 4/8/2005  | 0.4 | Doing time reporting |
| Maria J.Afuang | 4/12/2005 | 1.0 | Doing time reporting |
| Maria J.Afuang | 4/13/2005 | 0.3 | Doing time reporting |

As noted in prior reports, while preparation of  fee applications for bankruptcy courts is customarily

---

[1] Bankruptcy Case number 01-2094.

**FEE AUDITOR'S FINAL REPORT** - Page 2
wrg FR PwC 17int 4-6.05.wpd

compensable, simply keeping descriptive, useful time records for edification of the client, creditors and court is typically not compensable. In re Gillette Holdings, Inc., 137 B.R. 475, 482 (Bankr.D.Colo. 1992). We understand there is sometimes a certain amount of editing required to bring time and expense entries into compliance with the Local Rules and prepare them for attachment to the Application. However, it appears to us that this PwC professional was billing for time spent entering her time, which is the cost of doing business. We asked Pwc to explain why the fees billed for these tasks should be compensable. PwC responded as follows:

> We agree with your comment and therefore a corresponding fee reduction of $912.00.

We appreciate the response and thus recommend a reduction of $912.00 in fees.

## CONCLUSION

5. Thus we recommend approval of fees totaling $239,067.30 ($240,546.90 minus $1,479.60) and costs totaling $1,146.61 for PwC's services from April 1, 2005, through June 30, 2005.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
    Warren H. Smith
    Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 23rd day of November, 2005.

_____
Warren H. Smith

**SERVICE LIST**
Notice Parties

**The Applicant**
Ryan Grady
PricewaterhouseCoopers LLP
1751 Pinnacle Drive
11th Floor
McLean, VA 22102-3811

**Counsel for the Applicant**
OF COUNSEL
John C. Goodchild, III
Christine M. Lipski
MORGAN LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103

Kathleen M. Miller
SMITH, KATZENSTEIN & FURLOW LLP
The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 141
Wilmington, DE 19801

**<u>United States Trustee</u>**
Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801