IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re : | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co.-Conn. | ) | Case No. 01-1139 |
| | ) | (Jointly Administered) |
| Debtors | ) | |

### AFFIDAVIT UNDER 11 U.S.C. 327(e)

### LAW OFFICES OF JAFA & JAVALI

| | | |
|---|---|---|
| STATE OF | DELHI ) | |
| | | ss: |
| COUNTY OF | INDIA ) | |



VIKRANT SINGH JAFA, being duly sworn, upon his oath deposes and says

1. I am a Partner with the Law Offices of Jafa & Javali, Advocates, located at B - 104, Gulmohar Park, New Delhi – 110 049, India (the "Firm").

2. The Debtors have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties-in-interest in the Debtors' chapter 11 cases.

4. As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants and parties-in-interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases, or have any relationship with any such person, their attorneys or accountants that would be adverse to the Debtors on their estates.

5. Neither I nor any principal of or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

6. Neither I nor any principal of or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

7. The Debtors owe the Firm US$ 333 (United States Dollars three hundred and thirty three only) vide Invoice No. J&J/April 2005/003 dated April 4, 2005 for prepetition services.

6. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of it employment, if the Firm should discover any facts bearing on the matters describe herein, the Firm will supplement the information contained in this Affidavit.

Executed on 10th November, 2005

LAW OFFICES OF JAFA & JAVALI

*[signature]*

VIKRANT SINGH JAFA
PARTNER
LAW OFFICES OF JAFA & JAVALI
ADVOCATES
B-104, GULMOHAR PARK
NEW DELHI – 110 049
INDIA
TEL : +91 11 51641757 ; 51640381
FAX : +91 11 51640380
E-MAIL : advocates@jafajavali.com

Sworn to and subscribed before me
This 10th day of November, 2005

Valid Out-Side India

ATTESTED

NOTARY DELHI
1 1 NOV 2005

_____
Notary Public
My Commission expires: My terms expires on 3.12.2007

PRABHA JAIN
ADVOCATE
Ch. 962, Patiala House Court