# EXHIBIT B

**EXHIBIT B**

**EXPENSES FOR THE FEE PERIOD**
**SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005**

Engagement Costs – NJDEP v. W.R. Grace et al.

| | | |
|---|---|---|
| 09/14/04 | PD UPS TO TRENTON NJ; MSM; CK# 278529 | 7.74 |
| 06/09/05 | Pd conferencing; AJM; CK# 278664[3] | 141.41 |
| 07/19/05 | PD TRAVEL EXPENSES FROM WESTFIELD TO HAMILTON TO MORRISTOWN, NJ; PJH; CK# 278531[4] | 39.29 |
| 08/02/05 | PD AMEX FOR TRAVEL EXPENSE; MEW; CK# 277871[5] | 32.84 |
| 08/10/05 | PD AMEX FOR TRAVEL EXPENSE; MEW; CK# 277871[6] | 10.00 |
| 08/10/05 | PD AMEX FOR TRAVEL EXPENSE; MEW; CK# 277871[7] | 567.40 |
| 08/10/05 | PD AMEX FOR TRAVEL EXPENSE; MEW; CK# 277871[8] | 567.40 |
| 08/12/05 | PD AMEX FOR TRAVEL EXPENSE; MEW; CK# 277871[9] | 30.00 |
| 08/12/05 | PD AMEX FOR MEAL EXPENSE; MEW; CK# 277871[10] | 38.57 |
| 08/23/05 | PD UPS TO LIVINGSTON NJ; MEW; CK# 278348 | 9.22 |
| 08/25/05 | PD UPS TO NEWARK NJ; MSM; CK# 278348 | 7.74 |
| 08/29/05 | PD UPS TO ROSELAND, NJ; MSM; CK# 278349 | 17.34 |
| 08/30/05 | Paid Rizman Rappaport Dillon #10501 S#7006[11] | 1981.35 |
| 08/31/05 | PD INTEGRITY EXP TO TRENTON NJ; SAM; CK# 278173[12] | 105.95 |
| 09/06/05 | PD UPS TO TRENTON NJ; SAM; CK# 278530 | 7.74 |
| 09/06/05 | PD UPS TO TRENTON NJ; CK# 278530 | 9.22 |
| 09/06/05 | PD UPS TO MEMPHIS TN; MSM; CK# 278530 | 10.02 |
| 09/06/05 | PD UPS TO WASHINGTON DC; MSM; CK# 278530 | 8.95 |
| 09/06/05 | PD UPS TO BOSTON MA; MSM; CK# 278530 | 8.95 |
| 09/06/05 | PD UPS TO NEW YORK NY; MSM; CK# 278530 | 7.74 |

---

[3] TeleDirect Usage Details dated 6/9/2005 attached hereto as Exhibit 1.

[4] Direct Reimbursement Expense Report for Peter J. Herzberg, Esq. for the period July 13, 2005 to September 6, 2005 attached hereto as Exhibit 2.

[5] Activity for Account Number 3782-906600-71821 attached hereto as Exhibit 3.

[6] Id.

[7] Id.

[8] Id.

[9] Id.

[10] Id.

[11] Rizman, Rappaport, Dillon & Rose, LLC Invoice No. 96340 dated 8/30/2005 attached hereto as Exhibit 4.

[12] Integrity Express Inc. Invoice Number 15146 dated 8/31/2005 attached hereto as Exhibit 5.

1355061A01111105

| | | |
|---|---|---:|
| 09/07/05 | PD INTEGRITY EXPRESS TO TRENTON NJ; MSM; CK# 278589[13] | 105.95 |
| 09/07/05 | PD INTEGRITY EXPRESS TO TRENTON NJ; MSM; CK# 278589[14] | 55.00 |
| 09/20/05 | Paid Clerk, U.S. Dist. Court of NJ for filing fee #10507; S#7026[15] | 250.00 |
| 09/20/05 | PD TRAVEL EXPENSES TO TRENTON, NJ; KD; UJ 9-30-05[16] | 272.46 |
| 09/20/05 | PD MEAL EXPENSES; KD; UJ 9-30-05[17] | 39.53 |
| 09/21/05 | PD TRAVEL EXPENSES TO TRENTON, NJ; KD; UJ 9-30-05[18] | 143.97 |
| 09/21/05 | PD MEAL EXPENSES; KD; UJ 9-30-05[19] | 11.72 |
| 09/30/05 | PD UPS TO TRENTON NJ; MSM; CK# 278529 | 7.74 |
| | Computer Assisted Research | 1533.85 |
| | Duplicating | 959.00 |
| | Duplicating | 94.50 |
| | Matter Total Engagement Cost | 7,082.59 |

