IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: December 13, 2005 at 4:00 p.m.** |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 10970

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Seventeenth Quarterly Fee Application of Conway, Del Genio, Gries & Co., LLC (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisors to the Official Committee of Asbestos Property Damage Claimants for the Period from April 1, 2005 through June 30, 2005 ("the Application"). The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than November 22, 2005 at 4:00 p.m.

Dated: November 23, 2005

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Allyn S. Danziesen, Esquire
BILZIN SUMBERG BAENA PRICE &
 AXELROD, LLP
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336
(305) 374-7580

-and-

FERRY, JOSEPH & PEARCE, P.A.

   /s/ Theodore J. Tacconelli
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

*Co-Counsel to the Official Committee of Asbestos Property Damage Claimants*