# APPENDIX C

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM APRIL 1, 2005 THROUGH APRIL 30, 2005

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Appendix C*

**APRIL, 2005 FEES FOR JOAN M. MCENTEE**

| Date | Hours | Description |
|------|-------|-------------|
| 4/1 | 4.0 | Contact BDBCB China office to next re strategic plans |
| 4/4 | 4.0 | Follow-up with Foreign Affairs Ministry |
| 4/6 | 4.0 | Follow-up with Asia Petrochemical Supplies Ltd |
| 4/8 | 4.0 | Follow up with China Construction Material Industry Association |
| 4/11 | 4.0 | Follow up with Ministry of Commerce's Foreign Investment Administration |
| | 4.0 | Discuss and plan next visit to Shanghai |
| 4/14 | 4.0 | Follow up with Deputy Director General of SINOPEC Foreign Cooperation Office |
| 4/15 | 4.0 | Follow up with Vice Administrator of China Standardization Administration |
| 4/16 | 12 | Travel to China (Beijing) |
| 4/16-19 | 32 | Conduct several meetings for WR Grace in Beijing |
| 4/20-23 | 32 | Meetings with WR Grace in Shanghai with MOFCOM to discuss office opening, etc. |

EXPENSES ITEMIZED AND SUMMARIZED FOR APRIL, 2005

**W.R. Grace Expenses**
**Client # 2850487-000002**
**Itemized and summarized through 4/30/2005**
**Bill # 67954910 dated 5/17/2005**

| Description | Date | Amount |
|---|---|---|
| Mobile/ Cell Phone Charge | 4/13/05 | $282.31 |
| **Bill #67954910 itemized totals** | | **$282.31** |

| Summarized: | Amount |
|---|---|
| Mobile/ Cell Phone Charges | $282.31 |
| **Bill #67954910 summarized totals** | **$282.31** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELEWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM APRIL 1, 2005 THROUGH APRIL 30, 2005 FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## APRIL 2005 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|------|-------|-------------|
| 4/1 | 3 | Telephone conferences with Grace consultants regarding upcoming legislative action in the Senate |
| 4/4 | 2 | Telephone conference with Grace consultants regarding status of Senate Judiciary Committee mark-up to occur later this week |
| 4/5 | 2 | Telephone conference with Mr. Corcoran and others regarding mark-up later this week |
| 4/11 | 3 | Work with regarding to Senate Judiciary Committee mark-up of asbestos legislation |
| 4/12 | 3 | Work with regarding to Senate Judiciary Committee mark-up of asbestos legislation |
| 4/13 | 3 | Work with regarding to Senate Judiciary Committee mark-up of asbestos legislation |
| 4/14 | 3 | Continue working with people in the Baker Donelson law firm and with Grace consultants regarding Judiciary asbestos mark-up |
| 4/18 | 4 | Follow development of Specter legislation; work with Grace consultants to determine origin and potential disposition of amendments affecting Libby, Montana; cover legislation for Mr. Corcoran during a family emergency |
| 4/19 | 4 | Follow development of Specter legislation; work with Grace consultants to determine origin and potential disposition of amendments affecting Libby, Montana; cover legislation for Mr. Corcoran during a family emergency |
| 4/20 | 4 | Follow development of Specter legislation; work with Grace consultants to determine origin and potential disposition of amendments affecting Libby, Montana; cover legislation for Mr. Corcoran during a family emergency |
| 4/21 | 4 | Follow development of Specter legislation; work with Grace consultants to determine origin and potential disposition of amendments affecting Libby, Montana; cover legislation for Mr. Corcoran during a family emergency |
| 4/22 | 4 | Follow development of Specter legislation; work with Grace consultants to determine origin and potential disposition of amendments affecting Libby, Montana; cover legislation for Mr. Corcoran during a family emergency |
| 4/26 | 6 | Cover Judiciary Committee's hearing and mark-up of asbestos legislation; visits with Congressional staff regarding same |
| 4/27 | 6 | Cover Judiciary Committee's hearing and mark-up of asbestos legislation; visits with Congressional staff regarding same |
| 4/28 | 6 | Cover Judiciary Committee's hearing and mark-up of asbestos legislation; visits with Congressional staff regarding same |
| 4/29 | 6 | Cover Judiciary Committee's hearing and mark-up of asbestos legislation; |

visits with Congressional staff regarding same

EXPENSES ITEMIZED AND SUMMARIZED FOR APRIL 2005

**W.R. Grace Expenses**
**Client # 2850487-000001**
**Itemized and summarized through 04/30/2005**
**Bill # 67954006 dated 05/13/2005**

