# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: October 10, 2005 at 4:00 p.m. (prevailing Eastern time)**
**Hearing Date: To Be Determined, Only If Objections Are Timely Filed**

---

**SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE THIRD INTERIM PERIOD, FROM JULY 1, 2005 THROUGH JULY 31, 2005, FOR THE QUARTER OF JULY 2005 – SEPTEMBER 2005**

| | |
|---|---|
| Name of Applicant: | **Nelson Mullins Riley & Scarborough, L.L.P.** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **July 19, 2001** |
| Period for which compensation and reimbursement is sought: | **July 1, 2005 – July 31, 2005** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$10,155.00 for the period** |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

EXHIBIT
A

Amount of expense reimbursement sought as
actual, reasonable, and necessary: **$15.27 for the period**

This is a __x__ monthly ___ interim ___ final application.

The total time expended for the preparation of this application is approximately
**(4.10)** hours, and the corresponding estimated compensation *that will be requested in a
future application* is approximately **$ (430.50).**

Prior fee applications:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26, 792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001- September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002-April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June 26, 2002 | January 1, 2002- March 31, 2002 | $62,909.00 | $322.04 | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002-May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | $12,397.20 | $178.39 |
| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | $14,785.20 | $225.82 |
| September 3, 2002 | July 19, 2001 – September 30, 2001 | $129,061.50 | $1,920.35 | $129,061.50 | $1,920.35 |

| | | | | | |
|---|---|---|---|---|---|
| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74 | $119,593.50 | $2,190.74 |
| September 20, 2002 | April 1, 2002 – June 30, 2002 | $60,393.50 | $701.74 | $55,739.00 | $701.74 |
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002- September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |
| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | $35,771.00 | $615.50 |
| December 11, 2002 | October 1, 2002- October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
| December 26, 2002 | November 1, 2002- November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |
| February 6, 2003 | December 1, 2002 – December 31, 2002 | $9,298.50 | $97.20 | $7,438.80 | $97.20 |
| March 4, 2003 | January 1, 2003- January 31, 2003 | $6,026.50 | $24.91 | $4,821.20 | $24.91 |
| March 27, 2003 | February 1-February 28, 2003 | $5,473.50 | $52.58 | $4,378.80 | $52.58 |
| April 8, 2003 | October 1, 2002- December 31, 2002 | $22,038.00 | $289.77 | $22,038.00 | $289.77 |
| May 9, 2003 | March 1, 2003- March 31, 2003 | $5,424.00 | $64.16 | $4,339.20 | $64.16 |
| September 9, 2003 | January 1, 2003 – March 31, 2003 | $16,924.00 | $141.65 | $16,924.00 | $146.65 |
| August 22, 2003 | April 1, 2003- April 30, 2003 | $7,868.00 | $64.88 | $6294.40 | $64.88 |
| September 9, 2003 | May 1, 2003 – May 31, 2003 | $8,143.50 | $88.14 | $6,514.80 | $88.14 |
| September 5, 2003 | June 1, 2003 – June 30, 2003 | $17,705.00 | $291.20 | $14,164.00 | $291.20 |
| September 9, 2003 | April 1, 2003 – June 30, 2003 | $33,716.05 | $444.22 | $33,716.05 | $444.22 |
| September 6, 2003 | July 1, 2003 – July 31, 2003 | $36,321.00 | $241.39 | $29,056.80 | $241.39 |
| March 4, 2004 | August 1, 2003 – August 31, 2003 | $27,487.00 | $932.61 | $21,989.60 | $932.61 |
| March 4, 2004 | September 1, 2003 – September 31, 2003 | $38,442.00 | $139.47 | $30,753.60 | $139.47 |
| February 25, 2004 | July 1, 2003 – September 31, 2003 | $102,250.00 | $1,313.47 | $102,250.00 | $1,313.47 |
| March 8, 2004 | October 1, 2003 – October 31, 2003 | $9,723.50 | $154.31 | $7,656.00 | $154.31 |
| March 8, 2004 | November 1, 2003 – November 30, 2003 | $5,845.00 | $119.01 | $4676.00 | $119.01 |
| March 8, 2004 | December 1, 2003 – December 31, 2003 | $4465.50 | $ 4.08 | $3572.40 | $4.08 |
| March 10, 2004 | October 1, 2003- December 31, 2003 | $19,968.00 | $277.40 | $19,968.00 | $277.40 |
| May 12, 2004 | January 1, 2004- January 31, 2004 | $16,534.50 | $1,260.61 | $13,227.60 | $1,260.61 |
| May 12, 2004 | February 1, 2004 – February 28, 2004 | $9,591.50 | $32.50 | $7,673.20 | $32.50 |

