# EXHIBIT C

## EXHIBIT C

## EXPENSES FOR THE FEE PERIOD JULY 1, 2005 THROUGH SEPTEMBER 30, 2005[3]

### EXPENSES FOR THE FEE PERIOD JULY 1, 2005 THROUGH JULY 31, 2005

Engagement Costs – Tahari, Ltd.

| | | |
|---|---|---:|
| 06/23/05 | Pd Fedex to Columbia MD;  BMB; Ck# 276080 | 14.89 |
| 06/24/05 | Pd World Copy for Bates Stamp Copies and 8-1/2 x 11 copies (5360); CK# 276532 | 989.79 |
| 06/27/05 | Pd Aetna Judicial Services; MED; Ck# 276377 | 6.00 |
| 07/12/05 | Pd Fedex to New York NY;  BMB; Ck# 276279 | 14.75 |
| 07/12/05 | Pd Fedex to New York NY;  BMB; Ck# 276279 | 14.75 |
| | Duplicating | 68.18 |
| | Matter Total Engagement Cost | 1,108.36 |

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---:|
| 07/18/05 | PD UPS TO WILMINGTON DE;  KMJ; CK# 276607 | 7.74 |
| | Duplicating | 23.10 |
| | Matter Total Engagement Cost | 30.84 |

Engagement Costs – NJDEP v. WR Grace et al.

| | | |
|---|---|---:|
| 06/02/05 | PD GENSYS CONFERENCING; RLP; Ck# 276085 | 258.53 |
| 06/10/05 | PD UPS TO WASHINGTON DC;  MEW; CK# 275800 | 8.95 |
| 06/10/05 | PD UPS TO BOCA RATON FL;  MEW;  CK# 275800 | 10.47 |
| 06/10/05 | PD UPS TO MEMPHIS TN;  MEW;  CK# 275800 | 10.02 |
| 06/23/05 | PD TRAVEL EXPENSE; AJM; CK# 276219 | 87.21 |
| 06/25/05 | PD AMEX  FOR MEAL EXPENSE;  AJM;  CK# 275882 | 146.91 |
| 06/27/05 | PD  UPS  TO  WASHINGTON  DC;  MSM;  INV# 81207275 | 8.95 |
| 06/27/05 | PD UPS TO MEMPHIS TN;  MSM;  INV# 81207275 | 10.02 |
| 06/27/05 | PD UPS TO WAYNE NJ;  MSM;  INV# 81207275 | 7.74 |
| 06/29/05 | PD MEAL EXPENSES; MM; UH 7/15/05 P7P | 32.22 |
| 07/01/05 | PD EXPENSES FOR COLOR COPIES (46) X .75 | 34.50 |
| 07/05/05 | PD UPS TO NASHVILLE, TN; MEW; CHECK #276416 | 10.02 |
| 07/06/05 | PD MEAL EXPENSE; MBD | 20.00 |
| 07/06/05 | PD UPS TO TRENTON, NJ; MEW; CHECK # 276416 | 7.74 |
| 07/07/05 | PD UPS TO WHEELING, WV; MSM; CHECK #276416 | 15.47 |

---

[3] Certain of these expenses are set forth in greater detail in the previously filed monthly fee applications.

| | | |
|---|---|---:|
| 07/07/05 | PD UPS TO TRENTON, NJ; AJM; CHECK #276416 | 7.74 |
| 07/07/05 | PD UPS TO WASHINGTON, DC; MEW; CHECK #276416 | 8.95 |
| 07/07/05 | PD UPS TO TRENTON, NJ; AJM; CHECK # 276416 | 7.74 |
| 07/07/05 | PD UPS TO TRENTON, NJ; MSM; CHECK # 276416 | 12.97 |
| 07/08/05 | PD MEAL EXPENSES; AJM | 31.16 |
| 07/08/05 | PD UPS ADJMT; MSM; CK# 276489 | 3.43 |
| 07/12/05 | PD UPS TO MEMPHIS TN; MSM; CK# 276489 | 25.47 |
| 07/12/05 | PD UPS TO WASHINGTON DC; MSM; CK# 276489 | 16.25 |
| 07/15/05 | PD UPS TO BOSTON, MA; YD; CK#276489 | 8.95 |
| 07/15/05 | PD UPS TO ROSELAND, NJ;  YD; CK#276489 | 7.74 |
| 07/15/05 | PD UPS TO NEWARK, NJ; YD; CK#276489 | 7.74 |
| 07/18/05 | PD UPS TO COLUMBIA MD; MEW; CK# 276607 | 11.06 |
| 07/19/05 | PD UPS TO BOSTON MA;  YD; CK# 276607 | 8.77 |
| 07/19/05 | PD UPS TO NEWARK NJ;  YD; CK# 276607 | 7.74 |
| 07/20/05 | PD UPS TO ROSELAND, NJ; MSM; CK# 276607 | 24.84 |
| 07/20/05 | PD UPS TO WAYNE, NJ; MEW; CK# 276607 | 7.74 |
| 07/20/05 | PD UPS TO TRENTON, NJ; AJM; CK# 276607 | 7.74 |
| 07/20/05 | PD UPS TO TRENTON, NJ; AJM; CK# 276607 | 7.74 |
| 07/21/05 | PD EXPENSES FOR COLOR COPIES (23) X .75; YD | 17.25 |
| 07/22/05 | PD UPS TO TRENTON, NJ; MSM; CK# 276607 | 14.84 |
| 07/22/05 | PD UPS TO BOSTON, MA; CK# 276607 | 13.75 |
| 07/22/05 | PD UPS TO NEW YORK, NY; MSM; CK# 276607 | 13.44 |
| 07/23/05 | PD UPS TO FLORHAM PARK NJ; CK# 276607 | 11.90 |
| | Computer Assisted Research | 6658.77 |
| | Postage | 17.95 |
| | Telephone | 44.18 |
| | Matter Total Engagement Cost | 8,813.34 |

