IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 23rd day of November, 2005, I

caused a copy of the following document to be served on the individuals on the attached service

list(s) in the manner indicated:

1.  **Notice of Filing of Eighteenth Quarterly Fee Application of Pitney
    Hardin LLP for Compensation and Reimbursement of Expenses for
    July 1, 2005 Through September 30, 2005.**

_____
James E. O'Neill (DE Bar No. 4042)

**W. R. Grace 2002 Service List**
Case No. 01-1139 (JKF)
Doc. No. 22588
037 - Hand Delivery
001 – Foreign First Class Mail
218 - First Class Mail

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub
P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

*Hand Delivery*
(Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Asbestos PI Committee)
Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street
#300
Wilmington, DE 19801

*Hand Delivery*
)
William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Travelers Casualty and Surety Company)
Robert J. Dehney
Michael G. Busenkell
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

*Hand Delivery*
(Counsel to The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Maryland Casualty)
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Ingersoll-Rand Fluid Products)
Francis A. Monaco, Jr., Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Asbestos PD Committee)
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

*Hand Delivery*
)
Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

*Hand Delivery*
)
Joseph Grey, Esquire
Stevens & Lee
1105 N. Market Street, Suite 700
Wilmington, DE 19801-1270

*Hand Delivery*
(Counsel to Official Committee of Unsecured
Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

*Hand Delivery*
)
Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*Hand Delivery*
(Counsel for General Electric Corporation)
Todd C. Schiltz, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street
Suite 1001
Wilmington, DE 19801

*Hand Delivery*
)
Kathleen Miller, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Century Indemnity Company)
Curtis Crowther, Esquire
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19801

*Hand Delivery*
(Counsel to First Union Leasing)
John D. Demmy, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, Suite 700
Wilmington, DE 19801-1270

*Hand Delivery*
(Zonolite Attic Litigation Plaintiffs)
William D. Sullivan, Esquire
Buchanan Ingersoll PC
The Nemours Building
1007 North Orange Street, 11th Floor
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Mark Hankin and HanMar Associates,
Fireman's Fund Insurance Co.)
Thomas G. Whalen, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Equity Committee)
Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397

*Hand Delivery*
(Counsel to Union Tank Car Company)
Rachel B. Mersky, Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Royal Insurance)
Megan N. Harper, Esquire
Bifferato, Bifferato & Gentilotti
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899

*Hand Delivery*
(Counsel to The Delaware Division of Revenue)
Allison E. Reardon
Delaware Division of Revenue
820 N. French Street
8th Floor
Wilmington, DE 19801

*Hand Delivery*
(Counsel to the Libby Mine Claimants)
Steven K. Kortanek, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

*Hand Delivery*
(L.A. Unified School District)
William F. Taylor, Jr., Esquire
McCarter & English, LLP
Mellon Bank Center
919 Market Street, Suite 1800
Wilmington, Delaware 19899

*Hand Delivery*
)
Frederick B. Rosner, Esquire
Jaspan Schlesinger Hoffman, LLP
913 N. Market Street
Fl 12
Wilmington, DE 19801

*Hand Delivery*
(Counsel to American Premier Underwriters, Inc.)
Elio Battista, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801-4226

*Hand Delivery*
(Counsel for David T. Austern)
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

*Hand Delivery*
(Counsel to Libby Claimants)
Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1600
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Gamma Holding, NV)
David E. Wilks, Esquire
Buchanan Ingersoll PC
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE 19801

*Hand Delivery*
)
Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

*Hand Delivery*
(Counsel to Allstate Insurance Company)
James S. Yoder, Esquire
White and Williams LLP
824 Market Street, Suite 902
Wilmington, DE 19899-0709

*Hand Delivery*
(Counsel to Everest Reinsurance Company and Mt. McKinley Insurance Company)
Brian L. Kasprzak, Esquire
Marks, O'Neill, O'Brien and Courtney, P.C.
913 North Market Street
Suite 800
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Peters, Smith and Company)
Brian A. Sullivan, Esquire
Amy D. Brown, Esquire
Werb & Sullivan
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, DE 19899

**Hand Delivery**
(Counsel to American Employers Insurance Co, Employers Commercial
Union n/k/a OneBeacon A (Counsel to American Employers Insurance
Co, Employers Commercial Union n/k/a OneBeacon America Insurance
Co and Unigard Insurance Co)
David P. Primack, Esquire
Drinker Biddle & Reath LLP
1100 North Market Street
Suite 1000
Wilmington, DE  19801-1254

