# EXHIBIT 2

# Dkt No. 11082 - 15th Omni 5 Continuation Order
## for WR Grace

Total number of parties: 8

## Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 16757 | ARCHER JR, DAVID L, 129 WOOD CIR, IOWA PARK, TX 76367-1127 | US Mail (1st Class) |
| 16757 | ARCHER, MICHELLE B, 129 WOOD CIR, IOWA PARK, TX 76367-1127 | US Mail (1st Class) |
| 16757 | CITY OF CAMBRIDGE MASSACHUSETTS, C/O STEPHEN D ANDERSON ESQ, ANDERSON & KREIGER LLP, 43 THORNDIKE ST, CAMBRIDGE, MA 02141 | US Mail (1st Class) |
| 16757 | MASSACHUSETTS BAY TRANSPORTATION AUTHORI, MICHAEL CROSSEN / DAVID C FIXLER, RUBIN AND RUDMAN LLP, 50 ROWES WHARF, BOSTON, MA 02110 | US Mail (1st Class) |
| 16757 | PEARSON SR, PETER P, PO BOX 26301, TUCSON, AZ 85726 | US Mail (1st Class) |
| 16757 | PERINI CORPORATION, C/O JEFFREY R PORTER ESQUIRE, MINTZ LEVIN COHN FERRIS ET AL, ONE FINANCIAL CENTER, BOSTON, MA 02111 | US Mail (1st Class) |
| 16757 | WEATHERFORD INTERNATIONAL INC, ANDREWS & KURTH LLP, 450 LEXINGTON AVE 15TH FL, NEW YORK, NY 10017 | US Mail (1st Class) |
| 16757 | WEATHERFORD INTERNATIONAL INC, ATTN: BURT MARTIN, 515 POST OAK BLVD STE 600, HOUSTON, TX 77027 | US Mail (1st Class) |

Subtotal for this group: 8