IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al. ) | (Jointly Administered) |
| ) | |
| Debtors. ) | Related Docket Nos. 9301 and 11062 |
| ) | |

**FUTURE CLAIMANTS' REPRESENTATIVE'S SUPPLEMENTAL DESIGNATION OF CATEGORIES TO BE ADDRESSED BY EXPERT WITNESSES IN CONNECTION WITH ESTIMATION OF ASBESTOS PERSONAL INJURY LIABILITIES**

Pursuant to the Case Management Order for the Estimation of Asbestos Personal Injury Liabilities dated August 29, 2005 [Doc. No. 9301], David T. Austern, the legal representative for future asbestos claimants (the "FCR") appointed by this Court in the above-captioned Chapter 11 cases, by counsel, hereby supplements his designation of categories to be addressed by expert witnesses the FCR presently anticipates calling to testify in connection with the estimation of asbestos-related personal injury liabilities filed November 14, 2005 [Doc. No. 11062] as follows: The FCR reserves his right to call and/or rely upon any expert in any category designated by any other party to these proceedings.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated: November 28, 2005

Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200
Facsimile: (302) 655-4210

ROGER FRANKEL, ESQUIRE
RICHARD H. WYRON, ESQUIRE
SWIDLER BERLIN LLP
3000 K Street, N.W., Suite 300
Washington, D.C. 20007
Telephone: (202) 424-7500
Facsimile: (202) 424-7643

Counsel for David T. Austern,
Future Claimants' Representative