REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1342328
One Town Center Road                     Invoice Date        11/22/05
Boca Raton, FL    33486                  Client Number       172573

===============================================================================
Re: W. R. Grace & Co.
(60026)  Litigation and Litigation Consulting

       Fees                          71,590.50
       Expenses                           0.00

              TOTAL BALANCE DUE UPON RECEIPT        $71,590.50
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                              Invoice Number     1342328
One Town Center Road                         Invoice Date     11/22/05
Boca Raton, FL   33486                       Client Number      172573
                                             Matter Number       60026
==============================================================================
Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2005


| Date | Name | | Hours |
|------|------|---|-------|
| 10/01/05 | Cameron | Prepare for Oct. 5 meeting with K&E, Grace in-house counsel and consultants (1.10); review revised draft of expert disclosure and disclosures from other cases (.70). | 1.80 |
| 10/02/05 | Cameron | Additional review of witness disclosure and comment (.60); review of consultant material for meeting (.90). | 1.50 |
| 10/03/05 | Cameron | Review of materials from expert files for meeting with consultants, K&E and Grace (2.8); review of material from R. Finke re:  property damage claims estimation issues (1.8). | 4.60 |
| 10/04/05 | Cameron | Review of expert testimony and reports from prior litigation in preparation for meeting with K&E and Grace (2.8); review constructive notice materials for meeting with consultant (1.6). | 4.40 |
| 10/05/05 | Cameron | Prepare for and attend meeting with K&E, R. Finke and consultants (4.80); follow-up review of expert testimony materials (0.9); review of constructive notice research materials (1.20). | 6.90 |

172573  W. R. Grace & Co.                                    Invoice Number   1342328
60026   Litigation and Litigation Consulting                 Page    2
        November 22, 2005

| Date | Name | | Hours |
|------|------|------|-------|

| Date | Name | | Hours |
|------|------|------|-------|
| 10/06/05 | Cameron | Review consultant materials and prior testimony and expert reports (1.9); e-mails with R. Finke regarding same (0.7); continue review of constructive notice research and summaries (2.8). | 5.40 |
| 10/07/05 | Cameron | E-mails regarding expert materials for P.D. estimation (0.4); review constructive notice research and summaries (1.3); review materials relating to dust sampling critiques (1.1); review prior testimony and reports regarding same (1.4); review materials from R. Finke regarding EPA publications (0.5). | 4.70 |
| 10/09/05 | Cameron | Review materials for expert reports for P.D. estimation proceeding (1.6); review Armstrong hearing materials (0.9). | 2.50 |
| 10/10/05 | Cameron | Prepare e-mail and attached comments to R. Finke regarding dust sampling issues (1.4); review materials relating to constructive notice research, summaries and supporting documentation (2.9); review e-mail from M. Browdy regarding Phase II witness disclosures and respond (0.3); review disclosures and possible replies (0.7); review EPA pronouncements (0.4); review notes of meetings with consultants and materials regarding dust sampling (0.9). | 6.60 |
| 10/11/05 | Cameron | Review of consultant materials relating to research on constructive notice issues (3.4); review of dust sample analysis materials (1.9); multiple telephone calls and e-mails to R. Finke regarding same (0.9). | 6.20 |

```
172573 W. R. Grace & Co.                        Invoice Number  1342328
60026  Litigation and Litigation Consulting      Page   3
        November 22, 2005
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 10/12/05 | Cameron | Extensive work with respect to expert witness disclosures and Phase I issues (5.3); multiple e-mails and telephone call with R. Finke and K&E regarding same (3.1); telephone calls with consultants regarding same (0.6); review constructive notice research materials (1.1). | 10.10 |
| 10/13/05 | Cameron | Prepare for and participate in conference call with R. Finke and consultants regarding on-going research and documentation issues (2.7); review of materials for expert reports (4.7); telephone calls and e-mails with R. Finke regarding same (1.4); review and comment on draft brief relating to procedural issues (2.7). | 11.50 |
| 10/14/05 | Cameron | Continued work on research materials and expert report issues (5.7); continued review and work on procedural brief materials (1.2); multiple telephone calls with R. Finke and K&E regarding same (1.8); telephone calls with consultants regarding same (0.9). | 9.60 |
| 10/15/05 | Cameron | Multiple e-mails and telephone calls with R. Finke and K&E regarding expert report issues (2.1); review materials for same (2.3); telephone calls with consultants regarding same (0.9). | 5.30 |
| 10/16/05 | Cameron | Multiple e-mails and telephone calls with R. Finke and K&E regarding expert report issues (1.6); telephone call with consultants regarding same (1.4); review multiple expert reports and supporting materials for filing (3.9); review procedural brief (0.9); review draft witness disclosures and telephone call regarding same (0.4). | 8.20 |

