REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co. | Invoice Number 1342335 |
| One Town Center Road | Invoice Date 11/22/05 |
| Boca Raton, FL 33486 | Client Number 172573 |

==============================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

| | |
|---|---|
| Fees | 0.00 |
| Expenses | 2,189.66 |
| TOTAL BALANCE DUE UPON RECEIPT | $2,189.66 |

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


    W.R Grace & Co.                     Invoice Number      1342335
    One Town Center Road                Invoice Date        11/22/05
    Boca Raton, FL   33486              Client Number        172573
                                        Matter Number         60026


===========================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

       Binding Charge                           6.00
       Telephone Expense                       25.90
       IKON Copy Services                      63.10
       Telecopy Expense                        45.00
       PACER                                   16.56
       Duplicating/Printing/Scanning          822.30
       Postage Expense                          8.40
       Courier Service - Outside               26.60
       Transportation                          17.00
       Air Travel Expense                     948.39
       Taxi Expense                             3.00
       Mileage Expense                         23.28
       Meal Expense                           184.13

              CURRENT EXPENSES                            2,189.66
                                                       -------------

              TOTAL BALANCE DUE UPON RECEIPT             $2,189.66
                                                       =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA 15251-6074
                      Tax ID# 25-0749630
```

W.R Grace & Co.                          Invoice Number    1342335
One Town Center Road                     Invoice Date      11/22/05
Boca Raton, FL   33486                   Client Number      172573
                                         Matter Number       60026

==============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 09/26/05 | PACER--Electronic docket system charges. | 16.56 |
| 10/03/05 | Telephone Expense 410-531-4355/COLUMBIA, MD/12 | .60 |
| 10/03/05 | Duplicating/Printing/Scanning ATTY # 0559; 33 COPIES | 4.95 |
| 10/04/05 | Duplicating/Printing/Scanning ATTY # 0559; 9 COPIES | 1.35 |
| 10/04/05 | Duplicating/Printing/Scanning ATTY # 0718; 8 COPIES | 1.20 |
| 10/07/05 | Meal Expense - - VENDOR: DOUGLAS E. CAMERON TRIP TO BALTIMORE, MD FOR MEETING WITH K&E, W.R. GRACE AND CONSULTANTS (10/5/05)--ONE LUNCH. | 11.00 |
| 10/07/05 | Taxi Expense- VENDOR: DOUGLAS E. CAMERON TRIP TO BALTIMORE, MD FOR MEETING WITH K&E, W.R. GRACE AND CONSULTANTS (10/5/05). | 3.00 |
| 10/07/05 | Transportation- VENDOR: DOUGLAS E. CAMERON PARKING - TRIP TO BALTIMORE, MD FOR MEETING WITH K&E, W.R. GRACE AND CONSULTANTS (10/5/05). | 17.00 |
| 10/07/05 | Mileage Expense - - VENDOR: DOUGLAS E. CAMERON TRIP TO BALTIMORE, MD FOR MEETING WITH K&E, W.R. GRACE AND CONSULTANTS--TRAVEL TO AND FROM PITTSBURGH INTERNATIONAL AIRPORT (10/5/05). | 23.28 |
| 10/07/05 | Duplicating/Printing/Scanning ATTY # 0559; 2 COPIES | .30 |

```
172573  W. R. Grace & Co.                              Invoice Number   1342335
 60026  Litigation and Litigation Consulting          Page    2
        November 22, 2005
```

| Date | Description | Amount |
|---|---|---|
| 10/10/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 2 COPIES | .30 |
| 10/10/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 18 COPIES | 2.70 |
| 10/11/05 | Telephone Expense<br>518-283-7671/TROY, NY/9 | .45 |
| 10/11/05 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/40 | 2.00 |
| 10/11/05 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/4 | .15 |
| 10/12/05 | Telecopy Expense<br>Fax Number: 17247331799 | 29.00 |
| 10/12/05 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/2 | .10 |
| 10/12/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .90 |
| 10/12/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 26 COPIES | 3.90 |
| 10/12/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 10/12/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .45 |
| 10/12/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 26 COPIES | 3.90 |
| 10/12/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 10/13/05 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/14 | .70 |
| 10/13/05 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/10 | .45 |
| 10/13/05 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/72 | 3.55 |
| 10/13/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 12 COPIES | 1.80 |

