IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------x

In re:                                          Chapter 11

W.R. GRACE & Co., et al.,                       Case No. 01-01139 (JKF)
                                                (Jointly Administered)

                              Debtor            Objection Deadline: To be Determined
                                                Hearing Date: To be Determined

**SEVENTH QUARTERLY INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM JULY 1, 2005 THROUGH SEPTEMBER 30, 2005)**

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to  February 4, 2004) |
| Period for which compensation and reimbursement is sought: | July 1, 2005 through September 30, 2005 |
| Amount of Compensation sought as actual, reasonable and necessary during the Quarter (100%): | $ 292,231.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary during the Quarter (100%): | $   2,635.52 |

**Capstone Corporate Recovery, LLC changed its name to Capstone Advisory Group, LLC ("Capstone"), effective March 3, 2005.**

This is an: ___X___ interim _____ final application

This is the Seventh Quarterly application filed.  Disclosure for all periods is as follows:

**SEVENTH QUARTERLY INTERIM APPLICATION OF CAPSTONE ADVISORY
GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2005 THROUGH SEPTEMBER 30, 2005)**


## ATTACHMENT A

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| | | | | |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| | | | | |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| July 2, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| | | | | |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |

**SEVENTH QUARTERLY INTERIM APPLICATION OF CAPSTONE ADVISORY
GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2005 THROUGH SEPTEMBER 30, 2005)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 3, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $ 494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174.00** |

| | | | | |
|---|---|---|---|---|
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $ 435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |

**SEVENTH QUARTERLY INTERIM APPLICATION OF CAPSTONE ADVISORY
GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2005 THROUGH SEPTEMBER 30, 2005)**

| | | | | |
|---|---|---|---|---|
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |
| **Totals Sixth Quarterly** | **April 1, 2005 through June 30, 2005** | **$297,230.00** | **$2,252.85** | **$237,784.00** |
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1 through September 30, 2005 | $75,983.50 | $482.03 | $60,786.80 |
| **Totals Seventh Quarterly** | **July 1, 2005 through September 30, 2005** | **$292,231.00** | **$2,635.52** | **$233,784.80** |

**SEVENTH QUARTERLY INTERIM APPLICATION OF CAPSTONE ADVISORY
GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
<u>(FOR THE PERIOD FROM JULY 1, 2005 THROUGH SEPTEMBER 30, 2005)</u>**


**ATTACHMENT B**


1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.

**Capstone Advisory Group, LLC**

**Summary of Fees by Professional**

**For the Period 7/1/05 through 9/30/05**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $530 | 49.60 | $26,288.00 |
| S. Cunningham | Member | $505 | 111.20 | $56,156.00 |
| C. Troyer | Consultant | $425 | 74.70 | $31,747.50 |
| R. Frezza | Consultant | $425 | 51.10 | $21,717.50 |
| L. Hamilton | Consultant | $350 | 423.60 | $148,260.00 |
| J. Schwendeman | Consultant | $335 | 3.00 | $1,005.00 |
| M. Desalvio | Research | $150 | 14.90 | $2,235.00 |
| M. Hakoun | Research | $150 | 24.10 | $3,615.00 |
| N. Backer | Paraprofessional | $85 | 14.20 | $1,207.00 |
| **For the Period 7/1/05 through 9/30/05** | | | **766.40** | **$292,231.00** |

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Codes**
**For the period 7/1/05 through 7/31/05**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions | During the Fee Application period, the Applicant analyzed the Gamma acquisition, discussed related issues with the Debtors and their advisors, and prepared a report to the Committee thereon. | 64.00 | $25,887.00 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant read and analyzed Debtors' presentation regarding claims processing issues. | 1.40 | $742.00 |
| 04. Creditor Committee Matters | During the Fee Application Period, the Applicant prepared for and participated in calls and meetings with the Committee and counsel. Topics included the Gamma acquisition, Pitney Hardin retention, exclusivity as well as other motions and issues. | 6.50 | $2,564.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the May, June and quarterly fee applications. | 7.30 | $2,257.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed monthly financial data. In addition the Applicant analyzed Q2 2005 financial results, comparative peer data, and other related Q2 information provided by the Debtors, and prepared a report to the Committee thereon. | 13.80 | $5,238.00 |
| 11. Financial Analysis - Other | During the Fee Application period, the Applicant read and analyzed information and/or motions pertaining to lease assumption, a proposed sale of a plant, the Intercat settlement, environmental reserves and the NJDEP civil case, as well as various other issues. In addition, the Applicant maintained a virtual database of case documents. | 83.60 | $31,491.50 |
| 15. Plan & Disclosure Statement | During the Fee Application period, the Applicant read and analyzed the Debtors' Report, as well as PI, PD and Futures responses and counsel's memos regarding exclusivity. | 15.50 | $6,679.50 |
| 19. Tax Issues | During the Fee Application period, the Applicant read and analyzed information pertaining to state tax settlement issues and prepared a report to the Committee thereon. | 18.00 | $7,780.00 |
| 20. Valuation | During the Fee Application period, the Applicant updated a hypothetical recovery analysis. | 14.30 | $6,055.00 |

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Codes**
**For the period 7/1/05 through 7/31/05**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 26.  Meetings with Debtors | During the Fee Application period, the Applicant participated in calls with Debtors and their advisors regarding the Gamma acquisition, and the proposed sale of a Specialty Polymers business unit in Owensboro, and the Intercat settlement. | 3.60 | $1,320.00 |
| **Total For the Period 7/1/05 through 7/31/05** | | **228.00** | **$90,014.50** |

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Codes**
**For the period 8/1/05 through 8/31/05**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions | During the Fee Application period, the Applicant analyzed the Gamma acquisition and prepared a report to the Committee thereon. | 8.30 | $3,395.50 |
| 04. Creditor Committee Matters | During the Fee Application Period, the Applicant prepared for and participated in calls and meetings with the Committee and counsel. Topics included the Gamma acquisition, state tax settlement, Intercat settlement, as well as other case issues. | 4.00 | $1,520.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared June, July and quarterly fee applications. In addition, the Applicant prepared a response to the fee auditor's report. | 25.00 | $5,555.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed quarterly financial data for Q2 including analyses of variances between Q2 2005 financial results and Plan, comparative peer data, working capital and gross margin trends, and prepared a report to the Committee thereon. | 143.40 | $53,628.50 |
| 11. Financial Analysis - Other | During the Fee Application period, the Applicant read and analyzed information and/or motions pertaining to lease assumption, a proposed sale of a plant, the Intercat settlement, Marsh McLennan settlement, M&A fees, as well as various other issues. | 127.40 | $46,625.00 |
| 15. Plan & Disclosure Statement | During the Fee Application period, the Applicant read and analyzed portions of the POR and Disclosure Statement. | 8.60 | $3,855.00 |
| 19. Tax Issues | During the Fee Application period, the Applicant read and analyzed information pertaining to state tax settlement issues and prepared a report to the Committee thereon. | 17.40 | $7,733.50 |

**Capstone Advisory Group, LLC**
**Invoice for the Nineteenth Fee Application**

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Codes**
**For the period 8/1/05 through 8/31/05**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 26. Meetings with Debtors | During the Fee Application period, the Applicant participated in calls with Debtors and their advisors regarding Q2 results, the proposed sale of a Specialty Polymers business unit in Owensboro, Marsh McLennan settlement, lease assumption, state tax settlement and the Intercat settlement. | 9.90 | $3,920.50 |
| **Total For the Period 8/1/2005 through 8/31/2005** | | **344.00** | **$126,233.00** |

# W.R. Grace & Co.

**Capstone Advisory Group, LLC**

**Summary of Fees by Task Code**

**For the Period 9/1/05 through 9/30/05**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions | During the Fee Application period, the Applicant analyzed information pertaining to a proposed acquisition and prepared a report to the Committee. | 45.30 | $18,388.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed various motions, a fee audit report, Q2 report and Zonolite proceedings with counsel and a Committee member. | 2.30 | $877.00 |
| 06. Environmental Mtrs/Regs/Litig. | During the Fee Application period, the Applicant analyzed information pertaining to Zonolite, Montana proceedings, and NJDEP issues. | 5.80 | $2,084.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared Fee Statements for July and August. | 11.40 | $4,098.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant prepared a Q2 2005 financial report to the Committee, including drafts, reviews, and related data analysis. | 102.90 | $41,240.50 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant read and analyzed recent motions, recent court docket items, updated virtual database, and summarized data regarding global cement consumption and growth forecasts. | 11.90 | $3,270.00 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant read and analyzed information regarding exclusivity and summarized POR data. | 8.10 | $2,835.00 |
| 20. Valuation | During the Fee Application period, the Applicant prepared analyses and updated a valuation model. | 4.30 | $2,279.00 |
| 26. Meetings with Debtors | During the Fee Application Period, the Applicant participated in calls with the Debtors and their advisors regarding the proposed acquisition and Foley Hoag retention. | 2.00 | $700.00 |
| 28. Special Case Issues - Asbestos | During the Fee Application period, the Applicant read and analyzed information regarding PI and PD estimated proceedings. | 0.40 | $212.00 |
| **For the Period 9/1/05 through 9/30/05** | | **194.40** | **$75,983.50** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 7/1/05 through 9/30/05

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **01. Acquisitions** | | | |
| 7/1/2005 | L. Hamilton | 4.00 | Prepared analyses of projected operating data provided by Debtors regarding Gamma acquisition. |
| 7/5/2005 | L. Hamilton | 6.70 | Analyzed financial data provided by Debtors pertaining to Gamma acquisition and prepared follow up questions. |
| 7/6/2005 | E. Ordway | 1.00 | Directed staff in preparation of analyses regarding Gamma acquisition. |
| 7/6/2005 | L. Hamilton | 7.40 | Prepared analyses of historical results for use in report to the Committee regarding Gamma acquisition. |
| 7/7/2005 | L. Hamilton | 6.90 | Prepared outline for preparation of report to the Committee pertaining to Gamma. |
| 7/8/2005 | E. Ordway | 2.10 | Prepared analysis of possible synergy gains from Gamma acquisition for inclusion in report to Committee. |
| 7/8/2005 | S. Cunningham | 3.00 | Reviewed and prepared analyses of assets being acquired through the Gamma acquisition. |
| 7/11/2005 | S. Cunningham | 2.30 | Reviewed and prepared analyses of comparable companies related to Gamma acquisition. |
| 7/11/2005 | L. Hamilton | 7.10 | Reviewed Gamma forecast model provided by the Debtors and prepared analysis for inclusion in report to the Committee. |
| 7/12/2005 | C. Troyer | 0.80 | Edited report to the Committee pertaining to the Gamma acquisition. |
| 7/12/2005 | L. Hamilton | 1.70 | Read and analyzed draft motion pertaining to Gamma acquisition. |
| 7/12/2005 | S. Cunningham | 1.20 | Read and analyzed Gamma acquisition information. |
| 7/13/2005 | L. Hamilton | 2.10 | Discussed Gamma acquisition with counsel and updated report to the Committee. |
| 7/15/2005 | S. Cunningham | 4.00 | Read and analyzed Gamma acquisition information, and edited draft report to the Committee thereon. |
| 7/19/2005 | S. Cunningham | 1.20 | Analyzed Debtors' outline of the major terms of the purchase contract pertaining to Gamma acquisition. |
| 7/20/2005 | S. Cunningham | 1.60 | Analyzed additional information pertaining to Gamma acquisition regarding representations, purchase price adjustments, etc. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 7/20/2005 | S. Cunningham | 1.20 | Prepared/edited report to the Committee regarding the Gamma acquisition regarding timing, synergies And open negotiation issues. |
| 7/22/2005 | S. Cunningham | 2.50 | Read and analyzed additional operating cost and revenue data pertaining to Gamma acquisition. |
| 7/22/2005 | L. Hamilton | 2.10 | Updated report to the Committee regarding Gamma acquisition to address review comments from senior reviewer. |
| 7/25/2005 | L. Hamilton | 1.10 | Prepared analyses to illustrate impact of acquisition to cash flow and earnings. |
| 7/26/2005 | E. Ordway | 1.30 | Revised/edited Gamma acquisition report to the Committee to address recent modifications to the transaction terms. |
| 7/26/2005 | L. Hamilton | 1.20 | Updated report to the Committee regarding Gamma acquisition to reflect comments of counsel. |
| 7/26/2005 | L. Hamilton | 1.50 | Prepared additional follow up questions for the Debtor regarding Gamma acquisition. |
| 8/1/2005 | E. Ordway | 0.40 | Finalized Gamma acquisition report for distribution to the Committee. |
| 8/1/2005 | L. Hamilton | 2.20 | Read sales agreement and updated Gamma report to the Committee accordingly. |
| 8/1/2005 | L. Hamilton | 1.90 | Read and analyzed additional sales data for Gamma acquisition provided by Debtors. |
| 8/19/2005 | L. Hamilton | 1.10 | Read correspondence regarding latest proposed acquisition and discussed same with case team member. |
| 8/23/2005 | S. Cunningham | 2.70 | Read and analyzed information regarding Gamma acquisition. |
| 9/14/2005 | L. Hamilton | 5.70 | Read and analyzed information provided by Debtors regarding Lycra acquisition. |
| 9/15/2005 | S. Cunningham | 2.30 | Read and analyzed project Lycra information. |
| 9/15/2005 | L. Hamilton | 4.20 | Prepared analysis of forecast data for Lycra acquisition. |
| 9/16/2005 | S. Cunningham | 2.00 | Read and analyzed project Lycra information. |
| 9/19/2005 | L. Hamilton | 6.20 | Prepared report to the Committee regarding Lycra acquisition. |
| 9/19/2005 | S. Cunningham | 2.00 | Read and analyzed project Lycra information. |
| 9/20/2005 | L. Hamilton | 4.90 | Read and analyzed additional information provided by the Debtors pertaining to the Lycra acquisition. |
| 9/20/2005 | L. Hamilton | 1.20 | Updated Lycra report draft. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/20/2005 | S. Cunningham | 1.80 | Analyzed industry data regarding construction markets. |
| 9/21/2005 | S. Cunningham | 1.50 | Analyzed industry data regarding construction markets. |
| 9/21/2005 | E. Ordway | 0.20 | Reviewed/edited analysis of proposed Lycra acquisition prepared by staff. |
| 9/21/2005 | L. Hamilton | 1.00 | Updated Lycra earnings multiples analysis. |
| 9/23/2005 | S. Cunningham | 2.50 | Read and analyzed project Lycra information. |
| 9/23/2005 | E. Ordway | 0.60 | Prepared report to the Committee regarding a proposed acquisition. |
| 9/23/2005 | L. Hamilton | 1.60 | Updated Lycra analyses and report to the Committee. |
| 9/26/2005 | L. Hamilton | 3.30 | Prepared draft report to the Committee regarding Lycra acquisition. |
| 9/27/2005 | L. Hamilton | 1.10 | Read and analyzed information including employment contract related to an acquisition. |
| 9/27/2005 | E. Ordway | 0.70 | Continued to prepare report to the Committee regarding a proposed acquisition. |
| 9/30/2005 | S. Cunningham | 2.50 | Reviewed draft report to the Committee regarding the Lycra acquisition. |
| Subtotal | | 117.60 | |

### 03. Claims Analysis & Valuation

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/21/2005 | E. Ordway | 0.60 | Read counsel's report on court hearings regarding claim process issues. |
| 7/21/2005 | E. Ordway | 0.80 | Read and analyzed Debtor's presentation regarding claims processing issues. |
| Subtotal | | 1.40 | |

