IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: November 25, 2005 at 4:00 p.m.** |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 10992

The undersigned hereby certifies that, as of the date hereof, he has received no answer,

objection or other responsive pleading to the Eighteenth Quarterly Fee Application of Conway,

Del Genio, Gries & Co., LLC (the "Applicant") for Compensation for Services Rendered and

Reimbursement of Expenses as Financial Advisors to the Official Committee of Asbestos

Property Damage Claimants for the Period from July 31, 2005 through September 30, 2005 ("the

Application"). The undersigned further certifies that he has caused the Court's docket in this

case to be reviewed and no answer, objection or other responsive pleading to the Application

appears thereon. Pursuant to the Notice of Application, objections to the Application were to be

filed and served no later than November 25, 2005 at 4:00 p.m.


Dated: November 28, 2005                    Scott L. Baena, Esquire
                                           Jay M. Sakalo, Esquire
                                           Allyn S. Danziesen, Esquire
                                           BILZIN SUMBERG BAENA PRICE &
                                            AXELROD, LLP
                                           2500 Wachovia Financial Center
                                           200 South Biscayne Boulevard
                                           Miami, FL 33131-2336
                                           (305) 374-7580

                                           -and-

                                           FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

*Co-Counsel to the Official Committee of
Asbestos Property Damage Claimants*