IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| W.R. GRACE & CO., et al., | : | Case No. 01-1139 (JKF) |
|  | : | Jointly Administered |
| Debtors-in-possession. | : |  |

**THE OFFICIAL COMMITTEE OF ASBESTOS
PERSONAL INJURY CLAIMANTS' SUPPLEMENTAL DESIGNATION OF
CATEGORIES TO BE ADDRESSED BY EXPERT TESTIMONY IN CONNECTION
WITH THE ESTIMATION OF ASBESTOS PERSONAL INJURY LIABILITIES**

Pursuant to the Court's August 29, 2005 Case Management Order for the Estimation of Asbestos Personal Injury Liabilities, the Official Committee of Asbestos Personal Injury Claimants ("ACC"), by and through its undersigned counsel, hereby submits its supplemental designation of the categories to be addressed by expert testimony for those experts that the ACC may call as experts either in rebuttal or in its case-in-chief. In addition to the categories of experts identified in its initial designation provided on November 14, 2005 (D.I. 11058), the ACC may offer supplemental or rebuttal testimony from the following categories of expert testimony:

1. cellular biology
2. industrial hygiene
3. mineralogy

The ACC also reserves the right to call and/or rely upon any expert in any category designated by any other party to these proceedings.

{D0051617:1 }

| | |
|---|---|
| Dated: November 28, 2005 | Respectfully submitted, |
| | **CAMPBELL & LEVINE, LLC** |

/S/ Marla Rosoff Eskin
Marla R. Eskin (No. 2989)
Mark T. Hurford (No. 3299)
800 N. King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900
Telefax: (302) 426-9947

**CAPLIN & DRYSDALE, CHARTERED**

Elihu Inselbuch
399 Park Avenue, 27th Floor
New York, NY 10022
Telephone: (212) 319-7125
Telefax: (212) 644-6755

Peter Van N. Lockwood
Nathan D. Finch
Jeffrey A. Liesemer
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone: (202) 862-5000
Telefax: (202) 429-3301

Counsel for the Official Committee
of Asbestos Personal Injury Claimants