**SERVICE VIA E-MAIL**

| | |
|---|---|
| David Bernick<br>dbernick@kirkland.com | Michael Lastowski<br>mlastowski@duanemorris.com |
| Barbara Harding<br>bharding@kirkland.com | John Phillips, Jr.<br>JCP@pgslaw.com |
| Salvatore Bianca<br>sbianca@kirkland.com | Scott Baena<br>sbaena@bilzin.com |
| Laura Davis Jones<br>ljones@pszyjw.com | Jay Sakalo<br>jsakalo@bilzin.com |
| Richard Wyron<br>rhwyron@swidlaw.com | Teresa Currier<br>currier@klettrooney.com |
| Roger Frankel<br>rfrankel@swidlaw.com | William Sullivan<br>sullivan@bipc.com |
| Lewis Kruger<br>lkruger@strook.com | Steven Yoder<br>syoder@bayardfirm.com |
| Arlene Krieger<br>akrieger@stroock.com | J. Douglas Bacon<br>douglas.bacon@lw.com |
| Kenneth Pasquale<br>kpasquale@stroock.com | Philip Bently<br>pbently@kramerlevin.com |
| Jacob Cohn<br>jcohn@cozen.com | David Klauder<br>david.klauder@usdoj.gov |
| Janet Baer<br>jbaer@kirkland.com | Theodore Tacconelli<br>ttacconelli@ferryjoseph.com |
| Jonathan Friedland<br>jfriedland@kirkland.com | Janet Baer<br>jbaer@kirkland.com |
| Brian Stansbury<br>BStansbury@kirkland.com | Jamie O'Neill<br>joneill@pszyj.com |
| Amanda Basta<br>ABasta@kirkland.com | Elihu Inselbuch<br>ei@capdale.com |
| Andrea Johnson<br>ALJohnson@kirkland.com | Peter Van N. Lockwood<br>pvnl@capdale.com |

| | |
|---|---|
| Nathan Finch<br>ndf@capdale.com | Harry Schwirk<br>hschwirk@capdale.com |
| Jeffrey Liesemer<br>JAL@Capdale.com | Adam Van Grack<br>alv@capdale.com |
| Marla Rosoff Eskin<br>meskin@camlev.com | David Smith<br>DBS@Capdale.com |
| Kimberly Brown<br>KNB@Capdale.com | Dan Cohn<br>cohn@ckmw.com |
| Walter Slocombe<br>wbs@capdale.com | Adam Landis<br>landis@lrclaw.com |