IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | |
| | ) | Case no. 01-01139 (JFK) |
| W.R. GRACE & CO., *et al.*, | ) | Jointly Administered |
| | ) | Re: Docket No. 9301 |
| Debtors | ) | |
| | ) | |

### DEBTORS' SUPPLEMENTAL DESIGNATION OF EXPERT CATEGORIES

Pursuant to Paragraph 5 of the Case Management Order for the Estimation of Asbestos Personal Injury Liabilities ("PI CMO") (Docket No. 9301), the Debtors hereby designate the following additional[1] categories to be addressed by experts testifying on their behalf at the Asbestos PI Estimation Hearing:[2]

The Debtors cross-designate and reserve the right to call expert witnesses to testify in any area identified by any party to the estimation. Further, the Debtors reserve the right to rely on the testimony of experts designated by any other party to the estimation.

Dated: Wilmington, Delaware
November 28, 2005

---

[1] Debtors' initial designations of expert categories is contained in "Debtors' Designation of Expert Categories," which was filed November 14 2005 (Docket No. 11068) and is hereby incorporated by reference.

[2] All capitalized terms retain the meaning ascribed to them in the PI CMO.

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick
Jonathan Friedland
Salvatore F. Bianca
200 East Randolph Drive
Chicago, IL 60601
Telephone:    (312) 861-2000
Facsimile:    (312) 861-2200

KIRKLAND & ELLIS LLP
Barbara Harding
David E. Mendelson (admission *pro hac vice* pending)
Brian T. Stansbury
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone:    (202) 879-5000
Facsimile:    (202) 879-5200

-and-

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.

Laura Davis Jones (Bar No. 2436)
James E. O'Neill, III (Bar. No.4042)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400