**Attachment B**
**To Fee Application**

**Summary of PwC's Fees By Professional**
**September 2005**

**Professional Profiles**
**WR Grace Time Tracking - Audit**
**For the Month Ended September 30, 2005**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $619.00 | 19.0 | $ 11,761.00 |
| Peter Woolf | Tax Partner | 25 | Integrated Audit | $450.00 | 2.0 | $ 900.00 |
| Lawrence Dodyk | Audit Partner | 23 | Integrated Audit | $849.00 | 8.5 | $ 7,216.50 |
| David Kaplan | Audit Partner | 29 | Integrated Audit | $882.00 | 0.5 | $ 441.00 |
| Paul Kepple | Audit Partner | 17 | Integrated Audit | $849.00 | 2.0 | $ 1,698.00 |
| David Cook | Audit Partner | 23 | Integrated Audit | $815.00 | 1.5 | $ 1,222.50 |
| Robert Keehan | Audit Partner | 18 | Integrated Audit | $619.00 | 2.0 | $ 1,238.00 |
| Tom Kalinosky | Audit Specialist | 20+ | Integrated Audit | $609.00 | 1.5 | $ 913.50 |
| Lisa Slotznick | Director | 26 | Integrated Audit | $520.00 | 1.0 | $ 520.00 |
| Kevin C McGonigle | Audit Senior Manager | 10 | Integrated Audit | $619.00 | 6.8 | $ 4,209.20 |
| John E Newstead | Audit Senior Manager | 10+ | Integrated Audit | $342.00 | 11.2 | $ 3,830.40 |
| David C Lloyd | Audit Senior Manager | 14 | Integrated Audit | $355.00 | 18.9 | $ 6,709.50 |
| Jody Beth Underhill | Tax Senior Manager | 20 | Integrated Audit | $225.00 | 9.2 | $ 2,070.00 |
| Sandra David | Audit Manager | 7 | Integrated Audit | $269.00 | 3.8 | $ 1,022.20 |
| Ryan Grady | Audit Manager | 4 | Integrated Audit | $245.00 | 60.9 | $ 14,920.50 |
| Pamela Reinhardt | Audit Senior Associate | 3 | Integrated Audit | $185.00 | 21.0 | $ 3,885.00 |
| Yuan Helen Deng | Audit Senior Associate | <3 | Integrated Audit | $203.00 | 2.0 | $ 406.00 |
| Francois C Barnard | Audit Senior Associate | 7 | Integrated Audit | $191.00 | 48.0 | $ 9,168.00 |

| Name | Title | Years Exp | Area | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| **Maria Afuang** | **Audit Senior Associate** | 4 | **Integrated Audit** | $171.00 | 7.3 | $ 1,248.30 |
| **Cindy Y Chen** | **Audit Senior Associate** | 2 | **Integrated Audit** | $191.00 | 45.8 | $ 8,747.80 |
| **Jaeki Chang** | **Audit Senior Associate** | 5 | **Integrated Audit** | $191.00 | 25.6 | $ 4,889.60 |
| **Marshall Zvarevashe** | **Audit Senior Associate** | >3 | **Integrated Audit** | $191.00 | 36.5 | $ 6,971.50 |
| **Lynda Keorlet** | **Audit Associate** | 1 | **Integrated Audit** | $106.00 | 125.6 | $ 13,313.60 |
| **Erica Margolius** | **Audit Associate** | 1 | **Integrated Audit** | $106.00 | 122.1 | $ 12,942.60 |
| **Michael McDonnell** | **Audit Associate** | 3 | **Integrated Audit** | $138.00 | 24.0 | $ 3,312.00 |
| **Christopher W Park** | **Audit Associate** | 2 | **Integrated Audit** | $138.00 | 6.1 | $ 841.80 |
| **Evelyn Fisher** | **Audit Associate** | <1 | **Integrated Audit** | $106.00 | 9.8 | $ 1,038.80 |
| **Casey Spriggs** | **Audit Associate** | <1 | **Integrated Audit** | $106.00 | 8.0 | $ 848.00 |
| **Moon Y Park** | **Audit Associate** | <1 | **Integrated Audit** | $133.00 | 31.6 | $ 4,202.80 |
| **Thomas S Masterson** | **Audit Associate** | <1 | **Integrated Audit** | $141.00 | 39.3 | $ 5,541.30 |
| **Brian F Merrick** | **Audit Associate** | >1 | **Integrated Audit** | $153.00 | 35.9 | $ 5,492.70 |
| **Claudio Lee** | **Audit Associate** | <1 | **Integrated Audit** | $133.00 | 38.1 | $ 5,067.30 |
| | | | **TOTAL** | | 777.5 | $ 146,589.40 |

**Time Spent Tracking Time for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

**Total Cost of Tracking Time Billed to Grace**     $ 686.00
**Total Hours Spent Tracking Time**     7.0

**Summary of PwC's Fees By Project Category:**
**September 2005**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 7.0 | 686.00 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- Expenses | | |

| | | |
|---|---|---|
| **24-Other** | | |
| **25-Accounting/Auditing** | **775.5** | **$146,589.40** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **782.50** | **$147,275.40** |

## Expense Summary
## September 2005

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | **N/A** | $1,707.74 |
| **Lodging** | **N/A** | $492.80 |
| **Sundry** | **N/A** | $0.00 |
| **Business Meals** | **N/A** | $194.50 |
| **TOTAL:** | | **$2,395.04** |