# Exhibit - B

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
For the Month Ended September 30, 2005

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Pam Reinhardt | Audit | 9/27/05 | $ 110.00 | | | | Transportation to the airport from home to fly to 71st |
| | Audit | 9/27/05 | | $ 123.20 | | | Hotel stay in Chicago for one night |
| | Audit | 9/27/05 | | | | $ 29.00 | Business meal in Chicago |
| | Audit | 9/27/05 | | | | $ 149.82 | Business meal with team in Chicago |
| | Audit | 9/27/05 | $ 54.00 | | | | Fee from Amex to book airfare |
| | Audit | 9/27/05 | $ 276.00 | | | | Airfare from Dulles to Midway, Chicago |
| | Audit | 9/29/05 | $ 5.82 | | | | Mileage in excess of normal commute to client site (12 miles * .405 = $4.86) |
| Lynda Keorlet | Audit | 9/6/2005 | $ 31.04 | | | | Mileage in excess of normal commute (86-22 miles * $.485/mile) |
| | Audit | 9/7/2005 | $ 31.04 | | | | Mileage in excess of normal commute (86-22 miles * $.485/mile) |
| | Audit | 9/8/2005 | $ 31.04 | | | | Mileage in excess of normal commute (86-22 miles * $.485/mile) |
| | Audit | 9/12/2005 | $ 31.04 | | | | Mileage in excess of normal commute (86-22 miles * $.485/mile) |
| | Audit | 9/13/2005 | $ 31.04 | | | | Mileage in excess of normal commute (86-22 miles * $.485/mile) |
| | Audit | 9/19/2005 | $ 31.04 | | | | Mileage in excess of normal commute (86-22 miles * $.485/mile) |
| | Audit | 9/20/2005 | $ 31.04 | | | | Mileage in excess of normal commute (86-22 miles * $.485/mile) |
| | Audit | 9/21/2005 | $ 31.04 | | | | Mileage in excess of normal commute (86-22 miles * $.485/mile) |
| | Audit | 9/22/2005 | $ 31.04 | | | | Mileage in excess of normal commute (86-22 miles * $.485/mile) |
| | Audit | 9/29/2005 | $ 31.04 | | | | Mileage in excess of normal commute (86-22 miles * $.485/mile) |
| | Sarbanes | 9/27/2005 | | $ 360.80 | | | Hotel for 9/25 check in through 9/28 checkout for 404 testing at Chicago 71st Street |
| | Sarbanes | 9/28/2005 | $ 46.00 | | | | Parking during stay in Chicago at Reagan National Airport |
| | Sarbanes | 9/28/2005 | | | | $ 4.01 | Breakfast during stay in Chicago |
| | Sarbanes | 9/28/2005 | | | | $ 4.01 | Breakfast during stay in Chicago |
| | Sarbanes | 9/28/2005 | $ 411.90 | | | | Flight to Chicago for 404 testing at 71st Street plant |
| | Sarbanes | 9/25/2005 | | | | $ 11.66 | Dinner during travel to Chicago for 404 testing at 71st Street plant |
| Francois Barnard | Sarbanes | 9/26/05 | $ 36.86 | | | | Mileage in excess of normal commute (76 miles * $.485/mile) |
| | Sarbanes | 9/27/05 | $ 36.86 | | | | Mileage in excess of normal commute (76 miles * $.485/mile) |
| | Sarbanes | 9/28/05 | $ 36.86 | | | | Mileage in excess of normal commute (76 miles * $.485/mile) |
| | Sarbanes | 9/29/05 | $ 36.86 | | | | Mileage in excess of normal commute (76 miles * $.485/mile) |
| | Sarbanes | 9/2/05 | $ 30.78 | | | | Mileage in excess of normal commute (63.5 miles * $.485/mile) |
| | Sarbanes | 9/12/05 | $ 36.86 | | | | Mileage in excess of normal commute (76 miles * $.485/mile) |
| David Lloyd | Audit | 9/20/05 | $ 84.20 | | | | Airfare on AirTran from Baltimore to Ft. Lauderdale |
| | Audit | 9/20/05 | $ 18.80 | | | | Airfare on Southwest from Ft. Lauderdale to Baltimore |
| Claudio Lee | Sarbanes | 9/28/05 | $ 35.90 | | | | Mileage in excess of normal commute (74 miles * $.485/mile) |
| | Sarbanes | 9/29/05 | $ 35.90 | | | | Mileage in excess of normal commute (74 miles * $.485/mile) |
| Moon Park | | 9/26/05 | $ 34.92 | | | | Mileage in excess of normal commute (72 miles * $.485/mile) |
| | | 9/28/05 | $ 34.92 | | | | Mileage in excess of normal commute (72 miles * $.485/mile) |
| **Summary** | | **Total** $ 2,395.04 | **Transportation** $ 1,707.74 | **Lodging** 492.80 | **Sundry** $ - | **Business Meals** 194.50 | |

