## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline:   December 19, 2005 at 4:00 p.m.** |

## FORTY-EIGHTH MONTHLY APPLICATION OF
## KLETT ROONEY LIEBER & SCHORLING,
## CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
## COMPENSATION AND REIMBURSEMENT OF EXPENSES
## FOR THE PERIOD OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005

| | |
|---|---|
| Name of Applicant: | Klett Rooney Lieber & Schorling, a Professional Corporation |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | October 1, 2005 through October 31, 2005 |
| Amount of fees to be approved as actual, reasonable and necessary: | $28,006.50 |
| Amount of expenses sought as actual, reasonable and necessary: | $73.99[1] |

This is a(n): ___ interiom          ___ final application.          _x_ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

---

[1] Due to an inadvertent accounting error, some expenses incurred prior to this Application were excluded from prior fee applications.  Accordingly, these expenses are included for payment in this Application.
58909v1

**Prior Monthly Applications:**

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 12/28/01 1426 | 10/26/01 through 11/30/01 | $5,518.00/ $2,028.76 | $4,414.40/ $2,028.76 | 1541 |
| 01/25/02 1548 | 12/01/01 through 12/31/01 | $4,119.50/ $940.67 | $3,295.60/ $940.67 | 1689 |
| 02/26/02 1720 | 01/01/02 through 01/31/02 | $11,494.00/ $1,275.80 | $9,195.20/ $1,275.80 | 1836 |
| 04/03/02 1895 | 02/01/02 through 02/28/02 | $7,784.50/ $882.79 | $6,227.60/ $882.79 | 1984 |
| 05/08/02 2025 | 03/01/02 through 03/31/02 | $7,755.00/ $1,565.66 | $6,204.00/ $1,565.66 | 2120 |
| 06/03/02 2145 | 04/01/02 through 04/30/02 | $6,011.50/ $878.55 | $4,809.00/ $878.55 | 2285 |
| 07/02/02 2316 | 05/01/02 through 05/31/02 | $6,957.50/ $688.60 | $5,566.00/ $688.60 | 2436 |
| 08/02/02 2489 | 06/01/02 through 06/30/02 | $5520.00/ $447.36 | $4,416.00/ $447.36 | 2607 |
| 08/28/02 2609 | 07/01/02 through 07/31/02 | $3,597.50/ $879.97 | $2,878.00/ $879.97 | 2701 |
| 09/26/02 2751 | 08/01/02 through 08/31/02 | $9,457.50/ $1,172.93 | $7,566.00/ $1,172.93 | 2829 |
| 10/25/02 2885 | 09/01/02 through 09/30/02 | $14,313.50/ $665.71 | $11,450.80/ $665.71 | 3057 |
| 11/25/02 3069 | 10/01/02 through 10/31/02 | $12,568.50/ $1,343.14 | $10,054.80/ $1,343.14 | 3169 |
| 12/26/02 3188 | 11/01/02 through 11/30/02 | $9,268.50/ $430.93 | $7,414.80/ $430.93 | 3256 |
| 1/27/03 3276 | 12/1/02 through 12/25/02 | $4,071.00/ $160.28 | $3,256.00/ $160.28 | 3417 |
| 2/25/03 3425 | 12/26/02 through 1/31/03 | $6,386.50/ $82.31 | $5,109.00/ $82.31 | 3520 |
| 3/24/05 3545 | 2/1/03 through 2/28/03 | $3,576.50/ $70.72 | $2,861.20/ $70.72 | 3664 |

| | | | | |
|---|---|---|---|---|
| 4/28/03<br>3716 | 3/1/03 through<br>3/31/03 | $7,177.50/<br>$481.33 | $5,742.00/<br>$481.33 | 3827 |
| 5/28/03<br>3834 | 4/1/03 through<br>4/30/03 | $4,300.50/<br>$227.83 | $3,440.40/<br>$227.83 | 3947 |
| 6/27/03<br>3968 | 5/1/03 through<br>5/31/03 | $7,792.50/<br>$1,024.71 | $6,234.00/<br>$1,024.71 | 4091<br>7/22/03 |
| 7/28/03<br>4113 | 6/1/03 through<br>6/30/03 | $7,168.50/<br>$831.98 | $5,734.80/<br>$831.98 | 4309<br>8/21/03 |
| 8/28/03<br>4351 | 7/1/03 through<br>7/31/03 | $17,663.00/<br>$1,392.91 | $14,130.40/<br>$1,392.91 | 4456<br>9/22/03 |
| 9/29/03<br>4500 | 8/1/03 through<br>8/31/03 | $12,893.50/<br>$244.39 | $10,314.80/<br>$244.39 | 4521<br>10/23/03 |
| 10/29/03<br>4630 | 9/1/03 through<br>9/30/03 | $14,176.00/<br>$2,059.35 | $11,340.80/<br>$2,059.35 | 4725<br>11/21/03 |
| 11/26/03<br>4753 | 10/1/03 through<br>10/31/03 | $13,698.00/<br>$575.77 | $10,958.40/<br>$575.77 | 4829<br>12/18/03 |
| 12/29/03<br>4877 | 11/1/03 through<br>11/30/03 | $10,696.50/<br>$207.22 | $8,557.20/<br>$207.22 | 4986<br>1/26/04 |
| 1/28/04<br>5005 | 12/1/03 through<br>12/25/03 | $10,843.00/<br>$543.07 | $8,674.40/<br>$543.07 | 5135<br>2/19/04 |
| 2/27/04<br>5187 | 12/26/03 through<br>1/31/04 | $16,269.00/<br>$1,034.60 | $13,015.20/<br>$1,034.60 | 5342<br>3/24/04 |
| 4/6/04<br>5403 | 2/1/04 through<br>2/29/04 | $11,591.50/<br>$673.24 | $9,273.20/<br>$673.24 | 5501<br>4/28/04 |
| 4/25/04<br>5502 | 3/1/04 through<br>3/31/04 | $12,715.00/<br>$1,402.19 | $10,172.00/<br>$1,402.19 | 5616<br>5/19/04 |
| 5/28/04<br>5656 | 4/1/04 through<br>4/30/04 | $8,492.50/<br>$782.53 | $6,794.00/<br>$782.53 | 5844<br>6/21/04 |
| 6/28/04<br>5883 | 5/1/04 though<br>5/31/04 | $16,891.00/<br>$180.37 | $13,512.80/<br>$180.37 | 5996<br>7/20/04 |
| 7/29/04<br>6061 | 6/1/04 through<br>6/30/04 | $30,666.50/<br>$1,008.14 | $24,533.50/<br>$1,008.14 | 6223<br>8/20/04 |

