# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE    : NOVEMBER 16, 2005
                                             MATTER  : W9600-002
                                             INVOICE : 200388

   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/05    T C

   RE:  ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 10/13/05 | TC | REVIEWED 9019 MOTION TO APPROVE COMPROMISE OF CERTAIN CLAIMS | .70 |

                           T I M E   S U M M A R Y

|           |        | RATE   | HOURS | TOTALS |
|-----------|--------|--------|-------|--------|
| T CURRIER |        | 470.00 | .70   | 329.00 |
|           | TOTALS |        | .70   | 329.00 |

                             TOTAL FEES :                      329.00

                             TOTAL DUE  :                      329.00


PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS           DATE :    NOVEMBER 16, 2005
                                               MATTER :  W9600-003
                                               INVOICE : 200389

   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/05   T C

   RE:  BUSINESS OPERATIONS


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 10/04/05 | TC | REVIEWED OPERATING REPORTS | 1.70 |
| 10/13/05 | TC | REVIEWED DEBTORS' MOTION FOR AUTHORITY TO ENTER INTO LEASE FOR WOBURN MASSACHUSETTS | .90 |

                    T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T CURRIER | 470.00 | 2.60 | 1222.00 |
| TOTALS |  | 2.60 | 1222.00 |

                       TOTAL FEES :                      1,222.00

                       TOTAL DUE  :                      1,222.00


PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# Klett Rooney Lieber & Schorling

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    NOVEMBER 16, 2005
                                            MATTER : W9600-004
                                            INVOICE : 200390

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/05   T C

    RE:  CASE ADMINISTRATION


 DATE    ATTY   DESCRIPTION OF SERVICES RENDERED                           HOURS
 ----    ----   --------------------------------                           -----

09/26/05 MNF    REVIEW EMAIL NOTIFICATIONS (.1); DOWNLOAD NOA               .30
                AND UPDATE SERVICE LISTS ACCORDINGLY (.2)

09/26/05 MNF    MAINTAINED AND ORGANIZED CASE FILES BY                     1.00
                REVIEWING EACH INCOMING PLEADING, MATCHING THE
                PLEADING TO THE DOCKET AND ARRANGING THE
                PLEADING'S AND CORRESPONDENCE IN CHRONOLOGICAL
                ORDER

09/27/05 MNF    MAINTAINED AND ORGANIZED CASE FILES BY                     1.00
                REVIEWING EACH INCOMING PLEADING, MATCHING THE
                PLEADING TO THE DOCKET AND ARRANGING THE
                PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL
                ORDER

09/29/05 MNF    MAINTAINED AND ORGANIZED CASE FILES BY                     1.00
                REVIEWING EACH INCOMING PLEADING, MATCHING THE
                PLEADING TO THE DOCKET AND ARRANGING THE
                PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL
                ORDER

10/03/05 MNF    MAINTAINED AND ORGANIZED CASE FILES BY                     1.00
                REVIEWING EACH INCOMING PLEADING, MATCHING THE
                PLEADING TO THE DOCKET AND ARRANGING THE
                PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL
                ORDER

