*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 11/09/05 11:15:22
Work Thru : 10/31/05
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

| Matter Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 1.80 | 504.00 | 228.57 | 732.57 | BENTLEY PHILIP - 02495 | | M | B |
| 00002 | CREDITOR COMMITTEE | 5.00 | 2,600.00 | 140.85 | 2,740.85 | BENTLEY PHILIP - 02495 | | M | B |
| 00005 | BANKR. MOTIONS | 1.40 | 728.00 | 0.00 | 728.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00008 | FEE APPLICATIONS, APPLIC | 11.00 | 2,822.00 | 8.14 | 2,830.14 | BENTLEY PHILIP - 02495 | | M | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 13.50 | 7,464.50 | 0.00 | 7,464.50 | BENTLEY PHILIP - 02495 | | M | B |
| 00019 | HEARINGS | 9.00 | 4,680.00 | 269.00 | 4,949.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00028 | TRAVEL\NON-WORKING | 2.00 | 520.00 | 0.00 | 520.00 | BENTLEY PHILIP - 02495 | | M | B |
| | Client Total | 43.70 | 19,318.50 | 646.56 | 19,965.06 | | | | |

Run Date & Time: 11/08/2005 17:00:45

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15 Bill this matter only at 1/2 standard rate

## PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: 10/03/2005 TO: 10/31/2005
UNBILLED DISB FROM: 03/24/2005 TO: 10/28/2005

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 19,318.50 | 646.56 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 10/31/2005 | 10/28/2005 |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL: ____________ WRITE OFF APPROVAL (necessary for write downs over $2,000.00) ____________

BILLING COMMENTS: ____________

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 0.00 | | |
| DISBURSEMENTS: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

### BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 10/31/05 | LAST PAYMENT DATE: | 10/25/05 |
| LAST BILL NUMBER: | 421183 | ACTUAL FEES BILLED TO DATE: | 1,535,562.00 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 1,535,562.00 |
| LAST BILL THRU DATE: | 09/30/05 | | |
| | | FEES WRITTEN OFF TO DATE: | 161,900.68 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee
(2) Late Time & Costs Posted
(3) Pre-arranged Discount
(4) Excessive Legal Time
(5) Business Development
(6) Summer Associate
(7) Fixed Fee
(8) Premium
(9) Rounding
(10) Client Arrangement

BILL NUMBER: ____________ DATE OF BILL: ____________ Processed by: ____________ FRC: ____________ CRC: ____________

Run Date & Time: 11/08/2005 17:01:05

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

U N B I L L E D   T I M E   S U M M A R Y

| Emp Id | Employee Name | Group | Oldest | Latest | Total Unbilled Hours | Total Unbilled Amount |
|---|---|---|---|---|---|---|
| 00720 | NADLER, ELLEN R. | PARTNER | 10/06/05 | 10/25/05 | 1.30 | 858.00 |
| 02495 | BENTLEY, PHILIP | PARTNER | 10/14/05 | 10/31/05 | 3.50 | 2,082.50 |
| 05292 | BECKER, GARY M. | SPEC COUNSEL | 10/24/05 | 10/24/05 | 2.00 | 520.00 |
| 05292 | BECKER, GARY M. | SPEC COUNSEL | 10/05/05 | 10/31/05 | 25.90 | 13,468.00 |
| 06208 | DIMOS, BILL | ASSOCIATE | 10/03/05 | 10/31/05 | 1.00 | 340.00 |
| | PARAPROFESSIONALS | | | | | |
| 06091 | SHEA, JAMES | PARALEGAL | 10/20/05 | 10/20/05 | 0.30 | 61.50 |
| 06451 | GAVIGAN, JAMES C | PARALEGAL | 10/12/05 | 10/31/05 | 9.70 | 1,988.50 |
| | Total: | | | | 43.70 | 19,318.50 |

U N B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Oldest Entry | Latest Entry | Total Unbilled Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 10/06/05 | 10/28/05 | 271.50 |
| 0930 | MESSENGER/COURIER | 10/26/05 | 10/26/05 | 8.14 |
| 0950 | OUT-OF-TOWN TRAVEL | 03/24/05 | 04/29/05 | 269.00 |
| 0972 | DOCUMENT RETRIEVAL FEES | 09/30/05 | 09/30/05 | 97.92 |
| | Total | | | 646.56 |
| | Grand Total | | | 19,965.06 |

