```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   13
Run Date & Time: 11/08/2005 17:00:41                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                       Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  1997343
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
                                                                                                      Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y  ------------- Total Unbilled -------------
Emp Id Employee Name               Group          Oldest       Latest      Hours         Amount
                                                   Entry        Entry
05292   BECKER, GARY M.            CRED           10/12/05    10/31/05     1.80          936.00
06091   SHEA, JAMES                CRED           10/20/05    10/20/05     0.30           61.50
06451   GAVIGAN, JAMES C           CRED           10/12/05    10/31/05     8.90         1,824.50

                            Total:                                        11.00         2,822.00

U N B I L L E D   C O S T S   S U M M A R Y  ------- Total Unbilled -------
Code  Description                                 Oldest       Latest      Total
                                                   Entry        Entry      Amount
0930  MESSENGER/COURIER                           10/26/05    10/26/05              8.14

                            Total:                                                  8.14


                Grand Total                                                      2,830.14


U N B I L L E D   T I M E   D E T A I L
Employee Name         Work Date   Description                                         Hours    Amount     Index#   Batch Date   Task Act

BECKER, GARY M.       10/12/05   Review monthly fee application and direction to       0.60    312.00    5947635  10/19/2005
                                 Shea re same
BECKER, GARY M.       10/19/05   Review and execute monthly fee application.           0.50    260.00    5950407  10/20/2005
BECKER, GARY M.       10/26/05   Conf Gavigan re fee applications                      0.20    104.00    5963958  10/28/2005
BECKER, GARY M.       10/31/05   Attention to error in September fee                   0.50    260.00    5973650  11/01/2005
                                 application; conf. accounting and conf. Gavigan
                                 re correction

Total For BECKER G - 05292                                                             1.80    936.00

GAVIGAN, JAMES C      10/12/05   drafting monthly fee application                      1.00    205.00    5945230  10/18/2005
GAVIGAN, JAMES C      10/14/05   producing monthly fee application                     1.20    246.00    5945231  10/18/2005
GAVIGAN, JAMES C      10/19/05   producing WR Grace Monthly fee application            1.40    287.00    5972929  11/01/2005
GAVIGAN, JAMES C      10/20/05   got application signed and sent via email and         0.70    143.50    5972930  11/01/2005
                                 fedex to melissa flores
GAVIGAN, JAMES C      10/20/05   producing W.R. Grace Monthly fee application          1.50    307.50    5972932  11/01/2005
GAVIGAN, JAMES C      10/21/05   re-sending WR Grace Fee App to Melissa Flores         0.40     82.00    5972931  11/01/2005
```

Sub-Total Hours : 1.80 Partners   0.00 Counsels   9.20 Legal Assts   0.00 Others

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   14
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/08/2005 17:00:41

Matter No: 056772-00008                              Orig Prtnr : CRED. RGTS - 06975            Proforma Number:   1997343
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status   : ACTIVE

U N B I L L E D    T I M E    D E T A I L
Employee Name          Work Date     Description                                          Hours    Amount    Index#    Batch No  Batch Date  Task Act
------------------------------------------------------------------------------------------------------------------------------------------------------
GAVIGAN, JAMES C       10/24/05      reviewing fee application to make sure                0.80    164.00    5972928   11/01/2005
                                     everything was ok
GAVIGAN, JAMES C       10/26/05      reviewing monthly application procedures              0.50    102.50    5972927   11/01/2005
GAVIGAN, JAMES C       10/31/05      correcting september fee app in wr grace              1.40    287.00    5977459   11/01/2005

 Total For GAVIGAN J - 06451                                                               8.90  1,824.50

SHEA, JAMES            10/20/05      assisting gavigan in prep of sept. monthly            0.30     61.50    5961799  10/27/2005
                                     (0.3)

 Total For SHEA J - 06091                                                                  0.30     61.50

                                                                     Fee Total            11.00  2,822.00


U N B I L L E D    C O S T S    D E T A I L
Description/Code                              Employee               Date      Amount    Index#    Batch No  Batch Date
-----------------------------------------------------------------------------------------------------------------------
MESSENGER/COURIER                  0930
  FEDERAL EXPRESS CORPORAT         SHEA, J S              10/26/05   8.14    7189168     155412    10/27/05
  MESSENGER/COURIER - VENDOR- FEDERAL EXPRESS
  CORPORATION
                                   0930 MESSENGER/COURIER Total :    8.14

