IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| W. R. GRACE & CO., <u>et al</u>.¹ ) | **Case No. 01-01139 (JKF)** |
| ) | |
| ) | |
| **Debtors.** ) | **Jointly Administered** |
| | Objection Deadline: November 21, 2005 at 4:00 p.m. |

## NO ORDER REQUIRED
## CERTIFICATION OF NO OBJECTION
## <u>REGARDING DOCKET NO. 10951</u>

The undersigned hereby certifies that, as of the date hereof, there is no answer, objection or other responsive pleading to the *Fifty-Fourth Monthly Fee Application of Stroock & Stroock & Lavan LLP for Interim Compensation and for Reimbursement of Expenses for the Services Rendered during the Period September 1, 2005 through September 30, 2005* [Docket No. 10951] (the "Application") filed on November 1, 2005.

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings. Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc.,  Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

WLM\212585.1

The undersigned further certifies that he has reviewed the Court's docket in this case and that no outstanding answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than November 21, 2005 at 4:00 p.m.

Pursuant to the Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331 and Del. Bankr. LR 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 317], upon the filing of this Certificate, the Debtors are authorized to pay on an interim basis 80% of requested fees (totaling $54,158.00) and 100% of requested expenses ($1,399.68; Stroock) and ($11,197.50; Navigant) (Totaling $12,597.18) without further Bankruptcy Court Order.

Dated: November 29, 2005                    DUANE MORRIS LLP

/s/ Michael R. Lastowski
Michael R. Lastowski (DE I.D. No. 3892)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:    (302) 657-4900
Facsimile:     (302) 657-4901
E-mail:  mlastowski@duanemorris.com
               rwriley@duanemorris.com

-and-

STROOCK & STROOCK & LAVAN LLP
Lewis Kruger
Arlene Krieger
180 Maiden Lane
New York, NY 10038-4982
Telephone:    (212) 806-5400
Facsimile:     (212) 806-6006

*Co-Counsel to the Official Committee of Unsecured Creditors*

WLM\212585.1