IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et al., | : | Case No. 01-01139(JJF) |
| | : | (Jointly Administered) |
| Debtors. | : | |

## NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Schnader Harrison Segal & Lewis LLP previously filed a Notice of Appearance and Demand for Service of Papers in the above-captioned case (the "Notice").

PLEASE TAKE FURTHER NOTICE that Schnader Harrison Segal & Lewis LLP is hereby withdrawing the Notice as set forth below.

PLEASE TAKE FURTHER NOTICE that Louis S. Robles, Esquire and Robles Law Center, P.A. terminated the engagement of Schnader Harrison Segal & Lewis LLP on or about March 29, 2002.

PLEASE TAKE FURTHER NOTICE that the undersigned should be removed from the service lists, including the court's electronic notification list, in the above-captioned case.

Dated: November 29, 2005

SCHNADER HARRISON SEGAL & LEWIS LLP

By:  /s/ Michael J. Barrie
    Michael J. Barrie
    Nicholas J. LePore, III
    1600 Market Street, Suite 3600
    Philadelphia, PA  19103
    (215) 751-2286

PHDATA 1328033_1

## CERTIFICATE OF SERVICE

I, Nicholas J. LePore, III, certify that on November 29, 2005, I caused to be served a copy of the attached Notice of Withdrawal of Notice of Appearance and Demand for Service of Papers via first-class mail, postage prepaid on the parties on the attached service list.

_____
Nicholas J. LePore, III

## SERVICE LIST

| | |
|---|---|
| Christopher Dean Loizides<br>Loizides & Associates<br>1225 King Street<br>Suite 800<br>Wilmington, DE 19801 | Barry D Kleban<br>1900 Two Penn Center Plaza<br>Philadelphia, PA 19103 |
| Bruce E. Jameson, ESQ<br>Prickett, Jones & Elliott<br>1310 King Street<br>Wilmington, DE 19801 | Brian David Huben<br>Katten Muchin Rosenman LLP<br>2029 Century Park East<br>Suite 2600<br>Los Angeles, CA 90067 |
| James S. Yoder<br>White and Williams LLP<br>824 North Market Street<br>Suite 902<br>P.O. Box 709<br>Wilmington, DE 19899-0709 | David P. Primack<br>Drinkee, Biddle & Reath LLP<br>1100 North Market Street<br>Suite 1000<br>Wilmington, DE 19801-1254 |
| Frederick B. Rosner<br>Jaspan Schlesinger Hoffman<br>913 North Market Street<br>12 Floor<br>Wilmington, DE 19801 | Edward B. Cottingham, Jr.<br>Ness, Motley, P.A.<br>28 Bridgeside Blvd. P.O. Box 1792<br>Mt. Pleasant, SC 29465 |
| Laurie S. Polleck<br>Jaspan Schlesinger Hoffman LLP<br>913 Market St.<br>12th Floor<br>Wilmington, DE 19801 | Elio Battista, Jr.<br>Blank Rome LLP<br>1201 Market Street<br>Suite 800<br>Wilmington, DE 19801 |
| Joseph Grey<br>Stevens & Lee<br>1105 North Market Street<br>Seventh Floor<br>Wilmington, DE 19801 | Tom L. Lewis<br>Lewis & Slovak, P.C.<br>P.O. Box 2325<br>Great Falls, MT 59403 |
| Kathleen Campbell Davis<br>Campbell & Levine LLC<br>800 N. King Street<br>Suite 300<br>Wilmington, DE 19801 | Peter C. Hughes<br>Dilworth Paxson LLP<br>3200 The Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103 |

