# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re*: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 11187** |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS |
| COUNTY OF NEW CASTLE | ) |

Jared F. Schierbaum, being duly sworn according to law, deposes and says that he is employed by the law firm of Ashby & Geddes, P.A., counsel to BDM Construction Company, Inc., and that on 29th of November 2005 he caused a copy of the following pleading to be served upon the parties on the attached list by first class United States mail, postage prepaid, or in the manner so indicated.

- **Declaration of David S. Henningsen in Support of Motion of BDM Construction Company, Inc. for Modification of Automatic Stay; Filed November 28, 2005 [Docket No. 11187].**

SWORN TO AND SUBSCRIBED
before me this 30th day of November, 2005.

_____          _____
Notary Public                                      Jared F. Schierbaum

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W.R. Grace 2002 Service List
93911v1

**Hand Delivery**
Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899

**Hand Delivery**
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

**Hand Delivery**
Mark S. Chehi, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801

**Hand Delivery**
Klett Rooney Lieber & Schorling, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

**Hand Delivery**
Marla Eskin, Esq.
Mark Hurford, Esq.
Campbell & Levine LLC
800 North King Street, Suite 300
Wilmington, DE 19801

**Hand Delivery**
Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19899

**Hand Delivery**
William D. Sullivan, Esquire
Buchanan Ingersoll PC
The Nemours Building
1007 North Orange Street, 11th Floor
Wilmington, DE 19801

**Hand Delivery**
William F. Taylor, Jr., Esquire
McCarter & English, LLP
Mellon Bank Center
919 Market Street, Suite 1800
Wilmington, Delaware 19899

**Hand Delivery**
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

**Hand Delivery**
Laura Davis Jones, Esquire
David Carickoff, Esquire.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

**Hand Delivery**
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

**Hand Delivery**
Joseph Grey, Esquire
Stevens & Lee
1105 N. Market Street, Suite 700
Wilmington, DE 19801-1270

**Hand Delivery**
Robert Jacobs, Esq.
Maria Rosoff Eskin, Esq.
Jacobs & Crumplar, PA
Two East 7th Street
Wilmington, DE 19801

**Hand Delivery**
Frank Perch, Esq.
Office of the United States Trustee
844 King St., 2nd Floor
Wilmington, DE 19801

**Hand Delivery**
Michael R. Lastowski, Esq.
Duane Morris Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

**HAND DELIVERY**
Scott D. Cousins, Esq.
William E. Chipman, Jr., Esq.
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

**U.S. MAIL**
Megan N. Harper, Esquire
Bifferato, Bifferato & Gentilotti
1308 Delaware Avenue
Wilmington, DE 19899

**Hand Delivery**
Frederick B. Rosner, Esquire
Jaspan Schlesinger Hoffman, LLP
913 N. Market Street, 12th Floor
Wilmington, DE 19801

**Hand Delivery**
Brian A. Sullivan, Esquire
Amy D. Brown, Esquire
Werb & Sullivan
300 Delaware Avenue, 13th Floor
Wilmington, DE 19899

**Hand Delivery**
William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

**Hand Delivery**
Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19899

**Hand Delivery**
Francis A. Monaco, Jr., Esq.
Monzack and Monaco, P.A.
1201 North Orange Street, Suite 400
Wilmington, DE 19801

**Hand Delivery**
Bruce E. Jameson, Esq.
Prickett, Jones & Elliott
1310 King Street
Wilmington, DE 19801

**Hand Delivery**
Selinda A. Melnik
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
Wilmington, DE 19899

**Hand Delivery**
Curtis Crowther, Esquire
James S. Yoder, Esquire
White and Williams LLP
824 North Market Street, Suite 902
Wilmington, DE 19801

**Hand Delivery**
Todd C. Schiltz, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801

**Hand Delivery**
Steven K. Kortanek, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

**Hand Delivery**
Elio Battista, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

**Hand Delivery**
David P. Primack, Esquire
Drinker Biddle & Reath LLP
1100 North Market Street
Suite 1000
Wilmington, DE 19801-1254

