IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: ) Chapter 11
)
W. R. Grace & Co., et al.,[1] ) Case No. 01-1139
) (Jointly Administered)
Debtors )
)

### AFFIDAVIT UNDER 11 U.S.C. 327(e)

STATE OF _____ )
) ss:
COUNTY OF _Korea_____ )

_JEONG HAN LEE_, being duly sworn, upon his/her oath, deposes and says:

1. I am a _partner_ of _Bae Kim & Lee_ located at _647-15 Yoksam-dong Gangnam-ku, Seoul, Korea_ (the "Firm").

2. The Debtors have requested that the Firm provide _legal advice_ to the Debtors, and the Firm has consented to provide such services.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.- Conn., A-1 Bit & Tool Co., Inc., Alewife Boston, Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc. Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston, Ltd., G.C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G. C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B, Inc., Grace A-B II, Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G, Inc., Grace H-G II, Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties-in-interest in the Debtors' chapter 11 cases.

4. As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants and parties-in-interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases, or have any relationship with any such person, their attorneys or accountants that would be adverse to the Debtors or their estates.

5. Neither I nor any principal of or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

6. Neither I nor any principal of or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

7. The Debtors owe the Firm $_____ for prepetition services.

8. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

2

Executed on ___Nov. 28.___ ~~2003~~ 2005.

___Bae, Kim & Lee___
___[signature]___
___partner___

Sworn to and subscribed before me
this ____ day of _____, 2003

_____
Notary Public
My Commission expires:_____

3



[제41호 서식]

Registered No. 2005-798

# Notarial Certificate



**LAW FIRM DONG IN**
Attorney & Notary

DaeKong BL. 15th Floor. 823-21
Yeoksam-Dong, Kangnam-Ku, Seoul, Korea

법무법인 동인   서울시 강남구 역삼동 823-21 대공빌딩 15층
TEL : 02-564-8826-7 FAX : 02-564-1221

[제2호 서식]

| | |
|---|---|
| 등부 2005년 제798호 | Registered No. 2005-798 |
| 인 증 | **Notarial Certificate** |

LEE, Jeong-Han----------------------

---

위 문서---------------------------
에 기재된 이 성 한---------------

---

은 본직의 면전에서 위 사서증서에 자기
가 서명 날인한 것임을 자인하였다.

personally
admitted his(her) subscription to the
attached
IN THE UNITED STATES ---------
BANKRUPTCY COURT FOR THE----
DISTRICT OF DELAWARE.----------

2005년 11월 29일
이 사무소에서 위 인증한다.

This is hereby attested on this
29th day of Nov. 2005 at this office

**법무법인 동인**

서울특별시 강남구 역삼동 823-21
대공빌딩 15층

**LAW FIRM DONG IN**
**Attorney & Notary**
DaeKong Bl. 15th Floor, 823-21
Yeoksam Dong, Kangnam-Ku, Seoul, Korea



공증담당변호사

Signature of the Notary Public:
**Hong Sung Man**

본 법인은 법률 제2033호에 의거하여
2004년 02월 26일 법무부 장관으로부터
공증인 업무를 행할 것을 인가 받았다.

This office has been authorized by the
Minister of Justice, the Republic of
Korea, to act as Notary Public Since
February 26, 2004 Under Law No. 2033

**법무법인 동인**   서울시 강남구 역삼동 823-21 대공빌딩 15층
TEL : 02-564-8826~7  FAX : 02-564-1221