IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FEDERAL-MOGUL GLOBAL INC., | ) | Case No. 01-10578 (RTL) |
| T&N LIMITED, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**Objection Deadline:  December 20, 2005 at 4:00 p.m.**

## NOTICE OF MONTHLY FEE AND EXPENSE INVOICE

TO:   The Notice Parties Listed on Exhibit 2 hereto

| | |
|---|---|
| Name of Applicant: | Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. ("PSZYJ&W") |
| Authorized to Provide Professional Services to: | The above-captioned debtors and debtors-in-possession. |
| Date of Retention: | October 1, 2001 |
| Period for which compensation and reimbursement is sought: | October 1, 2005 through October 31, 2005 |
| Amount of Compensation sought as actual, reasonable and necessary: | $25,028.50 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary. | $ 8,444.89 |

Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:

| Monthly Fee Statements | | Requested | | Paid | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 01/08/02 | 10/01/01 – 10/31/01 | $113,295.00 | $ 33,440.95 | $ 106,746.50 | $ 33,440.95 |
| 01/28/02 | 11/01/01 – 11/30/01 | $ 92,843.00 | $ 36,330.15 | $ 92,843.00 | $ 36,330.15 |
| 02/04/02 | 12/01/01 – 12/31/01 | $ 68,171.00 | $ 11,556.74 | $ 68,171.00 | $ 11,556.74 |
| 04/01/02 | 01/01/02 – 01/31/02 | $ 80,383.50 | $ 28,555.59 | $ 67,606.41 | $ 28,555.59 |
| 05/07/02 | 02/01/02 – 02/28/02 | $ 57,169.00 | $ 35,307.23 | $ 57,169.00 | $ 35,307.23 |
| 05/28/02 | 03/01/02 – 03/31/02 | $ 56,821.00 | $ 21,846.60 | $ 56,821.00 | $ 21,846.60 |
| 05/30/02 | 04/01/02 – 04/30/02 | $ 44,576.50 | $ 22,535.55 | $ 44,576.50 | $ 22,535.55 |
| 06/28/02 | 05/01/02 – 05/31/02 | $ 41,823.50 | $ 33,376.34 | $ 40,033.60 | $ 33,376.34 |
| 07/18/02 | 06/01/02 – 06/30/02 | $ 26,921.50 | $ 35,934.94 | $ 26,921.50 | $ 35,934.94 |
| 08/27/02 | 07/01/02 – 07/31/02 | $ 24,475.50 | $156,117.46 | $ 24,475.50 | $156,117.46 |
| 09/27/02 | 08/01/02 – 08/31/02 | $ 37,939.50 | $ 30,076.10 | $ 37,436.00 | $ 30,076.10 |
| 10/30/02 | 09/01/02 – 09/30/02 | $ 34,964.00 | $ 61,182.40 | $ 34,964.00 | $ 61,182.40 |
| 11/27/02 | 10/01/02 – 10/31/02 | $ 35,474.50 | $ 26,602.62 | $ 35,474.50 | $ 26,602.62 |
| 12/30/02 | 11/01/02 – 11/30/02 | $ 29,903.00 | $ 39,698.33 | $ 29,902.40 | $ 39,698.33 |
| 01/27/03 | 12/01/02 – 12/31/02 | $ 17,118.00 | $ 9,135.49 | $ 17,118.00 | $ 9,135.49 |
| 02/28/03 | 01/01/03 – 01/31/03 | $ 31,997.00 | $ 42,769.00 | $ 31,997.00 | $ 42,769.00 |
| 03/31/03 | 02/01/03 – 02/28/03 | $ 34,180.00 | $ 12,852.40 | $ 34,180.00 | $ 12,852.40 |
| 04/30/03 | 03/01/03 – 03/31/03 | $ 16,022.50 | $ 6,877.82 | $ 16,022.50 | $ 6,877.82 |
| 05/30/03 | 04/01/03 – 04/30/03 | $ 43,966.50 | $ 71,893.07 | $ 43,966.50 | $ 71,893.07 |
| 06/30/03 | 05/01/03 – 05/31/03 | $ 27,121.00 | $ 10,375.02 | $ 27,121.00 | $ 10,375.02 |
| 07/30/03 | 06/02/03 – 06/30/03 | $ 29,973.50 | $ 73,166.00 | $ 29,973.50 | $ 73,166.00 |
| 08/30/03 | 07/01/03 – 07/31/03 | $ 21,754.50 | $ 8,579.68 | $ 21,754.50 | $ 8,579.68 |
| 09/30/03 | 08/01/03 – 08/31/03 | $ 32,566.50 | $ 43,152.76 | $ 32,566.50 | $ 43,152.76 |
| 10/30/03 | 09/01/03 – 09/30/03 | $ 27,046.50 | $ 26,919.48 | $ 27,046.50 | $ 26,919.48 |
| 11/26/03 | 10/01/03 – 10/31/03 | $ 22,184.50 | $ 10,110.61 | $ 22,184.50 | $ 10,110.61 |
| 12/30/03 | 11/01/03 – 11/30/03 | $ 25,324.00 | $ 36,344.91 | $ 25,324.00 | $ 36,344.91 |
| 01/30/04 | 12/01/03 – 12/31/03 | $ 26,534.50 | $ 31,188.91 | $ 26,534.50 | $ 31,188.91 |
| 02/24/04 | 01/01/04 – 01/31/04 | $ 23,509.50 | $ 18,154.60 | $ 23,509.50 | $ 18,154.60 |
| 03/30/04 | 02/01/04 – 02/29/04 | $ 20,084.50 | $ 6,555.14 | $ 20,084.50 | $ 6,555.14 |
| 04/30/04 | 03/31/04 – 03/31/04 | $ 43,946.50 | $ 50,022.53 | $ 43,946.50 | $ 50,022.53 |
| 05/25/04 | 04/01/04 – 04/30/04 | $ 56,887.50 | $ 84,786.10 | $ 56,887.50 | $ 84,786.10 |
| 06/27/04 | 05/01/04 – 05/31/04 | $ 55,151.50 | $ 33,451.98 | $ 44,121.20 | $ 33,451.98 |
| 07/28/04 | 06/01/04 – 06/30/04 | $ 29,619.00 | $ 69,569.05 | $ 23,695.20 | $ 69,569.05 |
| 08/30/04 | 07/01/04 – 07/31/04 | $ 28,933.50 | $ 29,848.90 | $ 23,146.80 | $ 29,848.90 |
| 09/30/04 | 08/01/04 – 08/31/04 | $ 21,470.50 | $ 19,191.64 | $ 21,315.50[1] | $ 19,191.64 |
| 10/29/04 | 09/01/04 – 09/30/04 | $ 42,292.50 | $ 7,611.26 | $ 42,292.50 | $ 7,611.26 |
| 11/30/04 | 10/01/04 – 10/31/04 | $ 52,624.50 | $ 86,481.45 | $ 52,624.50 | $ 86,435.95 |

---

[1] This amount reflects a $155.00 reduction in the 12th Quarterly Fee Application due to a duplicate entry on 8/2/04.

