IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FEDERAL-MOGUL GLOBAL INC., | ) | Case No. 01-10578 (RTL) |
| T&N LIMITED, et al.,[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**AFFIDAVIT OF SERVICE**

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) | SS: |
| COUNTY OF NEW CASTLE | ) | |

Kathleen Forte Finlayson, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.,

---

[1] The U.S. Debtors are Carter Automotive Company, Inc., Federal-Mogul Corporation, Federal-Mogul Dutch Holdings Inc., Federal-Mogul FX, Inc., Federal-Mogul Global Inc., Federal-Mogul Global Properties, Inc., Federal-Mogul Ignition Company, Federal-Mogul Mystic, Inc., Federal-Mogul Piston Rings, Inc., Federal-Mogul Powertrain, Inc., Federal-Mogul Products, Inc., Federal-Mogul Puerto Rico, Inc., Federal-Mogul Tri-Way, Inc., Federal-Mogul U.K. Holdings, Inc., Federal-Mogul Venture Corporation, Federal-Mogul World Wide, Inc., Felt Products Manufacturing Co., FM International LLC, Ferodo America, Inc., Gasket Holdings Inc., J.W.J. Holdings, Inc., McCord Sealing, Inc., and T&N Industries Inc.

The English Debtors are AE Dayton Services Limited, AE Group Machines Limited, AE Holdings Limited, AE International Limited, AE Limited, AE Piston Products Limited, AE Sales (Africa) Limited, Aeroplane & Motor Aluminium Castings Limited, Amber Supervision Limited, Ashburton Road Services Limited, Associated Engineering Group Limited, Awncast Limited, Bearings (North-Western) Limited, Brake Linings Limited, Colvan Rubber Co. Limited, Contact 100 Limited, Cosmid Limited, Cranhold Limited, Dealings Limited, Dumplington Services Limited, Duron Limited, E W Engineering Limited, Edmunds, Walker & Co. Limited, Engineering Components Limited, Federal-Mogul Acquisition Company Limited, Federal-Mogul Aftermarket UK Limited, Federal-Mogul Bradford Limited, Federal-Mogul Brake Systems Limited, Federal-Mogul Bridgwater Limited, Federal-Mogul Camshaft Castings Limited, Federal-Mogul Camshafts Limited, Federal-Mogul Engineering Limited, Federal-Mogul Eurofriction Limited, Federal-Mogul Export Services Limited, Federal-Mogul Friction Products Limited, Federal-Mogul Global Growth Limited, Federal-Mogul Ignition (U.K.) Limited, Federal-Mogul Powertrain Systems International Limited, Federal-Mogul Sealing Systems (Cardiff) Limited, Federal-Mogul Sealing Systems (Rochdale) Limited, Federal-Mogul Sealing Systems (Slough) Limited, Federal-Mogul Sealing Systems Limited, Federal-Mogul Shoreham Limited, Federal-Mogul Sintered Products Limited, Federal-Mogul Systems Protection Group Limited, Federal-Mogul Technology Limited, Federal-Mogul U.K. Limited, Ferodo Caernarfon Limited, Ferodo Limited, FHE Technology Limited, Fleetside Investments Limited, F-M UK Holding Limited, FP Diesel Limited, Friction Materials Limited, G.B. Tools & Components Exports Limited, Genthope Limited, Greet Limited, Halls Gaskets Limited, Hepworth & Grandage Limited, High Precision Equipment Limited, Inblot Limited, Instantwonder Limited, J.W. Roberts Limited, Kings Park Housing Limited, Lalton Limited, Lanoth Limited, Lanoth Precision Equipment Limited, Leeds Piston Ring & Engineering Co. Limited, M.T.A. (Kettering) Limited, Mantro Engineering Co. Limited, Mobile Distributing (Spares) Limited, Moores Plastic Units Limited, Newalls Insulation Company Limited, Ontall Limited, Payen (Europe) Limited, Pecal Limited, Presswork-Components Limited, Sintration Limited, Sourcelook Limited, Specialloid, Limited, STS (1996) Limited, TAF International Limited, T&N Holdings Limited, T&N International Limited, T&N Investments Limited, T&N Limited, T&N Materials Research Limited, T&N Piston Products Group Limited, T&N Properties Limited, T&N Shelf Eight Limited, T&N Shelf Eighteen Limited, T&N Shelf Fifteen Limited, T&N Shelf Five Limited, T&N Shelf Four Limited, T&N Shelf Fourteen Limited, T&N Shelf Nine Limited, T&N Shelf Nineteen Limited, T&N Shelf One Limited, T&N Shelf Seven Limited, T&N Shelf Six Limited, T&N Shelf Sixteen Limited, T&N Shelf Ten Limited, T&N Shelf Thirteen Limited, T&N Shelf Thirty Limited, T&N Shelf Thirty-One Limited, T&N Shelf Thirty-Three Limited, T&N Shelf Three Limited, T&N Shelf Twenty Limited, T&N Shelf Twenty-Eight Limited, T&N Shelf Twenty-Five Limited, T&N Shelf Twenty-Four Limited, T&N Shelf Twenty-Nine Limited, T&N Shelf Twenty-One Limited, T&N Shelf Twenty-Six Limited, T&N Shelf Twenty-Two Limited, T&N Shelf Two Limited, T&N Trade Marks Limited, T&N Welfare Trust Limited, TBA Belting Limited, TBA Belting (Residual) Limited, TBA Industrial Products Limited, Telford Rubber Processors Limited, Telford Technology Supplies Limited, The British Piston Ring Company Limited, The Washington Chemical Company Limited, Tinblo Limited, Touchdown Adhesive Products Limited, Turner & Newall Limited, Turner Brothers Asbestos Company Limited, Tynoda Limited, Vanwall Cars Limited, Wellworthy Limited, Wellworthy Property Developments Limited, and William C. Jones (Polymers) Limited. Unlike all the other English Debtors, T&N Investments Limited is a Scottish rather than English company and has commenced administration proceedings in Scotland rather than England.

