## EXHIBIT A

### Business Operations (.10 Hours; $ 76.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $760 | 76.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/27/05 | PVL | 760.00 | 0.10 | Review LTC 2d quarter report. |

**Total Task Code .03**          **.10**

### Case Administration (42.80 Hours; $ 10,777.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 2.30 | $760 | 1,748.00 |
| Rita C. Tobin | .80 | $435 | 348.00 |
| Sheila A. Clark | 8.20 | $220 | 1,804.00 |
| David B. Smith | 30.00 | $220 | 6,600.00 |
| Andrew D. Katznelson | 1.50 | $185 | 277.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/04/05 | PVL | 760.00 | 0.10 | Review 3 miscellaneous filings. |
| 10/04/05 | RCT | 435.00 | 0.20 | Review local counsel recommendation re: EI update. |
| 10/04/05 | DBS | 220.00 | 2.00 | Review and organize medical records for attorney use. |
| 10/04/05 | SAC | 220.00 | 0.50 | Review, annotate and manage electronic and hard copies of case inventory. |
| 10/05/05 | DBS | 220.00 | 4.50 | Cite check opposition brief and compile exhibits. |
| 10/06/05 | DBS | 220.00 | 3.30 | Cite check opposition brief and compile exhibits. |
| 10/07/05 | DBS | 220.00 | 3.20 | Cite check opposition brief and compile exhibits. |
| 10/09/05 | PVL | 760.00 | 0.10 | Review 4 miscellaneous filings. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/10/05 | RCT | 435.00 | 0.20 | Review docket and local counsel recommendation re: EI updates. |
| 10/11/05 | ADK | 185.00 | 0.50 | Review, classify and annotate relevant material from Committee meeting for EI. |
| 10/11/05 | DBS | 220.00 | 3.00 | Compile cases cited in debtors' bar date motion (2.5); compile docket for attorney review (.5). |
| 10/12/05 | PVL | 760.00 | 0.10 | Review 5 miscellaneous filings. |
| 10/12/05 | DBS | 220.00 | 0.60 | Compile transcript for attorney review. |
| 10/12/05 | SAC | 220.00 | 0.40 | Review, annotate and manage electronic and hard copy of case file inventory. |
| 10/13/05 | SAC | 220.00 | 0.40 | Review, annotate and manage electronic and hard copy of case file inventory. |
| 10/14/05 | PVL | 760.00 | 0.20 | Review 4 miscellaneous filings. |
| 10/14/05 | DBS | 220.00 | 0.70 | Compile documents for attorney review. |
| 10/15/05 | PVL | 760.00 | 0.30 | Review draft pls lift stay motion. |
| 10/17/05 | DBS | 220.00 | 1.00 | Compile documents for attorney review. |
| 10/18/05 | PVL | 760.00 | 0.40 | Review 9 miscellaneous filings (.1); review agenda and PD status report (.1); review prop ins. stip and related e-mail (.2). |
| 10/18/05 | DBS | 220.00 | 1.00 | Compile documents for attorney review. |
| 10/19/05 | PVL | 760.00 | 0.40 | Teleconference Horkovich (.2); review agenda and e-mail (.2). |
| 10/19/05 | RCT | 435.00 | 0.20 | Review local counsel recommendation re: EI udpate. |
| 10/19/05 | SAC | 220.00 | 0.40 | Review, annotate and manage electronic and hard copies of case documents for distribution and inventory. |
| 10/20/05 | SAC | 220.00 | 2.30 | Assist ALV with cite checking hearing, gathering and organizing exhibits to same (.5); assist ALV with research in connection with pre-petition opposition briefs (1.8). |
| 10/21/05 | DBS | 220.00 | 0.50 | Compile documents for attorney review. |

| 10/23/05 | PVL | 760.00 | 0.10 | Review 6 miscellaneous filings. |
| 10/24/05 | RCT | 435.00 | 0.20 | Review local counsel recommendation re: EI update. |
| 10/24/05 | ADK | 185.00 | 0.50 | Updated payment schedule with payment received. |
| 10/24/05 | DBS | 220.00 | 1.00 | Compile production documents for attorney review. |
| 10/24/05 | SAC | 220.00 | 0.40 | Review, annotate and manage electronic and hard copies of case documents for distribution and inventory. |
| 10/25/05 | PVL | 760.00 | 0.30 | Teleconference Eaton (.2); e-mail Hurford (.1). |
| 10/25/05 | DBS | 220.00 | 3.50 | Cite check and proofread brief for attorney review. |
| 10/25/05 | SAC | 220.00 | 0.40 | Review, annotate and manage electronic and hard copies of case documents for distribution and inventory. |
| 10/26/05 | PVL | 760.00 | 0.30 | Review draft memo to Comm (.1); e-mail Hurford (.1); teleconference EI (.1). |
| 10/26/05 | DBS | 220.00 | 3.20 | Cite check and proofread brief for attorney review (2.0); compile exhibits for brief (1.2). |
| 10/27/05 | ADK | 185.00 | 0.50 | Assisted EI and KNB with review of all Committee meeting minutes re: Trustees and Directors. |
| 10/27/05 | DBS | 220.00 | 1.50 | Compile documents for attorney review. |
| 10/27/05 | SAC | 220.00 | 3.40 | Gather and organize sealed air depositions and exhibits (2.8); review, annotate and manage electronic and hard copy of case documents for distribution and inventory (.6). |
| 10/28/05 | DBS | 220.00 | 1.00 | Compile documents for attorney review. |

