**EXHIBIT B**

**Business Operations(.1 Hours; $ 76.00)**

         Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

**Total Task Code .03**       **.1**

**Case Administration (42.8 Hours; $ 10,777.50)**

         Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**       **42.8**

**Claim Analysis Objection & Resolution (Asbestos) (13.2 Hours; $ 10,032.00)**

         Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**       **13.2**

**Committee, Creditors', Noteholders' or Equity Holders'(3.3 Hours; $ 2,140.50)**

         Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**       **3.3**

**Fee Applications, Applicant (3.5 Hours; $ 1,147.50)**

         Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdales's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**       **3.5**

**Hearings (4.3 Hours; $ 3,268.00)**

- 2 -

     Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15       4.3**


**Litigation and Litigation Consulting (265.8 Hours; $ 100,100.00)**

     Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16       265.8**


**Plan & Disclosure Statement (.4 Hours; $ 334.00)**

     Services rendered in this category pertain to the efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17       .4**


**Travel Non-Working (2.5 Hours; $ 950.00)**

     Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21       2.5**


**Fee Auditor Matters (.3 Hours; $ 130.50)**

     Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32       .3**