## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 591.93 |
| Air Freight & Express Mail | 72.32 |
| Conference Meals | 309.70 |
| Database Research | 3,518.90 |
| Local Transportation - DC | 47.92 |
| Long Distance-Equitrac In-House | 9.32 |
| Meals Related to Travel | 2.76 |
| Outside Photocopying/Duplication Service | 285.18 |
| Postage | 13.65 |
| Professional Fees & Expert Witness Fees | 1,000.00 |
| Research Material | 110.88 |
| Telecopier/Equitrac | 7.50 |
| Travel Expenses - Ground Transportation | 34.30 |
| Travel Expenses - Hotel Charges | 25.65 |
| Travel Expenses - LD Calls on Hotel Bill | 0.91 |
| Xeroxing | 910.80 |
| Total: | $6,941.72 |