Client Number:  4642      **Grace Asbestos Personal Injury Claimants**      Page: 1

Matter     000      **Disbursements**

```
                                                                              11/14/2005
                                                                         Print Date/Time:
                                                                              11/14/2005
                                                                              11:20:40AM
Attn:                                                                         Invoice #
```

## PREBILL  / CONTROL  REPORT

Trans Date Range:  1/1/1950  to: 10/31/2005

**Matter     000**
**Disbursements**
Bill Cycle:        Monthly         Style:        i1         Start:     4/16/2001

Last Billed : 10/31/2005                                      13,655

Trust Amount Available

Total Expenses Billed To Date        $294,307.37

```
                                        Billing Empl:       0120    Elihu  Inselbuch
                                        Responsible Empl:   0120    Elihu  Inselbuch
                                        Alternate Empl:     0120    Elihu  Inselbuch
                                        Originating Empl:   0120    Elihu  Inselbuch
```

**Summary  by Employee**

| Empl | Initials | Name | ACTUAL Hours | ACTUAL Amount | BILLING Hours | BILLING Amount |
|------|----------|------|-------------:|--------------:|--------------:|---------------:|
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 211.95 | 0.00 | 159.95 |
| 0054 | WBS | Walter B Slocombe | 0.00 | 21.66 | 0.00 | 21.66 |
| 0094 | JWD | Julie W Davis | 0.00 | 53.59 | 0.00 | 49.97 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 384.42 | 0.00 | 384.42 |
| 0187 | NDF | Nathan D Finch | 0.00 | 2.87 | 0.00 | 2.87 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 10.50 | 0.00 | 10.50 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 4.50 | 0.00 | 4.50 |
| 0238 | SLC | Stacey L Colson | 0.00 | 96.90 | 0.00 | 96.90 |
| 0251 | JO | Joan  O'Brien | 0.00 | 1.20 | 0.00 | 1.20 |
| 0308 | DBS | David B Smith | 0.00 | 276.45 | 0.00 | 276.45 |
| 0310 | DKG | Danielle K Graham | 0.00 | 1,061.57 | 0.00 | 1,061.57 |
| 0317 | JAL | Jeffrey A Liesemer | 0.00 | 521.35 | 0.00 | 423.35 |
| 0325 | SAC | Sheila A Clark | 0.00 | 208.38 | 0.00 | 208.38 |
| 0327 | ALV | Adam L VanGrack | 0.00 | 0.30 | 0.00 | 0.30 |
| 0329 | VW | Velma  Wright | 0.00 | 6.15 | 0.00 | 6.15 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 4,233.55 | 0.00 | 4,233.55 |
|  |  |  | **0.00** | **7,095.34** | **0.00** | **6,941.72** |

**Total Fees**

**Summary  by Employee**

| Empl | Initials | Name | ACTUAL Rate | ACTUAL Hours | Amount | BILLING Rate | BILLING Hours | Amount |
|------|----------|------|------|------|------|------|------|------|
|  |  |  |  |  |  |  |  |  |

**Total Fees**

**Detail Time / Expense  by  Date**

--------- A C T U A L ----------    --------- B I L L I N G---------

| Client Number:  4642 | | | | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page:  1 |

