EXHIBIT A

SWIDLER BERLIN LLP

INVOICES FOR THE TIME PERIOD

OCTOBER 1-31, 2005

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/28/05
INVOICE NUMBER: 295213

CLIENT/CASE: 25369.0001

RE: Case Administration

## FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/03/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/03/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.60 |
| 10/04/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/05/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.40 |
| 10/05/05 | Rachael M. Barainca | Update pleadings binders. | 3.00 |
| 10/06/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 10/06/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.30 |
| 10/07/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 10/10/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |

## SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
11/28/05
Page 2

CLIENT:  25369
MATTER:  0001
INVOICE: 295213

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/10/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.60 |
| 10/11/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.40 |
| 10/11/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/12/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/12/05 | Rachael M. Barainca | Create Memo regarding Fee Auditors comments to the 16th Interim Period. | 3.00 |
| 10/12/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.50 |
| 10/13/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/13/05 | Rachael M. Barainca | Update pleadings binders. | 1.50 |
| 10/14/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/17/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/18/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/18/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 1.00 |
| 10/19/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/20/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/20/05 | Rachael M. Barainca | Update pleadings binders. | 2.50 |
| 10/21/05 | Rachael M. Barainca | Review Court docket; download documents and distribute | 0.20 |
| 10/24/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |

## SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
11/28/05
Page 3

CLIENT: 25369
MATTER: .0001
INVOICE: 295213

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/24/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines (.5); review pleadings for November omnibus hearing (1.0). | 1.50 |
| 10/25/05 | Debra L. Felder | Telephone conference with R. Wyron regarding upcoming deadlines. | 0.10 |
| 10/25/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.20 |
| 10/25/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/26/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/27/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/27/05 | Rachael M. Barainca | Search and download pleadings for R. Wyron. | 0.50 |
| 10/27/05 | Rachael M. Barainca | Create exclusivity timeline. | 3.00 |
| 10/28/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/28/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.30 |
| 10/31/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/31/05 | Rachael M. Barainca | Update exclusivity timeline. | 0.10 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Debra L. Felder | $255.00 | 5.50 | $1,402.50 |
| Rachael M. Barainca | $60.00 | 18.20 | $1,092.00 |
| **TOTAL HOURS & FEES** | | **23.70** | **$2,494.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 20.70 |

## SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
11/28/05
Page 4

CLIENT:  25369
MATTER:  0001
INVOICE: 295213

| OTHER CHARGES | AMOUNT |
|---|---|
| Telephone | 1.17 |
| Federal Express | 9.86 |
| Travel/Parking | 9.00 |
| Travel/Tolls | 121.11 |
| Telephone | 840.00 |
| **TOTAL OTHER CHARGES** | **$1,001.84** |

**CURRENT INVOICE DUE**.........................................................................**$3,496.34**

# SWIDLER BERLIN LLP
FEDERAL IDENTIFICATION
No 13-2679676

<div style="float:left">

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON. D C 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

</div>

<div style="float:right">

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

</div>

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/28/05

OUR REFERENCE: 25369.0001

INVOICE NUMBER: 295213

## INVOICE SUMMARY

TOTAL FEES ................................................................. $2,494.50

TOTAL OTHER CHARGES ........................................ $1,001.84

**TOTAL AMOUNT DUE** ...........................................**$3,496.34**

_REMITTANCE INFORMATION:_

| U.S. Mail: | U.S. Electronic Funds Transfer: | | International Electronic Funds Transfer: | |
|---|---|---|---|---|
| Swidler Berlin LLP | Name of Bank: | Wachovia Bank, N A  Washington. DC | Name of Bank: | Wachovia Bank, N A  Washington, DC |
| Attn: Accounting Department | Account Title: | Swidler Berlin LLP | Account Title: | Swidler Berlin LLP |
| P O Box 3766 | Account No : | 2000024531692 | Account No : | 2000024531692 |
| Washington. DC 20021-3766 | ABA Routing No.: | 054001220 | Swift Code: | PNBPUS33 |
| | | | CHIPS: | 0509 |
| | | | ABA Routing No.: | 026005092 |

