## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

)
)
)      Chapter 11
)      Case No. 01-01139 (JKF)
In re:  W.R. GRACE & CO., et al.,       )      (Jointly Administered)
)
Debtors.        )
)
_____)

### SUPPLEMENT TO CLAIMANT STATE OF CALIFORNIA, DEPARTMENT OF GENERAL SERVICES' RESPONSE TO DEBTORS' FIFTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO ASBESTOS PROPERTY DAMAGE CLAIMS

Claimant State of California, Department of General Services (the "Claimant"), respectfully submits this supplement in further support of its October 24, 2005 response ("Response") to the Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims (the "Fifteenth Omnibus Objection").

After Claimant's service of the Response, Claimant's expert, MVA, Inc. ("MVA"), analyzed three samples taken from one of its buildings located at 2501 Harbor Blvd., Costa Mesa, California (the "Property"), which is subject of Claimant's Claim Nos. 10654 and 10657. Claimant requested MVA to perform a constituent analysis of the samples, the results of which are contained in a November 2, 2005 report by MVA. A true copy of the November 2, 2005 report is attached hereto as Exhibit A.

As the report reflects, the three samples taken from the Property were assigned identification numbers MVA5394-Q1885 (taken from Room 104, SE Corner of the Property), MVA5394-Q1886 (taken from Room 145, SE Corner of the Property), and MVA5394-Q1887 (taken from the Second Floor, S. Hallway between Rooms 222 and 229). See Exhibit A at p. 3. Constituent analyses of the three samples yielded a positive match with the Debtors' Zonolite

Acoustical Plastic. See id. at p. 4. MVA also conducted a polarized light microscopy analysis, the results of which demonstrate that the asbestos level of the Property is 15% Chrysotile. See id. at 6-8, 11.

To the extent that the Debtors will (again) argue that they probably did not manufacture the acoustical plaster in the Property (Debtors' objection code D-1(C)), the results of the analyses sufficiently rebuts that speculative contention. Moreover, any objection by the Debtors that Claimant has failed to provide any documentation reflecting asbestos levels (Debtors' objection code E-1) is meritless since Claimant has already provided numerous MVA reports reflecting the asbestos levels in its buildings with its Response and has now provided additional information concerning such levels.

For the reasons herein and in its Response, Claimant respectfully reiterates its request that the Court overrule the objections in the Debtors' Fifteenth Omnibus Objection.

Dated: New York, New York
November 30, 2005

                    **HAHN & HESSEN LLP**
                    Counsel for Claimant
                    State of California, Department of General Services

            By: _____
                    Steven J. Mandelsberg
                    Christine J. Kang

                    488 Madison Avenue
                    New York, New York 10022
                    (212) 478-7200

TO:

Janet S. Baer, Esq.
Michelle Browdy, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
Co-Counsel for Debtors and Debtors in Possession
(via e-mail and first class mail)

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Co-Counsel for Debtors and Debtors in Possession
(via e-mail and first class mail)

Exhibit A

**Report of Results:  MVA5394**

**Constituent Analysis**
**Fairview Developmental Center**
**Costa Mesa, CA**

**Prepared for:**

**State of California**
**Department of General Services**
**Seismic & Special Programs**
**707 West 3rd Street**
**West Sacramento, CA 95605**

**Respectfully Submitted by:**

**Randy Boltin**
**Senior Research Scientist**

**Tim B. Vander Wood**
**Executive Director**

**MVA Scientific Consultants**
**3300 Breckinridge Boulevard**
**Suite 400**
**Duluth, GA  30096**

**2 November 2005**



## Report of Results: MVA5394

### Constituent Analysis
### Fairview Developmental Center
### Costa Mesa, CA

### Introduction

This report contains the analytical results and their interpretation for three (3) samples of suspected asbestos-containing building materials from Fairview Developmental Center, 2501 Harbor Boulevard, Costa Mesa, CA. The samples were received at MVA Scientific Consultants via Federal Express on 26 October 2005. MVA Scientific Consultants was requested to perform constituent analysis and conduct formula matching on the samples. Assigned MVA sample identifiers, sample descriptions and locations are provided in Table 1. The requested work was conducted over the period of 27 October to 31 October 2005.

The samples were first examined by polarized light microscopy (PLM) including microchemical tests. One sample was further analyzed by scanning electron microscopy (SEM) combined with energy dispersive x-ray spectrometry (EDS), and by analytical electron microscopy (AEM) utilizing EDS and selected area electron diffraction (SAED). Wet chemistry was also performed on this sample to determine an acid soluble weight percent. The results of all analyses and a data interpretation sheet for the samples are included as an appendix to this report.

