IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date: December 21, 2005 @ 4:00 p.m.** |

**THIRD FEE APPLICATION OF ANDERSON, KILL, & OLICK, P.C. FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL FOR THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF W.R. GRACE & CO., *ET AL*. FOR THE PERIOD OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005**

| | |
|---|---|
| Name of Applicant: | Anderson, Kill, & Olick, P.C. |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of retention: | June 14, 2005, *nunc pro tunc* to March 17, 2005 |
| Period for which compensation and reimbursement is sought: | October 1, 2005 through October 31, 2005 |
| Amount of compensation sought as actual, reasonable and necessary: | $1,596.00 (80% of $1,995.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $20.31 |

This is a: ___**X**___ monthly _____ interim _____ final application.

Anderson, Kill, & Olick, P.C.'s time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the third application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 9/1/05 | 7/1/05 through 7/31/05 | $8,954.00 (80% of $11,192.50) | $0.00 | Pending | Pending |

{D0051726:1 }

| | | | | | |
|---|---|---|---|---|---|
| 9/29/05 | 8/1/05 through 8/31/05 | $4,028.40 (80% of $5,035.50) | $169.64 | Pending | Pending |
| **12/1/05** | **10/1/05 through 10/31/05** | **$1,596.00 (80% of $1, 995.00)** | **$20.31** | **Pending** | **Pending** |

### SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS
### FOR BILLING PERIOD OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005
### ANDERSON, KILL, & OLICK P.C.

| **Name and Position** | **Hours Billed** | **Hourly Rate** | **Amount of Fee** |
|---|---|---|---|
| Robert M. Horkovich, Esq. | 2.8 | $675.00 | $1,890.00 |
| R. M. Keenan, Esq. | 0 | $525.00 | $0.00 |
| Glenn F. Fields, Insurance Specialist | 0 | $250.00 | $0.00 |
| Izak Feldgreber, Paralegal | 0 | $210.00 | $0.00 |
| Harris E. Gershman, Paralegal | 0 | $190.00 | $0.00 |
| Karen Frankel, Paralegal | 0.7 | $185.00 | $105.00 |
| Kathleen Samet, Paralegal | 0 | $150.00 | $0.00 |
| Noelia E. Jaramillo, Paralegal | 0 | $155.00 | $0.00 |
| **Totals:** | **3.5** | | **$1,995.00** |

### COMPENSATION SUMMARY BY PROJECT CATEGORY

| **Project Category** | **Total Hours for the Period 10/1/05 through 10/31/05** | **Total Fees for the Period 10/01/05 through 10/31/05** |
|---|---|---|
| Asset Analysis and Recovery | 2.8 | $1,890.00 |
| Asset Disposition | 0 | $0.00 |
| Business Operations | 0 | $0.00 |
| Case Administration | 0 | $0.00 |
| Claims Analysis Objection & Resolution (Asbestos) | 0 | $0.00 |
| Claims Analysis Objection & Resolution (Non-Asbestos) | 0 | $0.00 |
| Committee Administration | 0 | $0.00 |
| Employee Benefits/Pension | 0 | $0.00 |

| | | |
|---|---:|---:|
| Employment Applications (applicant) | 0 | $0.00 |
| Employment Applications (others) | 0 | $0.00 |
| Fee Applications (applicant) | 0.7 | $105.00 |
| Fee Applications (others) | 0 | $0.00 |
| Financing | 0 | $0.00 |
| Hearings | 0 | $0.00 |
| Litigation | 0 | $0.00 |
| Plan and Disclosure Statement | 0 | $0.00 |
| Relief from Stay Proceedings | 0 | $0.00 |
| Tax Issues | 0 | $0.00 |
| Tax Litigation | 0 | $0.00 |
| Travel (non-working) | 0 | $0.00 |
| Valuation | 0 | $0.00 |
| ZAI Science Trial | 0 | $0.00 |
| Retention Issues | 0 | $0.00 |
| **Grand totals** | **3.5** | **$1,995.00** |

## EXPENSE SUMMARY

| Expense Category | Provider, if applicable | Total Expenses For the Period October 1, 2005 through October 31, 2005 |
|---|---|---:|
| In-House Reproduction ($.10 per copy) | | $17.11 |
| Outside Reproduction & Courier Service | | $0.00 |
| Facsimile ($0.50 per page) | | $0.00 |
| Travel | | $0.00 |
| Long Distance Telephone Calls | | $0.00 |
| Postage | | $0.00 |
| PACER | | $3.20 |
| Overnight Courier | Federal Express | $0.00 |
| **Total:** | | **$20.31** |

{D0051726:1 }4

                                        ANDERSON KILL & OLICK, P.C

                                        */s/ Robert Y. Chung*
                                        Robert Y. Chung
                                        1251 Avenue of the Americas
                                        New York, NY 10020-1182
                                        (212) 278-1039

                                        Special Insurance Coverage Counsel for the Official
Dated: December 1, 2005              Committee of Asbestos Claimants