# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

|  |  |
|---|---|
| c/o Peter Vanlockwood, Esq. | DATE: November 28, 2005 |
| Caplin & Drysdale | MATTER: 100055.WRG01 |
| One Thomas Circle | INVOICE: 204527 |
| Washington, DC 20005 |  |

**MATTER:** CLAIMANTS COMMITTEE                                                                      Robert M Horkovich

## INVOICE SUMMARY

| | |
|---|---:|
| Professional Services: | 1,995.00 |
| Costs: | 20.31 |
| Total Current Invoice: | $2,015.31 |
| Outstanding Balance From Prior Invoices (See Listing): | 16,397.64 |
| **TOTAL AMOUNT DUE:** | **$18,412.95** |

{D0051697:1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000** **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

November 28, 2005 INVOICE: 204527

**MATTER:** CLAIMANTS COMMITTEE

## INVOICE LIST

| INVOICE | DATE | INVOICE TOTAL |
|---|---|---|
| 202173 | 08/31/05 | 11,192.50 |
| 202839 | 09/27/05 | 5,205.14 |
| **OUTSTANDING BALANCE FROM PRIOR INVOICES:** | | **$   16,397.64** |

{D0051697:1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

| | | |
|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| November 28, 2005 | INVOICE: | 204527 |

MATTER:  CLAIMANTS COMMITTEE

**PROFESSIONAL SERVICES through 10/31/05**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/17/05 | Review proposed PI Estimation Order. Provide comments. | W001 | RMH | **0.80** |
| 10/19/05 | Conference with insurance companies regarding proposed estimate order. Review material in preparation for same. | W001 | RMH | **1.00** |
| 10/25/05 | Updated chart for payment of fee applications | W011 | KSF | **0.20** |
| 10/26/05 | Attention to PI Estimation Order. | W001 | RMH | **1.00** |
| 10/28/05 | Final edits to accounting bill, communicated same to Campbell and Levine for preparation of fee application | W011 | KSF | **0.50** |

**TOTAL FEES:**                                                                                                                      **1,995.00**

**FEE SUMMARY**

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| Karen S Frankel | 150.00 | 0.70 | **105.00** |
| Robert M Horkovich | 675.00 | 2.80 | **1,890.00** |
| **TOTAL FEES:** | | | **1,995.00** |

**SUMMARY OF SERVICES BY ACTIVITY**

**THIS BILLING PERIOD**

ACTIVITY CODE: W001       Asset Analysis and Recovery

| | HOURS | TOTALS |
|---|---|---|
| Robert M Horkovich | 2.80 | **1,890.00** |
| **TOTAL:** | **2.80** | **1,890.00** |

ACTIVITY CODE: W011       Fee Applications (Applicant)

{D0051697:1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

November 28, 2005                                 INVOICE:          204527

MATTER:  CLAIMANTS COMMITTEE

|  | HOURS | TOTALS |
|---|---:|---:|
| Karen S Frankel | 0.70 | 105.00 |
| **TOTAL:** | **0.70** | **105.00** |

**COSTS through 10/31/05**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 09/13/05 | AP - PHOTOCOPYING - - - VENDOR: COMPLETE COPY CENTER INC. Color xerox reproductions of insurance coverage charts | E101 | **17.11** |
| 10/25/05 | CLIENT - ON-LINE COMP SVC - - VENDOR: PACER AK0345 Pacer net charges | E106 | **3.20** |
| **TOTAL COSTS:** | | | **20.31** |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| CM | CLIENT - ON-LINE COMP SVC | **3.20** |
| XX | AP - PHOTOCOPYING - | **17.11** |
|  | **TOTAL COSTS:** | **20.31** |

|  |  |  |
|---|---|---:|
|  | **TOTAL DUE:** | **$2,015.31** |

{D0051697:1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                            **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                              MATTER:        100055.WRG01

November 28, 2005                                            INVOICE:        204527

**MATTER:**  CLAIMANTS COMMITTEE

## R E M I T T A N C E   C O P Y

| | |
|---|---:|
| Professional Services: | 1,995.00 |
| Costs: | 20.31 |
| Total Current Invoice: | $2,015.31 |
| Outstanding Balance From Prior Invoices: | 16,397.64 |
| **TOTAL AMOUNT DUE:** | **$18,412.95** |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

{D0051697:1 }