Date: 11/28/05 Legal Analysis Systems, Inc.
Time: 3:00pm

W. R. Grace, Inc. % Elihu Inselbuch
Caplin & Drysdale
399 Park Avenue, 27th Floor
New York, New York 10022

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 10/07/05<br>#2101 | Peterson / (07) Committee, Creditors'<br>Telephone Relles re: questions from Jeff Liesemer (Caplin-Drysdale) re: resolutions | 0.2<br>600.00 | 120.00 |
| 10/07/05<br>#2301 | Relles / (07) Committee, Creditors'<br>Respond to question from Jeff Liesemer (Caplin-Drysdale) re: resolutions (.3) ; telephone Peterson (.2) re: same | 0.5<br>375.00 | 187.50 |
| 10/07/05<br>#2302 | Relles / (07) Committee, Creditors'<br>Respond to question from Jeff Liesemer re: information sources for WRG resolutions | 0.3<br>375.00 | 112.50 |

Date: 11/28/05 Legal Analysis Systems, Inc.
Time: 3:00pm Page 2

W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 10/17/05<br>#2102 | Peterson / (28) Data Analysis<br>Review claims data collection proposal | 3.8<br>600.00 | 2280.00 |

{D0051710:1 }

Date: 11/28/05 Legal Analysis Systems, Inc.
Time: 3:00pm 

W. R. Grace

Summary Of Time Charges, By Month and Activity
October 2005 - October 2005

| MONTH | ACTIVITY | HOURS | AMOUNT |
|---|---|---|---|
| October | - (07) Committee, Creditors' | 1.0 | 420.00 |
| October | - (28) Data Analysis | 3.8 | 2280.00 |
| October | - (99) Total | 4.8 | 2700.00 |
| Total | - (07) Committee, Creditors' | 1.0 | 420.00 |
| Total | - (28) Data Analysis | 3.8 | 2280.00 |
| Total | - (99) Total | 4.8 | 2700.00 |

-------------------------------------------------------------------------

Date: 11/28/05 Legal Analysis Systems, Inc.
Time: 3:00pm Page 4

W. R. Grace

Summary Of Time Charges, By Month and Person
October 2005 - October 2005

| MONTH | PERSON | HOURS | AMOUNT |
|---|---|---|---|
| October | - Relles | 0.8 | 300.00 |
| October | - Peterson | 4.0 | 2400.00 |
| October | - Total | 4.8 | 2700.00 |
| | | | |
| Total | - Relles | 0.8 | 300.00 |
| Total | - Peterson | 4.0 | 2400.00 |
| Total | - Total | 4.8 | 2700.00 |

{D0051710:1 }

Date: 11/28/05 Legal Analysis Systems, Inc.
Time: 3:00pm Page 5

W. R. Grace

Summary Of Time Charges, By Activity, Month, and Person
October 2005 - October 2005

| MONTH | PERSON | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| (07) Committee, Creditors' | | | | |
| October | - Relles | 0.8 | 375. | 300.00 |
| October | - Peterson | 0.2 | 600. | 120.00 |
| (28) Data Analysis | | | | |
| October | - Peterson | 3.8 | 600. | 2280.00 |

{D0051710:1 }