## CERTIFICATE OF SERVICE

I, DEBRA L. FELDER, hereby certify that on this 2nd day of December, 2005, I caused the foregoing Future Claimants Representative's Objection to Debtors' Ninth Motion for Order Further Extending Exclusive Periods for Filing a Plan and Soliciting Votes Thereon to be served on the following persons via email (where available via Pacer) and first class mail, postage prepaid:

David M. Bernick, P.C.
Janet S. Baer, Esquire
Jonathan P. Friedland, Esquire
Samuel L. Blatnick, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
*Counsel for the Debtors*

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
*Counsel for the Debtors*

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
*Counsel for the Official Committee of Unsecured Creditors*

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
*Counsel to the Official Committee of Unsecured Creditors*

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131
*Counsel to the Official Committee of Property Damage Claimants*

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
*Counsel to the Official Committee of Property Damage Claimants*

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
*Counsel to the Official Committee of Personal Injury Claimants*

Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC  20005
*Counsel to the Official Committee of Personal Injury Claimants*

Mark Hurford, Esquire
Marla Eskin, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801
*Counsel to the Official Committee of Personal Injury Claimants*

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower
Suite 5800
Chicago, IL 60606
*Counsel to the DIP Lenders*

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
*Counsel to the DIP Lenders*

Gary Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York NY 10022
*Counsel to the Official Committee of Equity Holders*

Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397
*Counsel to the Official Committee of Equity Holders*

Office of the United States Trustee
Attn: David Klauder, Esquire
844 N. King Street
Wilmington, DE 19801

*Debra L. Felder* (signature)

Debra L. Felder