# Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555    Fax:   (302) 575-1714

WR Grace PD Committee                                October 1, 2005 to October 31, 2005

Invoice No. 18552

**RE:**   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 22.90 | 4,527.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 2.70 | 633.00 |
| B18 | Fee Applications, Others - | 3.00 | 419.50 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 36.90 | 8,848.50 |
| B25 | Fee Applications, Applicant - | 4.20 | 531.00 |
| B32 | Litigation and Litigation Consulting - | 2.00 | 301.00 |
| B33 | ZAI Science Trial | 0.30 | 72.00 |
| B36 | Plan and Disclosure Statement - | 27.00 | 6,372.00 |
| B37 | Hearings - | 9.90 | 2,376.00 |
| B40 | Employment Applications, Others - | 3.20 | 696.00 |
| | **Total** | **112.10** | **$24,776.00** |
| | **Grand Total** | **112.10** | **$24,776.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 165.00 | 2.10 | 346.50 |
| Rick S. Miller | 225.00 | 1.70 | 382.50 |
| Steven G. Weiler | 150.00 | 8.70 | 1,305.00 |
| Theodore J. Tacconelli | 240.00 | 91.30 | 21,912.00 |
| Legal Assistant - MH | 100.00 | 6.20 | 620.00 |
| Law Clerk | 100.00 | 2.10 | 210.00 |
| **Total** | | **112.10** | **$24,776.00** |

