IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. Grace & Co., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Ryan Papir to represent the Official Committee of Unsecured Creditors in this action.

Date: December 5, 2005

DUANE MORRIS LLP

By: /s/ Michael R. Lastowski
Michael R. Lastowski (No. 3892)
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 657-4900
Fax: (302) 657-4901
Co-counsel for the Official Committee of Unsecured Creditors
of W.R. Grace & Co., *et al.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

STROOCK & STROOCK & LAVAN LLP

/s/ Ryan Papir
Ryan Papir
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Fax: (212) 806-6006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____     _____
United States Bankruptcy Judge

SSL-DOCS1 163449lv1