IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 11075** |

**NO ORDER REQUIRED
CERTIFICATION OF NO OBJECTION
REGARDING THE FIFTH INTERIM APPLICATION OF THE OFFICIAL
COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS FOR
REIMBURSEMENT OF EXPENSES TO COMMITTEE MEMBERS FOR THE
PERIOD OF JULY 1, 2005 THROUGH SEPTEMBER 30, 2005
<u>(DOCKET NO. 11075)</u>**

I, Kathleen Campbell Davis, of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), the Official Committee of Asbestos Personal Injury Claimants (the "Committee"), submitted on November 15, 2005 a fifth interim reimbursement of expenses application ("Application") [Docket No. 11075] for reimbursement of expenses incurred in the above-referenced cases.

2. Objections to the Application were to be filed and served on or before December 5, 2005. No objections to the Application have been received by the undersigned. Moreover, the Court's docket reflects that no objections to the Application

{D0051851:1 }

were filed. In accordance with the Amended Administrative Order, upon the filing of this Certificate of No Objection, the Debtors are authorized to pay the Committee one hundred percent (100%) of the expenses requested in the Application.

> CAPLIN & DRYSDALE, CHARTERED
> Elihu Inselbuch
> 375 Park Avenue, 35th Floor
> New York, NY  10152-3500
> (212) 319-7125
>
> -and-
>
> CAPLIN & DRYSDALE, CHARTERED
> Peter Van N. Lockwood
> One Thomas Circle, N.W.
> Washington, D.C.  20005
> (202) 862-5000
>
> - and -
>
> CAMPBELL & LEVINE, LLC
>
> */s/Kathleen Campbell Davis*
> Kathleen Campbell Davis (# 4229)
> 800 North King Street
> Suite 300
> Wilmington, DE  19899
> (302) 426-1900
>
> Delaware and Associated Counsel for the Official Committee of Asbestos Personal Injury Claimants

Dated: December 6, 2005