## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO.,** *et al.*, | ) | **Case No. 01-1139 (JKF)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

## NOTICE OF DEPOSITION AND SUBPOENA

To All Parties on the Attached Service List:

**PLEASE TAKE NOTICE** that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, made applicable by Rules 7030 and 9016 of the Federal Rules of Bankruptcy Procedure, the United States District Court for the Eastern District of Wisconsin has issued a subpoena (a copy of which is attached hereto) for, and will take the deposition of, Dr. Andrew Wayne Harron on December 20, 2005, beginning at 10:00 A.M. CST at 1617 34th Court, Kenosha, Wisconsin 53144.

**TAKE FURTHER NOTICE** that the depositions shall be conducted before a person duly authorized to administer oaths in the relevant jurisdiction and will continue day-to-day until concluded. Testimony shall be taken by stenographic means and will also be recorded by sound-and-visual means. You are invited to attend and to cross-examine.

Dated: Wilmington, Delaware
      December 6, 2005

                        Respectfully submitted,

                        KIRKLAND & ELLIS LLP
                        David M. Bernick
                        Jonathan Friedland
                        Salvatore F. Bianca
                        200 East Randolph Drive
                        Chicago, IL 60601
                        Telephone:    (312) 861-2000
                        Facsimile:    (312) 861-2200

                        KIRKLAND & ELLIS LLP
                        Barbara Harding
                        David E. Mendelson (admission *pro hac vice* pending)
                        Brian T. Stansbury
                        Amanda C. Basta
                        655 Fifteenth Street, NW
                        Washington, D.C. 20005
                        Telephone:    (202) 879-5000
                        Facsimile:    (202) 879-5200

                        -and-

                        PACHULSKI, STANG, ZIEHL, YOUNG,
                        JONES & WEINTRAUB P.C.


                        _____
                        Laura Davis Jones (Bar No. 2436)
                        James E. O'Neill (Bar No. 4042)
                        919 North Market Street, 16th Floor
                        P.O. Box 8705
                        Wilmington, Delaware 19899-8705 (Courier 19801)
                        Telephone:    (302) 652-4100
                        Facsimile:    (302) 652-4400

2