# EXHIBIT A

# EXHIBIT A
## STATE OF ARIZONA

| NO. | CLAIM # | ENTITY / BUILDING | EX. C-2 | EX. C-3(f) | EX. C-4 | EX. D-1(c) | EX. D-2 | EX. D-4 | EX. D-5 | EX. D-6 | EX. E-1 | E. E-3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12692 | STATE OF ARIZONA - Senate Building | X | | X | | X | X | X | X | X | |
| 2 | 12693 | STATE OF ARIZONA - House of Representatives | X | | X | | X | X | X | X | X | |
| 3 | 12694 | STATE OF ARIZONA - Corrections Facility | X | | X | | X | X | X | X | X | |
| 4 | 12695 | STATE OF ARIZONA - Historical Society Museum | X | | X | | X | X | X | X | X | |
| 5 | 12696 | STATE OF ARIZONA - Executive Tower | X | | X | | X | X | X | X | X | |
| 6 | 12697 | STATE OF ARIZONA - Arizona State Hospital - Cholla | X | | X | X | X | X | X | X | X | |
| 7 | 12698 | STATE OF ARIZONA - Arizona State Hospital - General Services | X | | X | X | X | X | X | X | X | |
| 8 | 12699 | STATE OF ARIZONA - DES Office | X | | X | | X | X | X | X | X | |
| 9 | 12720 | STATE OF ARIZONA - Arizona State Hospital - Dietary Building | X | X | | | X | X | X | X | X | |
| 10 | 12721 | STATE OF ARIZONA - Veterans Memorial Coliseum | | | | | X | X | X | X | | X |

47