# EXHIBIT A

## EXHIBIT A – STATE OF ARKANSAS

| NO. | CLAIM # | ENTITY / BUILDING | EX. B-2 | EX. C-2 | EX. C-3(f) | EX. C-4 | EX. D-1(c) | EX. D-2 | EX. D-3 | EX. D-4 | EX. D-6 | EX. E-1 | EX. E-3 | EX. E-4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12672 | STATE OF ARKANSAS - Arkansas State Capitol | | X | X | | | X | | X | X | X | | |
| 2 | 12673 | STATE OF ARKANSAS - Ledbetter Building | | X | X | | | X | | X | X | X | | |
| 3 | 12674 | STATE OF ARKANSAS - Booneville Human Develop. Ctr – Judge Joseph Hill Bldg. | | | | X | X | X | | X | X | | X | |
| 4 | 12675 | STATE OF ARKANSAS - ARKLA Building | | | | | X | X | X | X | X | | X | |
| 5 | 12676 | STATE OF ARKANSAS - Arkansas State Hospital – Nursing Administration Bldg | | | | | X | X | | X | X | | X | |
| 6 | 12677 | STATE OF ARKANSAS - Arkansas State Hospital – Canteen Building | | | | | X | X | | X | X | X | | |
| 7 | 12678 | STATE OF ARKANSAS - Arkansas State Hospital – Administration Bldg | | | | | X | X | | X | X | | X | |
| 8 | 12679 | STATE OF ARKANSAS - Arkansas State Hospital – Vocational Shops (aka Maintenance Shop) | | | | | X | X | | X | X | X | | |
| 9 | 12680 | STATE OF ARKANSAS - Arkansas State Hospital – Hendrix Hall | | | | | X | X | | X | X | | X | |
| 10 | 12685 | STATE OF ARKANSAS - Finance & Administration Bldg. | | | | X | X | X | | X | X | X | | |
| 11 | 12686 | STATE OF ARKANSAS - Arkansas Health Ctr – Mental Health Srvs- Bldg #18 – Maintenance - Credit Union | | X | | X | | X | | X | X | X | | |
| 12 | 12687 | STATE OF ARKANSAS - Employment Security Dept – 501 W. Arch | | | | X | X | X | | X | X | X | | |
| 13 | 12688 | STATE OF ARKANSAS - SBS Building | | | | | | X | X | X | X | | | X |
| 14 | 12689 | STATE OF ARKANSAS - Alexander Human Devel. Ctr – Bond Building | | | | X | X | X | | X | X | | X | |
| 15 | 12690 | STATE OF ARKANSAS - School for the Deaf – Wilbur Mills Library | X | | | | X | X | | X | X | X | | |
| 16 | 12691 | STATE OF ARKANSAS - Justice Building | | | | X | X | X | | X | X | X | | |
| 17 | 12701 | STATE OF ARKANSAS - Conway Develop. Ctr - 32 Poplar | | X | | X | X | X | | X | X | X | | |
| 18 | 12702 | STATE OF ARKANSAS - Conway Develop. Ctr - #30 Hickory | | | | X | X | X | | X | X | X | | |
| 19 | 12711 | STATE OF ARKANSAS - Conway Develop. Ctr - #27 Cedar | | | | X | X | X | | X | X | X | | |
| 20 | 12712 | STATE OF ARKANSAS - Conway Develop. Ctr - #26 Cedar | | X | | X | X | X | | X | X | X | | |
| 21 | 12713 | STATE OF ARKANSAS - Conway Develop. Ctr - #6 Cedar | | | | X | X | X | | X | X | X | | |
| 22 | 12714 | STATE OF ARKANSAS - Conway Develop. Ctr - #5 Cedar | | | | X | X | X | | X | X | X | | |
| 23 | 12715 | STATE OF ARKANSAS - Conway Develop. Ctr - #4 Cedar | | X | | X | X | X | | X | X | X | | |
| 24 | 12716 | STATE OF ARKANSAS - Conway Develop. Ctr - Residence #2 | | | | X | X | X | | X | X | X | | |
| 25 | 12717 | STATE OF ARKANSAS - Conway Develop. Ctr - #3 Cedar | | | | X | X | X | | X | X | X | | |
| 26 | 12718 | STATE OF ARKANSAS - Conway Develop. Ctr - SCT Office | | X | | X | | X | | X | X | | | X |
| 27 | 12719 | STATE OF ARKANSAS - Conway Develop. Ctr – Administration Bldg | | X | | X | X | X | | X | X | X | | |
| 28 | 12722 | STATE OF ARKANSAS - Conway Develop. Ctr – Classroom #6 & #8 | | | | X | X | X | | X | X | X | | |
| 29 | 12723 | STATE OF ARKANSAS - Conway Develop. Ctr – Classroom #3 & #5 | | | | X | X | X | | X | X | X | | |

| NO. | CLAIM # | ENTITY / BUILDING | EX. B-2 | EX. C-2 | EX. C-3(f) | EX. C-4 | EX. D-1(c) | EX. D-2 | EX. D-3 | EX. D-4 | EX. D-6 | EX. E-1 | EX. E-3 | EX. E-4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | 12724 | STATE OF ARKANSAS - Conway Develop. Ctr - Classroom #10 | | | | X | X | X | | X | X | X | | |
| 31 | 12725 | STATE OF ARKANSAS - Conway Develop. Ctr - #25 Cedar | | | | X | X | X | | X | X | X | | |
| 1 | 12726 | STATE OF ARKANSAS - Conway Develop. Ctr – Classroom #7 & #9 | | X | | X | X | X | | X | X | X | | |
| 2 | 12727 | STATE OF ARKANSAS - Conway Develop. Ctr – Classroom #2 & #4 | | | | X | X | X | | X | X | X | | |
| 3 | 12728 | STATE OF ARKANSAS - Conway Develop. Ctr - #29 Cedar | | | | X | X | X | | X | X | X | | |
| 4 | 12729 | STATE OF ARKANSAS - Conway Develop. Ctr - #28 Cedar | | | | X | X | X | | X | X | X | | |
| 5 | 12730 | STATE OF ARKANSAS - Arkansas State Hospital - Unit #6 | | X | | | X | X | | X | X | | X | |
| 6 | 12731 | STATE OF ARKANSAS - Arkansas State Hospital - Unit #5 | | | | | X | X | | X | X | | X | |
| 7 | 12732 | STATE OF ARKANSAS - Arkansas State Hospital - Unit #1 | | | | | X | X | | X | X | | X | |
| 8 | 12733 | STATE OF ARKANSAS - Arkansas State Hospital - Unit #2 | | | | | X | X | | X | X | | X | |
| 9 | 12734 | STATE OF ARKANSAS - Arkansas State Hospital - Unit #3 | | | | X | X | X | | X | X | | X | |
| 10 | 12735 | STATE OF ARKANSAS - Arkansas State Hospital - Unit #4 | | | | | X | X | | X | X | | X | |
| 11 | 12736 | STATE OF ARKANSAS - Arkansas State Hospital – Admissions Bldg | | | | | X | X | | X | X | | X | |
| 12 | 12737 | STATE OF ARKANSAS - Arkansas State Hospital – Rodgers Hall | | | | X | X | X | | X | X | | X | |