# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

I, Frederick B. Rosner, hereby certify that on the 8th day of December, 2005, I served one copy of *Statement of The Prudential Insurance Company of America Regarding Disclosures of Fact and Expert Witnesses for Phase I Estimation Proceedings* upon the parties listed below by facsimile and First Class Mail, postage prepaid:

*Facsimile (302) 652-4400*
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 Market Street, 16th Floor
Wilmington, DE 19801

*Facsimile (302) 575-1714*
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

*Facsimile (312) 861-2200*
Jan Baer, Esquire
Michelle Browdy
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

**JASPAN SCHLESINGER HOFFMAN LLP**

By:  /s/ Frederick B. Rosner
Frederick B. Rosner (No. 3995)
913 Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 351-8000
Facsimile: (302) 351-8010