# EXHIBIT A

## EXHIBIT A
## BNC FORUM LP

| NO. | CLAIM # | ENTITY / BUILDING | EX. C-2 | EX. C-4 | EX. D-2 | EX. D-3 | EX. D-4 | EX. D-6 | EX. E-1 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 5688 | BNC FORUM LP - Mercantile Building (1712 Commerce) | X | X | X | X | X | X | X |