# EXHIBIT A

# EXHIBIT A
# CITY OF EUGENE, OREGON

| NO. | CLAIM # | ENTITY / BUILDING | EXHIBIT C-4 | EXHIBIT D-1(c) | EXHIBIT D-2 | EXHIBIT D-4 | EXHIBIT D-6 | EXHIBIT E-1 |
|---|---|---|---|---|---|---|---|---|
| 1 | 5670 | OREGON - CITY OF EUGENE - Eugene Public Library | X | X | X | X | X | X |