# EXHIBIT A

# EXHIBIT A
# MARICOPA COUNTY, ARIZONA

| NO. | CLAIM # | ENTITY / BUILDING | EX. C-1(d) | EX. C-2 | EX. C-3(f) | EX. C-4 | EX. D-1(b) | EX. D-1(c) | EX. D-2 | EX. D-4 | EX. D-5 | EX. D-6 | EX. E-1 | EX. E-3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6067 | MARICOPA COUNTY, ARIZONA - Arizona Courts - East Courts Building | | X | | X | | | X | X | | X | | X |
| 2 | 6068 | MARICOPA COUNTY, ARIZONA - Board of Supervisors | | X | | X | | X | X | X | X | X | X | |
| 3 | 6069 | MARICOPA COUNTY, ARIZONA - Hospital Power Plant Building | | X | | X | | | X | X | X | X | X | |
| 4 | 6070 | MARICOPA COUNTY, ARIZONA - Public Health Administration Offices | | X | X | | X | | X | X | X | X | X | |
| 5 | 6071 | MARICOPA COUNTY, ARIZONA - Health Building | | | | X | | X | X | X | X | X | | X |
| 6 | 6072 | MARICOPA COUNTY, ARIZONA - Juvenile Court Center | | X | | X | X | | X | X | X | X | X | |
| 7 | 6073 | MARICOPA COUNTY, ARIZONA - Arizona Courts - West Courts Building | X | X | | X | | | X | X | X | X | | X |
| 8 | 6074 | MARICOPA COUNTY, ARIZONA - Courts Complex - Sheriff Offices Administration | | X | | X | | | X | X | X | X | X | |