# EXHIBIT A

## EXHIBIT A
## EPEC REALTY INC.

| NO. | CLAIM # | ENTITY / BUILDING | EXHIBIT C-4 | EXHIBIT D-2 | EXHIBIT D-3 | EXHIBIT D-4 | EXHIBIT D-6 | EXHIBIT E-3 |
|---|---|---|---|---|---|---|---|---|
| 1 | 5672 | EPEC Realty Inc. | X | X | X | X | X | X |