# EXHIBIT A

# EXHIBIT A
# COOK COUNTY, ILLINOIS

| NO. | CLAIM # | ENTITY / BUILDING | EXHIBIT C-2 | EXHIBIT C-4 | EXHIBIT D-2 | EXHIBIT D-4 | EXHIBIT D-6 | EXHIBIT E-1 |
|---|---|---|---|---|---|---|---|---|
| 1 | 12684 | ILLINOIS - COOK COUNTY - Children's Hospital | X | X | X | X | X | X |