# EXHIBIT A

# EXHIBIT A
## STATE OF CONNECTICUT

| NO. | CLAIM # | ENTITY / BUILDING | EXHIBIT C-2 | EXHIBIT C-3(f) | EXHIBIT D-2 | EXHIBIT D-4 | EXHIBIT D-5 | EXHIBIT D-6 | EXHIBIT E-1 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 12681 | STATE OF CONNECTICUT - Connecticut Supreme Court Bldg | | X | X | X | X | X | X |
| 2 | 12682 | STATE OF CONNECTICUT - Merritt Hall | X | X | X | X | X | X | X |
| 3 | 12683 | STATE OF CONNECTICUT - Veteran's Commissary | | X | X | X | | X | X |

44