# EXHIBIT A

# EXHIBIT A
# CITY OF HOUSTON, TEXAS

| NO. | CLAIM # | ENTITY / BUILDING | EXHIBIT B-1 | EXHIBIT C-4 | EXHIBIT D-2 | EXHIBIT D-3 | EXHIBIT D-4 | EXHIBIT D-6 | EXHIBIT E-3 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 6968 | CITY OF HOUSTON, TEXAS - Police Department Bldg (1200 Travis) | X | X | X | X | X | X | X |
| 2 | 6969 | CITY OF HOUSTON, TEXAS - Public Works Building (611 Walker) | | X | X | X | X | X | X |