# EXHIBIT A

# EXHIBIT A
# CITY OF PHOENIX, ARIZONA

| NO. | CLAIM # | ENTITY / BUILDING | EX. C-1(c) | EX. C-1(d) | EX. C-2 | EX. C-3(f) | EX. C-4 | EX. D-1(c) | EX. D-2 | EX. D-4 | EX. D-5 | EX. D-6 | EX. E-1 | EX. E-3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5651 | CITY OF PHOENIX, ARIZONA - Squaw Peak Water Treatment Plant - Administration Building #1 | | | X | X | | X | X | X | X | X | X | |
| 2 | 5652 | CITY OF PHOENIX, ARIZONA - Multi Center Waste Treatment Plant - Maintenance Shop | | X | | | | | X | X | X | X | X | |
| 3 | 5653 | CITY OF PHOENIX, ARIZONA - Multi Center Waste Treatment Plant – Digester Control #1 | | X | X | | | X | X | X | X | X | X | |
| 4 | 5654 | CITY OF PHOENIX, ARIZONA - Civic Center North Plaza & Parking Garage | | | X | | X | | X | X | X | X | X | |
| 5 | 5655 | CITY OF PHOENIX, ARIZONA - Sky Harbor Airport - Terminal 2 | | | X | | X | | X | X | X | X | X | |
| 6 | 6065 | CITY OF PHOENIX, ARIZONA - Symphony Hall | | | X | | X | | X | X | X | X | X | |
| 7 | 6102 | CITY OF PHOENIX, ARIZONA - FAA Tracon Building | X | | X | | X | | X | X | | X | | X |