# EXHIBIT A

# EXHIBIT A
## CITY OF TUCSON, ARIZONA

| NO. | CLAIM # | ENTITY / BUILDING | EX. C-1(c) | EX. C-2 | EX. C-4 | EX. D-1(b) | EX. D-1(c) | EX. D-2 | EX. D-3 | EX. D-4 | EX. D-5 | EX. D-6 | EX. E-1 | EX. E-3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5644 | CITY OF TUCSON, ARIZONA - Transportation Contract Service Center | X | X | X | X | | X | | X | | X | X | |
| 2 | 5645 | CITY OF TUCSON, ARIZONA - Old Pima Bank Building | | X | X | | X | X | X | X | X | X | X | |
| 3 | 5646 | CITY OF TUCSON, ARIZONA - Civic Center Complex / Meeting Rooms | | X | | | | X | | X | X | X | X | |
| 4 | 5647 | CITY OF TUCSON, ARIZONA - Civic Center Complex / Leo Rich Theater | | | | | | X | | X | X | X | X | |
| 5 | 5648 | CITY OF TUCSON, ARIZONA - Civic Center Complex / Music Hall | | X | X | | | X | | X | X | X | X | |
| 6 | 5649 | CITY OF TUCSON, ARIZONA - City Hall Annex | | X | X | | | X | | X | | X | X | |
| 7 | 5650 | CITY OF TUCSON, ARIZONA - City Hall | | X | X | | | X | | X | X | X | | X |