# EXHIBIT A

# EXHIBIT A
# SABINE RIVER AUTHORITY

| NO. | CLAIM # | ENTITY / BUILDING | EXHIBIT C-4 | EXHIBIT D-1(c) | EXHIBIT D-2 | EXHIBIT D-4 | EXHIBIT D-6 | EXHIBIT E-3 |
|---|---|---|---|---|---|---|---|---|
| 1 | 5660 | SABINE RIVER AUTHORITY OF TEXAS - Iron & Bridge Division Office | X | X | X | X | X | X |