# EXHIBIT A

# EXHIBIT A
# CITY OF AMARILLO, TEXAS

| NO. | CLAIM # | ENTITY / BUILDING | EXHIBIT C-2 | EXHIBIT C-4 | EXHIBIT D-1(c) | EXHIBIT D-2 | EXHIBIT D-4 | EXHIBIT D-6 | EXHIBIT E-1 | EXHIBIT E-3 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5656 | CITY OF AMARILLO, TEXAS - Bivins Building | | | X | X | X | X | X | |
| 2 | 5661 | CITY OF AMARILLO, TEXAS - Amarillo Airport | X | X | | X | X | X | | X |

43