# EXHIBIT A

# EXHIBIT A
# COLEMAN HOUSING AUTHORITY

| NO. | CLAIM # | ENTITY / BUILDING | EXHIBIT C-2 | EXHIBIT C-4 | EXHIBIT D-2 | EXHIBIT D-4 | EXHIBIT D-6 | EXHIBIT E-1 |
|---|---|---|---|---|---|---|---|---|
| 1 | 5658 | COLEMAN HOUSING AUTHORITY - High Rise Bldg | X | X | X | X | X | X |