# EXHIBIT A

## EXHIBIT A
## EL PASO COUNTY, TEXAS

| NO. | CLAIM # | ENTITY / BUILDING | EXHIBIT C-2 | EXHIBIT C-4 | EXHIBIT D-2 | EXHIBIT D-3 | EXHIBIT D-6 | EXHIBIT E-1 |
|---|---|---|---|---|---|---|---|---|
| 1 | 5657 | EL PASO COUNTY, TEXAS - Landmark Building | X | X | X | X | X | X |

42