# EXHIBIT A

# EXHIBIT A
# THE 600 BUILDING

| NO. | CLAIM # | ENTITY / BUILDING | EXHIBIT C-4 | EXHIBIT D-2 | EXHIBIT D-4 | EXHIBIT D-6 | EXHIBIT E-1 |
|---|---|---|---|---|---|---|---|
| 54 | 5690 | 600 CORPORATION - 600 Building | X | X | X | X | X |