## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al., | ) | Case No.: 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| | ) | **No Order Required** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 10701

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Verified Application of Richardson, Patrick, Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from July 1, 2005 through July 31, 2005 (the "Application"). The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Application, objections were to be filed no later than November 15, 2005.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§ 105 (a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Order") dated April 17, 2002, the Debtors are authorized to pay $2,076.00[1] upon the filing of this certification and without the need for entry of a Court order approving the application.

---

[1] The aggregate total is a result of the addition of 80% of the fees sought ($2,595.00) equaling $2,076.00 and 100% of the expenses sought ($0.00) during the time frame of July 1, 2005 through July 31, 2005.

2

| | |
|---|---|
| Dated: December 8, 2005 | BUCHANAN INGERSOLL PC |
| | |
| | */s/ William David Sullivan* |
| | William D. Sullivan (No. 2820) |
| | The Nemours Building |
| | 1007 N. Orange Street, Suite 1110 |
| | Wilmington, DE 19801 |
| | Phone: (302) 428-5500 |
| | FAX:   (302) 428-3996 |
| | sullivanwd@bipc.com |
| | |
| | -and- |
| | |
| | RICHARDSON PATRICK WESTBROOK |
| | & BRICKMAN, LLC |
| | |
| | Edward J. Westbrook, Esq. |
| | 1037 Chuck Dawley Blvd., Building A |
| | Mount Pleasant, SC  29464 |
| | Phone: (843) 727-6513 |
| | FAX:   (843) 727-6688 |
| | |
| | LEAD COUNSEL FOR |
| | ZAI CLAIMANTS |