# EXHIBIT A

**EXHIBIT A**
**THE COUNTY OF ORANGE, TEXAS**

| NO. | CLAIM # | ENTITY / BUILDING | EXHIBIT B-1 | EXHIBIT B-2 | EXHIBIT C-1(d) | EXHIBIT D-1(b) | EXHIBIT D-2 | EXHIBIT D-4 | EXHIBIT D-6 | EXHIBIT E-1 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12700 | COUNTY OF ORANGE | X | X | X | X | X | X | X | X |

45