# EXHIBIT B

| | EXHIBIT B |
|---|---|
| | **CLASS MEMBERS** |
| 1. | AMARILLO INTERNATIONAL AIRPORT (10801 AIRPORT BLVD., AMARILLO, TEXAS) |
| 2. | BIVINS BUILDING (1000 S. POLK, AMARILLO, TEXAS) |
| 3. | CITY OF HOUSTON POLICE DEPARTMENT (1200 TRAVIS, HOUSTON, TX) |
| 4. | CITY OF HOUSTON PUBLIC WORKS BUILDING (611 WALKER, HOUSTON, TX) |
| 5. | COLEMAN HOUSING AUTHORITY HIGH RISE BUILDING (311 COMMERICAL AVENUE, COLEMAN, TEXAS) |
| 6. | LANDMARK BUILDING (1014 N. STANTON ST., EL PASO, TEXAS) |
| 7. | HARLINGEN HOUSING AUTHORITY HERITAGE MANOR BUILDING (202 S. 1ST STREET, HARLINGEN, TEXAS) |
| 8. | LAKE TOWAKONI – IRON & BRIDGE OFFICE (LAKE TAWAKONI, BOX 310, POINT, TEXAS) |
| 9. | MEMORIAL AND PROFESSIONAL BUILDING (HOUSTON) |
| 10. | BANK OF THE SOUTHWEST (HOUSTON) |
| 11. | OLD FIRST CITY NATIONAL BANK (HOUSTON) |
| 12. | NEW FIRST CITY NATIONAL BANK (HOUSTON) |
| 13. | LINCOLN-SHERATON HOTEL AND OFFICE BUILDING (HOUSTON) |
| 14. | HUMBLE OIL OFFICE (HOUSTON) |
| 15. | TEXAS NATIONAL BANK (HOUSTON) |
| 16. | 500 JEFFERSON BUILDING (HOUSTON) |
| 17. | THE APPAREL MART (DALLAS) |
| 18. | FIRST INTERNATIONAL BUILDING (DALLAS) |
| 19. | MAIN TOWER (DALLAS) |
| 20. | 2001 BRYAN TOWER (DALLAS) |
| 21. | DALLAS FEDERAL SAVINGS & LOAN |
| 22. | 4226 DOUGLASS TOWER (DALLAS) |
| 23. | MOCKINGBIRD TOWERS (DALLAS) |
| 24. | 1111 MOCKINGBIRD TOWER (DALLAS) |
| 25. | STEMMONS TWIN TOWERS (DALLAS) |
| 26. | EMPIRE STEMMONS TOWER (DALLAS) |
| 27. | DALLAS NORTH PLAZA TOWER |
| 28. | DALLAS NORTH BANK & TRUST |
| 29. | CORPUS CHRISTI STATE NATIONAL BANK |
| 30. | SPOHN HOSPITAL (CORPUS CHRISTI) |
| 31. | PETROLEUM TOWER ADDITION (CORPUS CHRISTI) |
| 32. | REPUBLIC NATIONAL BANK TOWER (DALLAS COUNTY) |
| 33. | SOUTHWESTERN LIFE INSURANCE CO. (DALLAS COUNTY) |
| 34. | SOUTHWESTERN BELL TELEPHONE (A&E) (DALLAS COUNTY) |
| 35. | NEIMAN-MARCUS ADDITION (DALLAS COUNTY) |
| 36. | GARDNER-DENVER COMPANY (DALLAS COUNTY) |
| 37. | LAKESIDE BAPTIST CHURCH (DALLAS COUNTY) |
| 38. | SOUTH OAK CLIFF LIBRARY (DALLAS COUNTY) |

| | EXHIBIT B | |
| --- | --- | --- |
| | **CLASS MEMBERS** | |
| 39. | REPUBLIC NATIONAL LIFE ADDITION (DALLAS COUNTY) | |
| 40. | MERCANTILE BANK ADDITION (DALLAS COUNTY) | |
