IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | In Proceedings for a |
| W.R. GRACE & CO., et al | : | Reorganization under |
| . | : | Chapter 11 |
| | : | |
| Debtors. | : | Case No. 01-1139-JKF |
| | : | Jointly Administered |

**MOTION FOR ADDITIONAL TIME TO SERVE QUESTIONNAIRES PURSUANT TO CASE MANAGEMENT ORDER FOR THE ESTIMATION OF <u>ASBESTOS PERSONAL INJURY LIABILITIES</u>**

CHARLES E. GIBSON III hereby moves the Court to allow him additional time in which to serve Questionnaires pursuant to this Court's August 29, 2005, Case Management Order for the Estimation of Asbestos Personal Injury Liabilities, as follows:

1. Pursuant to Paragraph 3C of this Court's Case Management Order for the Estimation of Asbestos Personal Injury Liabilities, Charles E. Gibson III must serve Questionnaires on or before January 12, 2006.

2. Due to Hurricane Katrina, many Mississippi Claimants represented by Charles E. Gibson III have been displaced and more time is needed in order to locate these Claimants regarding their Questionnaires.

WHEREFORE, in order to prevent injustice due to the unusual circumstances caused by Hurricane Katrina, Charles E. Gibson III requests this Court to extend the deadline set forth in Paragraph 3C of its August 29, 2005 Case Management Order for the Estimation of Asbestos Personal Injury Liabilities Order as to Claimants represented by Charles E. Gibson III from January 12, 2006 until March 12, 2006.

Dated: December 8, 2005.

                    Respectfully Submitted,

                    THE GIBSON LAW FIRM, PLLC

                BY: /s/ Charles E. Gibson III
                    CHARLES E. GIBSON III
                    Mississippi Bar No. 4821
                    THE GIBSON LAW FIRM
                    447 Northpark Drive (39157)
                    P. O. Box 6005
                    Ridgeland, MS 39158-6005
                    T: (601) 957-6010
                    F: (601) 957-6065