IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 11 |
| W.R. GRACE & CO. et al., | : | |
| | : | Case Nos. 01-1139 (JFK) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Charles E. Gibson III, hereby certify that on December 8, 2005, I served a copy of the Motion for Additional Time to Serve Questionnaires Pursuant to Case Management Order for the Estimation of Asbestos Personal Injury Liabilities upon Debtors and the United States Trustee, and the persons listed on the list attaced hereto by first class mail, postage prepaid.

This the 8th day of December, 2005

THE GIBSON LAW FIRM, PLLC

BY:  /s/Charles E. Gibson III
     Charles E. Gibson III
     447 Northpark Drive
     P.O. Box 6005
     Ridgeland, MS 39158
     Telephone: 601-957-6010
     Facsimile: 601-957-6065