# EXHIBIT A

# EXHIBIT A
# STATE OF OKLAHOMA

| NO. | CLAIM # | ENTITY / BUILDING | EX. C-2 | EX. C-3(f) | EX. C-4 | EX. D-1(b) | EX. D-1(c) | EX. D-2 | EX. D-3 | EX. D-4 | EX. D-6 | EX. E-1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5587 | STATE OF OKLAHOMA - Griffin Memorial Hospital Activities Ctr, Bldg 40 | | | | X | | X | | X | X | X |
| 2 | 5588 | STATE OF OKLAHOMA - Eddie Warrior Unit Auditorium & Programs Bldg. | | | X | X | | X | | X | X | X |
| 3 | 5589 | STATE OF OKLAHOMA - Classen Building 1411 | | | X | | X | X | X | X | X | X |
| 4 | 5590 | STATE OF OKLAHOMA - Western Hills Lodge | | | | | | X | | X | X | X |
| 5 | 5591 | STATE OF OKLAHOMA - Jess Dunn Correctional Unit - Bldg 500 | X | | X | | | X | | X | X | X |
| 6 | 5592 | STATE OF OKLAHOMA - Wiley Post Historical Bldg | X | | | | | X | | X | X | X |
| 7 | 6953 | STATE OF OKLAHOMA - Central Oklahoma Comm Mental Health Ctr - Bldg A | | | | | | X | | X | X | X |
| 8 | 6954 | STATE OF OKLAHOMA - Central Oklahoma Comm Mental Health Ctr - Bldg B | X | | | | X | X | | X | X | X |
| 9 | 6955 | STATE OF OKLAHOMA - Central Oklahoma Comm Mental Health Ctr - Bldg C | X | | | | | X | | X | X | X |
| 10 | 6956 | STATE OF OKLAHOMA - Central Oklahoma Comm Mental Health Ctr - Bldg D | X | | X | | | X | | X | X | X |
| 11 | 6957 | STATE OF OKLAHOMA - Department of Corrections - Eddie Warrior Dorm 1 | | X | | X | | X | | X | X | X |
| 12 | 6958 | STATE OF OKLAHOMA - Department of Corrections - Eddie Warrior Dorm 2 | | X | | X | | X | | X | X | X |
| 13 | 6959 | STATE OF OKLAHOMA - Department of Corrections - Eddie Warrior Dorm 3 | | X | | X | | X | | X | X | X |
| 14 | 6960 | STATE OF OKLAHOMA - Department of Corrections - Eddie Warrior Dorm 4 | | X | | X | | X | | X | X | X |
| 15 | 6961 | STATE OF OKLAHOMA - Department of Corrections - Eddie Warrior Dorm 5 | | X | | X | | X | | X | X | X |
| 16 | 6962 | STATE OF OKLAHOMA - Department of Corrections - Eddie Warrior Dorm 6 | X | X | | X | | X | | X | X | X |
| 17 | 6963 | STATE OF OKLAHOMA - Department of Corrections - Eddie Warrior Dorm 7 | | X | | X | | X | | X | X | X |
| 18 | 6964 | STATE OF OKLAHOMA - Department of Corrections - Eddie Warrior Dorm 8 | X | X | | X | | X | | X | X | X |
| 19 | 6965 | STATE OF OKLAHOMA - Department of Corrections - Eddie Warrior Bldg 8 | | X | | X | | X | | X | X | X |
| 20 | 6966 | STATE OF OKLAHOMA - Jess Dunn Correctional Unit - Bldg 400 | | X | | | X | X | | X | X | X |
| 21 | 6967 | STATE OF OKLAHOMA - Mental Health & Substance Abuse Srvs | X | | X | | X | X | | X | X | X |
| 22 | 8016 | STATE OF OKLAHOMA - Department of Health Headquarters | | | X | X | | X | | X | X | X |