# EXHIBIT A

# EXHIBIT A
## STATE OF OREGON BOARD OF HIGHER EDUCATION

| NO. | CLAIM # | ENTITY / BUILDING | EX. C-1(d) | EX. C-2 | EX. C-4 | EX. D-1(c) | EX. D-2 | EX. D-3 | EX. D-4 | EX. D-6 | EX. E-1 | EX. E-3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5662 | OREGON BOARD OF HIGHER EDUCATION- UNIVERSITY OF OREGON - Riley Hall | | X | X | X | X | | X | X | X | |
| 2 | 5663 | OREGON BOARD OF HIGHER EDUCATION- UNIVERSITY O F OREGON - Gerlinger Annex | | | X | | X | | X | X | X | |
| 3 | 5664 | OREGON BOARD OF HIGHER EDUCATION - UNIVERSITY OF OREGON - Lawrence Hall | | | X | X | X | | X | X | X | |
| 4 | 5665 | OREGON BOARD OF HIGHER EDUCATION - UNIVERSITY OF OREGON - Oregon Hall | | | X | | X | | X | X | X | |
| 5 | 5666 | OREGON BOARD OF HIGHER EDUCATION- UNIVERSITY OF OREGON - Esslinger Hall | | | X | | X | | X | X | X | |
| 6 | 5667 | OREGON BOARD OF HIGHER EDUCATION- UNIVERSITY OF OREGON - Prince Lucien Campbell Building | | X | X | | X | | X | X | | X |
| 7 | 5668 | OREGON BOARD OF HIGHER EDUCATION - UNIVERSITY OF OREGON - Klamath Hall | | | X | | X | | X | X | X | |
| 8 | 5669 | OREGON BOARD OF HIGHER EDUCATION - UNIVERSITY OF OREGON - Friendly Hall | | | X | X | X | | X | X | X | |
| 10 | 5671 | OREGON BOARD OF HIGHER EDUCATION - UNIVERSITY OF OREGON - Computing Center | | X | X | | X | | X | X | X | |
| 11 | 5673 | OREGON BOARD OF HIGHER EDUCATION- OREGON STATE UNIVERSITY - Nash Hill | | X | X | | X | | X | X | X | |
| 12 | 5674 | OREGON BOARD OF HIGHER EDUCATION- OREGON STATE UNIVERSITY - Kerr Administration Building | | | X | | X | | X | X | X | |
| 13 | 5675 | OREGON BOARD OF HIGHER EDUCATION- PORTLAND STATE UNIVERSITY - Peter W. Stott (HPE) Center | | X | X | | X | | X | X | X | |
| 14 | 5676 | OREGON BOARD OF HIGHER EDUCATION- PORTLAND STATE UNIVERSITY - Neuberger Hall | | | X | X | X | | X | X | X | |
| 15 | 5677 | OREGON BOARD OF HIGHER EDUCATION- PORTLAND STATE UNIVESRITY - Cramer Hall | | X | X | | X | | X | X | X | |
| 16 | 5678 | OREGON BOARD OF HIGHER EDUCATION - OREGON STATE UNIVERSITY - Valley Library | | | X | | X | | X | X | X | |
| 17 | 5679 | OREGON BOARD OF HIGHER EDUCATION - OREGON STATE UNIVERSITY - Oswald Wester Cafeteria | X | X | X | X | X | | X | X | X | |
| 18 | 5680 | OREGON BOARD OF HIGHER EDUCATION- SOUTHERN OREGON UNIVERSITY -Music Building | | | X | | X | | X | X | X | |
| 19 | 5681 | OREGON BOARD OF HIGHER EDUCATION - SOUTHERN OREGON UNIVERSITY -Education & Psychology Building | | | X | | X | | X | X | X | |
| 20 | 5682 | OREGON BOARD OF HIGHER EDUCATION- SOUTHERN OREGON UNIVERSITY -Churchill Hall | | | X | X | X | | X | X | X | |
| 21 | 5683 | OREGON B0ARD OF HIGHER EDUCATION- PORTLAND STATE UNIVERSITY - University Services Bldg | | | | | X | | X | X | X | |

| NO. | CLAIM # | ENTITY / BUILDING | EX. C-1(d) | EX. C-2 | EX. C-4 | EX. D-1(c) | EX. D-2 | EX. D-3 | EX. D-4 | EX. D-6 | EX. E-1 | EX. E-3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | 5684 | OREGON BOARD OF HIGHER EDUCATION- PORTLAND STATE UNIVERSITY - University Center | | | | | X | X | | X | X | |
| 23 | 5685 | OREGON BOARD OF HIGHER EDUCATION- PORTLAND STATE UNIVERSITY - Smith Memorial Center | | | X | | X | | X | X | X | |
| 24 | 5686 | OREGON BOARD OF HIGHER EDUCATION- PORTLAND STATE UNIVERSITY - Science II Bldg | | X | X | | X | | X | X | X | |
| 25 | 5687 | OREGON BOARD OF HIGHER EDUCATION- WESTERN OREGON UNIVERSITY - Neal Werner University Center | | | X | X | X | | X | X | X | |
| 26 | 6066 | OREGON BOARD OF HIGHER EDUCATION- EASTERN OREGON UNIVERSITY - Hoke Student Center | X | X | X | | X | | X | X | | X |

47