IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 01-01139 (JKF)<br><br>(Jointly Administered)<br><br>Response Deadline: December 8, 2005<br>Hearing Date: TBD<br>Re: Docket No. 9315 |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on the 8th day of December, 2005, I did cause to be served true and correct copies of the foregoing **Response of the Board of Higher Education, State of Oregon to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims** on the parties listed on the attached service list as indicated thereon.

Dated: December 8, 2005

Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:          loizides@loizides.com

**SERVICE LIST**

**VIA HAND DELIVERY**

David Carickhoff, Esquire
Pachulski Stang Ziehl Young Jones & Weinbtraub, PC
919 No. Market Street, Suite 1600
Wilmington, DE 19801

**VIA EMAIL**

Janet Baer, Esquire (jbaer@kirkland.com)
Michael Rosenberg, Legal Assistant (mrosenberg@kirkland.com)
Kathleen Cawley, Legal Assistant (kcawley@kirkland.com)
Kirkland & Ellis, LLP