IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: Docket No. 9302 |

## NOTICE OF SERVICE

The undersigned hereby certifies that on December 8, 2005, copies of the expert report of William M. Ewing in regard to PD Estimation Phase I were served upon the parties listed on the attached service list in the manner indicated.

Dated: December 8, 2005                    FERRY, JOSEPH & PEARCE, P.A.

                                            /s/ Lisa L. Coggins
                                           Theodore J. Tacconelli (No. 2678)
                                           Lisa L. Coggins (No. 4234)
                                           824 Market Street, Suite 904
                                           P.O. Box 1351
                                           Wilmington, DE 19899
                                           (302) 575-1555

                                           -and-

                                           BILZIN SUMBERG BAENA PRICE
                                           & AXELROD LLP
                                           Scott L. Baena, Esquire
                                           Jay M. Sakalo, Esquire
                                           Allyn S. Danzeisen, Esquire
                                           2500 Wachovia Financial Center
                                           Miami, FL 33131-2336
                                           (305) 374-7580

                                           Co-Counsel to the Official Committee of Asbestos
                                           Property Damage Claimants

**SERVICE LIST**

**By Hand Delivery:**

Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young, Jones
& Weintraub, P.C.
919 N. Market Street, Suite 1600
Wilmington, DE 19801

Teresa K. D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Marla R. Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

David M. Klauder, III, Esquire
Office of the United States Trustee
844 N. King Street, Room 2207
Wilmington, DE 19801

William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

Frederick B. Rosner, Esq.
Jaspan Schlesinger Hoffman LLP
913 North Market Street, 12th Floor
Wilmington, DE 19801

William D. Sullivan, Esq.
Buchanan Ingersoll PC
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE 19801-1236

Christopher D. Loizides, Esq.
Michael J. Joyce, Esq.
Loizides & Associates
1225 King Street, Suite 800
Wilmington, DE 19801

Stuart D. Drowos, Esq.
Deputy Attorney General
Department of Justice
State of Delaware
820 N. French Street, 6th Floor
Wilmington, DE 19801

**By First-Class Mail and E-Mail:**

David M. Bernick, Esquire
Janet S. Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

**By First-Class Mail**

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Peter Van N. Lockwood, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Thomas M. Mayer, Esquire
Kramer, Levin, Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Richard H. Wyron, Esquire
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806

M. David Minnick, Esq.
Michael P. Ellis, Esq.
Gerald F. George, Esq.
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228

Robert J. Gilson, Esq.
Joseph L. Schwartz, Esq.
Riker, Danzig, Scherer, Hyland
& Perretti LLP
Headquarters Plaza
1 Speedwell Avenue, West Tower
P.O. Box 1981
Morristown, NJ 07960

State of California,
Department of General Services
c/o Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Richard A. O'Halloran, Esq.
Burns, White & Hickton, LLC
531 Plymouth Road, Suite 500
Plymouth Meeting, PA 19462

Martin W. Dies, Esq.
Dies & Hile, L.L.P.
1601 Rio Grande, Suite 330
Austin, TX 78701

Romulo L. Diaz, City Solicitor
Cynthia White, Chief Deputy City Solicitor
Joseph Digiuseppe, Deputy City Solicitor
City of Philadelphia Law Department
Tax Unit
One Parkway Building
1515 Arch Street, 15th Floor
Philadelphia, PA 19102-1595

Peter Nils Baylor, Esq.
Jesse I. Redlener, Esq.
Nutter McClennen & Fish, LLP
World Trade Center
155 Seaport Boulevard
Boston, MA 02210-2604