IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> W. R. GRACE & CO., et al., <br><br> Debtors. | Chapter 11 <br> Case No. 01-01139 (JKF) <br><br> (Jointly Administered) <br><br> **Re: Docket No. 11277** |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 11277 AS DUPLICATE AND CORRECTED CERTIFICATE OF SERVICE

Counsel for the State of Connecticut respectfully requests that the Response of the State of Connecticut to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims (filed December 8, 2005, Docket No. 11277) be withdrawn as a duplicate in that this response was re-filed with a corrected caption on December 8, 2005 at Docket No. 11304. Counsel also corrects the certificate of service filed with Docket No 11277 as that docket entry was not served but instead the corrected objection at Docket No. 11304 was served.

Dated: December 9, 2005

Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:   loizides@loizides.com

051209141748.DOC