IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 01-01139 (JKF)<br><br>(Jointly Administered)<br><br>Re: **Docket No. 11279** |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 11279
## AS DUPLICATE AND CORRECTED CERTIFICATE OF SERVICE

Counsel for the City of Phoenix, Arizona respectfully requests that the Response of the City of Phoenix, Arizona to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims (filed December 8, 2005, Docket No. 11279) be withdrawn as a duplicate in that this response was re-filed with a corrected caption on December 8, 2005 at Docket No. 11300. Counsel also corrects the certificate of service filed with Docket No 11279 as that docket entry was not served but instead the corrected objection at Docket No. 11300 was served.

Dated: December 9, 2005

Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
E-mail: loizides@loizides.com

051209142107.DOC