IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 11102)

On November 17, 2005, Kramer, Levin, Naftalis & Frankel LLP, ("Kramer Levin"), co-counsel to the Official Committee of Equity Holders, filed its Quarterly Fee Application of Kramer, Levin, Naftalis & Frankel LLP , Co-Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Expenses for the Period from July 1, 2005 through September 30, 2005 (the "Application"). The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on December 7, 2005. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Kramer Levin respectfully requests that the Court enter an order approving this Application at its earliest convenience.

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

By: _____
Teresa K. D. Currier (No. 3080)
The Brandywine Building
1000 West St. - Suite 1410
Wilmington, DE 19801

-and-

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley, Esquire
Gary M. Becker, Esquire
919 Third Avenue
New York, NY 10022
(212) 715-9100
Counsel to the Official Committee of
Equity Holders

Dated: December 12, 2005                    Co-Counsel to the Official Committee
                                            of Equity Holders