IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| ) | |
| Debtor. ) | Objection Date: January 2, 2006 at 4:00 p.m. |
| ) | Hearing: Scheduled if Necessary (Negative Notice) |

**SEVENTEENTH MONTHLY INTERIM APPLICATION OF
CIBC WORLD MARKETS CORP., FINANCIAL ADVISOR
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005**

| | |
|---|---|
| Name of Applicant: | CIBC World Markets Corp. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | June 4, 2004[1] |
| Period for which compensation and reimbursement is sought: | October 1, 2005 – October 31, 2005 |
| 80% of Compensation sought as actual, reasonable and necessary: | $20,000.00[2] |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $89.33 |

This is a   _x_ monthly        __ interim        ___ final application

---

[1] On June 27, 2005, the Court authorized an extension to the terms relating to the fee arrangement with CIBC World Markets Corp. Pursuant to such extension, CIBC is to be paid a monthly fee of $100,00.00. However, upon review of the level of activity during the period covered by this application, CIBC World Markets Corp. has informed the FCR that it intends to reduce its monthly fee for the period covered by this application to $25,000.00.

[2] Pursuant to administrative Order, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses. CIBC's total fee for this period is $20,000.00.

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### OCTOBER 2005

| Project Category | Total Hours | Total Fees[3] |
|---|---|---|
| Business Operations Related | 8.50 | NA |
| Financial Analysis/Review Related | 63.25 | NA |
| Hearing Attendance | 4.00 | NA |
| **TOTAL** | **75.75** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

### OCTOBER 2005

| Expense Category | | Total |
|---|---|---|
| Telephone | $ | 38.01 |
| Transportation | | 51.32 |
| **Total Expenses:** | $ | **89.33** |

Respectfully submitted,

CIBC WORLD MARKETS CORP.

By: _____
Joseph J. Radecki, Jr.
300 Madison Avenue
New York, New York 10017
(212) 885-4744
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: _____, 2005

---

[3] CIBC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.