# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Joseph Radecki | 10/3/2005 | 1.0 | Financial Review | Internal discussions re: financial info and deal issues |
| Jonathan Brownstein | 10/3/2005 | 0.8 | Financial Review | Industry and competitor research (Review of Valspar S-4 SEC filing); internal CIBC meeting re: various case topics |
| Jonathan Brownstein | 10/6/2005 | 2.0 | Financial Review | Industry and competitor research (RPM International Inc. earnings release) |
| Ritwik Chatterjee | 10/6/2005 | 2.5 | Financial Review | Review RPM Int. Inc. quarterly financial release |
| Joseph Radecki | 10/7/2005 | 1.0 | Business Operations | Information received and reviewed regarding lease motion |
| Jonathan Brownstein | 10/7/2005 | 1.5 | Business Operations | Review of Woburn lease motion |
| Ritwik Chatterjee | 10/7/2005 | 1.5 | Business Operations | Review of Woburn lease motion |
| Geoffrey Zbicowski | 10/7/2005 | 4.0 | Business Operations | RPM Inc. earnings release and perform various related financial analysis; Woburn lease motion |
| Ritwik Chatterjee | 10/10/2005 | 0.5 | Business Operations | Further review of Woburn lease motion |
| Geoffrey Zbicowski | 10/11/2005 | 0.8 | Financial Review | Various financial and industry analysis |
| Joseph Radecki | 10/12/2005 | 1.8 | Financial Review | Review various financial analysis of regarding chemicals industry and economy |
| Jonathan Brownstein | 10/12/2005 | 2.0 | Financial Review | Financial analysis of industry/competitors |
| Geoffrey Zbicowski | 10/12/2005 | 2.0 | Financial Review | Various financial and industry analysis |
| Ritwik Chatterjee | 10/14/2005 | 1.3 | Financial Review | Financial analysis of industry/competitors |
| Jonathan Brownstein | 10/19/2005 | 2.8 | Financial Review | Industry and competitor research (RPM Bond offering information) |
| Joseph Radecki | 10/20/2005 | 1.3 | Financial Review | Receive and review earnings information of comparable company (Rohm & Haas) |
| Jonathan Brownstein | 10/20/2005 | 1.8 | Financial Review | Industry and competitor research (Rohm & Haas Co. earnings release) |
| Ritwik Chatterjee | 10/20/2005 | 4.3 | Financial Review | Review Rohm & Haas quarterly earnings release; review RPM Corp. debt offering docs |
| Geoffrey Zbicowski | 10/20/2005 | 3.3 | Financial Review | Review Rohm & Haas earnings information and perform various related financial analysis |
| Geoffrey Zbicowski | 10/21/2005 | 0.5 | Financial Review | Various financial and industry analysis |
| Joseph Radecki | 10/24/2005 | 2.0 | Hearing Attendance | Hearing Attendance |
| Jonathan Brownstein | 10/24/2005 | 2.0 | Hearing Attendance | Hearing Attendance |
| Joseph Radecki | 10/25/2005 | 2.0 | Financial Review | Receive and review earnings information of comparable company (Engelhard) |
| Jonathan Brownstein | 10/25/2005 | 2.0 | Financial Review | Industry and competitor research (Engelhard Corp. earnings release) |
| Ritwik Chatterjee | 10/25/2005 | 2.5 | Financial Review | Review Engelhard quarterly financials release |
| Geoffrey Zbicowski | 10/25/2005 | 2.5 | Financial Review | Review Engelhard Co.'s earnings information and perform various related financial analysis |
| Joseph Radecki | 10/26/2005 | 1.0 | Financial Review | Review financial analysis on competitors and industry; CIBC discussion re: same topic |
| Jonathan Brownstein | 10/26/2005 | 3.5 | Financial Review | Review financial analysis of competitive landscape; internal CIBC meeting re: same |
| Ritwik Chatterjee | 10/26/2005 | 4.0 | Financial Review | Financial analysis of industry/competitors; CIBC team discussion |
| Geoffrey Zbicowski | 10/26/2005 | 3.5 | Financial Review | CIBC meeting re: various chemicals competitors, etc. |
| Geoffrey Zbicowski | 10/27/2005 | 1.3 | Financial Review | Various financial and industry analysis |
| Joseph Radecki | 10/31/2005 | 2.3 | Financial Review | Receive and review Grace's third quarterly financial results |
| Jonathan Brownstein | 10/31/2005 | 3.3 | Financial Review | Review of Grace Q3 financial results; related financial analysis |
| Ritwik Chatterjee | 10/31/2005 | 3.3 | Financial Review | Review of Company's quarterly financial condition; analysis of the same |
| Geoffrey Zbicowski | 10/31/2005 | 4.5 | Financial Review | Review WR Grace's Q3 earnings information; perform various related financial analysis |