## EXHIBIT B

**W.R. Grace & Co.**
**CIBC Expense Detail Report (October 1, 2005 – October 31, 2005)**
**(Dates represent expense posting date)**

Transportation
| | | |
|---|---|---|
| Joseph Radecki – Transportation to Hearing | 10/12/05 | 47.07 |
| Joseph Radecki – Parking at Hearing | 10/12/05 | 4.25 |
| Subtotal Transportation: | | $51.32 |

Telephone
| | | |
|---|---|---|
| Joe Radecki | 10/12/05 | 38.01 |
| Subtotal Telephone: | | $38.01 |

**TOTAL EXPENSES:**                                                                $89.33