## Exhibit A

| Creditor Name | Name of Creditor and/or Affiliate of Creditor that is a K&E Client | Brief Description of Representation |
|---|---|---|
| National Railroad Passenger Corporation | National Railroad Passenger Corporation | Representation in matters unrelated to the Debtors |
| ABN Amro Bank N.V. | ABN AMRO Ventures B.V. | Representation in matters unrelated to the Debtors |
| | ABN-AMRO | Representation in matters unrelated to the Debtors |
| | ABN AMRO Bank N.V. | Representation in matters unrelated to the Debtors |
| | ABN AMRO Holding N.V. | Representation in matters unrelated to the Debtors |
| | ABN AMRO Ventures, B.V. | Representation in matters unrelated to the Debtors |
| Beazer East, Inc. | Hanson PLC | Representation in matters unrelated to the Debtors |
| American Standard Inc. | American Standard Companies Inc. | Representation in matters unrelated to the Debtors |
| Bank of America, N.A. | BankAmerica International Investment Corporation | Representation in matters unrelated to the Debtors |
| Bank of Boston | Banc of America Capital Investors | Representation in matters unrelated to the Debtors |
| Northern Trust Bank | Fleet Equity Capital | Representation in matters unrelated to the Debtors |
| | Fleet Boston Financial | Representation in matters unrelated to the Debtors |
| | Fleet National Bank | Representation in matters unrelated to the Debtors |
| | CIVC Partners | Representation in matters unrelated to the Debtors |
| | CIVC Partners | Representation in matters unrelated to the Debtors |
| | CIVC Partners LLC | Representation in matters unrelated to the Debtors |
| | Holinee LLC | Representation in matters unrelated to the Debtors |
| | Banc of America Securities, LLC; Merrill Lynch & Co. | Representation in matters unrelated to the Debtors |
| | Bank of America | Representation in matters unrelated to the Debtors |
| | Nautic Partners, LLC | Representation in matters unrelated to the Debtors |
| | Neptco, Incorporated | Representation in matters unrelated to the Debtors |
| | Northern Trust Company | Representation in matters unrelated to the Debtors |

| Creditor Name | Name of Creditor and/or Affiliate of Creditor that is a K&E Client | Brief Description of Representation |
|---|---|---|
| The Depository Trust Company | The Depository Trust & Clearing Corporation | Representation in matters unrelated to the Debtors |
| Amoco Corporation | Innovene | Representation in matters unrelated to the Debtors |
| Amoco Chemicals Co. | Marguerite McDermed & Edward Ronkowski | Representation in matters unrelated to the Debtors |
| Amoco Oil Co. | Destin Pipeline Company, LLC | Representation in matters unrelated to the Debtors |
| BP | Atlantic Richfield Hanford Company | Representation in matters unrelated to the Debtors |
| BP Amoco Chemical | BP Pipelines (North America) | Representation in matters unrelated to the Debtors |
| Atlantic Richfield | Polly A. Flinn | Representation in matters unrelated to the Debtors |
| Amoco Shipping Company | | Representation in matters unrelated to the Debtors |
| ALCOA<br><br>Reynolds Metals Company | Reynolds Metal Company (Alcoa, Inc.) | Representation in matters unrelated to the Debtors |
| CRC Industries, Inc.<br><br>K&W Products Inc.<br>Siloo Inc. | Kimpton Group Inc. | Representation in matters unrelated to the Debtors |
| Bank One Purchasing Card | First Chicago Venture Corporation | Representation in matters unrelated to the Debtors |
| J.P. Morgan & Chase Co. | Banc One Capital Markets | Representation in matters unrelated to the Debtors |
| | Chase Bank USA, NA | Representation in matters unrelated to the Debtors |
| | JP Morgan Securities Inc. | Representation in matters unrelated to the Debtors |
| | JP Morgan Chase & Company | Representation in matters unrelated to the Debtors |
| | J.P. Morgan's Equity Capital Markets Group | Representation in matters unrelated to the Debtors |
| | JP Morgan Partners, LLC | Representation in matters unrelated to the Debtors |
| | JP Morgan Partners, LLC | Representation in matters unrelated to the Debtors |
| | JP Morgan Chase & Company | Representation in matters unrelated to the Debtors |
| | Chase Manhattan Bank, N.A. | Representation in matters unrelated to the Debtors |

