IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 19, 2005, AT 12:00 P.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD IN PITTSBURGH, PENNSYLVANIA**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY SHOULD COMPLY
WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES
AND HEARING SCHEDULE* [Docket No. 7709]**

## EXCLUSIVITY

1.  Debtors' Ninth Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon [Filed: 11/14/05] (Docket No. 11607)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a. [Proposed] Order Pursuant to 11 U.S.C. § 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon [Filed: 11/14/05] (Docket No. 11607)

Response Deadline: December 2, 2005 at 4:00 p.m. *(extended for the General Unsecured Creditors Committee until December 7, 2005 at 12:00 noon.)*

Responses Received:

a. Objection of the Official Committee of Asbestos Property Damage Claimants to Debtors' Ninth Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and Solicit Votes Thereon [Filed: 12/2/05] (Docket No. 11243)

b. Future Claimants Representative's Objection to Debtors' Ninth Motion for Order Further Extending Exclusive Periods for Filing a Plan and Soliciting Votes Thereon [Filed: 12/2/05] (Docket No. 11244)

c. Response in Opposition to Debtors' Ninth Motion for an Order Pursuant to 11 U.S.C. 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon [Filed: 12/2/05] (Docket No. 11246)

d. **Official Committee of Asbestos Personal Injury Claimants' Objection to The Debtors' Ninth Motion For An Order Pursuant To 11 U.S.C. §1121(d) Extending Debtors' Exclusive Periods In Which To File A Chapter 11 Plan And To Solicit Votes Thereon [Filed: 12/2/05] (Docket No. 11247)**

Replies Received:

a. **Debtors' Motion for Leave to File Debtors' Reply in Further Support of Its Ninth motion for an Order Extending Exclusivity [Filed: 12/9/05] (Docket No. 11309)**

   (i) **Debtors' Reply in Further Support of Its Ninth motion for an Order Extending Exclusivity [Filed: 12/9/05] (Docket No. 11309)**

Status: This matter will be going forward and the Debtors will also provide the Court with a status report on the overall chapter 11 case, estimation and plan progress.

## QUARTERLY FEE APPLICATIONS

2. Seventeenth Quarterly Interim Applications of Counsel to the Debtors, the Statutory Committees, and the Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Period April 1, 2005 through June 30, 2005.

2

Related Documents:

a. **Certification of Counsel Regarding Seventeenth Quarter Project Category Summary for the Seventeenth Interim Fee Period and Certain Prior Amounts [Filed: 12/9/05] (Docket No. 11311)**

b. **Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Seventeenth Period and Certain Prior Amounts [Filed: 12/9/05] (Docket No. 11310)**

Status: This matter will be going forward.

## CONTESTED MATTERS

3. Debtors' Motion for an Order Approving the Settlement Agreement with Intercat, Inc. [Filed: 7/25/05] (Docket No. 9062)

Related Documents:

a. [Proposed] Order Approving the Settlement Agreement with Intercat, Inc. [Filed: 7/25/05] (Docket No. 9062)

Response Deadline: August 12, 2005, at 4:00 p.m. *(extended until August 16, 2005, at 4:00 p.m. for the General Unsecured Creditors Committee and the PD Committee)*

Responses Received:

a. Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for an Order Approving the Settlement Agreement with Intercat, Inc. [Filed: 8/16/05] (Docket No. 9194)

Status: The final settlement documents were circulated to the Committees and the Debtors intend to proceed with the Motion.

## MATTERS RELATING TO ASBESTOS PD CLAIMS

4. Motion of Anderson Memorial Hospital for Class Certification [Filed: 10/21/05] (Docket No. 10014)

Related Documents:

a. [Proposed] Order Granting the motion of Anderson Memorial Hospital for Class Certification [Filed: 10/21/05] (Docket No. 10014)

Response Deadline: December 2, 2005 at 4:00 p.m.

91100-001\DOCS_DE:113251.7

Responses Received:

a. Debtors' Brief in Opposition to Motion of Anderson Memorial Hospital for Class Certification [Filed: 12/2/05] (Docket No. 11245)

Status: This matter will be going forward.

