IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on the 13th day of December 2005, I caused true and correct copies of the foregoing **NOTICE OF RULE 30(b)(6) DEPOSITION** to be served on the parties listed on the attached service list, as indicated thereon.

DATED: December 13, 2005

_____
Christopher D. Loizides (No. 3968)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:       loizides@loizides.com

## SERVICE LIST

## VIA FIRST CLASS MAIL

Janet S. Baer, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601
*Co-counsel for Debtors*

Laura Davis Jones, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub, PC
919 No. Market Street, Suite 1700
P.O. Box 8705
Wilmington, DE 19899-8705
*Co-counsel for Debtors*

Lewis Kruger, Esquire
Stroock Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
*Co-counsel for Official Committee of Unsecured Creditors*

Michael Lastowski, Esquire
Duane Morris & Heckscher, LLP
1100 No. Market Street, Suite 1200
Wilmington, DE 19801-1246
*Co-counsel for Official Committee of Unsecured Creditors*

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
First Union Financial Center
200 So. Biscayne Blvd., Suite 2500
Miami, FL 33131
*Co-counsel for Official Committee of Property Damage Claimants*

Michael B. Joseph, Esquire
Ferry & Joseph, PA
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351
*Co-counsel for Official Committee of Property Damage Claimants*

Elihu Inselbuch, Esquire
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022
*Co-counsel for Official Committee of Personal Injury Claimants*

Marla Eskin, Esquire
Cambpell & Levine, LLC
800 No. King Street, Suite 300
Wilmington, DE 19801
*Co-counsel for Official Committee of Personal Injury Claimants*

Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022
*Co-counsel for the Official Committee of Equity Holders*

Theresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397
*Co-counsel for the Official Committee of Equity Holders*

Richard H. Wyron, Esquire
Swidler Berlin Shereff & Friedman, LLP
3000 "K" Street, NW, Suite 300
Washington, DC 20007
*Co-counsel for Future Claimants' Representative*

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, PA
1200 No. Broom Street
Wilmington, DE 19806
*Co-counsel for Future Claimants' Representative*

David Klauder, Esquire
Office of the United States Trustee
844 No. King Street, Room 2207
Lockbox 35
Wilmington, DE 19801