IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF RESCHEDULED DEPOSITION

To All Parties on the Attached Service List:

By agreement of the parties and of the deponent, the deposition of Dr. Ray A. Harron, which was originally noticed on November 14, 2005, is hereby rescheduled for December 15, 2005, beginning at 10:00 AM EST. The deposition will be taken at the office of Lawrence S. Goldman, 500 5th Avenue, New York, NY 10110.

The depositions shall be conducted before a person duly authorized to administer oaths in the relevant jurisdiction and will continue day-to-day until concluded. Testimony shall be taken by stenographic means and will also be recorded by sound-and-visual means. You are invited to attend and to cross-examine.

Dated: December 13, 2005

        Respectfully submitted,

        KIRKLAND & ELLIS LLP
        David M. Bernick
        Jonathan Friedland
        Salvatore F. Bianca
        200 East Randolph Drive
        Chicago, IL 60601
        Telephone:   (312) 861-2000
        Facsimile:    (312) 861-2200

        KIRKLAND & ELLIS LLP
        Barbara Harding
        David E. Mendelson (admission *pro hac vice* pending)
        Brian T. Stansbury
        Amanda C. Basta
        655 Fifteenth Street, NW
        Washington, D.C. 20005
        Telephone:   (202) 879-5000
        Facsimile:    (202) 879-5200

        -and-

        PACHULSKI, STANG, ZIEHL, YOUNG, JONES
        & WEINTRAUB P.C.

        */s/ James O'Neill*
        _____
        Laura Davis Jones (Bar No. 2436)
        James E. O'Neill (Bar No. 4042)
        919 North Market Street, 16th Floor
        P.O. Box 8705
        Wilmington, Delaware 19899-8705 (Courier 19801)
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400

2