**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF SERVICE**

I, Marla Rosoff Eskin, of Campbell & Levine, LLC, hereby certify that on December 13, 2005, I caused a copy of *Official Committee of Asbestos Personal Injury Claimants' Supplemental (December 13, 2005) Set of Interrogatories and Supplemental (December 13, 2005) Set of Request for Production of Documents Directed to the Debtors* to be served upon the individuals listed on Exhibit A via first-class mail unless otherwise indicated, and on Exhibit B via e-mail.

CAMPBELL & LEVINE, LLC

Dated: December 13, 2005

*/s/Marla Rosoff Eskin*
Marla Rosoff Eskin  (No. 2989)
800 King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900

{D0050056:1 }