# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | **Objection Deadline:** |

**SUMMARY APPLICATION OF WOODCOCK WASHBURN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL AND AS ORDINARY COURSE PROFESSIONALS FOR W.R. GRACE & CO., ET AL., FOR THE MONTHLY PERIOD OF JULY 1, 2005, THROUGH JULY 31, 2005, FOR THE QUARTERLY FEE PERIOD OF JULY-SEPTEMBER 2005**

| | |
|---|---|
| Name of Applicant: | **Woodcock Washburn LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-In-Possession** |
| Date of Retention as Special Litigation Counsel: | **Retention Order entered January 22, 2003** |
| Date of Retention as Ordinary Course Professional: | **Order Permitting Expansion of Services entered April 15, 2005, on application made February 11, 2005.** |
| Period for which compensation and reimbursement is sought | **June 1, 2005, through June 30, 2005** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$53,078.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$ 578.90** |

---

[1]    The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Woodcock Washburn LLP submits this application for fees and expenses for the month of July 2005. This is the 31st application for interim compensation for services that has been filed with the Bankruptcy Court by Woodcock. The first 26 applications (covering the monthly periods January 2003 through February 2005) were limited to fees and expenses in connection with the specific matter for which Applicant had been retained as special litigation counsel: Representation of Debtor as intervening defendant in *David B. Bartholic and Intercat, Inc. v. Nol-Tec Systems, Inc. and W.R. Grace & Co.-Conn.*, civil action 03-CV-4886 (RHK/AJB), pending in the United States District Court for the District of Minnesota (the "Intercat suit"). On April 15, 2005, based on a motion made by Debtor on February 11, 2005, the Bankruptcy Court entered an order authorizing Woodcock to provide further services to Debtor in ordinary course in the field of intellectual property. This is the fifth monthly application that includes such ordinary course fees and expenses.

All monthly applications filed previously with the Court by Woodcock are identified in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 1/1 – 1/31/03 | June 9, 2003 | $11,423.35 | $184.10 |
| 2/1 – 2/28/03 | June 9, 2003 | 29,216.00 | 684.22 |
| 3/1 – 3/31/03 | June 9, 2003 | 14,351.00 | 647.43 |
| 4/1 – 4/30/03 | June 3, 2003 | 14,268.50 | 244.41 |
| 5/1 – 5/31/03 | July 11, 2003 | 20,293.50 | 703.19 |
| 6/1 – 6/30/03 | August 1, 2003 | 24,087.00 | 2,822.23 |
| 7/1 – 7/31/03 | September 18, 2003 | 14,157.50 | 1,834.84 |
| 8/1/ - 8/31/03 | October 17, 2003 | 5,120.00 | 2,346.40 |
| 9/1 – 9/30/03 | November 6, 2003 | 18,536.00 | 2,143.81 |
| 10/1 – 10/31/03 | December 16, 2003 | 26,622.50 | 7,747.17 |
| 11/1 – 11/30/03 | January 23, 2004 | 46,329.50 | 22.29 |
| 12/1 – 12/31/03 | February 11, 2004 | 60,218.00 | 13,537.76 |
| 1/1 – 1/31/04 | March 29, 2004 | 117,384.00 | 34,007.41 |
| 2/1 - 2/29/04 | April 13, 2004 | 66,216.00 | 16,476.09 |
| 3/1 - 3/31/04 | April 27, 2004 | 96,991.00 | 8,235.63 |

| 4/1 - 4/30/04 | June 16, 2004 | 111,132.00 | 14,316.26 |
|---|---|---|---|
| 5/1 - 5/31/04 | July 19, 2004 | 104,787.00 | 14,642.22 |
| 6/1 - 6/30/04 | July 29, 2004 | 117,125.00 | 8,779.51 |
| 7/1 - 7/31/04 | September 17, 2004 | 85,802.00 | 10,905.33 |
| 8/1 – 8/31/04 | October 22, 2004 | 102,078.00 | 9,582.05 |
| 9/1 – 9/30/04 | November 9,2004 | 156,479.00 | 32,088.05 |
| 10/1 - 10/31/04 | December 17, 2004 | 169,846.00 | 69,597.98 |
| 11/1 – 11/30/04 | January 14, 2005 | 203,792.00 | 29,179.11 |
| 12/1 – 12/31/04 | February 11, 2005 | 164,958.00 | 92,377.99 |
| 1/1 – 1/31/05 | March 18, 2005 | 176,884.00 | 28,342.86 |
| 2/1 – 2/28/05 | April 15, 2005 | 157,122.50 | 125,892.70 |
| 3/1 – 3/31/05 | May 10, 2005 | 196,913.00 | 143,160.77 |
| 4/1 – 4/30/05 | June 21, 2005 | 124,598.70 | 6,544.89 |
| 5/1– 5/31/05 | July 20, 2005 | 198,043.00 | 45,257.99 |
| 6/1 – 6/30/05 | August 11, 2005 | 82,795.50 | 28,829.43 |
| TOTAL | | $2,672,411.05 | $755,155.55 |

In the Intercat suit, except for the fees specifically identified in the attached detail as "Fee Application, Applicant" (totaling $1,029.00), all fees for which application is made were in the category "Litigation and Litigation Consulting. Disbursements attributable to this category of services, as shown in the attached schedule, were $137.05

The Woodcock professionals who rendered services in the Intercat suit during the Fee Period are:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| Gary H. Levin | Partner | 1976 | IP Litigation | $490.00 | 27.9 | $13,671.00 |
| Karen Whitney | Associate | 2001 | IP Litigation | $235.00 | 4.3 | $1,010.50 |

Total Fees: $14,681.50
Blended Rate: $456.00

During this fee period, Woodcock provided ordinary-course, intellectual property services in connection with six matters, which are detailed in the attached fee schedule for each matter. The total disbursements attributable to these ordinary course services, as shown in the

attached schedules, were $441.85.  The Woodcock professionals who rendered ordinary course

services during the fee period are:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| Gary H. Levin | Partner | 1976 | IP Litigation | $490.00 | 35.5 | $17,395.00 |
| Frank T. Carroll | Associate | 1998 | IP Counseling | $295.00 | 5.0 | $1,475.00 |
| Richard D. Watkins | Associate | 2000 | IP Counseling | $265.00 | 37.5 | $9,937.50 |
| Amy Carr-Trexler | Associate | 2001 | IP Counseling | $240.00 | 6.7 | $1,608.00 |
| Karen Whitney | Associate | 2001 | IP Litigation | $235.00 | 31.8 | $7,473.00 |
| Noreen Garonski | Paralegal | - | IP Prosecution | $155.00 | 2.5 | $387.50 |
| David DeSanto | Paralegal | - | IP Prosecution | $110.00 | 1.1 | $121.00 |

*Total Fees:  $ 38,397.00*
*Blended Rate:  $320.00*

**WHEREFORE,** Applicant respectfully requests (a) that an allowance be made to it, as

fully described above for (i) 80% of the amount of $53,078.50 for reasonable and necessary

professional services Applicant has rendered to the Debtors during the Fee Period ($42,462.80)

and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by

applicant during the Fee Period ($578.90); and (b) that both fees and expenses are payable as

administrative expenses of the Debtors' estates.

Respectfully submitted

*Gary H. L*

Dated:  September 12, 2005

Gary H. Levin
Woodcock Washburn LLP
One Liberty Place – 46th Floor
Philadelphia, PA  19103
(215) 568-3100
levin@woodcock.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: |

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION
## FOR THE PERIOD JULY 1, 2005 THROUGH JULY 310, 2005

---

[2]  The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Intercat v. Nol-Tec*
**Civil Action No.: 0:03CV4886**
**United States District Court**
**District of Minnesota**

| | | | |
|---|---|---|---|
| 07/01/2005 | GHL | Review of Mr. Maggio's further drafts of settlement-related documents, including memorandum regarding notification of creditors' committee, and communication with Mr. Maggio regarding same; | 1.00 |
| 07/01/2005 | GHL | Fee Application, Applicant -- Preparation of fee petition for May 2005 | 1.00 |
| 07/05/2005 | GHL | Fee Application, Applicant -- preparation of fee petition for May 2005 | 0.80 |
| 07/07/2005 | GHL | Compiling list of loaders placed prior to Settlement Agreement effective date; | 0.40 |
| 07/08/2005 | GHL | Review draft settlement agreement between Intercat and Nol-Tec, as proposed by Intercat counsel, annotate with proposed revisions to suggest to Nol-Tec counsel; drafting of further provisions for Grace-Intercat agreement; | 1.50 |
| 07/11/2005 | GHL | Further review of Intercat's proposed settlement agreement with Nol-Tec, and comparison against analogous terms of Grace proposal; telephone conference with Nol-Tec counsel regarding same; | 0.80 |
| 07/12/2005 | GHL | Further review of Intercat's proposed Settlement Agreement with Nol-Tec and consideration of further revisions to proposed Grace settlement agreement in view of same; telephone conference with Mr. Maggio and Nol-Tec counsel regarding the proposed settlement agreements; | 1.50 |
| 07/12/2005 | GHL | Review of draft motion to bankruptcy court to approve settlement, preparation of proposed revisions and communication of same to Mr. Maggio; | 0.40 |
| 07/12/2005 | KMW | Research and analysis regarding the status of foreign counterparts to the 236 patent. | 1.00 |
| 07/12/2005 | KMW | Analysis of settlement agreement and preparation of appendix identifying loaders included in settlement. | 2.30 |
| 07/13/2005 | KMW | Analysis of loader placement and preparation of attachment of loaders for settlement agreement. | 1.00 |
| 07/13/2005 | GHL | Work on substance and formatting of list of previously placed loaders for inclusion in Settlement Agreement | 0.40 |

| Date | | Description | Hours |
|------|------|-------------|-------|
| 07/14/2005 | GHL | Fee Application, Applicant continued preparation of combined fee petition for May 2005. | 0.30 |
| 07/15/2005 | GHL | Further work on Fee Application for May 2005 | 0.20 |
| 07/15/2005 | GHL | Review of Intercat proposed revisions to Grace's draft settlement Agreement | 0.30 |
| 07/18/2005 | GHL | Detailed review of Intercat's proposed settlement agreement, comparison against Grace's proposed form of agreement and against Intercat's proposal to Nol-Tec; annotation of drafts regarding points of difference and dispute; telephone conference with Mr. Maggio regarding same; | 3.30 |
| 07/18/2005 | GHL | Further review of draft motion to bankruptcy court regarding proposed settlement; telephone conference with Mr. Maggio regarding same; | 0.20 |
| 07/22/2005 | GHL | Work on matters related to settlement of this action, including review and revision of proposed motion to bankruptcy court to approve settlement and telephone conference with Mr. Maggio regarding same; further analysis of Intercat's proposed Settlement Agreement, and telephone conference with Mr. Maggio regarding issues to be raised with Intercat on further negotiation of the Agreement; telephone conference with Intercat counsel regarding disputed matters in Settlement Agreement; further telephone conference with Mr. Maggio regarding same; | 4.50 |
| 07/25/2005 | GHL | Commence review of Intercat's proposed revisions to draft Model License and Option Agreements; | 0.60 |
| 07/25/2005 | GHL | Further attendance to settlement issues, including participation in further discussions on final form of proposed motion to bankruptcy court for approval of settlement, including communications with Mr. Maggio, Grace bankruptcy counsel, and Intercat counsel regarding same; | 0.60 |
| 07/26/2005 | GHL | Work on counter-proposals for disputed mattes in proposed settlement agreement; | 1.50 |
| 07/26/2005 | GHL | Review of as-filed version of motion to bankruptcy court for approval of settlement terms, and communication with Magistrate Boylan providing copy of same and advising on status of settlement negotiations. | 0.60 |
| 07/27/2005 | GHL | Work on revisions to draft Settlement Agreement for counter-proposal to Intercat; | 1.00 |

| | | | |
|---|---|---|---:|
| 07/28/2005 | GHL | Work on settlement agreements, including conferences with Mr. Maggio and with counsel for Nol-Tec to review issues in dispute between Grace/Nol-Tec drafts and Intercat draft of settlement agreement, telephone conference with Intercat counsel regarding procedure for resolving disputes; work on revisions to draft agreements in view of counsel comments; | 4.50 |
| 07/29/2005 | GHL | Continued work on settlement agreements and revised definitions of corrective action and safe harbor; | 2.50 |

SERVICES $14,681.50

| | | | | | |
|---|---|---:|---|---:|---|
| GHL | GARY H. LEVIN | 27.90 | hours at $ | 490.00 | |
| KMW | KAREN MILLANE WHITNEY | 4.3 | hours at $ | 235.00 | |

**DISBURSEMENTS:**

| | |
|---|---:|
| FACSIMILE | 24.00 |
| POSTAGE & DELIVERY | 62.05 |
| PHOTOCOPYING | 51.00 |

| | | |
|---|---|---:|
| DISBURSEMENT TOTAL | $ | 137.05 |
| SERVICE TOTAL | $ | 14,681.50 |
| **INVOICE TOTAL** | $ | **14,818.55** |

## WRG-0068
## PATENT APPLICATION:  MULTI-ADDITIVE AND CATALYST LOADING SYSTEM

| 07/21/05 | DMD | Analysis of specification and application file to identify references to be cited in an Information Disclosure Statement to U.S. Patent Office in connection with duty of disclosure. | 0.60 |
|---|---|---|---|
| 07/22/05 | DMD | Attendance to filing of Supplemental Information Disclosure Statement with the United States Patent and Trademark Office; correspondence with the client explaining same and forwarding copies of documents as filed. | 0.50 |
| 07/22/05 | FTC | Reviewed and executed supplemental information disclosure statement. | 0.20 |

SERVICES                     $  180.00

|  | FTC | FRANK T. CARROLL | 0.20 | hours @ | $295.00 |
|---|---|---|---|---|---|
|  | DMD | DAVID M. DESANTO | 1.10 | Hours @ | $110.00 |

**DISBURSEMENTS:**

| PHOTOCOPYING | 7.65 |
|---|---|

| DISBURSEMENT TOTAL | $ | 7.65 |
|---|---|---|
| SERVICE TOTAL | $ | 180.00 |
| **INVOICE TOTAL** | $ | **187.65** |

## WRG-0070
## STUDY OF THIRD-PARTY PATENT DIRECTED TO ABSORBENTS

| 07/14/2005 | ACT | Evaluation of validity of third-party patent directed to carbon dioxide adsorbents, including review of the patent and prosecution history, review of art references identified in search, consideration of claim construction and application of references to claims as interpreted; drafting of opinion. | 3.10 |
|---|---|---|---|
| 07/15/2005 | ACT | Continued analysis of patent. | 1.80 |
| 07/15/2005 | GHL | Evaluation of third-party patent directed to carbon dioxide adsorbents; drafting of opinion on validity issued; | 3.00 |
| 07/18/2005 | GHL | Further analysis of validity issue and preparation of written opinion on invalidity; | 2.50 |
| 07/25/2005 | ACT | Review and revision of invalidity analysis of patent. | 1.80 |

SERVICES                    $4,303.00

| | GHL | GARY H. LEVIN | 5.50 | hours @ | $490.00 |
|---|---|---|---|---|---|
| | ACT | AMY CARR TREXLER | 6.70 | hours @ | $240.00 |

**DISBURSEMENTS:**

| COMPUTER SEARCH | 22.59 |
|---|---|

| | | |
|---|---|---|
| DISBURSEMENT TOTAL | $ | 22.59 |
| SERVICE TOTAL | $ | 4,303.00 |
| **INVOICE TOTAL** | **$** | **4,325.59** |

## WRG-0072
### PATENT APPLICATION: SYSTEM AND PROCESS FOR INJECTING CATALYST AND/OR ADDITIVES INTO A FLUIDIZED CATALYTIC CRACKING UNIT

| | | | |
|---|---|---|---|
| 07/20/05 | NG | Review and verification of Invitation to Correct Defects Mae in the Request Under PCT Rule 4.17; preparation of and attendance to filing response thereto; and preparation of correspondence to client regarding same. | 1.00 |
| 07/20/05 | FTC | Reviewed and executed response to Action issued under PCT Rule 4,17; | .20 |
| 07/21/05 | NG | Review and verification of Invitation to Pay Additional Fees and Partial Search Report; preparation of file memorandum to appropriate attorney regarding deadline for payment of additional fees. | .75 |
| 07/26/05 | FTC | Reviewed results of international search report and considered potential relevance of references to the pending claims of the application. | .80 |
| 07/28/05 | NG | Review of Invitation to Pay Additional Fees and Partial Search Report and preparation of correspondence to Mr. Cross forwarding copy of same and advising of deadline for payment of additional fees. | .75 |

SERVICES          $      682.50

| | | | | | |
|---|---|---|---|---|---|
| | FTC | FRANK T. CARROLL | 1.00 | hours @ | $295.00 |
| | NG | NOREEN GARONSKI | 2.50 | hours @ | $155.00 |

**DISBURSEMENTS:**

| | |
|---|---|
| PHOTOCOPYING | 1.95 |
| POSTAGE & DELIVERY | 22.51 |

DISBURSEMENT TOTAL          $      24.46

SERVICE TOTAL          $      682.50

**INVOICE TOTAL          $      706.96**

## WRG-0073
## EVALUATION OF THIRD-PARTY PATENT
## RELATING TO OXYGEN SCAVENGING

| 06/17/05 | GHL | Analysis of scope and validity of third-party U.S. Patent directed to oxygen-scavenging packaging in view of proposed Grace product, including review of the patent and outline of prosecution history; | .80 |
|----------|-----|---|-----|
| 07/19/05 | GHL | Further analysis of scope and validity of third-party U.S. Patent directed to oxygen-scavenging packaging in view of proposed Grace product, including review of the patent and prosecution history and consideration of claim scope; | 2.50 |
| 07/20/05 | GHL | further review of prosecution history of patent, including histories of ancestor applications and patents, consideration of scope of claims of patent and of applicability to proposed Grace product; | 2.50 |

SERVICES                    $    2,842.00

|  | GHL | GARY H. LEVIN | 5.80 | hours @ | $490.00 |
|--|-----|---------------|------|---------|---------|

**INVOICE TOTAL**                    $    2,842.00

**WRG-0074EVALUATION OF ENFORCEABILITY OF THREE GRACE PATENTS ON ION CHROMATOGRAPHY AND POSSIBLE INFRINGEMENT OF PATENTS**

| | | | |
|---|---|---|---|
| 07/14/05 | GHL | Evaluation of validity/enforceability and possible third-party infringement of three Grace patents directed to ion chromatography, including commence review of background materials and patents as received from Mr. Maggio and Mr. Bunch, review of the patents and cataloging of prosecution materials and art relevant to each, commence study of the patents and prosecution histories; | 4.00 |
| 07/14/05 | KMW | Analysis of first patent directed to ion suppressor and prosecution history of patent. | 2.60 |
| 07/14/05 | KMW | Conference regarding patents and strategy for analysis. | 1.50 |
| 07/15/05 | KMW | Analysis of first patent and prosecution history. | 3.70 |
| 07/18/05 | KMW | Analysis of first patent and prosecution history. | 1.20 |
| 07/18/05 | RDW | Began reviewing file history for second patent on ion suppression and patent on eluant generation. | 3.00 |
| 07/18/05 | RDW | Further review of patents and considered support for all claims. | 3.00 |
| 07/19/05 | KMW | Analysis of claim construction of first suppressor patent. | 1.00 |
| 07/19/05 | RDW | Determination of priority data for patents to determine effective filing date of claims. | .60 |
| 07/19/05 | RDW | Reviewing file history of eluant generation patent. | 1.50 |
| 07/19/05 | RDW | Reviewed claim comparison sent by Mr. Bunch. | .70 |
| 07/19/05 | RDW | Reviewed brochures for Grace (Alltech) devices and compared with claim chart of patents; | 3.10 |
| 07/20/05 | KMW | Continued development of claim construction of first suppressor patent. | 2.70 |
| 07/20/05 | RDW | Reviewed file history for eluant generation patent. | 2.50 |
| 07/20/05 | RDW | Began claim chart for patents and reviewed support for claims in patent specification. | 2.50 |
| 07/21/05 | KMW | Analysis of first suppressor patent, prior art, third party device brochures, and telephone conference with client regarding same. | 4.80 |
| 07/21/05 | RDW | Continued claim charts and review of issues of support for claim language in specification. | 2.20 |
| 07/22/05 | KMW | Analysis of prior art and file history of third party patent. | 1.10 |
| 07/22/05 | RDW | Continued to review patents and draft claim charts. | 4.20 |
| 07/25/05 | GHL | Continued study of Grace patent on ion chromatography and study of structure and operation of third-party chromatography systems and suppressors for same, and consideration of infringement issues. | 5.50 |
| 07/25/05 | KMW | Analysis of patents, file history, prior art; conference with Mr. Levin regarding the same. | 5.40 |

| 07/26/05 | GHL | Study of 2nd Grace patent on ion chromatography, including review of extensive patent specification in preparation for infringement analysis. | 2.40 |
|---|---|---|---|
| 07/26/05 | RDW | Read claim chart for patent with brochure for accused third party products; reviewed claim amendments made in eluant generation patent and considered effects on claim scope and considered support for all claims in patent. | 1.50 |
| 07/28/05 | GHL | Continued study of 2nd and 3rd Grace patents and prosecution histories on ion chromatography issues, development of claim construction positions for infringement analysis. | 3.00 |
| 07/28/05 | KMW | Analysis of Grace patents and third party devices. | 3.50 |
| 07/28/05 | RDW | Reviewed eluant generation patent and file history and worked on claim chart with identification of support for claims. | 3.20 |
| 07/28/05 | RDW | Reviewed 2nd suppressor patent and file history and worked on claim chart with support for each claim. | 4.00 |
| 07/29/05 | GHL | Continued study of 2nd and 3rd Grace patents on ion chromatography methods and review of prosecution histories of the patents; development of issues to be discussed with Mr. Anderson; consideration of claim construction issues, and consolidate preliminary infringement analysis. | 4.50 |
| 07/29/05 | KMW | Analysis of third party patents; conference with Mr. Levin and Mr. Watkins regarding same. | 4.30 |
| 07/29/05 | RDW | Continued to review eluant generation patent specification for support and continued to review claim chart. | 1.20 |
| 07/29/05 | RDW | Continued to review suppressor patent specification for support and to complete claim chart. | 1.50 |
| 07/29/05 | RDW | Conferred with Mr. Levi and Ms Whitney on patents; discussed accused systems and consolidated infringement analysis. | 2.80 |

SERVICES                    $    26,916.50

|  | GHL | GARY H. LEVIN | 19.40 | hours @ | $490.00 |
|---|---|---|---|---|---|
|  | KMW | KAREN MILLANE WHITNEY | 31.80 | hours @ | $235.00 |
|  | RDW | RICHARD D. WATKINS | 37.50 | hours @ | $265.00 |

DISBURSEMENTS:

| COMPUTER SEARCH | 18.54 |
|---|---|
| PHOTOCOPYING | 14.55 |
| ASSOCIATE SERVICES | 354.06 |

| | | |
|---|---|---|
| DISBURSEMENT TOTAL | $ | 387.15 |
| SERVICE TOTAL | $ | 26,916.50 |
| **INVOICE TOTAL** | **$** | **27,303.65** |

**WRG-0073**
**GENERAL CORRESPONDENCE**

| 07/23/05 | GHL | analysis of scope of third-party patent as received from Mr. Cross directed to refinery operations, including review of the claims, specification, and prosecution history, consideration of claim scope, review of proposed Grace devices as identified by Mr. Cross, and consideration of possible relevance of the patent to the Grace device and method of operation. | 3.00 |
|---|---|---|---|
| 07/25/05 | GHL | Continued analysis of third-party patent related to refinery operations, consideration of scope of patent and possible relevance to Grace operations, and telephone conference with Mr. Cross and Mr. Jordan regarding same. | 1.80 |
| 07/25/05 | FTC | Reviewed allowed claims and prosecution history third-party of U.S. application and considered the relevance of claims to Grace device. | 3.80 |

SERVICES          $    3,473.00

|  | GHL | GARY H. LEVIN | 4.80 | hours @ | $490.00 |
|---|---|---|---|---|---|
|  | FTC | FRANK T. CARROLL | 3.80 | hours @ | $295.00 |

**INVOICE TOTAL**          $    **3,473.00**