# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: November 1, 2005 at 4:00 p.m. (prevailing Eastern time)
Hearing Date: To Be Determined, Only If Objections Are Timely Filed

## SUMMARY APPLICATION OF WOODCOCK WASHBURN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL AND AS ORDINARY COURSE PROFESSIONALS FOR W.R. GRACE & CO., ET AL., FOR THE MONTHLY PERIOD OF AUGUST 1, 2005, THROUGH AUGUST 31, 2005, FOR THE QUARTERLY FEE PERIOD OF JULY-SEPTEMBER 2005

| | |
|---|---|
| Name of Applicant: | **Woodcock Washburn LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention as Special Litigation Counsel: | **Retention Order entered January 22, 2003** |
| Date of Retention as Ordinary Course Professional: | **Order Permitting Expansion of Services entered April 15, 2005, on application made February 11, 2005.** |
| Period for which compensation and reimbursement is sought | **August 1, 2005, through August 30, 2005** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$44,755.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$ 4,009.23** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Woodcock Washburn LLP submits this application for fees and expenses for the month of August 2005. This is the 32nd application for interim compensation for services that has been filed with the Bankruptcy Court by Woodcock. The first 26 applications (covering the monthly periods January 2003 through February 2005) were limited to fees and expenses in connection with the specific matter for which Applicant had been retained as special litigation counsel: Representation of Debtor as intervening defendant in *David B. Bartholic and Intercat, Inc. v. Nol-Tec Systems, Inc. and W.R. Grace & Co.-Conn.*, civil action 03-CV-4886 (RHK/AJB), pending in the United States District Court for the District of Minnesota (the "Intercat suit"). On April 15, 2005, based on a motion made by Debtor on February 11, 2005, the Bankruptcy Court entered an order authorizing Woodcock to provide further services to Debtor in ordinary course in the field of intellectual property. This is the sixth monthly application that includes such ordinary course fees and expenses.

All monthly applications filed previously with the Court by Woodcock are identified in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
| --- | --- | --- | --- |
| 1/1 – 1/31/03 | June 9, 2003 | $11,423.35 | $184.10 |
| 2/1 – 2/28/03 | June 9, 2003 | 29,216.00 | 684.22 |
| 3/1 – 3/31/03 | June 9, 2003 | 14,351.00 | 647.43 |
| 4/1 – 4/30/03 | June 3, 2003 | 14,268.50 | 244.41 |
| 5/1 – 5/31/03 | July 11, 2003 | 20,293.50 | 703.19 |
| 6/1 – 6/30/03 | August 1, 2003 | 24,087.00 | 2,822.23 |
| 7/1 – 7/31/03 | September 18, 2003 | 14,157.50 | 1,834.84 |
| 8/1/ - 8/31/03 | October 17, 2003 | 5,120.00 | 2,346.40 |
| 9/1 – 9/30/03 | November 6, 2003 | 18,536.00 | 2,143.81 |
| 10/1 – 10/31/03 | December 16, 2003 | 26,622.50 | 7,747.17 |
| 11/1 – 11/30/03 | January 23, 2004 | 46,329.50 | 22.29 |
| 12/1 – 12/31/03 | February 11, 2004 | 60,218.00 | 13,537.76 |
| 1/1 – 1/31/04 | March 29, 2004 | 117,384.00 | 34,007.41 |
| 2/1 - 2/29/04 | April 13, 2004 | 66,216.00 | 16,476.09 |
| 3/1 - 3/31/04 | April 27, 2004 | 96,991.00 | 8,235.63 |

| | | | |
|---|---|---|---|
| 4/1 - 4/30/04 | June 16, 2004 | 111,132.00 | 14,316.26 |
| 5/1 - 5/31/04 | July 19, 2004 | 104,787.00 | 14,642.22 |
| 6/1 - 6/30/04 | July 29, 2004 | 117,125.00 | 8,779.51 |
| 7/1 - 7/31/04 | September 17, 2004 | 85,802.00 | 10,905.33 |
| 8/1 – 8/31/04 | October 22, 2004 | 102,078.00 | 9,582.05 |
| 9/1 – 9/30/04 | November 9, 2004 | 156,479.00 | 32,088.05 |
| 10/1 - 10/31/04 | December 17, 2004 | 169,846.00 | 69,597.98 |
| 11/1 – 11/30/04 | January 14, 2005 | 203,792.00 | 29,179.11 |
| 12/1 – 12/31/04 | February 11, 2005 | 164,958.00 | 92,377.99 |
| 1/1 – 1/31/05 | March 18, 2005 | 176,884.00 | 28,342.86 |
| 2/1 – 2/28/05 | April 15, 2005 | 157,122.50 | 125,892.70 |
| 3/1 – 3/31/05 | May 10, 2005 | 196,913.00 | 143,160.77 |
| 4/1 – 4/30/05 | June 21, 2005 | 124,598.70 | 6,544.89 |
| 5/1 – 5/31/05 | July 20, 2005 | 198,043.00 | 45,257.99 |
| 6/1 – 6/30/05 | August 11, 2005 | 82,795.50 | 28,829.43 |
| 7/1 – 7/31/05 | September 15, 2005 | 53,078.50 | 578.90 |
| TOTAL | | $2,725,489.50 | $759,164.78 |

In the Intercat suit, except for the fees specifically identified in the attached detail as "Fee Application, Applicant" (totaling $1,568.00), all fees for which application is made were in the category "Litigation and Litigation Consulting. Disbursements attributable to this category of services, as shown in the attached schedule, were $2,157.08

The Woodcock professionals who rendered services in the Intercat suit during the Fee Period are:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| Gary H. Levin | Partner | 1976 | IP Litigation | $490.00 | 17.8 | $8,722.00 |

*Total Fees: $8,722.00*
*Blended Rate: $490.00*

During this fee period, Woodcock provided ordinary-course, intellectual property services in connection with five matters, which are detailed in the attached fee schedule for each matter. The fee total includes ($1,813.00 for travel time, which is billed at half hourly rates).

The total disbursements attributable to these ordinary course services, as shown in the attached schedules, were $1,852.15. The Woodcock professionals who rendered ordinary course services during the fee period are:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| Gary H. Levin | Partner | 1976 | IP Litigation | $490.00 | 58.2 | $28,518.00 |
| Frank T. Carroll | Associate | 1998 | IP Counseling | $295.00 | 0.5 | $147.00 |
| Richard D. Watkins | Associate | 2000 | IP Counseling | $265.00 | 21.3 | $5,644.50 |
| Karen Whitney | Associate | 2001 | IP Litigation | $235.00 | 7.18 | $1663.00 |
| David DeSanto | Paralegal | - | IP Prosecution | $110.00 | 0.5 | $55.00 |

*Total Fees: $ 36,033.00*
*Blended Rate: $411.34*

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above for (i) 80% of the amount of $44,755.00 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee Period ($35,791.60) and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by applicant during the Fee Period ($4,009.23); and (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: October 6, 2005

Gary H. Levin
Woodcock Washburn LLP
One Liberty Place – 46th Floor
Philadelphia, PA 19103
(215) 568-3100
levin@woodcock.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: November 1, 2005 at 4:00 p.m. (prevailing Eastern time)
Hearing Date: To Be Determined, Only If Objections Are Timely Filed

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD AUGUST 1, 2005 THROUGH AUGUST 31, 2005

---

[2] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), B&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Intercat v. Nol-Tec*
Civil Action No.: 0:03CV4886
United States District Court
District of Minnesota

| Date | Atty | Description | Hours |
|---|---|---|---|
| 08/02/2005 | GHL | Review of record materials relating to operation of certain loader functions for incorporation into settlement agreement, and telephone conferences with Mr. Maggio and with Nol-Tec counsel regarding same; | 1.50 |
| 08/03/2005 | GHL | Telephone conference with with Mr. Maggio and lawyers for creditors committee to review aspects of the proposed Settlement Agreement | 1.50 |
| 08/03/2005 | GHL | Further work on Settlement agreement definitions and telephone conference with Mr. Maggio regarding definitions to be counter-proposed to Intercat | 0.70 |
| 08/04/2005 | GHL | Further telephone conference with with counsel for creditors committee (Ms. Kreiger) and attendance to matters relating to providing counsel and the committee financial advisors with access under protective order to financial information from the lawsuit; | 0.70 |
| 08/04/2005 | GHL | Further telephone conference with Nol-Tec counsel regarding definitions of royalty-bearing loaders for inclusion in agreements, and review of Nol-Tec's prosed counter-proposal of agreement to Intercat; | 1.30 |
| 08/05/2005 | GHL | Fee Application -- Preparation of Fee petition for June 2005 | 0.80 |
| 08/05/2005 | GHL | Attendance to coordination of providing requested information relating to proposed settlement to counsel and financial advisors for unsecured creditors; | 0.30 |
| 08/12/2005 | GHL | Fee Application -- preparation of fee petition for July 2005. | 0.70 |
| 08/16/2005 | GHL | Review of creditors motion to bankruptcy court regarding proposed settlement, and annotation of same regarding points to be addressed; | 0.70 |
| 08/16/2005 | GHL | Review of Nol-Tec's proposed revisions to Intercat Settlement Agreement | 0.30 |
| 08/18/2005 | GHL | Review and annotation of Intercat's proposed changes to substantive definitions for use in settlement agreement; | 0.60 |
| 08/18/2005 | GHL | Review of deposition record and trial exhibits for documents directed to particular topics as requested by counsel for creditors committee, and attendance to organizing and transmitting same to counsel; | 1.20 |

| Date | | Description | Hours |
|---|---|---|---|
| 08/18/2005 | GHL | Conference with counsel regarding timing of further bankruptcy submissions in view of creditors' motion for continuance, and communcation with Intercat counsel regarding creditors' motion; | 0.30 |
| 08/19/2005 | GHL | Fee Application, Applicant -- preparation of quarterly fee summary for April-June, 2005 | 1.20 |
| 08/24/2005 | GHL | Preliminary review with Mr. Maggio of Intercat's revisions to Grace's proposed alternative definitions for corrective action and loader characteristics; | 0.50 |
| 08/29/2005 | GHL | Fee Application, Applicant -- preparation of fee petition for July 2005. | 0.50 |
| 08/30/2005 | GHL | Review of competing versions of proposed Settlement Agreement by Grace and by Intercat, and attempt to reconcile same. | 2.00 |
| 08/31/2005 | GHL | Further work on settlement issues, including review of conflicting proposals by Grace and Intercat on Settlement Agreement, review and proposed revision to Intercat's latest proposals on Corrective Action definitions, telephone conference with Mr. Maggio regarding same, telephone conference with Nol-Tec counsel regarding same, and attendance to further revisions of the definitions; | 3.00 |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   |   | SERVICES |   | $ | 8,722.00 |
|   |   |   |   |   |   |
| GHL | GARY H. LEVIN | 17.80 | hours at $ | 490.00 |   |

**DISBURSEMENTS:**

| | |
|---|---|
| ASSOCIATE SERVICES (Local Counsel) | 119.30 |
| COURT REPORTERS (Transcript of 06/07/2005 Conference | 1,928.25 |
| POSTAGE & DELIVERY | 76.58 |
| PHOTOCOPYING | 0.45 |
| COMPUTER SEARCH | 32.50 |

| | | |
|---|---|---|
| DISBURSEMENT TOTAL | $ | 2,157.08 |
| SERVICE TOTAL | $ | 8,722.00 |
| **INVOICE TOTAL** | $ | 10,879.08 |

## WRG-0068
## PATENT APPLICATION: MULTI-ADDITIVE AND CATALYST LOADING SYSTEM

| 08/01/05 | DMD | Attendance to filing of Supplemental Information Disclosure Statement with the United States Patent and Trademark Office; correspondence with the client explaining same and forwarding copies of documents as filed. | 0.50 |
|---|---|---|---|

|  |  | SERVICES |  |  | $ 55.00 |
|---|---|---|---|---|---|

| | DMD | DAVID M. DESANTO | 0.50 | hours @ | $110.00 |
|---|---|---|---|---|---|

**DISBURSEMENTS:**

| PHOTOCOPYING | 2.25 |
|---|---|
| POSTAGE & DELIVERY | 1.20 |

| DISBURSEMENT TOTAL | $ | 3.45 |
|---|---|---|
| SERVICE TOTAL | $ | 55.00 |
| **INVOICE TOTAL** | $ | 58.45 |

## WRG-0072
## PATENT APPLICATION: SYSTEM AND PROCESS FOR INJECTING CATALYST AND/OR ADDITIVES INTO A FLUIDIZED CATALYTIC CRACKING UNIT

| 08/05/05 | FTC | Consideration of communication from search authority with invitation to seek additional searching; review of art in file to date, and telephone conference with Mr. Cross regarding same | .50 |
|---|---|---|---|

SERVICES    $   147.00

| | FTC | FRANK T. CARROLL | 0.50 | hours @ | $295.00 |
|---|---|---|---|---|---|

**DISBURSEMENTS:**

| FACSIMILE | 5.00 |
|---|---|

| DISBURSEMENT TOTAL | $ | 5.00 |
|---|---|---|
| SERVICE TOTAL | $ | 147.00 |
| **INVOICE TOTAL** | **$** | **152.00** |

## WRG-0073
## EVALUATION OF THIRD-PARTY PATENT
## RELATING TO OXYGEN SCAVENGING

| 08/02/05 | GHL | Further evaluation of claim scope of third-party patent on oxygen scavenging packaging, including review of ancestor patents and prosecution histories of those patents as part of claim interpretation analysis. | 1.50 |
|---|---|---|---|
| 08/03/05 | GHL | Further review of prosecution histories of ancestor filings of third-party patent directed to oxygen absorbents, and telephone conference with Mr. Baker and Mr. Wasatonic regarding same; | 0.60 |
| 08/04/05 | GHL | Further telephone conference with Mr. Wasatonic regarding the third-party patent scope and proposed packaging product, and further consideration of issues of claim scope of the patent and possible relevance to Grace product; | 0.80 |
| 08/05/05 | GHL | Further review of prosecution histories of ancestor patents of third-party patent on oxygen scavenging, and telephone conference with Mr. Baker regarding same; | 0.30 |
| 08/08/05 | GHL | Review of several ancestor patents and prosecution histories of ancestors in chain of third-party patent of interest directed to oxygen scavenging compositions, and consideration of same in assessing scope of claims of the patent; | 0.80 |
| 08/10/05 | GHL | Further analysis of ancestor patents and their prosecution histories to determine claim scope and infringement issues relating to most recently issued patent; | 0.80 |
| 08/12/05 | GHL | Further review background materials on third-party patent as received from client, and work on claim interpretation and infringement analysis; | 0.60 |
| 08/16/05 | GHL | Begin review of materials related to foreign prosecutions of third-party patent to identify relevant prior art and consideration of prosecution materials relevant to claim interpretation. | 0.30 |
| 08/17/05 | GHL | Further review of foreign prosecution materials as received from Mr. Baker to identify materials possibly relevant to U.S. claim interpretation and third-party's patent strategy in U.S. | 1.50 |
| 08/29/05 | GHL | Further review of ancestor-priority applications to third-party oxygen scavenging patent to determine effective date for prior art; | 0.80 |

                                              SERVICES         $    3,920.00

| | GHL | GARY H. LEVIN | 8.0 | hours @ | $490.00 |

**DISBURSEMENTS:**

| PATENT COPIES | 423.00 |
|---|---|

| | | |
|---|---|---|
| DISBURSEMENT TOTAL | $ | 423.00 |
| SERVICE TOTAL | $ | 3,920.00 |
| **INVOICE TOTAL** | $ | 4,343.00 |

## WRG-0074
## EVALUATION OF ENFORCEABILITY OF GRACE PATENTS ON ION CHROMATOGRAPHY AND POSSIBLE INFRINGEMENT OF PATENTS

| 08/01/05 | GHL | Telephone conference with Mr. Anderson and review of further aspects of Grace patents for scheduled discussion with Mr. Anderson; | 0.50 |
|---|---|---|---|
| 08/04/05 | GHL | Further review of Grace/Alltech patents on ion exchange and detection systems, evaluation of infringement issues versus third party supplier of detection systems, and preparation for scheduled meeting with Mr. Anderson regarding the issues; | 2.00 |
| 08/08/05 | GHL | Meeting in our offices with Jim Anderson of Grace/Alltech to review his patents on ion exchange and detection systems and to review third-party detection systems and equipment for possible infringement; consolidation of notes and further study of patents in view of discussions; | 5.50 |
| 08/05/05 | RDW | Conferred with James Anderson and Gary Levin on patents and infringement issues. | 5.00 |
| 08/08/05 | GHL | Further review of three Grace patents directed to ion chromatography systems, review of prosecution histories and selected prior art, and study of descriptions of third-party products and systems as received from Mr. Anderson, consideration of issues of infringement and validity and preparation of notes and summary of preliminary conclusions for scheduled discussion with Grace representatives; | 5.00 |
| 08/08/05 | KMW | Analysis of third party equipment in view of Anderson patents. | 1.60 |
| 08/08/05 | RDW | Drafted memo on infringement issues concerning claims in ion exchange patents. | 1.20 |
| 08/09/05 | GHL | Travel to/from Graces' offices in Columbia MD for meeting with Grace representatives on issue of possible infringement of Grace patents on ion chromatography (3.0 hours billed at half); | 1.50 |
| 08/09/05 | GHL | Meeting at Grace's offices with Mr. Maggio and Mr. Bunch, with telephone conference with Mr. Anderson, to review Grace patents on ion chromatography and consider issues of infringement and enforceability; | 6.50 |
| 08/09/05 | KMW | Summary of infringement position of third party equipment in view of Anderson patents. | 2.00 |
| 08/10/05 | GHL | consolidation of notes from meeting and further evaluation of infringement and validity issues relating to Grace ion chromatography patents, including further telephone conference with Mr. Anderson and Mr. Bunch regarding structure and operation of third-party products, review of | 4.00 |

|          |     | prosecution history and prior art, and determination of allowable claim scope in view of same; |      |
|----------|-----|---|------|
| 08/10/05 | KMW | Legal research and analysis of infringement issues. | 2.90 |
| 08/10/05 | KMW | Telephone conference with Anderson, Bunch, GHL, RDW regarding Anderson patents and third party devices. | 0.60 |
| 08/10/05 | RDW | Reviewed claim charts and written description support for each claim in preparation for status meeting. | 1.60 |
| 08/10/05 | RDW | Meeting to discuss status of review of patents; conferred on claim history and file history of each patent. | 0.60 |
| 08/10/05 | RDW | Reviewed diagrams and pictures of third-party devices; reviewed product literature and chemical mode of operation for each device. | 2.00 |
| 08/10/05 | RDW | Attended teleconference with Mr. Anderson; Mr. Levin; Mr. Bunch, and Mrs. Whitney to discuss third-party devices | 1.00 |
| 08/10/05 | RDW | Reviewed prosecution history of elvant-generator patent relative to particular references. | 0.50 |
| 08/11/05 | GHL | Further analysis of issues of infringement and validity of Grace patents; | 0.80 |
| 08/11/05 | RDW | Continued to review file history of elvant generator and analysis of validity and infringement. | 1.20 |
| 08/11/05 | RDW | Began making claim chart of claim 6 of '327 patent with Dasgupta analysis. | 1.00 |
| 08/15/05 | GHL | Work on infringement and validity analysis; telephone conference with Mr. Maggio regarding same; | 1.20 |
| 08/15/05 | RDW | Continued validity analysis of elvant generator patent; reviewed prior art references. | 0.80 |
| 08/16/05 | GHL | Further analysis; telephone conference with Jim Anderson regarding operation of patented systems and accused systems; preparation of claim charts and graphics materials for presentation to Grace; | 5.50 |
| 08/17/05 | GHL | Continued preparation of claim charts on infringement, and review of enforceability issues; | 2.00 |
| 08/17/05 | RDW | Continued validity analysis of elvant generator patent. | 2.60 |
| 08/18/05 | GHL | Further analysis and preparation of infringement and validity claim charts. | 4.00 |
| 08/18/05 | RDW | Continued validity analysis. | 1.20 |
| 0819/05  | RDW | Continued validity analysis. | 1.80 |
| 08/22/05 | GHL | Further preparation of PowerPoint slides and claim charts on infringement and validity for discussion with Grace representatives. | 2.00 |
| 08/22/05 | RDW | Conferred with Mr. Levin on validity analysis. | 1.80 |
| 08/23/05 | GHL | Travel to Columbia Maryland for scheduled meeting with Grace personnel (2.4 hours, billed at half) | 1.20 |
| 08/23/05 | GHL | Further preparation of claim charts and review of patents for discussion with Grace personnel; | 1.20 |

| 08/24/05 | GHL | Meeting with Grace representatives at Grace's offices in Columbia regarding infringement and validity issues and case strategy on patents related to ion chromatography | 5.50 |
|---|---|---|---|
| 08/24/05 | GHL | Travel from meeting in Columbia (2 hours, billed at half); | 1.00 |

SERVICES $ 31,519.00

|  | GHL | GARY H. LEVIN | 49.40 | hours @ | $490.00 |
|---|---|---|---|---|---|
|  | KMW | KAREN MILLANE WHITNEY | 7.10 | hours @ | $235.00 |
|  | RDW | RICHARD D. WATKINS | 21.30 | hours @ | $265.00 |

**DISBURSEMENTS:**

| TRAVEL & EXPENSES | 570.36 |
|---|---|
| COMPUTER RESEARCH | 244.19 |
| PHOTOCOPYING | 0.15 |
| PATENT COPIES | 606.00 |

DISBURSEMENT TOTAL $ 1,420.70

SERVICE TOTAL $ 31,519.00

**INVOICE TOTAL** $ 32,939.70

## WRG-0074
## EVALUATION OF ENFORCEABILITY OF THREE GRACE PATENTS ON ION CHROMATOGRAPHY AND POSSIBLE INFRINGEMENT OF PATENTS

08/09/2005   Travel and Expense: Vendor Gary H. Levin
             Purpose of trip: Attendance at Client Meeting
   Transportation:
       080905         Amtrak
                      Philadelphia, PA to Baltimore, MD
       0809/05        Amtrak
                      Baltimore, MD to Philadelphia, PA          $ 157.00
       Miles:         18 Miles @ $0.325 per mail                 $   6.75
       Taxi and Tips:                                            $  82.00
       Parking Fees:                                             $  17.00

                                        TOTAL EXPENSE:  $ 262.75

## WRG-0074
## EVALUATION OF ENFORCEABILITY OF THREE GRACE PATENTS ON ION CHROMATOGRAPHY AND POSSIBLE INFRINGEMENT OF PATENTS

08/23/2005  Travel and Expense: Vendor Gary H. Levin
            Purpose of trip: Attendance at Client Meeting
      Transportation:
            Miles:      255 Miles @ $0.325 per mail              $   95.63
            Hotels (and meal expenses):                          $  200.48
            Tolls:                                               $   11.50
                                                                 _____
                                            TOTAL EXPENSE:  $  307.61

## WRG-0075
## INVALIDITY OPINION FOR U.S. PATENT NO. 6,713,428

| 08/31/05 | GHL | Evaluation of validity of third-party patent directed to preparation of hydrated aluminas, including preliminary review of patent, prior art, and background materials as received from Mr. Maggio; | 0.80 |

|   | SERVICES | $ | 392.00 |

|  | GHL | GARY H. LEVIN | 0.80 | hours @ | $490.00 |

**INVOICE TOTAL**                                            $    392.00