IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: January 5, 2005 at 4:00 p.m. (prevailing Eastern time)**
**Hearing Date:  To Be Determined, Only If Objections Are Timely Filed**

**SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE FOURTH INTERIM PERIOD, FROM OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005, FOR THE QUARTER OF OCTOBER 2005 – DECEMBER 2005**

| | |
|---|---|
| Name of Applicant: | **Nelson Mullins Riley & Scarborough, L.L.P.** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **July 19, 2001** |
| Period for which compensation and reimbursement is sought: | **October 1, 2005 – October 31, 2005** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$4,735.50 for the period** |

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of expense reimbursement sought as
actual, reasonable, and necessary:            **$27.51 for the period**

This is a __x__ monthly ___ interim ___final application.

> The total time expended for the preparation of this application is approximately
> **(3.20)** hours, and the corresponding estimated compensation *that will be requested in a*
> *future application* is approximately $ **(370.50).**

Prior fee applications:

| Date Filed | Period Covered | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26, 792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001- September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002-April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June 26, 2002 | January 1, 2002- March 31, 2002 | $62,909.00 | $322.04 | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002-May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | $12,397.20 | $178.39 |
| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | $14,785.20 | $225.82 |
| September 3, 2002 | July 19, 2001 – September 30, 2001 | $129,061.50 | $1,920.35 | $129,061.50 | $1,920.35 |

| | | | | | |
|---|---|---|---|---|---|
| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74 | $119,593.50 | $2,190.74 |
| September 20, 2002 | April 1, 2002 – June 30, 2002 | $60,393.50 | $701.74 | $55,739.00 | $701.74 |
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002- September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |
| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | $35,771.00 | $615.50 |
| December 11, 2002 | October 1, 2002- October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
| December 26, 2002 | November 1, 2002- November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |
| February 6, 2003 | December 1, 2002 – December 31, 2002 | $9,298.50 | $97.20 | $7,438.80 | $97.20 |
| March 4, 2003 | January 1, 2003- January 31, 2003 | $6,026.50 | $24.91 | $4,821.20 | $24.91 |
| March 27, 2003 | February 1-February 28, 2003 | $5,473.50 | $52.58 | $4,378.80 | $52.58 |
| April 8, 2003 | October 1, 2002- December 31, 2002 | $22,038.00 | $289.77 | $22,038.00 | $289.77 |
| May 9, 2003 | March 1, 2003- March 31, 2003 | $5,424.00 | $64.16 | $4,339.20 | $64.16 |
| September 9, 2003 | January 1, 2003 – March 31, 2003 | $16,924.00 | $141.65 | $16,924.00 | $146.65 |
| August 22, 2003 | April 1, 2003- April 30, 2003 | $7,868.00 | $64.88 | $6294.40 | $64.88 |
| September 9, 2003 | May 1, 2003 – May 31, 2003 | $8,143.50 | $88.14 | $6,514.80 | $88.14 |
| September 5, 2003 | June 1, 2003 – June 30, 2003 | $17,705.00 | $291.20 | $14,164.00 | $291.20 |
| September 9, 2003 | April 1, 2003 – June 30, 2003 | $33,716.05 | $444.22 | $33,716.05 | $444.22 |
| September 6, 2003 | July 1, 2003 – July 31, 2003 | $36,321.00 | $241.39 | $29,056.80 | $241.39 |
| March 4, 2004 | August 1, 2003 – August 31, 2003 | $27,487.00 | $932.61 | $21,989.60 | $932.61 |
| March 4, 2004 | September 1, 2003 – September 31, 2003 | $38,442.00 | $139.47 | $30,753.60 | $139.47 |
| February 25, 2004 | July 1, 2003 – September 31, 2003 | $102,250.00 | $1,313.47 | $102,250.00 | $1,313.47 |
| March 8, 2004 | October 1, 2003 – October 31, 2003 | $9,723.50 | $154.31 | $7,656.00 | $154.31 |
| March 8, 2004 | November 1, 2003 – November 30, 2003 | $5,845.00 | $119.01 | $4676.00 | $119.01 |
| March 8, 2004 | December 1, 2003 – December 31, 2003 | $4465.50 | $ 4.08 | $3572.40 | $4.08 |
| March 10, 2004 | October 1, 2003- December 31, 2003 | $19,968.00 | $277.40 | $19,968.00 | $277.40 |
| May 12, 2004 | January 1, 2004- January 31, 2004 | $16,534.50 | $1,260.61 | $13,227.60 | $1,260.61 |
| May 12, 2004 | February 1, 2004 – February 28, 2004 | $9,591.50 | $32.50 | $7,673.20 | $32.50 |

| May 12, 2004 | March 1, 2004 – March 31, 2004 | $6,325.50 | $105.67 | $5,060.40 | $105.67 |
|---|---|---|---|---|---|
| June 7, 2004 | January 1, 2004- March 31, 2004 | $32,451.50 | $1,398.78 | $32,451.50 | $1,398.78 |
| June 7, 2004 | April 1, 2004- April 30, 2004 | $6,062.00 | $20.78 | $4,849.60 | $20.78 |
| July 6, 2004 | May 1, 2004- May 31, 2004 | $12,927.00 | $67.97 | $10,341.60 | $67.97 |
| August 12, 2004 | June 1, 2004 – June 30, 2004 | $12,228.00 | $372.90 | $9,782.40 | $372.90 |
| August 17, 2004 | April 1, 2004 – June 30, 2004 | $31,217.00 | $461.65 | $31,217.00 | $461.65 |
| September 7, 2004 | July 1, 2004 – July 31, 2004 | $19,020.00 | $216.31 | $15,216.00 | 216.31 |
| September 24, 2004 | August 1, 2004 – August 31, 2004 | $3,945.50 | $89.18 | $3,156.40 | $89.18 |
| October 22, 2004 | September 1, 2004- September 30, 2004 | $9,741.50 | $284.46 | $7,793.20 | $284.46 |
| October 28, 2004 | July 1, 2004 – September 30, 2004 | $32,707.00 | $589.95 | $32,707.00 | $589.95 |
| December 1, 2004 | October 1, 2004- October 31, 2004 | $20,570.50 | $76.25 | $16,456.40 | $76.25 |
| December 17, 2004 | November 1, 2004 – November 30, 2004 | $5,993.00 | $32.75 | $4,794.40 | $32.75 |
| February 17, 2005 | December 1, 2004 – December 31, 2004 | $3,397.50 | $24.51 | $2,718.00 | $24.51 |
| March 8, 2005 | January 1, 2005 – January 31, 2005 | $7,343.50 | $34.10 | $5,874.80 | $34.10 |
| March 16, 2005 | October 1, 2004 – December 31, 2004 | $29,961.00 | $133.51 | $29,961.00 | $133.51 |
| April 15, 2005 | February 1, 2005 – February 28, 2005 | $4,948.50 | $40.40 | $3,958.80 | $40.40 |
| May 10, 2005 | March 1, 2005 – March 31, 2005 | $6,494.00 | $71.74 | $5,195.20 | $71.74 |
| June 15, 2005 | January 1, 2005 – March 31, 2005 | $18,786.00 | $146.24 | $18,786.00 | $146.24 |
| June 7, 2005 | April 1, 2005 – April 30, 2005 | $4,754.50 | $38.87 | $3,803.60 | $38.87 |
| July 7, 2005 | May 1, 2005 – May 31, 2005 | $9,725.00 | $84.96 | $7,780.00 | $84.96 |
| August 1, 2005 | June 1, 2005 – June 30, 2005 | $5,182.00 | $1.80 | $4,145.60 | $1.80 |
| August 8, 2005 | April 1, 2005 – June 30, 2005 | $19,661.50 | $125.63 | Pending | Pending |
| August 20, 2005 | July 1, 2005 – July 31, 2005 | $10,155.00 | $15.27 | $8,124.00 | $15.27 |
| October 12, 2005 | August 1, 2005 – August 31, 2005 | $9,440.00 | $54.18 | $7,552.00 | $54.18 |
| November 4, 2005 | September 1, 2005 – September 30, 2005 | $2,772.00 | $14.03 | $2,217.60 | $14.03 |
| November 23, 2005 | July 1, 2005 – September 30, 2005 | $22,367.00 | $83.48 | Pending | Pending |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compen-sation |
|---|---|---|---|---|---|---|
| Newman J. Smith | Partner | 27 years | Environmental | $290.00 | 2.60 | $754.00 |
| B.F. Hawkins, Jr. | Partner | 14 years | Environmental | $290.00 | 4.50 | $1,305.00 |
| Rose-Marie T. Carlisle | Of Counsel | 22 years | Environmental | $260.00 | 3.90 | $1,014.00 |
| Cory E. Manning | Of Counsel | 8 years | Business Litigation | $250.00 | 4.70 | $1,175.00 |
| Linda K. Barr* | Of Counsel | 12 years | Bankruptcy | $215.00 | .20 | $43.00 |
| J.M. A'hern* | Associate | 1 year | Business Litigation | $175.00 | .80 | $140.00 |

\* Linda K. Barr and J.M. A'hern are new timekeepers appearing on this billing cycle.

Grand Total for Fees:  $4,431.00
Blended Rate:      $265.33

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Anne R. Price | Paralegal | 3 years | Bankruptcy | $105.00 | 2.90 | $304.50 |
|---|---|---|---|---|---|---|

Grand Total for Fees: $304.50
Blended Rate:      $105.00

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/01527 | Quality Maintenance, Inc. | 5.50 | $1,315.00 |
| 02399/06000 | General | 4.20 | $1,107.00 |
| 02399/06032 | Charleston | 7.00 | $2,009.0 |
| 02399/06091 | Fee Applications | 2.90 | $304.50 |
| TOTAL | | 19.60 | $4,735.50 |

**Expense Summary**

| Description | Amount |
|---|---|
| Telephone | $1.75 |
| Legal Research (Lexis) | $12.68 |
| Photocopies | $1.50 |
| Fed Ex | $11.58 |
| **TOTAL** | **$27.51** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## **VERIFICATION**

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and says as follows:

1.      I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bar of the State of South Carolina.

2.      I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special counsel to the Debtors in environmental-related litigation issues and real estate transactions and am thoroughly familiar

---

[2]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_Bernard F. Hawkins, Jr._
Bernard F. Hawkins, Jr.

SWORN to and subscribed before me

this ___ day of ___December___, 2005

_____ (L.S.)
Notary Public for South Carolina

My Commission Expires: 7-9-2013

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Scott Whittier
7500 Grace Drive
Columbia, MD  21044

November 17, 2005
Invoice 712779  Page  1

| Our Matter # | 02399/01527 | For Services Through 10/31/05 |
| Docket No. | 2005-CP-02-879 | |
| Name of Matter: | Quality Maintenance, Inc. | |

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 10/07/05 | Review response to counterclaim from QMI.<br>C.E. MANNING | 0.40 hrs. | 250.00/hr | $100.00 |
| 10/10/05 | Review draft discovery (0.2); meet with Attorney J. A'Hern regarding verification of complaints (0.2).<br>C.E. MANNING | 0.40 hrs. | 250.00/hr | $100.00 |
| 10/11/05 | Review materials on verification (0.3); draft e-mail to Ms. Lil Ann Gray regarding the same (0.2).<br>C.E. MANNING | 0.50 hrs. | 250.00/hr | $125.00 |
| 10/11/05 | Research for Attorney Manning regarding verification of respose to counter-claim.<br>J.M. A'HERN | 0.80 hrs. | 175.00/hr | $140.00 |
| 10/12/05 | Telephone conference with Mr. Fishel regarding status of the case and potential discovery topics.<br>C.E. MANNING | 0.60 hrs. | 250.00/hr | $150.00 |
| 10/17/05 | E-mail to Ms. Lil Ann Gray regarding verification of counter-claim.<br>C.E. MANNING | 0.30 hrs. | 250.00/hr | $75.00 |
| 10/24/05 | Telephone conference with Mr. Fishel regarding the status of the case.<br>C.E. MANNING | 0.30 hrs. | 250.00/hr | $75.00 |
| 10/27/05 | Telephone call to Mr. Whittier regarding status of the case and discovery plan.<br>C.E. MANNING | 0.30 hrs. | 250.00/hr | $75.00 |
| 10/28/05 | Draft, review, and revise affirmative discovery.<br>C.E. MANNING | 1.90 hrs. | 250.00/hr | $475.00 |

**Fees for Legal Services** ...................................................................................................... **$1,315.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|-------|---------|---------|
| C.E. MANNING | 4.70 | 250.00 | 1,175.00 |
| J.M. A'HERN | 0.80 | 175.00 | 140.00 |
| TOTAL | 5.50 | 239.09 | 1,315.00 |

W. R. Grace & Co.

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 10/04/2005 | Telephone 1-803-642-1715 | 0.10 |
| 10/04/2005 | Telephone 1-803-642-1715 | 0.05 |
| 10/11/2005 | Service: LEXIS LEGAL SERVICES; Charge Type: SEARCHES; Quantity: 3.00 | 12.68 |
| 10/17/2005 | Telephone 1-803-642-1715 | 0.10 |
| 10/21/2005 | Telephone 1-803-642-1715 | 0.05 |
| 10/27/2005 | Telephone 1-410-531-4000 | 0.10 |

**Total Charges for Other Services Provided/Expenses Incurred** ...................................  **$13.08**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Lexis | 12.68 |
| Telephone | 0.40 |
| TOTAL | $13.08 |

**Net current billing for this invoice** .....................................................................................  **$1,328.08**

**GRAND TOTAL**.................................................................................................................  **$1,328.08**

W. R. Grace & Co.

November 17, 2005
Invoice 712779  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 10/31/05

W. R. Grace & Co.
Quality Maintenance, Inc.
Our Matter # 02399/01527

| | | |
|---|---|---|
| Fees for Professional Services | $1,315.00 | |
| Charges for Other Services Provided/Expenses Incurred | $13.08 | |
| **Net current billing for this invoice** ................................................................. | | **$1,328.08** |
| **GRAND TOTAL**........................................................................................................... | | **$1,328.08** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS
CB&T
**ABA#**:  061100606
**Beneficiary Bank**:  National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**:  053200666
**Beneficiary Customer**:  Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**:  Columbia Operating Account
**Beneficiary Account Number**:  00322407701

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

November 17, 2005
Invoice 712721  Page  1

Our Matter #          02399/06000                          For Services Through 10/31/05
WR Grace #          063-KL-721490-01-501251
Name of Matter:    General

| | | | | |
|---|---|---|---|---|
| 10/05/05 | Edit letter to Ms. Duff regarding RCRA issue to address further communications and research. | | | |
| | R.T. CARLISLE | 2.80 hrs. | 260.00/hr | $728.00 |
| 10/06/05 | Review issue on real property legal assistance and request old orders to determine if new supplemental application required. | | | |
| | L.K. BARR | 0.20 hrs. | 215.00/hr | $43.00 |
| 10/11/05 | Revise letter to Ms. Duff on RCRA issue. | | | |
| | R.T. CARLISLE | 0.40 hrs. | 260.00/hr | $104.00 |
| 10/21/05 | Review air coverage issues with Ms. Duff and Mr. O'Connell. | | | |
| | B.F. HAWKINS, JR. | 0.80 hrs. | 290.00/hr | $232.00 |

**Fees for Legal Services** ................................................................................... **$1,107.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.80 | 290.00 | 232.00 |
| R.T. CARLISLE | 3.20 | 260.00 | 832.00 |
| L.K. BARR | 0.20 | 215.00 | 43.00 |
| TOTAL | 4.20 | $263.57 | $1,107.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 10/05/2005 | Telephone 1-410-531-4210 | 0.10 |
| 10/05/2005 | Telephone 1-423-697-8216 | 0.15 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$0.25**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|

W. R. Grace & Co.

November 17, 2005
Invoice 712721  Page 2

| **Description** | **Dollars** |
|---|---|
| Telephone | 0.25 |
| TOTAL | $0.25 |

**Net current billing for this invoice** .................................................................................... **$1,107.25**

**GRAND TOTAL**.................................................................................................................... **$1,107.25**

W. R. Grace & Co.

November 17, 2005
Invoice 712721  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN:  Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 10/31/05

W. R. Grace & Co.
General
Our Matter # 02399/06000

---

| | | |
|---|---|---|
| Fees for Professional Services | $1,107.00 | |
| Charges for Other Services Provided/Expenses Incurred | $0.25 | |
| **Net current billing for this invoice** ................................................................ | | **$1,107.25** |
| **GRAND TOTAL**................................................................................................................ | | **$1,107.25** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

**WIRING INSTRUCTIONS**
CB&T
**ABA#**:  061100606
**Beneficiary Bank**:  National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**:  053200666
**Beneficiary Customer**:  Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**:  Columbia Operating Account
**Beneficiary Account Number**:  00322407701

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**

Attorneys and Counselors at Law

Tax ID No. 57-0215445

Post Office Box 11070 / Columbia, South Carolina 29211

Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

November 16, 2005
Invoice 712600 Page 1

| | |
|---|---|
| Our Matter # | 02399/06032 |
| WR Grace # | 063-KL-721490-01-0501221 |
| Name of Matter: | Charleston |

For Services Through 10/31/05

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/04/05 | Review status report from Mr. Bucens and telephone conference with Mr. Bailey regarding final letters to agencies on permit (0.2); telephone conference with OCRM on permit status, water quality certification statu (0.2).<br>N.J. SMITH | 0.40 hrs. | 290.00/hr | $116.00 |
| 10/07/05 | Confer with Attorney Smith regarding inquiry from Mr. Bucens on discharge of water (0.1); review relevant documents in file (0.4); confer with Mr. Bucens regarding issue (0.2).<br>R.T. CARLISLE | 0.70 hrs. | 260.00/hr | $182.00 |
| 10/12/05 | Review draft mitigation plan from RMT, note consistent references to impacts, note distinction between critical area and wetland areas impacts.<br>N.J. SMITH | 0.40 hrs. | 290.00/hr | $116.00 |
| 10/17/05 | Review real estate questions and respond to same.<br>B.F. HAWKINS, JR. | 0.50 hrs. | 290.00/hr | $145.00 |
| 10/18/05 | Review updated information from Attorney Smith on property issues (0.3); respond to Grace on real estate issue (0.3).<br>B.F. HAWKINS, JR. | 0.60 hrs. | 290.00/hr | $174.00 |
| 10/27/05 | Message from Mr. Obradovic regarding containers for sample stockpiling (0.1); telephone conference with Mr. Bailey regarding sampling, status of wetland mitigation plan approval, coordination on agency contact for issuance of permit (0.3); telephone conference with Attorney Hawkins regarding alternative approaches, review regulations on same (0.4).<br>N.J. SMITH | 0.80 hrs. | 290.00/hr | $232.00 |
| 10/27/05 | Review question regarding cleanup issues and request information to address question.<br>B.F. HAWKINS, JR. | 0.50 hrs. | 290.00/hr | $145.00 |
| 10/28/05 | Message from Mr. Hanley regarding OCRM comments, status of permit; follow up with Mr. Ridgell at DHEC regarding issuance of water quality certification, discuss proposed conditions, provide mitigation plan information and answer questions (0.5); telephone conference with Mr. Hanley regarding need to provide mitigation plan to Mr. Ridgell and other agencies immediately, schedule discussed with Mr. Ridgell (0.2).<br>N.J. SMITH | 0.70 hrs. | 290.00/hr | $203.00 |
| 10/31/05 | Review question regarding cleanup activities and discuss with Mr. Bucens (1.0); follow-up on question and provide input to Mr. Bucens (1.1).<br>B.F. HAWKINS, JR. | 2.10 hrs. | 290.00/hr | $609.00 |

W. R. Grace & Co.

10/31/05    Follow up discussion with Attorney Hawkins regarding waste pile issue during clean up,
              practical alternatives and approach to DHEC staff, recommendation for Mr. Obradovic.
              N.J. SMITH                                          0.30 hrs.    290.00/hr                    $87.00

**Fees for Legal Services** .......................................................................................    **$2,009.00**

## BILLING SUMMARY

|                    | Hours | Rate/Hr  | Dollars    |
|--------------------|-------|----------|------------|
| N.J. SMITH         | 2.60  | 290.00   | 754.00     |
| B.F. HAWKINS, JR.  | 3.70  | 290.00   | 1,073.00   |
| R.T. CARLISLE      | 0.70  | 260.00   | 182.00     |
| TOTAL              | 7.00  | $287.00  | $2,009.00  |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

10/31/2005        Telephone 1-617-498-2667                                                              1.10

**Total Charges for Other Services Provided/Expenses Incurred** ....................................    **$1.10**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|-------------|---------|
| Telephone   | 1.10    |
| TOTAL       | $1.10   |

**Net current billing for this invoice** ...................................................................................    **$2,010.10**

**GRAND TOTAL**.............................................................................................................    **$2,010.10**

W. R. Grace & Co.

November 16, 2005
Invoice 712600  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN:  Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 10/31/05

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

---

| | | |
|---|---|---|
| Fees for Professional Services | $2,009.00 | |
| Charges for Other Services Provided/Expenses Incurred | $1.10 | |
| **Net current billing for this invoice** ................................................................. | | **$2,010.10** |
| **GRAND TOTAL**....................................................................................................... | | **$2,010.10** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS
CB&T
**ABA#**:  061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**:  053200666
**Beneficiary Customer**:  Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**:  Columbia Operating Account
**Beneficiary Account Number**:  00322407701

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.                                              November 16, 2005
ATTN: Lydia Duff, Esq.                                    Invoice 712601  Page  1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #              02399/06091                  For Services Through 10/31/05
Name of Matter:           Fee Applications

10/25/05    Analyze September 2005 bills and draft fee application for attorney review.
            A.R. PRICE                          2.90 hrs.     105.00/hr          $304.50

**Fees for Legal Services** ......................................................................................    **$304.50**

## BILLING SUMMARY

|                | Hours | Rate/Hr | Dollars |
|----------------|-------|---------|---------|
| A.R. PRICE     | 2.90  | 105.00  | 304.50  |
| TOTAL          | 2.90  | 105.00  | 304.50  |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 10/11/2005 | Telecopy charge          | 1.50  |
|------------|--------------------------|-------|
| 10/11/2005 | Federal Express charge   | 11.58 |

**Total Charges for Other Services Provided/Expenses Incurred** ....................................  **$13.08**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|------------|---------|
| Facsimile  | 1.50    |
| Fed Ex     | 11.58   |
| TOTAL      | $13.08  |

**Net current billing for this invoice** ....................................................................    **$317.58**

**GRAND TOTAL**............................................................................................................    **$317.58**

W. R. Grace & Co.

November 16, 2005
Invoice 712601  Page 2

### REMITTANCE COPY

Please Return With Your Payment To:

**ATTN:  Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 10/31/05

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | | |
|---|---|---|
| Fees for Professional Services | $304.50 | |
| Charges for Other Services Provided/Expenses Incurred | $13.08 | |
| **Net current billing for this invoice** ............................................................... | | **$317.58** |
| **GRAND TOTAL**...................................................................................................... | | **$317.58** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS
CB&T
**ABA#**:  061100606
**Beneficiary Bank**:  National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**:  053200666
**Beneficiary Customer**:  Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**:  Columbia Operating Account
**Beneficiary Account Number**:  00322407701