IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | Re: Docket No. 9315 and 11147 |
| | 11/14/05 Agenda Item No. 6 |

**CERTIFICATION OF COUNSEL REGARDING
REVISED SECOND ORDER GRANTING RELIEF SOUGHT IN
<u>DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)</u>**

The undersigned hereby certifies that:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1.    On September 1, 2005, the Debtors filed their Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage [Docket No. 9315] (the "Fifteenth Omnibus Objection").

2.    On October 24, 2005, the Court conducted a status conference on the Fifteenth Omnibus Objection at which time the Debtors informed the Court that they had resolved a number of objections to claims which were part of the Fifteenth Omnibus Objection and reached agreements with certain claimants.

3.    On November 14, 2005, the Court conducted a further status conference on the Fifteenth Omnibus Objection and the Debtors informed the Court they were prepared to present the Second Order Granting Relief Sought in the Debtors' Fifteenth Omnibus Objection to Claims (Substantive).

4.    Counsel for the Property Damage Committee requested an opportunity to further review the proposed Order.

5.    Counsel for the Property Damage Committee and counsel for the Debtors conferred and agreed upon a form of Order which was submitted to the Court under certification of counsel on November 22, 2005 (Docket No. 11147) (the "First Certification").

6.    No order has been entered on the First Certification as of this date.

7.    After further review, it was discovered that Exhibit A to the proposed Order titled "15th Omni Default Claims" contained three claims (12681, 12682 and 12683) for which default was not appropriate and failed to contain two claims (15322 and 11359) which should have been defaulted.

8.  Attached hereto is a proposed form of Order containing the corrected Exhibit A titled "15th Omni Default Claims Revised". Other than a date change, the proposed form of Order itself and Exhibits B through I are unchanged from those submitted with the First Certification.

9.  The Debtors respectfully request that the Court discard the First Certification and enter the order attached hereto as Exhibit A at its earliest convenience.

Dated: December 16, 2005

          KIRKLAND & ELLIS LLP
          James H.M. Sprayregen, P.C.
          Janet S. Baer
          200 East Randolph Drive
          Chicago, Illinois 60601
          (312) 861-2000

          and

          PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

          */s/ James E. O'Neill*
          Laura Davis Jones (Bar No. 2436)
          James E. O'Neill (Bar No. 4042)
          919 North Market Street, 16th Floor
          P.O. Box 8705
          Wilmington, DE 19899-8705 (Courier 19801)
          Telephone: (302) 652-4100
          Facsimile: (302) 652-4400

          Co-Counsel for the Debtors and Debtors in Possession