## Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 9315 and 11/14/05 Agenda Item |
| | ) | No. 6 |

## SECOND ORDER GRANTING RELIEF SOUGHT IN DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)

Upon the Fifteenth Omnibus Objection to Claims (the "Fifteenth Omnibus Objection")[2] filed by the above captioned debtors and debtors in possession (the "Debtors"), seeking entry of an order expunging and disallowing certain Claims; and no previous application having been made; and upon consideration of the matters set forth herein; and due and proper notice of the Fifteenth Omnibus Objection having been given, it is hereby

---

[1]     The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2]     Capitalized terms used but not defined herein are as defined in the Fifteenth Omnibus Objection.

ORDERED that, except as hereinafter stated, the relief sought in the 15th Omnibus Objection is granted to the extent not inconsistent with the language herein and with the Exhibits attached hereto;[3] and it is further

ORDERED that the Objections to each of the claims listed on <u>Exhibit A</u> to this Order are sustained and each of the claims is expunged and disallowed for all purposes since the claimants did not file any response to the Objections; and it is further

ORDERED that that the Objections to the claims of The Burlington Northern Santa Fe Railway ("BN") identified on the Stipulation attached hereto as <u>Exhibit B</u>, which claims relate to Zonolite Attic Insulation or similar products ("ZAI") are hereby withdrawn and the claims are reclassified as ZAI Claims as outlined on the Stipulation. This withdrawal is without prejudice , the BN Claims shall remain of record and be addressed as the Court may direct. Likewise, Debtors retain their right to object to the BN claims listed on <u>Exhibit B</u> on any grounds in the future, upon proper notice and consistent with applicable law. The Debtors also retain the right to require the claimants listed on <u>Exhibit B</u> to re-file their ZAI Claims on specialized ZAI Proof of Claim Forms in the event the Court so orders such specialized claim form; and it is further

ORDERED that the claims of Celotex Corporation, Carey Canada Inc. and the Asbestos Settlement Trust (Celotex) (collectively "Celotex") outlined on the Stipulation attached hereto as <u>Exhibit C</u> have been voluntarily withdrawn and thus shall be expunged from the Claims Register; and it if further

ORDERED that the Objections to the claims of City of Cambridge Massachusetts ("Cambridge"), identified as Claim Nos. 4721 and 4723 are hereby withdrawn and the claims are reclassified as environmental unsecured claims within the Non-Asbestos Claims category of Debtors proposed Chapter 11 Plan dated January 22, 2005 (the "Plan") as outlined on the

---

[3] To the extent that any claim that is the subject of the 15th Omnibus Objection has been or is otherwise addressed by an approved stipulation between the Debtors and the claimant, that stipulation shall control the disposition of that claim.

2

Stipulation attached hereto as <u>Exhibit D</u>. In addition, the Objections to Cambridge Claim Nos. 4720 and 4722 set forth in the Debtors' Fifth Omnibus Objection dated May 5, 2004 are also withdrawn. This withdrawal and reclassification, however, is without prejudice and the Debtors have the right to object to any of the claims of Cambridge on any grounds in the future, including but not limited to the grounds asserted in the 5th and 15th Omnibus Objections, as applicable, upon proper notice and consistent with applicable law, provided, however, the Debtors shall be prohibited from objecting to any of the claims based on the type of Proof of Claim form filed by Cambridge or the classification of the claims as outlined in the Stipulation.  Further, Claim Nos. 4721, 4722 and 4723 shall be consolidated into Claim No. 4720 and Claim Nos. 4721, 4722 and 4723 shall be disallowed and expunged and Claim No. 4720 shall be the surviving Claim. Notwithstanding any other provisions herein or in the attached <u>Exhibit D</u>, to the extent that the Debtors' Plan or any other plan or plans of reorganization confirmed in these chapter 11 cases do (does) not provide for the substantive consolidation of the Bankruptcy Cases and Debtors (for purposes of distribution on account of allowed claims), Claim Nos. 4721, 4722 and 4723 shall be reinstated, as appropriate and Cambridge shall be entitled to pursue such claims; and it is further

ORDERED that the Objections to the claim of Massachusetts Bay Transportation Authority ("MBTA"), identified as Claim  No. 9694 is hereby withdrawn and the claim is reclassified as an environmental unsecured claim within the Non-Asbestos Claims category of Debtors' Plan as outlined on the Stipulation attached hereto as <u>Exhibit E</u>.  In addition, the Objections to MBTA Claim No. 9693 set forth in the Debtors' Fifth Omnibus Objection dated May 5, 2004 is also withdrawn. This withdrawal and reclassification, however, is without prejudice and the Debtors have the right to object to any of the claims of MBTA on any grounds in the future, including but not limited to the grounds asserted in the 5th and 15th Omnibus Objections, as applicable, upon proper notice and consistent with applicable law, provided,

3

however, the Debtors shall be prohibited from objecting to any of the claims based on the type of Proof of Claim form filed by MBTA or the classification of the claims as outlined in the Stipulation. Further, Claim No. 9694 shall be consolidated into Claim No. 9693 and Claim Nos. 9694 shall be disallowed and expunged and Claim No. 9693 shall be the surviving Claim. Notwithstanding any other provisions herein or in the attached Exhibit E, to the extent that the Debtors' Plan or any other plan or plans of reorganization confirmed in these chapter 11 cases do (does) not provide for the substantive consolidation of the Bankruptcy Cases and Debtors (for purposed of distribution on account of allowed claims), Claim No. 9694 shall be reinstated, as appropriate and MBTA shall be entitled to pursue such claim; and it is further

ORDERED that the Objections to the claim of Perini Corporation ("Perini"), identified as Claim No. 4705 are hereby withdrawn and the claim is reclassified as an environmental unsecured claim within the Non-Asbestos Claims category of Debtors' Plan as outlined on the Stipulation attached hereto as Exhibit F. In addition, the Objections to Perini Claim No. 4704 set forth in the Debtors' Fifth Omnibus Objection dated May 5, 2004 is also withdrawn. This withdrawal and reclassification, however, is without prejudice and the Debtors have the right to object to any of the claims of Perini on any grounds in the future, including but not limited to the grounds asserted in the 5th and 15th Omnibus Objections, as applicable, upon proper notice and consistent with applicable law, provided, however, the Debtors shall be prohibited from objecting to any of the claims based on the type of Proof of Claim form filed by Perini or the classification of the claims as outlined in the Stipulation. Further, Claim No. 4705 shall be consolidated into Claim No. 4704 and Claim Nos. 4705 shall be disallowed and expunged and Claim No. 4704 shall be the surviving Claim. Notwithstanding any other provisions herein or in the attached Exhibit F, to the extent that the Debtors' Plan or any other plan or plans of reorganization confirmed in these chapter 11 cases do (does) not provide for the substantive

4

consolidation of the Bankruptcy Cases and Debtors (for purposed of distribution on account of allowed claims), Claim No. 4705 shall be reinstated, as appropriate and Perini shall be entitled to pursue such claim; and it is further

ORDERED that the Objections to the claims of Los Angeles Unified School District ("LA"), identified as Claim Nos. 9570 and 15247 are hereby withdrawn, as outlined on the Stipulation attached hereto as Exhibit G. Further, Claim No. 15247, shall be consolidated into Claim No. 9570 and Claim No. 15247 shall be disallowed and expunged and Claim No. 9570 shall be the surviving Claim. Notwithstanding any other provisions herein or in the attached Exhibit G, to the extent that the Debtors' Plan, as defined in Exhibit G or any other plan or plans of reorganization confirmed in these chapter 11 cases do (does) not provide for the substantive consolidation of the Bankruptcy Cases (for purposed of distribution on account of allowed claims), Claim Nos. 15247 shall be reinstated, as appropriate and LA shall be entitled to pursue such claim; and it is further

ORDERED that the Objections to the claims of LaMartin Company, Inc. Paul J. Martin, M. J. & P. LLC. and P & S Associates (the "Exhibit H Claimants") are hereby withdrawn and the claims are reclassified as environmental unsecured claims, as outlined on the Stipulation attached hereto as Exhibit H. This withdrawal and reclassification is without prejudice and the Debtors have the right to object to the claims of the Exhibit H Claimant on any grounds in the future upon proper notice and consistent with applicable law; and it is further

ORDERED that the Objections to the claim of Oldon Limited Partnership ("Oldon"), identified as Claim No. 11310, are hereby withdrawn and the claim is reclassified as an environmental unsecured claim, as outlined on the Stipulation attached hereto as Exhibit I. This withdrawal and reclassification is without prejudice and the Debtors have the right to object to

5

the claim of Oldon on any grounds in the future upon proper notice and consistent with applicable law; and it is further

ORDERED  that the claimants holding the claims identified as Claim Nos. 6979 through 7017 and filed by attorney Deborah J. Israel of Piper Rudnick LLP shall have an additional 30 days, until December 14, 2005, to respond to the Fifteenth Omnibus Objection, the Debtors shall have until January 13, 2006 to reply and the Objections as to those claims shall be heard at the Debtors' Omnibus hearing on January 30, 2006; and it is further

ORDERED that the Objection to any Claim set forth in the Fifteenth Omnibus Objection that has not been adjudicated by this Order shall be continued for further hearing and adjudication pursuant to a separate scheduling order or orders; and it is further

ORDERED that the rights of the Debtors to object to any Claim listed on any exhibit to this Order for any reason are expressly preserved, except as provided for herein; and it is further

ORDERED that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, made applicable in the contested matter by Rules 7054 and 9014 of the Federal Rules of Bankruptcy Procedure, the Court hereby directs entry of a final judgment with respect to the claims objections as to which relief is entered by this Order, the Court having determined that there is no just reason for delay in the entry of judgment on these matters; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: December __, 2005

                                                  _____

                                                  Honorable Judith K. Fitzgerald
                                                  United States Bankruptcy Judge

## Exhibit A

# 15th Omni Default Claims Revised
## *240 Total*

| Claim # | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 001131 | Katz, S S 15 Elrod Dr West Nyack, Ny 10994 | No Counsel Specified | | | | A-2, A-3, C-1 (c), C-1 (d), C-3 (d), D-2, D-4, D-6, E-1, |
| 001414 | Lee, Elizabeth M 713 Michigan Ave Libby, Mt 599 | No Counsel Specified | | | 713 Michigan Ave Libby MT 59923 | A-2, C-2, D-4, D-6, E-1, |
| 001419 | Allaman, W L 21045 Quileute Rd Apple Valley, Ca | No Counsel Specified | | | 1001 W Lambert Road 213 Lahabra CA 90631 | A-1, A-2, C-2, C-3 (e), D-1 (a), D-6, E-1, |
| 001421 | 7300 Kimbark Bldg Corp 3550 W 98th St Evergreen | No Counsel Specified | | | 7300 S Kimbark Ave Chicago IL 60619 | C-3 (d), D-2, D-6, E-1, |
| 001423 | Ho, Jeffrey Douglas 1431 Lakeview Ave Minneapoli | No Counsel Specified | | | 1431 Lakeview Avenue Minneapolis MN 55416 | C-3 (d), D-5, D-6, E-1, |
| 001424 | Ingram, Benjamin Mason | No Counsel Specified | | | 705 South Seminary Florence AL 35630 | C-1 (d), D-2, D-6, E-1, |
| 001426 | 3801 N Campbell Ave Llc 3801 N Campbell Ave # A | No Counsel Specified | | | 3801 N Campbell Ave Tueson AZ 85719 | C-2, C-3 (f), D-2, D-3, D-5, D-6, E-1, |
| 001428 | Patterson, Paul 2135 Browns Gap Tpke Charlottesv | No Counsel Specified | | | 2135 Browns Gap Tpke Charlottesville VA 22901 | C-2, C-3 (b), C-3 (e), C-3 (e), D-4, D-5, D-6, E-1, |
| 001471 | Piche, Louis 164 Blvd Jutras Est Victoriaville, | No Counsel Specified | | | 164 Blvd Jutras Est Victoriaville QC G6p4m1 | C-3 (b), C-3 (e), D-4, D-6, E-1, F-5, |
| 001473 | Darks, Tyrone Peter #239667 Tyrone Peter Darks | No Counsel Specified | | | Darks Record Company 5219 S Land Ave Oklahoma City OK 73119 | C-2, C-3 (e), D-4, D-6, E-1, |
| 001629 | Platinum Capital Investments Inc | No Counsel Specified | | | 1005 Julien Street Belvidere IL 61108 | C-2, C-3 (d), D-2, D-3, D-4, D-6, E-1, |
| 001630 | Platinum Capital Investments Inc 1608 Midwest Clu | No Counsel Specified | | | | A-3, C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, |

| Claim # | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 001723 | Roh, Tom 3553 Brokhill St Glendale, Ca 91214 | No Counsel Specified | | | 3553 Brockhill Street Glendale CA 91214 | C-1 (d), C-2, C-3 (e), C-3 (e), E-1, |
| 001788 | Reese, Patsy A 237 Felton St San Francisco, Ca | No Counsel Specified | | | 180 Arbor Street San Francisco CA 94134 | C-1 (d), C-3 (c), C-3 (e), D-4, D-6, E-1, |
| 001790 | Klingman, Robert Ray 4539 Dry Creek Rd Napa, Ca | No Counsel Specified | | | 4539 Dry Creek Rd Napa CA 94558 | C-2, C-3 (f), E-1, |
| 001793 | Bender, Patsy Ann Po Box 1622 Bay Springs, Ms 3 | No Counsel Specified | | | Cr 167 Louin MS 39338 | C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-3, |
| 001856 | Menands Union Free School District | No Counsel Specified | | | Woods Lane Menands NY 12204 | B-2, C-3 (d), D-1 (c), D-2, D-4, D-6, E-1, |
| 001860 | Pritchett, William 1558 Knoll Circle Dr Santa Ba | No Counsel Specified | | | 226 2nd Avenue West Seattle WA 98119 | C-1 (d), C-3 (d), C-3 (e), D-2, D-3, D-4, D-6, E-1, |
| 001869 | Pullinger, Bernard 100 Washington Commons Dr Apt | No Counsel Specified | | | 400 1 U Willet Road Grace Private Estates Northhills NY | A-2, C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-4, D-6, E-1, |
| 001871 | Risdal, Eddie Charles Po Box 316 Isp 802094 Fort | No Counsel Specified | | | Hwy 69 Rural Route One Box 21a Huxley IA 50124 | C-3 (d), D-4, D-5, D-6, E-1, |
| 001873 | Gallo, Jeffrey Lee 1709 Us Hwy 2 S Libby, Mt 59 | No Counsel Specified | | | 1709 Us Hwy 2 South Libby MT 59923 | A-2, C-2, C-3 (c), C-3 (e), D-4, D-6, E-1, |
| 001874 | Murcff, Carol S 16804 Avila Blvd Tampa, Fl 3361 | No Counsel Specified | | | 1527 29 S Dale Mabry Hwy Tampa FL 33629 | C-2, C-3 (f), D-2, D-3, D-4, D-6, E-3, |
| 001876 | Adelman, Hershel 15155 Kennedy Rd Los Gatos, Ca | No Counsel Specified | | | 300 Franciscan Cf Fremont CA 94539 | C-3 (f), D-2, D-3, D-6, E-1, |
| 001878 | Odum, Paul Bennett 1744 Neely Ave East Point Ga | No Counsel Specified | | | 1744 Neely Ave East Point GA 30344 | C-2, C-3 (e), D-4, D-6, E-1, |
| 001899 | Crest Usd 479 | No Counsel Specified | | | 500 5th Avenue Kincaid KS 66039 | B-2, C-3 (d), C-3 (f), D-1 (c), D-2, D-4, D-5, D-6, E-1, |

| Claim # | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 001910 | N J Lp | No Counsel Specified | | | 984 Monument Street Pacific Palisades CA 90272 | D-2, D-3, D-4, D-6, E-2, |
| 001915 | Cummings, Brenda Faye 1802 Robinson Rd #256 Gran | No Counsel Specified | | | 1802 Robinson Rd Grand Prairie TX 75051 | A-1, A-2, C-1 (c), C-1 (d), C-3 (e), E-1, G-3, |
| 001920 | Sher, Joseph H 4711 La Villa Marina #c Marina De | No Counsel Specified | | | 4711 La Villa Marina #c Marina Del Rey CA 90292 | C-3 (d), C-3 (f), D-4, D-6, E-1, |
| 001921 | Jamieson Condominium 13536 124 A Ave Edmonton, A | No Counsel Specified | | | 7307 118 Street Edmonton ABT6g155 | D-4, D-6, E-1, F-5, |
| 001922 | Jamieson Condominium 13536 124a Ave Edmonton, Ab | No Counsel Specified | | | 7317 118 Street Edmonton AB T523b5 | C-1 (d), D-4, D-6, E-1, F-5, |
| 001974 | Astour Associates Asfour General Partner | No Counsel Specified | | | 321 East Second Street Los Angeles CA 90012 | C-1 (d), C-2, C-3 (d), D-2, D-3, D-4, D-6, E-1, |
| 002064 | Heritage Holdings 2480 Ne 23 St Pompano Beach, F | No Counsel Specified | | | 2480 Ne 23 Street Pompano Beach FL 33602 | C-3 (d), C-3 (f), D-2, D-3, D-6, E-1, |
| 002116 | Larkin, Eugene Leroy 6572 E Kettleman Ln Lodi, C | No Counsel Specified | | | 439 South Sacramento Street No 8 Lodi CA 95240 | C-2, C-3 (d), D-2, D-6, E-1, |
| 002130 | Cheldin, Ted M Po Box 6694 Woodland Hills, Ca 9 | No Counsel Specified | | | 23460 Califa Street Woodland Hills CA 91367 | C-1 (d), C-3 (d), E-1, |
| 002152 | Fort Ann Central School | No Counsel Specified | | Fort Ann Central School | Catherine St Fort Ann NY 12827 | B-2, C-3 (d), D-2, D-4, D-6, E-1, |
| 002155 | Reshal Hussein Hassan & Mimie Hassan Tl 4934 W F | No Counsel Specified | | | 13006 North 107th Avenue Sun City AZ 85351 | C-3 (b), C-3 (f), D-2, D-3, D-4, D-6, E-1, |
| 002164 | Families In Crisis Inc William K Hall 1305 E Rani | No Counsel Specified | | | 412 E Sprott Killeen TX 76540 | C-2, C-3 (b), C-3 (f), D-2, D-3, D-6, E-1, |
| 002201 | Dombroski, Thomas F 1209 Campbell Detroit, Mi 4 | No Counsel Specified | | | 1209 Campbell Detroit MI 48209 | C-1 (d), C-2, C-3 (c), C-3 (e), D-4, D-6, E-1, |

| Claim # | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 002202 | Chan, Connie Y 728 Pacific Ave Ste 308 San Franc | No Counsel Specified | | | 736 Commercial Street San Francisco CA 94108 | C-3 (f), D-2, D-3, D-6, E-3, |
| 002218 | Angela M Vlen Hooper Memorial Home, Inc | No Counsel Specified | | | 3532 Walnut Street Harrisburg PA 17109 | C-3 (d), D-2, D-3, D-6, E-1, |
| 002221 | Ag One Llc C/o Mark W Coy Boring & Coy Pc Po Bo | No Counsel Specified | | | | A-3, C-1 (c), C-1 (d), C-3 (d), D-2, D-6, E-1, |
| 002237 | Johnson Jr, Burrell Po Box 4500 Michael Unit Ten | No Counsel Specified | | | | A-3, C-1 (c), C-1 (d), C-3 (e), C-3 (e), D-2, D-6, E-1, |
| 002238 | Johnson Jr, Burrell Po Box 4500 Michael Unit Ten | No Counsel Specified | | | 2615 Fernwood Avenue Dallas TX 75216 | C-1 (c), C-1 (d), C-2, C-3 (e), D-2, D-3, D-4, D-6, E-1, |
| 002260 | Samonte, Lael Edward 99-902 Moanalua Rd Alea, HI | No Counsel Specified | | | 99-902 Moanalua Road Alea HI 96701 | A-1, A-2, C-2, C-3 (a), C-3 (e), D-2, D-6, E-1, |
| 002262 | Valu-lodge Of New Port Richey Inc 2200 Northlake | No Counsel Specified | | | 6523 Us Hwy 19 New Port Richey FL 34652 | C-1 (d), C-2, C-3 (f), D-1 (a), D-2, D-3, D-6, E-1, |
| 002265 | Missile Inn Inc 2200 Northlake Pkwy Ste 277 Tuck | No Counsel Specified | | | 9487 Dyer St El Paso TX 79924 | C-1 (d), D-2, D-3, D-4, D-6, E-1, |
| 002395 | Vaughan, Robert T 46 Spear St Melrose, Ma 02176 | No Counsel Specified | | | 46 Spear St Melrose MA 02176 | C-1 (b), C-1 (d), C-3 (c), C-3 (e), D-4, D-6, E-1, |
| 002397 | Kinlan, Patrick 3106 Eger Pl Bronx, Ny 10465 | No Counsel Specified | | | 3106 Eger Place Bronx NY 10465 | C-3 (e), E-1, |
| 002430 | Carr, Mattie Fears Po Box 4162 Opelika, Al 3680 | James B Douglas | McNeal & Douglas LLC | | 1727 1st Ave Opelika AL 36801 | C-2, C-3 (b), C-3 (c), C-3 (e), E-1, |
| 002442 | St Paul United Church Of Christ 115 W B St Belle | William L Enyart | Enyart & Peebles | St Paul United Church Of Christ 115 W B St Belle | 115 West B Street Belleville IL 62220 | C-2, C-3 (d), D-1 (b), D-2, D-4, D-5, D-6, E-1 |

*Tuesday, December 13, 2005*

| Claim # | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 002483 | Temple Beth Am 4660 Sheridan Dr Williamsville, N | No Counsel Specified | | | 4660 Sheridan Drive Williamsville NY 14221 | C-3 (f), D-1 (d), D-2, D-4, D-6, E-1, |
| 002542 | Kujawa, Gregory Mark 350 Shalom Dr Libby, Mt 59 | No Counsel Specified | | | 350 Shalom Drive Libby MT 59923 | C-1 (d), C-2, D-4, D-6, E-1, G-2, |
| 002570 | Uni Inc James Edward Iodine President | No Counsel Specified | | | 620 6340 N Beeline Hwy Payson AZ 85541 | C-2, C-3 (f), D-2, D-3, D-4, D-5, D-6, E-3, |
| 002571 | Uni Inc James Edward Iodine President | No Counsel Specified | | | 802 Abcd N Beeline Hwy Payson Az 85541 | C-1 (d), C-2, C-3 (f), D-2, D-3, D-4, D-5, D-6, E-3, |
| 002572 | Uni Inc James Edward Iodine President | No Counsel Specified | | | 804 Abc N Beeline Hwy Payson Az 85541 | C-1 (d), C-2, C-3 (f), D-2, D-3, D-4, D-5, D-6, E-3, |
| 002573 | Uni Inc James Edward Iodine President | No Counsel Specified | | | 806 Ab N Beeline Hwy Payson AZ 85541 | C-2, C-3 (f), D-2, D-3, D-4, D-5, D-6, E-3, |
| 002574 | Uni Inc James Edward Iodine President | No Counsel Specified | | | 800 800 C N Beeline Hwy Payson AZ 85541 | C-3 (f), D-2, D-3, D-4, D-5, D-6, E-3, |
| 002575 | Uni Inc James Edward Iodine President | No Counsel Specified | | | 614 V Beeline Hwy Payson AZ 85541 | C-2, C-3 (f), D-2, D-3, D-4, D-5, D-6, E-3, |
| 002624 | Iovino, Joseph Louis 5501 Snowshoe Mine Rd Libby | No Counsel Specified | | | 5501 Snowshoe Mine Rd Libby MT 59923 | C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 002635 | Slawson, Dennis Michael 302 W Main St Sykesville | No Counsel Specified | | | 302 W Main St Sykesville PA 15865 | C-2, C-3 (e), D-4, D-6, E-1, |
| 002672 | Spadafora, Ailene Po Box 335 80 W 200 S Green Ri | No Counsel Specified | | | 40 South Broadway Green River UT 84525 | C-1 (b), C-2, C-3 (b), C-3 (c), C-3 (e), D-2, D-4, D-5, D-6, E-1, |
| 002692 | Ortiz, Maria Luisa P O Box 809 Orocouis Orocouis | No Counsel Specified | | | Carr 567 Ko H8 Bo Barros Orocouis PR 00720 | C-3 (e), D-1 (a), D-4, D-6, E-1, |
| 002697 | Willis, Clay Henry 906 Cheyenne Meadows Katy, Tx | No Counsel Specified | | | 906 Cheyenne Meadows Katy TX 77450 | E-1, |

| Claim # | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 002712 | Modzeleski, Vincent E. 1618 James Dr Carlsbad, Ca | No Counsel Specified | | | 4040 Lamont St San Diego CA 92109 | C-3 (f), D-1 (b), D-2, D-6, E-1, |
| 002725 | Chase, Randy 116 Dauphin Way Chattanooga, Tn 37 | No Counsel Specified | | | 3521 Cathy Lane East Ridge TN 37412 | C-2, C-3 (e), D-2, D-3, D-6, E-1, |
| 002726 | Chase, Randy 116 Dauphin Way Chattanooga, Tn 37 | No Counsel Specified | | | 116 Dauphin Way Chattanooga TNn 37411 | C-2, C-3 (e), E-1, |
| 002744 | Leal, Norman 1485 Naples Way Livermore, Ca 9455 | No Counsel Specified | | | 711 A Street Galt CA 95632 | C-2, C-3 (d), D-1 (b), D-2, D-3, D-6, E-1, |
| 002784 | Bruton Akadick, Richard Lane 681 Quail Drive Los | John L Holmes | John L Holmes Attorney At Law | | 395 Crane Boulevard Los Angeles CA 90065 | C-2, C-3 (d), E-1, |
| 002816 | Flores, Helen 74 N E Village Rd Concord, Nh 033 | No Counsel Specified | | | 14 Elliot St Malden MA 02148 | C-1 (b), C-1 (d), C-3 (d), D-2, D-3, D-6, E-1, |
| 002818 | Jefferson, Ronald Wayne 3105 Arrowwood Ln Tallah | No Counsel Specified | | | 430 W Georgia St Tallahassee FL 32301 | C-2, C-3 (c), C-3 (e), D-2, D-3, D-4, D-6, E-1, |
| 002838 | Bednarczyk, Joseph Charles 22 Janelle Street Lew | No Counsel Specified | | | 22 Janelle Street Lewiston ME 04240 | A-2, C-2, C-3 (d), D-4, D-6, E-1, G-3, |
| 002899 | Hamilton Terminals Inc | No Counsel Specified | | | 1255 Corwin Avenue Hamilton OH 45014 | C-1 (d), C-3 (f), D-1 (c), D-2, D-4, D-6, E-3, |
| 002900 | Rogers, Arlene A 11 Cornell Place New Rochelle, | No Counsel Specified | | | 11 Cornell Place New Rochelle NY 10804 | D-4, D-6, E-3, |
| 002902 | Tipold, H 1147 Planters Rd Lawrenceville, Va 23 | No Counsel Specified | | | | A-1, A-2, C-1 (c), C-1 (d), C-3 (a), C-3 (d), C-3 (e), D-2, D-4, D-6, E-1, |
| 002938 | Virginia Dept Of Mental Health | No Counsel Specified | | Bldg 118 Wsh | 1301 Richmond Avenue Staunton VA 24402 | B-1, C-1 (d), C-2, C-3 (f), D-1 (c), D-2, D-4, D-6, E-3, |
| 002939 | Virginia Dept Of Mental Health | No Counsel Specified | | Bldg 117 Wsh | 1301 Richmond Avenue Staunton VA 24402 | B-1, C-1 (d), C-2, C-3 (f), D-1 (c), D-2, D-4, D-6, E-3, |

| Claim # | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 002940 | Virginia Dept Of Mental Health | No Counsel Specified | | Bldg 116 Wsh | 1301 Richmond Avenue Staunton VA 24402 | B-1, C-1 (d), C-3 (f), D-1 (c), D-2, D-4, D-6, E-3, |
| 002941 | Virginia Dept Of Mental Health | No Counsel Specified | | Building 15 | Piedmont Geriatric Hospital Burkeville VA 23922 | B-1, C-1 (d), C-2, D-1 (c), D-2, D-4, D-6, E-3, |
| 002942 | Virginia Dept Of Mental Health | No Counsel Specified | | Bldg 114 Svtc/ Cs H | 26317 W Washington St Petersburg VA 23803 | B-1, C-3 (f), D-1 (c), D-2, D-4, D-5, D-6, E-3, |
| 002943 | Virginia Dept Of Mental Health | No Counsel Specified | | Bldg 113 Wsh | 1301 Richmond Avenue Staunton VA 24402 | B-1, C-1 (d), C-2, C-3 (f), D-1 (c), D-2, D-4, D-6, E-3, |
| 002944 | Virginia Dept Of Mental Health | No Counsel Specified | | Bldg 112 Svtc | 26317 W Washington Street Petersburg VA 23803 | B-1, C-3 (f), D-1 (c), D-2, D-4, D-5, D-6, E-1, |
| 002945 | Virginia Dept Of Mental Health | No Counsel Specified | | Bldg 11 Esh | 4601 Ironbound Road Williamsburg VA 23187 | B-1, C-1 (d), C-3 (f), D-1 (c), D-2, D-4, D-6, E-1, |
| 002946 | Virginia Dept Of Ment Of Mental Health | No Counsel Specified | | Bldg 10 Esh | 4601 Ironbound Road Williamsburg VA 23187 | B-1, C-2, C-3 (c), C-3 (e), D-1 (c), D-2, D-4, D-5, D-6, E-1, |
| 002947 | Virginia Dept Of Mental Health | No Counsel Specified | | Bldg 9 Esh | 4601 Ironbound Road Williamsburg VA 23187 | B-1, C-1 (d), C-3 (f), D-1 (c), D-2, D-4, D-6, E-1, |
| 002948 | Virginia Dept Of Mental Health | No Counsel Specified | | Building 8 Swvmhi | 340 Bagley Circle Marion VA 24343 | B-1, C-1 (d), C-3 (f), D-1 (c), D-2, D-4, D-6, E-1, |
| 002949 | Virginia Dept Of Mental Health | No Counsel Specified | | Building 6 Cvtc | 521 Colony Road Madison Heights VA 24511 | B-1, C-1 (d), C-3 (f), D-2, D-4, D-6, E-1, |
| 003054 | Knaus, Donald Lee Po Box 1443 Libby, Mt 59923 | No Counsel Specified | | | 3413 North Hw 37 Libby MT 59923 | C-2, C-3 (c), C-3 (e), E-1, |
| 003058 | Lanedale Co Operaive Apartments Limited | No Counsel Specified | | | 2 & 8 Stroud Road Hamilton ON L8s1z6 | C-2, C-3 (d), C-3 (e), D-2, D-4, D-6, E-1, F-5, |
| 003186 | Parker, Richard H 2713 E Bluegrass Ln Coeur D Al | Jon L Herberling | Mcgarvey Heberling Sullivan | | 1421 Main Libby MT 59923 | C-1 (d), C-2, D-2, D-4, D-6, E-4, |
| 003299 | Orlando Utilities Commission | No Counsel Specified | | | 500 South Orange Ave Orlando FL 32802 | C-2, C-3 (f), D-2, D-4, D-6, E-1, |
| 003301 | Matta, Wayne Ramon 22722 244th Ave Se Maple Vall | No Counsel Specified | | | 22722 244th Ave Se Maple Valley WA 98038 | C-2, D-4, D-6, E-1, |

*Tuesday, December 13, 2005*

| Claim # | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Objection Exhibit |
|---------|---------------|---------|-----------|---------------|------------------|-------------------|
| 003305 | Pepper, Howard William 906 W Balsam St Libby, Mt | No Counsel Specified | | | 906 W Balsam St Libby MT 59923 | E-2, |
| 003333 | Warren, Timothy Wayne 4860 1 2 Virginia Ave Orov | No Counsel Specified | | | 4860 1 2 Virginia Ave Oroville CA 95966 | C-1 (d), C-2, C-3 (a), C-3 (e), E-1, |
| 003334 | Busby, Daniel Carlton 2098 Farm To Market Rd Lib | No Counsel Specified | | | 2098 Farm To Market Rd Libby MT 59923 | E-1, |
| 003337 | Gubbin, Julie Ann 1508 Madison Street Ne Minneap | No Counsel Specified | | | 1508 Madison Street Ne Minneapolis MN 55413 | C-1 (d), C-3 (d), C-3 (e), E-1, G-1, |
| 003343 | Barnhart, Jane A Pmb 492 774 Mays Bl 10 Incline | Nathan E Jones | Nathan E Jones | | 455 Lakeshore Dr 4th Floor Incline Village NV 89451 | C-3 (f), D-5, D-6, E-1, |
| 003354 | Jefferson Associates Ltd | Sam P Burford Jr | Thompson & Knight LLP | | 1600 West 38th Street Austin TX 78731 | C-3 (f), D-2, D-3, D-4, D-6, E-1, |
| 003400 | Larson, Richard H 172 Ivory Street Frewsburg, Ny | No Counsel Specified | | | 172 Ivory Street Frewsburg NY 14738 | C-3 (c), C-3 (e), E-1, |
| 003402 | Elliot, Jay And Dorothy 816 Oakland Drive Dekal | No Counsel Specified | | | 203 North Second Street Dekalb IL 60115 | C-2, C-3 (f), D-2, D-6, E-1, |
| 003502 | Baron, Eugene 24061 Majestic Oak Park, Mi 48237 | No Counsel Specified | | | 24061 Majestic Oak Park MI 48237 | D-4, D-6, E-1, |
| 003887 | Thomson, Eva A 259 Remps Rd (po Box 1343) Libby, | No Counsel Specified | | | 259 Remps Rd Libby MT 59923 | C-1 (d), C-2, C-3 (d), D-4, D-6, E-1, |
| 003900 | Sagen, Kenneth Duane Po Box 176 / 46 Evans Rd Li | No Counsel Specified | | | 46 Evans Rd Libby MT 59923 | C-2, D-4, D-6, E-1, |
| 004069 | Katz, Allen R 9158 Pelican Ave Fountain Valley, | No Counsel Specified | | | 9158 Pelican Ave Fountain Valley CA 92708 | C-2, D-4, D-6, E-1, |

| Claim # | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 004175 | Goldade, Lynn A W11281 Bilkey Rd Lodi, Wi 53555 | No Counsel Specified | | | 3737 E Washington Ave Madison WI 53714 | C-2, C-3 (e), D-2, D-6, E-1, |
| 004379 | Brown, Ermaline Register 532 Rose Marie Ave Virg | No Counsel Specified | | | 532 Rose Marie Ave Virginia Beach VA 23462 | A-2, C-2, C-3 (d), D-4, D-5, D-6, E-1, |
| 004381 | Bouchard, Ernest S 5349 Broadwater Ln Clarksvill | No Counsel Specified | | | 10 Livingston Rd Bar Harbor ME 04609 | C-2, C-3 (d), C-3 (e), D-2, D-3, D-6, E-1, |
| 004383 | Terrace Properties Limited Partnership | No Counsel Specified | | | 15 West Sixth Street Cincinnati OH 45202 | C-1 (d), C-2, C-3 (e), D-2, D-3, D-4, D-6, E-1, |
| 004395 | Jones, Loretta Verna 1314 Louisiana Avenue Libby | Jon L Herberling | Mcgarvey Heberling Sullivan | | 1314 Louisiana Avenue Libby MT 59923 | A-2, D-4, D-6, E-1, |
| 004698 | Continental Florida Partners Ltd | No Counsel Specified | | | 16051 South Dixie Highway Miami FL 33156 | C-1 (d), C-2, C-3 (e), D-2, D-3, D-4, D-6, E-1, |
| 004699 | Continental Seattle Partners Ltd | No Counsel Specified | | | 900 Fourth Avenue Seattle WA 98164 | C-1 (d), C-2, C-3 (e), D-2, D-3, D-4, D-6, E-1, |
| 004700 | Continental Georgia Partners Ltd | No Counsel Specified | | | 3850 Jonesboro Road Atlanta GA 30354 | C-1 (d), C-2, C-3 (e), D-2, D-3, D-4, D-5, D-6, E-1 |
| 004717 | Paul, Norman Carlinville, Il 62626 | Nancy L Ruyle | Phelps Kasten Ruyle Burns & Sims PC | | W. Hard Road Carlinville IL | C-2, C-3 (e), E-1, G-3, |
| 005143 | Johnson, Karen Janice 3530 21/2 St Ne Minneapoli | No Counsel Specified | | | 3530 2 1/2 St Ne Minneapolis MN 55418 | C-3 (d), C-3 (e), E-1, G-1, |
| 005147 | Really, Donna Jean 707 N Collins Street Plant Ci | No Counsel Specified | | | 1001 E Baker Street Plant City FL 33563 | D-2, D-3, D-4, D-6, E-1, |
| 005565 | State Of Kansas | Daniel J Carroll | Division Of Facilities Mgmt | | | C-1 (c), C-1 (d), C-2, C-3 (e), D-2, D-4, D-6, E-1, |
| 005566 | Tennison, Kathleen Ann 2830 Juneau Drive Missoul | Allan M McGarvey | McGarvey Heberling Sullivan & McGarvey PC | | 226 Spencer Road Libby MT 59923 | A-2, D-4, D-6, E-2, G-2, |
| 005567 | Walker, Lona Diane 1037 California Avenue Libby, | Allan M McGarvey | McGarvey Heberling Sullivan & McGarvey PC | | 1020 California Avenue Libby MT 59923 | C-2, E-2, G-2, |

| Claim # | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 005568 | Walker, Lona Diane 1037 California Avenue Libby, | Allan M McGarvey | McGarvey Heberling Sullivan & McGarvey PC | | 25 Evergreen Street Libby MT 59923 | C-2, C-3 (e), E-1, G-2, |
| 005570 | Sandly, Wendy Lee 318 Thurston Street Clarks Sum | No Counsel Specified | | | 318 Thurston Street Clarks Summit PA 18411 | C-2, D-4, D-6, E-1, |
| 005572 | Norm S Restaurants | No Counsel Specified | | Norm S Restaurants | 14810 East Whittier Blvd Whittier CA 90602 | C-1 (d), C-2, C-3 (d), D-2, D-3, D-4, D-6, E-1, |
| 005574 | Norm S Restaurants | No Counsel Specified | | Norm S Restaurants | 1125 North Euclid Street Anaheim CA 92801 | C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-3, D-6, E-1, |
| 005575 | Alnor Co | No Counsel Specified | | | 7955 Firestone Blvd Downey CA 90241 | C-2, C-3 (e), D-1 (a), D-2, D-3, D-4, D-6, E-1, |
| 005576 | Prodo Inc | No Counsel Specified | | | 420 W Rowland Street Covina CA 9123 | C-1 (d), C-2, C-3 (f), D-2, D-6, E-3, |
| 005577 | Theonnes, Lois Gloria Po Box 46 Libby, Mt 59923 | No Counsel Specified | | | 179 Vicks Dr Libby MT 59923 | C-2, C-3 (e), D-2, D-3, D-4, D-6, E-1, |
| 005579 | Basham, Dixie L 352 Granite Ave Libby, Mt 59923 | No Counsel Specified | | | 352 Granite Ave Libby MT 59923 | A-2, C-2, D-4, D-6, E-2, |
| 005584 | Woodman Partners | No Counsel Specified | | | 3085 Woodman Drive Dayton OH 45420 | C-3 (f), D-2, D-3, D-4, D-6, E-1, |
| 005585 | Harold L Mack, President,nevado Theatre Commission | Clarence Mcproud | Spiller McProud | | 401 Broad St Nevada City CA 95959 | C-1 (d), C-2, D-2, D-4, D-6, E-1, |
| 005691 | Saint Louis County Government | Patricia Redington | Saint Louis County Counselor Office | | 501 So Brentwood Clayton MO 63105 | C-2, C-4, D-2, D-4, D-6, E-3, |
| 005692 | Saint Louis County Government | Patricia Redington | Saint Louis County Counselor Office | | 41 So Central Ave Clayton MO 63105 | C-2, C-4, D-2, D-4, D-6, E-3, |
| 005983 | Norm S Restaurants | No Counsel Specified | | Norm S Restaurants | 2448 Pacific Coast Highway | C-2, C-3 (e), D-1 (a), D-2, D-3, D-6, E-1, |
| 006064 | Kodra Professional Corporation | D G Bowman | Bowman George Scheb Toale Robinson | | 777 South Palm Avenue Sarasota FL 34236 | C-3 (f), D-2, D-3, D-6, E-1, |

| Claim # | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Objection Exhibit |
|---------|---------------|---------|-----------|---------------|------------------|-------------------|
| 006077 | Crown Professional Llc | Phillip K Fife | Phillip K Fife | | 3662 Katella Ave Los Alamitos CA 90720 | C-2, C-3 (f), D-1 (b), D-2, D-6, E-3, |
| 006586 | Centre Mgr Marcoux Inc | No Counsel Specified | | | 1885 Chemin De La Camardiere Quebec QC G1J2e8, | C-1 (d), C-2, C-3 (f), D-2, D-4, D-6, E-1, F-5, |
| 007045 | Skramstad, Lesler 3647 S Hwy 2 Libby, Mt. 59923 | Mcgarvey Heberling Sullivan & Mcgarvey PC | Mcgarvey Heberling Sullivan & Mcgarvey PC | | 3647 S Hwy 2 Libby MI 59923 | A-2, C-1 (d), C-2, C-3 (e), E-1, G-2, |
| 007086 | Pittsburgh School District | No Counsel Specified | | | 50 Montgomery Place Pittsburgh PA 15212 | B-2, C-3 (f), D-2, D-4, D-6, E-3, |
| 007089 | Nordiego Capital Ltd | No Counsel Specified | | | 151 Gayland Place Escondido CA 92027 | C-2, C-3 (e), D-1 (b), D-4, D-6, E-1, G-3, |
| 007091 | Yick Realty Investment | No Counsel Specified | | | 1241 Stockton St San Francisco CA 94133 | C-2, C-3 (f), D-2, D-6, E-1, |
| 007094 | Johnson, Ernest Ray 136 N Twin Lakes Rd Cocoa, F | No Counsel Specified | | | 1920 S Fiske Blvd Rockledge FL 32955 | C-2, C-3 (d), D-4, D-6, E-1, |
| 007106 | Mcbride, Susan Jo 6064 S Krameria St Englewood, | No Counsel Specified | | | 6064 S Krameria St Englewood CO 80111 | C-3 (f), E-1, |
| 007122 | Collat Inc | No Counsel Specified | | | 1409 Hueytown Road Hueytown AL35023 | C-2, C-3 (f), D-2, D-3, D-4, D-6, E-1, |
| 007123 | Collat Inc | No Counsel Specified | | | 2042-2044 High School Road Hueytown AL 35023 | D-2, D-3, D-4, D-6, E-1, |
| 007124 | Collateral Agency Inc | No Counsel Specified | | | 108 Meadow Lane Plaza Trussville AL 35173 | C-2, C-3 (f), D-2, D-3, D-4, D-6, E-1, |
| 009649 | Graham, Carol A 823 F Meadowland Drive Naples, F | Jon L Herberling | Mcgarvey Heberling Sullivan | | 280 South Central Rd Libby MT 59923 | A-2, C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, |
| 009651 | State Of Delaware Division Of Facilities Mgt | Stuart B Drowos | State Of Delaware Dept Of Justice Attorney General | | 3000 Newport Gap Pike Road Wilmington DE 19808 | C-1 (c), C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |

| Claim # | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Objection Exhibit |
|---------|---------------|---------|-----------|---------------|------------------|-------------------|
| 009652 | State Of Delaware Division Of Facilities Mgt | Stuart B Drowos | State Of Delaware Dept Of Justice Attorney General | | 100 Sunnyside Road Smyrna DE 19977 | C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 009653 | State Of Delaware Division Of Facilities Mgt | Stuart B Drowos | State Of Delaware Dept Of Justice Attorney General | | 820 N French Street Wilmington DE 19801 | C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 009654 | State Of Delaware Division Of Facilities Mgt | Stuart B Drowos | State Of Delaware Dept Of Justice Attorney General | | Federal 8 Water Streets Dover DE 19901 | C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 009655 | State Of Delaware Division Of Facilities Mgt | Stuart B Drowos | State Of Delaware Dept Of Justice Attorney General | | 820 N French Street Wilmington DE 19801 | C-1 (c), C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 009656 | State Of Delaware Division Of Facilities Mgt | Stuart B Drowos | State Of Delaware Dept Of Justice Attorney General | | Kent Avenue Delaware City DE 19706 | C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 009682 | 111 Elm Street Llc | Clinton L Blain | Clinton L Blain Attorney At Law | | 111 Elm Street San Diego CA 92101 | B-2, C-2, C-3 (f), D-2, D-3, D-4, D-6, E-1 |
| 009759 | Carlton Development Corp | No Counsel Specified | | | 63 53 Haring Street Rego Park NY 11374 | C-1 (d), C-2, D-2, D-4, D-6, E-1, |
| 009760 | Granada Terrace Co | No Counsel Specified | | | 72 36 112 Street Forest Hills NY 11375 | C-1 (d), C-2, C-3 (e), D-2, D-4, D-6, E-1, |
| 009761 | Crestwood Const Co | No Counsel Specified | | | 35 55 73 Street Jackson Heights NY 11374 | C-1 (d), C-2, D-2, D-4, D-6, E-4, |
| 009762 | Princeton Plaza Co | No Counsel Specified | | | 66 25 103rd Street Forest Hills NY 11374 | C-1 (d), C-2, C-3 (e), D-2, D-4, D-6, E-1, |
| 009763 | Ramsey Const Co | No Counsel Specified | | | 222 Centre Avenue New Rochelle NY 10805 | C-1 (d), C-3 (e), D-2, D-4, D-6, E-1, |
| 009774 | Princeton Booth Co | No Counsel Specified | | | 65 55 Booth Street Rego Park NY 11374 | C-1 (d), C-2, D-2, D-4, D-6, E-1, |
| 009775 | First United Methodist Church Of Deland | No Counsel Specified | First United Methodist Church Of Deland | | 115 East Howry Avenue Deland FL 32720 | B-2, C-1 (d), C-3 (f), D-2, D-4, D-6, E-1, |
| 009776 | Shapery Developers Gas Electric Property Lp | No Counsel Specified | | | 101 Ash Street San Diego CA 92101 | C-1 (d), C-2, C-3 (f), D-2, D-3, D-4, D-6, E-1, |

| Claim # | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 009780 | Plaxall Inc | No Counsel Specified | | | 47-40 21st Street Long Island City NY 11101 | C-2, D-2, D-4, D-6, E-1, |
| 009781 | Ormond Memorial United Church | No Counsel Specified | | Ormond Memorial United Church | 319 Mckenzie Avenue North Bay On P1b7p3 | C-2, D-2, D-4, D-6, E-1, F-5, |
| 009782 | Thermo Coustics Limited | No Counsel Specified | | | 2750 Highway #11 North North Bay ON P1b8g3 | C-2, C-3 (f), D-2, D-3, D-4, D-6, E-1, F-5, |
| 009803 | Mccadden, Lucille Ricks Pobox 1378 - 100 Ave. B | No Counsel Specified | | | 100 Ave. B Spring Hope NC 27882 | C-3 (e), D-4, D-5, D-6, E-1, |
| 009807 | Gilmore, Joseph R 46469 Arboretum Cir Plymouth, | No Counsel Specified | | | 11914 Amherst Cir Plymouth MI 48170 | C-3 (f), D-4, D-6, E-1, |
| 010552 | Steven J Wolfe Irrevocable Trust | No Counsel Specified | | | 1604 Vista Del Mar St. Los Angeles CA 90028 | C-2, C-3 (f), D-1 (c), D-2, D-3, D-6, E-1, |
| 010553 | Wolfe, Steven J Sneak Preview Entertainment Po B | No Counsel Specified | | | 6821-6825 Iris Circle Los Angeles CA 90068 | C-3 (d), D-4, D-6, E-1, |
| 010556 | Federated Department Stores Inc C/o Carl R Goldbe | No Counsel Specified | | | | A-3, C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, |
| 010557 | Federated Department Stores Inc | Carl R Goldberg | Federated Legal Department | | Various | C-1 (d), C-1 (e), C-2, C-3 (e), D-4, D-6, E-1, G-3, |
| 010558 | Federated Department Stores Inc C/o Carl R Goldbe | No Counsel Specified | | | | A-3, C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, |
| 010559 | Federated Department Stores Inc | Carl R Goldberg | Federated Legal Department | | Various | C-1 (d), C-1 (e), C-2, C-3 (a), C-3 (e), D-4, D-6, E-1, G-3, |
| 010576 | Board Of Commissioners Of The County Of Lake | John S Dull | John S Dull | | 232 Russell St Hammond IN 46320 | C-1 (d), C-2, C-3 (e), D-2, D-4, D-6, E-1, |
| 010577 | Board Of Commissioners Of The County Of Lake | John S Dull | John S Dull | | 400 Broadway Gary IN 46404 | C-1 (d), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, |
| 010578 | Wentzville Fire Protection District | Robert J Gilson | Riker Danzig Scherer Hyland & PC | | 3 Highway T Foristell Mo 63348 | A-2, D-2, D-6, E-1, |

| Claim # | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 010579 | Davis, Dr.John Robert 815 Childs Street Corinth, | William W Odom Jr | William W Odom Jr | | 815 Childs Street Corinth MS 38834 | C-2, C-3 (c), C-3 (e), D-2, D-4, D-5, D-6, E-1, |
| 011276 | Aurora Investments | Lawrence A Moloney | Gray Plant Mooty | | 111 E Kellogg Boulevard Saint Paul Mn 55101 | C-1 (d), C-2, C-3 (f), D-2, D-4, D-5, D-6, E-4, |
| 011277 | Equinox Properties | Lawrence A Moloney | Gray Plant Mooty | | 2808 Silver Lane Ne Minneapolis MN 55421 | C-1 (d), C-2, C-3 (f), D-2, D-4, D-5, D-6, E-2, |
| 011278 | Oak Grove Llc | Lawrence A Moloney | Gray Plant Mooty | | 215 Oak Grove Minneapolis MN 55403 | C-1 (d), C-2, C-3 (f), D-2, D-4, D-5, D-6, E-2, |
| 011279 | Stagecoach Apartments Llc | Lawrence A Moloney | Gray Plant Mooty | | 10670 Brunswich Rd Bloomington MN 55438 | C-1 (d), C-2, C-3 (f), D-2, D-4, D-5, D-6, E-2, |
| 011280 | Colonial Village | Lawrence A Moloney | Gray Plant Mooty | Colonial Village | 1959 Silver Bell Rd Eagan MN 55122 | C-1 (d), C-2, C-3 (f), D-2, D-4, D-5, D-6, E-2, |
| 011281 | Ballantrae Associates | Lawrence A Moloney | Gray Plant Mooty | | 3800 Ballantrae Rd Eagan MN 55122 | C-1 (d), C-2, C-3 (f), D-2, D-4, D-5, D-6, E-2, |
| 011282 | Gateway Investors Inc | Lawrence A Moloney | Gray Plant Mooty | | 115 Second Ave S Minneapolis MN 55401 | C-1 (d), C-3 (f), D-2, D-4, D-5, D-6, E-2, |
| 011283 | Chancellor Manor | Lawrence A Moloney | Gray Plant Mooty | Chancellor Manor | 14250 Irving Ave S Burnsville MN 55306 | C-1 (d), C-2, C-3 (f), D-2, D-4, D-5, D-6, E-2, |
| 011284 | Woodmere Apartments Llc | Lawrence A Moloney | Gray Plant Mooty | | 6540 Woodmere Rd Woodbury MN 55125 | C-1 (d), C-2, C-3 (f), D-2, D-4, D-5, D-6, E-2, |
| 011299 | Viacom Inc | Linda D Kelley | Viacom Inc | | 11 Stanwix Street Pittsburgh PA 15222 | C-1 (d), C-2, C-3 (f), D-2, D-4, D-6, E-1, |
| 011300 | Cbs Broadcasting Inc. Dba Kdka-tv | Linda D Kelley | Viacom Inc | | One Gateway Center Pittsburgh PA 15222 | C-1 (d), C-2, C-3 (f), D-2, D-4, D-6, E-1, |
| 011302 | Shaler Area School District | Brett A Solomon | Tucker Arensberg PC | | 1800 Mount Royal Boulevard Glenshaw PA 15116 | B-2, D-2, D-4, D-6, E-1, |
| 011303 | Jay Bhaghavan, Inc. | Chad S Beckett | Beckett & Webber PC | | 209 S. Broadway Avenue Urbana IL 61801 | D-2, D-3, D-6, E-1, |
| 011304 | Colom, Wilbur 200 6th Street North Suite 102 Col | Gregory Cade | Environmental Attorneys Group Llc | | 200 6th Street North Columbus MS 39703 | C-4, D-2, D-3, D-5, D-6, E-1, |

| Claim # | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 011307 | Washington Courte Condominium Association 1 | Patricia A O'Connor | Levenfeld Pearlstein | Building 1 | 9500 Washington Niles IL 60648 | C-3 (f), D-1 (a), D-2, D-6, E-1, |
| 011315 | Unified Government Of Wyandotte County Kck | Joanne B Stulz | Evans & Mullinix PA | | 701 North 7th Street Kansas City KS 66101 | C-4, D-2, D-4, D-5, D-6, E-1, |
| 011316 | Unified Government Of Wyandotte County Kck | Joanne B Stulz | Evans & Mullinix PA | | 805 North 6th Street Kansas City KS 66101 | C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 011317 | Unified Government Of Wyandotte County Kck | Joanne B Stulz | Evans & Mullinix PA | | 815 North 6th Street Kansas City KS 66101 | C-1 (d), C-4, D-2, D-4, D-5, D-6, E-1, |
| 011318 | Board Of Public Utilities | Joanne B Stulz | Evans & Mullinix PA | | 380 South Ballimore Kansas City KS 66103 | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 011319 | Board Of Public Utilities | Joanne B Stulz | Evans & Mullinix PA | | 700 Minnesota Avenue Kansas City KS 66101 | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| 011359 | Mobley, Erica Michell 317 West Chestnut Coweta, OK 74429 | No Counsel Specified | No Counsel Specified | | 317 West Chestnut Coweta, OK 74429 | C-2, C-3 (b), C-3 (c), C-3 (e), E-1, |
| 012645 | Board Of Commissioners Of The County Of Lake | John S Dull | John S Dull | | 2293 N. Main St Crown Point IN 46307 | C-2, C-3 (e), D-2, D-4, D-6, E-1, |
| 012647 | Vancouver Coastal Health Authority | Hannelie Stockenstrom | Clark Wilson Barristers & Solicitors | Lions Gate Hospital | 231 East 15th St. North Vancouver BC V7I2I7 | C-3 (f), D-2, D-4, D-6, E-3, F-5, |
| 012648 | Vancouver Coastal Health Authority | Hannelie Stockenstrom | Clark Wilson Barristers & Solicitors | Vancouver General Hospital | 855 W. 12th Ave. Vancouver BC V5z1m9 | C-1 (d), C-2, C-3 (f), D-2, D-4, D-6, E-1, F-5, |
| 012649 | Vancouver Coastal Health Authority | Hannelie Stockenstrom | Clark Wilson Barristers & Solicitors | Ubc Detwiller Pavilion | 2255 Wesbrook Mall Vancouver BC V6t2a1 | C-2, C-3 (f), D-2, D-4, D-6, E-1, F-5, |
| 012650 | Vancouver Coastal Health Authority | Hannelie Stockenstrom | Clark Wilson Barristers & Solicitors | Powell River General Hsp | 5871 Arbutus Ave Powell River BC V8a4s3 | C-2, C-3 (f), D-2, D-4, D-6, E-1, F-5, |
| 012670 | Time Equities Inc | Daniel A Schwartzman | Daniel A Schwartzman | | | C-1 (c), C-1 (d), C-2, C-3 (f), D-2, D-4, D-6, E-3, |
| 012671 | United States Gypsum Company | Brady L Green | Morgan Lewis & Bockius | | See Schedule A (attached To The Claim.) | C-1 (c), C-1 (d), C-1 (e), D-2, D-4, D-6, E-1, |

| Claim # | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Objection Exhibit |
|---------|---------------|---------|-----------|---------------|------------------|-------------------|
| 012738 | Luce, Joan 604 Dakota Libby, Mt 59923 | No Counsel Specified | | | 604 Dakota Libby MT 59923 | C-1 (d), D-4, D-6, E-1, |
| 012739 | Salem Central School District | No Counsel Specified | | Salem Central School | 41 East Broadway Salem NY 12865 | B-2, C-1 (d), C-2, D-1 (c), D-2, D-4, D-6, E-1, |
| 012741 | Schwaeffermann, Cuffy Mary Elizabeth 745 Se Mill | No Counsel Specified | | | 745 Se Miller Street Portland OR 97202 | C-2, C-3 (d), E-1, G-3, |
| 012744 | Blankstein Enterprises Inc. | No Counsel Specified | | | 2400 East Bradford Milwaukee WI 53211 | D-2, D-6, E-1, |
| 012745 | River Drive Construction | No Counsel Specified | | | 154 30 71 Avenue Flushing NY 11367 | C-1 (d), C-2, D-2, D-4, D-6, E-1, |
| 012746 | Drake, William Howard 709 Mccaskill Ave Maxton, | No Counsel Specified | | | 709 Mccaskill Ave Maxton NC 28364 | C-1 (b), C-1 (d), C-2, C-3 (d), E-1, |
| 012748 | R.r. Isla Verde Hotel & Resort Inc. | No Counsel Specified | | Calle Tartak Hotel Caris Inn | Isla Verde Carolina PR 00979 | C-3 (f), D-2, D-3, D-6, E-1, |
| 012753 | Burks, Willie B 141 Jenkins Dr Savannah, Ga 314 | No Counsel Specified | | | 109 East Crouch Street Hollandale MS 38748 | C-1 (d), C-2, C-3 (b), C-3 (c), C-3 (e), D-4, D-6, E-1, |
| 012754 | Lawrence Lamar Rice West Melbourne | No Counsel Specified | | | 49 Parkhill Boulevard West Melbourne FL 32904 | A-2, C-2, C-3 (c), C-3 (e), D-4, D-6, E-1, |
| 012759 | Argyle Central School District | No Counsel Specified | | Argyle Central School | 5023 State Route 40 Argyle NY 12809 | B-2, C-1 (d), C-2, C-3 (d), D-2, D-4, D-6, E-1, |
| 012761 | Philip Livingston Academy | No Counsel Specified | | Philip Livingston Academy | Philip Livingston Academy 315 Northern Blvd Albany NY 12210 | B-2, C-1 (d), C-2, D-1 (c), D-2, D-4, D-6, E-1, |
| 012764 | Albany City School District | No Counsel Specified | | Street Academy | Sheridan Ave Albany NY 12206 | B-2, C-1 (d), C-2, C-3 (e), D-2, D-3, D-4, D-6, E-1, |
| 012766 | Albany City School District | No Counsel Specified | | Thomas S. O'brien School | Toast Lincoln Park Albany NY 12202 | B-2, C-1 (d), C-3 (f), D-1 (c), D-2, D-4, D-6, E-1, |
| 012768 | Otterbein College | No Counsel Specified | | Clements Hall | 85 West Home Street Westerville OH 43081 | B-2, C-2, C-3 (d), D-2, D-4, D-6, E-1, |

| Claim # | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 012769 | Otterbein College | No Counsel Specified | | King Hall | 193 W Main St Westerville OH 43081 | B-2, C-3 (d), D-2, D-4, D-6, E-1, |
| 012770 | Otterbein College | No Counsel Specified | | Cowan Hall | 30 South Grove Street Westerville OH 43081 | B-2, C-2, D-2, D-4, D-6, E-1, |
| 012771 | Otterbein College | No Counsel Specified | | Maintenance Building-tunnel Access Room | 197 West Park Street Westerville OH 43081 | B-2, C-1 (d), C-2, D-2, D-4, D-6, E-1, |
| 012772 | Otterbein College | No Counsel Specified | | Towers Hall | O North Grove Street Westerville OH 43081 | B-2, C-3 (f), D-2, D-4, D-6, E-3, |
| 012773 | Otterbein College | No Counsel Specified | | Mayne Hall | 65 North Grove Street Westerville OH 43081 | B-2, C-1 (d), C-2, C-3 (c), D-2, D-4, D-6, E-3, |
| 012774 | Otterbein College | No Counsel Specified | | Davis Annex | 140 North Center Street Westerville OH 43081 | B-2, C-1 (d), C-2, D-2, D-4, D-6, E-3, |
| 012775 | Otterbein College | No Counsel Specified | | Davis Hall | 170 Martin Drive Westerville OH 43081 | B-2, C-2, D-2, D-4, D-6, E-3, |
| 012776 | Otterbein College | No Counsel Specified | | Campus Center | 100 West Home Street Westerville OH 43081 | B-2, C-2, D-2, D-4, D-6, E-3, |
| 012778 | Nightlinger, Gerald Thomas 1177 East Beamish Road | No Counsel Specified | | | 1177 East Beamish Road Midland MI 48642 | C-2, C-3 (c), C-3 (e), D-1 (b), D-4, D-6, E-1, |
| 012779 | San Diego Space And Science Foundation | No Counsel Specified | | | 1875 El Prado San Diego CA 92101 | C-2, D-2, D-4, D-6, E-1, |
| 012784 | Vinikoor, Abram L 5236 38th Ave Ne Seattle, Wa | No Counsel Specified | | | 5236 38th Ave Ne Seattle WA 98105 | C-1 (d), C-2, C-3 (f), D-4, D-6, E-1, |
| 012786 | Namazi, Nazanin 29726 Felton Dr Laguna Niguel, C | No Counsel Specified | | | 29726 Felton Dr Laguna Niguel CA 92677 | C-2, C-3 (f), E-1, G-3, |
| 012792 | Tennesse Department Of Finance Administration | Marvin E. Clements Jr | Office Of The Attorney General & Reporter Bankruptcy Division | | See Attachment A | B-2, C-1 (d), C-1 (e), C-4, D-2, D-4, D-6, E-3, |
| 012811 | Harris, Michael Po Box 483 Gilmanton, Nh 03237 | No Counsel Specified | | | | A-3, C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, |

Tuesday, December 13, 2005

| Claim # | Claimant Name | Counsel | Firm Name | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|---|
| 012826 | Certalic, Sharon Yvonne Po Box 401 Belgrade, Mt | No Counsel Specified | | | 1918 Jefferson St Ne Minneapolis MN 55418 | C-1 (d), C-2, C-3 (d), D-4, D-6, E-1, G-1, |
| 013905 | Benefield, Donald Charles 264 Vicks Drive Libby | No Counsel Specified | | | 264 Vicks Drive Libby MT 59923 | A-2, C-1 (d), C-2, C-3 (e), E-1, |
| 013906 | Stanley, Robert W 838 2nd Ave E Kalispell, Mt 5 | No Counsel Specified | | | 614 California Ave Libby MT 59923 | A-2, D-4, D-6, E-3, |
| 013932 | English And American Insurance Co Ltd C/o Scheme | No Counsel Specified | | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, |
| 013933 | English And American Insurance Co Ltd C/o Scheme | No Counsel Specified | | | | C-1 (c), C-1 (d), C-3 (a), C-3 (e), D-2, D-6, E-1, |
| 014402 | Wickersham, Karen Kaye 5455 Prospect Dr Missoula | No Counsel Specified | | | 614 California Ave Libby MT 59923 | A-2, C-2, D-4, D-6, E-3, |
| 014404 | Stanley, Lynn R 838 Second Ave E Kalispell, Mt | No Counsel Specified | | | 614 California Ave Libby MT 59923 | A-2, C-2, D-4, D-6, E-3, |
| 014406 | Stanley, Earl H 615 Main Ave Libby, Mt 59923 | No Counsel Specified | | | 615 Main Ave Libby MT 59923 | E-1, |
| 014408 | Wickersham, Karen Kaye 5455 Prospect Drive Misso | No Counsel Specified | | | 712 Main Avenue Libby MT 59923 | C-2, E-1, |
| 015304 | Misniakiewcz,pawel 21 Orchard Street Chicopee, M | Frank R Saia | Frank R Saia, JD | | | A-3, C-1 (c), C-1 (d), C-3 (d), D-2, D-6, E-1, |
| 015322 | Hernandez, Pedro Po Box 8267 Ponce, PR 00732-82 | No Counsel Specified | | | El Boquete #5 Penuelas PR | C-1 (d), C-2, C-3 (b), C-3 (e), E-1, |

**EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### STIPULATION CONCERNING WITHDRAWAL OF OBJECTIONS AND RECLASSIFICATION OF CERTAIN CLAIMS OF THE BURLINGTON NORTHERN SANTA FE RAILWAY

This stipulation is entered into this 10ᵗʰ day of ~~October~~ November, 2005, between W.R. Grace &

Co. and its affiliates (collectively, the "Debtors") and The Burlington Northern Santa Fe Railway

("Claimant").

1.     On April 22, 2002, this Court issued its Bar Date Order which established March

31, 2003 as the Bar Date for the filing of certain pre-petition (a) non-asbestos, (b) asbestos

property damage and (c) medical monitoring claims. A bar date has not been set at this time for

asbestos personal injury claims and claims related to Zonolite Attic Insulation ("ZAI Claims").

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.    The Claimant has filed numerous proofs of claim against the Debtors.

3.    On September 1, 2005, the Debtors filed their Fifteenth Omnibus Objection to Claims ("15th Omnibus Objection") in which the Debtors sought to disallow and expunge the claims set forth on Exhibit A on various grounds (hereafter referred to as the "Listed Claims").

4.    The Debtors and the Claimant agree that although the Listed Claims were filed on Asbestos Property Damage Claim forms, the claims are not traditional asbestos property damage claims, but instead are ZAI Claims.

5.    As a result, the parties have agreed that the objections made under the 15th Omnibus Objection to the Listed Claims be withdrawn and the claims be reclassified as ZAI claims.  The withdrawal is made without prejudice and the Claimant's Listed Claims shall remain of record and be addressed as the Court may direct.  Likewise, Debtors reserve the right to object to the Listed Claims on any grounds in the future upon proper notice and consistent with applicable law.  The Debtors also reserve the right to require the Claimants to file their ZAI Claims on specialized ZAI Proof of Claim Forms in the event the Court so orders such specialized claim form.

6.    Each party executing this Stipulation represents that such party has the full authority and legal power to do so.  This Stipulation may be executed in counterparts and each such counterpart together with the others shall constitute one and the same instrument.  The parties further agree that facsimile or e-mail signatures hereon shall be deemed to be original signatures. This Stipulation shall be binding upon and inure to the benefit of each of the parties, and upon their respective assignees, successors and/or partners.

2

7.    This Stipulation constitutes the complete expression of the agreement of the parties hereto concerning the subject matter hereof, and no modification of or amendment to this Stipulation shall be valid unless it is in writing and signed by the party or parties to be charged.

8.    The Bankruptcy Court shall retain jurisdiction to enforce this Stipulation and all matters relating hereto.

9.    The Debtors shall direct the Claims Agent, Rust Consulting, Inc., to mark the Claims Register reflect the matters set forth herein.

**STIPULATED AND AGREED:**

THE BURLINGTON NORTHERN SANTA FE RAILWAY

By: _____

BURNS, WHITE & HICKTON, LLC
Richard A. O'Halloran
531 Plymouth Road
Suite 500
Plymouth Meeting, PA 19462
Telephone: (610) 832-1111
Facsimile: (610) 941-1060

*On behalf of the Claimant*

W. R. GRACE & CO., et al.

By: _____

One of their attorneys

KIRKLAND & ELLIS LLP
Michelle Browdy
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601-6636
Telephone: (312) 861-2000
Facsimile: (312) 861-2200.

-and-

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.

Laura Davis Jones ( No. 2436)
James E. O'Neill (No. 4042)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: 302) 652-4100
Facsimile: (302) 652-4400

*Attorneys for Debtors*
*and Debtors-in Possession*

3

**EXHIBIT A**

| Claim No. | Claimant Name | Treatment of Claim |
|---|---|---|
| 8249 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8253 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8254 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8255 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8256 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8257 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8258 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8259 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8260 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8261 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8262 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8263 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8264 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8265 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8266 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8267 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8268 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8269 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8270 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8271 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8272 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |

K&E 10792632.4

| Claim No. | Claimant Name | Treatment of Claim |
|---|---|---|
| 8273 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8274 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8275 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8276 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8277 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8278 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8279 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8280 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8281 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8282 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8283 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8284 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8285 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8286 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8287 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8288 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8289 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8290 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8291 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8292 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8293 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8294 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |

| Claim No. | Claimant Name | Treatment of Claim |
|---|---|---|
| 8295 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8296 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8297 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8298 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8299 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8300 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8301 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8302 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8303 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8303 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8304 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8305 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8306 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8307 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8308 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8309 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8310 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8311 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8312 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8313 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8314 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8315 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |

| Claim No. | Claimant Name | Treatment of Claim |
|-----------|---------------|--------------------|
| 8316 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8317 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8318 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8319 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8320 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8321 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8322 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8323 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8324 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8325 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8326 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8327 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8328 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8329 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8330 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8331 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8332 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8333 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8334 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8335 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8336 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8337 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |

| Claim No. | Claimant Name | Treatment of Claim |
|---|---|---|
| 8338 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8339 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8340 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8341 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8342 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8343 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8344 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8345 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8346 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8347 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8348 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8349 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8350 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8351 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8352 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8353 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8354 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8355 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 8356 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 9481 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 9482 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 9483 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |

| Claim No. | Claimant Name | Treatment of Claim |
|-----------|---------------|--------------------|
| 9484 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 9485 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 9486 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 9487 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 9488 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 9489 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |
| 9490 | The Burlington Northern Santa Fe Railway | Claim reclassified as ZAI without prejudice. All rights reserved. |

**EXHIBIT C**

## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### STIPULATION CONCERNING WITHDRAWAL OF CLAIMS

This stipulation is entered into this 27th day of October, 2005, between (i) W.R. Grace &

Co. and its affiliates (collectively, the "Debtors") and (ii) the Celotex Corporation, Carey Canada

Inc., and The Asbestos Settlement Trust (Celotex) (collectively, the "Claimants").    In

consideration of the matters set forth herein and under the following terms and provisions, it is

hereby stipulated and agreed between the Claimants and the Debtors as follows:

1.    On April 22, 2002, this Court issued its Bar Date Order which established March

31, 2003 as the Bar Date for the filing of certain pre-petition (a) non-asbestos, (b) asbestos

property damage and (c) medical monitoring claims.

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.    The Claimants filed proofs of claim against the Debtors identified as Claim Nos. 14038, 14039, 14040, 14041, 14042, 14043, 14044, 14045, 14046, 14047, 14048, 14049.

3.    On September 1, 2005, the Debtors filed their Fifteenth Omnibus Objection to Claims (the "15th Omnibus Objection") in which the Debtors sought to disallow and expunge Claim Nos. 14038, 14039, 14040, 14041, 14042, 14043, 14044, 14045, 14046, 14047, 14048, 14049.

4.    The Claimants have chosen to refrain from contesting the 15th Omnibus Objection and, instead, have agreed to voluntarily withdraw Claim Nos. 14038, 14039, 14040, 14041, 14042, 14043, 14044, 14045, 14046, 14047, 14048, 14049.

5.    Claimants' withdrawal does not constitute an admission with respect to any facts or arguments contained in the 15th Omnibus Objection.

6.    Each party executing this Stipulation represents that such party has the full authority and legal power to do so. This Stipulation may be executed in counterparts and each such counterpart together with the others shall constitute one and the same instrument. The parties further agree that facsimile signatures hereon shall be deemed to be original signatures. This Stipulation shall be binding upon and inure to the benefit of each of the parties, and upon their respective assignees, successors and/or partners.

7.    This Stipulation constitutes the complete expression of the agreement of the parties hereto concerning the subject matter hereof, and no modification of or amendment to this Stipulation shall be valid unless it is in writing and signed by the party or parties to be charged.

8.    The Bankruptcy Court shall retain jurisdiction to enforce this Stipulation and all matters relating hereto.

2

9.     The Debtors shall direct the Claims Agent, Rust Consulting, Inc., to mark the

Claims Register to reflect the matters set forth herein..

**STIPULATED AND AGREED:**

THE CELOTEX CORPORATION, et al.

By: _____

One of their attorneys
**MONTGOMERY, McCRACKEN,**
**WALKER & RHODES**
123 S. Broad St.
Philadelphia, PA 19109
Phone: 215-772-1500
Fax: 215-772-7620

W. R. GRACE & CO., et al.

By: _____

One of their attorneys
**KIRKLAND & ELLIS LLP**
Michelle Browdy
Janet S. Baer
Samuel L. Blatnick
200 East Randolph Drive
Chicago, Illinois 60601-6636
Telephone:  (312) 861-2000
Facsimile:   (312) 861-2200.

-and-

**PACHULSKI, STANG, ZIEHL, YOUNG,**
**JONES & WEINTRAUB P.C.**

Laura Davis Jones (DE I.D. No. 2436)
James O'Neill (
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400

*Attorneys for Debtors*
*and Debtors-in Possession*

3

**EXHIBIT D**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## STIPULATION CONCERNING WITHDRAWAL OF OBJECTION, CONSOLIDATION AND RECLASSIFICATION CERTAIN CLAIMS

This stipulation is entered into this _10th_ day of November, 2005, between W.R. Grace &

Co. and its affiliates (collectively, the "Debtors") and City of Cambridge Massachusetts

("Claimant"). In consideration of the matters set forth herein and under the following terms and

provisions, it is hereby stipulated and agreed between the Claimant and the Debtors as follows:

1.      On April 22, 2002, this Court issued its Bar Date Order which established March

31, 2003 as the Bar Date for the filing of certain pre-petition (a) non-asbestos, (b) asbestos

property damage and (c) medical monitoring claims.

---

[1]   The Debtors consist of the following 62 entities:  W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.      The Claimant has a total of 4 proofs of claim currently pending against the Debtors regarding environmental contamination at the Russell Field Property in Cambridge, Massachusetts:  Claim Nos. 4721 and 4723 which were filed on Asbestos Property Damage Proof of Claim Forms and Claim Nos. 4720 and 4722 which were filed on Non-Asbestos Proof of Claim Forms.

3.      On September 1, 2005, the Debtors filed their Fifteenth Omnibus Objection to Claims (the "15th Omnibus Objection") in which the Debtors sought to disallow and expunge Claim Nos. 4721 and 4723 (hereafter referred to as the "Listed Claims"). Further, objections to Claim Nos. 4720 and 4722 remain pending on the Debtors Fifth Omnibus Objection to Claims filed on May 5, 2004.

4.      The Listed Claims relate to environmental contamination that includes asbestos, among other contaminants, and were filed on Asbestos Property Damage Proof of Claim Forms. However, the Debtors have determined that the Listed Claims are not Asbestos Property Damage Claims but instead are environmental claims that are more properly classified as Non-Asbestos Claims, which, along with other environmental claims, should be treated as general unsecured claims under the Debtors' proposed Amended Joint Plan of Reorganization ("Plan") dated January 13, 2005.  The Listed Claims are also essentially duplicates of Claims Nos. 4720 and 4722 which were filed on the Non-Asbestos Proof of Claim Forms.

5.      Accordingly, the Debtors agree to withdraw the objections to the Listed Claims set forth in the 15th Omnibus Objection and agree to reclassify those claims as environmental unsecured claims within the Non-Asbestos Claim category. The Debtors also agree to withdraw their objections to Claim Nos. 4720 and 4722 set forth in the 5th Omnibus Objection.  This withdrawal and reclassification, however, is without prejudice and the Debtors reserve their right

2

to object to any of the claims on any grounds in the future, including but not limited to the grounds asserted in the 5th and 15th Omnibus Objections, as applicable, upon proper notice and consistent with applicable law, provided, however, that the Debtors shall be prohibited from objecting to any of the claims based on the type of Proof of Claim forms filed by the Claimant or the classification of the claims as outlined in this Stipulation.

6.      Further, all four of Claimants' Claims are essentially identical but for the form on which they were filed or the Debtor against which each claim was filed. Pursuant to the Plan, the Debtors propose that as of the Effective Date (as that term is defined in the Plan), the Debtors shall be deemed consolidated under the Plan for Plan purposes. Upon confirmation, each and every claim filed against any of the Debtors shall be deemed filed against the consolidated Debtors and shall be deemed one claim against and an obligation of the deemed consolidated Debtors. As a result, the parties agree that Claim Nos. 4721, 4722 and 4723 shall be disallowed and expunged from the Claims Register and that Claim No. 4720 shall remain as the surviving claim. Notwithstanding any other provisions herein, to the extent that the Plan or any other plan or plans of reorganization confirmed in these chapter 11 cases do (does) not provide for the substantive consolidation of the Bankruptcy Cases and Debtors (for purposes of distribution on account of allowed claims), Claim Nos. 4721, 4722 and 4723 shall be reinstated as appropriate and Claimant shall be entitled to pursue such claims.

7.      Each party executing this Stipulation represents that such party has the full authority and legal power to do so. This Stipulation may be executed in counterparts and each such counterpart together with the others shall constitute one and the same instrument. The parties further agree that facsimile signatures hereon shall be deemed to be original signatures.

3

This Stipulation shall be binding upon and inure to the benefit of each of the parties, and upon their respective assignees, successors and/or partners.

8. This Stipulation constitutes the complete expression of the agreement of the parties hereto concerning the subject matter hereof, and no modification of or amendment to this Stipulation shall be valid unless it is in writing and signed by the party or parties to be charged.

9. The Bankruptcy Court shall retain jurisdiction to enforce this Stipulation and all matters relating hereto.

10. The Debtors shall direct the Claims Agent, Rust Consulting, Inc., to mark the Claims Register to reflect the matters set forth herein.

**STIPULATED AND AGREED:**

**CITY OF CAMBRIDGE MASSACHUSETTS**

By: _____

One of its attorneys

**ANDERSON & KREIGER LLP**
Jeff Roelofs
43 Thorndike Street
Cambridge, MA 02141
jroelofs@andersonkrieger.com

**W. R. GRACE & CO.**, et al.

By: _____

One of their attorneys

**KIRKLAND & ELLIS LLP**
Michelle Browdy
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601-6636
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200.

-and-

**PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.**

Laura Davis Jones (DE I.D. No. 2436)
James O'Neill (DE I.D. No. 4042)
919 North Market Street, 16th Floor, P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

*Attorneys for Debtors and Debtors-in Possession*

4

**EXHIBIT E**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | · Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### STIPULATION CONCERNING WITHDRAWAL OF OBJECTION, CONSOLIDATION AND RECLASSIFICATION CERTAIN CLAIMS

This stipulation is entered into this _6th_ day of November, 2005, between W.R. Grace & Co. and its affiliates (collectively, the "Debtors") and Massachusetts Bay Transportation Authority ("Claimant"). In consideration of the matters set forth herein and under the following terms and provisions, it is hereby stipulated and agreed between the Claimant and the Debtors as follows:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1.    On April 22, 2002, this Court issued its Bar Date Order which established March 31, 2003 as the Bar Date for the filing of certain pre-petition (a) non-asbestos, (b) asbestos property damage and (c) medical monitoring claims.

2.    The Claimant has a total of 2 proofs of claim currently pending against the Debtors regarding environmental contamination at the Russell Field Property in Cambridge, Massachusetts:  Claim No. 9694 which was filed on an Asbestos Property Damage Proof of Claim Form and Claim No. 9693 which was filed on a Non-Asbestos Proof of Claim Form.

3.    On September 1, 2005, the Debtors filed their Fifteenth Omnibus Objection to Claims (the "15ᵗʰ Omnibus Objection") in which the Debtors sought to disallow and expunge Claim No. 9694. Further, an objection to Claim No. 9693 remains pending on the Debtors' Fifth Omnibus Objection to Claims filed on May 5, 2004.

4.    Claim No. 9694 relates to environmental contamination that includes asbestos, among other contaminants, and was filed on an Asbestos Property Damage Proof of Claim Form. However, the Debtors have determined that the Claim is not an Asbestos Property Damage Claim but instead is an environmental claim that is more property classified as a Non-Asbestos Claim, which, along with other environmental claims, should be treated as a general unsecured claim under the Debtors' proposed Amended Joint Plan of Reorganization ("Plan") dated January 13, 2005. Claim No. 9694 is also essentially a duplicate of Claim No. 9693 which was filed on a Non-Asbestos Proof of Claim Form.

5.    Accordingly, the Debtors agree to withdraw the objection to Claim No. 9694 set forth in the 15ᵗʰ Omnibus Objection and agree to reclassify that claim as an environmental unsecured claim within the Non-Asbestos Claim category. The Debtors also agree to withdraw the objection to Claim No. 9693 set forth in the 5ᵗʰ Omnibus Objection. This withdrawal and

reclassification, however, is without prejudice and the Debtors reserve their right to object to any of the claims on any grounds in the future, including but not limited to the grounds asserted in the 5th and 15th Omnibus Objections, as applicable, upon proper notice and consistent with applicable law, provided, however, that the Debtors shall be prohibited from objecting to any of the claims based on the type of Proof of Claim forms filed by the Claimant or the classification of the claims as outlined in this Stipulation.

6.    Further, since the 2 claims filed by Claimant are essentially identical but for the form on which they were filed, the parties agree that Claim No. 9694 shall be disallowed and expunged from the Claims Register and that Claim No. 9693 shall remain as the surviving claim.

7.    Each party executing this Stipulation represents that such party has the full authority and legal power to do so. This Stipulation may be executed in counterparts and each such counterpart together with the others shall constitute one and the same instrument. The parties further agree that facsimile signatures hereon shall be deemed to be original signatures. This Stipulation shall be binding upon and inure to the benefit of each of the parties, and upon their respective assignees, successors and/or partners.

8.    This Stipulation constitutes the complete expression of the agreement of the parties hereto concerning the subject matter hereof, and no modification of or amendment to this Stipulation shall be valid unless it is in writing and signed by the party or parties to be charged.

9.    The Bankruptcy Court shall retain jurisdiction to enforce this Stipulation and all matters relating hereto.

10.   The Debtors shall direct the Claims Agent, Rust Consulting, Inc., to mark the Claims Register to reflect the matters set forth herein.

**STIPULATED AND AGREED:**

**MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY**

By: _David Fixler_

One of its attorneys
**RUBIN AND RUDMAN LLP**
David C. Fixler
50 Rowes Wharf
Boston, MA  02110-3319

**W. R. GRACE & CO,** et al.

By: _Janet S Baer_

One of their attorneys

**KIRKLAND & ELLIS LLP**
Michelle Browdy
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601-6636
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200.

-and-

**PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.**

Laura Davis Jones (DE I.D. No. 2436)
James O'Neill (DE I.D. No. 4042)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

*Attorneys for Debtors
and Debtors-in Possession*

4

**EXHIBIT F**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## STIPULATION CONCERNING WITHDRAWAL OF OBJECTION, CONSOLIDATION AND RECLASSIFICATION CERTAIN CLAIMS

This stipulation is entered into this 10th day of November, 2005, between W.R. Grace &

Co. and its affiliates (collectively, the "Debtors") and Perini Corporation ("Claimant"). In

consideration of the matters set forth herein and under the following terms and provisions, it is

hereby stipulated and agreed between the Claimant and the Debtors as follows:

1.    On April 22, 2002, this Court issued its Bar Date Order which established March

31, 2003 as the Bar Date for the filing of certain pre-petition (a) non-asbestos, (b) asbestos

property damage and (c) medical monitoring claims.

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.    The Claimant has filed two proofs of claim against the Debtors regarding environmental contamination at the Russell Field Property in Cambridge, Massachusetts: Claim No. 4705 which was filed on an Asbestos Property Damage Proof of Claim Form and Claim No. 4704 which was filed on a Non-Asbestos Proof of Claim Form.

3.    On September 1, 2005, the Debtors filed their Fifteenth Omnibus Objection to Claims (the "15th Omnibus Objection") in which the Debtors sought to disallow and expunge Claim No. 4705. Further, an objection to Claim No. 4704 remains pending on the Debtors' Fifth Omnibus Objection to claims filed on May 5, 2004.

4.    Claim No. 4705 relates to environmental contamination that includes asbestos, among other contaminants, and was filed on an Asbestos Property Damage Proof of Claim Form. However, the Debtors have determined that Claim No. 4705 is not an Asbestos Property Damage claim but instead is an environmental claim that is more properly classified as a Non-Asbestos Claim, which, along with other environmental claims, should be classified as a general unsecured claim under the proposed Debtors Amended Joint Plan of Reorganization ("Plan") dated January 13, 2005. Claim No. 4705 is essentially a duplicate of Claim No. 4704 which was filed on a Non-Asbestos Proof of Claim Form.

5.    As a result, the Debtors agree to withdraw the objection to Claim No. 4705 set forth in the 15th Omnibus Objection and agree to reclassify that claim as an environmental unsecured claim within the Non-Asbestos Claim category. The Debtors also agree to withdraw its objection to Claim No. 4704 outlined in the 5th Omnibus Objection at this time. This withdrawal and reclassification, however, is without prejudice and the Debtors reserve their right to object to Claim No. 4704 on any grounds in the future, including but not limited to the grounds asserted in the 5th and 15th Omnibus Objections, as applicable, upon proper notice and

2

consistent with applicable law, provided, however, that the Debtors shall be prohibited from objecting to Claim No. 4704 based on the type of Proof of Claim form filed the by the Claimant or the classification of the claim as outlined in this Stipulation.

6.    Further, since the 2 Claims filed by Claimants are essentially identical but for the form on which they were filed, the parties agree that Claim No. 4705 shall be disallowed and expunged from the Claims Register and Claim No. 4704 shall remain as the surviving claim and reclassified in accordance with paragraph 4 above.

7.    The Debtors will include the withdrawal of the Objections to the claim, disallowance of claims and reservation of rights outlined herein in the proposed orders relating to the 5th and 15th Omnibus Objections presented to the Court at the October 24, 2005 hearing on the status of such Omnibus Objections.

8.    Each party executing this Stipulation represents that such party has the full authority and legal power to do so.  This Stipulation may be executed in counterparts and each such counterpart together with the others shall constitute one and the same instrument.  The parties further agree that facsimile signatures hereon shall be deemed to be original signatures. This Stipulation shall be binding upon and inure to the benefit of each of the parties, and upon their respective assignees, successors and/or partners.

9.    This Stipulation constitutes the complete expression of the agreement of the parties hereto concerning the subject matter hereof, and no modification of or amendment to this Stipulation shall be valid unless it is in writing and signed by the party or parties to be charged.

10.    The Bankruptcy Court shall retain jurisdiction to enforce this Stipulation and all matters relating hereto.

11.    The Debtors shall direct the Claims Agent, Rust Consulting, Inc., to mark the

Claims Register to reflect the matters set forth herein.

**STIPULATED AND AGREED:**

**PERINI CORPORATION**

By:

One of its attorneys
**MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO PC**
Adrienne Walker
One Financial Center
Boston, MA  02111
Telephone:  (617) 348-1612
awalker@mintz.com

**W. R. GRACE & CO., et al.**

By:

One of their attorneys
**KIRKLAND & ELLIS LLP**
Michelle Browdy
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601-6636
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200.

-and-

**PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.**

Laura Davis Jones (DE I.D. No. 2436)
James O'Neill (
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400

*Attorneys for Debtors
and Debtors-in Possession*

4

**EXHIBIT G**

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JJF) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) |  |

### STIPULATION CONCERNING WITHDRAWAL OF OBJECTION, CONSOLIDATION AND RECLASSIFICATION CERTAIN CLAIMS

This stipulation is entered into this $\overset{\curvearrowright}{11}$ day of November, 2005, between W.R. Grace & Co. and its affiliates (collectively, the "Debtors") and Los Angeles Unified School District ("Claimant"). In consideration of the matters set forth herein and under the following terms and provisions, it is hereby stipulated and agreed between the Claimant and the Debtors as follows:

1.      On April 22, 2002, this Court issued its Bar Date Order which established March 31, 2003 as the Bar Date for the filing of certain pre-petition (a) non-asbestos, (b) asbestos property damage and (c) medical monitoring claims.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

K&E 10752192.2

2.      The Claimant has filed two proofs of claim against the Debtors identified as Claim Nos. 9570 and 15247.

3.      On September 1, 2005, the Debtors filed their Fifteenth Omnibus Objection to Claims (the "15th Omnibus Objection") in which the Debtors sought to disallow and expunge Claim Nos. 9570 and 15247.

4.      Claim Nos. 9570 and 15247 relate to an unpaid obligation of the Debtors under a Settlement Agreement and Release dated May 14, 1993, and the Debtors do not contest the validity of the Claims.

5.      As a result, the Debtors agree to withdraw the objections to Claim Nos. 9570 and 15247 as set forth in the 15th Omnibus Objection.

6.      Further, claims 9570 and 15247 are essentially identical but for the Debtor against which each claim is filed. Pursuant to the Plan, the Debtors propose that as of the Effective Date (as that term is defined in the Plan), the Debtors shall be deemed consolidated under the Plan for Plan purposes. Upon confirmation, each and every claim filed against any of the Debtors shall be deemed filed against the consolidated Debtors and shall be deemed one claim against and an obligation of the deemed consolidated Debtors. As a result, the parties agree that Claim No. 9570 shall be consolidated with Claim No. 15247, Claim No. 15247 shall be disallowed and expunged from the Claims Register and Claim No. 9570 shall be the surviving Claim. Notwithstanding any other provisions herein, to the extent that the Plan or any other plan or plans of reorganization confirmed in these chapter 11 cases do (does) not provide for the substantive consolidation of the Bankruptcy Cases (for purposes of distribution on account of allowed claims), Claim No. 15247 shall be reinstated, as appropriate and Claimant shall be entitled to pursue such claim.

2

K55 10733385.3

7.      Each party executing this Stipulation represents that such party has the full authority and legal power to do so. This Stipulation may be executed in counterparts and each such counterpart together with the others shall constitute one and the same instrument. The parties further agree that facsimile signatures hereon shall be deemed to be original signatures. This Stipulation shall be binding upon and inure to the benefit of each of the parties, and upon their respective assignees, successors and/or partners.

8.      This Stipulation constitutes the complete expression of the agreement of the parties hereto concerning the subject matter hereof, and no modification of or amendment to this Stipulation shall be valid unless it is in writing and signed by the party or parties to be charged.

9.      The Bankruptcy Court shall retain jurisdiction to enforce this Stipulation and all matters relating hereto.

10.     The Debtors shall direct the Claims Agent, Rust Consulting, Inc., to mark the Claims Register to reflect the matters set forth herein.

STIPULATED AND AGREED:

LOS ANGELES UNIFIED SCHOOL
DISTRICT

By: _____

One of its attorneys
Bernice Conn
Robbins, Kaplan, Miller and Ciresi LLP
2049 Century Park East
Suite 3700
Los Angeles, CA 90067-3211
310-552-0130

W. R. GRACE & CO., et al.

By: _____

One of their attorneys

KIRKLAND & ELLIS LLP
Michelle Browdy
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601-6636
Telephone: (312) 861-2000
Facsimile: (312) 861-2200.

-and-

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.

3

Laura Davis Jones (DE I.D. No. 2436)
James O'Neill (
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

*Attorneys for Debtors
and Debtors-in Possession*

4

K&E 10753295.2

**EXHIBIT H**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## STIPULATION CONCERNING WITHDRAWAL OF OBJECTIONS AND RECLASSIFICATION CERTAIN CLAIMS

This stipulation is entered into this 11th day of November, 2005, between W.R. Grace &

Co. and its affiliates (collectively, the "Debtors") and LaMartin Company, Inc., Paul J. Martin,

M.J.& P. LLC and P & S Associates ("Claimants"). In consideration of the matters set forth

herein and under the following terms and provisions, it is hereby stipulated and agreed between

the Claimants and the Debtors as follows:

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace IVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1.    On April 22, 2002, this Court issued its Bar Date Order which established March 31, 2003 as the Bar Date for the filing of certain pre-petition (a) non-asbestos, (b) asbestos property damage and (c) medical monitoring claims.

2.    The Claimants filed the following proofs of claim against the Debtors:

| Claimant Name | Claim Number |
|---|---|
| LaMartin Company, Inc. | 11311 |
| Paul J. Martin | 11310 |
| M.J.& P. LLC | 11312 |
| P & S Associates | 11309 |

3.    On September 1, 2005, the Debtors filed their Fifteenth Omnibus Objection to Claims (the "15th Omnibus Objection") in which the Debtors sought to disallow and expunge the claims set forth above (hereafter referred to as the "Listed Claims").

4.    The Debtors have discovered that although the Listed Claims were filed on asbestos property damage claim forms, the claims are not traditional asbestos property damage claims but instead are environmental claims which under the Debtors' proposed Chapter 11 Plan, dated January 13, 2005, are to be treated as general unsecured claims.

5.    As a result, the Debtors agree to withdraw the objections to the Listed Claims set forth in the 15th Omnibus Objection and reclassify those claims as environmental unsecured claims.  This withdrawal and reclassification, however, is without prejudice and the Debtors reserve their right to object to the Listed Claims on any grounds in the future upon proper notice and consistent with applicable law.

6.    Each party executing this Stipulation represents that such party has the full authority and legal power to do so.  This Stipulation may be executed in counterparts and each

2

such counterpart together with the others shall constitute one and the same instrument. The parties further agree that facsimile signatures hereon shall be deemed to be original signatures. This Stipulation shall be binding upon and inure to the benefit of each of the parties, and upon their respective assignees, successors and/or partners.

7.     This Stipulation constitutes the complete expression of the agreement of the parties hereto concerning the subject matter hereof, and no modification of or amendment to this Stipulation shall be valid unless it is in writing and signed by the party or parties to be charged.

8.     The Bankruptcy Court shall retain jurisdiction to enforce this Stipulation and all matters relating hereto.

9.     The Debtors shall direct the Claims Agent, Rust Consulting, Inc., to mark the Claims Register to reflect the matters set forth herein.

STIPULATED AND AGREED:

LAMARTIN COMPANY, INC.
PAUL J. MARTIN
M.J.&P, LLC
P & S ASSOCIATES

By: _____
       PAUL R. GILMEAN
One of their attorneys

W. R. GRACE & CO., et al.

By: _____
One of their attorneys

3

**DEAN & FULKERSON PC**
Richard A. Barr
Paul R. Gilleran
801 W. Big Beaver
Suite 500
Troy, MI  48084
Telephone: (248) 362-1300
Facsimile: (248) 362-1358

**KIRKLAND & ELLIS LLP**
Michelle Browdy
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601-6636
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200.

-and-

**PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.**

Laura Davis Jones (DE I.D. No. 2436)
James O'Neill (DE I.D. No. 4042)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

*Attorneys for Debtors
and Debtors-in Possession*

4

**EXHIBIT I**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### STIPULATION CONCERNING WITHDRAWAL OF OBJECTION AND RECLASSIFICATION OF CLAIM

This stipulation is entered into this 11th day of November, 2005, between W.R. Grace &

Co. and its affiliates (collectively, the "Debtors") and Oldon Limited Partnership ("Claimant").

In consideration of the matters set forth herein and under the following terms and provisions, it is

hereby stipulated and agreed between the Claimant and the Debtors as follows:

1.     On April 22, 2002, this Court issued its Bar Date Order which established March

31, 2003 as the Bar Date for the filing of certain pre-petition (a) non-asbestos, (b) asbestos

property damage and (c) medical monitoring claims.

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.     The Claimant filed a proof of claim against the Debtors identified as Claim No. 11310.

3.     On September 1, 2005, the Debtors filed their Fifteenth Omnibus Objection to Claims (the "15th Omnibus Objection") in which the Debtors sought to disallow and expunge Claim No. 11310.

4.     The Debtors have discovered that although Claim No. 11310 was filed on an asbestos property damage claim form, the claim is not a traditional asbestos property damage claim but instead is an environmental claim which under the Debtors' proposed Chapter 11 Plan, dated January 13, 2005, is to be treated as a general unsecured claim.

5.     As a result, the Debtors agree to withdraw the objections to Claim No. 11310 set forth in the 15th Omnibus Objection and reclassify the claim as an environmental unsecured claim. This withdrawal and reclassification, however, is without prejudice and the Debtors reserve their right to object to Claim No. 11310 on any grounds in the future upon proper notice and consistent with applicable law.

6.     Each party executing this Stipulation represents that such party has the full authority and legal power to do so. This Stipulation may be executed in counterparts and each such counterpart together with the others shall constitute one and the same instrument. The parties further agree that facsimile signatures hereon shall be deemed to be original signatures. This Stipulation shall be binding upon and inure to the benefit of each of the parties, and upon their respective assignees, successors and/or partners.

7.     This Stipulation constitutes the complete expression of the agreement of the parties hereto concerning the subject matter hereof, and no modification of or amendment to this Stipulation shall be valid unless it is in writing and signed by the party or parties to be charged.

2

8.  The Bankruptcy Court shall retain jurisdiction to enforce this Stipulation and all matters relating hereto.

9.  The Debtors shall direct the Claims Agent, Rust Consulting, Inc., to mark the Claims Register to reflect the matters set forth herein.

**STIPULATED AND AGREED:**

OLDON LIMITED PARTNERSHIP

By: _____

One of their attorneys
**SHATZ SCHWARTZ AND FENTIN PC**
Timothy P. Mulhern
1441 Main Street
Suite 1100
Springfield, MA  01103
Telephone: (413) 737-1131
Facsimile: (413) 736-0375

W. R. GRACE & CO., et al.

By: _____

One of their attorneys
**KIRKLAND & ELLIS LLP**
Michelle Browdy
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601-6636
Telephone:  (312) 861-2000
Facsimile:   (312) 861-2200.

-and-

**PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.**

Laura Davis Jones (DE I.D. No. 2436)
James O'Neill (DE I.D. No. 4042)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400

*Attorneys for Debtors
and Debtors-in Possession*

02\1167\GraceStipReclassifyingClaim.0401

3