**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO., et al.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |

**PROTECTIVE ORDER AGAINST ANDERSON MEMORIAL HOSPITAL'S DISCOVERY REQUESTS SEEKING DEPOSITION TESTIMONY AND DOCUMENTS**

Upon consideration of Debtors' Motion for Entry of a Protective Order Against Anderson Memorial Hospital's Discovery Requests Seeking Deposition Testimony and Documents ("Motion"), it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The 30(b)(6) deposition notices and document requests attached as Exhibits A-E to the Motion are null and void and all discovery sought in Exhibits A-E to the Motion shall not proceed.

DATED: _____

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge