IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS |
| COUNTY OF NEW CASTLE | ) |

Vanessa A. Preston, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-counsel for the Debtors, in the above-captioned action, and that on the 19th day of December, 2005 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

1. **DEBTORS' MOTION FOR PROTECTIVE ORDER AGAINST ANDERSON MEMORIAL'S REQUESTS FOR 30(B)(6) DEPOSITIONS AND DOCUMENTS**

2. **PROTECTIVE ORDER AGAINST ANDERSON MEMORIAL HOSPITAL'S DISCOVERY REQUESTS SEEKING DEPOSITION TESTIMONY AND DOCUMENTS**

Dated: December 19, 2005

_/s/ Vanessa A. Preston_
Vanessa A. Preston

Sworn to and subscribed before
me this 19th day of December, 2005

_/s/ Timothy M. O'Brien_
Notary Public
My Commission Expires: 3-11-2006

91100-001\DOCS_DE:35595.11

TIMOTHY M. O'BRIEN
Notary Public - Delaware
My Comm. Expires Mar. 11, 2006