IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x

In re:                                              :    Chapter 11
                                                    :    Case No. 01-01139(JKF)
                                                    :
W. R. GRACE & CO., et al.,                          :    Jointly Administered
                                                    :
                          Debtors.                  :
---------------------------------------------------------- x

## OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS' DESIGNATION OF EXPERT WITNESS REGARDING ESTIMATION OF ASBESTOS PERSONAL INJURY CLAIMS

Pursuant to Paragraph 6 of the Case Management Order for Estimation of Asbestos Personal Injury Liabilities dated August 29, 2005 (Dkt. No. 9301), the Official Committee (the "Equity Committee") of Equity Security Holders of W.R. Grace & Co. ("Grace") hereby submits this designation of expert witness.

The Equity Committee intends to call Gustavo E. Bamberger of Lexecon Inc. to provide expert testimony regarding the estimated number, amount and value of Grace's present and future asbestos personal injury claims.

The Equity Committee reserves the right to substitute or supplement this designation as further discovery and investigation may warrant.

Dated:  December 19, 2005

Respectfully submitted,


KLETT ROONEY LIEBER &
    SCHORLING

By: _____
    Teresa K. D. Currier (ID No. 3080)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, Delaware  19801
Telephone:  (302) 552-4200
Facsimile:  (302) 552-4295


- and -


KRAMER LEVIN NAFTALIS &
    FRANKEL LLP
    Philip Bentley
    Gregory Horowitz
    Gary M. Becker
919 Third Avenue
New York, New York  10022
Telephone:  (212) 715-9100
Facsimile:  (212) 715-8000

Attorneys for the Official Committee of
Equity Security Holders

KL2 2423989.1