**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO.,** *et al.* | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |
| | ) | |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'**
**PRELIMINARY EXPERT WITNESS DISCLOSURES**

The Official Committee of Unsecured Creditors (the "Committee") of W.R. Grace & Co. *et al.* (the "Debtors"), by its undersigned counsel, hereby identifies the following witnesses who may testify on its behalf in the personal injury estimation proceedings. The Committee does not presently plan to introduce expert testimony of its own (with the one exception set forth below), but reserves the right to do so in the event that the Debtors do not present such testimony. The Committee intends to join in all discovery sought by the Debtors and fully participate in the estimation proceedings.

The Committee presently plans to present expert testimony from Letitia Chambers and/or Robin Cantor of Navigant Consulting concerning, generally, the value of present and future personal injury asbestos claims, and the Debtors' aggregate liability for such claims.

The Committee reserves the right to supplement these disclosures in response to the other parties' initial expert disclosures and after further investigation and discovery.

WLM\212929.1

Dated: December 19, 2005

**STROOCK & STROOCK & LAVAN LLP**

Lewis Kruger
Kenneth Pasquale
(Members of the Firm)
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

-and-

**DUANE MORRIS LLP**

/s/ Michael R. Lastowski
Michael R. Lastowski (DE I.D. 3892)
Richard W. Riley (DE I.D. 4052)
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Telephone: (302) 657-4942
Facsimile: (302) 657-4901

-and-

William S. Katchen
744 Broad Street, Suite 1200
Newark, New Jersey 07102-3889

Counsel for The Official Committee
of Unsecured Creditors

- 2 -