**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: Januuary 9, 2006 at 4:00 p.m.**
**Hearing date:  To be scheduled, only if objections**
**are timely filed and served.**

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Duane Morris LLP ("Duane Morris"), counsel to the Official Committee of Unsecured

Creditors (the "Committee") of the above captioned debtor and debtors in possession in the above-

captioned chapter 11 cases, filed and served the Forty-Sixth Monthly Fee Application of Duane Morris

LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official

Committee of Unsecured Creditors for the period from November 1, 2005 through November 30, 2005,

---

[1]     The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn , A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp , Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc , Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc , Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp , Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc ), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp , Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

seeking compensation in the amount of $13,114.00 and reimbursement for actual and necessary expenses in the amount of $365.64 (the "Monthly Fee Application").

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **January 9, 2006 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third

Avenue, New York, New York 10022 (fax number 212-715-8000); and (vii) the Office of the United

States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax

number 302-573-6497); and (viii) the Fee Auditor, to Warren H. Smith, Warren H. Smith and Associates,

Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Dated:  Wilmington, DE
       December 19, 2005

<br>

Michael R. Lastowski (DE I.D. No. 3892)
Richard W. Riley (DE I.D. No. 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:      mlastowski@duanemorris.com

- and –

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:      wskatchen@duanemorris.com

-and -

Lewis Kruger
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
e-mail:      lkruger@stroock.com

*Co-Counsel for the Official Committee of Unsecured Creditors of
W. R. Grace & Co., et al.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                    Chapter 11

**W.R. Grace & Co., et al.**                Case No. 01-01139 (JKF)

                        Debtors.            Jointly Administered

                                           **Objection Date:  January 9, 2005 at 4:00 p.m.**
                                           **Hearing Date:  To be scheduled, only if objections are**
                                           **timely filed and served**


### FORTY-SIXTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP
### FOR COMPENSATION FOR SERVICES RENDERED AND
### REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
### COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
### FROM NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **November 1, 2005 through November 30, 2005** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$13,114.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$365.64** |

This is an: ☒ interim  ☐ final application

The total time expended for fee application preparation is approximately 1.0 hours and the corresponding compensation requested is approximately $185.00[2]

This is the forty-sixth monthly fee application of Duane Morris LLP.

---

[2] This is Duane Morris' Forty-sixth Monthly Fee Application.  Time expended for the preparation of this Fee Application will be reflected in subsequent Fee Applications.

**Attachment A**

**Monthly Interim Fee Applications**

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02– 1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02– 2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02- 3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 (Combined and prepared as a quarterly application.) | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | (Refer to Quarterly Application Chart below for further details.) | |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| | | Requested | | Approved for Payment | |

| | | | | | |
|---|---|---|---|---|---|
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |

| | | | | | |
|---|---|---|---|---|---|
| September 23, 2004 | 8/1/04-8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05-5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05-6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05-7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05-8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05-10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |

**Quarterly Fee Applications**

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 4/17/01-6/30/01 | $41,314.50 | $4,026.77 | Fees approved for a combined total of $68,886.50 | $4,026.77 |
| February 5, 2002 | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | | $9,113.34 |
| February 11, 2002 | 10/01/01 – 12/31/01 | $17,349.50 | $3,436.30 | | $3,436.30 |
| May 16, 2002 | 1/1/02 – 3/31/02 | $38,759.50 | $5,113.59 | $37,486.50 | $5,113.59 |
| November 7, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| June 23, 2003 | 1/1/03 - 3/31/03 | $32,900.90 | $1,415.62 | $32,900.90 | $1,319.72 |
| September 18, 2003 | 4/1/03 - 6/30/03 | $32,863.50 | $3,789.95 | $32,863.50 | $3,789.95 |
| January 29, 2004 | 7/1/03 – 9/30/03 | $40,040.50 | $351.60 | $40,040.50 | $351.60 |
| April 16, 2004 | 10/1/03 – 12/31/03 | $64,624.50 | $756.78 | $64,624.50 | $756.78 |
| July 2, 2004 | 1/1/04 – 3/31/04 | $45,639.00 | $1,378.35 | $45,639.00 | $1,378.35 |
| August 2, 2004 | 4/1/04 – 6/30/04 | $77,218.00 | $3,909.57 | $77,218.00 | $3,909.57 |
| November 15, 2004 | 7/1/04 – 9/30/04 | $55,509.00 | $783.31 | $55,509.00 | $783.31 |

| February 14, 2005 | 10/1/04 – 12/31/04 | $100,271.00 | $10,120.25 | $100,271.00 | $10,120.25 |
|---|---|---|---|---|---|
| May 18, 2005 | 1/1/05 – 3/31/05 | $77,387.00 | $3,686.77 | $74,968.00 | $3,686.77 |
| August 15, 2005 | 4/1/05 – 6/30/05 | $45,254.50 | $1,148.39 | | |
| November 16, 2005 | 7/1/05 – 9/30/05 | $54,270.00 | $2,934.36 | | |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

December 13, 2005

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1139393                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 11/30/2005 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 3.50 | hrs. at | $525.00 | /hr. = | $1,837.50 |
| RW RILEY | PARTNER | 7.20 | hrs. at | $415.00 | /hr. = | $2,988.00 |
| WS KATCHEN | PARTNER | 6.10 | hrs. at | $575.00 | /hr. = | $3,507.50 |
| MF HAHN | ASSOCIATE | 2.50 | hrs. at | $290.00 | /hr. = | $725.00 |
| DM SOSNOSKI | PARALEGAL | 5.00 | hrs. at | $160.00 | /hr. = | $800.00 |
| VL AKIN | PARALEGAL | 17.60 | hrs. at | $185.00 | /hr. = | $3,256.00 |
| | | | | | | $13,114.00 |

DISBURSEMENTS
| | |
|---|---|
| MEETING EXPENSE | 15.69 |
| MESSENGER SERVICE | 145.00 |
| OVERNIGHT MAIL | 58.34 |
| PRINTING & DUPLICATING | 95.85 |
| TELECOPY | 23.75 |
| WESTLAW LEGAL RESEARCH | 27.01 |
| TOTAL DISBURSEMENTS | $365.64 |

BALANCE DUE THIS INVOICE                                    $13,479.64

PREVIOUS BALANCE                                            $44,378.83

TOTAL BALANCE DUE                                          $57,858.47

Duane Morris
December 13, 2005
Page 2

File # K0248-00001                                    INVOICE #  1139393
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 11/1/2005 | 004 | DM SOSNOSKI | MONITOR DOCKET | 0.40 | $64.00 |
| 11/2/2005 | 004 | DM SOSNOSKI | MONITOR DOCKET AND PREPARE STATUS REPORT | 0.50 | $80.00 |
| 11/3/2005 | 004 | DM SOSNOSKI | MONITOR DOCKET IN MAIN CASE AND ADVERSARY CASE AND PROVIDE STATUS REPORT | 0.40 | $64.00 |
| 11/3/2005 | 004 | DM SOSNOSKI | MONITOR DOCKET AND PROVIDE STATUS REPORT | 0.30 | $48.00 |
| 11/3/2005 | 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL | 0.20 | $37.00 |
| 11/4/2005 | 004 | DM SOSNOSKI | MONITOR DOCKET IN MAIN CASE AND ADVERSARY PROCEEDING, RETRIEVE PLEADINGS AND PROVIDE STATUS REPORT OF SAME | 0.70 | $112.00 |
| 11/4/2005 | 004 | DM SOSNOSKI | MONITOR DOCKET AND PROVIDE STATUS REPORT | 0.30 | $48.00 |
| 11/8/2005 | 004 | DM SOSNOSKI | MONITOR DOCKET | 0.40 | $64.00 |
| 11/9/2005 | 004 | DM SOSNOSKI | MONITOR DOCKET | 0.40 | $64.00 |
| 11/10/2005 | 004 | WS KATCHEN | REVIEW DEBTOR'S RESPONSE TO ACC MOTION AND PROPOSED ORDER | 0.20 | $115.00 |
| 11/10/2005 | 004 | WS KATCHEN | REVIEW OF CERTIFICATION AND PROPOSED ORDER ON INSURER'S MOTION | 0.10 | $57.50 |
| 11/11/2005 | 004 | WS KATCHEN | REVIEW ACC CLAIMANT'S CERTIFICATION | 0.10 | $57.50 |
| 11/14/2005 | 004 | VL AKIN | EDIT, FILE AND SERVE COMMITTEE'S JOINDER OF DEBTORS EXPERT CATEGORIES. EDIT SAME. CONFERENCES WITH A. KRUEGER REGARDING FILING AND SERVICE OF SAME. PREPARE CERTIFICATE OF SERVICE. | 2.00 | $370.00 |
| 11/14/2005 | 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.20 | $37.00 |
| 11/14/2005 | 004 | VL AKIN | FORWARD PLEADING TO D. MOHAMAD | 0.10 | $18.50 |
| 11/15/2005 | 004 | WS KATCHEN | REVIEW COMMITTEE MEMO, DEBTOR'S SECTION 1121(D) MOTION AND E-MAIL A. KRIEGER | 0.30 | $172.50 |
| 11/15/2005 | 004 | WS KATCHEN | REVIEW STIPULATION REGARDING BANK OF AMERICA, DEBTOR AND REVISED STIPULATION | 0.20 | $115.00 |
| 11/16/2005 | 004 | WS KATCHEN | REVIEW COMMITTEE MEMO REGARDING NJDEP; REVIEW COMMITTEE MEMO ON BAR DATE MOTION | 0.40 | $230.00 |
| 11/17/2005 | 004 | VL AKIN | FILE ORGANIZATION | 0.20 | $37.00 |

Duane Morris
December 13, 2005
Page 3

File # K0248-00001                                          INVOICE # 1139393
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 11/17/2005 | 004 | WS KATCHEN | REVIEW SECTION 1121(D) MOTION; PREPARATION FOR COMMITTEE CONFERENCE CALL ON 11/18/05; REVIEW F REPRESENTATIVE DESIGNATION | 1.20 | $690.00 |
| 11/18/2005 | 004 | VL AKIN | CALENDAR UPCOMING COURT DEADLINES | 0.10 | $18.50 |
| 11/18/2005 | 004 | WS KATCHEN | REVIEW ORDER REGARDING WOBURN LEASE; REVIEW ACC INITIAL DESIGNATION FOR EXPERT TESTIMONY ON ESTIMATION | 0.30 | $172.50 |
| 11/18/2005 | 004 | WS KATCHEN | REVIEW ORDER DENYING ACCESS TO INSURERS TO EXHIBITS | 0.20 | $115.00 |
| 11/22/2005 | 004 | WS KATCHEN | REVIEW ORDER RE SECTIONS 105 AND 362 V. NJ DEP; REVIEW CERTIFICATION | 0.20 | $115.00 |
| 11/23/2005 | 004 | MF HAHN | REVIEW DEBTOR'S MEMO OF LAW IN OPPOSITION TO SUMMARY JUDGMENT MOTION OF P PEARSON | 0.40 | $116.00 |
| 11/23/2005 | 004 | RW RILEY | REVIEWING RECENT PLEADING RE: ESTIMATIONS AND INITIAL DESIGNATION OF EXPERTS | 0.20 | $83.00 |
| 11/25/2005 | 004 | WS KATCHEN | REVIEW MEMO BY DEBTOR REGARDING PEARSON'S MOTION FOR SUMMARY JUDGMENT | 0.30 | $172.50 |
| 11/28/2005 | 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.20 | $37.00 |
| 11/29/2005 | 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.20 | $37.00 |
| 11/29/2005 | 004 | VL AKIN | CALENDAR UPCOMING COURT DEADLINES | 0.10 | $18.50 |
| 11/29/2005 | 004 | WS KATCHEN | COMMITTEE CONFERENCE CALL; REVIEW CAPSTONE ANALYSIS | 0.80 | $460.00 |
| 11/29/2005 | 004 | WS KATCHEN | REVIEW COMMITTEE E-MAIL; TELEPHONE CALL WITH KEVIN KELLEY REGARDING COMMITTEE MEETING | 0.20 | $115.00 |
| | | | Code Total | 11.80 | $3,941.00 |

Duane Morris
December 13, 2005
Page 4

File # K0248-00001                                    INVOICE #  1139393
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 11/10/2005 | 005 | WS KATCHEN | REVIEW DEBTOR'S REPLY ON BAR DATE ISSUE | 0.20 | $115.00 |
| 11/11/2005 | 005 | MR LASTOWSKI | REVIEW ISSUES RE:  INITIAL DISCLOSURES IN ASBESTOS PERSONAL INJURY ESTIMATION PROCEEDINGS | 0.60 | $315.00 |
| 11/14/2005 | 005 | WS KATCHEN | REVIEW EQUITY COMMITTEE RESPONSE ON BAR DATE; REVIEW DEBTOR'S REPLY ON BAR DATE; REVIEW FCR OBJECTION; REVIEW BARON BUDD RESPONSE ON BAR DATE; REVIEW ACC OPPOSITION | 0.70 | $402.50 |
| | | | Code Total | 1.50 | $832.50 |

Duane Morris
December 13, 2005
Page 5

File # K0248-00001                                    INVOICE # 1139393
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/18/2005 | 007 | WS KATCHEN | CONFERENCE CALL COMMITTEE L. KRUGER, K. PASQUALE, A. KRIEGER AND CAPSTONE | 0.70 | $402.50 |
| | | | Code Total | 0.70 | $402.50 |

Duane Morris
December 13, 2005
Page 6

File # K0248-00001                                                    INVOICE #  1139393
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 11/1/2005 | 010 | MR LASTOWSKI | REVIEW ISSUES RE: BEAR STEARNS RETENTION | 0.50 | $262.50 |
| 11/1/2005 | 010 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: BEAR STEARNS RETENTION | 0.10 | $52.50 |
| 11/28/2005 | 010 | VL AKIN | PREPARE CERTIFICATE OF SERVICE AND NOTICE FOR SEVENTH INTERIM FEE APPLICATION OF CAPSTONE | 0.40 | $74.00 |
| 11/28/2005 | 010 | VL AKIN | FILE SEVENTH QUARTERLY FEE APPLICATION OF CAPSTONE. SERVE NOTICE OF SAME. | 0.50 | $92.50 |
| 11/29/2005 | 010 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING SEPTEMBER 2005 FEE APPLICATION OF CAPSTONE | 0.20 | $37.00 |
| | | | Code Total | 1.70 | $518.50 |

Duane Morris
December 13, 2005
Page 7

File # K0248-00001                                             INVOICE #  1139393
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 11/1/2005 | 012 | VL AKIN | PREPARE EIGHTEENTH QUARTERLY FEE APPLICATION OF DUANE | 3.20 | $592.00 |
| 11/1/2005 | 012 | VL AKIN | BILLING MATTERS RE PREPARATION OF FEE APPLICATION | 0.40 | $74.00 |
| 11/2/2005 | 012 | VL AKIN | EDIT AND FINALIZE EIGHTEENTH QUARTERLY FEE APPLICATION OF DUANE | 3.00 | $555.00 |
| 11/8/2005 | 012 | VL AKIN | BILLING MATTERS REGARDING OCTOBER 2005 FEE APPLICATION OF DUANE | 0.40 | $74.00 |
| 11/11/2005 | 012 | MR LASTOWSKI | SIGN CNO RE: DUANE MORRIS 44TH MONTHLY FEE APPLICATION | 0.10 | $52.50 |
| 11/11/2005 | 012 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING SEPTEMBER 2005 FEE APPLICATION OF DUANE | 0.20 | $37.00 |
| 11/11/2005 | 012 | VL AKIN | FILE CERTIFICATIONS OF NO OBJECTION | 0.40 | $74.00 |
| 11/11/2005 | 012 | VL AKIN | FORWARD TO INTERESTED PARTIES CERTIFICATIONS OF NO OBJECTION FILED ON 11/11/05 | 0.10 | $18.50 |
| 11/11/2005 | 012 | VL AKIN | BILLING MATTERS REGARDING OCTOBER 2005 FEE APPLICATION OF DUANE | 0.30 | $55.50 |
| 11/16/2005 | 012 | VL AKIN | FILE AND SERVE EIGHTEENTH QUARTERLY FEE APPLICATION OF DUANE | 0.80 | $148.00 |
| 11/17/2005 | 012 | VL AKIN | REVIEW BILL IN PREPARATION OF OCTOBER 2005 FEE APPLICATION | 0.50 | $92.50 |
| 11/17/2005 | 012 | VL AKIN | PREPARE OCTOBER 2005 FEE APPLICATION OF DUANE | 0.50 | $92.50 |
| 11/18/2005 | 012 | RW RILEY | REVIEWING AND EXECUTING MONTHLY FEE APPLICATION FOR DUANE MORRIS FOR OCTOBER, 2005 | 0.20 | $83.00 |
| 11/18/2005 | 012 | VL AKIN | REVIEW FINAL FEE AUDITOR REPORT FOR APRIL 2005 THROUGH JUNE 2005. FORWARD TO INTERESTED PARTIES PREPARE MEMO TO ACCOUNTING REGARDING SAME | 0.40 | $74.00 |
| 11/18/2005 | 012 | VL AKIN | FILE AND SERVE OCTOBER 2005 FEE APPLICATION OF DUANE | 0.60 | $111.00 |
| | | | Code Total | 11.10 | $2,133.50 |

Duane Morris
December 13, 2005
Page 8

File # K0248-00001                                    INVOICE #  1139393
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 11/1/2005 | 013 | VL AKIN | FILE SEPTEMBER 2005 FEE APPLICATION OF STROOCK | 0.40 | $74.00 |
| 11/1/2005 | 013 | VL AKIN | FILE SEPTEMBER 2005 FEE APPLICATION OF CAPSTONE | 0.40 | $74.00 |
| 11/11/2005 | 013 | MR LASTOWSKI | SIGN CNO RE: CAPSTONE 19TH INTERIM FEE APPLICATION | 0.10 | $52.50 |
| 11/11/2005 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING CAPSTONE FEE APPLICATION FOR AUGUST 2005 | 0.20 | $37.00 |
| 11/18/2005 | 013 | VL AKIN | FILE 18TH QUARTERLY FEE APPLICATION OF STROOCK. SERVE NOTICE OF APPLICATION. PREPARE CERTIFICATE OF SERVICE FOR NOTICE. | 0.60 | $111.00 |
| 11/28/2005 | 013 | VL AKIN | PREPARE FOR FILING 7TH INTERIM FEE APPLICATION OF CAPSTONE | 0.30 | $55.50 |
| 11/29/2005 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING SEPTEMBER 2005 FEE APPLICATION OF STROOCK | 0.20 | $37.00 |
| 11/29/2005 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATIONS OF NO OBJECTIONS FOR THE SEPTEMBER 2005 FEE APPLICATION OF STROOCK AND CAPSTONE. | 0.30 | $55.50 |
| | | | Code Total | 2.50 | $496.50 |

Duane Morris
December 13, 2005
Page 9

File # K0248-00001                                          INVOICE # 1139393
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 11/14/2005 | 015 | RW RILEY | ATTENDING OMNIBUS HEARING | 5.30 | $2,199.50 |
| 11/14/2005 | 015 | RW RILEY | PREPARATION FOR 11/14 OMNIBUS HEARING RE: REVIEWING MATTERS SCHEDULED FOR OMNIBUS HEARING | 1.40 | $581.00 |
| | | | Code Total | 6.70 | $2,780.50 |

Duane Morris
December 13, 2005
Page 10

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1139393

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 11/14/2005 | 016 | RW RILEY | REVIEWING AND EXECUTING JOINDER IN DESIGNATION OF EXPERT CATEGORIES | 0.10 | $41.50 |
| | | | Code Total | 0.10 | $41.50 |

Duane Morris
December 13, 2005
Page 11

File # K0248-00001                                   INVOICE # 1139393
  W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 11/23/2005 | 017 | MF HAHN | REVIEW MESSAGE FROM W. KATCHEN REGARDING BABCOCK & WILCOX PLAN; OBTAIN AND REVIEW BABCOCK PROVISIONS; SEND SAME TO W. KATCHEN | 0.90 | $261.00 |
| 11/23/2005 | 017 | MR LASTOWSKI | REVIEW PLAN STATUS | 2.10 | $1,102.50 |
| | | | Code Total | 3.00 | $1,363.50 |

Duane Morris
December 13, 2005
Page 12

File # K0248-00001                                    INVOICE #  1139393
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 11/22/2005 | 025 | DM SOSNOSKI | RECEIPT AND REVIEW OF STROOK MEMO, INCLUDING RETRIEVING PLEADINGS REQUESTED FROM BANKRUPTCY COURT AND US DISTRICT COURT OF NEW JERSEY | 1.60 | $256.00 |
| 11/22/2005 | 025 | MF HAHN | REVIEW PLEADINGS REGARDING NJDEP ACTION; RESEARCH POLICE POWERS EXCEPTION | 1.20 | $348.00 |
| | | | Code Total | 2.80 | $604.00 |

File # K0248-00001                                      INVOICE #  1139393
    W.R. GRACE & CO.

                              TOTAL SERVICES                    41.90    $13,114.00

File # K0248-00001                                    INVOICE #  1139393
     W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 11/30/2005 | MEETING EXPENSE | | 15.69 |
| | | Total: | $15.69 |
| | | | |
| 11/16/2005 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAYESQUIRE AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791274812316) | | 17.46 |
| 11/16/2005 | OVERNIGHT MAIL PACKAGE SENT TO DAVID BSIEGELESQUIRE AT SENIOR VICE PRESIDENT AND GENE - COLUMBIA, MD FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791274790281) | | 9.94 |
| 11/18/2005 | OVERNIGHT MAIL PACKAGE SENT TO STEVEBOSSAY AT WAREN H. SMITH & ASSOCIATES - DALLAS, TX FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, D (TRACKING #790718140428) | | 23.49 |
| 11/18/2005 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B.SIEGEL AT WR GRACE - COLUMBIA, MD FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790718144364) | | 7.45 |
| | | Total: | $58.34 |
| | | | |
| 11/18/2005 | WESTLAW LEGAL RESEARCH HAHN,MICHAEL F | | 27.01 |
| | | Total: | $27.01 |
| | | | |
| 11/30/2005 | MESSENGER SERVICE | | 145.00 |
| | | Total: | $145.00 |
| | | | |
| 11/30/2005 | TELECOPY | | 23.75 |
| | | Total: | $23.75 |
| | | | |
| 11/30/2005 | PRINTING & DUPLICATING | | 95.85 |
| | | Total: | $95.85 |
| | | | |
| | TOTAL DISBURSEMENTS | | $365.64 |