**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS'
DISCLOSURE OF POTENTIAL EXPERT WITNESSES**

Pursuant to the Court's Case Management Order ("Order"), the Official Committee of Asbestos Personal Injury Claimants ("ACC") identifies the following, prior to the completion of discovery, as individuals likely to be called as expert witnesses during the bankruptcy Estimation Hearing of W.R. Grace & Co. ("Grace"). As fact discovery has not been completed, the ACC reserves its rights to supplement/alter this list as necessary and to designate additional/alternative individuals to testify at the Estimation Hearing. Moreover, the identification of any individual on this list does not necessarily mean that the ACC or Futures Representative intend to depose or offer testimony from a particular witness. The following individuals are listed in alphabetical order.

> • Dr. Arnold Brody
> Tulane University
> Dept. of Pathology
> 1430 Tulane Avenue; SL-79
> New Orleans, LA  70112
> (504) 988-6928
>
> (Current Address)
> 1910 Glenmartin Dr.
> Raleigh, NC  27615
> (919) 513-1345

{D0052210:1 }

| |
|---|
| • Barry Castleman<br>Environmental Consultant<br>P.O. Box 188<br>Garrett Park, MD  20896<br>(301) 933-9097 |
| • Dr. Samuel Hammar<br>Diagnostic Specialists Lab<br>700 Lebo Blvd.<br>Bremerton, WA  98310<br>(360) 479-7707 |
| • Dr. Richard Lemen<br>241 Rose Ridge Ct.<br>Canton, GA  30115<br>(678) 493-1736 |
| • William Longo<br>Materials Analytical Services, Inc.<br>3945 Lakefield Court<br>Suwanee, GA  30024<br>(770) 866-3200 |
| • Dr. Mark A. Peterson, Esq.<br>Legal Analysis Systems<br>970 Calle Arroyo<br>Thousand Oaks, CA  91360<br>(805) 499-3572 |
| • Stephen Snyder, Esq.<br>Snyder Miller & Orton LLP<br>111 Sutter Street<br>Suite 1950<br>San Francisco, CA  94104<br>(415) 962-4402 |
| • Larry Tersigni, CPA, CFE<br>L. Tersigni Consulting P.C.<br>1010 Summer Street, Suite 201<br>Stamford, CT  06905<br>(203) 252-2564 |
| • Dr. Laura Stewart Welch<br>Center to Protect Workers Rights<br>8484 Georgia Avenue |

> Silver Spring, MD  20910
> (301) 578-8500

Dated:  December 19, 2005

Respectfully submitted,

CAMPBELL & LEVINE, LLC

/S/ Marla Rosoff Eskin
Marla Rosoff Eskin (DE No. 2989)
Mark Hurford (DE No. 3299)
800 N. King Street
Suite 300
Wilmington, DE 19801
Tel: (302) 426–1900
Fax: (302) 426-9947

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY  10152
Tel: (212) 319–7125
Fax: (212) 644-6755

Peter Van N. Lockwood
Nathan D. Finch
Walter B. Slocombe
Kimberly N. Brown
One Thomas Circle, NW
Washington, DC  20005
Tel: (202) 862–5000
Fax: (202) 429-3301

Counsel to the Asbestos Personal
Injury Creditors Committee