**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### CERTIFICATE OF SERVICE

I, Marla Rosoff Eskin, of Campbell & Levine, LLC, hereby certify that on December 16, 2005, I caused a copy of *Official Committee of Asbestos Personal Injury Claimants' Disclosure of Potential Expert Witnesses* to be served upon the individuals listed on Exhibit A via first-class mail unless otherwise indicated, and on Exhibit B via e-mail.

                                                    CAMPBELL & LEVINE, LLC

Dated: December 16, 2005            */s/Marla Rosoff Eskin*
                                                Marla Rosoff Eskin  (No. 2989)
                                                800 King Street, Suite 300
                                                Wilmington, DE 19801
                                                (302) 426-1900

{D0052224:1 }