**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Ref. No. 9301** |

## LIBBY CLAIMANTS' DESIGNATION OF EXPERTS TO TESTIFY IN CONNECTION WITH THE ESTIMATION OF ASBESTOS PERSONAL INJURY LIABILITIES

Pursuant to the Court's August 29, 2005 Case Management Order for the Estimation of Asbestos Personal Injury Liabilities, the claimants injured by exposure to tremolite asbestos from Grace's operations in and near Libby, Montana[1] (the "Libby Claimants"), by and through their counsel, Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP, hereby designate the following experts that the Libby Claimants may call in the event that Grace raises medical issues specific to the Libby Claimants:

      1.     Dr. Alan C. Whitehouse; and

      2.     Dr. David Egilman.

The Libby Claimants reserve their rights to supplement this designation as further discovery and investigation may warrant.

---

[1] As identified in the Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [Docket No. 4807] filed in this case, as it may be amended and supplemented from time to time.

393.001-10395.doc

Dated: December 19, 2005

**LANDIS RATH & COBB LLP**

Adam G. Landis, Esq. (No. 3407)
Kerri Mumford, Esq. (No. 4186)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801
(302) 467-4400

and

Daniel C. Cohn
Christopher M. Candon
**COHN KHOURY MADOFF & WHITESELL LLP**
101 Arch Street
Boston, MA 02110
(617) 951-2505

Counsel to the Libby Claimants

2

393.001-10395.doc