IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al. ) | (Jointly Administered) |
| ) | |
| Debtors. ) | Related Docket No. 9301 |
| ) | |

## FUTURE CLAIMANTS' REPRESENTATIVE'S DESIGNATION OF EXPERT AND NON-EXPERT WITNESSES IN CONNECTION WITH ESTIMATION OF ASBESTOS PERSONAL INJURY LIABILITIES

Pursuant to paragraphs 6 and 7 of the Case Management Order for the Estimation of Asbestos Personal Injury Liabilities dated August 29, 2005 [Doc. No. 9301], David T. Austern, the legal representative for future asbestos claimants (the "FCR") appointed by this Court in the above-captioned Chapter 11 cases, by counsel, hereby designates the following expert and non-expert witnesses the FCR presently anticipates calling to testify in connection with the estimation of asbestos-related personal injury liabilities:

### Expert Witnesses

Jennifer L. Biggs

Joseph J. Radecki, Jr.

### Non-Expert Witness

David T. Austern

To the extent Mr. Austern will provide opinion testimony, which would be deemed to be expert testimony under Rule 702 of the Federal Rules of Evidence, the FCR reserves the right to call on and/or reply upon Mr. Austern as an expert witness.

The FCR reserves his right to supplement and/or revise this designation. The FCR also reserves his right to call and/or rely upon any expert or non-expert witness designated by any other party to these proceedings.

Dated: December 19, 2005

Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.

John C. Phillips, Jr., Esquire (#110)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200
Facsimile: (302) 655-4210

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Swidler Berlin LLP
3000 K Street, N.W., Suite 300
Washington, D.C. 20007
Telephone: (202) 424-7500
Facsimile: (202) 424-7643

Counsel for David T. Austern,
Future Claimants' Representative