IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. No. 11373** |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the Libby Claimants' Designation of Experts to Testify in Connection With the Estimation of Asbestos Personal Injury Liabilities [Docket No. 11373] is hereby withdrawn.

Dated: December 19, 2005        LANDIS RATH & COBB LLP

*/s/ Kerri Mumford*
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Daniel C. Cohn
Christopher M. Candon
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505

Counsel to the Libby Claimants

393.001-10400.DOC