IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Ref. No. 9301** |

**LIBBY CLAIMANTS' DESIGNATION OF EXPERTS TO TESTIFY IN CONNECTION WITH THE ESTIMATION OF ASBESTOS PERSONAL INJURY LIABILITIES**

Pursuant to the Court's August 29, 2005 Case Management Order for the Estimation of Asbestos Personal Injury Liabilities, the claimants injured by exposure to tremolite asbestos from Grace's operations in and near Libby, Montana[1] (the "Libby Claimants"), by and through their counsel, Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP, hereby designate the following experts that the Libby Claimants may call in the event that Grace raises medical issues specific to the Libby Claimants:

1. Dr. Alan C. Whitehouse; and

2. Dr. David Egilman.

The Libby Claimants reserve their rights to supplement this designation as further discovery and investigation may warrant.

---

[1] As identified in the Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [Docket No. 4807] filed in this case, as it may be amended and supplemented from time to time.

393.001-10395.doc

Dated: December 19, 2005						LANDIS RATH & COBB LLP

								/s/ Kerri Mumford
								_____
								Adam G. Landis (No. 3407)
								Kerri K. Mumford (No. 4186)
								919 Market Street, Suite 600
								P.O. Box 2087
								Wilmington, DE 19801
								Telephone: (302) 467-4400
								Facsimile: (302) 467-4450

								- and -

								Daniel C. Cohn
								Christopher M. Candon
								COHN WHITESELL & GOLDBERG LLP
								101 Arch Street
								Boston, MA 02110
								Telephone: (617) 951-2505

								Counsel to the Libby Claimants

2

393.001-10395.doc