IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| -------------------------------------------------------) | | |
| In re ) | Chapter 11 | |
| ) | | |
| W. R. GRACE & CO., et al., ) | Case No. 01-01139 (JKF) | |
| ) | (Jointly Administered) | |
| ) | | |
| Debtors. ) | | |
| ) | | |
| -------------------------------------------------------) | | |

### THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS' DISCLOSURES OF POTENTIAL EXPERT WITNESSES: RE PERSONAL INJURY ESTIMATION

The Official Committee of Asbestos Property Damage Claimants (the "PD Committee"), by and through its undersigned attorneys, hereby serves its Disclosures of Potential Expert Witnesses in the Personal Injury Estimation (the "PI Estimation") pursuant to the Court's Case Management Order dated August 29, 2005 [Doc. No. 9301]. The PD Committee identifies the following individuals as likely expert witnesses during the PI Estimation hearing:

1)    Francine F. Rabinovitz
      Hamilton, Rabinovitz & Alschuler, Inc.
      26384 Carmel Rancho Lane
      Carmel, CA 93923
      Telephone: (831) 626-8152

2)    James E. Hass
      LECG
      1725 Eye Street, Suite 800
      Washington, DC 20006
      Telephone: (202) 466-4422

Given that fact discovery has not been completed, the PD Committee reserves its right to supplement and alter this list as necessary and to designate additional or alternative individuals to testify at the PI Estimation hearing. Additionally, the identification on this list does not

1

necessarily mean that the PD Committee intends to depose or to offer testimony from a particular witness.

Further, should information be obtained indicating that additional experts may be necessary, the PD Committee reserves the right to engage other experts based on the issues raised or implicated by discovery or by positions taken by interested parties. The PD Committee also reserves its right to call and rely upon any expert or non-expert witness designated by any other party to the PI Estimation.

Dated: December 19, 2005               Respectfully submitted,

BILZIN SUMBERG BAENA
  PRICE & AXELROD LLP
200 South Biscayne Boulevard
Suite 2500
Miami, Florida  33131-2336
Telephone:  (305) 374-7580

Scott L. Baena (Admitted Pro Hac Vice)
Jay M. Sakalo (Admitted Pro Hac Vice)

-and-

FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, Delaware  19899
(302) 575-1555

By:  /s/ Lisa L. Coggins
Theodore J. Tacconelli (Del. Bar No. 2678)
Lisa L. Coggins (Del. Bar No. 4234)

Co-Counsel for the Official Committee of Asbestos Property Damage Claimants