## **CERTIFICATE OF SERVICE**

I, Lisa L. Coggins, Esquire, hereby certify that on this 19th day of December, 2005, one copy of the foregoing *The Official Committee of Asbestos Property Damage Claimants' Disclosures of Potential Expert Witnesses Re: Personal Injury Estimation* was served on the following parties in the indicated manner:

SEE ATTACHED 2002 SERVICE LIST

Upon penalty of perjury I declare that the foregoing is true and correct.

                                                  /s/ Lisa L. Coggins
                                                Lisa L. Coggins (No. 4234)