**Attachment B**
**To Fee Application**

**Summary of PwC's Fees By Professional**
**October 2005**

**Professional Profiles**
**WR Grace Time Tracking - Audit**
**For the Month Ended October 31, 2005**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $619.00 | 27.1 | $ 16,774.90 |
| Lawrence Dodyk | Audit Partner | 23 | Integrated Audit | $849.00 | 2.0 | $ 1,698.00 |
| Paul Kepple | Audit Partner | 17 | Integrated Audit | $849.00 | 4.0 | $ 3,396.00 |
| Robert Keehan | Audit Partner | 18 | Integrated Audit | $619.00 | 2.5 | $ 1,547.50 |
| Richard Muir | Audit Partner | 20+ | Integrated Audit | $882.00 | 1.0 | $ 882.00 |
| Tom Kalinosky | Audit Specialist | 20+ | Integrated Audit | $609.00 | 9.0 | $ 5,481.00 |
| Kevin C McGonigle | Audit Senior Manager | 10 | Integrated Audit | $619.00 | 1.9 | $ 1,176.10 |
| John E Newstead | Audit Senior Manager | 10+ | Integrated Audit | $355.00 | 34.5 | $ 12,247.50 |
| David C Lloyd | Audit Senior Manager | 14 | Integrated Audit | $355.00 | 45.8 | $ 16,259.00 |
| Jody Beth Underhill | Tax Senior Manager | 20 | Integrated Audit | $301.00 | 12.3 | $ 3,702.30 |
| Sandra David | Audit Manager | 7 | Integrated Audit | $269.00 | 37.7 | $ 10,141.30 |
| Ryan Grady | Audit Manager | 4 | Integrated Audit | $245.00 | 79.2 | $ 19,404.00 |
| Pamela Reinhardt | Audit Senior Associate | 3 | Integrated Audit | $185.00 | 172.5 | $ 31,912.50 |
| Yuan Helen Deng | Audit Senior Associate | <3 | Integrated Audit | $228.00 | 16.0 | $ 3,648.00 |
| Francois C Barnard | Audit Manager | 7 | Integrated Audit | $257.00 | 35.7 | $ 9,174.90 |
| Maria Afuang | Audit Senior Associate | 4 | Integrated Audit | $185.00 | 81.7 | $ 15,114.50 |
| Cindy Y Chen | Audit Senior Associate | 2 | Integrated Audit | $191.00 | 141.7 | $ 27,064.70 |
| Jaeki Chang | Audit Senior Associate | 5 | Integrated Audit | $191.00 | | $ 1,910.00 |

| Name | Title | Years | Area | Rate | Hours | Total |
|---|---|---|---|---|---|---|
| | | | | | 10.0 | |
| Thet Maung | Audit Senior Associate | > 7 | Integrated Audit | $197.00 | 7.0 | $ 1,379.00 |
| Hadir El Fardy | Audit Senior Associate | >5 | Integrated Audit | $197.00 | 12.0 | $ 2,364.00 |
| William Paterson | Audit Senior Associate | 7 | Integrated Audit | $191.00 | 47.8 | $ 9,129.80 |
| Majid Khan | Audit Senior Associate | >6 | Integrated Audit | $271.00 | 122.0 | $ 33,062.00 |
| Matthew G Bosseler | Audit Senior Associate | 9 | Integrated Audit | $203.00 | 2.0 | $ 406.00 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $106.00 | 118.7 | $ 12,582.20 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $125.00 | 153.7 | $ 19,212.50 |
| Michael McDonnell | Audit Senior Associate | 3 | Integrated Audit | $172.00 | 176.0 | $ 30,272.00 |
| Jonathan Fish | Audit Associate | 2 | Integrated Audit | $252.00 | 40.0 | $ 10,080.00 |
| Christopher W Park | Audit Associate | 2 | Integrated Audit | $138.00 | 9.7 | $ 1,338.60 |
| Moon Y Park | Audit Associate | <1 | Integrated Audit | $133.00 | 95.9 | $ 12,754.70 |
| Lauren Misler | Audit Associate | 2 | Integrated Audit | $172.00 | 165.0 | $ 28,380.00 |
| Thomas S Masterson | Audit Associate | <1 | Integrated Audit | $141.00 | 29.0 | $ 4,089.00 |
| Brian F Merrick | Audit Associate | >1 | Integrated Audit | $153.00 | 17.6 | $ 2,692.80 |
| Solomon O Akinyele | Audit Associate | >1 | Integrated Audit | $125.00 | 20.0 | $ 2,500.00 |
| Claudio Lee | Audit Associate | <1 | Integrated Audit | $133.00 | 6.8 | $ 904.40 |
| Cathryn A Rodger | Audit Associate | <1 | Integrated Audit | $125.00 | 39.0 | $ 4,875.00 |
| Lyndsay B Signori | Audit Associate | 1 | Integrated Audit | $125.00 | 72.0 | $ 9,000.00 |
| Colin A Baker | Audit Associate | <1 | Integrated Audit | $112.00 | 8.0 | $ 896.00 |
| Charles W Melko | Audit Associate | 3 | Integrated Audit | $125.00 | 7.2 | $ 900.00 |
| Nicholas P Barrett | Audit Associate | 1 | Integrated Audit | $138.00 | 88.5 | $ 12,213.00 |
| Charles Hopper | Audit Associate | 1 | Integrated Audit | $106.00 | 158.8 | $ 16,832.80 |
| Benjamin P Ayers | Audit Associate | <1 | Integrated Audit | $112.00 | 12.0 | $ 1,344.00 |
| Meghan C Moran | Audit Associate | >1 | Integrated Audit | $138.00 | 40.0 | $ 5,520.00 |
| Danielle Bartlett | Audit Associate | 1 | Integrated Audit | $125.00 | 7.0 | $ 875.00 |
| Amy K Green | Audit Associate | <1 | Integrated Audit | $106.00 | 70.5 | $ 7,473.00 |

| | | TOTAL | | | 2,240.8 | $ 412,610.00 |
|---|---|---|---|---|---|---|

**Time Spent Tracking Time for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

| | | | |
|---|---|---|---|
| **Totals** | **12.0** | | $ 1,176.00 |

**Summary of PwC's Fees By Project Category:
October 2005**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 12.0 | $1,176.00 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- Expenses | | |
| 24-Other | | |

| | | |
|---|---|---|
| **25-Accounting/Auditing** | **2,240.8** | **$412,610.00** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **2,252.8** | **$413,786.00** |

## Expense Summary
## October 2005

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | N/A | $21,789.44 |
| **Lodging** | N/A | $5,831.18 |
| **Sundry** | N/A | $621.54 |
| **Business Meals** | N/A | $2,405.34 |
| **TOTAL:** | | $30,647.50 |