## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: January 10, 2006 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## FORTY-NINTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/370188

# EXHIBIT A
**(Fee Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 7, 2005

Bill Number 87255

File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through October 31, 2005

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 10/03/05 | MTM | Review memos and lists for boxes in Cambridge to locate lists of certain medical records. | 0.90 Hrs | $198.00 |
| 10/03/05 | ARA | Receipt of documents from MTM (.2); quality control documents (.5). | 0.70 Hrs | $66.50 |
| 10/04/05 | MTM | Review Cambridge medical records list (1.1); telephone call to ARA re: current location of medical records boxes (.2); review binders re: which medical records boxes sent to Holme Roberts (1.4) | 2.70 Hrs | $594.00 |
| 10/04/05 | ARA | Conference with MTM re: documents sent to Holme Roberts (.2); review Winthrop Square information binders re: same (1.5). | 1.70 Hrs | $161.50 |
| 10/05/05 | RAM | Conference with MTM re: workers' compensation files and medical records (.1). Read updated bankruptcy court docket entries to select documents to read (.1). | 0.20 Hrs | $50.00 |
| 10/05/05 | MTM | Complete review of certain medical records at Cambridge (1.0); conference with RAM re: same (.1). | 1.10 Hrs | $242.00 |
| 10/05/05 | ARA | Quality control previously privileged documents (.6), workers' compensation documents (.8), and documents produced in O.M. Scott production (1.5). | 2.90 Hrs | $275.50 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 10/06/05 | RAM | Read selected documents filed in bankruptcy court. | 0.50 Hrs | $125.00 |
| 10/06/05 | MTM | Email to in-house counsel re: medical records (.3); receipt and review of email from in-house counsel re: same (.2); letter to in-house counsel re: same (.4). | 0.90 Hrs | $198.00 |
| 10/13/05 | RAM | Emails from/to MTM re: what, if any, attorney work product exists re: testing of certain products. | 0.10 Hrs | $25.00 |
| 10/13/05 | MTM | Telephone call from in-house counsel re: search for sales of concentrate to various companies (.1); receipt and review of list of same (.2); review of email from K&E counsel re: prior work on product testing (.2). | 0.50 Hrs | $110.00 |
| 10/14/05 | RAM | Telephone conference with MTM re: air and bulk sample tests. | 0.20 Hrs | $50.00 |
| 10/14/05 | DBM | Discussion with and email to MTM re: air and bulk sampling analyses. | 0.20 Hrs | $45.00 |
| 10/14/05 | MTM | Conference with RAM re: email from K&E counsel re: product testing (.2); review binder re: bulk and air sampling re: same (.8); email to Reed Smith paralegal re: same (.4); conference with DBM re: same (.2); review ore shipment binders re: sales to certain companies (1.2). | 2.80 Hrs | $616.00 |
| 10/17/05 | RAM | Telephone call from in-house counsel that Grace has been served with discovery requests from asbestos creditors' committee; will send copies. | 0.05 Hrs | No charge |
| 10/17/05 | MTM | Email to in-house counsel re: results of search for sales of vermiculite concentrate to certain companies (.2); work on identifying prior collections of product testing for K&E counsel (.5); search Winthrop Square for collection of same (1.5); review document binder re: 1994 project re: same (.6); search for memos re: 1994 project (.4); email to Holme Roberts paralegal re: product test results project (.2). | 3.40 Hrs | $748.00 |
| 10/17/05 | ARA | Conference with MTM re: location of certain test documents and confirm their location in the repository (1.0). Per MTM's request, review standard exhibit list re: number of exhibits re: certain product tests (.7). | 1.70 Hrs | $161.50 |
| 10/18/05 | RAM | Receive discovery requests from in-house counsel and forward to DBM and MTM (.1); read requests (.7); conferences with DBM and MTM re: same (.3). | 1.10 Hrs | $275.00 |
| 10/18/05 | MTM | Receipt and review of email from Holme Roberts counsel re: product testing collections (.2); receipt and review of interrogatories and document requests from personal injury creditors committee (1.5); conference with RAM re: same (.2); locate product lists re: same (.9); review product lists re: same (.7); receipt and review of email from K&E paralegal requesting certain expert testimony | 4.00 Hrs | $880.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| <u>Date</u> | <u>Atty</u> | <u>Description</u> | <u>Time</u> | <u>Value</u> |
|---|---|---|---|---|
| | | binders (.3); telephone call to ARA re: same (.2). | | |
| 10/18/05 | ARA | Per MTM's instructions, locate and inventory expert witness binders per Kirkland & Ellis request (3.0). Document control (1.0). | 4.00 Hrs | $380.00 |
| 10/19/05 | RAM | Telephone call from in-house counsel to arrange meeting with K&E attorney to discuss discovery responses. | 0.10 Hrs | $25.00 |
| 10/19/05 | MTM | Continue to work on responses to discovery requests (1.3); conference with DBM re: same (.1); conference with ARA re: library materials inventory re: same (.4); review witness binders before sending to copier (1.0); review library inventory at Winthrop Square re: discovery request (.5); look for RFA library at Winthrop Square re: same (.7); review inventories of patent boxes at Winthrop Square (.9); review files re: prior legal department vault review re: acquisition and sale of companies (1.2). | 6.10 Hrs | $1,342.00 |
| 10/19/05 | ARA | Prepare copy set of O.M. Scott production to send to Recordkeeper (1.5). Per MTM's request, locate library materials inventories and produce copy of inventory to MTM (1.7). Telephone call to MTM to discuss library materials and other documents (.4); review library inventories (.5). Per MTM's request, search for RFAs (.4). Per MTM's instructions, arrange for pick up by Merrill of the expert witness binders (.3); discuss instructions/procedures with, and oversee pick up by, Merrill (1.0); note to the file re: same (.5). | 6.30 Hrs | $598.50 |
| 10/20/05 | RAM | Read updated bankruptcy court docket entries to select documents to read (.3). Read selected documents filed in bankruptcy court (.5). Conference with MTM and telephone conference with in-house counsel re: meeting next week with K&E attorney re: discovery requests (.1). | 0.90 Hrs | $225.00 |
| 10/20/05 | MTM | Continue to work on responses to discovery requests (.3); conference with ARA re: finding certain documents in repository re: same (.2); email from Reed Smith paralegal re: product testing collections (.2). | 0.70 Hrs | $154.00 |
| 10/20/05 | ARA | Conference with MTM re: review of boxes of documents for any re: certain companies (.2); review documents re: same (6.5). | 6.70 Hrs | $636.50 |
| 10/21/05 | RAM | Read selected documents filed in bankruptcy court. | 0.90 Hrs | $225.00 |
| 10/21/05 | MTM | Work on discovery responses (1.0); receipt and review of emails from Reed Smith to Kirkland & Ellis re: testing document collection (.2). | 1.20 Hrs | $264.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 10/21/05 | ARA | Continue review of documents for certain companies (3.3). Retrieve library materials inventory for Winthrop Square information binder and update binder (2.3). | 5.60 Hrs | $532.00 |
| 10/23/05 | RAM | Read emails re: compilations of certain products test results. | 0.10 Hrs | $25.00 |
| 10/24/05 | RAM | Prepare for (.5) and meet with DBM and MTM to discuss responses to discovery requests (1.4). | 1.90 Hrs | $475.00 |
| 10/24/05 | DBM | Conference with MTM and RAM in preparation for Wednesday's meeting and analysis of bankruptcy interrogatories and request for production of documents. | 1.40 Hrs | $315.00 |
| 10/24/05 | MTM | Conference with ARA re: documents re: response to discovery requests (.2); review binder of files in storage re: patents and RFA library (.7); review copies of binders for various experts requested by K&E (.6); letter to K&E paralegal re: same (.2); meeting with RAM and DBM re: discovery requests (1.4); conference with ARA re: scope of 1994 legal department vault re-review (.3); review files re: 1994 vault re-review re: discovery request (1.4). | 4.80 Hrs | $1,056.00 |
| 10/24/05 | ARA | Receipt and quality control of expert witness binders from Merrill Corp. re: Kirkland & Ellis request (.4). Per RAM's request, search for historical local counsel lists (.5); Per MTM's request, review Winthrop Square binders for Patent Dept. boxes (1.9). Locate insurance letters ; telephone call to MTM re: same (.2). Review binders to locate binders for non-CPD companies , per MTM's request (1.0). | 4.00 Hrs | $380.00 |
| 10/25/05 | RAM | Telephone conference with in-house counsel re: tomorrow's meeting (.1); conference with MTM to prepare for tomorrow's meeting to discuss discovery requests (.1). Read selected documents filed in bankruptcy court (1.2). Read former employee's memo and advise MTM that paralegals did not redact documents during initial review years ago which were put in the repository (.2). | 1.60 Hrs | $400.00 |
| 10/25/05 | DBM | Locate comprehensive answers to interrogatories for use in responding to bankruptcy discovery requests. | 1.00 Hrs | $225.00 |
| 10/25/05 | MTM | Review emails to and from Holme Roberts attorney re: scope of trade secret guidelines during recent review (.3); email to Holme Roberts counsel re: same (.4); review file re: product affidavit filed in property damage action re: discovery responses (.6); review emails from in-house counsel re: production of database to property damage creditors' committee counsel (.3); email to in-house counsel re: same (.2); locate most complete product appendix re: answers to interrogatories (.8); | 4.90 Hrs | $1,078.00 |

Page 4

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| | | review binders re: any possible contract unit re: discovery responses (.9); review RFA library from Winthrop Square (.6); telephone call to ARA re: same (.2); receipt and review of email and redacted attachments from Kirkland Ellis counsel and conference with RAM re: same (.4); telephone call to ARA re: search for originals (.2). | | |
| 10/25/05 | ARA | Return MTM's call; locate and review RFA responses (1.0). Arrange for responses, information binders and binders for certain companies to be sent to the firm (1.2). Review resource binders to locate materials re: certain companies (2.0). Per MTM's call, locate original of redacted document in the production set (.5). | 4.70 Hrs | $446.50 |
| 10/26/05 | RAM | Meet with in-house counsel, Kirkland & Ellis attorney and MTM to discuss discovery requests and responses. | 7.00 Hrs | $1,750.00 |
| 10/26/05 | DBM | Search for documents in preparation for meeting on bankruptcy document requests. | 0.30 Hrs | $67.50 |
| 10/26/05 | MTM | Meeting with in-house counsel, RAM and Kirkland Ellis counsel re: discovery from PI creditors committee (7.0); work on discovery responses (1.3). | 8.30 Hrs | $1,826.00 |
| 10/26/05 | ARA | Per DBM, search for and review MA federal pleading boards for any references to job sites (1.3). Document control (3.4). | 4.70 Hrs | $446.50 |
| 10/27/05 | MTM | Work on discovery responses (.9); search for historical local counsel list re: same (.2); review document binders re: document retention memos (1.2); telephone call to ARA re: RAM's Montana testimony (.2) locate prior confidentiality agreement for work product lists to repository (.6); email from K&E counsel re: letter books (.2); email to K&E counsel re: confidentiality agreement (.3). | 3.60 Hrs | $792.00 |
| 10/27/05 | ARA | Produce MA pleading boards to DBM (.6). Telephone call to and from MTM re: search for and locate RAM trial testimony (in MT); review and discuss (.3). Quality control attorney review documents (5.9). | 6.80 Hrs | $646.00 |
| 10/28/05 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.70 Hrs | $175.00 |
| 10/28/05 | MTM | Work on responses to discovery requests (6.2); telephone call to in-house counsel re: coordinating such responses with discovery produced in property damage action (.2); email to Grace employee in Cambridge re: the number of boxes in dead storage and recordkeeper and lists to same (.3); email to Holme Roberts counsel re: same (.4). | 7.10 Hrs | $1,562.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 10/28/05 | ARA | Produce RAM's trial testimony binder to MTM and discuss same (.5). Return RFA response and vermiculite binders to the resource library (.8). | 1.30 Hrs | $123.50 |
| 10/31/05 | RAM | Conference with MTM re: responding to discovery requests (.1). Read and respond to DBM re: document searches to answer discovery requests (.1). Read and respond to emails re: document repository and search capability (.3). Read selected documents filed in bankruptcy court (1.2). | 1.70 Hrs | $425.00 |
| 10/31/05 | DBM | Search for documents per MTM (.5); search for variants of redacted document for MTM (.2); search for creditors' committee documents in response to first request for production of documents (2.7). | 3.40 Hrs | $765.00 |
| 10/31/05 | MTM | Receipt and review of email from in-house counsel re: production of repository database to property damage counsel (.3); telephone call from K&E counsel re: discovery responses (.3); work on same (1.5); conference with RAM re: same (.1); telephone call to Grace employee re: document volume and organization of dead storage materials (.5); telephone call to Holme Roberts counsel re: scope of review and other discovery issues (.4); telephone call from K&E counsel re: conference call tomorrow (.1); review list of Boulder boxes to identify any potentially needing review for responses to current discovery (3.9) | 7.10 Hrs | $1,562.00 |
| | | TOTAL LEGAL SERVICES | | $23,744.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 17.00 Hrs | 250/hr | $4,250.00 |
| ROBERT A. MURPHY | 0.05 Hrs | 250/hr | No charge |
| DONNA B. MACKENNA | 6.30 Hrs | 225/hr | $1,417.50 |
| MATTHEW T. MURPHY | 60.10 Hrs | 220/hr | $13,222.00 |
| ANGELA R. ANDERSON | 51.10 Hrs | 95/hr | $4,854.50 |
| | 134.55 Hrs | | $23,744.00 |

Mark A. Shelnitz

|  |  |
|---|---|
| TOTAL THIS BILL | $23,744.00 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 7, 2005

Bill Number 87256

File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## LEGAL SERVICES

Through October 31, 2005

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 10/25/05 | RAM | Work on September fee application. | 0.60 Hrs | $150.00 |
| 10/31/05 | RAM | Work on September fee application. | 0.70 Hrs | $175.00 |
| | | TOTAL LEGAL SERVICES | | $325.00 |

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 1.30 Hrs | 250/hr | $325.00 |
| | 1.30 Hrs | | $325.00 |

TOTAL THIS BILL    $325.00