**EXHIBIT B**
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 7, 2005

Bill Number 87257

File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through October 31, 2005

| | | |
|---|---|---|
| EXCESS POSTAGE | | $1.29 |

BOSTON CAB ASSOCIATION

| | | | |
|---|---|---|---|
| 10/21/05 | To Winthrop Square from Casner and Edwards on 9/15/05 by RM | 10.05 | |
| | | | $10.05 |

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 10/21/05 | To W R Grace in-house counsel from Casner and Edwards on 9/22/05 by MTM | 27.90 | |
| 10/21/05 | To Kirkland & Ellis LLP from Casner and Edwards on 9/26/05 by MTM | 93.02 | |
| 10/21/05 | To W R Grace in-house counsel from Casner and Edwards on 9/28/05 by RAM | 16.41 | |
| | | | $137.33 |

PACER ONLINE SEARCH

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through October 31, 2005

### PACER ONLINE SEARCH

| | | |
|---|---|---|
| 10/31/05 | 9.75 | |
| | | $9.75 |

### OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 10/06/05 | MERRILL COMM -9/16/05-Workers Comp documents to send to in-house counsel | 375.51 | |
| 10/06/05 | MERRILL COMM - Balance of worker's comp. documents requested by in-house counsel (9/22/05). | 22.11 | |
| 10/06/05 | MERRILL COMM -Copies of witness binders requested by Kirkland & Ellis. | 1,526.05 | |
| | | | $1,923.67 |

### PHOTOCOPYING

| | | | |
|---|---|---|---|
| 10/04/05 | 1 copies at .12 per copy | 0.12 | |
| 10/04/05 | 38 copies at .12 per copy | 4.56 | |
| 10/04/05 | 12 copies at .12 per copy | 1.44 | |
| 10/06/05 | 24 copies at .12 per copy | 2.88 | |
| 10/18/05 | 15 copies at .12 per copy | 1.80 | |
| 10/25/05 | 92 copies at .12 per copy | 11.04 | |
| 10/25/05 | 8 copies at .12 per copy | 0.96 | |
| 10/26/05 | 82 copies at .12 per copy | 9.84 | |
| 10/31/05 | 77 copies at .12 per copy | 9.24 | |
| 10/31/05 | 83 copies at .12 per copy | 9.96 | |
| | | | $51.84 |

### TELEPHONE

| | | | | |
|---|---|---|---|---|
| 10/24/05 | 138 | 7349969455 | 1.10 | |
| 10/31/05 | 329 | 3038660408 | 3.30 | |
| 10/31/05 | 329 | 5613622800 | 0.66 | |
| | | | | $5.06 |

### RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 10/04/05 | BOSTON CAPITAL INSTITUTE-Rent and utilities for document repository at One Winthrop Square - October 2005. | 13,407.14 | |
| | | | $13,407.14 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through October 31, 2005

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 10/06/05 | RECORDKEEPER ARCHIVE-Monthly storage fee | 398.40 | |
| | | | $398.40 |
| | TOTAL DISBURSEMENTS | | $15,944.53 |
| | TOTAL THIS BILL | | $15,944.53 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 7, 2005

Bill Number 87258
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## DISBURSEMENTS

Through October 31, 2005

### FEDERAL EXPRESS

| | | |
|---|---|---|
| 10/21/05 | To Pachulski Stang Ziehl Young, Scotta McFarland from Casner and Edwards on 9/30/05 by RAM | 13.62 |
| | | $13.62 |

### PHOTOCOPYING

| | | |
|---|---|---|
| 10/11/05 | 54 copies at .12 per copy | 6.48 |
| | | $6.48 |
| | TOTAL DISBURSEMENTS | $20.10 |

Page 1

Mark A. Shelnitz

|  |  |
|---|---|
| TOTAL THIS BILL | $20.10 |