**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: December 19, 2005 at 4:00 p.m.** |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 11201**

The undersigned hereby certifies that, as of the date hereof, she has received no answer,

objection or other responsive pleading to the Fifty-Second Interim Application of Bilzin

Sumberg Baena Price & Axelrod, LLP (the "Applicant") for Compensation for Services

Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos

Property Damage Claimants for the Period from October 1, 2005 through October 31, 2005 ("the

Application"). The undersigned further certifies that she has caused the Court's docket in this

case to be reviewed and no answer, objection or other responsive pleading to the Application

appears thereon. Pursuant to the Application, objections to the Application were to be filed and

served no later than December 19, 2005 at 4:00 p.m.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331

Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors

are authorized to pay the Applicant $351,199.20 which represents 80% of the fees ($438,999.00)

and $563,135.65 which represents 100% of the expenses requested in the Application for the

period October 1, 2005 through October 31, 2005 upon the filing of this certification and without

the need for entry of a Court order approving the Application.


Dated:  December 20, 2005                              Scott L. Baena, Esquire
                                                       Jay M. Sakalo, Esquire
                                                       Allyn S. Danziesen, Esquire
                                                       BILZIN, SUMBERG, BAENA, PRICE
                                                        & AXELROD, LLP
                                                       2500 Wachovia Financial Center
                                                       200 South Biscayne Boulevard
                                                       Miami, FL 33131-2336
                                                       Tel:    (305) 374-7580
                                                       Fax:    (305) 374-7593

                                                       -and-

                                                       FERRY, JOSEPH & PEARCE, P.A.

                                                        /s/ Lisa L. Coggins
                                                       Michael B. Joseph (No. 392)
                                                       Theodore J. Tacconelli (No. 2678)
                                                       Lisa L. Coggins (No. 4234)
                                                       824 Market Street, Suite 904
                                                       P.O. Box 1351
                                                       Wilmington, DE. 19899
                                                       Tel:    (302) 575-1555
                                                       Fax:    (302) 575-1714

                                                       Co-Counsel to the Official Committee of Asbestos
                                                       Property Damage Claimants