IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*,[1] | Case No. 01-1139 (JKF)<br>Jointly Administered |
| Debtors. | Re: Docket Nos. 9301, 11023 |

### CERTIFICATION OF COUNSEL REGARDING MODIFICATION OF THE CASE MANAGEMENT ORDER FOR THE ESTIMATION OF ASBESTOS PERSONAL INJURY LIABILITIES

1    At the December 19, 2005 hearing, the Official Committee of Asbestos Personal Injury Claimants (the "PI Committee") made an oral application to modify the case management order for the estimation of asbestos personal injury liabilities (the "CMO") [Docket No. 9301]. Specifically, the PI Committee requested a sixty-day extension of the deadline for holders of Asbestos PI Pre-Petition Litigation Claims[2] to respond to the Questionnaire. The Court granted the request.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the CMO.

{D0052368:}

2.  There was a discussion at the December 19, 2005 hearing that additional dates contained in the CMO would need to be revised as a result of this 60-day extension. Counsel to the PI Committee and Debtors have discussed these revisions and will submit, at a later date, a revised Order to modify the CMO. However, the PI Committee and the Debtors have agreed to submit an Order at this time which also seeks modification of the deadline for the exchange of preliminary designations of non-expert witnesses from December 22, 2005 to January 10, 2006. Proceeding in this manner allows this attached proposed order to be filed and considered by the Court as soon as possible

3.  Counsel to the Debtors have reviewed the attached proposed order and do not have an objection thereto.

> CAPLIN & DRYSDALE, CHARTERED
> Elihu Inselbuch
> 375 Park Avenue, 35th Floor
> New York, NY 10022
>
> Peter Van N. Lockwood
> Nathan D. Finch
> One Thomas Circle, N.W
> Washington, D.C. 20005
>
> and
>
> CAMPBELL & LEVINE, LLC
>
> _____
> Marla R. Eskin (Bar No. 2989)
> Mark T. Hurford (Bar No. 3299)
> 800 N. King Street, Suite 300
> Wilmington, DE 19801
> Telephone:   (302) 426-1900
> Telefax:      (302) 426-9947
>
> Co-Counsel for the Official Committee
> of Asbestos Personal Injury Claimants