## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re:  Docket Nos. 9301, 11023 |

### ORDER MODIFYING THE CASE MANAGEMENT ORDER
### FOR THE ESTIMATION OF ASBESTOS PERSONAL INJURY
### LIABILITIES REGARDING THE EXTENTION OF TIME FOR
### CLAIMANTS TO RESPOND TO QUESTIONNAIRES
### AND TO DESIGNATE NON-EXPERT WITNESSES

WHEREAS, on August 29, 2005 the Court entered a Case Management Order for

the Estimation of Asbestos Personal Injury Liabilities ("CMO") (D.I. 9301); and

WHEREAS, the CMO directed persons who hold Asbestos PI Pre-Petition

Litigation Claims against any of the Debtors to complete and serve the Questionnaire

(attached as Exhibit A to D.I. 9301) on or before January 12, 2005 at 5:00 p.m. Eastern

Standard Time; and

WHEREAS, counsel to the Official Committee of Asbestos Personal Injury

Claimants made an oral application to this Court on December 19, 2005 to extend the

time for holders of Asbestos PI Pre-Petition Litigation Claims to respond to the

Questionnaire by sixty (60) days;

IT IS HEREBY:

1.      ORDERED that the time for holders of Asbestos PI Pre-Petition Litigation

Claims to complete and serve the Questionnaire is extended to March 13, 2005 at 5:00

p.m. Eastern Standard Time; and it is further

2.      ORDERED that the time for the exchange of preliminary designations of non-expert witnesses is extended from December 22, 2005 to January 10, 2006; and it is further

3.      ORDERED that an additional Order modifying the CMO will be submitted, modifying the future dates accordingly; and it is further

4.      ORDERED that within ten (10) days of the entry of this Order, the Debtors will serve the Order upon all parties who have received the Questionnaire.


Dated: _____, 2005


_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge