IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Deadline: January 10, 2006 @ 4:00 pm |
| | ) | Hearing Date: January 30, 2006 @ 12:00 pm |

## NOTICE OF MOTION OF
## ANDERSON MEMORIAL HOSPITAL FOR LIMITED RELIEF
## FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

TO: THE PARTIES ON THE ATTACHED SERVICE LIST

Anderson Memorial Hospital ("Anderson") has filed a Motion For Limited Relief From Automatic Stay which seeks a narrow Order from this Court that lifts the automatic stay for the sole purpose of making a petition to the South Carolina Court of Common Pleas, the Honorable John C. Hayes, III, to unseal the record from the class certification proceedings conducted in Anderson Memorial Hospital v. W.R. Grace & Co., et al., 92-CP-25-279.

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(e)) to the attached motion on or before January 10, 2006 at 4:00 p.m.

At the same time you must also serve a copy of the response upon Anderson's attorneys:

| | |
|---|---|
| Christopher D. Loizides, Esquire (No. 3968) | Daniel A. Speights, Esquire |
| Michael J. Joyce, Esquire (No. 4563) | Marion C. Fairey, Jr., Esquire |
| Loizides & Associates | Speights & Runyan |
| 1225 King Street, Suite 800 | 200 Jackson Avenue East |
| Wilmington, DE 19801 | P. O. Box 685 |
| | Hampton, SC 29924-0685 |

**ANY RESPONSE MUST BE FILED AND SERVED TOGETHER WITH A CERTIFICATE OF SERVICE ON OR BEFORE JANUARY 10, 2006 AT 4.00 p.m.**

**FAILURE TO TIMELY FILE AND SERVE A RESPONSE WILL RESULT IN AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

**A HEARING ON THE MOTION WILL BE HELD ON JANUARY 30, 2006 AT 12:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, WILMINGTON, DE 19801.**

Dated: December 22, 2005

/s/ Christopher D. Loizides

Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
Email: loizides@loizides.com

-- and --

Daniel A. Speights (SC Fed. ID No. 4252)
Marion C. Fairey, Jr. (SC Fed. ID No. 6101)
SPEIGHTS & RUNYAN
200 Jackson Avenue East
P.O. Box 685
Hampton, SC 29924
Telephone: (803) 943-4444
Facsimile: 803) 943-4599

*Counsel for Anderson Memorial Hospital*