IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Deadline: January 10, 2006 @ 4:00 pm |
| | ) | Hearing Date: January 30, 2006 @ 12:00 pm |
| | ) | |
| | ) | Re: Docket No. _____ |
| | ) | |

## ORDER GRANTING LIMITED RELIEF FROM §362 AUTOMATIC STAY

IT IS HEREBY ORDERED that the motion of Anderson Memorial Hospital for limited relief from the §362 automatic stay is hereby GRANTED, and that the §362 stay is hereby lifted for the limited purpose of allowing Anderson Memorial Hospital to petition the Honorable John C. Hayes, III to unseal the record in the case styled <u>Anderson Memorial Hospital v. W. R. Grace & Co., et al.</u>, 92-CP-25-279 (Ct. Com. Pleas, Hampton County, SC) for use in these proceedings. This Court shall retain jurisdiction over the parties.

DATED: _____

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge