IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | **Chapter 11** |
| | ) | |
| W. R. Grace & Co., et al., | ) | **Case No. 01-01139 (JKF)** |
| | ) | **Jointly Administered** |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on the 22nd day of December, 2005, I did cause to be served true and correct copies of the foregoing **Anderson Memorial Hospital's Motion for Limited Relief from Automatic Stay** on the parties listed on the attached service list as indicated thereon.

Dated: December 22, 2005

Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:         loizides@loizides.com

## 2002 SERVICE LIST

## VIA FIRST CLASS MAIL

Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub, PC
919 No. Market Street, 16th Floor
Wilmington, DE 19801

Hamid R. Rafatjoo, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub
10100 Santa Monica Bl., Suite 1100
Los Angeles, CA 90067-4100

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

Marla Rosoff Eskin, Esquire
Campbell & Levine, LLC
800 King St., Suite 300
Wilmington, DE 19801

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 No. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Anton Volovsek
Rt2 – Box 200 #42
Kamiah, ID 83536-9229

Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Robert J. Dehney
Michael G. Busenkell
Morris, Nichols Arsht & Tunnell
1201 No. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Francis A. Monaco, Jr., Esquire
Walsh, Monzack & Monaco, P.A.
1201 No. Orange Street, Suite 400
Wilmington, DE 19801

Frederick B. Rosner, Esquire
Jaspan Schlesinger Hoffman LLP
913 No. Market Street, 12th Floor
Wilmington, DE 19801

Joseph Grey, Esquire
Stevens & Lee, PC
1105 No. Market Street, 7th Floor
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Duane Morris & Heckscher, LLP
1100 No. Market Street, Suite 1200
Wilmington, DE 19801-1246

Laurie Selber Silverstein, Esquire
Monica Leigh Loftin, Esquire
Potter Anderson & Corroon LLP
1313 No. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2207
Lockbox 35
Wilmington, DE 19801

Todd C. Schiltz, Esquire
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903-7040

Adam G. Landis, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

John D. Demmy, Esquire
Stevens & Lee, P.C.
1105 No. Market Street, 7th Floor
Wilmington, DE 19801

David M. Fournier, Esquire
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

Eric Lopez Schnabel, Esquire
James H. Joseph, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

William D. Sullivan, Esquire
Buchanan Ingersoll PC
1007 No. Orange Street, Suite 1110
Wilmington, DE 19801-1236

James Sottile, Esquire
Zuckerman Spaeder LLP
1800 "M" Street, NW, Suite 1000
Washington, D.C. 20036-5802

Thomas G. Whalen, Esquire
Stevens & Lee, PC
1105 No. Market Street, 7th Floor
Wilmington, DE 19801

Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling, PC
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Box 2207
Wilmington, DE 19899-2207

Derrick Tay, Esquire
Meighen Demers
Ogilvy Renault
Suite 3800, Royal Bank Plaza,
South Tower
Toronto, Ontario M5J 2Z4
CANADA

David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY 10004

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Scott L. Baena, Esquire
Bilzin Sumberg Baena Price &
Axelrod LLP
Wachovia Financial Center
200 So. Biscayne Blvd, Suite 2500
Miami, FL 33131

David E. Wilks, Esquire
Buchanan Ingersoll PC
1007 No. Orange St., Suite 1110
Wilmington, DE 19801

Curtis Crowther, Esquire
White and Williams LLP
824 North Market Street, Suite 902
Wilmington, DE 19801

Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309

Office of Reorganization
Securities & Exchange Commission
Suite 1000
3475 Lenox Road, N.E.
Atlanta, GA 30326-1232

Michael A. Berman, Esquire
Securities & Exchange Commission
450 Fifth Street, NW (Mail Stop 6-6)
Washington, D.C. 20549

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903-7040

James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement
Section 999
18th Street, Suite 945-North Tower
Denver, CO 80202

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan &
McGarvey PC
745 South Main
Kalispell, MT 59904

Rachel B. Mersky, Esquire
Walsh Monzack & Monaco, P.A.
1201 No. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19899-2031

James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125

Charlotte Klenke, Esquire
Schneider National, Inc.
3101 So. Packerland
P.O. Box 2545
Green Bay, WI 54306

David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C. 20005-4026

T. Kellan Grant, Esquire
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Pamela Zilly, Richard Shinder,
David Blechman, Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY 10154

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022-3852

D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher &
Flom LLP
Four Times Square
New York, NY 10036

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Nancy Worth Davis, Esquire
Ness Motley Loadhold Richardson &
Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465-1792

Steven T. Baron, Esquire
Silber Pearlman, LLP
2711 No. Haskell Avenue, 5th Floor
Dallas, TX 75204

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA 19103

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX 77002-5012

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Ira S. Greene, Esquire
Squadron Ellenoff Plesent &
Sheinfeld, LLP
875 Third Avenue
New York, NY 10022-6225

James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NJ 08736

Alan Kolod, Esquire
Moses & Singer LLP
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6076

Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street, 4th Floor
New York, NY 10006

John P. Dillman, Esquire
Linebarger Goggan Blair &
Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

Sander L. Esserman, Esq.
Stutzman Bromberg Esserman &
Plifka, PC
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689

Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, MA 02110-2624

Josiah Rotenberg
Lazard Freres & Co. LLC
30 Rockefeller Plaza, 60th
New York, NY 10020

Jan M. Hayden, Esquire
William H. Patrick, Esquire
Heller Draper Hayden Patrick &
Horn, LLC
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD 21226-1595

Joseph F. Rice, Esquire
Ness Motley Loadholt Richardson &
Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465-1792

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA 19030

Paul M. Matheny
The Law Offices of Peter G.
Angelos, PC
5905 Harford Rd.
Baltimore, MD 21214

Michael J. Urbis
Jordan, Hyden, Womble & Culbreth,
P.C.
2390 Central Blvd, Suite G
Brownsville, TX 78520

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ 07663

Russell W. Budd, Esquire
Alan B. Rich, Esquire
Baron & Budd, P.C.
3102 Oak Lawn Avenue
P.O. Box 8705
Dallas, TX 75219-8705

Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan Hyden Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

Charles E. Gibson, III, Esquire
Attorney at Law
620 North Street, Suite 100
Jackson, MS 39202

Courtney M. Labson, Esquire
The Mills Corporation
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA 22209

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH 43506

Elizabeth S. Kardos, Esquire
Gibbons, Del Deo, Dolan Griffinger & Vecchione PC
One Riverfront Plaza
Newark, NJ 07102-5497

Thomas J. Noonan, Jr.
c/o R&S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928

Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

William E. Frese, Esquire
Attn: Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ 07101-0570

Paul M. Baisier, Esquire
Seyfarth Shaw
1545 Peachtree Street, Suite 700
Atlanta, GA 30309

Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY 11530

Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite #600
Houston, TX 77017

Kimberly W. Osenbaugh, Esquire
Preston Gates & Ellis LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104

Credit Lyonnais
1301 Avenue of the Americas
New York, NY 10019-0602

State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
101 E. Town Street, 2nd Floor
Columbus, OH 43215

Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Robert Jacobs, Esquire
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899-1271

Meridee Moore
Kirsten Lynch
Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 1325
San Francisco, CA 94111

John M. Klamann
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS 66210

Joseph T. Kremer, Esquire
Lipsitz Green Fahringer Roll Salisbury & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202

Paul D. Henderson, Esquire
Paul D. Henderson, P.C.
712 W. Division
Orange, TX 77630

Robert Jacobs, Esquire
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899-1271

Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN 38103

James P. Ruggeri, Esquire
Scott A. Shail, Esquire
Hogan & Harton L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109

Daniel H. Slate, Esquire
Hughes Hubbard & Reed LLP
350 So. Grand Avenue
Los Angeles, CA 90071-3442

Andrea L. Hazzard, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102


Paul G. Sumers, Esquire
TN Atty. General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN 37202-0207


Scott Wert, Esquire
Foster & Sear, LLP
524 East Lamar Bl., Suite 200
Arlington, TX 76011


C. Randall Bupp, Esquire
Plastiras & Terrizzi
24 Professional Center Pkwy, #150
San Rafael, CA 94903


Peter S. Goodman, Esquire
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017


Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Bl., MS 35
Tallahassee, FL 32399-3000


Bart Hartman
Treasurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA 92101


David Aelvoet, Esquire
Linebarger Goggan Blair
& Sampson, LLP
Travis Park Plaza Building
711 Navarro, Suite 300
San Antonio, TX 78205

Michael H. Pinkerson, Esquire
James M. Garner, Esquire
Sher Garner Cahill Richter Klein
McAlister & Hilbert, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, LA 70112

Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ 08108-0539

Barbara M. Cook, County Solicitor
Katherine Taylor, Sr. Asst. Co. Solicitor
Howard County Office of Law
3430 Courthouse Drive
Ellicott City, MD 21043


Danice Sims
P.O. Box 66658
Baton Rouge, LA 70896-6658


M. Diane Jasinski, Esquire
Michael D. Hess
Corporation Counsel of NYC
100 Church Street, Room 6-127
New York, NY 10007


Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO 63366


Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, AZ 85007-1278


Michael T. Kay, Esquire
Nancy Draves, Esquire
The Dow Chemical Company
2030 Dow Center
Midland, MI 48674


Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
Liberty View – Suite 700
457 Haddonfield Road
Cherry Hill, NJ 08002


Ronald S. Beacher, Esquire
Pitney, Hardin, Kipp & Szuch LLP
711 Third Avenue, 20th Floor
New York, NY 10017-4014

Arthur Stein, Esquire
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ 08731-1070


Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385


Maggie De La Rosa
Provost & Umphrey Law Firm, LLP
490 Park Street
Beaumont, TX 77701


Dorine Vork, Esquire
Stibbe, P.C.
350 Park Avenue
New York, NY 10022


Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
457 Haddonfield Road, Suite 700
P.O. Box 2570
Cherry Hill, NJ 08034-2570


Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612-1413


Michael B. Willey, Esquire
Legal Services, 27th Floor
312 8th Avenue North
Nashville, TN 37243


Jeffrey L. Glatzer, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182


Thomas V. Askounis, Esquire
Askounis & Borst, P.C.
303 East Wacker Drive
Suite 1000
Chicago, IL 60601

Robert Cimino, Esquire
Suffolk County Attorney
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY 11788-0099
Attn: Diane Leonardo Beckmann

Robert T. Aulgur, Jr., Esquire
P.O. Box 617
Odessa, DE 19730

Pillsbury Winthrop LLP
One Battery Park Plaza
New York, NY 10004-1490

William H. Johnson, Esquire
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA 23510-9242

Craig Barbarosh, Esquire
Pillsbury Winthrop LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA 92626-7122

Edward B. Cottingham, Jr.
Motley Rice LLC
28 Bridgeside Blvd.
P.O. Box 1792
MT. Pleasant, SC 29465

John W. Havins, Esquire
Burt Barr Havins & O'Dea, L.L.P.
1001 McKinney, Suite 500
Houston, TX 77002

Mark Browning, Esquire
Assistant Attorney General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Leonard P. Goldberger, Esquire
White & Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395

Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL 32412-0950

Pamela H. Walters, Esquire
14910 Aldine-Westfield Road
Houston, TX 77032

DAP Products, Inc.
c/o Julien A. Hecht, Esquire
2400 Boston Street, Suite 200
Baltimore, MD 21224

Jeffrey Kaufman, Esquire
Gerald F. Ellesdorfer, Esquire
Kaufman & Logan LLP
100 Spear Street, 12th Floor
San Francisco, CA 94105

Steven B. Flancher, Esquire
Assistant Attorney General
Dept. of Atty. Gen'l. Revenue Div.
First Floor Treasury Building
Lansing, MI 48992

Julie Quagliano
Quagliano & Seeger
3243 P Street, NW
Washington, DC 20007

Judith Greenspan, Esquire
Associate Counsel
The Amalgamated Industries and Service Workers Benefit Fund
730 Broadway, Tenth Floor
New York, NY 10003-9511

Donna J. Petrone, Esquire
Exxon Mobil Chemical Company
Law Department – Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX 77079-1398

David W. Wirt, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601

Attn: Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street, 2nd Floor
Charlottesville, VA 22902

E. Katherine Wells, Esquire
South Carolina Department of Health and Environmental Control
2600 Bull Street
Columbia, SC 29201-1708

Deirdre Woulfe Pacheco, Esquire
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095-0010

Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Matthew W. Cheney, Esquire
Swidler Berlin Shereff & Friedman, LLP
3000 K Street, NW, Suite 300
Washington, D.C. 20007

Kay D. Brock, Esquire
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX 77002

Elizabeth J. Cabraser, Esquire
Lieff Cabraser Heimann & Bernstein, LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111

Scott Barker
Phelps Dodge Corporation
1 N. Central Avenue
Phoenix, AZ 85004-4464

General Motors Acceptance
Corporation
P.O. Box 5055
Troy, MI 48007-5055

Cynthia C. Hemme, Esquire
Senior Counsel
Nortel Networks, Inc.
4010 E. Chapel Hill-Nelson Hwy.
Research Triangle Park, NC 27709

Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924-0685

William F. Taylor, Jr., Esquire
McCarter & English
919 N. Market Street, 18th Floor
Wilmington, DE 19801

Missouri Department of Revenue
Bankruptcy Unit
Gary L. Barnhart
PO Box 475
Jefferson City, MO 65105-0475

Marsha A. Penn
P.O. Box 3725
Houston, TX 77253-3725

Marsha A. Penn
P.O. Box 3725
Houston, TX 77253-3725

Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Christopher R. Momjian
Senior Deputy Attorney General
I.D. No. 057482
Office of Attorney General
21 S. 12th Street, 3rd. Floor
Philadelphia, PA 19107-3603

Alan H. Katz, Esquire
Entergy Services, Inc.
693 Loyola Avenue, Suite 2600
New Orleans, LA 70113

Glen W. Morgan
Reaud, Morgan & Quinn, Inc.
40 Capitol Square, S.W.
Atlanta, GA 30334

Barry D. Kleban, Esquire
Adelman Lavine Gold and Levin
Suite 900
Four Penn Center
Philadelphia, PA 19103

Michael Selig
Westover Investments, L.L.C.
555 Old Garth Road
Charlottesville, VA 22901

Allan H. Ickowitz, Esq.
Nossaman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071

Oscar B. Fears, III
Assistant Attorney General
DACA V, LLC
Attn: Julie Bubnack
2120 W. Washington Street
San Diego, CA 92110

Sheri Levine
Amroc Investments, LLC
535 Madison Avenue, 15th Floor
New York, NY 10022

Ronald D. Gorsline
Chambliss, Bahner, & Stophel, P.C.
1000 Tallan BuildingTwo Union Square
Chattanooga, TN 37402-2552

Jon Bauer
Contrarian Capital Management, LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

Coudert Brothers
Attn: Joseph D. Farrell, Esquire and
Edward H. Tillinghast, III, Esquire
1114 Avenue of the Americas
New York, NY 10036

Margery N. Reed, Esquire
Duane, Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA 19103-7396

Darrell W. Scott
Lukins & Annis, P.S.
1600 Washington Trust Financial Center
717 West Sprague Avenue
Spokane, WA 99201-0466

Theresa L. Wasser, Esquire
Burns, White & Hickton, LLC
120 Fifth Avenue, Suite 2400
Pittsburgh, PA 15222

Michael S. Davis, Esquire
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY 10022

Stephen A. Donato, Esquire
Hancock & Estabrook, LLP
1400 MONY Tower I
P.O. Box 4976
Syracuse, NY 13221-4976

Barbara G. Billet, Esquire
Elaine Z. Cole, Esquire
NY State Dept. of Taxation & Finance
Archer & Greiner, P.C.
1300 No. Market St., Suite 700
Wilmington, DE 19801

Thomas Tew, Esquire
Jeffrey Tew, Esquire
Tew Cardenas Rebak Kellogg Lehman DeMaria Tague Raymond & Levine LLP
201 So. Biscayne Bl., Suite 2600

James E. Wimberley, Esquire
McPherson, Monk, Hughes, Bradley & Wimberley, L.L.P
3120 Central Mall Drive
Port Arthur, TX 77642

Denise A. Kuhn
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

Vahe Melkonian
Newco Management Co., LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA 91367

David W. Baddley, Esquire
Greenberg Traurig, P.A.
515 East Las Olas Bl., Suite 1500
Fort Lauderdale, FL 33301

Richard B. Spector, Esquire
Mark M. Monachino, Esquire
Corbett & Steelman
18200 Von Karman Avenue, Suite 200
Irvine, CA 92612-1086

Frederick P. Furth, Esquire
Michael P. Lehman, Esquire
Christopher L. Lebsock, Esquire
The Furth Firm, LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104

Kirk A. Patrick, III, Esquire
Donohue Patrick P.L.L.C.
1500 Bank One Centre – North Tower
4500 Laurel Street
Baton Rogue, LA 70821

Steven R. Bourne, Esquire
Nutter, McClennen & Fish, LLP
155 Seaport Blvd.
Boston, MA 02210-2604

John Preefer, Esquire
60 East 42nd St., Suite 1021
New York, NY 10165

Elio Battista, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Martha E. Romero
Law Offices of Martha E. Romero and Associates
7743 South Painter Avenue, Suite E
Whittier, CA 90602

Ronald D. Gorsline
Chambliss, Bahner & Stophel, P.C.
1000 Tallan Building
Two Union Square
Chattanooga, TN 37402-2552

Michael S. Davis, Esquire
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY 10022

Daniel J. Cohn, Esquire
Christopher M. Candon, Esquire
Cohn & Whitesell LLP
101 Arch Street
Boston, MA 02110

Charlotte Transit Center, Inc.
c/o Kennedy Covington Lobdell & Hickman, LLP
214 No. Tyron Street, 47th Floor
Charlotte, NC 28202

Robert Jacobs, Esquire
Jacobs & Crumplar, P.A.
2 East 7th Street
Wilmington, DE 19801

Bruce D. Levin, Esquire
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, MA 02110

John C. Phillips, Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Thomas G. Macauley, Esquire
Zuckerman Spaeder LLP
919 N. Market St., Suite 1705
Wilmington, DE 19801

Greif, Inc.
Attn: Credit Department
366 Greif Parkway
Delaware, OH 43015

Thomas O. Bean
Peter M. Action, Jr.
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Blvd.
Boston, MA 02210

Marc Abrams, Esquire
Willkie, Farr & Gallagher
787 Seventh Avenue
New York, NY 10019-6099

Joanne B. Wills, Esquire
Klehr Harrison Harvey Branzburg & Ellers 919 Market Street, Suite 1000
Wilmington, DE 19801

Charles Trascher, III, Esquire
Snellings Breard Sartor Inabnett & Trascher, LLP
PO Box 2055
Monroe, LA 71207-2055

Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY 14853-2601

Thomas D. Walsh, Esquire
McCarter & English, LLP
919 Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899-0111

Todd Meyers, Esquire
Kathleen M. O'Connell, Esquire
Kilpatrick Stockton, LLP
1100 Peachtree Street, #2800
Atlanta, GA 30309

General Counsel
Enron Energy Services
1400 Smith Street, EB 0889
Houston, TX 770022

| | | |
|---|---|---|
| Citadel Investment Group, L.L.C.<br>Attn: S. Jay Novatney<br>131 So. Dearborn St., 36th Floor<br>Chicago, IL 60603 | Mark Hankin<br>HanMar Associates, M.L.P.<br>P.O. Box 26767<br>Elkins Park, PA 19027 | Steven T. Davis, Esquire<br>Edmond M. George, Esquire<br>Obermayer Rebmann Maxwell & Hippel, LLP<br>One Penn Center, Suite 1900<br>1617 John F. Kennedy Bl.<br>Philadelphia, PA 19103 |
| Afshin Miraly, Esquire<br>Assistant City Solicitor<br>Law Department - City Hall<br>93 Highland Avenue<br>Somerville, MA 02143 | Lynn K. Neuner, Esquire<br>Simpson Thacher, & Bartlett<br>425 Lexington Avenue<br>New York, NY 10017-3954 | DACA V, LLC<br>Attn: Julie Bubnack<br>2120 W. Washington Street<br>San Diego, CA 92110 |
| John V. Fiorella, Esquire<br>Archer & Greiner, P.C.<br>1300 No. Market St., Suite 700<br>Wilmington, DE 19801 | Gerald G. Pecht, Esquire<br>Fulbright & Jaworski, LLP<br>1301 McKinney, Suite 5100<br>Houston, TX 77010-3095 | James J. Restivo, Esquire<br>Reed Smith LLP<br>435 Sixth Avenue<br>Pittsburgh, PA 15219 |
| Ralph R. Mabey, Esquire<br>Penrod W. Keith, Esquire<br>LeBoeuf Lamb Greene & MacRae, LLP<br>1000 Kearns Building<br>Salt Lake City, UT 84101 | Allison E. Reardon<br>Delaware Division of Revenue<br>820 No. French Street, 8th Floor<br>Wilmington, DE 19801 | Ted N. Pettit, Esquire<br>Case Bigelow & Lombardi<br>Grosvenor Center, Mauka Tower<br>737 Bishop Street, Suite 2600<br>Honolulu, HI 96813 |
| Kelley B. Gelb, Esquire<br>700 Southeast Third Av., #100<br>Fort Lauderdale, FL 33316-1186 | Christopher R. Momjian<br>Office of Attorney General<br>21 So. 12th Street, 3rd Floor<br>Philadelphia, PA 19107-3603 | Michael S. Sandberg, Esquire<br>Hellmuth & Johnson, PLLC<br>10400 Viking Drive, Suite 560<br>Eden Prairie, MN 55344 |
| Margaret A. Holland<br>Deputy Attorney General<br>NJ Atty. General's Office Division of Law<br>P.O. Box 106<br>Trenton, NJ 08625 | Jonathan D. Berger, Esquire<br>Russell Henkin, Esquire<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103-6365 | Thomas J. Quinn, Esquire<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY 10019-6829 |
| Craig A. Slater, Esquire<br>Angela M. Demerle, Esquire<br>Harter Secrest & Emery LLP<br>Twelve Fountain Plaza, Suite 400<br>Buffalo, NY 14202-2293 | Paul P. Daley, Esquire<br>George W. Shuster, Jr., Esquire<br>Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109 | Jerel L. Ellington, Esquire<br>U.S. Department of Justice<br>Environmental Enforcement Section<br>999 18th Street; #945-North Tower<br>Denver, CO 80202 |
| Rachel Jeanne Lehr<br>Deputy Attorney General<br>Office of the Attorney General<br>P.O. Box 093<br>Trenton, NJ 08625 | Nicholas J. LePore, III, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103 | Ann Beimdiek Kinsella<br>Assistant Attorney General<br>445 Minnesota Street, Suite 1200<br>St. Paul, MN 55101-2127 |
| Larry A. Feind<br>133 Peachtree Street, NE, 7th Floor<br>Atlanta, GA 30303 | Don C. Fletcher, Esquire<br>The Cavanagh Firm, P.A.<br>1850 North Central Ave., Suite 2400<br>Phoenix, AZ 85004 | Deborah L. Thorne, Esquire<br>Fabel Haber LLC<br>55 E. Monroe Street, 40th Floor<br>Chicago, IL 60603 |

| | | |
|---|---|---|
| Elizabeth Weller, Esquire<br>Linebarger Goggan Blair &<br>Sampson, LLP<br>2323 Bryan Street, Suite 1720<br>Dallas, TX 75201-2691 | Noel C. Burnham, Esquire<br>Richard G. Placey, Esquire<br>Montgomery McCracken Walker &<br>Rhoads LLP<br>123 So. Broad Street<br>Philadelphia, PA 19109 | Jenny J. Hyun, Associate Counsel<br>Weingarten Realty Investors<br>2600 Citadel Plaza Drive<br>Houston, TX 77008 |