IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | Re: Docket Nos. 11396, 11403 |

**CERTIFICATION OF COUNSEL REGARDING REVISED ORDER FOR
MODIFICATION OF THE CASE MANAGEMENT ORDER FOR THE ESTIMATION
OF ASBESTOS PERSONAL INJURY LIABILITIES**

1.     At the December 19, 2005 hearing, the Official Committee of Asbestos Personal Injury Claimants (the "PI Committee") made an oral application to modify the case management order for the estimation of asbestos personal injury liabilities (the "CMO") [Docket No. 9301]. Specifically, the PI Committee requested a sixty-day extension of the deadline for

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

{D0052413:1 }

holders of Asbestos PI Pre-Petition Litigation Claims[2] to respond to the Questionnaire. The Court granted the request and directed a proposed order to be filed.

2. On December 21, 2005, pursuant to the Court's instructions, a Certification of Counsel and proposed order were filed with this Court. *See* Docket No. 11396. The order was signed by the Court and docketed. *See* Docket No. 11403. The order attached to the Certification of Counsel contained two typographical errors. In both instances, the year 2005 was utilized rather than 2006. A revised proposed order is attached hereto as Exhibit A. A red-line to the order entered at docket number 11403 is attached as Exhibit B.

3. Counsel to the Debtors have reviewed the attached proposed order and do not have an objection thereto.

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10022

Peter Van N. Lockwood
Nathan D. Finch
One Thomas Circle, N.W.
Washington, D.C. 20005

and

CAMPBELL & LEVINE, LLC

_/s/Mark T. Hurford_____
Marla R. Eskin (Bar No. 2989)
Mark T. Hurford (Bar No. 3299)
800 N. King Street, Suite 300
Wilmington, DE 19801
Telephone:    (302) 426-1900
Telefax:       (302) 426-9947

Co-Counsel for the Official Committee

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the CMO.

{D0052413:1 } 2

of Asbestos Personal Injury Claimants

{D0052413:1 } 3