IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Objections due by: 1/10/06 @ 4:00 p.m.** |
| | ) | **Hearing Date: 1/30/06 @ 12:00 p.m.** |

**MOTION OF BNSF FOR CLARIFICATION OF THE
CASE MANAGEMENT ORDER FOR THE ESTIMATION OF ASBESTOS
PERSONAL INJURY LIABILITIES AND ACCOMPANYING QUESTIONNAIRE**
*(relates to Docket No. 9301)*

BNSF Railway Company and its predecessor corporations, including the Great Northern Railway Company, the Burlington Northern Railroad Company, and The Burlington Northern & Santa Fe Railway Company (collectively, "BNSF") through its undersigned counsel, hereby files this Motion for Clarification of the Case Management Order for the Estimation of Asbestos Personal Injury Liabilities and Accompanying Questionnaire [Docket No. 9301] (the "Motion"), and states as follows:

**Introduction**

1. On April 1, 2001, W.R. Grace & Co. and certain of its affiliates (the "Debtors") commenced these chapter 11 cases by filing their voluntary petitions for relief under chapter 11 of the United States Code (the "Bankruptcy Code"). Since that time, the Debtors have continued to operate and manage their businesses as debtors-in-possession pursuant to §§ 1007(a) and 1008 of the Bankruptcy Code.

2. On May 10, 2005, the Debtors filed a Motion to Approve PI CMO and Questionnaire (the "Questionnaire Motion") at Docket No. 8394 seeking the approval of a Case Management Order (the "Case Management Order") for the Estimation of Asbestos Personal

WL: #181262 v1 (3VV201!.DOC)

Injury Liabilities and approval of an Asbestos Pre-Petition Litigation Proof of Claim Form/Questionnaire (the "Questionnaire").

3. On August 29, 2005, the Case Management Order and Questionnaire were approved.

## Discussion

**A.   Clarification of the Case Management Order and Questionnaire**

4. The Case Management Order requires that all holders of Asbestos PI Pre-Petition Litigation Claims are required to complete and serve the Questionnaire on or before 5:00 p.m. (Eastern Standard Time) on January 12, 2006. The Case Management Order does not specify whether holders of indemnification claims relating to pre-petition litigation brought by individual personal injury claimants are also required to complete and serve the Questionnaire; however, the Questionnaire itself defines the term "asbestos-related personal injury or wrongful death claim", for which a Questionnaire must be completed, to include contract claims as well as claims for contribution or indemnity that relate to, arise out of, result from or are attributable to the acts or omissions of one or more of the Debtors.

5. Although the Questionnaire purports to require claimants who hold contract, contribution and indemnity claims to complete and serve the Questionnaire, the vast majority of the information sought in the Questionnaire is neither known nor accessible by such claimants. Additionally, there is no appropriate place provided on the Questionnaire for such claimants to sign.

6. Moreover, the Questionnaire appears to apply only to Asbestos PI Pre-Petition Litigation Claims, the definition of which excludes pre-petition claims that were settled without

formal litigation having been brought and for which BNSF holds additional claims against the Debtors for indemnification.

7.  In short, the Case Management Order and accompanying Questionnaire are unclear as to whether they even apply to holders of contract, contribution or indemnification claims. Clarification by the Court is accordingly required as to their application to such claimants and their application to pre-petition, asbestos related personal injury claims that were settled or otherwise resolved without formal litigation ever having been brought.

8.  As more fully explained in the attached affidavit of Jon M. Moyers, attached hereto as Exhibit 1 and incorporated herein by reference, BNSF holds contract, contribution and indemnification claims against the Debtors that relate to, arise out of, result from or are attributable to the acts or omissions of the Debtors and that involve pre- and post-petition asbestos-related personal injury claims brought by individual personal injury claimants.

9.  BNSF seeks clarification as to whether the Case Management Order and Questionnaire apply to any contract, contribution or indemnity claims that it holds against the Debtors as set forth in the Affidavit of Jon M. Moyers and whether it is required to complete and serve Questionnaires for such claims.

**B.  Modification of Case Management Order and Questionnaire**

10. To the extent that Court determines that BNSF is required to complete and serve a Questionnaire for each contract, contribution or indemnity claim that it holds relating to a pre-petition asbestos-related personal injury or wrongful death claim involving any act or omission of the Debtors, BNSF requests authorization to substitute and serve a spreadsheet setting forth the details of its claims in a form substantially similar to the spreadsheet attached to the Affidavit of Jon M. Moyers. This spreadsheet includes all of the information relating to BNSF's claims

that is known to BNSF, and supplying this information in spreadsheet form will substantially reduce the cost and risk of error in reporting the required information to the Debtors.

WHEREFORE, BNSF respectfully moves for a determination that (a) the Case Management Order and Questionnaire do not apply to BNSF's contract, contribution and/or indemnity claims involving asbestos related personal injury claims caused by an act or omission of the Debtors; (b) BNSF is authorized to complete and serve a spreadsheet setting forth the detail of each of its claims in the form attached to the Affidavit in lieu of completing a Questionnaire, to the extent the Case Management Order and Questionnaire do apply to BNSF's claims; and (c) such other and further relief as the Court may deem appropriate.

| | |
|---|---|
| Dated: December 22, 2005<br>Wilmington, Delaware | Respectfully submitted,<br><br>PEPPER HAMILTON LLP<br><br>**/s/ Adam Hiller**<br>Adam Hiller (DE No. 4105)<br>Hercules Plaza, Suite 5100<br>1313 North Market Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390<br><br>and<br><br>Edward C. Toole, Jr.<br>Anne Marie Aaronson<br>PEPPER HAMILTON LLP<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103<br>Tel: (215) 981-4000<br>Fax: (215) 981-4750<br><br>*Attorneys for BNSF Railway Company* |