**Exhibit A (part 1)**

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|---|---|---|---|---|---|---|---|
| 1. | 8th District Cascade | CDV 03-629 | Francis M. Harshaw | State of MT, BNSF, Robinson Insulation Co., Montana Vermiculite Co. (dissolved), John Swing, Does A-Z | N | | Libby 1966-1974, 1996 to date / Lived by RR ROW |
| 2. | | | Laurel L. Porte | | N | | Libby 1957-1979 / Lived by RR ROW / Father worked at WR Grace |
| 3. | | | David F. Porte | | N/C | | Libby 1964 to date / Lived by RR ROW |
| 4. | | | Donald N. Swennes | | N/C | | Libby 1964 / Lived by RR ROW |
| 5. | | | Bernadine E. Swennes | | N/C | | Libby 1956 to date / Lived by RR ROW |
| 6. | | | Kelly D. Cannon | | N | | Libby 1972 to date / Lived by RR ROW |
| 7. | | | Lisa Cannon | | N/C | | Libby 1972 to date / Lived by RR ROW |
| 8. | | | Lloyd Arlt | | N | | Libby 1967 to date / Lived by RR ROW |
| 9. | | | Marjorie Arlt | | N/C | | Libby 1967 to date / Lived by RR ROW |
| 10. | | | Darrell F. Boggess | | N | | Libby 1966-1981 / Lived by RR ROW |
| 11. | | | William W. Shiflett | | N | | Libby 1952 to date / Lived by RR ROW |
| 12. | | | Joanne Shiflett | | N/C | | Libby 1952 to date / Lived by RR ROW |
| 13. | | | Alan B. Laney | | N | | Libby 1945-1957, 1986 to date / Lived by RR ROW |
| 14. | | | Sherry Laney | | N/C | | Libby 1945-1957, 1986 to date / Lived by RR ROW |
| 15. | | | Merritt R. Dutton | | N | | Libby 1947-1971, 1979 to date / Lived by RR ROW |
| 16. | | | Gloria Dutton | | N/C | | |
| 17. | 8th District Cascade | ADV 01-698 | Dennis Welch | BNSF, BNRC, Great Northern Railway Co., Robinson Insulation Company; Does A-Z | FELA/N/ SL/PUN | Dx 2000 | RR EE June 1966-June 1986 / Resident Troy, Lincoln County, MT |
| 18. | 8th District Cascade | DDV 03-679 | Sandra Wagner | BNSF, BNRC, Great Northern Railway Co., International Paper Co., Champion International Co., J. Neils Lumber Co., Robinson Insulation Co., State of MT, Dept of Environmental Quality, Montana State Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Labor and Industry, MT St Dept of Health, Division of Air Pollution Control and Industrial Hygene, Montana Vermiculite Co (dissolved), Does A-Z | N/SL/ NIED/ IMA/ PUN | | Husband worked for wood product co.'s / Worked, lived and recreated in Libby |
| 19. | 8th District Cascade | BDV 03-950 | Robert R. Wagner | BNSF, BNRC, Great Northern Railway Co., International Paper Co., Champion International Co., St. Regis Co., J. Neils Lumber Co., Robinson Insulation Co., State of MT, Dept of Environmental Quality, Montana State | | | Worked, lived and recreated in Libby |

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|---|---|---|---|---|---|---|---|
| 20. | | | Judy Wagner | Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Public Health, Division of Air Pollution Control and St Dept of Health, Division of Air Pollution Control and Industrial Hygiene, Montana Vermiculite Co. (dissolved), Does A-Z | N/SL/ NIED/ IMA/ PUN | | Worked, lived and recreated in Libby |
| 21. | 8th District Cascade | ADV 01-325 | Lewis D. Meyer | BNSF, BNRC, Great Northern Railway Co., International Paper Co., Champion International Co., St. Regis Co., J. Neils Lumber Co., Robinson Insulation Co, State of MT, Dept of Environmental Quality, Montana State Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Labor and Industry, MT St Dept of Health, Division of Air Pollution Control and Industrial Hygiene, Montana Vermiculite Co. (dissolved), Does C-Z | FELA/N/ SL/ NIED/ IMA/ PUN | | lived, worked, recreated in Libby Employed at lumber mill, wood product co. 1959-1993 Employed GN RR 1948-1951 and NP RR 1953-1955 |
| 22. | 8th District Cascade | ADV 03-427 | Gary D. Swenson | | N/SL/ | | Libby 1942 to date Employed W.R. Grace 1963-1964 for 4 months |
| 23. | | | Bonnie L. Swenson | State of MT, BNSF, Robinson Insulation Co., John Swing, Does A-Z | N/C/ SL | | lived, worked, recreated Libby |
| 24. | 8th District Cascade | CDV 02-1174 | Eunice L. Burrese | BNSF, State of MT, Robinson Insulation Co., John Swing, Does A-Z | N/SL | | Libby 1957 to date |
| 25. | | | Steven D. Moles | | N/SL | | Libby 1949-1969, intermittently 1973-1979 |
| 26. | | | Susan M. Moles | | N/SL/C | | |
| 27. | | | Gerald L. Bolles | | N/SL/ | | Libby 1940-1965 |
| 28. | | | Susan L. Bolles | | N/SL /C | | |
| 29. | | | Randy J. Reynolds, Jr., indiv and as PR | | N/SL/ | | Libby 1961-1987 |
| 30. | | | James W. Reynolds (deceased) | | N/SL | | |
| 31. | | | Doralee Wilson, indiv and as PR | | N/SL/C/ | | Libby 1973-1971 (sic), 1984-2002 |
| 32. | | | Ford E. Wilson (deceased) | | N/SL | Died of Mesothelioma | |
| 33. | | | Does A-Z | | | | |
| 34. | 8th District Cascade | ADV 2003-2079 | Sharon Burton | State of MT, BNSF, Montana Vermiculite, Does A-Z | * no claims v BNSF 3rd C of A missing | | Father employed by W.R. Grace 1963-1979 Husband Daniel E. Hansford employed by W.R. Grace 1968-1973 Libby 1947-1964 |

PHLEGAL #1838576 v1 (13#NK01!.DOC)

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|---|---|---|---|---|---|---|---|
| 35. | | | Don Burton | | * no claims v. BNSF 3rd C of A missing- C | | Visited Libby extended periods of time. Cleaned cabins in 60's and 70's. |
| 36. | | | Betty J. Maxwell | | * no claims v. BNSF 3rd C of A missing- C | | |
| 37. | | | Owen D. Maxwell | | * no claims v. BNSF 3rd C of A missing- C | | |
| 38. | | | Lynn McMillan | | N | | Libby 1946-1970's. Later 1970's to date. Father worked at Zonolite 1947-1949. 1946 to date resided near RR property |
| 39. | | | Edna Oikle | | N | | Husband employed W.R. Grace 1950-1952 Libby 1950-1954, 1967-1973 1950-1954 and 1967-1973 resided near RR property |
| 40. | | | Shirley J. Wasco | | * no claims v. BNSF 3rd C of A missing- C | | lived, worked, recreated in Libby. Father worked at Zonolite 1948-1950 |
| 41. | | | George F. Wasco | | * no claims v. BNSF 3rd C of A missing- C | | Resides in Lincoln County |
| 42. | 1st District Lewis & Clark | BDV 2002-459 | Brent W. Skramstad | State of MT, BNSF, Montana Vermiculite Co., Mine Safety Appliance, Harder Construction Co. | * no claims v. BNSF | | Resides in Lincoln County Father employed W.R. Grace 1959-1961 |
| 43. | | | Julie R. Skramstad | | * no claims v. BNSF-C | | Resides in Lincoln County |
| 44. | | | Franklin D. Hendrickson (PR) | | * no claims v. BNSF | | Father worked at W.R. Grace 1960-1987, worked at Zonolite and vermiculite mining and manufacturing operations in Lincoln County 1960-1963 |
| 45. | | | Edmond J. Hendrickson (deceased) | | * no claims v. BNSF | Died of Asbestosis | worked at W.R. Grace 1960-1987, worked at Zonolite and vermiculite mining and manufacturing operations in Lincoln County 1960-1963 |
| 46. | | | Walter E. Mason | | * no claims v. BNSF | | Resides in Lincoln County Employed W.R. Grace 1947-1956 Employed at MT Vermiculite 1947-1956 |

PHLEGAL #183857v (13#NK01!.DOC)

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|---|---|---|---|---|---|---|---|
| 47. | | | Mary R. Mason | | * no claims v. BNSF -C | | Resides Lincoln County |
| 48. | | | Thomas J. Allen | | * no claims v. BNSF | | Worked at W.R. Grace 1960-1962 |
| 49. | | | Eleanore R. Allen | | * no claims v. BNSF | | Worked at W.R. Grace 1947-1956 / Worked at Zonolite 1959-1964 |
| 50. | | | John H. Leib | | * no claims v. BNSF | Asbestosis | |
| 51. | | | Robin R. Leib | | * no claims v. BNSF -C | | Resides Lincoln County |
| 52. | | | Yoko T. Cannon | | N | | Libby 1964-1999, resided near BNSF property / Husband employed W. R. Grace 1960-1964, |
| 53. | | | George G. Shattuck | | * no claims v. BNSF | Asbestosis | Libby 1964-1991 / Worked for W.R. Grace 1968-1978 |
| 54. | | | Leland J. Moles | | N | | Libby 1944-1960, 1964-1965, resided near BNSF property |
| 55. | | | John A. Knudson | | N | | Libby 1968 to date, resided near BNSF property / Employed for W. R. Grace 1972, 1973, |
| 56. | | | Sharon E. Knudson | | N/C | | Resides in Lincoln County |
| 57. | | | Maryam R. Tolle | | N/C | | Libby 1962-1976, 1982 to date, resided near BNSF property |
| 58. | | | James R. Tolle | | N/C | | Resides Lincoln County |
| 59. | 8th District Cascade | CDV 02-1163 | Fred E. Chase | BNSF, State of Montana, Robinson Insulation Co., John Swing, Does A-Z | FELA/S LN | | Employed by BNSF 1965-1971 / Libby 1949-1953, intermittently 1966-1971 |
| 60. | | | Candace Chase | | N/SL/C | | Libby 1948 to date, resided near BNSF property |
| 61. | | | Lois M. Shea | | N/SL | | Libby 1948 to date, resided near BNSF property |
| 62. | | | Donald H. Shea | | N/SL/C | | Resides in Lincoln County |
| 63. | | | Dayton W. Hill | | N/SL | | Libby 1952-1989, resided near BNSF property |
| 64. | | | Alice M. Hill | | N/SL/C | | Worked in close proximity to BNSF property, 1953-1970 |
| 65. | | | Victoria Skidmore | | N/SL | | Resides in Lincoln County / Libby 1973 to date / Libby 1973-1987 spent time in Libby in close proximity to BNSF property |

PHLEGAL: #1838576 v1 (13#NK01!.DOC)

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|---|---|---|---|---|---|---|---|
| 66. | 1st District Lewis & Clark | BDV 2001-406 | Samuel E. Skidmore | BNSF, State of Montana, Maryland Casualty Co., CAN Insurance Co.'s | N/SL/CC | | Resides in Lincoln County |
| 67. | | | Robert R. Barnes | | FELA/N/SL | | Employed BNSF 1949-1962 (except 1950-52) Resided in close proximity to BNSF property 1952-1979 Employed w/ St. Regis 1966-1981- traveled daily to deliver bills of lading |
| 68. | | | Donna M. Barnes | | N/SL/C | | Resides in Lincoln County |
| 69. | | | William S. Johnston | | N/SL | | Resides in Lincoln County Close proximity to BNSF property 1948-1990 |
| 70. | | | Valorie R. Johnston | | N/SL/C | | Resides in Lincoln County |
| 71. | | | Hazel Halsey | | N/SL | | Resides in Lincoln County Close proximity to BNSF property 1950-1974 |
| 72. | | | Lois G. Post Theomes | | N/SL/C | | Resides in Lincoln County Husband resides in close proximity to W.R. Grace, RR 1946-1951, 1955-1999 |
| 73. | | | Maurice J. Post (deceased) | | N/SL/C | Died of Asbestos lung cancer | Libby 1955 to date |
| 74. | 8th District Cascade | ADV 03-1150 | Kay Vinson | State of Montana, BNSF, Robinson Insulation Co., Montana vermiculite Co., John Swing, Does A-Z | N/SL | | Libby 1946 to date |
| 75. | | | Richard E. Vinson | | N/SL/C | | Libby 1946 to date |
| 76. | | | Katherine Spencer | | N/SL | | Resides in Lincoln County |
| 77. | | | Forrest Spencer | | N/SL/C | | Resides in Lincoln County |
| 78. | | | Ronald Rayome | | N/SL | | Libby 1946 to date (exposed 1938-1962?) Employed at W.R. Grace 7-16-56 to 8-3-56 Exposed from father 1946-1959 |
| 79 Re | | | Judy Rayome | | N/SL/C | | Resides in Lincoln County |
| 80. | | | Kelly MacDonald | | N/SL | | Libby 1967 to date |
| 81. | | | Julie MacDonald | | N/SL/C | | Resides in Lincoln County |
| 82. | | | Leota Hagerty | | N/SL | | Libby 1947 to date Exposed 1946-1964 |
| 83. | | | John Hagerty | | N/SL/C | | Resides in Lincoln County Exposed from father 1953-1971 |
| 84. | | | Paul Collier | | N/SL | | Libby 1955-1990 |

PHLEGAL: #183876 v1 (13#NK01!.DOC)

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|---|---|---|---|---|---|---|---|
| 85. | 8th District Cascade | | Carletta Cotler | BNSF, BNRC, Great Northern Railway Co., Robinson Insulation Co., Does A-Z | N/SLC | | |
| 86. | 8th District Cascade | CDV 01-504 | David N. Carlson | BNSF, BNRC, Great Northern Railway Co., Does A-Z | FELA/N/ SL/PUN | | Employed BNSF Jan. 1969- May 1994 |
| 87. | 8th District Cascade | CDV 01-413 | Loren Brown | BNSF, BNRC, Great Northern Railway Co., Robinson Insulation Co., Does A-Z | FELA/N/ SL/PUN | | Employed BNSF Jan. 1969- May 1994 |
| 88. | U.S.D.C. Western District, WA | CV 03-2946P | Leonard Brakke | BNSF | FELA | Asbestosis | Worked in Libby for BNSF |
| 89. | 8th District Cascade | ADV 01-333 | Walter Hume | BNSF, BNRC, Great Northern Railway Co., Northern Pacific Railway Co., International Paper Co., Champion International Co., St. Regis Co., Neils Lumber Co., Robinson Insulation Co., Halliburton Co., Elenburg Exploration, Inc., David Robinson, Does B-Z | N/SL/NI/ ED/ IMA/ IEH/ SW/C/P UN | | Employed for wood products co. 1970's Worked for Elenburg Exploration 1980's |
| 90. | | | Valli Hume | | N/SL/NI | | Resides in Lincoln County |
| (D)1. | 8th District Cascade | BDV 03-788 | Rose M. Allenberg (indiv and as PR) | BNSF, BNRC, Great Northern Railway, David Robinson, Does A-Z | FELA/N/ SL/SD/ WD | | Resides in Lincoln County |
| 92. | | | Richard L. Allenberg (deceased) | | FELA/N/ SL/SD UN | | Employed BNSF 1970-1984 |
| 93. | 8th District Cascade | ADV 01-590 | Albert J. Fantozzi | BNSF, BNRC, Great Northern Railway Co., International Paper Co., Champion International Co., St. Regis Co., J. Neils Lumber Co., State of MT, Dept of Environmental Quality, Montana State Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Labor and Industry, MT St Dept of Health, Division of Air Pollution Control and Industrial Hygiene, Montana Vermiculite Co., Does C-Z | FELA/N/ SL/ IMA/ NIED/P UN | | Resides in Libby Employed by BNSF 1956, 1957, 1958 Employed by wood product co. 1964-1993 |
| 94. | 8th District Cascade | BDV 03-1180 | Ray Ramel | State of MT, BNSF, Robinson Insulation Co., Montana Vermiculite Co., John Swing, Does A-Z | N/SL | | Resides in Lincoln Co. Lived in Libby 1950 to date, in close proximity to BNSF property |
| 95. | | | Toni Witt, indiv and as PR | | N/WD/S L | | Lived in Libby 1948 to 1950, employed by BNSF from 1941-1978 and worked at RR facilities in Lincoln Co., resided or remained in close proximity to BNSF property |
| 96. | | | Ray K. Foster (deceased) | | FELA/N/ WD/SL | | Lived in Libby 1962 to date, resided or remained in close proximity to BNSF |
| 97. | | | James A. Judkins | | N/SL | | Resides in Lincoln Co. Lived in Libby 1962 to date, resided or remained in close proximity to BNSF property |

PHLEGAL: #838576 v1 (13#NK01.DOC)

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|---|---|---|---|---|---|---|---|
| 98. | | | Elvira Orsborn | | N/SL | | Resides in Lincoln Co. Lived in Libby 1952 to date, husband Carl Orsborn employed by Montana Vermiculite Co. at Zonolite or vermiculite mining and manufacturing operations in Libby 1960-1965 |
| 99. | | | Dale R. Slauson | | N/SL | | Resides in Lincoln Co., resided or remained in close proximity to BNSF property. Lived in Libby 1940 to date |
| 100. | | | Lois Marie Slauson | | N/SL/C | | Resides in Lincoln Co. |
| 101. | 8th District Cascade | DDV 03-946 | Betty P. Challinor, indiv and as PR | State of MT, BNSF, Robinson Insulation Co., Montana Vermiculite Co., John Swing, Does A-Z | N/SL/C | | Resides in Lincoln Co. |
| 102. | | | Jim Challinor (deceased) | | N/SL | | Jim lived in Libby 1941-2003, resided or remained in close proximity to BNSF property |
| 103. | | | Don Erickson | | FELA/N/SL | | Resides in Lincoln Co. Lived in Libby 1957 to date, employed BNSF at RR facilities in Lincoln Co. 1959-1997, resided or remained in close proximity to BNSF property |
| 104. | | | Janie L. Erickson | | N/SL/C | | Resides in Lincoln Co. |
| 105. | | | Tami Broden, indiv and as PR for estate of Carol Gerard (d) | | N/SL | | Resides in Lincoln Co. |
| 106. | | | Carol Gerard (deceased) | | N/SL | Died from asbestos disease | lived in Libby 1968-1985, resided or remained in close proximity to BNSF property |
| 107. | | | Donna Halsey | | N/SL | | Resides in Lincoln Co. Lived in Libby 1958 to date, resided or remained in close proximity to BNSF property |
| 108. | | | Ron Halsey | | N/SL/C | | Resides in Lincoln Co. |
| 109. | | | Loretta Jones | | N/SL/ | | Resides in Lincoln Co. Lived in Libby 1945 to date, resided or remained in close proximity to BNSF property |
| 110. | | | Donald Jones | | N/SL/C | | Resides in Lincoln Co. |
| 111. | | | Kenneth Preston | | N/SL | | Resides in Lincoln Co. Lived in Libby 1942 to date |
| 112. | | | Marsha Preston | | N/SL/C | | Resides in Lincoln Co. |
| 113. | | | Dan D. Burns | | N/SL | | Resides in Lincoln Co. Lived in Libby 1958 to date |

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|---|---|---|---|---|---|---|---|
| 114. | | | Roy Orsborn | | N/SL/C | | Resides in Lincoln Co. Lived in Libby 1948 to date |
| 115. | | | Elvina Orsborn | | N/SL/C | | Resides in Lincoln Co. Lived in Libby 1937 to date |
| 116. | 8th District Cascade | DDV 03-1317 | Caroline Hamann | State of MT, BNSF, Robinson Insulation Co., Montana Vermiculite Co., John Swing, Does A-Z | N/SL | | Resides in Lincoln Co. Lived in Libby 1941 to date |
| 117. | | | DuWayne Hamann | | N/SL/C | | Resides in Lincoln Co. |
| 118. | | | Robert W. Zimmerman | | N/SL | | Resides in Lincoln Co. Lived in Libby 1962 to date |
| 119. | | | Bobbiegene Zimmerman | | N/SL/C | | Resides in Lincoln Co. |
| 120. | | | Doris H. Brown | | N/SL | | Resides in Lincoln Co. Lived in Libby 1967 to date |
| 121. | | | Barry Brown | | N/SL/C | | Resides in Lincoln Co. |
| 122. | | | LaDonna M. Mack | | N/SL | | Resides in Lincoln Co. Lived in Libby 1962 to date |
| 123. | | | Vinnie Mack | | N/SL/C | | Resides in Lincoln Co. |
| 124. | | | Kenneth R. Alkire | | N/SL | | Resides in Lincoln Co. Lived in Libby 1935 to date |
| 125. | | | Mary Beth Alkire | | N/SL/C | | Resides in Lincoln Co. |
| 126. | | | Donald Benefield | | N/SL | | Resides in Lincoln Co. Lived in Libby 1942 to date |
| 127. | | | Barbara Benefield | | N/SL/C | | Resides in Lincoln Co. |
| 128. | | | Richard H. Tholen | | N/SL/C | | Resides in Lincoln Co. Lived in Libby 1948 to date |
| 129. | | | Billie S. Moeller | | N/SL | | Lived in Libby 1953 to date, exposed through his father Wilbur Moeller who worked at the mine from 1954-1956 |
| 130. | | | Norma L. Moeller | | N/SL/C | | Resides in Lincoln Co. |
| 131. | 8th District Cascade | ADV 04-083 | Frank D. Bolles | State of MT, BNSF, Robinson Insulation Co., John Swing, Does A-Z | N/SL | | Lived in Rexford, in close proximity to property of BNSF 1946 to date; worked at the lumber mill in Libby 1966-1970, |
| 132. | | | Clifford G. Johnson | | N/SL | | Lived in Libby 1970 to date, resided or remained in close proximity to BNSF property |
| 133. | | | Connie Johnson | | N/SL/C | | |
| 134. | | | Cindy Wagner | | N/SL | | Lived in Libby 1970 to date, resided or remained in close proximity to BNSF property |

-8-

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|---|---|---|---|---|---|---|---|
| 135. | | | Carol J. Morton | | N/SL | | Lived in Libby 1964 to date, resided or remained in close proximity to BNSF property |
| 136. | | | Edward L. Hill | | N/SL | | Lived in Libby 1951-1954, resided or remained in close proximity to BNSF property |
| 137. | | | Angela Hill | | N/SL/C | | |
| 138. | | | Reed L. Gardiner | | N/SL | | Lived in Libby 1953-1972, resided or remained in close proximity to BNSF property |
| 139. | 11th District Flathead County | DV 05-648A | Paul DeKaye, PR of estate of Elmer Francis Froman (d), for heirs F. Gayle Tough, Rae Ellis and Molly Lou DeKaye | BNSF, James M. Anderson, Union Carbide Corp., Montello, Inc., Phillips Petroleum Co., Phillips 66 Co., Conocophillips Co., Wyo-Ben, Inc., Does A-Z | N/SL | | |
| 140. | | | Elmer Francis Froman (deceased) | | N/SL | Died of mesothelioma | Decedent resided in Cut Bank, MT in close proximity to property of BNSF 1969-2003 |
| 141. | | | F. Gayle Tough | | N/SL | | |
| 142. | | | Donna Roe Ellis | | N/SL | | |
| 143. | | | Molly Lou DeKaye | | N/SL | | |
| 144. | 8th District Cascade | ADV 01-816 | Frank E. Shockley | BNSF, BNRC, Great Northern Railroad Co., Robinson Insulation Co., Does A-Z | FELA/N/ SL/ PUN | | Employed by RR August 1970-May 1982 |
| 145. | 8th District Cascade | BDV 01-153 | Bethene Candee | BNSF, BNRC, Great Northern Railway Co., International Paper Co., St. Regis Co., J. Neils lumber Co., Robinson Insulation Co., State of MT, Dept of Environmental Quality, Montana State Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Labor and Industry, MT St Dept of Health, Division of Air Pollution Control and Industrial Hygiene, Montana Vermiculite Co., Does J-Z | N/SL/NI ED/ IMA | IMA | Resides in Libby |
| 146. | | | Richard Erickson | | N/SL/NI ED/ IMA, PUN | | Resides in Libby, lived, worked or recreated near RR tracks |
| 147. | | | Molly Boggs | | N/SL/NI ED/ IMA, PUN | | lived, worked or recreated near RR tracks |
| 148. | | | Pete Nelson | | N/SL/NI ED/ IMA, PUN | | Resides in Libby, lived, worked or recreated near RR tracks |
| 149. | | | Gwen Bieber | | N/SL/NI ED/ IMA, PUN | | Resides in Libby, lived, worked or recreated near RR tracks |

PHLEGAL: #1838576 v1 (13#NK01!.DOC)

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|---|---|---|---|---|---|---|---|
| 150. | | | Mary Geer | BNSF, BNRC, Great Northern Railway Co., International Paper Co., Champion International Corp., St. Regis Corp., J. Neils Lumber Co., Robinson Insulation Co., State of MT, Dept of Environmental Quality, Montana State Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Labor and Industry, MT St Dept of Health, Division of Air Pollution Control and Industrial Hygiene, Montana Vermiculite Co., Does J-Z | N/SL/NI ED/ IMA, PUN | | Resides in Libby, lived, worked or recreated near RR tracks |
| 151. | 8th District Cascade | BDV 01-159 | Dee Dee Newmarch | BNSF, BNRC, Great Northern Railway Co., Montana Vermiculite Co., State of MT, Dept of Environmental Quality, Montana State Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Labor and Industry, MT St Dept of Health, Division of Air Pollution Control and Industrial Hygiene, Montana Vermiculite Co., Does J-Z | N/SL/NI ED, PUN | | lived, worked or recreated near RR tracks |
| 152. | 8th District Cascade | ADV 01-100 | Debbie Zahner | BNSF, BNRC, Great Northern Railway Co., Champion International Corp., St. Regis Corp., J. Neils Lumber Co., Robinson Insulation Co., State of MT, Dept of Environmental Quality, Montana State Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Labor and Industry, MT St Dept of Health, Division of Air Pollution Control and Industrial Hygiene, Montana Vermiculite Co., Does J-Z | N/SL/NI ED/ IMA, PUN | | Resides in Libby, lived, worked or recreated near RR tracks |
| 153. | 8th District Cascade | ADV 01-103 | James R. Peterson | BNSF, BNRC, Great Northern Railway Co., International Paper Co., Champion International Corp., St. Regis Corp., J. Neils Lumber Co., Robinson Insulation Co., State of MT, Dept of Environmental Quality, Montana State Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Labor and Industry, MT St Dept of Health, Division of Air Pollution Control and Industrial Hygiene, Montana Vermiculite Co., Does J-Z | N/SL/NI ED/ IMA, PUN | | Resides in Libby, lived, worked or recreated near RR tracks |
| 154. | 8th District Cascade | BDV 01-151 | Barbara Spencer | BNSF, BNRC, Great Northern Railway Co., International Paper Co., Champion International Corp., St. Regis Corp., J. Neils Lumber Co., Robinson Insulation Co., State of MT, Dept of Environmental Quality, Montana State Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Labor and Industry, MT St Dept of Health, Division of Air Pollution Control and Industrial Hygiene, Montana Vermiculite Co., Does J-Z | N/SL/NI ED/ IMA, PUN | | Resides in Libby, lived, worked or recreated near RR tracks |
| 155. | 1st District Lewis & Clark | CDV 2000-774 | Donald Ray | BNSF | FELA/ LIA | | 1942 began employment as RR shop craft, mechanical EE's in Livingston shop and repair facilities |
| 156. | | | Thomas Norman | | FELA/ LIA | | 1950 began employment as RR shop craft, mechanical EE's in Livingston shop and repair facilities |
| 157. | | | Wesley Bull | | FELA/ LIA | | 1943 began employment as RR shop craft, mechanical EE's in Livingston shop and repair facilities |
| 158. | | | James Copenhaver | | FELA/ LIA | | 1961 began employment as RR shop craft, mechanical EE's in Livingston shop and repair facilities |
| 159. | | | Russell Counts | | FELA/ LIA | | 1961 began employment as RR shop craft, mechanical EE's in Livingston shop and repair facilities |
| 160. | | | Harry Dodge | | FELA/ LIA | | 1951 began employment as RR shop craft, mechanical EE's in Livingston shop and repair facilities |

PHLEGAL: #1838476 v1 (13#NK01!.DOC)

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|-----|-------|-----------|------------|------------|-------|--------|------------------|
| 161. | | | Stanley Malcolm | | FELA/ LIA | | 1946 began employment as RR shop craft, mechanical EE's in Livingston shop and repair facilities |
| 162. | | | Samuel Briggs | | FELA/ LIA | | 1948 began employment as RR shop craft, mechanical EE's in Livingston shop and repair facilities |
| 163. | | | Stuart Dunlap | | FELA/ LIA | | 1952 began employment as RR shop craft, mechanical EE's in Livingston shop and repair facilities |
| 164. | | | Bernard Ebert | | FELA/ LIA | | 1953 began employment as RR shop craft, mechanical EE's in Livingston shop and repair facilities |
| 165. | | | Dick Eggar | | FELA/ LIA | | 1957 began employment as RR shop craft, mechanical EE's in Livingston shop and repair facilities |
| 166. | | | Forrest Gibby | | FELA/ LIA | | 1950 began employment as RR shop craft, mechanical EE's in Livingston shop and repair facilities |
| 167. | | | Donald Glass | | FELA/ LIA | | 1946 began employment as RR shop craft, mechanical EE's in Livingston shop and repair facilities |
| 168. | | | Alvin Lahren | | FELA/ LIA | | 1943 began employment as RR shop craft, mechanical EE's in Livingston shop and repair facilities |
| 169. | | | Garth Massey | | FELA/ LIA | | 1951 began employment as RR shop craft, mechanical EE's in Livingston shop and repair facilities |
| 170. | | | Alvin Nelson | | FELA/ LIA | | 1952 began employment as RR shop craft, mechanical EE's in Livingston shop and repair facilities |
| 171. | | | Marco Parisi | | FELA/ LIA | | 1945 began employment as RR shop craft, mechanical EE's in Livingston shop and repair facilities |
| 172. | | | Martin Parisi | | FELA/ LIA | | 1945 began employment as RR shop craft, mechanical EE's in Livingston shop and repair facilities |
| 173. | | | Calvin Briggs | | FELA/ LIA | | 1945 began employment as RR shop craft, mechanical EE's in Livingston shop and repair facilities |
| 174. | | | Raymond Bishop | | FELA/ LIA | | 1945 began employment as RR shop craft, mechanical EE's in Livingston shop and repair facilities |
| 175. | | | Norman Frazier | | FELA/ LIA | | 1961 began employment as RR shop craft, mechanical EE's in Livingston shop and repair facilities |
| 176. | | | Richard Jahnke | | FELA/ LIA | | 1962 began employment as RR shop craft, mechanical EE's in Livingston shop and repair facilities |
| 177. | | | Leo Heidt | | FELA/ LIA | | 1951 began employment as RR shop craft, mechanical EE's in Livingston shop and repair facilities |

PHLEGAL: #183876 v1 (139NK011.DOC)

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|---|---|---|---|---|---|---|---|
| 178. | | | Raymond Bowles | | FELA/ LIA | | 1941 began employment as RR shop craft, mechanical EE's in Livingston shop and repair facilities |
| 179. | | | William Scalise | | FELA/ LIA | | 1955 began employment as RR shop craft, mechanical EE's in Livingston shop and repair facilities |
| 180. | | | James Parrow | | FELA/ LIA | | 1973 began employment as RR shop craft, mechanical EE's in Livingston shop and repair facilities |
| 181. | | | Earl Schleicher | | FELA/ LIA | | 1949 began employment as RR shop craft, mechanical EE's in Livingston shop and repair facilities |
| 182. | | | Walter Schleicher | | FELA/ LIA | | 1953 began employment as RR shop craft, mechanical EE's in Livingston shop and repair facilities |
| 183. | 1st District Lewis & Clark | CDV 2000-773 | Roy Leamer | BNSF | FELA/ LIA | | 1946 began employment as RR shop craft, mechanical EE's in Havre shop and repair facilities |
| 184. | | | Angelo Pizzini | | FELA/ LIA | | 1949 began employment as RR shop craft, mechanical EE's in Havre shop and repair facilities |
| 185. | | | Charles Barsanti | | FELA/ LIA | | 1949 began employment as RR shop craft, mechanical EE's in Havre shop and repair facilities |
| 186. | | | Bill Nicholson | | FELA/ LIA | | 1951 began employment as RR shop craft, mechanical EE's in Havre shop and repair facilities |
| 187. | | | Irvin Borst | | FELA/ LIA | | 1953 began employment as RR shop craft, mechanical EE's in Havre shop and repair facilities |
| 188. | | | Willard Purkett | | FELA/ LIA | | 1948 began employment as RR shop craft, mechanical EE's in Havre shop and repair facilities |
| 189. | | | George Turbak | | FELA/ LIA | | 1944 began employment as RR shop craft, mechanical EE's in Havre shop and repair facilities |
| 190. | | | John Clontz | | FELA/ LIA | | 1941 began employment as RR shop craft, mechanical EE's in Havre shop and repair facilities |
| 191. | | | Cecil Schend | | FELA/ LIA | | 1947 began employment as RR shop craft, mechanical EE's in Havre shop and repair facilities |
| 192. | | | C.E. Anderson | | FELA/ LIA | | 1952 began employment as RR shop craft, mechanical EE's in Havre shop and repair facilities |
| 193. | | | Don Beatty | | FELA/ LIA | | 1950 began employment as RR shop craft, mechanical EE's in Havre shop and repair facilities |
| 194. | | | James Cole | | FELA/ LIA | | 1956 began employment as RR shop craft, mechanical EE's in Havre shop and repair facilities |

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|---|---|---|---|---|---|---|---|
| 195. | | | William Otto | | FELA/ LIA | | 1941 began employment as RR shop craft, mechanical EE's in Havre shop and repair facilities |
| 196. | | | Orlin Nelson | | FELA/ LIA | | 1943 began employment as RR shop craft, mechanical EE's in Havre shop and repair facilities |
| 197. | | | Frank Brien | | FELA/ LIA | | 1946 began employment as RR shop craft, mechanical EE's in Havre shop and repair facilities |
| 198. | | | John McMaster | | FELA/ LIA | | 1953 began employment as RR shop craft, mechanical EE's in Havre shop and repair facilities |
| 199. | | | Ronald Gilson | | FELA/ LIA | | 1954 began employment as RR shop craft, mechanical EE's in Havre shop and repair facilities |
| 200. | | | Jens Braaten | | FELA/ LIA | | 1941 began employment as RR shop craft, mechanical EE's in Havre shop and repair facilities |
| 201. | | | Duane Sohn | | FELA/ LIA | | 1949 began employment as RR shop craft, mechanical EE's in Havre shop and repair facilities |
| 202. | | | Ezra Wagner | | FELA/ LIA | | 1947 began employment as RR shop craft, mechanical EE's in Havre shop and repair facilities |
| 203. | | | Vernon Elam | | FELA/ LIA | | 1950 began employment as RR shop craft, mechanical EE's in Havre shop and repair facilities |
| 204. | | | Arthur Younker | | FELA/ LIA | | 1941 began employment as RR shop craft, mechanical EE's in Havre shop and repair facilities |
| 205. | | | Robert Schmasow | | FELA/ LIA | | 1947 began employment as RR shop craft, mechanical EE's in Havre shop and repair facilities |
| 206. | | | Gene Coder | | FELA/ LIA | | 1979 began employment as RR shop craft, mechanical EE's in Havre shop and repair facilities |
| 207. | 1st District Lewis & Clark | ADV 2000-2772 | John Wegh | BNSF | FELA/ LIA | | 1952 began employment as RR shop craft, mechanical EE's in Laurel shop and repair facilities |
| 208. | | | Henry Michaelis | | FELA/ LIA | | 1941 began employment as RR shop craft, mechanical EE's in Laurel shop and repair facilities |
| 209. | | | Raymond Mariscal | | FELA/ LIA | | 1941 began employment as RR shop craft, mechanical EE's in Laurel shop and repair facilities |
| 210. | | | Bobby Leo Lambert | | FELA/ LIA | | 1955 began employment as RR shop craft, mechanical EE's in Laurel shop and repair facilities |
| 211. | | | Robert Bowers | | FELA/ LIA | | 1950 began employment as RR shop craft, mechanical EE's in Laurel shop and repair facilities |

PHLEGAL: #83876 v1 (13#NK01.DOC)

-14-

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|---|---|---|---|---|---|---|---|
| 212. | | | Paul Eiseneper, Sr. | | FELA/ LIA | | 1945 began employment as RR shop craft, mechanical EE's in Laurel shop and repair facilities |
| 213. | | | Charles R. Heal | | FELA/ LIA | | 1953 began employment as RR shop craft, mechanical EE's in Laurel shop and repair facilities |
| 214. | | | Harry Frank | | FELA/ LIA | | 1944 began employment as RR shop craft, mechanical EE's in Laurel shop and repair facilities |
| 215. | | | Dean Gowen | | FELA/ LIA | | 1944 began employment as RR shop craft, mechanical EE's in Laurel shop and repair facilities |
| 216. | | | Virel Guinn | | FELA/ LIA | | 1947 began employment as RR shop craft, mechanical EE's in Laurel shop and repair facilities |
| 217. | | | Frank Riesinger | | FELA/ LIA | | 1943 began employment as RR shop craft, mechanical EE's in Laurel shop and repair facilities |
| 218. | | | Joseph Pewitt | | FELA/ LIA | | 1940 began employment as RR shop craft, mechanical EE's in Laurel shop and repair facilities |
| 219. | | | Theodore Guenthner | | FELA/ LIA | | 1962 began employment as RR shop craft, mechanical EE's in Laurel shop and repair facilities |
| 220. | | | Reynold Schreiner | | FELA/ LIA | | 1949 began employment as RR shop craft, mechanical EE's in Laurel shop and repair facilities |
| 221. | | | Ruben Blumhardt | | FELA/ LIA | | 1954 began employment as RR shop craft, mechanical EE's in Laurel shop and repair facilities |
| 222. | | | Lloyd Fetsch | | FELA/ LIA | | 1948 began employment as RR shop craft, mechanical EE's in Laurel shop and repair facilities |
| 223. | | | Kenneth Christopherson | | FELA/ LIA | | 1950 began employment as RR shop craft, mechanical EE's in Laurel shop and repair facilities |
| 224. | | | George Forstner | | FELA/ LIA | | 1964 began employment as RR shop craft, mechanical EE's in Laurel shop and repair facilities |
| 225. | | | P.L. McLarnon | | FELA/ LIA | | 1962 began employment as RR shop craft, mechanical EE's in Laurel shop and repair facilities |
| 226. | | | Jack Kroll | | FELA/ LIA | | 1948 began employment as RR shop craft, mechanical EE's in Laurel shop and repair facilities |
| 227. | | | Roy Olson | | FELA/ LIA | | 1941 began employment as RR shop craft, mechanical EE's in Laurel shop and repair facilities |
| 228. | | | Philip Carpenter | | FELA/ LIA | | 1941 began employment as RR shop craft, mechanical EE's in Laurel shop and repair facilities |

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|---|---|---|---|---|---|---|---|
| 229. | | | Raymond Bosch | | FEL/A/ LIA | | 1949 began employment as RR shop craft, mechanical EE's in Laurel shop and repair facilities |
| 230. | | | Herman Gratwohl | | | | 1944 began employment as RR shop craft, mechanical EE's in Laurel shop and repair facilities |
| 231. | | | Billy Ripley | | FEL/A/ LIA | | 1951 began employment as RR shop craft, mechanical EE's in Laurel shop and repair facilities |
| 232. | | | Emil Untersher | | FEL/A/ LIA | | 1955 began employment as RR shop craft, mechanical EE's in Laurel shop and repair facilities |
| 233. | | | Ruben Schreiner | | FEL/A/ LIA | | 1943 began employment as RR shop craft, mechanical EE's in Laurel shop and repair facilities |
| 234. | | | Harry Deines | | FEL/A/ LIA | | 1937 began employment as RR shop craft, mechanical EE's in Laurel shop and repair facilities |
| 235. | | | Robert Swoboda | | FEL/A/ LIA | | 1949 began employment as RR shop craft, mechanical EE's in Laurel shop and repair facilities |
| 236. | 1st District Lewis & Clark | BDV 2002-311 | Lois G. Post Theorines (also named in BDV 2001-406) as PR | State of MT, BNSF, Mine Safety Appliance, Maryland Casualty Co., CAN Insurance Cos., Continental Casualty Co., Transportation Insurance Co., Does I-VI | N | | Resides in Lincoln Co., lived in close proximity WR Grace operations 1950 to date |
| 237. | | | Maurice J. Post (deceased) (also named in BDV 2001-406) | | N | Died of asbestos related disease | Resided in close proximity to WR Grace operations and BNSF property at Post Cabin Trailer Court from 1946-1951 and 1955-1999 |
| 238. | | | Russell F. Dutton | | N | | Employed WR Grace at Zonolite or vermiculite operations 1974-1990 |
| 239. | | | Brenda L. Dutton | | N | | Resides in Lincoln Co. |
| 240. | | | Hazel Halsey (also named in BDV 2001-406) | | N | | Resides in Lincoln Co., lived in close proximity mining operations 1950 to date |
| 241. | | | Alfred M. Dickerman | | N | | Resides in Lincoln Co., Employed at WR Grace at zonolite or vermiculite operations May 1968-October 1983 |
| 242. | | | Lois D. Dickerman | | N/C | | Resides in Lincoln Co. |
| 243. | 8th District Cascade County | ADV 03-652 | Bruce A Carrier | State of MT, BNSF, Robinson Insulation Co., Montana Vermiculite Co., John Swing, Maryland Casualty Co., Does A-Z | FELA/N SL | | Resides in Lincoln Co. Employed BNSF from 1968-1995 in Lincoln Co., resided or remained in close proximity to BNSF property |
| 244. | | | Pat A. Carrier | | N/SL/C | | Resides in Lincoln Co. |
| 245. | | | Shirley A. Taylor-Regiovich | | N/SL | | Lived in Libby 1962-1997, resided or remained in close proximity to BNSF property |

PHLEGAL #183876 v1 (13)NK01!.DOC)

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|---|---|---|---|---|---|---|---|
| 246. | | | Elmer Regiovich | | N/SL/C | | Resides in Lincoln Co., resided or remained in close proximity to BNSF property |
| 247. | | | Germaine Hugill, indiv and as PR for estate of Glenn R. Hugill | | N/SL | | Lived in 1925-2000, resided or remained in close proximity to BNSF property |
| 248. | | | Glenn R. Hugill (deceased) | | N/SL | | Resides in Lincoln Co. Lived in Libby 1944 to date, resided or remained in close proximity to BNSF property |
| 249. | | | Joyce J. Greenup | | N/SL | | Resides in Lincoln Co. Lived in Libby 1963 to date, resided or remained in close proximity to BNSF property |
| 250. | | | Leland Hoeltzel | | N/SL | | Resides in Lincoln Co. |
| 251. | | | Barbara Hoeltzel | | N/SL | | Resides in Lincoln Co. |
| 252. | | | Robert W. Stanley | | N/SL | | Resides in Lincoln Co. Lived in Libby 1939 to date, resided or remained in close proximity to BNSF property |
| 253. | 8th District Cascade County | CDV 04-240 | Richard R. Torgerson | International Paper Co., Champion International Corp, Everett Nelson, Brad E. Phillips, Mark Schinkecht, John Luger, Emmett Lisle, State of MT, BNSF, Robinson Insulation Co., John Swing, Does A-Z | N/SL | | |
| 254. | 8th District Cascade County | ADV-01-167 | Frederick Miller | BNSF, Robinson insulation Co., Does A-Z | FELAN/ SL, PUN | | Resides Libby, employed BNSF 1971-1983 |
| 255. | 8th District Cascade County | CDV 04-240 | Richard R. Torgerson | International Paper Co., Champion International Corp, St Regis Corp, Everett Nelson, Brad E. Phillips, Mark schokknecht, John Luger, Emmett Lisle, State of Montana, BNSF, Robinson Insulation Co, John Swing, Does A-Z | N/SL | | Employed by wood product defendants 1961-1971 Lived in Libby 1961 to date |
| 256. | | | Marlene M. Torgerson | BNSF, Robinson Insulation Co, John Swing, Does A-Z | N/SL/C | | |
| 257. | | | Richard C. Erickson | | N/SL | | Employed by wood product defendants 1970-1971 Lived in Libby 1953 to date |
| 258. | | | Linda M. Erickson | | N/SL/C | | Resided or remained close to RR tracks |
| 259. | | | Shirley A Baeth | | N/SL | | Employed by wood product defendants 1966-1970 Lived in Libby 1951 to date. Resided or remained close to RR tracks |
| 260. | | | Brad Baeth | | N/SL/C | | |
| 261. | | | D. Kelly Carr, indiv and as PR | | N/SL | | |
| 262. | | | William B. Carr (deceased) | | N/SL | Died of asbestos disease | Employed by wood product defendants 1951-1955 and 1962-1967. Resided or remained close to RR tracks |

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|---|---|---|---|---|---|---|---|
| 263. | 19th District Lincoln County | DV 03-25 | William L. Hobbs | BNSF, John Swing, Does A-Z | FELAN/ C | | Lived in Libby 1952-2001 |
| 264. | | | Nancy J. Hobbs | | N/C | | Resident Lincoln Co. Employed BNSF 1964-2001 in part at RR facilities in Lincoln Co. |
| 265. | 8th District Cascade County | DDV 03-1069 | Clinton Hagen | State of MT, BNSF, Robinson Insulation Co., Montana Vermiculite Co., John Swing, Maryland Casualty Corp., Continental Casualty Co., Transportation Insurance Co., Does A-Z | N/SL/C | | Resident Lincoln Co. |
| 266. | | | Eloise Hagen | | N/SL/C | | Resident Lincoln Co. Lived in Libby 1956 to date. Employed BNSF 1949-1956 at Great Falls, Resided or remained close to RR tracks |
| 267. | | | Donna Bache | | N/SL | | Resident Lincoln Co. Lived in Libby 1961 to date, Resided or remained close to RR tracks |
| 268. | | | Cecil Bache | | N/SL/C | | Resident Lincoln Co. |
| 269. | | | Rodney Erickson | | N/SL | | Resident Lincoln Co. Lived in Libby 1953 to date |
| 270. | | | Louie O'Brien | | N/SL | | Resident Lincoln Co. Lived in Libby 1962 to date. Resided or remained close to RR tracks |
| 271. | | | Beverly O'Brien | | N/SL/C | | Resident Lincoln Co. |
| 272. | | | Jeff Robertson | | N/SL | | Resident Lincoln Co. Lived in Libby 1958 to date. Resided or remained close to RR tracks |
| 273. | | | Jeanne Robertson | | N/SL/C | | Resident Lincoln Co. |
| 274. | | | Jerome Schad | | N/SL | | Resident Lincoln Co. Lived in Libby 1973 -1975 Worked at WR Grace mine and mill 9/5/73-6/1/74 |
| 275. | | | Deborah Schad | | N/SL/C | | Resident Lincoln Co. |
| 276. | 8th District Cascade County | BDV 01-293 | Francis E. Cole | BNSF, BNRC, Great Northern Railway Co., International Paper Co., Champion International Corp., St. Regis Corp., J Neils Lumber Co., Robinson Insulation Co., Does A-Z | N/SL/NI ED/ IMA, PUN | | Resident Libby, for over 50 years lived in close proximity to RR tracks and to wood product co's mill, employed by wood product defendants 1945-1983 |
| 277. | 8th District Cascade County | BDV 01-530 | Myra E. Cole | BNSF, BNRC, Great Northern Railway Co., International Paper Co., Champion International Corp., St. Regis Corp., Robinson Insulation Co., Does A-Z | N/SL/NI ED/ IMA, PUN | | Resident Libby, for over 50 years lived in close proximity to RR tracks and to wood product co's mill, husband Francis E. Cole worked for wood product defendants 1953-1983 |
| 278 | 8th District Cascade County | ADV 01-104 | Genevieve H. Mejic | BNSF, BNRC, Great Northern Railway Co., International Paper Co., Champion International Corp., St. Regis Corp., J Neils Lumber Co., Robinson Insulation Co., State of MT, Dept of Environmental Quality, Montana State Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Labor and Industry, MT St | N/SL/NI ED, PUN | | Resident Libby, lived, worked and recreated in proximity to RR tracks |

PHLEGAL: #183876 v1 (139NK01!.DOC)

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|---|---|---|---|---|---|---|---|
| 279. | 8th District Cascade County | BDV 01-119 | G. Neil Bauer | Dept of Health, Division of Air Pollution Control and Industrial Hygiene, Montana Vermiculite Co., Does 1-Z | N/SL/NI ED/ IMA, PUN | | Resident Libby, lived, worked and recreated in proximity to RR tracks |
| 280. | 8th District Cascade County | ADV 01-128 | Denise M. Raan | BNSF, BNRC, Great Northern Railway Co., International Paper Co., Champion International Corp., St. Regis Corp., J. Neils Lumber Co., Robinson Insulation Co., State of MT, Dept of Environmental Quality, Montana State Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Labor and Industry, MT St Dept of Health, Division of Air Pollution Control and Industrial Hygiene, Montana Vermiculite Co., Does 1-Z | N/SL/ NIED/ IMA, PUN | | Resident Libby, lived, worked and recreated in proximity to RR tracks |
| 281. | 8th District Cascade County | ADV 01-I-50 | Alice Grunerud | BNSF, BNRC, Great Northern Railway Co., International Paper Co., Champion International Corp., St. Regis Corp., J. Neils Lumber Co., Robinson Insulation Co., State of MT, Dept of Environmental Quality, Montana State Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Labor and Industry, MT St Dept of Health, Division of Air Pollution Control and Industrial Hygiene, Montana Vermiculite Co., Does 1-Z | N/SL/ IMA/ NIED, PUN | | Resident Libby, lived and recreated in proximity to RR tracks, employed by wood product co. defendants |
| 282. | 8th District Cascade County | ADV 01-281 | Robert J. Welch | BNSF, BNRC, Great Northern Railway Co., International Paper Co., Champion International Corp., St. Regis Corp., J. Neils Lumber Co., Robinson Insulation Co., State of MT, Dept of Environmental Quality, Montana State Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Labor and Industry, MT St Dept of Health, Division of Air Pollution Control and Industrial Hygiene, Montana Vermiculite Co., Does 1-Z | FELAN/ SL, IMA, NIED, PUN | | Resident Troy, Lincoln Co, worked for RR 1967, 1971, 1974, worked for wood product co. on many occasions 1967-1978 |
| 283. | 8th District Cascade County | CDV 03-789 | Charlene Garrison, indiv and as PR of Daniel Garrison, Sr. and on behalf of ... | BNSF, BNRC, Great Northern Railway Co., Great Northern Railway Co., Champion International Paper Co., International Corp., St. Regis Corp., J. Neils Lumber Co., Robinson Insulation Co., State of MT. Dept of Environmental Quality, Montana State Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Labor and Industry, MT St Dept of Health, Division of Air Pollution Control and Industrial Hygiene, Montana Vermiculite Co., Does 1-Z | N/SL, PUN | | Resident Lincoln Co. |
| 284. | | | Daniel Garrison, Sr. (deceased) | | N/SL, PUN | Died of mesothelioma 2000 | |
| 285. | | | Charlene Garrison | | N/SL | | Lived, worked and recreated in proximity to RR tracks, visited wood product mill |
| 286. | | | Randall V. Garrison | | N/SL | | |
| 287. | | | Daniel G. Garrison | | N/SL | | |
| 288. | | | Susan Heyne | | N/SL | | |

PHLEGAL: #188576 v1 (119NK01!.DOC)

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|---|---|---|---|---|---|---|---|
| 289. | | | Patrick Garrison | | N/SL | | |
| 290. | | | Timmothy Garrison | | N/SL | | |
| 291. | 8th District Cascade County | CDV 04-766 | Arthur Farmer | State of MT, BNSF, Robinson Insulation Co., John Swing, Maryland Casualty Co., Does A-Z | N/SL | | Libby 1970 to date |
| 292. | | | Ursula Farmer | | N/SL/C | | |
| 293. | | | Elinor M. Creighton | | N/SL | | Libby 1959 to date |
| 294. | | | Larry V. Cummings | | N/SL | | |
| 295. | | | Judith F. Cummings | | N/SL/C | | Libby 1945 to date |
| 296. | | | Narven E. Osteen | | N/SL | | Libby 1953 to date |
| 297. | | | Gary J. Rantala | | N/SL/C | | Libby 1969 to date |
| 298. | | | Grace M. Rantala | | N/SL/C | | |
| 299. | | | Bernard L. Tarbett | | N/SL | | Libby 1949 to date |
| 300. | | | Loenna Tarbett | | N/SL/C | | |
| 301. | | | Lawrence D. Williams, Sr. | | N/SL | | Libby 1952 to date |
| 302. | | | Elizabeth Williams | | N/SL/C | | |
| 303. | 8th Judicial District | CDV 01-512 | Michael C. Wagner | BNSF, BNRC, Great Northern Railway Co., International Paper Co., Champion International Corp., St. Regis Corp., J. Netis Lumber Co., Robinson Insulation Co., State of MT, Dept of Environmental Quality, Montana State Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Labor and Industry, MT St Dept of Health, Division of Air Pollution Control and Industrial Hygiene, Montana Vermiculite Co., Does E-Z | FELA/N/ SL/NIED / IMA/ PUN | | Employed by RR late 1950's Employed by wood products co. 1958-1994 |
| 304. | 8th District Cascade County | ADV 01-700 | Thomas J. Kelly | BNSF, BNRC, Great Northern Railway Co., Robinson Insulation Co., State of MT, Dept of Environmental Quality, Montana State Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Labor and Industry, MT St Dept of Health, Division of Air Pollution Control and Industrial Hygiene, Montana Vermiculite Co., Does E-Z | N/SL/NI ED/ IMA/ PUN | | Lived, worked, recreated in Libby |
| 305 | 11th District Flathead County | DV 01-366 C | Reginald W. McMurdo | BNSF, BNRC, Great Northern Railway Co., Western Fruit Express, Palmquist Electric Co., Waldorf-Hoerner Paper Products Co., Ferguson Electric, Inc., Morrison-Knudsen Company, Inc., Fischbac & Moore, Inc., Tide Bay, Inc., Electric Smith, Inc., Burke Electric, Hoffman Wallace Swyco | FELA/N/ SL/ IMA/ NIED/ PUN | | Employed by Great Northern 1962-1963 Employed by Western Fruit Express; Palmquist Electric, Ferguson Electric, Fishbauh & Moore, Tide Bay, Electric Smith, Burke Electric, Christenson Electric. |

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|---|---|---|---|---|---|---|---|
| 306. | 8th District Cascade County | BDV 01-511 | Howard Orr | Contractors, Christenson Electric Co., Yellowstone Pipeline Co., Treasure State Electric Co., Yellowstone Electric Co., Timberstate Electric Co., Stewart & James Contactors, Matthews, McCracken & Rutland Corp., Diamond Electric, Louisiana-Pacific Corp., C. Powell Electric, International Paper Co., Champion International Corp., St. Regis Corp., J. Neils Lumber Co., Asarco Incorporated, Does B-Z | N/SL/NI ED/ IMV PUN | | Treasure State Electric, Yellowstone Electric, Timberstate Electric, Diamond Electric, C. Powell Electric, Waldorf-Hoerner Paper Products, Morrison 0Knudsen, Hoffman Wallace Swyco Contractors, Yellowstone Pipeline, Parsons Construction, Yellowstone Pipeline, Parsons Construction, Stewart & James Contractors, Matthews, McCracken & Rutland, Louisiana-Pacific, International Paper, Champion, St. Regis, J. Neils, Great Northern |
| 307. | 8th District Cascade County | ADV 04-542 | Arthur E. Hall | BNSF, BNRC, Great Northern Railway Co., Robinson Insulation Co., State of MT, Dept of Environmental Quality, Montana State Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Labor and Industry, MT St Dept of Health, Division of Air Pollution Control and Industrial Hygiene, Montana Vermiculite Co., Does E-Z | N/SL | | Libby 1959 to date |
| 308. | | | Jean Hall | State of Montana, BNSF, Robinson Insulation Company, John Swing, Does A-Z | N/SL/C | | Lived, worked, recreated in proximity to RR tracks |
| 309. | | | Barbara Benefield | | N/SL | | Libby 1965 to date |
| 310. | | | Donald Benefield | | N/SL/C | | |
| 311. | | | Joan L. Jellesed | | N/SL | | Libby 1961 to date |
| 312. | | | Raynard Jellesed | | N/SL/C | | |
| 313. | | | George R. Johnson | | N/SL | | Libby 1948-1984 |
| 314. | | | Darlene Johnson | | N/SL | | |
| 315. | | | John P. Kujawa | | N/SL | | Libby 1959 to date |
| 316. | | | Deanna L. Kujawa | | N/SL/C | | |
| 317. | | | Robert L. Rosencrans | | N/SL | | Libby 1965 to date |
| 318. | | | James R. Rosencrans | | N/SL | | Libby 1965 to date |
| 319. | | | Jo Ann J. Colier | | N/SL | | Libby 1937 to date |
| 320. | | | Glen Colier | | N/SL/C | | |
| 321. | | | Kenneth L. Gustafson | | N/SL | | Libby 1962 to date |

PI\LEGAL #183876 v1 (13#NK01!.DOC)