**Exhibit A (part 2)**

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|---|---|---|---|---|---|---|---|
| 322. | 8th District Cascade County | DDV 04-590 | Nancy Gustafson | State of Montana, BNSF, Robinson Insulation Co., John Swing, Does A-Z | N/SL/C | | Libby 1950 to date |
| 323. | | | Stuart Spady, Sr. | | N/SL | | Libby 1950 to date |
| 324. | | | Joanne Spady | | N/SL/C | | |
| 325. | | | Ronnie L. Boring | | N/SL | | Libby 1942 to date |
| 326. | | | James E. Boring | | N/SL/C | | |
| 327. | | | Loren R. Kujawa | | N/SL | | Libby 1927 to date |
| 328. | | | Gynell Kujawa | | N/SL/C | | |
| 329. | | | Darryl A. Lien | | N/SL | | Libby 1947-1967, 1976-1978, 1982 to date |
| 330. | | | Kimberly J. Lien | | N/SL/C | | |
| 331. | | | Scott Maclay | | N/SL | | Libby 1968-1972 |
| 332. | | | Lauri Maclay | | N/SL/C | | |
| 333. | | | David L. McMillan | | N/SL | | Libby 1956 to date |
| 334. | | | Robin A. McMillan | | N/SL/C | | |
| 335. | | | Quentin M. Young | | N/SL | | Libby 1944 to date |
| 336. | | | Angela Young | | N/SL/C | | |
| 337. | | | Jimmie B. Lyle, Jr. | | FELA/N/SL | | Libby 1954-1971, 1979-1993 Employed W.R. Grace 1966-1968 Employed by BNSF 1954-1957 |
| 338. | | | Shirley Lyle | | N/SL/C | | Libby 1954-1975, 1979 to date |
| 339. | 8th District Cascade County | DDV 04-615 | Patti L. Keeler | State of Montana, BNSF, Robinson Insulation Co., John Swing, Does A-Z | N/SL | | Libby 1979 to date |
| 340. | | | Ray Keeler | | N/SL/C | | |
| 341. | | | Darlene B. Hammons | | N/SL | | Libby 1952 to date |
| 342. | | | Ray M. Hammons | | N/SL/C | | |
| 343. | | | Patricia A. Johnson | | N/SL | | Libby 1975 to date |

PHLEGAL: #1838576 v1 (13#NK01!.DOC)

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|---|---|---|---|---|---|---|---|
| 344. | | | Steven R. Johnson | | N/S/LC | | |
| 345. | | | Christ Ray Kuntz | | N/SL | | Libby 1977 to date |
| 346. | | | Linda Kuntz | | N/S/LC | | |
| 347. | | | Yolanda Q. Montgomery | | N/SL | | Libby 1975-1992 |
| 348. | | | Micky G. Montgomery | | N/S/LC | | |
| 349. | | | Thomas E. O'Bleness | | N/SL | | Libby 1959 to date |
| 350. | | | Audrey J. O'Bleness | | N/S/LC | | |
| 351. | 11th District Flathead County | DV 01-370-A | William J. Hunnewell | BNSF, BNRC, Great Northern Railway, Does A-Z | FELAN/ SL/PUN | | Employed by Great Northern 1950-53 and 1955-1958 |
| 352. | 8th District Cascade County | DDV 04-780 | Carl M. Lundstrom | State of Montana, BNSF, Robinson Insulation Co., John Swing, Does A-Z | N/S/LC | | Libby 1970 to date |
| 353. | | | Judy Lundstrom | | N/S/LC | | |
| 354. | | | Lona Dianne Walker | | N/SL | | Libby 1954 to date |
| 355. | | | Michael D. Bowker | | N/SL | | |
| 356. | | | Myrl E. Hensley | | N/SL | | Libby 1958-1978, 1986 to date Worked for Burns Security at W.R. Grace 1973-1976 |
| 357. | | | Sharon K. Hensley | | N/S/LC | | Libby 1960 to date |
| 358. | | | Richard M. Vinson | | N/SL | | Libby 1957 to 1980, 1986 to date |
| 359. | | | Brenda L. Vinson | | N/S/LC | | |
| 360. | | DDV 04-946 | Stuart A. Hart | State of Montana, BNSF, Robinson Insulation Co., John Swing, Does A-Z | FELAN/ SL | | Libby 1966 to date Worked for BNSF 1974 to date |
| 361. | | | Janet L. Hart | | N/S/LC | | |
| 362. | | | Margaret A. Hacke | | N/SL | | Libby 1967 to date |
| 363. | | | Lyle H. Hacke | | N/S/LC | | |
| 364. | | | Bruce D. Drury | | N/SL | | |
| 365. | | | Tracy L. Drury | | N/S/LC | | Libby 1966, 1980, 1981-1985, 1993 to date |

PHLEGAL: #1838576 v1 (13#NK01!.DOC)

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|---|---|---|---|---|---|---|---|
| 366. | | | Mickey G. Montgomery (also named in DDV 04-615) | | FEL/N/ SL | | Libby 1965-1969, 1971, 1975-1995 Worked for BNSF 1976 to date |
| 367. | | | Yolanda Montgomery (also named in DDV 04-615) | | N/SL | | |
| 368. | | | Darel D. Dusek | | FEL/N/ SL | | Libby 1980 to date Worked for BNSF 1980 to 1986 |
| 369. | | | April Dusek | | N/SL/C | | |
| 370. | | | Bill B. Obermayer | | FEL/N/ SL | | Libby 1947-1998 Worked for BNSF 1968-1983 |
| 371. | | | Karen L. Obermayer | | N/SL/C | | |
| 372. | | | Delbert R. Chapel | | N/SL | | Libby 1937 to date |
| 373. | | | Viola F. Chapel | | N/SL/C | | |
| 374. | | ADV 04-76 | Robert M. Edwards | State of Montana, BNSF, Robinson Insulation Co., John Swing, Maryland Casualty Co., Does A-Z | N/SL | | Libby 1936 to date |
| 375. | | | Georgiana Edwards | | N/SL/C | | |
| 376. | | | Marilyn J. Edwards | | N/SL | | Libby 1939 to date |
| 377. | | | Linden O. Edwards | | N/SL/C | | |
| 378. | | | Eldon P. Fleming | | N/SL | | Libby 1960 to date |
| 379. | | | Beverly Ann Fleming | | N/SL/C | | |
| 380. | | | James P. Tolle | | N/SL | | Libby 1962 to date |
| 381. | | | Eilene A. Tolle | | N/SL/C | | |
| 382. | | | David Benefield | | N/SL | | Libby 1948 to date |
| 383. | | | Gayla Benefield | | N/SL/C | | |
| 384. | | | Edna M. Lindsay | | N/SL | | Libby 1949 to date |
| 385. | | | LaMar Lindsay | | N/SL/C | | |
| 386. | | | Judy Shelmerdine | | N/SL | | Libby 1950 to date |
| 387. | 8th District Cascade County | CDV 04-934 | Kenneth L. Stapley | State of Montana, BNSF, Robinson Insulation Co., John Swing, Maryland Casualty Co., Does A-Z | N/SL | | Libby 1925-1961 1986 to date |

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|---|---|---|---|---|---|---|---|
| 388. | 8th District Cascade County | | Lois G. Albert | | N/SL | | Libby 1949 to date |
| 389. | | | George T. Albert | | N/SL/C | | |
| 390. | | | Leonard J. Brakke | | N/SL | | Libby 1947-1974 |
| 391. | | | Alice J. Brakke | | N/SL/C | | |
| 392. | | | Neil A. Nelson | | N/SL | | Libby 1956-1985 |
| 393. | | | Gailene Nelson | | N/SL/C | | |
| 394. | | | Wayne M. Powell | | N/SL | | Libby 1946-1967 |
| 395. | | | Sue M. Powell | | N/SL/C | | |
| 396. | | | Roy C. Sneath | | N/SL | | Libby 1946 1992 to date |
| 397. | | | Anna A. Sneath | | N/SL/C | | |
| 398. | | | Danny J. Freebury | | N/SL | | Libby 1955 to date |
| 399. | | CDV 03-854 | Frank Filopoulos | BNSF, BNRC, Great Northern Railway, Westinghouse Electric Corp., General Electric Co., The Anaconda Co., Atlantic Richfield Co., Anaconda Delaware Corp., Atlantic Richfield Delaware Corp., Robinson Insulation Co., State of MT, Dept of Environmental Quality, Montana State Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Labor and Industry, MT St Dept of Health, Division of Air Pollution Control and Industrial Hygiene, Montana Vermiculite Co., Does A-Z | N/SL/N ED IM A/ PUN | | Lived, worked, recreated in proximity to RR tracks Worked for The Anaconda Co. from 1974-1981 |
| 400. | 8th District Cascade County | DDY 05-611 | Doloris Spady, indiv and as PR | International Paper Co., Champion International Corp., St. Regis Corp., J. Neils Lumber Co., Montana Light & Power Co., Everett Nelson, Brad E. Phillips, Mark Schoknecht, John Luger, Emmett Lisle, State of Montana, BNSF, Robinson Insulation Co., John Swing, Does A-Z | SL | | Employed by wood products defendants 1952-1991 Lived in Libby 1950-2003 |
| 401. | | | Raymond E. Spady (deceased) | | SL | | Employed by wood products defendants |
| 402. | | | Dixie L. Basham, indiv and as PR | | SL | | Lived in Libby 1950-1986 |
| 403. | | | Jack S. Basham (deceased) | | SL | | Employed by wood products defendants 1959-1986 |
| 404. | | | Carletta Collier, indiv and as PR (also named in ADV (03-1150) | | N/SL | | Lived in Libby 1946-2003 |

PHLEGAL: #1838576 v1 (13#NK01!.DOC)

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|---|---|---|---|---|---|---|---|
| 405. | | | Paul Collier (deceased) (also named in ADV 03-1150) | | N/SL | | Employed by wood products defendants 1958-1986 / Lived in Libby 1935-1990 |
| 406. | | | Rick Erickson, indiv and as PR | | N/SL | | Employed by wood products defendants 1953-2004 / Lived in Libby 1953-1989 |
| 407. | | | Rodney A. Erickson (deceased) | | N/SL | | Employed by wood products defendants 1962-1969 and 1971-1994 / Lived in Libby 1962-1968 and 1970 to date |
| 408. | | | Roger D. French | | N/SL | | Employed by wood products defendants 1986-2001 / Lived in Libby 1956 to date |
| 409. | | | Neil A. Nelson | | N/SL | | |
| 410. | | | Gailene Nelson | | N/SL/C | | |
| 411. | | | Charlotte R. Schauss | | N/SL | | Employed by wood products defendants 1967-1991 / Lived in Libby 1953 to date |
| 412. | | | Lawrence P. Tong | | N/SL | | Employed by wood products defendants 1966-1993 / Lived in Libby 1972-1993. |
| 413. | | | Peggy L. Tong | | N/SL/C | | |
| 414. | 8th District Cascade County | CDV 04-1234 | Dan C. Busby | State of Montana, BNSF, Robinson Insulation Co., John Swing, Does A-Z | FELA/N/SL | | Libby 1983 to date / Employed by BNSF 1992 to 2002 in Libby |
| 415. | | | Thora J. Bresette | | N/SL/C | | |
| 416. | | | Dennis E. Yeager | | N/SL | | Libby 1972 to date |
| 417. | | | Ricki A. Yeager | | N/SL/C | | |
| 418. | | | Ernest R. Anderson | | N/SL | | |
| 419. | | | Frank J. Filopoulos | | N/SL | | Libby 1986 to date |
| 420. | | | Karen F. Filopoulos | | N/SL/C | | |
| 421. | 8th District Cascade County | BDV 04-840 | Lois D. Dickerman | State of Montana, BNSF, Robinson Insulation Co., John Swing, Does A-Z | N/SL | | Libby 1954 to date |
| 422. | | | Glynda K. Olson, indiv and as PR | | N/SL | | |
| 423. | | | James L. Olson (deceased) | | N/SL | | Libby 1935-1958 and 1976 to 2002 |
| 424. | | | Susan J. Holter | | N/SL | | Libby 1948 to date |
| 425. | | | James DeWayne Jacobsen | | N/SL | | Libby 1972 to 1976 |

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|---|---|---|---|---|---|---|---|
| 426. | 8th District Cascade County | ADV 04-1268 | Daniel R. Goyen | State of Montana, BNSF, Robinson Insulation Co., John Swing, Does A-Z | N/SL | | Libby 1940 to date |
| 427. | | | Lindy A. Goyen | | N/SL/C | | Libby 1962-1963 and 1974 to 1984 |
| 428. | | | Donald F. Hodges | | N/SL | | Libby 1948 to date |
| 429. | | | Sandra K. DeShazer | | N/SL | | |
| 430. | | | Gerald DeShazer | | N/SL/C | | |
| 431. | | | Nancy A. Sagen, indiv and as PR | | N/WD/S L | | |
| 432. | | | Kenneth D. Sagen (deceased) | | N/WD/S L | | Libby 1954 to 1955 and 1958 to 2003 |
| 433. | | | Stuart S. Risley | | N/SL | | Libby 1944 to date |
| 434. | | | Linda M. Risley | | N/SL/C | | |
| 435. | | | Charlotte R. Schauss | | N/SL | | Libby 1961 to date |
| 436. | | | Carol J. Burriss | | N/SL | | Libby 1955 to date |
| 437. | | | William Burriss | | N/SL/C | | |
| 438. | | | Dru A. Orr | | N/SL | | Libby 1970 to 1993 |
| 439. | | | Margaret A. Orr | | N/SL/C | | |
| 440. | 8th District Cascade County | BDV 04-963 | Gerald H. Michels | State of Montana, BNSF, Robinson Insulation Co., John Swing, Zurn Industries Inc., Erie City Ironworks, Garlock Inc., Anchor Packing Co., Horreskotte & Associates, E.J. Bartells Co., Northwest Boiler Inc., A.P. Green Services, Inc., Z-5 Industrial Supply Co., Does A-Z | N/SL | | Libby 1958-1961 and 1964-present |
| 441. | | | Sharon R. Michels | | N/SL/C | | Resident of Lincoln County |
| 442. | 8th District Cascade County | ADV 03-918 | Dwayne Galbreth | BNSF, BNRC, Great Northern Railway Co., Robinson Insulation Co., Does A-Z | FELA/N/ SL/PI/N | | Employed by RR 1965-1990 |
| 443. | 8th District Cascade County | ADV 03-700 | Geraldine Fletcher | BNSF, BNRC, Great Northern Railway Co., Great Northern Railway Co., International Paper Co., Champion International Co., St. Regis Corp., J. Neils Lumber Co., Robinson Insulation Co., State of MT, Dept of Environmental Quality, Montana State Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Labor and Industry, MT St Dept of Health, Division of Air Pollution Control and Industrial Hygiene, Montana Vermiculite Co., Does A-Z | N/SL/NI/ ED/ IM/A/ PUN | | Lived, worked, recreated in Libby |

PHLEGAL #838576 v1 (13#NK01!.DOC)

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|---|---|---|---|---|---|---|---|
| 444. | 8th District Cascade County | ADV 03-800 | Cheryl Chandler, indiv and as PR | BNSF, BNRC, Great Northern Railway Co., International Paper Co., Champion International Co., St. Regis Corp., J Neils Lumber Co., Robinson Insulation Co., State of MT, Dept of Environmental Quality, Montana State Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Labor and Industry, MT St Dept of Health, Division of Air Pollution Control and Industrial Hygiene, Montana Vermiculite Co., Does A-Z | N/SL/NI ED/ IMA/ PUN | | Surviving spouse |
| 445. | | | Harold Crill (deceased) | | N/SL/NI ED/ IMA/ PUN | | Lived, worked, recreated in Libby Worked for the wood product company from 1967 to February 1987 |
| 446. | 8th District Cascade County | ADV ??-776 | Dan Bundrock | BNSF, BNRC, Great Northern Railway Co., International Paper Co., Champion International Co., St. Regis Corp., J Neils Lumber Co., Robinson Insulation Co., State of MT, Dept of Environmental Quality, Montana State Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Labor and Industry, MT St Dept of Health, Division of Air Pollution Control and Industrial Hygiene, Montana Vermiculite Co., Does A-Z | N/SL/NI ED/ IMA/ PUN | | Lived, worked, recreated in Libby |
| 447. | | | Joseph Kelly | | N/SL/NI ED/ IMA/ PUN | | Lived, worked, recreated in Libby |
| 448. | | | Ron Moe | | N/SL/NI ED/ IMA/ PUN | | Lived, worked, recreated in Libby |
| 449. | | | James Hamilton | | N/SL/NI ED/ IMA/ PUN | | Lived, worked, recreated in Libby |
| 450. | | | Alyce Anderson | | N/SL/NI ED/ IMA/ PUN | | Lived, worked, recreated in Libby |
| 451. | | | Clifford Neubauer | | N/SL/NI ED/ IMA/ PUN | | Lived, worked, recreated in Libby |
| 452. | 8th District Cascade County | CDV 03-1370 | David Christiansen | BNSF, BNRC, Great Northern Railway Co., Champion International Co., St. Regis Corp., J Neils Lumber Co., Robinson Insulation Co., State of MT, Dept of Environmental Quality, Montana State Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Labor and Industry, MT St Dept of Health, Division of Air Pollution Control and Industrial Hygiene, Montana Vermiculite Co., Does A-Z | N/SL/NI ED/ IMA/ PUN | | Lived, worked, recreated in Libby |
| 453. | | | Steele Fletcher | | N/SL/NI ED/ | | Lived, worked, recreated in Libby |

PHLEGAL: #1838576 v1 (13#NK01!.DOC)

PI\LEGAL:#838876 v1 (13#NK01!.DOC)

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|---|---|---|---|---|---|---|---|
| 454. | | | Sandra Nelson | | IMA/ PUN | | Lived, worked, recreated in Libby |
| 455. | | | Don Munsell | | N/SL/NI ED/ IMA/ PUN | | Lived, worked, recreated in Libby |
| 456. | | | Kurt Cole | | N/SL/NI ED/ IMA/ PUN | | Lived, worked, recreated in Libby |
| 457. | | | Sara Hedahl | | N/SL/NI ED/ IMA/ PUN | | Lived, worked, recreated in Libby |
| 458. | 8th District Cascade County | DDV 03-681 | Lonnie Kelley | BNSF, BNRC, Great Northern Railway Co., Great Northern Railway Co., International Paper Co., Champion International Co., St. Regis Corp., J. Neils Lumber Co., Robinson Insulation Co., State of MT, Dept of Environmental Quality, Montana State Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Labor and Industry, MT St Dept of Health, Division of Air Pollution Control and Industrial Hygiene, Montana Vermiculite Co., Does A-Z | N/SL/NI ED/ IMA/ PUN | | Lived, worked, recreated in Libby |
| 459. | 8th District Cascade County | DDV 03-743 | Orville Thom | BNSF, BNRC, Great Northern Railway Co., Great Northern Railway Co., International Paper Co., Champion International Co., St. Regis Corp., J. Neils Lumber Co., Robinson Insulation Co., State of MT, Dept of Environmental Quality, Montana State Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Labor and Industry, MT St Dept of Health, Division of Air Pollution Control and Industrial Hygiene, Montana Vermiculite Co., Does A-Z | N/SL/NI ED/ IMA/ PUN | | Lived, worked, recreated in Libby |
| 460. | | | Arnold Lehnert | BNSF, BNRC, Great Northern Railway Co., Great Northern Railway Co., International Paper Co., Champion International Co., St. Regis Corp., J. Neils Lumber Co., Robinson Insulation Co., State of MT, Dept of Environmental Quality, Montana State Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Labor and Industry, MT St Dept of Health, Division of Air Pollution Control and Industrial Hygiene, Montana Vermiculite Co., Does A-Z | N/SL/NI ED/ IMA/ PUN | | Lived, worked, recreated in Libby |
| 461. | | | Gary Morton | | N/SL/NI ED/ IMA/ PUN | | Lived, worked, recreated in Libby |
| 462. | | | Michael Crill | | N/SL/NI ED/ IMA/ PUN | | Lived, worked, recreated in Libby |
| 463. | | | Fred Nelson | | N/SL/NI ED/ IMA/ PUN | | Lived, worked, recreated in Libby |

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|---|---|---|---|---|---|---|---|
| 464. | | | Monte Wicka | | N/SL/NI ED/ IMA/ PUN | | Lived, worked, recreated in Libby |
| 465. | 8th District Cascade County | ADV 03-817 | John Riewoldt | BNSF, BNRC, Great Northern Railway Co., Great Northern Railway Co., International Paper Co., Champion International Co., St. Regis Corp., J. Neils Lumber Co., Robinson Insulation Co., State of MT, Dept of Environmental Quality, Montana State Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Labor and Industry, MT St Dept of Health, Division of Air Pollution Control and Industrial Hygiene, Montana Vermiculite Co., Does A-Z | N/SL/NI ED/ IMA/ PUN | | lived, worked, recreated in Libby |
| 466. | | | Robbin Clawson | | N/SL/NI ED/ IMA/ PUN | | lived, worked, recreated in Libby |
| 467. | | | Barry Dolgimuir | | N/SL/NI ED/ IMA/ PUN | | lived, worked, recreated in Libby |
| 468. | | | Tammy Ivins | | N/SL/NI ED/ IMA/ PUN | | lived, worked, recreated in Libby |
| 469. | | | Tim Brown | | N/SL/NI ED/ IMA/ PUN | | lived, worked, recreated in Libby |
| 470. | 8th District Cascade County | BDV 04-335 | Duane R. Erickson | State of Montana, BNSF, Robinson Insulation Co., John Swing, Zurn Industries, Erie City Ironworks, Garlock Inc., Does A-Z | N/SL/ | | Resident of Libby 1954-1970 |
| 471. | | | Loretta J. Erickson | | N/SL/C | | |
| 472. | | | Fred M. Bock | | N/SL | | Resident of Libby 1977-1985 |
| 473. | | | Grace A. Bock | | N/SL/C | | |
| 474. | | | Samuel E. Fulgham | | N/SL | | Resident of Libby 1966 to date |
| 475. | | | Sandra Fulgham | | N/SL | | |
| 476. | | | Russell H. Graves | | N/SL | | Resident of Libby 1965 to date |
| 477. | | | Lois H. Graves | | N/SL/C | | |
| 478. | | | Dale L. Jantz | | N/SL | | Resident of Libby 1962 to date |
| 479. | | | Sharon L. Jantz | | N/SL/C | | |

PHI.EGAI #183857v.1 (15#8K01!.DOC)

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|---|---|---|---|---|---|---|---|
| 480. | | | Raynard L. Jellesed (also named in ADV 04-542) | | N/SL | | Resident of Libby 1961 to date |
| 481. | | | Joan Jellesed (also named in ADV 04-542) | | N/SL/C | | |
| 482. | | | Bruce H. Kessel | | N/SL | | |
| 483. | | | Patricia Kessel | | N/SL/C | | Resident of Libby 1947-1996 |
| 484. | | | Duane J. Kessel | | N/SL | | |
| 485. | 8th District Cascade County | DDV 03-833? | Mary A. Graham, indiv and as PR | BNSF, BNRC, Great Northern Railway Co., Great Northern Railway Co., St. Regis Corp., J. Neils Lumber Co., Champion International Insulation Co., State of MT: Dept of Environmental Quality, Montana State Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Labor and Industry, MT St Dept of Health, Division of Air Pollution Control and Industrial Hygiene, Montana Vermiculite Co., A.G. Uithof, David Robinson, Does A-Z | N/SL/W D/ PUN | | Surviving spouse, resident of Lincoln County |
| 486. | | | I.V. Graham (deceased) | | N/SL/W D/ PUN | | Citizen of Lincoln County until his death. Employed by A.G. Uithof 1959-1964- on or adjacent to property owned by RR |
| 487. | 8th District Cascade County | CDV 03-853 | Christ Kuntz (also named in DDV 04-615) | BNSF, BNRC, Great Northern Railway Co., Westinghouse Electric Corp., General Electric Co., Robinson Insulation Co., State of MT: Dept of Environmental Quality, Montana State Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Labor and Industry, MT St Dept of Health, Division of Air Pollution Control and Industrial Hygiene, Montana Vermiculite Co., Does A-Z | N/SL/NI ED/ IMA/ PUN | | Lived, worked, recreated in proximity to RR tracks |
| 488. | 8th District Cascade County | DDV 04-779 | Lorraine E. Petrusha | State of Montana, BNSF, Robinson Insulation Co., John Swing, Does A-Z | N/SL | | Resident of Lincoln County 1947 to date |
| 489. | | | Robert A. Petrusha | | N/SL/C | | Resident of Lincoln County |
| 490. | | | John J. Neils | | N/SL | | Resident of Lincoln County 1947-1970 |
| 491. | | | Paula Neils | | N/SL/C | | |
| 492. | | | Shirley F. Lyle | | N/SL | | Resident of Lincoln County 1954-1975 and 1979-1998 and 2004 to date; husband H. Bill Norman employed by Zohonite 1950-56 |
| 493. | | | Jimmy Lyle, Jr. | | N/SL/C | | Libby 1972 to date |
| 494. | 8th District Cascade County | ADV 04-781 | Marvin C. Steele | State of Montana, BNSF, Robinson Insulation Co., John Swing, Does A-Z | N/SL | | Libby 1972 to date |
| 495. | 8th District Cascade County | | Candy F. Steele | State of Montana, BNSF; Robinson Insulation Co., John Swing, Does A-Z | N/SL/C | | Resident of Lincoln County |
| 496. | 8th District Cascade County | BDV 04-255 | Gynell D. Kujawa (also named in DDV 04-590) | State of Montana, BNSF; Robinson Insulation, John Swing, Does A-Z | N/SL | | Libby 1926 to present, resided or remained in close proximity to BNSF property |

PHILEGAL #1838576 v1 (1J8RK01!.DOC)

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|---|---|---|---|---|---|---|---|
| 497. | | | Loren Kujawa (also named in DDV 04-590) | | N/SL/C | | Libby 1942 to present, resided or remained in close proximity BNSF property |
| 498. | | | Daniel E. DeShazer | | N/SL | | Libby 1942 to present, resided or remained in close proximity BNSF property |
| 499. | | | Eva DeShazer | | N/SL/C | | |
| 500. | | | Thomas A. Miller | | N/SL | | Libby 1968 to present, resided or remained in close proximity BNSF property |
| 501. | | | Laurel Miller | | N/SL/C | | |
| 502. | | | Charles L. Raciot | | FELA/N SL | | Libby 1935 to present Employed by BNSF 1950 |
| 503. | | | Sharon L. Raciot | | N/SL/C | | |
| 504. | | | Doug I. Shaw | | N/SL | | Libby 1975-1995, resided or remained in close proximity BNSF property |
| 505. | | | Charles V. Westlund | | N/SL | | Libby 1961 to present, resided or remained in close proximity BNSF property |
| 506. | | | Faye Westlund | | N/SL/C | | |
| 507. | 8th District Cascade County | ADV 04-1463 | George L. Masters | International Paper Co., Champion International Corp., St. Regis Corp., Everett Nelson, Brad E. Phillips, Mark Schoknecht, John Luger, Emmett Lisle, State of Montana, BNSF, Robinson Insulation, Does A-Z | N/SL/C | | Employed by wood products co. 1963-1966 Libby 1948-1966, 2002 to date |
| 508. | | | Sherry L. Master | | N/SL/C | | |
| 509. | | | Fred M. Beck (also named in BDV 04-335) | | N/SL | | Employed by wood products co. 1970-1985 Libby 1977-1985 |
| 510. | | | Grace A. Beck (also named in BDV 04-335) | | N/SL/C | | |
| 511. | | | Frank D. Belles (also named in ADV 04-083) | | N/SL | | Employed by wood products co. 1966-1970 Libby 1967-1968 |
| 512. | | | Betty P. Challinor (also named in DDV 03-946) | | N/SL/C | | |
| 513. | | | Jim P. Challinor (deceased) (also named in DDV 03-946) | | N/SL | | Employed by wood products co. 1950-1959 Libby 1941-2003 |
| 514. | | | Better Warner | | N/SL | | |
| 515. | | | Peter W. Hammer (deceased) | | N/SL | | Employed by wood products co. 1954-1984 Libby 1949-1950, 1977-2002 |
| 516. | | | Timothy H. Siefke | | N/SL | | Employed by wood products co. 1963-1984 Libby 1945-1988, 1990 to date |
| 517. | 8th District Cascade County | DDV 04-134 | Rob Neils | State of Montana, BNSF, Robinson Insulation Co., Does A-Z | N/SL | | Libby 1945-1963 |

PHLEGAL #1838576 v1 (13#NK01!.DOC)

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|---|---|---|---|---|---|---|---|
| 518. | | | Sandra Neils | | N/S/LC | | |
| 519. | | | Mavis Darlene Eggert | | N/SL | | Libby 1954-1959 |
| 520. | 8th District Cascade County | ADV 2004-357 | Margaret J Wright | State of Montana, BNSF, Robinson Insulation Co., Does A-Z | SL | | |
| 521. | | | Andrew J Wright (deceased) | | SL | | Employed by W.R. Grace 1957-1963 Libby 1922-2001 |
| 522. | | | Marietta Louise Goff Tobin | | N/SL | | Resided near BNSF property 1940-1958 |
| 523. | | | Ervin Jim Bornwell | | SL | | Libby 1962-1965 |
| 524. | | | Darlene Y. Cornwell | | SL/C | | |
| 525. | 8th District Cascade County | DDV 04-035 | Guenther E. Schauss | State of Montana, BNSF, Robinson Insulation Co., Does A-Z | N/SL | | Libby 1957 to date |
| 526. | | | Christa Schauss | | N/SL/C | | |
| 527. | | | Debbie J. Rebo | | N/SL | | Libby 1959 to date |
| 528. | | | Steve L. Rebo | | N/SL/C | | |
| 529. | | | Harry D. Murray | | FEL/AN/SL | | Employed BNSF 1950-1952 Libby 1938-1952 |
| 530. | | | Williamae Murray | | N/SL/C | | |
| 531. | | | Sherry A. Fox | | N/SL | | Libby 1956 to date |
| 532. | | | Robert Fox | | N/SL/C | | |
| 533. | | | Jim R. Morey | | N/SL | | Libby 1960 to date |
| 534. | | | Eileen Morey | | N/SL/C | | |
| 535. | | | Robert D. Stickney | | N/SL | | Libby 1949 to date |
| 536. | | | Karen Marie Stickney | | N/SL/C | | |
| 537. | | | Benjamin F. Baker | | N/SL | | Libby 1921 to date |
| 538. | | | Mildred Baker | | N/SL/C | | |
| 539. | 8th District Cascade County | DDV 05-844 | Doug E. Hale | State of Montana, BNSF, Robinson Insulation, John Swing, International Paper Co., Champion International Corp., St. Regis Corp., J Neils Lumber, Montana Light & Power Co., Everett Nelson, Brad E. Phillips, John Luger, Emmett Lisle, | FEL/AN/SL | | Libby 1973-1983 Employed by BNSF 1973-1983 |

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|---|---|---|---|---|---|---|---|
| 540. | | | Ronald O. Bradshaw | Does A-Z | N/SL | | Libby 1956-1959, 1967 to date; Employed by wood products co. 1956-1959, 1961-1993 |
| 541. | | | Mary C. Bradshaw | | N/SL/C | | |
| 542. | | | Helen M. Zak | | N/SL | | Libby 1952-1970, 1971-1980, 1985-1987 |
| 543. | | | Leroy Zak | | N/SL/C | | |
| 544. | | | Donald A. Powell | | FEL/N/ SL | | Libby 1943 to date except for five years; Employed by BNSF 1974-1978; Employed by wood product co. 1960-1974 |
| 545. | | | Michael D. Burns | | N/SL | | Libby 1969-1974, 1981, 2001 to date |
| 546. | 8th District Cascade County | ADV 03-807 | Don Wilkins | BNSF, BNRC, Great Northern Railway Co., Great Northern Railway Co., International Paper Co., Champion International Co., St. Regis Corp., J. Neils Lumber Co., Robinson Insulation Co., State of MT: Dept of Environmental Quality, Montana State Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Labor and Industry, MT St Dept of Health, Division of Air Pollution Control and Industrial Hygiene, Montana Vermiculite Co., Does A-Z | N/SL/NI ED/ IMA/ PUN | | Lived, worked, recreated in Libby |
| 547. | | | Eugene Braley | | N/SL/NI ED/ IMA/ PUN | | Lived, worked, recreated in Libby |
| 548. | | ADV 03-693 | Linda Braley | BNSF, BNRC, Great Northern Railway Co., Great Northern Railway Co., International Paper Co., Champion International Co., St. Regis Corp., J. Neils Lumber Co., Robinson Insulation Co., State of MT: Dept of Environmental Quality, Montana State Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Labor and Industry, MT St Dept of Health, Division of Air Pollution Control and Industrial Hygiene, Montana Vermiculite Co., Does A-Z | N/SL/NI ED/ IMA/ PUN | | Lived, worked, recreated in Libby |
| 549. | | | Eddy Cole | | N/SL/NI ED/ IMA/ PUN | | Lived worked, recreated in Libby |
| 550. | | | Susan Berry | | N/SL/NI ED/ IMA/ PUN | | Lived worked, recreated in Libby |
| 551. | | | Alvin Savage | | N/SL/NI ED/ IMA/ PUN | | Lived worked, recreated in Libby |
| 552. | | | Vicky Serna | | N/SL/NI ED/ IMA/ PUN | | Lived worked, recreated in Libby |

PHLEGAL #183876 v1 (13#NK01!.DOC)

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|---|---|---|---|---|---|---|---|
| 553. | 8th District Cascade County | ADV 03-714 | Donald A. Peterson | BNSF, BNRC, Great Northern Railway Co., Great Northern Railway Co., International Paper Co., Champion International Insulation Co., St. Regis Corp., J. Neils Lumber Co., Robinson Insulation Co., State of MT, Dept of Environmental Quality, Montana State Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Labor and Industry, MT St Dept of Health, Division of Air Pollution Control and Industrial Hygiene, Montana Vermiculite Co., Does A-Z | PUN ED/ IMA/ PUN | | Lived, worked recreated in Libby Worked at lumber mill |
| 554. | 8th Judicial District Cascade County | DDV 04-339 | Bruce E. Foss | State of Montana, BNSF, Robinson Insulation Co., John Swing, Does A-Z | N/SL | | Libby 1958 to date |
| 555. | | | Judi Foss | | N/SL/C | | |
| 556. | | | Robert L. Albert | | N/SL | | Libby 1955-1969 |
| 557. | | | Darcy Albert | | N/SL/C | | |
| 558. | | | Edward L. Atchley | | N/SL | | Libby 1934 to date |
| 559. | | | Hazel Atchley | | N/SL/C | | |
| 560. | | | Gerald O Deshazer (also named in ADV 04-1268) | | N/SL | | Libby 1942 to date |
| 561. | | | Sandra DeShazer (also named in ADV 04-1268) | | N/SL/C | | |
| 562. | | | James D. Hill | | N/SL | | Libby 1952-1968 |
| 563. | | | Sheila Hill | | N/SL/C | | |
| 564. | | | Ronald J. Masters | | N/SL | | Libby 1951 to date |
| 565. | | | Belinda Masters | | N/SL/C | | |
| 566. | | | Diane K. Murer | | N/SL/C | | Libby 1955 to date |
| 567. | | | Jack L. Murer | | N/SL/C | | Libby 1931 to date |
| 568. | | | Donald H. Shea (also named in CDV 02-1163) | | N/SL | | |
| 569. | | | Lois Shea (also named in CDV 02-1163) | | N/SL/C | | |
| 570. | 8th District Cascade County | BDV 04-251 | Blake Gardiner | International Paper Co., Champion International Corp., St Regis Corp., Everett Nelson, Brad E. Phillips, Mark Schostaechl, John Luger, Emmett Lisle, State of Montana, BNSF, Robinson Insulation Co., John Swing, Does A-Z | N/SL/NI FD/ IMA/ PUN | | Employed by wood products co. 1970-1973 Libby 1954-1990 |

PHLEGAL: #183876 v1 (13#NK011.DOC)

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|---|---|---|---|---|---|---|---|
| 571. | | | Elvina J. Osborn (also named in BDV 03-1180) | | N/SL/NI ED/ IMA/ PUN/C | | Employed by wood products co. 1966-1972 Libby 1940 to date |
| 572. | | | Roy Osborn (also named in BDV 03-1180) | | N/SL/ IMA/ PUN/C | | |
| 573. | | | Gifford L. Ellsworth | | N/SL/ PUN/C | | Employed by wood products co. 1963-1969 Libby 1963-1969 |
| 574. | | | Keith E. Ellsworth | | N/SL/ PUN | | Employed by wood products co. 1963-1965 Libby 1962 to date |
| 575. | | | Marilyn J. Ellsworth | | N/SL/ PUN/C | | |
| 576. | 8th District Cascade County | ADV 03-1136 | Roy L. McMillan (son) | BNSF, BNRC, Great Northern Railway Co., Great Northern Railway Co., International Paper Co., Champion International Co., St. Regis Corp., J Neils Lumber Co., Robinson Insulation Co., David Robinson, Montana Vermiculite Co., State of MT, Dept of Environmental Quality, Montana State Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Labor and Industry, MT St Dept of Health, Division of Air Pollution Control and Industrial Hygiene, Does A-Z | N/SL/NI ED/SD/ WD/ PUN | | |
| 577. | | | Robert T. McMillan (deceased) | | N/SL/NI ED/SD/ WD/ PUN | | lived, worked, recreated in Libby near tracks. Worked for wood product co. 1965-1966 |
| 578. | | | Angela McMillan (daughter) | | N/SL/NI ED/SD/ WD/ PUN | | |
| 579. | 8th District Cascade County | DDV 03-713 | Dean Leckrone | BNSF, BNRC, Great Northern Railway Co., Great Northern Railway Co., International Paper Co., Champion International Co., St. Regis Corp., J Neils Lumber Co., Robinson Insulation Co., State of MT, Dept of Environmental Quality, Montana State Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Labor and Industry, MT St Dept of Health, Division of Air Pollution Control and Industrial Hygiene, Montana Vermiculite Co., Does A-Z | N/SL/NI ED/ IMA/ PUN | | Lived, worked, recreated in Libby |
| 580. | | | Trevor Parrish | | N/SL/NI ED/ IMA/ PUN | | lived, worked, recreated in Libby |
| 581. | | | Wayne Thom | | N/SL/NI ED/ IMA/ PUN | | lived, worked, recreated in Libby |
| 582. | | | Geraldine Nelson | | N/SL/NI ED/ IMA/ PUN | | lived, worked, recreated in Libby |

PHLEGAL #183876 v1 (15#8K01!.DOC)

PHI PGAI #1838576 v1 (138NK01!.DOC)

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|---|---|---|---|---|---|---|---|
| 583. | | | Larry Kelly | | N/SL/NI ED/ IMA/ PUN | | lived, worked, recreated in Libby |
| 584. | | | Arthur Skogas | | N/SL/NI ED/ IMA/ PUN | | lived, worked, recreated in Libby |
| 585. | 8th District Cascade County | CDV 03-837 | James Schreiber | BNSF, BNRC, Great Northern Railway Co., International Paper Co., Champion International Co., St. Regis Corp., J. Neils Lumber Co., Robinson Insulation Co., State of MT, Dept of Environmental Quality, Montana State Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Labor and Industry, MT St Dept of Health, Division of Air Pollution Control and Industrial Hygiene, Montana Vermiculite Co., Does A-Z. | N/SL/NI ED/ IMA/ PUN | | lived, worked, recreated in Libby |
| 586. | | | Fred Drake | | N/SL/NI ED/ IMA/ PUN | | lived, worked, recreated in Libby |
| 587. | | | Neesia Davidson | | N/SL/NI ED/ IMA/ PUN | | lived, worked, recreated in Libby |
| 588. | | | John Sunblad | | N/SL/NI ED/ IMA/ PUN | | lived, worked, recreated in Libby |
| 589. | | | James E. Davidson | | N/SL/NI ED/ IMA/ PUN | | lived, worked, recreated in Libby |
| 590. | 8th District Cascade County | CDV 04-409 | John A. Martineau | State of Montana, BNSF, Robinson Insulation Co., John Swing, Harder Construction Co., Does A-Z | N/SL/ | | Lived in Libby 1974-1980 |
| 591. | | | Kristine Eldridge | | N/SL/ | | Lived in Libby 1968-1975 Father Albert Kuntz employed by WR Grace 1975 |
| 592. | | | Alan Eldridge | | N/SL/C | | Lived in Libby 1968-1975 |
| 593. | | | Peter Hammer | | N/SL/C | | Lived in Libby 1949-2002 |
| 594. | | | Mary May Hammer | | N/SL/C | | Lived in Libby 1949-2002 |
| 595. | | | N. Dale Herreid | | N/SL. | | Lived in Libby 1959 to date |
| 596. | | | Marlene Herreid | | N/SL/C | | Lived in Libby 1959 to date |
| 597. | | | Charles Judkins | | N/SL | | Lived in Libby 1963 to date |

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|---|---|---|---|---|---|---|---|
| 598. | | | Tim Westlund | | N/SL/C | | Lived in Libby 1963- 2001 |
| 599. | | | Debbie Westlund | | N/SL/C | | |
| 600. | | | Ivan Hagen | | | | |
| 601. | | | Julie Hagen | | N/SL/C | | Lived in Libby 1961 to date |
| 602. | 8th District Cascade County | BDV 04-419 | Alan G. Bitterman | State of Montana, BNSF, Robinson Insulation Co., John Swing, Does A-Z | N/SL/C | | Lived in Libby 1947-2003, resided or remained in close proximity to RR property |
| 603. | | | Charlotte Bitterman | | N/SL/J | | Lived in Libby 1952-2003, resided or remained in close proximity to RR property |
| 604. | | | John H. Cassidy | | N/SL | | Lived in Libby 1962 to date, resided or remained in close proximity to RR property |
| 605. | | | Lynn Marie Osterhues | | N/SL | | Lived in Libby 1953-1972 |
| 606. | | | Roger Osterhues | | N/SL/C | | Lived in Libby 1953-1972 Father Roger Field worked at WR Grace 1952-1955, resided or remained in close proximity to RR property |
| 607. | | | Donald R. Smith | | FELAN/ SL | | Lived in Libby 1978-1983, 1999 to date, worked for BNSF 1978 to date, resided or remained in close proximity to RR property |
| 608. | | | Wilma M. Smith | | N/SL/C | | Lived in Libby 1952 to date, resided or remained in close proximity to RR property |
| 609. | 8th District Cascade County | ADV 04-339 (? Illegible) | Vernon F. Riley | State of Montana, BNSF, Robinson Insulation Co., John Swing, International Paper Co., Champion International Corp., St. Regis Corp., Everett Nelson, Brad E. Phillips, Mark Schoknecht, John Luger, Emmett Lisle, Zurn Industries, Inc., Eric City Ironworks, Garlock Inc., Does A-Z | N/SL | | Lived in Libby 1952 to date, resided or remained in close proximity to RR property 1967 |
| 610. | | | Richard C. Erickson | | N/SL | | Lived in Libby 1953 to date, resided or remained in close proximity to RR property; worked for wood product defendants 1971 |
| 611. | | | Linda M. Erickson | | N/SL/C | | |
| 612. | 8th District Cascade County | DDV 03-960 | Jeff Regh | BNSF, BNRC, Great Northern Railway Co., Great Northern Railway Co., International Paper Co., Champion International Co., St. Regis Corp., J Neils Lumber Co., Robinson Insulation Co., State of MT, Dept of Environmental Quality, Montana State Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Labor and Industry, MT St Dept of Health, Division of Air Pollution Control and Industrial Hygiene, Montana Vermiculite Co., Does A-Z | N/SL/NI ED/ IM/ PUN | | lived, worked, recreated in Libby |
| 613. | | | Judy Evans | | N/SL/NI ED/ IMW PUN | | lived, worked, recreated in Libby |

PHLEGAL #1838876 v1 (13#KK01!.DOC)

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|---|---|---|---|---|---|---|---|
| 614. | | | Evelyn Carr | | N/SL/NI ED/ IMA/ PUN | | lived, worked, recreated in Libby |
| 615. | | | Charlotte Orr | | N/SL/NI ED/ IMA/ PUN | | lived, worked, recreated in Libby |
| 616. | | | Forest Maynard | | N/SL/NI ED/ IMA/ PUN | | lived, worked, recreated in Libby |
| 617. | | | Robin Kendall | | N/SL/NI ED/ IMA/ PUN | | lived, worked, recreated in Libby |
| 618. | 8th District Cascade County | DDV 03-1373 | Steven Kvapil (d), estate of | BNSF, BNRC, Great Northern Railway Co., Great Northern Railway Co., International Paper Co., Champion International Co., St. Regis Corp., J.Neils Lumber Co., Robinson Insulation Co., State of MT, Dept of Environmental Quality, Montana State Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Labor and Industry, MT St Dept of Health, Division of Air Pollution Control and Industrial Hygiene, Montana Vermiculite Co., Does A-Z | N/SL/NI ED/ IMA/ PUN | | |
| 619. | | | Mike Schmauch | | N/SL/NI ED/ IMA/ PUN | | lived, worked, recreated in Libby |
| 620. | | | Lloyd Carr (d), estate of | | N/SL/NI ED/ IMA/ PUN | | lived, worked, recreated in Libby |
| 621. | | | Dorothy Noble (d), estate of | | N/SL/NI ED/ IMA/ PUN | | lived, worked, recreated in Libby |
| 622. | | | Rodney Smith (d), estate of | | N/SL/NI ED/ IMA/ PUN | | lived, worked, recreated in Libby |
| 623. | | | Barbara Nelson | | N/SL/NI ED/ IMA/ PUN | | lived, worked, recreated in Libby |
| 624. | | | Dorothy Savage | | N/SL/NI ED/ IMA/ PUN | | lived, worked, recreated in Libby |
| 625. | | | Orville Nelson (d), estate of | | N/SL/NI ED/ IMA/ PUN | | lived, worked, recreated in Libby |

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|---|---|---|---|---|---|---|---|
| 626. | 8th District Cascade County | DDV 03-835 | Arnold Kelley | BNSF, BNRC, Great Northern Railway Co., Great Northern Railway Co., International Paper Co., Champion International Co., St. Regis Corp., J. Neils Lumber Co., Robinson Insulation Co., State of MT, Dept of Environmental Quality, Montana State Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Labor and Industry, MT St Dept of Health, Division of Air Pollution Control and Industrial Hygiene, Montana Vermiculite Co., Does A-Z | N/SL/NI ED/ IMA/ PUN | | lived, worked, recreated in Libby |
| 627. | | | Sally Hansen | | N/SL/NI ED/ IMA/ PUN | | lived, worked, recreated in Libby |
| 628. | | | Harriet Welch | | N/SL/NI ED/ IMA/ PUN | | lived, worked, recreated in Libby |
| 629. | | | Keith Hedahl | | N/SL/NI ED/ IMA/ PUN | | lived, worked, recreated in Libby |
| 630. | | | Mike Nelson | | N/SL/NI ED/ IMA/ PUN | | lived, worked, recreated in Libby |
| 631. | | | Joe Foote | | N/SL/NI ED/ IMA/ PUN | | lived, worked, recreated in Libby |
| 632. | 8th District Cascade County | BDV 03-816 | Leonard Vogel | BNSF, BNRC, Great Northern Railway Co., Great Northern Railway Co., International Paper Co., Champion International Co., St. Regis Corp., J. Neils Lumber Co., Robinson Insulation Co., State of MT, Dept of Environmental Quality, Montana State Board of Health, Division of Disease Control, Dept of Public Health and Human Services, Dept of Labor and Industry, MT St Dept of Health, Division of Air Pollution Control and Industrial Hygiene, Montana Vermiculite Co., Does A-Z | N/SL/NI ED/ IMA/ PUN | | lived, worked, recreated in Libby |
| 633. | | | Rick Moe | | N/SL/NI ED/ IMA/ PUN | | lived, worked, recreated in Libby |
| 634. | | | Heidi Drake | | N/SL/NI ED/ IMA/ PUN | | lived, worked, recreated in Libby |
| 635. | | | Gary Larson | | N/SL/NI ED/ IMA/ PUN | | lived, worked, recreated in Libby |
| 636. | | | John A. Jones | | N/SL/NI ED/ IMA/ PUN | | lived, worked, recreated in Libby |

PHLEGAL #183876 v1 (13#NK01!.DOC)

| No. | Court | Cause No. | Plaintiffs | Defendants | Claim | Injury | Exposure History |
|-----|-------|-----------|------------|------------|-------|--------|------------------|
| 637. | | | Ray Taylor | | PUN<br>N/SL/NI<br>ED/<br>IMA/<br>PUN | | lived, worked, recreated in Libby |
| 638. | 9th District<br>Glacier County | DV 04-42 | Steven Johnson | BNSF | FELA | Asbestosis 2001 | 1989-2001 Employed at BNSF |
| 639. | | | | | | | |
| 640. | | | | | | | |

PHLEGAL #1838576 v1 (13#NK01!.DOC)