IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | Objections due by: 1/10/06 @ 4:00 p.m. |
| | ) | Hearing Date: 1/30/06 @ 12:00 p.m. |

## NOTICE OF MOTION

TO:  All Parties on the 2002 Service List

BNSF Railway Company and its predecessor corporations, including the Great Northern Railway Company, the Burlington Northern Railroad Company, and The Burlington Northern & Santa Fe Railway Company (collectively, "BNSF") has filed the attached Motion of BNSF for Clarification of the Case Management Order for the Estimation of Asbestos Personal Injury Liabilities and Accompanying Questionnaire (the "Motion") which seeks the following relief: Clarification and/or modification of the Case Management Order previously entered by the Court in these cases.

Objections or responses, if any, to the attached Motion must be filed on or before January 10, 2006 at 4:00 p.m. with the United States Bankruptcy Court for the District of Delaware and at the same time served upon the undersigned counsel and the parties listed on the attached service list.

A HEARING ON THE MOTION WILL BE HELD ON January 30, 2006 at 12:00 p.m.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: December 22, 2005     PEPPER HAMILTON LLP
Wilmington, Delaware

                              /s/ Adam Hiller
                              Adam Hiller (DE No. 4105)
                              Hercules Plaza, Suite 5100
                              1313 North Market Street
                              Wilmington, Delaware 19801
                              Telephone: (302) 777-6500
                              Facsimile: (302) 421-8390

                              and

Edward C. Toole, Jr.
Anne Marie Aaronson
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000
Fax: (215) 981-4750

*Attorneys for BNSF Railway Company*