IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER CLARIFYING CASE
MANAGEMENT ORDER FOR THE ESTIMATION OF ASBESTOS
PERSONAL INJURY LIABILITIES AND ACCOMPANYING QUESTIONNAIRE**

AND NOW, to wit this _____ day of _____, 2005, the Court having heard and considered the MOTION FOR CLARIFICATION OF THE CASE MANAGEMENT ORDER FOR THE ESTIMATION OF ASBESTOS PERSONAL INJURY LIABILITIES AND ACCOMPANY QUESTIONNAIRE (the "Motion") filed by BNSF Railway Company and its predecessor corporations, including the Great Northern Railway Company, the Burlington Northern Railroad Company, and The Burlington Northern & Santa Fe Railway Company (collectively, "BNSF"), IT IS HEREBY ORDERED that:

1. The Motion is GRANTED.

2. This Court's Case Management Order dated August 29, 2005 (Docket No. 9301) (the "Case Management Order") is clarified and does not apply to the contract, contribution or indemnity claims held by BNSF and BNSF is not required to complete or serve any Questionnaires as referenced in the Case Management Order.

_____
THE HONORABLE JUDITH K. FITZGERALD
United States Bankruptcy Judge

WL: #181263 v1 (3VV301!.DOC)