IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------x
In re:                                          Chapter 11

W.R. GRACE & Co., et al.,                       Case No. 01-01139 (JKF)
                                                (Jointly Administered)

Debtors

## TWENTY-FIRST INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005)

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | October 1, 2005 through October 31, 2005 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $95,742.50): | $ 76,594.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $    750.36 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004

The total time expended and included herein for fee application preparation is approximately hours 11.5 and corresponding compensation requested is approximately $3,923.00

This is the Twenty-first Interim Application filed by Capstone. Disclosure for the current period and prior periods is as follows:

TWENTY-FIRST INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005)

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31, 2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| | | | | |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| | | | | |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

2

TWENTY_FIRST INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| | | | | |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $ 494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
| | | | | |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $ 435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

3

TWENTY-FIRST INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Sixth Quarterly** | **April 1, 2005 through June 30, 2005** | **$297,230.00** | **$2,252.85** | **$237,784.00** |
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1, 2005 through September 30, 2005 | 75,983.50 | $482.03 | $60,786.80 |
| **Totals Seventh Quarterly** | **July 1, 2005 through September 30, 2005** | **$292,231.00** | **$2,635.52** | **$233,784.80** |
| December 16, 2005 | October 1, 2005 through October 31, 2005 | 95,742.50 | $750.36 | 76,594.00 |

4

TWENTY-FIRST INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005)

**ATTACHMENT B
TO FEE APPLICATION**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

# W.R. Grace & Co.
Capstone Advisory Group, LLC
**Summary of Fees by Task Code**
**For the Period 10/1/2005 through 10/31/2005**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions | During the Fee Application period, the Applicant analyzed information pertaining to a proposed acquisition and prepared a report to the Committee. | 62.30 | $23,651.50 |
| 03. Claims Analysis & | During the Fee Application period, the Applicant reviewed various memos prepared by counsel regarding personal injury claims. | 0.70 | $371.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed various issues, including the Woburn lease and Bear Stearns retention motions, with counsel and Committee members. | 6.00 | $2,216.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared Fee Statements for August and September. | 11.50 | $3,923.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant prepared cash flow and cash balance analyses, and read and analyzed the Debtors' Q3 earnings. | 40.30 | $16,159.00 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant read and analyzed recent motions, and prepared reports to the Committee regarding the Woburn lease and Bear Stearns retention. | 130.70 | $47,948.00 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant read and analyzed information regarding Proof of Claim and Bar Date procedures. | 0.80 | $424.00 |
| 26. Meetings with Debtors | During the Fee Application Period, the Applicant participated in calls with the Debtors and their advisors regarding the Woburn lease and proposed retention of Bear Stearns. | 3.00 | $1,050.00 |
| **For the Period 10/1/2005 through 10/31/2005** | | **255.30** | **$95,742.50** |

Capstone Advisory Group, LLC
Invoice for the October Fee Application

Page 1 of 1

# W.R. Grace & Co.
Capstone Advisory Group, LLC
Summary of Fees by Professional
For the Period 10/1/2005 through 10/31/2005

| Professional | Position | Billing Rate | Hours | Fees |
| --- | --- | --- | --- | --- |
| E. Ordway | Member | $530 | 14.90 | $7,897.00 |
| S. Cunningham | Member | $505 | 33.70 | $17,018.50 |
| L. Hamilton | Consultant | $350 | 199.50 | $69,825.00 |
| M. Desalvio | Research | $150 | 4.00 | $600.00 |
| M. Hakoun | Research | $150 | 2.00 | $300.00 |
| J. Woods | Paraprofessional | $85 | 1.20 | $102.00 |
| **For the Period 10/1/2005 through 10/31/2005** | | | **255.30** | **$95,742.50** |

Capstone Advisory Group, LLC               Page 1 of 1
Invoice for the October Fee Application

# W.R. Grace & Co.
Capstone Advisory Group, LLC
Detailed Time Description by Task Code
For the Period 10/1/2005 through 10/31/2005

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 01. Acquisitions | | | |
| 10/3/2005 | L. Hamilton | 4.30 | Analyzed Lycra acquisition information provided by the Debtors. |
| 10/3/2005 | L. Hamilton | 1.20 | Analyzed model provided by Debtors regarding Lycra acquisition. |
| 10/3/2005 | L. Hamilton | 3.50 | Obtained and analyzed industry data pertaining to Lycra acquisition. |
| 10/3/2005 | S. Cunningham | 4.40 | Read information and prepared analysis of Project Lycra. |
| 10/4/2005 | L. Hamilton | 2.10 | Gathered and analyzed construction markets forecast information pertaining to the Lycra acquisition. |
| 10/4/2005 | L. Hamilton | 5.90 | Prepared/updated Lycra acquisition analyses. |
| 10/5/2005 | L. Hamilton | 3.90 | Prepared report to the Committee regarding Lycra acquisition. |
| 10/5/2005 | L. Hamilton | 4.10 | Updated analyses pertaining to Lycra acquisitions. |
| 10/6/2005 | L. Hamilton | 0.80 | Updated analyses pertaining to Lycra acquisition. |
| 10/6/2005 | L. Hamilton | 2.40 | Prepared analysis of valuation issues pertaining to Lycra acquisition. |
| 10/6/2005 | M. Hakoun | 1.20 | Summarized financial information pertaining to the cement industry, including margin data. |
| 10/6/2005 | M. Hakoun | 0.80 | Obtained and summarized information regarding cement industry. |
| 10/6/2005 | S. Cunningham | 2.60 | Analyzed valuation multiples pertaining to Project Lycra. |
| 10/7/2005 | S. Cunningham | 2.50 | Prepared analysis and reviewed information related to Project Lycra. |
| 10/7/2005 | L. Hamilton | 1.00 | Summarized valuation information with respect to proposed acquisition. |
| 10/9/2005 | L. Hamilton | 4.50 | Prepared industry valuation analysis pertaining to Lycra acquisition. |
| 10/10/2005 | E. Ordway | 0.40 | Analyzed industry peer group data to assess appropriateness of DCF assumptions. |
| 10/10/2005 | L. Hamilton | 1.20 | Continued to prepare industry valuation analysis pertaining to Lycra acquisition. |

Capstone Advisory Group, LLC  
Invoice for the October Fee Application

Page 1 of 7

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/10/2005 | L. Hamilton | 2.60 | Prepared NPV analysis of acquisition. |
| 10/10/2005 | L. Hamilton | 1.70 | Updated Lycra acquisition report to the Committee. |
| 10/11/2005 | L. Hamilton | 1.60 | Updated Lycra acquisition report. |
| 10/11/2005 | S. Cunningham | 2.50 | Prepared analysis and reviewed information related to Project Lycra. |
| 10/12/2005 | L. Hamilton | 0.90 | Analyzed M&A fees pertaining to proposed acquisition. |
| 10/12/2005 | L. Hamilton | 2.40 | Updated NPV and IRR analyses pertaining to Lycra acquisition. |
| 10/13/2005 | E. Ordway | 0.80 | Analyzed peer group data to develop valuation for Lycra. |
| 10/14/2005 | L. Hamilton | 0.40 | Updated Lycra acquisition report to reflect comments of counsel. |
| 10/14/2005 | S. Cunningham | 1.10 | Prepared updated Lycra acquisition analysis. |
| 10/27/2005 | L. Hamilton | 1.50 | Prepared for call regarding acquisition and related retention agreement. |
| Subtotal | | 62.30 | |

03. Claims Analysis & Valuation

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/25/2005 | E. Ordway | 0.70 | Read counsel's memo regarding pleading related to estimation of personal injury claims. |
| Subtotal | | 0.70 | |

04. Creditor Committee Matters

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/14/2005 | L. Hamilton | 1.50 | Discussed Q2 reporting issues with Committee member and prepared schedule in response to inquiry. |
| 10/14/2005 | L. Hamilton | 0.60 | Discussed Lycra acquisition and Woburn lease issues with counsel. |
| 10/17/2005 | L. Hamilton | 0.20 | Discussed additional information requirements with Committee member. |
| 10/20/2005 | L. Hamilton | 0.50 | Discussed current motions with counsel. |
| 10/21/2005 | L. Hamilton | 0.30 | Discussed Bear Stearns and Woburn motions with counsel. |
| 10/24/2005 | L. Hamilton | 0.50 | Discussed various motions with counsel. |
| 10/25/2005 | L. Hamilton | 0.40 | Discussed Woburn lease issues with counsel. |
| 10/27/2005 | L. Hamilton | 0.80 | Participated in call with counsel, Debtors and advisors. |

Capstone Advisory Group, LLC  
Invoice for the October Fee Application

Page 2 of 7

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/27/2005 | E. Ordway | 0.30 | Called Committee member to discuss Bear Stearns retention. |
| 10/28/2005 | L. Hamilton | 0.50 | Discussions with counsel regarding Bear Stearns fee. |
| 10/31/2005 | S. Cunningham | 0.40 | Discussed Bear Stearns motion with counsel. |
| Subtotal | | 6.00 | |

07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/6/2005 | L. Hamilton | 2.00 | Prepared August fee application. |
| 10/6/2005 | E. Ordway | 0.90 | Prepared fee application. |
| 10/8/2005 | L. Hamilton | 1.40 | Prepared August fee application. |
| 10/11/2005 | L. Hamilton | 1.20 | Prepared September fee application. |
| 10/11/2005 | J. Woods | 1.20 | Prepared fee statement. |
| 10/20/2005 | L. Hamilton | 0.40 | Prepared September fee application. |
| 10/25/2005 | L. Hamilton | 0.80 | Prepared September fee application. |
| 10/27/2005 | L. Hamilton | 0.90 | Prepared September fee application. |
| 10/28/2005 | L. Hamilton | 2.40 | Prepared September fee application. |
| 10/28/2005 | E. Ordway | 0.30 | Prepared September fee application. |
| Subtotal | | 11.50 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/12/2005 | L. Hamilton | 1.10 | Prepared distribution of Debtors' monthly financial statements to the Committee. |
| 10/17/2005 | L. Hamilton | 1.20 | Prepared additional analysis requested by Committee member. |
| 10/18/2005 | S. Cunningham | 2.30 | Read and analyzed information pertaining to monthly financial performance. |
| 10/18/2005 | L. Hamilton | 3.40 | Revised templates for Q3 report. |
| 10/25/2005 | E. Ordway | 2.50 | Analyzed 3rd quarter financial data and summarized items for staff to investigate. |
| 10/25/2005 | L. Hamilton | 1.70 | Prepared summary of potential Q3 reporting issues. |

Capstone Advisory Group, LLC  
Invoice for the October Fee Application

Page 3 of 7

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/26/2005 | L. Hamilton | 1.80 | Prepared cash flow analysis. |
| 10/26/2005 | L. Hamilton | 2.10 | Updated industry data for Q3 report. |
| 10/27/2005 | L. Hamilton | 2.20 | Analyzed cash balances per MOR. |
| 10/27/2005 | L. Hamilton | 2.10 | Updated Q3 report schedules. |
| 10/27/2005 | S. Cunningham | 2.50 | Read and analyzed historical Q3 and plan performance data. |
| 10/28/2005 | S. Cunningham | 2.20 | Read and analyzed Debtors' press release regarding Q3 earnings and compared results versus plan. |
| 10/28/2005 | L. Hamilton | 4.10 | Updated schedules for Q3 report. |
| 10/31/2005 | L. Hamilton | 5.20 | Read and analyzed Q3 news release from Debtors. |
| 10/31/2005 | L. Hamilton | 2.60 | Prepared summary and commentary of Q3 earnings. |
| 10/31/2005 | E. Ordway | 0.30 | Directed staff in preparation of report to the Committee on 3rd quarter |
| 10/31/2005 | S. Cunningham | 3.00 | Read and analyzed Debtors' press release regarding Q3 earnings and compared results versus plan. |
| Subtotal | | 40.30 | |

11. Financial Analysis - Other

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/3/2005 | E. Ordway | 0.90 | Read counsel's memo regarding NJDEP issues. |
| 10/7/2005 | L. Hamilton | 1.40 | Read proposed motion regarding Woburn site and distributed same to |
| 10/7/2005 | L. Hamilton | 2.60 | Analyzed memo from counsel regarding NJ DEP motion. |
| 10/8/2005 | L. Hamilton | 1.00 | Updated work plan. |
| 10/10/2005 | L. Hamilton | 1.10 | Read and analyzed motion regarding Woburn site. |
| 10/10/2005 | L. Hamilton | 2.40 | Analyzed memo from counsel regarding NJ DEP motion and prepared summary of discussion points. |
| 10/11/2005 | L. Hamilton | 4.60 | Read and analyzed motion and related documents pertaining to proposed Woburn lease. |
| 10/12/2005 | L. Hamilton | 1.90 | Read and analyzed motion to retain Bear Stearns. |
| 10/12/2005 | L. Hamilton | 3.20 | Read Woburn lease documents and prepared follow up questions. |
| 10/13/2005 | L. Hamilton | 0.70 | Read recent court docket listing and updated work plan accordingly. |

Capstone Advisory Group, LLC  
Invoice for the October Fee Application

Page 4 of 7

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/13/2005 | L. Hamilton | 3.40 | Continue to analyze Woburn lease proposal. |
| 10/13/2005 | L. Hamilton | 1.50 | Read and analyzed settlement motion. |
| 10/14/2005 | S. Cunningham | 0.90 | Reviewed updated Woburn lease information. |
| 10/14/2005 | L. Hamilton | 3.10 | Continued to analyze Woburn lease documents. |
| 10/14/2005 | L. Hamilton | 1.60 | Updated follow up questions and distributed same to Blackstone regarding Woburn lease. |
| 10/14/2005 | E. Ordway | 0.90 | Read and analyzed counsel's memo and accompanying court decision regarding Congoleum. |
| 10/17/2005 | L. Hamilton | 2.20 | Read and analyzed B of A settlement motion. |
| 10/17/2005 | L. Hamilton | 3.20 | Prepared report to the Committee regarding Bear Stearns retention. |
| 10/17/2005 | L. Hamilton | 2.70 | Prepared Bear Stearns fee analysis. |
| 10/18/2005 | L. Hamilton | 2.30 | Read and analyzed information provided by counsel regarding attorney conflicts in asbestos cases. |
| 10/18/2005 | L. Hamilton | 1.80 | Read and analyzed recent court docket filings. |
| 10/19/2005 | E. Ordway | 0.70 | Prepared/discussed near term work plan. |
| 10/19/2005 | L. Hamilton | 3.30 | Prepared additional analyses regarding Bear Stearns retention. |
| 10/19/2005 | L. Hamilton | 1.10 | Updated report to the Committee regarding Bear Stearns retention. |
| 10/19/2005 | L. Hamilton | 1.70 | Gathered and analyzed market data regarding use of ground leases. |
| 10/19/2005 | L. Hamilton | 1.30 | Updated work plan. |
| 10/19/2005 | L. Hamilton | 2.60 | Read and analyzed Woburn lease documents. |
| 10/20/2005 | L. Hamilton | 0.60 | Read and analyzed recent court docket filings. |
| 10/20/2005 | E. Ordway | 1.40 | Read data regarding Woburn, MA lease issue. |
| 10/20/2005 | L. Hamilton | 6.20 | Prepared analysis of Woburn lease. |
| 10/20/2005 | L. Hamilton | 1.30 | Finalized report regarding Bear Stearns retention. |
| 10/21/2005 | L. Hamilton | 4.20 | Prepared report to the Committee regarding Woburn lease. |
| 10/21/2005 | L. Hamilton | 1.00 | Summarized issues regarding motions with objection deadline of 10/28. |

Capstone Advisory Group, LLC  
Invoice for the October Fee Application

Page 5 of 7

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/21/2005 | E. Ordway | 3.10 | Prepared/edited analysis of Woburn, MA lease issue. |
| 10/21/2005 | S. Cunningham | 2.60 | Read and analyzed Bear Stearns retention application and comparative data. |
| 10/22/2005 | L. Hamilton | 2.30 | Prepared report to the Committee regarding Woburn lease. |
| 10/22/2005 | L. Hamilton | 2.50 | Gathered and analyzed real estate transaction data in connection with Woburn lease. |
| 10/22/2005 | L. Hamilton | 2.10 | Gathered and analyzed bond rate data in connection with Woburn lease. |
| 10/22/2005 | L. Hamilton | 2.10 | Updated Bear Stearns report for comments from counsel. |
| 10/23/2005 | L. Hamilton | 6.50 | Prepared analyses for use in report to the Committee regarding Woburn |
| 10/24/2005 | L. Hamilton | 0.50 | Read portions of Bear Stearns retention motion and associated documents. |
| 10/24/2005 | L. Hamilton | 1.40 | Provided input to Stroock for Committee report regarding Bear Stearns retention. |
| 10/24/2005 | L. Hamilton | 8.60 | Prepared report to the Committee regarding Woburn lease. |
| 10/25/2005 | S. Cunningham | 2.70 | Read and analyzed Woburn lease data and report to the Committee thereon. |
| 10/25/2005 | M. Desalvio | 0.50 | Gathered and summarized long term rates on corporate bonds. |
| 10/25/2005 | L. Hamilton | 3.70 | Updated report to Committee regarding Woburn lease. |
| 10/25/2005 | L. Hamilton | 2.00 | Read/edited various drafts of report to the Committee regarding Bear Stearns' retention. |
| 10/25/2005 | L. Hamilton | 3.20 | Included additional remarks in Committee report regarding Woburn lease to reflect comments of counsel. |
| 10/26/2005 | L. Hamilton | 1.20 | Prepared distribution of report to the Committee. |
| 10/26/2005 | M. Desalvio | 2.00 | Gathered industry reports and distributed same to case team members. |
| 10/26/2005 | L. Hamilton | 3.90 | Finalized report to Committee regarding Woburn lease. |
| 10/26/2005 | S. Cunningham | 2.90 | Analyzed data pertaining to comparable fee structures regarding Bear |
| 10/26/2005 | E. Ordway | 0.90 | Read counsel's memo regarding Bear Stearns retention. |
| 10/28/2005 | M. Desalvio | 1.00 | Gathered analysts reports on Specialty Chemicals industry for use in Q3 report to the Committee. |
| 10/28/2005 | L. Hamilton | 2.40 | Prepared information for counsel related to Bear Stearns objection. |

Capstone Advisory Group, LLC  
Invoice for the October Fee Application

Page 6 of 7

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/31/2005 | M. Desalvio | 0.50 | Obtained and distributed Debtors' press release regarding Q3 results. |
| 10/31/2005 | S. Cunningham | 1.10 | Read and analyzed Debtors' motion regarding Bear Stearns retention. |
| 10/31/2005 | L. Hamilton | 2.20 | Prepared commentary for counsel pertaining to Bear Stearns objection. |
| Subtotal | | 130.70 | |
| **15. Plan & Disclosure Statement** | | | |
| 10/24/2005 | E. Ordway | 0.80 | Read and analyzed counsel's memo regarding Proof of Claim and Bar Date Procedures. |
| Subtotal | | 0.80 | |
| **26. Meetings with Debtors** | | | |
| 10/21/2005 | L. Hamilton | 2.50 | Prepared for and participated in call with Debtors and advisors regarding Woburn lease. |
| 10/25/2005 | L. Hamilton | 0.20 | Discussed open issues with Blackstone. |
| 10/28/2005 | L. Hamilton | 0.30 | Discussed Bear Stearns fee with Blackstone. |
| Subtotal | | 3.00 | |
| **Total Hours** | | **255.30** | |

Capstone Advisory Group, LLC  
Invoice for the October Fee Application

Page 7 of 7

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
Expense Detail
For the Period 10/1/2005 through 10/31/2005

| Date | Professional | Detail | Amount |
|---|---|---|---|
| **Copies** | | | |
| 10/7/2005 | Capstone Expenses | October copies | $253.40 |
| Subtotal - Copies | | | $253.40 |
| **Faxes** | | | |
| 10/7/2005 | Capstone Expenses | October Faxes | $6.25 |
| Subtotal - Faxes | | | $6.25 |
| **Postage/FedEx** | | | |
| 10/10/2005 | Capstone Expenses | FedEx Inv# 3-126-20428 | $20.48 |
| Subtotal - Postage/FedEx | | | $20.48 |
| **Research-Billable** | | | |
| 10/31/2005 | Capstone Expenses | Bloomberg | $88.24 |
| Subtotal - Research-Billable | | | $88.24 |
| **Scans** | | | |
| 10/7/2005 | Capstone Expenses | October scans | $17.00 |
| Subtotal - Scans | | | $17.00 |
| **Telecom Charges- Billable** | | | |
| 10/31/2005 | Capstone Expenses | October Telephone | $364.99 |
| Subtotal - Telecom Charges- Billable | | | $364.99 |
| **For the Period 10/1/2005 through 10/31/2005** | | | **$750.36** |

Capstone Advisory Group, LLC
Invoice for the October Fee Application

Page 1 of 1