# EXHIBIT 2

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Janet S. Baer
To Call Writer Directly:
312/861-2162
jbaer@kirkland.com

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200
Dir. Fax: (312) 660-0362

December 22, 2005

## TO THE PARTIES ON THE ATTACHED SERVICE LIST

Re:   W. R. Grace & Co. et al, Case Nos. 01-00139 (JKF)

Dear Counsel and Claimants:

On December 15, 2005, I sent you a copy of a Certification of Counsel attaching a revised *draft* Scheduling Order with respect to the Debtors 15th Omnibus Objections to Asbestos Property Damage Claims. Enclosed please find the *Final* Modified Scheduling Order Regarding Certain of Debtors Fifteenth Omnibus Objections to Claims (Substantive), entered by the Court on December 19, 2005. This order supersedes certain orders previously entered by the Court, as outlined in the Order.

As you can see from Schedules 1 and 2 to the Order, this Order (1) sets December 22, 2005 as the date by which the Debtors need to file their Reply with respect to the Responses that you have previously filed on certain Objections to your claims, (2) sets **January 20, 2006 at noon eastern time** as the Sur-reply deadline for those certain Objections and (3) sets the matters for hearing on the merits of those certain Objections for **January 24, 2006** and January 26, 2006 in Pittsburgh.

Our records show you may represent or be a claimant listed on the Schedules who is affected by this Order. As outlined in the Order, the Objections listed therein to your claims, and only those Objections listed in Schedule 1, will be heard on January 24, 2006 or in the case of Speights & Runyan on January 24, 2006 and January 26, 2006. Remaining Objections will be heard at another time yet to be determined.

London          Los Angeles          Munich          New York          San Francisco          Washington, D.C.

K&E 10881233.1

## KIRKLAND & ELLIS LLP

December 22, 2005
Page 2

   Thank you for your attention to this matter. If you have any questions, do not hesitate to contact me.

                  Sincerely,

                  Janet S. Baer

JSB/dme

Enclosures

## Service List

*First Class Mail*
William B. Butler
Biersdorf & Associates PA
33 South 6th Street
Suite 4100
Minneapolis, MN 55402
butlerpllc@mn.rr.com

*First Class Mail*
Joseph Digiuseppe
Law Dept. City of Philadelphia One Parkway
1515 Arch Street
Philadelphia, PA 19102
joseph.digiuseppe@phila.gov

*First Class Mail*
Robert J. Gilson
Riker Danzig Scherer Hyland & PC
Headquarters Plaza One Speedwell Ave.
Morristown, NJ 07962
rgilson@riker.com

*First Class Mail*
James M. Hughes
Motley Rice LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29464
jhughes@motleyrice.com

*First Class Mail*
Peter Lee
The Burlington Northern and Santa Fe Railway
2500 Lou Menk Dr.
Fort Worth, TX 76131
plee@bnsf.com

*First Class Mail*
Steven Mandelsberg
Hahn & Hessen, LLP
488 Madison Avenue
New York, NY 10022

*First Class Mail*
Philip Shawn Moore
680 A Adams Road
Benson, NC 27504

*First Class Mail*
Marcella Mae Paulette
287 Township Highway 267
Amsterdam, OH 43903-7909

*First Class Mail*
Daniel A. Speights
Speights & Runyan
200 Jackson Ave East
P.O. Box 685
Hampton, SC 29924
dspeights@speightsrunyan.com

*First Class Mail*
Richard L. Stoper, Jr.
Rotatori, Bender, Gragel, Stoper and Alexander Co., L.P.A.
526 Superior Ave., Suite 800
Cleveland, OH 44114
rstoper@rotatori.com

*First Class Mail*
William F. Taylor, Jr.
McCarter and English, LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
wtaylor@mmccarter.com