# EXHIBIT A

## SCHEDULE 1

### JANUARY 24 AND 26, 2006 HEARING AGENDA

I. **TRADITIONAL PD CLAIMS, OTHER THAN SPEIGHTS & RUNYAN CLAIMS:**
   13 CLAIMS - To be heard January 24, 2006

   A. **Motley Rice Clients**

   3 claims: B-2[1], previously settled

   B. **State of California**

   1 claim: C-1(b), no signature

   1 claim: D-1(a), built after 1973

   C. **City of Philadelphia**

   2 claims: C-1(c), missing basic information

   D. **The Burlington Northern and Santa Fe Railway**

   1 claim: C-1(a), missing basic property address information

   E. **The Prudential Insurance Company of America**

   2 claims: D-4, Georgia, actual notice and D-2, Georgia constructive notice.

   F. **Building & Construction Laborers Local 310**

   1 claim: A-3, not submitted on PD claim form and C-1(c), missing basic information and C-3(a), no product ID.

   G. **Individual Pro se Claimants**

   1 claim: Phillip Shawn Moore, C-1(c), missing basic information

   1 claim: Marcella Paulette, A-3, not submitted on PD claim form and C-1(c), missing basic information and C-3(a), no product ID

II. **NON-TRADITIONAL PD CLAIMS:** 109 CLAIMS - To be heard January 24, 2006

   A. **Biersdorf & Associates' Clients**

   53 claims: G-1, "Stigma" to Minneapolis properties

   1 claim: C-1(b), no signature

---

[1] All Exhibit references are references to the Exhibits attached to the Fifteenth Omnibus Objection and the substantive categories of Objections outlined therein.

B. <u>GAF Corporation</u>

56 claims: H-1, contribution and indemnification, <u>and</u> C-3(a), no product ID, <u>and</u> C-1(c), missing basic information

III. <u>TRADITIONAL PD CLAIMS, SPEIGHTS & RUNYAN</u> - To be heard January 24 and January 26, 2006

    A. <u>Unauthorized Claims (per 13th omnibus objection)</u>

    38 claims, no proof of authority to file

    71 claims, no proof of authority to file as of Bar Date

    B. <u>Previously Adjudicated Claims</u>

    3 claims, B-1

    C. <u>Previously Settled Claims</u>

    4 claims, B-2

    D. <u>Missing Basic Property Address</u>

    2 claims, C-1(a)

    E. <u>No Signature</u>

    41 claims, C-1(b)

    F. <u>Missing Basic Information</u>

    1 claim, C-1(c)

    G. <u>No Product ID</u>

    2 claims, C-3(a)

    372 claims, C-3(c)

    H. <u>Built Too Late To Contain MK-3</u>

    17 claims, D-1(a)

    I. <u>Georgia Claims Barred By Constructive Notice</u>

    1 Claim, D-2

    J. <u>Tennessee Claims Barred By Statute of Repose</u>

    2 claims, D-5

    K. <u>Falsely Assert 2003 As Date Of Knowledge Of Asbestos</u>

2

621 claims, F-2

K&E 10857730.4