# EXHIBIT B

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

312 861-2000

www.kirkland.com

Michael T. Dierkes
To Call Writer Directly:
312 861-2353
mdierkes@kirkland.com

Facsimile:
312 861-2200

Dir. Fax: 312 861-2200

October 19, 2005

*Via Federal Express*

James M. Hughes, Esq.
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC  29465

Re:   *W.R. Grace & Co. Bankruptcy Discovery Request*

Dear Mr. Hughes:

In response to your September 29, 2005 Request for Production of Documents or Materials Evidencing Previous Settlement of Claims by Church of St. Joseph (Claim No. 4075), Church of St. Luke (Claim No. 6934), and Church of St. Leo the Great (Claim No. 6935), I am enclosing the settlement agreement covering these three claims and several related documents (Bates Range 242-430).  Please feel free to contact me if you have any questions.

Sincerely,

Michael T. Dierkes

Enclosure

London          Los Angeles          Munich          New York          San Francisco          Washington, D.C.