# EXHIBIT E

W R Grace Authorization - PID
Claim No. 10738
Rockrose/127 John St., NY

C

# Celotex Property Damage Claims Facility

2716 Lee Street, Suite 600, P.O. Box 1299
GREENVILLE, TEXAS 75403-1299

February 12, 2002

## NOTICE OF FINAL DETERMINATION

FEB 2002 Received Sroights & [illegible]

10738

Claimant : ANDERSON MEMORIAL HOSP., ET AL.
Claimant Address :
Claim Number : 021-144A-001
Building Name : 127 John Street Building (A/K/A 200 Water Stre
Category : 1c
Installation Date : 1/1/70 - 12/1/71
Product Name : Spraycraft
Product Function : Fire Proofing

Pursuant to the Third Amended and Restated Asbestos Property Damage Claims Resolution Procedures ("APDCRP"), the Celotex Property Damage Claims Facility has reviewed the Claim Form and related information submitted by the Claimant identified above and has determined that the Claim shall be allowed in the amount set forth below.

If the dollar amount allowed is less than the total amount of the claim filed by the Claimant, an explanation of the difference will be attached as Appendix I to this Notice of Final Determination.

Subject to Attachment I, attached hereto and made a part of this Notice of Final Determination, by the signature of the Claimant or the Claimant's authorized representative (the "Claimant Representative") below, or by the failure to seek reconsideration within 60 days pursuant to Section IV.E.3. of the APDCRP, the Claimant agrees to accept payment pursuant to the Total Allowed Costs set forth above and the applicable Payment Percentage in full and final settlement of any and all claims with respect to Claim Number 021-144A-001 against the Celotex Asbestos Settlement Trust and all its predecessors (the "Trust"), and releases the Trust from liability for any and all such claims. The Claimant understands and accepts that the Claims Payment will be determined by the applicable Payment Percentage of the Total Allowed Cost.

Acceptance of this Notice of Final Determination must be filed with the PDCA to trigger the PDCA's notice to the Trust of the allowance of this Claim. If the Claimant disagrees with the Total Allowed Cost contained herein, the Claimant must file a written request for reconsideration with 60 days of receipt of this Notice of Final Determination.

Total Allowed Cost is accepted.

By: [signature]

Title (or Firm): 127 John Street Realty L.L.C. By: 127 John Street Special Member Corp., as Managing Member

Print Name: Frederick Elghanayan Secretary

Date: 3/13/02

NUMBER 2 OF 2 EXECUTED ORIGINALS

03/04/02 MON 12:35 [TX/RX NO 7516]


W R Grace Authorization - PID
Claim No. 10952
State-Whitehall Rudin Bldg., NY
C

10952

GOLDFARB & FLEECE
345 PARK AVENUE
NEW YORK, N.Y. 10154
(212) 891-9100

FACSIMILE (212) 751-3738
E-MAIL: @gflegal.com

SIDNEY A. MIGDON
PHILIP A. GLANTZ
STEVEN B. SHORE ♦
RICHARD C. SNIDER
BRUCE S. LEFFLER ♦♦

DONALD D. ADLER ▲
RICHARD A. WALDERMAN ▲
MARK R. YARKIN
JOSEPH W. CHOUINARD ◊◊
ROBERT M. ZIMMERMAN ■
PAMELA SILVERMAN LEIBOW ♦♦
DOUGLAS H. GLADSTONE

▲COUNSEL

NEAL A. WEINSTEIN †
LISA F. SIEGEL
MARC J. BECKER ††
RONALD E. BURTON ◊
KAMRAN MOATTAR ◊

MARC E. WASSER ◊◊
MICHELLE M. ALESSI ◊◊†
LEE SUDAKOFF ◊◊
LAWRENCE T. SHEPPS ◊◊
EMILY J. SCHWARTZ
SUZANNE MIKOS

STANLEY S. GOLDFARB (1906-1975)
CHARLES L. FLEECE (1898-1966)
EMANUEL LUBIN (1914-2000)
MORTON WITZLING (1912-2000)

LAWRENCE RIVKIN
OF COUNSEL

♦ NY & FL BAR
† NY & GA BAR
◊ NY & CT BAR
■ NY & MO BAR
♦♦ NY & DC BAR
†† NY & MA BAR
◊◊ NY & NJ BAR

WRITER'S DIRECT DIAL/E-MAIL

February 11, 2002

891-9145
males@gflegal.com

**VIA FEDERAL EXPRESS**

Amanda G. Steinmeyer, Esq.
Speights & Runyan
200 Jackson Avenue, East
Post Office Box 685
Hampton, South Carolina 29924

Re: Celotex Claim No. 021-135A-001
One Battery Park Plaza - 24 State Street Building

Dear Amy:

Enclosed please find the Notice of Final Determination signed on behalf of our client, The State-Whitehall Company, with respect to its claim against Celotex.

Please file same with the PDCA as soon as possible in order to expedite the receipt of funds.

Thank you for your help in this matter. Please let me know if I can be of any further assistance.

Very truly yours,

Michelle M. Alessi

Michelle M. Alessi

mma/153091
Enclosure
cc: Mr. William C. Rudin
Mr. Dick Concannon
Sidney A. Migdon, Esq.
Bruce S. Leffler, Esq.
Ronald E. Burton, Esq.

FEB 2002
Received
Speights & Runyan

# Celotex Property Damage Claims Facility

2716 Lee Street, Suite 500, P.O. Box 1299
GREENVILLE, TEXAS 75403-1299

January 28, 2002

## NOTICE OF FINAL DETERMINATION

JAN 2002 Received Speights & Runyan

Claimant : ANDERSON MEMORIAL HOSP., ET AL.
Claimant Address :
Claim Number : 021-135A-001
Building Name : One Battery Park Plaza (24 State Street J
Category : 1c
Installation Date : 1/1/69 - 12/1/70
Product Name : Spraycraft
Product Function : Fire Proofing

Pursuant to the Third Amended and Restated Asbestos Property Damage Claims Resolution Procedures ("APDCRP"), the Celotex Property Damage Claims Facility has reviewed the Claim Form and related information submitted by the Claimant identified above and has determined that the Claim shall be allowed in the amount set forth below.

If the dollar amount allowed is less than the total amount of the claim filed by the Claimant, an explanation of the difference will be attached as Appendix I to this Notice of Final Determination.

Subject to Attachment I, attached hereto and made a part of this Notice of Final Determination, by the signature of the Claimant or the Claimant's authorized representative (the "Claimant Representative") below, or by the failure to seek reconsideration with 60 days pursuant to Section IV.E.3. of the APDCRP, the Claimant agrees to accept payment pursuant to the Total Allowed Cos set forth above and the applicable Payment Percentage in full and final settlement of any and all claims with respect to Claim Number 021-135A-001 against the Celotex Asbestos Settlement Trust and all its predecessors (the "Trust"), and releases the Trust from liability for any and all such claims. The Claimant understands and accepts that the Claims Payment will be determined by the applicable Payment Percentage of the Total Allowed Cost.

Acceptance of this Notice of Final Determination must be filed with the PDCA to trigger the PDCA's notice to the Trust of the allowance of this Claim. If the Claimant disagrees with the Total Allowed Cost contained herein, the Claimant must file a writte request for reconsideration with 60 days of receipt of this Notice of Final Determination.

Total Allowed Cost is accepted.

THE STATE-WHITEHALL COMPANY
By: RUDIN BATTERY L.P., partner
By: RUDIN BATTERY LLC
its general partner

By: [signature]
Name: William C. Rudin
Title: Managing Member

Title (or Firm): ______________________

Date: February 11, 2002

W R Grace Authorization - PID
Claim No. 10960
State-Whitehall Rudin Bldg.,NY

10960

GOLDFARB & FLEECE
345 PARK AVENUE
NEW YORK, N.Y. 10154
(212) 891-9100

SIDNEY A. MIGDON
PHILIP A. GLANTZ
STEVEN B. SHORE •
RICHARD C. SNIDER
BRUCE S. LEFFLER ••
DONALD D. ADLER ▲
RICHARD A. WALDERMAN ▲
MARK R. YARKIN
JOSEPH W. CHOUINARD ◊◊
ROBERT M. ZIMMERMAN ■
PAMELA SILVERMAN LEIBOW ••
DOUGLAS H. GLADSTONE
NEAL A. WEINSTEIN †
LISA F. SIEGEL
MARC J. BECKER ††
RONALD E. BURTON ◊
KAMRAN MOATTAR ◊
MARC E. WASSER ◊◊
MICHELLE M. ALESSI ◊◊†
LEE SUDAKOFF ◊◊
LAWRENCE T. SHEPPS ◊◊
EMILY J. SCHWARTZ
SUZANNE MIKOS
▲COUNSEL

FACSIMILE (212) 751-3738
E-MAIL: @gflegal.com

STANLEY S. GOLDFARB (1906-1975)
CHARLES L. FLEECE (1898-1966)
EMANUEL LUBIN (1914-2000)
MORTON WITZLING (1912-2000)
LAWRENCE RIVKIN
OF COUNSEL
• NY & FL BAR
† NY & GA BAR
◊ NY & CT BAR
■ NY & MO BAR
•• NY & DC BAR
†† NY & MA BAR
◊◊ NY & NJ BAR

WRITER'S DIRECT DIAL/E-MAIL

February 11, 2002

891-9145
males@gflegal.com

**VIA FEDERAL EXPRESS**
Amanda G. Steinmeyer, Esq.
Speights & Runyan
200 Jackson Avenue, East
Post Office Box 685
Hampton, South Carolina 29924

Re: Celotex Claim No. 021-135A-001
One Battery Park Plaza - 24 State Street Building

Dear Amy:

Enclosed please find the Notice of Final Determination signed on behalf of our client, The State-Whitehall Company, with respect to its claim against Celotex.

Please file same with the PDCA as soon as possible in order to expedite the receipt of funds.

Thank you for your help in this matter. Please let me know if I can be of any further assistance.

Very truly yours,

Michelle M. Alessi

Michelle M. Alessi

mma/153091
Enclosure
cc: Mr. William C. Rudin
Mr. Dick Concannon
Sidney A. Migdon, Esq.
Bruce S. Leffler, Esq.
Ronald E. Burton, Esq.

FEB 2002 Received Speights & Runyan

# Celotex Property Damage Claims Facility

2716 Lee Street, Suite 500, P.O. Box 1299
GREENVILLE, TEXAS 75403-1299

January 28, 2002

## NOTICE OF FINAL DETERMINATION

JAN 2002
Received
Speights & Runyan

Claimant : ANDERSON MEMORIAL HOSP., ET AL.
Claimant Address .
Claim Number : 021-135A-001
Building Name : One Battery Park Plaza (24 State Street J
Category : 1c
Installation Date : 1/1/69 - 12/1/70
Product Name : Spraycraft
Product Function : Fire Proofing

Pursuant to the Third Amended and Restated Asbestos Property Damage Claims Resolution Procedures ("APDCRP"), the Celotex Property Damage Claims Facility has reviewed the Claim Form and related information submitted by the Claimant identified above and has determined that the Claim shall be allowed in the amount set forth below.

If the dollar amount allowed is less than the total amount of the claim filed by the Claimant, an explanation of the difference will be attached as Appendix I to this Notice of Final Determination.

Subject to Attachment I, attached hereto and made a part of this Notice of Final Determination, by the signature of the Claimant or the Claimant's authorized representative (the "Claimant Representative") below, or by the failure to seek reconsideration with 60 days pursuant to Section IV.E.3. of the APDCRP, the Claimant agrees to accept payment pursuant to the Total Allowed Cos set forth above and the applicable Payment Percentage in full and final settlement of any and all claims with respect to Claim Number 021-135A-001 against the Celotex Asbestos Settlement Trust and all its predecessors (the "Trust"), and releases the Trust from liability for any and all such claims. The Claimant understands and accepts that the Claims Payment will be determined by the applicable Payment Percentage of the Total Allowed Cost.

Acceptance of this Notice of Final Determination must be filed with the PDCA to trigger the PDCA's notice to the Trust of the allowance of this Claim. If the Claimant disagrees with the Total Allowed Cost contained herein, the Claimant must file a writte request for reconsideration with 60 days of receipt of this Notice of Final Determination.

Total Allowed Cost is accepted.

THE STATE-WHITEHALL COMPANY
By: RUDIN BATTERY L.P., partner
By: RUDIN BATTERY LLC
its general partner

By: [signature]
Name: William C. Rudin
Title: Managing Member

Title (or Firm): ______________________

Date: February 11, 2002