# EXHIBIT F



W R Grace Authorization - PID
Claim No. 6697/11262
Nebraska Methodist Hospital, NE

SEP. 22. 2003  9:54AM    NMHS ADMINISTRATION                    NO. 619

6697/11252    FAX

RE:    In re Bankruptcy claims for asbestos-containing products

I Hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcies as deemed appropriate due to asbestos-containing products located or previously located in our building; Federal Mogul and W.R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building Name, Physical Address and Square Footage of Material Applied if Known:

Nebraska Methodist Hospital
8303 Dodge Street
Omaha, NE 68114
Total Facility Sq.Ft. - 612,566.

Contact Person:  _Ray Stoupa_

Phone Number:  _(402) 354-4253_

Fax Number:  _(402) 354-4819_

E-Mail Address:  _rstoupa@nmhs.org_

**ACKNOWLEDGED AND AGREED:**

By:  _____  9/19/03
    Name:



RECEIVED
SEP 2 2 2003
SPEIGHTS & RUNYAN



W R Grace Authorization - PID
Claim No. 10523
Bethesda Rehab Hospital, MN



July 9, 2004

David W. Gooding
Speights & Gooding
Bankruptcy Coordinator


Dear Mr. Gooding:

We received your information concerning the asbestos materials manufactured by W.R.
Grace (WRG). Also, we reviewed the document from Western Mineral Products
Company showing Bethesda Hospital on the list of buildings getting products in October
of 1966. Therefore, please include us in the pursuit of this class action lawsuit against
W.R.Grace.

As stated in your letter we are to occur no costs related to this lawsuit.


I will provide all the information you requested however, if more please do not hesitate to
call me.

Bethesda Rehabilitation Hospital      Square footage of facility: 310,000
559 Capitol Blvd
St. Paul, MN. 55103

Contact:     Kevin Johnson
             Facilities Services Director

Phone:       651-232-2090
E-mail:      kjjohnson@healtheast.org
Fax:         651-232-2055

Sincerely,

Kevin Johnson
Director of Facilities Services
Bethesda Rehabilitation Hospital
HealthEast Care System



W R Grace Authorization - PID
Claim No. 10633
First Tennessee Bank, TN

K-8

STATE OF SOUTH CAROLINA          )
                                 )          CONTRACT OF REPRESENTATION
COUNTY OF HAMPTON                )

The undersigned, **FIRST TENNESSEE BANK** *National Association* (hereinafter "Client"), hereby employs and retains the Law Firm of Speights & Runyan (hereinafter "Law Firm") to represent its interest against any and all manufacturers, retailers, and/or users of asbestos and asbestos-related materials, or any other person, firm, or corporation who may be liable for the damages suffered by the Client as a result of the asbestos-related materials placed in its building(s). It is expressly understood that several of the major manufacturers of such materials are presently in Chapter 11 proceedings in Wilmington, Delaware.

Client hereby agrees to pay Law Firm an attorney's fee equal to                    of the gross recovery obtained on its behalf. Client further understands that its claim may be a part of a larger number of claims of the same nature which may be handled as an aggregate or multiple group for trial preparation and settlement negotiation, and hereby authorizes Law Firm to enter into any initial aggregate or multiple settlement negotiations with the understanding that it will be informed by its attorneys of the existence and nature of all claims involved in the proposed group settlement. Law Firm agrees not to enter into any final settlement or compromise of this matter without the prior consent of Client. Client agrees with Law Firm not to make any settlement or take part in any settlement negotiations without prior written permission of Law Firm in accordance with this agreement.

Client empowers Law Firm to take all steps in said matter deemed by Law Firm to be advisable. Client agrees that if, after the investigation of Client's claim, it appears not to have merit, then Law Firm shall have the right to cancel this Agreement.

CLIENT ACKNOWLEDGES THAT LAW FIRM HAS MADE NO GUARANTY REGARDING THE SUCCESSFUL TERMINATION OF CLIENT'S CLAIM AND THAT ALL EXPRESSIONS RELATIVE THERETO ARE MATTERS OF OPINION ONLY.

WE DO HEREBY BIND OUR ASSIGNS AND LEGAL REPRESENTATIVES TO THE TERMS AND CONDITIONS AS SET FORTH HEREIN.

WE HAVE READ OVER AND FULLY UNDERSTAND THE ABOVE CONTRACT, AND HAVE FULLY DISCUSSED THE TERMS AND CONDITIONS THEREOF AND WE DO HEREBY SET OUR HANDS AND SEALS THIS _2ND_ DAY OF _December_, 2003.

WITNESSES:

FIRST TENNESSEE BANK _National Association_

By: _Thomas J. Baker, EVP; CFO_

SPEIGHTS & RUNYAN

By: _____

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following
bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously
located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace.  By signing below,
I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in
these bankruptcies.

**Building name and physical address:**

*Buildings / locations / material (Fireproofing) have been identified and you have a file on all of this already. I have meet with and talked through this process with Mr. Speights.*

**Contact person:** John Crenshaw

**Phone number:** 901 - 523-5700

**Fax number:** 901 - 523 - 4082

**Email address:** jlcrenshaw@FTB.com

**ACKNOWLEDGED AND AGREED:**

**BY:** *John Crenshaw*

**NAME:** John Crenshaw

RECEIVED
AUG - 2 2004
SPEIGHTS & RUNYAN



W R Grace Authorization - PID
Claim No. 10534
First Tennessee Bank, TN

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

**Building name and physical address:**

*Buildings / locations / material (Fireproofing) have been identified and you have a file on all of this already. I have meet with and talked through this process with Mr. Speights.*

Contact person: _John Crenshaw_

Phone number: _901 - 523-5700_

Fax number: _901 - 523 - 4082_

Email address: _jlCrenshaw @ FTB. Com_

ACKNOWLEDGED AND AGREED:

BY: _John Crenshaw_

NAME: _John Crenshaw_

RECEIVED
AUG - 2 2004
SPEIGHTS & RUNYAN



W R Grace Authorization - PID
Claim No. 10668
Washington Township Healthcare, C

106668



NOV 2004
RECEIVED
Speights &
Runyan

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following
bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously
located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below,
I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in
these bankruptcies.

**Building name and physical address:**

Washington Township Health Care District (Washington Hospital

2000 Mowry Avenue

Fremont, CA 94538

**Approx. Sq. Footage (if known):**

**Contact person:** Taylor M. Bell / Barbara J. Liebert (Bell Law Corporation)

**Phone number:** 510. 651. 7000

**Fax number:** 510. 651. 7517

**Email address:** Taylor @ msjlaw.com or Barbara @ msjlaw.com

**ACKNOWLEDGED AND AGREED:** (and conditioned upon the below inserted P )*

**BY:** Neil Marks

**NAME:** NEIL MARKS    Senior Associate Administrator

\* Filing a proof of claim and performing any work related thereto
shall be at no expense or cost to Washington Township Health Care
District ("Washington Hospital") unless Speights & Runyan law
firm ("S&R") successfully recovers money for Washington Hospital.
In such event, Speights & Runyan's fee shall be limited to     of
the gross amount recovered, plus reasonable expenses.



W R Grace Authorization - PID
Claim No. 10669
Sutter Med Center, CA

MAY.01'2003 14:08 7338843          INTEGRATED QUALITY SVCS          #6207 P.003/004
MAY.28'2003 10:50 9162066521       SHRP:RISK MANAGEMENT             #2041 P.006/006
MAR.24 03 WED 9.05 AM   SPEIGHTS & RUNYAN          FAX NO. 8039434599          P. 5

*10669*

**Exhibit 2**

April
~~March~~ 22, 2003

RE:   In re Bankruptcy claims for asbestos-containing products

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcies as deemed appropriate due to asbestos-containing products located or previously located in our building: Federal Mogul and W.R. Grace & Co.; W.R. Grace & Co.-Ct. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building Name and Physical Address:

_Sutter Memorial Hospital_
_5151 F ST_
_Sacramento, Ca. 95817_

Contact Person:   Judy Radovich

Phone Number:   (916)733-8606

Fax Number:   (916)733-8843

E-Mail Address;   Radovij@Sutterhealth.org

**ACKNOWLEDGED AND AGREED:**

By:   _Burg_

Name:



**W R Grace Authorization - PID**
Claim No. 10746
St. Mary's Medical Center, WV

04/27/2006  14:21    8039435535    bate compliance    ☑004
SPEIGHTS RUNYAN    PAGE  03

10746

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

**Building name and physical address:**

St. Mary's Hospital ( now St. Mary's Medical Center )

2900 1st Ave

Huntington WV 25702

**Approx. Sq. Footage (if known):**

**Contact person:** David Sheils

**Phone number:** 304 526 1191

**Fax number:** 304 526 1538

**Email address:** dsheils@st-marys.org

**ACKNOWLEDGED AND AGREED:**

**BY:** St. Mary's Medical Center

**NAME:** Katherine Millner





W R Grace Authorization - PID
Claim No. 10757
Sutter Place, CA

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building name and physical address:

SUTTER PLACE LLC

dBA PACIFIC PLAZA

1375 SUTTER STREET

SAN FRANCISCO, CA 94109

Approx. Sq. Footage (if known): 90,000 RENTABLE

Contact person: FRANK CHAN

Phone number: (415) 775-7008

Fax number: (415) 775-7002

Email address: fchan @ agi capital . com

ACKNOWLEDGED AND AGREED:

BY: _____ for Sutter Place LLC

NAME: FRANK CHAN



**W R Grace Authorization ~ PID**
**Claim No. 11066**
**Palos Community Hospital, IL**

*11066*

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

**Building name and physical address:**

Palos Community Hospital

12251 S. 80th Avenue, Palos Heights, IL   60463

**Approx. Sq. Footage (if known):**   190 ft²          1 Building

**Contact person:** Mr. Marty Baron

**Phone number:**   (708) 923-4870

**Fax number:**

**Email address:** MARTY_BARON@PALOSCOMMUNITYHOSPITAL.ORG

## ACKNOWLEDGED AND AGREED:

**BY:** Sister Margaret Wright, President

**NAME:** Sister Margaret Wright





W R Grace Authorization - PID
Claim No. 11124
Gundersen Lutheran Med. Cntr., WI

88.DEC. 8.2004: 4:24PM03943GL LEGAL          SPEIGHTS RUNYAN          NO. 0641  P. 3

11124

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

**Building name and physical address:**

Gundersen Lutheran Medical Center, Inc.

1900 South Ave. LaCrosse, WI 54601

**Approx. Sq. Footage (if known):** 40,654

**Contact person:** Daniel J. Lilly

**Phone number:** 608-775-4615

**Fax number:** 608-775-5445

**Email address:** djlilly @ gundluth.org

**ACKNOWLEDGED AND AGREED:**

BY: Daniel J. Gey

NAME: Daniel J. Lilly, General Counsel      12/7/04



W R Grace Authorization - PID
Claim No. 11179
Ohio Savings Plaza, OH

11179

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace.  By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

**Building name and physical address:**

Ohio Savings Plaza, 1801 East Ninth Street, Cleveland, OH 44114

Park Plaza, 1111 Chester Avenue, Cleveland, OH 44114

**Approx. Sq. Footage (if known):** OSP Approx. gross sq. footage 400,000 – PP Approx. gross sq. footage 150,000

**Contact person:** Mark Larkman, Roy Lachman

**Phone number:** 216-781-1801, 216-622-4100

**Fax number:** 216-781-0500, 216-696-5131

**Email address:** mlarkman@ohiosavings.com, rlachman@ohiosavings.com

**ACKNOWLEDGED AND AGREED:**

BY: _Roy E Lee, SuP  2/2/04_

NAME: _Roy E. Lachman_