DEC-14-2004  13:42       AEGON USA INV MGMT LLC      *10990*       319 298 4471      P.02

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building name and physical address:

Pyramid Building

600 Montgomery Street

San Francisco, California 94111

Approx. Sq. Footage (if known):        673,000

Contact person:      Bill Sindlinger

Phone number:      (319) 369-2552

Fax number:      (319) 298-4471

Email address:      bsindlin@aegonusa.com

ACKNOWLEDGED AND AGREED:      Transamerica Pyramid Properties, LLC

BY:      John R. Donner

NAME:      John R. Donner, Vice President



DEC 2004
RECEIVED
Speights &
Runyan

TOTAL P.02



W R Grace Authorization - PID
Claim No. 11003
Schuyler Hospital, NY

11003

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

**Building name and physical address:**

Schuyler Hospital

220 Steuben St, Montour Falls NY 14865

**Contact person:** Donald Lewis, CEO

**Phone number:** 607-535-7121

**Fax number:** 607-535-8077

**Email address:**

## ACKNOWLEDGED AND AGREED:

**BY:** Donald Lewis

**NAME:** Donald Lewis



W R Grace Authorization - PID
Claim No. 11046
Nebraska Skilled Nursing and Rehab, NE

11046

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building name and physical address:

Nebraska Nursing and Rehabilitation

7410 Mercy Road

Omaha, NE 68124

Note: Building is currently owned by Omaha Associates Limited Partnership, who purchased it in 1994.

Approx. Sq. Footage (if known): 57,824

Contact person: Mary Jen Fisher

Phone number: 312 - 855 - 0930

Fax number: 312 - 855 - 1684

Email address: MFisher @ karellcapital.com

ACKNOWLEDGED AND AGREED:

BY:

NAME: Samuel H. Kovitz, General Counsel



W.R Grace Authorization - PID
Claim No. 11105
Westmoreland Reg. Hosp., PA

*11105*

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

**Building name and physical address:**

WESTMORELAND REGIONAL HOSPITAL

532 WEST PITTSBURGH STREET

GREENSBURG, PA 15601

**Approx. Sq. Footage (if known):**   UNKNOWN

**Contact person:**  DANIEL L. HOFFMAN

**Phone number:**  724-832-4990

**Fax number:**  724-832-5089

**Email address:**  dhoffman@westmoreland.org.

**ACKNOWLEDGED AND AGREED:**

BY: _Daniel L. Hoffman_

NAME: DANIEL L. HOFFMAN



W R Grace Authorization - PID
Claim No. 11110
Hotel Captain Cook, AL

OCT-06-04 11:08 AM  HOTELCAPTCOOK                3432407              P.02

1110

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building name and physical address:

HOTEL CAPTAIN COOK

939 WEST 5TH AVENUE

ANCHORAGE, AK 99501

Approx. Sq. Footage (if known): 450,000

Contact person: GLENN SPECKING

Phone number: (907) 343-2275

Fax number: (907) 343-2271

Email address: GSPECKING@GCI.NET

ACKNOWLEDGED AND AGREED:

BY: *Walter Hickel*

NAME: WALTER HICKEL JR



W R Grace Authorization - PID
Claim No. 11106/11144
Titusville Area Hospital, PA

09/05/2004  16:56   8146276545

09/06/2004  08:24   8039435535                    SPEIGHTS RUNYAN                        PAGE  03/03
                                                                                          PAGE  02
09/07/2004  15:26   8146276245                                                            PAGE  04/04
09/23/2004  16:17   8039436535         SPEIGHTS RUNYAN                                     PAGE  03

11106 / 111.44

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

**Building name and physical address:**

Titusville Area Hospital

406 W. Oak St.

Titusville, PA  16354

**Approx. Sq. Footage (if known):**      131,214 sq. ft.

**Contact person:**      Gary Otto

**Phone number:**       814-827-1851

**Fax number:**        814-827-6345

**Email address:**     gottootitusvillehospital.org

ACKNOWLEDGED AND AGREED:

BY: _Linda K. Harris_

NAME: LINDA K. HARRIS

Risk Manager

Titusville Area Hospital



W R Grace Authorization - PID
Claim No. 11133
Abbeville Hospital, LA

OCT-30-2004 03:32 AM

11133

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

**Building name and physical address:**

ABBEVILLE GENERAL HOSPITAL

118 NORTH HOSPITAL DRIVE

ABBEVILLE, LOUISIANA    70510

**Approx. Sq. Footage (if known):**

**Contact person:**    TROY HAIR, CHIEF FINANCIAL OFFICER & BERNARD DUHON, LEGAL COUNSEL

**Phone number:**    (337) 898-6377                (337) 893-5066

**Fax number:**    (337) 893-2801

**Email address:**    cfo@abbgen.net

**ACKNOWLEDGED AND AGREED:**

**BY:** _Ray Landry_

**NAME:** RAY LANDRY CEO



W R Grace Authorization - PID
Claim No. 11153
YWCA of Greater Des Moines, IA

01/24/2004  11:03    2441118          YWCA OF GREATER DESÉ                    PAGE  02

11153

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

**Building name and physical address:**

YWCA of Greater Des Moines
717 Grand Avenue
Des Moines, Iowa. 50309

**Approx. Sq. Footage (if known):** 90,000 sq. ft.

**Contact person:** Claudia L. Hawkins, Executive Director

**Phone number:** (515) 244-8961 X 405

**Fax number:** (515) 244-1118

**Email address:** CHawkins@ywcadsm.org

**ACKNOWLEDGED AND AGREED:**

**BY:** Claudia L Hawkins

**NAME:** Claudia L. Hawkins



NOV 2004
RECEIVED
Speights &
Runyan