

W R Grace Authorization - PID
Claim No. 11158
Fulton Co. Health Center, OH

11158

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace.  By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

**Building name and physical address:**

Fulton County Health Center

725 S. Shoop Avenue

Wauseon, Ohio 43567

**Contact person:** E Dean Beck — Adm

**Phone number:** 419-335-2015

**Fax number:** 419-330-2612

**Email address:**

### ACKNOWLEDGED AND AGREED:

**BY:** E Dean Beck

**NAME:** E Dean Beck

W R Grace Authorization - PID
Claim No. 11193
St. Vincent's Health Care, PA

FROM SV RISK MGMT 814-452-5962                    (TUE) 7. 6'04  9:28/ST.  9:27/NO. 4863173439 P  3

*11193*
*11194*

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace.  By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building name and physical address:

Saint Vincent Health Center

232 West 25th St

Erie PA 16544

Contact person: Dena Lavinello, Risk Management

Phone number: 814-452-5139

Fax number: 814-454-5962

Email address: dtavinol@svhs.org

ACKNOWLEDGED AND AGREED: provided there is no cost to Saint Vincent.

BY: James C. McNamara

NAME: James E. McNamara, Counsel



W R Grace Authorization - PID
Claim No. 11194
St. Vincent's Health Care, PA

FROM SV RISK MGMT 814-452-5962          (TUE) 7. 6'04  9:28/ST. 9:27/NO. 4863173439 P 3

11193
11194

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building; U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

**Building name and physical address:**

Saint Vincent Health Center

232 West 25th St

Erie PA 16544

Contact person: Dena Tavinello, Risk Management

Phone number: 814-452-5139

Fax number: 814-454-5962

Email address: dtavinel@svhs.org

ACKNOWLEDGED AND AGREED: provided there is no cost to Saint

BY: James E. Namara      Vincent.

NAME: James E. McNamara, Counsel



W R Grace Authorization - PID
Claim No. 11200
Scottish Rite Cathedral, PA

*112.00*

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building name and physical address:

SCOTTISH RITE CATHEDRAL

1533 HAMILTON ST.

ALLENTOWN, PA. 18102

Approx. Sq. Footage (if known):

Contact person: LARRY G. NEWHARD

Phone number: (610) 433.3232

Fax number: (610) 433.4943

Email address: LNEWHARD@ENTERMAIL.NET

ACKNOWLEDGED AND AGREED:

BY: Larry G. Newhard, ACTING SECRETARY

NAME: LARRY G. NEWHARD



W R Grace Authorization - PID
Claim No. 11226
Virtua Health West Jersey Hosp., NY

11226
11389

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building name and physical address:

Virtua-West Jersey Hospital - 1000 Atlantic Ave., Camden, NJ

Virtua Health - The Plaza - 2225 Evesham Road, Voorhees, NJ

Virtua-Memorial Hospital Burlington County, 175 Madison Ave., Mt. Holly, NJ

Contact person:      Mary P. Hugues, Esq.    General Counsel

Phone number:     (856) 355-6620

Fax number:       (856) 355-6633

Email address:

ACKNOWLEDGED AND AGREED:

BY:   *Mary P Hugues*

NAME:   General Counsel



W R Grace Authorization - PID
Claim No. 11263
YMCA Lincoln, NE, NE

11253

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

**Building name and physical address:**

DOWNTOWN LINCOLN, NEBRASKA YMCA BRANCH

1039 P. STREET

LINCOLN, NE 68508

**Approx. Sq. Footage (if known):** 50,000

**Contact person:** THOMAS SHAMBURG

**Phone number:** (402) 434 - 9202

**Fax number:** (402) 434 - 9208

**Email address:** TSHAMBURG @ YMCALINCOLN. ORG

**ACKNOWLEDGED AND AGREED:**

BY: _Thomas Shamburg_ FOR LINCOLN YMCA

NAME: THOMAS SHAMBURG



W R Grace Authorization - PID
Claim No. 11257
Panda Prints/Lehigh Tile, PA

11257

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following
bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously
located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below,
I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in
these bankruptcies.

**Building name and physical address:**

JOSEPH EDGAR PURSEL SR.  — PANDA PRINTS

335 No. 7TH ST.

ALLENTOWN PA 18102

**Approx. Sq. Footage (if known):** 6200

**Contact person:** JOSEPH EDGAR PURSEL SR.

**Phone number:** 610-868-9721

**Fax number:** 610-868-9720

**Email address:**

## ACKNOWLEDGED AND AGREED:

**BY:**

**NAME:** Joseph Edgar Pursel Sr.

SEP 2004
RECEIVED
Speights &
Runyan



W R Grace Authorization - PID
Claim No. 11262
McKenzie Willamette Med. Cntr., OR

08/28/04  WED 08:45 FAX _ _ _ _ _ . FLIGHT OPERATIONS

*11262*

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following
bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously
located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace.  By signing below,
I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in
these bankruptcies.

**Building name and physical address:**

McKenzie Willamette Medical Center

1460 "G" Street

Springfield, OR  97477

**Approx. Sq. Footage (if known):** 210,000 #

**Contact person:** Michael Tucker

**Phone number:** 541-726-4432

**Fax number:** 541-744-6163

**Email address:** MIKTUC@MCKWEB.COM

**ACKNOWLEDGED AND AGREED:**

**BY:**

**NAME:** Michael Tucker





W R Grace Authorization - PID
Claim No. 11384
Keller Bldg., MO

11384

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

**Building name and physical address:**

KELLER BUILDING, OWNED BY HOWARD COUNTY, MESSOURI.

**Approx. Sq. Footage (if known):**

**Contact person:** MASON R. GEBHARDT, HOWARD COUNTY PROSECUTING ATTORNEY

**Phone number:** (660) 248-1040

**Fax number:** (660) 248-1081

**Email address:**

**ACKNOWLEDGED AND AGREED:**

BY: Lowell Eaton, William Conrow, Howard Black

NAME: LOWELL EATON, HOWARD COUNTY PRESIDING COMMISSIONER
WILLIAM CONROW, EASTERN DISTRICT COMMISSIONER
HOWARD BLACK, WESTERN DISTRICT COMMISSIONER



W R Grace Authorization - PID
Claim No. 11389
Virtua West Jersey Hospital, NY

11226
11349

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building name and physical address:

Virtua-West Jersey Hospital - 1000 Atlantic Ave., Camden, NJ

Virtua Health - The Plaza - 2225 Evesham Road, Voorhees, NJ

Virtua-Memorial Hospital Burlington County, 175 Madison Ave., Mt. Holly, NJ

Contact person:      Mary P. Hugues, Esq.    General Counsel

Phone number:      (856) 355-6620

Fax number:      (856) 355-6633

Email address:

ACKNOWLEDGED AND AGREED:

BY: _Mary P Hugues_

NAME:   General Counsel



W R Grace Authorization - PID
Claim No. 11422
Homeplace of Mondovi, WI

*11422*

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following
bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously
located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below,
I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in
these bankruptcies.

**Building name and physical address:**

The HOMEPLACE of Mondovi

158 E. Main St.

Mondovi, WI 54755

F.K.A. Buffalo Memorial Hospital

**Contact person:** Jill Tallman

**Phone number:** 715 926 4777

**Fax number:** 715 926 4739

**Email address:** Jill.TMS.frontiernet.net

**ACKNOWLEDGED AND AGREED:**

**BY:** Jill Tallman as member of Tallman LLC

**NAME:** Jill E Tallman



W R Grace Authorization - PID
Claim No. 11555
Carson Pirie Scott, IL

11555

## AUTHORIZATION FOR SPEIGHTS & RUNYAN TO FILE CLAIM(S) IN U. S. BANKRUPTCY COURT

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

**Building name and physical address:**

Carson Pirie Scott &Co. Store

Lakehurst Mall

100 Lakehurst Cents

Waukegan, IL 60085

**Contact person:** Walter Scott

**Phone number:** 205 940 4603

**Fax number:** 205 940 4468

**Email address:** Walter_Scott@saksinc.com

**ACKNOWLEDGED AND AGREED:**

**BY:** Walter Scott VP.

**PRINT NAME** Walter Scott



W R Grace Authorization - PID
Claim No. 11679
Elliot Hospital, NH

*11579*

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace.  By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

**Building name and physical address:**

Elliot Hospital

One Elliot Way

Manchester, N.H.  03103

**Approx. Sq. Footage (if known):**

**Contact person:**  Michael R. Dupuis

**Phone number:**  603-663-2721

**Fax number:**  603-663-2756

**Email address:**  MDupuis@elliot-hs.org

**ACKNOWLEDGED AND AGREED:**

**BY:**

**NAME:** Michael R. Dupuis



W R Grace Authorization - PID
Claim No. 11701
Univ. Of N.E. Webber Hospital, ME

*11701*

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

**Building name and physical address:**

_See additned pg_

**Contact person:**  Elisabeth Haase

**Phone number:**  207 283. 0170 x 2488

**Fax number:**  207  294. 5911

**Email address:**  EHAASE @ UNE . EDu

## ACKNOWLEDGED AND AGREED:

**BY:** _Elisabeth Haase_

**NAME:** _Elisabeth Haase_

To:      Speight & Runyan
From:    Elisabeth Haase, Environmental Health and Safety Coordinator, University of New England
Date:    July 29, 2004
Subject:        Nationwide Class Action – Lawsuit (Asbestos)

University Campus Buildings
11 Hills Beach Road
Biddeford, ME 04005

1. Security, 3 Hills Beach Road
2. 588 Pool Street, Business Office
3. Admissions, 592 Pool Street
4. Marcil Hall
5. Petts Health Center
6. Decary Hall
7. Ketchum Library
8. Stella Maris Hall
9. Gregory Hall
10. LAC
11. Alfond
12. Padua Hall
13. Siena Hall
14. Assisi Hall
15. Avila Hall
16. Campus Center
17. Frederick Hall
18. Housing Park
19. Chiller Plant

Westbrook College Campus Buildings
716 Stevens Street
Portland, ME

1. 1 College Street
2. Alexander Hall
3. Alumni Hall
4. Finley Rec. Center
5. Belwett Science Center
6. Coleman Dental Hygiene
7. Ludcke Auditorium
8. Hersey Hall
9. Goddard Hall
10. Abplanalp Library
11. Linell Res Hall
12. McDougall/Ginn Res Hall
13. 746 Stevens Ave.
14. 79 College Street
15. Proctor Hall
16. 750 Stevens Ave.

Created by Elisabeth for Fire Extinguisher Checks
September 16, 2003
H:\Elisabeth's Documents\Asbestos\Building Names.doc



W R Grace Authorization - PID
Claim No. 10998
St. Luke's Bethlehem Hosp., PA

*05-15-04    03:01    ENGINEERING SW → 8039455555*                    NO.040    P01

*10998*

## AUTHORIZATION FOR SPEIGHTS & RUNYAN TO FILE CLAIM(S) IN U. S. BANKRUPTCY COURT

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

**Building name and physical address:**

① ST. LUKE'S HOSPITAL — BETHLEHEM CAMPUS   801 OSTRUM STREET   BETHLEHEM, PA 18015

② ST. LUKE'S HOSPITAL — ALLENTOWN CAMPUS   1736 HAMILTON BLVD.   ALLENTOWN, PA 18104

**Contact person:** ANITA M KINGSBAUER

**Phone number:** 610. 954. 4275

**Fax number:** 610. 954. 2040

**Email address:** kingsba@slhn.org

## ACKNOWLEDGED AND AGREED:

**BY:** Anita M. Kingsbauer

**PRINT NAME** ANITA M KINGSBAUER