# EXHIBIT H



W R Grace Authorization - PID
Claim No. 10700
St. Joseph's Hill Infirmary Home, MO

*10700*

## AUTHORIZATION FOR SPEIGHTS & RUNYAN TO FILE CLAIM(S) IN U. S. BANKRUPTCY COURT

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

**Building name and physical address:**

St. Joseph's Hill Infirmary

St. Joseph's Road

Eureak, Missouri 63025




**Contact person:**    Brother John Spila, OSF

**Phone number:**    (636)938-5151

**Fax number:**    (636)938-5266

**Email address:**    nxicesnf@mindspring.com

## ACKNOWLEDGED AND AGREED:

BY: *Bro. John A. Spila, OSF*

PRINT NAME    Brother John Spila, OSF

W R Grace Authorization - PID
Claim No. 10722
IBM Employees FCU, NY

10722

## AUTHORIZATION FOR SPEIGHTS & RUNYAN TO FILE CLAIM(S)
## IN U. S. BANKRUPTCY COURT

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the
following bankruptcy litigation as deemed appropriate due to asbestos-containing products
located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and
W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the
authority to file proof of claims on our behalf in these bankruptcies.

Building name and physical address:

IBM METRO EMPLOYEES FCU FORMERLY

MANUFACTURERS HANOVER TRUST

29-21 QUEENS PLAZA NO. (FORMERLY BRIDGE PLAZA)

LONG ISLAND CITY NY 11101

Contact person: STEVEN GOLDBERGER

Phone number: 718-361-1002

Fax number: 718-361-1775

Email address: steve g@ibmmetro.ORG

ACKNOWLEDGED AND AGREED:

BY: S. Golberg

PRINT NAME Steven Goldberger, President/CEO

Page 3 of 7



W R Grace Authorization - PID
Claim No. 10747
Friendly Home Nursing Care, NY

This acknowledgment will confirm that the Law Firm of Speights & Runyan is authorized to take those steps it and The Friendly Home, Rochester, New York feel are necessary to present and/or protect any asbestos property damage claim that The Friendly Home may have in the W.R. Grace & Company Bankruptcy, Case No.: 01-1139-JKF; the Federal Mogul Bankruptcy, Case No.: 01-10578 (AMW); the USG Bankruptcy, Case No.: 01-2094-JKF and the US Mineral Bankruptcy, Case No.: 01-2471-JKF.


_____
Signature

_____
James E. Dewhirst
Print Name

_____
President / CEO
Title



W R Grace Authorization - PID
Claim No. 10767
Oneida Co. Office Bldg, NY

*10767*

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

**Building name and physical address:**

ONEIDA COUNTY OFFICE BUILDING

800 PARK AVENUE

UTICA NY  13501

**Contact person:**    RANDAL B. CALDWELL, COUNTY ATTORNEY

**Phone number:**    (315) 798-5910

**Fax number:**    (315) 798-5603

**Email address:**    rcaldwell@ocgov.net

ACKNOWLEDGED AND AGREED:

BY: _____

NAME:    RANDAL B. CALDWELL

W R Grace Authorization - PID
Claim No. 10962
Children's Hosp. Of Pittsburgh, PA

10962

Exhibit 2

March _____, 2003

RE:   In re Bankruptcy claims for asbestos-containing products

I Hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcies as deemed appropriate due to asbestos-containing products located or previously located in our building: Federal Mogul and W.R. Grace & Co.; W.R. Grace & Co.- Ct. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building Name and Physical Address:

Children's Hospital of Pittsburgh of UPMC
Health System
3705 Fifth Avenue
Pittsburgh, PA  15213


Contact Person:  Lorina W. Wise, Associate Counsel
Phone Number:  (412) 692-8073
Fax Number:  (412) 693-5639
E-Mail Address: lorina.wise@chp.edu

ACKNOWLEDGED AND AGREED:

By: _____
        Name:



W R Grace Authorization - PID
Claim No. 11006
YWCA of Hartford Region, CT

11005    PAGE 3/7

## AUTHORIZATION FOR SPEIGHTS & RUNYAN TO FILE CLAIM(S) IN U. S. BANKRUPTCY COURT

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building name and physical address:

YWCA OF THE HARTFORD REGION

135 BROAD ST.

HTFD. CT 06105

Contact person: MAX FERNANDEZ

Phone number: (860) 525-1163    x279

Fax number: (860) 543-8919

Email address: Maxf@ywcahartford-ovg

ACKNOWLEDGED AND AGREED:

BY: _____

PRINT NAME  MAX M FERNANDEZ



W R Grace Authorization - PID
Claim No. 11018/11227
Santa Teresa Med. Off. Bldg., CA

T-904  P.008/008  F-778

11018/11227

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building name and physical address:

Santa Teresa Medical Office Building, 275 Hospital Parkway,

San Jose, CA 95119

Approx. Sq. Footage (if known):

Contact person: Fonda Karelitz, Senior Counsel, 1 Kaiser Pl. 19B, Oakland CA 94

Phone number: 510-271-5844

Fax number: 510-271-6634

Email address: fonda.karelitz@kp.org

ACKNOWLEDGED AND AGREED:

BY: *Fonda Karelitz*

NAME: Fonda Karelitz, Senior Counsel, Kaiser Foundation Health Plan, Inc.
Legal & Government Relations Dept.