

W R Grace Authorization - PID
Claim No. 11560
Dodge Co. Hospital, GA

11550

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

**Building name and physical address:**

Dodge County Hospital
901 Griffin Ave
Eastman GA 31023

**Approx. Sq. Footage (if known):** 97,600

**Contact person:** L. Glenn Davis

**Phone number:** 478-448-4066

**Fax number:** 478-374-9411

**Email address:** glenndavis @ dodge county hospital . com

**ACKNOWLEDGED AND AGREED:**

**BY:** _Glenn_

**NAME:** Glenn Davis



W R Grace Authorization - PID
Claim No. 11572
Harry Levy Gardens, NV

11572

## AUTHORIZATION FOR SPEIGHTS & RUNYAN TO FILE CLAIM(S) IN U. S. BANKRUPTCY COURT

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

**Building name and physical address:**

Harry Levy Gardens

2525 West Washington Avenue

Las Vegas, Nevada

_____

_____

_____

**Contact person:** Johan Aliseo, Risk Management Coordinator

**Phone number:** (702) 922-6607

**Fax number:** (702) 382-1973

**Email address:** jaliseo@haclv.org

**ACKNOWLEDGED AND AGREED:**

**BY:** _Parviz Ghadiri_

**PRINT NAME** Parviz Ghadiri, Executive Director

Housing Authority of the City of Las Vegas



W R Grace Authorization - PID
Claim No. 11689
Jordan Hospital, MA

11669

This acknowledgment will confirm that the Law Firm of Speights & Runyan is authorized to take those steps it and the Jordan Hospital, Inc., Plymouth, Massachusetts feel are necessary to present and/or protect any asbestos property damage claim that Jordan Hospital, Inc. may have in the W.R. Grace & Company Bankruptcy, Case No.: 01-1139-JKF;  the Federal Mogul Bankruptcy, Case No.: 01-10578 (AMW); the USG Bankruptcy, Case No.: 01-2094-JKF and the US Mineral Bankruptcy, Case No.: 01-2471-JKF.

_____
Signature

_____
Print Name

_____
Title



W R Grace Authorization - PID
Claim No. 11703
1199 SEIU fka 310 W. 43rd St., NY

11703

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building name and physical address:

310 W.43 St

NY NY 10036

Contact person: Louise Bayer

Phone number: 212 603 1732

Fax number: 212 956 5140

Email address: Louise B @ 1199.org

ACKNOWLEDGED AND AGREED:

BY: Ardean Realty Corp.

NAME: Bus Louise Bayer



Canada - University of Guelph
(Claim # 12329)

STATE OF SOUTH CAROLINA    )
                                    )    CONTRACT OF REPRESENTATION
COUNTY OF HAMPTON    )

       The undersigned, <u>The University of Guelph</u>, (hereinafter "Client") hereby employs and retains the Law Firm of Speights & Runyan (hereinafter "Law Firm") to represent its interest against any and all manufacturers, retailers, and/or users of asbestos and asbestos-related materials, or any other person, firm, or corporation who may be liable for the damages suffered by the Client as a result of the asbestos-related materials placed in its building(s). It is expressly understood that several of the major manufacturers of such materials are presently in Chapter 11 proceedings in Wilmington, Delaware.

       Client hereby agrees to pay Law Firm an attorney's fee equal to           of the gross recovery obtained on its behalf. Client further understands that its claim may be a part of a larger number of claims of the same nature which may be handled as an aggregate or multiple group for trial preparation and settlement negotiation, and hereby authorizes Law Firm to enter into any initial aggregate or multiple settlement negotiations with the understanding that it will be informed by its attorneys of the existence and nature of all claims involved in the proposed group settlement. Law Firm agrees not to enter into any final settlement or compromise of this matter without the prior consent of Client. Client agrees with Law Firm not to make any settlement or take part in any settlement negotiations without prior written permission of Law Firm in accordance with this agreement.

       Client empowers Law Firm to take all steps in said matter deemed by Law Firm to be advisable. Client agrees that if, after the investigation of Client's claim, it appears not to have merit, then Law Firm shall have the right to cancel this Agreement.

The parties agree that this Agreement may be terminated by the Client at any time within 60 days following its execution, should the Client determine that there are corresponding proceedings in a Canadian jurisdiction, which the Client, in its absolute discretion wishes to participate in.

CLIENT ACKNOWLEDGES THAT LAW FIRM HAS MADE NO GUARANTY REGARDING THE SUCCESSFUL TERMINATION OF CLIENT'S CLAIM AND THAT ALL EXPRESSIONS RELATIVE THERETO ARE MATTERS OF OPINION ONLY.

We do hereby bind our assigns and legal representatives to the terms and conditions as set forth herein.

WE HAVE READ OVER AND FULLY UNDERSTAND THE ABOVE CONTRACT, AND HAVE FULLY DISCUSSED THE TERMS AND CONDITIONS THEREOF AND WE DO HEREBY SET OUR HANDS AND SEALS THIS _____ DAY OF _____, 2003.

**University of Guelph**

Per: _____
N. Sullivan
Vice-President, Finance and Administration

Per: _____
J. Miles
Assistant Vice-President, Finance

We have the authority to bind the Corporation.

**Speights & Runyan**

Per: _____



Canada - Morguard Real Estate Investment
Trust
(Claim # 12425 & 12426)

| Bldg. # | Claim # | State | Claimant Name | Expressed Written Authorization |
|---------|---------|-------|---------------|----------------------------------|
| **WRG - CANADA CLAIMS** | | | | |
| 1 | 12426 | CANADA | Morguard Real Estate Investment Trust - Devonian | X |
| 2 | 12425 | CANADA | Morguard Real Estate Investment Trust - UK Building | X |

STATE OF SOUTH CAROLINA    )
                           )        CONTRACT OF REPRESENTATION
COUNTY OF HAMPTON          )

The undersigned, _MORGUARD REAL ESTATE INVESTMENT TRUST_____,

(hereinafter "Client") hereby employs and retains the Law Firm of Speights & Runyan

(hereinafter "Law Firm") to represent its interest against ~~any and all manufacturers, retailers,~~ WR GRACE, FEDERAL MOGUL, AND U.S. MINERAL Cr

~~and/or users of asbestos and asbestos-related materials, or any other person, firm, or corporation~~

~~who may be liable for the damages suffered by the Client~~ as a result of the asbestos-related

materials placed in its building(s). It is expressly understood that ~~several of the major~~ WR GRACE, FEDERAL MOGUL, US MINERAL Cr

~~manufacturers of such materials~~ are presently in Chapter 11 proceedings in Wilmington,

Delaware.

Client hereby agrees to pay Law Firm an attorney's fee equal to          of the gross
                                                    WHICH FEE SHALL INCLUDE ALL LEGAL FEES, COSTS & EXPENSES. Cr

recovery obtained on its behalf, Client further understands that its claim may be a part of a

larger number of claims of the same nature which may be handled as an aggregate or multiple

group for trial preparation and settlement negotiation, and hereby authorizes Law Firm to enter

into any initial aggregate or multiple settlement negotiations with the understanding that it will

be informed by its attorneys of the existence and nature of all claims involved in the proposed

group settlement. Law Firm agrees not to enter into any final settlement or compromise of this

matter without the prior consent of Client. Client agrees with Law Firm not to make any

settlement or take part in any settlement negotiations without prior written permission of Law

Firm in accordance with this agreement.

Client empowers Law Firm to take all steps in said matter deemed by Law Firm to be

advisable. Client agrees that if, after the investigation of Client's claim, it appears not to have

merit, then Law Firm shall have the right to cancel this Agreement. CLIENT HAS THE RIGHT

TO TERMINATE THIS AGREEMENT BY WRITTEN NOTICE AT ANY TIME. Cr

CLIENT ACKNOWLEDGES THAT LAW FIRM HAS MADE NO GUARANTY

REGARDING THE SUCCESSFUL TERMINATION OF CLIENT'S CLAIM AND THAT ALL

EXPRESSIONS RELATIVE THERETO ARE MATTERS OF OPINION ONLY.

We do hereby bind our assigns and legal representatives to the terms and conditions as

set forth herein.

WE HAVE READ OVER AND FULLY UNDERSTAND THE ABOVE CONTRACT,

AND HAVE FULLY DISCUSSED THE TERMS AND CONDITIONS THEREOF AND WE

DO HEREBY SET OUR HANDS AND SEALS THIS _____ DAY OF _____, 2003.

WITNESSES:                              Morguard Real Estate Investment Trust

_____    By: _____    _____
                                     Jay Camacho                    Les Wayne

_____

                             SPEIGHTS & RUNYAN

_____    By: _____

_____



W R Grace Authorization - PID
Claim No. 14410
Jameson Memorial Hospital, PA

14410

**Exhibit 2**

March _____, 2003

RE:   In re Bankruptcy claims for asbestos-containing products

I Hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the
following bankruptcies as deemed appropriate due to asbestos-containing products located or
previously located in our building: Federal Mogul and W.R. Grace & Co.; W.R. Grace & Co.-
Ct. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file
proof of claims on our behalf in these bankruptcies.

Building Name and Physical Address:

Jameson Memorial Hospital

1211 Wilmington Ave

New Castle, PA 16105

Contact Person: Rachel Verdi

Phone Number: 724 - 656 - 4089

Fax Number: 724 - 656 - 4180

E-Mail Address: rverdi@jamesonhealthsystem.com

**ACKNOWLEDGED AND AGREED:**

By: Rachel C. Verdi

Name:



Canada - Sask Power Corp.
(Claim # 12470)

STATE OF SOUTH CAROLINA    )

           )  CONTRACT OF REPRESENTATION

COUNTY OF HAMPTON   )

   The undersigned, Saskatchewan Power Corporation, (hereinafter "Client") hereby employs and retains the Law Firm of Speights & Runyan (hereinafter "Law Firm") to represent its interest against any and all manufacturers, retailers, and/or users of asbestos and asbestos-related materials, or any other person, firm, or corporation who may be liable for the damages suffered by the Client as a result of the asbestos-related materials placed in its building(s). It is expressly understood that several of the major manufacturers of such materials are presently in Chapter 11 proceedings in Wilmington, Delaware.

   Client hereby agrees to pay Law Firm an attorney's fee equal to   of the gross recovery obtained on its behalf. Client further understands that its claim may be a part of a larger number of claims of the same nature which may be handled as an aggregate or multiple group for trial preparation and settlement negotiation, and hereby authorizes Law Firm to enter into any initial aggregate or multiple settlement negotiations with the understanding that it will be informed by its attorneys of the existence and nature of all claims involved in the proposed group settlement. Law Firm agrees not to enter into any final settlement or compromise of this matter without the prior consent of Client. Client agrees with Law Firm not to make any settlement or take part in any settlement negotiations without prior written permission of Law Firm in accordance with this agreement.

   Client empowers Law Firm to take all steps in said matter deemed by Law Firm to be advisable. Client agrees that if, after the investigation of Client's claim, it appears not to have merit, then Law Firm shall have the right to cancel this Agreement.

CLIENT ACKNOWLEDGES THAT LAW FIRM HAS MADE NO GUARANTY REGARDING THE SUCCESSFUL TERMINATION OF CLIENT'S CLAIM AND THAT ALL EXPRESSIONS RELATIVE THERETO ARE MATTERS OF OPINION ONLY.

We do hereby bind our assigns and legal representatives to the terms and conditions as set forth herein.

WE HAVE READ OVER AND FULLY UNDERSTAND THE ABOVE CONTRACT, AND HAVE FULLY DISCUSSED THE TERMS AND CONDITIONS THEREOF AND WE DO HEREBY SET OUR HANDS AND SEALS THIS _____ DAY OF _____, 2003.





SASKATCHEWAN POWER CORPORATION

By: _____
PRESIDENT

By: _____
GENERAL COUNSEL AND
ASSISTANT SECRETARY

WITNESSES:

_____

_____

SPEIGHTS & RUNYAN

By: _____



W R Grace Authorization - PID
Claim No. 11151/11125
St. Anthony's Reg. Hosp., IA

11151/11125

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

**Building name and physical address:**

St. Anthony Regional Hospital and Nursing Home

311 South Clark Street

Carroll, Iowa   51401

**Contact person:** Larry Blanchard

**Phone number:** 712 - 792 - 3581

**Fax number:** 712 - 792 - 0310

**Email address:** lpb44 @ hotmail. com

## ACKNOWLEDGED AND AGREED:

**BY:** Maintenance Director

**NAME:** Lawvence P Blanchard