# EXHIBIT G



W R Grace Authorization - PID
Claim No. 6901/11236
Bayshore Community Hospital, NJ

Oct 01 03 10:55a
Sep 12 03 04:53p

6901/11236

P.E-2

RE:    In re Bankruptcy claims for asbestos-containing products

I Hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcies as deemed appropriate due to asbestos-containing products located or previously located in our building: Federal Mogul and W.R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building Name, Physical Address and Square Footage of Material Applied if Known:

_BAYSHORE COMMUNITY HOSPITAL_
_727 N BEERS ST_
_HOLMDEL NJ 07733_

Contact Person: _CHARLES FAELLA_
Phone Number: _732 739 5932_
Fax Number: _732 290 7034_
E-Mail Address: _CFAELLA @ BCHS_

ACKNOWLEDGED AND AGREED:

By: _Caroline Nowacyk_
        Name:



W R Grace Authorization - PID
Claim No. 10518
Mission Towers, KS

10516

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

**Building name and physical address:**

MISSION TOWERS    5700 BROADMOOR  MISSION, KANSAS  66202

F.K.A. FOXRIDGE OFFICE BLDG.

**Contact person:** GABRIEL MURPHY

**Phone number:** (913) 486-4292  OR  (913) 722-5800

**Fax number:** (913) 722-6685

**Email address:** gabriel@gabrielmurphy.com

**ACKNOWLEDGED AND AGREED:**

**BY:** _(signature)_

**NAME:** GABRIEL C. MURPHY



W R Grace Authorization - PID
Claim No. 10672
New Hanover Med Cntr, NC



# NEW HANOVER COUNTY

OFFICE OF THE COUNTY ATTORNEY
320 CHESTNUT STREET, ROOM 309
WILMINGTON, NORTH CAROLINA 28401-4095
*TELEPHONE (910) 341-7153*
*FAX (910) 341-4170*

WANDA M. COPLEY
County Attorney

KEMP P. BURPEAU
Deputy County Attorney

E. HOLT MOORE, III
Assistant County Attorney

## FAX TRANSMISSION COVER SHEET

**TO:** David W. Gooding – Speights & Runyan
Bankruptcy Coordinator

**FAX NO.:** 803-943-5535/803-943-4599

**FROM:** Wanda M. Copley, County Attorney

**FAX NO.:** (910) 341-4170    **PHONE NO.:** (910) 341-7153

**DATE:** 5/19/04

**NUMBER OF PAGES INCLUDING THIS COVER SHEET:** 3

**COMMENTS/MESSAGE:**

**RE:** W. R. Grace (WRG) Class Action Lawsuit

The following pages are the authorization forms in connection with the above-referenced matter to include New Hanover Regional Medical Center in the group bankruptcy claim.

Thank you.

THIS FACSIMILE TRANSMISSION CONTAINS CONFIDENTIAL AND/OR LEGALLY PRIVILEGED INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ON THE TRANSMISSION COVER SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS FACSIMILE TRANSMISSION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY SO THAT WE CAN ARRANGE FOR RETURN OF THE DOCUMENTS TO US AT NO COST TO YOU.

APR-29-04 THU 4:35 PM    RISK MANAGEMENT          FAX NO. 9108155811              P. 4

10672

## AUTHORIZATION FOR SPEIGHTS & RUNYAN TO FILE CLAIM(S)
## IN U. S. BANKRUPTCY COURT

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

**Building name and physical address:**

_____

_____

_____

_____

_____

**Contact person:** _____

**Phone number:** _____

**Fax number:** _____

**Email address:** _____

**ACKNOWLEDGED AND AGREED:**

**BY:**  _Walde M. Copley, County Attorney_

**PRINT NAME** _____ _Wanda Copley_ _Wanda M. Copley_

W/R Grace Authorization - PID
Claim No. 10696
Pierre Laclede Center, MO

10696

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

**Building name and physical address:**

Pierre Laclede Center
7701 and 7733 Forsyth Boulevard
Clayton, MO  63105

Approx. Sq. Footage (if known): 571,353 rentable SF

Contact person: Rachel Duncan

Phone number: 314-862-2432

Fax number: 314-862-2569

Email address: rduncan @ CTMT.com

ACKNOWLEDGED AND AGREED: Pierre Laclede, LLC

BY: COLLIERS TURLEY MARTIN TUCKER, OPERATOR

NAME: Rachel Duncan
Second Vice President
General Manager - Pierre Laclede Center



W R Grace Authorization - PID
Claim No. 10673
First Health Montgomery Hosp, NC

*10673*

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

**Building name and physical address:**

FirstHealth Montgomery Memorial Hospital
520 Allen St.
Troy, NC 27371

**Approx. Sq. Footage (if known):**

**Contact person:** Kerry Hensley

**Phone number:** 910-571-5022

**Fax number:**

**Email address:** khensley@firsthealth.org

**ACKNOWLEDGED AND AGREED:**

**BY:** Kerry Hensley

**NAME:** Kerry Hensley

W R Grace Authorization - PID
Claim No. 10758
Oakwood Hospital, MI

10758

## Authorization for Speights & Runyan to file claim(s) in the U.S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U.S. Gypsum, U.S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

**Building name and physical address:**

Oakwood Hospital & Medical Center

18101 Oakwood Blvd.

Dearborn, Michigan  48124

**Approx. Sq. Footage (if known):**  Approximately one (1) million square feet

**Contact person:**  Douglas D. Welday

**Phone number:**  (313) 436-2414

**Fax number:**  (313) 436-2042

**Email address:**  weldayd@oakwood.org

**ACKNOWLEDGED AND AGREED:**

BY:  _Douglas D Welday_

NAME:  Douglas D. Welday



W R Grace Authorization - PID
Claim No. 10762
99 Founders Plaza, CT

*10762*

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace.  By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building name and physical address:

99 FOUNDERS PLAZA

90 HARTLAND STREET  EAST HARTFORD, CT 06108

Approx. Sq. Footage (if known):  148,000

Contact person:  CINDY JONES

Phone number:  860-282-7683

Fax number:  860-528-0072

Email address:  CJONES@FIRSTMERCHANTSGROUP.COM

ACKNOWLEDGED AND AGREED:

BY:  _Cindy Jones_

NAME:  CINDY JONES



W R Grace Authorization - PID
Claim No. 10782
Allegent Health Immanuel, NE

*10742*

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building name and physical address:

Alegent Health ~ Immanuel Medical Center

6901 North 72nd Street

Omaha, NE 68122

Approx. Sq. Footage (if known): BEING CONFIRMED AND WILL BE SENT WEN VERIFICATION

Contact person:    Lisa Marcuccio, Paralegal

Phone number:    (402)343-4319

Fax number:    (402)343-4316

Email address:    LMARCUCC@Alegent.org

ACKNOWLEDGED AND AGREED:

BY:

NAME: Robert B. Azar, Vice President and General Counsel



W R Grace Authorization - PID
Claim No. 10789
Manor Oak Two, PA

05/11/2004 15:20 FAX 4125614217          H-SQUARED                                    ☒001

*10789*

## AUTHORIZATION FOR SPEIGHTS & RUNYAN TO FILE CLAIM(S) IN U. S. BANKRUPTCY COURT

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building; U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

**Building name and physical address:**

1) MANOR OAK TWO, 1910 COCHRAN ROAD, Pgh., PA. 15220

2) 1001 BRINTON ROAD, Pgh., PA. 15221

**Contact person:** DANIEL L. REMELY

**Phone number:** (412) 561-4206

**Fax number:** (412) 561-4217

**Email address:** DREMELY@AOL.COM

**ACKNOWLEDGED AND AGREED:**

**BY:** _____

**PRINT NAME** Daniel L. Remely

**W R Grace Authorization - PID**
**Claim No. 10805**
THC Orange Co., Inc. Kindred Hosp., CA

SEP-03-04 FRI 10:55 AM    KINDRED (LEGAL DEPT)        FAX NO. 502 596 4785        P. 07

*10605*

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in those bankruptcies.

Building name and physical address:

THC-Orange County, Inc., d/b/a Kindred Hospital - San Francisco Bay Area

2800 Benedict Drive

San Leandro, CA  94577



Approx. Sq. Footage (if known):  110,000 sq. ft.

Contact person: James Linhares (Chief Executive Officer of Hospital)

Phone number:  (510) 357-8300, ext. 4508

Fax number:    (510) 357-1284

Email address:  Jim_Linhares@KindredHealthcare.com

ACKNOWLEDGED AND AGREED:

BY:  *L. Jay Gilbert*

NAME: L. Jay Gilbert, Litigation Counsel
         Kindred Healthcare, Inc.
         680 South Fourth Street
         Louisville, KY 40202
         (502) 596-7222

W R Grace Authorization - PID
Claim No. 10947
Cayuga Co. Office Bldg., NY

*10947*

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building name and physical address:

Cayuga County Office Building.

160 Genesee St 6th Floor

Auburn. N.Y 13021

Approx. Sq. Footage (if known):

Contact person: Fred Westphal. Esq

Phone number: 315 253 - 1274

Fax number: 315 - 253 1098

Email address: fwestphal @ co. cayuga. NY. us

ACKNOWLEDGED AND AGREED:

BY: Lee Brew

NAME: Lee Brew, Clerk. Cayuga County Legislature.



W R Grace Authorization - PID
Claim No. 10990
Pyramid Bldg., CA