DEC-14-2004  13:42        AEGON USA INV MGMT LLC     *10990*        319 298 4471        P.02

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

**Building name and physical address:**

Pyramid Building

600 Montgomery Street

San Francisco, California 94111

**Approx. Sq. Footage (if known):**     673,000

**Contact person:**     Bill Sindlinger

**Phone number:**     (319) 369-2552

**Fax number:**     (319) 298-4471

**Email address:**     bsindlin@aegonusa.com

**ACKNOWLEDGED AND AGREED:**     Transamerica Pyramid Properties, LLC

**BY:**     _John R. Donner_

**NAME:**     John R. Donner, Vice President



DEC 2004
RECEIVED
Speights &
Runyan

TOTAL P.02



W R Grace Authorization - PID
Claim No. 11003
Schuyler Hospital, NY

11003

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptoies.

**Building name and physical address:**

Schuyler Hospital

220 Steuben St, Montour Falls NY 14865

**Contact person:** Donald Lewis, CFO

**Phone number:** 607 - 535 - 7121

**Fax number:** 607 - 535 - 8077

**Email address:**

**ACKNOWLEDGED AND AGREED:**

**BY:** Donald Lewis

**NAME:** Donald Lewis



W R Grace Authorization - PID
Claim No. 11046
Nebraska Skilled Nursing and Rehab, NE

11046

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building name and physical address:

__Nebraska Nursing and Rehabilitation__

__7410 Mercy Road__

__Omaha, NE 68124__

Note: Building is currently owned by Omaha Associates Limited Partnership, who purchased it in 1994.

Approx. Sq. Footage (if known): 57,824

Contact person: Mary Jen Fisher

Phone number: 312-855-0930

Fax number: 312-855-1684

Email address: MFisher @ karellcapital.com

ACKNOWLEDGED AND AGREED:

BY: _[signature]_

NAME: Samuel H. Kovitz, General Counsel



W.R Grace Authorization - PID
Claim No. 11105
Westmoreland Reg. Hosp., PA

*11105*

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building name and physical address:

WESTMORELAND REGIONAL HOSPITAL

532 WEST PITTSBURGH STREET

GREENSBURG, PA 15601

Approx. Sq. Footage (if known):   UNKNOWN

Contact person: DANIEL C. HOFFMAN

Phone number: 724-832-4990

Fax number:  724-832-5089

Email address: dhoffman@westmoreland.org.

ACKNOWLEDGED AND AGREED:

BY: *Daniel C. Hoffman*

NAME: DANIEL C. HOFFMAN



W R Grace Authorization - PID
Claim No. 11110
Hotel Captain Cook, AL

OCT-06-04 11:00 AM  HOTELCAPTCOOK                3432407                P.02

1110

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building name and physical address:

HOTEL CAPTAIN COOK
939 WEST 5TH AVENUE
ANCHORAGE, AK 99501

Approx. Sq. Footage (if known):   450,000

Contact person:   GLENN SPECKING

Phone number:   (907) 343-2275

Fax number:   (907) 343-2271

Email address:   GSPECKING@GCI.NET

ACKNOWLEDGED AND AGREED:

BY:   Walter Hickel

NAME:   WALTER HICKEL JR



W.R. Grace Authorization - PID
Claim No. 11106/11144
Titusville Area Hospital, PA

09/05/2004  16:56    8146276345

09/06/2004  08:24    8039435535                                           PAGE  03/03

09/07/2004  15:26    8146276345          SPEIGHTS RUNYAN                   PAGE  02

08/23/2004  15:17    8039435535          SPEIGHTS RUNYAN                   PAGE  04/04

                                                                          PAGE  03

                                                                     11106 / 111.44

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

**Building name and physical address:**

Titusville Area Hospital

406 W. Oak St.

Titusville, PA  16354

**Approx. Sq. Footage (if known):**        131,214 sq. ft.

**Contact person:**        Gary Otto

**Phone number:**        814-827-1851

**Fax number:**        814-827-6345

**Email address:**        gartoo@titusvillehospital.org

ACKNOWLEDGED AND AGREED:

BY: *Linda K. Harris*

NAME: LINDA K. HARRIS

Risk Manager

Titusville Area Hospital



W R Grace Authorization - PID
Claim No. 11133
Abbeville Hospital, LA

OCT-30-2004 03:32 AM

/1133

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

**Building name and physical address:**

ABBEVILLE GENERAL HOSPITAL

118 NORTH HOSPITAL DRIVE

ABBEVILLE, LOUISIANA    70510

**Approx. Sq. Footage (if known):**

**Contact person:**   TROY HAIR, CHIEF FINANCIAL OFFICER & BERNARD DUHON, LEGAL COUNSEL

**Phone number:**    (337) 898-6377              (337) 893-5066

**Fax number:**    (337) 893-2801

**Email address:**    cfo@abbgen.net

**ACKNOWLEDGED AND AGREED:**

BY: _Ray Landry_

NAME: RAY LANDRY CEO



W R Grace Authorization - PID
Claim No. 11153
YWCA of Greater Des Moines, IA

11/24/2004  11:03    2441118                    YWCA OF GREATER DESE              PAGE 02

11153

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following
bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously
located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below,
I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in
these bankruptcies.

**Building name and physical address:**

_YWCA of Greater Des Moines_
_717 Grand Avenue_
_Des Moines, Iowa, 50309_

**Approx. Sq. Footage (if known):**  _90,000 sq. ft._

**Contact person:**  _Claudia L. Hawkins, Executive Director_

**Phone number:**  _(515)  244-8961 x 405_

**Fax number:**  _(515)  244-1118_

**Email address:**  _CHawkins@ywcadsm.org_

**ACKNOWLEDGED AND AGREED:**

**BY:**  _Claudia L Hawkins_

**NAME:**  _Claudia L. Hawkins_

