# EXHIBIT H



W R Grace Authorization - PID
Claim No. 10700
St. Joseph's Hill Infirmary Home, MO

/0700

## AUTHORIZATION FOR SPEIGHTS & RUNYAN TO FILE CLAIM(S) IN U.S. BANKRUPTCY COURT

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

**Building name and physical address:**

St. Joseph's Hill Infirmary

St. Joseph's Road

Eureak, Missouri 63025

**Contact person:** Brother John Spila, OSF

**Phone number:** (636)938-5151

**Fax number:** (636)938-5266

**Email address:** pricesnf@mindspring.com

**ACKNOWLEDGED AND AGREED:**

BY: _Bro. John A. Spila, OSF_

PRINT NAME  Brother John Spila, OSF

W R Grace Authorization - PID
Claim No. 10722
IBM Employees FCU, NY

10722

## AUTHORIZATION FOR SPEIGHTS & RUNYAN TO FILE CLAIM(S) IN U. S. BANKRUPTCY COURT

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

**Building name and physical address:**

IBM METRO EMPLOYEES FCU FORMERLY
MANUFACTURERS HANOVER TRUST
29-21 Queens Plaza No. (Formerly Bridge Plaza)
Long Island City NY 11101

Contact person: STEVEN GOLDBERGER

Phone number: 718-361-1002

Fax number: 718-361-1775

Email address: steveg@ibmmetro.org

**ACKNOWLEDGED AND AGREED:**

BY: S. Galbey

PRINT NAME: Steven Goldberger, President/CEO



W R Grace Authorization - PID
Claim No. 10747
Friendly Home Nursing Care, NY

This acknowledgment will confirm that the Law Firm of Speights & Runyan is authorized to take those steps it and The Friendly Home, Rochester, New York feel are necessary to present and/or protect any asbestos property damage claim that The Friendly Home may have in the W.R. Grace & Company Bankruptcy, Case No.: 01-1139-JKF; the Federal Mogul Bankruptcy, Case No.: 01-10578 (AMW); the USG Bankruptcy, Case No.: 01-2094-JKF and the US Mineral Bankruptcy, Case No.: 01-2471-JKF.

_____
Signature

James E. Dewhirst
Print Name

President/CEO
Title



W R Grace Authorization - PID
Claim No. 10767
Oneida Co. Office Bldg, NY

10767

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building name and physical address:

ONEIDA COUNTY OFFICE BUILDING

800 PARK AVENUE

UTICA NY 13501

Contact person: RANDAL B. CALDWELL, COUNTY ATTORNEY

Phone number: (315) 798-5910

Fax number: (315) 798-5603

Email address: rcaldwell@ocgov.net

ACKNOWLEDGED AND AGREED:

BY: *[signature]*

NAME: RANDAL B. CALDWELL

W R Grace Authorization - PID
Claim No. 10962
Children's Hosp. Of Pittsburgh, PA

10962

Exhibit 2

March _____, 2003

RE: <u>In re Bankruptcy claims for asbestos-containing products</u>

I Hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcies as deemed appropriate due to asbestos-containing products located or previously located in our building: Federal Mogul and W.R. Grace & Co.; W.R. Grace & Co.-Ct. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building Name and Physical Address:
Children's Hospital of Pittsburgh of UPMC Health System
3705 Fifth Avenue
Pittsburgh, PA 15213

Contact Person: Lorina W. Wise, Associate Counsel
Phone Number: (412) 692-8073
Fax Number: (412) 693-5639
E-Mail Address: lorina.wise@chp.edu

ACKNOWLEDGED AND AGREED:
By: *[signature]*
Name:



Folder tab label: W R Grace Authorization - PID / Claim No. 11005 / YWCA of Hartford Region, CT

11005    PAGE 3/7

## AUTHORIZATION FOR SPEIGHTS & RUNYAN TO FILE CLAIM(S) IN U.S. BANKRUPTCY COURT

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

**Building name and physical address:**

YWCA OF THE HARTFORD REGION
135 BROAD ST.
HTFD. CT 06105

Contact person: MAX FERNANDEZ
Phone number: (860) 525-1163 x279
Fax number: (860) 543-8919
Email address: maxf@ywcahartford-ovg

**ACKNOWLEDGED AND AGREED:**
BY: [signature]
PRINT NAME: MAX M FERNANDEZ



W R Grace Authorization - PID
Claim No. 11018/11227
Santa Teresa Med. Off. Bldg., CA

11018/11227

## Authorization for Speights & Runyan to file claim(s) in the U. S. Bankruptcy Court

I hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy litigation as deemed appropriate due to asbestos-containing products located or previously located in our building: U. S. Gypsum, U. S. Mineral, Federal Mogul, and W. R. Grace. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

**Building name and physical address:** Santa Teresa Medical Office Building, 275 Hospital Parkway, San Jose, CA 95119

**Approx. Sq. Footage (if known):**

**Contact person:** Fonda Karelitz, Senior Counsel, 1 Kaiser Pl, 19B, Oakland CA 94

**Phone number:** 510-271-5844

**Fax number:** 510-271-6634

**Email address:** fonda.karelitz@kp.org

ACKNOWLEDGED AND AGREED:

BY: *Fonda Karelitz*

NAME: Fonda Karelitz, Senior Counsel, Kaiser Foundation Health Plan, Inc. Legal & Government Relations Dept.