# EXHIBIT K

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |

### Affidavit of Thomas F. Egan

I, Thomas F. Egan, being first duly sworn, on oath, deposes and states the following:

1. I am an adult and competent to submit this affidavit. I make this affidavit based on my own personal knowledge and belief.

2. I was hired by Zonolite Company in 1960 as an Architectural Sales Representative, based in Pittsburgh, PA, where I was responsible for specifications with architects in East Ohio, West PA, and West Virginia. In 1963, I was promoted to District Sales Manager for the same areas. W.R. Grace acquired Zonolite Company, and, in 1968, I became National Fire Proofing Products Manager, where my primary responsibilities were coordinating Monokote development, U.L., Inc. testing, and coordination with response for asbestos-related issues evolvement. In 1970, I became Midwest Regional Manager for Grace's construction products division, where I was responsible for five district-areas and adjacent licensees. I left W. R. Grace & Co. in 1978.

3. W. R. Grace & Co. and its United States affiliates manufactured and sold Monokote-3 ("MK-3"), which was an asbestos-added product that was designed to be sprayed on steel structural-components of buildings to prevent or delay the steel from collapsing in the event of a fire.

4. MK-3 was sold directly to building contractors for immediate use in buildings. Grace did not sell MK-3 to supply stores or other intermediaries.

5. The inclusion of MK-3 in a job bid or project specification does not necessarily mean that MK-3 was actually used in the respective building.

6. MK-3 contained more than 1% asbestos.

7. I am aware that the United States Environmental Protection Agency (the "EPA") banned the spray application of certain asbestos-added fireproofing products, beginning in 1973 (the "EPA Ban").

8. In accordance with the EPA Ban, W. R. Grace & Co. and its United States affiliates permanently ended U.S. manufacture and sale of MK-3 in July 1973.

9. To the best of my knowledge, neither W. R. Grace & Co. nor any of its United States affiliates ever sold any MK-3 for use as spray-on fireproofing after the EPA Ban went into effect.

December 22, 2005

_____
Thomas F. Egan

Signed and Sworn before me this 22nd day of December, 2005.

_____
Notary Public:

NOTARIAL SEAL
PATRICIA A. LINDEN, Notary Public
Lansdowne Boro., Delaware County
My Commission Expires June 5, 2006