# EXHIBIT L

## PART 1: CLAIMING PARTY INFORMATION

**NAME:**

`REGENTS OF THE UNIVERSITY OF CALIFORNIA` `101`

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**  **F.E.I.N. (Business Claimants)**

`57-0853713`

*(last four digits of SSN)*

Other names by which claiming party has been known (such as maiden name or married name):

First    MI    Last

First    MI    Last

**GENDER:** ☐ MALE   ☐ FEMALE

**Mailing Address:**

`1111 Franklin Street`
*Street Address*

`Oakland`    `CA`  `94607`
*City*    *State*  *Zip Code*
    *(Province) (Postal Code)*

`USA`
*Country*

## PART 2: ATTORNEY INFORMATION

The claiming party's attorney, if any (You do not need an attorney to file this form):

**Law Firm Name:**

`SPEIGHTS & RUNYAN`

**Name of Attorney:**

`DANIEL`    `A`  `SPEIGHTS`
*First*    *MI*  *Last*

**Mailing Address:**

`PO BOX 685 - 200 JACKSON AVENUE EAST`
*Street Address*

`HAMPTON`    `SC`  `29924`
*City*    *State*  *Zip Code*
    *(Province) (Postal Code)*

**Telephone:**

`(803) 943-4444`
*Area Code*

REC'D MAR 3 1 2003

WR Grace    PD.6.24.1182
00009840
SR=606

# PART 3: PROPERTY INFORMATION

### A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

   Street Address: `UC SAN DIEGO - HILLCREST HOSPITAL MED CTR`

   City: `LA JOLLA`  State (Province): `CA`  Zip Code (Postal Code): `92093`

   Country: `UNITED STATES`

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

   ☒ Yes  ☐ No

3. Do you currently own the property listed in Question 1, above?

   ☒ Yes  ☐ No

4. When did you purchase the property? Month `__` - Day `__` - Year `1981`

5. What is the property used for (check all that apply)
   - ☐ Owner occupied residence
   - ☐ Residential rental
   - ☐ Commercial
   - ☐ Industrial  Specify:
   - ☒ Other  Specify: `Medical Center`

6. How many floors does the property have? `14`

7. What is the approximate square footage of the property? `17000`

8. When was the property built?
   - ☒ Before 1969
   - ☐ 1969 - 1973
   - ☐ After 1973

9. What is the structural support of the property?
   - ☐ Wood frame
   - ☐ Structural concrete
   - ☐ Brick
   - ☒ Steel beam/girder
   - ☐ Other  Specify:

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?

    ☒ Yes  ☐ No

9276102                                                          SERIAL #

# PART 4: ASBESTOS LITIGATION AND CLAIMS

## A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

## B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption: Alabama, et al. v. W.R. Grace, et al.

   b. Court where suit originally filed: US SUPREME CT
      *County/State*    Docket No.: 116

   c. Date filed: 01-29-1990
      *Month Day Year*

   a. Caption:

   b. Court where suit originally filed:
      *County/State*    Docket No.:

   c. Date filed:
      *Month Day Year*

   a. Caption:

   b. Court where suit originally filed:
      *County/State*    Docket No.:

   c. Date filed:
      *Month Day Year*

   (Attach additional pages if necessary.)