# EXHIBIT M

## PART 1: CLAIMING PARTY INFORMATION

**NAME:**
METHODIST HOSPITAL
*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**
*(last four digits of SSN)*

**F.E.I.N. (Business Claimants)**

Other names by which claiming party has been known (such as maiden name or married name):

*First*  *MI*  *Last*

*First*  *MI*  *Last*

**GENDER:** ☐ MALE  ☐ FEMALE

**Mailing Address:**

*Street Address*

*City*  *State (Province)*  *Zip Code (Postal Code)*

*Country*

## PART 2: ATTORNEY INFORMATION

The claiming party's attorney, if any (You do not need an attorney to file this form):

**Law Firm Name:**
SPEIGHTS & RUNYAN

**Name of Attorney:**
AMANDA  G  STEINMEYER
*First*  *MI*  *Last*

**Mailing Address:**
P O BOX 685 - 200 JACKSON AVENUE EAST
*Street Address*

HAMPTON  SC  29924
*City*  *State (Province)*  *Zip Code (Postal Code)*

**Telephone:**
(803) 943-4444
*Area Code*

REC'D MAR 27 2003

WR Grace    PD.4.13.602
00006697
9276101   SR=504   SERIAL #

# PART 3: PROPERTY INFORMATION

## A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

   *Street Address*

   OMAHA     NE
   *City*     *State (Province)*     *Zip Code (Postal Code)*

   UNITED STATES
   *Country*

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?
   ☐ Yes    ☒ No

3. Do you currently own the property listed in Question 1, above?
   ☒ Yes    ☐ No

4. When did you purchase the property? __ - __ - ____
   *Month Day Year*

5. What is the property used for (check all that apply)
   ☐ Owner occupied residence
   ☐ Residential rental
   ☒ Commercial
   ☐ Industrial   Specify: ____
   ☐ Other   Specify: ____

6. How many floors does the property have? [ ] UNKNOWN

7. What is the approximate square footage of the property? [ ] UNKNOWN

8. When was the property built?
   ☒ Before 1969
   ☐ 1969 - 1973
   ☐ After 1973

9. What is the structural support of the property?
   ☐ Wood frame
   ☐ Structural concrete
   ☐ Brick
   ☒ Steel beam/girder
   ☐ Other   Specify: ____

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?
    ☒ Yes    ☐ No

9276102                  SERIAL #

# PART 4: ASBESTOS LITIGATION AND CLAIMS

## A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

## B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption: ANDERSON MEMORIAL HOSPITAL, ON BEHALF OF ITSELF & OTHERS SIMILARLY SITUATED V. W.R. GRACE & COMPANY ET AL

   b. Court where suit originally filed: HAMPTON SC (County/State)   Docket No.: 92CP25279

   c. Date filed: 12-23-1992 (Month Day Year)

   a. Caption:
   b. Court where suit originally filed: (County/State)   Docket No.:
   c. Date filed: (Month Day Year)

   a. Caption:
   b. Court where suit originally filed: (County/State)   Docket No.:
   c. Date filed: (Month Day Year)

   (Attach additional pages if necessary.)

9276109   SERIAL #