# EXHIBIT N

# PART 1: CLAIMING PARTY INFORMATION

**NAME:**

`FOXRIDGE OFFICE BUILDING`

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**   **F.E.I.N. (Business Claimants)**

*(last four digits of SSN)*

**Other names by which claiming party has been known (such as maiden name or married name):**

*First*   *MI*   *Last*

*First*   *MI*   *Last*

**GENDER:** ☐ MALE   ☐ FEMALE

**Mailing Address:**

*Street Address*

*City*   *State (Province)*   *Zip Code (Postal Code)*

*Country*

# PART 2: ATTORNEY INFORMATION

The claiming party's attorney, if any (You do not need an attorney to file this form):

**Law Firm Name:**

`SPEIGHTS & RUNYAN`

**Name of Attorney:**

`AMANDA`   `G`   `STEINMEYER`
*First*   *MI*   *Last*

**Mailing Address:**

`P O BOX 685 - 200 JACKSON AVENUE EAST`
*Street Address*

`HAMPTON`   `SC`   `29924`
*City*   *State (Province)*   *Zip Code (Postal Code)*

**Telephone:**

`(803) 943-4444`
*Area Code*

REC'D MAR 3 1 2003

9276101   WR Grace   PD.10.38.1858
SR=605   00010516
SERIAL #

# PART 3: PROPERTY INFORMATION

## A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

   **57TH BROADMORE**
   *Street Address*

   **KANSAS CITY**  **KS**
   *City*  *State (Province)*  *Zip Code (Postal Code)*

   **UNITED STATES**
   *Country*

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

   ☐ Yes   ☒ No

3. Do you currently own the property listed in Question 1, above?

   ☒ Yes   ☐ No

4. When did you purchase the property?   __-__-**1972**
   *Month  Day  Year*

5. What is the property used for (check all that apply)
   ☐ Owner occupied residence
   ☐ Residential rental
   ☒ Commercial
   ☐ Industrial   Specify: _____
   ☐ Other   Specify: _____

6. How many floors does the property have?  ____ UNKNOWN

7. What is the approximate square footage of the property? ____ UNKNOWN

8. When was the property built?
   ☐ Before 1969
   ☒ 1969 - 1973
   ☐ After 1973

9. What is the structural support of the property?
   ☐ Wood frame
   ☐ Structural concrete
   ☐ Brick
   ☒ Steel beam/girder
   ☐ Other   Specify: _____

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?

    ☒ Yes   ☐ No

9 2 7 6 1 0 2                                   SERIAL #

16. Do you have documentation relating to the purchase and/or installation of the product in the property?
    ☒ Yes    ☐ No

    If Yes, attach all such documents. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

    If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

17. If you do not have any such documents, explain why not and indicate who may have possession or control of such documents with respect to the property.

    NOT APPLICABLE

18. When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?

    |2|0|0|3|
    Year

    Please attach all documents relating or referring to the presence of asbestos in the property for which you are making this claim. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

    If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

19. How did you first learn of the presence of asbestos in the property of the Grace product for which you are making this claim?

    SEE ATTACHED

20. When did you first learn that the Grace product for which you are making this claim contained asbestos?

    |2|0|0|3|
    Year

21. How did you first learn that the Grace product for which you are making the claim contained asbestos?

    SEE ATTACHED

22. Have you or someone on your behalf made an effort to remove, contain and/or abate the Grace product for which you are making this claim?
    ☒ Yes    ☐ No

    If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

    If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

23. If you do not have any such documents, explain why not and indicate who may have possession and control of such documents with respect to the property.

    SEE ATTACHED

24. If you or someone on your behalf did not make an effort to remove, contain and/or abate the Grace product(s) for which you are making a claim, to the best of your knowledge, did anyone else make such an effort?

    ☒ Yes    ☐ No

9 2 7 6 1 0 4                                    SERIAL #

## Building Conditions & Asbestos Damage Info

### About Mission Towers

Mission Towers (prior to October 2004 known as "FoxRidge Towers") is a 10 story commercial office building located at 5700 Broadmoor in Mission, Kansas. This office property consists of 191,950 square feet of building area (see August 2004 Building Appraisal Info on Tab I for support of property size).



### Asbestos History in Mission Towers & Risk Management

When Mission Towers was constructed in 1972, the City of Mission required that a fireproofing insulation be sprayed on the structural support beams of the building. The MonoKote3 insulation product was manufactured by W. R. Grace and Company, Zonolite Division, and contains a 30-35% chrysotile asbestos, 55-60% vermiculite, and 5-10% carbonate binder. The fireproofing insulation is located on all levels of the building between suspended fiberglass ceilings and the concrete underfloor (see Asbestos & Abatement Photographs on Tab F for evidence of presence of MonoKote3 as well as correspondence from Asbestos Consulting & Testing addressed to FoxRidge Towers on Tabs D, K, L and M).

Air sampling for airborne asbestos fibers have been conducted on a semi-annually basis since April of 1987 by Midwest Research Institute (MRI) and Asbestos Consulting & Testing (ACT) (see Credentials for ACT on Tab N) in conjunction with our preparation on a long term asbestos risk management plan (see Air Quality Testing Results on Tab L). Air sampling continues on a quarterly basis for airborne asbestos fibers within Mission Towers, and the ownership of Mission Towers has paid $12,329.88 in out-of-pocket expenses for air quality tests since 1993 (see Paid Air Quality Testing Invoices on Tab L).

## Discussion of Declining Property Value

In December of 1986, the building appraised at a value of $15,200,000 (see December 1986 Building Appraisal Info on Tab H). In August of 2004, the building appraised at a value of $10,200,000 (see August 2004 Building Appraisal Info on Tab I). The $5,000,000 decrease in valuation of the building over the past 18 years can be primarily attributed to the presence of the asbestos-containing MonoKote3 product within the building. Throughout the 1990s, as the public became more aware of the health concerns associated with asbestos, the building suffered from lost tenants and tenants who choose to office out of other facilities due to the presence of asbestos in Mission Towers. To mitigate the tenant attrition and to compensative for the perceived risk of asbestos within the building, the ownership of Mission Towers was left with no choice but to reduce the asking rental rate by approximately $3.00 per rentable square foot versus other office buildings within the surrounding area. To this day, within the brokerage community in the greater Kansas City area, the FoxRidge Towers office building is synonymous with an office building containing asbestos.

A current rent roll for Mission Towers (see Current Mission Towers Rent Roll on Tab J) reveals that the building is current collecting an average rent of $12.62 per rentable square foot. Comparable rent rate data from the August 2004 appraisal indicates the average rental rate for Class B office buildings in and around Mission, Kansas is approximately $15.50 per rentable square foot (see August 2004 Building Appraisal Info on Tab I for support of average market rents of $15.50 per square foot).

## Management's Efforts to Deal with Effects of Asbestos on Rents

In response to increasing vacancies from awareness and public concern over the asbestos-containing MonoKote3 within Mission Towers, beginning in the mid 1990's, the management and ownership began quoting a rental rate of $3.00 per rentable square foot less than other comparable buildings in the surrounding area (see August 2004 Building Appraisal Info on Tab I, which also contains comparable rental rates from surrounding buildings). Despite the fact that the ownership and management instituted a rigorous asbestos risk management plan which included air quality tests commencing in April of 1987, concern by prospective tenants remains today over the fact that the building contains asbestos.

Starting in 1992 and continuing to present day, Mission Towers has become an unstabilized property with vacancy rates of 20% to 40% as a direct result of concern by prospective tenants over their employees' health given the potential exposure to airborne asbestos fibers. Those tenants that ultimately chose to office within Mission Towers over the past 12 years enjoyed a below-market rental rate.

## Management Elects to Abate Building Starting 2004

In 2004, ownership and management made the decision to commence a master plan to remove all MonoKote3 insulation from the structural support system and the concrete underfloor within the building. As a result of our asbestos removal plan, the City of Mission required that any areas devoid of a fireproofing material on the support structure would need to be sprinkled. The building has never had a sprinkler system given the presence of the MonoKote3 fireproofing product. However, in the absence of the MonoKote3, the City of Mission requires a fire sprinkler system (see Sprinkler System Cost on Tab E and Asbestos & Abatement Photographs on Tab G, which contain abated areas with the new sprinkler system installed).

As of December 2004, approximately 60% of the first floor, 35% of the third floor and 45% of the 5th floor have been fully abated of the MonoKote3, constituting 13% of the total building area which has been abated of the MonoKote3 (see Asbestos Abatement Documentation on Tab M).