# EXHIBIT O

# Claim No. 10779

## PART 1:  CLAIMING PARTY INFORMATION

NAME:

ST. JOSEPH'S HOSPITAL

*Name of individual claimant (first, middle and last name) or business claimant*

SOCIAL SECURITY NUMBER (Individual Claimants):        F.E.I.N. (Business Claimants)

*(last four digits of SSN)*

Other names by which claiming party has been known (such as maiden name or married name):

*First*                                          *MI*   *Last*

*First*                                          *MI*   *Last*

GENDER:  ☐ MALE    ☐ FEMALE                                    ■

Mailing Address:

*Street Address*

*City*                                                    *State*      *Zip Code*
                                                          *(Province)*  *(Postal Code)*

*Country*


## PART 2:  ATTORNEY INFORMATION

The claiming party's attorney, if any (You do not need an attorney to file this form):

Law Firm Name:

SPEIGHTS & RUNYAN

Name of Attorney:

AMANDA                    G STEINMEYER

*First*                   *MI* *Last*

Mailing Address:

P O BOX 685 - 200 JACKSON AVENUE EAST

*Street Address*

HAMPTON                                          SC     29924

*City*                                           *State*    *Zip Code*
                                                 *(Province)* *(Postal Code)*

Telephone:

(803) 943-4444       ■

*Area Code*


REC'D MAR 31 2003

9276101        WR Grace    PD.11.42.2097        SERIAL #
               00010779
               SR=610

## PART 3: PROPERTY INFORMATION

### A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

*Street Address*

OMAHA
*City*

NE
*State*
*(Province)*

Zip Code
*(Postal Code)*

UNITED STATES
*Country*

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

☐ Yes    ☒ No

3. Do you currently own the property listed in Question 1, above?

☒ Yes    ☐ No

4. When did you purchase the property?  ☐☐ - ☐☐ - 1972
   *Month*  *Day*  *Year*

5. What is the property used for (check all that apply)
   ☐ Owner occupied residence
   ☐ Residential rental
   ☒ Commercial
   ☐ Industrial    Specify: 
   ☐ Other    Specify: 

6. How many floors does the property have?  ☐☐  **UNKNOWN**

7. What is the approximate square footage of the property?  UNKNOWN

8. When was the property built?
   ☐ Before 1969
   ☒ 1969 - 1973
   ☐ After 1973

9. What is the structural support of the property?
   ☐ Wood frame
   ☐ Structural concrete
   ☐ Brick
   ☒ Steel beam/girder
   ☐ Other    Specify: 

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?

☒ Yes    ☐ No

9276102              SERIAL #

238276-1 · 2/3

16. Do you have documentation relating to the purchase and/or installation of the product in the property?

☒ Yes        ☐ No

If Yes, attach all such documents. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

17. If you do not have any such documents, explain why not and indicate who may have possession or control of such documents with respect to the property.

> NOT APPLICABLE

18. When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?

> 2003
> *Year*

Please attach all documents relating or referring to the presence of asbestos in the property for which you are making this claim. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

19. How did you first learn of the presence of asbestos in the property of the Grace product for which you are making this claim?

> SEE ATTACHED

20. When did you first learn that the Grace product for which you are making this claim contained asbestos?

> 2003
> *Year*

21. How did you first learn that the Grace product for which you are making the claim contained asbestos?

> SEE ATTACHED

22. Have you or someone on your behalf made an effort to remove, contain and/or abate the Grace product for which you are making this claim?

☒ Yes        ☐ No

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

23. If you do not have any such documents, explain why not and indicate who may have possession and control of such documents with respect to the property.

> SEE ATTACHED

24. If you or someone on your behalf did not make an effort to remove, contain and/or abate the Grace product(s) for which you are making a claim, to the best of your knowledge, did anyone else make such an effort?

☒ Yes        ☐ No

9276104                          SERIAL #⌐

N2-113



. CIT, JF OMAHA AIR QUALITY CONTROL
ASBESTOS REMOVAL DATA SHEET

BUSINESS NAME: St. Joseph Hospital

LOCATION: 10 & Martha

DATE NOTIFIED: 3/22/85

NAME OF CONTACT: Don Hall

PHONE NUMBER OF CONTACT: 402-345-8811

REMOVAL CONTRACTOR: Anderson Excavation

ADDRESS OF CONTRACTOR: 1824 South 20 Street, Omaha, Nebraska

PHONE NUMBER OF CONTRACTOR: 402-345-8811

APPROXIMATE AMOUNT: 270 bags

REMOVAL STARTING DATE: 3/25/85

REMOVAL COMPLETION DATE: 4/8/85

DATE MATERIAL TO LANDFILL: 4/9/85

LANDFILL NOTIFIED:

| DATES OF INSPECTION | INSPECTOR | COMMENTS |
|---|---|---|
| 3/25/85 | Don Keeton | Preliminary inspection. |
| 4/1/85 | Don Keeton | Inspection was made. Demolition was denied because about 200 square feet of asbestos still in building. |
| 4/2/85 | Don Keeton | Demolition approved for south end of hospital. |
| 4/5/85 | Bazil Lazure | Asbestos removed from central south end of hospital. |
| 4/9/85 | Don Keeton | 270 bags of asbestos approved for the landfill. Demolition of the building to begin. |

| FINAL INSPECTION | INSPECTOR | COMMENTS |
|---|---|---|
|  |  |  |

11/83

*ov*
*O33*

CITY OF OMAHA AIR QUALITY CONTROL
ASBESTOS REMOVAL DATA SHEET



RECEIVED

MAR 17 1986

AIR POLLUTION CONTROL

BUSINESS NAME:  St. Joseph Hospital

LOCATION:   2305 South 10 Street

DATE NOTIFIED:   12/15/85

NAME OF CONTACT:  Don Reynolds

PHONE NUMBER OF CONTACT: 402-345-8811

REMOVAL CONTRACTOR:  Anderson Excavating

ADDRESS OF CONTRACTOR:  1824 South 20 Street, Omaha, Nebraska

PHONE NUMBER OF CONTRACTOR:  402-345-8811

APPROXIMATE AMOUNT:  8 cu yd

REMOVAL STARTING DATE:  2/27/86

REMOVAL COMPLETION DATE: 3/4/86

DATE MATERIAL TO LANDFILL:  3/11/86

LANDFILL NOTIFIED:

| DATES OF INSPECTION | INSPECTOR | COMMENTS |
|---|---|---|
| 1/6/86 | Don Keeton | Asbestos removal has not yet started. |
| 2/26/86 | Don Keeton | They began to put plastic up and prepare for asbestos removal. |

| FINAL INSPECTION | INSPECTOR | COMMENTS |
|---|---|---|
| 3/4/86 | Don Keeton | 170 bags of asbestos were properly bagged for burial at the Landfill. |

11/83

# Claim No. 10752

## PART 1:  CLAIMING PARTY INFORMATION

**NAME:**

PAVILLION CENTER

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**

*(last four digits of SSN)*

**F.E.I.N. (Business Claimants)**

**Other names by which claiming party has been known (such as maiden name or married name):**

*First*      *MI*   *Last*

*First*      *MI*   *Last*

**GENDER:**  ☐ MALE  ☐ FEMALE

**Mailing Address:**

*Street Address*

*City*     *State (Province)*   *Zip Code (Postal Code)*

*Country*

## PART 2:  ATTORNEY INFORMATION

**The claiming party's attorney, if any (You do not need an attorney to file this form):**

**Law Firm Name:**

SPEIGHTS & RUNYAN

**Name of Attorney:**

AMANDA     G STEINMEYER

*First*     *MI*   *Last*

**Mailing Address:**

P O BOX 685 - 200 JACKSON AVENUE EAST

*Street Address*

HAMPTON     SC   29924

*City*     *State (Province)*   *Zip Code (Postal Code)*

**Telephone:**

(803) 943-4444

*Area Code*

**REC'D MAR 3 1 2003**

9276101

WR Grace   PD.11.42.2070
00010752
SR=610

**SERIAL #**

## PART 3:  PROPERTY INFORMATION

**A.** **Real Property For Which A Claim Is Being Asserted**

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

*Street Address*

City: MONTPELIER
*City*

State (Province): VT

Zip Code (Postal Code):

Country: UNITED STATES
*Country*

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

   ☐ Yes    ☒ No

3. Do you currently own the property listed in Question 1, above?

   ☒ Yes    ☐ No

4. When did you purchase the property?    ☐☐ - ☐☐ - 1970
   Month    Day    Year

5. What is the property used for (check all that apply)
   ☐ Owner occupied residence
   ☐ Residential rental
   ☒ Commercial
   ☐ Industrial    Specify: _____
   ☐ Other    Specify: _____

6. How many floors does the property have?    ☐☐☐    UNKNOWN

7. What is the approximate square footage of the property?    UNKNOWN

8. When was the property built?
   ☐ Before 1969
   ☒ 1969 - 1973
   ☐ After 1973

9. What is the structural support of the property?
   ☐ Wood frame
   ☐ Structural concrete
   ☐ Brick
   ☒ Steel beam/girder
   ☐ Other    Specify: _____

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?

    ☒ Yes    ☐ No

9276102                                          SERIAL #⌐

16. Do you have documentation relating to the purchase and/or installation of the product in the property?

☒ Yes    ☐ No

If Yes, attach all such documents. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

17. If you do not have any such documents, explain why not and indicate who may have possession or control of such documents with respect to the property.

NOT APPLICABLE

18. When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?

2003
Year

Please attach all documents relating or referring to the presence of asbestos in the property for which you are making this claim. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

19. How did you first learn of the presence of asbestos in the property of the Grace product for which you are making this claim?

SEE ATTACHED

20. When did you first learn that the Grace product for which you are making this claim contained asbestos?

2003
Year

21. How did you first learn that the Grace product for which you are making the claim contained asbestos?

SEE ATTACHED

22. Have you or someone on your behalf made an effort to remove, contain and/or abate the Grace product for which you are making this claim?

☒ Yes    ☐ No

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

23. If you do not have any such documents, explain why not and indicate who may have possession and control of such documents with respect to the property.

SEE ATTACHED

24. If you or someone on your behalf did not make an effort to remove, contain and/or abate the Grace product(s) for which you are making a claim, to the best of your knowledge, did anyone else make such an effort?

☒ Yes    ☐ No

9276104                    SERIAL #⏌

ZB-9 (GDM-6/49) EPC

W. R. GRACE & CO.

**GRACE**

## INVOICE

## ZONOLITE
### CONSTRUCTION PRODUCTS DIVISION
P.O. BOX 7093   CHICAGO, ILLINOIS 60680

Shipped 7/7/70

| INVOICE DATE | LOCATION | | PLANT | DIST | TERRITORY | OUR ORDER NO. | CUST ORDER NO | INVOICE DATE |
|---|---|---|---|---|---|---|---|---|
| | | | 04 | 04 | 333 | 045 | | |

SHIPPED FROM   Northampton

SHIPPED VIA   Zonolite

CUST. NO.   4,021,05

CAR NO.

| SOLD TO | | SHIP TO |
|---|---|---|
| 321-1-Counties | | c/o Franklin Hotel |
| 135 Day Street | | Montpelier, Vermont |
| Montpelier, Conn. 0611 | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | | UNIT PRICE |
|---|---|---|---|---|
| 700 | 700 | Bags Zonolite | (A1-05-01-1-19) | 2.20 |
| | | | Protected Price | |

153·90

RECEIVED BY _Ruffner Losser_   DATE

DELIVERY RECEIPT

PLEASE MAKE ALL REMITTANCES PAYABLE TO CONSTRUCTION PRODUCTS DIVISION, W. R. GRACE & CO

# VERMONT HISTORICAL SOCIETY



Pavilion Office Bldg., 109 State St. • Montpelier, Vermont 05602 • 802/828-2291



November 6, 1987

TO:  John Zampieri, Commissioner of State Buildings

FROM:  Michael Sherman MJ

SUBJECTS:  1) asbestos abatement
2) public access to the VHS

1)  Asbestos abatement plan.  The Society staff is attempting to
plan museum and library activities, work schedules, and programs
for the next several months.  We realize that we must work around
and with the developing plans for removal of asbestos from the
basement storage and vault areas.  I have a few points and
questions I would like to raise in that regard.

a)  I understand that the Pavilion Annex will be enclosed,
with operating air handling by the end of March.  Would it be
possible when the time comes to remove asbestos from the Pavilion
basement areas, to move our collections of books and artifacts
into the Pavilion Annex for safe temporary storage?  As we had
not budgeted and cannot afford storage or moving expenses, we see
this as an inexpensive solution to the problem of finding such
storage.  We also believe it is the least disruptive solution for
us and for other state offices.  In addition, it would allow us
to proceed in an orderly manner with the work of cleaning,
inventorying, packing, and moving the two enormous collections.

One of the few possible alternatives we see to using the
annex is to store the collections on the first floor of the
Pavilion.  This would require closing the Society's museum and
library to the public for two to three months, at least.  It is
also a less desirable solution to temporary storage because of
the need to compress storage to fit everything into the museum,
library, and lobby and because of the less secure conditions that
characterize those spaces.

You mentioned a possibility of building a false floor in the
Pavilion auditorium for temporary storage.  That would be
acceptable to us if the air handling system will keep the
auditorium isolated from other parts of the basement and if the
auditorium can be made secure, with no access to anyone except
VHS staff or under VHS staff supervision.

b)  Assuming that we resolve the problem of temporary
storage by finding some space in a state building, I would

appreciate having the plan include at least *five weeks for*
*cleaning, inventory, packing, and moving,* in addition to the
thirty days we have been advised are necessary to complete the
removal of asbestos.  We will also need about three weeks to move
everything back into the vault and storage areas.  This means
having temporary storage in the Pavilion annex or other space for
a minimum of thirteen weeks.

c)  I hope the heads of the VHS museum and library will be
consulted and/or included in the preparation of specifications
for dealing with the handling and moving of our collections.  We
have been advised by the American Assocation of Museums and the
Smithsonian Institution that only our staff should clean,
inventory, and pack our collections.  As you know, many of the
items are fragile and almost all are irreplaceable.  The general
opinion among museum and library specialists is that only
professional staff should handle such objects.  We would also
appreciate having the appropriate equipment for handling and
cleaning artifacts and books placed at our disposal.

d)  I hope we can soon have a schedule of when the asbestos
abatement program  will begin.  We have put on hold the
installation of at least one major exhibit, and there are several
other activities and projects that will be disrupted once
asbestos abatement starts.  We can better plan our work if we
know when we can expect this major disruption to come.

e)  Have alternatives to the scraping or encapsulation been
discussed?  If the current study of storage space for the State
Archives, Public Records Division, and Historical Society
concludes that the Society should be moved and if such a move
seems a likely possibility in the near future, can a false
ceiling be constructed to safely contain the material in question
until new quarters for the Society are prepared?  What has been
unclear all along is the degree of the health hazard posed by the
conditions in the Pavilion basement.  I am not proposing taking
risks with the health of the staff, but if we are looking at a
major change in the physical conditions or placement of the
Society and therefore another major move, perhaps we can postpone
dealing with this one in a safe manner.

2.  Public access to the Pavilion Building through the VHS
museum.  The VHS staff has discussed changing the hours of public
access to our museum and library.  We are studying possibilities
of being open to the public 9:00 a.m. to 4:30 p.m. Monday through
Friday and 9 - 4 on Saturday.  Must the front door of the
Pavilion be open at 7:45 a.m. Monday through Friday?  Do we have
authority to keep the front doors closed until 9:00 a.m.?

Thanks for taking time to consider these comments and
questions.  I look forward to receiving your answers at your
earliest convenience.  It would be especially helpful to me if I
could have some reply before the end of the first week in
December, when I will have a meeting of the Executive Committee
of the VHS Board of Trustees.



*1st submission*



# ERCO
## Eastern Refractories Company, Inc.
P. O. Box 749
Montpelier, Vermont 05602-0749

Contractors
Distributors
Refractories
Insulations

November 12, 1987

State of Vermont
Health Department
60 Main Street
P. O. Box 70
Burlington, Vermont 05402

Attention:  Mr. Todd Hobson, Technical Asbestos Coordinator

Subject:    State of Vermont Pavilion Project: Test Spot Repair
            Project# 110287108, ERCO Job# M-5248

Gentlemen:

We have obtained permission from Mr. Mike Hulbert of the H. P. Cummings Construction
Company and Mr. Dave Burley of the State of Vermont, Buildings Division, to use the
cloak room on the lower level as an isolated area 10' wide X 14' length X 16' height
in which to conduct a spot repair. The intent of this repair is to test BWE5000 (a
removal encapsulant) on the already exposed ceiling beam insulated with spray on
fireproofing, and to inspect for removal efficiency, possible delamination, and
containment considerations.

The spot repair procedure will be done using a two man team as follows:
1.  Warning Signs will be placed on the outside of both doors servicing the cloak room.
2.  All moveable objects will be removed from the work room.
3.  The workmen will be wearing full body disposable coveralls with respirators (either
    half facemasks or PAPR's).
4.  The floor, walls and ceiling will be covered with one layer of 6 mil poly suitably
    supported with furring strips. This layer will be cut vertically for access at the
    doors on the inside.
5.  We will spray a small area first, observe, and eventually spray the entire beam for
    the full width of the room (10 feet). A Hepa vacuum will be put in continuous service
    from the begining of the repair to final clean-up.
6.  Personnel sampling will be conducted.
7.  Treated asbestos fireproofing over an approximate one square foot area will be
    removed and immediately placed in double six mil, labeled poly bag. This will be
    done using a wide putty knife, before the material is allowed to harden. The
    balance of the treated beam fireproofing will be allowed to harden, thus effectively
    locking it down and encapsulating at the same time. Plugs will be taken to determine
    penetration by coats.
8   Clean-up will consist of a visual check for any obvious debris after abatement.
    Ladder, beam and all other surfaces will be cleaned by use of damp rags followed
    by Hepa vacuuming after surfaces have been allowed to dry. Poly will be locked down
    and removed and treated as contaminated waste.
9.  Glove bags will not be used and poly barrier will be airtight.

This spot repair will be done upon the approval of the asbestos technical coordinator.
Thank you for your review of this matter.

Very truly yours,

*Alan E. Ricker*
Alan E. Ricker
Asbestos Consultant Cert. No. 10172

P.O. Box 156, 20 Flanders Road, Belmont, Massachusetts 02178  (617) 489-0700

Offices and Warehouses in Auburn, Mass.; Springfield, Mass.; Lewiston, Maine; Troy, N.Y.; Pawtucket, R.I.; Montpelier, Vt.



*2nd submission*
*Revised*
*Typed version of the*
*handwritten version rec. 11/18*

**ERCO**

**Eastern Refractories Company, Inc.**

P. O. Box 749
Montpelier, Vermont 05602-0749

RECEIVED
NOV 23 1987

Contractors
Distributors
Refractories
Insulations

November 18, 1987

State of Vermont
Health Department
60 Main Street
P. O. Box 70
Burlington, Vermont 05402

Attention: Mr. Todd C. Hobson, Technical Asbestos Coordinator

Copy to:  Mr. David C. Burley, State of Vermont, Buidlings Department

Subject:  State of Vermont Pavilion Project, Asbestos Removal in Lower Level
          Cloak Room. Request for Alternative Work Practice 2.7.1 Project#
          110287108, ERCO Job# M-5248

Gentlemen:

We are proposing to remove/encapsulate approximately 25 square feet of spray-on
beam insulation in subject room as follows:

1.  A critical barrier will be installed using 6 mil poly on the walls and ceiling,
    with two layers on the floor, supported by furring strips.
2.  All moveable objects will be taken from the work area. Precleaning will be done
    on all items, including the walls, ceiling and floor. All non-moveable objects
    will be covered with one layer of 6 mil poly.
3.  Workmen will wear fullbody disposable coveralls and use PAPR respirators.
4.  Warning signs will be posted on all approachways.
5.  The worker decontamination enclosure system proposed will consist of an adequate
    shower assembly located between adjoining clean room and work room, all separated
    by airlocks with two overlapping entry areas.
6.  If only HVAC equipment is in this space, it will be shut down and locked out.
    System components which show seams will be sealed with 6 mil poly and tape.
    Filters will be replaced and old filters treated as asbestos waste.
7.  Treated asbestos fireproofing will be removed and immediately placed in double
    6 mil, labeled poly bags.
8.  Personnel sampling will be done. Area and aggresive final air testing will be
    done by others.
9.  Clean-up will consist of a visual check for any obvious debris after abatement.
    Ladder, beam and all other surfaces will be cleaned by use of damp rags followed
    by Hepa vacuuming after surfaces have been allowed to dry. Poly will be locked
    down and removed as contaminated waste.
10. Negative Pressure will be installed by use of a 600CFM Hog machine to allow
    change of air in work place at least every 15 minutes. Filtered air will be
    exhausted to the outside of the facility.
11. If all asbestos has not been removed from this beam, follow-up inspections
    will be made and documented.
12. This project is being done for the State of Vermont Buildings Division under
    the direction of Mr. Dave Burley, DSB, phone 828-3314.

Sincerely,

*Alan E. Ricker*

Alan E. Ricker, Branch Manager
Eastern Refractories Co., Inc.

P.O. Box 156, 20 Flanders Road, Belmont, Massachusetts 02178   (617) 489-0700

Offices and Warehouses in Auburn, Mass.; Springfield, Mass.; Lewiston, Maine; Troy, N.Y.; Pawtucket, R.I.; Montpelier, Vt.

*New Notification # 111787115*

*Old Notification # 110287108*

*Pavilion Coat Room*
*Test Project*

### VERMONT DEPARTMENT OF HEALTH
### DIVISION OF ENVIRONMENTAL HEALTH
#### Asbestos Control Program

RECEIVED
NOV 2 3 1987

#### NOTICE OF INTENDED ASBESTOS ABATEMENT PROJECT
(Refer to Vermont Regulations for Asbestos Control for
complete rules on notification)

Date: *Nov. 17 1987*

Name of Abatement Entity : *Eastern Refractories Co. Inc.*

Address of Abatement Entity: *P.O. Box 749  Montpelier, Vt. 05411*

Name and location of building: *Pavilion Bldg/New Annex  Mont. Vt.*

Building owner: *St. of Vt.*

Building use: *office bldg - museum complex*

Exact location and type of asbestos material to be removed: *Coat room*
*Spray on beam insulation 2 - 8% chrysotile - ceiling tile*

Type of abatement activity to be performed: *Regular abatement project except*
*item E. of 252 modifying containment to 2 stage decon. see attached letter.*

Amount of material to be removed: *installs in coat room approx 20 sq feet*

Starting date: *Nov. 18 1987*    Completion date: *Nov. 19 1987 (tentative)*

Name of on-site supervisor: *Bobby C. Cordell*

Work practices to be used: *Normal work practices as defined in 252 of Vt.*
*Regs. for Asbestos Control*

Name and address of final disposal site: *Consolidated Waste Sev.*
*Norridgewock, Maine*

Notification sent to following agencies: *St. of Vt. Dept. of Health*

Send completed notification form to: Vermont Dept. of Health
Division of Environmental Health
Asbestos Control Program
60 Main Street — P.O. Box 70
Burlington, Vermont 05402



AGENCY OF ADMINISTRATION
DEPARTMENT OF STATE BUILDINGS

MEMO TO:  Tom Menson, Secretary of Administration
          Michael Sherman, Historical Society
          Jeffrey Amestoy, Attorney General
          Norris Hoyt, Tax Department
          Al Moulton, Agency of Development & Community Affairs
          Rick Minard, Office Policy Research & Co-ordination
          Scott Harvey, Purchasing
          Patricia Walton, Dept. of Finance & Budget Management
          Elizabeth Bankowski, Executive Offices

FROM:     Dave Burley, Department of State Buildings

DATE:     November 20, 1987

SUBJECT:  Pavilion Building – Fireproofing Encapsulation

_____

    Please be advised that the following Pavilion Building basement areas
will be closed to the public and maintenance personnel from 4:30 P.M.
Wednesday, November 25 until 6:00 A.M. Monday, November 30, 1987.

    Pavilion Basement:
    1.  Elevator Lobby Area
    2.  Electrical Room
    3.  Mechanical Room
    4.  Male & Female Bathrooms
    5.  Janitor's Closet
    6.  Projector Room and Courtroom

    This also means the elevators will be electrically locked out of
service for this time period and the basement air handling systems (supply
& return) to all basement areas will be electrically locked out.

    No access by unauthorized persons will be permitted.

    Access to all other areas of the Pavilion will not be restricted,
however, the stairwell at either end will be the only means of accessing
floor 2 through 5.

    If you have any questions, please contact me at 828-3314.

DEB/dbr
cc:  Stan Arnold, Department of Health
     Mike Hulbert, H. P. Cummings
     Al Ricker, ERCO
     Fred Faeth, CDIW
     Ed Weed, DSB
     Jim Richardson, DSB
     Billy Martin, DSB
     Vince Furno, DSB



AGENCY OF ADMINISTRATION
DEPARTMENT OF STATE BUILDINGS

MEMO TO:  Tom Menson, Secretary of Administration
Michael Sherman, Historical Society
Jeffrey Amestoy, Attorney General
Norris Hoyt, Tax Department
Al Moulton, Agency of Development & Community Affairs
Rick Minard, Office Policy Research & Co-ordination
Scott Harvey, Purchasing
Patricia Walton, Dept. of Finance & Budget Management
Elizabeth Bankowski, Executive Offices

FROM:  Dave Burley, Department of State Buildings

DATE:  December 2, 1987

SUBJECT:  Pavilion Building - Fireproofing Encapsulation

Please be advised of the following schedule for fireproofing
encapsulation.

December 5 & 6

A.  2nd Floor Lobby
B.  Basement Mechanical Room & Bathroom

December 12 & 13

A.  1st Floor Lobby
B.  2nd Floor Mechanical Room & Bathroom

This will require the air handling system on the affected floors to be
shut down and the elevator will shut down as well.

No access by unauthorized persons will be permitted.

Access to other areas of the Pavilion is not restricted.  Note,
however, that on the weekend of December 12 & 13 that the 1st floor lobby
will not be accessible so that access to other areas of the building is
difficult at best.

If you have any questions, please contact me at 828-3314.

DEB/dbr
cc:  Ed Weed, DSB
Jim Richardson, DSB
Vince Furno, DSB
Tom Broido, DH



**State of Vermont**                    AGENCY OF HUMAN SERVICES

DEPARTMENT OF HEALTH
60 MAIN STREET
P.O. BOX 70
BURLINGTON, VERMONT 05402
Telephone: (802) 863-7200

**M E M O R A N D U M**

**TO:**     The Record

**FROM:**  Todd C. Hobson, Asbestos Technical Coordinator

**DATE:**  December 11, 1987

**RE:**     Pavilion Building, Ground Floor Lobby


The following is a brief summary of my site visit to the Pavilion
Office Building, Montpelier, Vermont, on December 4, 1987.

At 1:15 p.m. I met with James Olmstead of the Vermont Department
of Health on the ground floor lobby. We examined the spray-on
fireproofing which had been encapsulated by Eastern Refractories
Company November 27-29, 1987. All visible ACM in the tax room
lobby appeared to be encapsulated. ACM in the main lobby was not
visible due to placement of a temporary suspended ceiling which
DSB had erected after encapsulation.

Upon further examination of the tax room lobby area, Mr. Olmstead
and I noticed a large (1 cubic inch) piece of spray-on insulation
on an overhead light's electrical conduit. Presence of this
material seemed to indicate that ERCO did not completely clean
the work area and/or the on-site consultant from Con-Test, Inc.
did not perform a complete visual inspection.

After viewing the lobby, we met with John Flanagan, a maintenance
employer. He showed us the ground floor cloak room. The test
encapsulation performed by ERCO had been conducted on only one of
the three I-beams in the cloak room. The product used had begun
to crack and appeared to add great weight to the sprayed-on
material. Removal of ACM was also performed on the underside of
eight feet of the beam.

After viewing the cloak room, Mr. Flanagan informed us that a
third elevator was to be installed in the tax room lobby. This

activity will disturb the ACM fireproofing which has been encapsulated.

Just prior to our meeting, Mr. Flanagan stated that he had been made aware of the abatement activities scheduled in the Pavilion Building for the following day.  This late notice forced him to cancel routine maintenance on the lobby elevator which was also scheduled for the following day.  At 1:45 p.m. we left the building.

TCH/sc

# Claim No. 10780

## PART 1: CLAIMING PARTY INFORMATION

NAME:

GATEWAY MALL SHOPPING CENTER

*Name of individual claimant (first, middle and last name) or business claimant*

SOCIAL SECURITY NUMBER (Individual Claimants):        F.E.I.N. (Business Claimants)

*(last four digits of SSN)*

Other names by which claiming party has been known (such as maiden name or married name):

*First*                              *MI*    *Last*

*First*                              *MI*    *Last*

GENDER:  ☐ MALE    ☐ FEMALE

Mailing Address:

*Street Address*

*City*                                                *State (Province)*    *Zip Code (Postal Code)*

*Country*

## PART 2: ATTORNEY INFORMATION

The claiming party's attorney, if any (You do not need an attorney to file this form):

Law Firm Name:

SPEIGHTS & RUNYAN

Name of Attorney:

AMANDA                          G  STEINMEYER
*First*                              *MI*  *Last*

Mailing Address:

P O BOX 685 - 200 JACKSON AVENUE EAST
*Street Address*

HAMPTON                                    SC  29924
*City*                                                *State (Province)*  *Zip Code (Postal Code)*

Telephone:

(803) 943-4444
*Area Code*

REC'D MAR 3 1 2003

9 2 7 6 1 0 1

WR Grace        PD.11.42.2098
00010780
SR=610

SERIAL #

## PART 3: PROPERTY INFORMATION

### A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

*Street Address*

`LINCOLN`
*City*

`NE`
*State (Province)*

`Zip Code (Postal Code)`

`UNITED STATES`
*Country*

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

☐ Yes    ☒ No

3. Do you currently own the property listed in Question 1, above?

☒ Yes    ☐ No

4. When did you purchase the property?

☐☐ – ☐☐ – ☐☐☐☐
*Month   Day   Year*

5. What is the property used for (check all that apply)
   ☐ Owner occupied residence
   ☐ Residential rental
   ☒ Commercial
   ☐ Industrial    Specify: _____
   ☐ Other    Specify: _____

6. How many floors does the property have?    ☐☐☐   **UNKNOWN**

7. What is the approximate square footage of the property?    `UNKNOWN`

8. When was the property built?
   ☐ Before 1969
   ☒ 1969 - 1973
   ☐ After 1973

9. What is the structural support of the property?
   ☐ Wood frame
   ☐ Structural concrete
   ☐ Brick
   ☒ Steel beam/girder
   ☐ Other    Specify: _____

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?

☒ Yes    ☐ No

9276102                    SERIAL #⌐

16. Do you have documentation relating to the purchase and/or installation of the product in the property?

☒ Yes    □ No

If Yes, attach all such documents. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

17. If you do not have any such documents, explain why not and indicate who may have possession or control of such documents with respect to the property.

NOT APPLICABLE

18. When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?

2003
Year

Please attach all documents relating or referring to the presence of asbestos in the property for which you are making this claim. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

19. How did you first learn of the presence of asbestos in the property of the Grace product for which you are making this claim?

SEE ATTACHED

20. When did you first learn that the Grace product for which you are making this claim contained asbestos?

2003
Year

21. How did you first learn that the Grace product for which you are making the claim contained asbestos?

SEE ATTACHED

22. Have you or someone on your behalf made an effort to remove, contain and/or abate the Grace product for which you are making this claim?

☒ Yes    □ No

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

23. If you do not have any such documents, explain why not and indicate who may have possession and control of such documents with respect to the property.

SEE ATTACHED

24. If you or someone on your behalf did not make an effort to remove, contain and/or abate the Grace product(s) for which you are making a claim, to the best of your knowledge, did anyone else make such an effort?

☒ Yes    □ No

9276104                          SERIAL #&#8971;



**W. R. GRACE & CO.**

**GRACE**

**ZONOLITE**
CONSTRUCTION PRODUCTS DIVISION
P.O. BOX 7093 · CHICAGO, ILLINOIS 60680

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 600 | 600 | Bags Monokote 41-06-87-1-19 | 2.38 | 1428.00 |

PLEASE MAKE ALL REMITTANCES PAYABLE TO CONSTRUCTION PRODUCTS DIVISION, W. R. GRACE & CO.



W. R. GRACE & CO

**ZONOLITE**

CONSTRUCTION PRODUCTS DIVISION
P.O. BOX 7093    CHICAGO, ILLINOIS 60680

| INVOICE DATE | INVOICE NO | LOCATION | PLANT | DIST | TERRITORY | OUR ORDER NO | CUST ORDER NO AND DATE |
|---|---|---|---|---|---|---|---|
| 9-21-71 | | 1-026-109 | 663 | 661 | 630 | | 9/21/71 |

| SHIPPED VIA | LOT NO | SHIPPED FROM | CAR NO | BILL OF LADING NO | CHECKED |
|---|---|---|---|---|---|
| Pickup | 19207 | Omaha | | 661-190 | |

SOLD TO
D. H. Merritt & Sons
827 S. 26th St.
Lincoln, Nebr.

SHIP TO
Paul Kess
D. H. Merritt & Sons
Gateway Mall
Lincoln, Nebr.

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | | BAGS INSULATING FILL | | |
| | | BAGS ATTIC INSULATION | | |
| | | BAGS MASONRY FILL | | |
| | | BAGS PLAIN CONCRETE AGGREGATE | | |
| | | BAGS STABILIZED CONCRETE AGGREGATE | | |
| | | BAGS PLASTER AGGREGATE | | |
| | | BAGS INDUSTRIAL INSULATION | | |
| | | BAGS PERL-AG PLASTER | | |
| | | BAGS PERLITE CONCRETE AGGREGATE | | |
| | | BAGS DRI-PAC | | |
| 200 | | Monokote III | 2.38 | |

*[signature: Paul F. Kess]*

**SHIPPING COPY**

NOTIFICATION FOR REMOVAL AND DISPOSAL
OF ASBESTOS CONTAINING MATERIALS
IN LINCOLN AND LANCASTER COUNTY, NEBRASKA



RECEIVED

SEP 2 8 1987

AIR POLLUTION CONTROL

Mail To:  Lincoln-Lancaster County Health Department
Air Pollution Control Section
2200 St. Marys Avenue
Lincoln, Nebraska 68502  (Phone No.: 4717800)

At least 10 days before commencement of project.

Phone No. for Lincoln
Sanitary Landfill:
471-7628, or
471-7629

Contractor/Operator  **Asbestos Removers Inc.**                    Phone: **423-663**

Address:  **4420 Center Park Rd**        City **Lincoln, NE**      Zip **68512**

applies for approval to remove friable asbestos containing materials from:

Building: **Gateway Shopping Mall**        Address: **6100 O St. Lincoln, N**

Asbestos Materials to be Removed

| Total lineal or Sq. Ft. | Location | Removal Date |
|---|---|---|
| **1600 sq. ft.** | **I-Beams under Parking** | **Sept. 30 thru** |
| | | **Oct. 12, 1987** |
| | | |
| | | |
| | | |

Total cubic feet to be removed: _____          Tons: _____

Method of Removal:  **Wetting and scrapping**

How will asbestos material be containerized and transported to disposal site:

**It will be placed in a closed containered truck and transported**

**to the Lancaster County Landfill.**

Address or location at landfill (only a certified landfill site accepted):

**Lancaster County Landfill**

Person contacted at landfill: _____          Phone: _____

CC:**S. Bauer State**
**:Federal EPA**
**:File**          Contact the Lincoln-Lancaster County Health Department,          (over)
Environmental Health Division, for Asbestos Materials
Disposal Permit to go to the Lincoln Landfill.

**SPECIALTY SYSTEMS**
**OF OHIO CONSTRUCTION, INC.**
11435 Century Circle West
CINCINNATI, OHIO 45246

# LETTER OF TRANSMITTAL



**(513) 346-4640**

| DATE 9-22-89 | JOB NO. |
|---|---|
| ATTENTION Gene Fiddler | |
| RE: Nebraska Dept. of Health Prior Notification for Asbestos Abatement Project at the Gateway Mall located in Lincoln Nebraska. | |

TO   Asbestos Program Administrator
Nebraska Dept. of Health
Div. of Environmental Health & Housing
Surveillance
301 Centennial Mall South
Lincoln, NE  68509-5007

WE ARE SENDING YOU  ☒ Attached  ☐ Under separate cover via _____ the following items:

☐ Shop drawings   ☐ Prints   ☐ Plans   ☐ Samples   ☐ Specifications

☐ Copy of letter   ☐ Change order   ☐ _____

| COPIES | DATE | NO. | DESCRIPTION |
|---|---|---|---|
|  | 9-22-89 |  | Prior Notification of Asbestos Abatement Project located at the Gateway Mall, Lincoln, Nebraska. |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

THESE ARE TRANSMITTED as checked below:

☒ For approval          ☐ Approved as submitted    ☐ Resubmit_____copies for approval
☒ For your use          ☐ Approved as noted        ☐ Submit_____copies for distribution
☒ As requested          ☐ Returned for corrections  ☐ Return_____corrected prints
☐ For review and comment ☐ _____
☐ FOR BIDS DUE_____19_____ ☐ PRINTS RETURNED AFTER LOAN TO US

REMARKS _____
      cc:  Deputy Air Control Officer, Lincoln-Lancaster County Health Dept.

**RECEIVED**

SEP 2 5 1989

AIR POLLUTION CONTROL

      cc:  Job File

COPY TO _____

SIGNED: _____

PRODUCT 240-3 Inc., Groton, Mass 01471.    If enclosures are not as noted, kindly notify us at once.

PART A                              GENERAL INFORMATION

1.  Name of Business Entity:  Specialty Systems of Ohio Construction

    Mailing Address:  Street    11435 Century Circle West

                      City      Cincinnati, Ohio  45246.

                      State/Zip    Ohio  45246

    Contact:  Name  Tom Mercer          Phone No.  ( 513 )  346-4640

2.  Building/Structure Owner

    Owner Name:    Lincoln Joint Venture

    Owner Address:  Street  25425 Center Ridge Road     City  Cleveland

    Contact:  Name  Jim Kantola          Phone No.  ( 216 )  871-4800

3.  Building/Structure Description

    Building/Structure Name:  Gateway Shopping Center (Montgomery Wards Penthouse)

    Address:  Street  6100 East "O" Street        City  Lincoln

    Building Age (Years):    15 Years

    Past/Present Use:    Shopping Center

    Future Use:    Shopping Center

    Building Size:  Total Floor Space (sq. ft.)              No. Floors  3

4.  Type(s) of Asbestos Project

    Fill in the total amount of ACM to be affected in square feet and/or
    linear feet for each type of asbestos project to be performed.  Check
    whether the project will occur in an indoor area to be reoccupied (In),
    in an outdoor area (Out) or in a building or structure to be demolished
    (Demo).

    a.  Gross Removal of ACM:

        4500  sq. ft.    900  ln. ft.        ____In  ____Out  ____Demo

    b.  Removal of Small Amounts of ACM:

        ____sq. ft.    ____ln. ft.        ____In  ____Out  ____Demo

                                        DOH Form 5  Page 1

c. Glove Bag Removal of ACM:

_____ sq. ft. _____ ln. ft. _____ In _____ Out _____ Demo

d. Dismantling of Item with ACM:

_____ sq. ft. _____ ln. ft. _____ In _____ Out _____ Demo

e. Enclosure of ACM:

_____ sq. ft. _____ ln. ft. _____ In _____ Out

f. Encapsulation of ACM:

_____ sq. ft. _____ ln. ft. _____ In _____ Out

g. Other ACM Activity:

Type of Activity: _____

_____ sq. ft. _____ ln. ft. _____ In _____ Out _____ Demo

5. Project Schedule:

Actual Asbestos-Work Dates:  Start ~~Oct. 7~~ Oct 5     Finish ~~Nov. 4~~ Oct 27

~~Scaffolding & Prep Work Begin on 9-29-89.   1st Day of Removal scheduled for 10-7-89~~

6. Attach Plans and Specifications and/or drawings and sketches that provide
   a general plan view of the area(s) where asbestos projects will be
   conducted.  As a minimum, the plan must indicate the following:

   a. Location and size (length, width, height) of work area boundaries as
      defined by existing entryways and temporary partitions;

   b. Locations within work area where ACM will be affected;

   c. Proposed locations and capacities of HEPA filter equipped ventilation
      fans (or HEPA vacuums if used to produce a negative pressure enclosure)
      and the location of their inlets and outlets; and

   d. Proposed locations of decontamination facility, bag load-out area and
      any special enclosed passageways constructed to provide access to them.

PART B                    DESCRIPTION OF PROPOSED ASBESTOS PROJECT

The information below is required for each project type listed in Part A,
Item 4.  Submit a separate Part B sheet for each project type.

For any waiver of a Departmental work practice, attach and reference a DOH
Form 6.  If a waiver on a continuing basis has been granted and will be used,
attach a copy of the approved DOH Form 7.

1.  Project Type (from Part A, Item 4):    Gross Removal ACM
                                           _____

    Fireproofing and Pipe Lagging
    _____

2.  Amount of ACM Affected:  3000          sq. ft.        900     ln. ft.

3.  Description of ACM Type and Nature:    Fireproofing 47% Chrysotile
                                           _____

    3% Amosite, Pipe Insulation-47% Chrysotile
    _____

    3% Amosite
    _____


4.  Containment Measures and Work Practices:    Per Specification and
                                                _____

    State, Local Regulations
    _____

    _____

    _____

    _____

    _____

    _____


5.  Worker Protection Measures:         PAPR
                                        _____

    Personal Air Powered Respirator MSA with
    _____

    Hepa Filters
    _____

    _____

    _____

    _____

    _____

DOH Form 5    P    2

PART C                                    WASTE DISPOSAL

1.  Indicate name(s) and Nebraska certificate number(s) and employer(s) of
    individuals who will transport or escort ACM waste to an approved asbestos
    waste disposal site:

    Specialty Systems of Ohio Construction

2.  Indicate approved asbestos waste disposal site(s):

    Name:    Lincoln Landfill

    Location:  Hwy. 77 & Bluff Road Site

3.  Briefly describe method to collect and dispose of ACM contaminated
    wastewater from showers, cleaning and other sources (also describe nature
    and estimated volumes of identified "other" sources):

    Shower Water:  Collection Pan filtered through 5 Micron Filter

    Equipment Cleaning:  Pressure Clean

    Other:  Type  Wetting Material      Est. Amt.  (gal.)   500 Gal.

    Disposal Method:

PART D                                    CERTIFICATIONS

Provide the names and Nebraska certificate numbers of all asbestos workers,
supervisors, project designers, inspectors and management planners who will
handle, transport or otherwise engage in this project (use supplemental page
as necessary).

| Name | Nebraska Certificate Number | Employer |
|------|------------------------------|----------|
| See Attached List | To Be Sent | Specialty Systems of Ohio Construction |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

DOH Form 5   Page 4

PART G                          CERTIFICATION OF EMPLOYERS

1.  List names, addresses and certificate numbers of business entity officer's
    and employees who possess a valid Asbestos Occupation Certificate,
    specifying those who will be responsible for direct supervision of asbestos
    projects and compliance with these regulations (use supplemental information
    page as necessary):

| Name | Home Address | Certificate No. |
|---|---|---|
| ~~Tom Mercer~~ | | |
| Bill Bannon | On Original List | 1286 |
| Homer Eversole | 2109 S. 11th Richmond, IN 47374 | 1060 |
| Benny Napier | 1641 So. 4th Richmond, IN 47374 | 1695 |
| Ray Vest | 2646 N. Main St. Dayton, OH 45405 | 1707 |
| Mitchell Deem | 1646 N. Main St. Dayton, OH 45405 | 1686 |
| Bufford Bishop | 2101 So. 12th Richmond, IN 47374 | 1606 |
| Gina DeVito | 212 1/2 So. 8th Richmond, IN 47374 | 1688 |
| James Braughton | 321 1/2 No. 18th St. Richmond, IN 47374 | 1640 |
| Charlena Smith | 8 Graham Cambridge City, IN 47327 | 1704 |
| Scott Lehman | On original list | 1645 |

2.  Enclose copies of certificates for all asbestos workers, supervisors,
    inspectors, management planners and project designers employed by the
    business entity.

PART E          AUTHENTICATION FOR LICENSED OR WAIVERED BUSINESS ENTITIES

Note:  The chief executive officer of the business entity or a designee of the
chief executive officer must sign the following statement.  Submit the original
to the Department.

I hereby certify that the information included in this notification and any
supplemental information attached to it is true and accurate to the best of my
knowledge and understanding.

I further certify that I will comply with all work practices and worker
protection requirements of the Nebraska Asbestos Control Act and Departmental
regulations.

9-21-89
_____          _____
Date                                 Signature of Chief Executive Officer or Designee


                                     Gregory A. Peters
                                     _____
                                     Print or Type Name


                                     President
                                     _____
                                     Title


                                     Specialty Systems of Ohio Construction, Inc.
                                     _____
                                     Name of Business Entity

PART F      AUTHENTICATION FOR BUSINESS ENTITIES NOT SUBJECT TO LICENSURE

Note:  The chief executive officer of the business entity or a designee of the
chief executive officer must sign the following statement.  Submit the original
to the Department.

I hereby certify that the information included in this notification and any
supplemental information attached to it is true and accurate to the best of my
knowledge and understanding.

_____          _____
Date                                 Signature of Chief Executive Officer or Designee


                                     _____
                                     Print or Type Name


                                     _____
                                     Title


                                     _____
                                     Name of Business Entity

                                              DOH Form 5   Page 5

# Claim No. 11517

## PART 1:  CLAIMING PARTY INFORMATION

**NAME:**

| S | E | A | R | S |   | R | O | E | B | U | C | K |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**     **F.E.I.N. (Business Claimants)**

*(last four digits of SSN)*

**Other names by which claiming party has been known (such as maiden name or married name):**

*First*                                                    *MI   Last*

*First*                                                    *MI   Last*

**GENDER:** ☐ MALE   ☐ FEMALE

**Mailing Address:**

*Street Address*

*City*                                                     *State   Zip Code*
                                                           *(Province)   (Postal Code)*

*Country*

## PART 2:  ATTORNEY INFORMATION

**The claiming party's attorney, if any (You do not need an attorney to file this form):**

**Law Firm Name:**

| S | P | E | I | G | H | T | S |   | & |   | R | U | N | Y | A | N |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |

**Name of Attorney:**

| A | M | A | N | D | A |   |   |   |   |   |   |   | G |   | S | T | E | I | N | M | E | Y | E | R |   |   |   |   |   |
*First*                                          *MI   Last*

**Mailing Address:**

| P |   | O |   | B | O | X |   | 6 | 8 | 5 |   | - |   | 2 | 0 | 0 |   | J | A | C | K | S | O | N |   | A | V | E | N | U | E |   | E | A | S | T |
*Street Address*

| H | A | M | P | T | O | N |   |   |   |   |   |   |   |   |   |   |   |   | S | C |   | 2 | 9 | 9 | 2 | 4 |
*City*                                                     *State   Zip Code*
                                                           *(Province)   (Postal Code)*

**Telephone:**

( 8 0 3 ) 9 4 3 - 4 4 4 4
*Area Code*

9276101

REC'D MAR 3 1 2003

WR Grace        PD.15.57.2833
**00011517**
SR=611

**SERIAL #**

## PART 3:  PROPERTY INFORMATION

### A.  Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

*Street Address*

RALEIGH
*City*

NC
*State (Province)*

*Zip Code (Postal Code)*

UNITED STATES
*Country*

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

☒ Yes     ☐ No

3. Do you currently own the property listed in Question 1, above?

☒ Yes     ☐ No

4. When did you purchase the property?    ☐☐ - ☐☐ - 1971
   Month    Day    Year

5. What is the property used for (check all that apply)?
   ☐ Owner occupied residence
   ☐ Residential rental
   ☒ Commercial
   ☐ Industrial    Specify:
   ☐ Other    Specify:

6. How many floors does the property have?    ☐☐    UNKNOWN

7. What is the approximate square footage of the property?    UNKNOWN

8. When was the property built?
   ☐ Before 1969
   ☒ 1969 - 1973
   ☐ After 1973

9. What is the structural support of the property?
   ☐ Wood frame
   ☐ Structural concrete
   ☐ Brick
   ☒ Steel beam/girder
   ☐ Other    Specify:

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?

☒ Yes     ☐ No

9276102

SERIAL #⌐

238276-1 - 2/3

16. Do you have documentation relating to the purchase and/or installation of the product in the property?

    ☒ Yes    ☐ No

    If Yes, attach all such documents. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

    If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

17. If you do not have any such documents, explain why not and indicate who may have possession or control of such documents with respect to the property.

    NOT APPLICABLE

18. When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?

    2003
    Year

    Please attach all documents relating or referring to the presence of asbestos in the property for which you are making this claim. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

    If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

19. How did you first learn of the presence of asbestos in the property of the Grace product for which you are making this claim?

    SEE ATTACHED

20. When did you first learn that the Grace product for which you are making this claim contained asbestos?

    2003
    Year

21. How did you first learn that the Grace product for which you are making the claim contained asbestos?

    SEE ATTACHED

22. Have you or someone on your behalf made an effort to remove, contain and/or abate the Grace product for which you are making this claim?

    ☒ Yes    ☐ No

    If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

    If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

23. If you do not have any such documents, explain why not and indicate who may have possession and control of such documents with respect to the property.

    SEE ATTACHED

24. If you or someone on your behalf did not make an effort to remove, contain and/or abate the Grace product(s) for which you are making a claim, to the best of your knowledge, did anyone else make such an effort?

    ☒ Yes    ☐ No

9276104                    SERIAL #⌐



# INVOICE

## ZONOLITE

CONSTRUCTION PRODUCTS DIVISION
P.O. BOX 7093   CHICAGO, ILLINOIS 60680

W. R. GRACE & CO.

GRACE

Zonolite Krak

SOLD TO
Jones A. Smith & Sons
P. O. Box 11246
Durham, N.C. 27703

SHIP TO
Same
Sears Store
Crabtree Valley Shopping Mall
Raleigh, N.C.

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 700 | 700 | Bags Konsmat (11-06-01-1-19) | 2.50/B | $1,750.00 |
| | | MF 3 | | |

Plus 3% N.C. Sales Tax

TOTAL $1,750.00
52.50

GRAND TOTAL $1,802.50

RECEIVED BY _____    DATE 5/31/71

PLEASE MAKE ALL REMITTANCES PAYABLE TO CONSTRUCTION PRODUCTS DIVISION, W. R. GRACE & CO.

DELIVERY RECEIPT

## Demolition With Removal

**FACILITY NAME:** SEARS TIRE BATTERY AUTO BLDG      **PERMIT #:** NC05107

**RESPONSIBLE:** State      **STATUS:** COMPLETE    **INSPECT:**      **NESHAP #:** 07553

### Application Information

| RECEIVED: | 07-05-1994 | REVIEWED: | 07-05-1994 | APPROVED: | 07-05-1994 |
|---|---|---|---|---|---|
| POSTMARKED: | | REVIEWED BY: | RDG | PERMIT ACTION: | 07-05-1994 |

### Facility Information

**SITE LOCATION:** FLOORTILE I BLDG      **COUNTY:** Wake    **REGION:** 5    **SCHOOL:** N    **PUBLIC:**

**CONTACT:** FRANK HIGHLEY      **ADDRESS:** 4325 GLENWOOD AVE/CRABTREE VALLEY MALL
RALEIGH, NC

**BUILDING SIZE:** 5,500    **# OF FLOORS:** 1    **AGE:** 25    **USE:** Vacant      **PRIOR USE:**

### Party Information

| TYPE | ID | NAME | ADDRESS | CITY, STATE ZIP | CONTACT | PHONE | FAX |
|---|---|---|---|---|---|---|---|
| OWNER | | Crabtree Valley Mall | 4325 Glenwood Ave | Raleigh, NC 27612- | FRANK HIGHLEY | (919) 286-4235 | |
| REMOVAL | 1 | Demolition & Asbestos Removal Inc | 4700 Hilltop Rd | Greensboro, NC 27407- | Evelyn Walker | (336) 632-3067 | |
| DEMOLITION | 66 | D H Griffin Wrecking Co | 4700 Hilltop Road | Greensboro, NC 27407- | Evelyn Walker | (336) 855-7030 | (336) 855-9309 |
| TRANS#1 | 66 | D H Griffin Wrecking Co | 4700 Hilltop Road | Greensboro, NC 27407- | Evelyn Walker | (336) 855-7030 | (336) 855-9309 |
| LANDFILL | 8728 | Piedmont Sanitary Landfill | 9900 Freeman Rd | Kernersville, NC | Bonnie Coe | (910) 595-6677 | |

### Schedule Information

| REMOVAL START: | 07-14-1994 | DEMOLITION START: | 07-25-1994 | DAYS: |
|---|---|---|---|---|
| REMOVAL END: | 07-18-1994 | DEMOLITION END: | 08-02-1994 | WORK HOURS: |

### Accredited Personnel

| TYPE | NAME | ID # | INSPECTION DATE | SAMPLES COLLECTED | SAMPLES ANALYZED | ASSUMED |
|---|---|---|---|---|---|---|
| Inspector | | | | | | |

### Amount of Materials

| DATE | REGULATED | TYPE OF MATERIAL | AMOUNT | MSMT | FEE | TOTAL |
|---|---|---|---|---|---|---|
| 14-1994 | Y | Total SF | 5,667.00 | SF | 0.00 | 0.00 |

| AMOUNT TOTALS | TOTAL LINEAR FEET | TOTAL SQUARE FEET | TOTAL CUBIC FEET |
|---|---|---|---|
| REGULATED | 0.00 | 5,667.00 | 0.00 |
| NON REGULATED | 0.00 | 0.00 | 0.00 |

### Special Conditions

Removal Prior To Demolition

### Fee Calculations

| CONTRACT PRICE | MATERIAL BASED FEES | CONTRACT BASED FEES | MATERIAL/ CONTRACT ADJ | PERMIT FEE ADJUSTMENT | PERMIT FEE | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 2,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 210.00 | 0.00 |

### Payments

| RECEIVED | CHECK NUMBER | PAYOR | AMOUNT PAID |
|---|---|---|---|
| 07-05-1994 | | April 98 Convert | 210.00 |

### Signatory

Date Signed: 07-01-1994

**NAME:** EVELYN WALKER      **TITLE:** SAFETY ENV ENG

# Removal

| | | |
|---|---|---|
| FACILITY NAME: OLD SEARS BUILDING | | PERMIT #:  NC05276 |
| RESPONSIBLE: State | STATUS:  COMPLETE    INSPECT: | NESHAP #:  07790 |

## Application Information

| | | | | | |
|---|---|---|---|---|---|
| RECEIVED: | 08-22-1994 | REVIEWED: | 08-22-1994 | APPROVED: | 08-22-1994 |
| POSTMARKED: | | REVIEWED BY: | RDG | PERMIT ACTION: | 08-22-1994 |

## Facility Information

| | | | |
|---|---|---|---|
| SITE LOCATION: | CRABTREE VALLEY MALL | COUNTY:  Wake | REGION: 5    SCHOOL: N    PUBLIC: |
| CONTACT: | WATT RAMSEY | ADDRESS: 4325 GLENWOOD AVE<br>RALEIGH, NC | |
| BUILDING SIZE: | 140,000 | # OF FLOORS:  2    AGE:  25    USE:    Vacant | PRIOR USE: |

## Party Information

| TYPE | ID | NAME | ADDRESS | CITY, STATE ZIP | CONTACT | PHONE | FAX |
|---|---|---|---|---|---|---|---|
| OWNER | | Crabtree Valley Mall | 4325 Glenwood Ave | Raleigh, NC  27612- | WATT RAMSEY | (919) 510-0485 | |
| REMOVAL | 1 | Demolition & Asbestos Removal Inc | 4700 Hilltop Rd | Greensboro, NC 27407- | Evelyn Walker | (336) 632-3067 | |
| TRANS#1 | 66 | D H Griffin Wrecking Co | 4700 Hilltop Road | Greensboro, NC  27407- | Evelyn Walker | (336) 855-7030 | (336) 855-9309 |
| LANDFILL | 8728 | Piedmont Sanitary Landfill | 9900 Freeman Rd | Kernersville, NC | Keene Kruckenbur | (919) 595-6677 | |

## Schedule Information

| | | | | |
|---|---|---|---|---|
| REMOVAL START: | 09-01-1994 | DEMOLITION START: | | DAYS: |
| REMOVAL END: | 11-18-1994 | DEMOLITION END: | | WORK HOURS: |

## Accredited Personnel

| TYPE | NAME | ID # | INSPECTION DATE | SAMPLES COLLECTED | SAMPLES ANALYZED | ASSUMED |
|---|---|---|---|---|---|---|
| Inspector | | | | | | |

## Amount of Materials

| DATE | REGULATED | TYPE OF MATERIAL | AMOUNT | MSMT | FEE | TOTAL |
|---|---|---|---|---|---|---|
| 09-01-1994 | Y | Total SF | 30,000.00 | SF | 0.00 | 0.00 |

| AMOUNT TOTALS | TOTAL LINEAR FEET | TOTAL SQUARE FEET | TOTAL CUBIC FEET |
|---|---|---|---|
| REGULATED | 0.00 | 30,000.00 | 0.00 |
| NON REGULATED | 0.00 | 0.00 | 0.00 |

## Fee Calculations

| CONTRACT PRICE | MATERIAL BASED FEES | CONTRACT BASED FEES | MATERIAL/ CONTRACT ADJ | PERMIT FEE ADJUSTMENT | PERMIT FEE | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 300,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,500.00 | 0.00 |

## Payments

| RECEIVED | CHECK NUMBER | PAYOR | AMOUNT PAID |
|---|---|---|---|
| 08-22-1994 | | April 98 Convert | 4500.00 |

## Signatory

Date Signed: 08-19-1994

| NAME: | EVELYN WALKER | TITLE: | SAFETY & ENV ENG |
|---|---|---|---|