IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: January 17, 2005, 4:00 p.m.** |
| | ) | **Hearing Date:  TBD only if necessary** |

**SUMMARY OF THE APPLICATION OF BUCHANAN INGERSOLL PC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD
<u>FROM SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005</u>**

| | |
|---|---|
| Name of Applicant: | Buchanan Ingersoll PC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002[1] |
| Period for which compensation and Reimbursement is sought: | September 1, 2005 through September 30, 2005 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 7,404.50 |
| Amount of Expenses Reimbursement: | $ 1,110.57 |

This is a:  <u>X</u> monthly     _ quarterly   _ final application

Prior Application filed:  Yes.

---

[1] Buchanan Ingersoll PC presently serves as Delaware Bankruptcy Counsel to the ZAI Claimants. Elzufon, Austin, Reardon, Tarlov and Mondell, P.A. ("EARTM") previously served as Delaware Bankruptcy Counsel through September 20, 2004. The matter was transferred when William D. Sullivan, the attorney representing the ZAI Claimants at EARTM, moved his practice to Buchanan Ingersoll PC.

1

This is the twelfth application of Buchanan Ingersoll PC ("BIPC") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The BIPC attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Shareholder | 15 | Bankruptcy | $260.00 | 8.6 | $2,236.00 |
| Margaret M. Manning | Associate | 4 | Bankruptcy | $220.00 | 0.2 | $44.00 |
| Ian D. Lindley | Associate | 3 | Bankruptcy | $185.00 | 27.7 | $5,124.50 |
| TOTALS | | | | | 36.50 | $7,404.50 |

No paraprofessional rendered professional services in these cases during the Fee Period.

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications, Applicant | 30.0 | $5,797.50 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 6.5 | $1,607.00 |
| TOTALS | 0.0 | $7,404.50 |

11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Courier Service (copies and hand deliveries) | $1,071.69 |
| Computer Assisted Legal Research (and CM/ECF) | $38.88 |
| Total | $1,110.57 |

Dated: December 27, 2005        **BUCHANAN INGERSOLL PC**

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
1007 North Orange Street, Suite 1110
Wilmington, DE 19801-1236
Telephone: (302) 428-5500
Facsimile: (302) 428-3996

Delaware Counsel for the ZAI Claimants

2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: January 17, 2005, 4:00 p.m.** |
| | ) | **Hearing Date: TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF BUCHANAN INGERSOLL PC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM
SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005**

Buchanan Ingersoll PC
 Attorneys                                                One Oxford Centre
                                                          301 Grant Street, 20th Floor
                                                          Pittsburgh, PA 15219-1410


ZAI PLAINTIFFS
C/O RICHARDSON, PATRICK, WESTBROOK & BRICKMAN    November 22, 2005
ATTN: ED WESTBROOK, ESQ                          Invoice No. 9874143
1037 CHUCK DAWLEY BLVD BUILDING A
MT. PLEASANT, SC 29464


For Legal Services Rendered in Connection With:


W.R. GRACE
C.A #01-01139
ZONOLITE

Reference #51677-000001


| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 09/02/05 | W.D. Sullivan | 0.50 | 130.00 | Review pleadings re: Zonolite background and scope of injunction |
| 09/06/05 | W.D. Sullivan | 0.60 | 156.00 | Review Case Management Orders for various claims' resolution procedures |
| 09/06/05 | W.D. Sullivan | 0.50 | 130.00 | Review claims objection incorporating ZAI and medical monitoring claims |
| 09/06/05 | W.D. Sullivan | 0.30 | 78.00 | E-mail co-counsel re: handling of 15th omnibus objection |
| 09/09/05 | W.D. Sullivan | 0.50 | 130.00 | Review miscellaneous pleadings; review fee auditor reports |
| 09/12/05 | I. D. Lindley | 1.60 | 296.00 | Per request from Richardson Patrick firm, review previously-filed 2019 statements to determine docket numbers of all prior 2019 statements filed; confer with L. Smeltzer re: tabulation of same. (1.2) Review |

```
ZAI PLAINTIFFS                                         November 22, 2005
W.R. GRACE                                             Invoice No. 9874143
Ref. No. 51677-000001                                  Page    2
```

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | 17th Quarterly application from Richardson Patrick firm, confirm prior filing and certificate of no objection dates and provide same to Richardson Patrick firm. (0.4) |
| 09/12/05 | W.D. Sullivan | 0.40 | 104.00 | E-mail from co-counsel; review and revise 17th Quarterly Fee Application for RPWB |
| 09/13/05 | I. D. Lindley | 2.30 | 425.50 | Prepare BIPC's July fee application, review and revise per W. Sullivan and attention to filing, service, electronic service of same per Court's administrative Orders. (2.3) |
| 09/13/05 | W.D. Sullivan | 0.30 | 78.00 | Review report approving BI fees, follow-up issues for payment |
| 09/13/05 | W.D. Sullivan | 0.50 | 130.00 | Review pleadings re: discovery sought from Plaintiff's attorney, impact on administration of case |
| 09/13/05 | W.D. Sullivan | 0.30 | 78.00 | Review and approve BI fee applications for July and August |
| 09/14/05 | I. D. Lindley | 5.50 | 1,017.50 | Draft BIPC's August 2005 fee application, review with W. Sullivan and attention to preparation for filing, filing, service and electronic delivery of fee application per Court's administrative Order. (1.8) Prepare, revise and file Certificates of No |

| | | | |
|---|---|---|---|
| ZAI PLAINTIFFS<br>W.R. GRACE<br>Ref. No. 51677-000001 | | | November 22, 2005<br>Invoice No. 9874143<br>Page   3 |
| | | | Objection to Richardson Patrick firm's April and May 2005 interim fee applications and attention to e-filing and service of same. (1.6) Begin preparation of BIPC's 17th Quarterly Fee Application and correspondence to K. Brennan re: fees due for same. (0.4) Prepare, revise and file Certificates of No Objection to BIPC's May and June 2005 interim fee applications and attention to e-filing and service of same (1.4). Confer and correspond with ZAI counsel regarding supplemental 2019 filings (0.3) |
| 09/16/05 W.D. Sullivan | 0.30 | 78.00 | Review motion related to 2019 access by insurers |
| 09/21/05 I. D. Lindley | 2.50 | 462.50 | Prepare BIPC's 17th quarterly fee application (2.5) |
| 09/22/05 I. D. Lindley | 3.10 | 573.50 | Prepare certificate of no objection to Richardson Patrick's June 2005 fee application, review with W. Sullivan, e-file same and attention to filing and service of same. (0.9) Final revisions to Richardson Patrick firm's seventeenth quarterly application and notice of hearing per W. Sullivan, |

```
ZAI PLAINTIFFS                                          November 22, 2005
W.R. GRACE                                              Invoice No. 9874143
Ref. No. 51677-000001                                   Page   4

                                                        prepare and assemble
                                                        complete electronic
                                                        copy of all parts of
                                                        application, including
                                                        constituent monthly
                                                        applications, attention
                                                        to filing and service
                                                        of same.  (2.2)
09/22/05 W.D. Sullivan          0.30       78.00        Review and approve for
                                                        filing RPWB 17th
                                                        Quarterly Fee
                                                        Application
09/22/05 W.D. Sullivan          0.40      104.00        Review and revise BI
                                                        17th Quarterly Fee
                                                        Application
09/23/05 I. D. Lindley          1.00      185.00        Retrieve Motion to
                                                        Approve Settlement and
                                                        related orders and
                                                        correspondence to E.
                                                        Westbrook re: same.
                                                        (0.4) Research Central
                                                        Weslyan claim,
                                                        correspondence to E.
                                                        Westbrook enclosing
                                                        claim form, claim
                                                        information.  (0.6)
09/26/05 M. A. Manning          0.20       44.00        Discuss hearing agenda
                                                        with B. Sullivan.
09/26/05 I. D. Lindley          8.10    1,498.50        Prepare, file and
                                                        attention to service of
                                                        Certificates of No
                                                        Objection for Scott Law
                                                        Group's April, May,
                                                        June fee applications
                                                        and prepare certificate
                                                        of no objection for
                                                        July fee application.
                                                        (3.0) Review, revise,
                                                        assemble and prepare
                                                        Scott Law Group's third
                                                        quarterly application
                                                        for compensation and
                                                        review same with W.
                                                        Sullivan (1.8)
                                                        Identify, review and
                                                        retrieve amounts
```

```
ZAI PLAINTIFFS                                          November 22, 2005
W.R. GRACE                                              Invoice No. 9874143
Ref. No. 51677-000001                                   Page    5
```

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | submitted under cert. of counsel as approved by examiner and compare to fees sought by Richardson Patrick, Scott Law Group, BIPC and correspondence to W. Sullivan re: same. (0.6) Update, revise and correct tracking chart for all firms' fee applications to ensure timely submission of same. (2.5) Correspondence with Richardson Patrick regarding Combustion Engineering 2019 statement to be filed. (0.2) |
| 09/26/05 | W.D. Sullivan | 0.40 | 104.00 | Review agenda for hearing and prepare pleadings |
| 09/26/05 | W.D. Sullivan | 0.50 | 130.00 | Review proposed order on fee application and e-mail co-counsel re: same |
| 09/26/05 | W.D. Sullivan | 1.60 | 416.00 | Attend hearing re: fee applications, 2019 statements and claims objection |
| 09/27/05 | W.D. Sullivan | 0.20 | 52.00 | Review and approve 17th Quarterly Fee Application of Scott Law Group |
| 09/27/05 | W.D. Sullivan | 0.30 | 78.00 | Review and revise 17th Quarterly Fee Application of BI, approve for filing |
| 09/28/05 | I. D. Lindley | 3.60 | 666.00 | Revise Buchanan Ingersoll's 17th quarterly fee application including creation of summary chart of all prior fee |

```
ZAI PLAINTIFFS                                      November 22, 2005
W.R. GRACE                                          Invoice No. 9874143
Ref. No. 51677-000001                               Page    6
```

|  |  |  |  |  |
|---|---|---|---|---|
| | | | | applications for use in this and future applications and creation of spreadsheet summarizing fees by project category for same purpose. (2.2) Attention to filing and service of same. (1.2) Attention to electronic notice of same and of Richardson Patrick firm's 17th quarterly filing to official service parties. (0.2) |
| 09/28/05 | W.D. Sullivan | 0.30 | 78.00 | Review Order entered on fee applications, forward to co-counsel |
| 09/29/05 | W.D. Sullivan | 0.40 | 104.00 | Phone call with counsel for PD Committee re:handling of disclosures; review of service issues |

```
                    Total Hours            36.50

                    Total Legal Services       $7,404.50
```

Disbursements

| Date | Description | Qty | Amount |
|---|---|---|---|
| 08/18/05 | On-Line Search Service | 1.00 | 38.88 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 80.43 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 655.40 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 160.21 |
| 08/29/05 | Messenger/Delivery Service Parcels Inc. | 1.00 | 130.65 |
| 08/29/05 | Messenger/Delivery Service Parcels Inc. | 1.00 | 5.00 |
| 08/29/05 | Messenger/Delivery Service Parcels Inc. | 1.00 | 5.00 |
| 08/29/05 | Messenger/Delivery Service Parcels Inc. | 1.00 | 5.00 |
| 08/29/05 | Messenger/Delivery Service Parcels Inc. | 1.00 | 5.00 |
| 08/29/05 | Messenger/Delivery Service Parcels Inc. | 1.00 | 5.00 |
| 08/29/05 | Messenger/Delivery Service Parcels Inc. | 1.00 | 5.00 |
| 08/29/05 | Messenger/Delivery Service Parcels Inc. | 1.00 | 5.00 |
| 08/29/05 | Messenger/Delivery Service Parcels Inc. | 1.00 | 5.00 |
| 08/29/05 | Messenger/Delivery Service Parcels Inc. | 1.00 | 5.00 |

```
                    Disbursements              $1,110.57


                    Total Due this Invoice    $ 8,515.07
```

```
ZAI PLAINTIFFS                                          November 22, 2005
W.R. GRACE                                              Invoice No. 9874143
Ref. No. 51677-000001                                   Page    7


                * * * * *   ATTORNEY SUMMARY   * * * * *

                                  Hours      Billed        Bill
                                  Worked     Per Hour      Amount
_____  _____   _____   _____

William D. Sullivan                 8.60       260.00        2,236.00
M. A. Manning                       0.20       220.00           44.00
I. D. Lindley                      27.70       185.00        5,124.50
==============================  ========                =============
Total All Attorneys                36.50                     7,404.50
```