## SERVICE VIA E-MAIL

David Bernick
dbernick@kirkland.com

Barbara Harding
bharding@kirkland.com

Salvatore Bianca
sbianca@kirkland.com

Laura Davis Jones
ljones@pszyjw.com

Richard Wyron
rhwyron@swidlaw.com

Roger Frankel
rfrankel@swidlaw.com

Lewis Kruger
lkruger@strook.com

Arlene Krieger
akrieger@stroock.com

Kenneth Pasquale
kpasquale@stroock.com

Jacob Cohn
jcohn@cozen.com

Janet Baer
jbaer@kirkland.com

Jonathan Friedland
jfriedland@kirkland.com

Brian Stansbury
BStansbury@kirkland.com

Amanda Basta
ABasta@kirkland.com

Andrea Johnson
ALJohnson@kirkland.com

Michael Lastowski
mlastowski@duanemorris.com

John Phillips, Jr.
JCP@pgslaw.com

Scott Baena
sbaena@bilzin.com

Jay Sakalo
jsakalo@bilzin.com

Teresa Currier
currier@klettrooney.com

William Sullivan
sullivan@bipc.com

Steven Yoder
syoder@bayardfirm.com

J. Douglas Bacon
douglas.bacon@lw.com

Philip Bently
pbently@kramerlevin.com

David Klauder
david.klauder@usdoj.gov

Theodore Tacconelli
ttacconelli@ferryjoseph.com

Janet Baer
jbaer@kirkland.com

Jamie O'Neill
joneill@pszyj.com

Elihu Inselbuch
ei@capdale.com

Peter Van N. Lockwood
pvnl@capdale.com

{D0052007:1 }

| | |
|---|---|
| Nathan Finch<br>ndf@capdale.com | Harry Schwirk<br>hms@capdale.com |
| Jeffrey Liesemer<br>JAL@Capdale.com | Adam Van Grack<br>alv@capdale.com |
| Marla Rosoff Eskin<br>meskin@camlev.com | David Smith<br>DBS@Capdale.com |
| Kimberly Brown<br>KNB@Capdale.com | Dan Cohn<br>cohn@ckmw.com |
| Walter Slocombe<br>wbs@capdale.com | Adam Landis<br>landis@lrclaw.com |
| Gary M. Becker<br>gbecker@kramerlevin.com | |