# EXHIBIT 2

# Dkt No. 11394 - 2nd Omni 15 Order for WR Grace

Total number of parties: 195

## Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 17165 | 3801 N CAMPBELL AVE LLC, 3801 N CAMPBELL AVE # A, TUCSON, AZ 85719 | US Mail (1st Class) |
| 17165 | 7300 KIMBARK BLDG CORP, 3550 W 98TH ST, EVERGREEN PARK, IL 60805 | US Mail (1st Class) |
| 17165 | AG ONE LLC, C/O MARK W COY, BORING & COY PC, PO BOX 100, FOUNTAINTOWN, IN 46130 | US Mail (1st Class) |
| 17165 | ALBANY CITY SCHOOL DISTRICT, ACADEMY PARK, ALBANY, NY 12207 | US Mail (1st Class) |
| 17165 | ALLAMAN, W L, 21045 QUILEUTE RD, APPLE VALLEY, CA 92308 | US Mail (1st Class) |
| 17165 | ALNOR CO, 17904 LAKEWOOD BLVD, BELLFLOWER, CA 90706 | US Mail (1st Class) |
| 17164 | ANDERSON, STEPHEN D, ANDERSON & KREIGER LLP, 43 THORNDIKE STREET, CAMBRIDGE, MA 02141 | US Mail (1st Class) |
| 17165 | ARGYLE CENTRAL SCHOOL, 5023 STATE ROUTE 40, ARGYLE, NY 12804 | US Mail (1st Class) |
| 17165 | ASFOUR ASSOCIATES DJ ASFOUR GENERAL PART, 2409 RUSH CREEK PL, VALLEJO, CA 94591 | US Mail (1st Class) |
| 17165 | BARON, EUGENE, 24061 MAJESTIC, OAK PARK, MI 48237 | US Mail (1st Class) |
| 17164 | BARR, RICHARD A, DEAN & FULKERSON PC, 801 W BIG BEAVER STE 500, TROY, MI 48084-4724 | US Mail (1st Class) |
| 17165 | BASHAM, DIXIE L, 352 GRANITE AVE, LIBBY, MT 59923 | US Mail (1st Class) |
| 17164 | BECKETT, CHAD S, BECKETT & WEBBER PC, 508 S BROADWAY, URBANA, IL 61801-4232 | US Mail (1st Class) |
| 17165 | BEDNARCZYK, JOSEPH CHARLES, 22 JANELLE STREET, LEWISTON, ME 04240 | US Mail (1st Class) |
| 17165 | BENDER, PATSY ANN, PO BOX 1622, BAY SPRINGS, MS 39422 | US Mail (1st Class) |
| 17165 | BENEFIELD, DONALD CHARLES, 264 VICKS DRIVE, LIBBY, MT 59923 | US Mail (1st Class) |
| 17164 | BLAIN, CLINTON L, CLINTON L BLAIN ATTORNEY AT LAW, 111 ELM ST STE 450, SAN DIEGO, CA 92101 | US Mail (1st Class) |
| 17165 | BLANKSTEIN ENTERPRISES INC., 2120 W CLYBOURN STREET, MILWAUKEE, WI 53233 | US Mail (1st Class) |
| 17165 | BOUCHARD, ERNEST S, 5349 BROADWATER LN, CLARKSVILLE, MD 21029 | US Mail (1st Class) |
| 17164 | BOWMAN, D G, BOWMAN GEORGE SCHEB TOALE ROBINSON, 2750 RINGLING, SARASOTA, FL 34237 | US Mail (1st Class) |
| 17165 | BROWN, ERMALINE REGISTER, 532 ROSE MARIE AVE, VIRGINIA BEACH, VA 23462 | US Mail (1st Class) |
| 17164 | BURFORD JR, SAM P, THOMPSON & KNIGHT LLP, 1700 PACIFIC AVE STE 3300, DALLAS, TX 75201-4693 | US Mail (1st Class) |
| 17165 | BURKS, WILLIE B, 141 JENKINS DR, SAVANNAH, GA 31405 | US Mail (1st Class) |
| 17165 | BUSBY, DANIEL CARLTON, 2098 FARM TO MARKET RD, LIBBY, MT 59923 | US Mail (1st Class) |
| 17164 | CADE, GREGORY A, ENVIRONMENTAL ATTORNEYS GROUP LLC, 2120 16TH AVE S, STE 100, BIRMINGHAM, AL 35205-5044 | US Mail (1st Class) |
| 17165 | CAREY CANADA INC, C/O STEPHEN A MADVA ESQ, MONTGOMERY MCCRACKEN WALKER & RHOADS, 123 S BROAD ST, PHILADELPHIA, PA 19109-1022 | US Mail (1st Class) |
| 17165 | CAREY CANADA INC, C/O STEPHEN A MADVA ESQ, MONTGOMERY MCCRACKEN WALKER & RHOADS, 123 S BROAD ST, PHILADELPHIA, PA 19109-1029 | US Mail (1st Class) |
| 17165 | CARLTON DEVELOPMENT CORP, 95 25 QUEENS BLVD SUITE, REGO PARK, NY 11374 | US Mail (1st Class) |
| 17164 | CARROLL, DANIEL J, DIVISION OF FACILITIES MGMT, 900 SW JACKSON RM 653, TOPEKA, KS 66612-2210 | US Mail (1st Class) |
| 17165 | CELOTEX CORPORATION, C/O STEPHEN A MADVA ESQ, MONTGOMERY MCCRACKEN WALKER & RHOADS, 123 S BROAD ST, PHILADELPHIA, PA 19109-1022 | US Mail (1st Class) |
| 17165 | CENTRE MGR MARCOUX INC, 1885 CHEMIN DE LA CANARDIERE, QUEBEC, QC G1J2E5CANADA | US Mail (1st Class) |
| 17165 | CERTALIC, SHARON YVONNE, PO BOX 401, BELGRADE, MT 59714 | US Mail (1st Class) |
| 17165 | CHAN, CONNIE Y, 728 PACIFIC AVE STE 308, SAN FRANCISCO, CA 94133 | US Mail (1st Class) |
| 17165 | CHASE, RANDY, 116 DAUPHIN WAY, CHATTANOOGA, TN 37411 | US Mail (1st Class) |
| 17165 | CHELDIN, TED M, PO BOX 6694, WOODLAND HILLS, CA 91365 | US Mail (1st Class) |
| 17164 | CLEMENTS JR, MARVIN E, TENNESSEE ATTORNEY GENERALS OFFICE, PO BOX 20207, NASHVILLE, TN 37202 | US Mail (1st Class) |
| 17164 | CLIFFORD CHANCE US LLP, ATTN SCOTT TALMADGE ESQ, 31 W 52ND ST FL 3, NEW YORK, NY 10019-6127 | US Mail (1st Class) |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 17165 | COLLAT INC, 1900 CRESTWOOD BLVD., BIRMINGHAM, AL 35210 | US Mail (1st-Class) |
| 17165 | COLLATERAL AGENCY INC, 1900 CRESTWOOD BLVD., BIRMINGHAM, AL 35210 | US Mail (1st-Class) |
| 17165 | CONTINENTAL FLORIDA PARTNERS LTD, C/O 2255 GLADES ROAD SUITE 223A, BOCA RATON, FL 33431 | US Mail (1st Class) |
| 17165 | CONTINENTAL GEORGIA PARTNERS LTD, C/O 2255 GLADES ROAD SUITE 223A, BOCA RATON, FL 33431 | US Mail (1st Class) |
| 17165 | CONTINENTAL SEATTLE PARTNERS LTD, C/O 2255 GLADES ROAD SUITE 223A, BOCA RATON, FL 33431 | US Mail (1st Class) |
| 17165 | CREST USD 479, BOX 68, KINCAID, KS 66039 | US Mail (1st-Class) |
| 17165 | CRESTWOOD CONST CO, 95 25 QUEENS BLVD SUITE 724, REGO PARK, NY 11374 | US Mail (1st Class) |
| 17165 | CUMMINGS, BRENDA FAYE, 1802 ROBINSON RD #256, GRAND PRAIRIE, TX 75051 | US Mail (1st Class) |
| 17165 | DARKS, TYRONE PETER, #239667 TYRONE PETER DARKS, PO BOX 97, MCALESTER, OK 74502 | US Mail (1st Class) |
| 17165 | DOMBROSKI, THOMAS F, 1209 CAMPBELL, DETROIT, MI 48209 | US Mail (1st Class) |
| 17164 | DOUGLAS, JAMES B, MCNEAL & DOUGLAS LLC, 1685 E UNIVERSITY DR, STE A, AUBURN, AL 36830-5217 | US Mail (1st Class) |
| 17165 | DRAKE, WILLIAM HOWARD, 709 MCCASKILL AVE, MAXTON, NC 28364 | US Mail (1st Class) |
| 17164 | DROWOS, STUART B, STATE OF DELAWARE DEPT OF JUSTICE ATTY GEN, 820 N FRENCH ST 6TH FL, WILMINGTON, DE 19801 | US Mail (1st Class) |
| 17165 | ELLIOTT, JAY AND DOROTHY, 816 OAKLAND DRIVE, DEKALB, IL 60115 | US Mail (1st Class) |
| 17164 | ENYART, WILLIAM L, ENYART & PEEBLES, 12 S SECOND ST, BELLEVILLE, IL 62220-2016 | US Mail (1st Class) |
| 17165 | FAMILIES IN CRISIS INC WILLIAM K HALL, 1305 E RANICER, KILLEEN, TX 76541 | US Mail (1st Class) |
| 17165 | FEDERATED DEPARTMENT STORES INC, C/O CARL R GOLDBERG, 170 OFARRELL ST, SAN FRANCISCO, CA 94102 | US Mail (1st Class) |
| 17164 | FIFE, PHILLIP K, PHILLIP K FIFE, 3662 KATELLA AVE STE 117, LOS ALAMITOS, CA 90720-3174 | US Mail (1st Class) |
| 17165 | FIRST UNITED METHODIST CHURCH OF DELAND, 115 EAST HOWRY AVENUE, DELAND, FL 32720 | US Mail (1st Class) |
| 17164 | FIXLER, DAVID C, RUBIN AND RUDMAN LLP, 50 ROWES WHARF, BOSTON, MA 02110-3319 | US Mail (1st Class) |
| 17165 | FLORES, HELEN, 74 N E VILLAGE RD, CONCORD, NH 03301 | US Mail (1st Class) |
| 17165 | FORT ANN CENTRAL SCHOOL, CATHERINE ST, FORT ANN, NY 12827 | US Mail (1st Class) |
| 17165 | GALLO, JEFFREY LEE, 1709 US HWY 2 S, LIBBY, MT 59923 | US Mail (1st Class) |
| 17165 | GILMORE, JOSEPH R, 46469 ARBORETUM CIR, PLYMOUTH, MI 48170 | US Mail (1st Class) |
| 17165 | GOLDADE, LYNN A, W11281 BILKEY RD, LODI, WI 53555 | US Mail (1st Class) |
| 17164 | GOLDBERG, CARL R, FEDERATED LEGAL DEPARTMENT, 170 O'FARRELL ST, SAN FRANCISCO, CA 94102-2202 | US Mail (1st Class) |
| 17165 | GOMES, PAUL R, 126 OAKLAND ST, MALDEN, MA 02148 | US Mail (1st Class) |
| 17165 | GRANADA TERRACE CO, 95 25 QUEENS BLVD SUITE 724, REGO PARK, NY 11374 | US Mail (1st Class) |
| 17164 | GREEN, BRADY L, MORGAN LEWIS & BOCKIUS, 1701 MARKET ST, PHILADELPHIA, PA 19103-2921 | US Mail (1st Class) |
| 17165 | GUBBIN, JULIE ANN, 1508 MADISON STREET NE, MINNEAPOLIS, MN 55413 | US Mail (1st Class) |
| 17165 | HAMILTON TERMINALS INC, 4695 LAKE FOREST DR STE 100, CINCINNATI, OH 45242 | US Mail (1st Class) |
| 17165 | HARRIS, MICHAEL, PO BOX 483, GILMANTON, NH 03237 | US Mail (1st Class) |
| 17165 | HAYWARD, MICHELLE, 358 WOBURN ST, LEXINGTON, MA 02420 | US Mail (1st Class) |
| 17164 | HEBERLING, JON L, MCGARVEY HEBERLING SULLIVAN, 745 SO MAIN, KALISPELL, MT 59901-5341 | US Mail (1st Class) |
| 17165 | HERITAGE HOLDINGS, 2480 NE 23 ST, POMPANO BEACH, FL 33062 | US Mail (1st-Class) |
| 17165 | HERNANDEZ, PEDRO, PO BOX 8267, PONCE, PR 00732-8267 | US Mail (1st Class) |
| 17165 | HO, JEFFREY DOUGLAS, 1431 LAKEVIEW AVE, MINNEAPOLIS, MN 55416 | US Mail (1st Class) |
| 17164 | HOLMES, JOHN L, JOHN L HOLMES ATTORNY AT LAW, 18039 CRENSHAW BLVD, TORRANCE, CA 90504 | US Mail (1st Class) |
| 17165 | INGRAM, BENJAMIN MASON, 3516 FLORENCE BLVD, FLORENCE, AL 35634 | US Mail (1st Class) |
| 17165 | IOVINO, JOSEPH LOUIS, 5501 SNOWSHOE MINE RD, LIBBY, MT 59923 | US Mail (1st-Class) |
| 17165 | JAMIESON CONDOMINIUM, 13536 124 A AVE, EDMONTON, AB T5L3B5CANADA | US Mail (1st Class) |
| 17165 | JAMIESON CONDOMINIUM, 13536 124A AVE, EDMONTON, AB T5L3B5CANADA | US Mail (1st Class) |
| 17165 | JEFFERSON, RONALD WAYNE, 3105 ARROWWOOD LN, TALLAHASSEE, FL 32305 | US Mail (1st Class) |
| 17164 | JOHN S DULL, 2293 N MAIN ST, CROWN POINT, IN 46307-1854 | US Mail (1st Class) |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 17165 | JOHNSON JR, BURRELL, PO BOX 4500 MICHAEL UNIT, TENNESSEE COLONY, TX 75886 | US Mail (1st Class) |
| 17165 | JOHNSON, ERNEST RAY, 136 N TWIN LAKES RD, COCOA, FL 32926 | US Mail (1st Class) |
| 17165 | JOHNSON, KAREN JANICE, 3530 21/2 ST NE, MINNEAPOLIS, MN 55418 | US Mail (1st Class) |
| 17164 | JONES, NATHAN E, NATHAN E JONES, 665 WRELTON DR, LA JOLLA, CA 92037-7950 | US Mail (1st Class) |
| 17165 | KATZ, ALLEN R, 9158 PELICAN AVE, FOUNTAIN VALLEY, CA 92708 | US Mail (1st Class) |
| 17165 | KATZ, S S, 15 ELROD DR, WEST NYACK, NY 10994 | US Mail (1st Class) |
| 17164 | KELLEY, LINDA D, VIACOM INC, 11 STANWIX ST, PITTSBURGH, PA 15222 | US Mail (1st Class) |
| 17165 | KINLAN, PATRICK, 3106 EGER PL, BRONX, NY 10465 | US Mail (1st Class) |
| 17165 | KLEIN, STEPHEN J, 933 SHORELINE DR #205, ALAMEDA, CA 94501 | US Mail (1st Class) |
| 17165 | KLINGMAN, ROBERT RAY, 4539 DRY CREEK RD, NAPA, CA 94558 | US Mail (1st Class) |
| 17165 | KNAUSS, DONALD LEE, PO BOX 1443, LIBBY, MT 59923 | US Mail (1st Class) |
| 17164 | KPMG, PO BOX 730, 20 FARRINGTON RD, LONDON, EC4A4PPUNITED KINGDOM | US Mail (1st Class) |
| 17165 | KUJAWA, GREGORY MARK, 350 SHALOM DR, LIBBY, MT 59923 | US Mail (1st Class) |
| 17165 | LANEDALE CO OPERATIVE APARTMENTS LIMITED, 8 STROUD ROAD APT 8, HAMILTON, ON L8S1Z6CANADA | US Mail (1st Class) |
| 17165 | LARKIN, EUGENE LEROY, 6572 E KETTLEMAN LN, LODI, CA 95240 | US Mail (1st Class) |
| 17165 | LARSON, RICHARD H, 172 IVORY STREET, FREWSBURG, NY 14738 | US Mail (1st Class) |
| 17165 | LAWRENCE LAMAR RICE WEST MELBOURNE, 49 PARKHILL BOULEVARD, WEST MELBOURNE, FL 32904 | US Mail (1st Class) |
| 17165 | LEAL, NORMAN, 1485 NAPLES WAY, LIVERMORE, CA 94550 | US Mail (1st Class) |
| 17165 | LEE, ELIZABETH M, 713 MICHIGAN AVE, LIBBY, MT 59923 | US Mail (1st Class) |
| 17164 | LEE, PETER, THE BURLINGTON NORTHERN AND SANTA FE RAILWAY, 2500 LOU MENK DR, FORT WORTH, TX 76131-2828 | US Mail (1st Class) |
| 17165 | LOS ANGELES UNIFIED SCHOOL DISTRICT, C/O ROMAN M SILBERFELD / BERNICE CONN, ROBINS KAPLAN MILLER & CIRESI LLP, 2049 CENTURY PARK E #3700, LOS ANGELES, CA 90067 | US Mail (1st Class) |
| 17165 | LOS ANGELES UNIFIED SCHOOL DISTRICT, C/O ROMAN M SILBERFELD, BERNICE CONN, ROBINS KAPLAN MILLER & CIRESI LLP, 2049 CENTURY PARK E #3700, LOS ANGELES, CA 90067 | US Mail (1st Class) |
| 17165 | LUCE, JOAN, 604 DAKOTA, LIBBY, MT 59923 | US Mail (1st Class) |
| 17165 | MATTA, WAYNE RAMON, 22722 244TH AVE SE, MAPLE VALLEY, WA 98038 | US Mail (1st Class) |
| 17165 | MCBRIDE, SUSAN JO, 6064 S KRAMERIA ST, ENGLEWOOD, CO 80111 | US Mail (1st Class) |
| 17165 | MCCADDEN, LUCILLE RICKS, POBOX 1378 - 100 AVE. B, SPRING HOPE, NC 27882 | US Mail (1st Class) |
| 17164 | MCGARVEY HEBERLING SULLIVAN & MCGARVEY PC, 745 S M, KALISPELL, MT 59904-5399 | US Mail (1st Class) |
| 17164 | MCGARVEY, ALLAN M, MCGARVEY HERBERLING SULLIVAN & MCGARVEY PC, 745 S MAIN ST, KALISPELL, MT 59901 | US Mail (1st Class) |
| 17164 | MCPROUD, CLARENCE, SPILLER MCPROUD, 505 COYOTE ST, NEVADA CITY, CA 95959-2230 | US Mail (1st Class) |
| 17165 | MENANDS UNION FREE SCHOOL DISTRICT, WARDS LN, MENANDS, NY 12204 | US Mail (1st Class) |
| 17165 | MISSILE INN INC, 2200 NORTHLAKE PKWY STE 277, TUCKER, GA 30084 | US Mail (1st Class) |
| 17165 | MOBLEY, ERICA MICHELL, 317 WEST CHESTNUT, COWETA, OK 74429 | US Mail (1st Class) |
| 17165 | MODZELESKI, VINCENT E, 1618 JAMES DR, CARLSBAD, CA 92008 | US Mail (1st Class) |
| 17164 | MOLONEY, LAWRENCE A, GRAY PLANT MOOTY MOOTY & BENNETT, 80 S8TH ST STE 500, MINNEAPOLIS, MN 55402-5383 | US Mail (1st Class) |
| 17165 | MUROFF, CAROL S, 16804 AVILA BLVD, TAMPA, FL 33613 | US Mail (1st Class) |
| 17165 | N&J 1 LP, 984 MONUMENT ST STE 110, PACIFIC PALISADES, CA 90272 | US Mail (1st Class) |
| 17165 | NAMAZI, NAZANIN, 29726 FELTON DR, LAGUNA NIGUEL, CA 92677 | US Mail (1st Class) |
| 17165 | NIGHTLINGER, GERALD THOMAS, 1177 EAST BEAMISH ROAD, MIDLAND, MI 48642 | US Mail (1st Class) |
| 17165 | NORDIEGO CAPITAL LTD, 738 W WASHINGTON AVE STE B, ESCONDIDO, CA 92025 | US Mail (1st Class) |
| 17165 | NORM S RESTAURANTS, 17904 LAKEWOOD BLVD, BELLFLOWER, CA 90706 | US Mail (1st Class) |
| 17164 | O'HALLORAN, RICHARD A, BURNS WHITE & HICKTON LLC, 531 PLYMOUTH RD STE 500, PLYMOUTH MEETING, PA 19462 | US Mail (1st Class) |
| 17164 | OCONNOR, PATRICIA A, LEVENFELD PEARLSTEIN, 2 N LASALLE 13TH FL, CHICAGO, IL 60602 | US Mail (1st Class) |
| 17164 | ODOM JR, WILLIAM W, WILLIAM W ODOM JR, 404 WALDRON ST, CORINTH, MS 38834 | US Mail (1st Class) |
| 17165 | ODUM, PAUL BENNETT, 1744 NEELY AVE, EAST POINT, GA 30344 | US Mail (1st Class) |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Service |
| --- | --- | --- |
| 17165 | OMOND MEMORIAL UNITED CHURCH, 319 MCKENZIE AVENUE, NORTH BAY, ON P1B7E3CANADA | US Mail (1st Class) |
| 17165 | ORLANDO UTILITIES COMMISSION, 500 SOUTH ORANGE AVE, ORLANDO, FL 32801 | US Mail (1st Class) |
| 17165 | ORTIZ, MARIA LUISA, P O BOX 809 OROCOUIS, OROCOUIS, PR 00720PUERTO RICO | US Mail (1st Class) |
| 17165 | OTTERBEIN COLLEGE, ONE OTTERBEIN COLLEGE, WESTERVILLE, OH 43081 | US Mail (1st Class) |
| 17165 | PATTERSON, PAUL, 2135 BROWNS GAP TPKE, CHARLOTTESVILLE, VA 22901 | US Mail (1st Class) |
| 17165 | PEPPER, HOWARD WILLIAM, 906 W BALSAM ST, LIBBY, MT 59923 | US Mail (1st Class) |
| 17165 | PICHE, LOUIS, 164 BLVD JUTRAS EST, VICTORIAVILLE, QC G6P4M1CANADA | US Mail (1st Class) |
| 17165 | PITTSBURGH SCHOOL DISTRICT, FACILITIES DIVISION 1305 MURIEL STREET, PITTSBURGH, PA 15203 | US Mail (1st Class) |
| 17165 | PLATINUM CAPITAL INVESTMENTS INC, 1608 MIDWEST CLUB PKWY, OAK BROOK, IL 60523 | US Mail (1st Class) |
| 17165 | PLAXALL INC, 5-46 46TH AVENUE, LONG ISLAND CITY, NY 11101 | US Mail (1st Class) |
| 17164 | PORTER, JEFFREY R, MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC, ONE FINANCIAL CENTER, BOSTON, MA 02111 | US Mail (1st Class) |
| 17165 | PRINCETON BOOTH CO, 95 25 QUEENS BLVD SUITE 724, REGO PARK, NY 11374 | US Mail (1st Class) |
| 17165 | PRINCETON PLAZA CO, 95 25 QUEENS BLVD SUITE 724, REGO PARK, NY 11374 | US Mail (1st Class) |
| 17165 | PRITCHETT, WILLIAM, 203 EL MONTE DR, SANTA BARBARA, CA 93109-2005 | US Mail (1st Class) |
| 17165 | PROCTO INC, 420 W. ROWLAND STREET, COVINA, CA 91723 | US Mail (1st Class) |
| 17165 | PULLINGER, BERNARD, 100 WASHINGTON COMMONS DR APT 342, EVANS, GA 30809 | US Mail (1st Class) |
| 17165 | R.R. ISLA VERDE HOTEL & RESORT INC., P.O. BOX 221, BROOKLYN, NY 11208-0221 | US Mail (1st Class) |
| 17165 | RAMSEY CONST CO, 95 25 QUEENS BLVD SUITE 724, REGO PARK, NY 11374 | US Mail (1st Class) |
| 17165 | REALTY, DONNA JEAN, 707 N COLLINS STREET, PLANT CITY, FL 33563 | US Mail (1st Class) |
| 17164 | REDINGTON, PATRICIA, SAINT LOUIS COUNTY COUNSELOR OFFICE, 41 S CENTRAL, SAINT LOUIS, MO 63105 | US Mail (1st Class) |
| 17165 | REESE, PATSY A, 237 FELTON ST, SAN FRANCISCO, CA 94134 | US Mail (1st Class) |
| 17165 | RESHAT HUSSEIN HASSAN & MINNIE HASSAN TT, 4934 W FALLEN LEAF LN, GLENDALE, AZ 85310 | US Mail (1st Class) |
| 17165 | RISDAL, EDDIE CHARLES, PO BOX 316 ISP 802094, FORT MADISON, IA 52627 | US Mail (1st Class) |
| 17165 | RIVER DRIVE CONSTRUCTION, 95 25 QUEENS BLVD SUITE 724, REGO PARK, NY 11374 | US Mail (1st Class) |
| 17165 | ROGERS, ARLENE A, 11 CORNELL PLACE, NEW ROCHELLE, NY 10804 | US Mail (1st Class) |
| 17165 | ROTH, TOM, 3553 BROOKHILL ST, GLENDALE, CA 91214 | US Mail (1st Class) |
| 17164 | RUYLE, NANCY L, PHELPS KASTEN RUYLE BURNS & SIMS PC, 19871 TIMBERE, CARLINVILLE, IL 62626 | US Mail (1st Class) |
| 17165 | SAGEN, KENNETH DUANE, PO BOX 176 / 46 EVANS RD, LIBBY, MT 59923 | US Mail (1st Class) |
| 17164 | SAIA, FRANK R, FRANK R SAIA, JD, 106 STATE ST, SPRINGFIELD, MA 01103-2034 | US Mail (1st Class) |
| 17165 | SALEM CENTRAL SCHOOL DISTRICT, 41 EAST BROADWAY, SALEM, NY 12865 | US Mail (1st Class) |
| 17165 | SAMONTE, LAEL EDWARD, 99-902 MOANALUA RD, AIEA, HI 96701 | US Mail (1st Class) |
| 17165 | SAN DIEGO SPACE AND SCIENCE FOUNDATION, PO BOX 33303, SAN DIEGO, CA 92163 | US Mail (1st Class) |
| 17165 | SANDLY, WENDY LEE, 318 THURSTON STREET, CLARKS SUMMIT, PA 18411 | US Mail (1st Class) |
| 17164 | SCHWARTZMAN, DANIEL A, DANIEL A SCHWARTZMAN, 55 5TH AVE 15TH FLOOR, NEW YORK, NY 10003-4301 | US Mail (1st Class) |
| 17165 | SCHWOEFFERMANN, CUFFY, MARY ELIZABETH, 745 SE MILLER STREET, PORTLAND, OR 97202 | US Mail (1st Class) |
| 17165 | SHAPERY DEVELOPERS GAS ELECTRIC PROPERTY, 402 W BROADWAY, STE 1220, SAN DIEGO, CA 92101 | US Mail (1st Class) |
| 17165 | SHER, JOSEPH H, 4711 LA VILLA MARINA #C, MARINA DEL REY, CA 90292 | US Mail (1st Class) |
| 17165 | SLAWSON, DENNIS MICHAEL, 302 W MAIN ST, SYKESVILLE, PA 15865 | US Mail (1st Class) |
| 17164 | SOLOMON, BRETT A, TUCKER ARENSBERG PC, 1500 ONE PPG PL, PITTSBURGH, PA 15222-5416 | US Mail (1st Class) |
| 17165 | SPADAFORA, ALLENE, PO BOX 335 80 W 200 S, GREEN RIVER, UT 84525 | US Mail (1st Class) |
| 17165 | STANLEY, EARL H, 615 MAIN AVE, LIBBY, MT 59923 | US Mail (1st Class) |
| 17165 | STANLEY, LYNN R, 838 SECOND AVE E, KALISPELL, MT 59901 | US Mail (1st Class) |
| 17165 | STANLEY, ROBERT W, 838 2ND AVE E, KALISPELL, MT 59901-5411 | US Mail (1st Class) |
| 17165 | STEVEN J WOLFE IRREVOCABLE TRUST, PO BOX 3238, LOS ANGELES, CA 90078-3238 | US Mail (1st Class) |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 17164 | STOCKENSTROM, HANNELIE, CLARK WILSON BARRISTERS & SOLICITORS, 800-885 W GEORGIA ST, VANCOUVER, BC V6C3H1CANADA | US Mail (1st Class) |
| 17164 | STUTZ, JOANNE B, EVANS & MULLINIX PA, 7225 RENNER RD STE 200, SHAWNEE, KS 66217-3046 | US Mail (1st Class) |
| 17165 | TEMPLE BETH AM, 4660 SHERIDAN DR, WILLIAMSVILLE, NY 14221 | US Mail (1st Class) |
| 17165 | THE ASBESTOS SETTLEMENT TRUST CELOTEX, C/O STEPHEN A MADVA ESQ, MONTGOMERY MCCRACKEN WALKER & RHOADS, 123 S BROAD ST, PHILADELPHIA, PA 19109-1022 | US Mail (1st Class) |
| 17165 | THE ASBESTOS SETTLEMENT TRUST CELOTEX, C/O STEPHEN A MADVA ESQ, MONTGOMERY MCCRACKEN WALKER & RHOADS, 123 S BROAD ST, PHILADELPHIA, PA 19109-1029 | US Mail (1st Class) |
| 17165 | THEONNES, LOIS GLORIA, PO BOX 46, LIBBY, MT 59923 | US Mail (1st Class) |
| 17165 | THERMO COUSTICS LIMITED, 2750 HIGHWAY #11 NORTH, NORTH BAY, ON P1B8G3CANADA | US Mail (1st Class) |
| 17165 | THOMSON, EVA A, 259 REMPS RD (PO BOX 1343), LIBBY, MT 59923 | US Mail (1st Class) |
| 17165 | TIPOLD, H, 1147 PLANTERS RD, LAWRENCEVILLE, VA 23868 | US Mail (1st Class) |
| 17165 | ULEN, ANGELA M, HOOPER MEMORIAL HOME INC, 3532 WALNUT ST, HARRISBURG, PA 17109 | US Mail (1st Class) |
| 17165 | UNI INC JAMES EDWARD IDOINE PRESIDENT, 904 S HERMOSILLO, PAYSON, AZ 85541 | US Mail (1st Class) |
| 17165 | VALU-LODGE OF NEW PORT RICHEY INC, 2200 NORTHLAKE PKWY STE 277, TUCKER, GA 30084 | US Mail (1st Class) |
| 17165 | VAUGHAN, ROBERT T, 46 SPEAR ST, MELROSE, MA 02176 | US Mail (1st Class) |
| 17165 | VINIKOOR, ABRAM L, 5236 38TH AVE NE, SEATTLE, WA 98105 | US Mail (1st Class) |
| 17165 | VIRGINIA DEPT OF MENT OF MENTAL HEALTH, 1220 BANK STREET 7TH FLOOR PO BOX 1797, RICHMOND, VA 23218 | US Mail (1st Class) |
| 17165 | VIRGINIA DEPT OF MENTAL HEALTH, 1220 BANK STREET 7TH FLOOR PO BOX 1787, RICHMOND, VA 23218 | US Mail (1st Class) |
| 17165 | VIRGINIA DEPT OF MENTAL HEALTH, 1220 BANK STREET 7TH FLOOR PO BOX 1797, RICHMOND, VA 23218 | US Mail (1st Class) |
| 17165 | VIRGINIA DEPT OF MENTAL HEALTH, 1220 BANK STREET PO BOX 1797, RICHMOND, VA 23218 | US Mail (1st Class) |
| 17165 | WARREN, TIMOTHY WAYNE, 4860 1 2 VIRGINIA AVE, OROVILLE, CA 95966 | US Mail (1st Class) |
| 17164 | WASHBURN, RODNEY L, HAZELWOOD & WEBER LLC, 200 N THIRD ST, SAINT CHARLES, MO 63301-2813 | US Mail (1st Class) |
| 17165 | WICKERSHAM, KAREN KAYE, 5455 PROSPECT DR, MISSOULA, MT 59808 | US Mail (1st Class) |
| 17165 | WICKERSHAM, KAREN KAYE, 5455 PROSPECT DRIVE, MISSOULA, MT 59808 | US Mail (1st Class) |
| 17165 | WILLIS, CLAY HENRY, 906 CHEYENNE MEADOWS, KATY, TX 77450 | US Mail (1st Class) |
| 17165 | WOLFE, STEVEN J, SNEAK PREVIEW ENTERTAINMENT, PO BOX 3238, HOLLYWOOD, CA 90078 | US Mail (1st Class) |
| 17165 | WOODMAN PARTNERS, 3085 WOODMAN DRIVE SUITE 100, DAYTON, OH 45420 | US Mail (1st Class) |
| 17165 | YICK REALTY INVESTMENT, 1340 GRANT AVE #1, SAN FRANCISCO, CA 94133 | US Mail (1st Class) |

Subtotal for this group: 195