# EXHIBIT 2

## Dkt No. 11395 - 16th Omni 5 Cont Order
## for WR Grace

Total number of parties: 5

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 17169 | ARCHER JR, DAVID L, 129 WOOD CIR, IOWA PARK, TX 76367-1127 | US Mail (1st Class) |
| 17169 | ARCHER, MICHELLE B, 129 WOOD CIR, IOWA PARK, TX 76367-1127 | US Mail (1st Class) |
| 17169 | PEARSON SR, PETER P, PO BOX 26301, TUCSON, AZ 85726 | US Mail (1st Class) |
| 17169 | WEATHERFORD INTERNATIONAL INC, ANDREWS & KURTH LLP, 450 LEXINGTON AVE 15TH FL, NEW YORK, NY 10017 | US Mail (1st Class) |
| 17169 | WEATHERFORD INTERNATIONAL INC, ATTN: BURT MARTIN, 515 POST OAK BLVD STE 600, HOUSTON, TX 77027 | US Mail (1st Class) |

Subtotal for this group: 5