IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: January 17, 2005, 4:00 p.m.** |
| | ) | **Hearing Date: TBD only if necessary** |

**SUMMARY OF THE APPLICATION OF BUCHANAN INGERSOLL PC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD
FROM OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005**

| | |
|---|---|
| Name of Applicant: | Buchanan Ingersoll PC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002[1] |
| Period for which compensation and Reimbursement is sought: | October 1, 2005 through October 31, 2005 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 2,729.00 |
| Amount of Expenses Reimbursement: | $ 00.00 |

This is a:  X monthly    _ quarterly   _ final application

Prior Application filed:  Yes.

---

[1] Buchanan Ingersoll PC presently serves as Delaware Bankruptcy Counsel to the ZAI Claimants. Elzufon, Austin, Reardon, Tarlov and Mondell, P.A. ("EARTM") previously served as Delaware Bankruptcy Counsel through September 20, 2004. The matter was transferred when William D. Sullivan, the attorney representing the ZAI Claimants at EARTM, moved his practice to Buchanan Ingersoll PC.

1

This is the thirteenth application of Buchanan Ingersoll PC ("BIPC") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The BIPC attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Shareholder | 15 | Bankruptcy | $260.00 | 5.8 | $1,508.00 |
| Ian D. Lindley | Associate | 3 | Bankruptcy | $185.00 | 6.6 | $1,221.00 |
| TOTALS | | | | | 12.4 | $2,729.00 |

No paraprofessionals rendered professional services in these cases during the Fee Period.

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications, Applicant | 7.5 | $1,455.00 |
| 20 - Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 4.9 | $1,274.00 |
| TOTALS | 12.4 | $2,729.00 |

Dated: December 27, 2005                **BUCHANAN INGERSOLL PC**

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
1007 North Orange Street, Suite 1110
Wilmington, DE 19801-1236
Telephone: (302) 428-5500
Facsimile: (302) 428-3996

Delaware Counsel for the ZAI Claimants

2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: January 17, 2005, 4:00 p.m.** |
| | ) | **Hearing Date: TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF BUCHANAN INGERSOLL PC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM
<u>OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005</u>**

Buchanan Ingersoll PC
Attorneys

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

November 22, 2005
Invoice No. 9874143

ZAI PLAINTIFFS
C/O RICHARDSON, PATRICK, WESTBROOK & BRICKMAN
ATTN: ED WESTBROOK, ESQ
1037 CHUCK DAWLEY BLVD BUILDING A
MT. PLEASANT, SC 29464

For Legal Services Rendered in Connection With:

W.R. GRACE
C.A #01-01139
ZONOLITE

Reference #51677-000001

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 10/10/05 | I. D. Lindley | 0.40 | 74.00 | Review fee applications filed to date and correspondence to W. Sullivan re: same. (0.2) Review 2019 statements filed to date and correspondence to Richardson, Patrick firm re: same. (0.2) |
| 10/11/05 | W.D. Sullivan | 0.50 | 130.00 | Review miscellaneous pleadings in case |
| 10/14/05 | I. D. Lindley | 0.20 | 37.00 | Correspondence with Richardson, Patrick firm regarding Notices of Service for 2019 statements. (0.2) |
| 10/18/05 | I. D. Lindley | 3.80 | 703.00 | Review pending fee applications and docket for objections (0.4) Preparation of certificates of no objection for 2 |

ZAI PLAINTIFFS                                                    November 22, 2005
W.R. GRACE                                                        Invoice No. 9874143
Ref. No. 51677-000001                                             Page    2

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Buchanan Ingersoll monthly fee applications and attention to filing, service of same. (2.0) Begin drafting September '05 fee application of Buchanan Ingersoll and correspondence to W. Sullivan re: same. (0.6) Begin drafting 18th interim period quarterly fee application for Buchanan Ingersoll and correspondence to W. Sullivan re: same. (0.8) |
| 10/20/05 | W.D. Sullivan | 0.30 | 78.00 | Review agenda for October 24, 2005 status conference, e-mail co-counsel |
| 10/20/05 | W.D. Sullivan | 0.60 | 156.00 | Review objection status and e-mail co-counsel re: no need to respond to 15th omnibus objection to ZAI claim |
| 10/20/05 | W.D. Sullivan | 0.60 | 156.00 | Review order setting omnibus hearings, forward to co-counsel, calendar all filing deadlines |
| 10/24/05 | W.D. Sullivan | 3.50 | 910.00 | Attend hearing on ZAI status; Court to set up teleconference with ZAI counsel |
| 10/25/05 | I. D. Lindley | 2.20 | 407.00 | Review, revise, prepare and attention to e-filing and service of Richardson Patrick firm's July 2005 fee application. (2.2) |
| 10/25/05 | W.D. Sullivan | 0.30 | 78.00 | Review and approve July fee application for RPWB; e-mail co-counsel re: same |

                        Total Hours        12.40

                                       Total Legal Services    $2,729.00

```
ZAI PLAINTIFFS                                      November 22, 2005
W.R. GRACE                                          Invoice No. 9874143
Ref. No. 51677-000001                               Page   3


               * * * * *  ATTORNEY SUMMARY  * * * * *

                                  Hours      Billed         Bill
                                  Worked     Per Hour       Amount
_____    _____   _____     _____

William D. Sullivan                  5.8       260.00          1,508.00
I. D. Lindley                        6.60      185.00          1,221.00
==============================    ========                  =============
Total All Attorneys                 12.40                       2,729.00
```