IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: January 17, 2006 at 4:00 p.m. (prevailing Eastern time)
Hearing Date: To Be Determined, Only If Timely Objections Are Filed

## FEE DETAIL FOR LATHAM & WATKINS LLP'S MONTHLY SPECIAL ENVIRONMENTAL COUNSEL FEE APPLICATION FOR THE PERIOD OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005

---

[2] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Koontenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company. .

NJ\114414.1

# LATHAM&WATKINS LLP

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

**INVOICE**

October 31, 2005

W.R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA, MD 21044
ATTN: LYDIA DUFF

Tax Identification No: 95-2018373

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

Please identify your check with the following number:
Invoice No. W51001459
File No. 029016-0003

Re: **SPECIAL COUNSEL FEE APPLICATION**

| | | |
|---|---|---|
| Balance due on prior billing | | $7,830.44 |
| For professional services rendered through October 31, 2005: | | 689.00 |
| Other Charges: | | |
| PHOTOCOPYING | 3.57 | |
| FEDERAL EXPRESS | 5.43 | |
| | | 9.00 |
| Total Current Charges | | 698.00 |
| Total Balance Due | | $8,528.44 |

2

| **TIMEKEEPER** | **DATE** | **HOURS** | **DESCRIPTION** |
|---|---|---|---|
| ALVELO | 10/10/05 | 1.10 | REVIEW CALCULATION OF FEES AND EXPENSES FOR AUGUST FEE APPLICATION; FINALIZE DOCUMENTS AND PREPARE FOR DELIVERY TO P. CUNIFF AND S. BOSSAY |
| ALVELO | 10/26/05 | 3.40 | PREPARE MONTHLY FEE APPLICATION FOR THE PERIOD COVERING SEPTEMBER 1, 2005 TO SEPTEMBER 30, 2005; PREPARE INTERIM FEE APPLICATION FOR THE PERIOD COVERING JULY 1, 2005 - SEPTEMBER 30, 2005 |
| ORTEGA | 10/27/05 | .20 | REVIEW SPECIAL COUNSEL APPLICATION AND EDIT SAME |
| ALVELO | 10/28/05 | 1.50 | PREPARE THE MONTHLY FEE APPLICATION FOR SEPTEMBER 2005, AND THE INTERIM FEE APPLICATION FOR JULY - SEPTEMBER 2005 FOR FILING; FORWARD COMPLETED APPLICATIONS TO P. CUNIFF AND S. BOSSAY VIA FED EX |

| **EMPLOYEE NAME** | **ID** | **HOURS** | **RATE** | **AMOUNT** | |
|---|---|---|---|---|---|
| K ORTEGA | 03738 | .20 | 295.00 | 59.00 | ASSOCIATE, JR. |
| M J ALVELO | 30621 | 6.00 | 105.00 | 630.00 | PROJECT ASST |

## COSTS AND DISBURSEMENTS

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 10/10/05 | FEDERAL EXPRESS | PATRICA CUNIFF WILMINGTON DE 19801 790181575841 10/10/05 313369205 | M J ALVELO | | 5.43 |
| | | ** TOTAL FEDERAL EXPRESS | | | 5.43 |
| 10/28/05 | PHOTOCOPYING | PHOTOCOPYING 30621 CT1011010541843 | M J ALVELO | | 2.04 |
| 10/28/05 | PHOTOCOPYING | PHOTOCOPYING 30621 CT1011010541847 | M J ALVELO | | .51 |
| 10/28/05 | PHOTOCOPYING | PHOTOCOPYING 30621 CT1011010541845 | M J ALVELO | | 1.02 |
| | | ** TOTAL PHOTOCOPYING | | | 3.57 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51001459

# LATHAM&WATKINS LLP

One Ne[ ] Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

**INVOICE**

October 31, 2005

W.R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA, MD 21044
ATTN: LYDIA DUFF

Tax Identification No: 95-2018373

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

Please identify your check with the following number:
Invoice No. W51001459
File No. 029016-0003

---

### REMITTANCE COPY

### SPECIAL COUNSEL FEE APPLICATION

| Invoice Date | Invoice Number | Invoice Amount |
|---|---|---|
| **Prior Billings:** | | |
| **Amounts Due on Prior Billings** | | 7,830.44 |
| **Current Billing:** | | |
| October 31, 2005 | 51001459 | $ 698.00 |
| **Balance Due** | | **$8,528.44** |

**AMOUNT REMITTED:** $ _____

#### Method of Payment:

☐ CHECK     ☐ WIRE TRANSFER

NJ\114936.1

# LATHAM&WATKINS LLP

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

**INVOICE**

October 31, 2005

LYDIA DUFF, SENIOR ENVIRONMENTAL COUNSEL
W.R. GRACE & COMPANY
7500 GRACE DRIVE
COLUMBIA, MD 21044

Tax Identification No: 95-2018373

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

Please identify your check with the following number:
Invoice No.  W51001458
File No.  029016-0001

Re: **HATCO REMEDIATION**

| | |
|---|---:|
| Balance due on prior billing | $81,998.49 |
| For professional services rendered through October 31, 2005: | .00 |
| Other Charges: | |
| PHOTOCOPYING                       0.34 | |
| | .34 |
| Total Current Charges | .34 |
| Total Balance Due | **$81,998.83** |

| TIMEKEEPER | DATE | HOURS | DESCRIPTION | | |
|---|---|---|---|---|---|
| **EMPLOYEE NAME** | **ID** | **HOURS** | **RATE** | **AMOUNT** | |

## COSTS AND DISBURSEMENTS

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 10/12/05 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1010200574909 | JUDITH CHRISTOPHER | | .34 |
| | | ** TOTAL PHOTOCOPYING | | | .34 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51001458

NAI15014.1                          2

# LATHAM&WATKINS LLP

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

**INVOICE**

October 31, 2005

LYDIA DUFF, SENIOR ENVIRONMENTAL COUNSEL
W.R. GRACE & COMPANY
7500 GRACE DRIVE
COLUMBIA, MD 21044

Tax Identification No: 95-2018373

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

Please identify your check with the following number:
Invoice No. W51001458
File No. 029016-0001

---

**REMITTANCE COPY**

## HATCO REMEDIATION

| Invoice Date | Invoice Number | Invoice Amount |
|---|---|---|
| Prior Billings: | | |
| **Amounts Due on Prior Billings** | | 81,998.49 |
| Current Billing: | | |
| October 31, 2005 | 51001458 | $ .34 |
| **Balance Due** | | **$81,998.83** |

**AMOUNT REMITTED:** $ _____

**Method of Payment:**

☐ CHECK        ☐ WIRE TRANSFER

NJ\115014.1