# EXHIBIT A

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850


W. R. Grace & Co. - Conn                           December 19, 2005
Attn: Lydia B. Duff, Esq.                          Client/Matter #   01246-011548
7500 Grace Drive                                   Invoice # ******
Columbia, MD  21044                                Federal ID# 52-1247549


For Legal Services Rendered Through 05/31/05 in Connection With:

**PLEASE REMIT PAYMENT TO :**      BEVERIDGE & DIAMOND, P.C.
                                   SUITE 700
                                   1350 I STREET, N.W.
                                   WASHINGTON, D.C. 20005-3311

<u>Curtis Bay FUSRAP Bankruptcy Claim Resolution</u>


| Date | Attorney | Hours | Description |
|---|---|---|---|
| 05/03/05 | P. Marks | 4.75 | Telephone conference with L. Duff re edits to MOA and preparation for conference call; prepare revised marked up version of the MOA; telephone conference with J. Freeman, S. Platt and L. Duff re same, next steps and review process; revise and circulate MOA; telephone conference with M. Obradovic re status of legal and technical issues. |
| 05/04/05 | P. Marks | 2.50 | Prepare motion for Bankruptcy Court. |
| 05/05/05 | P. Marks | 2.00 | Prepare motion for Bankruptcy Court. |
| 05/06/05 | P. Marks | 1.50 | Draft bankruptcy motion; telephone conference with P. Bucens re remedial design report issues. |
| 05/09/05 | P. Marks | 0.50 | Revise bankruptcy motion. |
| 05/11/05 | P. Marks | 3.00 | Prepare and send to opposing counsel a markup of agreement; telephone conference with P. Bucens re strategy and recent developments; prepare email summary for L. Duff re same; telephone conference with L. Duff; prepare for and conduct telephone conference with L. Duff, J. Freeman and S. Platt re issues. |

| | | | INVOICE # ****** |
|---|---|---|---|
| BEVERIDGE & DIAMOND, P.C. | | | December 19, 2005 |
| | | | PAGE  2 |

| Date | Name | Hours | Description |
|---|---|---|---|
| 05/12/05 | P. Marks | 0.25 | Email exchanges to arrange Corps conference call. |
| 05/13/05 | P. Marks | 1.25 | Review DOJ edits and proposals for MOA; communications with J. Freeman re same; revise document; email to L. Duff; emails re Corps conference call. |
| 05/16/05 | P. Marks | 2.50 | Email exchange re revised MOA; prepare and send clean copy of same to J. Freeman and S. Platt with explanation; prepare allocation memorandum. |
| 05/17/05 | P. Marks | 3.50 | Prepare for and conduct telephone conference with L. Duff and Corps re dispute resolution; continue telephone conference with S. Platt and J. Freeman re edits to MOA; prepare memorandum to L. Duff re same; direct E. Overton re updating case law. |
| 05/17/05 | E. Overton | 4.25 | Research recent caselaw. |
| 05/18/05 | P. Marks | 4.50 | Prepare allocation memorandum; email to L. Duff re same. |
| 05/19/05 | E. Overton | 2.00 | Complete review of updated cases and assemble with labels and tabs for P. Marks. |
| 05/20/05 | P. Marks | 3.00 | Research and case development; review E. Overton research. |
| 05/23/05 | P. Marks | 6.50 | Conference with L. Duff re dispute resolution and other MOA issues; evaluate factual information. |
| 05/24/05 | P. Marks | 6.25 | Prepare/revise memorandum to file; direct C. Jaworski re research; prepare allocation memorandum; telephone conference with S. Platt and J. Freeman re dispute resolution and completing MOA; draft revised language and new MOA version. |
| 05/24/05 | C. Jaworski | 1.00 | Perform research; inform P. Marks re results of same. |
| 05/25/05 | P. Marks | 4.50 | Conduct research; memorandum to file re results of same; prepare allocation memorandum. |
| 05/26/05 | P. Marks | 1.75 | Telephone conference with client re technical issues; evaluate ROD comments by USACE. |
| 05/31/05 | P. Marks | 1.00 | Allocation memorandum preparation. |

BEVERIDGE & DIAMOND, P.C.                          INVOICE #  ******
                                                   December 19, 2005
                                                   PAGE   3


                       Total Hours :                      56.50

                       Total Fees  :                 $17,362.50

BEVERIDGE & DIAMOND, P.C.

INVOICE #  ******
December 19, 2005
PAGE   4

## Disbursements:

| | |
|---|---:|
| Long Distance Telephone | 221.51 |
| Duplicating | 33.20 |
| Local Transportation | 14.00 |

| | |
|---|---:|
| Total Disbursements : | $ 268.71 |

## Time Summary:

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| P. Marks | 49.25 | $325.00 | $16,006.25 |
| C. Jaworski | 1.00 | $200.00 | $ 200.00 |
| E. Overton | 6.25 | $185.00 | $1,156.25 |

| | |
|---|---:|
| Total Fees : | $17,362.50 |
| Total Disbursements : | $ 268.71 |
| TOTAL DUE : | $17,631.21 |