# EXHIBIT B

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850


W. R. Grace & Co. - Conn                           December 19, 2005
Attn: Lydia B. Duff, Esq.                          Client/Matter # 01246-011548
7500 Grace Drive                                   Invoice # ******
Columbia, MD 21044                                 Federal ID# 52-1247549


For Legal Services Rendered Through 06/30/05 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
                                  SUITE 700
                                  1350 I STREET, N.W.
                                  WASHINGTON, D.C. 20005-3311

<u>Curtis Bay FUSRAP Bankruptcy Claim Resolution</u>

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 06/01/05 | P. Marks | 6.25 | Prepare allocation memorandum; email exchanges with client and J. Freeman. |
| 06/02/05 | P. Marks | 2.50 | Email exchanges re status of Agreement; review and revise bankruptcy motion; email to client re same and logistics; telephone conference with J. Freeman re new levels of Corps' review and likely delays. |
| 06/03/05 | P. Marks | 4.25 | Client email exchanges re case development; prepare allocation memorandum. |
| 06/06/05 | P. Marks | 2.50 | Prepare allocation memorandum; email correspondence with client re bankruptcy and other issues. |
| 06/07/05 | P. Marks | 5.00 | Review P. Bucens technical emails; telephone conference with P. Bucens re developments with Corps; prepare summary for L. Duff re same; direct E. Overton re legal research; prepare allocation memorandum. |
| 06/07/05 | E. Overton | 1.75 | Research caselaw. |
| 06/08/05 | P. Marks | 1.25 | Direct E. Overton re research; review relevant cases. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # ******
December 19, 2005
PAGE   2

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 06/08/05 | E. Overton | 4.25 | Review and summarize case law; complete memorandum with summary. |
| 06/09/05 | P. Marks | 2.25 | Prepare allocation memorandum; review E. Overton research. |
| 06/09/05 | E. Overton | 0.25 | Coordinate with P. Marks on research. |
| 06/10/05 | P. Marks | 2.00 | Telephone conference with client re case; telephone conference with J. Freeman re update; email to client team re same. |
| 06/14/05 | P. Marks | 6.00 | Telephone conference with P. Bucens re scheduling; telephone conference with L. Duff re conference call; prepare allocation memorandum. |
| 06/14/05 | E. Overton | 1.50 | Pull case for P. Marks; research for allocation memorandum; begin initial review of allocation memorandum. |
| 06/15/05 | P. Marks | 6.50 | Conference with E. Overton; prepare allocation memorandum; conference with K. Eller re FOIA requests. |
| 06/15/05 | K. Eller | 0.25 | Conference with P. Marks re followup and additional FOIA requests; conference with D. Melnyk re followup. |
| 06/15/05 | E. Overton | 8.25 | Continue critical review of allocation memorandum, including edits, proofing, and review of arguments; conference with P. Marks; followup research. |
| 06/15/05 | L. Grimm | 1.00 | Research per request of E. Overton. |
| 06/16/05 | K. Bourdeau | 0.50 | Telephone conference with P. Marks re memorandum and strategic issues. |
| 06/16/05 | P. Marks | 6.25 | Telephone conference with L. Duff; followup re same; prepare allocation memorandum; telephone conference with K. Bourdeau re memorandum and other strategic issues. |
| 06/21/05 | K. Bourdeau | 1.50 | Review and prepare draft white paper on liability allocation. |
| 06/21/05 | P. Marks | 4.75 | Research for allocation memorandum; telephone conference with L. Duff re issues and developments; telephone conferences re partnering charter process; prepare email summary for L. Duff; email to K. Bourdeau re allocation memorandum research and review. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # ******
December 19, 2005
PAGE   3

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 06/22/05 | K. Bourdeau | 3.25 | Review and prepare comments re allocation paper; conference with P. Marks re same. |
| 06/22/05 | P. Marks | 8.00 | Telephone conferences with Corps re MOA review and status; review legal research and status of licensing issue; email summary to L. Duff re discussions with Corps; work on allocation memorandum; telephone conference with K. Bourdeau re same; review historic documents; telephone conference re nuclear/physics issues; followup review and email exchanges re same. |
| 06/23/05 | K. Bourdeau | 2.50 | Continue review of and comment on draft liability/allocation white paper. |
| 06/24/05 | K. Bourdeau | 2.50 | Finalize review of and preparation of comments on draft liability/allocation white paper; conference with P. Marks re same, brief review of Corps Grace Memorandum of Agreement. |
| 06/24/05 | P. Marks | 0.25 | Coordinate with K. Bourdeau re review. |
| 06/27/05 | K. Bourdeau | 1.75 | Review comments on draft liability/allocation white paper in preparation for discussion with P. Marks; conference with P. Marks re comments on draft liability/allocation white paper. |
| 06/27/05 | P. Marks | 2.75 | Telephone conference with P. Bucens re draft charter with Corps; telephone conference with K. Bourdeau re his comments on draft allocation memorandum; evaluate same. |
| 06/28/05 | K. Bourdeau | 0.50 | Telephone conference with P. Marks re memorandum. |
| 06/28/05 | P. Marks | 5.75 | Telephone conference with K. Bourdeau re allocation memorandum; review research re history; direct L. Grimm re same. |
| 06/28/05 | L. Grimm | 1.00 | Research related to 1940s and 1950s, per request of P. Marks. |
| 06/29/05 | P. Marks | 2.25 | Communications with L. Grimm re research; review documents; telephone conference with L. Duff re timeline for deliverables and other issues. |
| 06/29/05 | L. Grimm | 1.00 | Research related to 1940s and 1950s, per request of P. Marks. |

```
BEVERIDGE & DIAMOND, P.C.                          INVOICE #  ******
                                                   December 19, 2005
                                                   PAGE   4


06/30/05    P. Marks                   4.50    Review P. Bucens email and phone message;
                                                locate materials for P. Bucens; telephone
                                                conference with same re issues; direct L. Grimm
                                                re research; prepare allocation memorandum.

06/30/05    L. Grimm                   2.50    Research per request of P. Marks.



                                       Total Hours :                107.25

                                       Total Fees  :            $33,622.50
```

BEVERIDGE & DIAMOND, P.C.

INVOICE # ******
December 19, 2005
PAGE 5

## Disbursements:

| | |
|---|---:|
| Postage | 1.23 |
| Long Distance Telephone | 161.05 |
| Duplicating | 32.40 |
| Express Delivery | 15.25 |

Total Disbursements :  $ 209.93

## Time Summary:

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K. Bourdeau | 12.50 | $485.00 | $6,062.50 |
| P. Marks | 73.00 | $325.00 | $23,725.00 |
| K. Eller | 0.25 | $200.00 | $50.00 |
| E. Overton | 16.00 | $185.00 | $2,960.00 |
| L. Grimm | 5.50 | $150.00 | $ 825.00 |

Total Fees :  $33,622.50

Total Disbursements :  $ 209.93

TOTAL DUE :  $33,832.43