# EXHIBIT A

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

December 19, 2005
Client/Matter #   01246-011548
Invoice # ******
Federal ID# 52-1247549

For Legal Services Rendered Through 07/31/05 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

Curtis Bay FUSRAP Bankruptcy Claim Resolution

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 07/01/05 | P. Marks | 1.50 | Telephone conference with J. Freeman re MOA progress and licensing issue; brief update email to L. Duff re same; review licensing decisions. |
| 07/05/05 | K. Bourdeau | 2.00 | Review case law and documents provided by P. Marks for comment for purposes of liability/allocation "white paper", prepare email comments to P. Marks re same. |
| 07/05/05 | P. Marks | 6.50 | Prepare allocation memorandum. |
| 07/06/05 | K. Bourdeau | 1.00 | Conferences with P. Marks re draft liability/allocation white paper; review background documents relevant to arguments. |
| 07/06/05 | P. Marks | 7.50 | Prepare allocation memorandum, including review of documents, research and edits. |
| 07/07/05 | P. Marks | 7.25 | Prepare allocation memorandum, including directing paralegal; research. |
| 07/07/05 | D. Paul | 5.75 | Conduct Westlaw research; proofread and blue book Memo to client. |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE # ******
                                                             December 19, 2005
                                                             PAGE   2

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 07/08/05 | K. Bourdeau | 0.75 | Begin review of revised liability/allocation white paper. |
| 07/08/05 | P. Marks | 3.00 | Complete edits of draft allocation memorandum; email same to L. Duff with explanatory memorandum. |
| 07/09/05 | K. Bourdeau | 3.00 | Review and revise/edit revised draft of liability/allocation white paper; prepare "big picture" comments re same. |
| 07/10/05 | K. Bourdeau | 4.00 | Finalize review of revised draft of liability/allocation paper; prepare list of "big picture" issues. |
| 07/11/05 | K. Bourdeau | 2.25 | Conference with P. Marks re comments on revised draft of liability/allocation white paper. |
| 07/11/05 | P. Marks | 3.50 | Review K. Bourdeau comments of allocation memorandum; telephone conference with K. Bourdeau re same. |
| 07/12/05 | K. Bourdeau | 0.75 | Review historic document; prepare notes re same. |
| 07/12/05 | P. Marks | 3.00 | Prepare for meeting with client and prepare agenda for same; send research issue to L. Grimm. |
| 07/13/05 | K. Bourdeau | 6.25 | Travel to Baltimore to meet with L. Duff and P. Marks re case development; follow-up conference with P. Marks re same; prepare list of arguments for P. Marks review. |
| 07/13/05 | P. Marks | 4.00 | Conference with L. Duff and K. Bourdeau re case development; followup strategy discussion with K. Bourdeau. |
| 07/14/05 | K. Bourdeau | 0.50 | Finalize list of issues for possible reference on the liability/allocation white paper. |
| 07/15/05 | P. Marks | 2.50 | Review and evaluate global bankruptcy settlement; prepare allocation memorandum; correspondence re scheduling meetings; correspondence re review of global settlement agreement and prepare comments on same. |
| 07/16/05 | K. Bourdeau | 2.00 | Review and analyze most recent draft of bankruptcy court settlement agreement of environmental claims; prepare email to L. Duff re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #   ******
December 19, 2005
PAGE   3

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 07/17/05 | K. Bourdeau | 0.50 | Communications with P. Marks re draft bankruptcy court settlement agreement and evaluate same. |
| 07/18/05 | K. Bourdeau | 1.50 | Evaluate settlement agreement; conference with P. Marks re bankruptcy issues; finalize list of issues and transmit to P. Marks; review P. Marks email to L. Duff re issues for Curtis Bay facility and L. Duff response. |
| 07/18/05 | P. Marks | 4.00 | Evaluation of global settlement issues; telephone conference with K. Bourdeau re same; coordinate with L. Duff re same; telephone conference with P. Bucens re preparation for meeting with Corps; telephone conference with S. Platt re status and FOIA; conference with E. Overton re research. |
| 07/18/05 | E. Overton | 1.25 | Discuss research with P. Marks; review caselaw; discuss with P. Marks. |
| 07/19/05 | K. Bourdeau | 0.25 | Communications with P. Marks re agreement issues. |
| 07/19/05 | P. Marks | 2.00 | Evaluate CERCLA legal issues; telephone conference with P. Bucens re same; client emails re same and scheduling. |
| 07/19/05 | E. Overton | 0.75 | Discuss research projects with P. Marks. |
| 07/20/05 | P. Marks | 5.00 | Prepare for telephone conference with L. Duff re legal issues; prepare allocation memorandum; conference with E. Overton re research. |
| 07/20/05 | E. Overton | 3.50 | Research CERCLA issue; review caselaw; write brief summary for P. Marks; discuss findings with P. Marks. |
| 07/21/05 | P. Marks | 0.75 | Telephone conference with L. Duff and K. Bourdeau re legal issues. |
| 07/22/05 | P. Marks | 4.50 | Prepare allocation memorandum, including addressing comments of K. Bourdeau and L. Duff. |
| 07/25/05 | P. Marks | 5.50 | Prepare allocation memorandum, revising pursuant to discussions. |
| 07/26/05 | P. Marks | 7.00 | Prepare allocation memorandum. |
| 07/26/05 | E. Overton | 0.75 | Complete case research tasks. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  ******
December 19, 2005
PAGE   4

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 07/27/05 | P. Marks | 9.00 | Prepare allocation memorandum; coordinate with client re same and client meetings. |
| 07/28/05 | P. Marks | 5.25 | Prepare allocation memorandum; review partnering charter; prepare for strategy meeting. |
| 07/28/05 | E. Overton | 0.75 | Complete case analysis; email summary to P. Marks for allocation memorandum. |
| 07/31/05 | K. Bourdeau | 1.50 | Review and edit revised draft of allocation white paper. |

Total Hours :           120.75

Total Fees :        $41,342.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # ******
December 19, 2005
PAGE   5

## Disbursements:

| | |
|---|---:|
| Postage | 6.97 |
| Long Distance Telephone | 194.06 |
| Duplicating | 62.55 |
| Express Delivery | 12.83 |
| Travel Expenses | 42.90 |
| Lexis/Westlaw Research | 352.24 |

Total Disbursements :        $ 671.55

## Time Summary:

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K. Bourdeau | 26.25 | $485.00 | $12,731.25 |
| P. Marks | 81.75 | $325.00 | $26,568.75 |
| E. Overton | 7.00 | $185.00 | $1,295.00 |
| D. Paul | 5.75 | $130.00 | $ 747.50 |

Total Fees :        $41,342.50

Total Disbursements :        $ 671.55

TOTAL DUE :        $42,014.05