# EXHIBIT B

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn                                December 19, 2005
Attn: Lydia B. Duff, Esq.                               Client/Matter #  01246-011548
7500 Grace Drive                                        Invoice # ******
Columbia, MD  21044                                     Federal ID# 52-1247549

---

For Legal Services Rendered Through 08/31/05 in Connection With:

**PLEASE REMIT PAYMENT TO :**      BEVERIDGE & DIAMOND, P.C.
                                   SUITE 700
                                   1350 I STREET, N.W.
                                   WASHINGTON, D.C. 20005-3311

Curtis Bay FUSRAP Bankruptcy Claim Resolution

| | | | |
|---|---|---|---|
| 08/01/05 | K. Bourdeau | 4.50 | Attend meeting in Columbia, Maryland with L. Duff and P. Marks, P. Bucens, and M. Obradovic (includes travel time during working hours). |
| 08/01/05 | P. Marks | 4.75 | Travel to and from and attend meeting with client team and K. Bourdeau re case development; review new case; review client email exchanges. |
| 08/01/05 | E. Overton | 3.75 | Continue research. |
| 08/02/05 | P. Marks | 1.00 | Coordinate with K. Bourdeau re legal issues; direct E. Overton re research. |
| 08/02/05 | E. Overton | 2.25 | Complete research; write brief summary and email to P. Marks. |
| 08/03/05 | K. Bourdeau | 2.25 | Continued review and revision of and comment on revised draft of liability white paper; prepare email to P. Marks re same. |
| 08/03/05 | P. Marks | 2.00 | Revise allocation paper. |
| 08/04/05 | P. Marks | 2.00 | Review case development; prepare allocation memorandum; direct L. Grimm re research. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  ******
December 19, 2005
PAGE  2

| 08/04/05 | L. Grimm | 6.25 | Research per request of P. Marks. |
|---|---|---|---|
| 08/05/05 | K. Bourdeau | 0.75 | Conference with P. Marks re liability and allocation arguments in the white paper. |
| 08/05/05 | P. Marks | 3.00 | Prepare allocation memorandum; review case law; telephone conference with K. Bourdeau re legal issues. |
| 08/08/05 | P. Marks | 1.50 | Prepare allocation memorandum. |
| 08/09/05 | P. Marks | 2.50 | Review federal reports; review current cases re relevant issues. |
| 08/10/05 | P. Marks | 6.75 | Research for allocation memorandum, including evaluation of documents (from L. Grimm); prepare detailed edits to factual background portion of memorandum. |
| 08/10/05 | L. Grimm | 2.75 | Researching report, per request of P. Marks. |
| 08/11/05 | P. Marks | 5.00 | Review and evaluate new case;  review and edit memorandum; direct staff re research. |
| 08/12/05 | P. Marks | 5.50 | Evaluate and edit memorandum; revise order of arguments and condense sections; conduct research re same. |
| 08/13/05 | K. Bourdeau | 1.75 | Review and respond to P. Marks email and associated materials; review of additional background documents relevant to liability and allocation arguments. |
| 08/14/05 | K. Bourdeau | 1.00 | Begin review of background documents provided by P. Marks relevant to legal arguments; prepare notes thereon. |
| 08/15/05 | K. Bourdeau | 2.50 | Review and provide comments on revised draft of liability/allocation white paper and transmittal cover letter re same. |
| 08/15/05 | P. Marks | 3.75 | Edit allocation paper; direct staff with respect to organizing and packaging allocation paper attachments. |
| 08/16/05 | P. Marks | 9.75 | Review K. Bourdeau comments; prepare and evaluate package of attachments; continue detailed revisions and edits to allocation paper. |
| 08/17/05 | K. Bourdeau | 1.50 | Further work on comments on draft revised liability/allocation paper. |

BEVERIDGE & DIAMOND, P.C.

| 08/17/05 | P. Marks | 6.00 | Prepare explanatory client memorandum concerning draft allocation paper; edit draft allocation paper; oversee completion of same and send to client team; letter to L. Duff re same and documents. |
| 08/18/05 | P. Marks | 0.25 | Email exchanges with client and K. Bourdeau. |
| 08/19/05 | K. Bourdeau | 0.25 | Brief review of final package re liability/allocation white paper submitted to client; email correspondence with P. Marks re preparation for meeting with client. |
| 08/29/05 | P. Marks | 4.75 | Review RWDA supplemental scope of work; voicemail to S. Platt re update; telephone conference with P. Bucens re issues; evaluate historic reports; email to L. Grimm (B&D researcher) re same; evaluate issues to address in client meeting and prepare draft agenda for same. |
| 08/30/05 | K. Bourdeau | 1.50 | Review P. Marks agenda for meeting with client; review case opinion; conference with P. Marks re preparation for meeting with client. |
| 08/30/05 | P. Marks | 8.00 | Attend meeting with client team and with Corps at plant to coordinate with one another on project and to evaluate CEC/Bartlett contractor proposal for Building 23 RA; post meeting team evaluation of day; telephone conference with S. Platt re legal and administrative issues associated with MOA; telephone conference with K. Bourdeau to plan for meeting. |
| 08/31/05 | P. Marks | 8.00 | Attend meetings with team and Corps at plant to evaluate Duratek/URS contractor proposal and to conduct contractor selection process and identify followup contract clarification discussion with Corps, including evaluation and identification of issues associated with remedial alternatives and miscellaneous coordination re documents, access and other issues. |

Total Hours :        105.50

Total Fees :      $34,432.50

BEVERIDGE & DIAMOND, P.C.

INVOICE #  ******
December 19, 2005
PAGE  4

## Disbursements:

| | |
|---|---:|
| Postage | 29.00 |
| Long Distance Telephone | 54.06 |
| Duplicating | 258.54 |
| Messenger Service | 6.88 |
| Commercial Duplicating | 16.50 |
| Travel Expenses | 21.46 |
| Lexis/Westlaw Research | 845.27 |
| Local Transportation | 2.70 |
| Local Meals | 10.98 |

**Total Disbursements :**          **$1,245.39**

## Time Summary:

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K. Bourdeau | 16.00 | $485.00 | $7,760.00 |
| P. Marks | 74.50 | $325.00 | $24,212.50 |
| E. Overton | 6.00 | $185.00 | $1,110.00 |
| L. Grimm | 9.00 | $150.00 | $1,350.00 |

**Total Fees :**          **$34,432.50**

**Total Disbursements :**          **$1,245.39**

**TOTAL DUE :**          **$35,677.89**