# EXHIBIT C

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

December 19, 2005
Client/Matter #   01246-011548
Invoice # ******
Federal ID# 52-1247549

For Legal Services Rendered Through 09/30/05 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Curtis Bay FUSRAP Bankruptcy Claim Resolution</u>

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 09/01/05 | P. Marks | 4.75 | Telephone conference and email communications to arrange client meetings; continued work on history; travel to Curtis Bay plant to review administrative record. |
| 09/02/05 | P. Marks | 1.75 | Develop agenda and presentation materials for client meeting; work with staff to obtain historic text. |
| 09/06/05 | P. Marks | 5.00 | Prepare for Grace meeting; telephone conference with L. Duff re developments and to prepare for Grace meeting; email to set up telephone conference. |
| 09/07/05 | K. Bourdeau | 3.50 | Review documents and new case law in preparation for strategy meeting with client; review and edit revised draft of allocation white paper; prepare comments on same to discuss with P. Marks and clients. |
| 09/07/05 | P. Marks | 5.50 | Edit letter; prepare for presentation for Grace management meeting, telephone conference re bankruptcy court procedures and practices; email exchange with M. Obradovic re meeting preparation. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  ******
December 19, 2005
PAGE  2

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 09/08/05 | K. Bourdeau | 1.50 | Conference with P. Marks re preparation for strategy meeting with client; review draft presentation. |
| 09/08/05 | P. Marks | 7.00 | Collect and review information in preparation for meeting; direct staff re organizing attachments to allocation paper; telephone conference with K. Bourdeau re strategy; telephone conference with L. Duff re strategy; telephone conference with S. Platt re Corps decision process and organization and structure. |
| 09/09/05 | K. Bourdeau | 5.75 | Travel to and from Columbia, Maryland for strategy meeting with client re liability/allocation white paper; participate in strategy meeting re same; follow-up conference with P. Marks refinement of white paper. |
| 09/09/05 | P. Marks | 6.25 | Prepare for, travel to and conduct meeting with client re strategy; post-meeting evaluation of next steps. |
| 09/12/05 | K. Bourdeau | 0.50 | Conference with P. Marks re issues to be addressed on liability/allocations; followup review. |
| 09/12/05 | P. Marks | 0.25 | Conference with K. Bourdeau re allocation issues. |
| 09/13/05 | P. Marks | 3.00 | Email correspondence with team re RWDA work; evaluate strategy; review and archive emails and organize information. |
| 09/14/05 | K. Bourdeau | 1.00 | Conference with P. Marks re draft of white paper. |
| 09/14/05 | P. Marks | 4.75 | Telephone conference with K. Bourdeau re comments on allocation paper; followup on obtaining documents; conference with L. Duff re issues; voicemail to J. Freeman; voicemail to B. Emmett. |
| 09/17/05 | P. Marks | 0.25 | Review and evaluate case. |
| 09/19/05 | K. Bourdeau | 0.25 | Review relevant new jurisprudence; email to P. Marks re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # ******
December 19, 2005
PAGE  3

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 09/19/05 | P. Marks | 1.00 | Telephone conference with J. Freeman re groundwork for negotiations and players for Corps; review client emails; evaluate commentary on recent case law. |
| 09/20/05 | P. Marks | 1.00 | Evaluation of legal issues and direct L. Grimm re research. |
| 09/21/05 | K. Bourdeau | 0.75 | Conference with legal team re negotiations. |
| 09/21/05 | P. Marks | 3.00 | Prepare for and conduct conference with legal team; telephone conference with S. Platt re range of issues, including document sharing; prepare memorandum to L. Duff re same and J. Freeman discussion. |
| 09/22/05 | K. Bourdeau | 0.50 | Email exchange re legal issue; review portion of the historical report. |
| 09/22/05 | P. Marks | 2.00 | Review L. Duff and K. Bourdeau email discussion re legal issue; research and evaluate same; prepare email to L. Duff re same summarizing law and issues. |
| 09/26/05 | P. Marks | 2.25 | Review email correspondence re supplemental RWDA FS work; telephone conference with L. Duff re issues. |
| 09/27/05 | P. Marks | 0.25 | Email correspondence to S. Platt re partnering charter. |
| 09/30/05 | P. Marks | 2.50 | Prepare allocation paper. |

**Total Hours :**          64.25

**Total Fees :**        $23,081.25

BEVERIDGE & DIAMOND, P.C.

INVOICE #    ******
December 19, 2005
PAGE   4

**Disbursements:**

| | |
|---|---:|
| Long Distance Telephone | 97.99 |
| Duplicating | 62.55 |
| Travel Expenses | 72.72 |
| Lexis/Westlaw Research | 20.87 |
| Local Transportation | 34.14 |
| Express Delivery - VENDOR:FEDERAL EXPRESS - Inv. # 559297051 dated 9/20/05 | 15.35 |
| Local Transportation - VENDOR:WENHUA SHI - Check # 77389 dated 8/11/05 for petty cash replenishment for KSB mileage to/from 7500 Grace Dr. on 8/01/05 | 26.99 |

Total Disbursements :    $ 330.61

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K. Bourdeau | 13.75 | $485.00 | $6,668.75 |
| P. Marks | 50.50 | $325.00 | $16,412.50 |

Total Fees :    $23,081.25

Total Disbursements :    $ 330.61

TOTAL DUE :    $23,411.86