IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: January 17, 2006 at 4:00 p.m. (prevailing Eastern time)
Hearing Date: To Be Determined, Only If Timely Objections Are Filed

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD 21044

December 19, 2005  
Client/Matter # 01246-011548  
Invoice # ******  
Federal ID# 52-1247549

For Legal Services Rendered Through 10/31/05 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Curtis Bay FUSRAP Bankruptcy Claim Resolution</u>

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 10/05/05 | P. Marks | 7.00 | Prepare allocation paper. |
| 10/10/05 | P. Marks | 4.00 | Attempt to reach S. Platt; identify items to discuss with same; edit allocation memorandum. |
| 10/12/05 | K. Bourdeau | 0.25 | Review email from P. Marks re Grace legal arguments. |
| 10/12/05 | P. Marks | 4.00 | Telephone conference with L. Duff re strategy with Corps; attempt to reach J. Freeman (DOJ); work on allocation memorandum. |
| 10/14/05 | P. Marks | 4.25 | Prepare revised allocation paper. |
| 10/17/05 | P. Marks | 0.75 | Telephone conference with J. Freeman re negotiation issues; email to client re same. |
| 10/18/05 | P. Marks | 2.00 | Telephone conference with S. Platt re negotiation process and update on FOIA, document sharing and other issues; evaluate same; telephone conference with client re case. |
| 10/19/05 | P. Marks | 3.00 | Communications with L. Duff; research re same; work on allocation paper. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # ******
December 19, 2005
PAGE   2

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 10/21/05 | P. Marks | 5.00 | Prepare allocation memorandum; prepare memorandum re action items. |
| 10/26/05 | K. Bourdeau | 0.25 | Review of P. Marks' memorandum re recent development/action items. |
| 10/26/05 | P. Marks | 1.50 | Telephone conference with S. Platt re status of issues; prepare update to client re same; review legal developments. |
| 10/28/05 | P. Marks | 5.00 | Review and organize email correspondence; prepare allocation paper. |
| 10/31/05 | P. Marks | 4.25 | Prepare allocation paper. |

Total Hours :          41.25

Total Fees :      $13,486.25

BEVERIDGE & DIAMOND, P.C.
INVOICE # ******
December 19, 2005
PAGE   3

**Disbursements:**

| | |
|---|---|
| Long Distance Telephone | 103.80 |
| Duplicating | 63.15 |
| Travel Expenses | 72.72 |
| Lexis/Westlaw Research | 20.87 |
| Local Transportation | 34.14 |
| Express Delivery - VENDOR:FEDERAL EXPRESS - Inv. # 559297051 dated 9/20/05 | 15.35 |
| Local Transportation - VENDOR:WENHUA SHI - Check # 77389 dated 8/11/05 for petty cash replenishment for KSB mileage to/from 7500 Grace Dr. on 8/01/05 | 26.99 |

Total Disbursements :                 $ 337.02

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 0.50 | $485.00 | $ 242.50 |
| P. Marks | 40.75 | $325.00 | $13,243.75 |

Total Fees :                 $13,486.25

Total Disbursements :                 $ 337.02

TOTAL DUE :                 $13,823.27