```
Date: 12/19/05            Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 1


                   W. R. Grace, Inc. % Elihu Inselbuch
                   Caplin & Drysdale
                   399 Park Avenue, 27th Floor
                   New York, New York 10022


Date/Slip# Description                                       HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 11/28/05  Relles    / (07) Committee, Creditors'                  0.6     225.00
 #2701     telephone Finch re: Libby forecasts; find and send    375.00
           information on same
```

{D0052355:1 }

```
Date: 12/19/05            Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 2

                       W. R. Grace


Date/Slip# Description                                   HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 11/22/05  Peterson   / (28) Data Analysis                      2.9   1740.00
 #2501     Review Libby Montana claims and issues             600.00

 11/23/05  Peterson   / (28) Data Analysis                      2.3   1380.00
 #2502     Research and review vermiculite insulation claims  600.00

 11/28/05  Peterson   / (28) Data Analysis                      0.4    240.00
 #2503     telephone Relles re: Libby forecasts               600.00

 11/28/05  Relles     / (28) Data Analysis                      0.4    150.00
 #2702     telephone Peterson re: Libby forecasts             375.00
-----------------------------------------------------------------------------
```

{D0052355:1 }

```
Date: 12/19/05            Legal Analysis Systems, Inc.
Time: 8:00am                                                        Page 3

                     W. R. Grace

               Summary Of Time Charges, By Month and Activity
                      November 2005 - November 2005

  MONTH       ACTIVITY                                       HOURS    AMOUNT
  ----------------------------------------------------------------------------
  November  - (07) Committee, Creditors'                       0.6     225.00
  November  - (28) Data Analysis                               6.0    3510.00
  November  - (99) Total                                       6.6    3735.00

  Total     - (07) Committee, Creditors'                       0.6     225.00
  Total     - (28) Data Analysis                               6.0    3510.00
  Total     - (99) Total                                       6.6    3735.00

  ----------------------------------------------------------------------------
```

{D0052355:1 }

```
Date: 12/19/05           Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 4

                     W. R. Grace

              Summary Of Time Charges, By Month and Person
                   November 2005 - November 2005

   MONTH       PERSON                                        HOURS    AMOUNT
   ---------------------------------------------------------------------------
   November  - Relles                                          1.0    375.00
   November  - Peterson                                        5.6   3360.00
   November  - Total                                           6.6   3735.00

   Total     - Relles                                          1.0    375.00
   Total     - Peterson                                        5.6   3360.00
   Total     - Total                                           6.6   3735.00

   ---------------------------------------------------------------------------
```

{D0052355:1 }

```
Date: 12/19/05           Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 5

                 W. R. Grace

            Summary Of Time Charges, By Activity, Month, and Person
                        November 2005 - November 2005

 MONTH       PERSON                                   HOURS    RATE    AMOUNT
 -----------------------------------------------------------------------------
 (07) Committee, Creditors'

 November  - Relles                                     0.6    375.    225.00

 (28) Data Analysis

 November  - Relles                                     0.4    375.    150.00
 November  - Peterson                                   5.6    600.   3360.00

 -----------------------------------------------------------------------------
```

{D0052355:1 }