# EXHIBIT A

**Asset Analysis and Recovery (.20 Hours; $ 152.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $760 | 152.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/15/05 | PVL | 760.00 | 0.20 | Review 5 miscellaneous filings (.1); review e-mail (.1). |

**Total Task Code .01        .20**


**Case Administration (57.20 Hours; $ 14,922.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 4.40 | $760 | 3,344.00 |
| Julie W. Davis | .20 | $600 | 120.00 |
| Rita C. Tobin | 1.00 | $435 | 435.00 |
| Sheila A. Clark | 7.90 | $220 | 1,738.00 |
| David B. Smith | 35.40 | $220 | 7,788.00 |
| Andrew D. Katznelson | 4.50 | $185 | 832.50 |
| Samira A. Taylor | 3.80 | $175 | 665.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/01/05 | PVL | 760.00 | 1.10 | Review 10 miscellaneous filings (.1); review WRG opposition to NJ DEP motion to dismiss (.1); review draft 2019 order (.1); review Horkovich e-mail and reply (.5); teleconference Monaco (.3). |
| 11/01/05 | RCT | 435.00 | 0.20 | Review docket and local counsel recommendation re: EI update. |
| 11/01/05 | DBS | 220.00 | 1.00 | Compile documents for attorney review. |
| 11/02/05 | SAT | 175.00 | 0.10 | Compilation of spreadsheets listing Trustees, Directors and TAC members, and correspondence history of various bankruptcies. |

{D0052536:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 11/02/05 | DBS | 220.00 | 1.00 | Compile documents for attorney review. |
| 11/03/05 | PVL | 760.00 | 0.20 | Review Phillips letter to Baer and e-mail (.1); review Pacificorp response (.1). |
| 11/03/05 | SAT | 175.00 | 0.20 | Compilation of spreadsheets listing Trustees, Directors and TAC members, and correspondence history of various bankruptcies. |
| 11/03/05 | DBS | 220.00 | 1.50 | Compile documents for attorney review. |
| 11/04/05 | PVL | 760.00 | 0.20 | Review Warren draft and e-mail Frankel (.1); review revised draft order (.1). |
| 11/04/05 | SAT | 175.00 | 0.80 | Compilation of spreadsheets listing Trustees, Directors and TAC members, and correspondence history of various bankruptcies. |
| 11/04/05 | DBS | 220.00 | 1.50 | Schedule court reporter for upcoming deposition (1.0); compile documents for attorney review (.5). |
| 11/07/05 | PVL | 760.00 | 0.60 | Review 6 miscellaneous filings (.1); review drafts of 2019 order and related e-mail (.4); review draft COC and order (.1). |
| 11/07/05 | RCT | 435.00 | 0.20 | Review local counsel recommendation and docket re: EI update. |
| 11/07/05 | DBS | 220.00 | 1.50 | Compile documents for attorney review. |
| 11/07/05 | SAC | 220.00 | 0.90 | Review, annotate and manage electronic and hard copies of case documents for distribution and inventory. |
| 11/08/05 | PVL | 760.00 | 0.40 | Confer EI (.1); review Hurford memo (.1); review agenda notice (.1); review 5 miscellaneous filings (.1). |
| 11/08/05 | SAT | 175.00 | 0.50 | Compilation of spreadsheets listing Trustees, Directors and TAC members, and correspondence history of various bankruptcies. |
| 11/08/05 | DBS | 220.00 | 1.50 | Compile documents for attorney review. |
| 11/09/05 | SAT | 175.00 | 0.70 | Compilation of spreadsheets listing Trustees, Directors and TAC members, and correspondence history of various bankruptcies. |
| 11/09/05 | DBS | 220.00 | 1.50 | Compile documents for attorney review. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 11/10/05 | SAT | 175.00 | 0.10 | Compilation of spreadsheets listing Trustees, Directors and TAC members, and correspondence history of various bankruptcies. |
| 11/10/05 | DBS | 220.00 | 2.00 | Compile documents for attorney review. |
| 11/11/05 | PVL | 760.00 | 0.30 | Review e-mail (.2); review draft 2019 order (.1). |
| 11/11/05 | ADK | 185.00 | 1.00 | Review, classify and annotate relevant material for case fee and payment record. |
| 11/11/05 | DBS | 220.00 | 2.30 | Compile potential exhibits for upcoming deposition. |
| 11/13/05 | PVL | 760.00 | 0.60 | Review draft expert des (.2); prep for bar date hearing (.4). |
| 11/14/05 | RCT | 435.00 | 0.20 | Review local counsel recommendation and docket re: EI update. |
| 11/14/05 | SAT | 175.00 | 0.60 | Compilation of spreadsheets listing Trustees, Directors and TAC members, and correspondence history of various bankruptcies. |
| 11/14/05 | DBS | 220.00 | 3.00 | Compile potential exhibits for upcoming deposition. |
| 11/15/05 | SAT | 175.00 | 0.20 | Compilation of spreadsheets listing Trustees, Directors and TAC members, and correspondence history of various bankruptcies. |
| 11/15/05 | DBS | 220.00 | 6.30 | Compile potential exhibits for upcoming deposition. |
| 11/16/05 | SAT | 175.00 | 0.50 | Compilation of spreadsheets listing Trustees, Directors and TAC members, and correspondence history of various bankruptcies. |
| 11/16/05 | ADK | 185.00 | 1.00 | Review, classify and annotate relevant material for case Fee Auditor file. |
| 11/16/05 | DBS | 220.00 | 5.30 | Compile potential exhibits for upcoming deposition. |
| 11/16/05 | SAC | 220.00 | 2.40 | Assist NDF/JAL with supplementing Sealed Air deposition binders and provide Hughes and Siegel depositions and exhibits for same. |
| 11/17/05 | PVL | 760.00 | 0.20 | Review Hurford memo and e-mail EI (.1); teleconference EI (.1). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 11/17/05 | SAT | 175.00 | 0.10 | Compilation of spreadsheets listing Trustees, Directors and TAC members, and correspondence history of various bankruptcies. |
| 11/18/05 | DBS | 220.00 | 2.00 | Compile deposition exhibits and other documents for attorney review. |
| 11/18/05 | SAC | 220.00 | 1.30 | Assist NDF with PDF minuscripts of several depositions related to Sealed Air matter (.6); communication with court reporter re same (.3); review, annotate and manage electronic and hard copies of case inventory (.4). |
| 11/21/05 | PVL | 760.00 | 0.10 | Review 11 miscellaneous filings. |
| 11/21/05 | RCT | 435.00 | 0.20 | Review local counsel recommendation and docket re: EI update. |
| 11/21/05 | DBS | 220.00 | 2.00 | Compile documents re medical records for attorney review. |
| 11/21/05 | SAC | 220.00 | 0.70 | Finalize forwarding PDF copies of Sealed Air deposition minuscripts. |
| 11/22/05 | PVL | 760.00 | 0.30 | Review e-mail (.1); review 9 miscellaneous filings (.1); confer NDF (.1). |
| 11/22/05 | DBS | 220.00 | 0.50 | Compile documents re medical records for attorney review. |
| 11/26/05 | PVL | 760.00 | 0.10 | Review 8 miscellaneous filings. |
| 11/28/05 | RCT | 435.00 | 0.10 | Research re: bankruptcy fee project. |
| 11/28/05 | DBS | 220.00 | 1.50 | Compile documents for case files. |
| 11/29/05 | PVL | 760.00 | 0.30 | Teleconference Hurford (.2); review 12 miscellaneous filings (.1). |
| 11/29/05 | RCT | 435.00 | 0.10 | Research re: bankruptcy fee project. |
| 11/29/05 | DBS | 220.00 | 1.00 | Compile opinions, transcripts, and pleadings for attorney review. |
| 11/30/05 | JWD | 600.00 | 0.20 | Conference with ACM, LMK, KNB re status of cases |
| 11/30/05 | ADK | 185.00 | 2.50 | Work on bankruptcy fee project. |

| | | | | |
|---|---|---|---|---|
| 11/30/05 | SAC | 220.00 | 2.60 | Assist NDF and JAL with gathering and organizing Sealed Air depositions and transcripts. |

**Total Task Code .04       57.20**

**Claim Analysis Objection & Resolution (Asbestos) (18.00 Hours; $ 13,680.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 18.00 | $760 | 13,680.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/02/05 | PVL | 760.00 | 1.30 | Review e-mail (.5); confer NDF (.5); teleconference Matheny (.3). |
| 11/04/05 | PVL | 760.00 | 0.30 | Review WRG resp. re PD est. methodology. |
| 11/07/05 | PVL | 760.00 | 0.10 | Review WRG bar date reply. |
| 11/09/05 | PVL | 760.00 | 0.70 | Review e-mail (.1); review sample discovery objections (.4); review WRG and ins filings re est. order (.1); review EPA release re vermiculite (.1). |
| 11/14/05 | PVL | 760.00 | 8.00 | Prep for hearing (.8); attend same (5.3); conferences Baena, Sakalo, Wyron, Esserman, Pasquale, Hurford (1.1); conference Hurford (.2); confer Wyron (.6). |
| 11/15/05 | PVL | 760.00 | 1.50 | Review e-mail and reply (.3); teleconference EI (.4); teleconference EI et al (.5); review excl. motion and e-mail EI et al (.3). |
| 11/16/05 | PVL | 760.00 | 0.10 | Review NDF memo. |
| 11/18/05 | PVL | 760.00 | 0.30 | Review e-mail (.1); conferences NDF (.2). |
| 11/19/05 | PVL | 760.00 | 0.40 | Review Flynn depo. |
| 11/28/05 | PVL | 760.00 | 5.30 | Confer Frankel, Wyron, Felder, NDF, JAL, ALV (3.6); confer NDF, JAL, ALV (.2); conferences NDF (.9); teleconference Peterson, NDF (.3); teleconference EI, NDF (.2); review e-mail and reply (.1). |

**Total Task Code .05**        18.00

**Claim Analysis Objection & Resolution (Non-Asbestos) (.40 Hours; $ 304.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .40 | $760 | 304.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/27/05 | PVL | 760.00 | 0.30 | Review WRG resp re Pearson SJ motion. |
| 11/30/05 | PVL | 760.00 | 0.10 | Review Pearson reply re SJ. |

**Total Task Code .06**        .40

**Committee, Creditors', Noteholders' or Equity Holders' (.30 Hours; $ 250.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .30 | $835 | 250.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/09/05 | EI | 835.00 | 0.10 | Zonolite memo to Committee. |
| 11/10/05 | EI | 835.00 | 0.10 | Memo to Cooney re: Zonolite. |
| 11/15/05 | EI | 835.00 | 0.10 | Memo re: Brayton inquiry (.1). |

**Total Task Code .07**        .30

**Fee Applications, Applicant (4.10 Hours; $ 1,033.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 1.10 | $435 | 478.50 |

| Andrew D. Katznelson | 3.00 | $185 | 555.00 |
|---|---|---|---|

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/10/05 | ADK | 185.00 | 1.00 | Worked on fee application. |
| 11/11/05 | RCT | 435.00 | 0.50 | Review interim fee apps. |
| 11/14/05 | ADK | 185.00 | 0.50 | Worked on fee application. |
| 11/17/05 | ADK | 185.00 | 1.00 | Worked on fee application. |
| 11/18/05 | RCT | 435.00 | 0.50 | Review monthly fee apps. |
| 11/18/05 | ADK | 185.00 | 0.50 | Worked on fee application. |
| 11/28/05 | RCT | 435.00 | 0.10 | Review schedule for December fee apps. |

**Total Task Code .12     4.10**


**Fee Applications, Others (4.80 Hours; $ 2,543.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $760 | 76.00 |
| Nathan D. Finch | 4.70 | $525 | 2,467.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/09/05 | NDF | 525.00 | 2.40 | Prepare for Flynn deposition (1.0); telephone conference with Montana lawyer regarding Libby issues (0.9); review ZAI materials and EPA pronouncement regarding same (0.5). |
| 11/10/05 | NDF | 525.00 | 2.30 | Prepare for Libby Medical Plan doctor deposition (0.5); memo to ACC regarding same (0.3); telephone conference with Barbara Harding regarding job site lists (1.0); telephone conference with Heberling regarding LMP claimants (0.5). |

| 11/15/05 | PVL | 760.00 | 0.10 | Review 6 fee applications. |
|---|---|---|---|---|

**Total Task Code .13**   **4.80**

**Hearings (.30 Hours; $ 250.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Iselbuch | .30 | $835 | 250.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/15/05 | EI | 835.00 | 0.30 | T/c PVNL re: hearing events (.3). |

**Total Task Code .15**   **.30**

**Litigation and Litigation Consulting (194.10 Hours; $ 73,727.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 2.00 | $835 | 1,670.00 |
| Albert G. Lauber | .70 | $610 | 427.00 |
| Nathan D. Finch | 58.50 | $525 | 30,712.50 |
| Leslie M. Kelleher | .20 | $440 | 88.00 |
| Jeffrey A. Liesemer | 39.70 | $425 | 16,872.50 |
| James P. Wehner | 4.20 | $405 | 1,701.00 |
| Danielle K. Graham | 1.40 | $290 | 406.00 |
| Adam L. VanGrack | 87.40 | $250 | 21,850.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/01/05 | EI | 835.00 | 0.10 | T/c Mr. Sullivan and Hurford re: XBT. |
| 11/01/05 | NDF | 525.00 | 0.50 | Review recent email correspondence regarding case issues (0.5). |
| 11/01/05 | ALV | 250.00 | 1.00 | Work with service company to serve Dr. Lee Sider for deposition in New York. |
| 11/02/05 | NDF | 525.00 | 2.00 | Work on discovery issues - motion to compel. |

| | | | | |
|---|---|---|---|---|
| 11/02/05 | JAL | 425.00 | 0.10 | Review and analysis of e-mail from M. Hurford regarding estimation and discovery-related issues. |
| 11/02/05 | ALV | 250.00 | 0.70 | Prepare for deposition of Dr. Lee Sider. |
| 11/03/05 | JAL | 425.00 | 0.10 | Review of letter from claimants' attorney regarding responses to questionnaires. |
| 11/03/05 | ALV | 250.00 | 0.80 | Prepare discovery document package. |
| 11/04/05 | NDF | 525.00 | 1.00 | Review materials regarding settlement sent by company. |
| 11/04/05 | JAL | 425.00 | 1.60 | Review and analysis of materials regarding insurer standing issues. |
| 11/04/05 | ALV | 250.00 | 1.20 | Arrange for the deposition of Dr. Jay Flynn (0.9); attempt to arrange deposition of Dr. Lee Sider (0.3). |
| 11/06/05 | NDF | 525.00 | 0.80 | Review recent email correspondence regarding open discovery issues (0.5); review Budd email regarding settlement (0.3). |
| 11/07/05 | EI | 835.00 | 0.20 | Memo re: questionnaire issue. |
| 11/07/05 | NDF | 525.00 | 0.30 | Telephone conference with Tersigni regarding various issues (0.1); telephone conference with Budd regarding settlement conference call (0.2). |
| 11/07/05 | JAL | 425.00 | 0.10 | Telephone call with A. Basta, debtors' counsel regarding proposed mediator compensation order. |
| 11/07/05 | JAL | 425.00 | 0.20 | Review and analysis of debtors' reply brief in support of their bar-date motion. |
| 11/07/05 | JAL | 425.00 | 0.40 | Review and analysis of discovery requests and related materials in preparation of tomorrow morning's meet-and-confer conference call with debtors' counsel. |
| 11/07/05 | JAL | 425.00 | 0.10 | Drafted and revised memo to NDF regarding tomorrow morning's meet-and-confer teleconference with debtors' counsel. |
| 11/07/05 | ALV | 250.00 | 1.60 | Attempt to acquire Material Safety Data Sheets for debtors from OSHA and EPA (1.3); attempt to arrange deposition of Dr. Sider (0.3). |

| | | | | |
|---|---|---|---|---|
| 11/08/05 | EI | 835.00 | 0.10 | Conf. PVNL re: bar date motion. |
| 11/08/05 | NDF | 525.00 | 2.80 | Telephone conference with debtor's lawyer regarding discovery issues (1.0); telephone conference with Wyron and Frankel regarding case planning (0.8); prepare for Flynn deposition (1.0). |
| 11/08/05 | JAL | 425.00 | 4.30 | Office conference with NDF and ALV regarding upcoming discovery meet-and-confer with debtors' counsel (.20); teleconference meet-and-confer with debtors' counsel regarding estimation-related discovery issues (1.2); teleconference with NDF, ALV, and counsel for the future claims representative regarding estimation-related discovery issues (.80); office conference with NDF and ALV regarding next steps with respect to estimation-related discovery (.30); review and analysis of debtors' reply memorandum regarding Daubert challenge to PD committee's dust sampling methodology (.30); further revisions and edits to proposed order governing mediator compensation (1.4); drafted and revised cover transmittal memo to debtors' counsel enclosing my re-draft of proposed order governing mediator compensation (.10). |
| 11/08/05 | ALV | 250.00 | 0.40 | Attempt to acquire Material Safety Data Sheets for debtors from OSHA and EPA. |
| 11/09/05 | JAL | 425.00 | 5.60 | Review of agenda letter for November 14, 2005, omnibus hearing (.30); telephone call w/M. Hurford regarding mediator compensation issue (.10); drafted and revised submission to the court regarding mediator compensation issue (4.90); drafted and revised memo regarding inquiry concerning claimants' questionnaire (.30). |
| 11/09/05 | ALV | 250.00 | 6.70 | Attempt to arrange deposition of Dr. Sider (1.2); arrange deposition of Dr. Flynn (1.0); prepare for and review documents related to upcoming Flynn deposition (4.5). |
| 11/10/05 | JAL | 425.00 | 0.60 | Review and analysis of order governing conversion of questionnaires into electronic form (.20); reviewed amended notice of deposition of Flynn and drafted memo to NDF regarding rescheduled deposition (.20); review and analysis of materials regarding discovery mediator compensation (.20). |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 11/10/05 | ALV | 250.00 | 7.10 | Further arrangements for Flynn deposition (0.4); prepare for Flynn deposition (including collection and review of documents, drafting of outline) (6.7). |
| 11/11/05 | NDF | 525.00 | 4.90 | Draft, revise and edit pleading regarding expert witness categories (2.5); prepare for Flynn deposition (0.9); telephone conference with Welch regarding medical issues (0.2); memo to EI and PVNL regarding ZAI issues (0.5); review relevant case law regarding property damage claims (0.8). |
| 11/11/05 | JAL | 425.00 | 0.20 | Review and analysis of materials relating to debtors' potential estimation defenses. |
| 11/11/05 | JAL | 425.00 | 1.00 | Drafted and revised memo to PVNL regarding mediator compensation. |
| 11/11/05 | ALV | 250.00 | 7.20 | Make further arrangements for Flynn deposition (0.3; prepare for Flynn deposition (including collection and review of documents, drafting of outline) (6.9). |
| 11/14/05 | AGL | 610.00 | 0.60 | Review motion of hearing agendas for Oct./Nov. |
| 11/14/05 | NDF | 525.00 | 2.60 | Telephone conference with Kazan regarding case issue (0.5); telephone conference with Heberling regarding deposition of Flynn (0.5); telephone conference with EI regarding case issues (0.3); telephone conference with Welch regarding expert testimony (0.3); edit expert disclosure document (0.5); email to potential expert regarding case issues (0.5). |
| 11/14/05 | JAL | 425.00 | 0.30 | Drafted and revised memo to the Grace Committee regarding and enclosing the committee's initial designation of expert testimony categories. |
| 11/14/05 | ALV | 250.00 | 7.40 | Make further arrangements for Flynn deposition (0.4); prepare for Flynn deposition (including collection and review of documents, drafting of outline) (7.0). |
| 11/15/05 | NDF | 525.00 | 3.00 | Review Grace response to discovery (1.0); prep for Flynn depo (1.5); all-cases meeting, Grace portion (.50). |
| 11/15/05 | JAL | 425.00 | 1.80 | Teleconference with M. Hurford regarding debtors' bar-date motion and estimation litigation issues (.40); preparation for teleconference regarding estimation issues and status of litigation and discovery (.50); |

| | | | | |
|---|---|---|---|---|
| | | | | teleconference with EI, PVNL, and NDF regarding status of litigation, developments, strategy, and next steps (.70); brief review of debtors' responses and objections to committee's discovery requests (.20). |
| 11/15/05 | ALV | 250.00 | 7.90 | Make further arrangements for Flynn deposition (0.9); prepare for Flynn deposition (including collection and review of documents, drafting of outline) (7.0). |
| 11/16/05 | EI | 835.00 | 0.20 | T/c NDF re: exclusivity issues. |
| 11/16/05 | NDF | 525.00 | 3.00 | Estimation discovery - reviewing materials produced in Sealed Air (2.0); Prep for Flynn depo (1.0). |
| 11/16/05 | DKG | 290.00 | 1.20 | Attention to issues re Dr. Harron. |
| 11/16/05 | ALV | 250.00 | 7.90 | Make further arrangements for Flynn deposition (0.9); prepare for Flynn deposition (including collection and review of documents, drafting of outline) (7.0). |
| 11/17/05 | NDF | 525.00 | 5.00 | Prep for Flynn depo (2.0); take Flynn deposition(3.0). |
| 11/17/05 | LMK | 440.00 | 0.20 | Conf w/RCT re: fee issue. |
| 11/17/05 | ALV | 250.00 | 12.20 | Travel to/from Eatontown, NJ for deposition of Dr. Flynn (working travel) (9.5); attend deposition of Dr. Flynn (2.7). |
| 11/18/05 | AGL | 610.00 | 0.10 | Review pending Br. Ct. schedule. |
| 11/18/05 | EI | 835.00 | 0.70 | T/c Budd, Weitz, NDF re: status (.5); conf. Kendall re: questionnaire (.2). |
| 11/18/05 | NDF | 525.00 | 2.50 | Telecon w/Budd and EI re: settlement status (.50); memo to Hurford re: exclusivity motion (1.5); review information re: ZAI claims (.50). |
| 11/18/05 | JAL | 425.00 | 0.20 | Review of M. Hurford's memo regarding prior month's omnibus hearing and related issues. |
| 11/18/05 | JAL | 425.00 | 0.20 | Reviewed correspondence from NDF and M. Hurford regarding debtors' motion to further extend the exclusivity periods. |
| 11/18/05 | ALV | 250.00 | 3.00 | Review notes and draft summary of Flynn deposition. |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 11/19/05 | NDF | 525.00 | 0.60 | Review memo re: Flynn deposition. |
| 11/21/05 | NDF | 525.00 | 2.80 | Follow up correspondence w/Grace counsel re: Flynn deposition and Libby claimants (.50); draft letter to Bryant and Harding re: same (.80); prepare for 11/22/05 meeting and conference (1.0); telecon w/Budd re: settlement (.50) |
| 11/21/05 | DKG | 290.00 | 0.20 | Attention to deposition issues. |
| 11/21/05 | JAL | 425.00 | 0.50 | Review and analysis of Flynn deposition transcript. |
| 11/21/05 | ALV | 250.00 | 4.00 | Review transcript of Flynn deposition (2.0); review medical files of certain Libby claimants (2.0). |
| 11/22/05 | EI | 835.00 | 0.20 | T/c Rice re: questionnaire issue (.1); t/c NDF re: same (.1). |
| 11/22/05 | NDF | 525.00 | 6.90 | Prepare for meeting and conference re: discovery issues (2.0); review deposition exhibits in sealed air for use in estimation (.80); meeting with grace counsel re: discovery issues (3.5); draft emails to Heberling re: hippa issue and Bryant deposition (.50); teleconference w/EI re: case issues (.10). |
| 11/22/05 | JAL | 425.00 | 1.20 | Teleconference w/counsel for the debtors and the future claimants' representative regarding outstanding discovery issues in connection with estimation (1.0); reviewed e-mail message from S. Ziolkowski of Lowenstein regarding Grace questionnaire and discovery (.20). |
| 11/22/05 | ALV | 250.00 | 5.00 | Review medical files of certain Libby claimants (1.5); attend conference with debtors and counsel for other parties to the estimation (3.5). |
| 11/23/05 | JAL | 425.00 | 2.30 | Telephone call w/S. Ziolkowski regarding Grace questionnaire and related estimation discovery (.20); review and analysis of deposition transcripts relating to bankruptcy estimation (2.10). |
| 11/28/05 | EI | 835.00 | 0.40 | T/c PVNL/NDF re: estimation and Libby issues (.2); set up conf. call (.2). |
| 11/28/05 | NDF | 525.00 | 9.00 | Meet with FCR lawyers regarding asbestos estimation issues (4.5); review materials regarding Libby claims and estimation of same (1.5); confer with PVNL regarding Libby issues (0.5); prepare for |

| | | | | |
|---|---|---|---|---|
| | | | | meeting with FCR and Grace ACC regarding various issues (1.5); confer with FCR lawyers regarding exclusivity (0.5); confer with Mr. Wehner regarding case issues (0.5). |
| 11/28/05 | JAL | 425.00 | 7.00 | Meeting with PVNL, NDF, ALV, and counsel for the future claims representative regarding estimation-related discovery and next steps (3.80); review and analysis of deposition transcripts and other materials relating to estimation issues (3.20). |
| 11/28/05 | ALV | 250.00 | 6.30 | Attend conference regarding planning and strategy with counsel for the ACC and counsel for the futures representative (3.5); review, edit and file expert designations (2.8). |
| 11/29/05 | EI | 835.00 | 0.10 | Memo re: questionnaire inquiry. |
| 11/29/05 | NDF | 525.00 | 2.30 | Telephone conference with Mr. Budd regarding case issues (0.5); telephone conference with Mr. Cooney regarding case issue (0.2); telephone conference with EI regarding case issue (1.1); draft analysis of Libby claims (0.5). |
| 11/29/05 | JAL | 425.00 | 5.00 | Review and analysis of deposition transcripts and other materials relating to estimation and discovery issues. |
| 11/29/05 | JAL | 425.00 | 0.40 | Drafted and revised memo to EI regarding questionnaire and discovery issues. |
| 11/29/05 | ALV | 250.00 | 1.00 | Prepare letter to counsel for debtors regarding discovery disputes. |
| 11/29/05 | JPW | 405.00 | 2.20 | Analysis of issues re asbestos estimation |
| 11/30/05 | NDF | 525.00 | 8.50 | Two teleconferences with Grace lawyers regarding ACC discovery (3.5); conference with JAL regarding Libby issues (1.0); review expert analysis of Libby claims (1.0); review Sealed Air documents and depositions (1.5); telephone conference with Brody regarding expert issues (0.5); telephone conference with lawyer regarding Dick Lemen (0.5); email to potential expert (0.5). |
| 11/30/05 | JAL | 425.00 | 1.60 | Telephone conference with Grace counsel and counsel for other parties regarding outstanding estimation-related discovery issues. |

| 11/30/05 | JAL | 425.00 | 0.80 | Office conference with NDF and ALV regarding estimation discovery and strategy issues. |
| --- | --- | --- | --- | --- |
| 11/30/05 | JAL | 425.00 | 2.00 | Review and analysis of materials relating to estimation issues and related discovery. |
| 11/30/05 | JAL | 425.00 | 0.10 | Drafted and revised memo to M. Hurford regarding draft objection to debtors' request to extend the exclusive periods. |
| 11/30/05 | JAL | 425.00 | 1.40 | Second "meet and confer" telephone conference with Grace counsel and counsel for other parties regarding outstanding estimation-related discovery issues. |
| 11/30/05 | JAL | 425.00 | 0.50 | Office conference with NDF regarding estimation issues, related discovery, planning, and next steps. |
| 11/30/05 | JAL | 425.00 | 0.10 | Drafted and revised memo to SAC and DBS regarding estimation discovery materials. |
| 11/30/05 | ALV | 250.00 | 6.00 | Attend teleconferences regarding discovery issues (5.0); prepare letter to counsel for debtors regarding discovery disputes (1.0). |
| 11/30/05 | JPW | 405.00 | 2.00 | Analysis of issues re asbestos estimation |

**Total Task Code .16        194.10**


**Plan & Disclosure Statement (.40 Hours; $ 334.00)**

| Attorney | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Elihu Inselbuch | .40 | $835 | 334.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
| --- | --- | --- | --- | --- |
| 11/15/05 | EI | 835.00 | 0.20 | Status review. |
| 11/29/05 | EI | 835.00 | 0.20 | Memo to Cooney re: status. |

**Total Task Code .17        .40**

**Travel – Non Working (7.50 Hours; $ 2,086.25)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.00 | $380.00 | 380.00 |
| Nathan D. Finch | 6.50 | $262.50 | 1,706.25 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/14/05 | PVL | 380.00 | 1.00 | Travel to/from Wilmington (1/3). |
| 11/17/05 | NDF | 262.50 | 6.50 | Travel to Flynn deposition (3.0); travel back from Flynn depo (3.5). |

**Total Task Code .21      7.50**


**Valuation (.20 Hours; $ 85.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Jeffrey A. Liesemer | .20 | $425 | 85.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/14/05 | JAL | 425.00 | 0.20 | Review and analysis of committee's initial designation of expert testimony categories. |

**Total Task Code .22      .20**


**Fee Auditor Matters (2.00 Hours; $ 870.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 2.00 | $435 | 870.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/11/05 | RCT | 435.00 | 2.00 | Respond to fee auditor. |

**Total Task Code .32**     **2.00**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 471.00 |
| Air Freight & Express Mail | 90.07 |
| Database Research | 1,374.53 |
| Long Distance-Equitrac In-House | 15.70 |
| Meals Related to Travel | 43.13 |
| NYO Long Distance Telephone | 755.00 |
| Outside Local Deliveries | 140.00 |
| Outside Photocopying/Duplication Service | 873.00 |
| Postage | 1.11 |
| Telecopier/Equitrac | 39.75 |
| Travel Expenses - Ground Transportation | 211.68 |
| Xeroxing | 770.25 |
| Total: | $4,785.22 |

{D0052536:1 }