**EXHIBIT B**

**Asset Analysis & Recovery (.2 Hours; $ 152.00)**

        Services rendered in this category pertain to effort to analyze and recover the Debtors' assets for the benefit of the estate.

**Total Task Code .01**      .2

**Case Administration (57.2 Hours; $ 14,922.50)**

        Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**      57.2

**Claim Analysis Objection & Resolution (Asbestos) (18.0 Hours; $ 13,680.00)**

        Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**      18.0

**Claim Analysis Objection & Resolution (Non-Asbestos) (.4 Hours; $ 304.00)**

        Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .06**      .4

**Committee, Creditors', Noteholders' or Equity Holders'(.3 Hours; $ 250.50)**

        Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**      .3

**Fee Applications, Applicant (4.1 Hours; $ 1,033.50)**

{D0052537:1 }
DOC#151898

- 2 -

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdales's special consultant, Professor Elizabeth Warren.

**Total Task Code .12         4.1**

**Fee Applications, Others (4.8 Hours; $ 2,543.50)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13         4.8**

**Hearings (.3 Hours; $ 250.50)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15         .3**

**Litigation and Litigation Consulting (194.1 Hours; $ 73,727.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16         194.1**

**Plan & Disclosure Statement (.4 Hours; $ 334.00)**

Services rendered in this category pertain to the efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17         .4**

**Travel Non-Working (7.5 Hours; $ 2,086.25)**

- 3 -

      Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21**     7.5

**Valuation (.2 Hours; $ 85.00)**

      Services rendered in this category pertain to the analysis of the Debtors' assets and any claims filed against the estate.

**Total Task Code .22**     .2

**Fee Auditor Matters (2.0 Hours; $ 870.00)**

      Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32**     2.0