## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 471.00 |
| Air Freight & Express Mail | 90.07 |
| Database Research | 1,374.53 |
| Long Distance-Equitrac In-House | 15.70 |
| Meals Related to Travel | 43.13 |
| NYO Long Distance Telephone | 755.00 |
| Outside Local Deliveries | 140.00 |
| Outside Photocopying/Duplication Service | 873.00 |
| Postage | 1.11 |
| Telecopier/Equitrac | 39.75 |
| Travel Expenses - Ground Transportation | 211.68 |
| Xeroxing | 770.25 |
| Total: | $4,785.22 |

{D0052538:1 }