```
Client Number:   4642                   Grace Asbestos Personal Injury Claimants                                              Page:   1
Matter     000                          Disbursements                                                                    12/16/2005
                                                                                                                     Print Date/Time:
                                                                                                                        12/16/2005
Attn:                                                                                                                    4:02:41PM
                                                     PREBILL  / CONTROL  REPORT                                        Invoice #
                                                              Trans Date Range:  1/1/1950  to: 11/30/2005
Matter      000
Disbursements
Bill Cycle:       Monthly          Style:        i1         Start:    4/16/2001
                                                                 Last Billed : 11/28/2005                      13,655
```

Trust Amount Available

Total Expenses Billed To Date         $301,249.09

```
                                                              Billing Empl:        0120       Elihu  Inselbuch
                                                              Responsible Empl:    0120       Elihu  Inselbuch
                                                              Alternate Empl:      0120       Elihu  Inselbuch
                                                              Originating Empl:    0120       Elihu  Inselbuch
```

**Summary  by Employee**

| Empl | Initials | Name | ACTUAL Hours | ACTUAL Amount | BILLING Hours | BILLING Amount |
|---|---|---|---|---|---|---|
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 209.00 | 0.00 | 157.00 |
| 0120 | EI | Elihu Inselbuch | 0.00 | 23.43 | 0.00 | 23.43 |
| 0187 | NDF | Nathan D Finch | 0.00 | 403.25 | 0.00 | 403.25 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 347.85 | 0.00 | 347.85 |
| 0232 | LK | Lauren Karastergiou | 0.00 | 9.90 | 0.00 | 9.90 |
| 0238 | SLC | Stacey L Colson | 0.00 | 9.90 | 0.00 | 9.90 |
| 0308 | DBS | David B Smith | 0.00 | 1,056.30 | 0.00 | 1,056.30 |
| 0325 | SAC | Sheila A Clark | 0.00 | 17.25 | 0.00 | 17.25 |
| 0327 | ALV | Adam L VanGrack | 0.00 | 342.66 | 0.00 | 342.66 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 2,417.68 | 0.00 | 2,417.68 |
|  |  |  | **0.00** | **4,837.22** | **0.00** | **4,785.22** |

**Total Fees**

**Summary  by Employee**

| Empl | Initials | Name | ACTUAL Rate | ACTUAL Hours | ACTUAL Amount | BILLING Rate | BILLING Hours | BILLING Amount |
|---|---|---|---|---|---|---|---|---|

**Total Fees**

**Detail Time / Expense  by  Date**

| TransNo. | Description | TransType | Trans Date | Work Empl | | ACTUAL Rate | ACTUAL Hours | ACTUAL Amount | BILLING Rate | BILLING Hours | BILLING Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1874222 | Equitrac - Long Distance to 8432169252 | E | 11/02/2005 | 0999 | C&D | 0.00 | | $0.05 | 0.00 | | $0.05 | 0.05 |
| 1874224 | Equitrac - Long Distance to 2128448400 | E | 11/02/2005 | 0999 | C&D | 0.00 | | $0.06 | 0.00 | | $0.06 | 0.11 |
| 1874226 | Equitrac - Long Distance to 2124202546 | E | 11/02/2005 | 0999 | C&D | 0.00 | | $0.05 | 0.00 | | $0.05 | 0.16 |
| 1874227 | Equitrac - Long Distance to 8054993572 | E | 11/02/2005 | 0999 | C&D | 0.00 | | $0.48 | 0.00 | | $0.48 | 0.64 |

```
Client Number:   4642              Grace Asbestos Personal Injury Claimants                                                                  Page:    1
Matter      000                    Disbursements                                                                                          12/16/2005
                                                                                                                                       Print Date/Time:
                                                                                                                                          12/16/2005
                                                                                                                                           4:02:41PM
Attn:                                                                                                                                      Invoice #
1874242    Equitrac - Long Distance to 2039791256         E  11/02/2005    0999   C&D       0.00       $0.11       0.00       $0.11           0.75
1874245    Equitrac - Long Distance to 2123197125         E  11/02/2005    0999   C&D       0.00       $0.05       0.00       $0.05           0.80
1874312    Fax Transmission to 12032522562                E  11/02/2005    0220   SKL       0.00       $0.45       0.00       $0.45           1.25
1874347    Photocopy                                      E  11/02/2005    0220   SKL       0.00      $19.05       0.00      $19.05          20.30
1874417    Photocopy                                      E  11/02/2005    0220   SKL       0.00      $25.20       0.00      $25.20          45.50
1874419    Photocopy                                      E  11/02/2005    0220   SKL       0.00      $30.45       0.00      $30.45          75.95
1874989    Federal Express to Katie Hemming from EI on 10/26  E  11/03/2005  0120  EI      0.00       $5.72       0.00       $5.72          81.67
1875034    BostonCoach  for NDF in Pittsburgh on 10/5     E  11/03/2005    0187   NDF       0.00     $109.58       0.00     $109.58         191.25
1875148    Photocopy                                      E  11/03/2005    0220   SKL       0.00       $5.70       0.00       $5.70         196.95
1875156    Photocopy                                      E  11/03/2005    0220   SKL       0.00      $10.50       0.00      $10.50         207.45
1875236    Photocopy                                      E  11/03/2005    0999   C&D       0.00       $2.70       0.00       $2.70         210.15
1875237    Photocopy                                      E  11/03/2005    0999   C&D       0.00       $4.20       0.00       $4.20         214.35
1875877    Photocopy                                      E  11/07/2005    0999   C&D       0.00       $2.25       0.00       $2.25         216.60
1876162    Equitrac - Long Distance to 2122781733         E  11/08/2005    0999   C&D       0.00       $0.18       0.00       $0.18         216.78
1876171    Equitrac - Long Distance to 8054993572         E  11/08/2005    0999   C&D       0.00       $0.99       0.00       $0.99         217.77
1876174    Equitrac - Long Distance to 7576285520         E  11/08/2005    0999   C&D       0.00       $0.06       0.00       $0.06         217.83
1876185    Equitrac - Long Distance to 2123199240         E  11/08/2005    0999   C&D       0.00       $0.06       0.00       $0.06         217.89
1876200    Equitrac - Long Distance to 2124202544         E  11/08/2005    0999   C&D       0.00       $0.08       0.00       $0.08         217.97
1876201    Equitrac - Long Distance to 8054993572         E  11/08/2005    0999   C&D       0.00       $3.40       0.00       $3.40         221.37
1876204    Equitrac - Long Distance to 4124713980         E  11/08/2005    0999   C&D       0.00       $0.06       0.00       $0.06         221.43
1876248    Fax Transmission to 12122781733                E  11/08/2005    0220   SKL       0.00       $3.15       0.00       $3.15         224.58
1876300    Photocopy                                      E  11/08/2005    0238   SLC       0.00       $8.10       0.00       $8.10         232.68
1876359    Photocopy                                      E  11/08/2005    0220   SKL       0.00       $7.95       0.00       $7.95         240.63
1876388    Photocopy                                      E  11/08/2005    0999   C&D       0.00       $1.20       0.00       $1.20         241.83
1876514    Equitrac - Long Distance to 3024261900         E  11/09/2005    0999   C&D       0.00       $0.09       0.00       $0.09         241.92
1876523    Equitrac - Long Distance to 4068621532         E  11/09/2005    0999   C&D       0.00       $1.34       0.00       $1.34         243.26
1876587    Postage                                        E  11/09/2005    0187   NDF       0.00       $0.74       0.00       $0.74         244.00
1876616    Fax Transmission to 12145201181                E  11/09/2005    0999   C&D       0.00       $1.20       0.00       $1.20         245.20
1876617    Fax Transmission to 17136501400                E  11/09/2005    0999   C&D       0.00       $0.90       0.00       $0.90         246.10
1876618    Fax Transmission to 13125516759                E  11/09/2005    0999   C&D       0.00       $1.20       0.00       $1.20         247.30
1876619    Fax Transmission to 18432169290                E  11/09/2005    0999   C&D       0.00       $1.20       0.00       $1.20         248.50
1876620    Fax Transmission to 14067527124                E  11/09/2005    0999   C&D       0.00       $1.20       0.00       $1.20         249.70
1876621    Fax Transmission to 13026565875                E  11/09/2005    0999   C&D       0.00       $1.05       0.00       $1.05         250.75
1876623    Fax Transmission to 15108354913                E  11/09/2005    0999   C&D       0.00       $1.20       0.00       $1.20         251.95
1876625    Fax Transmission to 12165750799                E  11/09/2005    0999   C&D       0.00       $1.20       0.00       $1.20         253.15
1876626    Fax Transmission to 14124718308                E  11/09/2005    0999   C&D       0.00       $0.45       0.00       $0.45         253.60
1876627    Fax Transmission to 13024269947                E  11/09/2005    0999   C&D       0.00       $0.15       0.00       $0.15         253.75
1876628    Fax Transmission to 14122615066                E  11/09/2005    0999   C&D       0.00       $0.30       0.00       $0.30         254.05
1876629    Fax Transmission to 16179510679                E  11/09/2005    0999   C&D       0.00       $1.20       0.00       $1.20         255.25
1876630    Fax Transmission to 12148248100                E  11/09/2005    0999   C&D       0.00       $1.20       0.00       $1.20         256.45
1876631    Fax Transmission to 17136501400                E  11/09/2005    0999   C&D       0.00       $0.30       0.00       $0.30         256.75
1876632    Fax Transmission to 13026565875                E  11/09/2005    0999   C&D       0.00       $0.15       0.00       $0.15         256.90
1876633    Fax Transmission to 14124718308                E  11/09/2005    0999   C&D       0.00       $0.75       0.00       $0.75         257.65
1876634    Fax Transmission to 12123440994                E  11/09/2005    0999   C&D       0.00       $1.20       0.00       $1.20         258.85
1876635    Fax Transmission to 13024269947                E  11/09/2005    0999   C&D       0.00       $1.05       0.00       $1.05         259.90
1876636    Fax Transmission to 13053796222                E  11/09/2005    0999   C&D       0.00       $0.15       0.00       $0.15         260.05
1876637    Fax Transmission to 14122615066                E  11/09/2005    0999   C&D       0.00       $0.45       0.00       $0.45         260.50
1876638    Fax Transmission to 14122615066                E  11/09/2005    0999   C&D       0.00       $0.15       0.00       $0.15         260.65
1876639    Fax Transmission to 14122615066                E  11/09/2005    0999   C&D       0.00       $0.75       0.00       $0.75         261.40
1876640    Fax Transmission to 18432169440                E  11/09/2005    0999   C&D       0.00       $1.20       0.00       $1.20         262.60
1876641    Fax Transmission to 13053796222                E  11/09/2005    0999   C&D       0.00       $1.20       0.00       $1.20         263.80
1876642    Fax Transmission to 14122615066                E  11/09/2005    0999   C&D       0.00       $0.30       0.00       $0.30         264.10
1876707    Photocopy                                      E  11/09/2005    0232   LK        0.00       $2.70       0.00       $2.70         266.80
1876736    Photocopy                                      E  11/09/2005    0999   C&D       0.00      $29.40       0.00      $29.40         296.20
1876743    Photocopy                                      E  11/09/2005    0999   C&D       0.00       $5.85       0.00       $5.85         302.05
1876994    Equitrac - Long Distance to 4067525566         E  11/10/2005    0999   C&D       0.00       $0.44       0.00       $0.44         302.49
1877037    Fax Transmission to 14154746227                E  11/10/2005    0232   LK        0.00       $0.60       0.00       $0.60         303.09
1877104    Photocopy                                      E  11/10/2005    0232   LK        0.00       $0.60       0.00       $0.60         303.69
1877424    Fax Transmission to 12125889689                E  11/11/2005    0232   LK        0.00       $0.90       0.00       $0.90         304.59
1877428    Fax Transmission to 12125889689                E  11/11/2005    0232   LK        0.00       $1.05       0.00       $1.05         305.64
1877445    Photocopy                                      E  11/11/2005    0308   DBS       0.00      $12.00       0.00      $12.00         317.64
1877461    Photocopy                                      E  11/11/2005    0232   LK        0.00       $0.90       0.00       $0.90         318.54
1877485    Photocopy                                      E  11/11/2005    0232   LK        0.00       $1.05       0.00       $1.05         319.59
1877861    Equitrac - Long Distance to 2123197125         E  11/14/2005    0999   C&D       0.00       $0.69       0.00       $0.69         320.28
1877867    Equitrac - Long Distance to 8054993572         E  11/14/2005    0999   C&D       0.00       $0.08       0.00       $0.08         320.36
1877898    Equitrac - Long Distance to 5104657728         E  11/14/2005    0999   C&D       0.00       $0.92       0.00       $0.92         321.28
1877915    Equitrac - Long Distance to 8054993572         E  11/14/2005    0999   C&D       0.00       $0.75       0.00       $0.75         322.03
1878021    Photocopy                                      E  11/14/2005    0308   DBS       0.00       $9.90       0.00       $9.90         331.93
1878087    Photocopy                                      E  11/14/2005    0232   LK        0.00       $1.80       0.00       $1.80         333.73
1878113    Photocopy                                      E  11/14/2005    0999   C&D       0.00      $21.00       0.00      $21.00         354.73
1878159    Federal Express to Rina Ramos from ALV on 11/2 E  11/14/2005    0327   ALV       0.00      $15.35       0.00      $15.35         370.08
1878164    Federal Express to NDF from ALV on 11/3        E  11/14/2005    0327   ALV       0.00      $20.64       0.00      $20.64         390.72
```

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 12/16/2005 |
| | | | | | | | | | | Print Date/Time: |
| | | | | | | | | | | 12/16/2005 |
| | | | | | | | | | | 4:02:41PM |
| Attn: | | | | | | | | | | Invoice # |
| 1878221 | ADA Travel for NDF coach train fare to Trenton on 11/17 | | E | 11/15/2005 | 0187 | NDF | 0.00 | $76.00 | 0.00 | $76.00 | 466.72 |
| 1878222 | ADA Travel for agency fee on NDF travel to Trenton on 11/17 | | E | 11/15/2005 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 506.72 |
| 1878223 | ADA Travel PVNL train fare to Wilmington on 11/14 (coach fare 218.00) (split two ways) | | E | 11/15/2005 | 0020 | PVL | 0.00 | $161.00 | 0.00 | $109.00 | 615.72 |
| 1878225 | ADA Travel agency fee on PVNL travel to Wilmington on 11/14 (split two ways) | | E | 11/15/2005 | 0020 | PVL | 0.00 | $20.00 | 0.00 | $20.00 | 635.72 |
| 1878236 | Equitrac - Long Distance to 5105276189 | | E | 11/15/2005 | 0999 | C&D | 0.00 | $0.21 | 0.00 | $0.21 | 635.93 |
| 1878261 | Equitrac - Long Distance to 4158981555 | | E | 11/15/2005 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 636.01 |
| 1878264 | Equitrac - Long Distance to 4158981555 | | E | 11/15/2005 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 636.10 |
| 1878282 | Equitrac - Long Distance to 4067525566 | | E | 11/15/2005 | 0999 | C&D | 0.00 | $0.59 | 0.00 | $0.59 | 636.69 |
| 1878351 | Photocopy | | E | 11/15/2005 | 0232 | LK | 0.00 | $0.30 | 0.00 | $0.30 | 636.99 |
| 1878352 | Photocopy | | E | 11/15/2005 | 0220 | SKL | 0.00 | $19.35 | 0.00 | $19.35 | 656.34 |
| 1878362 | Photocopy | | E | 11/15/2005 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 656.64 |
| 1878377 | Photocopy | | E | 11/15/2005 | 0308 | DBS | 0.00 | $3.90 | 0.00 | $3.90 | 660.54 |
| 1878392 | Photocopy | | E | 11/15/2005 | 0308 | DBS | 0.00 | $3.90 | 0.00 | $3.90 | 664.44 |
| 1878396 | Photocopy | | E | 11/15/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 665.34 |
| 1878895 | Petty Cash PVNL parking and cab expenses for travel to Wilington for hearing on 11/14 | | E | 11/16/2005 | 0020 | PVL | 0.00 | $28.00 | 0.00 | $28.00 | 693.34 |
| 1878923 | Equitrac - Long Distance to 3619947200 | | E | 11/16/2005 | 0999 | C&D | 0.00 | $0.13 | 0.00 | $0.13 | 693.47 |
| 1878927 | Equitrac - Long Distance to 2123199240 | | E | 11/16/2005 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 693.56 |
| 1878936 | Equitrac - Long Distance to 4067525566 | | E | 11/16/2005 | 0999 | C&D | 0.00 | $0.19 | 0.00 | $0.19 | 693.75 |
| 1878948 | Equitrac - Long Distance to 3046223900 | | E | 11/16/2005 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 693.81 |
| 1878950 | Equitrac - Long Distance to 3048423287 | | E | 11/16/2005 | 0999 | C&D | 0.00 | $0.14 | 0.00 | $0.14 | 693.95 |
| 1878953 | Equitrac - Long Distance to 2129977499 | | E | 11/16/2005 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 694.01 |
| 1878961 | Equitrac - Long Distance to 2129977499 | | E | 11/16/2005 | 0999 | C&D | 0.00 | $0.68 | 0.00 | $0.68 | 694.69 |
| 1879088 | Photocopy | | E | 11/16/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 695.59 |
| 1879096 | Photocopy | | E | 11/16/2005 | 0220 | SKL | 0.00 | $2.70 | 0.00 | $2.70 | 698.29 |
| 1879123 | Photocopy | | E | 11/16/2005 | 0999 | C&D | 0.00 | $30.30 | 0.00 | $30.30 | 728.59 |
| 1879127 | Photocopy | | E | 11/16/2005 | 0999 | C&D | 0.00 | $18.15 | 0.00 | $18.15 | 746.74 |
| 1879129 | Photocopy | | E | 11/16/2005 | 0999 | C&D | 0.00 | $6.75 | 0.00 | $6.75 | 753.49 |
| 1879136 | Photocopy | | E | 11/16/2005 | 0999 | C&D | 0.00 | $32.25 | 0.00 | $32.25 | 785.74 |
| 1879137 | Photocopy | | E | 11/16/2005 | 0999 | C&D | 0.00 | $44.10 | 0.00 | $44.10 | 829.84 |
| 1879148 | Photocopy | | E | 11/16/2005 | 0308 | DBS | 0.00 | $13.80 | 0.00 | $13.80 | 843.64 |
| 1879155 | Photocopy | | E | 11/16/2005 | 0308 | DBS | 0.00 | $58.50 | 0.00 | $58.50 | 902.14 |
| 1879185 | Photocopy | | E | 11/16/2005 | 0308 | DBS | 0.00 | $15.60 | 0.00 | $15.60 | 917.74 |
| 1879196 | Photocopy | | E | 11/16/2005 | 0325 | SAC | 0.00 | $17.25 | 0.00 | $17.25 | 934.99 |
| 1879247 | Equitrac - Long Distance to 3024269910 | | E | 11/17/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 935.14 |
| 1879362 | Photocopy | | E | 11/17/2005 | 0220 | SKL | 0.00 | $11.85 | 0.00 | $11.85 | 946.99 |
| 1879425 | Photocopy | | E | 11/17/2005 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 947.29 |
| 1879456 | Photocopy | | E | 11/17/2005 | 0220 | SKL | 0.00 | $10.05 | 0.00 | $10.05 | 957.34 |
| 1879541 | Equitrac - Long Distance to 2123199240 | | E | 11/18/2005 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 957.41 |
| 1879727 | Photocopy | | E | 11/18/2005 | 0999 | C&D | 0.00 | $2.10 | 0.00 | $2.10 | 959.51 |
| 1879728 | Photocopy | | E | 11/18/2005 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 959.81 |
| 1879731 | Photocopy | | E | 11/18/2005 | 0999 | C&D | 0.00 | $2.55 | 0.00 | $2.55 | 962.36 |
| 1879732 | Photocopy | | E | 11/18/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 963.11 |
| 1879751 | Photocopy | | E | 11/18/2005 | 0999 | C&D | 0.00 | $11.10 | 0.00 | $11.10 | 974.21 |
| 1880507 | Equitrac - Long Distance to 2129977499 | | E | 11/21/2005 | 0999 | C&D | 0.00 | $0.39 | 0.00 | $0.39 | 974.60 |
| 1880510 | Equitrac - Long Distance to 2123199240 | | E | 11/21/2005 | 0999 | C&D | 0.00 | $0.21 | 0.00 | $0.21 | 974.81 |
| 1880534 | Equitrac - Long Distance to 8054993572 | | E | 11/21/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 974.96 |
| 1880557 | Equitrac - Long Distance to 3053747593 | | E | 11/21/2005 | 0999 | C&D | 0.00 | $0.17 | 0.00 | $0.17 | 975.13 |
| 1880559 | Equitrac - Long Distance to 2128066006 | | E | 11/21/2005 | 0999 | C&D | 0.00 | $0.14 | 0.00 | $0.14 | 975.27 |
| 1880560 | Equitrac - Long Distance to 7576285566 | | E | 11/21/2005 | 0999 | C&D | 0.00 | $0.14 | 0.00 | $0.14 | 975.41 |
| 1880564 | Equitrac - Long Distance to 2127158000 | | E | 11/21/2005 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 975.49 |
| 1880565 | Equitrac - Long Distance to 3053747593 | | E | 11/21/2005 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 975.69 |
| 1880566 | Equitrac - Long Distance to 2128066006 | | E | 11/21/2005 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 975.78 |
| 1880568 | Equitrac - Long Distance to 7576285566 | | E | 11/21/2005 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 975.88 |
| 1880634 | Fax Transmission to 12024247643 | | E | 11/21/2005 | 0220 | SKL | 0.00 | $1.50 | 0.00 | $1.50 | 977.38 |
| 1880635 | Fax Transmission to 13053747593 | | E | 11/21/2005 | 0220 | SKL | 0.00 | $1.50 | 0.00 | $1.50 | 978.88 |
| 1880637 | Fax Transmission to 12128066006 | | E | 11/21/2005 | 0220 | SKL | 0.00 | $1.50 | 0.00 | $1.50 | 980.38 |
| 1880639 | Fax Transmission to 17576285566 | | E | 11/21/2005 | 0220 | SKL | 0.00 | $1.50 | 0.00 | $1.50 | 981.88 |
| 1880640 | Fax Transmission to 12028795200 | | E | 11/21/2005 | 0220 | SKL | 0.00 | $1.50 | 0.00 | $1.50 | 983.38 |
| 1880643 | Fax Transmission to 4247643 | | E | 11/21/2005 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 984.88 |
| 1880644 | Fax Transmission to 13053747593 | | E | 11/21/2005 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 986.38 |
| 1880669 | Photocopy | | E | 11/21/2005 | 0220 | SKL | 0.00 | $0.45 | 0.00 | $0.45 | 986.83 |
| 1880673 | Photocopy | | E | 11/21/2005 | 0220 | SKL | 0.00 | $0.45 | 0.00 | $0.45 | 987.28 |
| 1880683 | Photocopy | | E | 11/21/2005 | 0220 | SKL | 0.00 | $0.90 | 0.00 | $0.90 | 988.18 |
| 1880699 | Photocopy | | E | 11/21/2005 | 0220 | SKL | 0.00 | $24.75 | 0.00 | $24.75 | 1,012.93 |
| 1880701 | Photocopy | | E | 11/21/2005 | 0220 | SKL | 0.00 | $2.55 | 0.00 | $2.55 | 1,015.48 |
| 1880728 | Photocopy | | E | 11/21/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 1,016.23 |
| 1880764 | Photocopy | | E | 11/21/2005 | 0220 | SKL | 0.00 | $1.50 | 0.00 | $1.50 | 1,017.73 |

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter   000 | | Disbursements | | | | | | | | 12/16/2005 |
| | | | | | | | | | | Print Date/Time: |
| | | | | | | | | | | 12/16/2005 |
| | | | | | | | | | | 4:02:41PM |
| Attn: | | | | | | | | | | Invoice # |
| 1880861 | NDF; Travel expenses to Eatontown, NJ for Dr. Flynn deposotion on 11/17 for meals | | E | 11/22/2005 | 0187 | NDF | 0.00 | $33.93 | 0.00 | $33.93 | 1,051.66 |
| 1880862 | NDF; Travel expenses to Eatontown, NJ for Dr. Flynn deposotion on 11/17 for business class train fare | | E | 11/22/2005 | 0187 | NDF | 0.00 | $113.00 | 0.00 | $113.00 | 1,164.66 |
| 1880863 | NDF; Travel expenses to Eatontown, NJ for Dr. Flynn deposotion on 11/17 for cabs home from train station | | E | 11/22/2005 | 0187 | NDF | 0.00 | $30.00 | 0.00 | $30.00 | 1,194.66 |
| 1880877 | Landmark Document; Medium litigation | | E | 11/22/2005 | 0308 | DBS | 0.00 | $703.70 | 0.00 | $703.70 | 1,898.36 |
| 1880879 | Landmark Document Services; Medium litigation | | E | 11/22/2005 | 0308 | DBS | 0.00 | $61.14 | 0.00 | $61.14 | 1,959.50 |
| 1880882 | Legal Retrieval Services, Inc.; Service of subpoena on Dr. Lee Sider on 10/28 | | E | 11/22/2005 | 0327 | ALV | 0.00 | $140.00 | 0.00 | $140.00 | 2,099.50 |
| 1880928 | Equitrac - Long Distance to 8432169450 | | E | 11/22/2005 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 2,099.55 |
| 1880929 | Equitrac - Long Distance to 2126446755 | | E | 11/22/2005 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 2,099.60 |
| 1881009 | Fax Transmission to 18432169450 | | E | 11/22/2005 | 0220 | SKL | 0.00 | $0.60 | 0.00 | $0.60 | 2,100.20 |
| 1881010 | Fax Transmission to 12126446755 | | E | 11/22/2005 | 0220 | SKL | 0.00 | $0.60 | 0.00 | $0.60 | 2,100.80 |
| 1881106 | Photocopy | | E | 11/22/2005 | 0220 | SKL | 0.00 | $43.50 | 0.00 | $43.50 | 2,144.30 |
| 1881115 | Photocopy | | E | 11/22/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 2,144.90 |
| 1881505 | Equitrac - Long Distance to 9735972592 | | E | 11/23/2005 | 0999 | C&D | 0.00 | $0.23 | 0.00 | $0.23 | 2,145.13 |
| 1881650 | Blue Star Group; Car service for ALV to train station on 11/17 | | E | 11/28/2005 | 0327 | ALV | 0.00 | $44.10 | 0.00 | $44.10 | 2,189.23 |
| 1881667 | Federal Express to Warren Smith from EI on 11/14 | | E | 11/28/2005 | 0120 | EI | 0.00 | $8.79 | 0.00 | $8.79 | 2,198.02 |
| 1881672 | Federal Express to Katie Hemming from EI on 11/14 | | E | 11/28/2005 | 0120 | EI | 0.00 | $8.92 | 0.00 | $8.92 | 2,206.94 |
| 1881738 | Equitrac - Long Distance to 8052088595 | | E | 11/28/2005 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 2,207.01 |
| 1881740 | Equitrac - Long Distance to 3105819309 | | E | 11/28/2005 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 2,207.10 |
| 1881741 | Equitrac - Long Distance to 3024261900 | | E | 11/28/2005 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 2,207.17 |
| 1881755 | Equitrac - Long Distance to 3105819309 | | E | 11/28/2005 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 2,207.22 |
| 1881783 | Equitrac - Long Distance to 3122366166 | | E | 11/28/2005 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 2,207.30 |
| 1881784 | Equitrac - Long Distance to 2147296265 | | E | 11/28/2005 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 2,207.35 |
| 1881791 | Equitrac - Long Distance to 2128368510 | | E | 11/28/2005 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 2,207.45 |
| 1881809 | Postage | | E | 11/28/2005 | 0327 | ALV | 0.00 | $0.37 | 0.00 | $0.37 | 2,207.82 |
| 1881937 | Photocopy | | E | 11/28/2005 | 0220 | SKL | 0.00 | $0.45 | 0.00 | $0.45 | 2,208.27 |
| 1881945 | Photocopy | | E | 11/28/2005 | 0220 | SKL | 0.00 | $1.20 | 0.00 | $1.20 | 2,209.47 |
| 1881946 | Photocopy | | E | 11/28/2005 | 0220 | SKL | 0.00 | $0.30 | 0.00 | $0.30 | 2,209.77 |
| 1882629 | Fax Transmission to 512024293301 | | E | 11/28/2005 | 0238 | SLC | 0.00 | $1.35 | 0.00 | $1.35 | 2,211.12 |
| 1882630 | Fax Transmission to 513125516759 | | E | 11/28/2005 | 0238 | SLC | 0.00 | $0.15 | 0.00 | $0.15 | 2,211.27 |
| 1882631 | Fax Transmission to 512145239157 | | E | 11/28/2005 | 0238 | SLC | 0.00 | $0.15 | 0.00 | $0.15 | 2,211.42 |
| 1882632 | Fax Transmission to 512024293329 | | E | 11/28/2005 | 0238 | SLC | 0.00 | $0.15 | 0.00 | $0.15 | 2,211.57 |
| 1882646 | Photocopy | | E | 11/29/2005 | 0220 | SKL | 0.00 | $11.10 | 0.00 | $11.10 | 2,222.67 |
| 1882673 | Photocopy | | E | 11/29/2005 | 0308 | DBS | 0.00 | $49.05 | 0.00 | $49.05 | 2,271.72 |
| 1882675 | Photocopy | | E | 11/29/2005 | 0308 | DBS | 0.00 | $16.65 | 0.00 | $16.65 | 2,288.37 |
| 1882001 | ALV; Travel expenses to New Jersey for deposition of Dr. Flynn on 11/17 for meals | | E | 11/29/2005 | 0327 | ALV | 0.00 | $9.20 | 0.00 | $9.20 | 2,297.57 |
| 1882002 | ALV; Travel expenses to New Jersey for deposition of Dr. Flynn on 11/17 for business class train fare NJ to DC | | E | 11/29/2005 | 0327 | ALV | 0.00 | $113.00 | 0.00 | $113.00 | 2,410.57 |
| 1882010 | Landmark Document; Copying-light litigation | | E | 11/29/2005 | 0308 | DBS | 0.00 | $108.16 | 0.00 | $108.16 | 2,518.73 |
| 1882017 | NYO Long Distance Telephone Calls 9/1-9/30. | | E | 11/29/2005 | 0999 | C&D | 0.00 | $2.70 | 0.00 | $2.70 | 2,521.43 |
| 1882031 | NYO Long Distance Telephone Calls 9/1-9/30. | | E | 11/29/2005 | 0999 | C&D | 0.00 | $1.49 | 0.00 | $1.49 | 2,522.92 |
| 1882455 | NYO Long Distance Telephone for 10/1/05-10/31/05. Conf. Call with EI, PVNL, JAL, NDF | | E | 11/29/2005 | 0999 | C&D | 0.00 | $96.56 | 0.00 | $96.56 | 2,619.48 |
| 1882456 | NYO Long Distance Telephone for 10/1/05-10/31/05. Committee Conf. Call | | E | 11/29/2005 | 0999 | C&D | 0.00 | $642.55 | 0.00 | $642.55 | 3,262.03 |
| 1882465 | NYO Long Distance Telephone for 10/1/05-10/31/05. | | E | 11/29/2005 | 0999 | C&D | 0.00 | $1.72 | 0.00 | $1.72 | 3,263.75 |
| 1882469 | NYO Long Distance Telephone for 10/1/05-10/31/05. | | E | 11/29/2005 | 0999 | C&D | 0.00 | $2.13 | 0.00 | $2.13 | 3,265.88 |
| 1882483 | NYO Long Distance Telephone for 10/1/05-10/31/05. | | E | 11/29/2005 | 0999 | C&D | 0.00 | $7.85 | 0.00 | $7.85 | 3,273.73 |
| 1882516 | Equitrac - Long Distance to 3122366166 | | E | 11/29/2005 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 3,273.80 |
| 1882526 | Equitrac - Long Distance to 2123198798 | | E | 11/29/2005 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 3,273.91 |
| 1882530 | Equitrac - Long Distance to 2123198798 | | E | 11/29/2005 | 0999 | C&D | 0.00 | $0.19 | 0.00 | $0.19 | 3,274.10 |
| 1882534 | Equitrac - Long Distance to 2145213605 | | E | 11/29/2005 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 3,274.18 |
| 1882582 | Equitrac - Long Distance to 2123197125 | | E | 11/29/2005 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 3,274.26 |
| 1882804 | Federal Express to Nate Finch from Judy Ohaire on 11/14 | | E | 11/30/2005 | 0999 | C&D | 0.00 | $30.65 | 0.00 | $30.65 | 3,304.91 |
| 1883358 | Equitrac - Long Distance to 8432169198 | | E | 11/30/2005 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 3,305.02 |
| 1883359 | Equitrac - Long Distance to 7708663200 | | E | 11/30/2005 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 3,305.09 |
| 1883503 | Photocopy | | E | 11/30/2005 | 0220 | SKL | 0.00 | $0.45 | 0.00 | $0.45 | 3,305.54 |
| 1883504 | Photocopy | | E | 11/30/2005 | 0220 | SKL | 0.00 | $105.15 | 0.00 | $105.15 | 3,410.69 |
| 1883568 | Database Research/Lexis Charges for | | E | 11/30/2005 | 0999 | C&D | 0.00 | $880.52 | 0.00 | $880.52 | 4,291.21 |

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                                          Page:   1
Matter     000                    Disbursements                                                                            12/16/2005
                                                                                                                        Print Date/Time:
                                                                                                                            12/16/2005
                                                                                                                            4:02:41PM
Attn:                                                                                                                        Invoice #
                11/1/05-11/28/05 By DG 11/16
1888631   Database Research-WESTLAW by JAL on 11/22       E  11/30/2005    0999    C&D     0.00     $52.84      0.00     $52.84    4,344.05
1888632   Database Research-WESTLAW by AGV on 11/15       E  11/30/2005    0999    C&D     0.00    $130.86      0.00    $130.86    4,474.91
1888633   Database Research-WESTLAW by JAL on 11/9-30     E  11/30/2005    0999    C&D     0.00    $310.31      0.00    $310.31    4,785.22
Total Expenses                                                                             0.00  $4,837.22      0.00  $4,785.22


              Matter Total Fees                                                                      0.00                    0.00


              Matter Total Expenses                                                              4,837.22                4,785.22


              Matter Total                                                                 0.00  4,837.22       0.00   4,785.22


              Prebill Total Fees


              Prebill Total Expenses                                                             $4,837.22              $4,785.22


              Prebill Total                                                                0.00  $4,837.22      0.00   $4,785.22


Previous Billings

InvoiceNo       InvoiceDate         InvoiceTotal       OpenTotal

36,593          07/26/2002           121,163.25         1,414.09
37,961          11/30/2002            36,076.50           542.50
46,677          08/27/2004               240.00            48.00
47,114          09/30/2004             6,171.50         1,234.30
48,027          12/27/2004             1,419.00           283.80
49,444          04/21/2005            38,706.00           232.00
49,903          05/25/2005            15,337.50         3,067.50
50,275          06/27/2005            63,948.25        12,789.65
50,276          06/27/2005             8,030.50         1,606.10
50,598          07/15/2005           141,843.50        28,368.70
50,965          08/25/2005           111,659.75        22,331.95
51,203          09/30/2005            73,418.11        73,418.11
51,687          10/31/2005            77,234.70        77,234.70
51,900          11/28/2005           135,897.72       135,897.72
                                     831,146.28       358,469.12
```