UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Due by: January 17, 2006 at 4:00 pm**. |
| | ) | **Hearing Date: Hearing will be held if necessary** |

## SUMMARY OF FIFTY-THIRD
## MONTHLY FEE AND EXPENSE INVOICE

| | |
|---|---|
| Name of Applicant: | Bilzin Sumberg Baena Price & Axelrod LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Property Damage Claimants |
| Date of Retention: | Retention order entered on June 21, 2001, <u>Nunc Pro Tunc</u>, to April 9, 2001 |
| Period for which compensation and Reimbursement is sought: | November 1, 2005 through November 30, 2005 |
| Fees and expenses for all matters other than those related to the Sealed Air fraudulent transfer lawsuit | **Fees**     **Expenses**<br><br>$394,246.50     $127,403.93 |

This is a:____X_____monthly_____Interim_____final Application

Bilzin Sumberg Baena Price & Axelrod LLP's time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| Interim Applications | | Requested | | Approved | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 7/2/01 | 4/9/01 – 5/31/01 | $194,578.50 | $29,181.11 | $858.501.75 | $421,908.43 |
| 8/6/01 | 6/1/01 – 6/30/01 | $195,105.25 | $14,086.94 | Included Above | Included Above |
| 9/25/01 | 7/1/01 - 8/31/01 | $247,980.00 | $176,063.29 | Included Above | Included Above |
| 11/8/01 | 9/1/01 - 9/30/01 | $49,039.50 | $6,936.85 | Included Above | Included Above |

---

[1]   In order to save space, the PD Committee has refrained from listing all 62 Debtors. The list of all 62 Debtors maybe obtained from Bilzin Sumberg Baena Price & Axelrod LLP if requested.

| | | | | | |
|---|---|---|---|---|---|
| 12/13/01 | 10/1/01 - 11/30/01 | $180,750.50 | $140,465.86 | **Included Above** | **Included Above** |
| 2/6/02 | 12/1/01 - 12/31/01 | $34,725.00 | $55,174.38 | **Included Above** | **Included Above** |
| 3/20/02 | 01/01/02 -01/31/02 | $46,653.00 | $7,974.07 | $279,969.50 | $79,962.62 |
| 4/29/02 | 2/1/02 - 2/28/02 | $65,390.00 | $52,503.52 | **Included Above** | **Included Above** |
| 5/10/02 | 3/1/02 - 3/31/02 | $166,136.00 | $19,485.03 | **Included Above** | **Included Above** |
| 6/24/02 | 4/1/02 – 4/30/02 | $155,122.00 | $47,064.53 | $226,482.40 | $21,450.64 |
| 7/31/02 | 5/1/02 - 5/31/02 | $132,842.30 | $64,325.53 | **Included Above** | **Included Above** |
| 8/15/02 | 6/1/02 – 6/30/02 | $31,047.00 | $7,577.57 | **Included Above** | **Included Above** |
| 10/5/02 | 7/1/02 – 7/31/02 | $35,534.50 | $11,699.76 | **Pending** | **Pending** |
| 10/18/02 | 8/1/02 – 8/31/02 | $43,715.00 | $7,652.17 | **Pending** | **Pending** |
| 11/15/02 | 9/1/02 – 9/30/02 | $17,035.00 | $2,867.50 | **Pending** | **Pending** |
| 12/11/02 | 10/1/02 – 10/31/02 | $22,819.00 | $1,408.16 | **Pending** | **Pending** |
| 1/9/03 | 11/1/02 – 11/30/02 | $18,002.00 | $2,673.50 | **Pending** | **Pending** |
| 2/12/03 | 12/1/02 – 12/31/02 | $3,995.50 | $639.71 | **Pending** | **Pending** |
| 3/19/03 | 1/1/03 – 1/31/03 | $8,417.00 | $1,950.95 | **Pending** | **Pending** |
| 4/18/03 | 2/1/03 – 2/28/03 | $11,556.00 | $3,085.88 | **Pending** | **Pending** |
| 4/29/03 | 3/1/03 – 3/31/03 | $16,115.00 | $2,060.82 | **Pending** | **Pending** |
| 6/4/03 | 4/1/03 – 4/31/03 | $24,281.50 | $2,344.43 | **Pending** | **Pending** |
| 7/8/03 | 5/1/03 – 5/30/03 | $21,157.00 | $2,417.70 | **Pending** | **Pending** |
| 8/25/03 | 6/1/03 – 6/30/03 | $19,012.50 | $1,632.88 | **Pending** | **Pending** |
| 9/10/03 | 7/1/03 – 7/31/03 | $34,773.00 | $3,409.72 | **Pending** | **Pending** |
| 10/6/03 | 8/1/03 – 8/31/03 | $8,793.00 | $23.70 | **Pending** | **Pending** |
| 10/24/03 | 9/1/03 – 9/30/03 | $15,198.50 | $2,212.40 | **Pending** | **Pending** |
| 12/18/03 | 10/1/03 – 10/31/03 | $18,926.75 | $3,605.44 | **Pending** | **Pending** |
| 1/20/04 | 11/1/03 – 11/30/03 | $10,540.00 | $263.59 | **Pending** | **Pending** |
| 3/4/04 | 12/1/03 – 12/31/03 | $23,611.50 | $4,874.85 | **Pending** | **Pending** |
| 3/12/04 | 1/1/04 – 1/31/04 | $33,611.00 | $2,722.44 | **Pending** | **Pending** |
| 4/29/04 | 2/1/04 – 2/29/04 | $32,913.00 | $1,571.25 | **Pending** | **Pending** |
| 4/29/04 | 3/1/04 – 3/31/04 | $65,575.50 | $52,298.19 | **Pending** | **Pending** |
| 5/26/04 | 4/1/04 – 4/30/04 | $16,577.50 | $287.16 | **Pending** | **Pending** |
| 6/18/04 | 5/1/04 – 5/31/04 | $19,149.50 | $1,808.87 | **Pending** | **Pending** |
| 7/29/04 | 6/1/04 – 6/30/04 | $39,643.00 | $1,279.21 | **Pending** | **Pending** |
| 9/10/04 | 7/1/04 – 7/31/04 | $39,344.00 | $1,240.32 | **Pending** | **Pending** |
| 9/23/04 | 8/1/04 – 8/31/04 | $37,391.00 | $1,278.45 | **Pending** | **Pending** |
| 10/13/04 | 9/1/04 – 9/30/04 | $34,796.00 | $5,924.93 | **Pending** | **Pending** |
| 12/17/04 | 10/1/04 – 10/31/04 | $70,778.50 | $11,174.74 | **Pending** | **Pending** |
| 12/17/04 | 11/1/04 – 11/30/04 | $57,250.50 | $2,926.99 | **Pending** | **Pending** |
| 3/8/05 | 12/1/04 – 12/31/04 | $138,561.00 | $5,836.80 | **Pending** | **Pending** |
| 3/8/05 | 1/1/05 – 1/31/05 | $118,487.75 | $7,103.04 | **Pending** | **Pending** |
| 4/8/05 | 2/1/05 – 2/28/05 | $49,703.50 | $2,909.07 | **Pending** | **Pending** |
| 5/10/05 | 3/1/05 – 3/31/05 | $137,482.00 | $5,711.97 | **Pending** | **Pending** |
| 7/12/05 | 4/1/05- 4/30/05 | $172,520.60 | $11,477.17 | **Pending** | **Pending** |
| 8/10/05 | 5/1/05 – 5/1/05 | $168,852.25 | $8,816.10 | **Pending** | **Pending** |
| 8/15/05 | 6/1/05 – 6/30/05 | $118,937.00 | $3,346.03 | **Pending** | **Pending** |
| 9/30/05 | 7/1/05 – 7/31/05 | $237,495.50 | $16,293.25 | **Pending** | **Pending** |
| 11/4/05 | 8/1/05 – 8/31/05 | $232,969.00 | $18,746.80 | **Pending** | **Pending** |
| 11/4/05 | 9/1/05 – 9/30/05 | $370,142.00 | $636,255.03 | **Pending** | **Pending** |
| 11/29/05 | 10/1/05 – 10/31/05 | $438,999.00 | $563,135.65 | **Pending** | **Pending** |