UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Due by: January 17, 2006 at 4:00 p.m. |
| | ) | Hearing Date: Hearing will be held if necessary |

## SUMMARY OF MONTHLY FEE AND EXPENSE INVOICE

| | |
|---|---|
| Name of Applicant: | Hilsoft Notifications |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Property Damage Claimants |
| Date of Retention: | Retention order entered on September 23, 2002 |
| Period for which compensation and Reimbursement is sought: | October 1, 2005 through November 30, 2005 |
| Amount of Compensation sought as actual, reasonably and necessary for matters other than those related to the Sealed Air fraudulent transfer lawsuit: | $18,831.25 |
| Amount of Expense Reimbursement sought as actual, reasonably and necessary for matters other than those related to the Sealed Air fraudulent transfer lawsuit: | $100.74 |

This is a:___X___monthly_____Interim_____final Application

---

[1] In order to save space, the PD Committee has refrained from listing all 62 Debtors. The list of all 62 Debtors maybe obtained from Bilzin Sumberg Baena Price & Axelrod LLP if requested.