# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    DECEMBER 15, 2005
                                            MATTER :  W9600-002
                                            INVOICE : 202093

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/05    T C

RE:  ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 11/02/05 | TC | REVIEWED 17TH QUARTERLY REPORT OF ASSET SALES | .40 |
| 11/02/05 | TC | REVIEWED 17TH QUARTERLY REPORT OF SETTLEMENTS | .40 |

TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T CURRIER | 470.00 | .80 | 376.00 |
| TOTALS |  | .80 | 376.00 |

TOTAL FEES :                                              376.00

TOTAL DUE  :                                              376.00


PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    DECEMBER 15, 2005
                                            MATTER :  W9600-003
                                            INVOICE : 202094

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/05   T C

RE:  BUSINESS OPERATIONS

```
DATE     ATTY   DESCRIPTION OF SERVICES RENDERED                           HOURS
----     ----   -------------------------------                            -----

11/11/05 TC     REVIEWED ORDER AUTHORIZING DEBTOR TO ENTER INTO              .40
                A LEASE FOR WOBURN MASSACHUSETTS FACILITY


                       T I M E   S U M M A R Y
                       ------------------------

                              RATE      HOURS           TOTALS
                              ----      -----           ------

T CURRIER                   470.00        .40           188.00
                  TOTALS                  .40           188.00

                  TOTAL FEES :                                       188.00

                  TOTAL DUE  :                                       188.00
```

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS              DATE :    DECEMBER 15, 2005
                                                  MATTER :  W9600-004
                                                  INVOICE : 202095

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/05    T C

RE:  CASE ADMINISTRATION


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/01/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 11/02/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 11/04/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 11/07/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.50 |
| 11/08/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS                    DATE :    DECEMBER 15, 2005
                                                        MATTER :  W9600-004
                                                        INVOICE : 202095

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/05   T C

RE:   CASE ADMINISTRATION

| Date | | Description | Hours |
|---|---|---|---|
| 11/10/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 11/18/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.50 |
| 11/21/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 11/23/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 11/28/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 11/30/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 11/30/05 | MNF | CALENDAR UPDATES RE: OMNIBUS HEARING DATES (.3); UPDATE 2002 LIST (.2) | .50 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE   : DECEMBER 15, 2005
                                             MATTER : W9600-004
                                             INVOICE: 202095

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/05    T C

RE:  CASE ADMINISTRATION

### TIME SUMMARY

|            | RATE   | HOURS | TOTALS  |
|------------|--------|-------|---------|
| M N FLORES | 135.00 | 12.50 | 1687.50 |
| TOTALS     |        | 12.50 | 1687.50 |

TOTAL FEES :                                1,687.50

TOTAL DUE  :                                1,687.50

PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 15, 2005
MATTER :  W9600-005
INVOICE : 202096

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/05    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 11/01/05 | TC | REVIEWED JOINDER OF STATE OF CALIFORNIA TO ASBESTOS PROPERTY DAMAGE COMMITTEE POSITION ON ESTIMATION OF CLAIMS | .50 |
| 11/10/05 | TC | REVIEWED ORDER CLARIFYING CASE MANAGEMENT FOR THE ESTIMATION OF ASBESTOS PERSONAL INJURY CLAIMS | .60 |
| 11/11/05 | MNF | EDITS TO DESIGNATION OF CATEGORIES OF EXPERT TESTIMONY RE: ASBESTOS PERSON INJURY CLAIMS (.5); PREPARE SERVICE RE: SAME (.5) | 1.00 |
| 11/14/05 | MNF | E-FILE AND SERVE DESIGNATION OF CATEGORIES OF EXPERT TESTIMONY RE: ESTIMATION OF ASBESTOS PERSONAL INJURY CLAIMS | 1.00 |
| 11/30/05 | TC | REVIEWED ASBESTOS COMMITTEE (PROPERTY DAMAGE) FIRST REQUEST FOR PRODUCTION OF DOCUMENTS | .60 |

T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| M N FLORES | 135.00 | 2.00 | 270.00 |
| T CURRIER | 470.00 | 1.70 | 799.00 |
| TOTALS |  | 3.70 | 1069.00 |

TOTAL FEES :                                                 1,069.00

PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE    :  DECEMBER 15, 2005
                                            MATTER  :  W9600-005
                                            INVOICE :  202096

  FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/05    T C

  RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

                       TOTAL DUE  :                          1,069.00
```

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS           DATE :    DECEMBER 15, 2005
                                               MATTER :  W9600-006
                                               INVOICE : 202097

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/05   T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 11/01/05 | TC | REVIEWED ORDER AUTHORIZING EXPUNGEMENT OF 1495 CLAIMS | .50 |
| 11/02/05 | TC | REVIEWED FUTURE REPRESENTATIVE'S OPPOSITION TO THE DEBTORS' MOTION TO ESTABLISH A BAR DATE | .80 |
| 11/02/05 | TC | REVIEWED BARON & BUDD' AND OTHERS OPPOSITION TO THE DEBTORS' MOTION TO ESTABLISH A BAR DATE | .70 |
| 11/03/05 | TC | REVIEWED APPELLANTS' STATEMENT IN RESPONSE TO MOTION TO STRIKE THREE ISSUES ON APPEAL IN BAGLEY APPEAL | .70 |
| 11/10/05 | TC | REVIEWED RESPONSE TO 14TH CLAIM OBJECTION FILED BY WILLIAM WITTENBERG | .50 |
| 11/10/05 | TC | REVIEWED ORDER DENYING INSURERS' REQUEST FOR ACCESS TO EXHIBITS | .40 |
| 11/11/05 | TC | REVIEWED CLAIMS AND EVIDENTIARY DATA TO BE FILED BY EQUITY COMMITTEE | .70 |
| 11/15/05 | TC | REVIEWED RESPONSE TO CLAIMS OBJECTION FILED BY JOHN WALTERS | .40 |
| 11/15/05 | TC | REVIEWED HOLY REDEEMER RESPONSE TO CLAIMS OBJECTION | .50 |
| 11/15/05 | TC | REVIEWED ORDER APPROVING SETTLEMENT WITH BANK OF AMERICA | .40 |
| 11/16/05 | TC | REVIEWED ORDER DISALLOWING AND EXPUNGING ANDERSON MEMORIAL BASED CLAIMS FILED BY SPEIGHTS AND RUNYAN | .70 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS               DATE :    DECEMBER 15, 2005
                                                   MATTER :  W9600-006
                                                   INVOICE : 202097

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/05   T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| Date | | Description | Hours |
|---|---|---|---|
| 11/16/05 | TC | REVIEWED STIPULATION AND ORDER RESOLVING ISSUES CONCERNING THE CLAIMS OF NATIONAL UNION | .50 |
| 11/16/05 | TC | REVIEWED ORDER AUTHORIZING SETTLEMENT WITH BANK OF AMERICA ON ITS CLAIMS | .60 |
| 11/28/05 | TC | REVIEWED APPELLANTS BRIEF IN PACIFICORP AND VANCOTT BAGLEY CLAIM APPEAL WITH WRGRACE | 1.70 |
| 11/29/05 | TC | REVIEWED STIPULATION AND MOTION FOR AN ORDER RESOLVING DEBTORS' MOTION TO STRIKE | .40 |
| 11/29/05 | TC | REVIEWED DEBTORS' CROSS MOTION FOR SUMMARY JUDGMENT IN REGARDS TO CLAIM NO. 2281 | .30 |
| 11/29/05 | TC | REVIEWED CERTIFICATION OF COUNSEL ON SECOND ORDER FOR RELIEF SOUGHT IN 15TH OMNIBUS OBJECTION TO CLAIMS | 1.20 |

TIME SUMMARY

|  |  | RATE | HOURS | TOTALS |
|---|---|---|---|---|
| T CURRIER |  | 470.00 | 11.00 | 5170.00 |
|  | TOTALS |  | 11.00 | 5170.00 |

TOTAL FEES :                         5,170.00

TOTAL DUE  :                         5,170.00

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE    : DECEMBER 15, 2005
                                            MATTER  : W9600-007
                                            INVOICE : 202098

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/05   T C

RE: COMMITTEE, CREDITORS', NOTEHOLDERS', OR
    EQUITY HOLDERS'

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/08/05 | TC | REVIEWED MATERIALS SENT TO EQUITY COMMITTEE BY CHAIR | .90 |
| 11/30/05 | TC | REVIEWED MATERIALS IN ADVANCE OF COMMITTEE MEETING TOMORROW | 1.10 |

### TIME SUMMARY

|  | | RATE | HOURS | TOTALS |
|---|---|------|-------|--------|
| T CURRIER | | 470.00 | 2.00 | 940.00 |
| | TOTALS | | 2.00 | 940.00 |

TOTAL FEES :                                                    940.00

TOTAL DUE  :                                                    940.00

PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   DECEMBER 15, 2005
MATTER : W9600-011
INVOICE : 202099

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/05   T C

RE:  FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 11/14/05 | MNF | BEGIN REVIEWING PRE-BILLS FOR OCTOBER 2005 TIME | .40 |
| 11/15/05 | MNF | REVIEW/MAKE EDITS TO PRE-BILLS FOR OCTOBER 2005 | .50 |
| 11/16/05 | MNF | REVIEW/MAKE EDITS TO FINAL BILLS FOR OCTOBER 2005 AND SEND SAME TO ACCTING | .70 |
| 11/16/05 | MNF | DRAFT QUARTERLY FEE APP OF KRLS FOR JULY-SEPTEMBER 2005 | 1.50 |
| 11/16/05 | MNF | DRAFT 48TH MONTHLY FEE APP OF KRLS FOR OCTOBER 2005 AND EXHIBITS RE: SAME | 1.00 |
| 11/17/05 | FAP | PREPARE MONTHLY FEE AND EXPENSE SUMMARIES FOR OCTOBER 2005 | .20 |
| 11/17/05 | FAP | PREPARE QUARTERLY FEE AND EXPENSE SUMMARIES FOR JULY TO SEPTEMBER 2005 | .20 |
| 11/17/05 | MNF | CONTINUE DRAFT/EDITS TO 18TH QUARTERLY FEE APP OF KRLS FOR JULY- SEPTEMBER 2005 (.5.); PREPARE NOTICE RE: SAME (.4); E-FILE AND SERVE 18TH QUARTERLY FEE APP(1.0); CALENDAR DATES(.1) | 2.00 |
| 11/17/05 | MNF | DRAFT/PREPARE 48TH MONTHLY FEE APP OF KRLS FOR OCTOBER 2005 | .50 |
| 11/17/05 | TC | REVIEWED KRLS FEE APPLICATION FOR CURRENT PERIOD, FOR FILING | 1.30 |
| 11/17/05 | TC | REVIEWED QUARTERLY FEE APPLICATION, FOR FILING | .50 |
| 11/23/05 | MNF | REVIEW DOCKET RE: OBJECTIONS TO 47TH MONTHLY FEE APP OF KRLS (.3); DRAFT CNO RE: SAME (.5) | .80 |

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : DECEMBER 15, 2005
MATTER  : W9600-011
INVOICE : 202099

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/05   T C

RE:  FEE APPLICATIONS, APPLICANT

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/23/05 | MFC | REVIEW KRLS FEE APP AND DOCKET FOR OBJECTIONS FILED (.1); CONFERENCE WITH MELISSA FLORES RE CNO FOR KRLS FEE APP; REVIEW AND EXECUTE SAME (.1). | .20 |
| 11/28/05 | MNF | FINALIZE BILLS FOR OCTOBER 2005 AND SEND TO ACCOUNTING | .30 |
| 11/28/05 | MNF | E-FILE AND SERVE CNO RE: 47TH FEE APP OF KRLS FOR SEPTEMBER 2005 | .80 |
| 11/29/05 | MNF | E-FILE AND SERVE 48TH MONTHLY FEE APP OF KRLS (1.0); SCAN AND SEND SAME TO FEE AUDITOR (.4); CALENDAR DATES (.1) | 1.50 |

TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| F A PANCHAK | 145.00 | .40 | 58.00 |
| M N FLORES | 135.00 | 10.00 | 1350.00 |
| M F CALOWAY | 375.00 | .20 | 75.00 |
| T CURRIER | 470.00 | 1.80 | 846.00 |
| TOTALS |  | 12.40 | 2329.00 |

TOTAL FEES :                                2,329.00

TOTAL DUE  :                                2,329.00

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    DECEMBER 15, 2005
                                              MATTER :  W9600-012
                                              INVOICE : 202100

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/05    T C

RE:  FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/03/05 | MNF | E-FILE AND SERVE AMENDED 50TH MONTHLY FEE APP OF KRAMER LEVIN (1.0); CALENDAR DATES(.1); SCAN AND EMAIL SAME TO FEE AUDITOR(.3) | 1.40 |
| 11/03/05 | TC | REVIEWED KRAMER LEVIN FEE APPLICATION, AS FILED | .50 |
| 11/16/05 | MNF | EDITS TO 51ST FEE APP OF KRAMER LEVIN RE: OBJ. DEADLINE(.2); EMAILS TO JAMES AT KRAMER RE: SAME (.3) | .50 |
| 11/17/05 | MNF | PREPARE NOTICE RE: 14TH QUARTERLY FEE APP OF KRAMER LEVIN(.4) ; E-FILE AND SERVE 14TH QUARTERLY FEE APP(1.0); CALENDAR DATES(.1) | 1.50 |
| 11/23/05 | MNF | REVIEW DOCKET RE: OBJECTIONS TO 50TH MONTHLY FEE APP OF KRAMER LEVIN (.3); DRAFT CNO RE: SAME (.5) | .80 |
| 11/23/05 | MFC | REVIEW KRAMER LEVIN FEE APP AND AMENDED FEE APP AND DOCKET FOR OBJECTIONS FILED (.1); CONFERENCE WITH MELISSA FLORES RE CNO FOR KRAMER LEVIN FEE APP; REVIEW AND EXECUTE SAME (.1). | .20 |
| 11/28/05 | MNF | E-FILE AND SERVE CNO RE: 50TH FEE APP OF KRAMER LEVIN FOR SEPTEMBER 2005 | .80 |
| 11/29/05 | MNF | E-FILE AND SERVE 51ST MONTHLY FEE APP OF KRAMER LEVIN (1.0); SCAN AND SEND SAME TO FEE AUDITOR (.4); CALENDAR DATES(.1) | 1.50 |

PENNSYLVANIA    •    DELAWARE    •    NEW JERSEY    •    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :    DECEMBER 15, 2005
                                             MATTER :  W9600-012
                                             INVOICE : 202100

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/05    T C

RE:  FEE APPLICATIONS, OTHERS


T I M E   S U M M A R Y

|            | RATE   | HOURS | TOTALS  |
|------------|--------|-------|---------|
| M N FLORES | 135.00 | 6.50  | 877.50  |
| M F CALOWAY| 375.00 | .20   | 75.00   |
| T CURRIER  | 470.00 | .50   | 235.00  |
| TOTALS     |        | 7.20  | 1187.50 |

TOTAL FEES :                                      1,187.50

TOTAL DUE  :                                      1,187.50


**PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :    DECEMBER 15, 2005
                                             MATTER :  W9600-014
                                             INVOICE : 202101

   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/05    T C

   RE:  HEARINGS


```
 DATE     ATTY   DESCRIPTION OF SERVICES RENDERED                           HOURS
 ----     ----   -------------------------------                            -----

10/07/05  TC     REVIEWED AMENDED AGENDA                                      .40

11/08/05  TC     REVIEWED AGENDA FOR HEARING SCHEDULED FOR 11/15              .60


                          T I M E   S U M M A R Y
                          -----------------------

                                  RATE       HOURS           TOTALS
                                  ----       -----           ------

T CURRIER                        470.00       1.00           470.00
                        TOTALS                1.00           470.00

                                 TOTAL FEES :                                470.00


                                 TOTAL DUE  :                                470.00
```

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :    DECEMBER 15, 2005
                                             MATTER :  W9600-015
                                             INVOICE : 202102

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/05    T C

    RE:  LITIGATION AND LITIGATION CONSULTING


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 11/02/05 | TC | REVIEWED RESPONSE AND MEMORANDUM OF LAW OF OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS RE ESTIMATION AND CONSTRUCTIVE NOTICE IN PROPERTY DAMAGE CLAIMS | 1.30 |
| 11/02/05 | TC | REVIEWED DEBTORS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS | .70 |
| 11/15/05 | TC | REVIEWED DEBTORS' DESIGNATION OF EXPERT CATEGORIES FOR LITIGATION | .60 |
| 11/15/05 | TC | REVIEWED NOTICE OF DEPOSITION AND SUBPOENA OF RAY HARRON M.D. | .30 |
| 11/15/05 | TC | REVIEWED INITIAL DISCLOSURES OF PROPERTY DAMAGE COMMITEE RE ESTIMATION ISSUES | .60 |
| 11/15/05 | TC | REVIEWED ORDER APPROVING SETTLEMENT WITH NATIONAL UNION | .40 |
| 11/28/05 | TC | REVIEWED FUTURE CLAIMANTS REPRESENTATIVES INITIAL DESIGNATION OF EXPERT CATEGORIES | .40 |
| 11/28/05 | TC | REVIEWED DEBTORS' DESIGNATION OF EXPERT CATEGORIES | .30 |
| 11/28/05 | TC | REVIEWED DEBTORS' DEPOSITION AND SUBPOENA OF DR. RAY HARRON ON CLAIMS | .70 |
| 11/29/05 | TC | REVIEWED DEBTORS' SUPPLEMENTAL DESIGNATION OF EXPERT CATEGORIES | .40 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS             DATE :    DECEMBER 15, 2005
                                                 MATTER :  W9600-015
                                                 INVOICE : 202102

   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/05   T C

   RE:  LITIGATION AND LITIGATION CONSULTING


11/29/05 TC   REVIEWED OFFICIAL COMMITTEE OS ASPBESTOS              .50
              PERSONAL INJURY CLAIMANTS SUPPLEMENTAL
              DESIGNATION OF EXPERT CATEGORIES

11/30/05 TC   REVIEWED MOTION OF BDM CONSTRUCTION COMPANY FOR       .70
              MODIFICATION OF THE AUTOMATIC STAY

11/30/05 TC   REVIEWED DECLARATION OF DAVID HENNINGSEN IN          1.10
              SUPPORT OF MOTION FOR MODIFICATION OF THE
              AUTMATIC STAY


                  T I M E   S U M M A R Y
                  -----------------------

                            RATE      HOURS        TOTALS
                            ----      -----        ------

T CURRIER                 470.00       8.00       3760.00
                 TOTALS                8.00       3760.00

                         TOTAL FEES :                         3,760.00

                         TOTAL DUE  :                         3,760.00


PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :    DECEMBER 15, 2005
                                             MATTER :  W9600-016
                                             INVOICE : 202103

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/05    T C

RE:   PLAN AND DISCLOSURE STATEMENT


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 11/15/05 | TC | REVIEWED MOTION TO EXTEND EXCLUSIVITY | .80 |

TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T CURRIER | 470.00 | .80 | 376.00 |
| TOTALS |  | .80 | 376.00 |

TOTAL FEES :                                                     376.00

TOTAL DUE  :                                                     376.00


PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :    DECEMBER 15, 2005
                                             MATTER :  W9600-000
                                             INVOICE : 202092

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/05     T C

RE:    EXPENSES

```
          DESCRIPTION OF EXPENSE ADVANCES                              AMOUNT
          -------------------------------                              ------

10/20/05  REPRODUCTION OF DOCUMENTS                                      2.55
10/20/05  REPRODUCTION OF DOCUMENTS                                      5.40
10/28/05  TELECOPY EXPENSES                                              2.63
10/28/05  TELECOPY EXPENSES                                              2.49
10/28/05  TELECOPY EXPENSES                                              2.25
10/28/05  TELECOPY EXPENSES                                              2.79
10/28/05  TELECOPY EXPENSES                                              2.25
10/28/05  TELECOPY EXPENSES                                              2.60
10/28/05  TELECOPY EXPENSES                                              2.25
10/28/05  TELECOPY EXPENSES                                              2.65
10/28/05  TELECOPY EXPENSES                                              2.69
10/28/05  TELECOPY EXPENSES                                              2.25
10/28/05  TELECOPY EXPENSES                                              2.25
10/28/05  TELECOPY EXPENSES                                              2.25
10/28/05  REPRODUCTION OF DOCUMENTS                                     13.95
10/31/05  REPRODUCTION OF DOCUMENTS                                     20.70
10/31/05  REPRODUCTION OF DOCUMENTS                                      1.80
11/03/05  REPRODUCTION OF DOCUMENTS                                      2.70
11/03/05  REPRODUCTION OF DOCUMENTS                                      9.60
11/03/05  FEDERAL EXPRESS  -    FEDEX   - # 3-160-79862                 14.99
11/09/05  FEDERAL EXPRESS  -    FEDEX   - # 3-172-55041                 14.99
11/09/05  FEDERAL EXPRESS  -    FEDEX   - # 3-172-55041                 24.02
11/15/05  REPRODUCTION OF DOCUMENTS                                      2.25
11/17/05  REPRODUCTION OF DOCUMENTS                                      4.20
11/17/05  REPRODUCTION OF DOCUMENTS                                      1.80
11/17/05  MESSENGER SERVICES  -   PARCELS, INC.   - # 33067              7.50
11/17/05  MESSENGER SERVICES  -   PARCELS, INC.   - # 33480              7.50
11/22/05  MESSENGER SERVICES  -   PARCELS, INC.   - # 33808              7.50
11/23/05  FEDERAL EXPRESS  -   FEDEX   - # 3-196-92871                  15.58

                          TOTAL EXPENSE ADVANCES :                     186.38
```

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : DECEMBER 15, 2005
MATTER  : W9600-000
INVOICE : 202092

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/05    T C

RE: EXPENSES

TOTAL DUE : 186.38

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**