```
alp_132rc: Client Analysis Sheet         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE   1
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/23/05 12:50:46        Work Thru : 11/30/05
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

 Matter
Number  Name                         Hours        Fees       Disbursements   Total Charges    Resp Partners        Class   Freq  Stat

00001  CASE ADMINISTRATION            0.70       143.50            9.60            153.10     BENTLEY PHILIP - 02495   M     B
00002  CREDITOR COMMITTEE             8.60     4,472.00           29.40          4,501.40     BENTLEY PHILIP - 02495   M     B
00005  BANKR. MOTIONS                 0.40       208.00            0.00            208.00     BENTLEY PHILIP - 02495   M     B
00008  FEE APPLICATIONS, APPLIC      16.10     3,710.00           25.28          3,735.28     BENTLEY PHILIP - 02495   M     B
00012  CLAIM ANALYSIS OBJECTION      34.50    18,444.00        1,036.00         19,480.00     BENTLEY PHILIP - 02495   M     B
00015  PLAN AND DISCLOSURE STAT       2.00     1,040.00            0.00          1,040.00     BENTLEY PHILIP - 02495   M     B
00019  HEARINGS                      10.50     5,460.00          147.00          5,607.00     BENTLEY PHILIP - 02495   M     B
00028  TRAVEL\NON-WORKING            10.40     4,781.00            0.00          4,781.00     BENTLEY PHILIP - 02495   M     B

       Client Total                  83.20    38,258.50        1,247.28         39,505.78
```

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

```
alp_132c: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    1
Run Date & Time: 12/23/2005 12:50:11                   *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

                                              PRE-BILLING SUMMARY REPORT

           UNBILLED TIME FROM:    11/01/2005            TO:  11/30/2005
           UNBILLED DISB FROM:    11/02/2005            TO:  11/30/2005

                              FEES                                        COSTS

       GROSS BILLABLE AMOUNT:       38,258.50                          1,247.28
          AMOUNT WRITTEN DOWN:
                      PREMIUM:
             ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
                AMOUNT BILLED:
                    THRU DATE:                  11/30/2005             11/30/2005
  CLOSE MATTER/FINAL BILLING?      YES  OR  NO
     EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:
                                                      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
   BILLING COMMENTS:


                                  ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH

                  FEES:                      0.00         UNIDENTIFIED RECEIPTS:          0.00
          DISBURSEMENTS:                     0.00             PAID FEE RETAINER:          0.00
            FEE RETAINER:                    0.00            PAID DISB RETAINER:          0.00
           DISB RETAINER:                    0.00         TOTAL AVAILABLE FUNDS:          0.00
       TOTAL OUTSTANDING:                    0.00                 TRUST BALANCE:
                                                              BILLING HISTORY

      DATE OF LAST BILL:        12/23/05           LAST PAYMENT DATE:           12/06/05
      LAST BILL NUMBER:          425486       ACTUAL FEES BILLED TO DATE:    1,593,139.00
                                              ON ACCOUNT FEES BILLED TO DATE:         0.00
                                               TOTAL FEES BILLED TO DATE:    1,593,139.00
      LAST BILL THRU DATE:      11/30/05        FEES WRITTEN OFF TO DATE:      164,668.18

FOR ACCTG USE ONLY:                   Write Down/Up Reason Codes:

       (1) Exceeded Fixed Fee         (4) Excessive Legal Time       (7) Fixed Fee
       (2) Late Time & Costs Posted   (5) Business Development       (8) Premium
       (3) Pre-arranged Discount      (6) Summer Associate           (9) Rounding            (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132c: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE     2
                                                             *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/23/2005 12:50:45

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

 B I L L E D   T I M E   S U M M A R Y       ------------------------------ Total    Billed  ------------------
Emp Id Employee Name                Group                Oldest       Latest       Hours        Amount
------ ------------------           -------              --------     --------     --------     ------------

00720  NADLER, ELLEN R.              PARTNER             11/04/05     11/15/05         2.10         1,386.00
02495  BENTLEY, PHILIP               PARTNER             11/01/05     11/30/05        21.00        12,495.00
05292  BECKER, GARY M.               SPEC COUNSEL        11/14/05     11/14/05         4.20         1,092.00
05292  BECKER, GARY M.               SPEC COUNSEL        11/01/05     11/30/05        35.40        18,408.00
06228  KOEVARY, JONATHAN T           ASSOCIATE           11/16/05     11/18/05         5.00         1,700.00
       PARAPROFESSIONALS
06091  SHEA, JAMES                   PARALEGAL           11/15/05     11/15/05         0.70           143.50
06451  GAVIGAN, JAMES C              PARALEGAL           11/01/05     11/29/05        14.80         3,034.00
                                                                                  --------      -----------
                            Total:                                                   83.20        38,258.50

 B I L L E D   C O S T S   S U M M A R Y     --------- Total Billed ---------
Code   Description                           Oldest       Latest                   Total
                                             Entry        Entry                   Amount
------ ------------------                    --------     --------               ------------

0815   TELECOPIER                            11/15/05     11/15/05                    6.00
0820   PHOTOCOPYING                          11/04/05     11/21/05                   33.00
0930   MESSENGER/COURIER                     11/02/05     11/30/05                   25.28
0940   CAB FARES                             11/03/05     11/16/05                  103.00
0942   MEALS/IN-HOUSE                        11/03/05     11/03/05                   19.00
0950   OUT-OF-TOWN TRAVEL                    11/02/05     11/30/05                1,061.00
                                                                                 ---------
                        Total                                                    1,247.28
                                                                                 ---------
                   Grand Total                                                  39,505.78
                                                                                =========
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                               PAGE    1
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/23/2005 12:50:07

Matter No: 056772-00001                                        Orig Prtnr : CRED. RGTS       - 06975      Proforma Number:     2006935
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP   - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status      : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

                                         PRE-BILLING SUMMARY REPORT

           UNBILLED TIME FROM:   11/15/2005     TO:    11/15/2005
           UNBILLED DISB FROM:   11/15/2005     TO:    11/15/2005

                                      FEES                    COSTS
                                      ----                    -----
         GROSS BILLABLE AMOUNT:      143.50                    9.60
         AMOUNT WRITTEN DOWN:
                     PREMIUM:
            ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
               AMOUNT BILLED:
                  THRU DATE:                                11/15/2005
    CLOSE MATTER/FINAL BILLING?    YES OR NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:


                                       ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH
                       FEES:           0.00           UNIDENTIFIED RECEIPTS:         0.00
               DISBURSEMENTS:          0.00           PAID FEE RETAINER:             0.00
               FEE RETAINER:           0.00           PAID DISB RETAINER:            0.00
               DISB RETAINER:          0.00           TOTAL AVAILABLE FUNDS:         0.00
           TOTAL OUTSTANDING:          0.00           TRUST BALANCE:
                                                      BILLING HISTORY

    DATE OF LAST BILL:         12/23/05            LAST PAYMENT DATE:              11/15/05
    LAST BILL NUMBER:           425486 ACTUAL FEES BILLED TO DATE:              250,304.00
                                       ON ACCOUNT FEES BILLED TO DATE:                0.00
                                       TOTAL FEES BILLED TO DATE:             250,304.00
    LAST BILL THRU DATE:       11/30/05    FEES WRITTEN OFF TO DATE:            79,053.50

FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee       (4) Excessive Legal Time        (7) Fixed Fee
    (2) Late Time & Costs Posted (5) Business Development        (8) Premium
    (3) Pre-arranged Discount    (6) Summer Associate            (9) Rounding          (10) Client Arrangement

BILL NUMBER:           DATE OF BILL:          Processed by:                 FRC:              CRC:
PARAPROFESSIONALS
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    2
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/23/2005 12:50:07

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  2006935
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status     : ACTIVE

   B I L L E D   T I M E   S U M M A R Y          ------------- Total Billed -----------
Emp Id Employee Name                  Group         Oldest      Latest        Hours    Amount
                                                    Entry       Entry
------ ------------------              -----        -------     -------       ------   --------
06091  SHEA, JAMES                     CRED        11/15/05    11/15/05         0.70     143.50
                              Total:                                            0.70     143.50

Sub-Total Hours :   0.00 Partners    0.00 Counsels    0.00 Associates    0.70 Legal Assts    0.00 Others

   B I L L E D   C O S T S   S U M M A R Y  ---- Total Billed ----
Code  Description                                Oldest      Latest       Total
                                                 Entry       Entry        Amount
----  ------------                               -------     -------      ------
0815  TELECOPIER                                11/15/05    11/15/05        6.00
0820  PHOTOCOPYING                              11/15/05    11/15/05        3.60
                              Total                                         9.60

                              Grand Total                                 153.10
                                                                       ==========

   B I L L E D   T I M E   D E T A I L
Employee Name         Work Date     Description                                                        Hours    Amount   Index#    Batch Date  Task Act
-------------         ---------     -----------                                                        -----    ------   ------    ----------  --------
SHEA, JAMES           11/15/05      review docket, pleading affids of service re:                       0.70    143.50   6005000   11/21/2005
                                    KL service address, drafting & sending letter
                                    re: correction to same (0.7)

Total For SHEA J - 06091                                                                                0.70    143.50

                                                       Fee Total                                        0.70    143.50

   B I L L E D   C O S T S   D E T A I L
Description/Code                                Employee                   Date        Amount    Index#    Batch No   Batch Date
----------------                                --------                   ----        ------    ------    --------   ----------
TELECOPIER          0815
  TELECOPIER                                    SHEA, J S                  11/15/05      2.00    7219320   156697     11/17/05
  13024269947
  TELECOPIER                                    SHEA, J S                  11/15/05      2.00    7219321   156697     11/17/05
  12126446755
  TELECOPIER                                    SHEA, J S                  11/15/05      2.00    7219322   156697     11/17/05
  12024293301
                                      0815 TELECOPIER Total :                            6.00
```

```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    3
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/23/2005 12:50:07

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS - 06975            Proforma Number:  2006935
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status     : ACTIVE

B I L L E D   C O S T S   D E T A I L
Description/Code          Employee              Date          Amount      Index#    Batch No  Batch Date

PHOTOCOPYING     0820
    PHOTOCOPYING          SHEA, J S             11/15/05        3.60     7218747    156695    11/17/05
    SHEA JAMES

                       0820 PHOTOCOPYING Total :                3.60


                                Costs Total :                   9.60
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    4
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/23/2005 12:50:07

Matter No: 056772-00001                                                            Orig Prtnr : CRED. RGTS     - 06975        Proforma Number:   2006935
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                    Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                    Status      : ACTIVE


    B I L L E D   T I M E   S U M M A R Y
Employee Name                Hours       Amount                    Bill         W/o / W/u          Transfer To   Clnt/Mtr   Carry Forward
-----------------------------------------------------------        ---------------------------    ----------------------------------------
SHEA, JAMES                   0.70       143.50
        Total:                0.70       143.50


  B I L L E D   C O S T S   S U M M A R Y
Code Description                         Amount                    Bill         W/o / W/u          Transfer To   Clnt/Mtr   Carry Forward
-----------------------------------------------------------        ---------------------------    ----------------------------------------
0815 TELECOPIER                            6.00
0820 PHOTOCOPYING                          3.60

            Costs Total :                 9.60
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    5
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/23/2005 12:50:07

Matter No: 056772-00002                                              Orig Prtnr : CRED. RGTS   - 06975           Proforma Number:  2006936
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                       Status     : ACTIVE

Special Billing Instructions:
-----------------------------------------------------------------------------------------------------------------------------------------

                                                    PRE-BILLING SUMMARY REPORT

                                         FEES                                                COSTS
                                         ----                                                -----
              UNBILLED TIME  FROM:  11/01/2005              TO: 11/30/2005
              UNBILLED DISB  FROM:  11/04/2005              TO: 11/21/2005

                                                                                              29.40
         GROSS BILLABLE AMOUNT:     4,472.00
          AMOUNT WRITTEN DOWN:
                      PREMIUM:
             ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
                AMOUNT BILLED:
                    THRU DATE:                   11/30/2005                                          11/21/2005
   CLOSE MATTER/FINAL BILLING?    YES   OR   NO
   EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

        BILLING COMMENTS:

-----------------------------------------------------------------------------------------------------------------------------------------
                                   ACCOUNTS RECEIVABLE TOTALS                                UNAPPLIED CASH

                FEES:                         0.00      UNIDENTIFIED RECEIPTS:         0.00
       DISBURSEMENTS:                         0.00           PAID FEE RETAINER:        0.00
        FEE RETAINER:                         0.00          PAID DISB RETAINER:        0.00
       DISB RETAINER:                         0.00       TOTAL AVAILABLE FUNDS:        0.00
   TOTAL OUTSTANDING:                         0.00               TRUST BALANCE:
                                                              BILLING HISTORY
                                                              ---------------
   DATE OF LAST BILL:       12/23/05         LAST PAYMENT DATE:          11/15/05
   LAST BILL NUMBER:      425486   ACTUAL FEES BILLED TO DATE:         189,826.50
                                  ON ACCOUNT FEES BILLED TO DATE:            0.00
                                     TOTAL FEES BILLED TO DATE:        189,826.50
   LAST BILL THRU DATE:     11/30/05   FEES WRITTEN OFF TO DATE:        21,567.50

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:
                            (4) Excessive Legal Time      (7) Fixed Fee
   (1) Exceeded Fixed Fee   (5) Business Development      (8) Premium
   (2) Late Time & Costs Posted                           (9) Rounding
   (3) Pre-arranged Discount  (6) Summer Associate        (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____ Processed by:_____ FRC:_____ CRC:_____
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE    6
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/23/2005 12:50:08

Matter No: 056772-00002                                       Orig Prtnr : CRED. RGTS    - 06975            Proforma Number:   2006936
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP  - 02495          Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status      : ACTIVE

   B I L L E D    T I M E   S U M M A R Y  -------------- Total  --------- Total Billed ---------
Emp Id Employee Name             Group          Oldest       Latest       Hours         Amount
------ ----------------------    -----         --------     --------     ---------     ----------
05292  BECKER, GARY M.           CRED          11/01/05     11/30/05        8.60         4,472.00

                      Total:                                                8.60         4,472.00

Sub-Total Hours :     0.00 Partners      8.60 Counsels      0.00 Associates     0.00 Legal Assts     0.00 Others


   B I L L E D   C O S T S   S U M M A R Y  -------------- Total Billed -------------
Code  Description                            Oldest        Latest            Total
                                             Entry         Entry             Amount
------ -------------------                   --------      --------         ---------
0820  PHOTOCOPYING                           11/04/05      11/21/05            29.40

                      Total                                                    29.40

                      Grand Total                                           4,501.40
                                                                       =============


   B I L L E D    T I M E    D E T A I L
Employee Name        Work Date        Description                                                  Hours    Amount    Index#   Batch Date  Task Act
-------------------  ---------        ------------                                                 -----    -------   -------  ----------  --------

BECKER, GARY M.      11/01/05   prepare for and conf. T. Wechsler re plan                           1.30     676.00   5980131  11/03/2005
                                issues
BECKER, GARY M.      11/08/05   Conf. with grace shareholder re case status                         0.50     260.00   5987510  11/09/2005
BECKER, GARY M.      11/09/05   Prepare memo to committee re ZAI conference                         1.00     520.00   5989513  11/10/2005
BECKER, GARY M.      11/10/05   Revise memo to committee re ZAI call and                            1.40     728.00   5992394  11/14/2005
                                circulate to committee (1.0); conf. shareholder
                                re case issues (0.4)
BECKER, GARY M.      11/21/05   conf x2 w/Wechsler re omnibus hearing (0.8);                        2.40   1,248.00   6007125  11/22/2005
                                prepare memo to cmtee re Omnibus Hearing (1.2);
                                conf. Shareholder (0.4)
BECKER, GARY M.      11/22/05   revise memo re hearing and send to Cmtee (0.3);                     1.00     520.00   6014032  11/28/2005
                                conf Wechsler (0.3); conf 2nd lien holder
                                (0.4);
BECKER, GARY M.      11/30/05   Conf. with Grace shareholder re case issues                         1.00     520.00   6027763  12/01/2005
                                (0.5); conf. Wechsler re settlement issues and
                                committee call preparations (0.5)

                Total For BECKER G - 05292                                                          8.60   4,472.00


                                                        Fee Total                                   8.60   4,472.00
```

```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    7
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/23/2005 12:50:08

Matter No: 056772-00002                                   Orig Prtnr  : CRED. RGTS - 06975             Proforma Number:    2006936
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr  : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                          Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status  : ACTIVE

     B I L L E D   C O S T S   D E T A I L
Description/Code              Employee                    Date           Amount        Index#   Batch No   Batch Date

     B I L L E D   C O S T S   D E T A I L
Description/Code              Employee                    Date           Amount        Index#   Batch No   Batch Date

PHOTOCOPYING           0820
     PHOTOCOPYING
        BENTLEY PHILIP         BENTLEY, P               11/04/05          12.60      7207691    156320    11/08/05
     PHOTOCOPYING
        BENTLEY PHILIP         BENTLEY, P               11/04/05           3.00      7207692    156320    11/08/05
     PHOTOCOPYING
        BENTLEY PHILIP         BENTLEY, P               11/07/05           1.20      7208619    156368    11/09/05
     PHOTOCOPYING
        BENTLEY PHILIP         BENTLEY, P               11/08/05           8.40      7211059    156416    11/10/05
     PHOTOCOPYING
        TRIVENTO NICK          TRIVENTO, N              11/15/05           1.20      7218748    156695    11/17/05
     PHOTOCOPYING
        BENTLEY PHILIP         BENTLEY, P               11/16/05           2.40      7219972    156763    11/18/05
     PHOTOCOPYING
        BENTLEY PHILIP         BENTLEY, P               11/21/05           0.60      7227504    198555    11/29/05
                               0820 PHOTOCOPYING Total :                  29.40


                               Costs Total :                              29.40
```

```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    8
                                                    *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 12/23/2005 12:50:08

Matter No: 056772-00002                                           Orig Prtnr : CRED. RGTS. - 06975         Proforma Number:    2006936
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status         : ACTIVE

   B I L L E D    T I M E    S U M M A R Y                              -------Total Billed-------
   Employee Name              Hours       Amount          Bill       W/o / W/u    Transfer To    Clnt/Mtr    Carry Forward

BECKER, GARY M.                8.60      4,472.00

       Total:                  8.60      4,472.00


   B I L L E D    C O S T S    S U M M A R Y                            -------Total Billed-------
   Code Description                        Amount         Bill       W/o / W/u    Transfer To    Clnt/Mtr    Carry Forward

0820 PHOTOCOPYING                            29.40

       Costs Total :                         29.40
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE    9
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/23/2005 12:50:08

Matter No: 056772-00005                                         Orig Prtnr : CRED. RGTS    - 06975             Proforma Number:    2006937
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495            Bill Frequency:  M
Matter Name : BANKR. MOTIONS                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status         : ACTIVE

Special Billing Instructions:

------------------------------------------------------------------------------------------------------------------------------------
                                               PRE-BILLING SUMMARY REPORT
------------------------------------------------------------------------------------------------------------------------------------

              UNBILLED TIME FROM:    11/21/2005           TO:       11/21/2005
              UNBILLED DISB FROM:                         TO:

                                         FEES                  COSTS
                                         ----                  -----
          GROSS BILLABLE AMOUNT:        208.00                   0.00
           AMOUNT WRITTEN DOWN:
                       PREMIUM:
              ON ACCOUNT BILLED:
     DEDUCTED FROM PAID RETAINER:
                 AMOUNT BILLED:
                     THRU DATE:                        11/21/2005
     CLOSE MATTER/FINAL BILLING?    YES  OR  NO
     EXPECTED DATE OF COLLECTION:

     BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

     BILLING COMMENTS:


------------------------------------------------------------------------------------------------------------------------------------
                                   ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH
                                   --------------------------              --------------
                     FEES:                      0.00           UNIDENTIFIED RECEIPTS:       0.00
            DISBURSEMENTS:                      0.00              PAID FEE RETAINER:       0.00
             FEE RETAINER:                      0.00             PAID DISB RETAINER:       0.00
            DISB RETAINER:                      0.00          TOTAL AVAILABLE FUNDS:       0.00
         TOTAL OUTSTANDING:                     0.00                 TRUST BALANCE:
                                                                BILLING HISTORY
                                                             ---------------------
       DATE OF LAST BILL:      12/23/05              LAST PAYMENT DATE:       11/15/05
       LAST BILL NUMBER:        425486    ACTUAL FEES BILLED TO DATE:     123,385.00
                                           ON ACCOUNT FEES BILLED TO DATE:       0.00
                                              TOTAL FEES BILLED TO DATE:  123,385.00
       LAST BILL THRU DATE:    11/30/05       FEES WRITTEN OFF TO DATE:      444.00

FOR ACCTG USE ONLY:                  Write Down/Up Reason Codes:
                                     -----------------------------
      (1) Exceeded Fixed Fee        (4) Excessive Legal Time      (7) Fixed Fee
      (2) Late Time & Costs Posted  (5) Business Development      (8) Premium
      (3) Pre-arranged Discount     (6) Summer Associate          (9) Rounding           (10) Client Arrangement

BILL NUMBER:_____   DATE OF BILL:_____  Processed by:_____        FRC:_____           CRC:_____
```

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    10
                                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/23/2005 12:50:08

Matter No: 056772-00005                                       Orig Prtnr : CRED. RGTS   - 06975         Proforma Number:    2006937
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency:  M
Matter Name : BANKR. MOTIONS                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status        : ACTIVE

  B I L L E D    T I M E    S U M M A R Y     ---------------- Total Billed ----------------
Emp Id Employee Name                 Group          Oldest        Latest          Hours         Amount
------ --------------------------    ---------      --------      --------     --------      --------
05292  BECKER, GARY M.               CRED           11/21/05      11/21/05         0.40        208.00

                Total:                                                             0.40        208.00

Sub-Total Hours :     0.00 Partners    0.40 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

  B I L L E D    T I M E    D E T A I L
Employee Name         Work Date         Description                                  Hours       Amount      Index#      Batch Date  Task Act
--------------------  ----------   ---------------------------------------        --------    --------    --------    ---------- --- ---

BECKER, GARY M.       11/21/05    review various Grace motions                        0.40      208.00     6007126     11/22/2005

  Total For BECKER G - 05292                                                          0.40      208.00

                                                      Fee Total                       0.40      208.00
```

```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    11
Run Date & Time: 12/23/2005 12:50:08                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                                          Orig Prtnr : CRED. RGTS - 06975        Proforma Number:    2006937
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                  Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : BANKR. MOTIONS                                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                              Status      : ACTIVE

   B I L L E D   T I M E   S U M M A R Y                      ----------- Bill -----------   W/o / W/u   ---- Transfer To ----   Clnt/Mtr   Carry Forward
Employee Name                         Hours           Amount

BECKER, GARY M.                        0.40           208.00

         Total:                        0.40           208.00
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    12
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/23/2005 12:50:08

Matter No: 056772-00008                                  Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  2006938
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status     : ACTIVE

Special Billing Instructions:

--------------------------------------------------------------------------------------------------------------------
                                       PRE-BILLING SUMMARY REPORT

              UNBILLED TIME FROM:  11/01/2005       TO:  11/29/2005
              UNBILLED DISB FROM:  11/02/2005       TO:  11/30/2005

                              FEES                                    COSTS
                              ----                                    -----
     GROSS BILLABLE AMOUNT:            3,710.00                              25.28
     AMOUNT WRITTEN DOWN:    _____                     _____
                  PREMIUM:   _____
        ON ACCOUNT BILLED:   _____                     _____
DEDUCTED FROM PAID RETAINER:_____
            AMOUNT BILLED:   _____                     _____
               THRU DATE:          11/29/2005                            11/30/2005
CLOSE MATTER/FINAL BILLING?   YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

--------------------------------------------------------------------------------------------------------------------

          ACCOUNTS RECEIVABLE TOTALS                           UNAPPLIED CASH

     FEES:                          0.00       UNIDENTIFIED RECEIPTS:        0.00
     DISBURSEMENTS:                 0.00       PAID FEE RETAINER:            0.00
     FEE RETAINER:                  0.00       PAID DISB RETAINER:           0.00
     DISB RETAINER:                 0.00       TOTAL AVAILABLE FUNDS:        0.00
     TOTAL OUTSTANDING:             0.00       TRUST BALANCE:
                                               BILLING HISTORY
                                               ---------------
     DATE OF LAST BILL:        12/23/05        LAST PAYMENT DATE:       11/15/05
     LAST BILL NUMBER:           425486        ACTUAL FEES BILLED TO DATE:  95,774.00
                                               ON ACCOUNT FEES BILLED TO DATE:   0.00
                                               TOTAL FEES BILLED TO DATE:   95,774.00
     LAST BILL THRU DATE:      11/30/05        FEES WRITTEN OFF TO DATE:    4,424.50

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee      (4) Excessive Legal Time       (7) Fixed Fee
     (2) Late Time & Costs Posted (5) Business Development      (8) Premium
     (3) Pre-arranged Discount   (6) Summer Associate           (9) Rounding       (10) Client Arrangement


BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   13
Run Date & Time: 12/23/2005 12:50:08                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                               Orig Prtnr : CRED. RGTS      - 06975          Proforma Number:    2006938
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE       Bill Prtnr : BENTLEY PHILIP  - 02495          Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status        : ACTIVE

  B I L L E D   T I M E   S U M M A R Y               ------------- Total Billed ----------------
Emp Id Employee Name                    Group              Oldest          Latest           Hours       Amount
                                                                                                      
05292  BECKER, GARY M.                   CRED            11/01/05         11/15/05            1.30       676.00
       PARAPROFESSIONALS
06451  GAVIGAN, JAMES C                  CRED            11/01/05         11/29/05           14.80     3,034.00
                                                                                           -------   ----------
              Total:                                                                         16.10     3,710.00

Sub-Total Hours :         0.00 Partners         1.30 Counsels       0.00 Associates      14.80 Legal Assts       0.00 Others

  B I L L E D   C O S T S   S U M M A R Y           ------------ Total Billed -------------
Code  Description                                    Oldest          Latest            Total
                                                     Entry           Entry             Amount
                                                                                            
0930  MESSENGER/COURIER                              11/02/05        11/30/05           25.28
                                                                                      -------
              Total                                                                     25.28

              Grand Total                                                            3,735.28
                                                                                     ========

  B I L L E D   T I M E   D E T A I L
Employee Name        Work Date    Description                                                            Hours    Amount     Index#    Batch Date Task Act
                                                                                                                                                        
BECKER, GARY M.      11/01/05  review corrected fee application and direction                             0.20    104.00    5979975  11/03/2005
                              to Gavigan re same
BECKER, GARY M.      11/08/05  Review and revise October invoice and conf.                                0.50    260.00    5987511  11/09/2005
                              Gavigan re fee application
BECKER, GARY M.      11/15/05  Review and revise monthly and quarterly fee                                0.60    312.00    6001073  11/17/2005
                              applications
                                                                                                        ------   -------
Total For BECKER G - 05292                                                                                1.30    676.00

GAVIGAN, JAMES C     11/01/05  working on W.R. Grace September Fee Application                            0.90    184.50    5996496  11/15/2005
GAVIGAN, JAMES C     11/02/05  scanning signed sheet for Sept. Fee app (.3);                              1.00    205.00    5996497  11/15/2005
                              sending fee app to local counsel (.7)
GAVIGAN, JAMES C     11/03/05  re-sending local counsel Amended September Fee                             0.70    143.50    5996498  11/15/2005
                              App. (original fee app had error) (.5); sending
                              amended fee app to accounting (.2)
GAVIGAN, JAMES C     11/08/05  checking docket to see if last cert. of no                                 1.00    205.00    5996499  11/15/2005
                              objection had been filed/ working on Nov fee
                              app
GAVIGAN, JAMES C     11/09/05  working on WR Grace fee app. for Oct.                                      2.80    574.00    5996500  11/15/2005
```

```
alp_13lr: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    14
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/23/2005 12:50:08

Matter No: 056772-00008                          Orig Prtnr : CRED. RGTS - 06975           Proforma Number:    2006938
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status    : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name         Work Date   Description                                              Hours      Amount       Index#   Batch Date   Task Act
---------------       ---------   -----------                                              -----      ------       ------   ----------   --------

GAVIGAN, JAMES C      11/10/05    working on WR Grace October fee app                       1.50      307.50       5996501  11/15/2005
GAVIGAN, JAMES C      11/11/05    working on October fee app                                0.80      164.00       5996502  11/15/2005
GAVIGAN, JAMES C      11/14/05    reviewing October monthly fee app (.5);                   1.50      307.50       6002537  11/18/2005
                                  completing 14th Quarterly fee app (2.5)
GAVIGAN, JAMES C      11/15/05    producing Quarterly Fee App (1.8); finishing              1.50      307.50       6002538  11/18/2005
                                  October Monthly App (.7)
GAVIGAN, JAMES C      11/16/05    completing quarterly fee app and sending to               1.30      266.50       6002539  11/18/2005
                                  local counsel
GAVIGAN, JAMES C      11/17/05    sending Angela copy of filed Quarterly fee                0.50      102.50       6008652  11/22/2005
                                  application
GAVIGAN, JAMES C      11/22/05    checking to see if Oct Monthly fee app was                0.30       61.50       6009444  11/23/2005
                                  filed
GAVIGAN, JAMES C      11/28/05    checking with local counsel on status of Oct.             0.50      102.50       6029412  12/01/2005
                                  Fee App.
GAVIGAN, JAMES C      11/29/05    sending Angela Oct. Monthly Fee App.                      0.50      102.50       6029411  12/01/2005

Total For GAVIGAN J - 06451                                                                14.80    3,034.00

                                                Fee Total                                  16.10    3,710.00


B I L L E D   C O S T S   D E T A I L
Description/Code                                     Employee             Date         Amount       Index#   Batch No   Batch Date
----------------                                     --------             ----         ------       ------   --------   ----------
MESSENGER/COURIER              0930
   FEDERAL EXPRESS CORPORAT                          GAVIGAN, J C         11/02/05        8.32      7224568   156937     11/23/05
     MESSENGER/COURIER - VENDOR- FEDERAL EXPRESS
     CORPORATION
   FEDERAL EXPRESS CORPORAT                          GAVIGAN, J C         11/23/05        8.32      7225142   156943     11/23/05
     MESSENGER/COURIER - VENDOR- FEDERAL EXPRESS
     CORPORATION 10-21-05
   FEDERAL EXPRESS CORPORAT                          GAVIGAN, J C         11/30/05        8.64      7233291   279123     11/30/05
     MESSENGER/COURIER - VENDOR- FEDERAL EXPRESS
     CORPORATION 11-15-05
                                                     0930 MESSENGER/COURIER Total :      25.28


                                Costs Total :                                            25.28
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   15
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/23/2005 12:50:08

Matter No: 056772-00008                                          Orig Prtnr : CRED. RGTS     - 06975         Proforma Number:    2006938
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                          Status     : ACTIVE

     B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours       Amount        Bill       W/o / W/u       Transfer To    Clnt/Mtr   Carry Forward
-----------------          -----       ------        ----       ---------       -----------    --------   -------------
BECKER, GARY M.             1.30       676.00
GAVIGAN, JAMES C.          14.80     3,034.00
             Total:        16.10     3,710.00

     B I L L E D   C O S T S   S U M M A R Y
Code Description           Amount                    Bill       W/o / W/u       Transfer To    Clnt/Mtr   Carry Forward
----------------           ------                    ----       ---------       -----------    --------   -------------
0930 MESSENGER/COURIER      25.28

         Costs Total :      25.28
```