```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                               PAGE    16
Run Date & Time: 12/23/2005 12:50:08                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                   Orig Prtnr : CRED. RGTS - 06975             Proforma Number:  2006939
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                           Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                            Status       : ACTIVE

Special Billing Instructions:
----------------------------------------------------------------------------------------------------------------------------------------------
                                      PRE-BILLING SUMMARY REPORT
----------------------------------------------------------------------------------------------------------------------------------------------

       UNBILLED TIME FROM:   11/01/2005         TO:   11/30/2005
       UNBILLED DISB FROM:   11/02/2005         TO:   11/30/2005

                                  FEES                              COSTS
                                  ----                              -----
       GROSS BILLABLE AMOUNT:     18,444.00                         1,036.00
       AMOUNT WRITTEN DOWN:
                   PREMIUM:
          ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
             AMOUNT BILLED:
                 THRU DATE:                11/30/2005                            11/30/2005
CLOSE MATTER/FINAL BILLING?      YES  OR  NO
EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495                 WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

          BILLING COMMENTS:


----------------------------------------------------------------------------------------------------------------------------------------------
                                    ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH
                                    --------------------------                       --------------
                        FEES:                 0.00              UNIDENTIFIED RECEIPTS:      0.00
               DISBURSEMENTS:                 0.00                  PAID FEE RETAINER:      0.00
                FEE RETAINER:                 0.00                 PAID DISB RETAINER:      0.00
               DISB RETAINER:                 0.00              TOTAL AVAILABLE FUNDS:      0.00
           TOTAL OUTSTANDING:                 0.00                      TRUST BALANCE:
                                                       BILLING HISTORY
                                                       ---------------
           DATE OF LAST BILL:          12/23/05             LAST PAYMENT DATE:   12/06/05
           LAST BILL NUMBER:            425486     ACTUAL FEES BILLED TO DATE:  512,394.00
                                                  ON ACCOUNT FEES BILLED TO DATE:    0.00
                                                   TOTAL FEES BILLED TO DATE:   512,394.00
        LAST BILL THRU DATE:          11/30/05       FEES WRITTEN OFF TO DATE:    4,417.50

FOR ACCTG USE ONLY:            Write Down/Up Reason Codes:
       (1) Exceeded Fixed Fee         (4) Excessive Legal Time       (7) Fixed Fee
       (2) Late Time & Costs Posted   (5) Business Development       (8) Premium
       (3) Pre-arranged Discount      (6) Summer Associate           (9) Rounding       (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE    17
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/23/2005 12:50:08

Matter No: 056772-00012                                                              Orig Prtnr : CRED. RGTS   - 06975           Proforma Number:   2006939
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                      Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                       Status        : ACTIVE

   B I L L E D   T I M E   S U M M A R Y  ---------------- Total -------------- Billed --------
Emp Id Employee Name              Group           Oldest       Latest        Hours         Amount
------ -------------               -----           ------       ------       ------         ------
00720  NADLER, ELLEN R.            LITI          11/04/05     11/15/05         2.10       1,386.00
02495  BENTLEY, PHILIP             CRED          11/01/05     11/30/05        14.80       8,806.00
05292  BECKER, GARY M.             CRED          11/01/05     11/30/05        12.60       6,552.00
06228  KOEVARY, JONATHAN T         CRED          11/16/05     11/18/05         5.00       1,700.00

                          Total:                                              34.50      18,444.00
Sub-Total Hours :    16.90 Partners    12.60 Counsels    5.00 Associates   0.00 Legal Assts   0.00 Others

   B I L L E D   C O S T S   S U M M A R Y  ------------- Total Billed ----------
                                           Oldest       Latest        Total
Code  Description                          Entry        Entry         Amount
----  -----------                          ------       ------        ------
0940  CAB FARES                          11/03/05     11/16/05         103.00
0942  MEALS/IN-HOUSE                     11/03/05     11/03/05          19.00
0950  OUT-OF-TOWN TRAVEL                 11/02/05     11/30/05         914.00

                          Total                                      1,036.00

                          Grand Total                               19,480.00
                                                                  ============

  B I L L E D   T I M E   D E T A I L
Employee Name            Work Date    Description                                                                         Hours       Amount    Index#    Batch Date  Task Act
-------------            ---------    -----------                                                                         -----       ------    ------    ----------  --------

BENTLEY, PHILIP          11/01/05 TC TW and confs GB re potential asbestos                                                  2.70     1,606.50   5988009  11/09/2005
                                  settlement talks and other asbestos issues, and
                                  work on same
BENTLEY, PHILIP          11/03/05 Conf with Debtor and TW re asbestos and                                                   4.80     2,856.00   5988008  11/09/2005
                                  settlement issues, and discs TW re same (3.3);
                                  review pleadings and other docs to prepare
                                  (1.5)
BENTLEY, PHILIP          11/04/05 Followup notes and analysis to yesterday's                                                1.10       654.50   5988007  11/09/2005
                                  meeting
BENTLEY, PHILIP          11/07/05 Discs GB, and notes, re asbestos issues                                                   0.20       119.00   5988006  11/09/2005
BENTLEY, PHILIP          11/08/05 Conf GB and TCs J. Baer and TW re court                                                   0.90       535.50   5988005  11/09/2005
                                  teleconf re ZAI
BENTLEY, PHILIP          11/09/05 TC Lexecon, and trade emails with Lexecon, GAH                                            2.20     1,309.00   5992952  11/14/2005
                                  and ERN, re asbestos issues; review and edit
                                  memo to Committee re same
```

```
alp_132r: Billed Charges Analysis                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                               PAGE   18
Run Date & Time: 12/23/2005 12:50:09                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                              Orig Prtnr : CRED. RGTS   - 06975          Proforma Number:    2006939
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
                                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status      : ACTIVE

    B I L L E D   T I M E   D E T A I L
Employee Name              Work Date    Description                                   Hours       Amount   Index#    Batch Date  Task Act.
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 11/10/05 | Review and edit memo to Committee re ZAI issues, review and edit our expert topics designation, and discs GB | 0.80 | 476.00 | 5992953 | 11/14/2005 |
| BENTLEY, PHILIP | 11/15/05 | Discs GB and TW re yesterday's hearing | 1.10 | 654.50 | 6006960 | 11/22/2005 |
| BENTLEY, PHILIP | 11/16/05 | Discs GB re asbestos | 0.10 | 59.50 | 6006959 | 11/22/2005 |
| BENTLEY, PHILIP | 11/22/05 | Conf GB re asbestos | 0.10 | 59.50 | 6016973 | 11/29/2005 |
| BENTLEY, PHILIP | 11/28/05 | Review memo to committee re asbestos | 0.10 | 59.50 | 6027221 | 12/01/2005 |
| BENTLEY, PHILIP | 11/30/05 | Conf GB and TCs TW and ERN re recent developments | 0.70 | 416.50 | 6027222 | 12/01/2005 |
| Total For BENTLEY P - 02495 | | | 14.80 | 8,806.00 | | |
| NADLER, ELLEN R. | 11/04/05 | Email exchange w/P. Bentley re: asbestos estimation; review Grace spreadsheet (.50) | 0.50 | 330.00 | 5983867 | 11/07/2005 |
| NADLER, ELLEN R. | 11/07/05 | Review Ted Wechsler memo on devs. (.20) | 0.20 | 132.00 | 5985948 | 11/08/2005 |
| NADLER, ELLEN R. | 11/08/05 | Conf. w/Becker re: devs. (.30) | 0.30 | 198.00 | 5988258 | 11/10/2005 |
| NADLER, ELLEN R. | 11/10/05 | Discussion with P. Bentley re: Lexecon and estimation (.30) | 0.30 | 198.00 | 5991086 | 11/11/2005 |
| NADLER, ELLEN R. | 11/11/05 | Review Becker memo on ZAI claims (.30) | 0.30 | 198.00 | 5994412 | 11/15/2005 |
| NADLER, ELLEN R. | 11/15/05 | Disc. w/G. Becker and P. Bentley re: upcoming deps. (.50) | 0.50 | 330.00 | 5997620 | 11/16/2005 |
| Total For NADLER E - 00720 | | | 2.10 | 1,386.00 | | |
| BECKER, GARY M. | 11/01/05 | Conf. Pasqaule re PI expert disclosure issues (0.4); review letter agreement re expert sharing (0.3); conf. Bentley re expert disclosure (0.5); prepare expert disclosure (0.5); review objections to claims bar date and related research (1.4) | 2.90 | 1,508.00 | 5980198 | 11/03/2005 |
| BECKER, GARY M. | 11/08/05 | Chambers call with court and other counsel re ZAI (0.8); research re certain asbestos issues (0.6); conf. Bentley re ZAI (0.5); conf. Bentley and Baer re ZAI (0.5); conf. Bentley and Wechsler re ZAI (0.5) | 2.90 | 1,508.00 | 5987512 | 11/09/2005 |
| BECKER, GARY M. | 11/10/05 | Conf. Bentley re ZAI claims (0.5); revise designation of expert testimony categories, exchange emails with Pasquale re same (0.5) | 1.00 | 520.00 | 5992395 | 11/14/2005 |
| BECKER, GARY M. | 11/11/05 | Modify and send Grace expert witness designation to Currier for filing with court (0.5); conf. D. Glosband re insurance (0.3) | 0.80 | 416.00 | 5995610 | 11/15/2005 |

```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   19
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/23/2005 12:50:09

Matter No: 056772-00012                                      Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:  2006939
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS) Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status     : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name        Work Date   Description                                              Hours      Amount       Index#    Batch Date  Task Act
-------------------  ---------   -------------------------------------------------------  -------    ---------    --------  ----------  --------

BECKER, GARY M.      11/15/05    Conf. Bentley re bar date hearing and re                   1.30       676.00     6001074   11/17/2005
                                 depositions scheduled (0.7); conf. Nadler re
                                 same (0.3); conf. Hurford re depositions and
                                 service list (0.3)
BECKER, GARY M.      11/16/05    conf Koevary re Flynn depo; conf P1 Cmtee                  1.00       520.00     6000017   11/17/2005
                                 counsel re same; conf UCC counsel re same; call
                                 debtors counsel re same
BECKER, GARY M.      11/17/05    review Grace depo notices and conf Bentley re              0.40       208.00     6002341   11/18/2005
                                 same
BECKER, GARY M.      11/21/05    conf Grace counsel re settlement issues                    0.50       260.00     6007127   11/22/2005
BECKER, GARY M.      11/30/05    Conf. Bentley re PI and PD estimation (0.6);               1.80       936.00     6027764   12/01/2005
                                 review Libby medical deposition transcript
                                 (1.0); review letter from Harding re settled PI
                                 claims (0.2)

  Total For BECKER G - 05292                                                               12.60     6,552.00

KOEVARY, JONATHAN T  11/16/05    Discuss Flynn deposition with Gary Becker.                 0.40       136.00     6000433   11/17/2005
                                 Prepare for same.
KOEVARY, JONATHAN T  11/17/05    Prepare for/attend Flynn deposition, 3.4..                 4.40     1,496.00     6007285   11/22/2005
                                 Travel to/from same 1.0.
KOEVARY, JONATHAN T  11/18/05    Discuss Flynn deposition with Gary Becker                  0.20        68.00     6007286   11/22/2005

  Total For KOEVARY J - 06228                                                               5.00     1,700.00

                                               Fee Total                                   34.50    18,444.00


B I L L E D   C O S T S   D E T A I L
Description/Code                                             Employee            Date       Amount    Index#    Batch No  Batch Date
------------------------                                     --------------      --------   -------   --------  --------  ----------

CAB FARES                        0940
  MARIANNE FERGUSON, CASHI                                   BENTLEY, P          11/03/05    30.00    7210539   156393    11/09/05
   CAB FARES - VENDOR- MARIANNE FERGUSON, CASHIER
  MARIANNE FERGUSON, CASHI                                   BENTLEY, P          11/03/05    29.00    7210540   156393    11/09/05
   CAB FARES - VENDOR- MARIANNE FERGUSON, CASHIER
  MARIANNE FERGUSON, CASHI                                   BENTLEY, P          11/03/05    20.00    7210541   156393    11/09/05
   CAB FARES - VENDOR- MARIANNE FERGUSON, CASHIER
  MARIANNE FERGUSON, CASHI                                   BENTLEY, P          11/03/05    18.00    7210542   156393    11/09/05
   CAB FARES - VENDOR- MARIANNE FERGUSON, CASHIER
  MARIANNE FERGUSON, CASHI                                   BECKER, G M         11/16/05     6.00    7220855   156800    11/18/05
   CAB FARES - VENDOR- MARIANNE FERGUSON, CASHIER
                                                           0940 CAB FARES Total :           103.00
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    20
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/23/2005 12:50:09

Matter No: 056772-00012                              Orig Prtnr : CRED. RGTS. - 06975           Proforma Number:    2006939
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status       : ACTIVE

  B I L L E D   C O S T S   D E T A I L

Description/Code                         Employee             Date       Amount      Index#    Batch No   Batch Date
                                                                                                
MEALS/IN-HOUSE           0942
  MARIANNE FERGUSON, CASHI               BENTLEY, P           11/03/05     19.00    7210538    156393     11/09/05
  MEALS/IN-HOUSE - VENDOR- MARIANNE FERGUSON,
  CASHIER
                                      0942 MEALS/IN-HOUSE Total :          19.00

OUT-OF-TOWN TRAVEL       0950
  CITICORP DINERS CLUB                   BENTLEY, P           11/02/05    216.60    7233032    277586     11/30/05
  OUT-OF-TOWN TRAVEL - VENDOR- CITICORP DINERS
  CLUB NY TO WASH
  CITICORP DINERS CLUB                   BENTLEY, P           11/02/05    170.10    7233033    277586     11/30/05
  OUT-OF-TOWN TRAVEL - VENDOR- CITICORP DINERS
  CLUB WASH TO NY
  CITICORP DINERS CLUB                   BENTLEY, P           11/10/05    238.10    7233075    277586     11/30/05
  OUT-OF-TOWN TRAVEL - VENDOR- CITICORP DINERS
  CLUB NY BOSTON
  PHILIP BENTLEY                         BENTLEY, P           11/30/05    289.20    7236511    329744     12/01/05
  OUT-OF-TOWN TRAVEL - VENDOR- PHILIP BENTLEY
  delta
                                      0950 OUT-OF-TOWN TRAVEL Total :     914.00

                        Costs Total :                                   1,036.00
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    21
                                                   *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 12/23/2005 12:50:09

Matter No: 056772-00012                                         Orig Prtnr : CRED. RGTS - 06975              Proforma Number:    2006939
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status     : ACTIVE


     B I L L E D    T I M E    S U M M A R Y                       -------------- Bill --------------    ------------ W/o / W/u -----------   ------------ Transfer To ------------
Employee Name                Hours       Amount                                                                                                          Clnt/Mtr     Carry Forward

NADLER, ELLEN R.              2.10       1,386.00
BENTLEY, PHILIP              14.80       8,806.00
BECKER, GARY M.              12.60       6,552.00
KOEVARY, JONATHAN T.          5.00       1,700.00
        Total:               34.50      18,444.00


     B I L L E D    C O S T S    S U M M A R Y                     -------------- Bill --------------    ------------ W/o / W/u -----------   ------------ Transfer To ------------
Code Description              Amount                                                                                                                     Clnt/Mtr     Carry Forward

0940 CAB FARES                 103.00
0942 MEALS/IN-HOUSE             19.00
0950 OUT-OF-TOWN TRAVEL        914.00

        Costs Total :        1,036.00
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                            PAGE    22
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/23/2005 12:50:09

Matter No: 056772-00015                                           Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:  2006941
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                                          Status    : ACTIVE

Special Billing Instructions:

---------------------------------------------------------PRE-BILLING SUMMARY REPORT-----------------------------------------------------

            UNBILLED TIME FROM:  11/02/2005                 TO:  11/07/2005
            UNBILLED DISB FROM:                             TO:

                          FEES                                   COSTS
                          ----                                   -----
       GROSS BILLABLE AMOUNT:     1,040.00                        0.00
       AMOUNT WRITTEN DOWN:
                    PREMIUM:
           ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                  THRU DATE:                  11/07/2005
CLOSE MATTER/FINAL BILLING?  YES  OR  NO
 EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

           BILLING COMMENTS:


---------------------------------------------------------ACCOUNTS RECEIVABLE TOTALS-----------------------------UNAPPLIED CASH--------

                     FEES:           0.00
             DISBURSEMENTS:           0.00      UNIDENTIFIED RECEIPTS:        0.00
              FEE RETAINER:           0.00          PAID FEE RETAINER:        0.00
             DISB RETAINER:           0.00         PAID DISB RETAINER:        0.00
          TOTAL OUTSTANDING:          0.00        TOTAL AVAILABLE FUNDS:      0.00
                                                    TRUST BALANCE:
                                                BILLING HISTORY
                                                ---------------
         DATE OF LAST BILL:      12/23/05         LAST PAYMENT DATE:     08/08/05
          LAST BILL NUMBER:       425486  ACTUAL FEES BILLED TO DATE:   8,881.00
                                          ON ACCOUNT FEES BILLED TO DATE:    0.00
                                             TOTAL FEES BILLED TO DATE: 8,881.00
       LAST BILL THRU DATE:      11/30/05     FEES WRITTEN OFF TO DATE:     0.00

FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:

      (1) Exceeded Fixed Fee         (4) Excessive Legal Time      (7) Fixed Fee
      (2) Late Time & Costs Posted   (5) Business Development      (8) Premium
      (3) Pre-arranged Discount      (6) Summer Associate          (9) Rounding            (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    23
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/23/2005 12:50:09

Matter No: 056772-00015                                           Orig Prtnr : CRED. RGTS - 06975             Proforma Number:  2006941
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                                    Status      : ACTIVE

   B I L L E D    T I M E    S U M M A R Y         ---------------- Total   Billed ----------------
Emp Id Employee Name              Group              Oldest       Latest     Hours         Amount
-----  -------------              -----              ------       ------     -----         ------
05292  BECKER, GARY M.            CRED               11/02/05    11/07/05     2.00        1,040.00

                       Total:                                                 2.00        1,040.00

Sub-Total Hours :      0.00 Partners    2.00 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

   B I L L E D    T I M E    D E T A I L
Employee Name        Work Date         Description                                        Hours    Amount       Index#    Batch Date   Task Act
-------------        ---------         -----------                                        -----    ------       ------    ----------   --------
BECKER, GARY M.      11/02/05  Review valuation report (0.6); conf. Bentley re             1.00    520.00      5984000   11/07/2005
                               plan issues (0.4)
BECKER, GARY M.      11/07/05  Review memo from Wechsler re plan issues (0.5);             1.00    520.00      5986870   11/08/2005
                               conf. Bentley re plan issues (0.5)

    Total For BECKER G - 05292                                                             2.00   1,040.00

                                                    Fee Total                              2.00   1,040.00
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    24
Run Date & Time: 12/23/2005 12:50:09                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00015                                      Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:   2006941
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                                  Status      : ACTIVE

    B I L L E D   T I M E   S U M M A R Y  ------------------ Bill ----------  W/o / W/u  ----- Transfer To ----  Clnt/Mtr  Carry Forward
Employee Name            Hours      Amount

BECKER, GARY M.          2.00      1,040.00

      Total:             2.00      1,040.00
```

```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    25
Run Date & Time: 12/23/2005 12:50:09                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                    Orig Prtnr : CRED. RGTS - 06975              Proforma Number:   2006942
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : HEARINGS                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                              Status       : ACTIVE

Special Billing Instructions:

                                            PRE-BILLING SUMMARY REPORT

         UNBILLED TIME FROM:  11/11/2005         TO:  11/14/2005
         UNBILLED DISB FROM:  11/07/2005         TO:  11/07/2005

                          FEES                              COSTS

 GROSS BILLABLE AMOUNT:       5,460.00                      147.00
 AMOUNT WRITTEN DOWN:
              PREMIUM:
    ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
       AMOUNT BILLED:
            THRU DATE:          11/14/2005                 11/07/2005
CLOSE MATTER/FINAL BILLING?   YES    OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                                                                                         UNAPPLIED CASH
ACCOUNTS RECEIVABLE TOTALS
                                                    UNIDENTIFIED RECEIPTS:       0.00
              FEES:           0.00                     PAID FEE RETAINER:        0.00
     DISBURSEMENTS:           0.00                    PAID DISB RETAINER:        0.00
       FEE RETAINER:          0.00                  TOTAL AVAILABLE FUNDS:       0.00
      DISB RETAINER:          0.00                        TRUST BALANCE:
  TOTAL OUTSTANDING:          0.00
                                                    BILLING HISTORY
                                  ---------------
DATE OF LAST BILL:        12/23/05         LAST PAYMENT DATE:       12/06/05
LAST BILL NUMBER:          425486   ACTUAL FEES BILLED TO DATE:   116,991.50
                                    ON ACCOUNT FEES BILLED TO DATE:      0.00
                                       TOTAL FEES BILLED TO DATE:  116,991.50
LAST BILL THRU DATE:      11/30/05         FEES WRITTEN OFF TO DATE:  5,087.68

FOR ACCTG USE ONLY:                Write Down/Up Reason Codes:
                                   (1) Exceeded Fixed Fee          (4) Excessive Legal Time     (7) Fixed Fee
                                   (2) Late Time & Costs Posted    (5) Business Development     (8) Premium
                                   (3) Pre-arranged Discount       (6) Summer Associate         (9) Rounding       (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    26
Run Date & Time: 12/23/2005 12:50:09              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                       Orig Prtnr : CRED. RGTS   - 06975          Proforma Number:  2006942
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : HEARINGS                                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                Status     : ACTIVE

   B I L L E D    T I M E    S U M M A R Y  -------------- Total  Billed --------------
Emp Id Employee Name                     Group                Oldest     Latest      Hours        Amount
                                                              ------     ------      -----        ------
05292 BECKER, GARY M.                    CRED               11/11/05    11/14/05     10.50      5,460.00

                                       Total:                                        10.50      5,460.00

Sub-Total Hours :     0.00 Partners      10.50 Counsels      0.00 Associates       0.00 Legal Assts      0.00 Others

   B I L L E D    C O S T S    S U M M A R Y  -------- Total Billed --------
Code Description                                Oldest       Latest        Total
                                                Entry        Entry         Amount
                                                ------       ------        ------
0950 OUT-OF-TOWN TRAVEL                        11/07/05     11/07/05       147.00

                 Total                                                     147.00

                 Grand Total                                             5,607.00
                                                                       ===========

   B I L L E D    T I M E    D E T A I L
Employee Name            Work Date                        Description                              Hours         Amount      Index#    Batch Date Task Act.
-------------            ---------                        -----------                              -----         ------      ------    ---------- ---------

BECKER, GARY M.          11/11/05  Prepare for omnibus hearing                                      0.60         312.00     5995611  11/15/2005
BECKER, GARY M.          11/14/05  Prepare for and appear at omnibus hearing                        9.90       5,148.00     5995612  11/15/2005

Total For BECKER G - 05292                                                                         10.50       5,460.00

                                                      Fee Total                                    10.50       5,460.00


   B I L L E D    C O S T S    D E T A I L
Description/Code                                            Employee                  Date                Amount     Index#  Batch No   Batch Date
----------------                                            --------                  ----                ------     ------  --------   ----------

OUT-OF-TOWN TRAVEL                   0950
    CITICORP DINERS CLUB                                   BECKER, G M              11/07/05              147.00   7233031   277586    11/30/05
    OUT-OF-TOWN TRAVEL - VENDOR- CITICORP DINERS
    CLUB AMTRAK NY PENN NAIROBI
                                                    0950 OUT-OF-TOWN TRAVEL Total :                       147.00

                                         Costs Total :                                                    147.00
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE   27
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/23/2005 12:50:09

Matter No: 056772-00019                              Orig Prtnr : CRED. RGTS - 06975              Proforma Number:  2006942
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : HEARINGS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                        Status      : ACTIVE

    B I L L E D   T I M E   S U M M A R Y                                     ------Total Billed------
Employee Name            Hours      Amount         Bill       W/o / W/u       Transfer To   Clnt/Mtr   Carry Forward
-------------            -----      ------         ----       ---------       -----------   --------   -------------
BECKER, GARY M.          10.50    5,460.00
       Total:            10.50    5,460.00

    B I L L E D   C O S T S   S U M M A R Y
Code Description                    Amount         Bill       W/o / W/u       Transfer To   Clnt/Mtr   Carry Forward
----------------                    ------         ----       ---------       -----------   --------   -------------
0950 OUT-OF-TOWN TRAVEL             147.00

       Costs Total :                147.00
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    28
Run Date & Time: 12/23/2005 12:50:09                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                              Orig Prtnr : CRED. RGTS    - 06975           Proforma Number:   2006943
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                        Status        : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15 Bill this matter only at 1/2 standard rate

                                            PRE-BILLING SUMMARY REPORT

           UNBILLED TIME FROM:   11/03/2005                     TO:   11/14/2005
           UNBILLED DISB FROM:                                  TO:

                                  FEES                                  COSTS

           GROSS BILLABLE AMOUNT:        4,781.00                        0.00
           AMOUNT WRITTEN DOWN:
                        PREMIUM:
                ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
                  AMOUNT BILLED:
                      THRU DATE:                 11/14/2005
      CLOSE MATTER/FINAL BILLING?     YES   OR   NO
      EXPECTED DATE OF COLLECTION:

      BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

      BILLING COMMENTS:


                                   ACCOUNTS RECEIVABLE TOTALS                            UNAPPLIED CASH

                        FEES:             0.00                 UNIDENTIFIED RECEIPTS:         0.00
               DISBURSEMENTS:             0.00                    PAID FEE RETAINER:          0.00
                FEE RETAINER:             0.00                   PAID DISB RETAINER:          0.00
               DISB RETAINER:             0.00                TOTAL AVAILABLE FUNDS:          0.00
            TOTAL OUTSTANDING:            0.00                      TRUST BALANCE:
                                                                  BILLING HISTORY

       DATE OF LAST BILL:       12/23/05           LAST PAYMENT DATE:        12/06/05
       LAST BILL NUMBER:        425486     ACTUAL FEES BILLED TO DATE:    51,366.00
                                          ON ACCOUNT FEES BILLED TO DATE:     0.00
       LAST BILL THRU DATE:     11/30/05        TOTAL FEES BILLED TO DATE: 51,366.00
                                                   FEES WRITTEN OFF TO DATE: 25,258.50

FOR ACCTG USE ONLY:                 Write Down/Up Reason Codes:

       (1) Exceeded Fixed Fee            (4) Excessive Legal Time      (7) Fixed Fee
       (2) Late Time & Costs Posted      (5) Business Development      (8) Premium
       (3) Pre-arranged Discount         (6) Summer Associate          (9) Rounding           (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE    29
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/23/2005 12:50:09

Matter No: 056772-00028                              Orig Prtnr : CRED. RGTS - 06975             Proforma Number:    2006943
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                       Status     : ACTIVE

   B I L L E D   T I M E    S U M M A R Y            ------------- Total Billed ------------
Emp Id  Employee Name                    Group         Oldest      Latest       Hours           Amount
                                                     --------    --------
 02495  BENTLEY, PHILIP                  CRED         11/03/05    11/03/05         6.20        3,689.00
 05292  BECKER, GARY M.                  CRED         11/14/05    11/14/05         4.20        1,092.00
                                                                                 ------       --------
                         Total:                                                   10.40        4,781.00

Sub-Total Hours  :   6.20 Partners     4.20 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

   B I L L E D   T I M E    D E T A I L
Employee Name             Work Date        Description                                        Hours          Amount        Index#  Batch Date  Task Act

BENTLEY, PHILIP           11/03/05 Travel to and from D.C. meeting with Debtor                  6.20        3,689.00      5988010 11/09/2005

    Total For BENTLEY P - 02495                                                                 6.20        3,689.00

BECKER, GARY M.           11/14/05 Non-working travel re omnibus hearing                        4.20        1,092.00      5995613 11/15/2005

    Total For BECKER G - 05292                                                                  4.20        1,092.00

                                                                              Fee Total        10.40        4,781.00
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   30
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/23/2005 12:50:09

Matter No: 056772-00028                                           Orig Prtnr : CRED. RGTS. - 06975        Proforma Number:  2006943
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                    Status   : ACTIVE

    B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours      Amount         Bill          W/o / W/u        Transfer To     Clnt/Mtr      Carry Forward
-----------------------------------------------------------------------------------------------------------------------------------

BENTLEY, PHILIP             6.20     3,689.00
BECKER, GARY M.             4.20     1,092.00
         Total:            10.40     4,781.00
```