**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al., | ) | Case No.: 01-1139 (JKF) |
| | ) | |
| | ) | Related to: 11124 |
| | ) | |
| | ) | **No Order Required** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 11124

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Verified Application of The Scott Law Group, P.S. for Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period from September 1, 2005 through September 30, 2005 (the "Application"). The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Application, objections were to be filed no later than December 12, 2005.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§ 105 (a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Order") dated April 17, 2002, the Debtors are authorized to pay $786.96[1] upon the filing of this certification and without the need for entry of a Court order approving the application.

---

[1] The aggregate total is a result of the addition of 80% of the fees sought ($983.50), $786.96, and 100% of the expenses sought (none for this period) during the time frame of September 1, 2005 through September 30, 2005.

1

2

| | |
|---|---|
| Dated: December 29, 2005 | BUCHANAN INGERSOLL PC |
| | */s/ William David Sullivan* <br> William D. Sullivan (# 2820) <br> The Nemours Building <br> 1007 N. Orange Street, Suite 1110 <br> Wilmington, DE 19801 <br> (302) 428-5500 |
| | -and- |
| | Darrell W. Scott, Esq.. <br> The Scott Law Group, P.S. <br> 926 W. Sprague Avenue, Suite 583 <br> Spokane, WA  99201 <br> Phone: (509) 455-3966 <br> FAX: (509) 747-3906 |
| | ADDITIONAL SPECIAL COUNSEL FOR ZAI CLAIMANTS |