REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number    1353251
One Town Center Road                     Invoice Date      12/23/05
Boca Raton, FL    33486                  Client Number      172573

===========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                          22,711.50
        Expenses                           0.00

                TOTAL BALANCE DUE UPON RECEIPT        $22,711.50
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                              Invoice Number      1353251
One Town Center Road                         Invoice Date        12/23/05
Boca Raton, FL    33486                      Client Number        172573
                                             Matter Number         60026


============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2005

| Date | Name | | Hours |
|------|------|--|-------|
| 11/01/05 | Cameron | Review draft scheduling order and comment (0.5); telephone call with R. Finke regarding same (0.2); telephone call with expert regarding follow-up from expert report and data (0.3); review back-up materials (0.5); review 15th omnibus objections (0.8); review materials for conference call regarding document production (0.8). | 3.10 |
| 11/01/05 | Muha | Review files for information summarizing document review and e-mail to D. Cameron re: same. | .80 |
| 11/02/05 | Cameron | Prepare for (0.8) and participate in conference call with W. R. Grace in-house and outside counsel regarding discovery requests and document production issues (1.9); follow-up e-mails and telephone calls regarding same (0.4); review product ID materials and e-mails regarding same (0.8); review proposed scheduling order from K&E (0.4); review and attend to internal due dates and planning document (0.8). | 5.10 |

172573  W. R. Grace & Co.                              Invoice Number   1353251
60026   Litigation and Litigation Consulting          Page    2
        December 23, 2005


| Date | Name | | Hours |
|------|------|------|------|

| 11/03/05 | Cameron | Continued attention to strategy memo and deadlines (0.6); additional review of product identification materials and e-mails regarding same (0.9); review proposed scheduling order (0.5); follow-up review of materials relating to document production issues (0.7); attend to expert report issues (0.6). | 3.30 |
| 11/04/05 | Cameron | Attend to issues relating to 15th omnibus objections (0.9); e-mails regarding proposed order (0.7); review TV report transcript (0.3). | 1.90 |
| 11/06/05 | Cameron | Review product identification materials and affidavit regarding analysis (0.8); e-mails regarding same (0.1). | .90 |
| 11/07/05 | Cameron | Review briefs relating to constructive notice and dust sampling methodology (1.9); review product ID materials and possible supporting affidavit (1.3); review 15th omnibus objections for summary of claims regarding product ID objections (0.9); review transcript of television broadcast re: W.R. Grace products (0.4). | 4.50 |
| 11/08/05 | Cameron | Conference call with K&E and Grace regarding issues for November 14 hearing (0.2); review materials from K&E regarding November 14 hearing issues (1.9); review discovery requests relating to 15th omnibus objection (0.9). | 3.00 |
| 11/09/05 | Cameron | Telephone call with R. Finke regarding product ID issues (0.3); telephone call with R. Finke regarding expert witness issues (0.3); review of materials relating to dust sampling and constructive notice reports (0.8); review materials for 11/14 hearing | 2.40 |

172573 W. R. Grace & Co.                          Invoice Number  1353251
60026  Litigation and Litigation Consulting       Page    3
       December 23, 2005


|   Date   | Name      |                                                              | Hours |
| -------- | --------- | ------------------------------------------------------------ | ----- |
|          |           | (0.6); review bulk sample data (0.4).                        |       |
| 11/10/05 | Ament     | Access PACER and download Agenda and exhibit at Document No. 11008 for D. Cameron. | .10 |
| 11/10/05 | Cameron   | Attend to issues relating to product ID objections (0.8); telephone call with R. Finke regarding same (0.2); review order regarding argument schedule for omnibus objections (0.3); review expert reports for conference call (0.6). | 1.90 |
| 11/11/05 | Cameron   | Prepare for and participate in conference call with R. Finke re: product identification objections (1.40); review materials for 11/14 hearing (.70); review dust sample report materials (.30). | 2.40 |
| 11/12/05 | Cameron   | Review materials for product identification objections. | .90 |
| 11/14/05 | Cameron   | E-mails regarding report on hearing (0.4); review dust sample report materials (0.8); review product ID materials (0.5). | 1.70 |
| 11/15/05 | Cameron   | Follow-up with respect to report on hearings for omnibus objections (0.6); revise dust sampling reports (0.7). | 1.30 |
| 11/17/05 | Cameron   | E-mails regarding response to request for product ID objection back-up (0.4); review data regarding same (0.9); review 15th omnibus objections (0.7); review dust sampling report materials (0.8). | 2.80 |
| 11/18/05 | Cameron   | Review of materials relating to 15th omnibus objection and hearing schedule (0.9); review claimants requests for product | 2.60 |

172573 W. R. Grace & Co.                          Invoice Number  1353251
60026  Litigation and Litigation Consulting        Page   4
        December 23, 2005

| Date | Name | | Hours |
|------|------|---|-------|

|      |      | identification back-up (0.8);<br>review bulk sample summaries (0.9). | |
| 11/21/05 | Cameron | Review draft Order from J. Baer<br>(0.3); review 15th omnibus<br>objections (0.8). | 1.10 |
| 11/22/05 | Cameron | Review draft scheduling order and<br>comments thereto (0.5); e-mails<br>regarding additional comments<br>(0.4); review dust sampling report<br>materials (0.7). | 1.60 |
| 11/23/05 | Cameron | Telephone call with R. Finke<br>regarding dust sampling reports<br>(0.1); review e-mails regarding<br>15th omnibus objections (0.6);<br>telephone call with R. Finke<br>regarding product ID analysis and<br>discovery requests (0.3); review<br>back-up documents regarding same<br>(0.8). | 1.80 |
| 11/25/05 | Cameron | Review materials relating to 15th<br>omnibus objections. | .80 |
| 11/27/05 | Cameron | Review materials from R. Finke<br>regarding product identification<br>objections and document requests<br>regarding same (1.1); e-mails<br>regarding same (0.3). | 1.40 |
| 11/30/05 | Cameron | Review materials relating to PD<br>claimants' discovery requests. | 1.40 |

                                          TOTAL HOURS   46.80

```
172573 W. R. Grace & Co.                    Invoice Number  1353251
60026  Litigation and Litigation Consulting  Page    5
       December 23, 2005
```

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Douglas E. Cameron | 45.90 | at $ | 490.00 | = | 22,491.00 |
| Andrew J. Muha | 0.80 | at $ | 260.00 | = | 208.00 |
| Sharon A. Ament | 0.10 | at $ | 125.00 | = | 12.50 |

```
                    CURRENT FEES                  22,711.50


                                                ------------
         TOTAL BALANCE DUE UPON RECEIPT          $22,711.50
                                                ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                                    Invoice Number      1353252
5400 Broken Sound Blvd., N.W.                  Invoice Date        12/23/05
Boca Raton, FL 33487                           Client Number        172573


================================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

    Fees                          8,561.00
    Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $8,561.00
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W. R. Grace | |
| 5400 Broken Sound Blvd., N.W. | |
| Boca Raton, FL 33487 | |

| | |
|---|---|
| Invoice Number | 1353252 |
| Invoice Date | 12/23/05 |
| Client Number | 172573 |
| Matter Number | 60028 |

==========================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2005

| Date | Name | | Hours |
|------|------|------|-------|
| 11/01/05 | Atkinson | Per D. Cameron e-mail, review ZAI Science Trial correspondence files re:  production of documents in ZAI Science Trial. | .80 |
| 11/01/05 | Cameron | Meet with J. Restivo regarding court conference (0.2); e-mails regarding same (0.1). | .30 |
| 11/01/05 | Restivo | Telephone calls with Finke and D. Cameron re: file materials. | .40 |
| 11/02/05 | Cameron | Telephone call regarding planning meeting for conference call with court (0.2); meet with J. Restivo regarding same (0.1); e-mails regarding same (0.2). | .50 |
| 11/03/05 | Cameron | E-mails regarding ZAI testing (0.3); review materials for conference call (0.2); review ZAI Science Trial record (0.7). | 1.20 |
| 11/04/05 | Atkinson | Judge Fitzgerald binder index re: ZAI Science hearing per D. Cameron request. | .60 |
| 11/04/05 | Cameron | Prepare for and participate in conference call with K&E lawyers and Grace in-house lawyers regarding ZAI conference with Court (0.8); meet with J. Restivo regarding same (0.2); review pending motion materials for | 1.90 |

```
172573 W. R. Grace & Co.                         Invoice Number  1353252
60028  ZAI Science Trial                         Page    2
       December 23, 2005
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | follow-up meeting (0.9). | |
| 11/04/05 | Restivo | Prepare for and client conference call. | .70 |
| 11/06/05 | Cameron | Review Canadian ZAI claims materials. | .40 |
| 11/07/05 | Cameron | Meet with J. Restivo regarding issues for call with Judge Fitzgerald (0.5); review briefs and documents regarding same (0.9). | 1.40 |
| 11/07/05 | Restivo | Prepare for client call on 11/8 (1.40); meeting with D. Cameron (.20); telephone call with R. Finke (.4). | 2.00 |
| 11/08/05 | Cameron | Prepare for and meet with J. Restivo regarding conference call with Court (0.4); participate in call with Judge Fitzgerald and other constituencies (0.8); multiple telephone calls regarding reports to clients (1.0); follow-up telephone calls and e-mails regarding same (0.4). | 2.60 |
| 11/08/05 | Restivo | Court conference call (.8); report to clients (.3); telephone call with J. Baer (.4); receipt and review of new pleadings (.5). | 2.00 |
| 11/12/05 | Cameron | Review ZAI issues per conference with court (.50); review EPA pronouncement materials (.90). | 1.40 |
| 11/14/05 | Restivo | Receipt and review of recent correspondence, pleadings and emails. | .50 |
| 11/21/05 | Cameron | Review W. Sparks' e-mail regarding ZAI testing (0.3); telephone call with W. Sparks regarding same (0.2); review testing data (0.8). | 1.30 |

```
                                                  ------
                                  TOTAL HOURS      18.00
```

172573  W. R. Grace & Co.
60028   ZAI Science Trial
        December 23, 2005

Invoice Number  1353252
Page    3

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| ----------------------- | --------------------- | | | | ------- |
| James J. Restivo Jr. | 5.60 | at | $ 525.00 | = | 2,940.00 |
| Douglas E. Cameron | 11.00 | at | $ 490.00 | = | 5,390.00 |
| Maureen L. Atkinson | 1.40 | at | $ 165.00 | = | 231.00 |

CURRENT FEES                                          8,561.00

                                             ------------
TOTAL BALANCE DUE UPON RECEIPT                $8,561.00
                                             ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                         Invoice Number      1353253
5400 Broken Sound Blvd., N.W.       Invoice Date       12/23/05
Boca Raton, FL 33487                Client Number        172573



==============================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

    Fees                            3,400.50
    Expenses                            0.00

                TOTAL BALANCE DUE UPON RECEIPT        $3,400.50
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1353253
5400 Broken Sound Blvd., N.W.        Invoice Date        12/23/05
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60029

===============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2005

| Date | Name | | Hours |
|------|------|--|-------|

| 11/01/05 | Ament | Calculate fees and expenses for 18th quarterly fee application (2.0); meet with A. Muha re: same (.10); prepare spreadsheet calculating totals for July, August and September invoices (1.0); draft narrative re: same (.50); begin drafting summary re: same (.20). | 3.80 |
| 11/02/05 | Ament | Calculate expenses for July, August and September (.50); continue drafting summary re: 18th quarterly fee application (.50); revisions to narrative and summary (.20); provide draft of summary and narrative to A. Muha (.10); meet with A. Muha re: finalizing same (.10). | 1.40 |
| 11/02/05 | Muha | Review and make final revisions to 18th Quarterly fee application. | .90 |
| 11/03/05 | Ament | Finalize summary and narrative re: 18th quarterly fee application (.30); e-mails with J. Lord re: DE filing (.10); maintain file (.10). | .50 |
| 11/05/05 | Cameron | Attend to fee application materials, including review and revisions thereto. | .80 |

172573 W. R. Grace & Co.                          Invoice Number   1353253
60029  Fee Applications-Applicant                 Page    2
       December 23, 2005

| Date | Name | | Hours |
|------|------|---|-------|
| 11/06/05 | Cameron | Additional review of fee application materials. | .30 |
| 11/09/05 | Lord | Review and revise RS 18th quarterly fee application. | 1.10 |
| 11/10/05 | Lord | Discussion with L.Lankford re: e-filing of quarterly fee application (.1); prepare fee application for e-filing and service (.3). | .40 |
| 11/10/05 | Muha | Revise and make substantial revisions to October 2005 monthly fee and expense details. | 1.30 |
| 11/17/05 | Muha | Review and revise fee and expense detail for October monthly fee application. | .30 |
| 11/18/05 | Lord | Research and respond to e-mails from Grace October fee application and CNO for Sept. fee application. | .30 |
| 11/19/05 | Cameron | Review and revise fee application materials. | .50 |
| 11/21/05 | Lord | Research docket and draft CNO for RS September fee application. | .40 |
| 11/22/05 | Ament | Prepare spreadsheet and calculate totals for fees and expenses re: 52nd monthly fee application (1.0); draft 52nd monthly fee application (1.0). | 2.00 |
| 11/23/05 | Ament | Format invoices into Word documents (.50); revisions to monthly fee application (.30); provide draft of monthly fee application to A. Muha for review (.10). | .90 |
| 11/23/05 | Lord | E-file and perfect service of CNO for RS September fee application (.3); prepare correspondence to R Finke re same (.2). | .50 |

```
172573 W. R. Grace & Co.                    Invoice Number  1353253
60029  Fee Applications-Applicant           Page   3
       December 23, 2005
```

| Date | Name | | Hours |
|------|------|------|------|
| 11/23/05 | Muha | Make final revisions to October 2005 monthly fee application materials. | .40 |
| 11/28/05 | Ament | Review e-mails from D. Cameron, A. Muha and J. Lord re: filing of October monthly fee application (.10); revisions to 52nd monthly fee application (.30); e-mail Word versions of invoices and 52nd monthly fee application to J. Lord for DE filing (.10); maintain pleadings file with CNO re: 52nd monthly fee application (.10); update internal chart and provide to D. Cameron and A. Muha (.10). | .70 |
| 11/28/05 | Lord | Review, revise, e-file and perfect service of RS Grace October monthly fee application. | 1.30 |

```
                                        TOTAL HOURS    17.80
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|----|------|----|-------|
| Douglas E. Cameron | 1.60 | at $ | 490.00 | = | 784.00 |
| Andrew J. Muha | 2.90 | at $ | 260.00 | = | 754.00 |
| John B. Lord | 4.00 | at $ | 175.00 | = | 700.00 |
| Sharon A. Ament | 9.30 | at $ | 125.00 | = | 1,162.50 |

```
              CURRENT FEES                          3,400.50


              TOTAL BALANCE DUE UPON RECEIPT        $3,400.50
                                                    ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W.R Grace & Co. | Invoice Number | 1353254 |
| One Town Center Road | Invoice Date | 12/23/05 |
| Boca Raton, FL   33486 | Client Number | 172573 |

========================================================================

Re: W. R. Grace & Co.


(60030)  Hearings

    Fees                                  343.00
    Expenses                                0.00

              TOTAL BALANCE DUE UPON RECEIPT          $343.00
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1353254
One Town Center Road                     Invoice Date       12/23/05
Boca Raton, FL   33486                   Client Number        172573
                                         Matter Number         60030

=============================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2005

   Date   Name                                              Hours
-------- -----------                                       -----

11/10/05 Cameron          Review agenda for November 14      .70
                          hearing and supporting materials.

                                                          ------
                                        TOTAL HOURS          .70


TIME SUMMARY                 Hours        Rate         Value
------------------------- ---------------------      -------
Douglas E. Cameron          0.70  at  $  490.00  =    343.00

                          CURRENT FEES                          343.00


                                                          ------------
                   TOTAL BALANCE DUE UPON RECEIPT           $343.00
                                                          ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1353255
One Town Center Road                     Invoice Date        12/23/05
Boca Raton, FL    33486                  Client Number        172573

===============================================================================

Re: W. R. Grace & Co.


(60034)  Records Retention Project

        Fees                        4,012.00
        Expenses                        0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $4,012.00
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| W.R Grace & Co. | Invoice Number | 1353255 |
|---|---|---|
| One Town Center Road | Invoice Date | 12/23/05 |
| Boca Raton, FL   33486 | Client Number | 172573 |
| | Matter Number | 60034 |

========================================================================

Re: (60034)  Records Retention Project

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2005

| Date | Name | | Hours |
|---|---|---|---|
| 11/01/05 | Verpeet | Continue research of retention statutes re: corporate records and securities. | 6.30 |
| 11/02/05 | Blanton | Office conference with Ms. Verpeet to discuss her verification work. | .10 |
| 11/02/05 | Verpeet | Finish research (2.1) and create spreadsheet describing retention statutes re corporate structure, shareholder voting, legal documents, etc. (2.2). | 4.30 |
| 11/03/05 | Blanton | Draft memorandum reflecting broader category of documents and retention period related to each. | 3.60 |
| 11/07/05 | Blanton | Office conference with Ms. Mendelsohn regarding memorandum reorganizing W.R. Grace document types. | .80 |
| 11/07/05 | Mendelsohn | Review Ms. Blanton's memo to Mr. Whittier and revise same. | .60 |

                                          ------
                            TOTAL HOURS   15.70

172573 W. R. Grace & Co.
60034  Records Retention Project
       December 23, 2005

Invoice Number   1353255
Page    2

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Stephanie L. Mendelsohn | 0.60 at $ 395.00 = | | 237.00 |
| Dana A. Blanton | 4.50 at $ 250.00 = | | 1,125.00 |
| Evelien Verpeet | 10.60 at $ 250.00 = | | 2,650.00 |
| | CURRENT FEES | | 4,012.00 |

TOTAL BALANCE DUE UPON RECEIPT        $4,012.00

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1353256
One Town Center Road                     Invoice Date        12/23/05
Boca Raton, FL    33486                  Client Number        172573


==============================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

     Fees                          34,801.00
     Expenses                           0.00

             TOTAL BALANCE DUE UPON RECEIPT        $34,801.00
                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1353256
One Town Center Road                     Invoice Date       12/23/05
Boca Raton, FL   33486                   Client Number        172573
                                         Matter Number         60035


=============================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2005

| Date | Name | | Hours |
|------|------|---|-------|
| 10/25/05 | Atkinson | Review and copies made of testing materials to send to Tyler D. Mace, Esquire, (Kirkland & Ellis) per Kirkland & Ellis request. | 1.80 |
| 11/01/05 | Cameron | Telephone call with R. Finke regarding document request (0.2); meet with J. Restivo regarding same (0.3); e-mails to M. Atkinson regarding same (0.1); review historical testing materials (0.7). | 1.30 |
| 11/02/05 | Cameron | Attend to R. Finke request regarding document search. | .70 |
| 11/03/05 | Cameron | Attend to document search issues. | .50 |
| 11/04/05 | Cameron | Telephone call with R. Finke regarding document production and document review issues (0.3); review documents from litigation data base to provide to K&E (1.1); letter to K&E regarding same (0.4). | 1.80 |
| 11/05/05 | Cameron | Additional document review regarding production issues. | .80 |
| 11/07/05 | Atkinson | Review file contents reports and files re: request from Kirkland & Ellis for depositions taken in ZAI Science Trial matter. | 2.60 |

172573 W. R. Grace & Co.                          Invoice Number   1353256
60035  Grand Jury Investigation                   Page    2
       December 23, 2005


| Date | Name | | Hours |
| --- | --- | --- | --- |
| 11/08/05 | Atkinson | Review storage files re:  request from Kirkland & Ellis for depositions taken in ZAI Science Trial litigation (2.10); telephone call with T. Stansbury (Kirkland & Ellis) and pdf e-mail copy of expert deposition (0.30). | 2.40 |
| 11/09/05 | Atkinson | Review files re:  depositions taken per Kirkland & Ellis request. | 1.60 |
| 11/09/05 | Cameron | Meet with M. Atkinson regarding request for documents and depositions (0.4); review same (0.9); follow-up e-mails and telephone call with R. Finke (0.7). | 2.00 |
| 11/10/05 | Atkinson | Continue to review files, Repository re: depositions taken in ZAI Science trial matter per Kirkland & Ellis, and draft letter to Terrell Stansbury listing depositions. | 1.30 |
| 11/10/05 | Cameron | Attend to request from K. Coggan for expert materials (0.4); review deposition transcripts and reports regarding same (0.9); multiple e-mails regarding same (0.3); telephone call with R. Finke regarding same (0.1); meet with M. Atkinson regarding same (0.2); meet with L. Flatley regarding same (0.2). | 2.10 |
| 11/11/05 | Atkinson | Review files to compile copies of depositions per Kirkland & Ellis request (3.10); letter to T. Stansbury (Kirkland & Ellis) enclosing all depositions (0.60). | 3.70 |
| 11/11/05 | Cameron | Follow-up relating to expert witnesses (.70); review files re: same (.90). | 1.60 |
| 11/14/05 | Atkinson | Review materials from historical files to provide transcripts and expert reports requested by Holme Roberts & Owen LLP. | 2.80 |

172573  W. R. Grace & Co.                           Invoice Number   1353256
60035   Grand Jury Investigation                    Page    3
        December 23, 2005

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 11/14/05 | Cameron | Telephone call with K. Coggan regarding expert witnesses for criminal matter (0.8); review expert report and deposition regarding same (0.9); review government witness list (0.6). | 2.30 |
| 11/15/05 | Atkinson | Copies of Kirkland & Ellis and Holme Roberts request letters to R. Finke (Grace) (0.20); return depositions, reports to permanent files (0.70). | .90 |
| 11/15/05 | Cameron | E-mails regarding summary of expert issues (0.7); review various expert witness materials (1.9); review ZAI Science Trial record and historical testing records (0.8). | 3.40 |
| 11/16/05 | Cameron | Review e-mail from K. Coggan regarding experts (0.4); telephone call with R. Finke regarding same (0.3); review expert materials (0.4). | 1.10 |
| 11/17/05 | Cameron | Multiple telephone calls and e-mails regarding expert witnesses for criminal matter (0.9); review draft outline regarding same (0.8); review expert witness file materials (0.9). | 2.60 |
| 11/18/05 | Cameron | Continued attention to materials relating to expert witnesses for criminal investigation (1.2); review of prior reports from experts (1.8); e-mails regarding same (0.3). | 3.30 |
| 11/19/05 | Cameron | E-mails relating to expert witnesses (0.2); review expert witness summaries (0.7); review reports from property damage estimation (0.9). | 1.80 |
| 11/20/05 | Cameron | E-mails from R. Finke (0.2); review expert materials (0.6). | .80 |

```
172573  W. R. Grace & Co.                          Invoice Number  1353256
60035   Grand Jury Investigation                   Page   4
        December 23, 2005
```

| Date | Name | | Hours |
|------|------|--|-------|
| 11/21/05 | Cameron | Review e-mails from K&E regarding expert witnesses (0.2); voicemail regarding same (0.1); review expert witness files and K. Coggan summary for comments (0.9). | 1.20 |
| 11/22/05 | Atkinson | E-mail to D. Cameron re: additional testing materials requested by Kirkland & Ellis. | .80 |
| 11/22/05 | Cameron | Telephone call with R. Finke regarding expert witness issues (0.3); review of e-mails and materials relating to product testing issues (0.9); review consultant testing and related materials for meetings on 11/19 (0.8); review government expert disclosures (1.1). | 3.10 |
| 11/23/05 | Cameron | Telephone call with R. Finke regarding witness meetings (0.4); telephone call with L. Flatley regarding same (0.2); review government expert witness disclosures (1.9); e-mails and telephone calls regarding meetings the week of 11/28 (0.4). | 2.90 |
| 11/23/05 | Flatley | Call with R. Finke and follow-up to preparation for 11/28 conference call (.8); call with D. Cameron (.3). | 1.10 |
| 11/25/05 | Cameron | Review portions of materials from K. Coggan regarding upcoming meeting with experts. | 2.00 |
| 11/26/05 | Cameron | Additional review of expert materials from K. Coggan in preparation for meetings in Pittsburgh. | 3.00 |
| 11/27/05 | Cameron | Review outline of trial preparation issues for call with defense team (0.9); review government witness disclosures regarding same (1.7). | 2.60 |

172573  W. R. Grace & Co.                          Invoice Number   1353256
60035   Grand Jury Investigation                   Page    5
        December 23, 2005

| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| 11/28/05 | Cameron | E-mails and telephone call with L. Flatley regarding upcoming meeting (0.2); review expert materials for meeting with K&E and Grace in-house counsel in Washington, DC (1.4); review materials from K. Coggan in preparation for expert meetings in Pittsburgh (3.8); telephone call with R. Finke regarding same (0.2). | 5.60 |
| 11/28/05 | Flatley | E-mails and preparation for conference call (1.8); meet with D. Cameron (0.1); conference call with R. Senftleben, D. Kuchinsky et al. (1.9); follow-up on conference call, including scheduling 12/5 meeting (0.4) | 4.20 |
| 11/29/05 | Atkinson | Searches for testing materials per request from Kirkland & Ellis. | .50 |
| 11/29/05 | Atkinson | E-mail to Litigation Support re: providing testing materials to Kirkland & Ellis. | .20 |
| 11/29/05 | Cameron | Prepare for (0.9) and meet with K. Coggan and potential consultant regarding expert work (4.5); follow-up review of testing data (0.8); conference call with R. Finke regarding same (0.3); e-mails regarding December 5 meeting with K&E (0.4); review expert witness disclosures and strategy memo regarding same (1.4). | 8.30 |
| 11/29/05 | Flatley | Emails regarding Monday meeting in Washington, DC (.2) and preparation for meetings (.3). | .50 |
| 11/30/05 | Cameron | Continued review of expert witness materials, including past reports, disclosures, summary outlines, etc. (3.2); preparation for strategy meeting in Washington, DC | 4.10 |

172573 W. R. Grace & Co.
60035  Grand Jury Investigation
       December 23, 2005

Invoice Number  1353256
Page   6

with K&E and Grace in-house
counsel (0.9).

```
                                           ------
                              TOTAL HOURS    83.30
```

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Lawrence E. Flatley | 5.80 | at $ | 495.00 | = | 2,871.00 |
| Douglas E. Cameron | 58.90 | at $ | 490.00 | = | 28,861.00 |
| Maureen L. Atkinson | 18.60 | at $ | 165.00 | = | 3,069.00 |

```
                    CURRENT FEES                      34,801.00


                                                   ------------
            TOTAL BALANCE DUE UPON RECEIPT          $34,801.00
                                                   ============
```