```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R Grace & Co.                          Invoice Number      1353257
One Town Center Road                     Invoice Date        12/23/05
Boca Raton, FL   33486                   Client Number        172573
```

================================================================================
Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

```
    Fees                                      0.00
    Expenses                              2,321.95

              TOTAL BALANCE DUE UPON RECEIPT           $2,321.95
                                                    =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

| | | |
|---|---|---:|
| W.R Grace & Co. | Invoice Number | 1353257 |
| One Town Center Road | Invoice Date | 12/23/05 |
| Boca Raton, FL   33486 | Client Number | 172573 |
| | Matter Number | 60026 |

===========================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---:|---:|
| Miscellaneous (Pantry allocation) | 6.30 | |
| Binding Charge | 6.00 | |
| Telephone Expense | 4.80 | |
| IKON Copy Services | 781.80 | |
| PACER | 59.84 | |
| Duplicating/Printing/Scanning | 1,306.95 | |
| Postage Expense | 0.37 | |
| Courier Service - Outside | 79.08 | |
| General Expense (8MM Camcorder cassettes; tabs) | 76.81 | |
| CURRENT EXPENSES | | 2,321.95 |
| | | -------------- |
| TOTAL BALANCE DUE UPON RECEIPT | | $2,321.95 |
| | | ============== |

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1353257
One Town Center Road                     Invoice Date        12/23/05
Boca Raton, FL   33486                   Client Number        172573
                                         Matter Number         60026
===============================================================================
Re: (60026)  Litigation and Litigation Consulting



FOR COSTS ADVANCED AND EXPENSES INCURRED:
10/04/05    PACER                                                   8.40

10/07/05    PACER                                                   3.68

10/13/05    General Expense - - 8MM CAMCORDER VIDEO                63.33
            CASSETTES

10/24/05    PACER                                                   8.80

10/25/05    Courier Service - Outside Courier Service -             4.81
            00843 UPS - Shipped from Maureen Atkinson, Reed
            Smith LLP - Pittsburgh to Tyler D. Mace, Esq.,
            Kirkland & Ellis (WASHINGTON DC 20005).

10/25/05    Courier Service - Outside Courier Service -            11.62
            00843 UPS - Shipped from Maureen Atkinson, Reed
            Smith LLP - Pittsburgh to Tyler D. Mace, Esq.,
            Kirkland & Ellis (WASHINGTON DC 20005).

10/25/05    Courier Service - Outside Courier Service -             4.64
            00843 UPS - Shipped from Maureen Atkinson, Reed
            Smith LLP - Pittsburgh to Tyler D. Mace, Esq.,
            Kirkland & Ellis (WASHINGTON DC 20005).

10/25/05    Courier Service - Outside Courier Service -           -11.62
            00843 UPS - Shipped from Maureen Atkinson, Reed
            Smith LLP - Pittsburgh to Tyler D. Mace, Esq.,
            Kirkland & Ellis (WASHINGTON DC 20005).

10/31/05    Courier Service - Outside Courier Service -            43.31
            00843 UPS - Shipped from    to SAM BLATNICK,
            Esq. KIRKLAND & ELLIS LLP (CHICAGO IL 60601).

11/01/05    Duplicating/Printing/Scanning                           7.20
            ATTY # 0856; 48 COPIES
```

```
172573  W. R. Grace & Co.                              Invoice Number   1353257
60026   Litigation and Litigation Consulting           Page    2
        December 23, 2005
```

| Date | Description | Amount |
|---|---|---:|
| 11/02/05 | Duplicating/Printing/Scanning<br>ATTY # 4810; 4 COPIES | .60 |
| 11/02/05 | Duplicating/Printing/Scanning<br>ATTY # 4810; 4 COPIES | .60 |
| 11/07/05 | Duplicating/Printing/Scanning<br>ATTY # : 12 COPIES | 1.80 |
| 11/08/05 | Telephone Expense<br>443-535-8439/COLUMBIA, MD/38 | 1.85 |
| 11/09/05 | Duplicating/Printing/Scanning<br>ATTY # 0887: 46 COPIES | 6.90 |
| 11/09/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 1290 COPIES | 193.50 |
| 11/09/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 358 COPIES | 53.70 |
| 11/10/05 | IKON Copy Services - - Copying for service of<br>CNO for Sept. 2005 monthly fee application. | 63.10 |
| 11/10/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 19 COPIES | 2.85 |
| 11/10/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 480 COPIES | 72.00 |
| 11/10/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 444 COPIES | 66.60 |
| 11/10/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 121 COPIES | 18.15 |
| 11/10/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 16 COPIES | 2.40 |
| 11/10/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 152 COPIES | 22.80 |
| 11/10/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 370 COPIES | 55.50 |
| 11/10/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 7 COPIES | 1.05 |
| 11/10/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 15 COPIES | 2.25 |

```
172573  W. R. Grace & Co.                          Invoice Number   1353257
60026   Litigation and Litigation Consulting       Page    3
        December 23, 2005
```

| Date | Description | Amount |
|---|---|---:|
| 11/10/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 367 COPIES | 55.05 |
| 11/10/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 61 COPIES | 9.15 |
| 11/10/05 | Duplicating/Printing/Scanning<br>ATTY # 3984; 155 COPIES | 23.25 |
| 11/10/05 | Duplicating/Printing/Scanning<br>ATTY # 3984; 388 COPIES | 58.20 |
| 11/10/05 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Katheryn Coggan, Esq., Holme Roberts & Owen (DENVER CO 80203). | 9.69 |
| 11/10/05 | Binding Charge | 3.00 |
| 11/10/05 | PACER--Electronic docket access/retrieval charges. | 17.28 |
| 11/11/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 376 COPIES | 56.40 |
| 11/11/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 60 COPIES | 9.00 |
| 11/11/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 172 COPIES | 25.80 |
| 11/11/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 12 COPIES | 1.80 |
| 11/11/05 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to TERRELL STANSBURY, KIRKLAND & ELLIS LLP (WASHINGTON DC 20005). | 4.25 |
| 11/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 864 COPIES | 129.60 |
| 11/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 538 COPIES | 80.70 |
| 11/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 112 COPIES | 16.80 |
| 11/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 797 COPIES | 119.55 |

```
172573  W. R. Grace & Co.                          Invoice Number   1353257
60026   Litigation and Litigation Consulting       Page    4
        December 23, 2005
```

| Date | Description | Amount |
|---|---|---|
| 11/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 8 COPIES | 1.20 |
| 11/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 8 COPIES | 1.20 |
| 11/14/05 | Telephone Expense<br>303-866-0408/DENVER, CO/35 | 1.75 |
| 11/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0856: 2 COPIES | .30 |
| 11/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0856: 2 COPIES | .30 |
| 11/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0856: 2 COPIES | .30 |
| 11/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0856: 2 COPIES | .30 |
| 11/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0856: 6 COPIES | .90 |
| 11/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 9 COPIES | 1.35 |
| 11/14/05 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Maureen Atkinson, Reed<br>Smith LLP - Pittsburgh to Joan Sherman, Holme<br>Roberts & Owen LLP (DENVER CO 80203). | 12.38 |
| 11/15/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 4 COPIES | .60 |
| 11/15/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 149 COPIES | 22.35 |
| 11/15/05 | Duplicating/Printing/Scanning<br>ATTY # 0856: 2 COPIES | .30 |
| 11/15/05 | Postage Expense | .37 |
| 11/16/05 | Postage Expense: ATTY # 0856 User: MILLER, JASON<br>Telephone Expense<br>617-783-0090/BRIGHTON, MA/2 | .10 |
| 11/16/05 | Telephone Expense<br>304-232-6810/WHEELING, WV/10 | .50 |
| 11/21/05 | Telephone Expense<br>302-652-5340/WILMINGTON, DE/6 | .25 |

```
172573 W. R. Grace & Co.                          Invoice Number  1353257
60026  Litigation and Litigation Consulting       Page    5
       December 23, 2005
```

| Date | Description | Amount |
|---|---|---|
| 11/22/05 | IKON Copy Services - - Copying and postage for hard-copy service of quarterly fee application on core list. | 312.95 |
| 11/22/05 | IKON Copy Services - - Copying and postage for hard-copy service of notice of quarterly application on notice list parties. | 405.75 |
| 11/23/05 | Duplicating/Printing/Scanning ATTY # 4810; 1 COPIES | .15 |
| 11/23/05 | Duplicating/Printing/Scanning ATTY # 0396; 486 COPIES | 72.90 |
| 11/23/05 | Binding Charge | 3.00 |
| 11/28/05 | Telephone Expense 410-531-4355/COLUMBIA, MD/7 | .35 |
| 11/28/05 | Duplicating/Printing/Scanning ATTY # 4810; 7 COPIES | 1.05 |
| 11/28/05 | Duplicating/Printing/Scanning ATTY # 0718; 204 COPIES | 30.60 |
| 11/28/05 | Duplicating/Printing/Scanning ATTY # 0559; 477 COPIES | 71.55 |
| 11/28/05 | Duplicating/Printing/Scanning ATTY # 0559: 18 COPIES | 2.70 |
| 11/28/05 | Duplicating/Printing/Scanning ATTY # 0559: 9 COPIES | 1.35 |
| 11/28/05 | Duplicating/Printing/Scanning ATTY # 0559: 9 COPIES | 1.35 |
| 11/28/05 | Duplicating/Printing/Scanning ATTY # 0559: 9 COPIES | 1.35 |
| 11/28/05 | Duplicating/Printing/Scanning ATTY # 0559: 9 COPIES | 1.35 |
| 11/28/05 | Duplicating/Printing/Scanning ATTY # 0396: 2 COPIES | .30 |
| 11/28/05 | PACER | 21.68 |
| 11/29/05 | General Expense- VENDOR: ALL-STATE INTERNATIONAL, INC.TABS | 4.49 |

```
172573 W. R. Grace & Co.                           Invoice Number   1353257
 60026 Litigation and Litigation Consulting        Page    6
       December 23, 2005


 11/29/05   General Expense- VENDOR: ALL-STATE                        8.99
            INTERNATIONAL, INC.
            TABS

 11/30/05   MEAL EXPENSE- PANTRY ALLOCATION MEETING WITH R.           6.30
            COGGAN AND POTENTIAL CONSULTANT IN PITTSBURGH
            ON 11/29/05.

                           CURRENT EXPENSES                       2,321.95
                                                                 ------------

                           TOTAL BALANCE DUE UPON RECEIPT        $2,321.95
                                                                 ============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W. R. Grace                             Invoice Number      1353258
5400 Broken Sound Blvd., N.W.           Invoice Date        12/23/05
Boca Raton, FL 33487                    Client Number        172573
```

================================================================================

Re: W. R. Grace & Co.

(60028)  ZAI Science Trial

```
    Fees                                       0.00
    Expenses                                 154.79

                  TOTAL BALANCE DUE UPON RECEIPT        $154.79
                                                   =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

| | |
|---|---|
| W. R. Grace | Invoice Number    1353258 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date      12/23/05 |
| Boca Raton, FL 33487 | Client Number      172573 |
| | Matter Number       60028 |

==========================================================================

Re: ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Duplicating/Printing/Scanning | 142.80 |
| Postage Expense | 0.37 |
| Courier Service - Outside | 11.62 |
| **CURRENT EXPENSES** | **154.79** |
| | -------------- |
| TOTAL BALANCE DUE UPON RECEIPT | $154.79 |
| | ============== |

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

| | |
|---|---|
| W. R. Grace | Invoice Number     1353258 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date       12/23/05 |
| Boca Raton, FL 33487 | Client Number      172573 |
| | Matter Number      60028 |

==========================================================================

Re: ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Duplicating/Printing/Scanning | 142.80 |
| Postage Expense | 0.37 |
| Courier Service - Outside | 11.62 |
| **CURRENT EXPENSES** | **154.79** |
| | ------------- |
| **TOTAL BALANCE DUE UPON RECEIPT** | **$154.79** |
| | ============= |

```
                            REED SMITH LLP
                            PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630


W. R. Grace                              Invoice Number       1353258
5400 Broken Sound Blvd., N.W.            Invoice Date         12/23/05
Boca Raton, FL 33487                     Client Number         172573
                                         Matter Number          60028
```

================================================================================

Re: (60028)   ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---:|
| 11/08/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 5 COPIES | .75 |
| 11/08/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 743 COPIES | 111.45 |
| 11/08/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 175 COPIES | 26.25 |
| 11/08/05 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Douglas Cameron, Esq., Reed Smith LLP - Pittsburgh to William B. Jacobson, Esq., Kirkland & Ellis LLP (WASHINGTON DC 20005). | 11.62 |
| 11/09/05 | Postage Expense<br>Postage Expense: ATTY # 0559 User: MILLER, JASON | .37 |
| 11/10/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 2 COPIES | .30 |
| 11/15/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 15 COPIES | 2.25 |
| 11/18/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 11 COPIES | 1.65 |
| 11/21/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |

```
                        CURRENT EXPENSES                       154.79
                                                           ------------
                        TOTAL BALANCE DUE UPON RECEIPT        $154.79
                                                           ============
```