# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM JULY 1, 2005 THROUGH JULY 31, 2005 FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 138685 v1
2850487-000001 08/09/2005

*EXHIBIT B*

# JULY 2005 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|------|-------|-------------|
| 7/5  | 1     | Work on upcoming Senate asbestos debate |
| 7/6  | 1.5   | Work on upcoming Senate asbestos debate; telephone conference with Mr. Corcoran |
| 7/11 | 2     | Work on gathering intelligence to try to design a strategy to get the Senate Judiciary Committee asbestos before the Senate for consideration |
| 7/12 | 2     | Work on gathering intelligence to try to design a strategy to get the Senate Judiciary Committee asbestos before the Senate for consideration |
| 7/13 | 2     | Work on gathering intelligence to try to design a strategy to get the Senate Judiciary Committee asbestos before the Senate for consideration |
| 7/14 | 3     | Work on gathering intelligence to try to design a strategy to get the Senate Judiciary Committee asbestos before the Senate for consideration; telephone calls to Hill regarding same |
| 7/15 | 2     | Work on gathering intelligence to try to design a strategy to get the Senate Judiciary Committee asbestos before the Senate for consideration |
| 7/18 | 3     | Make arrangements for meeting with Mr. Corcoran and other senior Baker Donelson public policy advisors; read and review action by Senate leadership and Senate Judiciary Committee on asbestos legislation and possibility of floor consideration |
| 7/19 | 3     | Make arrangements for meeting with Mr. Corcoran and other senior Baker Donelson public policy advisors; read and review action by Senate leadership and Senate Judiciary Committee on asbestos legislation and possibility of floor consideration |
| 7/20 | 1     | Monitor Senate Judiciary Committee activity regarding asbestos |
| 7/26 | 1     | Monitor Senate Judiciary Committee activity regarding asbestos |
| 7/27 | 1     | Telephone conference Senate personal and committee staff regarding asbestos legislation |

EXPENSES ITEMIZED AND SUMMARIZED FOR JULY 2005

**W.R. Grace Expenses**
**Client # 2850487-000001**
**Itemized and summarized through 07/31/2005**

| Description | Date | Amount |
|---|---|---|
| Line Holding | 07/01/05 | $76.80 |
| Mobile/ Cell Phone Charges | 07/05/05 | $15.43 |
| Long Distance Charge | 07/06/05 | $0.35 |
| Shipping Expense | 07/07/05 | $14.19 |
| Long Distance Charge | 07/11/05 | $1.75 |
| Long Distance Charge | 07/13/05 | $1.40 |
| Long Distance Charge | 07/14/05 | $1.75 |
| Shipping Expense | 07/15/05 | $47.27 |
| **Itemized Totals** | | **$158.94** |

| Summarized: | Amount |
|---|---|
| Line Holding | $76.80 |
| Mobile/ Cell Phone Charges | $15.43 |
| Long Distance Charge | $5.25 |
| Shipping Expense | $61.46 |
| **Summarized Totals** | **$158.94** |

W JDR 138685 v1
2850487-000001  08/09/2005