# EXHIBIT D

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

### FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM JULY 1, 2005 THROUGH JULY 31, 2005

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W MDD 139060 v1
2850487-000002 10/11/2005

*EXHIBIT D*

# JULY, 2005 FEES FOR JOAN M. MCENTEE

| Date | Hours | Description |
|------|-------|-------------|
| 7/11 | 3 | Conference call with China staff re WR Grace and SMERT |
| 7/13 | 2 | Conference call re SMERT follow up contacts |
| 7/18 | 5 | Discussions with client re government contacts |
| 7/19 | 8 | Meetings with WR Grace staff preparing for SMERT requests |
| 7/20 | 1 | Conference call on Shanghai meeting results |
| 7/26 | 2 | Discussions with client re government meetings with WR Grace Chairman |
| 7/28 | 4 | Meetings with Chinese Embassy officials re September visit |
| 7/29 | 5 | Meetings with US Commerce Department re September trip |

EXPENSES ITEMIZED AND SUMMARIZED FOR JULY, 2005

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 7/31/2005**
**Bill # 6753754 dated 8/29/2005**

| **Description** | **Date** | **Amount** |
|---|---|---|
| Meals | 7/7/05 | $113.80 |
| Long Distance | 7/14/05 | $247.32 |
| Meals | 7/19/05 | $47.80 |
| Long Distance | 7/26/05 | $38.55 |
| Meals | 7/27/05 | $96.64 |
| **Bill #6753754 itemized totals** | | **$544.11** |

| **Summarized:** | **Amount** |
|---|---|
| Long Distance on behalf of client | $285.87 |
| Meals on behalf of client | $258.24 |
| **Bill #6753754 summarized totals** | **$544.11** |