# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R.GRACE & CO., et al.[1] ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM AUGUST 1, 2005 THROUGH AUGUST 31, 2005 FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# AUGUST 2005 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|---|---|---|
| 8/1 | 2 | Discussions with Bill Corcoran to assess likelihood of floor consideration early in the fall |
| 8/5 | 3 | Ongoing discussions with Bill Corcoran regarding asbestos floor consideration |
| 8/9 | 2 | Work with Grace officials and Congressional staff, seeking to determine status of and encourage the consideration of asbestos legislation prior to the end of this Congress |
| 8/11 | 3 | Work with Grace officials and Congressional staff, seeking to determine status of and encourage the consideration of asbestos legislation prior to the end of this Congress |
| 8/16 | 2 | Work with Grace officials and Congressional staff, seeking to determine status of and encourage the consideration of asbestos legislation prior to the end of this Congress |
| 8/23 | 2 | Work with Grace officials and Congressional staff, seeking to determine status of and encourage the consideration of asbestos legislation prior to the end of this Congress |
| 8/29-8/30 | 5 | Work with Grace consultants regarding informing the Congress of Grace's communications with members of the Libby, MT health plan |

EXPENSES ITEMIZED AND SUMMARIZED FOR AUGUST 2005

**W.R. Grace Expenses**
**Client # 2850487-000001**
Itemized and summarized through 08/31/2005

| Description | Date | Amount |
|---|---|---|
| Line Holding | 05/01/05 | $560.00 |
| Long Distance Charge | 05/05/05 | $0.35 |
| Long Distance Charge | 05/09/05 | $0.35 |
| Long Distance Charge | 05/17/05 | $0.35 |
| Long Distance Charge | 05/20/05 | $1.75 |
| Long Distance Charge | 05/26/05 | $1.05 |
| Long Distance Charge | 05/26/05 | $0.35 |
| Long Distance Charge | 05/26/05 | $0.35 |
| Long Distance Charge | 05/26/05 | $0.35 |
| Long Distance Charge | 05/26/05 | $0.35 |
| Cab fare | 05/26/05 | $6.00 |
| Cab fare | 05/26/05 | $15.00 |
| Line Holding | 06/01/05 | $1,536.00 |
| Long Distance Charge | 06/09/05 | $0.35 |
| Long Distance Charge | 06/13/05 | $1.05 |
| Long Distance Charge | 06/15/05 | $4.55 |
| Long Distance Charge | 06/21/05 | $1.05 |
| Long Distance Charge | 06/22/05 | $0.70 |
| Long Distance Charge | 06/22/05 | $0.35 |
| Long Distance Charge | 06/24/05 | $0.70 |
| Long Distance Charge | 06/24/05 | $0.35 |
| Long Distance Charge | 07/20/05 | $1.40 |
| Long Distance Charge | 07/25/05 | $0.35 |
| Long Distance Charge | 07/25/05 | $1.40 |
| Long Distance Charge | 07/26/05 | $0.35 |
| Long Distance Charge | 08/01/05 | $1.05 |
| Shipping Expense | 08/01/05 | $14.42 |
| Long Distance Charge | 08/02/05 | $12.79 |
| Long Distance Charge | 08/08/05 | $0.70 |
| Photo Reproduction Charge | 08/25/05 | $3.00 |
| Photo Reproduction Charge | 08/25/05 | $5.20 |
| Photo Reproduction Charge | 08/25/05 | $0.80 |
| Photo Reproduction Charge | 08/26/05 | $0.40 |
| **Itemized Totals** | | **$2,173.21** |

| Summarized: | Amount |
|---|---|

W JDR 138974 v1
2850487-000001 09/27/2005

| | |
|---|---:|
| Line Holding | $2,096.00 |
| Long Distance Charge | $32.39 |
| Cab fare | $21.00 |
| Shipping Expense | $14.42 |
| Photo Reproduction Charge | $9.40 |
| **Summarized Totals** | **$2,173.21** |