## Engagement Costs – Tahari, Ltd.

| | | |
|---|---|---:|
| 09/08/05 | Pd BMW Messenger to New York NY;   BMB;   Ck# 278265[20] | 52.85 |
| 09/19/05 | Notice of motion filing fee #10507 S#7019 HC154634 | 45.00 |
| | Computer Assisted Research | 247.72 |
| | Duplicating | 230.44 |
| | Matter Total Engagement Cost | 628.86 |

---

[13] Integrity Express Inc. Invoice Number 15221 dated 9/15/2005 attached hereto as Exhibit 6.

[14] Id.

[15] Pitney Hardin LLP  Check Requisition dated 9/20/05 attached hereto as Exhibit 7.

[16] Direct Reimbursement Expense Report for Kathleen Drew dated September 20, 2005 – September 21, 2005 attached hereto as Exhibit 8.

[17] Id.

[18] Id.

[19] Id.

[20] Invoice #: A26214 attached hereto as Exhibit 9.

1355061A01111105

# EXHIBIT 1

| Invoice No. | Invoice Date | Due Date | Amount Due | Currency |
|---|---|---|---|---|
| 1 - 274735 | 7/7/2005 | 8/31/2005 | 300.34 | USD |

# TeleDirect (Resrvd Unattended) -Usage Details

Conference date   6/9/2005 10:28:15                                        Duration  01:17
Meeting #      43303833   UNATTENDED
Reservation ID   722178      Scheduler  Rachel Rosen              Moderator  Marchetta Anthony
Client Matter Number
082910.11099

| Line | Participant | Phone Number | Item | Start time | Time zone | Quantity | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/9/2005 10:28:00 | US-VA | 50.00 mn | 14.50 |
| 2 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/9/2005 10:28:24 | US-VA | 77.00 mn | 22.33 |
| 3 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/9/2005 10:28:27 | US-VA | 50.00 mn | 14.50 |
| 4 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/9/2005 10:28:46 | US-VA | 50.00 mn | 14.50 |
| 5 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/9/2005 10:29:07 | US-VA | 49.00 mn | 14.21 |
| 6 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/9/2005 10:29:57 | US-VA | 48.00 mn | 13.92 |
| 7 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/9/2005 10:30:21 | US-VA | 35.00 mn | 10.15 |
| 8 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/9/2005 10:31:14 | US-VA | 74.00 mn | 21.46 |
| 9 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/9/2005 10:50:56 | US-VA | 27.00 mn | 7.83 |

Total Cost    133.40

8.01

141.41

TeleDirect (Resrvd Unattended)                                 Summary

| Item | Quantity | Cost |
|---|---|---|
| TeleDirect Toll Free | 460.00 mn | 133.40 |

# EXHIBIT 2

DIRECT REIMBURSEMENT EXPENSE REPORT

NAME _____ Peter J. Herzberg _____

Period From: ___ July 13, 2005 ___
To: ___ September 6, 2005 ___

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses | | Parking or Tolls | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
|------|-----------------------------------------------------------|-------|--------|------------------|------------------|----------------|----------------|----------------|--------------------------------------|
|      |                                                           | Miles | Amount |                  |                  |                |                |                |                                      |
|      |                                                           |       |        |                  |                  | Show details on Page 2 | | | |
| 7/13/2005 | Westfield to Marlton to Morristown | 163.00 | $66.02 | $2.70 |  |  |  | $68.72 | 059495,101473 |
| 7/19/2005 | Westfield to Hamilton to Morristown | 97.00 | $39.29 |  |  |  |  | $39.29 | 082910,114715 |
| 9/6/2005 | Westfield to Englewood Cliffs to Morristown | 60.00 | $24.30 |  |  |  |  | $24.30 | 007117,116007 |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |

Expenses Reported    $   132.30

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature _____ Peter J. Herzberg _____    Date _____ 9/23/2005 _____

P A I D

(SEP 2 8 2005

PITNEY HARDIN KIPP & SZUCH LLP

9/23/2005

# EXHIBIT 3



| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| ANGELA S BARON | 3782-906600-71003 | 09/01/05 | Page 31 of 55 |
| PITNEY HARDIN K & S | | | |

## Activity Continued
**Foreign Currency conversion rate is base rate plus 2%. See page 2 for details.

*173 MEN*

### Card Number 3782-906600-71821

| | | | | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|---|---|
| 08/03/05 | RADIO SHACK  MIDDLETOWN  NJ | | | 0000429947 | *082910.* | 32.84 |
| | 000429947  07748 08/02/05 | | | | *114715* | |
| | 07748  TAX  $1.86 | | | | | |
| | ROC NUMBER 429947 | | | | | |
| 08/11/05 | AMERICAN AIRLINES  DALLAS  TX | | | 08010010000 | *082910.* | 10.00 |
| | TKT# 0010612711782  08/10 | | | | *114715* | |
| | MISC CHARGE ORDER/PREPAID TICKET AUTHORITY | | | | | |
| | WALLER/MICHAEL  AMERICAN AIRLINES | | | | | |
| | AMERICAN AIRLINES  DALLAS  TX | | | | | |
| | FROM | | | | | |
| | NOT RECORDED | | | | | |
| | TO  CARRIER CLASS | | | | | |
| | NOT RECORDED  AA | | | | | |
| 08/11/05 | AMERICAN AIRLINES  DALLAS  TX | | | 08010010000 | *11* | 567.40 |
| | TKT# 0012109677869  08/10 | | | | | |
| | PASSENGER TICKET | | | | | |
| | WALLER/MICHAEL  AMERICAN AIRLINES | | | | | |
| | AMERICAN AIRLINES  DALLAS  TX | | | | | |
| | FROM | | | | | |
| | NEWARK NJ | | | | | |
| | TO  CARRIER CLASS | | | | | |
| | BOSTON MA  AA  Y2 | | | | | |
| | TO | | | | | |
| | NEWARK NJ  AA  Y2 | | | | | |
| 08/11/05 | AMERICAN AIRLINES  DALLAS  TX | | | 08010010000 | *11* | 567.40 |
| | TKT# 0012109677870  08/10 | | | | | |
| | PASSENGER TICKET | | | | | |
| | MORGAN/MARK  AMERICAN AIRLINES | | | | | |
| | AMERICAN AIRLINES  DALLAS  TX | | | | | |
| | FROM | | | | | |
| | NEWARK NJ | | | | | |
| | TO  CARRIER CLASS | | | | | |
| | BOSTON MA  AA  Y2 | | | | | |
| | TO | | | | | |
| | NEWARK NJ  AA  Y2 | | | | | |
| 08/13/05 | NEWARK LIBERTY INTL NEWARK  NJ | | | 0000000021 | *11* | 30.00 |
| | 000000021 PARKING FEES  08/12/05 | | | | | |
| | PARKING FEES | | | | | |
| 08/14/05 | BERTUCCI'S #017  CAMBRIDGE  MA | | | 00079950075 | *11* | 38.57 |
| | 79950075  FOOD-BEV  08/12/05 | | | | | |
| | FOOD-BEV  $32.07 | | | | | |
| | WAITER  $6.50 | | | | | |

00028

# EXHIBIT 4

# INVOICE

**Rizman**
**Rappaport**
**Dillon & Rose, LLC**
Certified Court Reporters

66 W. Mt. Pleasant Avenue
Livingston, NJ 07039
(973) 992-7650  Fax (973) 992-0666

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 96340 | 08/30/2005 | 01-38196 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/03/2005 | KING | MER-L-1473-05 |

| CASE CAPTION | | |
|---|---|---|
| New Jersey DEP v. W.R. Grace & Co. | | |
| **TERMS** | | |
| | | |

PAID.................................
APPROVED.............................
Michael E. Waller, Esq.
Pitney, Hardin, Kipp & Szuch, LLP    VENDOR NO....*10090*
200 Campus Drive
P. O. Box 1945    CHECK NO....*278039*
Florham Park, NJ 07932-0950    CHARGE....*10501*

| | | | |
|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Duncan Murphy | 47 Pages @ | 6.20/Page | 291.40 |
| 4-5 DAY EXPEDITE | | | 145.70 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| John Gillom, Sr. | 37 Pages @ | 6.20/Page | 229.40 |
| 4-5 DAY EXPEDITE | | | 114.70 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Sherwood Rice | 32 Pages @ | 6.20/Page | 198.40 |
| 4-5 DAY EXPEDITE | | | 99.20 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Richard Taylor | 65 Pages @ | 6.20/Page | 403.00 |
| 4-5 DAY EXPEDITE | | | 201.50 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| James Helleg | 31 Pages @ | 6.20/Page | 192.20 |
| 4-5 DAY EXPEDITE | | | 96.10 |
| Postage & Handling | | | 9.75 |
| | | TOTAL  DUE  >>>> | 1,981.35 |

**TRANSCRIPTION OF AUDIOTAPES**

TAX ID NO.:  22-3378800

(973) 966-6300    Fax  (973) 966-1550

*Please detach bottom portion and return with payment.*

# EXHIBIT 5

# INTEGRITY EXPRESS INC.

## INVOICE

**Your Courier Service**
**Your Job-Your Way**

ONE LACKAWANNA PLACE STE B
P.O. BOX 857
MORRISTOWN, NJ 07963-0857
(973) 326-1500  FAX (973) 631-1113

| INVOICE NUMBER | PAGE |
|---|---|
| 15146 | 4 of 4 |

| CLIENT NUMBER | TERMS |
|---|---|
| 221 | NET DUE |

| INVOICE DATE |
|---|
| 8/31/2005 |

| INVOICE TOTAL |
|---|
| $1,135.30 |

Invoice Submitted To:

**PITNEY, HARDIN, LLP**
PO BOX 1945
FLORHAM PARK, NJ 07932
Attn:  EILEEN M. LOUISA

| Order Date / Order Num / Service / Reference / Caller | Pickup Address | | | Drop Off Address | | | Recieved By: / Received By Time - Date | | |
|---|---|---|---|---|---|---|---|---|---|
| Base Charge | Piece | Minutes | Pounds | Miles | Insurance | Quoted Rate | Expense | Other1 | Other2 | Total |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/31/2005 108504 RUSH 41+ 083910.114715-MUHLSTOCK CHARICE JONES X7425 | PITNEY HARDIN 200 CAMPUS DR-M/R IN BACK FLORHAM PARK  NJ 07932 | | | | ATTORNEY GEN'S OFFICE-TRENTON 25 W MARKET ST HUGHES JUST CMPLX TRENTON  NJ 08625 | | | MS SOMMEAVELIA RECPT 2:30 PM  08/31/2005 | | |
| $50.00 | 1 | 17 $6.00 | | 66 $39.00 | $1.00 | | TOLL/GAS $9.95 | | | **$105.95** |
| 8/31/2005 108527 RUSH 015057.112402-COYLE PAMELA CLARK X7421 | PITNEY HARDIN 200 CAMPUS DR-M/R IN BACK FLORHAM PARK  NJ 07932 | | | | MOUND COTTON & WOLLAN 60 PARK PL NEWARK  NJ 07102 | | | WILLIAM WILSON 5:25 PM  08/31/2005 | | |
| $23.00 | 1 | 17 $6.00 | | 26 $16.00 | $1.00 | | GAS SUR $4.00 | | | **$50.00** |
| 8/31/2005 108528 RUSH 015057.112402-COYLE PAMELA CLARK X7421 | PITNEY HARDIN 200 CAMPUS DR-M/R IN BACK FLORHAM PARK  NJ 07932 | | | | MORRIS CO COURTHOUSE ANNEX 8 ANN ST ENTRANCE MORRISTOWN  NJ 07963 | | | MS B MCELWEE 3:25 PM  08/31/2005 | | |
| $23.00 | 1 | 18 $6.00 | | 15 $5.00 | 1 $1.00 | | GAS SUR $3.00 | | | **$38.00** |

Billing Group Sub Total  **$1,135.30**

InvoiceTotal  **$1,135.30**

PAID.........................
APPROVED................
VENDOR NO. ... 00279
CHECK NO. ...... 278773
CHARGE.... $ ... 10.501

# EXHIBIT 6

# INTEGRITY EXPRESS INC.

**Your Courier Service**
**Your Job-Your Way**

ONE LACKAWANNA PLACE STE B
P.O. BOX 857
MORRISTOWN, NJ 07963-0857
(973) 326-1500  FAX (973) 631-1113

Invoice Submitted To:

**PITNEY, HARDIN, LLP**

PO BOX 1945
FLORHAM PARK, NJ 07932
Attn:  EILEEN M. LOUISA

ENTERED IN
COMPUTER BY:

# INVOICE

| | |
|---|---|
| 15221 | 2 of 5 |
| 221 | NET DUE |
| 9/15/2005 | |
| $1,602.95 | |

| Order Date / Order Num / Service / Reference / Caller | Pickup Address | Drop Off Address | Recieved By: / Received By Time - Date |
|---|---|---|---|

| Base Charge | Piece | Minutes | Pounds | Miles | Insurance | Quoted Rate | Expense | Other1 | Other2 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/6/2005 108702 RUSH 024497112245-SHER KATHLEEN GRANEY X741 | PITNEY HARDIN 200 CAMPUS DR-M/R IN BACK FLORHAM PARK NJ 07932 | USDC-NEWARK 50 WALNUT ST NEWARK NJ 07102 | MR QUINN 2:10 PM 09/06/2005 | | | | | | | |
| $23.00 | 1 | 17 $6.00 | | 26 $16.00 | 1 $1.00 | | GAS SUR $4.00 | | | $50.00 |
| 9/7/2005 108762 RUSH 41+ 082910-114715-MORGAN DELMA GAMA X7413 | PITNEY HARDIN 200 CAMPUS DR-M/R IN BACK FLORHAM PARK NJ 07932 | MERCER CO COURTHOUSE 175 S BROAD ST TRENTON NJ 08650 | MS DARLING 4:00 PM 09/07/2005 | | | | | | | |
| $50.00 | 1 | 17 $6.00 | | 66 $39.00 | 1 $1.00 | | TOLL/GAS $9.95 | | | $105.95 |
| 9/7/2005 108763 RUSH 41+ 082910-114715-MORGAN DELMA GAMA X7413 | PITNEY HARDIN 200 CAMPUS DR-M/R IN BACK FLORHAM PARK NJ 07932 | OFFICE OF ATTY GENERAL 25 W MARKET ST HUGHES JUST CMPLX TRENTON NJ 08625 | MS WOODS-RECEP 4:00 PM 09/07/2005 | | | | | | | |
| $50.00 | 1 | | | 66 | 1 $1.00 | | TOLL/GAS $4.00 | | | $55.00 |
| 9/8/2005 108831 RUSH 040441.113217-HALASZ EVELYN CHIARELLO X74 | PITNEY HARDIN 200 CAMPUS DR-M/R IN BACK FLORHAM PARK NJ 07932 | BRESSLER AMERY ROSS 325 COLUMBIA TPK 3RD FL FLORHAM PARK NJ 07932 | MS S ROBERTSON 3:45 PM 09/08/2005 | | | | | | | |
| $23.00 | 1 | | | 10 | 1 $1.00 | | GAS SUR $3.00 | | | $27.00 |
| 9/8/2005 108839 NY RATES 005664-109052-SHER KATHLEEN GRANEY X741 | PITNEY HARDIN 200 CAMPUS DR-M/R IN BACK FLORHAM PARK NJ 07932 | PATERSON BELKNAP WEBB TYLER 1133 AVE OF AMERICAS NEW YORK NY 10036 | MR G LOUIS-22ND FL M/R 6:55 PM 09/08/2005 | | | | | | | |
| $55.00 | 8 | 65 $24.00 | 210 $12.00 | 38 | 1 $1.00 | | AM/PM CHARGEL/GAS $36.60 | PARKING $10.85 $22.50 | | $161.95 |
| 9/9/2005 108864 RUSH 41+ 041321.072240 MORGAN DELMA GAMA X7413 | PITNEY HARDIN 200 CAMPUS DR-M/R IN BACK FLORHAM PARK NJ 07932 | MONMOUTH CO CRTHSE 71 MONUMENT PK FREEHOLD NJ 07728 | MS C WRIGHT 12:10 PM 09/09/2005 | | | | | | | |
| $50.00 | 1 | 17 $6.00 | | 64 $36.00 | 1 $1.00 | | TOLL/GAS $11.05 | | | $104.05 |

# EXHIBIT 7

**PITNEY, HARDIN, KIPP & SZUCH** LLP  **X 7413**

## CHECK REQUISITION

PAYEE <u>United States District Court for the District of New Jersey</u>    DATE <u>9/20/05</u>

CLIENT <u>W.R. Grace</u>          PAID....................    NO: <u>082910</u>
                               APPROVED.................
MATTER <u>Trenton</u> .          VENDOR NO. .....<u>6601</u>    NO: <u>114715</u>
                               CHECK NO. ....<u>278066</u>
DESCRIPTION <u>filing fee</u>    CHARGE......<u>7050</u>


AMOUNT $ <u>250.00</u>

AUTHORIZED SIGNATURE
Mark S. Morgan

# EXHIBIT 8

RECEIVED
SEP 28 2005

**PITNEY HARDIN LLP**

**DIRECT REIMBURSEMENT EXPENSE REPORT**
NAME _____ Kathleen Drew

Period From: September 20, 2005
To: September 21, 2005

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses | | Parking or Tolls | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
|---|---|---|---|---|---|---|---|---|---|
| | | Miles | Amount | | | | | | |
| 9/20/2005 | Travel to Trenton, NJ. To review documents at | 117.00 | $56.75 | $8.00 | $206.71 | $58.53 | $311.99 | 082910.114715 |
| 9/21/2005 | Review documents at NJDEP | 119.00 | $57.72 | $0.00 | | $11.72 | $77.25 | $155.69 | 082910.114715 |

Expenses Reported   $   467.68

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature _____

Date  9/22/05
      9/27/05

OK   [signature]  9/27/05

10501 -416.43
10504 -51.25

PAID
SEP 30 2005

ENTERED IN COMPUTER BY: 9/27/05

# EXHIBIT 9

PITNEY HARDIN

REFERENCE: 082910-102292 BARRY BENJAMIN

| Date Docket # Service | Booked By AD # | Pickup Address | Delivery Address | Base Surcharges | Total |
|---|---|---|---|---|---|
| 09/09/2005 382425 MESSENGER | BARBRA GRAHAM | PITNEY HARDIN 7 TIMES SQUARE NEW YORK 10036 *** Surcharges: waiting - rush - | AMY MACK, ESQUIRE 9 E 84 NEW YORK 10028 | 10.45 10.00 | 20.45 |
| 09/09/2005 382426 MESSENGER | BARBRA GRAHAM | PITNEY HARDIN 7 TIMES SQUARE NEW YORK 10036 *** Surcharges: rush - | CHARLES E BOULBOL 26 BWAY NEW YORK 10004 | 10.45 4.00 | 14.45 |
| 09/09/2005 382427 MESSENGER | BARBRA GRAHAM | PITNEY HARDIN 7 TIMES SQUARE NEW YORK 10036 *** Surcharges: waiting - rush - | PRYOR CASHMAN SHERMAN & 410 PARK NEW YORK 10010 | 7.95 10.00 | 17.95 |

|  |  | | Dockets | Base | Surcharges | Total |
|---|---|---|---|---|---|---|
|  | **Sub-Totals For This Group:** | | **3** | **28.85** | **24.00** | **52.85** |

REFERENCE: 099998-4031 STEVE FEINDGOLD

| Date Docket # Service | Booked By AD # | Pickup Address | Delivery Address | Base Surcharges | Total |
|---|---|---|---|---|---|
| 09/06/2005 381706 MESSENGER | THEO | PITNEY HARDIN 7 TIMES SQUARE NEW YORK 10036 | 30 ROCK NEW YORK 10020 | 7.95 0.00 | 7.95 |

|  |  | Dockets | Base | Surcharges | Total |
|---|---|---|---|---|---|
|  | **Sub-Totals For This Group:** | **1** | **7.95** | **0.00** | **7.95** |

|  |  |
|---|---|
| SUB-TOTAL: | 98.65 |
| ADMIN: | 0.00 |
| TAX: | 0.00 |
| AMOUNT DUE: | 98.65 |

Thank you for your business. Please include invoice number upon payment

### Account Status

| 1-30 Days | 31-45 Days | 46-60 Days | Over 60 Days | Finance Charge |
|---|---|---|---|---|
| 43.85 | 0.00 | 0.00 | 0.00 | 0.00 |