| Description | Date | Amount |
|---|---|---|
| Long Distance Charge | 04/01/05 | $0.35 |
| Mobile/Cell Phone Charge | 04/04/05 | $23.22 |
| Long Distance Charge | 04/05/05 | $0.35 |
| Long Distance Charge | 04/13/05 | $1.05 |
| Long Distance Charge | 04/20/05 | $0.35 |
| Long Distance Charge | 04/20/05 | $0.70 |
| Photo Reproduction Charge | 04/27/05 | $0.60 |
| Cab Fare | 04/27/05 | $10.00 |
| Photo Reproduction Charge | 04/28/05 | $1.40 |
| **Bill #67954006 itemized totals** | | **$38.02** |

| Summarized: | Amount |
|---|---|
| Long Distance Charge | $2.80 |
| Mobile/Cell Phone Charge | $23.22 |
| Photo Reproduction Charge | $2.00 |
| Cab fare | $10.00 |
| **Bill #67954006 summarized totals** | **$38.02** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR  BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM MAY 1, 2005 THROUGH MAY 31, 2005 FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities:  W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## MAY 2005 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|------|-------|-------------|
| 5/3 | 4 | Follow up on Senate Judiciary Committee hearing with Senate committee and personal staff |
| 5/4 | 4 | Follow up on Senate Judiciary Committee hearing with Senate committee and personal staff |
| 5/5 | 4 | Follow up on Senate Judiciary Committee hearing with Senate committee and personal staff |
| 5/6 | 3 | Follow up on Senate Judiciary Committee hearing with Senate committee and personal staff |
| 5/11 | 1 | Telephone conferences with Mr. Corcoran and consultants regarding asbestos legislation |
| 5/12 | 1 | Telephone conferences with Mr. Corcoran and consultants regarding asbestos legislation |
| 5/17 | 4 | Attend meeting with Mr. Corcoran to prepare for meeting with Senator Specter regarding asbestos; monitor Senate Judiciary committee mark-up |
| 5/18 | 2 | Monitor Senate Judiciary committee mark-up on asbestos; telephone conferences with Mr. Corcoran and other Grace consultants |
| 5/19 | 2 | Monitor Senate Judiciary committee mark-up on asbestos; telephone conferences with Mr. Corcoran and other Grace consultants |
| 5.20 | 2 | Monitor Senate Judiciary committee mark-up on asbestos; telephone conferences with Mr. Corcoran and other Grace consultants |
| 5/23 | 5 | Cover mark-up in Senate Judiciary Committee and related issues |
| 5/24 | 5 | Cover mark-up in Senate Judiciary Committee and related issues |
| 5/25 | 5 | Cover mark-up in Senate Judiciary Committee and related issues |
| 5/26 | 5 | Cover mark-up in Senate Judiciary Committee and related issues |

## EXPENSES ITEMIZED AND SUMMARIZED FOR MAY 2005

**W.R. Grace Expenses**
**Client # 2850487-000001**
**Itemized and summarized through 05/31/2005**

| Description | Date | Amount |
|---|---|---|
| Cab Fare | 04/29/05 | $13.00 |
| Mobile/Cell Phone Charge | 05/03/05 | $10.44 |
| Cab Fare | 05/11/05 | $13.00 |
| Line Holding | 05/15/05 | $3,600.00 |
| Photo Reproduction Charge | 05/17/05 | $0.60 |
| Federal Express Shipments | 05/25/05 | $14.48 |
| Cab Fare | 05/26/05 | $30.00 |
| Cab Fare | 05/27/05 | $15.00 |
| Cab Fare | 05/27/05 | $14.00 |
| Client Meals | 05/27/05 | $12.51 |
| **Itemized Totals** | | **$3,723.03** |

| Summarized: | Amount |
|---|---|
| Cab Fare | $85.00 |
| Mobile/Cell Phone Charge | $10.44 |
| Line Holding | $3,600.00 |
| Photo Reproduction Charge | $0.60 |
| Federal Express Shipments | $14.48 |
| Client Meals | $12.51 |
| **Summarized Totals** | **$3,723.03** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR  BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS
FOR THE PERIOD FROM MAY 1, 2005 THROUGH MAY 31, 2005**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## MAY, 2005 FEES FOR JOAN M. MCENTEE

| Date | Hours | Description |
|------|-------|-------------|
| 5/18 | 6.0 | Travel to Chantilly, VA and attend strategic planning meeting with WR Grace officers to discuss China plans |
| 5/20 | 5.0 | Follow up on above meetings |
| 5/24 | 6 | Contact WR Grace's counsel and prepare material for his follow-up |
| 5/27 | 12 | Travel to China for meetings with Chinese government on WR Grace issues |

## EXPENSES ITEMIZED AND SUMMARIZED FOR MAY, 2005

**W.R. Grace Expenses**
**Client # 2850487-000002**
**Itemized and summarized through 5/31/2005**
**Bill # 67963525 dated 6/22/2005**

| Description | Date | Amount |
|---|---|---|
| Airfare to China (April 16-25, 2005) | 5/2/05 | $1,150.00 |
| Lodging | 5/2/05 | $500.00 |
| Mobile/ Cell Phone Charge | 5/12/05 | $152.08 |
| Meal with Chinese officials | 5/20/05 | $24.90 |
| **Bill #67963525 itemized totals** | | **$1,826.98** |

| Summarized: | Amount |
|---|---|
| Travel Expenses | $1,674.90 |
| Mobile/ Cell Phone Charges | $152.08 |
| **Bill #67963525 summarized totals** | **$1,826.98** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELEWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM JUNE 1, 2005 THROUGH JUNE 30, 2005 FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## JUNE 2005 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|------|-------|-------------|
| 6/6 | 4 | Continue to gather intelligence; discussion of issues regarding upcoming Senate floor debate on asbestos |
| 6/7 | 4 | Work with Ms. Matea at Grace regarding Grace's customer event coming up in Washington later in the month |
| 6/8 | 4 | Continue to gather intelligence; discussion of issues regarding upcoming Senate floor debate on asbestos; Work with Ms. Matea at Grace regarding Grace's customer event coming up in Washington later in the month |
| 6/13 | 2 | Work on Grace Washington customer event |
| 6/14 | 3 | Work on Grace Washington customer event; continue to gather information on upcoming Senate floor debate on asbestos |
| 6/15 | 2 | Work on Grace Washington customer event; telephone calls to Senate staff |
| 6/16 | 3 | Work on Grace Washington customer event |
| 6/21 | 2 | Follow up from Senate Judiciary Committee markup; gather intelligence for Senate floor debate |
| 6/22 | 2 | Follow up from Senate Judiciary Committee markup; gather intelligence for Senate floor debate |
| 6/23 | 2 | Follow up from Senate Judiciary Committee markup; gather intelligence for Senate floor debate |
| 6/24 | 2 | Follow up from Senate Judiciary Committee markup; gather intelligence for Senate floor debate |

EXPENSES ITEMIZED AND SUMMARIZED FOR JUNE 2005

**W.R. Grace Expenses**
**Client # 2850487-000001**
**Itemized and summarized through 06/30/2005**

| Description | Date | Amount |
|---|---|---|
| Photo Reproduction Charge | 06/03/05 | $8.00 |
| Federal Express Shipments | 06/03/05 | $14.48 |
| Mobile/ Cell Phone Charge | 06/06/05 | $11.40 |
| Long Distance Charge | 06/06/05 | $0.35 |
| Photo Reproduction Charge | 06/15/05 | $0.40 |
| Photo Reproduction Charge | 06/17/05 | $0.20 |
| Photo Reproduction Charge | 06/17/05 | $0.20 |
| Federal Express Shipments | 06/20/05 | $17.84 |
| Photo Reproduction Charge | 06/21/05 | $0.40 |
| **Itemized Totals** | | **$53.27** |

| Summarized: | Amount |
|---|---|
| Photo Reproduction Charge | $9.20 |
| Federal Express Shipments | $32.32 |
| Mobile/ Cell Phone Charge | $11.40 |
| Long Distance Charge | $0.35 |
| **Summarized Totals** | **$53.27** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR  BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS
FOR THE PERIOD FROM JUNE 1, 2005 THROUGH JUNE 30, 2005**

---

[1] The Debtors consist of the following 62 entities:  W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## JUNE, 2005 FEES FOR JOAN M. MCENTEE

| Date | Hours | Description |
|------|-------|-------------|
| 6/2 | 5 | Meetings in Shanghai with WR Grace with new head of WR Grace Public Affairs |
| 6/2 | 3 | Conduct legal interviews with Chinese local firms for WR Grace |
| 6/3 | 5 | Meetings in Shanghai with WR Grace with new head of WR Grace Public Affairs |
| 6/3 | 3 | Meetings in Shanghai with James Healy's staff to discuss license, opening trip by CEO |
| 6/3 | 3 | Conduct legal interviews with Chinese local firms for WR Grace |
| 6/4 | 3 | Conduct legal interviews with Chinese local firms for WR Grace |
| 6/10 | 4 | Follow up on office plan |
| 6/15 | 8 | Follow up on opening office with Beijing staff |
| 6/29 | 6 | Memos, phone conversations, correspondence to Embassy and US Embassy in Beijing re opening ceremony, attendance |

EXPENSES ITEMIZED AND SUMMARIZED FOR JUNE, 2005

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 6/30/2005**
**Bill # 67967908 dated 7/18/2005**

| Description | Date | Amount |
|---|---|---|
| Meals | 6/3/05 | $66.76 |
| Ground transportation | 6/17/05 | $374.40 |
| Meals | 6/28/05 | $166.08 |
| Airfare In China | 6/29/05 | $672.00 |
| **Bill #67945544 itemized totals** | | **$1,279.24** |

| Summarized: | Amount |
|---|---|
| Meal on behalf of client | $232.84 |
| Travel Expenses | $1,046.40 |
| **Bill #67967908 summarized totals** | **$1,279.24** |