3

| | | | | | |
|---|---|---|---|---|---|
| May 12, 2004 | March 1, 2004 – March 31, 2004 | $6,325.50 | $105.67 | $5,060.40 | $105.67 |
| June 7, 2004 | January 1, 2004 – March 31, 2004 | $32,451.50 | $1,398.78 | $32,451.50 | $1,398.78 |
| June 7, 2004 | April 1, 2004 – April 30, 2004 | $6,062.00 | $20.78 | $4,849.60 | $20.78 |
| July 6, 2004 | May 1, 2004 – May 31, 2004 | $12,927.00 | $67.97 | $10,341.60 | $67.97 |
| August 12, 2004 | June 1, 2004 – June 30, 2004 | $12,228.00 | $372.90 | $9,782.40 | $372.90 |
| August 17, 2004 | April 1, 2004 – June 30, 2004 | $31,217.00 | $461.65 | $31,217.00 | $461.65 |
| September 7, 2004 | July 1, 2004 – July 31, 2004 | $19,020.00 | $216.31 | $15,216.00 | 216.31 |
| September 24, 2004 | August 1, 2004 – August 31, 2004 | $3,945.50 | $89.18 | $3,156.40 | $89.18 |
| October 22, 2004 | September 1, 2004– September 30, 2004 | $9,741.50 | $284.46 | $7,793.20 | $284.46 |
| October 28, 2004 | July 1, 2004 – September 30, 2004 | $32,707.00 | $589.95 | $32,707.00 | $589.95 |
| December 1, 2004 | October 1, 2004– October 31, 2004 | $20,570.50 | $76.25 | $16,456.40 | $76.25 |
| December 17, 2004 | November 1, 2004 – November 30, 2004 | $5,993.00 | $32.75 | $4,794.40 | $32.75 |
| February 17, 2005 | December 1, 2004 – December 31, 2004 | $3,397.50 | $24.51 | $2,718.00 | $24.51 |
| March 8, 2005 | January 1, 2005 – January 31, 2005 | $7,343.50 | $34.10 | $5,874.80 | $34.10 |
| March 16, 2005 | October 1, 2004 – December 31, 2004 | $29,961.00 | $133.51 | $29,961.00 | $133.51 |
| April 15, 2005 | February 1, 2005 – February 28, 2005 | $4,948.50 | $40.40 | $3,958.80 | $40.40 |
| May 10, 2005 | March 1, 2005 – March 31, 2005 | $6,494.00 | $71.74 | $5,195.20 | $71.74 |
| June 15, 2005 | January 1, 2005 – March 31, 2005 | $18,786.00 | $146.24 | Pending | Pending |
| June 7, 2005 | April 1, 2005 – April 30, 2005 | $4,754.50 | $38.87 | $3,803.60 | $38.87 |
| July 7, 2005 | May 1, 2005 – May 31, 2005 | $9,725.00 | $84.96 | $7,780.00 | $84.96 |
| August 1, 2005 | June 1, 2005 – June 30, 2005 | $5,182.00 | $1.80 | $4,145.60 | $1.80 |
| August 8, 2005 | April 1, 2005 – June 30, 2005 | $19,661.50 | $125.63 | Pending | Pending |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Newman J. Smith | Partner | 27 years | Environmental | $290.00 | 2.90 | $841.00 |
| Rose-Marie T. Carlisle | Of Counsel | 22 years | Environmental | $260.00 | 21.60 | $5,616.00 |
| B.F. Hawkins, Jr. | Partner | 14 years | Environmental | $290.00 | 4.40 | $1,276.00 |
| Betsy J. Burn | Associate | 5 Years | Bankruptcy | $220.00 | 1.30 | $286.00 |

Grand Total for Fees:  $8,019.00
Blended Rate:       $265.53

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Anne R. Price | Paralegal | 2 years | Bankruptcy | $105.00 | 6.20 | $651.00 |
|---|---|---|---|---|---|---|
| Karla Lucas | Project Assistant | 1 year | Environmental | $75.00 | .50 | $37.50 |
| Allison Smith* | Summer Associate | 1 year | Environmental | $75.00 | 19.30 | $1,447.50 |

Grand Total for Fees:   $2,136.00
Blended Rate:       $82.15

* Allison Smith is a new timekeeper appearing on this bill.

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 0239/06000 | General | 30.30 | $4,352.50 |
| 02399/06030 | Aiken Title | 5.10 | $1,320.50 |
| 02399/06032 | Charleston | 12.70 | $3,371.00 |
| 02399/06091 | Fee Applications | 7.50 | $937.00 |
| 02399/09007 | Alchem Chemical Co. | .60 | $174.00 |
| **TOTAL** | | **56.20** | **$10,155.00** |

**Expense Summary**

| Description | Amount |
|:---:|:---:|
| Telephone | $3.90 |
| Fed Ex | $11.37 |
| | |
| **TOTAL** | **$15.27** |

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**

Attorneys and Counselors at Law

Tax ID No. 57-0215445

Post Office Box 11070 / Columbia, South Carolina 29211

Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

September 7, 2005
Invoice 698422 Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06000 | For Services Through 07/31/05 |
| WR Grace # | 063-KL-721490-01-501251 | |
| Name of Matter: | General | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/11/05 | Review RCRA and CERCLA coverage question with Attorney Carlisle. B.F. HAWKINS, JR. | 0.90 hrs. | 290.00/hr | $261.00 |
| 07/11/05 | Confer with Ms. Duff regarding issue pertaining to raw materials (0.4); confer with Attorney Hawkins regarding same (0.9); list questions to discuss with Ms. Duff tomorrow (0.2); brief research regarding same (0.3). R.T. CARLISLE | 1.80 hrs. | 260.00/hr | $468.00 |
| 07/12/05 | Review RCRA/CERCLA coverage question. B.F. HAWKINS, JR. | 0.30 hrs. | 290.00/hr | $87.00 |
| 07/12/05 | Confer with Attorney Smith regarding CERCLA/RCRA issue (0.2); detailed voice mail message to Ms. Duff regarding current views on issues and proposed research efforts (0.1) R.T. CARLISLE | 0.30 hrs. | 260.00/hr | $78.00 |
| 07/13/05 | Review RCRA/CERCLA coverage question. B.F. HAWKINS, JR. | 0.30 hrs. | 290.00/hr | $87.00 |
| 07/13/05 | Assign to Summer Associate Smith task of researching licensing issues and forward her relevant information to perform task. R.T. CARLISLE | 0.30 hrs. | 260.00/hr | $78.00 |
| 07/14/05 | Research regarding RCRA. A. SMITH | 8.10 hrs. | 75.00/hr | $607.50 |
| 07/15/05 | Detailed voice mail message to Ms. Duff. R.T. CARLISLE | 0.10 hrs. | 260.00/hr | $26.00 |
| 07/18/05 | Continue research on RCRA issues (5.8); contact with agency representative regarding interpretations (0.3). A. SMITH | 6.10 hrs. | 75.00/hr | $457.50 |
| 07/19/05 | Continue research on definitions terms relevant to exemptions from definition of "solid waste" under RCRA (1.1); check Federal Registers for possible explanatory materials (4.0). A. SMITH | 5.10 hrs. | 75.00/hr | $382.50 |
| 07/20/05 | Review research on RCRA exemptions (0.4); detailed voice mail message to Ms. Duff (0.1). R.T. CARLISLE | 0.50 hrs. | 260.00/hr | $130.00 |

W. R. Grace & Co.

September 7, 2005
Invoice 698422 Page 2

| 07/22/05 | Confer with Ms. Duff regarding raw material issue (0.5); confer with Ms. Duff and Mr. Ball regarding related licensing issue (0.3); review license provided by client (0.9). | | | |
|----------|---|---|---|---|
| | R.T. CARLISLE | 1.70 hrs. | 260.00/hr | $442.00 |

| 07/25/05 | Highlight potential issues in license (0.3); review relevant cases (0.4); confer with Ms. Duff regarding same (0.4); research agency information relevant to exemption (2.5). | | | |
|----------|---|---|---|---|
| | R.T. CARLISLE | 3.60 hrs. | 260.00/hr | $936.00 |

| 07/26/05 | Research regulations pertaining to exclusions from definition of solid waste. | | | |
|----------|---|---|---|---|
| | R.T. CARLISLE | 1.20 hrs. | 260.00/hr | $312.00 |

**Fees for Legal Services** ...................................................................................................... **$4,352.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 1.50 | 290.00 | 435.00 |
| R.T. CARLISLE | 9.50 | 260.00 | 2,470.00 |
| A. SMITH | 19.30 | 75.00 | 1,447.50 |
| TOTAL | 30.30 | $143.65 | $4,352.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 07/12/2005 | Telephone 1-443-803-5751 | 0.15 |
|---|---|---|
| 07/13/2005 | Telephone 1-443-803-5751 | 0.05 |
| 07/15/2005 | Telephone 1-443-803-5751 | 0.10 |
| 07/22/2005 | Telephone 1-410-531-4210 | 2.65 |
| 07/25/2005 | Telephone 1-617-498-4852 | 0.05 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$3.00**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 3.00 |
| TOTAL | $3.00 |

**Net current billing for this invoice** .................................................................................... **$4,355.50**

**GRAND TOTAL**............................................................................................................... **$4,355.50**

W. R. Grace & Co.

September 7, 2005
Invoice 698422  Page 3

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 07/31/05

W. R. Grace & Co.
General
Our Matter # 02399/06000

| | | |
|---|---|---|
| Fees for Professional Services | $4,352.50 | |
| Charges for Other Services Provided/Expenses Incurred | $3.00 | |
| **Net current billing for this invoice** .................................................................. | | **$4,355.50** |
| **GRAND TOTAL**.......................................................................................................... | | **$4,355.50** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

**WIRING INSTRUCTIONS**
CB&T
**ABA#:** 061100606
**Beneficiary Bank:** National Bank of South Carolina (NBSC), Sumter, SC
**ABA#:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name:** Columbia Operating Account
**Beneficiary Account Number:** 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

August 19, 2005
Invoice 697037  Page  1

| Our Matter # | 02399/06030 | For Services Through 07/30/05 |
| WR Grace # | 032-KL-721400-00-5250472 | |
| Name of Matter: | Aiken-Title V Permit App. Iss | |

| 07/08/05 | Review Mr. Fishel's draft letter to Mr. Schneider (DHEC) regarding draft permit issues (0.3); provide comments on same to Mr. Fishel (0.1). | | | |
| | R.T. CARLISLE | 0.40 hrs. | 260.00/hr | $104.00 |
| 07/21/05 | Review issues raised by Title V question at Aiken and review information to respond to same. | | | |
| | B.F. HAWKINS, JR. | 1.10 hrs. | 290.00/hr | $319.00 |
| 07/21/05 | Confer with Mr. Fishel regarding Title V question (0.1); confer with Attorney Hawkins regarding same (0.4); review file information pertinent to same (1.6); electronic mail memorandum to Mr. Fishel regarding same (0.1). | | | |
| | R.T. CARLISLE | 1.20 hrs. | 260.00/hr | $312.00 |
| 07/22/05 | Review Title V permit questions (0.9); discuss with Ms. Duff and Mr. Emmett (0.4). | | | |
| | B.F. HAWKINS, JR. | 1.30 hrs. | 290.00/hr | $377.00 |
| 07/22/05 | Detailed voice mail message to Mr. Fishel regarding Title V issues. | | | |
| | R.T. CARLISLE | 0.10 hrs. | 260.00/hr | $26.00 |
| 07/25/05 | Address Title V issues for Aiken facility. | | | |
| | B.F. HAWKINS, JR. | 0.50 hrs. | 290.00/hr | $145.00 |
| 07/25/05 | Assist Attorney Carlisle with locating documents relating to Title issue for Aiken facility. | | | |
| | K. LUCAS | 0.50 hrs. | 75.00/hr | $37.50 |

**Fees for Legal Services** ..................................................................................................... **$1,320.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 2.90 | 290.00 | 841.00 |
| R.T. CARLISLE | 1.70 | 260.00 | 442.00 |
| K. LUCAS | 0.50 | 75.00 | 37.50 |
| TOTAL | 5.10 | $258.92 | $1,320.50 |

W. R. Grace & Co.

August 19, 2005
Invoice 697037  Page 2

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 07/22/2005 | Telephone 1-803-648-9575 | 0.15 |
| 07/25/2005 | Telephone 1-803-648-9575 | 0.10 |
| 07/25/2005 | Telephone 1-803-648-9575 | 0.15 |
| 07/25/2005 | Telephone 1-617-498-4852 | 0.05 |
| 07/25/2005 | Telephone 1-410-531-4210 | 0.15 |
| 07/25/2005 | Telephone 1-803-648-9575 | 0.10 |
| 07/25/2005 | Telephone 1-803-648-9575 | 0.20 |

**Total Charges for Other Services Provided/Expenses Incurred** ...................................  **$0.90**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.90 |
| TOTAL | $0.90 |

**Net current billing for this invoice** .................................................................................  **$1,321.40**

**GRAND TOTAL**.................................................................................................................  **$1,321.40**

W. R. Grace & Co.

August 19, 2005
Invoice 697037  Page 3

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 07/30/05

W. R. Grace & Co.
Aiken-Title V Permit App. Iss
Our Matter # 02399/06030

| | |
|---|---:|
| Fees for Professional Services | $1,320.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.90 |
| **Net current billing for this invoice** ................................................................... | **$1,321.40** |
| **GRAND TOTAL**............................................................................................................ | **$1,321.40** |

| |
|---|
| **Terms of Payment:  Balance due within thirty days of invoice date** |

**WIRING INSTRUCTIONS**
CB&T
**ABA#:** 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#:** 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.                                              August 15, 2005
ATTN: Lydia Duff, Esq.                                  Invoice 696309 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #           02399/06032                   For Services Through 07/30/05
WR Grace #             063-KL-721490-01-0501221
Name of Matter:        Charleston

| 07/01/05 | Telephone conference with Ms. Socha regarding Corps comments and coordination of response to resource agency comments. | | | |
|---|---|---|---|---|
| | N.J. SMITH | 0.30 hrs. | 290.00/hr | $87.00 |
| 07/15/05 | Telephone conference with Mr. Bailey regarding right of way issue for railway, excavation off site, and status of responses to agency comments, pending F&WS final comment. | | | |
| | N.J. SMITH | 0.40 hrs. | 290.00/hr | $116.00 |
| 07/18/05 | Review records on adjacent railway for legal ownership or easement rights (0.3); follow up with Ms. Socha on F&WS time frame for final comments (0.3). | | | |
| | N.J. SMITH | 0.60 hrs. | 290.00/hr | $174.00 |
| 07/26/05 | Review draft permit forwarded by client, evaluate RMT's comments, and identify additional points for correction or clarification. | | | |
| | R.T. CARLISLE | 1.20 hrs. | 260.00/hr | $312.00 |
| 07/27/05 | Contact North Charleston Sewer for copy of resolution, provide to Attorney Carlisle to assist in pretreatment analysis (0.2); follow up with Ms. Socha regarding Corps position on pending comments (0.2). | | | |
| | N.J. SMITH | 0.40 hrs. | 290.00/hr | $116.00 |
| 07/27/05 | Review North Charleston Sewer District Sewer Use Resolution and note points to raise with client (1.7); confer with Attorney Smith regarding combination of our comments on draft permit (0.2). | | | |
| | R.T. CARLISLE | 1.90 hrs. | 260.00/hr | $494.00 |
| 07/28/05 | Review draft wastewater application comments, note clarification for pre-treatment and discuss with Attorney Carlisle to finalize response to Mr. Bucens. | | | |
| | N.J. SMITH | 0.60 hrs. | 290.00/hr | $174.00 |
| 07/28/05 | Review EPA Pretreatment Regulation and compare to requirements of draft permit (2.9); respond to issues raised in draft comments to NCSD based on additional research and review and draft additional comments (3.8); confer with Attorney Smith regarding same (0.3); revise comments based on discussion with Attorney Smith (0.3). | | | |
| | R.T. CARLISLE | 7.30 hrs. | 260.00/hr | $1,898.00 |

**Fees for Legal Services** ........................................................................................... **$3,371.00**

W. R. Grace & Co.

August 15, 2005
Invoice 696309 Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 2.30 | 290.00 | 667.00 |
| R.T. CARLISLE | 10.40 | 260.00 | 2,704.00 |
| TOTAL | 12.70 | $265.43 | $3,371.00 |

Net current billing for this invoice ....................................................................................... **$3,371.00**

**GRAND TOTAL**............................................................................................................ **$3,371.00**

W. R. Grace & Co.

August 15, 2005
Invoice 696309  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 07/30/05

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

| | |
|---|---|
| Fees for Professional Services | $3,371.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

**Net current billing for this invoice** ............................................................... **$3,371.00**

**GRAND TOTAL**.................................................................................................. **$3,371.00**

---

| |
|---|
| **Terms of Payment:  Balance due within thirty days of invoice date** |

## WIRING INSTRUCTIONS
CB&T
**ABA#:** 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#:** 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

August 15, 2005
Invoice 696310  Page  1

| Our Matter # | 02399/06091 | For Services Through 07/30/05 |
|---|---|---|
| Name of Matter: | Fee Applications | |

| Date | Description | | | |
|---|---|---|---|---|
| 07/19/05 | Follow up on status of May 2005 Interim Fee Application and any objections, objections to April 2005 Interim Fee Application, and status of remaining quarterly fee applications. | | | |
| | B.J. BURN | 0.30 hrs. | 220.00/hr | $66.00 |
| 07/21/05 | Analyze June 2005 bills and draft corresponding fee application for attorney review and signature. | | | |
| | A.R. PRICE | 2.90 hrs. | 105.00/hr | $304.50 |
| 07/21/05 | Draft 17th Quarterly Fee Application and corresponding summary for attorney review and signature. | | | |
| | A.R. PRICE | 3.30 hrs. | 105.00/hr | $346.50 |
| 07/25/05 | Edit and revise June 2005 Interim Fee Application and review status of outstanding fee applications (0.3); follow up with Grace counsel on status of same (0.1). | | | |
| | B.J. BURN | 0.40 hrs. | 220.00/hr | $88.00 |
| 07/29/05 | Follow up and review status of April 2005 Fee Application and entry of CONO and update tracking chart with same. | | | |
| | B.J. BURN | 0.30 hrs. | 220.00/hr | $66.00 |
| 07/29/05 | Follow up on status of Examiner's report for the 15th Quarterly Fee Application and the status of the order approving the 15th Quarterly Fee Application and update tracking chart. | | | |
| | B.J. BURN | 0.30 hrs. | 220.00/hr | $66.00 |

**Fees for Legal Services** ............................................................................................... **$937.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.J. BURN | 1.30 | 220.00 | 286.00 |
| A.R. PRICE | 6.20 | 105.00 | 651.00 |
| TOTAL | 7.50 | 124.93 | 937.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|---|---|---|
| 06/30/2005 | Federal Express charge | 11.37 |

W. R. Grace & Co.

August 15, 2005
Invoice 696310 Page 2

**Total Charges for Other Services Provided/Expenses Incurred** ....................................    **$11.37**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Fed Ex | 11.37 |
| TOTAL | $11.37 |

**Net current billing for this invoice** ....................................................................................    **$948.37**

**GRAND TOTAL**.............................................................................................................    **$948.37**

W. R. Grace & Co.

August 15, 2005
Invoice 696310  Page 3

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN:  Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 07/30/05

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | | |
|---|---|---|
| Fees for Professional Services | $937.00 | |
| Charges for Other Services Provided/Expenses Incurred | $11.37 | |
| **Net current billing for this invoice** ............................................................. | | **$948.37** |
| GRAND TOTAL............................................................................................................. | | **$948.37** |

---

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

**WIRING INSTRUCTIONS**
CB&T
**ABA#:** 061100606
**Beneficiary Bank:** National Bank of South Carolina (NBSC), Sumter, SC
**ABA#:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name:** Columbia Operating Account
**Beneficiary Account Number:** 00322407701

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.                                                                              August 15, 2005
ATTN: Vicki B. Finkelstein                                                         Invoice 696311  Page  1
7500 Grace Drive
Columbia, MD  21044

Our Matter #              02399/09007                              For Services Through 07/30/05
Name of Matter:           Alchem Chemical Co.

07/21/05      Message from Ms. Johns regarding proposals and scope of work, review submitted
              information (0.1); briefly research Georgia EPD requirements, confirm with senior air staff,
              and review EPA regulations exempting active remediation emissions at this minor scale
              (0.5).
              N.J. SMITH                                    0.60 hrs.    290.00/hr              $174.00

**Fees for Legal Services** ................................................................................................... **$174.00**

### BILLING SUMMARY

|                 | Hours | Rate/Hr | Dollars |
|-----------------|-------|---------|---------|
| N.J. SMITH      | 0.60  | 290.00  | 174.00  |
| TOTAL           | 0.60  | 290.00  | 174.00  |

**Net current billing for this invoice** ................................................................................. **$174.00**

**GRAND TOTAL**.................................................................................................................. **$174.00**

W. R. Grace & Co.

August 15, 2005
Invoice 696311  Page 2

**REMITTANCE COPY**

Please Return With Your Payment To:

**ATTN:  Accounts Receivable**
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 07/30/05

W. R. Grace & Co.
Alchem Chemical Co.
Our Matter # 02399/09007

| | |
|---|---|
| Fees for Professional Services | $174.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

**Net current billing for this invoice** ..................................................................... **$174.00**

**GRAND TOTAL**............................................................................................................ **$174.00**

| |
|---|
| **Terms of Payment:  Balance due within thirty days of invoice date** |

**WIRING INSTRUCTIONS**
CB&T
**ABA#:** 061100606
**Beneficiary Bank:** National Bank of South Carolina (NBSC), Sumter, SC
**ABA#:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name:** Columbia Operating Account
**Beneficiary Account Number:** 00322407701

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and says as follows:

1.    I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bar of the State of South Carolina.

2.    I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special counsel to the Debtors in environmental-related litigation issues and real estate transactions and am thoroughly familiar

---

[2] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

        3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Bernard F. Hawkins, Jr.

SWORN to and subscribed before me

this _14_ day of _September_, 2005

_____ (L.S.)
Notary Public for South Carolina

My Commission Expires: _9-3-09_