## EXPENSES FOR THE FEE PERIOD AUGUST 1, 2005 THROUGH AUGUST 31, 2005

Engagement Costs – Weja, Inc.

| | | |
|---|---|---:|
| 01/13/05 | Paid Skyline Duplication #10501 S#6899 | 205.43 |
| | Computer Assisted Research | 88.16 |
| | Matter Total Engagement Cost | 293.59 |

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---:|
| 08/11/05 | PD UPS TO WILMINGTON DE;  KMJ; CK# 277290 | 9.84 |
| 08/16/05 | PD UPS TO WILMINGTON DE; KMJ; CK# 277659 | 10.78 |
| | Duplicating | 61.46 |
| | Matter Total Engagement Cost | 82.08 |

1362059A01111105

Engagement Costs – NJDEP v. WR Grace

| | | |
|---|---|---:|
| 06/06/05 | Paid Skyline Duplication 10501 S#6917 | 9951.60 |
| 06/09/05 | PD GENESYS CONF; CJS; CK# 277220 | 133.40 |
| 06/22/05 | Paid Merrill Communications #10501 S#6962 | 855.23 |
| 06/29/05 | Paid Merrill Communications #10501 S#6962 | 219.10 |
| 06/29/05 | Paid Merrill Communications #10501 S#6962 | 315.36 |
| 06/30/05 | Paid Skyline Duplication #10501 S#6962 | 249.74 |
| 07/13/05 | PD AMEX  TO EDISON PLAZA CORP; MEW; CK# 276957 | 14.00 |
| 07/13/05 | PD TRAVEL EXPENSE; MEW; CK# 277563 | 20.99 |
| 07/25/05 | PD UPS TO WILMINGTON DE;  MEW; CK# 277032 | 7.74 |
| 07/25/05 | PD UPS TO WAYNE NJ;  MEW; CK# 277032 | 7.74 |
| 07/27/05 | PD UPS TO MEMPHIS TN; MSM; CK# 277032 | 10.02 |
| 07/27/05 | PD UPS TO WASHINGTON DC;  MSM; CK# 277032 | 8.95 |
| 07/27/05 | PD UPS TO UNION NJ; MEW; CK# 277032 | 7.74 |
| 08/03/05 | PD UPS TO CAMBRIDGE MA; MSM; CK# 277175 | 13.12 |
| 08/04/05 | Paid  Investigative Consultants Int'l. for services rendered #10501; S#6918 | 5242.50 |
| 08/04/05 | PD UPS TO UNION NJ; MSM; CK# 277175 | 11.41 |
| 08/11/05 | PD TRAVEL EXPENSE; MEW; CK# 277563 | 147.71 |
| 08/17/05 | PD UPS TO ROSELAND NJ; YMD; CK# 277659 | 7.74 |
| 08/17/05 | PD UPS TO BOSTON MA; YMD; CK# 277659 | 8.95 |
| 08/17/05 | PD UPS TO NEW YORK NY; YMD; CK# 277659 | 7.74 |
| 08/19/05 | PD UPS TO TRENTON NJ; AJM; CK# 277659 | 7.74 |
| 08/24/05 | Paid Environmental, Health & Safety  Waste Management for duplicating cost   #10501; S#6958 | 481.65 |
| | Computer Assisted Research | 2988.25 |
| | Duplicating | 440.34 |
| | Matter Total Engagement Cost | 21,158.76 |

Engagement Costs – Tahari, Ltd.

| | | |
|---|---|---:|
| | Duplicating | 19.74 |
| | Matter Total Engagement Cost | 19.74 |

## EXPENSES FOR THE FEE PERIOD
## SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005

Engagement Costs – NJDEP v. W.R. Grace et al.

| | | |
|---|---|---:|
| 09/14/04 | PD UPS  TO TRENTON NJ; MSM; CK# 278529 | 7.74 |

1362059A01111105

| | | |
|---|---|---:|
| 06/09/05 | Pd conferencing; AJM; CK# 278664 | 141.41 |
| 07/19/05 | PD TRAVEL EXPENSES FROM WESTFIELD TO HAMILTON TO MORRISTOWN, NJ; PJH; CK# 278531 | 39.29 |
| 08/02/05 | PD AMEX FOR TRAVEL EXPENSE; MEW; CK# 277871 | 32.84 |
| 08/10/05 | PD AMEX FOR TRAVEL EXPENSE; MEW; CK# 277871 | 10.00 |
| 08/10/05 | PD AMEX FOR TRAVEL EXPENSE; MEW; CK# 277871 | 567.40 |
| 08/10/05 | PD AMEX FOR TRAVEL EXPENSE; MEW; CK# 277871 | 567.40 |
| 08/12/05 | PD AMEX FOR TRAVEL EXPENSE; MEW; CK# 277871 | 30.00 |
| 08/12/05 | PD AMEX FOR MEAL EXPENSE; MEW; CK# 277871 | 38.57 |
| 08/23/05 | PD UPS TO LIVINGSTON NJ; MEW; CK# 278348 | 9.22 |
| 08/25/05 | PD UPS TO NEWARK NJ; MSM; CK# 278348 | 7.74 |
| 08/29/05 | PD UPS TO ROSELAND, NJ; MSM; CK# 278349 | 17.34 |
| 08/30/05 | Paid Rizman Rappaport Dillon #10501 S#7006 | 1981.35 |
| 08/31/05 | PD INTEGRITY EXP TO TRENTON NJ; SAM; CK# 278173 | 105.95 |
| 09/06/05 | PD UPS TO TRENTON NJ; SAM; CK# 278530 | 7.74 |
| 09/06/05 | PD UPS TO TRENTON NJ; CK# 278530 | 9.22 |
| 09/06/05 | PD UPS TO MEMPHIS TN; MSM; CK# 278530 | 10.02 |
| 09/06/05 | PD UPS TO WASHINGTON DC; MSM; CK# 278530 | 8.95 |
| 09/06/05 | PD UPS TO BOSTON MA; MSM; CK# 278530 | 8.95 |
| 09/06/05 | PD UPS TO NEW YORK NY; MSM; CK# 278530 | 7.74 |
| 09/07/05 | PD INTEGRITY EXPRESS TO TRENTON NJ; MSM; CK# 278589 | 105.95 |
| 09/07/05 | PD INTEGRITY EXPRESS TO TRENTON NJ; MSM; CK# 278589 | 55.00 |
| 09/20/05 | Paid Clerk, U.S. Dist. Court of NJ for filing fee #10507; S#7026 | 250.00 |
| 09/20/05 | PD TRAVEL EXPENSES TO TRENTON, NJ; KD; UJ 9-30-05 | 272.46 |
| 09/20/05 | PD MEAL EXPENSES; KD; UJ 9-30-05 | 39.53 |
| 09/21/05 | PD TRAVEL EXPENSES TO TRENTON, NJ; KD; UJ 9-30-05 | 143.97 |
| 09/21/05 | PD MEAL EXPENSES; KD; UJ 9-30-05 | 11.72 |
| 09/30/05 | PD UPS TO TRENTON NJ; MSM; CK# 278529 | 7.74 |
| | Computer Assisted Research | 1533.85 |
| | Duplicating | 959.00 |
| | Duplicating | 94.50 |
| | Matter Total Engagement Cost | 7,082.59 |

Engagement Costs – Tahari, Ltd.

178

| | | |
|---|---|---:|
| 09/08/05 | Pd BMW Messenger to New York NY;  BMB;  Ck# 278265 | 52.85 |
| 09/19/05 | Notice of motion filing fee #10507 S#7019 HC154634 | 45.00 |
| | Computer Assisted Research | 247.72 |
| | Duplicating | 230.44 |
| | Matter Total Engagement Cost | 576.01 |

179