**Hand Delivery**
(Counsel to U.S. Fire Insurance Company)
Ian Connor Bifferato, Esquire
Joseph K. Koury, Esquire
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE  19899

**Foreign First Class Mail**
(Canadian Counsel to Debtor)
Derrick Tay, Esquire
Ogilvy-Renault
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4
Canada

**First Class Mail**
(Counsel to Debtor)
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

**First Class Mail**
(W. R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

**First Class Mail**
(Counsel to Asbestos PI Committee)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

**First Class Mail**
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

**First Class Mail**
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131

**First Class Mail**
(Counsel to Equity Committee)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

**First Class Mail**
(Counsel to Sealed Air Corporation)
D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

**First Class Mail**
(Counsel to Asbestos Claimants)
Nancy Worth Davis, Esquire
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC  29465

**First Class Mail**
)
Todd Meyers, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Suite 2800
Atlanta, GA  30309

*First Class Mail*
)
Office of Reorganization
Securities & Exchange Commission
Suite 1000
3475 Lenox Road, N.E.
Atlanta, GA  30326-1232

*First Class Mail*
)
Internal Revenue Service
Attn: Insolvency
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

*First Class Mail*
)
Michael A. Berman, Esquire
Securities and Exchange Commission
450 Fifth Street, N.W. (Mail Stop 6-6)
Washington, D.C.  20549

*First Class Mail*
)
Secretary of Treasurer
P.O. Box 7040
Dover, DE  19903

*First Class Mail*
)
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

*First Class Mail*
)
James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, CO  80202

*First Class Mail*
)
Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan & McGarvey PC
745 South Main Street
Kalispel, MT  59901

*First Class Mail*
)
Patrick L. Hughes, Esquire
12202 Midland Walk
Austin, TX  78727

*First Class Mail*
(Counsel to DIP Lender)
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

*First Class Mail*
)
Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY  10004

*First Class Mail*
)
Ira S. Greene, Esquire
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022-6225

*First Class Mail*
)
James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NJ  08736

*First Class Mail*
)
Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA  94304-1125

*First Class Mail*
)
Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI  54306

*First Class Mail*
)
David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

*First Class Mail*
)
Charles L. Finke, Assistant General Counsel
Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C. 20005-4026

*First Class Mail*
)
Pamela Zilly
Richard Shinder
Barry Korn
The Blackstone Group
345 Park Avenue, 30th Floor
New York, NY 10154

*First Class Mail*
)
Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

*First Class Mail*
(Counsel to Asbestos Claimants)
Steven T. Baron, Esquire
Member
Silber Pearlman, LLP
2711 North Haskell Avenue, 5th Floor, LLP
Dallas, TX 75204

*First Class Mail*
)
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

*First Class Mail*
(Attorneys for PPG Industries, Inc.)
W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA 19103

*First Class Mail*
)
Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

*First Class Mail*
)
Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

*First Class Mail*
)
Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, P.O. Box 8705
Dallas, TX 75219

*First Class Mail*
)
Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

*First Class Mail*
)
Courtney M. Labson, Esquire
Ontario Mills LP
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA 22209

*First Class Mail*

)
T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

*First Class Mail*

)
Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH  43506

*First Class Mail*

)
Alan Kolod, Esquire
Moses & Singer LLP
1301 Avenue of the Americas
40th Floor
New York, NY  10019-6076

*First Class Mail*

)
Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street
Fourth Floor
New York, NY  10006

*First Class Mail*

)
John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064

*First Class Mail*

)
The Gibson Law Firm, PLLC
P.O. Box 6005
Ridgeland, MS  39158-6005

*First Class Mail*

)
Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street
Suite 700
Atlanta, GA  30309

*First Class Mail*

)
Christopher L. Beard, Esquire
The Beard Group
502 W. Patrick Street
Frederick, MD  21701-4002

*First Class Mail*

)
Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA  90067

*First Class Mail*

)
Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY  11530

*First Class Mail*

)
Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite #600
Houston, TX  77017

*First Class Mail*

)
Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
925 4th Avenue
Suite 2900
Seattle, WA  98104-1158

*First Class Mail*

)
Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD  21226-1595

*First Class Mail*

)
Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, MA  02110-2624

*First Class Mail*
)
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

*First Class Mail*
)
Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA 19030

*First Class Mail*
)
Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD 21214

*First Class Mail*
)
Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
1534 E. 6th Street, Suite 104
Brownsville, TX 78520

*First Class Mail*
)
Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ 07663

*First Class Mail*
)
John M. Klamann
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS 66210

*First Class Mail*
)
Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, Salisbury & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202

*First Class Mail*
)
Paul D. Henderson, Esquire
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX 77630

*First Class Mail*
)
Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

*First Class Mail*
)
Elizabeth S. Kardos, Esquire
Gibbons, Del Deo, Dolan Griffinger & Vecchione, PC
One Riverfront Plaza
Newark, NJ 07102-5497

*First Class Mail*
)
Thomas J. Noonan, Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928

*First Class Mail*
)
Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

*First Class Mail*
(Counsel to Public Service Electric and Gas Company)
William E. Frese, Esquire
Attn: Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ 07101

*First Class Mail*
(Counsel to Official Committee of Unsecured
Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ  07102-3889

*First Class Mail*
(Tennessee Department of Environment and
Conservation – Superfund)
Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN  37202-0207

*First Class Mail*
(Counsel to numerous asbestos claimants)
Scott Wert, Esquire
Foster & Sear, LLP
524 E. Lamar Blvd., Ste 200
Arlington, TX  76011

*First Class Mail*
(Counsel to Berry & Berry)
C. Randall Bupp, Esquire
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Rafael, CA  94903

*First Class Mail*
)
Anton Volovsek
Rt2 – Box 200 #42
Kamiah, ID  83536-9229

*First Class Mail*
(Counsel to Weatherford U.S. Inc., and Weatherford
International Inc.)
Peter S. Goodman, Esquire
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY  10017

*First Class Mail*
)
Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, FL  32399-3000

*First Class Mail*
)
State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
101 E. Town Street, Second Floor
Columbus, OH  43215

*First Class Mail*
)
Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

*First Class Mail*
)
Greif, Inc.
Attn:  Credit Department
366 Greif Parkway
Delaware, OH  43015

*First Class Mail*
(Counsel to SAP America, Inc.)
Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ  08108

*First Class Mail*
)
Barbara M. Cook, County Solicitor
Katherine L. Taylor, Senior Assistant County Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, MD  21043

*First Class Mail*
)
Danice Sims
P.O. Box 66658
Baton Rouge, LA  70896

*First Class Mail*
)
M. Diane Jasinski, Esquire
Michael D. Hess
Corporation Counsel of the City of New York
100 Church Street, Room 6-127
New York, NY 10007

*First Class Mail*
)
Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, AZ 85007-1278

*First Class Mail*
)
Russell W. Savory
Gotten, Wilson & Savory, PLLC
88 Union Avenue, 14th Floor
Memphis, TN 38103

*First Class Mail*
)
Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN 38103

*First Class Mail*
)
James P. Ruggeri
Scott A. Shail
Hogan & Harton L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109

*First Class Mail*
)
Steven R. Bourne, Esquire
Nutter, McClennen & Fish, LLP
155 Seaport Blvd
Boston, MA 02210-2604

*First Class Mail*
)
Daniel H. Slate, Esquire
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA 90071-3442

*First Class Mail*
)
Andrea L. Hazzard, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

*First Class Mail*
)
Authur Stein, Esquire
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ 08731-6070

*First Class Mail*
)
Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385

*First Class Mail*
)
Maggie De La Rosa
Provost & Umphrey
Law Firm, L.L.P.
490 Park Street
Beaumont, TX 77701

*First Class Mail*
)
Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
LibertyView – Suite 700
457 Haddonfield Road
P.O. Box 2570
Cherry Hill, NJ 08034

*First Class Mail*
)
Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612-1413

*First Class Mail*
)
Dorine Vork, Esquire
Stibbe, P.C.
350 Park Avenue
New York, NY 10022

*First Class Mail*
)
Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO 63366

*First Class Mail*
)
Bart Hartman
Treasurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA 92101

*First Class Mail*
)
David Aelvoet, Esquire
Linebarger Goggan Blair Graham Pena & Sampson,
LLP
Travis Park Plaza Building
711 Navarro, Suite 300
San Antonio, TX 78205

*First Class Mail*
)
Robert Cimino, Esquire
Suffolk County Attorney
Attn: Diane Leonardo Beckmann, Asst. County
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY 11788-0099

*First Class Mail*
(Counsel to Toyota Motor Credit)
Robert T. Aulgur, Jr., Esquire
P.O. Box 617
Odessa, DE 19730

*First Class Mail*
(Counsel to Dow Chemical Company, Hampshire
Chemical Corporation and Union
Carbide Corporation)
Kathleen Maxwell
Legal Department
The Dow Chemical Company
2030 Dow Center/Office 732
Midland, MI 48674

*First Class Mail*
)
Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
Liberty View – Suite 700
457 Haddonfield Road
Cherry Hill, NJ 08002

*First Class Mail*
(Counsel to General Electric Capital Corporation)
Ronald S. Beacher, Esquire
Pitney, Hardin, Kipp & Szuch LLP
7 Times Square
New York, NY 10036-6524

*First Class Mail*
)
Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL 32412-0950

*First Class Mail*
)
Gina Baker Hantel, Esquire
Attorney General Office
Bankruptcy Division
State of Tennessee
425 5th Avenue North, Floor 2
Nashville, TN 37243

*First Class Mail*
)
Jeffrey L. Glatzer, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

*First Class Mail*
)
Thomas V. Askounis, Esquire
Askounis & Borst, P.C.
303 East Wacker Drive
Suite 1000
Chicago, IL  60601

*First Class Mail*
)
Attn: Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street
Second Floor
Charlottesville, VA  22902

*First Class Mail*
)
E. Katherine Wells, Esquire
South Carolina Department of Health and
Environmental Control
2600 Bull Street
Columbia, SC  29201-1708

*First Class Mail*
)
James M. Garner, Esquire
Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
Essen Centre
5353 Essen Lane
Suite 650
Baton Rouge, LA  70809

*First Class Mail*
)
William H. Johnson, Esquire
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA  23510-9242

*First Class Mail*
(Counsel to Wells Fargo Bank Minnesota, National
Association)
Pillsbury Winthrop LLP
1540 Broadway #9
New York, NY  10036-4039

*First Class Mail*
(Counsel to Wells Fargo Bank Minnesota, National
Association)
Craig Barbarosh, Esquire
Pillsbury Winthrop LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA  92626-7122

*First Class Mail*
(Counsel to Aldine Independent School District)
Aldine Independent School District
Jonathan C. Hantke, Esquire
Pamela H. Walters, Esquire
14910 Aldine-Westfield Road
Houston, TX  77032

*First Class Mail*
)
DAP Products, Inc.
c/o Julien A. Hecht, Esquire
2400 Boston Street, Suite 200
Baltimore, MD  21224

*First Class Mail*
)
Steven B. Flancher, Esquire
Assistant Attorney General
Department of Attorney General
Revenue and Collections Division
P.O. Box 30754
Lansing, MI  48909

*First Class Mail*
(Counsel to Asbestos Claimants)
Deirdre Woulfe Pacheco, Esquire
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ  07095

*First Class Mail*
(Counsel to LaVantage Solutions)
Matthew A. Porter, Esquire
Bernard J. Bonn III, Esquire
Dechert Price & Rhoads
200 Clarendon Street
27th Floor
Boston, MA  02116-5021

*First Class Mail*
(Counsel to Occidental Permian, Ltd.)
John W. Havins, Esquire
Havins & Associates PC
1001 McKinney, Suite 500
Houston, TX 77002

*First Class Mail*
(Counsel to The Texas Comptroller of Public Accounts)
Mark Browning, Esquire
Assistant Attorney General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

*First Class Mail*
(Counsel to Fireman's Fund Insurance Company)
Leonard P. Goldberger, Esquire
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702

*First Class Mail*
(Comptroller of Public Accounts of the State of Texas)
Kay D. Brock, Esquire
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

*First Class Mail*
)
Cynthia C. Hemme, Esquire
Senior Counsel
Nortel Networks, Inc.
4010 E. Chapel Hill-Nelson Hwy.
Research Triangle Park, NC 27709

*First Class Mail*
(Counsel to Anderson Memorial Hospital)
Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924

*First Class Mail*
(Counsel to WESCO Distribution, Inc.)
Julie Quagliano
Quagliano & Seeger PC
2620 P Street, NW
Washington, DC 20007-3062

*First Class Mail*
)
General Motors Acceptance Corporation
P.O. Box 5055
Troy, MI 48007-5055

*First Class Mail*
(Counsel to Amalgamated Industries and Service
Workers Benefit Fund)
Judith Greenspan, Esquire
Associate Counsel
The Amalgamated Industries and Service Workers
Benefit Fund
730 Broadway
Tenth Floor
New York, NY 10003-9511

*First Class Mail*
)
Donna J. Petrone, Esquire
ExxonMobil Chemical Company
Law Department – Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX 77079-1398

*First Class Mail*
(Counsel to Potash Corp.)
David W. Wirt, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601

*First Class Mail*
)
Alan H. Katz, Esquire
Entergy Services, Inc.
693 Loyola Avenue, Suite 2600
New Orleans, LA 70113

*First Class Mail*

)
Sander L. Esserman
Stutzman Bromberg, Esserman & Plifka
A Professional Corporation
2323 Bryan Street
Suite 2200
Dallas, TX 75201

*First Class Mail*

(Counsel to Huntsman Corporation)
Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX 77002

*First Class Mail*

(Zonolite Attic Litigation Plaintiffs)
Elizabeth J. Cabraser, Esquire
Lieff, Cabraser, Heimann & Bernstein, LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111

*First Class Mail*

(Zonolite Attic Litigation Plaintiffs)
Thomas M. Sobol, Esquire
Hagens Berman LLP
One Main Street, 4th Floor
Cambridge, Massachusetts 02142

*First Class Mail*

(Zonolite Attic Litigation Plaintiffs)
Robert M. Fishman, Esquire
Shaw Gussis Domanskis Fishman & Glantz
321 N. Clark Street
Suite 800
Chicago, Illinois 60610

*First Class Mail*

)
Scott Barker
Credit Manager
Phelps Dodge Corp.
(Formerly Climax Molybdenum Marketing
Corporation)
One North Central Avenue
Phoenix, AZ 85004

*First Class Mail*

)
Coudert Brothers
Attn: Joseph D. Farrell, Esquire and Edward H.
Tillinghast, III, Esquire
1114 Avenue of the Americas
New York, NY 10036

*First Class Mail*

(Counsel to Marco Barbanti)
Darrell W. Scott
The Scott Law Group
926 W. Sprague Ave., Suite 583
Spokane, WA 99201

*First Class Mail*

(Missouri Department of Revenue)
Missouri Department of Revenue
Bankruptcy Unit
Gary L. Barnhart
PO Box 475
Jefferson City, MO 65105-0475

*First Class Mail*

(Peters, Smith & Company)
Mr. Charles C. Trascher III, Esquire
Snellings, Breard, Sartor, Inabnett & Trascher, LLP
PO Box 2055
Monroe, LA 71207

*First Class Mail*

(The Baupost Group LLC)
Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*First Class Mail*

(Attorney General of PA(Commonwealth of PA, Dept.
of Revenue)
Christopher R. Momjian
Senior Deputy Attorney General
I.D. No. 057482
Office of Attorney General
21 S. 12th Street, 3rd. Floor
Philadelphia, PA 19107-3603

*First Class Mail*
)
Denise A.Kuhn
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603

*First Class Mail*
(Snack, Inc.)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166

*First Class Mail*
(Snack, Inc.)
Vahe Melkonian
Newco Management Company, LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA  91367

*First Class Mail*
(W.C. Baker, E.E. Jaques, B.H. Miller, M.R. Fisher,
S.R. Ormsbee, M. Rea and the Fisher Trust)
Richard B. Spector, Esquire
Mark M. Monachino, Esquire
Corbett & Steelman
18200 Von Karman Avenue, Suite 200
Irvine, CA  92612-1086

*First Class Mail*
(Counsel to AON Consulting, Inc.)
Barry D. Kleban, Esquire
Adelman Lavine Gold and Levin
Suite 900
Four Penn Center
Philadelphia, PA  19103

*First Class Mail*
)
Michael Selig
Westover Investments, L.L.C.
555 Old Garth Road
Charlottesville, VA  22901

*First Class Mail*
(Hearthside Residential Corp.)
Allan H. Ickowitz, Esquire
Nossaman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street, 31st Floor
Los Angeles,CA  90071

*First Class Mail*
(Georgia Department of Revenue)
Oscar B. Fears, III
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA  30334

*First Class Mail*
)
Philip J. Ward
Victoria Radd Rollins
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC  20005

*First Class Mail*
)
Ralph R. Mabey
Penrod W. Keith
LeBoeuf, Lamb, Greene & MacRae, LLP
1000 Kearns Building
136 South Main Street
Salt Lake City, UT  84101

*First Class Mail*
)
Margaret A. Holland
Deputy Attorney General
New Jersey Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ  08625

*First Class Mail*
)
Craig A. Slater, Esquire
Harter,Secrest & Emery LLP
Twelve Fountain Plaza
Suite 400
Buffalo, NY  14202

*First Class Mail*
)
Rachel Jeanne Lehr
Deputy Attorney General
Office of the Attorney General
R.J.Hughes Justice Complex
P.O. Box 093
Trenton, NJ  08625

*First Class Mail*
)
Larry A. Feind
133 Peachtree Street, N.E.
7th Floor
Atlanta ,GA  30303

*First Class Mail*
)
Bryan Shapiro
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, NY  10179

*First Class Mail*
(Counsel to County Of Dallas)
Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1720
Dallas, TX  75201-2691

*First Class Mail*
)
Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA 19027

*First Class Mail*
(Counsel to Travelers Casualty and Surety Company)
Lynn K. Neuner, Esquire
Simpson, Thacher, & Bartlett
425 Lexington Avenue
New York, NY  10017-3954

*First Class Mail*
(Counsel to Kaneb Pipe Line Operating Partnership LP
and Support Terminal Services, Inc.)
Gerald G. Pecht, Esquire
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX  77010-3095

*First Class Mail*
)
Jonathan D. Berger, Esquire
Russell Henkin, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103-6365

*First Class Mail*
(Counsel to Louis S. Robles, Esquire and Robles Law
Center, P.A.)
Nicholas J. LePore, III
Schnader Harrison Segal & Lewis LLP
Suite 3600, 1600 Market Street
Philadelphia, PA  19103

*First Class Mail*
(Counsel to Novak Landfill RD/RA Group)
Noel C. Burnham, Esquire
Richard G. Placey, Esquire
Montgomery, McCracken, Walker & Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA  19109

*First Class Mail*
)
DACA V, LLC
Attn: Julie Bubnack
1565 Hotel Cir S
Ste 310
San Diego, CA  92108-3419

*First Class Mail*
(Counsel to Lawson Electric Co.)
Ronald D. Gorsline
Chambliss, Bahner, & Stophel, P.C.
1000 Tallan Building, Ste. 1000
Two Union Square
Chattanooga, TN  37402-2552

*First Class Mail*
)
Jon Bauer
Contrarian Capital Management, LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT  06830

*First Class Mail*
(Counsel to County of San Diego)
Martha E. Romero
Law Offices of Martha E. Romero and Associates
7743 South Painter Avenue, Suite E
Whittier, CA  90602

*First Class Mail*
(Counsel to National Union Fire Insurance Co. of
Pittsburgh, PA)
Michael S. Davis, Esquire
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY 10022

*First Class Mail*
(Counsel to The Burlington Northern and Santa Fe
Railway Company)
Richard A. O'Halloran, Esquire
Burns, White & Hickton, LLC
531 Plymouth Road, Suite 500
Plymouth Meeting, PA 19462

*First Class Mail*
(Counsel to Crossroads Industrial Park, Inc. and
Weedsport Associates, LLC)
Scott Estelle, President
Crossroads Industrial Park, Inc.
P.O. Box 220
Weedsport, NY 13166

*First Class Mail*
(Counsel to the City of Knoxville)
Hillary Browning-Jones
Assistant City Attorney
P.O. Box 1631
Knoxville, TN 37901

*First Class Mail*
(Counsel to Westcor)
Don C. Fletcher, Esquire
The Cavanagh Firm, P.A.
1850 North Central Avenue
Suite 2400
Phoenix, AZ 85004

*First Class Mail*
(Carteret Venture)
Mr. Harvey Schultz
The Schultz Organization
4 Woods End
Ocean, NJ 07712-4181

*First Class Mail*
(Counsel to State of New York, Dept. of Taxation and
Finance)
Barbara G. Billet, Esquire
Elaine Z. Cole, Esquire
New York State Department of Taxation and Finance
340 E. Main Street
Rochester, NY 14604

*First Class Mail*
(Special Counsel to Debtors)
James J. Restivo, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

*First Class Mail*
(Counsel to West Group)
Michael S. Sandberg, Esquire
Hellmuth & Johnson, PLLC
10400 Viking Drive, Suite 560
Eden Prairie, MN 55344

*First Class Mail*
(Counsel to Certain Underwriters at Lloyd's London)
Thomas J. Quinn, Esquire
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019-6829

*First Class Mail*
(Counsel to the U.S. Environmental Protection Agency)
Jerel L. Ellington, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street; Suite 945-North Tower
Denver, CO 80202

*First Class Mail*
(Counsel to the State of Minnesota)
Ann Beimdiek Kinsella
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2127

*First Class Mail*
(Counsel to Union Tank Car Company)
Deborah L. Thorne, Esquire
FabelHaber LLC
55 East Monroe Street, 40th Floor
Chicago, IL 60603

*First Class Mail*
)
Jenny J. Hyun, Esquire
Weingarten Realty Investors
2600 Citadel Plaza Drive
Houston, TX 77008

*First Class Mail*
)
Brad N. Friedman
Rachel Fleishman
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
New York, NY 10119-0165

*First Class Mail*
)
Xerox Capital Services, LLC
Attention: Cathy Flowers
800 Carillon Parkway
St. Petersburg, FL 33716-9876

*First Class Mail*
(Counsel to Royal Insurance)
Carl Pericone, Esquire
Wilson, Elser, Moskowitz, Edelman, Dicker LLP
150 East 42nd Street
New York, NY 10019-5639

*First Class Mail*
(Counsel to James Grau, Anna Grau and Harry Grau &
Sons, Inc.)
Edward L. Jacobs, Esquire
Bankemper & Jacobs
The Shaw House
26 Audubon Place
P.O. Box 70
Fort Thomas, KY 41075-0070

*First Class Mail*
(Counsel to Ben Bolt-Palito-Blanco ISD, Brownsville
ISD, Cameron County, Hildalgo County, Orange
Grove, Orange Grove ISD, Premont ISD)
Lori Gruver Robertson, Esquire
Linebarger Goggan Blair Pena & Sampson, LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX 78760

*First Class Mail*
(Counsel to Carrollton-Farmers Branch Independent
School District)
Andrea Sheehan, Esquire
Law Offices Of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205

*First Class Mail*
(Counsel to Cornell University)
Anthony F. Parise
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY 14853-2601

*First Class Mail*
(Counsel to the Libby Mine Claimants)
Daniel C. Cohn, Esquire
Christopher M. Candon, Esquire
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110

*First Class Mail*
(Counsel to Enron Corp., et al.)
General Counsel
Enron Energy Services
1400 Smith Street
EB 0889
Houston, TX 77002

*First Class Mail*
(Counsel to Town of Acton, MA)
Thomas O. Bean
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Blvd.
Boston, MA 02210

*First Class Mail*
(Federal Insurance Company)
Jacob C. Cohn, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

*First Class Mail*
)
Contrarian Capital Trade Claims LP
Attn: Alisa Minsch
411 W. Putnam Ave. S-225
Greenwich, CT 06830-6263

*First Class Mail*
)
Debt Acquisition Co of America V LLC
1565 Hotel Cir S
Suite 310
San Diego, CA 92108-3419

*First Class Mail*
)
Longacre Master Fund Ltd.
Attn: Maurie Shalome
810 7th Avenue, 22nd Fl.
New York, NY 10019-5818

*First Class Mail*
)
Sierra Asset Management LLC
2699 White Rd., Ste. 225
Irvine, CA 92614-6264

*First Class Mail*
)
Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704-0487

*First Class Mail*
(Counsel for State Street Global Advisors)
Daniel M. Glosband, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

*First Class Mail*
)
John Preefer, Esquire
John Preefer
60 East 42nd Street, Suite 1201
New York, NY 10165

*First Class Mail*
)

*First Class Mail*
Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

*First Class Mail*
)
Peter B. McGlynn, Esquire
Bruce D. Levin, Esquire
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, MA 02110

*First Class Mail*
(Counsel for David T. Austern)
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Swidler Berlin LLP
The Washington Harbour
3000 K Street, NW, Suite 300
Washington, DC 20007

*First Class Mail*
)
Lauren Holzman
Claims Processor
Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD 21117

*First Class Mail*
(Counsel to Keri Evans, on behalf of herself and all
others similarly situated as Plaintiff in ERISA litigation,
Civil Action No. 04-11380)
Michael S. Etkin, Esquire
Ira M. Levee, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

*First Class Mail*
(Counsel to Charlotte Transit Center, Inc.)
Amy Pritchard-Williams, Esquire
Margaret R. Westbrook, Esquire
Kennedy Covington Lobdell & Hickman, LLP
Hearst Tower, 47th Floor
214 N. Tryon Street
Charlotte, NC 28202

*First Class Mail*
(Counsel to Ancel Abadic and 410 additional claimants)
The Murray Law Firm
Attn: Julie A. Ardoin, Esquire
909 Poydras Street, Suite 2550
New Orleans, LA 70112

*First Class Mail*
(Counsel to Allstate Insurance Company)
Stefano Calogero, Esquire
Andrew K. Craig, Esquire
Cuyler Burk, LLP
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ 07054

*First Class Mail*
(Counsel to Citicorp Del-Lease, Inc. d/b/a Citicorp Dealer Finance)
Sergio I. Scuteri, Esquire
Farr, Burke, Gambacorta & Wright
211 Benigno Boulevard, Suite 201
Bellmawr, NJ 08031

*First Class Mail*
(Counsel to Everest Reinsurance Company and Mt. McKinley Insurance Company)
Mark D. Plevin, Esquire
Leslie A. Epley, Esquire
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

*First Class Mail*
(Counsel to The Van Cott, Bagley, Cornwall & McCarthy 401(K) Profit Sharing Plan)
J. Robert Nelson, Esquire
Van Cott, Bagley, Cornwall & McCarthy
50 South Main Street, #1600
P.O. Box 45340
Salt Lake City, UT 84145

*First Class Mail*
(Counsel to Claimants, American Legion, Catholic Diocese of Little Rock, City of Barnesville, Cherry Hill Plaza, Church of the Most Holy Redeemer, Church of St. Joseph, Church of St. Luke, Church of St. Helena, Church of St. Leo the Great, First United Methodist Church, Fargo Housing Authority, Alvin Foss, State of Washington and Port of Seattle)
Joseph F. Rice, Esquire
James M. Hughes, Esquire
Motley Rice LLC
28 Bridgeside Blvd.,
P.O. Box 1792
Mt. Pleasant, SC 29465

*First Class Mail*
(Counsel to American Employers Insurance Co, Employers Commercial Union n/k/a OneBeacon A (Counsel to American Employers Insurance Co, Employers Commercial Union n/k/a OneBeacon America Insurance Co and Unigard Insurance Co)
Michael F. Brown, Esquire
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

*First Class Mail*
(Counsel to U.S. Fire Insurance Company)
George R. Calhoun, Esquire
March D. Coleman, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

*First Class Mail*
(Counsel to American Premier Underwriters, Inc.)
Matthew J. Siembieda, Esquire
Benjamin G. Stonelake, Esquire
Scott E. Coburn, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

*First Class Mail*
(Counsel to Certain Underwriters at Lloyd's London and Certain London Market Companies)
Mary K. Warren, Esquire
Brenda D. DiLuigi, Esquire
Linklaters
1345 Avenue of the Americas, 19th Floor
New York, NY 10105

*First Class Mail*
(Transfer Agent)
DK Acquisition Partners
Attn: Michael J. Leffell
885 Third Ave., Ste 3300
New York, NY 10022

*First Class Mail*
(Transfer Agent)
Fair Harbor Capital LLC
875 Avenue of the Americas, Ste. 2305
New York, NY 10001

*First Class Mail*
(Transfer Agent)
Portia Partners LLC
One Sound Shore Dr., Ste. 100
Greenwich CT  06830

*First Class Mail*
(Counsel to Macerich Fresno LP)
William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes, P.A.
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899

*First Class Mail*
(Counsel to Macerich Fresno LP)
M. David Minnick, Esquire
Michael P. Ellis, Esquire
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA  94105-2228

*First Class Mail*
(Counsel to Macerich Fresno LP)
Gerald F. George, Esquire
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA  94105-2228

*First Class Mail*
(Counsel to HRCL and Eaves)
Joseph D. Frank, Esquire
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL  60610

*First Class Mail*
(Counsel to all clients of the Robles law firm)
David Jagolinzer, Esquire
Ferraro & Associates, P.A.
Suite 700
4000 Ponce de Leon Blvd.
Miami, FL  33146