```
172573 W. R. Grace & Co.                    Invoice Number  1342328
60026  Litigation and Litigation Consulting  Page   4
       November 22, 2005
   Date   Name                                           Hours
-------- -----------                                      -----
```

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 10/17/05 | Cameron | Multiple telephone calls and e-mails with R. Finke and K&E attorneys regarding briefs, witness disclosures and expert reports to be filed (2.8); review multiple expert reports and back-up materials for filing (4.8); telephone call with consultants regarding final reports (1.1); review drafts of witness disclosure (0.5). | 9.20 |
| 10/18/05 | Cameron | Review of expert reports filed with the court (1.4); review of brief and disclosures as filed (0.7); telephone call with R. Finke regarding same (0.4); review back-up materials for expert reports (0.9); review materials relating to D. Speights' claims (0.6); e-mails regarding product ID issues (0.3). | 4.30 |
| 10/19/05 | Cameron | Attend to product ID issues raised by claimants' counsel (1.9); meet with K. Jayne regarding expert report review and comparisons (0.2); review constructive notice research (1.7); review P.D. committee brief regarding dust sampling and e-mails regarding same (1.1). | 4.90 |
| 10/20/05 | Cameron | Review bulk sample summaries and telephone call with R. Finke regarding same (1.7); review materials received from K&E regarding expert reports and briefing issues (0.9); prepare for 10/21 telephone call with K&E and telephone call with R. Finke regarding same. (0.8) | 3.40 |
| 10/20/05 | Jayne | Review of expert reports per request of D. Cameron. | 2.30 |
| 10/21/05 | Cameron | Prepare for and participate in multiple telephone calls with consultant regarding product ID work (0.9); follow-up telephone call with R. Finke (0.2); prepare | 3.40 |

172573  W. R. Grace & Co.                          Invoice Number  1342328
60026   Litigation and Litigation Consulting       Page    5
        November 22, 2005

| Date | Name | | Hours |
|------|------|--|-------|
| | | for and participate in telephone call with K&E and R. Finke regarding briefing schedule and response to methodology brief (1.1); e-mails regarding same (0.3); review constructive notice materials (0.9). | |
| 10/21/05 | Jayne | Continue review and comparison of expert report materials (3.1); meet with D. Cameron to analyze and review findings (0.5). | 3.60 |
| 10/22/05 | Cameron | Review materials relating to 15th omnibus objections and responses thereto (1.6); review product ID summaries (0.9). | 2.50 |
| 10/23/05 | Cameron | E-mail from M. Browdy regarding responses to 15th omnibus objection (0.4); review materials relating to same (1.3); attention to expert witness materials (0.9). | 2.60 |
| 10/24/05 | Cameron | Attend to product ID issues (0.9); e-mails regarding hearing and changes in schedule (0.4); attend to 15th Omnibus objection issues (1.4); review materials for potential affidavits and supporting materials (0.8); review dust sample reports and related issues (0.7); additional e-mails regarding hearing and changes in schedule (0.1);  continued attention to 15th omnibus objection issues (0.3). | 4.60 |
| 10/25/05 | Cameron | Review supplemental witness list (0.9); e-mails regarding changes in schedule (0.4); review product ID materials (0.8). | 2.10 |
| 10/26/05 | Cameron | Begin review of draft brief regarding dust sampling methodology and supporting materials (1.5); e-mails regarding same (0.5); review materials from M. Browdy regarding constructive notice issues (0.5); e-mails regarding same (0.2); additional | 3.90 |

172573  W. R. Grace & Co.                         Invoice Number   1342328
60026   Litigation and Litigation Consulting      Page      6
        November 22, 2005

| Date | Name | | Hours |
|------|------|------|-------|

|  |  | review of witness list from P.D. claimants (0.6); review constructive notice research (0.6). |  |
| 10/27/05 | Cameron | Review draft dust sampling brief and provide comments (1.9); multiple e-mails regarding same (0.8); review product ID materials (0.9). | 3.60 |
| 10/28/05 | Cameron | Review materials relating to dust sampling brief and product ID. | .90 |
| 10/28/05 | Lord | E-file and perfect service of 51st monthly fee application. | .60 |
| 10/29/05 | Cameron | Review materials from R. Finke regarding draft dust sampling brief (0.9); e-mails regarding same (0.6). | 1.50 |
| 10/30/05 | Cameron | Review revised draft of brief regarding dust sampling issues and additional comments to same (1.3); multiple e-mails regarding open issues regarding experts for bodily injury estimation (0.5); e-mails regarding property damage schedule and proposed outline (0.8). | 2.60 |
| 10/31/05 | Cameron | Meet with R. Finke and M. Browdy regarding issues relating to property damage estimation, experts and omnibus objection scheduling (2.8); participate in conference call with K&E lawyers and in-house W.R. Grace lawyers regarding discovery and other issues relating to bodily injury estimation (0.8); meet with R. Finke regarding product identification document requests (0.5); review materials and | 4.50 |

172573  W. R. Grace & Co.                         Invoice Number   1342328
60026   Litigation and Litigation Consulting      Page    7
        November 22, 2005


                          telephone call with consultant
                          regarding same (0.4).
                                                      ------
                                       TOTAL HOURS    149.80


TIME SUMMARY                    Hours        Rate          Value
------------------------    --------------------    -------
Douglas E. Cameron          143.30  at  $  490.00  =  70,217.00
Kevin L. Jayne                5.90  at  $  215.00  =   1,268.50
John B. Lord                  0.60  at  $  175.00  =     105.00

                            CURRENT FEES                    71,590.50
                                                      ------------
                            TOTAL BALANCE DUE UPON RECEIPT  $71,590.50
                                                      ============

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
  W. R. Grace                          Invoice Number    1342329
  5400 Broken Sound Blvd., N.W.        Invoice Date     11/22/05
  Boca Raton, FL 33487                 Client Number     172573
                                       Matter Number      60027
```

===============================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2005

| Date | Name | | Hours |
|------|------|--|-------|
| 10/05/05 | Cameron | Travel to and from Pittsburgh airport and to and from Baltimore (one-half time). | 2.30 |
| | | TOTAL HOURS | 2.30 |

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 2.30 at $ 490.00 = | | 1,127.00 |
| | CURRENT FEES | | 1,127.00 |
| | TOTAL BALANCE DUE UPON RECEIPT | | $1,127.00 |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1342330
5400 Broken Sound Blvd., N.W.            Invoice Date        11/22/05
Boca Raton, FL 33487                     Client Number        172573


========================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

        Fees                        4,788.00
        Expenses                        0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $4,788.00
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W. R. Grace | Invoice Number    1342330 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date    11/22/05 |
| Boca Raton, FL 33487 | Client Number    172573 |
| | Matter Number    60028 |


==============================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2005

| Date | Name | | Hours |
|------|------|---|-------|
| 10/05/05 | Cameron | Review materials re:  ZAI class action claims in Canada. | .90 |
| 10/06/05 | Cameron | Review materials from R. Finke regarding Canadian claims (1.9); e-mails regarding same (0.2). | 2.10 |
| 10/07/05 | Cameron | Continued review of materials from R. Finke regarding Canadian claims. | 1.40 |
| 10/13/05 | Cameron | E-mails and telephone calls regarding historical air testing data. | .50 |
| 10/17/05 | Cameron | Review materials relating to Canadian claims. | .70 |
| 10/25/05 | Restivo | Telephone calls with W. Sparks and J. Baer re: ZAI-related issues. | .60 |
| 10/26/05 | Cameron | E-mails and telephone call with J. Restivo regarding ZAI science trial (0.7); follow-up communications (0.2). | .90 |
| 10/26/05 | Restivo | Telephone calls with W. Sparks and D. Cameron (0.4); receipt of emails, correspondence and pleadings (0.4). | .80 |
| 10/27/05 | Cameron | Follow-up e-mails relating to ZAI issues. | .40 |

```
172573 W. R. Grace & Co.                       Invoice Number  1342330
60028  ZAI Science Trial                       Page   2
       November 22, 2005
```

| Date | Name | | Hours |
|------|------|--|-------|
| 10/27/05 | Restivo | Emails and telephone calls re: ZAI conference with Court. | .60 |
| 10/31/05 | Cameron | Meet with J. Restivo and then with R. Finke regarding ZAI issues. | .30 |
| 10/31/05 | Restivo | Meeting with R. Finke, D. Cameron and W. Sparks re: status of ZAI proceeding. | .40 |

```
                                               ------
                                 TOTAL HOURS    9.60
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| James J. Restivo Jr. | 2.40 | at $ | 525.00 | = | 1,260.00 |
| Douglas E. Cameron | 7.20 | at $ | 490.00 | = | 3,528.00 |

```
                        CURRENT FEES                    4,788.00

                                                     ------------
                        TOTAL BALANCE DUE UPON RECEIPT  $4,788.00
                                                     ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1342331
5400 Broken Sound Blvd., N.W.        Invoice Date       11/22/05
Boca Raton, FL 33487                 Client Number       172573
                                     Matter Number        60029


==============================================================================

Re: (60029)  Fee Applications-Applicant


    Fees                         2,050.50
    Expenses                         0.00

             TOTAL BALANCE DUE UPON RECEIPT      $2,050.50
                                                =============

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number    1342331
5400 Broken Sound Blvd., N.W.            Invoice Date      11/22/05
Boca Raton, FL 33487                     Client Number      172573
                                         Matter Number       60029
```

========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2005

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 10/07/05 | Lord | Research docket and e-mail to D. Cameron re: quarterly fee order. | .30 |
| 10/08/05 | Cameron | Review materials for fee applications. | .80 |
| 10/16/05 | Muha | Revisions to September 2005 monthly fee application fee and expense details. | .70 |
| 10/20/05 | Muha | Revisions to fee and expense details for September 2005 monthly fee application. | .50 |
| 10/24/05 | Ament | Prepare spreadsheet and calculate fees and expenses for 51st monthly fee application (1.50); create summary for NJ matter (.20); draft summary for 51st monthly fee application (.50); revisions to same (.30). | 2.50 |
| 10/25/05 | Ament | Begin formatting invoices into Word documents. | .50 |
| 10/25/05 | Lord | Research docket and draft CNO for Reed Smith August fee application (.3); e-file and perfect service for same (.2); e-mail to Debtors re: same (.1). | .60 |
| 10/25/05 | Muha | Final review and revisions to September 2005 monthly application. | .40 |

```
172573  W. R. Grace & Co.                     Invoice Number   1342331
60029   Fee Applications-Applicant            Page    2
        November 22, 2005
```

| Date | Name | | Hours |
|------|------|--|-------|
| 10/26/05 | Ament | Continue formatting invoices into Word documents and create fee and expense details (.70); revise 51st monthly fee application per A. Muha comments (.20); finalize and e-mail 51st monthly fee application summary and fee and expense details to J. Lord for DE filing (.20). | 1.10 |
| 10/26/05 | Lord | Review, revise and prepare RS 51st monthly (Sept.) fee application for e-filing and service. | 1.00 |
| 10/27/05 | Ament | Obtain and review July, August and September invoices in preparation for quarterly fee application (.30); review e-mail received from D. Cameron re: payments received 10/24/05 (.10); meet with A. Muha re: same (.20); begin preparation of spreadsheet re: 18th quarterly fee application (1.0). | 1.60 |
| 10/28/05 | Ament | Update pleadings file with 51st monthly fee application (.10); review e-mails from D. Cameron and A. Muha re: October monthly fee application and respond (.10). | .20 |
| 10/31/05 | Ament | Review invoices for July, August and September and begin spreadsheet re: 18th quarterly fee application. | 1.10 |
| 10/31/05 | Lord | Research and respond to e-mail from S. Ament re: Reed Smith quarterly fee application. | .20 |

```
                                                            ------
                                            TOTAL HOURS      11.50
```

172573 W. R. Grace & Co.                          Invoice Number   1342331
60029   Fee Applications-Applicant               Page    3
        November 22, 2005

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Douglas E. Cameron | 0.80 | at $ | 490.00 | = | 392.00 |
| Andrew J. Muha | 1.60 | at $ | 260.00 | = | 416.00 |
| John B. Lord | 2.10 | at $ | 175.00 | = | 367.50 |
| Sharon A. Ament | 7.00 | at $ | 125.00 | = | 875.00 |

                        CURRENT FEES                        2,050.50
                                                        ------------
                        TOTAL BALANCE DUE UPON RECEIPT     $2,050.50
                                                        ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1342332
One Town Center Road                     Invoice Date      11/22/05
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60030

============================================================================

Re: (60030)  Hearings

        Fees                          4,694.00
        Expenses                          0.00

                TOTAL BALANCE DUE UPON RECEIPT      $4,694.00
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                              Invoice Number      1342332
One Town Center Road                         Invoice Date       11/22/05
Boca Raton, FL    33486                      Client Number        172573
                                             Matter Number         60030


========================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2005

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 10/12/05 | Ament | E-mails with D. Cameron and M. Browdy re: 10/31/05 hearing (.20); telephone calls to W. Kennelly and K. Murphy re: ELMO setup and usage for hearing (.20); e-mails with C. Miller and J. Trice re: technical assistance for K&E for said hearing (.30); e-mails with L. Mignogna and P. Bowersox re: conference room/meal setup for K&E (.10); e-mails with K. Phillips re: logistics of hearing (.20). | 1.00 |
| 10/17/05 | Ament | Telephone call from K. Murphy re: ELMO usage at 10/31/05 hearing. | .10 |
| 10/18/05 | Cameron | Review agenda and materials for 10/24 hearing (0.3); review materials for 10/31 hearing (0.5). | .80 |
| 10/19/05 | Ament | E-mails with J. Trice re: technical support for K&E re: 10/31/05 hearing. | .10 |
| 10/24/05 | Ament | E-mails to K. Phillips re: 10/31/05 hearing setup. | .10 |
| 10/26/05 | Ament | Telephone call to Judge Fitzgerald's office per J. Restivo request re: 10/31/05 hearing and e-mail to J. Restivo and W. Sparks re: same. | .10 |

172573 W. R. Grace & Co.                    Invoice Number  1342332
60030  Hearings                             Page    2
       November 22, 2005


   Date   Name                                             Hours
-------- -----------                                       -----


 10/27/05 Ament          Review e-mail from M. Browdy re:   1.00
                         10/31/05 hearing and respond
                         (.10); telephone call to K. Murphy
                         re: PowerPoint setup in Judge
                         Fitzgerald's Courtroom and e-mails
                         re: same (.20); arrange for food
                         service on date of hearing and
                         e-mails and telephone calls re:
                         same (.20); e-mail to J. Trice re:
                         Reed Smith computer setup (.10);
                         e-mails with M. Browdy and D.
                         Cameron re: logistics of hearing
                         (.20); additional e-mails with M.
                         Browdy, S. Blatnick and K.
                         Phillips re: logistics of hearing
                         (.20).

 10/27/05 Cameron        Review materials for 10/31 hearing.   .80

 10/28/05 Ament          Prepare for and meet with J. Trice   1.20
                         re: technical support for 10/31/05
                         hearing and follow-up e-mails re:
                         same (.40); e-mails with M. Browdy
                         re: technical support (.10);
                         telephone calls with K. Murphy re:
                         courtroom technology setup (.20);
                         telephone call and e-mails with R.
                         Baker re: Judge Fitzgerald
                         courtroom accessibility prior to
                         hearing (.20); e-mail to M.
                         Browdy, S. Blatnick, K. Phillips
                         and D. Cameron re: logistics of
                         same (.20); review W. Sparks
                         e-mail (.10).

 10/29/05 Ament          Review e-mail and PowerPoint          .20
                         presentation from M. Browdy.

 10/29/05 Cameron        E-mails regarding hearing            1.10
                         preparation issues (0.7); review
                         materials relating to same (0.4).

 10/30/05 Cameron        Multiple e-mails regarding hearing    .80
                         issues (0.5); review agenda (0.3).

 10/31/05 Ament          Forward K&E PowerPoint              2.00
                         presentation to Judge Fitzgerald's
                         office via e-mail (.10); e-mail to
                         K. Murphy re: same (.10); e-mails

```
172573 W. R. Grace & Co.                    Invoice Number   1342332
60030  Hearings                             Page    3
       November 22, 2005


     Date    Name                                            Hours
   -------- -----------                                      -----
                        with J. Trice re: technical
                        assistance (.10); assist D.

                        Cameron, M. Browdy and S. Blatnick
                        with hearing preparation (.20);
                        accompany M. Browdy and S.
                        Blatnick to Judge Fitzgerald's
                        Courtroom and assist with
                        PowerPoint setup (.50); attend
                        beginning of hearing (1.0).

10/31/05 Cameron        Prepare for meeting with R. Finke     4.60
                        and M. Browdy and for hearing
                        (1.5); attend hearing regarding D.
                        Speights' P.D. claims (3.1)

                                                             ------
                                          TOTAL HOURS        13.90


TIME SUMMARY              Hours         Rate          Value
------------------------  -----------------------  ---------
Douglas E. Cameron        8.10  at  $  490.00  =    3,969.00
Sharon A. Ament           5.80  at  .$ 125.00  =      725.00

                        CURRENT FEES                        4,694.00


                                                         ------------
                        TOTAL BALANCE DUE UPON RECEIPT    $4,694.00
                                                         ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1342333
One Town Center Road                     Invoice Date       11/22/05
Boca Raton, FL    33486                  Client Number        172573
                                         Matter Number         60034

===============================================================================

Re: (60034)  Records Retention Project

     Fees                              5,481.00
     Expenses                             0.00

                  TOTAL BALANCE DUE UPON RECEIPT        $5,481.00
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W.R Grace & Co.        | Invoice Number  | 1342333  |
| One Town Center Road   | Invoice Date    | 11/22/05 |
| Boca Raton, FL   33486 | Client Number   | 172573   |
|                        | Matter Number   | 60034    |


===========================================================================

Re: (60034)  Records Retention Project

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2005

| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| 10/10/05 | Blanton | Office conference with Ms. Mendelsohn regarding review and analysis of client's record retention policy (0.3); draft emails re: best practices (0.4); review client request and client's record retention policy (0.5). | 1.20 |
| 10/11/05 | Blanton | Office conference with Mr. Freeman regarding document retention schedule for W.R. Grace. | .40 |
| 10/11/05 | Freeman | Review e-mail from Mr. Whittier (W.R. Grace) and prepare response for outline of project. | .50 |
| 10/11/05 | Freeman | Office conference with Ms. Blanton re: record schedule review. | .30 |
| 10/12/05 | Freeman | Preparation of email to Mr. Whittier re review of record retention schedule. | .20 |
| 10/13/05 | Blanton | Review client's record retention schedule to verify retention periods (0.3);  research and analysis of applicable laws and regulations regarding retention periods for specific types of documents (0.8); begin drafting memorandum addressing retention periods (0.3). | 1.40 |

```
172573 W. R. Grace & Co.                    Invoice Number   1342333
60034  Records Retention Project            Page    2
       November 22, 2005
```

| Date | Name | | Hours |
|------|------|--|-------|
| 10/24/05 | Blanton | Continue review and drafting of memorandum regarding client's document retention schedule. | 4.20 |
| 10/25/05 | Blanton | Continue legal research regarding retention requirements for specific types of records and drafting memorandum regarding same (4.0); office conference with Mr. Freeman regarding issues arising during research (0.7). | 4.70 |
| 10/25/05 | Freeman | Office conference with Ms. Blanton re analysis of record schedule from Mr. Whittier. | .60 |
| 10/27/05 | Blanton | Prepare for and attend telephone conference with Mr. Whittier (W.R. Grace) and Mr. Freeman. | 1.00 |
| 10/27/05 | Freeman | Office conference with Ms. Blanton and telephone conference with Mr. Whittier (W.R. Grace) re: record retention schedule. | 1.00 |
| 10/31/05 | Blanton | Office conference with Ms. Verpeet regarding verification of industrial states' retention requirements. | .30 |
| 10/31/05 | Verpeet | Conducted research re retention obligations in various states including California, New York, Illinois, Michigan, Florida, Ohio, and Colorado. | 4.20 |

```
                                          ------
                          TOTAL HOURS     20.00
```

```
172573 W. R. Grace & Co.                    Invoice Number   1342333
60034  Records Retention Project            Page    3
       November 22, 2005
```

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Thomas M. Freeman | 2.60 | at $ | 435.00 | = | 1,131.00 |
| Dana A. Blanton | 13.20 | at $ | 250.00 | = | 3,300.00 |
| Evelien Verpeet | 4.20 | at $ | 250.00 | = | 1,050.00 |

```
                CURRENT FEES                        5,481.00
                                                 ------------
                TOTAL BALANCE DUE UPON RECEIPT     $5,481.00
                                                 ============
```

REED SMITH LLP

PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                             Invoice Number      1342334
One Town Center Road                        Invoice Date      11/22/05
Boca Raton, FL    33486                     Client Number       172573
                                            Matter Number        60035

===============================================================================

Re: (60035)  Grand Jury Investigation

    Fees                          10,409.00
    Expenses                           0.00

                TOTAL BALANCE DUE UPON RECEIPT        $10,409.00
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number    1342334
One Town Center Road                     Invoice Date     11/22/05
Boca Raton, FL   33486                   Client Number      172573
                                         Matter Number       60035


========================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2005

| Date | Name | | Hours |
|------|------|---|-------|

| 10/02/05 | Cameron | Review of documents per request from B. Jacobson. | 1.40 |
| 10/03/05 | Cameron | Continued review of files and documents per K&E request. | 1.70 |
| 10/06/05 | Cameron | Continued review of file materials per K&E request. | 1.60 |
| 10/10/05 | Cameron | Continued review of files and documents per K&E request. | 1.60 |
| 10/14/05 | Cameron | Review files to respond to inquiries from K&E regarding historical testing issues. | 1.90 |
| 10/17/05 | Cameron | Review government brief regarding change of venue. | .90 |
| 10/18/05 | Cameron | Review materials relating to government brief (0.6); review documents per K&E request for witness information (0.7); review materials relating to historical testing (0.8). | 2.10 |
| 10/19/05 | Cameron | Continued attention to product testing documents. | 1.80 |
| 10/20/05 | Atkinson | Meet with D. Cameron and review files re: requests from Kirkland & Ellis concerning historical testing materials. | 1.20 |

172573 W. R. Grace & Co.                          Invoice Number  1342334
60035  Grand Jury Investigation                   Page    2
       November 22, 2005

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 10/20/05 | Cameron | Review materials from historical files regarding testing (0.9); meet with M. Atkinson regarding same (0.2); telephone call with R. Finke regarding same (0.3). | 1.40 |
| 10/21/05 | Atkinson | Review Grace testing materials per request from Kirkland & Ellis, including searches of Grace database on Summation, and e-mail summary to D. Cameron re:  same. | 1.40 |
| 10/21/05 | Cameron | Review work product relating to historical testing (2.6); e-mails regarding same (0.3). | 2.90 |
| 10/23/05 | Cameron | Review of additional documents regarding historical testing. | .90 |
| 10/24/05 | Cameron | E-mails regarding historical testing documents (0.6); review testing documents and work product regarding same (0.9). | 1.50 |
| 10/24/05 | Cameron | Additional e-mails regarding historical testing documents. | .20 |
| 10/26/05 | Cameron | E-mails regarding product testing issues. | .40 |
| 10/28/05 | Atkinson | Review binders and send index for work product relating to testing to T. Stansbury (Kirkland & Ellis), per his request. | .20 |

                                          TOTAL HOURS   23.10


| TIME SUMMARY | Hours | | Rate | | Value |
| --- | --- | --- | --- | --- | --- |
| Douglas E. Cameron | 20.30 | at $ | 490.00 | = | 9,947.00 |
| Maureen L. Atkinson | 2.80 | at $ | 165.00 | = | 462.00 |

                   CURRENT FEES                          10,409.00


                   TOTAL BALANCE DUE UPON RECEIPT        $10,409.00
                                                         ============