```
172573 W. R. Grace & Co.                          Invoice Number   1342335
60026  Litigation and Litigation Consulting       Page    3
       November 22, 2005
```

| Date | Description | Amount |
|---|---|---|
| 10/13/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 10/13/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 10/13/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 10/13/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 10/13/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 10/13/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 10/13/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 10/13/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 9 COPIES | 1.35 |
| 10/13/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 9 COPIES | 1.35 |
| 10/13/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 11 COPIES | 1.65 |
| 10/13/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 11 COPIES | 1.65 |
| 10/14/05 | Air Travel Expense - - VENDOR: DOUGLAS E. CAMERON TRAVEL TO BALTIMORE, MD FOR MEETING WITH K&E, WR GRACE AND CONSULTANT (10/5/05). | 948.39 |
| 10/14/05 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/44 | 2.20 |
| 10/14/05 | Telephone Expense<br>518-283-7671/TROY, NY/44 | 2.20 |
| 10/14/05 | Telephone Expense<br>518-283-7671/TROY, NY/2 | .10 |
| 10/14/05 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/5 | .25 |
| 10/14/05 | Telecopy Expense<br>Fax Number: 17247331799 | 16.00 |

| | | | |
|---|---|---|---|
| 172573 W. R. Grace & Co. | | Invoice Number | 1342335 |
| 60026  Litigation and Litigation Consulting | | Page    4 | |
| November 22, 2005 | | | |

| | | |
|---|---|---:|
| 10/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 15 COPIES | 2.25 |
| 10/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 111 COPIES | 16.65 |
| 10/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 15 COPIES | 2.25 |
| 10/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 15 COPIES | 2.25 |
| 10/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 10/15/05 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/84 | 4.20 |
| 10/15/05 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/3 | .15 |
| 10/16/05 | Telephone Expense<br>518-283-7671/TROY, NY/3 | .15 |
| 10/16/05 | Telephone Expense<br>301-890-8919/LAYHILL, MD/16 | .80 |
| 10/16/05 | Telephone Expense<br>518-283-7671/TROY, NY/9 | .45 |
| 10/17/05 | Telephone Expense<br>518-283-7671/TROY, NY/26 | 1.30 |
| 10/17/05 | Telephone Expense<br>312-861-2460/CHICAGO, IL/16 | .80 |
| 10/17/05 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/16 | .80 |
| 10/17/05 | Telephone Expense<br>518-283-7671/TROY, NY/4 | .20 |
| 10/17/05 | Telephone Expense<br>518-283-7671/TROY, NY/2 | .10 |
| 10/17/05 | Telephone Expense<br>518-283-7671/TROY, NY/17 | .85 |
| 10/17/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 9 COPIES | 1.35 |

```
172573  W. R. Grace & Co.                              Invoice Number  1342335
 60026  Litigation and Litigation Consulting           Page    5
        November 22, 2005
```

| Date | Description | Amount |
|---|---|---|
| 10/17/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 22 COPIES | 3.30 |
| 10/17/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 22 COPIES | 3.30 |
| 10/17/05 | Binding Charge | 3.00 |
| 10/18/05 | IKON Copy Services - - Copying for service of<br>fee application materials. | 63.10 |
| 10/18/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 164 COPIES | 24.60 |
| 10/18/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 81 COPIES | 12.15 |
| 10/18/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 23 COPIES | 3.45 |
| 10/18/05 | Binding Charge | 3.00 |
| 10/18/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .45 |
| 10/20/05 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/30 | 1.50 |
| 10/21/05 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/37 | 1.85 |
| 10/21/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 265 COPIES | 39.75 |
| 10/21/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 251 COPIES | 37.65 |
| 10/21/05 | Duplicating/Printing/Scanning<br>ATTY # 0887: 4 COPIES | .60 |
| 10/24/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 318 COPIES | 47.70 |
| 10/24/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 46 COPIES | 6.90 |
| 10/24/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 120 COPIES | 18.00 |
| 10/24/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 493 COPIES | 73.95 |

172573 W. R. Grace & Co.  Invoice Number 1342335
60026 Litigation and Litigation Consulting  Page 6
November 22, 2005

| Date | Description | Amount |
|---|---|---|
| 10/24/05 | Duplicating/Printing/Scanning ATTY # 4810; 13 COPIES | 1.95 |
| 10/24/05 | Postage Expense | 1.98 |
| 10/25/05 | Courier Service - Outside - - VENDOR: PARCELS, INC. | 26.60 |
| 10/25/05 | Duplicating/Printing/Scanning | 1.65 |
| 10/25/05 | Duplicating/Printing/Scanning ATTY # 0856; 139 COPIES | 20.85 |
| 10/25/05 | Duplicating/Printing/Scanning ATTY # 0856; 259 COPIES | 38.85 |
| 10/25/05 | Duplicating/Printing/Scanning ATTY # 0856; 357 COPIES | 53.55 |
| 10/25/05 | Duplicating/Printing/Scanning ATTY # 0856; 559 COPIES | 83.85 |
| 10/25/05 | Duplicating/Printing/Scanning ATTY # 0856; 353 COPIES | 52.95 |
| 10/25/05 | Duplicating/Printing/Scanning ATTY # 0856; 121 COPIES | 18.15 |
| 10/25/05 | Duplicating/Printing/Scanning ATTY # 0856; 518 COPIES | 77.70 |
| 10/25/05 | Duplicating/Printing/Scanning ATTY # 0856; 541 COPIES | 81.15 |
| 10/25/05 | Duplicating/Printing/Scanning ATTY # 0856; 6 COPIES | .90 |
| 10/25/05 | Duplicating/Printing/Scanning ATTY # 0718; 8 COPIES | 1.20 |
| 10/25/05 | Duplicating/Printing/Scanning ATTY # 0718; 35 COPIES | 5.25 |
| 10/25/05 | Postage Expense | .37 |
| 10/25/05 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .30 |
| 10/26/05 | Duplicating/Printing/Scanning ATTY # 4810; 5 COPIES | .75 |

```
172573  W. R. Grace & Co.                        Invoice Number  1342335
60026   Litigation and Litigation Consulting     Page    7
        November 22, 2005
```

| Date | Description | Amount |
|---|---|---:|
| 10/26/05 | Duplicating/Printing/Scanning<br>ATTY # 4810; 13 COPIES | 1.95 |
| 10/27/05 | Meal Expense - - VENDOR:TRANSFERS MARATHON GRILL -LUNCH FOR FIVE PEOPLE ORDERED IN FOR KIRKLAND & ELLIS MEETING AT REEDSMITH, PHILADELPHIA OFFICE(08/15/05). | 99.96 |
| 10/27/05 | Meal Expense - - VENDOR: TRANSFERS MARATHON GRILL - BREAKFAST FOR FIVE PEOPLE ORDERED IN FOR KIRKLAND & ELLIS MEETING AT REEDSMITH, PHILADELPHIA OFFICE(08/15/05). | 61.17 |
| 10/27/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 8 COPIES | 1.20 |
| 10/27/05 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2 COPIES | .30 |
| 10/28/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 8 COPIES | 1.20 |
| 10/28/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 16 COPIES | 2.40 |
| 10/28/05 | Duplicating/Printing/Scanning<br>ATTY # 0718; 160 COPIES | 24.00 |
| 10/31/05 | Duplicating/Printing/Scanning<br>ATTY # 4810; 174 COPIES | 26.10 |
| 10/31/05 | Meal-- PITTSBURGH PANTRY ALLOCATIONS ON 10/31/05 FOR HEARING PREP. AND MEETING. | 12.00 |
| 10/31/05 | Postage Expense | 6.05 |
| | CURRENT EXPENSES | 2,189.66 |
| | TOTAL BALANCE DUE UPON RECEIPT | $2,189.66 |

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1342336
5400 Broken Sound Blvd., N.W.            Invoice Date       11/22/05
Boca Raton, FL 33487                     Client Number        172573



===========================================================================

Re: W. R. Grace & Co.


(60028)   ZAI Science Trial

     Fees                                       0.00
     Expenses                                  19.40

                     TOTAL BALANCE DUE UPON RECEIPT         $19.40
                                                        =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                   Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


   W. R. Grace                              Invoice Number       1342336
   5400 Broken Sound Blvd., N.W.            Invoice Date        11/22/05
   Boca Raton, FL 33487                     Client Number         172573
                                            Matter Number          60028


   ========================================================================

   Re: ZAI Science Trial


   FOR COSTS ADVANCED AND EXPENSES INCURRED:

         Telephone Expense                           0.95
         Duplicating/Printing/Scanning              18.45

                    CURRENT EXPENSES                                19.40
                                                                --------------

                    TOTAL BALANCE DUE UPON RECEIPT               $19.40
                                                                ==============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1342336
5400 Broken Sound Blvd., N.W.            Invoice Date       11/22/05
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number        60028
```

======================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 10/04/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 10/04/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 10/04/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 10/06/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 44 COPIES | 6.60 |
| 10/06/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 42 COPIES | 6.30 |
| 10/06/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 10/06/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 10/07/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 3 COPIES | .45 |
| 10/07/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 10/17/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 5 COPIES | .75 |
| 10/17/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 14 COPIES | 2.10 |
| 10/25/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |

```
172573  W. R. Grace & Co.                          Invoice Number   1342336
 60028  ZAI Science Trial                          Page    2
        November 22, 2005


10/25/05   Duplicating/Printing/Scanning                              1.05
           ATTY # 0856: 7 COPIES

10/25/05   Telephone Expense                                           .35
           917-319-2202/NEW YORK, NY/7

10/26/05   Telephone Expense                                           .60
           917-319-2202/NEW YORK, NY/12

                          CURRENT EXPENSES                           19.40
                                                                 ------------
                          TOTAL BALANCE DUE UPON RECEIPT            $19.40
                                                                 ============
```