### 04. Creditor Committee Matters

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/1/2005 | E. Ordway | 0.40 | Read communique from counsel regarding exclusivity issues. |
| 7/6/2005 | L. Hamilton | 0.50 | Participated in call with counsel regarding hypothetical recovery scenarios. |
| 7/6/2005 | C. Troyer | 0.50 | Discussed the updated hypothetical recovery analysis with counsel. |
| 7/11/2005 | L. Hamilton | 0.30 | Discussed Debtors' filing pertaining to exclusivity with counsel. |
| 7/13/2005 | E. Ordway | 0.40 | Call with Chairman to discuss upcoming court docket. |
| 7/14/2005 | L. Hamilton | 0.50 | Discussed Debtors' Report and other case issues with counsel. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/21/2005 | L. Hamilton | 0.60 | Discussed recent motions with counsel. |
| 7/22/2005 | L. Hamilton | 0.60 | Discussed status of various motions with counsel. |
| 7/22/2005 | L. Hamilton | 0.20 | Discussed Gamma acquisition with counsel. |
| 7/25/2005 | E. Ordway | 0.60 | Discussed recent case activity with Committee member. |
| 7/26/2005 | L. Hamilton | 0.60 | Discussed retention scope expansion of Pitney Hardin as well as other recent motion issues with counsel. |
| 7/27/2005 | L. Hamilton | 1.30 | Coordinated with Blackstone and counsel with respect to various conference calls to discuss current motions. |
| 8/1/2005 | L. Hamilton | 0.60 | Discussed recent motions with counsel. |
| 8/1/2005 | L. Hamilton | 0.30 | Discussed Gamma acquisition and status of motions with Committee chair. |
| 8/3/2005 | L. Hamilton | 0.60 | Held discussions with counsel regarding the status of various motions. |
| 8/4/2005 | L. Hamilton | 0.40 | Discussed status of recent motions with counsel. |
| 8/8/2005 | C. Troyer | 0.40 | Discussed comments on a memo to the Committee with counsel. |
| 8/8/2005 | L. Hamilton | 0.60 | Discussed/corresponded with counsel on issues concerning Owensboro, the state tax settlement and Intercat settlement motions. |
| 8/9/2005 | E. Ordway | 0.20 | Called chair to discuss tax issues. |
| 8/11/2005 | L. Hamilton | 0.60 | Participated in discussions/correspondence with counsel regarding Intercat settlement. |
| 8/22/2005 | E. Ordway | 0.30 | Call with Committee member to discuss tax report. |
| 9/8/2005 | L. Hamilton | 0.50 | Discussed recent motions with counsel. |
| 9/9/2005 | E. Ordway | 0.20 | Discussed Debtor's "no objection" request regarding proof of claims with Committee member. |
| 9/12/2005 | L. Hamilton | 0.30 | Discussed fee audit results with counsel. |
| 9/13/2005 | L. Hamilton | 0.50 | Discussed fee audit report and other case issues with counsel. |
| 9/14/2005 | L. Hamilton | 0.40 | Discussed status of case issues with counsel including Zonolite proceedings. |
| 9/14/2005 | L. Hamilton | 0.20 | Discussed Q2 report with counsel. |
| 9/16/2005 | E. Ordway | 0.20 | Called Committee member to answer questions regarding 2nd Quarter report. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| Subtotal | | 12.80 | |

**06. Environmental Mtrs/Regs/Litig.**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/8/2005 | E. Ordway | 0.30 | Read counsel's memo on retention of special counsel and recent motion regarding State of Montana. |
| 9/13/2005 | L. Hamilton | 1.80 | Read and analyzed information regarding ZAI issues. |
| 9/15/2005 | L. Hamilton | 2.70 | Analyzed and summarized Zonolite information obtained from counsel. |
| 9/29/2005 | L. Hamilton | 1.00 | Read and analyzed recent court docket items including motion pertaining to NJDEP. |
| Subtotal | | 5.80 | |

**07. Fee Applications & Invoices**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/5/2005 | L. Hamilton | 1.60 | Prepared May fee application. |
| 7/6/2005 | L. Hamilton | 0.80 | Prepared May fee application. |
| 7/6/2005 | E. Ordway | 0.30 | Preparation of fee application. |
| 7/12/2005 | E. Ordway | 0.40 | Preparation of fee application. |
| 7/13/2005 | L. Hamilton | 0.80 | Prepared June fee application. |
| 7/13/2005 | N. Backer | 1.10 | Prepared June fee application. |
| 7/14/2005 | L. Hamilton | 1.30 | Prepared June fee application. |
| 7/20/2005 | N. Backer | 0.50 | Prepared quarterly fee application. |
| 7/21/2005 | L. Hamilton | 0.50 | Prepared fee reconciliation. |
| 8/2/2005 | N. Backer | 2.00 | Prepared Sixth Quarterly Fee application. |
| 8/2/2005 | E. Ordway | 0.40 | Directed staff in preparing response to the fee examiner's report. |
| 8/2/2005 | L. Hamilton | 1.50 | Read initial fee auditor report and prepared list of items required for response. |
| 8/9/2005 | L. Hamilton | 0.30 | Prepared June fee application. |
| 8/9/2005 | N. Backer | 2.00 | Prepared Sixth Quarterly Fee application. |
| 8/9/2005 | N. Backer | 2.00 | Prepared Sixth Quarterly Fee application. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/10/2005 | L. Hamilton | 0.80 | Prepared June fee application. |
| 8/11/2005 | N. Backer | 1.50 | Prepared June fee application. |
| 8/12/2005 | L. Hamilton | 3.20 | Prepared fee audit response. |
| 8/15/2005 | L. Hamilton | 2.50 | Read transcript from USG case and prepared response to fee auditor. |
| 8/16/2005 | E. Ordway | 0.40 | Prepared/edited response to fee examiner's report. |
| 8/17/2005 | N. Backer | 0.50 | Prepared June fee application. |
| 8/17/2005 | N. Backer | 0.50 | Prepared June fee application. |
| 8/17/2005 | L. Hamilton | 0.20 | Finalized and distributed response to fee auditor. |
| 8/19/2005 | N. Backer | 1.10 | Prepared July fee application. |
| 8/19/2005 | L. Hamilton | 0.90 | Prepared July fee application. |
| 8/21/2005 | N. Backer | 0.60 | Prepared July fee application. |
| 8/23/2005 | L. Hamilton | 0.50 | Finalized quarterly fee application. |
| 8/25/2005 | N. Backer | 1.40 | Prepared July fee application. |
| 8/25/2005 | L. Hamilton | 0.50 | Prepared July fee application. |
| 8/26/2005 | N. Backer | 1.00 | Prepared July fee application. |
| 8/26/2005 | L. Hamilton | 1.20 | Prepared July fee application. |
| 9/6/2005 | E. Ordway | 0.20 | Prepared fee application. |
| 9/12/2005 | L. Hamilton | 1.00 | Prepared July fee application. |
| 9/12/2005 | E. Ordway | 0.20 | Prepared fee application. |
| 9/14/2005 | L. Hamilton | 0.40 | Prepared July fee application. |
| 9/16/2005 | L. Hamilton | 2.50 | Prepared July fee application. |
| 9/16/2005 | E. Ordway | 0.20 | Prepared fee application. |
| 9/20/2005 | L. Hamilton | 1.00 | Prepared July fee application. |
| 9/20/2005 | L. Hamilton | 0.90 | Prepared July fee application. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/21/2005 | L. Hamilton | 3.90 | Prepared August fee application. |
| 9/28/2005 | L. Hamilton | 1.10 | Prepared August fee application. |
| Subtotal | | 43.70 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/12/2005 | L. Hamilton | 2.80 | Read and analyzed May monthly operating report prepared by Debtors. |
| 7/15/2005 | L. Hamilton | 4.00 | Prepared schedules for Q2 report to the Committee. |
| 7/15/2005 | E. Ordway | 1.50 | Prepared outline of report format for staff to use in preparing operating reports to Committee. |
| 7/19/2005 | E. Ordway | 0.40 | Summarized operating performance issues for staff to investigate. |
| 7/19/2005 | E. Ordway | 1.70 | Read and analyzed May operating report and compared to original budget for variances. |
| 7/20/2005 | M. Hakoun | 1.80 | Prepared summary of Debtors' second quarter earnings. |
| 7/20/2005 | C. Troyer | 1.60 | Read and analyzed the 2nd quarter press release. |
| 8/3/2005 | C. Troyer | 2.60 | Reviewed and analyzed information provided by the Debtors regarding 2nd quarter performance. |
| 8/3/2005 | E. Ordway | 0.60 | Read and analyzed information provided by the Debtors regarding the 2nd Q financial performance. |
| 8/4/2005 | E. Ordway | 0.40 | Summarized items in quarterly report for further investigation regarding working capital. |
| 8/4/2005 | E. Ordway | 1.40 | Compared 2nd Q results to budget and noted variances for further investigation. |
| 8/4/2005 | S. Cunningham | 1.20 | Analyzed Q2 results versus Plan. |
| 8/4/2005 | S. Cunningham | 3.30 | Prepared comparison of Q2 results versus Plan. |
| 8/5/2005 | S. Cunningham | 3.30 | Continued to prepare comparison of Q2 results versus Plan. |
| 8/9/2005 | L. Hamilton | 2.20 | Prepared for call with Debtors regarding Q2 results. |
| 8/9/2005 | S. Cunningham | 3.00 | Read/edited peer group comparative data and directed staff in followup. |
| 8/12/2005 | L. Hamilton | 2.70 | Read and analyzed Q2 information provided by the Debtors. |
| 8/15/2005 | L. Hamilton | 5.50 | Read and analyzed Q2 information provided by the Debtors. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/16/2005 | L. Hamilton | 2.40 | Prepared comparative summary of P&L data for inclusion in Q2 report to the Committee. |
| 8/16/2005 | L. Hamilton | 2.70 | Prepared summary Q2 sales bridge for inclusion in Q2 report to the Committee. |
| 8/16/2005 | L. Hamilton | 3.90 | Prepared comparative sales and EBITDA graphs. |
| 8/17/2005 | E. Ordway | 0.60 | Prepared analyses for inclusion in the 2nd Q report to the Committee regarding working capital. |
| 8/17/2005 | L. Hamilton | 7.80 | Prepared detailed analyses including sales and EBITDA bridges for Q2 report. |
| 8/18/2005 | L. Hamilton | 4.50 | Prepared schedules for Q2 report. |
| 8/18/2005 | L. Hamilton | 3.50 | Drafted sections of the Q2 report to the Committee. |
| 8/19/2005 | L. Hamilton | 2.90 | Read and analyzed industry reports regarding Q2 performance. |
| 8/19/2005 | E. Ordway | 0.70 | Continued to prepare working capital analyses for 2nd Q report. |
| 8/22/2005 | L. Hamilton | 3.20 | Analyzed peer group results for Q2. |
| 8/22/2005 | M. Hakoun | 2.20 | Updated peer group analysis model including adjusting for asset dispositions and one time items. |
| 8/22/2005 | L. Hamilton | 2.80 | Read and analyzed materials pertaining to the impact of energy prices on Q2 results. |
| 8/22/2005 | L. Hamilton | 3.40 | Prepared gross margin rate analyses. |
| 8/23/2005 | L. Hamilton | 0.60 | Responsed to information request from creditor. |
| 8/23/2005 | L. Hamilton | 7.80 | Prepared sales and EBIT bridge analyses for Q2 report. |
| 8/23/2005 | M. Hakoun | 1.40 | Updated peer group analysis model including adjusting for asset dispositions and one time items. |
| 8/24/2005 | L. Hamilton | 4.80 | Prepared draft Q2 report to the Committee. |
| 8/25/2005 | L. Hamilton | 4.90 | Prepared working capital and other analyses for Q2 report. |
| 8/25/2005 | L. Hamilton | 1.70 | Prepared pension expense and other analyses for Q2 report. |
| 8/25/2005 | E. Ordway | 0.40 | Directed staff in updating our peer group analyses. |
| 8/25/2005 | E. Ordway | 1.30 | Prepared several formats for analyzing industry competitors for use by staff. |
| 8/26/2005 | L. Hamilton | 4.80 | Revised/edited peer group summary data. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/26/2005 | M. Hakoun | 2.80 | Updated peer group analysis model including adjusting for asset dispositions and one time items. |
| 8/28/2005 | L. Hamilton | 2.80 | Prepared divisional sales bridge analysis. |
| 8/28/2005 | L. Hamilton | 2.80 | Drafted executive summary section of Q2 report. |
| 8/28/2005 | L. Hamilton | 4.90 | Prepared peer group analysis for Q2 report. |
| 8/29/2005 | L. Hamilton | 5.80 | Prepared draft Q2 report to the Committee. |
| 8/29/2005 | L. Hamilton | 4.20 | Updated schedules to be included in Q2 report. |
| 8/30/2005 | L. Hamilton | 5.90 | Continued to prepare draft of Q2 report to the Committee. |
| 8/30/2005 | R. Frezza | 1.60 | Read/reviewed 2005 Plan and prior reports in preparation for Q2 analyses. |
| 8/30/2005 | R. Frezza | 1.50 | Read/edited Q2 2005 report and related support information. |
| 8/30/2005 | R. Frezza | 2.00 | Read and analyzed Debtors' Q2 2005 Executive Summary Financial Report. |
| 8/30/2005 | R. Frezza | 0.80 | Discussed Q2 05 monitoring report and supporting data with team members. |
| 8/30/2005 | S. Cunningham | 5.00 | Read and analyzed information pertaining to Q2 report to the Committee. |
| 8/31/2005 | R. Frezza | 8.80 | Read/edited Q2 2005 report and related support information. |
| 9/1/2005 | R. Frezza | 9.50 | Reviewed/edited  Q2 2005 report to the Committee and related support analyses. |
| 9/1/2005 | S. Cunningham | 2.80 | Reviewed and analyzed Q2 company financial results. |
| 9/2/2005 | R. Frezza | 7.30 | Reviewed/edited  Q2 2005 report to the Committee and related support analyses. |
| 9/2/2005 | S. Cunningham | 2.50 | Analyzed Q2 financial information and compared versus plan and prior year. |
| 9/5/2005 | L. Hamilton | 0.90 | Updated peer group data for Q2 report. |
| 9/5/2005 | L. Hamilton | 1.00 | Read and analyzed July financial statements. |
| 9/5/2005 | L. Hamilton | 2.10 | Prepared detailed divisional bridge analyses for sales, EBITDA and gross margin for inclusion in Q2 report. |
| 9/6/2005 | L. Hamilton | 5.50 | Updated commentary pertaining to sales for Q2 report to the Committee. |
| 9/6/2005 | L. Hamilton | 6.50 | Updated schedules for Q2 report to the Committee. |
| 9/6/2005 | R. Frezza | 4.20 | Reviewed/edited  Q2 2005 report to the Committee and related analyses. |

**Capstone Advisory Group, LLC**

**Invoice for the Seventh Quarterly Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/7/2005 | S. Cunningham | 3.50 | Analyzed and updated Q2 peer group performance data. |
| 9/7/2005 | L. Hamilton | 9.60 | Prepared additional analyses and charts for Q2 report including sales, EBITDA and gross margin. |
| 9/7/2005 | R. Frezza | 4.30 | Continued review/edit of Q2 2005 report to the Committee and related support analyses. |
| 9/7/2005 | R. Frezza | 1.60 | Reviewed/edited peer company data for use in Q2 report. |
| 9/8/2005 | L. Hamilton | 2.30 | Continued to update commentary for Q2 report. |
| 9/8/2005 | E. Ordway | 0.90 | Prepared/edited report to the Committee regarding 2nd quarter performance. |
| 9/8/2005 | L. Hamilton | 7.20 | Updated Q2 report commentary pertaining to divisional results. |
| 9/9/2005 | L. Hamilton | 3.50 | Continued to update commentary for Q2 report. |
| 9/9/2005 | L. Hamilton | 4.70 | Prepared additional Q2 financial analyses by division. |
| 9/9/2005 | R. Frezza | 2.80 | Continued review/edit of Q2 2005 report to the Committee and related support analyses. |
| 9/9/2005 | E. Ordway | 2.00 | Prepared narrative to discuss major variances from plan for inclusion in 2nd Quarter report. |
| 9/12/2005 | E. Ordway | 1.70 | Continued preparation/editing of report to Committee on 2nd Quarter performance. |
| 9/12/2005 | L. Hamilton | 1.50 | Updated Q2 report regarding impact of energy costs. |
| 9/12/2005 | S. Cunningham | 3.50 | Analyzed historical peer group performance data. |
| 9/12/2005 | L. Hamilton | 2.40 | Analyzed additional gross margin information for Q2 provided by the Debtors. |
| 9/13/2005 | L. Hamilton | 3.50 | Continued to analyze energy cost impacts and update Q2 report, accordingly. |
| 9/13/2005 | L. Hamilton | 1.10 | Updated peer group analyses for Q2 report. |
| 9/13/2005 | S. Cunningham | 1.70 | Analyzed Q2 financial information and compared versus plan and prior year. |
| 9/14/2005 | L. Hamilton | 0.70 | Updated Q2 report to the Committee. |
| 9/15/2005 | L. Hamilton | 2.10 | Finalized Q2 report and distributed same to the Committee. |
| Subtotal | | 260.10 | |

11. Financial Analysis - Other

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/11/2005 | M. Hakoun | 0.30 | Updated virtual database of case documents. |
| 7/14/2005 | C. Troyer | 5.00 | Prepared a case information binder for new team member. |
| 7/14/2005 | E. Ordway | 0.90 | Calculated interest payment to Committee member under various timelines. |
| 7/14/2005 | L. Hamilton | 4.30 | Read and analyzed industry reports related to catalyst business developments. |
| 7/18/2005 | M. Hakoun | 0.30 | Updated virtual database of case documents. |
| 7/19/2005 | S. Cunningham | 1.00 | Analyzed motion regarding lease assumption. |
| 7/19/2005 | C. Troyer | 4.00 | Read and analyzed pending motions. |
| 7/20/2005 | S. Cunningham | 1.20 | Continued to analyze motion regarding lease assumption. |
| 7/20/2005 | C. Troyer | 5.20 | Drafted follow-up questions pertaining to several pending motions. |
| 7/20/2005 | S. Cunningham | 1.00 | Continued analysis of lease assumption and assignment issues. |
| 7/21/2005 | C. Troyer | 1.60 | Read and analyzed the draft motion pertaining to the assumption and assignment of a lease and drafted follow-up questions. |
| 7/21/2005 | L. Hamilton | 1.40 | Read and analyzed industry reports related to specialty chemicals. |
| 7/21/2005 | L. Hamilton | 2.40 | Read and analyzed recent motions concerning proposed settlements and sale of assets. |
| 7/21/2005 | L. Hamilton | 1.60 | Read and analyzed lease assignment motion. |
| 7/21/2005 | L. Hamilton | 1.40 | Updated work plans and discussed same with case team members. |
| 7/22/2005 | L. Hamilton | 1.20 | Updated work plans and discussed same with case team members. |
| 7/22/2005 | L. Hamilton | 2.60 | Continued to read and analyze various settlement motions. |
| 7/22/2005 | L. Hamilton | 1.30 | Read and analyzed Owensboro asset sale motion. |
| 7/25/2005 | M. Hakoun | 0.80 | Updated virtual database for meeting with team. |
| 7/25/2005 | C. Troyer | 1.30 | Incorporated counsel's questions on certain pending motions into the list of follow-up questions submitted to the Debtors. |
| 7/25/2005 | L. Hamilton | 0.60 | Read updated motion questions prepared by counsel and distributed same to Blackstone. |
| 7/25/2005 | L. Hamilton | 2.30 | Analyzed information pertaining to lease assignment and prepared follow up questions. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 7/25/2005 | S. Cunningham | 3.30 | Read and analyzed various motions filed by the Debtors. |
| 7/25/2005 | L. Hamilton | 1.00 | Updated work plan. |
| 7/26/2005 | L. Hamilton | 3.70 | Read and analyzed filed version of various motions. |
| 7/26/2005 | L. Hamilton | 1.00 | Read and analyzed recent industry reports. |
| 7/26/2005 | E. Ordway | 0.50 | Prepared/edited near-term work plan. |
| 7/27/2005 | M. Hakoun | 1.30 | Gathered and prepared summary of key economic drivers for the quarter ended 6/30/05. |
| 7/27/2005 | C. Troyer | 3.70 | Drafted a memo to the Committee regarding the proposed sale of the Specialty Polymers business. |
| 7/27/2005 | L. Hamilton | 1.10 | Prepared for call with Debtors and advisors regarding Owensboro |
| 7/27/2005 | L. Hamilton | 2.10 | Read and analyzed information regarding environmental issues, including Hamilton NJ site. |
| 7/27/2005 | M. Hakoun | 0.40 | Updated virtual database of case documents. |
| 7/27/2005 | M. Hakoun | 0.80 | Researched transaction within specialty chemicals sector during the quarter ended June 30, 2005. |
| 7/27/2005 | M. Hakoun | 2.10 | Prepared summary of industry transactions including assets acquired, debt and purchase multiples. |
| 7/27/2005 | L. Hamilton | 1.00 | Updated work plan. |
| 7/28/2005 | M. Hakoun | 1.60 | Summarized information regarding reserves for asbestos and environmental remediation. |
| 7/28/2005 | L. Hamilton | 2.60 | Read and analyzed information regarding Intercat settlement. |
| 7/28/2005 | L. Hamilton | 2.30 | Read and analyzed information regarding a current motion filed by the Debtors regarding sale of Owensboro facility. |
| 7/28/2005 | S. Cunningham | 2.00 | Read and analyzed information related to Owensboro sale. |
| 7/28/2005 | M. Hakoun | 1.70 | Summarized data from Debtors' and competitors quarterly reports. |
| 7/29/2005 | E. Ordway | 1.90 | Read and analyzed data regarding interest settlement and summarized items/issues for staff to inquire about. |
| 7/29/2005 | L. Hamilton | 2.00 | Prepared cash flow analysis of Intercat settlement. |
| 7/29/2005 | L. Hamilton | 1.80 | Prepared for call with Debtors and counsel regarding Intercat settlement. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/29/2005 | S. Cunningham | 4.00 | Read and analyzed information regarding Intercat settlement. |
| 8/1/2005 | C. Troyer | 2.30 | Drafted a memo to the Committee regarding the proposed sale of the GSP facility. |
| 8/1/2005 | L. Hamilton | 2.00 | Read and analyzed additional information pertaining to Intercat settlement provided by Debtors. |
| 8/1/2005 | E. Ordway | 0.70 | Read and analyzed data regarding sale of GSP facility. |
| 8/1/2005 | E. Ordway | 0.20 | Directed staff in preparation of report to the Committee regarding sale of GSP facility. |
| 8/2/2005 | L. Hamilton | 1.60 | Prepared additional follow-up questions pertaining to Intercat settlement. |
| 8/2/2005 | E. Ordway | 1.20 | Prepared summary of claims data from other major asbestos-related cases. |
| 8/2/2005 | L. Hamilton | 1.20 | Updated work plan. |
| 8/2/2005 | C. Troyer | 0.40 | Reviewed case open items list. |
| 8/2/2005 | C. Troyer | 0.80 | Reviewed and analyzed counsel's damages assessment pertaining to the Intercat matter. |
| 8/2/2005 | L. Hamilton | 2.40 | Read and analyzed royalty rate information pertaining to Intercat settlement. |
| 8/2/2005 | C. Troyer | 1.40 | Edited the memo to the Committee pertaining to the proposed sale of the GSP business to reflect counsel's comments. |
| 8/2/2005 | S. Cunningham | 6.50 | Read and analyzed various motions scheduled for Aug. 29th hearing including Gamma acquisition, Intercat settlement and state tax settlement. |
| 8/2/2005 | E. Ordway | 2.10 | Prepared outline of model for projecting operating performance. |
| 8/3/2005 | L. Hamilton | 1.50 | Prepared analysis regarding lease assumption. |
| 8/3/2005 | E. Ordway | 1.10 | Read and analyzed information regarding the proposed sale of the Debtors' polymers business; identified issues/items for staff to investigate. |
| 8/3/2005 | L. Hamilton | 2.50 | Prepared for call with Debtors and advisors regarding Intercat settlement. |
| 8/4/2005 | C. Troyer | 0.70 | Edited the memo to counsel regarding the pending Philadelphia lease assignment motion. |
| 8/4/2005 | C. Troyer | 1.90 | Edited memo regarding several pending motions and discussed comments with counsel. |
| 8/4/2005 | L. Hamilton | 1.00 | Read and analyzed information obtained from Debtors' counsel regarding Intercat settlement. |
| 8/4/2005 | L. Hamilton | 1.20 | Prepared comments for inclusion in counsel's memo to the Committee. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/4/2005 | L. Hamilton | 1.40 | Prepared for call with Debtors and advisors regarding Marsh & McLennan settlement. |
| 8/4/2005 | L. Hamilton | 0.50 | Updated work plan. |
| 8/4/2005 | L. Hamilton | 1.80 | Prepared report to counsel regarding lease assignment. |
| 8/5/2005 | L. Hamilton | 1.30 | Updated work plan. |
| 8/5/2005 | L. Hamilton | 2.40 | Read and analyzed additional information covered by adherence agreement regarding Intercat settlement. |
| 8/5/2005 | L. Hamilton | 1.00 | Prepared/responded to communications with counsel and Debtor's advisors. |
| 8/5/2005 | C. Troyer | 0.60 | Read and analyzed the competing bid received for the GSP business and prepared follow-up questions. |
| 8/5/2005 | E. Ordway | 0.40 | Read and analyzed counsel's report regarding pending matters, including Marsh McClennan settlement, Pitney Hardin, lease assumption and Intercat matter. |
| 8/5/2005 | L. Hamilton | 2.60 | Read and analyzed additional information from Stroock regarding Owensboro bid from Elcat. |
| 8/5/2005 | C. Troyer | 0.50 | Read the protective order pertaining to the Intercat matter and coordinated signing of release. |
| 8/7/2005 | L. Hamilton | 4.00 | Read and analyzed additional information pertaining to the Intercat settlement provided by the Debtors. |
| 8/8/2005 | S. Cunningham | 3.70 | Read and analyzed Intercat settlement motion. |
| 8/8/2005 | L. Hamilton | 4.10 | Read and analyzed information pertaining to the Debtors' position in the Intercat settlement. |
| 8/8/2005 | L. Hamilton | 5.20 | Read and analyzed information pertaining to Intercat's position in the Intercat settlement. |
| 8/9/2005 | L. Hamilton | 4.10 | Prepared various analyses pertaining to Intercat settlement. |
| 8/9/2005 | E. Ordway | 2.40 | Prepared/edited report to the Committee regarding polymers business sale. |
| 8/9/2005 | C. Troyer | 0.50 | Edited the GSP sale update memo to reflect counsel's comments. |
| 8/9/2005 | L. Hamilton | 2.70 | Prepared report to counsel regarding Intercat settlement. |
| 8/9/2005 | C. Troyer | 1.20 | Drafted an updated memo to the Committee regarding the competing bid for the GSP business. |
| 8/10/2005 | L. Hamilton | 0.50 | Updated work plan. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 8/10/2005 | L. Hamilton | 3.30 | Prepared report to the Committee regarding Intercat settlement. |
| 8/10/2005 | L. Hamilton | 3.40 | Updated Intercat settlement analyses |
| 8/10/2005 | C. Troyer | 1.00 | Read and edited the memo to the Committee regarding the Intercat matter. |
| 8/11/2005 | L. Hamilton | 7.20 | Prepared additional analyses pertaining to Intercat settlement. |
| 8/11/2005 | L. Hamilton | 1.20 | Updated work plan. |
| 8/12/2005 | L. Hamilton | 0.20 | Prepared summary of open agenda items for 8/29 hearing. |
| 8/12/2005 | L. Hamilton | 1.90 | Read and analyzed final report to the Committee regarding the Intercat settlement. |
| 8/12/2005 | E. Ordway | 0.80 | Read and analyzed counsel's analysis of the proposed settlement of the Intercat matter. |
| 8/22/2005 | S. Cunningham | 1.40 | Prepared followup questions for staff regarding investment banking fee structure in connection with potential acquisition. |
| 8/22/2005 | M. Desalvio | 4.50 | Prepared summary information regarding fees for M&A deals in the chemical industry. |
| 8/23/2005 | M. Desalvio | 7.40 | Continued to prepare summary of fees for chemical industry M&A's. |
| 8/24/2005 | M. Hakoun | 0.70 | Updated virtual database of court entries |
| 8/24/2005 | J. Schwendeman | 3.00 | Researched comparable industry M&A fees. |
| 8/24/2005 | S. Cunningham | 3.30 | Prepared/edited updates to analyses of various motions scheduled for Aug. 29th hearing. |
| 8/24/2005 | M. Desalvio | 3.00 | Continued to prepare summary of fees for chemical industry M&A's. |
| 8/24/2005 | L. Hamilton | 5.20 | Analyzed M&A fees pertaining to proposed acquisition. |
| 8/25/2005 | L. Hamilton | 0.90 | Finalized M&A fee analysis. |
| 8/26/2005 | S. Cunningham | 3.00 | Reviewed issues and prepared comparative analysis of fee structure for investment bankers. |
| 8/29/2005 | M. Hakoun | 1.20 | Obtained additional information regarding insurance settlement order. |
| 8/31/2005 | E. Ordway | 1.20 | Prepared updated analysis of sales growth over last 5 years from acquisitions. |
| 9/5/2005 | M. Hakoun | 0.50 | Updated virtual database of case docket items. |
| 9/7/2005 | R. Frezza | 0.60 | Read and analyzed recent motions. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/13/2005 | M. Hakoun | 0.40 | Distributed Debtors' announcement of China operations to case team members. |
| 9/13/2005 | M. Hakoun | 0.40 | Updated virtual database of case docket items. |
| 9/13/2005 | L. Hamilton | 1.00 | Prepared work plan. |
| 9/21/2005 | L. Hamilton | 0.90 | Updated work plan. |
| 9/23/2005 | L. Hamilton | 1.20 | Read and analyzed information from counsel regarding two motions. |
| 9/26/2005 | L. Hamilton | 0.80 | Read information document from Debtors regarding Lake Charles facility and distributed same to Committee member and counsel. |
| 9/28/2005 | M. Hakoun | 0.40 | Updated virtual database of case docket items. |
| 9/29/2005 | L. Hamilton | 2.70 | Analyzed current trading/valuation information. |
| 9/29/2005 | M. Hakoun | 1.80 | Gathered and summarized data pertaining to the global cement and European non-residential construction sector. |
| 9/30/2005 | M. Hakoun | 1.20 | Gathered and summarized data pertaining to global cement consumption and non-residential construction growth forecasts. |
| Subtotal | | 222.90 | |

**15. Plan & Disclosure Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/5/2005 | E. Ordway | 1.40 | Prepared summary of possible issues that could impact the Debtor if exclusivity were terminated. |
| 7/11/2005 | C. Troyer | 1.40 | Read and analyzed the Debtors' report on terminating exclusivity. |
| 7/11/2005 | L. Hamilton | 1.40 | Read and analyzed Debtors' filing pertaining to exclusivity. |
| 7/11/2005 | E. Ordway | 0.80 | Read and analyzed Debtor's report concerning termination of exclusivity and listed items for discussion with staff and counsel. |
| 7/11/2005 | S. Cunningham | 1.20 | Read and analyzed information pertaining to exclusivity. |
| 7/12/2005 | S. Cunningham | 1.30 | Read counsel's summary of Debtors meeting with interested parties. |
| 7/12/2005 | L. Hamilton | 0.50 | Read report from counsel regarding July 8th meeting on exclusivity. |
| 7/12/2005 | E. Ordway | 0.50 | Read counsel's memo regarding estimation procedures and plan negotiation issues. |
| 7/12/2005 | C. Troyer | 0.70 | Read and analyzed counsel's summary of the Debtors' meeting with all parties on 6/27/05. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/13/2005 | L. Hamilton | 2.70 | Read and analyzed PD, PI and Future Claimant responses to Debtors' report concerning exclusivity. |
| 7/14/2005 | L. Hamilton | 1.90 | Continued to read responses to Debtors' report concerning exclusivity. |
| 7/18/2005 | S. Cunningham | 1.20 | Read and analyzed interested parties' responses regarding exclusivity. |
| 7/21/2005 | C. Troyer | 0.50 | Read and analyzed counsel's update regarding the 7/19/05 hearing. |
| 8/11/2005 | S. Cunningham | 2.50 | Summarized/updated POR issues and directed staff in next steps. |
| 8/29/2005 | R. Frezza | 3.80 | Read POR and Disclosure Statement and other related documents |
| 8/30/2005 | R. Frezza | 2.30 | Continued reading POR and Disclosure Statement and other related documents |
| 9/28/2005 | L. Hamilton | 3.80 | Read and analyzed updated information regarding POR and exclusivity. |
| 9/30/2005 | L. Hamilton | 4.30 | Prepared summary of POR information. |
| Subtotal | | 32.20 | |

## 19. Tax Issues

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/13/2005 | L. Hamilton | 2.40 | Read and analyzed state tax settlement motion. |
| 7/18/2005 | S. Cunningham | 2.50 | Prepared analyses of cash impact of proposed settlement and impact to valuation model. |
| 7/18/2005 | C. Troyer | 2.90 | Drafted follow-up questions regarding the Debtors' tax settlement motion. |
| 7/18/2005 | C. Troyer | 3.10 | Read and analyzed the Debtors' state tax settlement motion and researched relevant cases and applicable tax law/rulings. |
| 7/19/2005 | S. Cunningham | 1.10 | Prepared outline of report format for staff to follow in preparing a report to the Committee regarding tax settlement. |
| 7/20/2005 | S. Cunningham | 1.20 | Analyzed additional information regarding state tax issues, including reading related tax law/rules. |
| 7/20/2005 | S. Cunningham | 0.80 | Prepared summary of state tax issues to be included in our report to the Committee. |
| 7/28/2005 | E. Ordway | 0.90 | Read motions regarding tax settlements and compared settlement amount to tax reserve analysis. |
| 7/28/2005 | L. Hamilton | 3.10 | Read and analyzed follow up information provided by Debtors pertaining to a state tax settlement. |
| 8/4/2005 | S. Cunningham | 1.00 | Reviewed analysis of state tax settlement motion. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/5/2005 | E. Ordway | 1.90 | Prepared report to the Committee regarding various tax matters. |
| 8/5/2005 | L. Hamilton | 2.20 | Prepared for call with Debtors regarding state tax settlement. |
| 8/5/2005 | C. Troyer | 6.10 | Participated in a call with the Debtors pertaining to the motion to settle certain state tax claims and began drafting a memo to the Committee. |
| 8/8/2005 | C. Troyer | 3.40 | Drafted a memo to the Committee regarding the Debtors' motion to settle certain state tax claims. |
| 8/12/2005 | S. Cunningham | 2.80 | Prepared followup questions for staff regarding state tax settlement. |
| Subtotal | | 35.40 | |

### 20. Valuation

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/1/2005 | C. Troyer | 8.00 | Updated the hypothetical recovery analysis. |
| 7/5/2005 | L. Hamilton | 0.30 | Prepared for call with counsel by reviewing hypothetical recovery scenarios. |
| 7/5/2005 | C. Troyer | 6.00 | Updated discussion document regarding the hypothetical recovery analysis. |
| 9/9/2005 | E. Ordway | 0.50 | Prepared analysis of liquidity history for inclusion in report to the Committee. |
| 9/13/2005 | E. Ordway | 2.10 | Prepared update of valuation model based on recent performance trends and peer group changes. |
| 9/14/2005 | E. Ordway | 1.70 | Prepared analysis of future cash levels based on year-to-date performance trends. |
| Subtotal | | 18.60 | |

### 26. Meetings with Debtors

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/7/2005 | L. Hamilton | 1.10 | Prepared for and participated in call with Debtors and advisors regarding the Gamma acquisition. |
| 7/27/2005 | L. Hamilton | 0.50 | Participated in call with Debtors and advisors regarding Owensboro. |
| 7/27/2005 | C. Troyer | 0.80 | Participated in a conference call with the Debtors to discuss the proposed sale of the Specialty Polymers business. |
| 7/29/2005 | L. Hamilton | 1.20 | Participated in call with Debtors and counsel regarding Intercat settlement. |
| 8/3/2005 | L. Hamilton | 1.50 | Participated in calls with Debtors and advisors regarding Intercat settlement. |
| 8/3/2005 | L. Hamilton | 1.30 | Prepared for and participated in call with Debtors and advisors regarding lease assumption. |
| 8/4/2005 | L. Hamilton | 0.50 | Participated in call with Debtors and advisors regarding Marsh settlement. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 8/5/2005 | L. Hamilton | 0.50 | Participated in call with Debtors and counsel regarding state tax settlement. |
| 8/8/2005 | C. Troyer | 2.70 | Participated in a discussion with the Debtors regarding the competing bid for the GSP business and began drafting an update memo to the Committee. |
| 8/9/2005 | C. Troyer | 1.10 | Participated in a discussion with the Debtors regarding 2nd quarter performance. |
| 8/9/2005 | L. Hamilton | 0.70 | Participated in call with Debtors regarding Q2 results. |
| 8/10/2005 | L. Hamilton | 0.50 | Discussed Intercat settlement with Debtors' counsel and advisors. |
| 8/22/2005 | S. Cunningham | 1.10 | Discussed potential acquisition with Company advisor. |
| 9/12/2005 | L. Hamilton | 0.50 | Discussed latest proposed acquisition with Blackstone. |
| 9/12/2005 | L. Hamilton | 0.20 | Discussed details of Foley Hoag retention with Blackstone. |
| 9/19/2005 | L. Hamilton | 1.30 | Prepared for and participated in call with Debtors and advisors regarding proposed acquisition. |
| Subtotal | | 15.50 | |

**28. Special Case Issues**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 9/21/2005 | E. Ordway | 0.40 | Read and analyzed counsel's memo regarding PI and PD estimation proceedings. |
| Subtotal | | 0.40 | |

| **Total Hours** | | **766.40** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 7/1/05 through 9/30/05

| Date | Professional | Detail | Amount |
|------|-------------|--------|-------:|
| **Copies** | | | |
| 7/31/2005 | Capstone Expenses | July Copies - 793 @ .15 Ea | $118.95 |
| 8/31/2005 | Capstone Expenses | August Copies: 1,370@ .15 Ea. | $205.50 |
| 9/30/2005 | Capstone Expenses | September Copies | $48.90 |
| Subtotal - Copies | | | $373.35 |
| **Faxes** | | | |
| 7/31/2005 | Capstone Expenses | July Faxes - 6 @ $1.00 ea | $6.00 |
| 8/31/2005 | Capstone Expenses | August Faxes: 39 @ $1.00 Ea. | $39.00 |
| 9/30/2005 | Capstone Expenses | September faxes | $22.00 |
| Subtotal - Faxes | | | $67.00 |
| **Postage/FedEx** | | | |
| 9/1/2005 | Capstone Expenses | | $7.50 |
| 9/5/2005 | Capstone Expenses | | $9.50 |
| Subtotal - Postage/FedEx | | | $17.00 |
| **Research** | | | |
| 7/30/2005 | M. Hakoun | Quarterly Pacer Bill 4/1/05-6/30/05 | $88.72 |
| 8/5/2005 | Capstone Expenses | Pacer for August | $19.73 |
| 8/24/2005 | J. Schwendeman | Report on Investment Banking fees | $350.00 |
| 8/31/2005 | Capstone Expenses | Bloomberg for August | $121.00 |
| 9/30/2005 | Capstone Expenses | Factiva September charges | $103.24 |
| Subtotal - Research | | | $682.69 |
| **Scans** | | | |
| 7/31/2005 | Capstone Expenses | July Scans - 46 @ $1.00 ea | $46.00 |

| Date | Professional | Detail | Amount |
|------|-------------|--------|-------:|
| 8/31/2005 | Capstone Expenses | August Scans: 436 @ $1.00 Ea. | $436.00 |
| 9/30/2005 | Capstone Expenses | September Scans | $55.00 |
| Subtotal - Scans | | | $537.00 |

**Telecom Charges**

| Date | Professional | Detail | Amount |
|------|-------------|--------|-------:|
| 7/11/2005 | E. Ordway | Verizon 7/11/05 | $18.55 |
| 7/31/2005 | Capstone Expenses | July Telephone - Saddle Brook office | $342.81 |
| 8/29/2005 | S. Cunningham | August telephone charges | $29.00 |
| 8/31/2005 | Capstone Expenses | August Telephone - Saddle Brook | $332.23 |
| 9/30/2005 | Capstone Expenses | September phone | $225.89 |
| 9/30/2005 | Frezza, R | Cell phone | $10.00 |
| Subtotal - Telecom Charges | | | $958.48 |
| **For the Period 7/1/05 through 9/30/05** | | | **$2,635.52** |

**SEVENTH QUARTERLY INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM JULY 1, 2005 THROUGH SEPTEMBER 30, 2005)**

## APPLICATION

Pursuant to sections 327, 330 and 331 of title 11 of the United States Code (as amended, the "Bankruptcy Code", Fed. R. Bankr. P. 2016, the Retention Order (as defined below), the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim Compensation Order"), the Amendment to the Administrative Order effective April 17, 2002 (the "Amendment") and Del.Bankr.LR 2016-2, Capstone Advisory Group, LLC ("Capstone"), Financial Advisors to the Official Committee of Unsecured Creditors (the "Committee") of W.R. Grace & Co. and its sixty-one domestic subsidiaries and affiliates that are debtors and debtors-in-possession (the "Debtors"), hereby applies for an order allowing it (i) compensation in the amount of $292,231.00 for professional services rendered by Capstone as financial advisors for the Committee, less $72,011.60 previously paid, and (ii) reimbursement for the actual and necessary expenses incurred by Capstone in rendering such services in the amount of $2,635.52 less $621.03 previously paid, (the "Seventh Quarterly Fee Application"), in each case for the interim quarterly period from July 1, 2005 through September 30, 2005 (the "Fee Period"). In support of this Application, Capstone respectfully states as follows:

### Monthly Interim Fee Applications Covered Herein

1. Pursuant to the procedures set forth in the Administrative Fee Order and Amendment, professionals may apply for monthly compensation and reimbursement (each such application, a

6

"Monthly Fee Application"), and the notice parties listed in the Administrative Fee Order and Amendment may object to such request. If no notice party objects to a professional's Monthly Fee Application within twenty (20) days after the date of service of the Monthly Fee Application, the applicable professional may submit to the Court a certification of no objection whereupon the Debtors are authorized to pay interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

2. Furthermore, and also pursuant to the Administrative Fee Order and Amendment, professionals are to file and serve upon the notice parties a quarterly request (a "Quarterly Fee Application") for interim Court approval and allowance of the Monthly Fee Applications filed during the quarter covered by that Quarterly Fee Application. If the Court grants the relief requested by the Quarterly Fee Application, the Debtors are authorized and directed to pay the professional 100% of the fees and expenses requested in the Monthly Fee Applications covered by that Quarterly Fee Application less any amounts previously paid in connection with the Monthly Fee Applications. Any payment made pursuant to the Monthly Fee Applications or a Quarterly Fee Application is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

3. Pursuant to an Application submitted to the Court on or about February 20, 2004, and by a Court order dated June 8, 2004 (the "Retention Order"), Capstone was retained as financial advisors for the Committee, nunc pro tunc to February 4, 2004.

4. Capstone, which was formed by former employees of FTI, was retained by the Committee instead and in place of FTI Consulting Inc. ("FTI"). FTI continues to be retained by the Committee in a limited advisory capacity.

5. Since its retention, Capstone has continuously and vigorously pursued the Committee's interests in these cases.

6.  Capstone is a firm of financial advisors specializing in insolvency restructuring and related matters. Since being retained by the Committee, Capstone has rendered professional services to the Committee as requested and as necessary and appropriate in furtherance of the interests of the unsecured creditors of the Debtors' estates. Capstone respectfully submits that the professional services that it rendered on behalf of the Committee were necessary and have directly benefited the creditor constituents represented by the Committee and have contributed to the effective administration of these cases.

7.  This is the Seventh Quarterly Fee Application for compensation for services rendered that Capstone has filed with the Bankruptcy Court in connection with the representation of the Committee in these chapter 11 cases.

8.  Capstone has filed the following Monthly Fee Applications for interim compensation during the Fee Period:

   a.  Eighteenth application of Capstone Advisory Group, LLC, financial advisor to the Official Committee of Unsecured Creditors, for allowance of compensation for service rendered and reimbursement of expenses incurred for the period from July 1, 2005 through July 31, 2005, filed on or about September 19, 2005 (the "Eighteenth Fee Application") attached hereto as Exhibit II.

   b.  Nineteenth application of Capstone Advisory Group, LLC, financial advisor to the Official Committee of Unsecured Creditors, for allowance of compensation for service rendered and reimbursement of expenses incurred for the period from August 1, 2005 through August 31, 2005, filed on or about October 7, 2005, (the "Nineteenth Fee Application") attached hereto as Exhibit III.

   c.  Twentieth application of Capstone Advisory Group, LLC, financial advisor to the Official Committee of Unsecured Creditors, for allowance of compensation for service rendered and reimbursement of expenses incurred for the period from September 1, 2005 through September 30, 2005, filed on or about October 31, 2005, (the "Twentieth Fee Application") attached hereto as Exhibit IV.

Capstone has not filed any other Quarterly Fee Applications or Monthly Fee Applications for the Fee Period.

**Description of Services, Fees and Expenses**

9.  During the Seventh Quarterly Interim Period, the Applicant rendered professional services aggregating a total of 766.40 hours in the discharge of its duties as financial advisor and bankruptcy consultant to the Committee.  The Applicant is seeking an interim allowance for compensation of professional services rendered to the Debtors of $292,231.00, representing 100% of fees incurred, and reimbursement of expenses in connection therewith $2,635.52. The Applicant, respectfully, submits the following:

a)  The Applicant believes that the interim fees applied for herein for professional services rendered in performing accounting and advisory services for the Committee in this proceeding are fair and reasonable in view of the time spent, the extent of work performed, the nature of the Debtors' capitalization structure and financial condition, the Debtors' financial accounting resources and the results obtained.

b)  All expenses were billed at actual cost, exclusive of amortization of the cost of investment, equipment or capital outlay.   Internal charges for outgoing out-of-town facsimile transmissions were billed at $1.00 per page for domestic transmissions.  Photocopy charges were billed at actual cost for external copying and $.15 per page for internal copying. Capstone believes that these charges reflect its actual out-of-pocket costs.

c)  The disbursements and expenses have been incurred in accordance with Capstone's normal practice of charging clients for expenses clearly related to and required by particular matters. Such expenses were often incurred to enable Capstone to devote time beyond normal office hours to matters that imposed extraordinary time demands.  Capstone has endeavored to minimize these expenses to the fullest extent possible.

d)  Capstone expended an aggregate of 766.40 hours, substantially all of which was expended by the professional staff of Capstone.  The work involved, and thus the time expended, was carefully assigned in light of the experience and expertise required for a particular task.  A small staff was utilized to optimize efficiencies and avoid redundant efforts.  The staff of the Debtors or their advisors has been utilized where practical and prudent.

e)  Capstone's approach is to utilize senior, experienced personnel and to encourage the Debtors to provide the staff-level support and analysis to minimize total cost.  In addition, Capstone's per diem rates for professionals of comparable experience are 10% to 20% lower than its competitors, the "Big-Four" accounting firms and certain other nationally-recognized specialty firms.

f)  Because Capstone's core staff consisted of senior professionals who performed a vast amount

of the work, time spent communicating internally and reviewing the work product of junior associates was kept to a minimum. Additionally, because of the experience of Capstone's professionals, in many instances only one or two Capstone representatives attended meetings or conference calls or performed specific functions.

g) Edwin N. Ordway, Jr., a senior member of the firm in charge of this case, directed the activities of the Capstone team, calling upon his more than ten years of experience in restructuring and insolvency matters, including more than 100 cases, many as large and complex, and some larger and more complex than this matter.

h) To the best of the Applicant's knowledge and belief, there has been no duplication of services between the Applicant and any other accountants or consultants to the bankruptcy estate.

i) Capstone's travel time policy is for professional personnel to travel outside of business hours when possible. Such time is not charged to a client unless productive work is performed during the travel period. In this engagement, non-productive travel time is not being charged to the Debtors.

j) In providing a reimbursable service such as copying or telephone, the Applicant does not make a profit on that service. In charging for a particular service, Capstone does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay. In seeking reimbursement for a service which the Applicant justifiably purchased or contracted for from a third party, Capstone requests reimbursement only for the amount billed to Capstone by such third party vendor and paid by Capstone to that vendor.

k) Annexed hereto as Attachment B are summaries of fees and hours by professional and by task during the Seventh Quarterly Interim Period, as well as a summary of expenses for the Seventh Quarterly Period.

l) Annexed hereto as Exhibit II, Exhibit III and Exhibit IV are the monthly interim applications that include the detail of the services performed by the Applicant during the each monthly period at the direction of the Committee and its Counsel.

m) Pursuant to Rule 2016, Capstone states that no compensation to be received in this proceeding will be shared with any person or entity outside of Capstone and that no compensation has been paid or promised to the Applicant in connection with the compensation sought in this Application except as disclosed herein. No prior application has been made to this or any other Court for the relief requested herein for the Compensation Period, nor has any payment been received by Capstone on account of its accounting and financial advisory services rendered or on account of the out-of-pocket expenses incurred in connection therewith.

n) As stated in the Affidavit of Edwin N. Ordway, Jr., annexed hereto as Exhibit I, all of the services for which interim compensation is sought herein were rendered for and on behalf of the Committee solely in connection with these cases.

10. The detail of services provided by Capstone during the Fee Period is included in the monthly fee applications attached as Exhibit II, Exhibit III and Exhibit IV.   A summary of the services provided by Capstone during the Fee Period is provided in Attachment B.

**Relief Requested**

9.   By this Seventh Quarterly Fee Application, Capstone requests that the Court approve the interim allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by Capstone for the Fee Period, and as detailed in the July to September Monthly Applications, less the amounts previously paid to Capstone pursuant to the procedures set forth in the Administrative Fee Order and Amendment.[1]   As stated above, the full scope of services provided and the related expenses incurred are fully described in the July through September Monthly Applications, which are attached hereto as Exhibits II, III and IV.

**Disinterestedness**

10. As disclosed in the affidavit of Edwin N. Ordway, Jr.,  (the "Affidavit") Capstone does not hold or represent any interest adverse to the estates, and had been, at all relevant times, a disinterested person as that term is defined in section 101(4) of the Bankruptcy Code as modified by section 1107 of the Bankruptcy Code.

---

[1]    Capstone reserves the right to seek at a later date compensation for services rendered and reimbursement for expenses incurred during the July through September 2005 period that are not otherwise included in the relevant July through September Monthly Applications.

11. Capstone may have in the past represented, may currently represent, and likely in the future will represent parties-in-interest in connection with matters unrelated to the Debtors and the chapter 11 cases. Capstone disclosed in its Retention Application its connections to parties-in-interest that it has been able to ascertain using its reasonable efforts. Capstone will provide supplemental Affidavits when necessary and when Capstone becomes aware of material new information.

WHEREFORE, Capstone respectfully requests that the Court enter an order, substantially in the form attached hereto,

a) granting Capstone an allowance of (i) $292,231.00 as compensation for reasonable and necessary professional services rendered to the Committee, less $72,011.60 previously paid, and (ii) of $2,635.52 for reimbursement of actual and necessary costs and expenses incurred, less $621.03 previously paid, for a net total of $222,233.89 owing and unpaid, for the Fee Period from July 1, 2005 through September 30, 2005;

b) authorizing and directing the Debtors to pay to Capstone the outstanding amount of such sums; and

c) granting such other and further relief as this Court may deem just and proper.

Date: <u>November 16, 2005</u>

Capstone Advisory Group, LLC

By
   Edwin N. Ordway, Jr.

Capstone Advisory Group, LLC
Park 80 West, Plaza I
Saddle Brook, NJ  07663
(201) 587-7100

12

## Index to Exhibits

**Exhibit I**       **Affidavit**

**Exhibit II**      **Fee Application for the Period July 1, 2005 – July 31, 2005**

**Exhibit III**     **Fee Application for the Period August 1, 2005 – August 31, 2005**

**Exhibit IV**      **Fee Application for the Period September 1, 2005 – September 30, 2005**

**Exhibit I**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| W.R. GRACE & CO., <u>et al.</u> | ) | Case No. 01-01139 (JKF) |
| | | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: To Be Determined |
| | | Hearing Date: To Be Determined |

## AFFIDAVIT

| | |
|---|---|
| STATE OF NEW JERSEY | ) |
| | ) ss: |
| COUNTY OF BERGEN | ) |

EDWIN N. ORDWAY, JR., being duly sworn, deposes and says:

1. I am a senior member of Capstone Advisory Group, LLC, ("Capstone"), and I am duly authorized to make this affidavit on behalf of Capstone. Capstone provides financial consulting services for restructuring matters and has its principal office at Park 80 West Plaza I, Saddle Brook, New Jersey. Capstone has provided financial consulting services to and has rendered professional services on behalf of the Official Committee of Unsecured Creditors (the "Committee") of W. R. Grace & Co., and sixty-one of its domestic subsidiaries and affiliates which are debtors and debtors-in-possession before this Court.

2. This affidavit is submitted pursuant to Bankruptcy Rule 2016(a) in support of Capstone's Seventh Quarterly application for compensation for services and for reimbursement of expenses for services rendered during the period from July 1, 2005 through September 30, 2005 in the aggregate amount of $294,866.52 of which $222,233.89 has not yet been paid.

3. All services for which compensation is requested by Capstone were professional services performed for and on behalf of the Committee from July 1, 2005 through and including September 30, 2005 and not on behalf of any other person.

4. In accordance with Title 18 U.S.C. Section 155, neither I nor any employee of my firm has entered into any agreement, express or implied, with any other party-in-interest for the

purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the Debtors' assets.

5.   In accordance with Section 504 of the Bankruptcy Code, no agreement or understanding exists between me, my firm, or any employee thereof, on the one hand, and any other person, on the other hand, for division of such compensation as my firm may receive for services rendered in connection with these cases, nor will any division of fees prohibited by Section 504 of the Bankruptcy Code be made by me or any employee of my firm.


EDWIN N. ORDWAY, JR.


Sworn to before me this
16th day of November, 2005


Notary Public
PATRICIA E. FOOSE
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES AUG. 6, 2006


2

**Exhibit II**

**Fee Application for the period**

**July 1, 2005 – July 31, 2005**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------x

In re:                                  Chapter 11

W.R. GRACE & Co., et al.,               Case No. 01-01139 (JKF)
                                        (Jointly Administered)

                    Debtors

EIGHTEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2005 THROUGH JULY 31, 2005)

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | July 1, 2005 through July 31 2005 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $90,014.50): | $ 72,011.60 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $ 621.03 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004

The total time expended and included herein for fee application preparation is approximately 7.30 hours and corresponding compensation requested is approximately $2,257.00.

This is the Eighteenth Interim Application filed by Capstone. Disclosure for the current period and prior periods is as follows:

EIGHTEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2005 THROUGH JULY 31, 2005)


## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| | | | | |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| | | | | |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

EIGHTEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2005 THROUGH JULY 31, 2005)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| | | | | |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $ 494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
| | | | | |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $ 435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

EIGHTEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2005 THROUGH JULY 31, 2005)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |

EIGHTEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2005 THROUGH JULY 31, 2005)

**ATTACHMENT B
TO FEE APPLICATION**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 7/1/2005 through 7/31/2005**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $530 | 18.40 | $9,752.00 |
| S. Cunningham | Member | $505 | 38.80 | $19,594.00 |
| C. Troyer | Consultant | $425 | 47.10 | $20,017.50 |
| L. Hamilton | Consultant | $350 | 111.00 | $38,850.00 |
| M. Hakoun | Research | $150 | 11.10 | $1,665.00 |
| N. Backer | Paraprofessional | $85 | 1.60 | $136.00 |
| **For the Period 7/1/2005 through 7/31/2005** | | | **228.00** | **$90,014.50** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Task Codes
## For the period 7/1/05 through 7/31/05

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions | During the Fee Application period, the Applicant analyzed the Gamma acquisition, discussed related issues with the Debtors and their advisors, and prepared a report to the Committee thereon. | 64.00 | $25,887.00 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant read and analyzed Debtors' presentation regarding claims processing issues. | 1.40 | $742.00 |
| 04. Creditor Committee Matters | During the Fee Application Period, the Applicant prepared for and participated in calls and meetings with the Committee and counsel. Topics included the Gamma acquisition, Pitney Hardin retention, exclusivity as well as other motions and issues. | 6.50 | $2,564.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the May, June and quarterly fee applications. | 7.30 | $2,257.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed monthly financial data. In addition the Applicant analyzed Q2 2005 financial results, comparative peer data, and other related Q2 information provided by the Debtors, and prepared a report to the Committee thereon. | 13.80 | $5,238.00 |
| 11. Financial Analysis - Other | During the Fee Application period, the Applicant read and analyzed information and/or motions pertaining to lease assumption, a proposed sale of a plant, the Intercat settlement, environmental reserves and the NJDEP civil case, as well as various other issues. In addition, the Applicant maintained a virtual database of case documents. | 83.60 | $31,491.50 |
| 15. Plan & Disclosure Statement | During the Fee Application period, the Applicant read and analyzed the Debtors' Report, as well as PI, PD and Futures responses and counsel's memos regarding exclusivity. | 15.50 | $6,679.50 |
| 19. Tax Issues | During the Fee Application period, the Applicant read and analyzed information pertaining to state tax settlement issues and prepared a report to the Committee thereon. | 18.00 | $7,780.00 |
| 20. Valuation | During the Fee Application period, the Applicant updated a hypothetical recovery analysis. | 14.30 | $6,055.00 |

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Codes**
**For the period 7/1/05 through 7/31/05**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 26. Meetings with Debtors | During the Fee Application period, the Applicant participated in calls with Debtors and their advisors regarding the Gamma acquisition, and the proposed sale of a Specialty Polymers business unit in Owensboro, and the Intercat settlement. | 3.60 | $1,320.00 |
| **Total For the Period 7/1/05 through 7/31/05** | | **228.00** | **$90,014.50** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
### Detailed Time Description by Task Code
### For the Period 7/1/2005 through 7/31/2005

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **01. Acquisitions** | | | |
| 7/1/2005 | L. Hamilton | 4.00 | Prepared analyses of projected operating data provided by Debtors regarding Gamma acquisition. |
| 7/5/2005 | L. Hamilton | 6.70 | Analyzed financial data provided by Debtors pertaining to Gamma acquisition and prepared follow up questions. |
| 7/6/2005 | L. Hamilton | 7.40 | Prepared analyses of historical results for use in report to the Committee regarding Gamma acquisition. |
| 7/6/2005 | E. Ordway | 1.00 | Directed staff in preparation of analyses regarding Gamma acquisition. |
| 7/7/2005 | L. Hamilton | 6.90 | Prepared outline for preparation of report to the Committee pertaining to Gamma. |
| 7/8/2005 | S. Cunningham | 3.00 | Reviewed and prepared analyses of assets being acquired through the Gamma acquisition. |
| 7/8/2005 | E. Ordway | 2.10 | Prepared analysis of possible synergy gains from Gamma acquisition for inclusion in report to Committee. |
| 7/11/2005 | S. Cunningham | 2.30 | Reviewed and prepared analyses of comparable companies related to Gamma acquisition. |
| 7/11/2005 | L. Hamilton | 7.10 | Reviewed Gamma forecast model provided by the Debtors and prepared analysis for inclusion in report to the Committee. |
| 7/12/2005 | C. Troyer | 0.80 | Edited report to the Committee pertaining to the Gamma acquisition. |
| 7/12/2005 | S. Cunningham | 1.20 | Read and analyzed Gamma acquisition information. |
| 7/12/2005 | L. Hamilton | 1.70 | Read and analyzed draft motion pertaining to Gamma acquisition. |
| 7/13/2005 | L. Hamilton | 2.10 | Discussed Gamma acquisition with counsel and updated report to the Committee. |
| 7/15/2005 | S. Cunningham | 4.00 | Read and analyzed Gamma acquisition information, and edited draft report to the Committee thereon. |
| 7/19/2005 | S. Cunningham | 1.20 | Analyzed Debtors' outline of the major terms of the purchase contract pertaining to Gamma acquisition. |
| 7/20/2005 | S. Cunningham | 1.60 | Analyzed additional information pertaining to Gamma acquisition regarding representations, purchase price adjustments, etc. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/20/2005 | S. Cunningham | 1.20 | Prepared/edited report to the Committee regarding the Gamma acquisition regarding timing, synergies and open negotiation issues. |
| 7/22/2005 | L. Hamilton | 2.10 | Updated report to the Committee regarding Gamma acquisition to address review comments from senior reviewer. |
| 7/22/2005 | S. Cunningham | 2.50 | Read and analyzed additional operating cost and revenue data pertaining to Gamma acquisition. |
| 7/25/2005 | L. Hamilton | 1.10 | Prepared analyses to illustrate impact of acquisition to cash flow and earnings. |
| 7/26/2005 | E. Ordway | 1.30 | Revised/edited Gamma acquisition report to the Committee to address recent modifications to the transaction terms. |
| 7/26/2005 | L. Hamilton | 1.20 | Updated report to the Committee regarding Gamma acquisition to reflect comments of counsel. |
| 7/26/2005 | L. Hamilton | 1.50 | Prepared additional follow up questions for the Debtor regarding Gamma acquisition. |
| Subtotal | | 64.00 | |

03. Claims Analysis & Valuation

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/21/2005 | E. Ordway | 0.60 | Read counsel's report on court hearings regarding claim process issues. |
| 7/21/2005 | E. Ordway | 0.80 | Read and analyzed Debtor's presentation regarding claims processing. |
| Subtotal | | 1.40 | |

04. Creditor Committee Matters

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/1/2005 | E. Ordway | 0.40 | Read communique from counsel regarding exclusivity issues. |
| 7/6/2005 | C. Troyer | 0.50 | Discussed the updated hypothetical recovery analysis with counsel. |
| 7/6/2005 | L. Hamilton | 0.50 | Participated in call with counsel regarding hypothetical recovery scenarios. |
| 7/11/2005 | L. Hamilton | 0.30 | Discussed Debtors' filing pertaining to exclusivity with counsel. |
| 7/13/2005 | E. Ordway | 0.40 | Call with Chairman to discuss upcoming court docket. |
| 7/14/2005 | L. Hamilton | 0.50 | Discussed Debtors' Report and other case issues with counsel. |
| 7/21/2005 | L. Hamilton | 0.60 | Discussed recent motions with counsel. |
| 7/22/2005 | L. Hamilton | 0.20 | Discussed Gamma acquisition with counsel. |
| 7/22/2005 | L. Hamilton | 0.60 | Discussed status of various motions with counsel. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 7/25/2005 | E. Ordway | 0.60 | Discussed recent case activity with Committee member. |
| 7/26/2005 | L. Hamilton | 0.60 | Discussed retention scope expansion of Pitney Hardin as well as other recent motion issues with counsel. |
| 7/27/2005 | L. Hamilton | 1.30 | Coordinated with Blackstone and counsel with respect to various conference calls to discuss current motions. |
| Subtotal | | 6.50 | |

07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 7/5/2005 | L. Hamilton | 1.60 | Prepared May fee application. |
| 7/6/2005 | E. Ordway | 0.30 | Preparation of fee application. |
| 7/6/2005 | L. Hamilton | 0.80 | Prepared May fee application. |
| 7/12/2005 | E. Ordway | 0.40 | Preparation of fee application. |
| 7/13/2005 | L. Hamilton | 0.80 | Prepared June fee application. |
| 7/13/2005 | N. Backer | 1.10 | Prepared June fee application. |
| 7/14/2005 | L. Hamilton | 1.30 | Prepared June fee application. |
| 7/20/2005 | N. Backer | 0.50 | Prepared quarterly fee application. |
| 7/21/2005 | L. Hamilton | 0.50 | Prepared fee reconciliation. |
| Subtotal | | 7.30 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 7/12/2005 | L. Hamilton | 2.80 | Read and analyzed May monthly operating report prepared by Debtors. |
| 7/15/2005 | L. Hamilton | 4.00 | Prepared schedules for Q2 report to the Committee. |
| 7/15/2005 | E. Ordway | 1.50 | Prepared outline of report format for staff to use in preparing operating reports to Committee. |
| 7/19/2005 | E. Ordway | 0.40 | Summarized operating performance issues for staff to investigate. |
| 7/19/2005 | E. Ordway | 1.70 | Read and analyzed May operating report and compared to original budget for variances. |
| 7/20/2005 | M. Hakoun | 1.80 | Prepared summary of Debtors' second quarter earnings. |
| 7/20/2005 | C. Troyer | 1.60 | Read and analyzed the 2nd quarter press release. |

Capstone Advisory Group, LLC
Invoice for the Eighteenth Interim Fee

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| Subtotal | | 13.80 | |
| 11. Financial Analysis - Other | | | |
| 7/11/2005 | M. Hakoun | 0.30 | Updated virtual database of case documents. |
| 7/14/2005 | C. Troyer | 5.00 | Prepared a case information binder for new team member. |
| 7/14/2005 | E. Ordway | 0.90 | Calculated interest payment to Committee member under various timelines. |
| 7/14/2005 | L. Hamilton | 4.30 | Read and analyzed industry reports related to catalyst business developments. |
| 7/18/2005 | M. Hakoun | 0.30 | Updated virtual database of case documents. |
| 7/19/2005 | S. Cunningham | 1.00 | Analyzed motion regarding lease assumption. |
| 7/19/2005 | C. Troyer | 4.00 | Read and analyzed pending motions. |
| 7/20/2005 | C. Troyer | 5.20 | Drafted follow-up questions pertaining to several pending motions. |
| 7/20/2005 | S. Cunningham | 1.00 | Continued analysis of lease assumption and assignment issues. |
| 7/20/2005 | S. Cunningham | 1.20 | Continued to analyze motion regarding lease assumption. |
| 7/21/2005 | L. Hamilton | 1.40 | Read and analyzed industry reports related to specialty chemicals. |
| 7/21/2005 | L. Hamilton | 1.60 | Read and analyzed lease assignment motion. |
| 7/21/2005 | L. Hamilton | 2.40 | Read and analyzed recent motions concerning proposed settlements and sale of assets. |
| 7/21/2005 | C. Troyer | 1.60 | Read and analyzed the draft motion pertaining to the assumption and assignment of a lease and drafted follow-up questions. |
| 7/21/2005 | L. Hamilton | 1.40 | Updated work plans and discussed same with case team members. |
| 7/22/2005 | L. Hamilton | 2.60 | Continued to read and analyze various settlement motions. |
| 7/22/2005 | L. Hamilton | 1.30 | Read and analyzed Owensboro asset sale motion. |
| 7/22/2005 | L. Hamilton | 1.20 | Updated work plans and discussed same with case team members. |
| 7/25/2005 | L. Hamilton | 1.00 | Updated work plan. |
| 7/25/2005 | M. Hakoun | 0.80 | Updated virtual database for meeting with team. |
| 7/25/2005 | S. Cunningham | 3.30 | Read and analyzed various motions filed by the Debtors. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/25/2005 | C. Troyer | 1.30 | Incorporated counsel's questions on certain pending motions into the list of follow-up questions submitted to the Debtors. |
| 7/25/2005 | L. Hamilton | 0.60 | Read updated motion questions prepared by counsel and distributed same to Blackstone. |
| 7/25/2005 | L. Hamilton | 2.30 | Analyzed information pertaining to lease assignment and prepared follow up questions. |
| 7/26/2005 | L. Hamilton | 1.00 | Read and analyzed recent industry reports. |
| 7/26/2005 | E. Ordway | 0.50 | Prepared/edited near-term work plan. |
| 7/26/2005 | L. Hamilton | 3.70 | Read and analyzed filed version of various motions. |
| 7/27/2005 | L. Hamilton | 1.00 | Updated work plan. |
| 7/27/2005 | M. Hakoun | 2.10 | Prepared summary of industry transactions including assets acquired, debt and purchase multiples. |
| 7/27/2005 | M. Hakoun | 0.40 | Updated virtual database of case documents. |
| 7/27/2005 | C. Troyer | 3.70 | Drafted a memo to the Committee regarding the proposed sale of the Specialty Polymers business. |
| 7/27/2005 | M. Hakoun | 1.30 | Gathered and prepared summary of key economic drivers for the quarter ended 6/30/05. |
| 7/27/2005 | L. Hamilton | 1.10 | Prepared for call with Debtors and advisors regarding Owensboro. |
| 7/27/2005 | M. Hakoun | 0.80 | Researched transaction within specialty chemicals sector during the quarter ended June 30, 2005. |
| 7/27/2005 | L. Hamilton | 2.10 | Read and analyzed information regarding environmental issues, including Hamilton NJ site. |
| 7/28/2005 | L. Hamilton | 2.60 | Read and analyzed information regarding Intercat settlement. |
| 7/28/2005 | S. Cunningham | 2.00 | Read and analyzed information related to Owensboro sale. |
| 7/28/2005 | M. Hakoun | 1.70 | Summarized data from Debtors' and competitors quarterly reports. |
| 7/28/2005 | L. Hamilton | 2.30 | Read and analyzed information regarding a current motion filed by the Debtors regarding sale of Owensboro facility. |
| 7/28/2005 | M. Hakoun | 1.60 | Summarized information regarding reserves for asbestos and environmental remediation. |
| 7/29/2005 | S. Cunningham | 4.00 | Read and analyzed information regarding Intercat settlement. |
| 7/29/2005 | L. Hamilton | 1.80 | Prepared for call with Debtors and counsel regarding Intercat settlement. |

**Capstone Advisory Group, LLC**
**Invoice for the Eighteenth Interim Fee**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/29/2005 | L. Hamilton | 2.00 | Prepared cash flow analysis of Intercat settlement. |
| 7/29/2005 | E. Ordway | 1.90 | Read and analyzed data regarding interest settlement and summarized items/issues for staff to inquire about. |
| Subtotal | | 83.60 | |

15. Plan & Disclosure Statement

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/5/2005 | E. Ordway | 1.40 | Prepared summary of possible issues that could impact the Debtor if exclusivity were terminated. |
| 7/11/2005 | L. Hamilton | 1.40 | Read and analyzed Debtors' filing pertaining to exclusivity. |
| 7/11/2005 | S. Cunningham | 1.20 | Read and analyzed information pertaining to exclusivity. |
| 7/11/2005 | E. Ordway | 0.80 | Read and analyzed Debtor's report concerning termination of exclusivity and listed items for discussion with staff and counsel. |
| 7/11/2005 | C. Troyer | 1.40 | Read and analyzed the Debtors' report on terminating exclusivity. |
| 7/12/2005 | C. Troyer | 0.70 | Read and analyzed counsel's summary of the Debtors' meeting with all parties on 6/27/05. |
| 7/12/2005 | S. Cunningham | 1.30 | Read counsel's summary of Debtors meeting with interested parties. |
| 7/12/2005 | E. Ordway | 0.50 | Read counsel's memo regarding estimation procedures and plan negotiation issues. |
| 7/12/2005 | L. Hamilton | 0.50 | Read report from counsel regarding July 8th meeting on exclusivity. |
| 7/13/2005 | L. Hamilton | 2.70 | Read and analyzed PD, PI and Future Claimant responses to Debtors' report concerning exclusivity. |
| 7/14/2005 | L. Hamilton | 1.90 | Continued to read responses to Debtors' report concerning exclusivity. |
| 7/18/2005 | S. Cunningham | 1.20 | Read and analyzed interested parties' responses regarding exclusivity. |
| 7/21/2005 | C. Troyer | 0.50 | Read and analyzed counsel's update regarding the 7/19/05 hearing. |
| Subtotal | | 15.50 | |

19. Tax Issues

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/13/2005 | L. Hamilton | 2.40 | Read and analyzed state tax settlement motion. |
| 7/18/2005 | C. Troyer | 3.10 | Read and analyzed the Debtors' state tax settlement motion and researched relevant cases and applicable tax law/rulings. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 7/18/2005 | S. Cunningham | 2.50 | Prepared analyses of cash impact of proposed settlement and impact to valuation model. |
| 7/18/2005 | C. Troyer | 2.90 | Drafted follow-up questions regarding the Debtors' tax settlement motion. |
| 7/19/2005 | S. Cunningham | 1.10 | Prepared outline of report format for staff to follow in preparing a report to the Committee regarding tax settlement. |
| 7/20/2005 | S. Cunningham | 1.20 | Analyzed additional information regarding state tax issues, including reading related tax law/rules. |
| 7/20/2005 | S. Cunningham | 0.80 | Prepared summary of state tax issues to be included in our report to the Committee. |
| 7/28/2005 | L. Hamilton | 3.10 | Read and analyzed follow up information provided by Debtors pertaining to a state tax settlement. |
| 7/28/2005 | E. Ordway | 0.90 | Read motions regarding tax settlements and compared settlement amount to tax reserve analysis. |
| Subtotal | | 18.00 | |

**20. Valuation**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 7/1/2005 | C. Troyer | 8.00 | Updated the hypothetical recovery analysis. |
| 7/5/2005 | L. Hamilton | 0.30 | Prepared for call with counsel by reviewing hypothetical recovery scenarios. |
| 7/5/2005 | C. Troyer | 6.00 | Updated discussion document regarding the hypothetical recovery analysis. |
| Subtotal | | 14.30 | |

**26. Meetings with Debtors**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 7/7/2005 | L. Hamilton | 1.10 | Prepared for and participated in call with Debtors and advisors regarding the Gamma acquisition. |
| 7/27/2005 | L. Hamilton | 0.50 | Participated in call with Debtors and advisors regarding Owensboro. |
| 7/27/2005 | C. Troyer | 0.80 | Participated in a conference call with the Debtors to discuss the proposed sale of the Specialty Polymers business. |
| 7/29/2005 | L. Hamilton | 1.20 | Participated in call with Debtors and counsel regarding Intercat settlement. |
| Subtotal | | 3.60 | |

**Total Hours** **228.00**

Capstone Advisory Group, LLC
Invoice for the Eighteenth Interim Fee

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 7/1/05 through 7/31/05

| Date | Professional | Detail | Amount |
|------|-------------|--------|--------|
| **Copies** | | | |
| 7/31/2005 | Capstone Expenses | July Copies - 793 @ .15 Ea | $118.95 |
| Subtotal - Copies | | | $118.95 |
| | | | |
| **Faxes** | | | |
| 7/31/2005 | Capstone Expenses | July Faxes - 6 @ $1.00 ea | $6.00 |
| Subtotal - Faxes | | | $6.00 |
| | | | |
| **Research** | | | |
| 7/30/2005 | M. Hakoun | Quarterly Pacer Bill 4/1/05-6/30/05 | $88.72 |
| Subtotal - Research | | | $88.72 |
| | | | |
| **Scans** | | | |
| 7/31/2005 | Capstone Expenses | July Scans - 46 @ $1.00 ea | $46.00 |
| Subtotal - Scans | | | $46.00 |
| | | | |
| **Telecom Charges** | | | |
| 7/11/2005 | E. Ordway | Verizon 7/11/05 | $18.55 |
| 7/31/2005 | Capstone Expenses | July Telephone - Saddle Brook office | $342.81 |
| Subtotal - Telecom Charges | | | $361.36 |
| | | | |
| **Total For the Period 7/1/05 through 7/31/05** | | | <u>$621.03</u> |

**Exhibit III**

**Fee Application for the period**

**August 1, 2005 – August 31, 2005**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------x

In re:                                         Chapter 11

W.R. GRACE & Co., et al.,                      Case No.  01-01139 (JKF)
                                               (Jointly Administered)

          Debtors


### NINETEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM AUGUST 1, 2005 THROUGH AUGUST 31, 2005)

Name of Applicant:                             Capstone Advisory Group, LLC
                                               (formerly known as Capstone Corporate
                                               Recovery, LLC)

Authorized to Provide Professional Services to:  The Official Committee of Unsecured
                                               Creditors

Date of Retention:                             June 8, 2004 (nunc pro tunc    to
                                               February 4, 2004)

Period for which compensation and              August 1, 2005 through
reimbursement is sought:                       August 31, 2005

Amount of Compensation sought
as actual, reasonable and necessary
(80% of $126,233.00):                          $100,986.40

Amount of Expense Reimbursement sought
as actual, reasonable and necessary (100%):    $   1,532.46

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004

The total time expended and included herein for fee application preparation is approximately 25.0 hours and corresponding compensation requested is approximately $5,555.00.

This is the Nineteenth Interim Application filed by Capstone.  Disclosure for the current period and prior periods is as follows:

NINETEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM AUGUST 1, 2005 THROUGH AUGUST 31, 2005)


## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| | | | | |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| | | | | |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

NINETEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM AUGUST 1, 2005 THROUGH AUGUST 31, 2005)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| | | | | |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $ 494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
| | | | | |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $ 435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

NINETEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM AUGUST 1, 2005 THROUGH AUGUST 31, 2005)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |

NINETEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM AUGUST 1, 2005 THROUGH AUGUST 31, 2005)

**ATTACHMENT B**
**TO FEE APPLICATION**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 8/1/2005 through 8/31/2005**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $530 | 19.10 | $10,123.00 |
| S. Cunningham | Member | $505 | 43.80 | $22,119.00 |
| C. Troyer | Consultant | $425 | 27.60 | $11,730.00 |
| R. Frezza | Consultant | $425 | 20.80 | $8,840.00 |
| L. Hamilton | Consultant | $350 | 193.90 | $67,865.00 |
| J. Schwendeman | Consultant | $335 | 3.00 | $1,005.00 |
| M. Desalvio | Research | $150 | 14.90 | $2,235.00 |
| M. Hakoun | Research | $150 | 8.30 | $1,245.00 |
| N. Backer | Paraprofessional | $85 | 12.60 | $1,071.00 |
| **For the Period 8/1/2005 through 8/31/2005** | | | **344.00** | **$126,233.00** |

Capstone Advisory Group, LLC                                         Page 1 of 1
Invoice for the Nineteenth Interim Fee

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Codes**
**For the period 8/1/05 through 8/31/05**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions | During the Fee Application period, the Applicant analyzed the Gamma acquisition and prepared a report to the Committee thereon. | 8.30 | $3,395.50 |
| 04. Creditor Committee Matters | During the Fee Application Period, the Applicant prepared for and participated in calls and meetings with the Committee and counsel. Topics included the Gamma acquisition, state tax settlement, Intercat settlement, as well as other case issues. | 4.00 | $1,520.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared June, July and quarterly fee applications. In addition, the Applicant prepared a response to the fee auditor's report. | 25.00 | $5,555.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed quarterly financial data for Q2 including analyses of variances between Q2 2005 financial results and Plan, comparative peer data, working capital and gross margin trends, and prepared a report to the Committee thereon. | 143.40 | $53,628.50 |
| 11. Financial Analysis - Other | During the Fee Application period, the Applicant read and analyzed information and/or motions pertaining to lease assumption, a proposed sale of a plant, the Intercat settlement, Marsh McLennan settlement, M&A fees, as well as various other issues. | 127.40 | $46,625.00 |
| 15. Plan & Disclosure Statement | During the Fee Application period, the Applicant read and analyzed portions of the POR and Disclosure Statement. | 8.60 | $3,855.00 |
| 19. Tax Issues | During the Fee Application period, the Applicant read and analyzed information pertaining to state tax settlement issues and prepared a report to the Committee thereon. | 17.40 | $7,733.50 |

**Capstone Advisory Group, LLC**
**Invoice for the Nineteenth Fee Application**

Page 1 of 2

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Codes**
**For the period 8/1/05 through 8/31/05**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 26. Meetings with Debtors | During the Fee Application period, the Applicant participated in calls with Debtors and their advisors regarding Q2 results, the proposed sale of a Specialty Polymers business unit in Owensboro, Marsh McLennan settlement, lease assumption, state tax settlement and the Intercat settlement. | 9.90 | $3,920.50 |
| **Total For the Period 8/1/2005 through 8/31/2005** | | **344.00** | **$126,233.00** |

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Detailed Time Description by Task Code**
**For the Period 8/1/2005 through 8/31/2005**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| **01. Acquisitions** | | | |
| 8/1/2005 | L. Hamilton | 1.90 | Read and analyzed additional sales data for Gamma acquisition provided by Debtors. |
| 8/1/2005 | E. Ordway | 0.40 | Finalized Gamma acquisition report for distribution to the Committee. |
| 8/1/2005 | L. Hamilton | 2.20 | Read sales agreement and updated Gamma report to the Committee, accordingly. |
| 8/19/2005 | L. Hamilton | 1.10 | Read correspondence regarding latest proposed acquisition and discussed same with case team member. |
| 8/23/2005 | S. Cunningham | 2.70 | Read and analyzed information regarding Gamma acquisition. |
| Subtotal | | 8.30 | |
| **04. Creditor Committee Matters** | | | |
| 8/1/2005 | L. Hamilton | 0.60 | Discussed recent motions with counsel. |
| 8/1/2005 | L. Hamilton | 0.30 | Discussed Gamma acquisition and status of motions with Committee chair. |
| 8/3/2005 | L. Hamilton | 0.60 | Held discussions with counsel regarding the status of various motions. |
| 8/4/2005 | L. Hamilton | 0.40 | Discussed status of recent motions with counsel. |
| 8/8/2005 | C. Troyer | 0.40 | Discussed comments on a memo to the Committee with counsel. |
| 8/8/2005 | L. Hamilton | 0.60 | Discussed/corresponded with counsel on issues concerning Owensboro, the state tax settlement and Intercat settlement motions. |
| 8/9/2005 | E. Ordway | 0.20 | Called chair to discuss tax issues. |
| 8/11/2005 | L. Hamilton | 0.60 | Participated in discussions/correspondence with counsel regarding Intercat settlement. |
| 8/22/2005 | E. Ordway | 0.30 | Call with Committee member to discuss tax report. |
| Subtotal | | 4.00 | |
| **07. Fee Applications & Invoices** | | | |

**Capstone Advisory Group, LLC**
**Invoice for the Nineteenth Interim Fee**

Page 1 of 9

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/2/2005 | E. Ordway | 0.40 | Directed staff in preparing response to the fee examiner's report. |
| 8/2/2005 | N. Backer | 2.00 | Prepared Sixth Quarterly Fee application. |
| 8/2/2005 | L. Hamilton | 1.50 | Read initial fee auditor report and prepared list of items required for response. |
| 8/9/2005 | N. Backer | 2.00 | Prepared Sixth Quarterly Fee application. |
| 8/9/2005 | L. Hamilton | 0.30 | Prepared June fee application. |
| 8/9/2005 | N. Backer | 2.00 | Prepared Sixth Quarterly Fee application. |
| 8/10/2005 | L. Hamilton | 0.80 | Prepared June fee application. |
| 8/11/2005 | N. Backer | 1.50 | Prepared June fee application. |
| 8/12/2005 | L. Hamilton | 3.20 | Prepared fee audit response. |
| 8/15/2005 | L. Hamilton | 2.50 | Read transcript from USG case and prepared response to fee auditor. |
| 8/16/2005 | E. Ordway | 0.40 | Prepared/edited response to fee examiner's report. |
| 8/17/2005 | N. Backer | 0.50 | Prepared June fee application. |
| 8/17/2005 | L. Hamilton | 0.20 | Finalized and distributed response to fee auditor. |
| 8/17/2005 | N. Backer | 0.50 | Prepared June fee application. |
| 8/19/2005 | N. Backer | 1.10 | Prepared July fee application. |
| 8/19/2005 | L. Hamilton | 0.90 | Prepared July fee application. |
| 8/21/2005 | N. Backer | 0.60 | Prepared July fee application. |
| 8/23/2005 | L. Hamilton | 0.50 | Finalized quarterly fee application. |
| 8/25/2005 | L. Hamilton | 0.50 | Prepared July fee application. |
| 8/25/2005 | N. Backer | 1.40 | Prepared July fee application. |
| 8/26/2005 | L. Hamilton | 1.20 | Prepared July fee application. |
| 8/26/2005 | N. Backer | 1.00 | Prepared July fee application. |
| Subtotal | | 25.00 | |

08. Financial Analysis - Schedules & Statements

**Capstone Advisory Group, LLC**
**Invoice for the Nineteenth Interim Fee**

**Page 2 of 9**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/3/2005 | C. Troyer | 2.60 | Reviewed and analyzed information provided by the Debtors regarding 2nd quarter performance. |
| 8/3/2005 | E. Ordway | 0.60 | Read and analyzed information provided by the Debtors regarding the 2nd Q financial performance. |
| 8/4/2005 | E. Ordway | 0.40 | Summarized items in quarterly report for further investigation regarding working capital. |
| 8/4/2005 | S. Cunningham | 3.30 | Prepared comparison of Q2 results versus Plan. |
| 8/4/2005 | E. Ordway | 1.40 | Compared 2nd Q results to budget and noted variances for further investigation. |
| 8/4/2005 | S. Cunningham | 1.20 | Analyzed Q2 results versus Plan. |
| 8/5/2005 | S. Cunningham | 3.30 | Continued to prepare comparison of Q2 results versus Plan. |
| 8/9/2005 | L. Hamilton | 2.20 | Prepared for call with Debtors regarding Q2 results. |
| 8/9/2005 | S. Cunningham | 3.00 | Read/edited peer group comparative data and directed staff in followup. |
| 8/12/2005 | L. Hamilton | 2.70 | Read and analyzed Q2 information provided by the Debtors. |
| 8/15/2005 | L. Hamilton | 5.50 | Read and analyzed Q2 information provided by the Debtors. |
| 8/16/2005 | L. Hamilton | 3.90 | Prepared comparative sales and EBITDA graphs. |
| 8/16/2005 | L. Hamilton | 2.40 | Prepared comparative summary of P&L data for inclusion in Q2 report to the Committee. |
| 8/16/2005 | L. Hamilton | 2.70 | Prepared summary Q2 sales bridge for inclusion in Q2 report to the Committee. |
| 8/17/2005 | E. Ordway | 0.60 | Prepared analyses for inclusion in the 2nd Q report to the Committee regarding working capital. |
| 8/17/2005 | L. Hamilton | 7.80 | Prepared detailed analyses including sales and EBITDA bridges for Q2 report. |
| 8/18/2005 | L. Hamilton | 3.50 | Drafted sections of the Q2 report to the Committee. |
| 8/18/2005 | L. Hamilton | 4.50 | Prepared schedules for Q2 report. |
| 8/19/2005 | E. Ordway | 0.70 | Continued to prepare working capital analyses for 2nd Q report. |
| 8/19/2005 | L. Hamilton | 2.90 | Read and analyzed industry reports regarding Q2 performance. |
| 8/22/2005 | L. Hamilton | 3.20 | Analyzed peer group results for Q2. |
| 8/22/2005 | L. Hamilton | 3.40 | Prepared gross margin rate analyses. |

**Capstone Advisory Group, LLC**
**Invoice for the Nineteenth Interim Fee**

**Page 3 of 9**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/22/2005 | L. Hamilton | 2.80 | Read and analyzed materials pertaining to the impact of energy prices on Q2 results. |
| 8/22/2005 | M. Hakoun | 2.20 | Updated peer group analysis model including adjusting for asset dispositions and one time items. |
| 8/23/2005 | L. Hamilton | 0.60 | Responded to information request from creditor. |
| 8/23/2005 | L. Hamilton | 7.80 | Prepared sales and EBIT bridge analyses for Q2 report. |
| 8/23/2005 | M. Hakoun | 1.40 | Updated peer group analysis model including adjusting for asset dispositions and one time items. |
| 8/24/2005 | L. Hamilton | 4.80 | Prepared draft Q2 report to the Committee. |
| 8/25/2005 | L. Hamilton | 4.90 | Prepared working capital and other analyses for Q2 report. |
| 8/25/2005 | L. Hamilton | 1.70 | Prepared pension expense and other analyses for Q2 report. |
| 8/25/2005 | E. Ordway | 0.40 | Directed staff in updating our peer group analyses. |
| 8/25/2005 | E. Ordway | 1.30 | Prepared several formats for analyzing industry competitors for use by staff. |
| 8/26/2005 | L. Hamilton | 4.80 | Revised/edited peer group summary data. |
| 8/26/2005 | M. Hakoun | 2.80 | Updated peer group analysis model including adjusting for asset dispositions and one time items. |
| 8/28/2005 | L. Hamilton | 2.80 | Prepared divisional sales bridge analysis. |
| 8/28/2005 | L. Hamilton | 2.80 | Drafted executive summary section of Q2 report. |
| 8/28/2005 | L. Hamilton | 4.90 | Prepared peer group analysis for Q2 report. |
| 8/29/2005 | L. Hamilton | 4.20 | Updated schedules to be included in Q2 report. |
| 8/29/2005 | L. Hamilton | 5.80 | Prepared draft Q2 report to the Committee. |
| 8/30/2005 | R. Frezza | 1.60 | Read/reviewed 2005 Plan and prior reports in preparation for Q2 analyses. |
| 8/30/2005 | S. Cunningham | 5.00 | Read and analyzed information pertaining to Q2 report to the Committee. |
| 8/30/2005 | R. Frezza | 1.50 | Read/edited Q2 2005 report and related support information. |
| 8/30/2005 | L. Hamilton | 5.90 | Continued to prepare draft of Q2 report to the Committee. |
| 8/30/2005 | R. Frezza | 0.80 | Discussed Q2 05 monitoring report and supporting data with team members. |
| 8/30/2005 | R. Frezza | 2.00 | Read and analyzed Debtors' Q2 2005 summary financial statements. |

**Capstone Advisory Group, LLC**
**Invoice for the Nineteenth Interim Fee**

**Page 4 of 9**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/31/2005 | R. Frezza | 8.80 | Read/edited Q2 2005 report and related support information. |
| Subtotal | | 143.40 | |

11. Financial Analysis - Other

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/1/2005 | C. Troyer | 2.30 | Drafted a memo to the Committee regarding the proposed sale of the GSP facility. |
| 8/1/2005 | E. Ordway | 0.20 | Directed staff in preparation of report to the Committee regarding sale of GSP facility. |
| 8/1/2005 | L. Hamilton | 2.00 | Read and analyzed additional information pertaining to Intercat settlement provided by Debtors. |
| 8/1/2005 | E. Ordway | 0.70 | Read and analyzed data regarding sale of GSP facility. |
| 8/2/2005 | L. Hamilton | 1.20 | Updated work plan. |
| 8/2/2005 | L. Hamilton | 2.40 | Read and analyzed royalty rate information pertaining to the Intercat settlement. |
| 8/2/2005 | C. Troyer | 0.40 | Reviewed case open items list. |
| 8/2/2005 | C. Troyer | 0.80 | Reviewed and analyzed counsel's damages assessment pertaining to the Intercat matter. |
| 8/2/2005 | C. Troyer | 1.40 | Edited the memo to the Committee pertaining to the proposed sale of the GSP business to reflect counsel's comments. |
| 8/2/2005 | L. Hamilton | 1.60 | Prepared additional follow-up questions pertaining to Intercat settlement. |
| 8/2/2005 | S. Cunningham | 6.50 | Read and analyzed various motions scheduled for Aug. 29th hearing including Gamma acquisition, Intercat settlement and state tax settlement. |
| 8/2/2005 | E. Ordway | 2.10 | Prepared outline of model for projecting operating performance. |
| 8/2/2005 | E. Ordway | 1.20 | Prepared summary of claims data from other major asbestos-related cases. |
| 8/3/2005 | L. Hamilton | 1.50 | Prepared analysis regarding lease assumption. |
| 8/3/2005 | L. Hamilton | 2.50 | Prepared for call with Debtors and advisors regarding Intercat settlement. |
| 8/3/2005 | E. Ordway | 1.10 | Read and analyzed information regarding the proposed sale of the Debtors' polymers business; identified issues/items for staff to investigate. |
| 8/4/2005 | L. Hamilton | 0.50 | Updated work plan. |
| 8/4/2005 | L. Hamilton | 1.80 | Prepared report to counsel regarding lease assignment. |

**Capstone Advisory Group, LLC**
**Invoice for the Nineteenth Interim Fee**

**Page 5 of 9**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/4/2005 | C. Troyer | 0.70 | Edited the memo to counsel regarding the pending Philadelphia lease assignment motion. |
| 8/4/2005 | L. Hamilton | 1.00 | Read and analyzed information obtained from Debtors' counsel regarding Intercat settlement. |
| 8/4/2005 | L. Hamilton | 1.40 | Prepared for call with Debtors and advisors regarding Marsh & McLennan settlement. |
| 8/4/2005 | L. Hamilton | 1.20 | Prepared comments for inclusion in counsel's memo to the Committee. |
| 8/4/2005 | C. Troyer | 1.90 | Edited memo regarding several pending motions and discussed comments with counsel. |
| 8/5/2005 | E. Ordway | 0.40 | Read and analyzed counsel's report regarding pending matters, including Marsh McClennan settlement, Pitney Hardin, lease assumption and Intercat matter. |
| 8/5/2005 | L. Hamilton | 1.00 | Prepared/responded to communications with counsel and Debtor's advisors. |
| 8/5/2005 | C. Troyer | 0.50 | Read the protective order pertaining to the Intercat matter and coordinated signing of release. |
| 8/5/2005 | L. Hamilton | 1.30 | Updated work plan. |
| 8/5/2005 | L. Hamilton | 2.40 | Read and analyzed additional information covered by adherence agreement regarding Intercat settlement. |
| 8/5/2005 | C. Troyer | 0.60 | Read and analyzed the competing bid received for the GSP business and prepared follow-up questions. |
| 8/5/2005 | L. Hamilton | 2.60 | Read and analyzed additional information from Stroock regarding Owensboro bid from Elcat. |
| 8/7/2005 | L. Hamilton | 4.00 | Read and analyzed additional information pertaining to the Intercat settlement provided by the Debtors. |
| 8/8/2005 | L. Hamilton | 5.20 | Read and analyzed information pertaining to Intercat's position in the Intercat settlement. |
| 8/8/2005 | L. Hamilton | 4.10 | Read and analyzed information pertaining to the Debtors' position in the Intercat settlement. |
| 8/8/2005 | S. Cunningham | 3.70 | Read and analyzed Intercat settlement motion. |
| 8/9/2005 | L. Hamilton | 2.70 | Prepared report to counsel regarding Intercat settlement. |
| 8/9/2005 | E. Ordway | 2.40 | Prepared/edited report to the Committee regarding polymers business sale. |
| 8/9/2005 | L. Hamilton | 4.10 | Prepared various analyses pertaining to Intercat settlement. |

**Capstone Advisory Group, LLC**
**Invoice for the Nineteenth Interim Fee**

**Page 6 of 9**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 8/9/2005 | C. Troyer | 1.20 | Drafted an updated memo to the Committee regarding the competing bid for the GSP business. |
| 8/9/2005 | C. Troyer | 0.50 | Edited the GSP sale update memo to reflect counsel's comments. |
| 8/10/2005 | C. Troyer | 1.00 | Read and edited the memo to the Committee regarding the Intercat matter. |
| 8/10/2005 | L. Hamilton | 3.30 | Prepared report to the Committee regarding Intercat settlement. |
| 8/10/2005 | L. Hamilton | 0.50 | Updated work plan. |
| 8/10/2005 | L. Hamilton | 3.40 | Updated Intercat settlement analyses |
| 8/11/2005 | L. Hamilton | 1.20 | Updated work plan. |
| 8/11/2005 | L. Hamilton | 7.20 | Prepared additional analyses pertaining to Intercat settlement. |
| 8/12/2005 | L. Hamilton | 1.90 | Read and analyzed final report to the Committee regarding the Intercat settlement. |
| 8/12/2005 | E. Ordway | 0.80 | Read and analyzed counsel's analysis of the proposed settlement of the Intercat matter. |
| 8/12/2005 | L. Hamilton | 0.20 | Prepared summary of open agenda items for 8/29 hearing. |
| 8/22/2005 | M. Desalvio | 4.50 | Prepared summary information regarding fees for M&A deals in the chemical industry. |
| 8/22/2005 | S. Cunningham | 1.40 | Prepared followup questions for staff regarding investment banking fee structure in connection with potential acquisition. |
| 8/23/2005 | M. Desalvio | 7.40 | Continued to prepare summary of fees for chemical industry M&A's. |
| 8/24/2005 | M. Desalvio | 3.00 | Continued to prepare summary of fees for chemical industry M&A's. |
| 8/24/2005 | M. Hakoun | 0.70 | Updated virtual database of court docket entries. |
| 8/24/2005 | J. Schwendeman | 3.00 | Researched comparable industry M&A fees. |
| 8/24/2005 | L. Hamilton | 5.20 | Analyzed M&A fees pertaining to proposed acquisition. |
| 8/24/2005 | S. Cunningham | 3.30 | Prepared/edited updates to analyses of various motions scheduled for Aug. 29th hearing. |
| 8/25/2005 | L. Hamilton | 0.90 | Finalized M&A fee analysis. |
| 8/26/2005 | S. Cunningham | 3.00 | Reviewed issues and prepared comparative analysis of fee structure for investment bankers. |
| 8/29/2005 | M. Hakoun | 1.20 | Obtained additional information regarding insurance settlement order. |

**Capstone Advisory Group, LLC**
**Invoice for the Nineteenth Interim Fee**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/31/2005 | E. Ordway | 1.20 | Prepared updated analysis of sales growth over last 5 years from acquisitions. |
| Subtotal | | 127.40 | |

**15. Plan & Disclosure Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/11/2005 | S. Cunningham | 2.50 | Summarized/updated POR issues and directed staff in next steps. |
| 8/29/2005 | R. Frezza | 3.80 | Read POR and Disclosure Statement and other related documents. |
| 8/30/2005 | R. Frezza | 2.30 | Continued reading POR and Disclosure Statement and other related documents |
| Subtotal | | 8.60 | |

**19. Tax Issues**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/4/2005 | S. Cunningham | 1.00 | Reviewed analysis of state tax settlement motion. |
| 8/5/2005 | E. Ordway | 1.90 | Prepared report to the Committee regarding various tax matters. |
| 8/5/2005 | L. Hamilton | 2.20 | Prepared for call with Debtors regarding state tax settlement. |
| 8/5/2005 | C. Troyer | 6.10 | Participated in a call with the Debtors pertaining to the motion to settle certain state tax claims and began drafting a memo to the Committee. |
| 8/8/2005 | C. Troyer | 3.40 | Drafted a memo to the Committee regarding the Debtors' motion to settle certain state tax claims. |
| 8/12/2005 | S. Cunningham | 2.80 | Prepared followup questions for staff regarding state tax settlement. |
| Subtotal | | 17.40 | |

**26. Meetings with Debtors**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/3/2005 | L. Hamilton | 1.30 | Prepared for and participated in call with Debtors and advisors regarding lease assumption. |
| 8/3/2005 | L. Hamilton | 1.50 | Participated in calls with Debtors and advisors regarding Intercat settlement. |
| 8/4/2005 | L. Hamilton | 0.50 | Participated in call with Debtors and advisors regarding Marsh settlement. |
| 8/5/2005 | L. Hamilton | 0.50 | Participated in call with Debtors and counsel regarding state tax settlement. |
| 8/8/2005 | C. Troyer | 2.70 | Participated in a discussion with the Debtors regarding the competing bid for the GSP business and began drafting an update memo to the Committee. |
| 8/9/2005 | L. Hamilton | 0.70 | Participated in call with Debtors regarding Q2 results. |

**Capstone Advisory Group, LLC**
**Invoice for the Nineteenth Interim Fee**

**Page 8 of 9**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/9/2005 | C. Troyer | 1.10 | Participated in a discussion with the Debtors regarding 2nd quarter performance. |
| 8/10/2005 | L. Hamilton | 0.50 | Discussed Intercat settlement with Debtors' counsel and advisors. |
| 8/22/2005 | S. Cunningham | 1.10 | Discussed potential acquisition with Company advisor. |
| Subtotal | | 9.90 | |
| **Total Hours** | | **344.00** | |

**Capstone Advisory Group, LLC**
**Invoice for the Nineteenth Interim Fee**

Page 9 of 9

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 8/1/2005 through 8/31/2005

| Date | Professional | Detail | Amount |
|---|---|---|---|
| **Copies** | | | |
| 8/31/2005 | Capstone Expenses | August Copies: 1,370 @ .15 Ea. | $205.50 |
| Subtotal - Copies | | | $205.50 |
| **Faxes** | | | |
| 8/31/2005 | Capstone Expenses | August Faxes: 39 @ $1.00 Ea. | $39.00 |
| Subtotal - Faxes | | | $39.00 |
| **Research** | | | |
| 8/5/2005 | Capstone Expenses | Pacer Invoice for August | $19.73 |
| 8/24/2005 | J. Schwendeman | Report on Investment Banking fees | $350.00 |
| 8/31/2005 | Capstone Expenses | Bloomberg – August charges | $121.00 |
| Subtotal - Research | | | $490.73 |
| **Scans** | | | |
| 8/31/2005 | Capstone Expenses | August Scans: 436 @ $1.00 Ea. | $436.00 |
| Subtotal - Scans | | | $436.00 |
| **Telecom Charges** | | | |
| 8/29/2005 | S. Cunningham | August telephone charges | $29.00 |
| 8/31/2005 | Capstone Expenses | August Telephone - Saddle Brook | $332.23 |
| Subtotal - Telecom Charges | | | $361.23 |
| **For the Period 8/1/2005 through 8/31/2005** | | | **$1,532.46** |

**Capstone Advisory Group, LLC**
**Invoice for the Nineteenth Interim Fee**

Page 1 of 1

**Exhibit IV**

**Fee Application for the period**

**September 1, 2005 – September 30, 2005**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------x

In re:                                              Chapter 11

W.R. GRACE & Co., et al.,                           Case No.  01-01139 (JKF)
                                                    (Jointly Administered)

        Debtors

TWENTIETH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005)

Name of Applicant:                                  Capstone Advisory Group, LLC
                                                    (formerly known as Capstone Corporate
                                                    Recovery, LLC)

Authorized to Provide Professional Services to:     The Official Committee of Unsecured
                                                    Creditors

Date of Retention:                                  June 8, 2004 (nunc pro tunc   to
                                                    February 4, 2004)

Period for which compensation and                   September 1, 2005 through
reimbursement is sought:                            September 30, 2005

Amount of Compensation sought
as actual, reasonable and necessary
(80% of $75,983.50):                                $60,786.80

Amount of Expense Reimbursement sought
as actual, reasonable and necessary (100%):         $     482.03

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of
Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004

The total time expended and included herein for fee application preparation is approximately 11.4
hours and corresponding compensation requested is approximately $4,098.00.

This is the Twentieth Interim Application filed by Capstone.  Disclosure for the current period and
prior periods is as follows:

TWENTIETH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005)

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| | | | | |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| | | | | |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

TWENTIETH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| | | | | |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $ 494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
| | | | | |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $ 435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

TWENTIETH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1, 2005 through September 30, 2005 | 75,983.50 | $482.03 | $60,786.80 |

**TWENTIETH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005)**

**ATTACHMENT B
TO FEE APPLICATION**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

# W.R. Grace & Co.

**Capstone Advisory Group, LLC**

**Summary of Fees by Professional**

**For the Period 9/1/05 through 9/30/05**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $530 | 12.10 | $6,413.00 |
| S. Cunningham | Member | $505 | 28.60 | $14,443.00 |
| R. Frezza | Consultant | $425 | 30.30 | $12,877.50 |
| L. Hamilton | Consultant | $350 | 118.70 | $41,545.00 |
| M. Hakoun | Research | $150 | 4.70 | $705.00 |
| **For the Period 9/1/05 through 9/30/05** | | | **194.40** | **$75,983.50** |

# W.R. Grace & Co.

**Capstone Advisory Group, LLC**

**Summary of Fees by Task Code**

**For the Period 9/1/05 through 9/30/05**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions | During the Fee Application period, the Applicant analyzed information pertaining to a proposed acquisition and prepared a report to the Committee. | 45.30 | $18,388.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed various motions, a fee audit report, Q2 report and Zonolite proceedings with counsel and a Committee member. | 2.30 | $877.00 |
| 06. Environmental Mtrs/Regs/Litig. | During the Fee Application period, the Applicant analyzed information pertaining to Zonolite, Montana proceedings, and NJDEP issues. | 5.80 | $2,084.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared Fee Statements for July and August. | 11.40 | $4,098.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant prepared a Q2 2005 financial report to the Committee, including drafts, reviews, and related data analysis. | 102.90 | $41,240.50 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant read and analyzed recent motions, recent court docket items, updated virtual database, and summarized data regarding global cement consumption and growth forecasts. | 11.90 | $3,270.00 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant read and analyzed information regarding exclusivity and summarized POR data. | 8.10 | $2,835.00 |
| 20. Valuation | During the Fee Application period, the Applicant prepared analyses and updated a valuation model. | 4.30 | $2,279.00 |
| 26. Meetings with Debtors | During the Fee Application Period, the Applicant participated in calls with the Debtors and their advisors regarding the proposed acquisition and Foley Hoag retention. | 2.00 | $700.00 |
| 28. Special Case Issues - Asbestos | During the Fee Application period, the Applicant read and analyzed information regarding PI and PD estimated proceedings. | 0.40 | $212.00 |
| **For the Period 9/1/05 through 9/30/05** | | **194.40** | **$75,983.50** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 9/1/05 through 9/30/05

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **01. Acquisitions** | | | |
| 9/14/2005 | L. Hamilton | 5.70 | Read and analyzed information provided by Debtors regarding Lycra acquisition. |
| 9/15/2005 | S. Cunningham | 2.30 | Read and analyzed project Lycra information. |
| 9/15/2005 | L. Hamilton | 4.20 | Prepared analysis of forecast data for Lycra acquisition. |
| 9/16/2005 | S. Cunningham | 2.00 | Read and analyzed project Lycra information. |
| 9/19/2005 | L. Hamilton | 6.20 | Prepared report to the Committee regarding Lycra acquisition. |
| 9/19/2005 | S. Cunningham | 2.00 | Read and analyzed project Lycra information. |
| 9/20/2005 | L. Hamilton | 1.20 | Updated Lycra report draft. |
| 9/20/2005 | L. Hamilton | 4.90 | Read and analyzed additional information provided by the Debtors pertaining to the Lycra acquisition. |
| 9/20/2005 | S. Cunningham | 1.80 | Analyzed industry data regarding construction markets. |
| 9/21/2005 | E. Ordway | 0.20 | Reviewed/edited analysis of proposed Lycra acquisition prepared by staff. |
| 9/21/2005 | S. Cunningham | 1.50 | Analyzed industry data regarding construction markets. |
| 9/21/2005 | L. Hamilton | 1.00 | Updated Lycra earnings multiples analysis. |
| 9/23/2005 | L. Hamilton | 1.60 | Updated Lycra analyses and report to the Committee. |
| 9/23/2005 | S. Cunningham | 2.50 | Read and analyzed project Lycra information. |
| 9/23/2005 | E. Ordway | 0.60 | Prepared report to the Committee regarding a proposed acquisition. |
| 9/26/2005 | L. Hamilton | 3.30 | Prepared draft report to the Committee regarding Lycra acquisition. |
| 9/27/2005 | L. Hamilton | 1.10 | Read and analyzed information including employment contract related to an acquisition. |
| 9/27/2005 | E. Ordway | 0.70 | Continued to prepare report to the Committee regarding a proposed acquisition. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/30/2005 | S. Cunningham | 2.50 | Reviewed draft report to the Committee regarding the Lycra acquisition. |
| Subtotal | | 45.30 | |

### 04. Creditor Committee Matters

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/8/2005 | L. Hamilton | 0.50 | Discussed recent motions with counsel. |
| 9/9/2005 | E. Ordway | 0.20 | Discussed Debtor's "no objection" request regarding proof of claims with Committee member. |
| 9/12/2005 | L. Hamilton | 0.30 | Discussed fee audit results with counsel. |
| 9/13/2005 | L. Hamilton | 0.50 | Discussed fee audit report and other case issues with counsel. |
| 9/14/2005 | L. Hamilton | 0.40 | Discussed status of case issues with counsel including Zonolite proceedings. |
| 9/14/2005 | L. Hamilton | 0.20 | Discussed Q2 report with counsel. |
| 9/16/2005 | E. Ordway | 0.20 | Called Committee member to answer questions regarding 2nd Quarter report. |
| Subtotal | | 2.30 | |

### 06. Environmental Mtrs/Regs/Litig.

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/8/2005 | E. Ordway | 0.30 | Read counsel's memo on retention of special counsel and recent motion regarding State of Montana. |
| 9/13/2005 | L. Hamilton | 1.80 | Read and analyzed information regarding ZAI issues. |
| 9/15/2005 | L. Hamilton | 2.70 | Analyzed and summarized Zonolite information obtained from counsel. |
| 9/29/2005 | L. Hamilton | 1.00 | Read and analyzed recent court docket items including motion pertaining to NJDEP. |
| Subtotal | | 5.80 | |

### 07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/6/2005 | E. Ordway | 0.20 | Prepared fee application. |
| 9/12/2005 | L. Hamilton | 1.00 | Prepared July fee application. |
| 9/12/2005 | E. Ordway | 0.20 | Prepared fee application. |
| 9/14/2005 | L. Hamilton | 0.40 | Prepared July fee application. |
| 9/16/2005 | E. Ordway | 0.20 | Prepared fee application. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/16/2005 | L. Hamilton | 2.50 | Prepared July fee application. |
| 9/20/2005 | L. Hamilton | 1.00 | Prepared July fee application. |
| 9/20/2005 | L. Hamilton | 0.90 | Prepared July fee application. |
| 9/21/2005 | L. Hamilton | 3.90 | Prepared August fee application. |
| 9/28/2005 | L. Hamilton | 1.10 | Prepared August fee application. |
| Subtotal | | 11.40 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/1/2005 | S. Cunningham | 2.80 | Reviewed and analyzed Q2 company financial results. |
| 9/1/2005 | R. Frezza | 9.50 | Reviewed/edited  Q2 2005 report to the Committee and related support analyses. |
| 9/2/2005 | S. Cunningham | 2.50 | Analyzed Q2 financial information and compared versus plan and prior year. |
| 9/2/2005 | R. Frezza | 7.30 | Reviewed/edited  Q2 2005 report to the Committee and related support analyses. |
| 9/5/2005 | L. Hamilton | 1.00 | Read and analyzed July financial statements. |
| 9/5/2005 | L. Hamilton | 2.10 | Prepared detailed divisional bridge analyses for sales, EBITDA and gross margin for inclusion in Q2 report. |
| 9/5/2005 | L. Hamilton | 0.90 | Updated peer group data for Q2 report. |
| 9/6/2005 | L. Hamilton | 6.50 | Updated schedules for Q2 report to the Committee. |
| 9/6/2005 | L. Hamilton | 5.50 | Updated commentary pertaining to sales for Q2 report to the Committee. |
| 9/6/2005 | R. Frezza | 4.20 | Reviewed/edited  Q2 2005 report to the Committee and related analyses. |
| 9/7/2005 | R. Frezza | 4.30 | Continued review/edit of Q2 2005 report to the Committee and related support analyses. |
| 9/7/2005 | S. Cunningham | 3.50 | Analyzed and updated Q2 peer group performance data. |
| 9/7/2005 | L. Hamilton | 9.60 | Prepared additional analyses and charts for Q2 report including sales, EBITDA and gross margin. |
| 9/7/2005 | R. Frezza | 1.60 | Reviewed/edited peer company data for use in Q2 report. |
| 9/8/2005 | L. Hamilton | 7.20 | Updated Q2 report commentary pertaining to divisional results. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/8/2005 | L. Hamilton | 2.30 | Continued to update commentary for Q2 report. |
| 9/8/2005 | E. Ordway | 0.90 | Prepared/edited report to the Committee regarding 2nd quarter performance. |
| 9/9/2005 | L. Hamilton | 4.70 | Prepared additional Q2 financial analyses by division. |
| 9/9/2005 | E. Ordway | 2.00 | Prepared narrative to discuss major variances from plan for inclusion in 2nd Quarter report. |
| 9/9/2005 | R. Frezza | 2.80 | Continued review/edit of Q2 2005 report to the Committee and related support analyses. |
| 9/9/2005 | L. Hamilton | 3.50 | Continued to update commentary for Q2 report. |
| 9/12/2005 | S. Cunningham | 3.50 | Analyzed historical peer group performance data. |
| 9/12/2005 | L. Hamilton | 1.50 | Updated Q2 report regarding impact of energy costs. |
| 9/12/2005 | E. Ordway | 1.70 | Continued preparation/editing of report to Committee on 2nd Quarter performance. |
| 9/12/2005 | L. Hamilton | 2.40 | Analyzed additional gross margin information for Q2 provided by the Debtors. |
| 9/13/2005 | S. Cunningham | 1.70 | Analyzed Q2 financial information and compared versus plan and prior year. |
| 9/13/2005 | L. Hamilton | 1.10 | Updated peer group analyses for Q2 report. |
| 9/13/2005 | L. Hamilton | 3.50 | Continued to analyze energy cost impacts and update Q2 report, accordingly. |
| 9/14/2005 | L. Hamilton | 0.70 | Updated Q2 report to the Committee. |
| 9/15/2005 | L. Hamilton | 2.10 | Finalized Q2 report and distributed same to the Committee. |
| Subtotal | | 102.90 | |

### 11. Financial Analysis - Other

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/5/2005 | M. Hakoun | 0.50 | Updated virtual database of case docket items. |
| 9/7/2005 | R. Frezza | 0.60 | Read and analyzed recent motions. |
| 9/13/2005 | L. Hamilton | 1.00 | Prepared work plan. |
| 9/13/2005 | M. Hakoun | 0.40 | Distributed Debtors' announcement of China operations to case team members. |
| 9/13/2005 | M. Hakoun | 0.40 | Updated virtual database of case docket items. |

Capstone Advisory Group, LLC

Invoice for the Twentieth Fee Application

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/21/2005 | L. Hamilton | 0.90 | Updated work plan. |
| 9/23/2005 | L. Hamilton | 1.20 | Read and analyzed information from counsel regarding two motions. |
| 9/26/2005 | L. Hamilton | 0.80 | Read information document from Debtors regarding Lake Charles facility and distributed same to Committee member and counsel. |
| 9/28/2005 | M. Hakoun | 0.40 | Updated virtual database of case docket items. |
| 9/29/2005 | L. Hamilton | 2.70 | Analyzed current trading/valuation information. |
| 9/29/2005 | M. Hakoun | 1.80 | Gathered and summarized data pertaining to the global cement and European non-residential construction sector. |
| 9/30/2005 | M. Hakoun | 1.20 | Gathered and summarized data pertaining to global cement consumption and non-residential construction growth forecasts. |
| Subtotal | | 11.90 | |

### 15. Plan & Disclosure Statement

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/28/2005 | L. Hamilton | 3.80 | Read and analyzed updated information regarding POR and exclusivity. |
| 9/30/2005 | L. Hamilton | 4.30 | Prepared summary of POR information. |
| Subtotal | | 8.10 | |

### 20. Valuation

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/9/2005 | E. Ordway | 0.50 | Prepared analysis of liquidity history for inclusion in report to the Committee. |
| 9/13/2005 | E. Ordway | 2.10 | Prepared update of valuation model based on recent performance trends and peer group changes. |
| 9/14/2005 | E. Ordway | 1.70 | Prepared analysis of future cash levels based on year-to-date performance trends. |
| Subtotal | | 4.30 | |

### 26. Meetings with Debtors

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/12/2005 | L. Hamilton | 0.50 | Discussed latest proposed acquisition with Blackstone. |
| 9/12/2005 | L. Hamilton | 0.20 | Discussed details of Foley Hoag retention with Blackstone. |
| 9/19/2005 | L. Hamilton | 1.30 | Prepared for and participated in call with Debtors and advisors regarding proposed acquisition. |
| Subtotal | | 2.00 | |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| **28. Special Case Issues - Asbestos** | | | |
| 9/21/2005 | E. Ordway | 0.40 | Read and analyzed counsel's memo regarding PI and PD estimation proceedings. |
| Subtotal | | 0.40 | |
| **Total Hours** | | **194.40** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 9/1/05 through 9/30/05

| Date | Professional | Detail | Amount |
|------|-------------|--------|--------|
| **Copies** | | | |
| 9/30/2005 | Capstone Expenses | September Copies | $48.90 |
| Subtotal - Copies | | | $48.90 |
| **Faxes** | | | |
| 9/30/2005 | Capstone Expenses | September faxes | $22.00 |
| Subtotal - Faxes | | | $22.00 |
| **Postage/FedEx** | | | |
| 9/1/2005 | Capstone Expenses | | $7.50 |
| 9/5/2005 | Capstone Expenses | | $9.50 |
| Subtotal - Postage/FedEx | | | $17.00 |
| **Research-Billable** | | | |
| 9/30/2005 | Capstone Expenses | Factiva September charges | $103.24 |
| Subtotal - Research-Billable | | | $103.24 |
| **Scans** | | | |
| 9/30/2005 | Capstone Expenses | September Scans | $55.00 |
| Subtotal - Scans | | | $55.00 |
| **Telecom Charges- Billable** | | | |
| 9/30/2005 | Capstone Expenses | September phone | $225.89 |
| 9/30/2005 | Frezza, R | Cell phone | $10.00 |
| Subtotal - Telecom Charges- Billable | | | $235.89 |
| **For the Period 9/1/05 through 9/30/05** | | | $482.03 |