**CONSOLIDATED AUDIT-EXPENSE DETAIL**
For the Month Ended September 30, 2005

| Name | Date | Title | Expenses | Description |
|---|---|---|---|---|
| Pam Reinhardt | 9/27/05 | Audit Senior Associate | $ 114.00 | Transportation to the airport from home to fly to 71st |
| | 9/27/05 | Audit Senior Associate | $ 123.20 | Hotel stay in Chicago for one night |
| | 9/27/05 | Audit Senior Associate | $ 25.00 | Business meal in Chicago |
| | 9/27/05 | Audit Senior Associate | $ 149.82 | Business meal with team in Chicago |
| | 9/27/05 | Audit Senior Associate | $ 54.00 | Fee from Amex to book airfare |
| | 9/27/05 | Audit Senior Associate | $ 276.90 | Airfare from Dulles to Midway Chicago |
| | 9/29/05 | Audit Senior Associate | $ 5.82 | Mileage in excess of normal commute to client site (12 miles * .405 = $4.86) |
| | | | **$ 748.74** | |
| Lynda Keorlet | 9/6/2005 | Audit Associate | $ 31.04 | Mileage in excess of normal commute (65-22 miles * $.485/mile) |
| | 9/7/2005 | Audit Associate | $ 31.04 | Mileage in excess of normal commute (65-22 miles * $.485/mile) |
| | 9/8/2005 | Audit Associate | $ 31.04 | Mileage in excess of normal commute (65-22 miles * $.485/mile) |
| | 9/12/2005 | Audit Associate | $ 31.04 | Mileage in excess of normal commute (65-22 miles * $.485/mile) |
| | 9/13/2005 | Audit Associate | $ 31.04 | Mileage in excess of normal commute (65-22 miles * $.485/mile) |
| | 9/19/2005 | Audit Associate | $ 31.04 | Mileage in excess of normal commute (65-22 miles * $.485/mile) |
| | 9/20/2005 | Audit Associate | $ 31.04 | Mileage in excess of normal commute (65-22 miles * $.485/mile) |
| | 9/21/2005 | Audit Associate | $ 31.04 | Mileage in excess of normal commute (65-22 miles * $.485/mile) |
| | 9/22/2005 | Audit Associate | $ 31.04 | Mileage in excess of normal commute (65-22 miles * $.485/mile) |
| | 9/29/2005 | Audit Associate | $ 31.04 | Mileage in excess of normal commute (65-22 miles * $.485/mile) |
| | 9/27/2005 | Audit Associate | $ 369.60 | Hotel for 9/25 check in through 9/28 checkout for 404 testing at Chicago 71st Street |
| | 9/28/2005 | Audit Associate | $ 45.00 | Parking during stay in Chicago at Reagan National Airport |
| | 9/26/2005 | Audit Associate | $ 4.01 | Breakfast during stay in Chicago |
| | 9/28/2005 | Audit Associate | $ 4.01 | Breakfast during stay in Chicago |
| | 9/28/2005 | Audit Associate | $ 441.90 | Flight to Chicago for 404 testing at 71st Street plant |
| | 9/25/2005 | Audit Associate | $ 11.66 | Dinner during travel to Chicago for 404 testing at 71st Street plant |
| | | | **$ 1,186.58** | |
| Francois Barnard | 9/26/05 | Audit Senior Associate | $ 36.86 | Mileage in excess of normal commute (76 miles * $.485/mile) |
| | 9/27/05 | Audit Senior Associate | $ 36.86 | Mileage in excess of normal commute (76 miles * $.485/mile) |
| | 9/28/05 | Audit Senior Associate | $ 36.86 | Mileage in excess of normal commute (76 miles * $.485/mile) |
| | 9/29/05 | Audit Senior Associate | $ 36.86 | Mileage in excess of normal commute (63.5 miles * $.485/mile) |
| | 9/2/05 | Audit Senior Associate | $ 30.78 | Mileage in excess of normal commute (76 miles * $.485/mile) |
| | 9/12/05 | Audit Senior Associate | $ 36.86 | Mileage in excess of normal commute (76 miles * $.485/mile) |
| | | | **$ 215.08** | |
| David Lloyd | 9/20/05 | Audit Senior Manager | $ 84.20 | Airfare on AirTran from Baltimore to Ft. Lauderdale |
| | 9/20/05 | Audit Senior Manager | $ 18.80 | Airfare on Southwest from Ft. Lauderdale to Baltimore |
| | | | **$ 103.00** | |
| Claudio Lee | 9/28/05 | Audit Associate | $ 35.90 | Mileage in excess of normal commute (74 miles * $.485/mile) |
| | 9/29/05 | Audit Associate | $ 35.90 | Mileage in excess of normal commute (74 miles * $.485/mile) |
| | | | **$ 71.80** | |
| Moon Park | 9/26/05 | Audit Associate | $ 34.92 | Mileage in excess of normal commute (72 miles * $.485/mile) |
| | 9/28/05 | Audit Associate | $ 34.92 | Mileage in excess of normal commute (72 miles * $.485/mile) |
| | | | **$ 69.84** | |
| | | **Grand Total** | **$ 2,395.04** | |