58909v1

| | | | | |
|---|---|---|---|---|
| 8/31/04<br>6292 | 7/1/04 through<br>7/31/04 | $20,746.50/<br>$1,010.62 | $16,597.20/<br>$1,010.62 | 6436<br>9/21/04 |
| 9/28/04<br>6485 | 8/1/04 through<br>8/31/04 | $20,512.00/<br>$1,821.42 | $16,409.60/<br>$1,821.42 | 6780<br>10/28/04 |
| 10/28/04<br>6779 | 9/1/04 through<br>9/30/04 | $20,634.50/<br>$1,231.46 | $16,076.60/<br>$1,231.46 | 7001<br>11/19/04 |
| 11/30/04<br>7063 | 10/1/04 through<br>10/31/04 | $20,982.00/<br>$144.74 | $16,785.60/<br>$144.74 | 7327<br>12/22/04 |
| 12/28/04<br>7381 | 11/1/04 through<br>11/30/04 | $26,383.00<br>$1,843.03 | $21,106.40<br>$1,843.03 | 7600<br>1/20/05 |
| 1/28/05<br>7640 | 12/1/04 through<br>12/25/04 | $27,170.50<br>$457.47 | $21,736.40<br>$457.47 | 7852<br>2/22/05 |
| 3/3/05<br>7940 | 12/26/04 though<br>1/31/05 | $25,021.50<br>$1,466.97 | $20,017.20<br>$1,466.97 | 8127<br>3/28/05 |
| 4/1/05<br>8153 | 2/1/05 through<br>2/28/05 | $21,980.00<br>$240.36 | $17,584.00<br>$240.36 | 8291<br>4/27/05 |
| 5/6/05<br>8379 | 3/1/05 through<br>3/31/05 | $13,210.50<br>$138.07 | $10,568.40<br>$138.07 | 8528<br>5/31/05 |
| 5/31/05<br>8529 | 4/1/05 through<br>4/30/05 | $13,310.00<br>$450.86 | $10,648.00<br>$450.86 | 8668<br>6/22/05 |
| 6/28/05<br>8693 | 5/1/05 through<br>5/31/05 | $22,543.00<br>$113.87 | $18,034.40<br>$113.87 | 9032<br>7/20/05 |
| 7/28/05<br>9100 | 6/1/05 through<br>6/30/05 | $22,083.00<br>$349.11 | $17,666.40<br>$349.11 | 9226<br>8/22/05 |
| 8/29/05<br>9278 | 7/1/05 though<br>7/31/05 | $22,038.00<br>$701.59 | $17,630.40<br>$701.59 | 9485<br>9/22/05 |
| 9/29/05<br>9527 | 8/1/05 through<br>8/31/05 | $11,890.50<br>$134.58 | $9,512.40<br>$134.58 | 9923<br>10/21/05 |
| 10/31/05<br>10931 | 9/1/05 though<br>9/30/05 | $20,681.00<br>$115.56 | $16,544.80<br>$115.56 | 11163<br>11/28/05 |

58909v1

## SUMMARY OF TIME FOR BILLING PERIOD
## OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|------|--------------------|--------------------|--------------------|
| Teresa K.D. Currier | $470 | 50.3 | $23,641.00 |
| Melissa N. Flores | $135 | 31.8 | $4,293.00 |
| Frances A. Panchak | $145 | .5 | $72.5 |
| **TOTAL** | | **82.6** | **$28,006.50** |

58909v1

**SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD**
**OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005**

| Project category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | .7 | $329.00 |
| Business Operations | 2.6 | $1,222.00 |
| Case Administration | 17.2 | $2,322.00 |
| Claims Analysis Obj. & Resolution (Asbestos) | 4.9 | $1,568.00 |
| Claims Analysis Obj. & Resolution (Non-Asbestos) | 25.0 | $11,448.50 |
| Employment Applications, Other | .8 | $376.00 |
| Fee Applications, Applicant | 9.7 | $1848.50 |
| Fee Applications, Others | 3.9 | $526.50 |
| Hearings | 1.6 | $752.00 |
| Litigation and Litigation Consulting | 16.2 | $7,614.00 |
| **TOTAL** | **82.6** | **$28,006.50** |

58909v1

**SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD**
**OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005**

| Expense Category | Total Expenses |
|---|---|
| Reproduction of Documents | $30.75 |
| Federal Express | $23.50 |
| Professional Services | $12.24 |
| Messenger Services | $7.5 |
| **TOTAL** | **$73.99** |

**KLETT ROONEY LIEBER & SCHORLING**
**A Professional Corporation**

By: _____
Teresa K. D. Currier (No. 3080)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200

Co-Counsel to the Official Committee of
Equity Holders

Dated: November 29, 2005

58909v1