10/04/05 MNF    MAINTAINED AND ORGANIZED CASE FILES BY                     1.00
                REVIEWING EACH INCOMING PLEADING, MATCHING THE
                PLEADING TO THE DOCKET, AND ARRANGING THE
                PLEADING'S AND CORRESPONDENCE IN CHRONOLOGICAL
                ORDER
```

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   NOVEMBER 16, 2005
                                              MATTER : W9600-004
                                              INVOICE : 200390

   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/05   T C

   RE:  CASE ADMINISTRATION


| Date | Init | Description | Hours |
|---|---|---|---|
| 10/05/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 10/07/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 10/10/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 10/12/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 10/13/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADING'S AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 10/19/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 10/20/05 | MNF | CALENDAR OMNI HEARING DATES FOR NEXT YEAR | .50 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    NOVEMBER 16, 2005
                                              MATTER :  W9600-004
                                              INVOICE : 200390

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/05    T C

RE:   CASE ADMINISTRATION

| Date | Init | Description | Hours |
|---|---|---|---|
| 10/20/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 10/21/05 | MNF | REVIEW EMAIL NOTIFICATIONS RE: RESPONSES TO OMNI CLAIMS | .50 |
| 10/24/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .90 |
| 10/25/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADING'S AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 10/26/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 10/27/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    NOVEMBER 16, 2005
                                            MATTER :  W9600-004
                                            INVOICE : 200390

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/05    T C

RE:  CASE ADMINISTRATION

TIME SUMMARY
---------------------

|            |        | RATE   | HOURS | TOTALS  |
|------------|--------|--------|-------|---------|
| M N FLORES |        | 135.00 | 17.20 | 2322.00 |
|            | TOTALS |        | 17.20 | 2322.00 |

TOTAL FEES :                                           2,322.00

TOTAL DUE  :                                           2,322.00

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    NOVEMBER 16, 2005
                                            MATTER :  W9600-005
                                            INVOICE : 200391

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/05   T C

RE:   CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 10/25/05 | TC | REVIEWED DEBTORS' FACT AND EXPERT WITNESS DISCLOSURE FOR ASBESTOS ESTIMATION PROCEEDINGS | 2.70 |
| 10/28/05 | FAP | ASSIST MNF WITH SERVICE OF RESPONSE OF DEBTOR'S MOTION TO ESTABLISH PERSONAL INJURY CLAIMS BAR DATE | .20 |
| 10/28/05 | MNF | E-FILE AND SERVE RESPONSE OF COMMITTEE TO BAR DATE MOTION FOR ASBESTOS CLAIMS (1.0); EDIT RESPONSE RE: SAME (.3); PREPARE SERVICE LIST (.7) | 2.00 |

## T I M E   S U M M A R Y

|              | RATE   | HOURS | TOTALS  |
|--------------|--------|-------|---------|
| F A PANCHAK  | 145.00 | .20   | 29.00   |
| M N FLORES   | 135.00 | 2.00  | 270.00  |
| T CURRIER    | 470.00 | 2.70  | 1269.00 |
| TOTALS       |        | 4.90  | 1568.00 |

TOTAL FEES :                                    1,568.00

TOTAL DUE  :                                    1,568.00

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS            DATE :    NOVEMBER 16, 2005
                                                MATTER :  W9600-006
                                                INVOICE : 200392

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/05    T C

RE: CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 10/03/05 | TC | REVIEWED NOTICE OF APPEAL ON BAGLEY DENIAL OF LATE PROOF OF CLAIM | .50 |
| 10/03/05 | TC | REVIEWED NOTICE OF FILING OF SUMMARY CHARTS FOR 15TH OMNIBUS OBJECTION | .40 |
| 10/04/05 | TC | REVIEWED KERR RESPONSE TO OMNIBUS CLAIMS OBJECTION | .40 |
| 10/06/05 | TC | REVIEWED THOMAS FRANCIS RESPONSE TO OMNIBUS CLAIMS OBJECTIONS | .40 |
| 10/06/05 | TC | REVIEWED DRAKE RESPONSE TO OMNIBUS CLAIMS OBJECTIONS | .40 |
| 10/06/05 | TC | REVIEWED LEHNERT RESPONSE TO OMNIBUS CLAIMS OBJECTIONS | .40 |
| 10/06/05 | TC | REVIEWED MUNSEL RESPONSE TO OMNIBUS CLAIMS OBJECTIONS | .40 |
| 10/06/05 | TC | REVIEWED ERIKSON RESPONSE TO OMNIBUS CLAIMS OBJECTIONS | .30 |
| 10/07/05 | TC | REVIEWED SPEIGHTS AND RYAN'S RESPONSE TO OMNIBUS CLAIMS OBJECTION | .90 |
| 10/07/05 | TC | REVIEWED RESPONSE OF LOS ANGELES UNIFIED SCHOOL DISTRICT TO OMNIBUS CLAIMS OBJECTIONS | .40 |
| 10/07/05 | TC | REVIEWED TAYLOR, WORDEN ET AL RESPONSE TO OMNIBUS CLAIMS OBJECTION | .30 |
| 10/10/05 | TC | REVIEWED MOTION TO ESTABLISH CLAIMS BAR DATE | .70 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    NOVEMBER 16, 2005
                                            MATTER :  W9600-006
                                            INVOICE : 200392

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/05    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/13/05 | TC | REVIEWED RESPONSE OF SPEIGHTS AND RUNYAN TO 13TH CLAIMS OBJECTIONS | 2.10 |
| 10/14/05 | TC | REVIEWED CLAIMS RESPONSES RECEIVED IN RESPONSE TO 15TH OMNIBUS CLAIMS OBJECTION | 1.10 |
| 10/14/05 | TC | REVIEWED DEBTORS' MOTION FOR LEAVE TO FILE A STATUS REPORT ON 14TH OMNIBUS CLAIMS OBJECTIONS | .60 |
| 10/19/05 | TC | REVIEWED AND MANAGING ONGOING CLAIMS RESPONSES | 3.40 |
| 10/20/05 | TC | REVIEWED CLAIMS RECEIVED AND MANAGING THEM | 2.70 |
| 10/21/05 | TC | REVIEWED CLAIMS FILED FOR PERSONAL INJURY CLAIM OBJECTION | 3.10 |
| 10/24/05 | MNF | REVIEW EMAIL NOTIFICATIONS RE: RESPONSES TO OMNI CLAIMS | .50 |
| 10/24/05 | TC | REVIEWED AND MANAGED CLAIMS RESPONSES ON EXPUNGEMENT OF CLAIMS | 2.20 |
| 10/25/05 | MNF | REVIEW EMAIL NOTIFICATIONS RE: RESPONSES TO OMNI CLAIMS | .40 |
| 10/26/05 | TC | REVIEWED 14TH CONTINUATION ORDER | .40 |
| 10/26/05 | TC | REVIEWED BAGLEY NOTICE OF ISSUES FOR APPEAL AND DESIGNATION | .50 |
| 10/26/05 | TC | REVIEWED 8TH CONTINUATION ORDER | .40 |
| 10/26/05 | TC | CONTINUED REVIEW OF CLAIMS FILED | 2.10 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS                 DATE :    NOVEMBER 16, 2005
                                                      MATTER :  W9600-006
                                                      INVOICE : 200392

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/05    T C

RE:   CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)


T I M E   S U M M A R Y

|            | RATE   | HOURS | TOTALS   |
|------------|--------|-------|----------|
| M N FLORES | 135.00 | .90   | 121.50   |
| T CURRIER  | 470.00 | 24.10 | 11327.00 |
| TOTALS     |        | 25.00 | 11448.50 |

TOTAL FEES :                                              11,448.50

TOTAL DUE  :                                              11,448.50


PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE  :   NOVEMBER 16, 2005
                                              MATTER :  W9600-010
                                              INVOICE : 200397


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/05    T C

    RE:  EMPLOYMENT APPLICATIONS, OTHERS



  DATE   ATTY   DESCRIPTION OF SERVICES RENDERED                    HOURS
  ----   ----   -------------------------------                     -----

10/13/05 TC     REVIEWED APPLICATION OF DEBTORS TO EMPLOY BEAR        .80
                STEARNS FOR A LIMITED PURPOSE



                        T I M E   S U M M A R Y
                        -----------------------

                              RATE     HOURS           TOTALS
                              ----     -----           ------

T CURRIER                     470.00    .80            376.00
                      TOTALS             .80           376.00

                           TOTAL FEES :                         376.00

                           TOTAL DUE  :                         376.00
```

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS                DATE :    NOVEMBER 16, 2005
                                                    MATTER :  W9600-011
                                                    INVOICE : 200393

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/05    T C

RE:  FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 09/28/05 | MNF | FINALIZE BILLS FOR AUGUST 2005 TIME AND COORDINATE TO ACCTING RE: SAME (.4); EDITS TO 46TH MONTHLY FEE APP OF KRLS RE: SAME (.3) | .70 |
| 09/29/05 | MNF | E-FILE AND SERVE 46TH MONTHLY FEE APP OF KRLS FOR AUGUST 2005 (1.0); CALENDAR DATES (.1); SCAN INTO WORD AND SEND SAME TO FEE AUDITOR (.3) | 1.40 |
| 10/11/05 | MNF | COORDINATE PRE-BILLS WITH ACCOUNTING FOR SEPTEMBER 2005 TIME | .50 |
| 10/19/05 | MNF | REVIEW/ MAKE EDITS TO PRE-BILLS FOR SEPTEMBER 2005 | .50 |
| 10/21/05 | FAP | PREPARE FEE AND EXPENSE SUMMARIES FOR SEPTEMBER 2005 | .30 |
| 10/21/05 | MNF | REVIEW DOCKET RE: OBJ. TO 46TH MONTHLY FEE APP OF KRLS (.1); DRAFT CNO RE: SAME (.3); E-FILE AND SERVE CNO (.6) | 1.00 |
| 10/21/05 | MNF | REVIEW FINAL BILLS FOR SEPTEMBER 2005 (.4); EMAILS TO ACCTING RE: SAME (.3) | .70 |
| 10/24/05 | MNF | DRAFT 47TH MONTHLY FEE APP OF KRLS FOR SEPTEMBER 2005 AND EXHIBITS RE: SAME | 1.50 |
| 10/28/05 | TC | REVIEWED BILLS AND MATTERS FOR NEXT FEE APPLICATION | .50 |
| 10/31/05 | MNF | E-FILE AND SERVE 47TH MONTHLY FEE APP OF KRLS FOR SEPT. 2005 (1.0) CONVERT AND SEND SAME TO FEE AUDITOR (.4) CALENDAR DATES (.1) | 1.50 |

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE :    NOVEMBER 16, 2005
                                          MATTER :  W9600-011
                                          INVOICE : 200393

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/05    T C

RE:  FEE APPLICATIONS, APPLICANT

10/31/05 TC    REVIEWED OUR FEE APPLICATION AND FEE                          1.10
               APPLICATION FOR KRAMER LEVIN

                        T I M E   S U M M A R Y

                              RATE      HOURS          TOTALS

F A PANCHAK                  145.00       .30           43.50
M N FLORES                   135.00      7.80         1053.00
T CURRIER                    470.00      1.60          752.00
               TOTALS                    9.70         1848.50

               TOTAL FEES :                                      1,848.50

               TOTAL DUE  :                                      1,848.50

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    NOVEMBER 16, 2005
                                            MATTER :  W9600-012
                                            INVOICE : 200394

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/05    T C

RE:  FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/29/05 | MNF | E-FILE AND SERVE 49TH MONTHLY FEE APP OF KRAMER FOR AUGUST 2005 (1.0); CALENDAR DATES (.1); SCAN INTO WORD AND SEND SAME TO FEE AUDITOR (.3) | 1.40 |
| 10/21/05 | MNF | REVIEW DOCKET RE: OBJ. TO 49TH MONTHLY FEE APP OF KRAMER LEVIN (.1); DRAFT CNO RE: SAME (.3); E-FILE AND SERVE CNO (.6) | 1.00 |
| 10/31/05 | MNF | E-FILE AND SERVE 50TH MONTHLY FEE APP OF KRAMER LEVIN FOR SEPT. 2005 (1.0); CONVERT AND SEND SAME TO FEE AUDITOR (.4) CALENDAR DATES (.1) | 1.50 |

## T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|---|------|-------|--------|
| M N FLORES | 135.00 | 3.90 | 526.50 |
| TOTALS |  | 3.90 | 526.50 |

TOTAL FEES :                                                     526.50

TOTAL DUE  :                                                     526.50

PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    NOVEMBER 16, 2005
                                            MATTER :  W9600-014
                                            INVOICE : 200395

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/05   T C

RE: HEARINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 10/05/05 | TC | REVIEWED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING | .50 |
| 10/19/05 | TC | REVIEWED AGENDA OF MATTERS SCHEDULED FOR HEARING | .50 |
| 10/20/05 | TC | REVIEWED AMENDED AGENDA NOTICE | .60 |

### TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T CURRIER | 470.00 | 1.60 | 752.00 |
| TOTALS |  | 1.60 | 752.00 |

TOTAL FEES :                             752.00

TOTAL DUE :                              752.00

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : NOVEMBER 16, 2005
MATTER : W9600-015
INVOICE : 200396

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/05   T C

RE: LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 10/03/05 | TC | REVIEWED NOTICE OF FILING OF DEBTORS' PRELIMINARY WITNESS DISCLOSURE LISTS | .40 |
| 10/07/05 | TC | REVIEWED SILBER PERLMAN OBJECTION TO MOTION TO TAKE DISCOVERY OF ATTORNEYS | .50 |
| 10/07/05 | TC | REVIEWED MORGAN QUINN OBJECTION TO MOTION TO TAKE DISCOVERY OF ATTORNEYS | .50 |
| 10/07/05 | TC | REVIEWED BARON AND BUDD OBJECTION TO MOTION TO TAKE DISCOVERY OF ATTORNEYS | .40 |
| 10/07/05 | TC | REVIEWED RESPONSE OF CERTAIN LAW FIRMS TO MOTION TO TAKE DISCOVERY OF ATTORNEYS | .80 |
| 10/07/05 | TC | REVIEWED OQUINN RESPONSE IN OPPOSITION TO EMERGENCY MOTION TO TAKE DISCOVERY OF ATTORNEYS | .60 |
| 10/10/05 | TC | REVIEWED PERSONAL INJURY CLAIMANT'S COMMITTEE RESPONSE TO MOTION TO TAKE DISCOVERY OF ATTORNEYS | 1.10 |
| 10/10/05 | TC | REVIEWED LIBBY CLAIMANTS' OBJECTION TO MOTION TO AMEND COMPLAINT | .50 |
| 10/10/05 | TC | REVIEWED LIBBY CLAIMANTS' OBJECTION TO MOTION TO EXPAND PRELIMINARY INJUNCTION | 1.60 |
| 10/13/05 | TC | REVIEWED MOTION FOR CLARIFICATION OR MODIFICATION OF PERSONAL INJURY SCHEDULING AND CASE MANAGEMENT ORDER | .80 |
| 10/14/05 | TC | REVIEWED APPELLANTS' DESIGNATION OF ITEMS | .50 |

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : NOVEMBER 16, 2005
MATTER  : W9600-015
INVOICE : 200396

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/05   T C

RE: LITIGATION AND LITIGATION CONSULTING

| Date | | Description | Hours |
|---|---|---|---|
| 10/17/05 | TC | REVIEWED DEBTORS' BRIEFS IN SUPPORT OF ESTIMATION HEARING ON CONSTRUCTIVE NOTICE | 1.60 |
| 10/19/05 | TC | REVIEWED MEMORANDUM OF LAW OF PROPERTY DAMAGE COMMITTEE ON METHODOLOGY ISSUE FOR TRIAL | 1.40 |
| 10/25/05 | TC | REVIEWED MOTION FOR CLASS CERTIFICATION | 2.40 |
| 10/26/05 | TC | REVIEWED DEBTORS' REPLY BRIEF IN SUPPORT OF EXPUNGEMENT OF CLAIMS FILED BY SPEIGHTS AND RYAN | 2.40 |
| 10/28/05 | TC | REVIEWED PLEADING FOR FILING; PREPARED AND EXECUTED SAME; FILED AND ISSUES WITH SERVICE | .70 |

TIME SUMMARY

|  | | RATE | HOURS | TOTALS |
|---|---|---|---|---|
| T CURRIER | | 470.00 | 16.20 | 7614.00 |
|  | TOTALS | | 16.20 | 7614.00 |

TOTAL FEES :   7,614.00

TOTAL DUE  :   7,614.00

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS           DATE :    NOVEMBER 16, 2005
                                               MATTER :  W9600-000
                                               INVOICE : 200387

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/05   T C

RE:  EXPENSES

```
         DESCRIPTION OF EXPENSE ADVANCES                    AMOUNT
         --------------------------------                   ------

09/22/05 REPRODUCTION OF DOCUMENTS                            3.60
09/28/05 REPRODUCTION OF DOCUMENTS                            7.65
09/29/05 REPRODUCTION OF DOCUMENTS                           19.50
10/04/05 FEDERAL EXPRESS  -   FEDEX   - # 3-112-06607        23.50
10/20/05 PROFESSIONAL SERVICES - PACER 3RD QTR CHARGES       12.24
10/21/05 MESSENGER SERVICES  -   PARCELS, INC.  - # 32915     7.50

                        TOTAL EXPENSE ADVANCES :                      73.99

                        TOTAL DUE  :                                  73.99
```

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**