Run Date & Time: 11/08/2005 17:00:40

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1997339
Bill Frequency: M
Status : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

## PRE-BILLING SUMMARY REPORT

| | | | |
|---|---|---|---|
| UNBILLED TIME FROM: | 10/03/2005 | TO: | 10/31/2005 |
| UNBILLED DISB FROM: | 09/30/2005 | TO: | 10/21/2005 |

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 504.00 | 228.57 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 10/31/2005 | 10/21/2005 |

CLOSE MATTER/FINAL BILLING? YES OR NO

EXPECTED DATE OF COLLECTION: ____________

BILLING PARTNER APPROVAL: ____________ BENTLEY PHILIP - 02495

____________ WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 0.00 | | |
| DISBURSEMENTS: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

## BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 10/31/05 | LAST PAYMENT DATE: | 10/25/05 |
| LAST BILL NUMBER: | 421183 | ACTUAL FEES BILLED TO DATE: | 249,656.50 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 249,656.50 |
| LAST BILL THRU DATE: | 09/30/05 | FEES WRITTEN OFF TO DATE: | 79,053.50 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee
(2) Late Time & Costs Posted
(3) Pre-arranged Discount
(4) Excessive Legal Time
(5) Business Development
(6) Summer Associate
(7) Fixed Fee
(8) Premium
(9) Rounding
(10) Client Arrangement

BILL NUMBER:____________ DATE OF BILL:____________ Processed by:____________ FRC:____________ CRC:____________

Run Date & Time: 11/08/2005 17:00:40

Matter No: 056772-00001 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: 1997339
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M
Matter Name : CASE ADMINISTRATION | Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001 | Status : ACTIVE

UNBILLED TIME SUMMARY (Total Unbilled)

| Emp Id | Employee Name | Group | Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| 06208 | DIMOS, BILL | CRED | 10/03/05 | 10/31/05 | 1.00 | 340.00 |
| | PARAPROFESSIONALS | | | | | |
| 06451 | GAVIGAN, JAMES C | CRED | 10/24/05 | 10/24/05 | 0.80 | 164.00 |
| | Total: | | | | 1.80 | 504.00 |

Sub-Total Hours : 0.00 Partners 0.00 Counsels 1.00 Associates 0.80 Legal Assts 0.00 Others

UNBILLED COSTS SUMMARY (Total Unbilled)

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 10/06/05 | 10/21/05 | 130.65 |
| 0972 | DOCUMENT RETRIEVAL FEES | 09/30/05 | 09/30/05 | 97.92 |
| | Total | | | 228.57 |
| | Grand Total | | | 732.57 |

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task | Act |
|---|---|---|---|---|---|---|---|---|
| DIMOS, BILL | 10/03/05 | Read through docs (0.1). | 0.10 | 34.00 | 5940719 | 10/12/2005 | | |
| DIMOS, BILL | 10/05/05 | Read through docs (0.1). | 0.10 | 34.00 | 5940720 | 10/12/2005 | | |
| DIMOS, BILL | 10/11/05 | Read through docs (0.1). | 0.10 | 34.00 | 5952884 | 10/21/2005 | | |
| DIMOS, BILL | 10/12/05 | Read through docs (0.1). | 0.10 | 34.00 | 5952886 | 10/21/2005 | | |
| DIMOS, BILL | 10/14/05 | Read through docs (0.1). | 0.10 | 34.00 | 5952887 | 10/21/2005 | | |
| DIMOS, BILL | 10/17/05 | Read through documents (0.1). | 0.10 | 34.00 | 5955261 | 10/24/2005 | | |
| DIMOS, BILL | 10/20/05 | Read through documents (0.1). | 0.10 | 34.00 | 5952885 | 10/21/2005 | | |
| DIMOS, BILL | 10/21/05 | Read through documents (0.1). | 0.10 | 34.00 | 5955260 | 10/24/2005 | | |
| DIMOS, BILL | 10/25/05 | Read through docs (0.1). | 0.10 | 34.00 | 5959814 | 10/27/2005 | | |
| DIMOS, BILL | 10/31/05 | Read through documents (0.1). | 0.10 | 34.00 | 5969710 | 11/01/2005 | | |
| Total For DIMOS B - 06208 | | | 1.00 | 340.00 | | | | |
| GAVIGAN, JAMES C | 10/24/05 | updating WR Grace email List | 0.80 | 164.00 | 5972926 | 11/01/2005 | | |
| Total For GAVIGAN J - 06451 | | | 0.80 | 164.00 | | | | |
| | | Fee Total | 1.80 | 504.00 | | | | |

*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 11/08/2005 17:00:40

Matter No: 056772-00001 Orig Prtnr : CRED. RGTS - 06975 Proforma Number: 1997339
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495 Bill Frequency: M
Matter Name : CASE ADMINISTRATION Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001 Status : ACTIVE

U N B I L L E D C O S T S D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|

U N B I L L E D C O S T S D E T A I L

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| PHOTOCOPYING | 0820 | | | | | | |
| PHOTOCOPYING<br>GAVIGAN JAMES C | | GAVIGAN, J C | 10/06/05 | 105.00 | 7172124 | 154730 | 10/12/05 |
| PHOTOCOPYING<br>GAVIGAN JAMES C | | GAVIGAN, J C | 10/06/05 | 15.00 | 7172125 | 154730 | 10/12/05 |
| PHOTOCOPYING<br>GAVIGAN JAMES C | | GAVIGAN, J C | 10/21/05 | 6.45 | 7186717 | 155378 | 10/26/05 |
| PHOTOCOPYING<br>GAVIGAN JAMES C | | GAVIGAN, J C | 10/21/05 | 4.20 | 7186718 | 155378 | 10/26/05 |
| | | 0820 PHOTOCOPYING Total : | | 130.65 | | | |
| DOCUMENT RETRIEVAL F | 0972 | | | | | | |
| DOCUMENT RETRIEVAL F | | PIZZARELLO, C | 09/30/05 | 64.88 | 7195444 | 155654 | 11/01/05 |
| DOCUMENT RETRIEVAL F | | PIZZARELLO, C | 09/30/05 | 33.04 | 7195445 | 155654 | 11/01/05 |
| | | 0972 DOCUMENT RETRIEVAL F Total : | | 97.92 | | | |
| Costs Total : | | | | 228.57 | | | |

Run Date & Time: 11/08/2005 17:00:40

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1997339
Bill Frequency: M
Status : ACTIVE

B I L L I N G I N S T R U C T I O N S F O R U N B I L L E D T I M E S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| DIMOS, BILL | 1.00 | 340.00 | | | | |
| GAVIGAN, JAMES C | 0.80 | 164.00 | | | | |
| Total: | 1.80 | 504.00 | | | | |

B I L L I N G I N S T R U C T I O N S F O R U N B I L L E D C O S T S S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | 130.65 | | | | |
| 0972 DOCUMENT RETRIEVAL FEES | 97.92 | | | | |
| Costs Total : | 228.57 | | | | |

Run Date & Time: 11/08/2005 17:00:40

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1997340
Bill Frequency: M
Status : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: 10/06/2005 TO: 10/31/2005
UNBILLED DISB FROM: 10/18/2005 TO: 10/28/2005

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 2,600.00 | 140.85 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 10/31/2005 | 10/28/2005 |

CLOSE MATTER/FINAL BILLING? YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
BENTLEY PHILIP - 02495

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 0.00 | | |
| DISBURSEMENTS: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 10/31/05 | LAST PAYMENT DATE: | 10/25/05 |
| LAST BILL NUMBER: | 421183 | ACTUAL FEES BILLED TO DATE: | 182,754.50 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 182,754.50 |
| LAST BILL THRU DATE: | 09/30/05 | FEES WRITTEN OFF TO DATE: | 21,567.50 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee
(2) Late Time & Costs Posted
(3) Pre-arranged Discount
(4) Excessive Legal Time
(5) Business Development
(6) Summer Associate
(7) Fixed Fee
(8) Premium
(9) Rounding
(10) Client Arrangement

BILL NUMBER:______ DATE OF BILL:______ Processed by:______ FRC:______ CRC:______

Run Date & Time: 11/08/2005 17:00:40

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1997340
Bill Frequency: M
Status : ACTIVE

## UNBILLED TIME SUMMARY

| Emp Id | Employee Name | Group | Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | CRED | 10/06/05 | 10/31/05 | 5.00 | 2,600.00 |
| | Total: | | | | 5.00 | 2,600.00 |

Sub-Total Hours : 0.00 Partners 5.00 Counsels 0.00 Associates 0.00 Legal Assts 0.00 Others

## UNBILLED COSTS SUMMARY

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 10/18/05 | 10/28/05 | 140.85 |
| | Total | | | 140.85 |
| | Grand Total | | | 2,740.85 |

## UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task | Act |
|---|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 10/06/05 | Conf. equity holder re case issues | 0.40 | 208.00 | 5934560 | 10/07/2005 | | |
| BECKER, GARY M. | 10/17/05 | Conf. shareholder re case issues (0.6); conf. second shareholder (0.4) | 1.00 | 520.00 | 5948892 | 10/19/2005 | | |
| BECKER, GARY M. | 10/19/05 | memo and email to committee re bar date motion (0.4); conf. Grace shareholder re case issues (0.6) | 1.00 | 520.00 | 5950406 | 10/20/2005 | | |
| BECKER, GARY M. | 10/20/05 | Exchange emails with committee members re bar date motion | 0.50 | 260.00 | 5952148 | 10/21/2005 | | |
| BECKER, GARY M. | 10/26/05 | memo to Weschler re omnibus hearing (0.5); circulate pleading re bar date to committee (0.3); conf. inididual shareholder re case issues (0.5) | 1.30 | 676.00 | 5963957 | 10/28/2005 | | |
| BECKER, GARY M. | 10/27/05 | Conf. shareholder re case issues | 0.30 | 156.00 | 5963956 | 10/28/2005 | | |
| BECKER, GARY M. | 10/31/05 | Email memo to Weschler re Speights & Runyon hearing | 0.50 | 260.00 | 5973649 | 11/01/2005 | | |
| Total For BECKER G - 05292 | | | 5.00 | 2,600.00 | | | | |
| | | Fee Total | 5.00 | 2,600.00 | | | | |

Run Date & Time: 11/08/2005 17:00:40

Matter No: 056772-00002 Orig Prtnr : CRED. RGTS - 06975 Proforma Number: 1997340
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495 Bill Frequency: M
Matter Name : CREDITOR COMMITTEE Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001 Status : ACTIVE

U N B I L L E D C O S T S D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|

U N B I L L E D C O S T S D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING 0820 | | | | | | |
| PHOTOCOPYING<br>BENTLEY PHILIP | BENTLEY, P | 10/18/05 | 6.60 | 7182309 | 155149 | 10/20/05 |
| PHOTOCOPYING<br>BENTLEY PHILIP | BENTLEY, P | 10/20/05 | 6.60 | 7184948 | 155264 | 10/24/05 |
| PHOTOCOPYING<br>BECKER GARY M. | BECKER, G M | 10/21/05 | 112.20 | 7186719 | 155378 | 10/26/05 |
| PHOTOCOPYING<br>BENTLEY PHILIP | BENTLEY, P | 10/25/05 | 5.10 | 7189626 | 155454 | 10/27/05 |
| PHOTOCOPYING<br>TRIVENTO NICK | TRIVENTO, N | 10/25/05 | 8.10 | 7189627 | 155454 | 10/27/05 |
| PHOTOCOPYING<br>BENTLEY PHILIP | BENTLEY, P | 10/26/05 | 2.10 | 7191384 | 155524 | 10/28/05 |
| PHOTOCOPYING<br>TRIVENTO NICK | TRIVENTO, N | 10/28/05 | 0.15 | 7195766 | 155667 | 11/01/05 |
| | 0820 PHOTOCOPYING Total : | | 140.85 | | | |
| Costs Total : | | | 140.85 | | | |

Run Date & Time: 11/08/2005 17:00:41

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1997340
Bill Frequency: M
Status : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 5.00 | 2,600.00 | | | | |
| Total: | 5.00 | 2,600.00 | | | | |

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | 140.85 | | | | |
| Costs Total : | 140.85 | | | | |

Run Date & Time: 11/08/2005 17:00:41

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1997342
Bill Frequency: M
Status : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: 10/05/2005 TO: 10/12/2005
UNBILLED DISB FROM: TO:

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 728.00 | 0.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 10/12/2005 | |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL: BENTLEY PHILIP - 02495

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 0.00 | | |
| DISBURSEMENTS: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 10/31/05 | LAST PAYMENT DATE: | 10/25/05 |
| LAST BILL NUMBER: | 421183 | ACTUAL FEES BILLED TO DATE: | 122,449.00 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 122,449.00 |
| LAST BILL THRU DATE: | 09/30/05 | FEES WRITTEN OFF TO DATE: | 444.00 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee
(2) Late Time & Costs Posted
(3) Pre-arranged Discount
(4) Excessive Legal Time
(5) Business Development
(6) Summer Associate
(7) Fixed Fee
(8) Premium
(9) Rounding
(10) Client Arrangement

BILL NUMBER:__________ DATE OF BILL:__________ Processed by:__________ FRC:__________ CRC:__________

Run Date & Time: 11/08/2005 17:00:41

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1997342
Bill Frequency: M
Status : ACTIVE

U N B I L L E D T I M E S U M M A R Y

| Emp Id | Employee Name | Group | Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | CRED | 10/05/05 | 10/12/05 | 1.40 | 728.00 |
| | Total: | | | | 1.40 | 728.00 |

Sub-Total Hours : 0.00 Partners 1.40 Counsels 0.00 Associates 0.00 Legal Assts 0.00 Others

U N B I L L E D T I M E D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task | Act |
|---|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 10/05/05 | Review notice of securities disposition | 0.10 | 52.00 | 5934561 | 10/07/2005 | | |
| BECKER, GARY M. | 10/07/05 | Review objections to Grace's motion to take discovery from PI attorneys (0.4); review objection to motion to extend automatic stay (0.4) | 0.80 | 416.00 | 5936989 | 10/11/2005 | | |
| BECKER, GARY M. | 10/12/05 | Review motions relative to discovery of asbestos plaintiffs | 0.50 | 260.00 | 5947634 | 10/19/2005 | | |
| Total For BECKER G - 05292 | | | 1.40 | 728.00 | | | | |
| | | Fee Total | 1.40 | 728.00 | | | | |

Run Date & Time: 11/08/2005 17:00:41

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1997342
Bill Frequency: M
Status : ACTIVE

*B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y*

| *Employee Name* | *Hours* | *Amount* | *Bill* | *W/o / W/u* | *Transfer To Clnt/Mtr* | *Carry Forward* |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 1.40 | 728.00 | | | | |
| Total: | 1.40 | 728.00 | | | | |

Run Date & Time: 11/08/2005 17:00:41

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1997343
Bill Frequency: M
Status : ACTIVE

Special Billing Instructions:

## PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: 10/12/2005 TO: 10/31/2005
UNBILLED DISB FROM: 10/26/2005 TO: 10/26/2005

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 2,822.00 | 8.14 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 10/31/2005 | 10/26/2005 |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL: BENTLEY PHILIP - 02495

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 0.00 | | |
| DISBURSEMENTS: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

## BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 10/31/05 | LAST PAYMENT DATE: | 10/25/05 |
| LAST BILL NUMBER: | 421183 | ACTUAL FEES BILLED TO DATE: | 89,242.00 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 89,242.00 |
| LAST BILL THRU DATE: | 09/30/05 | FEES WRITTEN OFF TO DATE: | 1,657.00 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee
(2) Late Time & Costs Posted
(3) Pre-arranged Discount
(4) Excessive Legal Time
(5) Business Development
(6) Summer Associate
(7) Fixed Fee
(8) Premium
(9) Rounding
(10) Client Arrangement

BILL NUMBER:________ DATE OF BILL:________ Processed by:________ FRC:________ CRC:________