                                                            Costs Total :     8.14
```

alp_132r: Matter Detail

Run Date & Time: 11/08/2005 17:00:41

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    15

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr  : CRED. RGTS - 06975
Bill Prtnr  : BENTLEY PHILIP - 02495
Supv Prtnr  : MAYER THOMAS MOERS - 03976

Proforma Number: 1897343
Bill Frequency: M

Status : ACTIVE

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 1.80 | 936.00 | | | | | |
| SHEA, JAMES | 0.30 | 61.50 | | | | | |
| GAVIGAN, JAMES C | 8.90 | 1,824.50 | | | | | |
| Total: | 11.00 | 2,822.00 | | | | | |

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0930 | MESSENGER/COURIER | 8.14 | | | | | |
| | Costs Total : | 8.14 | | | | | |

```
alp_132r: Matter Detail                                                                                                      PAGE   16
Run Date & Time: 11/08/2005 17:00:41
                                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                     Orig Prtnr  : CRED. RGTS - 06975             Proforma Number:   1997344
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr  : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001                                  Supv Prtnr  : MAYER THOMAS MOERS - 03976     Status    : ACTIVE

Special Billing Instructions:

------------------------------------------------------PRE-BILLING SUMMARY REPORT-------------------------------------------------------

    UNBILLED TIME FROM:  10/06/2005               TO:  10/31/2005
    UNBILLED DISB FROM:                           TO:

                                    FEES                       COSTS
                                ------------               ------------
    GROSS BILLABLE AMOUNT:         7,464.50                       0.00
    AMOUNT WRITTEN DOWN:
            PREMIUM:
    ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
    AMOUNT BILLED:
    THRU DATE:                     10/31/2005
    CLOSE MATTER/FINAL BILLING?    YES OR NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:

    BILLING COMMENTS:              BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

------------------------------------------ACCOUNTS RECEIVABLE TOTALS-----------------------UNAPPLIED CASH----------------------------

                FEES:                         0.00       UNIDENTIFIED RECEIPTS:     0.00
        DISBURSEMENTS:                        0.00       PAID FEE RETAINER:         0.00
        FEE RETAINER:                         0.00       PAID DISB RETAINER:        0.00
        DISB RETAINER:                        0.00       TOTAL AVAILABLE FUNDS:     0.00
        TOTAL OUTSTANDING:                    0.00
                                                         TRUST BALANCE:

                                          BILLING HISTORY

    DATE OF LAST BILL:             10/31/05              LAST PAYMENT DATE:        10/25/05
    LAST BILL NUMBER:              421183       ACTUAL FEES BILLED TO DATE:    486,485.50
                                                ON ACCOUNT FEES BILLED TO DATE:       0.00
                                                PAID DISB RETAINER:                   0.00
                                                TOTAL FEES BILLED TO DATE:     486,485.50
    LAST BILL THRU DATE:           09/30/05     FEES WRITTEN OFF TO DATE:        4,417.50

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee        (4) Excessive Legal Time       (7) Fixed Fee
    (2) Late Time & Costs Posted  (5) Business Development       (8) Premium
    (3) Pre-arranged discount     (6) Summer Associate           (9) Rounding                       (10) Client Arrangement

BILL NUMBER:_____     DATE OF BILL:_____   Processed by:_____   FRC:_____      CRC:_____
```

```
alp_132r: Matter Detail                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE   17
Run Date & Time: 11/08/2005 17:00:41                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                                          Orig Prtnr : CRED. RGRS - 06975           Proforma Number:    1997344
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS).                                  Supv. Prtnr: MAYER THOMAS MORRS - 03976
Matter Opened : 07/27/2001                                                                                                                 Status     : ACTIVE

UNBILLED TIME SUMMARY ----------------- Total Unbilled -----------------
Emp Id  Employee Name                Group            Oldest       Latest         Hours          Amount
00720   NADLER, ELLEN R.             LITI             10/06/05     10/25/05        1.30           858.00
02495   BENTLEY, PHILIP              CRED             10/14/05     10/31/05        3.50         2,082.50
05292   BECKER, GARY M.              CRED             10/11/05     10/31/05        8.70         4,524.00

                                     Total:                                       13.50         7,464.50

Sub-Total Hours :    4.80 Partners       8.70 Counsels     0.00 Associates     0.00 Legal Assts     0.00 Others

UNBILLED TIME DETAIL
Employee Name       Work Date    Description                                                Hours    Amount      Index#    Batch Date   Task Act.

BENTLEY, PHILIP     10/27/05    Discs TW, TM, GAH and GB, and notes, re                     1.20     714.00    5971506   11/01/2005
                                upcoming settlement discs and other asbestos
                                issues
BENTLEY, PHILIP     10/28/05    Confs GB and TC TW re asbestos issues                       0.80     476.00    5971507   11/01/2005
BENTLEY, PHILIP     10/31/05    Review emails re asbestos                                   0.20     119.00    5973264   11/01/2005

Total for BENTLEY P - 02495                                                                 3.50   2,082.50

BENTLEY, PHILIP     10/14/05    Review Debtor's BD motion, and discs GB                     0.30     178.50    5949414   10/20/2005
BENTLEY, PHILIP     10/19/05    Discs GB, and review emails re asbestos                     0.20     119.00    5961058   10/27/2005
BENTLEY, PHILIP     10/25/05    Review and comment on draft response to                     0.80     476.00    5971505   11/01/2005
                                Debtors' PI bar date motion, and confs GB re
                                same

NADLER, ELLEN R.    10/06/05    Review Debtors' pleading on asbestos property              0.30     198.00    5934268   10/07/2005
                                damage claims witnesses and experts (.30)
NADLER, ELLEN R.    10/14/05    Review Debtors' motion for PI claims bar order              0.50     330.00    5945614   10/18/2005
                                (.50)
NADLER, ELLEN R.    10/25/05    Disc. w/G. Becker re: pertinent developments at             0.50     330.00    5958912   10/26/2005
                                Omnibus Hearing on 10/24 (.50).

Total For NADLER E - 00720                                                                  1.30     858.00

BECKER, GARY M.     10/11/05    review various objections to debtors motion to              0.60     312.00    5945804   10/18/2005
                                take discovery from plaintiff firms
BECKER, GARY M.     10/14/05    Review Grace PI bar date motion and discussion              1.00     520.00    5942977   10/17/2005
                                with Bentley re same
BECKER, GARY M.     10/19/05    prepare response to Grace motion to establish               2.00    1,040.00   5950408   10/20/2005
                                bar date for asbestos PI claims (1.4); conf. J.
                                Baer re motion (0.3); conf. Bentley re motion
                                (0.3)
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                     PAGE    18
Run Date & Time: 11/08/2005 17:00:41                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                 Orig Prtnr : CRED. RGTS - 06975              Proforma Number:  1997344
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                         Bill Prtnr  : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)          Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                           Status : ACTIVE

U N B I L L E D   T I M E    D E T A I L
Employee Name          Work Date    Description                                                          Hours       Amount      Index#    Batch Date  Task Act
```

| Employee | Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 10/20/05 | Revisions to pleading in support of PI bar date and circulate to bentley and Horowitz | 0.60 | 312.00 | 5552149 | 10/21/2005 |
| BECKER, GARY M. | 10/25/05 | Conf. Bentley re support for bar date motion (0.4); conf. Horowitz re same (0.1) | 0.50 | 260.00 | 5558451 | 10/26/2005 |
| BECKER, GARY M. | 10/27/05 | Send pleading in support of bar date to local counsel for filing (0.2); Conf. Nadler re claim objection issues (0.2); conf. Bentley re claim objection issues (0.2); preparation for 10/31 hearing on Speights claims (0.4); email Weschler re Speights hearing 90.10 | 1.10 | 572.00 | 5963959 | 10/28/2005 |
| BECKER, GARY M. | 10/28/05 | Conf. Pasquale re experts for PI estimation (0.3); conf. Bentley re same and re potential meeting with Grace (0.5); email from local counsel re bar date pleading (0.1) | 0.90 | 468.00 | 5965113 | 10/31/2005 |
| BECKER, GARY M. | 10/31/05 | Research and send email to Weschler re asbestos estimation in other cases (2.0). | 2.00 | 1,040.00 | 5973651 | 11/01/2005 |

```
                                                                            Fee Total      8.70        4,524.00

Total For BECKER G - 05292                                                                13.50        7,464.50
```

```
alp_132r: Matter Detail                                                                                                              PAGE   19
Run Date & Time: 11/08/2005 17:00:41

                                                 KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                       Orig Prtnr : CRED. RGTS - 06975          Proforma Number:   1997344
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
                                                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status       : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY
Employee Name        Hours          Amount         Bill       W/O / W/u        Transfer To     Clnt/Mtr      Carry Forward
----------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.       8.70        4,524.00
NADLER, ELLEN R.      1.30          858.00
BENTLEY, PHILIP       3.50        2,082.50
     Total:          13.50        7,464.50
```

```
alp_132r: Matter Detail                                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                   PAGE   20
Run Date & Time: 11/08/2005 17:00:41                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                                 Orig Prtnr : CRED. RGTS - 06975                   Proforma Number:        1997346
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                         Bill Prtnr : BENTLEY PHILIP - 02495               Bill Frequency: M
Matter Name : HEARINGS                                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                                Status     : ACTIVE

Special Billing Instructions:
----------------------------------------------------------------------------------------------------------------------------------

                                          PRE-BILLING SUMMARY REPORT

      UNBILLED TIME FROM:   10/21/2005             TO:   10/31/2005
      UNBILLED DISB FROM:   03/24/2005             TO:   04/29/2005

                                     FEES              COSTS
                                   --------           --------
GROSS BILLABLE AMOUNT:             4,680.00             269.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                      10/31/2005          04/29/2005
CLOSE MATTER/FINAL BILLING?  YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:
               BENTLEY PHILIP - 02495                WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

                                    ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH
                                    --------------------------
     FEES:                               0.00        UNIDENTIFIED RECEIPTS:      0.00
DISBURSEMENTS:                           0.00        PAID FEE RETAINER:          0.00
FEE RETAINER:                            0.00        PAID DISB RETAINER:         0.00
DISB RETAINER:                           0.00        TOTAL AVAILABLE FUNDS:      0.00
TOTAL OUTSTANDING:                       0.00
                                                     TRUST BALANCE:
                                                     BILLING HISTORY

DATE OF LAST BILL:              10/31/05         LAST PAYMENT DATE:        10/25/05
LAST BILL NUMBER:               421183           ACTUAL FEES BILLED TO DATE:   106,851.50
                                                 ON ACCOUNT FEES BILLED TO DATE:     0.00
                                                 TOTAL FEES BILLED TO DATE:    106,851.50
LAST BILL THRU DATE:            09/30/05         FEES WRITTEN OFF TO DATE:       5,087.68

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:
     (1) Exceeded Fixed Fee              (4) Excessive Legal Time        (7) Fixed Fee
     (2) Late Time & Costs Posted        (5) Business Development        (8) Premium
     (3) Pre-arranged Discount           (6) Summer Associate            (9) Rounding
                                                                        (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    21
                                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/08/2005 17:00:41

Matter No: 056772-00019                                                                 Orig Prtnr : CRED. RGTS - 06975              Proforma Number:   1997346
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                         Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : HEARINGS                                                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                                           Status    : ACTIVE

U N B I L L E D   T I M E    S U M M A R Y  ----------- Total Unbilled -----------
Emp Id Employee Name                  Group            Oldest          Latest          Hours            Amount
                                                       Entry           Entry
05292 BECKER, GARY M.                 CRED             10/21/05        10/31/05         9.00            4,680.00

                                 Total:                                                 9.00            4,680.00

Sub-Total Hours :    0.00 Partners     9.00 Counsels    0.00 Associates    0.00 Legal Assts   0.00 Others


U N B I L L E D   C O S T S    S U M M A R Y  ----------- Total Unbilled -----------
Code Description                                     Oldest          Latest           Total
                                                     Entry           Entry            Amount
0950  OUT-OF-TOWN TRAVEL                             03/24/05        04/29/05          269.00

                                 Total:                                                269.00

                                 Grand Total                                         4,949.00
                                                                                     =========

U N B I L L E D   T I M E    D E T A I L
Employee Name                Work Date     Description                                                          Hours    Amount    Index#   Batch No  Batch Date  Task Act

BECKER, GARY M.              10/21/05      prep for omnibus hearing                                              0.50     260.00  5956632  10/25/2005
BECKER, GARY M.              10/24/05      Prepare for and attend omnibus hearing                                5.00   2,600.00  5957942  10/26/2005
BECKER, GARY M.              10/31/05      Prepare for and participate telephonically in                         3.50   1,820.00  5973652  11/01/2005
                                           hearing re Speights & Runyon claims

Total For BECKER G - 05292                                                                                       9.00   4,680.00


U N B I L L E D   C O S T S    D E T A I L
Description/Code                                          Employee              Date          Amount    Index#   Batch No  Batch Date

OUT-OF-TOWN TRAVEL           0950
CITICORP DINERS CLUB
OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS               BECKER, G M           03/24/05       68.00   6989703  146376    05/17/05
CLUB
CITICORP DINERS CLUB
OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS               BECKER, G M           04/29/05       95.00   6973173  145377    05/02/05
CLUB

                                                                              Fee Total        9.00   4,680.00
```

```
alp_132r: Matter Detail                            KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   22
Run Date & Time: 11/08/2005 17:00:41                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                                 Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1997346
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                         Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : HEARINGS                                                  Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                       Status    : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
-----------------------------------------
Description/Code             Employee                Date        Amount      Index#   Batch No   Batch Date
----------------             --------                ----        ------      ------   --------   ----------

CITICORP DINERS CLUB                                                                                         
OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS       BECKER, G M   04/29/05     106.00   6973175    145377      05/02/05
CLUB

                                       0950 OUT-OF-TOWN TRAVEL Total :        269.00

Costs Total :                                                                 269.00
```

```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   23
Run Date & Time: 11/08/2005 17:00:41                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                         Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1997346
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : HEARINGS                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                               Status     : ACTIVE

              B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name               Hours          Amount          Bill          W/o / W/u          Transfer To          Clnt/Mtr          Carry Forward
-----------------------------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.
       Total:               9.00        4,680.00           _____      _____          _____            _____         _____

              B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                           Amount         Bill           W/o / W/u          Transfer To          Clnt/Mtr          Carry Forward
-----------------------------------------------------------------------------------------------------------------------------------------------
0950 OUT-OF-TOWN TRAVEL                    269.00         _____        _____          _____            _____         _____

       Costs Total :                       269.00
```

```
alp_132r: Matter Detail                                                                                        PAGE    24
Run Date & Time: 11/08/2005 17:00:41

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                     Orig Prtnr : CRED. RGTS - 06975             Proforma Number:   1997347
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                              Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15 Bill this matter only at 1/2 standard rate

                                        PRE-BILLING SUMMARY REPORT

    UNBILLED TIME FROM:      10/24/2005                TO:     10/24/2005
    UNBILLED DISB FROM:                                TO:
                             -------                       -------
                              FEES                          COSTS
                             -------                       -------

    GROSS BILLABLE AMOUNT:        520.00                      0.00
    AMOUNT WRITTEN DOWN:
               PREMIUM:
     ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
          AMOUNT BILLED:
             THRU DATE:                         10/24/2005
CLOSE MATTER/FINAL BILLING?   YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                              BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                              ACCOUNTS RECEIVABLE TOTALS                                UNAPPLIED CASH

                FEES:               0.00
       DISBURSEMENTS:                0.00      UNIDENTIFIED RECEIPTS:        0.00
        FEE RETAINER:                0.00      PAID FEE RETAINER:            0.00
       DISB RETAINER:                0.00      PAID DISB RETAINER:           0.00
    TOTAL OUTSTANDING:               0.00      TOTAL AVAILABLE FUNDS:        0.00
                                               TRUST BALANCE:
                                               BILLING HISTORY
                                               ---------------
    DATE OF LAST BILL:      10/31/05           LAST PAYMENT DATE:            10/25/05
    LAST BILL NUMBER:       421183             ACTUAL FEES BILLED TO DATE:   46,065.00
                                               ON ACCOUNT FEES BILLED TO DATE:    0.00
                                               TOTAL FEES BILLED TO DATE:    46,065.00
    LAST BILL THRU DATE:    09/30/05           FEES WRITTEN OFF TO DATE:     25,258.50

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee        (4) Excessive Legal Time      (7) Fixed Fee
    (2) Late Time & Costs Posted  (5) Business Development      (8) Premium
    (3) Pre-arranged Discount     (6) Summer Associate          (9) Rounding         (10) Client Arrangement

BILL NUMBER: _____       DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE   25
Run Date & Time: 11/08/2005 17:00:41                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                                     Orig Prtnr : CRED. RGTS - 06975         Proforma Number:    1997347
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                             Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                          Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y             ------------ Total Unbilled ----------
Emp Id  Employee Name          Group           Oldest      Latest         Hours          Amount
                                                ------      ------         -----          ------
05292   BECKER, GARY M.        CRED           10/24/05    10/24/05         2.00           520.00
                               Total:                                      2.00           520.00

Sub-Total Hours :   0.00 Partners    2.00 Counsels    0.00 Associates    0.00 Legal Assts   0.00 Others

U N B I L L E D   T I M E   D E T A I L
Employee Name            Work Date    Description                                                         Hours    Amount    Index#     Batch Date   Task Act
-----------------------------------------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.          10/24/05     Non working travel in connection with hearing                        2.00    520.00    5957943    10/26/2005

Total For BECKER G - 05292                                                                                 2.00    520.00

                                                            Fee Total                                      2.00    520.00
```

```
alp_132r: Matter Detail                                                                           PAGE  26
Run Date & Time: 11/08/2005 17:00:41

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                      Orig Prtnr : CRED. RGTS - 06975      Proforma Number:  1997347
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                        Status     : ACTIVE

B I L L I N G    I N S T R U C T I O N S    F O R    U N B I L L E D    T I M E    S U M M A R Y
Employee Name              Hours         Amount            Bill        W/o / W/u      Transfer To      Clnt/Mtr   Carry Forward

BECKER, GARY M.             2.00         520.00
                           -----        -------
        Total:              2.00         520.00
```