| | |
|---|---|
| Matthew A. Gold<br>Argo Partners Inc.<br>12 West 37th St. 9th Floor<br>New York, NY 10018 | Eric B. Abramson<br>Michael B. Serling P.C.<br>280 North Old Woodward Ave.<br>Suite 406<br>Birmingham, MI 48009 |
| Jonathan David Berger<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103-6365 | Russell L. Cook<br>Russell L. Cook, Jr. & Associates<br>1401 McKinney<br>Suite 1800<br>Houston, TX 77010 |
| George C. Greatrex, Jr.<br>Shivers, Spielberg Gosnay & Greatrex LLC<br>1415 Rt. 70 East<br>Suite 210<br>Cherry Hill, NJ 08034 | Jonathan A. Karon<br>Karon & Dalimonte<br>85 Devonshire Street<br>Suite 1000<br>Boston, MA 02109 |
| John I. Kittel<br>Mazur & Kittel, PLLC<br>30665 Northwestern Hwy<br>Suite 175<br>Framington Hills, MI 48334 | Karen Marie Kronenberg<br>Nix, Patterson, & Roach, L.L.P.<br>205 Linda Drive<br>Daingerfield, TX 75638 |
| Keavin D. McDonald<br>1221 McKinney<br>Suite 4550<br>Houston, TX 77010 | Richard F. Rescho<br>Law Offices of Christopher E. Grell<br>360 22nd Street<br>Suite 320<br>Oakland, CA 94612 |
| Alan B. Rich<br>Baron & Budd, P.C.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219 | Paul L. Sadler<br>Wellborn Houston Law Firm<br>300 W. Main<br>Henderson, TX 75652 |
| Benjamin P. Shein<br>Shein Law Center, Ltd.<br>121 S. Broad Street<br>21st Floor<br>Philadelphia, PA 19107 | David M Layton<br>Ashcraft & Gerel, LLP<br>10 E. Baltimore Street<br>Suite 1212<br>Baltimore, MD 21202 |
| Peter M. Acton, Jr.<br>Nutter, McClenned & Fish LLP<br>155 Seaport Blvd.<br>Boston, MA 02210 | David G. Aelvoet<br>Linebarger Goggan Blair & Sampson LLP<br>711 Navarro, Suite 300<br>San Antonio, TX 78205 |

| | |
|---|---|
| Julie A. Ardoin<br>The Murray Law Firm<br>909 Poydras Street<br>Suite 2550<br>New Orleans, LA 70112-4000 | Scott Baldwin, Jr.<br>Baldwin & Baldwin L.L.P.<br>400 W. Houston Street<br>Marshall, TX 75670 |
| Neil Matthew Berger<br>Togut, Segal & Segal LLP<br>1 Penn Plaza<br>Suite 3335<br>New York, NY 10119 | Ian Connor Bifferato<br>Bifferato, Gentilotti, Biden & Balick<br>1308 Delaware Ave., P.O. BOX 2165<br>Wilmington, DE 19899-2165 |
| Barbara Billet<br>Deputy Commissioner and Counsel<br>Department of Taxation and Finance<br>340 E. Main Street<br>Rochester, NY 14604 | Peter Douglas Bilowz<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA 02110 |
| Richard A Bordelon<br>1010 Common Street<br>Suite 3010<br>New Orleans, LA 70112 | William Pierce Bowden<br>Ashby & Geddes<br>222 Delaware Avenue<br>17th Floor<br>Wilmington, DE 19899 |
| Kay Diebel Brock<br>Office of the Attorney General of Texas<br>Bankruptcy & Collections Division<br>P.O. Box 12548 MC-008<br>Austin, TX 78711-2548 | Charles J. Brown<br>Elzufon Austin Reardon Tarlov & Mondell<br>300 Delaware Avenue<br>17th Floor<br>PO Box 1630<br>Wilmington, DE 19899 |
| Noel C. Burnham<br>Montgomery McCracken Walker & Rhoads LLp<br>300 Delaware Avenue, Suite 750<br>Wilmington, DE 19801 | David W. Carickhoff, Jr<br>Pachulski Ziehl Stang Ziehl Young Jones<br>919 N. Market St.<br>16th Floor<br>Wilmington, DE 19899 |
| Frank J. Perch III<br>Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Lock Box 35<br>Wilmington, DE 19801 | Michael R. Lastowski<br>Duane Morris LLP<br>1100 North Market Street<br>Suite 1200<br>Wilmington, DE 19801-1246 |
| Paula Ann Galbraith<br>211 East Ohio # 2618<br>Chicago, IL 60611 | Richard Allen Keuler, Jr.<br>Reed Smith LLP<br>1201 Market Street<br>Suite 1500<br>Wilmington, DE 19801 |

| | |
|---|---|
| Richard F. Rescho<br>Law Offices of Christopher E. Grell<br>360 22nd Street<br>Suite 320<br>Oakland, CA 94612 | Rosalie L. Spelman<br>Janssen Keenan & Ciardi P.C.<br>901 Market Street<br>Suite 460<br>Wilmington, DE 19801 |
| Stuart B. Drowos<br>State of Delaware Division of Revenue<br>820 N. French St.<br>8th Floor<br>Wilmington, DE 198 | William E. Chipman, Jr.<br>Greenberg Traurig, LLP<br>The Nemours Building<br>1007 North Orange Street<br>Suite 1200<br>Wilmington, DE 19801 |
| Louis S. Robles<br>22 Harbor Point<br>Key Biscayne, FL 33149 | Robles Law Center, P.A.<br>7029 S.W. 46th Street<br>Miami, FL 33131 |