| | | |
|---|---|---|
| **Hand Delivery**<br>Adam G. Landis, Esquire<br>Kerri K. Mumford, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1600<br>Wilmington, DE 19801 | **Hand Delivery**<br>Daniel K. Hogan, Esquire<br>The Hogan Firm<br>1311 Delaware Avenue<br>Wilmington, DE 19806 | **Hand Delivery**<br>Brian L. Kasprzak, Esquire<br>Marks, O'Neill, O'Brien and Courtney, P.C.<br>913 North Market Street, Suite 800<br>Wilmington, DE 19801 |
| **Hand Delivery**<br>Allison E. Reardon<br>Delaware Division of Revenue<br>820 N. French Street, 8th Floor<br>Wilmington, DE 19801 | Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 7040<br>Dover, DE 19903 | District Director<br>IRS<br>409 Silverside Road<br>Wilmington, DE 19809 |
| Internal Revenue Service<br>Attn: Insolvency<br>31 Hopkins Plaza, Room 1150<br>Baltimore, MD 21201 | Michael A. Berman, Esquire<br>Securities and Exchange Commission<br>450 Fifth Street, N.W. (Mail Stop 6-6)<br>Washington, D.C. 20549 | Secretary of Treasurer<br>P.O. Box 7040<br>Dover, DE 19903 |
| Securities & Exchange Commission<br>15th & Pennsylvania Ave. N.W.<br>Washington, DC 20020 | Securities & Exchange Commission<br>Atlanta Regional Office<br>Branch/Reorganization<br>3475 Lenox Road, NE, Suite 100<br>Atlanta, GA 30326-1232 | Brad Rogers, Esquire<br>Office of the General Counsel<br>Pension Benefit Guaranty Corp<br>1200 K. Street, N. W.<br>Washington, D.C. 20005-4026 |
| David S. Rosenbloom, Esquire<br>Jeffrey E. Stone, Esquire<br>Lewis S. Rosenbloom, Esquire<br>McDermott, Will & Emery<br>227 West Monroe Street<br>Chicago, IL 60606-5096 | Cindy Schultz<br>Ingersoll-Rand Fluid Products<br>One Aro Center<br>P. O. Box 151<br>Bryan, OH 43506 | Pamela Zilly<br>Richard Shinder<br>David Blechman<br>Michael Alexander<br>The Blackstone Group<br>345 Park Avenue<br>New York, NY 10154 |
| Steven T. Baron, Esquire<br>Member<br>Silber Pearlman, LLP<br>2711 North Haskell Avenue, 5th Floor, LLP<br>Dallas, TX 75204 | Charles E. Boulbol, Esquire<br>26 Broadway, 17th Floor<br>New York, NY 10004 | Jan M. Hayden<br>William H. Patrick<br>Heller, Draper, Hayden, Patrick & Horn, L.L.C<br>650 Poydras Street, Suite 2500<br>New Orleans, LA 70130-6103 |
| Bankruptcy Administration<br>IOS Capital, Inc.<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208-3708 | W.J. Winterstein, Jr., Esquire<br>John J. Winter, Esquire<br>William M. Aukamp, Esquire<br>Eleven Penn Center, 29th Floor<br>1835 Market Street<br>Philadelphia, PA 19103 | Alan R. Brayton, Esquire<br>Brayton & Purcell<br>222 Rush Landing Road<br>Novato, CA 94945 |
| Jonathan W. Young<br>T.Kellan Grant<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL 60606-1229 | Russell W. Budd<br>Alan B. Rich<br>Baron & Budd, P.C.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219 | James A. Sylvester, Esquire<br>Intercat, Inc.<br>104 Union Avenue<br>Manasquan, NJ 08736 |
| Steven J. Johnson, Esquire<br>Gibson, Dunn & Crutcher LLP<br>1530 Page Mill Road<br>Palo Alto, CA 94304-1125 | Charlotte Klenke, Esquire<br>Schneider National, Inc.<br>P.O. Box 2545<br>3101 S. Packerland<br>Green Bay, WI 54306 | Shelby A. Jordan, Esquire<br>Nathaniel Peter Holzer. Esquire<br>Jordan, Hyden, Womble & Culbreth, P.C.<br>500 N. Shoreline Blvd., Suite 900<br>Corpus Christi, TX 78471 |
| John M. Klamann<br>Klamann & Hubbard<br>7101 College Blvd., Suite 120<br>Overland Park, KS 66210 | Jerel L. Ellington, Esquire<br>U.S. Department of Justice<br>Environmental Enforcement Section<br>999 18th Street; Suite 945-North Tower<br>Denver, CO 80202 | Lisa R. Kerszencwejg, Esq.<br>Reed Smith LLP<br>435 Sixth Avenue<br>Pittsburgh, PA 15219 |

| | | |
|---|---|---|
| Elizabeth S. Kardos, Esq.<br>Gibbons, Del Deo, Dolan, Griffinger<br>& Vecchione, PC<br>One Riverfront Plaza<br>Newark, NJ 07102-5497 | Thomas J. Noonan, Jr.<br>c/o R & S Liquidation Company<br>Five Lyons Mall PMB #530<br>Basking Ridge, NJ 07920-1928 | Darrell W. Scott<br>The Scott Law Group<br>926 W. Sprague Ave., Suite 583<br>Spokane, WA 99201 |
| Joseph T. Kremer, Esq.<br>Lipsiptz, Green, Fahringer, Roll, Salisbury<br>& Cambria, LLP<br>42 Delaware Avenue, Suite 300<br>Buffalo, NY 14202 | Paul M. Matheny<br>The Law Offices of Peter G. Angelos, P.C.<br>5905 Harford Road<br>Baltimore, MD 21214 | Ira S. Greene, Esquire<br>Squadron, Ellenoff, Plesent & Sheinfeld, LLP<br>875 Third Avenue<br>New York, NY 10022-6225 |
| Michael J. Urbis<br>Jordan, Hyden, Womble & Culbreth, P.C.<br>2390 Central Blvd., Suite G<br>Brownsville, TX 78520 | Mary A. Coventry<br>Sealed Air Corporation<br>Park 80 East<br>Saddle Brook, NJ 07663 | Paul D. Henderson, Esq.<br>Dies, Dies & Henderson<br>1009 West Green Avenue<br>Orange, TX 77630 |
| Bernice Conn, Esq.<br>Robins, Kaplan, Miller & Ciresi LLP<br>2049 Century Park East, Suite 3700<br>Los Angeles, CA 90067 | **Peter Van N. Lockwood, Esq.**<br>**Julie W. Davis, Esq.**<br>**Nathan D. Finch, Esq.**<br>**Caplin & Drysdale, Chartered**<br>**One Thomas Circle, N.W.**<br>**Washington, DC 20005** | Peter A. Chapman<br>572 Fernwood Lane<br>Fairless Hills, PA 19030-3804 |
| Mr. Thomas Moskie<br>Bankers Trust Company<br>Four Albany Street, 4th Floor<br>New York, NY 10006 | William E. Frese, Esquire<br>Attn: Sheree L. Kelly, Esquire<br>80 Park Plaza, T5D<br>P.O. Box 570<br>Newark, NJ 07101 | Alan Kolod, Esq.<br>Moses & Singer LLP<br>1301 Avenue of the Americas<br>40th Floor<br>New York, NY 10019-6076 |
| Steven J. Kherkher, Esq.<br>Laurence G. Tien, Esq.<br>Williams Bailey Law Firm LLP<br>8441 Gulf Freeway, Suite #600<br>Houston, TX 77017 | Christopher L. Beard, Esquire<br>The Beard Group<br>502 W. Patrick Street<br>Frederick, MD 21701-4002 | John P. Dillman, Esq.<br>Linebarger Heard Goggan Blair<br>Graham Peña & Sampson, LLP<br>P. O. Box 3064<br>Houston, TX 77253-3064 |
| Paul M. Baisier, Esq.<br>SEYFARTH SHAW<br>1545 Peachtree Street, Suite 700<br>Atlanta, GA 30309 | Rosa Dominy<br>Bankruptcy Administration<br>IOS Capital, Inc.<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208-3708 | Kimberly W. Osenbaugh<br>Preston Gates & Ellis LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104-1158 |
| Delta Chemical Corporation<br>2601 Cannery Avenue<br>Baltimore, MD 21226-1595 | Steven T. Hoort, Esq.<br>Ropes & Gray<br>One International Place<br>Boston, MA 02110-2624 | William S. Katchen, Esquire<br>Duane Morris LLP<br>744 Broad Street<br>Suite 1200<br>Newark, NJ 07102-3889 |
| C. Randall Bupp, Esquire<br>Plastiras & Terrizzi<br>24 Professional Center Parkway<br>Suite 150<br>San Rafael, CA 94903 | State Library of Ohio<br>c/o Michelle T. Sutter<br>Revenue Recovery<br>101 E. Town Street, Second Floor<br>Columbus, OH 43215 | Jonathan H. Alden, Esquire<br>Assistant General Counsel<br>3900 Commonwealth Boulevard, MS 35<br>Tallahassee, Florida 32399-3000 |
| Paul G. Sumers, Esquire<br>TN Attorney General's Office, Bankr. Unit<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | Damon J. Chargois, Esquire<br>Scott Wert, Esquire<br>Foster & Sear, LLP<br>524 E. Lamar Blvd., Ste 200<br>Arlington, TX 76011 | Anton Volovsek<br>Rt2 – Box 200 #42<br>Kamiah, Idaho 83536-9229 |

| | | |
|---|---|---|
| Daniel A. Speights<br>Speights & Runyan<br>200 Jackson Avenue, East<br>P.O. Box 685<br>Hampton, South Carolina 29924 | Dorine Vork<br>Stibbe, P.C.<br>350 Park Avenue<br>New York, New York 10022 | Barbara G. Billet, Esq.<br>Elaine Z. Cole, Esq.<br>State of New York<br>Department of Taxation and Finance<br>340 E. Main Street<br>Rochester, NY 14604 |
| Harry Lee, Esquire<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036 | Anne Marie P. Kelley<br>Dilworth Paxson LLP<br>Liberty View-Suite 700<br>Cherry Hill, NJ 08002 | Don C. Fletcher, Esq.<br>The Cavanagh Law Firm<br>1850 North Central Avenue – Suite 2400<br>Phoenix, AZ 85004 |
| Mark D. Plevin, Esquire<br>Leslie A. Epley, Esquire<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2595 | J. Robert Nelson, Esquire<br>Van Cott, Bagley, Cornwall & McCarthy<br>50 South Main Street, #1600<br>P.O. Box 45340<br>Salt Lake City, UT 84145 | Sergio I. Scuteri, Esquire<br>Farr, Burke, Gambacorta & Wright<br>211 Benigno Boulevard, Suite 201<br>Bellmawr, NJ 08031 |
| Stefano Calogero, Esquire<br>Andrew K. Craig, Esquire<br>Cuyler Burk, LLP<br>Parsippany Corporate Center<br>Four Century Drive<br>Parsippany, NJ 07054 | The Murray Law Firm<br>Attn: Julie A. Ardoin, Esquire<br>909 Poydras Street, Suite 2550<br>New Orleans, LA 70112 | Amy Pritchard-Williams, Esquire<br>Margaret R. Westbrook, Esquire<br>Kennedy Covington Lobdell & Hickman, LLP<br>Hearst Tower, 47th Floor<br>214 N. Tryon Street<br>Charlotte, NC 28202 |
| David Jagolinzer, Esquire<br>Ferraro & Associates, P.A.<br>4000 Ponce de Leon Blvd.<br>Suite 700<br>Miami, FL 33146 | Joseph D. Frank, Esquire<br>Frank/Gecker LLP<br>325 North LaSalle Street, Suite 625<br>Chicago, IL 60610 | (Transfer Agent)<br>Portia Partners LLC<br>One Sound Shore Dr., Ste. 100<br>Greenwich CT 06830 |
| (Transfer Agent)<br>Fair Harbor Capital LLC<br>875 Avenue of the Americas, Ste. 2305<br>New York, NY 10001 | (Transfer Agent)<br>DK Acquisition Partners<br>Attn: Michael J. Leffell<br>885 Third Ave., Ste 3300<br>New York, NY 10022 | Steven R. Schlesinger, Esq.<br>Jaspan Schlesinger Hoffman LLP<br>300 Garden City Plaza<br>Garden City, NY 11530 |
| Mary K. Warren, Esquire<br>Brenda D. DiLuigi, Esquire<br>Linklaters<br>1345 Avenue of the Americas, 19th Floor<br>New York, NY 10105 | **David B. Siegel**<br>**Mark Shelnitz**<br>**W.R. Grace and Co.**<br>**7500 Grace Drive**<br>**Columbia, MD 21044** | **James H.M. Sprayregen, Esquire**<br>**James Kapp, III, Esquire**<br>**Kirkland & Ellis**<br>**200 East Randolph Drive**<br>**Chicago, Illinois 60601-6636** |
| **Elihu Inselbuch, Esq.**<br>**Rita Tobin, Esq.**<br>**Caplin & Drysdale, Chartered**<br>**399 Park Avenue, 27th Floor**<br>**New York, NY 10022** | **Lewis Kruger, Esquire**<br>**Stroock & Stroock & Lavan LLP**<br>**180 Maiden Lane**<br>**New York, NY 10038-4982** | **Scott L. Baena, Esq.**<br>**Bilzin Sumberg Dunn Baena Price**<br>**& Axelrod LLP**<br>**First Union Financial Center**<br>**200 South Biscayne Blvd., Suite 2500**<br>**Miami, FL 33131** |
| **J. Douglas Bacon, Esquire**<br>**David S. Heller, Esquire**<br>**Latham & Watkins**<br>**Sears Tower, Suite 5800**<br>**Chicago, IL 60606** | **Hamid R. Rafatjoo, Esquire**<br>**Pachulski, Stang, Ziehl, Young & Jones**<br>**10100 Santa Monica Boulevard**<br>**Los Angeles, CA 90067-4100** | D. J. Baker, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 |
| Nancy Worth Davis, Esquire<br>Motley Rice LLC<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mount Pleasant, SC 29465 | Todd Meyers, Esquire<br>Kilpatrick Stockton<br>1100 Peachtree Street<br>Suite 2800<br>Atlanta, GA 30309 | **Foreign First Class Mail**<br>Derrick Tay, Esquire<br>Ogilvy-Renault<br>Royal Bank Plaza, South Tower, Suite 3800<br>200 Bay Street<br>P.O. Box 84<br>Toronto, Ontario M5J 2Z4 |

Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX 77002-5012

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan & McGarvey PC
745 South Main Street
Kalispel, MT 59901

Ira S. Greene, Esquire
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022-6225

Courtney M. Labson, Esquire
Ontario Mills LP
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA 22209

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

The Gibson Law Firm, PLLC
P.O. Box 6005
Ridgeland, MS 39158-6005

Michael F. Brown, Esquire
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

Matthew J. Siembieda, Esquire
Benjamin G. Stonelake, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

Michael S. Etkin, Esquire
Ira M. Levee, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Lauren Holzman
Claims Processor
Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD 21117

Peter S. Goodman, Esquire
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Swidler Berlin LLP
The Washington Harbour
3000 K Street, NW, Suite 300
Washington, DC 20007

Peter B. McGlynn, Esquire
Bruce D. Levin, Esquire
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, MA 02110

Daniel M. Glosband, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

Jacob C. Cohn, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Carl Pericone, Esquire
Wilson, Elser, Moskowitz, Edelman, Dicker LLP
150 East 42nd Street
New York, NY 10019-5639

Steven R. Bourne, Esquire
Nutter, McClennen & Fish, LLP
155 Seaport Blvd
Boston, MA 02210-2604

Andrea L. Hazzard, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

Maggie De La Rosa
Provost & Umphrey Law Firm, LLP
490 Park Street
Beaumont, TX 77701

James P. Ruggeri
Scott A. Shail
Hogan & Harton L.L.P.
555 Thirteenth Street,.N.W.
Washington, D.C. 20004-1109

Robert T. Aulgur, Jr., Esquire
P.O. Box 617
Odessa, DE 19730

Ronald S. Beacher, Esquire
Pitney, Hardin, Kipp & Szuch LLP
7 Times Square
New York, NY 10036-6524

David W. Wirt, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601

Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ 08108

Thomas V. Askounis, Esquire
Askounis & Borst, P.C.
303 East Wacker Drive
Suite 1000
Chicago, IL 60601

Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX 77002

Russell W. Savory
Gotten, Wilson & Savory, PLLC
88 Union Avenue, 14th Floor
Memphis, TN 38103

Attn: Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street
Second Floor
Charlottesville, VA 22902

Julie Quagliano
Quagliano & Seeger PC
2620 P Street, NW
Washington, DC 20007-3062

| | | |
|---|---|---|
| Robert H. Rosenbaum, Esquire<br>M. Evan Meyers, Esquire<br>Meyers, Rodbell & Rosenbaum, P.A.<br>Berkshire Building<br>6801 Kenilworth Avenue, Suite 400<br>Riverdale, MD 20737-1385 | John W. Havins, Esquire<br>Burt Barr Havins & O'Dea, L.L.P.<br>1001 McKinney, Suite 500<br>Houston, TX 77002 | Martha E. Romero<br>Law Offices of Martha E. Romero and Associates<br>7743 South Painter Avenue, Suite E<br>Whittier, CA 90602 |
| Matthew A. Porter, Esquire<br>Bernard J. Bonn III, Esquire<br>Dechert Price & Rhoads<br>200 Clarendon Street<br>27th Floor<br>Boston, MA 02116-5021 | David Aelvoet, Esquire<br>Linebarger Goggan Blair Graham Pena & Sampson, LLP<br>Travis Park Plaza Building<br>711 Navarro, Suite 300<br>San Antonio, TX 78205 | Philip J. Ward<br>Victoria Radd Rollins<br>Williams & Connolly LLP<br>725 Twelfth Street NW<br>Washington, DC 20005 |
| Deirdre Woulfe Pacheco, Esquire<br>Wilentz, Goldman & Spitzer<br>90 Woodbridge Center Drive<br>P.O. Box 10<br>Woodbridge, NJ 07095 | Sander L. Esserman, Esq.<br>Stutzman Bromberg, Esserman & Plifka PC<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201 | Charles C. Trascher III, Esquire<br>Snellings, Breard, Sartor, Inabnett & Trascher, LLP<br>PO Box 2055<br>Monroe, LA 71207 |
| James M. Garner, Esquire<br>Sher Garner Cahill Richter Klein & Hilbert, L.L.C.<br>Essen Centre<br>5353 Essen Lane, Suite 650<br>Baton Rouge, LA 70809 | Elizabeth J. Cabraser, Esquire<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>Embacadero Center West, 30th Floor<br>275 Battery Street<br>San Francisco, CA 94111 | Oscar B. Fears, III<br>Assistant Attorney General<br>40 Capitol Square, S.W.<br>Atlanta, GA 30334 |
| Gerald G. Pecht, Esquire<br>Fulbright & Jaworski, LLP<br>1301 McKinney, Suite 5100<br>Houston, TX 77010-3095 | Nicholas J. LePore, III<br>Schnader Harrison Segal & Lewis LLP<br>Suite 3600, 1600 Market Street<br>Philadelphia, PA 19103 | Jeffrey L. Glatzer, Esquire<br>Anderson, Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020-1182 |
| Jonathan D. Berger, Esquire<br>Russell Henkin, Esquire<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103-6365 | Michael S. Davis, Esquire<br>Zeichner Ellman & Krause<br>575 Lexington Avenue<br>New York, NY 10022 | Allan H. Ickowitz, Esquire<br>Nossaman, Guthner, Knox & Elliott, LLP<br>445 South Figueroa Street, 31st Floor<br>Los Angeles, CA 90071 |
| Edward L. Jacobs, Esquire<br>Bankemper & Jacobs<br>The Shaw House<br>26 Audubon Place<br>P.O. Box 70<br>Fort Thomas, KY 41075-0070 | Craig A. Slater, Esquire<br>Harter, Secrest & Emery LLP<br>Twelve Fountain Plaza<br>Suite 400<br>Buffalo, NY 14202 | Elizabeth Weller<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street, Suite 1720<br>Dallas, TX 75201-2691 |
| Michael S. Sandberg, Esquire<br>Hellmuth & Johnson, PLLC<br>10400 Viking Drive, Suite 560<br>Eden Prairie, MN 55344 | Brad N. Friedman<br>Rachel Fleishman<br>Milberg Weiss Bershad Hynes & Lerach LLP<br>One Pennsylvania Plaza<br>New York, NY 10119-0165 | Deborah L. Thorne, Esquire<br>Fabel Haber LLC<br>55 East Monroe Street, 40th Floor<br>Chicago, IL 60603 |
| Lori Gruver Robertson, Esquire<br>Linebarger Goggan Blair Pena & Sampson, LLP<br>1949 South I.H. 35 (78741)<br>P.O. Box 17428<br>Austin, TX 78760 | Thomas J. Quinn, Esquire<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY 10019-6829 | Ann Beimdiek Kinsella<br>Assistant Attorney General<br>445 Minnesota Street, Suite 1200<br>St. Paul, MN 55101-2127 |
| Andrea Sheehan, Esquire<br>Law Offices Of Robert E. Luna, P.C.<br>4411 North Central Expressway<br>Dallas, TX 75205 | Daniel C. Cohn, Esquire<br>Christopher M. Candon, Esquire<br>Cohn Whitesell & Goldberg LLP<br>101 Arch Street<br>Boston, MA 02110 | Thomas O. Bean<br>Nutter, McClennen & Fish, LLP<br>World Trade Center West<br>155 Seaport Blvd.<br>Boston, MA 02210 |