| Monthly Fee Statements | | Requested | | Paid | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 12/29/04 | 11/01/04 – 11/30/04 | $ 50,077.50 | $ 13,593.60 | $ 40,062.00 | $ 13,593.60 |
| 01/28/05 | 12/01/04 – 12/31/04 | $ 59,831.00 | $ 59,344.76 | $ 47,864.80 | $ 59,344.76 |
| 02/28/05 | 01/01/05 – 01/31/05 | $ 33,180.00 | $ 23,341.07 | $ 26,544.00 | $ 23,341.07 |
| 03/28/05 | 02/01/05 – 02/28/05 | $ 23,327.50 | $ 30,750.72 | $ 18,662.00 | $ 30,750.72 |
| 04/28/05 | 03/01/05 – 03/31/05 | $ 31,247.50 | $ 28,153.94 | $ 24,998.00 | $ 28,153.94 |
| 05/31/05 | 04/01/05 – 04/30/05 | $ 21,912.50 | $ 17,537.71 | $ 17,530.00 | $ 17,537.71 |
| 07/01/05 | 05/01/05 – 05/31/05 | $ 28,645.00 | $ 6,463.97 | $ 22,916.00 | $ 6,463.97 |
| 07/29/05 | 06/01/05 – 06/30/05 | $ 41,589.50 | $ 30,325.58 | $ 33,271.60 | $ 30,325.58 |
| 08/30/05 | 07/01/05 – 07/31/05 | $ 27,819.50 | $ 9,636.87 | $ 22,255.60 | $ 9,636.87 |
| 09/29/05 | 08/01/05 – 08/31/05 | $ 33,146.00 | $ 37,693.97 | $ 26,516.80 | $ 37,693.97 |
| 10/28/05 | 09/01/05 – 09/30/05 | $ 27,870.00 | $ 16,056.17 | Pending | Pending |

PLEASE TAKE NOTICE that Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. (the "Applicant") has today filed this Notice of Monthly Fee and Expense Invoice for October 2005 (this "Monthly Fee Statement") pursuant to the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Applicants and Consideration of Fee Applications (the "Fee Auditor Order"). A copy of the Monthly Fee Statement detail is attached here to as Exhibit 1.

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before **December 20, 2005** at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection on the Notice Parties listed on Exhibit 2 so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection

Deadline, the Applicant shall certify in writing to the Debtors and Counsel to the Debtors that no

objection, or an objection, has been filed with the Court relative to this Notice, whichever is

applicable, after which the Debtors shall pay to the Professional an amount equal to the lesser of

(i) eighty (80) percent of the fees and one-hundred (100) percent of the expenses requested in

this Monthly Fee Statement or (ii) eighty (80) percent of the fees and one-hundred (100) percent

of the expenses not subject to an objection.  All fees and expenses in this Monthly Fee Statement

will be included in the next interim application for compensation and reimbursement of expenses

to be filed and served by the Applicant at a later date, and will be subject to objection at such

time.

Dated: November 29, 2005

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB P.C.

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

## **VERIFICATION**

STATE OF DELAWARE     :
                            :
COUNTY OF NEW CASTLE   :

        James E. O'Neill, after being duly sworn according to law, deposes and says:

        a)      I am a shareholder with the applicant law firm Pachulski, Stang,

Ziehl, Young, Jones & Weintraub P.C., and have been admitted to appear before this Court.

        b)      I have personally performed the majority of the legal services

rendered by Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. as co-counsel to the

Debtors and am thoroughly familiar with the other work performed on behalf of the Debtors by

the lawyers and paraprofessionals of PSZYJ&W.

        c)      I have reviewed the foregoing Application and the facts set forth

therein are true and correct to the best of my knowledge, information and belief.

                                 _____
                                   James E. O'Neill

SWORN AND SUBSCRIBED
before me this 30th day of November 2005.

_____
Notary Public
My Commission Expires: 02/11/06

           HOLLY T. WALSH
         Notary Public - Delaware
      My Comm. Expires Feb. 11, 2006

# **EXHIBIT 1**

27440-001
27440-001\DOCS_DE:113249.1

# PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

919 North Market  Street
16th Floor
Wilmington, DE 19801

October 31, 2005

Invoice Number **66939**        **27440  00001**        **LDJ**

Federal Mogul Corporation
Attn: Tim Trenary
26555 Northwestern Highway
Southfield, MI  48034

| | |
|---|---:|
| Balance forward as of last invoice, dated:   September 30, 2005 | $178,292.14 |
| Payments received since last invoice, last payment received -- November 3, 2005 | $64,210.77 |
| Net balance forward | $114,081.37 |

Re:  -

**Statement of Professional Services Rendered Through**        **10/31/2005**

| | | | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| **Asset Disposition [B130]** | | | | | |
| 10/07/05 | SEM | Revise Lydney sale motion (.20); Work with Kathe Finlayson re: filing nad service of Lydney Sale Motion (.30). | 0.50 | 425.00 | $212.50 |
| 10/24/05 | LT | Discuss filing Certification of No Objection re: sale of property in Lydney , England with J. O'Neill and K. Finlayson via office and e-mail communications (.1); prepare same for filing; coordinate filing of same (.1); prepare copies of same and underlying motions for the Court (.1); coordinate delivery of hard copies to the Court (.1); scan to pdf format and forward same to N. Hunt via e-mail correspondence (.1). | 0.50 | 145.00 | $72.50 |
| | **Task Code Total** | | **1.00** | | **$285.00** |
| | | | | | |
| **Appeals [B430]** | | | | | |
| 10/17/05 | JEO | Review correspondence from Court and forward to co-counsel regarding estimation appeal. | 0.20 | 415.00 | $83.00 |
| | **Task Code Total** | | **0.20** | | **$83.00** |
| | | | | | |
| **Bankruptcy Litigation [L430]** | | | | | |
| 10/03/05 | KFF | Review updated docket and incoming pleadings and prepare critical dates | 0.80 | 155.00 | $124.00 |
| 10/04/05 | KFF | Correspondence to court reporter revising order for | 0.30 | 155.00 | $46.50 |

**Invoice number  66939**       27440   00001                                                    **Page  2**

transcript of Sept. 30 hearing to overnight basis

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/04/05 | KFF | Prepare revised critical dates to reflect hearing date change to November 9, 2005 and distribute | 0.30 | 155.00 | $46.50 |
| 10/04/05 | KFF | Draft agenda notice for October 28 hearing | 0.70 | 155.00 | $108.50 |
| 10/04/05 | JEO | Review status of removal extension motion. | 0.30 | 415.00 | $124.50 |
| 10/04/05 | JEO | Review Cooper brief. | 1.00 | 415.00 | $415.00 |
| 10/06/05 | KFF | E-file transcript of September 30 hearing and forward same to chambers | 0.50 | 155.00 | $77.50 |
| 10/06/05 | KFF | Draft agenda notice for October 28 hearing | 0.90 | 155.00 | $139.50 |
| 10/06/05 | KFF | Review updated docket and incoming pleadings and update critical dates | 0.60 | 155.00 | $93.00 |
| 10/08/05 | KFF | Review updated docket and prepare critical dates | 0.80 | 155.00 | $124.00 |
| 10/09/05 | KFF | Revise agenda notice for October 28 to include new matters | 0.80 | 155.00 | $124.00 |
| 10/11/05 | JEO | Review open matters. | 2.00 | 415.00 | $830.00 |
| 10/12/05 | KFF | Prepare letter ordering transcript of upcoming October 28 hearing | 0.20 | 155.00 | $31.00 |
| 10/12/05 | JEO | Email correspondence regarding Cooper brief. | 0.40 | 415.00 | $166.00 |
| 10/13/05 | KFF | Prepare Motion and Settlement Agreement with Owens-Illinois, Inc. for e-filing and service, including Notice and Affidavit of Service | 1.90 | 155.00 | $294.50 |
| 10/13/05 | JEO | Motion to approve settlement agreement between plan proponents and UK administrators. | 2.00 | 415.00 | $830.00 |
| 10/14/05 | KFF | Serve signed Order Extending Removal Period, including preparing affidavit of service for e-filing with Court | 0.80 | 155.00 | $124.00 |
| 10/15/05 | KFF | Review updated docket and incoming pleadings and prepare critical dates | 1.00 | 155.00 | $155.00 |
| 10/21/05 | JEO | Review service issues. | 0.40 | 415.00 | $166.00 |
| 10/24/05 | KFF | Review updated docket and download documents in connection with upcoming hearings and for critical dates | 0.70 | 155.00 | $108.50 |
| 10/24/05 | KFF | Review incoming pleadings and recently filed documents and prepare critical dates | 1.10 | 155.00 | $170.50 |
| 10/24/05 | LT | E-mail communications with J. O'Neill re: notice of agenda for the 10/28/05 hearing; revise same (.1); prepare for filing and service (.3); file and serve same (.3); scan filed agenda to pdf format and forward to N. Hunt via e-mail correspondence (.1). | 0.80 | 145.00 | $116.00 |
| 10/25/05 | KFF | Review updated docket and revise critical dates | 0.70 | 155.00 | $108.50 |
| 10/25/05 | JEO | Work on new DIP motion. | 3.00 | 415.00 | $1,245.00 |
| 10/25/05 | JEO | Prepare for October 28th omnibus hearing. | 2.00 | 415.00 | $830.00 |
| 10/26/05 | KFF | Draft agenda notice for November 9 hearing | 1.20 | 155.00 | $186.00 |
| 10/26/05 | KFF | Draft agenda notice for November 14, 2005 hearing | 1.10 | 155.00 | $170.50 |
| 10/26/05 | JEO | Preparation for October 28th omnibus hearing. | 1.00 | 415.00 | $415.00 |
| 10/27/05 | JEO | Prepare for omnibus hearing. | 2.50 | 415.00 | $1,037.50 |
| 10/28/05 | KFF | Review updated docket and revise critical dates | 0.60 | 155.00 | $93.00 |
| 10/28/05 | JEO | Attend omnibus hearing. | 3.00 | 415.00 | $1,245.00 |
| 10/31/05 | LT | Draft the motion to shorten time and notice with respect to EL Schemes settlement agreement (.7); prepare service (.2); execute service and motion to shorten and motion re: | 1.20 | 145.00 | $174.00 |

**Invoice number  66939**      27440  00001      **Page  3**

| | | | | | |
|---|---|---|---|---|---|
| | | settlement agreement (.3). | | | |
| 10/31/05 | JEO | Review stipulated order dismissing CCR litigation. | 0.30 | 415.00 | $124.50 |
| 10/31/05 | JEO | Correspondence with counsel for UK Administrators regarding EL Schemes motion. | 0.40 | 415.00 | $166.00 |
| 10/31/05 | JEO | Draft motion to shorten for El Schemes. | 0.40 | 415.00 | $166.00 |
| 10/31/05 | JEO | Correspondence with co-counsel Geoffrey Raicht regarding El Schemes motion. | 0.30 | 415.00 | $124.50 |
| 10/31/05 | JEO | Final review of El Schemes motion. | 0.80 | 415.00 | $332.00 |
| 10/31/05 | JEO | Review Joint Motion for Extension of Stay in Dresser - DII Industries. | 0.40 | 415.00 | $166.00 |
| 10/31/05 | JEO | Correspondence with co-counsel and opposing counsel re: Joint Motion for Stay in Dresser - DII Industries matter. | 0.30 | 415.00 | $124.50 |
| 10/31/05 | JEO | Review and edit motion to approve El Schemes. | 0.50 | 415.00 | $207.50 |
| | **Task Code Total** | | **38.00** | | **$11,330.00** |

**Case Administration [B110]**

| | | | | | |
|---|---|---|---|---|---|
| 10/02/05 | DCC | Maintain document control. | 0.30 | 75.00 | $22.50 |
| 10/03/05 | DCC | Maintain document control. | 0.30 | 75.00 | $22.50 |
| 10/03/05 | RMO | Match pleadings with court docket; maintain document control. | 0.40 | 75.00 | $30.00 |
| 10/04/05 | RMO | Maintain document control. | 0.80 | 75.00 | $60.00 |
| 10/05/05 | RMO | Match pleadings with court docket; maintain document control. | 0.50 | 75.00 | $37.50 |
| 10/10/05 | RMO | Match pleadings with court docket. | 0.30 | 75.00 | $22.50 |
| 10/11/05 | RMO | Prepare hearing notebook for 10/28/05 hearing. | 1.50 | 75.00 | $112.50 |
| 10/11/05 | RMO | Match pleadings with court docket. | 0.30 | 75.00 | $22.50 |
| 10/12/05 | RMO | Match pleadings with court docket; maintain document control. | 0.50 | 75.00 | $37.50 |
| 10/12/05 | RMO | Prepare hearing notebook changes for 10/28/05 hearing. | 0.50 | 75.00 | $37.50 |
| 10/13/05 | RMO | Match pleadings with court docket; maintain document control. | 0.50 | 75.00 | $37.50 |
| 10/14/05 | RMO | Maintain document control. | 0.30 | 75.00 | $22.50 |
| 10/17/05 | RMO | Match pleadings with court docket; maintain document control. | 0.50 | 75.00 | $37.50 |
| 10/18/05 | RMO | Maintain document control. | 0.30 | 75.00 | $22.50 |
| 10/19/05 | RMO | Maintain document control. | 0.60 | 75.00 | $45.00 |
| 10/20/05 | RMO | Match pleadings with court docket; maintain document control. | 0.20 | 75.00 | $15.00 |
| 10/21/05 | RMO | Maintain document control. | 0.30 | 75.00 | $22.50 |
| 10/24/05 | RMO | Maintain document control. | 0.20 | 75.00 | $15.00 |
| 10/24/05 | LT | Review documents filed and organize to file and paperflow. | 0.60 | 145.00 | $87.00 |
| 10/24/05 | CJB | Prepare hearing notebook for hearing on 10/28/05. | 0.50 | 60.00 | $30.00 |
| 10/25/05 | CAK | Maintain document control. | 0.10 | 140.00 | $14.00 |
| 10/25/05 | LT | Review documents filed and organize to file and | 0.60 | 145.00 | $87.00 |

**Invoice number  66939**       27440  00001                                **Page  4**

| Date | Init | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | paperflow. | | | |
| 10/26/05 | LT | Review documents filed and organize to file and paperflow. | 0.50 | 145.00 | $72.50 |
| 10/27/05 | LT | Review documents filed and organize to file and paperflow. | 0.50 | 145.00 | $72.50 |
| 10/28/05 | LT | Review documents filed and organize to file and paperflow. | 0.30 | 145.00 | $43.50 |
| 10/28/05 | JEO | Review and file monthly operating report for September. | 0.40 | 415.00 | $166.00 |
| 10/31/05 | LT | Review documents filed and organize to file and paperflow. | 0.30 | 145.00 | $43.50 |
| | | **Task Code Total** | **12.10** | | **$1,238.50** |

**Claims Admin/Objections[B310]**

| Date | Init | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/19/05 | KFF | Draft Certification of Counsel regarding proposed revised order on claims procedure, including affidavit of service and service lists | 1.20 | 155.00 | $186.00 |
| 10/19/05 | JEO | Review and edit Certification of Counsel on revised claims procedures order. | 0.40 | 415.00 | $166.00 |
| 10/20/05 | KFF | Prepare Certification of Counsel and Proposed Order for delivery to chambers re:  Revised Claims Procedure Order | 0.30 | 155.00 | $46.50 |
| 10/27/05 | LT | E-mail communications with J. O'Neill and K. Finlayson re: filing and service of EL Schemes settlement agreement; retrieve same and coordinate preparation of same for filing. | 0.60 | 145.00 | $87.00 |
| | | **Task Code Total** | **2.50** | | **$485.50** |

**Compensation Prof. [B160]**

| Date | Init | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 09/29/05 | LDJ | Review and finalize interim fee application (August 2005) | 0.20 | 595.00 | $119.00 |
| 10/05/05 | KFF | Prepare certification of no objection for PSZYJ&W's August fee app | 0.50 | 155.00 | $77.50 |
| 10/24/05 | LT | Discuss filing Certification of No Objection re: Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.'s August 2005 fee application with J. O'Neill and K. Finlayson via office and e-mail communications (.1); prepare same for filing; coordinate filing of same (.1); prepare copies of same and underlying motions for the Court (.1); coordinate delivery of hard copies to the Court (.1); scan to pdf format and forward same to N. Hunt via e-mail correspondence (.1). | 0.50 | 145.00 | $72.50 |
| 10/26/05 | LT | Ongoing e-mail and office discussion with J. O'Neill and N. Hunt re: copies of documents forwarded to the Federal Mogul web address. | 0.40 | 145.00 | $58.00 |
| 10/27/05 | KFF | Prepare certification of no objection for PSZYJ&W's September fee application | 0.50 | 155.00 | $77.50 |
| 10/27/05 | LDJ | Review and finalize interim fee application (September 2005) | 0.30 | 595.00 | $178.50 |

| | | | | | |
|---|---|---|---|---|---|
| 10/28/05 | CAK | Revise September Fee Application and coordinate posting, filing and service. | 0.20 | 140.00 | $28.00 |
| 10/28/05 | LT | Coordinate filing and service of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.'s September fee application. | 0.20 | 145.00 | $29.00 |
| | **Task Code Total** | | **2.80** | | **$640.00** |

**Comp. of Prof./Others**

| | | | | | |
|---|---|---|---|---|---|
| 10/01/05 | KFF | Prepare certification of no objection for Hanly for August fees | 0.50 | 155.00 | $77.50 |
| 10/01/05 | KFF | Prepare certification of no objection for Dykema's August fees | 0.50 | 155.00 | $77.50 |
| 10/01/05 | KFF | Prepare certification of no objection for Dykema's May fees | 0.50 | 155.00 | $77.50 |
| 10/01/05 | KFF | Prepare certification of no objection for PwC's August fees | 0.50 | 155.00 | $77.50 |
| 10/01/05 | KFF | Organize incoming August and 15th quarterly fee applications for professionals in connection with upcoming fee application hearings | 1.10 | 155.00 | $170.50 |
| 10/03/05 | KFF | Draft fee application portion of agenda for 14th quarterly fee applications to include professionals' monthly and quarterly fee applications, certifications of no objection and fee auditor reports | 1.10 | 155.00 | $170.50 |
| 10/03/05 | KFF | Organize incoming fee applications, certifications of no objection and fee auditor reports for July and August monthlies, 15th quarter | 0.40 | 155.00 | $62.00 |
| 10/03/05 | KFF | Prepare quarterly fee application (May - July 2005) for e-filing and service, including affidavit of service | 0.80 | 155.00 | $124.00 |
| 10/03/05 | JEO | Review fee application for FTI for May 2005. | 0.30 | 415.00 | $124.50 |
| 10/04/05 | KFF | Prepare certification of no objection for quarterly fee application of FTI Consulting (May - July 2005) | 0.50 | 155.00 | $77.50 |
| 10/04/05 | KFF | Prepare certification of no objection regarding May fee application of FTI Consulting | 0.50 | 155.00 | $77.50 |
| 10/04/05 | KFF | Prepare certification of no objection for June fee application of FTI Consulting | 0.50 | 155.00 | $77.50 |
| 10/04/05 | KFF | Prepare certification of no objection for July fee application of FTI Consulting | 0.50 | 155.00 | $77.50 |
| 10/05/05 | KFF | Prepare certification of no objection for AlixPartners August fee app | 0.50 | 155.00 | $77.50 |
| 10/05/05 | KFF | Prepare certification of no objection for Ernst & Young's August fee app | 0.50 | 155.00 | $77.50 |
| 10/05/05 | KFF | Prepare September fee application for AlixPartners for e-filing and service, including affidavit of service | 0.80 | 155.00 | $124.00 |
| 10/05/05 | KFF | Prepare certification of no objection for AlixPartners September fee app | 0.50 | 155.00 | $77.50 |
| 10/05/05 | KFF | Organize incoming quarterly (May - June) fee applications, certifications of no objection and fee auditor reports | 0.70 | 155.00 | $108.50 |
| 10/05/05 | KFF | Update fee application portion of agenda for 14th quarterly fee applications in connection with upcoming hearing | 0.80 | 155.00 | $124.00 |

**Invoice number  66939**        27440  00001                                **Page  6**

| | | | | | |
|---|---|---|---|---|---|
| 10/06/05 | KFF | Prepare fee application portion of agenda notice for 14th quarterly period | 2.20 | 155.00 | $341.00 |
| 10/08/05 | KFF | Update fee application portion for agenda notice for 14th quarterly period | 1.30 | 155.00 | $201.50 |
| 10/09/05 | KFF | Organize incoming monthly and quarterly fee applications of profesionals | 0.70 | 155.00 | $108.50 |
| 10/10/05 | KFF | Finalize, e-file and serve Notice of Hearing on 13th quarterly fee applications, including affidavit of service and special service lists | 1.20 | 155.00 | $186.00 |
| 10/10/05 | JEO | Review and edit notice of fee hearing. | 0.30 | 415.00 | $124.50 |
| 10/12/05 | KFF | E-file certification of no objection for Gilbert's August fees | 0.50 | 155.00 | $77.50 |
| 10/12/05 | KFF | Prepare fee application portion of agenda notice for 14th quarterly fee applications of professionals | 0.80 | 155.00 | $124.00 |
| 10/13/05 | KFF | Prepare quarterly (May - July 2005) fee application of PwC for e-filing and service, including affidavit of service | 0.80 | 155.00 | $124.00 |
| 10/13/05 | KFF | Prepare certification of no objection for PwC's quarterly fee application (May - July 2005) | 0.50 | 155.00 | $77.50 |
| 10/13/05 | JEO | Review PWC fee application. | 0.40 | 415.00 | $166.00 |
| 10/16/05 | KFF | Draft fee application portion of agenda notice for 14th quarter fees | 2.00 | 155.00 | $310.00 |
| 10/17/05 | KFF | Update fee application portion of agenda  notice for 14th quarterly fee application hearing | 1.20 | 155.00 | $186.00 |
| 10/17/05 | KFF | E-file certification of no objection for PwC' August fee app | 0.50 | 155.00 | $77.50 |
| 10/17/05 | KFF | E-file certification of no objection for Hanly's August fee app | 0.50 | 155.00 | $77.50 |
| 10/18/05 | KFF | Organize incoming fee applications and certifications of no objection in connection with 14th & 15th fee periods | 0.50 | 155.00 | $77.50 |
| 10/18/05 | KFF | E-file certification of no objection for Dykema's May fee app | 0.50 | 155.00 | $77.50 |
| 10/18/05 | KFF | Prepare Amended September fee application of AlixPartners for e-filing and service, including affidavit of service | 1.00 | 155.00 | $155.00 |
| 10/18/05 | KFF | Prepare certification of no objection for AlixPartners' Amended September fee app | 0.50 | 155.00 | $77.50 |
| 10/19/05 | KFF | E-file certification of no objection for FTI Consulting's May fee app | 0.50 | 155.00 | $77.50 |
| 10/19/05 | KFF | E-file certification of no objection for FTI Consulting's June fee app | 0.50 | 155.00 | $77.50 |
| 10/19/05 | KFF | E-file certification of no objection for FTI Consulting's July fee app | 0.50 | 155.00 | $77.50 |
| 10/19/05 | KFF | E-file certification of no objection for Dykema's August fee app | 0.50 | 155.00 | $77.50 |
| 10/21/05 | LT | Coordinate filing Certification of No Objection re: AlixPartners August 2005 fee application. | 0.10 | 145.00 | $14.50 |
| 10/21/05 | LT | Coordinate filing Certification of No Objection re: Ernst & Young's August 2005 fee application. | 0.10 | 145.00 | $14.50 |
| 10/21/05 | LT | Coordinate filing Certification of No Objection re: Sidley Austin's August 2005 fee application. | 0.10 | 145.00 | $14.50 |
| 10/25/05 | LT | In preparation for filing and service, review Spriggs & Hollingsworth's fee applications for July & August 2005; | 0.50 | 145.00 | $72.50 |

**Invoice number  66939**      27440  00001                                    **Page  7**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | review Ernst & Young's quarterly fee application; review Gilbert & Heinz' September 2005 fee application. | | | |
| 10/26/05 | LT | Revise and supervise filing of the Certification of No Objection of FTI Consulting's May throught July 2005 quarterly fee application. | 0.40 | 145.00 | $58.00 |
| 10/26/05 | LT | E-mail communications with K. Finlayson re: deadline and service of fee applications. | 0.10 | 145.00 | $14.50 |
| 10/26/05 | LT | Add objection deadline then coordinate filing and service of Spriggs & Hollingsworth's fee applications for July & August 2005. | 0.50 | 145.00 | $72.50 |
| 10/26/05 | LT | Add objection deadline then coordinate filing and service of Ernst & Young's quarterly fee application for May through July 2005. | 0.40 | 145.00 | $58.00 |
| 10/26/05 | LT | Add objection deadline then coordinate filing and service of Gilbert & Heinz' September 2005 fee application. | 0.40 | 145.00 | $58.00 |
| 10/27/05 | LT | Ongoing e-mail communications with K. Finlayson re: deadline and service of fee applications and the Certification of Counsel regarding the omnibus fee order. | 0.10 | 145.00 | $14.50 |
| 10/27/05 | LT | Revise and file the Certification of Counsel re: the omnibus fee order (.5); prepare order for Court (.1); coordinate hand delivery to Court (.1); scan same and forward to N. Hunt and Federal Mogul web site via e-mail correspondence (.1). | 0.80 | 145.00 | $116.00 |
| 10/27/05 | LT | Ongoing telephone and office communications with J. O'Neill and K. Finlayson re: the Certification of No Objection for AlixPartners fee application (.2); research docket and files to determine the difference between the original fee application and amended fee application with 11/07/05 objection deadline (.6). | 0.80 | 145.00 | $116.00 |
| 10/27/05 | KFF | Prepare certification of no objection for Ernst & Young's quarterly fee application (May - July 2005) | 0.50 | 155.00 | $77.50 |
| 10/27/05 | KFF | Prepare certification of no objection for Gilbert's September fee application | 0.50 | 155.00 | $77.50 |
| 10/27/05 | KFF | Prepare certifications of no objection for Spriggs' July and August fee applications | 1.00 | 155.00 | $155.00 |
| 10/27/05 | KFF | Prepare certification of no objection for Dykema's quarterly fee application (May- July) | 0.50 | 155.00 | $77.50 |
| 10/27/05 | JEO | Review Dykema quarterly fee application. | 0.20 | 415.00 | $83.00 |
| 10/27/05 | JEO | Review and finalize certification of counsel on fees for the 13th quarter. | 0.40 | 415.00 | $166.00 |
| 10/27/05 | MSC | Revise Fifteenth Quarterly Interim Application Of Dykema Gossett PLLC For Compensation For Services And Reimbursement Of Expenses As Special Corporate Counsel, For The Interim Period From May 1, 2005 Through July 31, 2005 | 0.20 | 135.00 | $27.00 |
| 10/27/05 | MSC | Draft Certificate of Service of Fifteenth Quarterly Interim Application Of Dykema Gossett PLLC For Compensation For Services And Reimbursement Of Expenses As Special Corporate Counsel, For The Interim Period From May 1, 2005 Through July 31, 2005 | 0.10 | 135.00 | $13.50 |
| 10/27/05 | MSC | Preparation for and coordination of filing of Fifteenth Quarterly Interim Application Of Dykema Gossett PLLC For Compensation For Services And Reimbursement Of | 0.30 | 135.00 | $40.50 |

**Invoice number  66939**       27440   00001                                  **Page  8**

| | | | | | |
|---|---|---|---|---|---|
| | | Expenses As Special Corporate Counsel, For The Interim Period From May 1, 2005 Through July 31, 2005; service of same | | | |
| 10/28/05 | LT | Ongoing e-mail communications with J. O'Neill and K. Finlayson re: fee application filing deadline. | 0.20 | 145.00 | $29.00 |
| 10/28/05 | LT | E-mail communications with K. Finlayson re: Dykema Gossett's September 2005 fee application; draft affidavit of service and service list for same; execute service and prepare for filing; coordinate and supervise filing same. | 0.80 | 145.00 | $116.00 |
| 10/28/05 | JEO | Review Pachulski fee application for September. | 0.40 | 415.00 | $166.00 |
| 10/28/05 | MSC | Additional service of Fifteenth Quarterly Interim Application Of Dykema Gossett PLLC For Compensation For Services And Reimbursement Of Expenses As Special Corporate Counsel, For The Interim Period From May 1, 2005 Through July 31, 2005 | 0.10 | 135.00 | $13.50 |
| 10/31/05 | LT | Coordinate filing and service of Sidley Austin's September 2005 fee application. | 0.20 | 145.00 | $29.00 |
| 10/31/05 | LT | Coordinate filing and service of Ernst & Young's September 2005 fee application. | 0.20 | 145.00 | $29.00 |
| 10/31/05 | JEO | Review Sidley September fee application. | 0.30 | 415.00 | $124.50 |
| 10/31/05 | JEO | Review statement of professional compensation for Ordinary Course Professionals. | 0.20 | 415.00 | $83.00 |
| 10/31/05 | JEO | Review E&Y fee application. | 0.20 | 415.00 | $83.00 |
| 10/31/05 | JEO | Email with co-counsel regarding fee applications. | 0.20 | 415.00 | $83.00 |
| | **Task Code Total** | | **39.70** | | **$6,836.50** |

**Executory Contracts [B185]**

| | | | | | |
|---|---|---|---|---|---|
| 10/07/05 | KFF | Prepare Motion to Sell Property in Lydney, England for e-filing and service, including affidavit of service and special service list | 1.00 | 155.00 | $155.00 |
| 10/07/05 | KFF | Prepare Motion for Order Approving Assumption and Assignment of Katella Lease for e-filing and service, including affidavit of service and special service list | 1.00 | 155.00 | $155.00 |
| 10/07/05 | KFF | Respond to request from Jeffrey Bjork, Esq. for sample order regarding assuming and assigning a lease | 0.50 | 155.00 | $77.50 |
| 10/07/05 | JEO | Review motion to approve sale of UK property. | 1.00 | 415.00 | $415.00 |
| 10/07/05 | SEM | Follow-up with Kathe Finlayson re: sending Jeff Bjork an example of an Assumption and Assignment Order. | 0.10 | 425.00 | $42.50 |
| 10/07/05 | SEM | Work with Kathy Finlayson on preping for filing and service the Katella Assumption and Assignment Motion. | 0.40 | 425.00 | $170.00 |
| 10/07/05 | JEO | Review Katella lease assumption motion. | 0.80 | 415.00 | $332.00 |
| 10/11/05 | KFF | Prepare certification of no objection regarding Sale of Property in Lydney, England | 0.80 | 155.00 | $124.00 |
| 10/11/05 | KFF | Prepare certification of no objection regarding Katella Lease Motion | 0.80 | 155.00 | $124.00 |
| 10/20/05 | JEO | Work on filing UK motion. | 3.50 | 415.00 | $1,452.50 |
| 10/21/05 | JEO | Call from counsel for Katella regarding motion to assume. | 0.40 | 415.00 | $166.00 |

Invoice number  66939          27440  00001                                        Page  9

| 10/21/05 | SEM | Voice Mail from and to attorney Guy regarding service of Motion to Reject Lease (.10); Telephone conference with Jamie O'Neill regarding same (.10); Review email exchange regarding same (.10) | 0.30 | 425.00 | $127.50 |
|---|---|---|---|---|---|
| 10/24/05 | LT | Discuss filing Certification of No Objection re: lease on Katella Avenue property with J. O'Neill and K. Finlayson via office and e-mail communications; prepare same for filing; coordinate filing of same; prepare copies of same and underlying motions for the Court; coordinate delivery of hard copies to the Court; scan to pdf format and forward same to N. Hunt via e-mail correspondence. | 0.50 | 145.00 | $72.50 |
| 10/31/05 | JEO | Review order on Katella lease. | 0.20 | 415.00 | $83.00 |
| | | **Task Code Total** | **11.30** | | **$3,496.50** |

**Ret. of Prof./Other**

| 10/07/05 | KFF | Prepare Sixth Joint Motion of Debtors and Creditors' Committee regarding continued consulting services of A.T. Kearney for e-filing and service, including affidavit of service and special service list | 0.90 | 155.00 | $139.50 |
|---|---|---|---|---|---|
| 10/07/05 | SEM | Review and revise Kearney Motion. | 0.20 | 425.00 | $85.00 |
| 10/07/05 | SEM | Attention to obtaining Occ signature, filing and service of Sixth Kearney Motion. | 0.50 | 425.00 | $212.50 |
| 10/11/05 | KFF | Prepare certification of no objection regarding Sixth Joint Motion for continued consulting services of A.T. Kearney | 0.80 | 155.00 | $124.00 |
| 10/24/05 | LT | Discuss filing Certification of No Objection re: authorizing A.T. Kearney consulting with J. O'Neill and K. Finlayson via office and e-mail communications; prepare same for filing; coordinate filing of same; prepare copies of same and underlying motions for the Court; coordinate delivery of hard copies to the Court; scan to pdf format and forward same to N. Hunt via e-mail correspondence. | 0.50 | 145.00 | $72.50 |
| | | **Task Code Total** | **2.90** | | **$633.50** |

**Total professional services:**          110.50          **$25,028.50**

## Costs Advanced:

| 09/01/2005 | TC | Telephone Expense---Genesys Teleconference Service.(HW) [E105] | $365.84 |
|---|---|---|---|
| 09/04/2005 | PAC | 27440 - 001 PACER charges for 09/04/2005 | $2.10 |
| 09/06/2005 | PAC | 27440 - 001 PACER charges for 09/06/2005 | $6.30 |
| 09/07/2005 | PAC | 27440 - 001 PACER charges for 09/07/2005 | $4.20 |
| 09/11/2005 | PAC | 27440 - 001 PACER charges for 09/11/2005 | $4.20 |
| 09/15/2005 | PAC | 27440 - 001 PACER charges for 09/15/2005 | $3.50 |
| 09/18/2005 | PAC | 27440 - 001 PACER charges for 09/18/2005 | $4.20 |
| 09/22/2005 | FE | Federal Express [E108] | $14.25 |

**Invoice number  66939**       27440  00001                          **Page  10**

| 09/22/2005 | FE | Federal Express [E108] | $14.25 |
| 09/22/2005 | FE | Federal Express [E108] | $9.81 |
| 09/22/2005 | FE | Federal Express [E108] | $24.32 |
| 09/22/2005 | FE | Federal Express [E108] | $24.32 |
| 09/22/2005 | FE | Federal Express [E108] | $14.25 |
| 09/22/2005 | FE | Federal Express [E108] | $14.25 |
| 09/22/2005 | FE | Federal Express [E108] | $25.57 |
| 09/22/2005 | FE | Federal Express [E108] | $14.25 |
| 09/22/2005 | FE | Federal Express [E108] | $24.32 |
| 09/22/2005 | FE | Federal Express [E108] | $24.32 |
| 09/22/2005 | FE | Federal Express [E108] | $24.32 |
| 09/26/2005 | DC | Tristate | $972.00 |
| 09/26/2005 | DC | Tristate | $5.00 |
| 09/27/2005 | DC | Tristate | $72.00 |
| 09/27/2005 | DC | Tristate | $24.75 |
| 09/27/2005 | DC | Tristate | $22.00 |
| 09/28/2005 | DC | Tristate | $18.00 |
| 09/28/2005 | DC | Tristate | $135.00 |
| 09/28/2005 | DC | Tristate | $24.75 |
| 09/28/2005 | DC | Tristate | $5.00 |
| 09/28/2005 | PAC | 27440 - 001 PACER charges for 09/28/2005 | $0.21 |
| 09/29/2005 | DC | Tristate | $126.00 |
| 09/29/2005 | DC | Tristate | $24.75 |
| 09/29/2005 | PAC | 27440 - 001 PACER charges for 09/29/2005 | $4.41 |
| 09/30/2005 | DC | Tristate | $567.00 |
| 10/01/2005 | RE | (F7 CORR 9 @0.10 PER PG) | $0.90 |
| 10/01/2005 | RE | (F7 CORR 10 @0.10 PER PG) | $1.00 |
| 10/03/2005 | DC | Tristate | $22.00 |
| 10/03/2005 | FX | (B0 CORR 8 @0.50 PER PG) | $4.00 |
| 10/03/2005 | RE | (F7 CORR 2 @0.10 PER PG) | $0.20 |
| 10/03/2005 | RE | (F7 CORR 21 @0.10 PER PG) | $2.10 |
| 10/03/2005 | RE | (F6 CORR 83 @0.10 PER PG) | $8.30 |
| 10/03/2005 | RE | (F8 CORR 26 @0.10 PER PG) | $2.60 |
| 10/04/2005 | DC | Tristate | $5.00 |
| 10/04/2005 | FE | Federal Express [E108] | $13.42 |
| 10/04/2005 | FX | (G3 AGR 2 @0.50 PER PG) | $1.00 |
| 10/04/2005 | RE | (F7 AGR 2 @0.10 PER PG) | $0.20 |
| 10/04/2005 | RE | (F7 CORR 236 @0.10 PER PG) | $23.60 |
| 10/04/2005 | RE | (F6 CORR 6 @0.10 PER PG) | $0.60 |
| 10/04/2005 | RE | (F6 DOC 4 @0.10 PER PG) | $0.40 |
| 10/04/2005 | RE | (F7 CORR 12 @0.10 PER PG) | $1.20 |
| 10/04/2005 | RE | (F7 AGR 20 @0.10 PER PG) | $2.00 |
| 10/04/2005 | RE | (F7 CORR 4 @0.10 PER PG) | $0.40 |

**Invoice number  66939**          27440   00001                                **Page  11**

| 10/05/2005 | DC | Tristate | $63.00 |
| 10/05/2005 | DC | Tristate | $24.75 |
| 10/05/2005 | RE | (F7 CORR 2 @0.10 PER PG) | $0.20 |
| 10/05/2005 | RE | (F7 CORR 6 @0.10 PER PG) | $0.60 |
| 10/05/2005 | RE | (F7 CORR 11 @0.10 PER PG) | $1.10 |
| 10/06/2005 | DC | Tristate | $5.00 |
| 10/06/2005 | PO | Postage | $1.29 |
| 10/06/2005 | PO | Postage | $1.29 |
| 10/06/2005 | RE | (F7 CORR 49 @0.10 PER PG) | $4.90 |
| 10/07/2005 | DC | Tristate | $396.00 |
| 10/07/2005 | DC | Tristate | $24.75 |
| 10/07/2005 | DC | Tristate | $24.75 |
| 10/07/2005 | DH | DHL | $31.35 |
| 10/07/2005 | RE | (F7 CORR 198 @0.10 PER PG) | $19.80 |
| 10/07/2005 | RE | (F8 CORR 82 @0.10 PER PG) | $8.20 |
| 10/07/2005 | RE | (F6 CORR 28 @0.10 PER PG) | $2.80 |
| 10/07/2005 | RE | (F6 CORR 52 @0.10 PER PG) | $5.20 |
| 10/07/2005 | RE | (F6 CORR 26 @0.10 PER PG) | $2.60 |
| 10/07/2005 | RE | (F6 CORR 176 @0.10 PER PG) | $17.60 |
| 10/07/2005 | RE | (F8 CORR 135 @0.10 PER PG) | $13.50 |
| 10/07/2005 | RE | (F6 CORR 59 @0.10 PER PG) | $5.90 |
| 10/07/2005 | RE | (F6 CORR 230 @0.10 PER PG) | $23.00 |
| 10/07/2005 | RE | (F6 CORR 8 @0.10 PER PG) | $0.80 |
| 10/07/2005 | RE | (F7 CORR 4 @0.10 PER PG) | $0.40 |
| 10/07/2005 | RE | (F7 CORR 164 @0.10 PER PG) | $16.40 |
| 10/10/2005 | DC | Tristate | $405.00 |
| 10/10/2005 | DC | Tristate | $24.75 |
| 10/10/2005 | DC | Tristate | $24.75 |
| 10/10/2005 | DC | Tristate | $22.00 |
| 10/10/2005 | DC | Tristate | $16.50 |
| 10/10/2005 | RE | (A2 CORR 50 @0.10 PER PG) | $5.00 |
| 10/10/2005 | RE | (A1 CORR 4 @0.10 PER PG) | $0.40 |
| 10/10/2005 | RE | (A1 CORR 260 @0.10 PER PG) | $26.00 |
| 10/10/2005 | RE | (A2 CORR 1184 @0.10 PER PG) | $118.40 |
| 10/10/2005 | RE | (F7 CORR 3 @0.10 PER PG) | $0.30 |
| 10/10/2005 | RE | (F7 CORR 154 @0.10 PER PG) | $15.40 |
| 10/10/2005 | RE | (F6 CORR 43 @0.10 PER PG) | $4.30 |
| 10/10/2005 | RE | (F7 CORR 24 @0.10 PER PG) | $2.40 |
| 10/11/2005 | DC | Tristate | $22.00 |
| 10/11/2005 | RE | (A1 DOC 312 @0.10 PER PG) | $31.20 |
| 10/11/2005 | RE | (A1 DOC 64 @0.10 PER PG) | $6.40 |
| 10/11/2005 | RE | (F7 CORR 19 @0.10 PER PG) | $1.90 |
| 10/11/2005 | RE | (F7 CORR 2 @0.10 PER PG) | $0.20 |

| | | | |
|---|---|---|---|
| 10/11/2005 | RE | (F7 CORR 2 @0.10 PER PG) | $0.20 |
| 10/11/2005 | RE | (F7 CORR 2 @0.10 PER PG) | $0.20 |
| 10/12/2005 | RE | (F8 CORR 4 @0.10 PER PG) | $0.40 |
| 10/12/2005 | RE | (F7 CORR 2 @0.10 PER PG) | $0.20 |
| 10/13/2005 | DC | Tristate | $72.00 |
| 10/13/2005 | DC | Tristate | $24.75 |
| 10/13/2005 | DC | Tristate | $423.00 |
| 10/13/2005 | RE | (F7 CORR 4 @0.10 PER PG) | $0.40 |
| 10/13/2005 | RE | (F8 CORR 53 @0.10 PER PG) | $5.30 |
| 10/13/2005 | RE | (F7 CORR 38 @0.10 PER PG) | $3.80 |
| 10/14/2005 | DC | Tristate | $423.00 |
| 10/14/2005 | DC | Tristate | $22.00 |
| 10/14/2005 | RE | (F7 CORR 6 @0.10 PER PG) | $0.60 |
| 10/14/2005 | RE | (F7 CORR 28 @0.10 PER PG) | $2.80 |
| 10/16/2005 | RE | (F7 CORR 139 @0.10 PER PG) | $13.90 |
| 10/17/2005 | DC | Tristate | $22.00 |
| 10/17/2005 | RE | (F6 CORR 3 @0.10 PER PG) | $0.30 |
| 10/17/2005 | RE | (G7 CORR 77 @0.10 PER PG) | $7.70 |
| 10/17/2005 | RE | (F7 CORR 23 @0.10 PER PG) | $2.30 |
| 10/17/2005 | RE | (F7 DOC 18 @0.10 PER PG) | $1.80 |
| 10/18/2005 | DC | Tristate | $63.00 |
| 10/18/2005 | DC | Tristate | $24.75 |
| 10/18/2005 | RE | (F7 CORR 6 @0.10 PER PG) | $0.60 |
| 10/18/2005 | RE | (F7 CORR 26 @0.10 PER PG) | $2.60 |
| 10/18/2005 | RE | (F7 DOC 30 @0.10 PER PG) | $3.00 |
| 10/19/2005 | DC | Tristate | $5.00 |
| 10/19/2005 | DC | Tristate | $414.00 |
| 10/19/2005 | RE | (F6 CORR 12 @0.10 PER PG) | $1.20 |
| 10/19/2005 | RE | (G9 CORR 19 @0.10 PER PG) | $1.90 |
| 10/19/2005 | RE | (F7 DOC 70 @0.10 PER PG) | $7.00 |
| 10/19/2005 | RE | (F7 AGR 20 @0.10 PER PG) | $2.00 |
| 10/20/2005 | DC | Tristate | $22.00 |
| 10/20/2005 | DC | Tristate | $5.00 |
| 10/20/2005 | RE | (F7 CORR 9 @0.10 PER PG) | $0.90 |
| 10/20/2005 | RE | (F8 CORR 70 @0.10 PER PG) | $7.00 |
| 10/20/2005 | RE | (F7 CORR 2 @0.10 PER PG) | $0.20 |
| 10/20/2005 | RE | (F7 DOC 262 @0.10 PER PG) | $26.20 |
| 10/21/2005 | DC | Tristate | $405.00 |
| 10/21/2005 | DC | Tristate | $24.75 |
| 10/21/2005 | DC | Tristate | $24.75 |
| 10/21/2005 | DC | Tristate | $22.00 |
| 10/24/2005 | DC | Tristate | $387.00 |
| 10/24/2005 | DC | Tristate | $24.75 |

**Invoice number  66939**        27440   00001                                          **Page  13**

| | | | |
|---|---|---|---|
| 10/24/2005 | DC | Tristate | $24.75 |
| 10/24/2005 | DC | Tristate | $5.00 |
| 10/24/2005 | FX | (G2 AGR 32 @0.50 PER PG) | $16.00 |
| 10/24/2005 | FX | (G2 AGR 32 @0.50 PER PG) | $16.00 |
| 10/24/2005 | FX | (G2 AGR 32 @0.50 PER PG) | $16.00 |
| 10/24/2005 | FX | (G2 AGR 32 @0.50 PER PG) | $16.00 |
| 10/24/2005 | FX | (G2 AGR 32 @0.50 PER PG) | $16.00 |
| 10/24/2005 | FX | (G2 AGR 32 @0.50 PER PG) | $16.00 |
| 10/24/2005 | FX | (G2 AGR 32 @0.50 PER PG) | $16.00 |
| 10/24/2005 | RE | (F8 CORR 5 @0.10 PER PG) | $0.50 |
| 10/24/2005 | RE | (F7 DOC 2 @0.10 PER PG) | $0.20 |
| 10/24/2005 | RE | (F7 DOC 4 @0.10 PER PG) | $0.40 |
| 10/24/2005 | RE | (F5 DOC 12 @0.10 PER PG) | $1.20 |
| 10/24/2005 | RE | (F7 AGR 58 @0.10 PER PG) | $5.80 |
| 10/24/2005 | RE | (F6 DOC 38 @0.10 PER PG) | $3.80 |
| 10/24/2005 | RE | (F7 AGR 9 @0.10 PER PG) | $0.90 |
| 10/25/2005 | DC | Tristate | $5.00 |
| 10/25/2005 | FX | (G3 CORR 6 @0.50 PER PG) | $3.00 |
| 10/25/2005 | FX | (G3 CORR 6 @0.50 PER PG) | $3.00 |
| 10/25/2005 | PO | Postage | $0.60 |
| 10/25/2005 | PO | Postage | $0.60 |
| 10/25/2005 | RE | (F5 DOC 69 @0.10 PER PG) | $6.90 |
| 10/25/2005 | RE | (F7 DOC 21 @0.10 PER PG) | $2.10 |
| 10/25/2005 | RE | (F7 DOC 211 @0.10 PER PG) | $21.10 |
| 10/26/2005 | DC | Tristate | $63.00 |
| 10/26/2005 | DC | Tristate | $24.75 |
| 10/26/2005 | DC | Tristate | $16.50 |
| 10/26/2005 | DC | Tristate | $16.50 |
| 10/26/2005 | DC | Tristate | $22.00 |
| 10/26/2005 | DC | Tristate | $396.00 |
| 10/26/2005 | RE | (G8 CORR 1351 @0.10 PER PG) | $135.10 |
| 10/26/2005 | RE | (G8 CORR 974 @0.10 PER PG) | $97.40 |
| 10/26/2005 | RE | (F7 AGR 74 @0.10 PER PG) | $7.40 |
| 10/26/2005 | RE | (F7 AGR 4 @0.10 PER PG) | $0.40 |
| 10/27/2005 | DC | Tristate | $63.00 |
| 10/27/2005 | DC | Tristate | $24.75 |
| 10/27/2005 | DC | Tristate | $5.00 |
| 10/27/2005 | PO | Postage | $1.75 |
| 10/27/2005 | PO | Postage | $1.75 |
| 10/27/2005 | RE | (F7 AGR 40 @0.10 PER PG) | $4.00 |
| 10/27/2005 | RE | (F7 AGR 82 @0.10 PER PG) | $8.20 |
| 10/28/2005 | DC | Tristate | $423.00 |
| 10/28/2005 | DC | Tristate | $63.00 |

**Invoice number  66939**      27440   00001                                    **Page  14**

| 10/28/2005 | DC | Tristate | $24.75 |
|---|---|---|---|
| 10/28/2005 | RE | (F7 DOC 304 @0.10 PER PG) | $30.40 |
| 10/28/2005 | RE | (F7 DOC 102 @0.10 PER PG) | $10.20 |
| 10/28/2005 | RE | (A1 CORR 56 @0.10 PER PG) | $5.60 |
| 10/28/2005 | RE | (A2 CORR 39 @0.10 PER PG) | $3.90 |
| 10/28/2005 | RE | (A1 CORR 1067 @0.10 PER PG) | $106.70 |
| 10/28/2005 | RE | (A1 CORR 4 @0.10 PER PG) | $0.40 |
| 10/28/2005 | RE | (A1 CORR 1 @0.10 PER PG) | $0.10 |
| 10/28/2005 | RE | (G9 AGR 99 @0.10 PER PG) | $9.90 |
| 10/31/2005 | RE | (A1 CORR 303 @0.10 PER PG) | $30.30 |
| 10/31/2005 | RE | (A1 CORR 206 @0.10 PER PG) | $20.60 |

Total Expenses:                                                   **$8,444.89**

## Summary:

| | | |
|---|---|---|
| Total professional services | $25,028.50 | |
| Total expenses | $8,444.89 | |
| Net current charges | $33,473.39 | |
| | | |
| Net balance forward | $114,081.37 | |
| **Total balance now due** | **$147,554.76** | |

| CAK | Knotts, Cheryl A. | 0.30 | 140.00 | $42.00 |
|---|---|---|---|---|
| CJB | Bouzoukis, Charles J. | 0.50 | 60.00 | $30.00 |
| DCC | Crossan, Donna C. | 0.60 | 75.00 | $45.00 |
| JEO | O'Neill, James E. | 30.80 | 415.00 | $12,782.00 |
| KFF | Finalyson, Kathe F. | 53.70 | 155.00 | $8,323.50 |
| LDJ | Jones, Laura Davis | 0.50 | 595.00 | $297.50 |
| LT | Tuschak, Louise R. | 13.70 | 145.00 | $1,986.50 |
| MSC | Chappe, Marlene S. | 0.70 | 135.00 | $94.50 |
| RMO | Olivere, Rita M. | 7.70 | 75.00 | $577.50 |
| SEM | McFarland, Scotta E. | 2.00 | 425.00 | $850.00 |
| | | 110.50 | | $25,028.50 |

**Invoice number  66939**       27440   00001                                                **Page  15**

## Task Code Summary

|     |                                   | Hours  | Amount       |
|-----|-----------------------------------|--------|--------------|
| AD  | Asset Disposition [B130]          | 1.00   | $285.00      |
| AP  | Appeals [B430]                    | 0.20   | $83.00       |
| BL  | Bankruptcy Litigation [L430]      | 38.00  | $11,330.00   |
| CA  | Case Administration [B110]        | 12.10  | $1,238.50    |
| CO  | Claims Admin/Objections[B310]     | 2.50   | $485.50      |
| CP  | Compensation Prof. [B160]         | 2.80   | $640.00      |
| CPO | Comp. of Prof./Others             | 39.70  | $6,836.50    |
| EC  | Executory Contracts [B185]        | 11.30  | $3,496.50    |
| RPO | Ret. of Prof./Other               | 2.90   | $633.50      |
|     |                                   | 110.50 | $25,028.50   |

## Expense Code Summary

| | |
|---|---|
| Delivery/Courier Service | $6,662.25 |
| DHL- Worldwide Express | $31.35 |
| Federal Express [E108] | $241.65 |
| Fax Transmittal [E104] | $123.00 |
| Pacer - Court Research | $29.12 |
| Postage [E108] | $7.28 |
| Reproduction Expense [E101] | $984.40 |
| Telephone Expense [E105] | $365.84 |
| | $8,444.89 |

# <u>EXHIBIT 2</u>

# EXHIBIT 2

## NOTICE PARTIES

*(The Fee Auditor)*
Warren H. Smith
Warren H. Smith & Associates, P.C.
Republic Center
325 N. St. Paul, Suite 4080
Dallas, TX 75201

*(Debtors)*
Mr. Tim Trenary
Federal Mogul Corporation
26555 Northwestern Highway
Southfield, MI 48034

*(Co-Counsel for Debtors)*
Larry J. Nyhan, Esquire
James F. Conlan, Esquire
Kenneth P. Kansa, Esquire
SIDLEY AUSTIN BROWN & WOOD
10 South Dearborn Street
Chicago, IL 60603

*(Co-Counsel for Debtors)*
James E. O'Neill, Esquire
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young, Jones
& Weintraub P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*(Counsel to the Official Committee of*
*Asbestos Personal Injury Claimants)*
Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY 10022-4614
Facsimile No: 212-644-6755

*(Counsel to the Official Committee of*
*Asbestos Personal Injury Claimants)*
Peter Van N. Lockwood, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005-5802

*(Counsel to the Official Committee of*
*Asbestos Personal Injury Claimants)*
Aileen McGuire, III, Esq.
Campbell & Levine, LLC
1201 N. Market Street, 15th Floor
Wilmington, DE 19801

*(Co-Counsel to Creditors' Committee)*
Charlene D. Davis, Esquire
The Bayard Firm
222 Delaware Avenue, Ste 900
Wilmington, DE 19801

*(Co-Counsel to Creditors' Committee)*
Peter D. Wolfson, Esquire
Art Ruegger, Esquire
Carole Neville, Esquire
Sonnenschein, Nath, & Rosenthal
1221 Ave. of the Americas, 24th Floor
New York, NY 10020

*(Co-Counsel to Creditors' Committee)*
Thomas A. Labuda, Esquire
Sonnenschein, Nath, & Rosenthal
8000 Sears Tower
Chicago, IL 60606

*(DIP Counsel to Chase)*
Karen Cotrell, Esquire
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017

*(Counsel for Lenders)*
Steven M. Fuhrman, Esquire
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY  10017-3954

*(Counsel to Lenders)*
Mark D. Collins, Esquire
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19801

*(Office of the United States Trustee)*
Frank J. Perch, III, Esq.
Office of the United States Trustee
844 King Street, Lock Box 35, Room 2311
Wilmington, DE  19801

*(Copy Service)*
Parcels, Inc.
Vito I. DiMaio
4 East Seventh Street
Wilmington, DE  19801

*(Co-Counsel for Equity Committee)*
David F. Heroy, Esquire
Bell, Boyd & Lloyd
70 West Madison St., Ste 3300
Chicago, IL  60602

*(Co-Counsel for Equity Committee)*
Ian Connor Bifferato, Esquire
Megan N. Harper, Esquire
Bifferato, Bifferato & Gentilotti
1308 Delaware Avenue
Wilmington, DE  19801