counsel for the Debtor, in the above-captioned action, and that on the 30th day of November 2005, she caused a copy of the following documents to be served upon the attached service list in the manner indicated:

> **Monthly Interim Fee Application of Pachulski, Stang, Ziehl Young, Jones & Weintraub P.C. as Counsel to the Debtors for Compensation for Services and Reimbursement of Expenses for the Period October 1, 2005 through October 31, 2005**

*Kathleen Finlayson*
Kathleen Forte Finlayson

Sworn to and subscribed before
me this 30th day of November, 2005

*Holly T Walsh*
Notary Public
My Commission Expires: 02/11/06

27440-001\DOCS_DE:66810.1

HOLLY A. WALSH
Notary Public-Delaware
My Comm. Expires Feb. 11, 2006

2

**Federal Mogul Fee App Service List**
Case No. 01-10578
Doc. # 44614
008 – Hand Delivery
012 – First Class Mail

*First Class Mail*
*(The Fee Auditor)*
Warren H. Smith
Warren H. Smith & Associates, P.C.
Republic Center
325 N. St. Paul, Ste 1275
Dallas, Texas  75201
Phone:  214-698-3868
Facsimile:  214-722-0081
feeaudit@whsmithlaw.com

*First Class Mail*
(Debtors)
Kristen Schweninger
Federal Mogul Corporation
26555 Northwestern Highway
Southfield, MI  48034
tim_trenary@fmo.com
kristen_schweninger@fmo.com

*First Class Mail*
*(Co-Counsel for Debtors)*
James F. Conlan
Larry J. Nyhan
Kenneth P. Kansa
Sidley Austin Brown & Wood
Bank One Plaza
One South Dearborn Street
Chicago, IL  60603
jconlan@sidley.com
lnyhan@sidley.com
kkansa@sidley.com

*Hand Delivery*
*(Co-Counsel for Debtors)*
James E. O'Neill
Laura Davis Jones
Pachulski Stang Ziehl Young & Jones, P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
jo'neill@pszyj.com
ljones@pszyj.com

*First Class Mail*
*(Counsel to the Official Committee of*
*Asbestos Personal Injury Claimants)*
Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152-3500
ei@capdale.com

*First Class Mail*
*(Counsel to the Official Committee of*
*Asbestos Personal Injury Claimants)*
Peter Van N. Lockwood
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C.  20005-5802
pvnl@capdale.com

*Hand Delivery*
*(Counsel to the Official Committee of*
*Asbestos Personal Injury Claimants)*
Marla Eskin, Esquire
Kathleen Campbell, Esquire
Campbell & Levine, LLC
800 King Street, Ste 300
Wilmington, DE  19801
afm@del.camlev.com

*Hand Delivery*
*(Co-Counsel to Creditors' Committee)*
Charlene D. Davis
The Bayard Firm
222 Delaware Avenue, Ste 900
Wilmington, DE  19801
cdavis@bayardfirm.com

*First Class Mail*
*(Co-Counsel to Creditors' Committee)*
Peter D. Wolfson
Art Ruegger
Carole Neville
Sonnenschein, Nath, & Rosenthal
1221 Ave. of the Americas, 24th Floor
New York, NY  10020
pwolfson@sonnenschein.com
aruegger@sonnenschein.com
cneville@sonnenschein.com

*First Class Mail*
*(Co-Counsel to Creditors' Committee)*
Thomas A. Labuda, Jr.
Sonnenschein, Nath, & Rosenthal
Sears Tower
233 South Wacker Drive
Suite 8000
Chicago, IL 60606
tlabuda@sonnenschein.com

*First Class Mail*
*(DIP Counsel to Chase)*
Mr. Robert Sitman, Paralegal
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017

*First Class Mail*
*(Counsel for Lenders)*
Steven M. Fuhrman
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017-3954
sfuhrman@stblaw.com

*Hand Delivery*
*(Counsel to Lenders)*
Mark D. Collins
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801
collins@rlf.com

*Hand Delivery*
*(Office of the United States Trustee)*
Richard Schepacarter, Esquire
Office of the United States Trustee
844 King Street, Lock Box 35, Room 2311
Wilmington, DE 19801
richard.schepacarter@usdoj.gov

Hand Delivery
(Counsel to the Legal Representative for Future Claimants)
James L. Patton, Jr., Esquire
Edwin J. Harron, Esquire
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801
jpatton@ycst.com
eharron@ycst.com

*Hand Delivery*
*(Copy Service)*
Parcels, Inc.
Vito I. DiMaio
4 East Seventh Street
Wilmington, DE 19801

*First Class Mail*
*(Co-Counsel for Equity Committee)*
David F. Heroy, Esquire
Bell, Boyd & Lloyd
70 West Madison St., Ste 3300
Chicago, IL 60602

*Hand Delivery*
*(Co-Counsel for Equity Committee)*
Ian Connor Bifferato, Esquire
Megan N. Harper, Esquire
Bifferato, Bifferato & Gentilotti
1308 Delaware Avenue
Wilmington, DE 19801
ICB@bbglaw.com

*Hand Delivery*
*(Co-Counsel for Asbestos Property Damage Claimants Committee)*
Theodore J. Tacconelli, Esquire
Ferry, Joseph & Pearce, P.A.
824 Market Street, Ste 904
Wilmington, DE 19801
ttacconelli@ferryjoseph.com

*First Class Mail*
*(Co-Counsel for Asbestos Property Damage Claimants Committee)*
Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Allyn S. Danzeisen, Esquire
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Boulevard
Miami, FL 33131

*First Class Mail*
*(Counsel for Official Committee of Asbestos Property Damage Claimants)*
Martin Bienenstock, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
martin.bienenstock@weil.com