**Total Task Code .04**       **42.80**

### Claim Analysis Objection & Resolution (Asbestos) (13.20 Hours; $ 10,032.00)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Peter Van N. Lockwood | 13.20 | $760 | 10,032.00 |

{D0051580:1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/04/05 | PVL | 760.00 | 1.20 | Conferences NDF (.3); review 9/18-10/4 e-mail (.6); review JAL memo (.1); review WRG brief re Speights PD claims (.2). |
| 10/05/05 | PVL | 760.00 | 1.60 | Review Reaud motion re Q and WRG compl. vs. NJ DEP (.3); review correspondence re Q (.1); teleconference Frank (.2); review draft atty Q opposition (.6); confer JAL re same (.4). |
| 10/06/05 | PVL | 760.00 | 0.40 | Confer JAL (.2); review draft atty Q opposition (.2). |
| 10/07/05 | PVL | 760.00 | 0.10 | Review e-mail. |
| 10/08/05 | PVL | 760.00 | 0.70 | Review JAL memo (.1); review Libby claimants opposition re Montana in.; (.4); review 9/26 hearing transcript (.2). |
| 10/09/05 | PVL | 760.00 | 0.80 | Review 9/26 hearing transcript (.7); review Glater article (.1). |
| 10/10/05 | PVL | 760.00 | 0.90 | Teleconference Cherry (.1); review B&B resp. re atty Q (.2); review Silber Pearlman resp re same (.2); review Campbell Cherry  resp re same (.1); review Reaud Morgan resp re same (.3). |
| 10/11/05 | PVL | 760.00 | 0.50 | Review bar date motion (.3); review e-mail (.1); review NDF memo re bar date (.1). |
| 10/12/05 | PVL | 760.00 | 0.30 | Review Cherry voice mail (.1); review JAL memo (.1); review WRG resp. to Reaud obj re Q (.1). |
| 10/13/05 | PVL | 760.00 | 1.00 | Draft memo (.1); review Speights resp re 13th PD obj. (.1); review EI memo (.1); conferences NDF (.7). |
| 10/19/05 | PVL | 760.00 | 0.30 | Confer NDF. |
| 10/20/05 | PVL | 760.00 | 0.20 | Review e-mail (.1); review JAL memo and reply (.1). |
| 10/21/05 | PVL | 760.00 | 0.70 | Review e-mail and reply (.4); review prop order (.1); teleconference Frankel re same (.2). |
| 10/22/05 | PVL | 760.00 | 0.30 | Review WRG brief re PD cls. est. |

| 10/23/05 | PVL | 760.00 | 0.80 | Prep for 10/24 hearing (.7); review WRG PD expert reports (.1). |
| 10/25/05 | PVL | 760.00 | 0.70 | Teleconference EI (.2); review Speights motion for PD class (.1); review draft bar date opposition (.4). |
| 10/26/05 | PVL | 760.00 | 0.50 | Teleconference Wyron (.1); confer JAL (.3); e-mail Wyron (.1). |
| 10/27/05 | PVL | 760.00 | 0.50 | Review Maerich Fresno PD claims response (.3); confer NDF (.2). |
| 10/29/05 | PVL | 760.00 | 1.50 | Review B&B et al bar date opposition (.2); review 10/24 hearing transcript (1.3). |
| 10/30/05 | PVL | 760.00 | 0.10 | Review WRG reply to PD class cert motion. |
| 10/31/05 | PVL | 760.00 | 0.10 | Review FCR bar date opposition. |

**Total Task Code .05         13.20**

## Committee, Creditors', Noteholders' or Equity Holders' (3.30 Hours; $ 2,140.50)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Elihu Inselbuch | 1.80 | $835 | 1,503.00 |
| Jeffrey A. Liesemer | 1.50 | $425 | 637.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 10/05/05 | EI | 835.00 | 1.50 | Committee conf. call re: discovery (1.0); t/c NDF/JAL to prepare (.5). |
| 10/05/05 | JAL | 425.00 | 1.20 | Conference call meeting of Grace asbestos PI claimants' committee regarding latest developments, strategy considerations, and next steps. |
| 10/07/05 | EI | 835.00 | 0.20 | Edited draft minutes. |
| 10/11/05 | EI | 835.00 | 0.10 | Minutes (.1). |
| 10/26/05 | JAL | 425.00 | 0.30 | Review and analysis of draft memo to committee regarding developments at the omnibus hearing this week. |

**Total Task Code .07**        **3.30**

**Fee Applications, Applicant (3.50 Hours; $ 1,147.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 2.00 | $435 | 870.00 |
| Andrew D. Katznelson | 1.50 | $185 | 277.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/04/05 | RCT | 435.00 | 0.20 | Review fee app schedules for October. |
| 10/12/05 | RCT | 435.00 | 0.50 | Review prebills. |
| 10/14/05 | RCT | 435.00 | 0.20 | Telecons and emails to DCO re: edits to monthly fee app. |
| 10/18/05 | RCT | 435.00 | 0.50 | Review prebills. |
| 10/19/05 | RCT | 435.00 | 0.10 | Follow-up on issue re: monthly fee app. |
| 10/20/05 | RCT | 435.00 | 0.50 | Review monthly fee apps. |
| 10/25/05 | ADK | 185.00 | 1.00 | Worked on fee application. |
| 10/26/05 | ADK | 185.00 | 0.50 | Worked on fee application. |

**Total Task Code .12**        **3.50**

**Hearings (4.30 Hours; $ 3,268.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 4.30 | $760 | 3,268.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|

| 10/24/05 | PVL | 760.00 | 4.30 | Teleconference Frankel, Wyron (.2); prep for hearing (.9); attend hearing (3.2). |
|---|---|---|---|---|

**Total Task Code .15**     **4.30**

### Litigation and Litigation Consulting (265.80 Hours; $ 100,100.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 3.80 | $835 | 3,173.00 |
| Peter Van N. Lockwood | .30 | $760 | 228.00 |
| Trevor W. Swett | .20 | $600 | 120.00 |
| Nathan D. Finch | 38.30 | $525 | 20,107.50 |
| Jeffrey A. Liesemer | 107.70 | $425 | 45,772.50 |
| Brian A. Skretny | 10.30 | $310 | 3,193.00 |
| Danielle K. Graham | 29.90 | $290 | 8,671.00 |
| Harry M. Schwirck | .50 | $270 | 135.00 |
| Adam L. VanGrack | 74.80 | $250 | 18,700.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/01/05 | NDF | 525.00 | 0.50 | Work on product ID project. |
| 10/03/05 | TWS | 600.00 | 0.20 | TCs NDF and JEL re staffing pending assignments |
| 10/03/05 | NDF | 525.00 | 1.60 | Memo to EI regarding agenda for 10/5/05 meeting (0.6); telephone conference with Budd regarding settlement strategy (0.5); memo to Rich regarding case issues (0.5). |
| 10/03/05 | JAL | 425.00 | 6.20 | Telephone conference w/NDF regarding draft motion pertaining to claims estimation (.30); telephone conference w/DKG regarding draft motion pertaining to claims estimation (.20); drafted and revised memo to EI and PVNL regarding upcoming committee teleconference in case (.10); E-mail exchanges with debtors' counsel regarding discovery mediator (.20); further drafting and revisions to draft opposition to the attorney questionnaire motion (5.30); telephone conference w/TWS regarding staffing for preparing opposition and estimation-related motions (.10); |
| 10/03/05 | ALV | 250.00 | 1.10 | Edit the most recent versions of the interrogatories and document requests directed to debtors. |

| 10/04/05 | NDF | 525.00 | 1.70 | Review materials in preparation for committee meeting (1.0); conference with PVNL regarding various case issues (0.7). |
|----------|-----|--------|------|------|
| 10/04/05 | JAL | 425.00 | 7.10 | Further drafting and revisions to draft opposition to attorney questionnaire motion (1.60); review and analysis of materials in preparation for teleconference with debtors' counsel re: discovery mediator (.40); further drafting and revisions to opposition to attorney questionnaire motion (3.90); telephone conference w/B. Harding, debtors' counsel, regarding discovery mediator as well as other discovery and estimation issues (.30); drafted and revised memo to EI, PVNL, WBS and NDF regarding conversation with debtors' counsel and related issues pertaining to discovery and estimation (.90). |
| 10/04/05 | ALV | 250.00 | 1.80 | Review pleadings regarding debtors' request for discovery/questionnaires from claimants' attorneys. |
| 10/05/05 | NDF | 525.00 | 1.50 | Committee meeting to discuss overall case strategy. |
| 10/05/05 | DKG | 290.00 | 5.40 | Draft objections to Grace questionnaire. |
| 10/05/05 | JAL | 425.00 | 3.00 | Further editing and revisions to draft opposition to attorney questionnaire motion (1.40); telephone conference with EI and NDF regarding developments in the estimation proceeding, strategy considerations, and next steps (.80); office conference with ALV regarding draft opposition to attorney questionnaire motion (.40); drafted and revised memo to PVNL regarding preparation of opposition to attorney questionnaire motion (.30); reviewed correspondence from debtors' counsel regarding estimation and discovery issues (.10). |
| 10/05/05 | JAL | 425.00 | 0.60 | Review and analysis of prior discovery mediator orders, and circulated such orders to debtors' counsel (.50); review and analysis of Libby claimants' objection to extending stay protection to State of Montana (.10). |
| 10/05/05 | JAL | 425.00 | 1.60 | Telephone calls with TWS (2x) regarding estimation issues (.20); Office conference with DKG regarding preparation of discovery materials relating to estimation (.30); telephone conference with J. Prol regarding debtors' attorney questionnaire motion (.30); telephone conference with PVNL regarding his |

| | | | | |
|---|---|---|---|---|
| | | | | comments on the draft objection to the attorney questionnaire motion (.40); review and analysis of Libby claimants' objection to extending the 362 stay or injunction to the State of Montana (.40). |
| 10/05/05 | JAL | 425.00 | 2.60 | Further revisions and editing to the draft objection to the attorney questionnaire motion. |
| 10/05/05 | ALV | 250.00 | 8.60 | Meet with JAL to discuss the committee's opposition to debtors' request for discovery/questionnaires from claimants' attorneys (0.5); edit the committee's opposition to debtors' request for discovery/questionnaires from claimants' attorneys (6.7); work with paralegals to obtain certain documents related to same (0.5); review case law related to the committee's opposition to debtors' request for discovery/questionnaires (0.9). |
| 10/06/05 | EI | 835.00 | 0.50 | T/c Sinclair re: Budd inquiry (.1); memo re: discovery matters (.3); memo to JAL re: tasks (.1). |
| 10/06/05 | HMS | 270.00 | 0.50 | Response to attorney's questionnaire |
| 10/06/05 | JAL | 425.00 | 5.30 | Drafted and revised memo to ALV regarding draft opposition to attorney questionnaire motion (.40); drafted and revised memo to PVNL regarding draft opposition to attorney questionnaire motion (.50); review and analysis of materials relating to debtors' motion to extend stay of litigation to include State of Montana (1.0); reviewed and revised Committee's joinder in the Libby Claimants' opposition to debtors' motion to extend the stay (.80); telephone conference with PVNL regarding draft opposition to the attorney questionnaire motion (.20); review and analysis of materials relating to Committee's opposition to the attorney questionnaire motion (.50); Further editing and revisions to the draft opposition to attorney questionnaire motion (1.9). |
| 10/06/05 | ALV | 250.00 | 8.70 | Edit the committee's opposition to debtors' request for discovery/questionnaires (6.3); work with paralegals to obtain certain documents related to same (0.5); review case law related to committee's opposition to debtors' request for discovery/questionnaires (1.0); review pleadings and documents related to G-I Holdings in reference to same (0.9). |

| 10/07/05 | JAL | 425.00 | 6.20 | Telephone conference w/M. Peterson regarding opposition to attorney questionnaire motion (.10); drafted and revised memo to PVNL, NDF, and ALV regarding comments to draft opposition to the attorney questionnaire motion (.30); further revisions and edits to the opposition to the attorney questionnaire motion (4.10); drafted and revised memo to EI regarding status of matters relating to estimation proceeding and next steps (1.6); revised and edited motion related to estimation issues (.10). |
| 10/07/05 | ALV | 250.00 | 7.00 | Edit and file (with local counsel) the committee's opposition to debtors' request for discovery/questionnaires from claimants' attorneys (6.8); work with paralegals to obtain certain documents related to same (0.2). |
| 10/10/05 | EI | 835.00 | 0.50 | Read Budd materials. |
| 10/10/05 | NDF | 525.00 | 2.00 | Work on written discovery (1.5); review Libby medical program documents (0.5). |
| 10/10/05 | ALV | 250.00 | 1.80 | Address issues concerning filed briefs and exhibits for opposition to debtor's emergency motion regarding attorney discovery. |
| 10/11/05 | EI | 835.00 | 0.70 | Questionnaire issues with NDF (.2); read briefs opposing attorney questionnaire (.5). |
| 10/11/05 | NDF | 525.00 | 3.40 | Review debtors' bar date motion and begin drafting response to same (2.1); review lift stay motions (0.9); telephone conference with Mr. Lockwood regarding Jack opinion issue (0.4). |
| 10/11/05 | DKG | 290.00 | 0.30 | Draft cover letter re motion to lift stay. |
| 10/11/05 | DKG | 290.00 | 1.50 | Attention to issues re Silica litigation. |
| 10/11/05 | JAL | 425.00 | 2.20 | Reviewed and edited draft of objections relating to estimation proceeding and questionnaire. |
| 10/11/05 | JAL | 425.00 | 1.60 | Review and analysis of debtors' motion to establish claims bar date (.60); telephone conference w/M. Hurford regarding estimation discovery and related issues (.30); office conference with NDF regarding debtors' motion to fix claims bar date (.30); meeting with PVNL and co-counsel regarding estimation issues, discovery, and developments in case (.40). |

| 10/11/05 | JAL | 425.00 | 0.80 | Review and analysis of memo from NDF regarding debtors' bar date motion (.10); telephone conference with NDF regarding preparation of opposition papers to debtors' bar-date motion (.10); review and analysis of materials regarding estimation issues and related discovery (.40); review and analysis of law firm motion to clarify case management order regarding whether holders of certain settled claims must answer the claimants' questionnaire (.20). |
| 10/12/05 | NDF | 525.00 | 4.00 | Draft memo to Committee regarding bar date response (0.5); telephone conference with EI regarding same (0.5); draft discovery to debtors (2.5); review pleadings filed by law firms regarding attorney questionnaire issue (0.5). |
| 10/12/05 | DKG | 290.00 | 7.50 | Draft form Objection motion to Questionnaire. |
| 10/12/05 | JAL | 425.00 | 5.00 | Revised and edited draft memo to client regarding estimation-related matters (.40); review and analysis of responses filed by various law firms in opposition to the debtors' attorney questionnaire motion (1.20); review and analysis of debtors'opposition to RMQ's motion to clarify case management order (.30); review and analysis of material in preparation for drafting opposition to the debtors' bar-date motion (3.10). |
| 10/13/05 | NDF | 525.00 | 3.50 | Edit document requests and interrogatories to debtor (2.5); review Grace form settlement agreements (0.5); review memo from JAL regarding bar date response (0.5). |
| 10/13/05 | DKG | 290.00 | 7.50 | Finalize motion to object to Grace Questionnaire. |
| 10/13/05 | JAL | 425.00 | 2.80 | Review and analysis of materials in preparation of drafting opposition to debtors' bar-date motion (2.80). |
| 10/13/05 | JAL | 425.00 | 0.80 | Teleconference with PVNL regarding his comments on the draft motions pertaining to estimation |
| 10/13/05 | JAL | 425.00 | 0.70 | Revised and edited draft motions pertaining to estimation. |
| 10/13/05 | JAL | 425.00 | 0.30 | Reviewed message from B. Harding, debtors' counsel, regarding proposed attorney discovery; drafted and revised reply to B. Harding regarding the same. |

| 10/14/05 | BAS | 310.00 | 1.00 | Review expert deposition transcripts for NDF. |
|----------|-----|--------|------|-----------------------------------------------|
| 10/14/05 | NDF | 525.00 | 1.80 | Final review and editing of written discovery to debtor (1.1); review order regarding questionnaire regarding electronic submission issue (0.3); telephone conference with EI regarding case issues (0.4). |
| 10/14/05 | DKG | 290.00 | 0.60 | Finalize objections to Grace questionnaire. |
| 10/14/05 | DKG | 290.00 | 1.50 | Attention to issues re Silica. |
| 10/14/05 | JAL | 425.00 | 0.20 | Reviewed memo from M. Hurford regarding debtors' bar-date motion, and drafted response to him regarding the same. |
| 10/14/05 | JAL | 425.00 | 0.10 | Office conference w/NDF regarding estimation-related issues and discovery. |
| 10/14/05 | JAL | 425.00 | 5.70 | Edited and revised motion pertaining to estimation issues and discovery (3.50); drafted and revised memo to EI, PVNL, WBS, and NDF regarding developments and status of matters in the case (1.40); voice message from D. Mendelson regarding discovery mediator issues (.10); brief review of proposed order governing discovery mediator compensation (.10); drafted and revised reply e-mail to D. Mendelson regarding mediator issues (.10); Drafted and revised memo to NDF in response to his query regarding discovery issues (.50) |
| 10/15/05 | EI | 835.00 | 0.20 | Read O'Quinn paper. |
| 10/17/05 | BAS | 310.00 | 6.80 | Continue review of expert deposition transcripts. |
| 10/17/05 | NDF | 525.00 | 1.80 | Conference with JAL regarding case issues (0.5); emails to local counsel regarding electronic questionnaire issues (0.5); review documents in preparation for deposition of Grace doctor (0.8). |
| 10/17/05 | DKG | 290.00 | 3.60 | Attention to issues re Silica. |
| 10/17/05 | JAL | 425.00 | 0.20 | Reviewed memo from NDF regarding questionnaire discovery issue (.10); drafted reply memo to NDF regarding same (.10). |
| 10/17/05 | JAL | 425.00 | 3.60 | Office conference with ALV regarding questionnaire discovery issues (.20); office conference w/NDF |

| | | | | regarding questionnaire discovery issues (.10); telephone conference w/M. Hurford regarding questionnaire discovery issue (.20); review and analysis of discovery mediator compensation order proposed by debtors (.20); review and analysis of prior orders or precedents dealing with mediator compensation in similar asbestos bankruptcy cases (1.2); drafted and revised proposed order governing mediator compensation (1.7). |
| --- | --- | --- | --- | --- |
| 10/17/05 | JAL | 425.00 | 0.30 | Office conference w/ALV regarding discovery mediator compensation issues and debtors' bar-date motion. |
| 10/17/05 | JAL | 425.00 | 0.50 | Drafted and revised memo to committee regarding interrogatories and document requests served on debtors. |
| 10/17/05 | JAL | 425.00 | 1.50 | Prepared list of materials to send to discovery mediator, and drafted and revised a cover transmittal memo to debtors' counsel, enclosing proposed list of materials. |
| 10/17/05 | JAL | 425.00 | 0.40 | Office conference with NDF regarding discovery mediator compensation and estimation-related discovery issues. |
| 10/18/05 | EI | 835.00 | 0.10 | Discovery matters. |
| 10/18/05 | BAS | 310.00 | 2.50 | Draft memo summarizing finding in expert deposition transcripts. |
| 10/18/05 | NDF | 525.00 | 0.50 | Review insurer order (0.3); review Horkovich comments (0.2). |
| 10/18/05 | JAL | 425.00 | 0.20 | Telephone call w/D. Mendelson, debtors' counsel, regarding discovery mediator issues and hearing on attorney questionnaire motion. |
| 10/18/05 | JAL | 425.00 | 0.20 | Drafted and revised memo to PVNL, NDF, and M. Hurford regarding upcoming hearing on attorney questionnaire motion. |
| 10/18/05 | JAL | 425.00 | 3.90 | Drafting of opposition to debtors' motion to impose bar date on asbestos claimants. |
| 10/18/05 | JAL | 425.00 | 0.50 | Review and analysis of proposed order between debtors and insurers regarding limited effect of estimation proceeding on insurers (.30); draft and |

|  |  |  |  | revised memo to PVNL and NDF regarding analysis of proposed order (.20). |
|---|---|---|---|---|
| 10/19/05 | NDF | 525.00 | 1.00 | Review LMP documents for upcoming depositions. |
| 10/19/05 | JAL | 425.00 | 5.90 | Drafted  and revised response memo to PVNL and NDF regarding proposed order containing "neutrality" language as to estimation (.30); drafted memo to PVNL and NDF regarding draft motions pertaining to estimation (.10); drafted and revised opposition to debtors' bar-date motion (5.30); telephone conference w/PVNL regarding hearing on attorney questionnaire motion (.20) |
| 10/19/05 | ALV | 250.00 | 4.10 | Research issues concerning fee allocation of mediators in bankruptcy matters (2.1); review case law related to debtor's bar date motion (2.0). |
| 10/20/05 | EI | 835.00 | 0.70 | Questionnaire issues with Hurford and NDF (.5); question re: lawyers (.2). |
| 10/20/05 | NDF | 525.00 | 1.10 | Edit motion regarding electronic completion of questionnaires (0.6); telephone conferences with Mr. Hurford regarding same (0.5). |
| 10/20/05 | JAL | 425.00 | 1.10 | Drafted and revised memo to PVNL regarding upcoming hearing on attorney questionnaire motion (.20); review and analysis of draft motion to clarify CMO procedures (.50); drafted and revised memo to M. Hurford and other co-counsel regarding comments on the draft motion to clarify CMO procedures (.30); drafted memo to EI regarding attorney questionnaire motion and related discovery issues (.10). |
| 10/20/05 | JAL | 425.00 | 1.60 | Drafted and revised proposed memo to the asbestos claimants committee regarding motion relating to estimation. |
| 10/20/05 | JAL | 425.00 | 0.90 | Reviewed, revised, and finalized estimation-related motions. |
| 10/20/05 | JAL | 425.00 | 0.20 | Reviewed correspondence among co-counsel regarding the draft motion to clarify CMO procedures. |
| 10/20/05 | JAL | 425.00 | 0.90 | Office conference with ALV regarding the results of his legal research in connection with the draft opposition to the bar-date motion. |

| 10/20/05 | JAL | 425.00 | 1.60 | Review of DKG's draft discovery objections. |
|---|---|---|---|---|
| 10/20/05 | JAL | 425.00 | 0.30 | Drafted and revised memo to ALV regarding discovery mediator issues. |
| 10/20/05 | ALV | 250.00 | 4.40 | Research issues concerning fee allocation of mediators in bankruptcy matters (2.2); review case law related to debtor's bar date motion (1.7); meet with JAL regarding motion concerns and strategy (0.5). |
| 10/21/05 | EI | 835.00 | 0.50 | Memos re: questionnaire motions (.3); t/c NDF re: questionnaire (.2). |
| 10/21/05 | NDF | 525.00 | 2.00 | Correspond with Hurford regarding motion to clarify (0.6); telephone conference with EI regarding case issues (0.5); conference with PVNL regarding insurance neutrality issues (0.4); telephone conference with Martin Dies regarding Dr. Welch (0.5). |
| 10/21/05 | JAL | 425.00 | 1.10 | Drafted and revised memo to PVNL and NDF regarding opposition to debtors' bar-date motion. |
| 10/21/05 | JAL | 425.00 | 2.40 | Further drafting and revisions to the opposition to the bar-date motion. |
| 10/21/05 | JAL | 425.00 | 0.90 | Telephone call with B. Harding regarding debtors' attorney discovery motion (.10); telephone call with S. Esserman regarding debtors' attorney discovery motion (.30); drafted and revised memo to EI and PVNL regarding Monday's hearing on attorney discovery motion (.50). |
| 10/21/05 | JAL | 425.00 | 0.20 | Drafted and revised memo to M. Hurford regarding Monday's hearing on attorney discovery motion. |
| 10/21/05 | JAL | 425.00 | 1.60 | Drafted and revised memo to EI regarding estimation proceeding, discovery, and related issues in case. |
| 10/21/05 | ALV | 250.00 | 2.20 | Review case law related to debtor's bar date motion and draft inserts for the opposition. |
| 10/23/05 | EI | 835.00 | 0.30 | Expert reports. |
| 10/24/05 | NDF | 525.00 | 3.40 | Review and edit response to bar date motion (0.5); review memo from PVNL regarding hearing (0.2); review documents regarding Libby medical program |

| | | | | |
|---|---|---|---|---|
| | | | | (1.5); review Grace disclosure of experts in PD case (0.5); review and edit contract with Verus (0.7). |
| 10/24/05 | JAL | 425.00 | 0.70 | Further editing and revisions to discovery objections. |
| 10/24/05 | JAL | 425.00 | 0.30 | Drafted and revised memo to NDF regarding draft discovery objections. |
| 10/24/05 | JAL | 425.00 | 3.00 | Further editing and revisions to the objection to debtors' bar-date motion. |
| 10/24/05 | JAL | 425.00 | 0.60 | Telephone conference with M. Hurford regarding opposition to debtors' bar-date motion. |
| 10/24/05 | JAL | 425.00 | 1.00 | Review and analysis of materials relating to preparation of opposition to debtors' bar-date motion. |
| 10/24/05 | ALV | 250.00 | 3.30 | Research and edit ACC's opposition to debtor's bar date motion. |
| 10/24/05 | ALV | 250.00 | 5.00 | Review documents and file related to debtor's actions regarding Libby, MT asbestos claimants (1.0); work to subpoena 2 doctors for depositions in New York related to debtor's actions regarding Libby, MT asbestos claimants (4.0). |
| 10/25/05 | NDF | 525.00 | 0.30 | Review email correspondence regarding case issues. |
| 10/25/05 | JAL | 425.00 | 0.80 | Further drafting and revisions to the opposition to the debtors' bar-date motion. |
| 10/25/05 | JAL | 425.00 | 0.20 | Teleconference w/L. Busch regarding the opposition to the debtors' bar-date motion. |
| 10/25/05 | JAL | 425.00 | 1.50 | Drafted and revised memo to L. Busch regarding committee's opposition to the bar-date motion. |
| 10/25/05 | JAL | 425.00 | 0.40 | Meeting with PVNL and co-counsel regarding developments in the case and next steps. |
| 10/25/05 | ALV | 250.00 | 5.30 | Research and edit ACC's opposition to debtor's bar date motion. |
| 10/25/05 | ALV | 250.00 | 2.40 | Work to subpoena 2 doctors for depositions in New York related to debtor's actions regarding Libby, MT asbestos claimants. |
| 10/26/05 | NDF | 525.00 | 2.60 | Draft estimation trial plan (1.1); review Sealed Air discovery (0.5); confer with ALV regarding |

| | | | | subpoena to doctors (0.5); review questions regarding Grace questionnaire (0.5). |
|---|---|---|---|---|
| 10/26/05 | DKG | 290.00 | 0.20 | Attention to issues re expert witnesses. |
| 10/26/05 | JAL | 425.00 | 0.20 | Teleconference with L. Busch regarding opposition to bar-date motion. |
| 10/26/05 | JAL | 425.00 | 1.20 | Legal research relating to draft opposition to the bar-date motion. |
| 10/26/05 | JAL | 425.00 | 0.50 | Drafted and revised memo to EI and PVNL regarding draft opposition to bar-date motion. |
| 10/26/05 | JAL | 425.00 | 0.40 | Reviewed memo from L. Busch regarding opposition to bar-date motion (.10); drafted and revised reply memo to L. Busch regarding same (.20); reviewed memo from NDF regarding same (.10). |
| 10/26/05 | JAL | 425.00 | 0.10 | Telephone call w/ALV regarding draft opposition to bar-date motion. |
| 10/26/05 | JAL | 425.00 | 0.40 | Telephone conference w/PVNL regarding draft opposition to bar-date motion. |
| 10/26/05 | JAL | 425.00 | 0.20 | Office conference with ALV regarding  opposition to bar-date motion. |
| 10/26/05 | JAL | 425.00 | 0.70 | Further editing and revisions to opposition to bar-date motion. |
| 10/26/05 | ALV | 250.00 | 2.00 | Work to subpoena 2 doctors for depositions in New York related to debtor's actions regarding Libby, MT asbestos claimants. |
| 10/26/05 | ALV | 250.00 | 5.30 | Perform research and review case law regarding ACC's opposition to debtor's bar date motion and edit same (4.8); review 9/26/05 hearing transcript for issues concerning ACC's opposition to debtor's bar date motion (0.5). |
| 10/27/05 | EI | 835.00 | 0.30 | Bar date motion issue (.2); report on hearing (.1). |
| 10/27/05 | NDF | 525.00 | 2.50 | Review Silica doctor outline (0.5); memo to files regarding Sealed Air discovery (0.5); make trial plan, note research and evidence needed (1.5). |
| 10/27/05 | DKG | 290.00 | 1.80 | Revise questionnaire objections. |

| | | | | |
|---|---|---|---|---|
| 10/27/05 | JAL | 425.00 | 2.60 | Review and further edits to opposition to bar-date motion (.40); drafted and revised response memo to NDF regarding question on bar-date opposition (.10); office conference with ALV regarding opposition to bar-date motion (.20); review of legal research in connection with drafting opposition to bar-date motion (1.90). |
| 10/27/05 | ALV | 250.00 | 1.00 | Work to subpoena 2 doctors for depositions in New York related to debtor's actions regarding Libby, MT asbestos claimants. |
| 10/27/05 | ALV | 250.00 | 4.60 | Research and edit ACC's opposition to debtor's bar date motion. |
| 10/28/05 | PVL | 760.00 | 0.30 | Conferences JAL re brief. |
| 10/28/05 | NDF | 525.00 | 0.60 | Review response to bar date motion filed by Equity (0.4); edit our response to same (0.2). |
| 10/28/05 | JAL | 425.00 | 7.30 | Further review and revisions to opposition to bar-date motion (4.90); review and analysis of legal research and other materials in connection with bar-date opposition (1.10); teleconference with M. Hurford regarding bar-date opposition (.20); review of September 26 hearing transcript in relation to assertion made in equity committee's response in support of bar-date (.80); teleconferences (2x) with PVNL regarding bar-date opposition brief (.30). |
| 10/28/05 | ALV | 250.00 | 1.00 | Work to subpoena 2 doctors for depositions in New York related to debtor's actions regarding Libby, MT asbestos claimants. |
| 10/28/05 | ALV | 250.00 | 5.20 | Research and edit ACC's opposition to debtor's bar date motion (3.9); review 9/26/05 hearing transcript for issues concerning ACC's opposition to debtor's bar date motion (1.3). |
| 10/31/05 | NDF | 525.00 | 2.50 | Review pleadings filed regarding bar date (0.5); review transcript of 10/24/05 hearing (0.5); analyze case - Sealed Air discovery and Grace discovery (1.5). |
| 10/31/05 | JAL | 425.00 | 2.80 | Review and analysis of FCR's opposition to debtors' bar-date motion (.10); review and analysis of Grace's reply memo in support of disallowing certain Speights & Runyan claims (.30); drafted and revised memo to EI, PVNL, WBS, and NDF, regarding |

status and developments with respect to certain litigation and discovery matters (.90); review of Speights motion for class certification (.40); review and analysis of materials relating to estimation of non-malignant asbestos claims (.50); review and analysis of opposition of certain law firms to debtors' bar-date motion (.60).

**Total Task Code .16          265.80**

**Plan & Disclosure Statement (.40 Hours; $ 334.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .40 | $835 | 334.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/14/05 | EI | 835.00 | 0.40 | T/c NDF re: questionnaire (.2); memo to Rice re: questionnaire (.1); memo to JAL re: status (.1). |

**Total Task Code .17          .40**

**Travel – Non Working (2.50 Hours; $ 950.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 2.50 | $380 | 950.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/24/05 | PVL | 380.00 | 2.50 | Travel to/from Wilmington (1/2). |

**Total Task Code .21          2.50**

**Fee Auditor Matters (.30 Hours; $ 130.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | .30 | $435 | 130.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/31/05 | RCT | 435.00 | 0.30 | Review initial report. |

**Total Task Code .32**          **.30**

{D0051580:1 }

Other Charges:

| | |
|---|---|
| Air & Train Transportation | 591.93 |
| Air Freight & Express Mail | 72.32 |
| Conference Meals | 309.70 |
| Database Research | 3,518.90 |
| Local Transportation - DC | 47.92 |
| Long Distance-Equitrac In-House | 9.32 |
| Meals Related to Travel | 2.76 |
| Outside Photocopying/Duplication Service | 285.18 |
| Postage | 13.65 |
| Professional Fees & Expert Witness Fees | 1,000.00 |
| Research Material | 110.88 |
| Telecopier/Equitrac | 7.50 |
| Travel Expenses - Ground Transportation | 34.30 |
| Travel Expenses - Hotel Charges | 25.65 |
| Travel Expenses - LD Calls on Hotel Bill | 0.91 |
| Xeroxing | 910.80 |

Total:    $6,941.72