| Matter      000 | | | | | Disbursements | | | | | | | | 11/14/2005 |

Print Date/Time:
11/14/2005
11:20:40AM

Attn:
Invoice #

| TransNo. | Description | TransType | Trans Date | Work | Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1861125 | Equitrac - Long Distance to 8054993572 | E | 10/03/2005 | 0999 | C&D | 0.00 | 0.00 | $1.68 | 0.00 | 0.00 | $1.68 | 1.68 |
| 1861229 | Photocopy | E | 10/03/2005 | 0238 | SLC | 0.00 | 0.00 | $0.45 | 0.00 | 0.00 | $0.45 | 2.13 |
| 1861277 | Photocopy | E | 10/03/2005 | 0238 | SLC | 0.00 | 0.00 | $3.90 | 0.00 | 0.00 | $3.90 | 6.03 |
| 1861282 | Photocopy | E | 10/03/2005 | 0999 | C&D | 0.00 | 0.00 | $40.50 | 0.00 | 0.00 | $40.50 | 46.53 |
| 1862526 | Photocopy | E | 10/04/2005 | 0308 | DBS | 0.00 | 0.00 | $91.05 | 0.00 | 0.00 | $91.05 | 137.58 |
| 1862529 | Photocopy | E | 10/04/2005 | 0308 | DBS | 0.00 | 0.00 | $5.70 | 0.00 | 0.00 | $5.70 | 143.28 |
| 1862539 | Photocopy | E | 10/04/2005 | 0308 | DBS | 0.00 | 0.00 | $18.60 | 0.00 | 0.00 | $18.60 | 161.88 |
| 1862541 | Photocopy | E | 10/04/2005 | 0999 | C&D | 0.00 | 0.00 | $310.05 | 0.00 | 0.00 | $310.05 | 471.93 |
| 1862828 | EI;  Conf dinner re Summitt conf on 9/22 attended by Bergman,Goldberg,Kazan,Kraus, ,Volta,Peterson,Esserman,Berkin,Sinclair,Rapp, WBS,JWD,NDF,JAL,RER,EI | E | 10/04/2005 | 0120 | EI | 0.00 | 0.00 | $309.70 | 0.00 | 0.00 | $309.70 | 781.63 |
| 1863007 | Equitrac - Long Distance to 9735972490 | E | 10/05/2005 | 0999 | C&D | 0.00 | 0.00 | $0.08 | 0.00 | 0.00 | $0.08 | 781.71 |
| 1863013 | Equitrac - Long Distance to 9735972490 | E | 10/05/2005 | 0999 | C&D | 0.00 | 0.00 | $0.34 | 0.00 | 0.00 | $0.34 | 782.05 |
| 1863104 | Photocopy | E | 10/05/2005 | 0999 | C&D | 0.00 | 0.00 | $21.15 | 0.00 | 0.00 | $21.15 | 803.20 |
| 1863118 | Photocopy | E | 10/05/2005 | 0999 | C&D | 0.00 | 0.00 | $2.25 | 0.00 | 0.00 | $2.25 | 805.45 |
| 1863207 | Photocopy | E | 10/05/2005 | 0308 | DBS | 0.00 | 0.00 | $3.45 | 0.00 | 0.00 | $3.45 | 808.90 |
| 1863475 | Photocopy | E | 10/06/2005 | 0308 | DBS | 0.00 | 0.00 | $10.50 | 0.00 | 0.00 | $10.50 | 819.40 |
| 1863522 | Photocopy | E | 10/06/2005 | 0999 | C&D | 0.00 | 0.00 | $3.45 | 0.00 | 0.00 | $3.45 | 822.85 |
| 1863523 | Photocopy | E | 10/06/2005 | 0308 | DBS | 0.00 | 0.00 | $10.95 | 0.00 | 0.00 | $10.95 | 833.80 |
| 1863533 | Photocopy | E | 10/06/2005 | 0308 | DBS | 0.00 | 0.00 | $11.85 | 0.00 | 0.00 | $11.85 | 845.65 |
| 1863747 | Equitrac - Long Distance to 8054993572 | E | 10/07/2005 | 0999 | C&D | 0.00 | 0.00 | $0.05 | 0.00 | 0.00 | $0.05 | 845.70 |
| 1863761 | Equitrac - Long Distance to 2125585500 | E | 10/07/2005 | 0999 | C&D | 0.00 | 0.00 | $0.07 | 0.00 | 0.00 | $0.07 | 845.77 |
| 1863765 | Equitrac - Long Distance to 8054993572 | E | 10/07/2005 | 0999 | C&D | 0.00 | 0.00 | $0.07 | 0.00 | 0.00 | $0.07 | 845.84 |
| 1863766 | Equitrac - Long Distance to 3105819309 | E | 10/07/2005 | 0999 | C&D | 0.00 | 0.00 | $0.14 | 0.00 | 0.00 | $0.14 | 845.98 |
| 1863769 | Equitrac - Long Distance to 8054993572 | E | 10/07/2005 | 0999 | C&D | 0.00 | 0.00 | $0.77 | 0.00 | 0.00 | $0.77 | 846.75 |
| 1863774 | Equitrac - Long Distance to 3024261900 | E | 10/07/2005 | 0999 | C&D | 0.00 | 0.00 | $0.17 | 0.00 | 0.00 | $0.17 | 846.92 |
| 1863779 | Equitrac - Long Distance to 3024261900 | E | 10/07/2005 | 0999 | C&D | 0.00 | 0.00 | $0.21 | 0.00 | 0.00 | $0.21 | 847.13 |
| 1863868 | Photocopy | E | 10/07/2005 | 0999 | C&D | 0.00 | 0.00 | $11.10 | 0.00 | 0.00 | $11.10 | 858.23 |
| 1863978 | JWD;  Travel expenses to NY for meeting re status of cases on 9/22-23 for dinner | E | 10/11/2005 | 0094 | JWD | 0.00 | 0.00 | $2.76 | 0.00 | 0.00 | $2.76 | 860.99 |
| 1863994 | JWD;  Travel expenses to NY for meeting re status of cases on 9/22-23  Acela from Wilminton to NY regular fare $157.00 (coach 99.00);  Delta shuttle to DC from NY (coach fare $152.55) (split w/16 cases) | E | 10/11/2005 | 0094 | JWD | 0.00 | 0.00 | $19.34 | 0.00 | 0.00 | $15.72 | 876.71 |
| 1864010 | JWD;  Travel expenses to NY for meeting re status of cases on 9/22-23 for Radisson Lexington hotel | E | 10/11/2005 | 0094 | JWD | 0.00 | 0.00 | $25.65 | 0.00 | 0.00 | $25.65 | 902.36 |
| 1864026 | JWD;  Travel expenses to NY for meeting re status of cases on 9/22-23  for cabs to train station and home | E | 10/11/2005 | 0094 | JWD | 0.00 | 0.00 | $2.43 | 0.00 | 0.00 | $2.43 | 904.79 |
| 1864042 | JWD;  Travel expenses to NY for meeting re status of cases on 9/22-23 for phone calls made from hotel room | E | 10/11/2005 | 0094 | JWD | 0.00 | 0.00 | $0.91 | 0.00 | 0.00 | $0.91 | 905.70 |
| 1864058 | JWD;  Travel expenses to NY for meeting re status of cases on 9/22-23  for the travel agency fee (split w/16 cases) | E | 10/11/2005 | 0094 | JWD | 0.00 | 0.00 | $2.50 | 0.00 | 0.00 | $2.50 | 908.20 |
| 1864059 | Federal Express to Mark Meyer from EI on 9/27 | E | 10/11/2005 | 0120 | EI | 0.00 | 0.00 | $15.18 | 0.00 | 0.00 | $15.18 | 923.38 |
| 1864064 | Federal Express to Katie Hamming from EI on 9/27 | E | 10/11/2005 | 0120 | EI | 0.00 | 0.00 | $5.60 | 0.00 | 0.00 | $5.60 | 928.98 |
| 1864221 | Equitrac - Long Distance to 2123199240 | E | 10/11/2005 | 0999 | C&D | 0.00 | 0.00 | $0.09 | 0.00 | 0.00 | $0.09 | 929.07 |
| 1864300 | Photocopy | E | 10/11/2005 | 0999 | C&D | 0.00 | 0.00 | $30.90 | 0.00 | 0.00 | $30.90 | 959.97 |
| 1864307 | Photocopy | E | 10/11/2005 | 0220 | SKL | 0.00 | 0.00 | $1.50 | 0.00 | 0.00 | $1.50 | 961.47 |
| 1864358 | Photocopy | E | 10/11/2005 | 0308 | DBS | 0.00 | 0.00 | $85.80 | 0.00 | 0.00 | $85.80 | 1,047.27 |
| 1864428 | Database Research/Lexis Charges for 10/1/05-10/10/05 DS | E | 10/12/2005 | 0999 | C&D | 0.00 | 0.00 | $6.70 | 0.00 | 0.00 | $6.70 | 1,053.97 |
| 1864671 | Pacer Service  July thru September | E | 10/12/2005 | 0999 | C&D | 0.00 | 0.00 | $108.48 | 0.00 | 0.00 | $108.48 | 1,162.45 |
| 1865647 | Photocopy | E | 10/12/2005 | 0020 | PVL | 0.00 | 0.00 | $1.95 | 0.00 | 0.00 | $1.95 | 1,164.40 |
| 1865727 | Photocopy | E | 10/12/2005 | 0308 | DBS | 0.00 | 0.00 | $38.55 | 0.00 | 0.00 | $38.55 | 1,202.95 |
| 1865830 | Photocopy | E | 10/13/2005 | 0999 | C&D | 0.00 | 0.00 | $3.30 | 0.00 | 0.00 | $3.30 | 1,206.25 |
| 1865832 | Photocopy | E | 10/13/2005 | 0999 | C&D | 0.00 | 0.00 | $0.60 | 0.00 | 0.00 | $0.60 | 1,206.85 |
| 1865448 | Equitrac - Long Distance to 3024261900 | E | 10/17/2005 | 0999 | C&D | 0.00 | 0.00 | $0.21 | 0.00 | 0.00 | $0.21 | 1,207.06 |
| 1865449 | Equitrac - Long Distance to 3024261900 | E | 10/17/2005 | 0999 | C&D | 0.00 | 0.00 | $0.18 | 0.00 | 0.00 | $0.18 | 1,207.24 |
| 1865458 | Equitrac - Long Distance to 3024261900 | E | 10/17/2005 | 0999 | C&D | 0.00 | 0.00 | $0.28 | 0.00 | 0.00 | $0.28 | 1,207.52 |
| 1865496 | Equitrac - Long Distance to 3024261900 | E | 10/17/2005 | 0999 | C&D | 0.00 | 0.00 | $0.11 | 0.00 | 0.00 | $0.11 | 1,207.63 |
| 1866250 | ADA Travel  for WBS coach fare to NYC on 9/22 (split w/16 cases) | E | 10/18/2005 | 0054 | WBS | 0.00 | 0.00 | $19.16 | 0.00 | 0.00 | $19.16 | 1,226.79 |
| 1866266 | ADA Travel  Agency fee on WBS travel to NYC on 9/22  (split w/16 cases) | E | 10/18/2005 | 0054 | WBS | 0.00 | 0.00 | $2.50 | 0.00 | 0.00 | $2.50 | 1,229.29 |
| 1866267 | ADA Travel  for JAL coach fare to NYC on 9/22 | E | 10/18/2005 | 0317 | JAL | 0.00 | 0.00 | $154.05 | 0.00 | 0.00 | $154.05 | 1,383.34 |

Client Number:  4642          **Grace Asbestos Personal Injury Claimants**                          Page:  1

**Matter    000**                    **Disbursements**                                          11/14/2005
                                                                                          Print Date/Time:
                                                                                          11/14/2005
                                                                                          11:20:40AM
Attn:                                                                                     Invoice #

| ID | Description | | Date | Code | Init | | Amount | | Total | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1866268 | ADA Travel  for travel agency on JAL 9/22 travel to New York | E | 10/18/2005 | 0317 | JAL | 0.00 | $40.00 | 0.00 | $40.00 | 1,423.34 |
| 1866269 | ADA Travel  for JAL to Wilmington on 9/26 (coach fare 189.00) | E | 10/18/2005 | 0317 | JAL | 0.00 | $287.00 | 0.00 | $189.00 | 1,612.34 |
| 1866270 | ADA Travel  for agency fee on JAL 9/26 travel to Wilmington | E | 10/18/2005 | 0317 | JAL | 0.00 | $40.00 | 0.00 | $40.00 | 1,652.34 |
| 1866700 | Photocopy | E | 10/18/2005 | 0999 | C&D | 0.00 | $44.25 | 0.00 | $44.25 | 1,696.59 |
| 1866916 | Landmark Document Service;  Medium litigation | E | 10/19/2005 | 0999 | C&D | 0.00 | $76.80 | 0.00 | $76.80 | 1,773.39 |
| 1867084 | Equitrac - Long Distance to 3024269910 | E | 10/19/2005 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 1,773.55 |
| 1867359 | Red Top Executive Sedan for NDF to National airport on 9/22 | E | 10/20/2005 | 0187 | NDF | 0.00 | $2.87 | 0.00 | $2.87 | 1,776.42 |
| 1867514 | Photocopy | E | 10/20/2005 | 0238 | SLC | 0.00 | $2.70 | 0.00 | $2.70 | 1,779.12 |
| 1867593 | Photocopy | E | 10/20/2005 | 0238 | SLC | 0.00 | $8.40 | 0.00 | $8.40 | 1,787.52 |
| 1867598 | Photocopy | E | 10/20/2005 | 0238 | SLC | 0.00 | $37.20 | 0.00 | $37.20 | 1,824.72 |
| 1867985 | Equitrac - Long Distance to 3024269910 | E | 10/21/2005 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 1,824.77 |
| 1867994 | Equitrac - Long Distance to 2123199240 | E | 10/21/2005 | 0999 | C&D | 0.00 | $0.38 | 0.00 | $0.38 | 1,825.15 |
| 1868003 | Equitrac - Long Distance to 3024261900 | E | 10/21/2005 | 0999 | C&D | 0.00 | $0.23 | 0.00 | $0.23 | 1,825.38 |
| 1868028 | Equitrac - Long Distance to 2149694910 | E | 10/21/2005 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 1,825.44 |
| 1868029 | Equitrac - Long Distance to 2149694910 | E | 10/21/2005 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 1,825.55 |
| 1868030 | Equitrac - Long Distance to 5124764394 | E | 10/21/2005 | 0999 | C&D | 0.00 | $0.51 | 0.00 | $0.51 | 1,826.06 |
| 1868035 | Equitrac - Long Distance to 3024261900 | E | 10/21/2005 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 1,826.22 |
| 1868152 | Fax Transmission to 12145201181 | E | 10/21/2005 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 1,826.67 |
| 1868153 | Fax Transmission to 17136501400 | E | 10/21/2005 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 1,827.12 |
| 1868154 | Fax Transmission to 13125516759 | E | 10/21/2005 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 1,827.57 |
| 1868155 | Fax Transmission to 18432169290 | E | 10/21/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 1,827.72 |
| 1868156 | Fax Transmission to 14067527124 | E | 10/21/2005 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 1,828.17 |
| 1868157 | Fax Transmission to 13026565875 | E | 10/21/2005 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 1,828.62 |
| 1868158 | Fax Transmission to 15108354913 | E | 10/21/2005 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 1,829.07 |
| 1868159 | Fax Transmission to 12165750799 | E | 10/21/2005 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 1,829.52 |
| 1868160 | Fax Transmission to 14124718308 | E | 10/21/2005 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,829.82 |
| 1868161 | Fax Transmission to 12123440994 | E | 10/21/2005 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 1,830.27 |
| 1868162 | Fax Transmission to 13024269947 | E | 10/21/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 1,830.42 |
| 1868163 | Fax Transmission to 14122615066 | E | 10/21/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 1,830.57 |
| 1868164 | Fax Transmission to 16179510679 | E | 10/21/2005 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 1,831.02 |
| 1868165 | Fax Transmission to 18432169450 | E | 10/21/2005 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 1,831.47 |
| 1868166 | Fax Transmission to 18432169290 | E | 10/21/2005 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,831.77 |
| 1868167 | Fax Transmission to 13053796222 | E | 10/21/2005 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 1,832.22 |
| 1868168 | Fax Transmission to 14124718308 | E | 10/21/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 1,832.37 |
| 1868169 | Fax Transmission to 13024269947 | E | 10/21/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 1,832.52 |
| 1868170 | Fax Transmission to 13024269947 | E | 10/21/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 1,832.67 |
| 1868171 | Fax Transmission to 14122615066 | E | 10/21/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 1,832.82 |
| 1868172 | Fax Transmission to 14122615066 | E | 10/21/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 1,832.97 |
| 1868184 | Photocopy | E | 10/21/2005 | 0999 | C&D | 0.00 | $4.50 | 0.00 | $4.50 | 1,837.47 |
| 1868247 | Photocopy | E | 10/21/2005 | 0232 | LK | 0.00 | $0.45 | 0.00 | $0.45 | 1,837.92 |
| 1868286 | Landmark Document Services;  Imaging - Medium Litigation | E | 10/24/2005 | 0325 | SAC | 0.00 | $187.23 | 0.00 | $187.23 | 2,025.15 |
| 1868495 | Equitrac - Long Distance to 3024261900 | E | 10/24/2005 | 0999 | C&D | 0.00 | $1.09 | 0.00 | $1.09 | 2,026.24 |
| 1868561 | Photocopy | E | 10/24/2005 | 0238 | SLC | 0.00 | $44.25 | 0.00 | $44.25 | 2,070.49 |
| 1868569 | Photocopy | E | 10/24/2005 | 0999 | C&D | 0.00 | $2.40 | 0.00 | $2.40 | 2,072.89 |
| 1868584 | Photocopy | E | 10/24/2005 | 0220 | SKL | 0.00 | $5.10 | 0.00 | $5.10 | 2,077.99 |
| 1868595 | Photocopy | E | 10/24/2005 | 0329 | VW | 0.00 | $6.15 | 0.00 | $6.15 | 2,084.14 |
| 1868618 | Photocopy | E | 10/24/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 2,085.04 |
| 1868630 | Photocopy | E | 10/24/2005 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 2,086.24 |
| 1868905 | Equitrac - Long Distance to 2125585500 | E | 10/25/2005 | 0999 | C&D | 0.00 | $0.28 | 0.00 | $0.28 | 2,086.52 |
| 1868932 | Equitrac - Long Distance to 2125585500 | E | 10/25/2005 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 2,086.58 |
| 1869400 | Federal Express to Nathan Finch from Ferdinand Lopez on 10/12 | E | 10/26/2005 | 0120 | EI | 0.00 | $51.54 | 0.00 | $51.54 | 2,138.12 |
| 1869407 | Aaxis Technologies;  Copy CD | E | 10/26/2005 | 0325 | SAC | 0.00 | $21.15 | 0.00 | $21.15 | 2,159.27 |
| 1869417 | Pacer Usage July thru Sept in NY office | E | 10/26/2005 | 0120 | EI | 0.00 | $2.40 | 0.00 | $2.40 | 2,161.67 |
| 1869428 | Barry Castleman;  Expert Witness Retainer | E | 10/26/2005 | 0310 | DKG | 0.00 | $1,000.00 | 0.00 | $1,000.00 | 3,161.67 |
| 1869508 | Equitrac - Long Distance to 3024261900 | E | 10/26/2005 | 0999 | C&D | 0.00 | $0.14 | 0.00 | $0.14 | 3,161.81 |
| 1869513 | Equitrac - Long Distance to 8432169198 | E | 10/26/2005 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 3,161.91 |
| 1869516 | Equitrac - Long Distance to 3024261900 | E | 10/26/2005 | 0999 | C&D | 0.00 | $0.13 | 0.00 | $0.13 | 3,162.04 |
| 1869520 | Equitrac - Long Distance to 7326762630 | E | 10/26/2005 | 0999 | C&D | 0.00 | $0.31 | 0.00 | $0.31 | 3,162.35 |
| 1869521 | Equitrac - Long Distance to 2128448400 | E | 10/26/2005 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 3,162.41 |
| 1869564 | Postage | E | 10/26/2005 | 0310 | DKG | 0.00 | $13.65 | 0.00 | $13.65 | 3,176.06 |
| 1869583 | Fax Transmission to 17326762656 | E | 10/26/2005 | 0220 | SKL | 0.00 | $0.45 | 0.00 | $0.45 | 3,176.51 |
| 1869584 | Fax Transmission to 17326762656 | E | 10/26/2005 | 0327 | ALV | 0.00 | $0.30 | 0.00 | $0.30 | 3,176.81 |
| 1869626 | Photocopy | E | 10/26/2005 | 0999 | C&D | 0.00 | $9.60 | 0.00 | $9.60 | 3,186.41 |
| 1869660 | Photocopy | E | 10/26/2005 | 0251 | JO | 0.00 | $0.90 | 0.00 | $0.90 | 3,187.31 |
| 1869674 | Photocopy | E | 10/26/2005 | 0220 | SKL | 0.00 | $3.45 | 0.00 | $3.45 | 3,190.76 |
| 1869683 | Photocopy | E | 10/26/2005 | 0251 | JO | 0.00 | $0.30 | 0.00 | $0.30 | 3,191.06 |

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|

**Matter    000**                          **Disbursements**

Attn:                                                                                                               Invoice #

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1869690 | Photocopy | E | 10/26/2005 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 3,192.11 |
| 1869901 | Petty Cash  Cab and Parking expenses for PVNL to Wilmington on 10/24 | E | 10/27/2005 | 0020 | PVL | 0.00 | $29.00 | 0.00 | $29.00 | 3,221.11 |
| 1869967 | Equitrac - Long Distance to 2123082735 | E | 10/27/2005 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 3,221.16 |
| 1870095 | Photocopy | E | 10/27/2005 | 0232 | LK | 0.00 | $4.05 | 0.00 | $4.05 | 3,225.21 |
| 1870131 | Photocopy | E | 10/27/2005 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 3,226.26 |
| 1870173 | Photocopy | E | 10/27/2005 | 0317 | JAL | 0.00 | $0.30 | 0.00 | $0.30 | 3,226.56 |
| 1870802 | Equitrac - Long Distance to 2129562222 | E | 10/28/2005 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 3,226.66 |
| 1870808 | Equitrac - Long Distance to 3024261900 | E | 10/28/2005 | 0999 | C&D | 0.00 | $0.17 | 0.00 | $0.17 | 3,226.83 |
| 1870815 | Equitrac - Long Distance to 2129562222 | E | 10/28/2005 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 3,226.88 |
| 1870823 | Equitrac - Long Distance to 3024261900 | E | 10/28/2005 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 3,226.97 |
| 1870826 | Equitrac - Long Distance to 3024261900 | E | 10/28/2005 | 0999 | C&D | 0.00 | $0.38 | 0.00 | $0.38 | 3,227.35 |
| 1870833 | Equitrac - Long Distance to 3024261900 | E | 10/28/2005 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 3,227.45 |
| 1870834 | Equitrac - Long Distance to 3024261900 | E | 10/28/2005 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 3,227.55 |
| 1870971 | Photocopy | E | 10/28/2005 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 3,228.00 |
| 1871063 | Red Top Executive Sedan  for DKG to Split Creek Lane in Alexandria on 10/5 | E | 10/31/2005 | 0310 | DKG | 0.00 | $47.92 | 0.00 | $47.92 | 3,275.92 |
| 1871085 | ADA Travel  for PVNL to Wilmington on 10/24 (coach fare 218.00)  (trip split w/2 cases) | E | 10/31/2005 | 0020 | PVL | 0.00 | $161.00 | 0.00 | $109.00 | 3,384.92 |
| 1871086 | ADA Travel  agency fee on PVNL travel to Wilmington on 10/24 (split w/2 cases) | E | 10/31/2005 | 0020 | PVL | 0.00 | $20.00 | 0.00 | $20.00 | 3,404.92 |
| 1871978 | Photocopy | E | 10/31/2005 | 0999 | C&D | 0.00 | $19.80 | 0.00 | $19.80 | 3,424.72 |
| 1872038 | Photocopy | E | 10/31/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 3,425.62 |
| 1872042 | Photocopy | E | 10/31/2005 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 3,426.82 |
| 1872044 | Photocopy | E | 10/31/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 3,426.97 |
| 1872048 | Photocopy | E | 10/31/2005 | 0999 | C&D | 0.00 | $2.55 | 0.00 | $2.55 | 3,429.52 |
| 1874812 | Database Research/Lexis Charges 10/25/05-11/1/05 AV | E | 10/31/2005 | 0999 | C&D | 0.00 | $340.92 | 0.00 | $340.92 | 3,770.44 |
| 1874816 | Database Research/Lexis Charges 10/25/05-11/1/05 DS | E | 10/31/2005 | 0999 | C&D | 0.00 | $1,067.97 | 0.00 | $1,067.97 | 4,838.41 |
| 1874817 | Database Research/Lexis Charges 10/25/05-11/1/05 AV | E | 10/31/2005 | 0999 | C&D | 0.00 | $6.72 | 0.00 | $6.72 | 4,845.13 |
| 1874842 | Database Research - Westlaw by ALV on 10/05 | E | 10/31/2005 | 0999 | C&D | 0.00 | $289.36 | 0.00 | $289.36 | 5,134.49 |
| 1874846 | Database Research - Westlaw by NDF on 10/31 | E | 10/31/2005 | 0999 | C&D | 0.00 | $35.33 | 0.00 | $35.33 | 5,169.82 |
| 1874847 | Database Research - Westlaw by DKG on 10/5 & 12 | E | 10/31/2005 | 0999 | C&D | 0.00 | $102.06 | 0.00 | $102.06 | 5,271.88 |
| 1874848 | Database Research - Westlaw by HMS on 10/6 | E | 10/31/2005 | 0999 | C&D | 0.00 | $105.96 | 0.00 | $105.96 | 5,377.84 |
| 1874849 | Database Research - Westlaw by DBS on 10/5-11 | E | 10/31/2005 | 0999 | C&D | 0.00 | $296.95 | 0.00 | $296.95 | 5,674.79 |
| 1874850 | Database Research - Westlaw by JAL on 10/3-24 | E | 10/31/2005 | 0999 | C&D | 0.00 | $158.99 | 0.00 | $158.99 | 5,833.78 |
| 1874851 | Database Research - Westlaw by ALV on 10/6-27 | E | 10/31/2005 | 0999 | C&D | 0.00 | $46.46 | 0.00 | $46.46 | 5,880.24 |
| 1874852 | Database Research - Westlaw by JAL on 10/3-26 | E | 10/31/2005 | 0999 | C&D | 0.00 | $1,061.48 | 0.00 | $1,061.48 | 6,941.72 |
| **Total Expenses** | | | | | | 0.00 | $7,095.34 | 0.00 | $6,941.72 | |

| | | | | |
|---|---|---|---|---|
| Matter Total Fees | | 0.00 | | 0.00 |
| Matter Total Expenses | | 7,095.34 | | 6,941.72 |
| Matter Total | 0.00 | 7,095.34 | 0.00 | 6,941.72 |
| Prebill Total Fees | | | | |
| Prebill Total Expenses | | $7,095.34 | | $6,941.72 |
| Prebill Total | 0.00 | $7,095.34 | 0.00 | $6,941.72 |

| | | | |
|---|---|---|---|
| Client Number:  4642 | **Grace Asbestos Personal Injury Claimants** | | Page:  1 |
| **Matter      000** | **Disbursements** | | 11/14/2005 |

Attn:

Print Date/Time:
11/14/2005
11:20:40AM
Invoice #

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 1,414.09 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 46,677 | 08/27/2004 | 240.00 | 48.00 |
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 49,444 | 04/21/2005 | 38,706.00 | 232.00 |
| 49,903 | 05/25/2005 | 15,337.50 | 3,067.50 |
| 50,275 | 06/27/2005 | 63,948.25 | 12,789.65 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 50,598 | 07/15/2005 | 157,029.46 | 157,029.46 |
| 50,965 | 08/25/2005 | 116,412.29 | 116,412.29 |
| 51,203 | 09/30/2005 | 73,418.11 | 73,418.11 |
| 51,687 | 10/31/2005 | 77,234.70 | 77,234.70 |
| | | 715,187.06 | 445,312.50 |