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/28/05
INVOICE NUMBER: 295217

CLIENT/CASE: 25369.0011

RE: Compensation of Professionals--Swidler

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/02/05 | Richard H. Wyron | Review August pre-bill. | 0.40 |
| 10/03/05 | Debra O. Fullem | Update fee application spreadsheets. | 0.80 |
| 10/04/05 | Debra O. Fullem | Prepare August fee application. | 2.00 |
| 10/06/05 | Debra O. Fullem | Finalize Swidler's July fee application. | 1.00 |
| 10/07/05 | Debra O. Fullem | Review docket update on fee applications. | 0.10 |
| 10/07/05 | Debra O. Fullem | Continue work on Swidler's August fee application. | 0.50 |
| 10/09/05 | Richard H. Wyron | Review September pre-bill. | 0.30 |
| 10/10/05 | Debra O. Fullem | Review and revise September prebills. | 0.50 |
| 10/11/05 | Debra O. Fullem | Update August fee application and provide draft to R. Wyron for review. | 0.30 |
| 10/11/05 | Debra O. Fullem | Review and respond to e-mail from accounting regarding status of payments. | 0.10 |
| 10/14/05 | Debra O. Fullem | Review fee application matters and status. | 0.10 |
| 10/17/05 | Richard H. Wyron | Review August fee application and provide comments. | 0.30 |

SWIDLER BERLIN LLP

David Austern, FCR (for W R. Grace & Co,)
11/28/05
Page 2

CLIENT:  25369
MATTER: .0011
INVOICE: 295217

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/18/05 | Debra O. Fullem | Review and reply to e-mail from R. Wyron re status of fee applications. | 0.10 |
| 10/19/05 | Debra O. Fullem | Review edits made by R. Wyron; prepare revisions to August fee application and finalize for signature. | 0.20 |
| 10/20/05 | Debra O. Fullem | Finalize August fee application. | 0.20 |
| 10/20/05 | Debra O. Fullem | Review docket update regarding fee applications on for next quarterly hearing. | 0.10 |
| 10/21/05 | Debra O. Fullem | Review proposed final of September bills. | 0.20 |
| 10/21/05 | Debra O Fullem | Follow up on filing of August fee application. | 0.10 |
| 10/24/05 | Debra O Fullem | Prepare September summary of fees and expenses. | 0.20 |
| 10/25/05 | Debra O. Fullem | Prepare update to fee summary charts and forward to R. Wyron. | 0.60 |
| 10/26/05 | Debra O Fullem | Review e-mail from R. Wyron regarding fee charts and status of billings and payments. | 0.10 |
| 10/27/05 | Debra O. Fullem | Finalize September fee application and send draft to R. Wyron | 0.80 |
| 10/27/05 | Debra O Fullem | Review fee summaries with R. Wyron and discuss timing of filing fee applications, scheduling hearings. | 0.20 |
| 10/27/05 | Debra O Fullem | Review fee summaries with accounting. | 0.20 |
| 10/27/05 | Debra O Fullem | Confer with R. Wyron regarding filing of CNO on July fee application. | 0.20 |
| 10/27/05 | Debra O. Fullem | Review docket update as to fee applications. | 0.20 |
| 10/28/05 | Debra O. Fullem | Prepare CNO relating to Swidler's July fee application; coordinate signature by R. Frankel; coordinate filing and serving of same. | 0.50 |
| 10/28/05 | Debra O. Fullem | Review files and fee summary charts; prepare e-mail to R. Malstrom regarding questions on account. | 0 60 |
| 10/28/05 | Richard H. Wyron | Review status of fee application and organize filing schedule for the rest of the year. | 0.40 |

## SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
11/28/05
Page 3

CLIENT: 25369
MATTER: 0011
INVOICE: 295217

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Richard H. Wyron | $545.00 | 1.40 | $763.00 |
| Debra O. Fullem | $195.00 | 9.90 | $1,930.50 |
| **TOTAL HOURS & FEES** | | **11.30** | **$2,693.50** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 106.35 |
| Postage | 1.20 |
| Federal Express | 86.71 |
| **TOTAL OTHER CHARGES** | **$194.26** |

**CURRENT INVOICE DUE**.......................................................................**$2,887.76**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON. D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/28/05
INVOICE NUMBER: 295217

OUR REFERENCE: 25369.0011

## INVOICE SUMMARY

TOTAL FEES .................................................. $2,693.50

TOTAL OTHER CHARGES ................................. $194.26

**TOTAL AMOUNT DUE** ................................. **$2,887.76**

*REMITTANCE INFORMATION:*

**U.S. Mail:**

Swidler Berlin LLP
Attn: Accounting Department
P O Box 3766
Washington. DC 20027-3766

**U.S. Electronic Funds Transfer:**

Name of Bank:      Wachovia Bank. N A Washington DC
Account Title:      Swidler Berlin LLP
Account No :        2000024531692
ABA Routing No :    054001220

**International Electronic Funds Transfer:**

Name of Bank       Wachovia Bank. N.A  Washington, DC
Account Title:      Swidler Berlin LLP
Account No :        2000024531692
Swift Code:         PNBPUS33
CHIPS.              0509
ABA Routing No :    026005092

Please Note Our Reference and Invoice Numbers When Making Payment

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/28/05
INVOICE NUMBER: 295218

CLIENT/CASE: 25369.0012

RE:  Compensation of Professionals--Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/31/05 | Richard H. Wyron | Review emails and related notes regarding Tillinghast billings. | 0.30 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Richard H. Wyron | $545.00 | 0.30 | $163.50 |
| **TOTAL HOURS & FEES** | | **0.30** | **$163.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

**CURRENT INVOICE DUE**...........................................................................**$163.50**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/28/05
INVOICE NUMBER: 295218

OUR REFERENCE: 25369.0012

## INVOICE SUMMARY

TOTAL FEES ............................................................................................... $163.50

TOTAL OTHER CHARGES .................................................................... $0.00

**TOTAL AMOUNT DUE** ........................................................................ **$163.50**

*REMITTANCE INFORMATION*:

**U.S. Mail:**

Swidler Berlin LLP
Attn: Accounting Department
P O Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**

Name of Bank:      Wachovia Bank, N A  Washington  DC
Account Title:      Swidler Berlin LLP
Account No :        2000024531692
ABA Routing No :   054001220

**International Electronic Funds Transfer:**

Name of Bank:      Wachovia Bank, N A  Washington, DC
Account Title:      Swidler Berlin LLP
Account No :        2000024531692
Swift Code:         PNBPUS33
CHIPS:              0509
ABA Routing No :   026005092

Please Note Our Reference and Invoice Numbers When Making Payment

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW. SUITE 300
WASHINGTON, D C  20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/28/05
INVOICE NUMBER: 295214

CLIENT/CASE: 25369.0004

RE:  Due Diligence

## FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/11/05 | Roger L Frankel | Telephone conference with J. Radecki regarding Bear Stearns, purchase of business by debtor. | 0.30 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $645.00 | 0.30 | $193.50 |
| **TOTAL HOURS & FEES** | | **0.30** | **$193.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

CURRENT INVOICE DUE.................................................................$193.50

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/28/05
INVOICE NUMBER: 295214

OUR REFERENCE: 25369.0004

## INVOICE SUMMARY

TOTAL FEES .................................................................................... $193.50

TOTAL OTHER CHARGES ....................................................................... $0.00

**TOTAL AMOUNT DUE** ....................................................................... **$193.50**

*REMITTANCE INFORMATION:*

U.S. Mail:

Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington. DC 20027-3766

U.S. Electronic Funds Transfer:

Name of Bank:      Wachovia Bank. N.A. Washington. DC
Account Title:     Swidler Berlin LLP
Account No        2000024531692
ABA Routing No :   054001220

International Electronic Funds Transfer:

Name of Bank:      Wachovia Bank. N.A. Washington. DC
Account Title:     Swidler Berlin LLP
Account No. :      2000024531692
Swift Code:        PNBPUS33
CHIPS:             0509
ABA Routing No     026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/28/05
INVOICE NUMBER: 295215

CLIENT/CASE: 25369.0007

RE: Litigation

## FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/03/05 | Debra L. Felder | Review pleadings scheduled for November omnibus hearing. | 1.60 |
| 10/03/05 | Monique D. Almy | Review Notice of Appeal from Order entered September 22, 2005. | 0.10 |
| 10/03/05 | Monique D. Almy | Review Disclosure of Anticipated Fact Witness filed by W.R. Grace. | 0.20 |
| 10/03/05 | Monique D. Almy | Review Notice of Disposition of Equity Securities filed by Citadel Equity. | 0.10 |
| 10/03/05 | Monique D. Almy | Review Debtors' Preliminary Witness Disclosure for Asbestos Property Damage Estimation Phase II. | 0.20 |
| 10/04/05 | Debra L. Felder | Review pleadings in preparation for supplemental objection to exclusivity motion. | 2.60 |
| 10/07/05 | Monique D. Almy | Review Disclosure of Anticipated Fact Witnesses filed by W.R. Grace. | 0.30 |
| 10/07/05 | Monique D. Almy | Review Debtors' Preliminary Witness Disclosure for Asbestos Property Damage Estimation Phase II. | 0.30 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
11/28/05
Page 2

CLIENT: 25369
MATTER: .0007
INVOICE: 295215

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|------------------------|-------|
| 10/10/05 | Monique D. Almy | Review Motion for (i) Clarification or (ii) Alternatively, for Modification of Case Management Order for the Estimation of Personal Injury Liabilities. | 0.20 |
| 10/10/05 | Monique D. Almy | Review Motion to Establish Deadline to File Proofs of Claim Bar Date for Asbestos Personal Injury Pre-Petition Litigation Claims. | 0.10 |
| 10/11/05 | Roger L. Frankel | Review motion for bar date from Grace; review prior pleadings regarding questionnaire, related issues | 1.60 |
| 10/12/05 | Debra L. Felder | Review docket and recently filed pleadings. | 0.90 |
| 10/14/05 | Debra L. Felder | Review recently filed pleadings and prepare e-mail summary regarding same. | 1.50 |
| 10/14/05 | Roger L. Frankel | Review series of pleadings regarding questionnaire, clarifications of same; notes regarding same | 0.70 |
| 10/17/05 | Roger L. Frankel | Review series of pleadings related to PI claims issues | 0.30 |
| 10/17/05 | Roger L. Frankel | Review pleadings re Bear Stearns, pleadings re litigation on property damage. | 0.80 |
| 10/17/05 | Monique D. Almy | Review notice of agenda of matters scheduled for hearing 10/24/2005. | 0.20 |
| 10/17/05 | Monique D. Almy | Review Memorandum of Law of the Official Committee of Asbestos Property Damage Claimants in Opposition to Consideration of the Debtors' Proposed "Methodology Issue" as Part of the Estimation of Asbestos Property Damage Claims. | 0.50 |
| 10/17/05 | Monique D. Almy | Review Brief of Debtors' in Support of an Estimation Hearing on Constructive Notice in Property Damage Claims . | 0.50 |
| 10/19/05 | Richard H. Wyron | Review insurers' proposed 2019/Estimation Order (.7); outline FCR issues for call with R. Frankel and notes re same (.4); participate in call with insurer counsel on 2019/Estimation Order and follow-up notes (1.1). | 2.20 |
| 10/19/05 | Roger L. Frankel | Review issues with R. Wyron in preparation for hearing; notes re same. | 0.40 |
| 10/20/05 | Roger L. Frankel | Review with R. Wyron issues re effect of estimation proceeding on insurers; notes re same. | 0.50 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
11/28/05
Page 3

CLIENT:  25369
MATTER:  .0007
INVOICE: 295215

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/20/05 | Roger L. Frankel | Review ACC Interrogatories and Requests for Production re estimation hearing (1.6); notes re litigation and confer with R. Wyron re same (.3). | 1.90 |
| 10/20/05 | Roger L. Frankel | Telephone conference with J. Biggs re assignment; exchange of e-mails re meeting. | 0.40 |
| 10/20/05 | Richard H. Wyron | Review order from insurers, consider necessary changes and discuss with R. Frankel (.8); outline revised version and call to D. Felder (.4). | 1.20 |
| 10/20/05 | Debra L. Felder | Telephone conference with R. Wyron regarding 2019 Order (.1); review hearing transcript from September 26 omnibus hearing (2.0); review proposed order regarding PI CMO (1.0). | 3.10 |
| 10/21/05 | Debra L. Felder | Review PI CMO | 0.40 |
| 10/21/05 | Richard H. Wyron | Review insurers' proposed order and debtors' proposed order; revise and draft FCR proposal and circulate. | 2.60 |
| 10/21/05 | Roger L. Frankel | Review draft order re standing of insurers in estimation proceeding. | 0.70 |
| 10/21/05 | Roger L. Frankel | Review issues with R. Wyron in preparation for hearing; notes re same. | 0.50 |
| 10/21/05 | Roger L. Frankel | Telephone conference with P. Lockwood re Monday hearing, insurer issues; notes re same. | 0.30 |
| 10/22/05 | Roger L. Frankel | Review debtor's brief and supporting reports re constructive notice on PD claims. | 0.80 |
| 10/22/05 | Roger L. Frankel | Telephone conference with R. Wyron re P. Lockwood call, and discuss hearing on Monday. | 0.20 |
| 10/22/05 | Richard H. Wyron | Call with R. Frankel regarding strategy for 10/24 hearing (.2); review pleadings (.3). | 0.50 |
| 10/24/05 | Richard H. Wyron | Prepare for hearing (.6); attend omnibus hearing, and follow-up discussions, including call to R. Frankel (2.7). | 3.30 |
| 10/24/05 | Monique D. Almy | Attend omnibus hearing telephonically. | 3.30 |
| 10/24/05 | Debra L. Felder | E-mail correspondence to R. Frankel, R. Wyron, M. Almy, J. Radecki and J. Brownstein regarding upcoming omnibus hearing. | 0.10 |

SWIDLER BERLIN LLP

David Austern, FCR (for W R. Grace & Co,)
11/28/05
Page 4

CLIENT:  25369
MATTER:  .0007
INVOICE: 295215

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/24/05 | Debra L. Felder | Review docket and begin preparing supplemental objection to motion to extend exclusive periods. | 0.90 |
| 10/24/05 | Roger L. Frankel | Telephone conference with R. Wyron, P. Lockwood in preparation for hearing. | 0.20 |
| 10/24/05 | Roger L. Frankel | Review ACC opposition to attorney questionnaire. | 0.70 |
| 10/24/05 | Roger L. Frankel | Telephone conference with R. Wyron re hearing, strategic issues. | 0.30 |
| 10/25/05 | Roger L. Frankel | Confer with R. Wyron re status, strategy issues. | 0.40 |
| 10/25/05 | Roger L. Frankel | Review D. Felder memo re recently filed motions. | 0.50 |
| 10/25/05 | Roger L. Frankel | Review debtor slides from hearing re attorney questionnaire (.5); telephone conference with D. Austern re hearing (.1). | 0.60 |
| 10/25/05 | Debra L. Felder | Review pleadings for upcoming omnibus hearing and prepare e-mail summary regarding same. | 2.10 |
| 10/25/05 | Debra L. Felder | Review hearing transcripts regarding objection to motion to set bar date. | 2.80 |
| 10/25/05 | Richard H. Wyron | Confer with R. Frankel (.4); review agenda for next omnibus hearing and notes regarding same (.5); confer with D. Felder (.3). | 1.20 |
| 10/25/05 | Richard H. Wyron | Review e-mails on ZAI status conference and respond. | 0.30 |
| 10/26/05 | Richard H. Wyron | Review draft brief on objection to bar date (.9); outline FCR response (.5); review issues on proposed 2019 order, and review and reply to e-mails regarding same (.7). | 2.10 |
| 10/26/05 | Debra L. Felder | Begin preparing timeline regarding objection to exclusivity motion; review docket and pleadings regarding same | 3.50 |
| 10/26/05 | Roger L. Frankel | Confer with J. Radecki re exclusivity issues; notes. | 0.40 |
| 10/26/05 | Roger L. Frankel | Review memo re prior hearings related to bar date motion. | 0.40 |
| 10/26/05 | Roger L. Frankel | Exchange of e-mails re ZAI conference call. | 0.20 |
| 10/27/05 | Roger L. Frankel | Review and take notes re C&D draft objection to bar date motion. | 1.10 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
11/28/05
Page 5

CLIENT:  25369
MATTER:  .0007
INVOICE: 295215

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/27/05 | Roger L. Frankel | Review litigation issues with R. Wyron (.4); prepare notes re strategy considerations (.4). | 0.80 |
| 10/27/05 | Debra L. Felder | Review Debtors' motion to set a bar date. | 0.40 |
| 10/27/05 | Debra L. Felder | Review and revise timeline regarding objection to exclusivity motion. | 3.50 |
| 10/27/05 | Monique D. Almy | Review Modified Order Granting Motion of Reaud, Morgan & Quinn, Inc. and Environmental Litigation Group, P.C. for Clarification of Case Management Order. | 0.10 |
| 10/27/05 | Monique D. Almy | Review Debtors' Reply Brief in Support of the Disallowance and Expungement of Improper Claims Filed by Speights & Runyan. | 0.60 |
| 10/28/05 | Debra L. Felder | Review objection to PI bar date motion (1.0); telephone conferences with T. Peterson, J. Phillips, R. Wyron and R. Meade re filing pleadings (1.0). | 2.00 |
| 10/28/05 | Debra L. Felder | Conference with R. Wyron regarding strategy. | 0.20 |
| 10/28/05 | Roger L. Frankel | Review, revise objection to bar date motion (.8); confer with R. Wyron re same (.2). | 1.00 |
| 10/31/05 | Roger L. Frankel | Review equity committee pleading, others re bar date issue. | 0.60 |
| 10/31/05 | Roger L. Frankel | Confer with R. Wyron in preparation for meeting with Tillinghast; review file in preparation for meeting. | 0.90 |
| 10/31/05 | Roger L. Frankel | Review proposed order re insurance neutrality - estimation proceeding. | 0.60 |
| 10/31/05 | Monique D. Almy | Review Debtors' Seventeenth Quarterly Report of Settlements From July 1, 2005 Through September 30, 2005. | 0.20 |
| 10/31/05 | Monique D. Almy | Review Opposition of The Official Committee of Asbestos Personal Injury Claimants to the Debtors' Motion for an Order Establishing a Proof of Claim Bar Date for Asbestos Personal Injury Pre-Petition Litigation Claims. | 0.30 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co.)
11/28/05
Page 6

CLIENT:  25369
MATTER:  .0007
INVOICE: 295215

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|------------------------|-------|
| 10/31/05 | Monique D. Almy | Review Debtors' Response to the PD Committee's Opposition to Consideration of the "Methodology Issue" as Part of the Estimation of Asbestos Property Damage Claims. | 0.60 |
| 10/31/05 | Monique D. Almy | Review Memorandum of Law of The Official Committee of Asbestos Property Damage Claimants in Opposition to Debtors' Brief in Support of an Estimation Hearing on Constructive Notice in Property Damage Claims | 0.50 |
| 10/31/05 | Richard H. Wyron | Review notes and file in preparation for meeting with Tillinghast on estimation issues, and prepare outline for discussion (1.6); review agenda from R. Frankel (.3); review draft insurance/2019 order from J. Baer and circulate (.6); review draft timeline on exclusivity and provide comments (.8). | 3.30 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Monique D. Almy | $460.00 | 8.30 | $3,818.00 |
| Roger L. Frankel | $645.00 | 17.80 | $11,481.00 |
| Richard H. Wyron | $545.00 | 16.70 | $9,101.50 |
| Debra L. Felder | $255.00 | 25.60 | $6,528.00 |
| **TOTAL HOURS & FEES** | | **68.40** | **$30,928.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 1,105.20 |
| Postage | 404.46 |
| Printing | 1.60 |
| **TOTAL OTHER CHARGES** | **$1,511.26** |

CURRENT INVOICE DUE.....................................................................$32,439.76

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D C 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0007

INVOICE DATE: 11/28/05
INVOICE NUMBER: 295215

## INVOICE SUMMARY

TOTAL FEES .................................................................................$30,928.50

TOTAL OTHER CHARGES ..............................................................$1,511.26

**TOTAL AMOUNT DUE** .............................................................**$32,439.76**

*REMITTANCE INFORMATION:*

**U.S. Mail:**

Swidler Berlin LLP
Attn: Accounting Department
P O Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**

Name of Bank:      Wachovia Bank, N A Washington DC
Account Title:     Swidler Berlin LLP
Account No :       2000024531692
ABA Routing No :   054001220

**International Electronic Funds Transfer:**

Name of Bank       Wachovia Bank, N A Washington, DC
Account Title:     Swidler Berlin LLP
Account No :       2000024531692
Swift Code:        PNBPUS33
CHIPS.             0509
ABA Routing No :   026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/28/05
INVOICE NUMBER: 295216

CLIENT/CASE: 25369.0009

RE: Retention of Professionals--Swidler

## FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/28/05 | Richard H. Wyron | Review e-mails on potential representation of coalition and draft disclosure regarding same. | 0.70 |
| 10/31/05 | Debra O. Fullem | Review e-mails regarding potential representation of coalition and supplemental disclosure; discuss with R. Wyron. | 0.50 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Richard H. Wyron | $545.00 | 0.70 | $381.50 |
| Debra O. Fullem | $195.00 | 0.50 | $97.50 |
| **TOTAL HOURS & FEES** | | **1.20** | **$479.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 12.00 |
| **TOTAL OTHER CHARGES** | **$12.00** |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)                    CLIENT:  25369
11/28/05                                                     MATTER:  0009
Page 2                                                       INVOICE: 295216

**CURRENT INVOICE DUE**...........................................................................**$491.00**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/28/05
INVOICE NUMBER: 295216

OUR REFERENCE: 25369.0009

## INVOICE SUMMARY

TOTAL FEES .................................................................$479.00

TOTAL OTHER CHARGES ...........................................$12.00

**TOTAL AMOUNT DUE** ..............................................**$491.00**

_REMITTANCE INFORMATION_:

**U.S. Mail:**

Swidler Berlin LLP
Attn: Accounting Department
P O Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**

Name of Bank:      Wachovia Bank, N A  Washington  DC
Account Title      Swidler Berlin LLP
Account No :       2000024531692
ABA Routing No :   054001220

**International Electronic Funds Transfer:**

Name of Bank:      Wachovia Bank  N A  Washington  DC
Account Title:     Swidler Berlin LLP
Account No :       2000024531692
Swift Code:        PNBPUS33
CHIPS:             0509
ABA Routing No :   026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/28/05
INVOICE NUMBER: 295219

CLIENT/CASE: 25369.0014

RE:  Travel Time (Non-Working)

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 10/24/05 | Richard H. Wyron | Travel to and from Wilmington for hearing. | 3.00 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Richard H. Wyron | $272.50 | 3.00 | $817.50 |
| **TOTAL HOURS & FEES** | | **3.00** | **$817.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

CURRENT INVOICE DUE.......................................................................$817.50

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D C  20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 11/28/05
INVOICE NUMBER: 295219

OUR REFERENCE: 25369.0014

## INVOICE SUMMARY

TOTAL FEES .................................................................. $817.50

TOTAL OTHER CHARGES .............................................. $0 00

**TOTAL AMOUNT DUE** ................................................. **$817.50**

*REMITTANCE INFORMATION:*

**U.S. Mail:**

Swidler Berlin LLP
Attn: Accounting Department
P O Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**

Name of Bank:     Wachovia Bank N A Washington DC
Account Title       Swidler Berlin L LP
Account No :       2000024531692
ABA Routing No :  054001220

**International Electronic Funds Transfer:**

Name of Bank:     Wachovia Bank. N A  Washington, DC
Account Title:       Swidler Berlin LLP
Account No :       2000024531692
Swift Code:         PNBPUS33
CHIPS               0509
ABA Routing No :  026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**