Product formula matches were derived from comparison between determined sample composition and available product formulas. In any case where more than one product formula matched the determined composition, each match was noted. If no available product formula matched the determined sample composition, a 'no match' was indicated.

### Results

PLM examination of the three samples revealed that they belong to one group. The results of product formula matching for the samples are found in Table 2. The data on which the matches rely are included on the Data Interpretation page in the appendix.

The samples are a positive match for "Zonolite Acoustical Plastic" manufactured by W.R. Grace and Company.

## Table 1:  Sample Descriptions and Locations

**MVA Project No. 5394**
**Fairview Developmental Center**
**Costa Mesa, CA**

| Client Sample ID | MVA Sample ID | Description | Location |
|---|---|---|---|
| 1 | MVA5394-Q1885 | Acoustical Ceiling Material | Room 104, SE Corner |
| 2 | MVA5394-Q1886 | Acoustical Ceiling Material | Room 145, SE Corner |
| 3 | MVA5394-Q1887 | Acoustical Ceiling Material | 2ND floor, S. Hallway Between Rooms 222 & 229 |

**Table 2:  Summary of Results**

**MVA Project No. 5394**
**Fairview Developmental Center**
**Costa Mesa, CA**

**Group 1**
**Product Formula(s) Matched:**    "Zonolite Acoustical Plastic"
manufactured by W.R. Grace and Company

|      Client Sample ID      |        MVA Sample ID        |
| :------------------------: | :-------------------------: |
|             1              |        MVA5394-Q1885        |
|             2              |        MVA5394-Q1886        |
|             3              |        MVA5394-Q1887        |

# A P P E N D I X

## Analytical Results and Interpretation

## MVA Scientific Consultants

### Data Interpretation

**Group:** 1

**Sample ID:** MVA5394-Q1885,-Q1886,-Q1887

**Project:** State of California

**Location:** Fairview Developmental Center, 2501 Harbor Blvd., Costa Mesa, CA

**Type:** Acoustical Ceiling Material

**Construction Date:** Not Provided

**Product Formula Matched:** "Zonolite Acoustical Plastic"

**Manufacturer:** W.R. Grace and Company

| Constituent Identified | Estimated Weight Percent (Avg)* |
|---|---|
| Chrysotile | ~15% |
| Vermiculite | ~67% |
| Montmorillonite | ~18% |

**Comments:** Trace/minor amounts of granular minerals, incl. quartz, feldspar, pyroxene and amphibole were detected. A trace amount of asbestiform tremolite-actinolite was detected in sample MVA5394-Q1887. *Estimated weight percent based on light microscopy in conjunction with acid soluble test result.

# MVA Scientific Consultants
## PLM Constituent Analysis

**MVA Project No.:** 5394

**MVA Sample ID:** Q1885          **Client Sample ID:** 1

**Examination using the stereomicroscope:** Tan flaky material with white fibers; an off-white surface paint layer is present and appears to penetrate ~2 mm into the tan flaky material though the possible presence of a thin layer between the surface paint and the tan flaky material cannot be precluded.

| CONSTITUENT | Percent | CONSTITUENT | Percent | CONSTITUENT | Percent |
|---|---|---|---|---|---|
| Fibers: | | Pigment: | | Fillers: | |
| Cotton | | Binders: | | Diatoms | |
| Fiberglass | | Kaolinite (-) | | Iron Chromite | |
| Filament | | Montmorillonite (+) | ~18 v/v | Iron Oxide | |
| Wool | | Gypsum | | Limestone | <1 v/v |
| Mineral Wool | | Anhydrite | | Magnetite | <1 v/v |
| Hair | | Portland Cement | | Mica | |
| Paper/Wood | | Lime (hydrated) | | Perlite | |
| Chem. Proc. | | Precipitated | | Synthetic Foam | |
| Mech. Proc. | | Carbonate | | Pumice | |
| Synthetic | | Starch (-) | | Quartz | <1 v/v |
| Other: | | Other: | | Talc | |
| | | | | Vermiculite | ~67 v/v |
| | | | | Other: | |
| | | | | | |

## Asbestos Minerals

| | | | | | |
|---|---|---|---|---|---|
| Chrysotile | ~15 v/v | Anthophyllite | | Tremolite/ | |
| Amosite | | Crocidolite | | Actinolite | |

**Comments:** Room 104, SE Corner   The paint is excluded from the above analysis.

**Analyst:** Randy Boltin                                    **Date:** 10/27/05

**Notations:** Starch and clay stains checked: OK   WRB 10/27/05

# MVA Scientific Consultants
## PLM Constituent Analysis

**MVA Project No.:** 5394

**MVA Sample ID:** Q1886                    **Client Sample ID:** 2

**Examination using the stereomicroscope:** Tan flaky material with white fibers; an off-white surface paint layer is present and appears to penetrate ~1 mm or less into the tan flaky material.

| CONSTITUENT | Percent | CONSTITUENT | Percent | CONSTITUENT | Percent |
|---|---|---|---|---|---|
| Fibers: | | Pigment: | | Fillers: | |
| Cotton | | Binders: | | Diatoms | |
| Fiberglass | | Kaolinite  (-) | | Iron Chromite | |
| Filament | | Montmorillonite (*) | | Iron Oxide | |
| Wool | | Gypsum | | Limestone | <1 v/v |
| Mineral Wool | | Anhydrite | | Magnetite | <1 v/v |
| Hair | | Portland Cement | | Mica | |
| Paper/Wood | | Lime (hydrated) | | Perlite | |
| Chem. Proc. | | Precipitated | | Synthetic Foam | |
| Mech. Proc. | | Carbonate | | Pumice | |
| Synthetic | | Starch  (-) | | Quartz | ** |
| Other: | | Other: | | Talc | |
| | | | | Vermiculite | ~83 v/v |
| | | | | Other: | |
| | | | | | |
| | | | | | |

## Asbestos Minerals

| | | | | | |
|---|---|---|---|---|---|
| Chrysotile | ~15 v/v | Anthophyllite | | Tremolite/ | |
| Amosite | | Crocidolite | | Actinolite | |

**Comments:** Room 145, SE Corner   The paint is excluded from the above analysis.
*Clay (montmorillonite) may be present and included in the vermiculite percentage but could not be confirmed by PLM.  **Quartz + nonasbestiform amphibole and/or pyroxene comprise ~2 v/v of the sample.

**Analyst:**   Randy Boltin                    **Date:** 10/27/05

**Notations:**

# MVA Scientific Consultants

## TEM EXAMINATION

**MVA PROJECT #:**    5394

**MVA SAMPLE #:**    Q1886

**CLIENT SAMPLE I.D. #:**  2

**Equipment/Methods:**    10 ml drop mount of subsample dispersed in 20 ppm methyl cellulose-in-deionized water prepared on a Cu TEM grid; examined at 28,000X magnification for montmorillonite confirmation using a Philips CM120 TEM

**Analysis Results:**    Presence of montmorillonite confirmed (estimated common/minor in abundance)

**Analyst:**  Randy Boltin                                        **Date:**  10/31/05







# MVA Scientific Consultants
## PLM Constituent Analysis

**MVA Project No.:** 5394

**MVA Sample ID:** Q1887                    **Client Sample ID:** 3

**Examination using the stereomicroscope:** Tan flaky material with white fibers; an off-white surface paint layer is present and appears to penetrate from <1 mm to between 1 and 2 mm into the tan flaky material.

| CONSTITUENT | Percent | CONSTITUENT | Percent | CONSTITUENT | Percent |
|---|---|---|---|---|---|
| Fibers: | | Pigment: | | Fillers: | |
| Cotton | | Binders: | | Diatoms | |
| Fiberglass | | Kaolinite (-) | | Iron Chromite | |
| Filament | | Montmorillonite (+) | ~18 v/v | Iron Oxide | |
| Wool | | Gypsum | | Limestone | <1 v/v |
| Mineral Wool | | Anhydrite | | Magnetite | <1 v/v |
| Hair | | Portland Cement | | Mica | |
| Paper/Wood | | Lime (hydrated) | | Perlite | |
| Chem. Proc. | | Precipitated | | Synthetic Foam | |
| Mech. Proc. | | Carbonate | | Pumice | |
| Synthetic | | Starch (-) | | Quartz/Feldspar | <1 v/v |
| Other: | | Other: | | Talc | |
| | | | | Vermiculite | ~67 v/v |
| | | | | Other: | |
| | | | | | |
| | | | | | |

### Asbestos Minerals

| Chrysotile | ~15 v/v | Anthophyllite | _____ | Tremolite/ | |
| Amosite | _____ | Crocidolite | _____ | Actinolite | _____ |

**Comments:** 2nd Floor, S. Hallway Between Rms 222 and 229   The paint is excluded from the above analysis.

**Analyst:**   Randy Boltin                                    **Date:** 10/27/05

**Notations:**

# MVA Scientific Consultants

## SEM Constituent Analysis

**MVA Project No.:** 5394

**MVA Sample ID:** Q1887

**Client Sample ID:** 3

| CONSTITUENT | PRESENT | CONSTITUENT | PRESENT |
|---|---|---|---|
| **Fibers:** | | **Pigments:** | |
| Glass | | Titanium | |
| Mineral Wool | | Barium | |
| Other | | Zinc | |
| | | Other | |
| **Fillers:** | | **Binders:** | |
| Diatoms | | Clay | |
| Fe Particle | Trace | Kaolin | |
| Mica | | Montmorillonite | Trace |
| Perlite | | Other | |
| Talc (elong) | | Ca | |
| Talc (platy) | | Ca-Mg | |
| Si | Trace | Ca-S | |
| Vermiculite | Common | Ca-Si | |
| Other-Mg-Si(Platy) | Trace | Ca-Al-Si | |
| | | Ca-Fe-Al-Si | |
| **Asbestos Minerals:** | | Mg-Fe | |
| | | Al-Si | |
| Amosite | | Others | |
| Anthophyllite | | | |
| Chrysotile | Minor | | |
| Crocidolite | | | |
| Tremolite/Actinolite | | | |

NOTE: Particle identification is based upon consistency of morphology and elemental composition with known references.

**Comments:**

**Analyst:** Randy Boltin

**Date:** 10/28/05























# MVA Scientific Consultants

## AEM Constituent Analysis

**MVA Project No.:**  5394

**MVA Sample ID:**  Q1887

**Client Sample ID:**  3

| CONSTITUENT | PRESENT | CONSTITUENT | PRESENT |
|---|---|---|---|
| **Fibers:** | | **Pigments:** | |
| Glass fibers | | $TiO_2$ | |
| Others | _____ | $BaSO_4$ | _____ |
| | | ZnS | _____ |
| | | Other | _____ |
| **Fillers:** | | **Binders:** | |
| Diatoms | _____ | Clay | |
| Fe Particle | Trace |   Kaolin (xltn) | _____ |
| Mica | _____ |   Kaolin (calc.) | |
| Perlite | _____ |   Smectite | Common |
| Talc (elong) | _____ | Ca (ppt) | _____ |
| Talc (platy) | _____ | Ca (xltn) | _____ |
| Quartz | _____ | Ca-Mg, particle | _____ |
| Vermiculite | Common | Ca-S (ppt) | _____ |
| Other | _____ | Ca-S (xtln) | _____ |
| | | Ca-Si (ppt) | _____ |
| **Asbestos Minerals:** | | Ca-Si, particle | _____ |
| | | Ca-Al-Si | _____ |
| Amosite | _____ | Ca-Fe-Al-Si | _____ |
| Anthophyllite | | Mg-Fe, particle | _____ |
| Chrysotile | Common | Mg-S | _____ |
| Crocidolite | _____ | Si (ppt) | _____ |
| Tremolite/Actinolite | _____ | Si (xtln) | _____ |
| | | Others | _____ |

NOTE: Particle identification is based upon consistency of SAED characteristics, elemental composition and morphology with known references.

**Comments:**  Smectite properties are consistent with montmorillonite.

**Analyst:**  Randy Boltin/Whitney Hill

**Date:** 10/28/05









# MVA Scientific Consultants

## Acid Soluble Weight Percent Determination

**Date:** 10/27/05

**MVA #:** 5394

**Sample I.D. #:** Q1887

| Initial Weights | | (in grams) |
|---|---|---|
| 1. | Vial w/lid | 4.21587 |
| 2. | Vial + Sample | 4.36490 |
| 3. | Sample Weight (S2-S1) | 0.14903 |
| 4. | Filter (in container) | 10.05229 |

**Weights Following Acid Treatment**

| | | |
|---|---|---|
| 5. | Filter + Sample | 10.18540 |
| 6. | Insoluble Residue (S5-S4) | 0.13311 |
| 7. | Soluble Fraction (S3-S6) | 0.01592 |

**Calculation**

| | | |
|---|---|---|
| 8. | % Soluble (S7/S3) x 100% | 11% |

**Comments:**

**Analyst:** Randy Boltin

Filter Examination:  Common – vermiculite, chrysotile, montmorillonite

Common/Minor – granular minerals (quartz, feldspar, clinopyroxene) (mainly as 3 large sand/small pebble fragments accounting for the main volume of non-fibrous mineral matter)

Trace – cotton/cellulose, asbestiform tremolite/actinolite
WRB  10/29/05

## MVA Scientific Consultants

### Acid Soluble Weight Percent Determination

**Date:**  10/31/05

**MVA #:**  5394

**Sample I.D. #:**  Q1887

**Initial Weights**                                        **(in grams)**

| | | |
|---|---|---|
| 1. | Vial w/lid | 4.19335 |
| 2. | Vial + Sample | 4.28370 |
| 3. | Sample Weight (S2-S1) | 0.09035 |
| 4. | Filter (in container) | 10.07975 |

**Weights Following Acid Treatment**

| | | |
|---|---|---|
| 5. | Filter + Sample | 10.16816 |
| 6. | Insoluble Residue (S5-S4) | 0.08841 |
| 7. | Soluble Fraction (S3-S6) | 0.00194 |

**Calculation**

| | | |
|---|---|---|
| 8. | % Soluble (S7/S3) x 100% | 2% |

**Comments:**  Two relatively large pieces of amphibole are present

**Analyst:**  William L. Turner, Jr.



HEALTH & SAFETY · ENGINEERING · ENVIRONMENTAL

# Chain of Custody Form· Bulk Sampling

| CSC Job # | Sampling By | Date Taken | # Samples | Page # | | Total Pages |
|---|---|---|---|---|---|---|
| N/A | CSC – C. Goerrissen | October 25, 2005 | 3 | 1 | Of | 1 |

| Job Name & Location | Billing Info: |
|---|---|
| Fairview Developmental Center | State of California |
| 2501 Harbor Boulevard | Department of General Services |
| Costa Mesa, CA | Mr. Bob Yoachum 916-375-4676 |

| Building #: | Administration Building (SIS Building Number 3265) | Lab Submitted to: | MVA Scientific consultants |
|---|---|---|---|

| ID # | Material Description | HM | Location of Sample | Condition | Friable | Quantity |
|---|---|---|---|---|---|---|
| 1 | ACOUSTICAL CEILING MATERIAL | 1 | ROOM 104, SE CORNER | GOOD | YES | THROUGHOUT |
| 2 | | 1 | ROOM 145, SE CORNER | | | |
| 3 | | 1 | 2ND FLOOR, S. HALLWAY BETWEEN RMS 222 & 229 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| CONDITION CODE | | | | FRIABLE CODE | | | HOMOGENEOUS CODE | QUANTITY CODE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| G= GOOD | F= FAIR | P= POOR | | Y= YES | N= NO | | HA= HOMOGENEOUS MATERIAL | SF= Square Ft. | LF= LINEAR Ft. |

INSPECTION COMMENTS:

| Relinquished By: | Date & Time |
|---|---|
| | 10/25/05 @ 2:05 pm |
| Received By: | Date & Time |
| | 10/26/05   9:30 am |

Clark Seif Clark- 21732 Devonshire St., 2nd Floor, Chatsworth, CA 91311- Ph (818) 727-2553, Fax (818) 727-2556

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

)
)                    Chapter 11
)                    Case No. 01-01139 (JKF)
In re:  W.R. GRACE & CO., et al.,        )    (Jointly Administered)
)
Debtors.        )
)
_____)

## CERTIFICATE OF SERVICE

I, Christina J. Kang, hereby certify that on the 30th day of November 2005, I caused a
copy of the Supplement to Claimant State of California, Department of General Services
Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage
Claims to be served via e-mail and first class mail to the following:

Janet S. Baer, Esq.                      Laura Davis Jones, Esq.
Michelle Browdy, Esq.                    James E. O'Neill, Esq.
Kirkland & Ellis LLP                     Pachulski, Stang, Ziehl, Young, Jones &
200 East Randolph Drive                  Weintraub P.C.
Chicago, IL  60601                       919 North Market Street, 16th Floor
Co-Counsel for the Debtors               Wilmington, DE  19899-8705
jbaer@kirkland.com                       Co-Counsel for the Debtors
mbrowdy@kirkland.com                     ljones@pszyjw.com
                                         joneill@pszyjw.com

Christina J. Kang