## DISBURSEMENT SUMMARY

| | |
|---|---:|
| *Expense* - | 2,840.05 |
| **Total Disbursements** | **$2,840.05** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Oct-02-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review order Speights and Runyan discovery as entered by court | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of filing summary chart re 15th omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - Review Campbell Levine August 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Anderson Kill August 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Caplin Drysdale August 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Legal Analysis Systems August 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review L. Tersigni August 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week-ending 9/30 | 0.10 | TJT |
| | *Case Administration* - Notice of withdrawal of appearance re Fireman's Fund Ins. Co. | 0.10 | TJT |
| | *Case Administration* - Review notice of substitution of counsel for new counsel for Fireman's Fund Ins. Co. | 0.10 | TJT |
| | *Case Administration* - Review Stroock Aug. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review amended 2019 statement by Ferraro and Assoc. | 0.10 | TJT |
| Oct-03-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' brief re Speights & Runyan authority objection | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with L. Coggins re Notice of Service of initial disclosures | 0.10 | TJT |
| | *Case Administration* - Brief discussion with L Coggins re: preparation of notice of service re: PD Committee's initial disclosures | 0.10 | SGW |
| | *Case Administration* - update 2002 service list/labels | 0.10 | MH |
| | *Fee Applications, Others* - Review Bilzin July 2005 Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - download and review Bilzin's July 05 Fee Application documents, edit same, prepare Certificate of Service re same | 0.40 | MH |
| | *Fee Applications, Others* - Prepare Bilzin's July 05 Fee Application for e-filing and service, e-file same | 0.60 | MH |
| | *Litigation and Litigation Consulting* - Review e-mail to T. Tacconelli from J. Sakalo re: preparation of notice of service re: initial disclosure | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Prepare notice of service re: initial disclosure and send same to J. Sakalo` | 0.30 | LLC |
| | *Litigation and Litigation Consulting* - e-mail from J. Sakalo re: status of initial disclosures | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - e-mail from J. Sakalo re: finalize initial disclosures | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - e-mail to J. Sakalo re: service of initial disclosures | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - e-mail from J. Sakalo re: service of initial disclosures | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Finalize and e-file notice of service; serve with initial disclosures | 0.60 | LLC |
| Oct-04-05 | *Case Administration* - Review notice of sale of equities by Citadel Equity Fund | 0.10 | TJT |
| | *Case Administration* - download and review notice of appeal by Pacific Corp. (not served) | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review State of Delaware fact witnesses | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | disclosures |  |  |
|  | *Plan and Disclosure Statement* - Review e-mails from J. Sakalo re fact witnesses disclosures and expert witness disclosures (x3) | 0.30 | TJT |
|  | *Plan and Disclosure Statement* - Review PD Committee's Phase II expert/fact witness disclosures | 0.30 | TJT |
|  | *Plan and Disclosure Statement* - Teleconference with committee member re disclosure issues | 0.20 | TJT |
|  | *Fee Applications, Applicant* - Review Certificate of No Objection re Ferry, Joseph & Pearce's Aug. 05 Fee Application | 0.10 | TJT |
|  | *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's August 05 Fee Application | 0.30 | MH |
|  | *Fee Applications, Applicant* - review docket, prepare Certificate of No Objection re Ferry, Joseph & Pearce's August 05 Fee Application for e-filing and service, e-file same | 0.60 | MH |
| Oct-05-05 | *Hearings* - Prepare e-mail to co-counsel re 9/26/05 hearing transcript | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review 9/26/05 hearing transcript re estimation issues and PI 2019 issues | 0.90 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re witness disclosures for Phase II estimation | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review State of California witness disclosures re Phase II estimation | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review Burlington Northern Santa Fe Railroad witness disclosures re Phase II estimation | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review debtors' witness disclosures re Phase II estimation | 0.30 | TJT |
|  | *Plan and Disclosure Statement* - Review Hale and Dies witness disclosures re Phase II estimation | 0.30 | TJT |
|  | *Plan and Disclosure Statement* - Review Prudential witness disclosure re Phase II estimation | 0.20 | TJT |
| Oct-06-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by T. Campeau to 15th omnibus objection to claims | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review exhibits to debtors' brief seeking disallowance of 1900 S&R claims | 1.20 | TJT |
|  | *Case Administration* - Review amended 2019 statement by the David Law Firm | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* -attend Committee teleconference | 0.50 | RSM |
|  | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.50 | TJT |
|  | *Hearings* - trade e-mails with committee member re 7/26/05 hearing (x2) | 0.20 | TJT |
| Oct-07-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response of H. Gore to 14th omnibus objection to claims | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from S. Baena re limited response by PD committee to 15th omnibus objection to claims | 0.10 | TJT |
|  | *Case Administration* - Review Libby claimants' brief in opposition to motion to expand preliminary injunction against State of Montana | 1.00 | TJT |
|  | *Case Administration* - Review Libby claimants' limited objection to motion for leave to file amended complaint | 0.10 | TJT |
|  | *Case Administration* - Case management memo compilation | 0.30 | LC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Oct-08-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by P. Nelson to 14th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by R. McMillan to 14th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by D. Leckroe to 14th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by D. Freebury to 14th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by D. Christiansen to 14th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by D. Bundrock to 14th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by E. Braley to 14th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by D. Bauer to 14th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by M. Parker to 14th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by J. Wagner to 14th omnibus objection to claims with attachments | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by H. Drake to 14th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by A. Lehnert to 14th omnibus objection to claims with attachments | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by D. Munsel to 14th omnibus objection to claims with attachments | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by R. Erickson to 14th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review draft of limited response by PD committee to 15th omnibus objection to claims | 0.40 | TJT |
| Oct-09-05 | *Case Administration* - Review case status memo for week ending 10/7/05 | 0.10 | TJT |
| | *Case Administration* - Review Casner Edwards Aug. 05 Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review response by Reaud Morgan to debtors' emergency motion to take discovery of PI firms with attachments | 0.90 | TJT |
| Oct-10-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by Baron and Budd to debtors' emergency motion to take discovery from PI law firms | 0.80 | TJT |
| | *Case Administration* - Review joinder by PI committee in opposition by Libby claimants to motion to expand preliminary injunction | 0.10 | TJT |
| | *Case Administration* - Review exhibits to Libby claimants' opposition to motion to expand preliminary injunction | 1.00 | TJT |
| | *Plan and Disclosure Statement* - Review response by certain law firms re debtors' emergency motion to take discovery from PI law firms | 0.30 | TJT |
| | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce's Sept. 05 pre-bill | 0.60 | TJT |
| Oct-11-05 | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Westbrook re teleconference with committee | 0.10 | TJT |
| | *Employment Applications, Others* - Review 9/26 transcript and docket re: Application to Retain Special Counsel (.2); prepare Certificate of Counsel | 0.80 | SGW |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | re: same and forward to T. Tacconelli for review (.5); forward to J. Sakalo for review (.1) | | |
| | *Employment Applications, Others* - Review e-mail from J. Sakalo re Certificate of Counsel re motion to retain special counsel | 0.10 | TJT |
| | *Employment Applications, Others* - Review 9/26/05 hearing transcript re Certificate of Counsel for motion to retain special counsel | 0.20 | TJT |
| | *Employment Applications, Others* - Confer with S. Weiler re drafting Certificate of Counsel re motion to retain special counsel | 0.10 | TJT |
| | *Employment Applications, Others* - Review and revise draft of Certificate of Counsel re motion to retain special counsel | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review response by Silber Pearlman to debtors' emergency motion to seek discovery from PI law firms | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena re methodology brief draft | 0.10 | TJT |
| Oct-12-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by K. Smith to 15th omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - Review debtors' motion to approve settlement with BOA with attachments | 0.40 | TJT |
| | *Case Administration* - Review debtors' statement of amounts paid to ordinary course professionals | 0.10 | TJT |
| | *Case Administration* - Review Duane Morris Aug. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review summary of PWC 17th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re 2006 omnibus hearing dates | 0.10 | TJT |
| | *Case Administration* - Review affidavit of R. Cardwell | 0.10 | TJT |
| | *Case Administration* - Review 2nd supplemental 2019 statement by Martzell, et al. | 0.10 | TJT |
| | *Case Administration* - Review debtors' motion to execute lease of property in Wolburn, Mass. with attachments | 0.60 | TJT |
| | *Employment Applications, Others* - Review e-mail from S. Weiler re Certificate of Counsel re motion to retain special counsel | 0.10 | TJT |
| | *Fee Applications, Applicant* - edit Sept. 05 pre-bill | 0.20 | MH |
| Oct-13-05 | *Case Administration* - Review debtors' motion to retain Bear Stearns with attachments | 0.60 | TJT |
| | *Case Administration* - Review debtors' motion to set PI bar date with attachments | 0.70 | TJT |
| | *Case Administration* - Review debtors' opposition to Reaud Morgan for clarification of PI CMO re estimation with attachments | 0.60 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re: committee teleconference | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review draft of motion and memorandum re methodology re PI estimation | 1.00 | TJT |
| | *Plan and Disclosure Statement* - Review Appellee's answering brief re Armstrong Absolute Priority Rule Appeal in 3rd Circuit (½ time with Federal Mogul) | 1.30 | TJT |
| | *Fee Applications, Applicant* - Review Sept. 2005 Fee Application | 0.20 | LLC |
| | *Fee Applications, Applicant* - edit Ferry, Joseph & Pearce's Sept. 05 pre-bill | 0.20 | MH |

|  |  |  |  |
|---|---|---|---|
|  | *Fee Applications, Applicant* - Review and modify Ferry, Joseph & Pearce's Sept. 05 bill, draft notice and Certificate of Service re same | 0.60 | MH |
|  | *Fee Applications, Applicant* - Prepare Ferry, Joseph & Pearce's Sept. 05 notice of Fee Application for e-filing and service, e-file same | 0.50 | MH |
| Oct-14-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconference with committee member re procedural question | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconference with committee member re procedural question | 0.30 | TJT |
|  | *Case Administration* - Review Pitney Hardin July 05 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review amended Stroock Aug. 05 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Swidler Berlin July 05 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Case management memo compilation | 0.50 | LC |
|  | *Committee, Creditors', Noteholders' or* - Review e-mails from J. Sakalo re teleconference with committee (x2) | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Research re absolute priority Armstrong appeal in 3rd circuit (½ with Federal Mogul) | 0.30 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from D. Speights re methodology memorandum | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from S. Baena re methodology memorandum | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Confer with S. Weiler re methodology motion/memorandum | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from M. Eskin re discovery to debtors | 0.10 | TJT |
| Oct-15-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response to 15th omnibus objection to claims by J. Baloga | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review O'Quinn, Laminack response to debtors' emergency motion to take discovery from PI law firms with attachments | 0.50 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by S&R to 13th omnibus objection to claims with attachments | 0.60 | TJT |
|  | *Plan and Disclosure Statement* - Review Notice of Service of discovery by PI committee to debtors | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review PI Committee's request for production of documents to debtors | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review PI Committee's interrogatories to debtors | 0.20 | TJT |
| Oct-16-05 | *Case Administration* - Review case status memo for week ending 10/14/05 | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review PI Committee's opposition to debtors' emergency motion to obtain discovery from PI law firms with attachments | 2.20 | TJT |
| Oct-17-05 | *Case Administration* - Discuss filing of Certificate of Counsel re: Application to Retain Special Counsel (.1); prepare 2002 service for same (.1); discuss filing of methodology brief (.1); prepare service for same (.1); obtain CMO from docket re: same (.2); scan, file and assist in serving same (3.9) | 4.50 | SGW |
|  | *Case Administration* - Review PSEY&J July 05 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Woodcock Washburn Aug. 05 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Nelson Mullins Aug. 05 Fee Application | 0.10 | TJT |

| | | | |
|---|---|---:|---|
| | *Case Administration* - Review Capstone Aug. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review e-mail from S. Baena re new Florida rulings re PI lawsuits | 0.20 | TJT |
| | *Case Administration* - Review memorandum from M. Kramer to Committee re PI bar date motion and related issues | 0.20 | TJT |
| | *Case Administration* - Review e-mail from J. Sakalo re PI bar date motion | 0.10 | TJT |
| | *Case Administration* - trade e-mails with committee member re PI bar date motion and related issues | 0.20 | TJT |
| | *Employment Applications, Others* - trade e-mails with J. Sakalo re Certificate of Counsel re motion to retain special counsel (x2) | 0.20 | TJT |
| | *Employment Applications, Others* - Review and revise Certificate of Counsel re motion to retain special counsel | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - edit core list and prepare core list labels re PD Committee's Memorandum Of Law In Opposition To Consideration Of The Debtors' Proposed "Methodology Issue" | 0.20 | MH |
| | *Plan and Disclosure Statement* - Teleconference with A. Danzeisen re methodology memorandum and exhibits | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with S. Weiler re methodology memorandum, exhibits and related issues | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Prepare e-mail to co-counsel re current draft of methodology memorandum and related issues | 0.40 | TJT |
| | *Plan and Disclosure Statement* - continue reviewing exhibits to PI Committee's opposition to debtors' emergency motion to take discovery from PI law firms | 3.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re methodology brief | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Teleconference with J. Sakalo re methodology brief | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re exhibits to methodology memorandum | 0.10 | TJT |
| | *Plan and Disclosure Statement* - start reviewing exhibits to methodology memorandum | 0.50 | TJT |
| | *Plan and Disclosure Statement* - trade e-mails with J. Sakalo re methodology memorandum | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Confer with S. Weiler re exhibits to methodology memorandum | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re final version of methodology memorandum | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review final version of methodology memorandum | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Confer with S. Weiler re filing and service of methodology memorandum | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena re debtors' designation of expert witnesses | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena re debtors' phase I expert report | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review PD estimation case management order re methodology memorandum | 0.10 | TJT |
| Oct-18-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion for leave to file status report and reply re 14th omnibus objection to claims and | 0.30 | TJT |

| | | | |
|---|---|---|---|
| | review report and reply | | |
| | *Case Administration* - Review e-notification re: notice of appearance and forward same to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Obtain State of NJ's motion to dismiss adversary with related documents (.2) | 0.20 | SGW |
| | *Case Administration* - Review joinder by Foster and Sear re responses and objections to debtors' emergency motion to take discovery from PI firms | 0.10 | TJT |
| | *Case Administration* - Review notice of hearing re Buchanan Ingersoll 3rd quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review affidavit of J. Gulotta | 0.10 | TJT |
| | *Case Administration* - Review debtors' motion for leave to file reply to responses to motion to expand preliminary injunction to include State of Montana and review proposed reply | 0.30 | TJT |
| | *Case Administration* - Review Certificate of Counsel re revised 2006 hearing dates | 0.10 | TJT |
| | *Case Administration* - Briefly review debtors' August 05 monthly operating report | 0.20 | TJT |
| | *Case Administration* - update 2002 list and label documents | 0.20 | MH |
| | *Case Administration* - Delete certain 2002 lists from other computer folders in WR Grace main folder | 0.20 | MH |
| | *Employment Applications, Others* - trade e-mails with J. Sakalo re Certificate of Counsel re motion to retain special counsel | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - confirm the particular 2002 list attached to Certificate of Counsel re PD Committee's motion to retain special counsel is current, prepare labels | 0.20 | MH |
| | *Hearings* - Review agenda for 10/24/05 hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re Morse expert report | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re debtors' brief re constructive notice | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Weiler re methodology memorandum | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re methodology memorandum | 0.10 | TJT |
| | *Plan and Disclosure Statement* - continue exhibits to methodology memorandum | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Confer with S. Weiler re Certificate of Counsel re motion to retain special counsel | 0.10 | TJT |
| | *Fee Applications, Applicant* - review Ferry, Joseph & Pearce's Sept. 03 Fee Application, along with fee auditor report regarding this period and several Fee Applications and invoices before and subsequent to Sept. 03 to determine the reason for the discrepancy in payment billed and received and how to apply this | 0.50 | MH |
| Oct-19-05 | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by D. Johnson to 15th omnibus objection to claims with attachments | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by E. Kern to 15th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Motley Rice Notice of Service of discovery re W. V. Culver | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Motley Rice Notice of | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | Service of discovery re Church of St. Joseph, et al. |  |  |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by Steeler Inc. to 15th omnibus objection to claims with attachments | 0.40 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - trade e-mails with J. Sakalo re Notice of Service of discovery re Church of St. Joseph, et al. | 0.30 | TJT |
|  | *Case Administration* - forward motion to dismiss with brief to J. Sakalo re: State of NJ adversary proceedings (.1); scan, file and assist in serving Certificate of Counsel re: Application to Retain Special Counsel (.3) | 0.40 | SGW |
|  | *Case Administration* - Review State of New Jersey motion to dismiss complaint with attachments | 0.20 | TJT |
|  | *Case Administration* - Review State of New Jersey brief in support of motion to dismiss complaint | 0.50 | TJT |
|  | *Case Administration* - Review e-mail from S. Baena re FAIR Act status | 0.10 | TJT |
|  | *Case Administration* - Review e-mail from S. Weiler re motion to dismiss filed by State of New Jersey | 0.10 | TJT |
|  | *Case Administration* - Review supplemental 2019 statement by Cooney and Conway | 0.10 | TJT |
|  | *Employment Applications, Others* - Review e-mail from J. Sakalo re order re Certificate of Counsel re motion to retain special counsel | 0.10 | TJT |
|  | *Employment Applications, Others* - Review and revise order re motion to retain special counsel and confer with S.Weiler re same | 0.20 | TJT |
|  | *Employment Applications, Others* - Review e-mail from S. Weiler re Certificate of Counsel re motion to retain special counsel | 0.10 | TJT |
|  | *Hearings* - Review e-mail from A. Danzeisen re 10/24/05 hearing coverage | 0.10 | TJT |
| Oct-20-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from S. Baena re revised draft of limited objection to 15th Omnibus Objection | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by City of Philadelphia to 15th omnibus objection to claims | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review draft of revised limited objection to 15th Omnibus Objection | 0.40 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconference with committee member re procedural question | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review docket re orders pertaining to PD claim objections | 0.30 | TJT |
|  | *Case Administration* - Review orders setting omnibus hearing dates and forward same to legal assistant | 0.10 | LLC |
|  | *Case Administration* - attend Committee teleconference | 0.80 | RSM |
|  | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.80 | TJT |
|  | *Hearings* - Review amended agenda for 10/24/05 hearing | 0.10 | TJT |
|  | *Hearings* - trade e-mails with S. Baena re 10/24/05 hearing coverage | 0.20 | TJT |
| Oct-21-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with S. Weiler re limited objection to 15th omnibus objection to claims | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - trade e-mails with S. Baena re limited response to 15th omnibus objection to claims | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - review and revise limited response to 15th omnibus objection to claims and prepare for e-filing | 1.40 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - e-file limited response to 15th omnibus objection to claims and oversee service | 0.50 | TJT |

| | | | |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from M. Dies re limited response to 15th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from J. Sakalo re limited response to 15th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re Louisiana claims and review order | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare e-mail to committee member re Louisiana claims | 0.10 | TJT |
| | *Case Administration* - Create subfile and service for 10/24/05 filing of PD Comm.'s Lim. Resp. to Debtors' 15th omnibus objection | 0.20 | SGW |
| | *Case Administration* - Review order setting 2006 hearing dates and filing deadlines in calendar | 0.30 | TJT |
| | *Case Administration* - case management memos | 0.50 | LC |
| | *Plan and Disclosure Statement* - Review debtors' brief re constructive notice | 1.30 | TJT |
| Oct-22-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from S. Baena re limited response to 15th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from committee member re Certificate of Counsel re Louisiana claims | 0.10 | TJT |
| | *Case Administration* - Review entry of appearance by Heard Robins and forward to paralegal | 0.10 | TJT |
| Oct-23-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review order authorizing the withdrawal of S&R claims | 0.20 | TJT |
| | *Case Administration* - Review case status memo for week ending 10/21/05 | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re 2nd amended affidavit of J. Heberling with attachments | 0.40 | TJT |
| | *Hearings* - Prepare for 10/24/05 hearing | 0.40 | TJT |
| Oct-24-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' fact and expert witness disclosure for PD estimation Phase I | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review expert report by R. Morse - information available to building owner | 1.00 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review affidavit of W. Wittenberg re 15th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by North Arkansas Regional Medical Center to 15th omnibus objection to claims | 0.30 | TJT |
| | *Case Administration* - Briefly review docket re: service of filed responses to debtors' 15th omnibus objection (.2); memo to T. Tacconelli re: same (.1) | 0.30 | SGW |
| | *Case Administration* - Review debtors' designation of record on appeal re Pacific Corp. appeal | 0.10 | TJT |
| | *Case Administration* - Review notice of appearance of Joseph Frank, confirm he is on 2002 list and labels documents | 0.10 | MH |
| | *Hearings* - trade e-mails with S. Baena re 10/24/05 hearing coverage | 0.20 | TJT |
| | *Hearings* - continue preparing for hearing | 0.30 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 3.20 | TJT |
| | *Hearings* - Confer with S. Weiler re numerous responses to 15th omnibus objection to claims, review memo from S. Weiler re same | 0.20 | TJT |
| Oct-25-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with T. Tacconelli re: responses to claim objections | 0.10 | LLC |

| | | |
|---|---:|---|
| *Claims Analysis Obj. & Res. (Asbestos)* - continue reviewing response by North Arkansas Regional Medical Center to 15th omnibus objection to claims with attachments | 0.80 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Building Laborers Local 310 to 15th omnibus objection to claims re claim nos. 2785 and 879 | 0.30 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review appendix to response by Building Laborers Local 310 to 15th omnibus objection to claims | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - review response by C. Garrison to 15th omnibus objection to claims re claim no. 5564 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and briefly review response by St. Luke's Hospital to 15th omnibus objection to claims with attachments re claim no. 10098 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and briefly review response by Hospital Corporation of America to 15th omnibus objection to claims re claim no. 10521 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and briefly review response by Avery Lumbar Company to 15th omnibus objection to claims re claim no. 10867 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and briefly review response by Bethesda Rehabilitation Hospital to 15th omnibus objection to claims re claim no. 10523 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and briefly review response by Mcleister and Goldman to 15th omnibus objection to claims re claim no. 10786 | 0.20 | TJT |
| *Case Administration* - confer with TJT re: results of 10/21/05 hearing | 0.40 | RSM |
| *Case Administration* - Prepare and send transcript order form to B. McCarthy re: 10/24 hearing | 0.20 | SGW |
| *Fee Applications, Others* - re Certificate of No Objection re Bilzin, Sumberg July 05 Fee Application | 0.10 | TJT |
| *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Bilzin's July 05 Fee Application | 0.30 | MH |
| *Fee Applications, Others* - review docket re Bilzin's July 05 Fee Application, prepare same for filing and service, and e-file | 0.60 | MH |
| *Hearings* - Review agenda for 10/31/05 hearing | 0.10 | TJT |
| *Hearings* - trade e-mails with S. Baena re 10/24/05 hearing results | 0.20 | TJT |
| *Hearings* - Review notes of hearing and prepare memo to S. Baena re results of 10/24/05 hearing | 1.60 | TJT |
| *Hearings* - Confer with S. Weiler re 10/24/05 hearing transcript | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review PI Committee's motion to shorten re motion for clarification of PI CMO | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review PI Committee's motion for clarification of PI CMO | 0.20 | TJT |
| *Plan and Disclosure Statement* - Teleconference with committee member re results of 10/24/05 hearing re estimation issues | 0.10 | TJT |
| *ZAI Science Trial* - Confer with RSM re ZAI development and status conference | 0.30 | TJT |
| Oct-26-05 | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by C. Springer to 15th omnibus objection to claims with attachment | 0.20 | TJT |

| | | |
|---|---:|---|
| *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of withdrawal of proof of claim by GM New York - claim no. 6878 | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Hyatt Regency San Fran. to 15th Omnibus Objection re claim no. 9915 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Citizen's Bank to 15th Omnibus Objection re claim no. 10529 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Wichita Airport Authority to 15th Omnibus Objection re claim no. 10511 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Keough Plumbing and Heating to 15th Omnibus Objection re claim no. 10792 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Bank of Boston Building to 15th Omnibus Objection re claim no. 10532 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Wesley Medical Center to 15th Omnibus Objection re claim no. 10512 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Shamokin City Authority to 15th Omnibus Objection re claim no. 11199 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Children's Hospital of Pitt. to 15th Omnibus Objection re claim no. 10962 with exhibits | 0.30 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Community Center CA to 15th Omnibus Objection re claim no. 10802 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Nebraska Savings and Loan to 15th Omnibus Objection re claim no. 10706 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Medical Office Building, MO to 15th Omnibus Objection re claim no. 10726 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - review response by Trumball Memorial Hospital to 15th Omnibus Objection re claim no. 7028 with attachments | 0.50 | TJT |
| *Case Administration* - Locate electronic version of 9/26/05 hearing transcript and forward same to T. Tacconelli | 0.20 | SGW |
| *Case Administration* - Review Richardson Patrick July 05 Fee Application | 0.10 | TJT |
| *Case Administration* - Review 2nd amended 2019 statement by P. Angelos | 0.10 | TJT |
| *Fee Applications, Others* - Review docket re: objection deadlines to recent K&E Fee Applications | 0.30 | SGW |
| *Fee Applications, Others* - trade e-mails with committee member re Fee Application procedure question | 0.40 | TJT |
| *Fee Applications, Others* - Review e-mails from S. Baena (x2) re Fee Application procedural question by committee member | 0.20 | TJT |
| *Hearings* - Teleconference with A. Danzeisen re 10/31/05 hearing coverage | 0.10 | TJT |
| *Hearings* - Prepare e-mail to A. Danzeisen re 10/31/05 hearing agenda | 0.10 | TJT |
| *Hearings* - Review amended agenda for 10/31/05 hearing | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from S. Baena re constructive notice brief | 0.10 | TJT |
| *Plan and Disclosure Statement* - Teleconference with A. Danzeisen re 9/26/05 hearing results | 0.10 | TJT |
| *Plan and Disclosure Statement* - Prepare e-mail to A. Danzeisen re 9/26/05 hearing results | 0.10 | TJT |
| *Fee Applications, Applicant* - Start drafting Ferry, Joseph & Pearce's 7th | 0.40 | MH |

| | | | |
|---|---|---|---|
| | quarterly Fee Application | | |
| Oct-27-05 | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Hunt Foods Office Building to 15th omnibus objection to claims re claim no. 10806 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Chilton Publishing House to 15th omnibus objection to claims re claim no. 10920 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by County of Sonoma Hall of Justice to 15th omnibus objection to claims re claim no. 5586 with attachments | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Creighton University Medical Center to 15th omnibus objection to claims re claim no. 10779 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Allegheny Center No. 2 to 15th omnibus objection to claims re claim no. 11036 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by North County Office Building to 15th omnibus objection to claims re claim no. 10808 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Woodbury Place Apartments to 15th omnibus objection to claims re claim no. 2763 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Cobre Valley Community Hospital to 15th omnibus objection to claims re claim no. 10993 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Allegheny Center No. 1 to 15th omnibus objection to claims re claim no. 11037 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Acme Quality Paint Company to 15th omnibus objection to claims re claim no. 10864 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Fort Smith Convention Center to 15th omnibus objection to claims re claim no. 11039 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Myrtle Beach Lumber Company to 15th omnibus objection to claims re claim no. 10836 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Nebraska Skilled Nursing to 15th omnibus objection to claims re claim no. 11046 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Gilbert Martin to 15th omnibus objection to claims re claim no. 3300 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Akin Building Supply, SC to 15th omnibus objection to claims re claim no. 10865 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Merchants National Bank to 15th omnibus objection to claims re claim no. 10513 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by China Basin Landing to 15th omnibus objection to claims re claim no. | 0.20 | TJT |

| | | | |
|---|---|---|---|
| | 11075 | | |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Cherry Creek Shopping Center to 15th omnibus objection to claims re claim no. 11041 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - review response by Pee Dee Building Supply to 15th omnibus objection to claims re claim no. 10838 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - review response by Alta Bates Summit Medical Center to 15th omnibus objection to claims re claim no. 11078 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Civic Center and Board Chambers to 15th omnibus objection to claims re claim no. 11082 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Indian Springs Market Place to 15th omnibus objection to claims re claim no. 10514 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Doctors Building, IL to 15th omnibus objection to claims re claim no. 11072 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Peoples Plaza, SC to 15th omnibus objection to claims re claim no. 10839 | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Employment Applications, Others* - trade e-mails with M. Hurford re Bear Stearns retention application | 0.20 | TJT |
| | *Employment Applications, Others* - trade e-mails with J. Sakalo re Bear Stearns retention application | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Create subfiles with service re: PD Committee's Notice Brief and Motion to Strike Roger Mase as an Expert | 0.20 | SGW |
| | *Plan and Disclosure Statement* - Review Kool Mann case cited by debtor in Bankruptcy Court | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena re constructive notice brief | 0.10 | TJT |
| | *Plan and Disclosure Statement* - continue reviewing Morse expert report - information available to building owner | 0.60 | TJT |
| Oct-28-05 | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Arnold and Dobson to 15th omnibus objection to claims re claim no. 10866 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Central Plaza, OR to 15th omnibus objection to claims re claim no. 11135 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Jensen Salsrer Lab Addition to 15th omnibus objection to claims re claim no. 10515 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Sherwin Williams Store, SC to 15th omnibus objection to claims re claim no. 10843 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Memorial Hospital - York, PA to 15th omnibus objection to claims re claim no. 11186 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Providence Alaska Hospital to 15th omnibus objection to claims re claim no. 11109 | 0.20 | TJT |

| | | | |
|---|---|---:|---:|
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Columbia Plastering Co. to 15th omnibus objection to claims re claim no. 10846 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by St. Vincent Health Center to 15th omnibus objection to claims re claim no. 11193 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Hotel Captain Cook Tower, II to 15th omnibus objection to claims re claim no. 11110 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Cornell Arms Apartments to 15th omnibus objection to claims re claim no. 10847 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by St. Mary's Medical Center to 15th omnibus objection to claims re claim no. 11195 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Cromer and Sullivan Construction Co. to 15th omnibus objection to claims re claim no. 10849 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by D.H. Holmes Co., Ltd. to 15th omnibus objection to claims re claim no. 10850 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Mission Towers, KS to 15th omnibus objection to claims re claim no. 10516 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by THC Orange County to 15th omnibus objection to claims re claim no. 10805 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Williams H. Q. Company Building, OK to 15th omnibus objection to claims re claim no. 11138 | 0.20 | TJT |
| | *Case Administration* - Forward 10/24 transcript to J. Sakalo & A. Danziesen | 0.10 | SGW |
| | *Case Administration* - confer with law clerk re organization of hearing transcripts and deposition transcripts | 0.10 | TJT |
| | *Case Administration* - Case management memo (NP) | 0.80 | LC |
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena re draft of motion to strike Morse report | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review 10/24/05 hearing transcript re estimation issues | 0.30 | TJT |
| Oct-29-05 | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by San Joaquin General Hospital to 15th omnibus objection to claims re claim no. 10807 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by National Bank Building, KS to 15th omnibus objection to claims re claim no. 10517 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by California Pacific Bank to 15th omnibus objection to claims re claim no. 10804 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Sycamore Shoals Hospital to 15th omnibus objection to claims re claim no. | 0.20 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | 10519 |  |  |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Kaiser Permanente to 15th omnibus objection to claims re claim no. 10263 | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by C.L. Carr and Sons to 15th omnibus objection to claims re claim no. 10875 | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Fisherman's Wharf Parking Garage to 15th omnibus objection to claims re claim no. 10801 | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Eugene Mini Mall, OR to 15th omnibus objection to claims re claim no. 11324 | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Henry Ford Wyandotte Hospital to 15th omnibus objection to claims re claim no. 10800 | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Aids Center, Queen County to 15th omnibus objection to claims re claim no. 10766 | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Law Offices of Ira Newman to 15th omnibus objection to claims re claim no. 10765 | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Carleton University to 15th omnibus objection to claims re claim no. 12376 | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Hunts Port Industrial Park to 15th omnibus objection to claims re claim no. 10776 | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Carleton University to 15th omnibus objection to claims re claim no. 12377 | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Meadview Medical Center to 15th omnibus objection to claims re claim no. 10785 | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Carleton University to 15th omnibus objection to claims re claim no. 12378 | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Central Terminal Distribution Center, AR to 15th omnibus objection to claims re claim no. 10520 | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by C.B. Askins Construction Co. to 15th omnibus objection to claims re claim no. 10874 | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Smithfield Church to 15th omnibus objection to claims re claim no. 10784 | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by CLA-Cliff Nursing and Rehabilitation Center to 15th omnibus objection to claims re claim no. 10679 | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Byars Machine Co. to 15th omnibus objection to claims re claim no. 10873 | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review draft of motion to strike Morse Expert report | 0.50 | TJT |
| Oct-30-05 | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Ninth Story Office Building, IN to 15th omnibus objection to claims re claim no. 10756 | 0.20 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by Equity Committee in support of debtors' PI bar date motion | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review response S&R to debtors' brief re 13th Omnibus Objection with attachment | 0.50 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Methodist Towers Apartments to 15th omnibus objection to claims re claim no. 10783 | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Bonitz Insulating Co. to 15th omnibus objection to claims re claim no. 10871 | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by IBM Building, NY to 15th omnibus objection to claims re claim no. 10777 | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Bell Telephone Building to 15th omnibus objection to claims re claim no. 10798 | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Ballad-Rice Prestiss, SC to 15th omnibus objection to claims re claim no. 10868 | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Texarkansa City Hall, AR to 15th omnibus objection to claims re claim no. 10915 | 0.20 | TJT |
|  | *Case Administration* - Review weekly case status memo week ending 10/28/05 | 0.10 | TJT |
|  | *Case Administration* - Review chart re proceedings in Canada | 0.20 | TJT |
| Oct-31-05 | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Mary Black Memorial Hospital to 15th omnibus objection to claims re claim no. 10863 | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Independent Regional Health Center, MO to 15th omnibus objection to claims re claim no. 10794 | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Jackson Heights Highrise, P.A. to 15th omnibus objection to claims re claim no. 10791 | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Martin Paint and Supply Co. to 15th omnibus objection to claims re claim no. 10862 | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by McIntire Co., PA to 15th omnibus objection to claims | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - download and review debtors' reply brief re S&R claims with attachments (not served) | 0.80 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Lamb Young Jones Office Building to 15th omnibus objection to claims re claim no. 10859 | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by L. Roy Owen Plastering Co. to 15th omnibus objection to claims re claim no. 10858 | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Susque-View Home and Health Center to 15th omnibus objection to claims re claim no. 10790 | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by | 0.20 | TJT |

| | | |
|---|---:|---|
| Rhode Island Hospital to 15th omnibus objection to claims re claim no. 19531 | | |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Manor Oak Second Office Building to 15th omnibus objection to claims re claim no. 10789 | 0.20 | TJT |
| *Case Administration* - Review PWC Aug. 05 Fee Application | 0.10 | TJT |
| *Case Administration* - Review Duane Morris Sept. 05 Fee Application | 0.10 | TJT |
| *Case Administration* - Review Swidler Berlin Aug. 05 Fee Application | 0.10 | TJT |
| *Hearings* - Attend Bankruptcy Court | 2.50 | TJT |
| *Plan and Disclosure Statement* - Obtain related docket nos. re: Motion to Strike Expert report and Brief in Oppos. to Incl. of Constr. Notice in PD Estim. (.1); briefly discuss status of filing with T. Tacconelli (.1); prepare and scan Exh. A to Brief (.1); revise, scan, file and serve brief (.8); scan, and forward filed version of same to co-counsel (.1) | 1.20 | SGW |
| *Plan and Disclosure Statement* - trade e-mails with J. Sakalo re motion to shorten notice re motion to strike expert report | 0.40 | TJT |
| *Plan and Disclosure Statement* - Review revised draft of response and memorandum of law in opposition to constructive notice | 1.00 | TJT |
| *Plan and Disclosure Statement* - Confer with S. Weiler re response and memorandum in opposition to constructive notice and related issues | 0.20 | TJT |
| *Plan and Disclosure Statement* - trade e-mails with A. Danzeisen re exhibits to response and memorandum of law re constructive notice | 0.20 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from S. Baena re motion to strike expert report | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from S. Baena re debtors' response to PD's methodology brief | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review expert report by R. J. Lee re limits on dust sampling | 0.80 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from S. Baena re final version of response and memorandum of law re constructive notice | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review and revise response and memorandum of law re constructive notice | 0.50 | TJT |
| *Plan and Disclosure Statement* - Confer with S. Weiler re filing and service of response and memorandum of law re constructive notice | 0.20 | TJT |
| **Totals** | **112.10** | |

## DISBURSEMENTS

| | | |
|---|---|---:|
| Oct-03-05 | *Expense* - Copying cost  135 @ 0.15 | 20.25 |
| | *Expense* - Postage | 3.96 |
| | *Expense* - service supplies | 3.00 |
| Oct-04-05 | *Expense* - Copying cost  64 @ 0.15 | 9.60 |
| | *Expense* - Postage  9 @ 0.60 | 5.40 |
| | *Expense* - service supplies | 16.00 |
| Oct-07-05 | *Expense* - Parcel's, Inc. | 145.00 |
| Oct-10-05 | *Expense* - Parcel's, Inc. | 170.00 |
| | *Expense* - Blue Marble Logistics | 136.00 |
| Oct-13-05 | *Expense* - PACER Service Center - Period of 7/1/05 - 9/30/05 (RSM) 47.60 | |

|            |                                                                                  |          |
|------------|----------------------------------------------------------------------------------|---------:|
|            | *Expense* - Copying cost  75 @ 0.15                                              | 11.25    |
|            | *Expense* - Postage                                                              | 2.58     |
|            | *Expense* - service supplies                                                     | 3.00     |
| Oct-14-05  | *Expense* - Parcel's, Inc.                                                       | 100.00   |
|            | *Expense* - Parcel's, Inc.                                                       | 597.37   |
| Oct-24-05  | *Expense* - Writer's Cramp Inc.                                                  | 706.05   |
| Oct-25-05  | *Expense* - Virtual Docket                                                       | 193.04   |
|            | *Expense* - Copying cost 64 @ 0.15                                               | 9.60     |
|            | *Expense* - Postage  10 @ 0.60                                                   | 6.00     |
|            | *Expense* - service supplies                                                     | 15.00    |
| Oct-26-05  | *Expense* - PACER Service Center - Period of 7/1/05 - 9/30/05 (TJT) 51.52        |          |
| Oct-28-05  | *Expense* - T. Tacconelli - Reimbursement (working meal - 10/21/05)              | 20.00    |
|            | *Expense* - T. Tacconelli - Reimbursement (working meal - 10/17/05)              | 19.84    |
| Oct-31-05  | *Expense* - Parcel's, Inc.                                                       | 547.99   |
|            | Totals                                                                           | $2,840.05 |

**Total Fees & Disbursements**                $27,616.05

**Balance Due Now**
                                              $27,616.05