| 41. | GREAT NATIONAL LIFE (DALLAS COUNTY) | |
| 42. | EXPRESSWAY TOWER (DALLAS COUNTY) | |
| 43. | DALLAS NORTH PLAZA | |
| 44. | TURTLE CREEK PLAZA BUILDING (DALLAS COUNTY) | |
| 45. | PRESTON STATE BANK (DALLAS COUNTY) | |
| 46. | TWIN TOWERS BUILDINGS (DALLAS COUNTY) | |
| 47. | SEARS REGIONAL OFFICE BUILDING (DALLAS COUNTY) | |
| 48. | MOUNTAIN VIEW COLLEGE (DALLAS COUNTY) | |
| 49. | BRUTON PARK OFFICE BUILDINGS (DALLAS COUNTY) | |
| 50. | LAKEWOOD BANK (DALLAS COUNTY) | |
| 51. | K.R.L.D. BUILDING (DALLAS COUNTY) | |
| 52. | SANGER-HARRIS DEPARTMENT STORE (DALLAS COUNTY) | |
| 53. | 511 NORTH AKARD BUILDING (DALLAS COUNTY) | |
| 54. | FIDERLITY UNION TOWER BUILDING (DALLAS COUNTY) | |
| 55. | DALLAS FEDERAL SAVINGS & LOAN (DALLAS COUNTY) | |
| 56. | SOUTHLAND CENTER-SHERATON (DALLAS COUNTY) | |
| 57. | MERCANTILE DALLAS BUILDING | |
| 58. | MERCANTILE CONTINENTAL BUILDING (DALLAS COUNTY) | |
| 59. | FEDERAL RESERVE BANK OF DALLAS | |
| 60. | EXCHANGE BANK BUILDING (DALLAS COUNTY) | |
| 61. | IRVING NATIONAL BANK BUILDING | |
| 62. | TITCHES 183 (DALLAS COUNTY) | |
| 63. | MIDWAY NATIONAL BANK (DALLAS COUNTY) | |
| 64. | SANGER-HARRIS (SIX FLAGS MALL) | |
| 65. | SIX FLAGS MALL | |
| 66. | GARLAND MEMORIAL HOSPITAL | |
| 67. | J.J. PIERCE HIGH SCHOOL (DALLAS COUNTY) | |
| 68. | TEXAS-SHERATORN HOTEL (FT. WORTH) | |
| 69. | NATIONAL FARM LIFE INSURANCE BLDG. (FT. WORTH) | |
| 70. | ALL SAINTS HOSPITAL (FT. WORTH) | |
| 71. | BAKER BUILDING (FT. WORTH) | |
| 72. | GENERAL DYNAMICS, CARSWELL A.F.B. | |
| 73. | ALL CHURCH HOME LIBRARY (FT. WORTH) | |
| 74. | ST. JOSEPH HOSPITAL (FT. WORTH) | |
| 75. | MONTGOMERY WARD (FT. WORTH) | |
| 76. | BAPTIST RADIO & TELEVISION CENTER (FT. WORTH) | |
| 77. | EDISON DIAL BUILDING (FT. WORTH) | |
| 78. | LONE STAR GAS COMPANY (FT. WORTH) | |
| 79. | UNIVERSITY CHRISTIAN CHURCH (FT. WORTH) | |
| 80. | FT. WORTH STAR TELEGRAPH BUILDING | |
| 81. | FIRST NATIONAL BANK (FT. WORTH) | |

| | EXHIBIT B CLASS MEMBERS | |
|---|---|---|
| 82. | NEIMAN-MARCUS (FT. WORTH) | |
| 83. | EQUITABLE SAVINGS & LOAN (FT. WORTH) | |
| 84. | UNION BANK & TRUST (FT. WORTH) | |
| 85. | TARRANT COUNTY SAVINGS & LOAN | |
| 86. | ROWAN BUILDING (FT. WORTH) | |
| 87. | GOOD SHEPHERD HOSPITAL (LONGVIEW) | |
| 88. | FIRST NATIONAL BANK (LONGVIEW) | |
| 89. | FIRST STATE BANK (PORT LAVACA) | |
| 90. | SAN ANGELO NATIONAL BANK | |
| 91. | SOUTHWESTERN BELL TELEPHONE (ARLINGTON) | |
| 92. | ARLINGTON BANK & TRUST CO. | |
| 93. | CITY NATIONAL BANK (AUSTIN) | |
| 94. | TEXAS STATE BANK (AUSTIN) | |
| 95. | HIGHLAND MALL (AUSTIN MALL PROJECT) | |
| 96. | OFFICE BUILDING NO. 1 – CHEVY CHASE CENTER (AUSTIN) | |
| 97. | STATE FARM INSURANCE (AUSTIN) | |
| 98. | JOSKE'S OF TEXAS (AUSTIN) | |
| 99. | USAA INSURANCE OFFICE BUILDING ADDN. (SAN ANTONIO) | |
| 100. | VIEWPOINT OFFICE BUILDING (SAN ANTONIO) | |
| 101. | BAPTIST MEMORIAL HOSPITAL - NE (SAN ANTONIO) | |
| 102. | SANTA ROSA CHILDREN'S HOSPITAL (SAN ANTONIO) | |
| 103. | PALACIO DEL RIO HOTEL (SAN ANTONIO) | |
| 104. | H.B. ZACHRY OFFICE BUILDING (SAN ANTONIO) | |
| 105. | HEMISFAIR (SAN ANTONIO) | |
| 106. | AUSTIN COLLEGE SCIENCE BUILDING | |
| 107. | EAST TEXAS TB HOSPITAL (TYLER) | |
| 108. | UVALDE HIGH SCHOOL | |
| 109. | VERNON GERIATRICS CENTER | |
| 110. | VERNON HOSPITAL | |
| 111. | VICTORIA BANK & TRUST | |
| 112. | PROVIDENCE HOSPITAL (WACO) | |
| 113. | MCCLERKAN DEPARTMENT STORE (WICHITA FALLS) | |
| 114. | BETHANIA HOSPITAL (WICHITA FALLS) | |
| 115. | CITY NATIONAL BANK (WICHITA FALLS) | |
| 116. | SOUTHWESTERNA BELL ADMINISTRATION BUILDING (HOUSTON) | |
| 117. | SUZANNE CAFETERIA (HOUSTON) | |
| 118. | UNITED STATES FIDELITY AND GUARANTY (HOUSTON) | |
| 119. | GULFGATE SHOPPING CENTER (HOUSTON) | |
| 120. | SHIRINE OF THE LITTLE FLOWER CHURCH (SAN ANTONIO) | |
| 121. | SAN ANTONIO COLLEGE – MCALLISTER FINE ARTS CENTER | |
| 122. | GREENWAY PLAZA (HOUSTON) | |
| 123. | MERCANTILE BUILDING (DALLAS) | |
| 124. | FAIRMONT (DALLAS) | |

| | **EXHIBIT B**<br>**CLASS MEMBERS** | |
|---|---|---|
| 125. | AMERICAN GENERAL INSURANCE COMPANY (HOUSTON) | |
| 126. | FANNIN BANK BUILDING (HOUSTON) | |
| 127. | RIVER OAKS APT. BUILDING (HOUSTON) | |
| 128. | MAYERHOUSE APTS. (HOUSTON) | |
| 129. | ST. JOSEPH'S HOSPITAL (HOUSTON) | |
| 130. | METHODIST HOSPITAL (HOUSTON) | |
| 131. | NATIONAL SPACE AGENCY BUILDINGS (HOUSTON) | |
| 132. | OLSON OFFICE TOWER (HOUSTON) | |