| Creditor Name | Name of Creditor and/or Affiliate of Creditor that is a K&E Client | Brief Description of Representation |
|---|---|---|
| Atofina Petrochemicals<br><br>Bostik, Inc.<br>FINA, Inc.<br>FINA Oil and Chemical Company<br>Elf Atochem<br>Elf Atochem North America Inc.<br><br>Elf Autochem S.A. | Arkema Inc. | Representation in matters unrelated to the Debtors |
| Babcock & Wilcox | McDermott International, Inc. | Representation in matters unrelated to the Debtors |
| | The Babcock & Wilcox | Representation in matters unrelated to the Debtors |
| | J. Ray McDermott, Inc. | Representation in matters unrelated to the Debtors |
| American International Group, Inc. | AIG Brazil Special Situations Fund, LP | Representation in matters unrelated to the Debtors |
| | AIG Special Situations Parallel Fund, CV | Representation in matters unrelated to the Debtors |
| | AIG Healthcare Partners | Representation in matters unrelated to the Debtors |
| | American General Finance | Representation in matters unrelated to the Debtors |
| | H S A Residential Mortgage Service of Texas | Representation in matters unrelated to the Debtors |
| | Capvest Limited | Representation in matters unrelated to the Debtors |
| | AIG | Representation in matters unrelated to the Debtors |
| | AIG Altaris Health Partners, L.P. | Representation in matters unrelated to the Debtors |
| | MorEquity Inc. | Representation in matters unrelated to the Debtors |
| Akzo Coatings | Akzo Nobel NV | Representation in matters unrelated to the Debtors |
| Baltimore Gas & Electric | Constellation Power Source Holding | Representation in matters unrelated to the Debtors |
| Aqua chem, Inc. | Whitney & Co. | Representation in matters unrelated to the Debtors |
| Barclays Bank PLC | Barclays Capital | Representation in matters unrelated to the Debtors |
| | Barclays Global Investors | Representation in matters unrelated to the Debtors |

| Creditor Name | Name of Creditor and/or Affiliate of Creditor that is a K&E Client | Brief Description of Representation |
|---|---|---|
| Combustion Engineering | ABB Ltd. | Representation in matters unrelated to the Debtors |
| Basic, Inc. | ABB Lummus Global, Inc. | Representation in matters unrelated to the Debtors |
|  | Asea Brown Boveri Inc. | Representation in matters unrelated to the Debtors |
| Consolidated Container | Vestar Capital Partners, Inc. | Representation in matters unrelated to the Debtors |
|  | Vestar Capital Partners III, LP | Representation in matters unrelated to the Debtors |
|  | Vestar Capital Partners, IV, L.P. | Representation in matters unrelated to the Debtors |
| Credit Suisse First Boston | Credit Suisse First Boston Corporation | Representation in matters unrelated to the Debtors |
| Unigard Insurance Co. | DLJ Merchant Banking Partners, L.P. | Representation in matters unrelated to the Debtors |
|  | Trajectory Asset Management LLC | Representation in matters unrelated to the Debtors |
| Lloyds Bank, Dubai | Lloyds TSB Bank plc (General Motors Acceptance Corporation) | Representation in matters unrelated to the Debtors |
| Citibank, N.A. | CVC Capital Partners Denmark A/S | Representation in matters unrelated to the Debtors |
| CNA Insurance | CNA Financial Corporation | Representation in matters unrelated to the Debtors |
| Colgate | Colgate Oral Pharmaceuticals, Inc. | Representation in matters unrelated to the Debtors |
|  | Hill's Pet Nutrition, Inc. | Representation in matters unrelated to the Debtors |
| Crane Co. | Crane Company | Representation in matters unrelated to the Debtors |
| Fireman's Fund Insurance Company | EIF Management Holdings, LLC | Representation in matters unrelated to the Debtors |
| Dresdner Bank A.G. |  |  |
| Experio Solutions | Hitachi Data Systems | Representation in matters unrelated to the Debtors |
|  | Hitachi, Ltd. | Representation in matters unrelated to the Debtors |
| Ford Motor Company | Ford Motors Acceptance Company | Representation in matters unrelated to the Debtors |
|  | Ford Motors Acceptance Company | Representation in matters unrelated to the Debtors |
|  | Blue Diamond Truck S. de R.L. de C.V. | Representation in matters unrelated to the Debtors |

| Creditor Name | Name of Creditor and/or Affiliate of Creditor that is a K&E Client | Brief Description of Representation |
|---|---|---|
| General Electric | A&E Television Networks | Representation in matters unrelated to the Debtors |
| GE Capital Fleet Services | Bentley Pressurized Bearing Company | Representation in matters unrelated to the Debtors |
| Betz Laboratories, Inc. BetzDearborn, Inc. | | |
| General Motors | GM Daewoo Auto & Technology | Representation in matters unrelated to the Debtors |
| | GMAC Commercial Mortgage Corporation | Representation in matters unrelated to the Debtors |
| | GMAC RFSC | Representation in matters unrelated to the Debtors |
| | General Motors Asset Management Corporation | Representation in matters unrelated to the Debtors |
| | GM Pension Trust | Representation in matters unrelated to the Debtors |
| | GM Absolute Return Strategies Fund, LLC | Representation in matters unrelated to the Debtors |
| | GMAC Financial Services | Representation in matters unrelated to the Debtors |
| | GMAC Mortgage of PA | Representation in matters unrelated to the Debtors |
| | Nuvell Financial Services Corp. | Representation in matters unrelated to the Debtors |
| Great Lakes Chemical Corporation | Great Lakes Chemical Corporation | Representation in matters unrelated to the Debtors |
| Henkel Corp. | Henkel Corporation | Representation in matters unrelated to the Debtors |
| Minnesota Mining & Manufacturing | 3M Unitek Company | Representation in matters unrelated to the Debtors |
| | 3M Floors, Inc. | Representation in matters unrelated to the Debtors |
| | 3M Innovative Properties Company | Representation in matters unrelated to the Debtors |
| Prudential Insurance Company of America | American Skandia, Inc. | Representation in matters unrelated to the Debtors |
| St. Paul Companies | St. Paul Venture Capital VI, LLC | Representation in matters unrelated to the Debtors |
| Schering Plough | Schering-Plough Corporation | Representation in matters unrelated to the Debtors |
| Shell Oil Company Shell Chemical Co. Coral Energy Equilon Enterprises | InterGen Services Inc. | Representation in matters unrelated to the Debtors |

12

| Creditor Name | Name of Creditor and/or Affiliate of Creditor that is a K&E Client | Brief Description of Representation |
|---|---|---|
| Eaton Corporation | Eaton Corporation | Representation in matters unrelated to the Debtors |
| Fraser Papers | Nexfor, Inc. | Representation in matters unrelated to the Debtors |
| Guardian Industries Corp. | Guardian Industries Corp. | Representation in matters unrelated to the Debtors |
| Merrill Lynch Pierce Fenner & Smith, Inc | Merrill Lynch Pierce Fenner & Smith, Inc | Representation in matters unrelated to the Debtors |
| | Merrill Lynch Corporate & Industrial Client Group | Representation in matters unrelated to the Debtors |
| | Merrill Lynch & Co. | Representation in matters unrelated to the Debtors |
| | Merrill Lynch & Co., Inc. and World Omni Financial Corp. | Representation in matters unrelated to the Debtors |
| | Merrill Lynch | Representation in matters unrelated to the Debtors |
| Marathon Ashland Oil Co<br><br>Marathon Oil | Speedway SuperAmerica | Representation in matters unrelated to the Debtors |
| Kenny Manta Industrial Services | Kenny Industrial Services LLC | Representation in matters unrelated to the Debtors |
| Monsanto Company | Monsanto Company | Representation in matters unrelated to the Debtors |
| Climax Molybdenum | Phelps Dodge Corp. | Representation in matters unrelated to the Debtors |
| PricewaterhouseCoopers | James Schacht | Representation in matters unrelated to the Debtors |
| Pfizer | Pfizer, Inc. | Representation in matters unrelated to the Debtors |
| Reliant Energy | Reliant Resources, Inc. | Representation in matters unrelated to the Debtors |
| | Reliant Energy, Inc. | Representation in matters unrelated to the Debtors |
| Philips Electronics | Philips Electronics North America Corp. | Representation in matters unrelated to the Debtors |
| | Gemini Industries Inc. | Representation in matters unrelated to the Debtors |
| Toyota Motor<br><br>Toyota Motor Credit | Denso Corporation | Representation in matters unrelated to the Debtors |
| | Toyota Motor Sales, USA, Inc. | Representation in matters unrelated to the Debtors |
| The BOC Group | The BOC Group | Representation in matters unrelated to the Debtors |

| Creditor Name | Name of Creditor and/or Affiliate of Creditor that is a K&E Client | Brief Description of Representation |
|---|---|---|
| State of Ohio | Ohio Department of Education | Representation in matters unrelated to the Debtors |
| State Library of Ohio | State of Ohio | Representation in matters unrelated to the Debtors |
| The Intertech Group | GTCR Golder Rauner, LLC | Representation in matters unrelated to the Debtors |
| | Golder, Thoma, Cressey, Rauner, Inc. | Representation in matters unrelated to the Debtors |
| | Thoma Cressey Equity Partners | Representation in matters unrelated to the Debtors |
| Allstate Insurance Company | Allstate Financial Services L.L.C. | Representation in matters unrelated to the Debtors |
| | Allstate Insurance Company | Representation in matters unrelated to the Debtors |
| | Pretium Packaging, L.L.C. | Representation in matters unrelated to the Debtors |
| Royal Insurance | Royal and Sun Alliance Insurance Company | Representation in matters unrelated to the Debtors |
| American Premier Underwriters Inc. | American Financial Group | Representation in matters unrelated to the Debtors |
| | American Premier Underwriters | Representation in matters unrelated to the Debtors |
| | Chiquita Brands International, Inc. | Representation in matters unrelated to the Debtors |
| Citadel Investment Group, L.L.C. | Citadel Investment Group, L.L.C. | Representation in matters unrelated to the Debtors |
| Bear, Stearns & Co. Inc. | Bear, Stearns & Co. Inc. | Representation in matters unrelated to the Debtors |
| | Bear Growth Capital Partners, LLC | Representation in matters unrelated to the Debtors |
| | John D. Howard | Representation in matters unrelated to the Debtors |
| Commonwealth of Pennsylvania | Senate of Pennsylvania | Representation in matters unrelated to the Debtors |
| H.B Fuller Co.<br><br>Fuller, H.B. Licensing & Financing, Inc. | H. B. Fuller | Representation in matters unrelated to the Debtors |
| BASF Corp. | BASF Corp. | Representation in matters unrelated to the Debtors |
| Fresenius Medical Care, Inc.<br><br>Fresenius National Medical Care, Inc.<br>Fresenius U.S.A., Inc | Fresenius Medical Care, Inc. | Representation in matters unrelated to the Debtors |

| Creditor Name | Name of Creditor and/or Affiliate of Creditor that is a K&E Client | Brief Description of Representation |
|---|---|---|
| McKesson Chemical Co. | McKesson Corporation | Representation in matters unrelated to the Debtors |
| Uniroyal Chemical Co., Inc. | Crompton Corporation | Representation in matters unrelated to the Debtors |
| Viking Pumps | IDEX Corporation | Representation in matters unrelated to the Debtors |
| Weil Mclain United Dominion Co. | SPX Corporation | Representation in matters unrelated to the Debtors |
| | Weil-McLain | Representation in matters unrelated to the Debtors |
| PCS Nitrogen Fertilizer, L.P. | Potash Corporation of Saskatchewan Inc | Representation in matters unrelated to the Debtors |
| Mdipa [M.D. Individual Practice Association] | United Healthcare Inc. | Representation in matters unrelated to the Debtors |
| Phillips Petroleum Company<br><br>Conoco | ConocoPhillips Company | Representation in matters unrelated to the Debtors |
| | ConocoPhillips (00-21) Pty. Ltd. | Representation in matters unrelated to the Debtors |
| | ConocoPhillips (03-12) Pty. Ltd. | Representation in matters unrelated to the Debtors |
| | ConocoPhillips (03-13) Pty. Ltd. | Representation in matters unrelated to the Debtors |
| | ConocoPhillips (03-19) Pty. Ltd. | Representation in matters unrelated to the Debtors |
| | ConocoPhillips (03-20) Pty. Ltd. | Representation in matters unrelated to the Debtors |
| | ConocoPhillips (03-21) Pty. Ltd. | Representation in matters unrelated to the Debtors |
| | ConcocoPhillips (91-12) Pty. Ltd. | Representation in matters unrelated to the Debtors |
| | ConocoPhillips (91-13) Pty. Ltd. | Representation in matters unrelated to the Debtors |
| | ConocoPhillips (95-19) Pty. Ltd. | Representation in matters unrelated to the Debtors |
| | ConocoPhillips (96-16) Pty. Ltd. | Representation in matters unrelated to the Debtors |
| | ConocoPhillips (96-20) Pty. Ltd. | Representation in matters unrelated to the Debtors |
| | ConocoPhillips Australia Pty. Ltd. | Representation in matters unrelated to the Debtors |
| | ConocoPhillips JPDA Pty. Ltd. | Representation in matters unrelated to the Debtors |
| | ConocoPhillips Pipeline Australia Pty. Ltd. | Representation in matters unrelated to the Debtors |
| | ConocoPhillips STL Pty. Ltd. | Representation in matters unrelated to the Debtors |

| Creditor Name | Name of Creditor and/or Affiliate of Creditor that is a K&E Client | Brief Description of Representation |
|---|---|---|
| Phillips Petroleum Company (continued) | ConocoPhillips WA-248 Pty. Ltd. | Representation in matters unrelated to the Debtors |
| Conoco (continued) | ConocoPhillips Inc. | Representation in matters unrelated to the Debtors |
| | Phillips Petroleum (96-20) Inc. | Representation in matters unrelated to the Debtors |
| | Phillips Petroleum Company Indonesia | Representation in matters unrelated to the Debtors |
| | Phillips Petroleum Company ZOC Pty. Ltd. | Representation in matters unrelated to the Debtors |
| | Phillips Petroleum Productions Indonesia Inc. | Representation in matters unrelated to the Debtors |
| | Phillips Petroleum Timor Sea Pty. Ltd. | Representation in matters unrelated to the Debtors |
| | Phillips Petroleum Timor Sea Inc. | Representation in matters unrelated to the Debtors |
| | Darwin LNG Pty. Ltd. | Representation in matters unrelated to the Debtors |
| | Phillips Indonesia Inc. | Representation in matters unrelated to the Debtors |
| | Phillips International Investment Inc. | Representation in matters unrelated to the Debtors |
| | Tokyo Timor Sea Resources Inc. | Representation in matters unrelated to the Debtors |
| | Tokyo Timor Sea Resource Pty. Ltd. | Representation in matters unrelated to the Debtors |
| United States Treasury | Federal Communications Commission | Representation in matters unrelated to the Debtors |
| PGI Oriented Polymers [Polymer Group Inc] | KGen Power Management Inc. | Representation in matters unrelated to the Debtors |
| Rohm & Haas | Morton International Inc. | Representation in matters unrelated to the Debtors |
| Rhone Poulenc, Inc. | Merial, Ltd. | Representation in matters unrelated to the Debtors |
| Sealol Corp. | Smiths Aerospace | Representation in matters unrelated to the Debtors |
| John Crane, Inc. | | Representation in matters unrelated to the Debtors |
| Boise Cascade | Boise Cascade LLC | Representation in matters unrelated to the Debtors |
| Hobart Brothers Co. | Illinois Tool Works | Representation in matters unrelated to the Debtors |
| | Illinois Tool Works | Representation in matters unrelated to the Debtors |

| Creditor Name | Name of Creditor and/or Affiliate of Creditor that is a K&E Client | Brief Description of Representation |
|---|---|---|
| Tony Roma's a/k/a/ Romacorp, Inc. | Romacorp, Inc. | Representation in matters unrelated to the Debtors |
| | Sentinel Capital Partners, L.P. | Representation in matters unrelated to the Debtors |
| | David S. Lobel and Judith S. Lobel | Representation in matters unrelated to the Debtors |
| Wal-Mart Stores | Elizabeth Paige Laurie | Representation in matters unrelated to the Debtors |
| Xerox Capital Services LLC | Xerox Corporation | Representation in matters unrelated to the Debtors |
| APAC Teleservices, Inc. | APAC Customer Services, Inc. | Representation in matters unrelated to the Debtors |

17