## MATTERS RELATING TO ADVERSARY PROCEEDING NO. 01-771

5. Debtors' Motion to Expand Their Preliminary Injunction to Include Actions Against the State of Montana [Filed: 8/22/05] (Adv. Pro. No. 01-771, Docket No. 359)

Related Documents:

a. [Proposed] Order Expanding the Preliminary Injunction to Include Actions Against the State of Montana [Filed: 8/22/05] (Adv. Pro. No.: 01-771, Docket No. 359)

b. Joinder of the Official Committee of Unsecured Creditors in the Debtors' Motion to Expand Their Preliminary Injunction to Include Actions Against the State of Montana [Filed: 9/9/05] (Adv. Pro. No. 01-771, Docket No. 361)

Response Deadline: September 9, 2005 at 4:00 p.m. (extended to October 7, 2005, for the State of Montana and the Montana claimants)

Responses Received:

a. Response to Debtors' Motion to Expand Preliminary Injunction to Include Actions Against the State of Montana [Filed: 10/5/05] (Adv. Pro. No. 01-771, Docket No. 362)

b. Opposition of Libby Claimants to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against the State of Montana [Filed: 10/7/05] (Adv. Pro. No. 01-771, Docket No. 363)

c. Joinder of the Official Committee of Asbestos Personal Injury Claimants in the Opposition of Libby Claimants to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against the State of Montana [Filed: 10/7/05] (Adv. Pro. No. 01-771, Docket No. 365)

Replies Received:

a. Debtors' Motion for Leave to File a Reply in Further Support of Their Motion to Expand Preliminary Injunction to Include Actions Against the State of Montana [Filed: 10/14/05] (Adv. Pro. No. 01-771, Docket No. 367)

  (i)  Debtors' Reply in Support of Their Motion to Expand Preliminary Injunction to Include Actions Against the State of Montana [Filed: 10/14/05] (Adv. Pro. No. 01-771, Exhibit 1 to Docket No. 367)

Status: This matter will be going forward.

6. Plaintiffs' Motion for Leave to Amend Complaint [Filed: 8/22/05] (Adv. Pro. No. 01-771, Docket No. 360)

Related Documents:

a. [Proposed] Order Granting Plaintiffs' Motion for Leave to Amend Complaint [Filed: 8/22/05] (Adv. Pro. No. 01-771, Docket No. 360)

Response Deadline: September 9, 2005 at 4:00 p.m. (extended to October 7, 2005, for the State of Montana and the Montana claimants)

Responses Received:

a. Limited Opposition of Libby Claimants to Debtors' Motion for Leave to Amend Complaint [Filed: 10/7/05] (Adv. Pro. No. 01-771, Docket No. 364)

Status: This matter will be going forward.

7. Motion of State of Montana for Relief from the Automatic Stay [Filed: 6/9/05] (Docket No. 8582)

Related Documents:

a. [Proposed] Order [Filed: 6/9/05] (Docket No. 8582)

b. Notice of Filing of Supplement to Exhibit "A" to the Motion of State of Montana for Relief from the Automatic Stay [Filed: 6/23/05] (Docket No. 8672)

Response Deadline: June 28, 2005, at 4:00 p.m.

Responses Received:

a. Opposition of the Official Committee of Unsecured Creditors to the Motion of the State of Montana for Relief from the Automatic Stay [Filed: 6/28/05] (Docket No. 8705)

b. Objection of the Official Committee of Asbestos Property Damage Claimants to the Motion of the State of Montana for Relief from the Automatic Stay [Filed: 6/28/05] (Docket No. 8707)

91100-001\DOCS_DE:113251.7

c.  Debtors' Objection to the Motion of the State of Montana for Relief from the Automatic Stay [Filed: 6/28/05] (Docket No. 8708)

d.  Joinder of the Official Committee of Asbestos Personal Injury Claimants in the Debtors' Objection to the Motion of the State of Montana for Relief from the Automatic Stay [Filed: 6/29/05] (Docket No. 8747)

Status: This matter will be going forward for status depending on the outcome of matters 5 and 6.

## CLAIMS OBJECTIONS

8.  Debtors' Fifth Omnibus Objection to Claims (Substantive) [Filed: 05/05/04] (Docket No. 5527)

Response Deadline: June 4, 2004, at 4:00 p.m.

Responses Received: Unresolved Responses to this matter are listed on the attached Exhibit A.

Status: To the extent any remaining disputed claims are resolved prior to the hearing, the Debtors will present an order regarding the same at the hearing. A hearing on all unresolved disputed claims will be continued to the omnibus hearing on January 30, 2005, at 12:00 p.m.

Dated: December _12_, 2005

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

_/s/ James E. O'Neill_
Laura Davis Jones (Bar No. 2436)
James E. O'Neill, III (Bar No. 4042)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession