# EXHIBIT D

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM AUGUST 1, 2005 THROUGH AUGUST 31, 2005**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W MDD 139061 v1
2850487-000002 10/11/2005

*EXHIBIT D*

## AUGUST, 2005 FEES FOR JOAN M. MCENTEE

| Date | Hours | Description |
|------|-------|-------------|
| 8/15 | 4 | Discussions with client re Mayor's meeting |
| 8/16 | 3 | Meetings with WR Grace re Mayor's attendance |
| 8/17 | 4 | Discussions with US Minister Counselor |
| 8/22 | 2 | Discussions with WR Grace staff re Fred Festa meeting |
| 8/23 | 3 | Meeting with US Embassy officials re September visit |
| 8/24 | 5 | Draft letter to Shanghai mayor |
| 8/29 | 4 | Edit letter to Shanghai mayor |

W MDD 139061 v1
2850487-000002 10/11/2005

EXPENSES ITEMIZED AND SUMMARIZED FOR AUGUST, 2005

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 8/31/2005**
**Bill # 6759179 dated 9/15/2005**

| Description | Date | Amount |
|---|---|---|
| Long Distance | 8/16/05 | $169.46 |
| Meals | 8/24/05 | $157.78 |
| **Bill #6759179 itemized totals** | | **$327.24** |

| Summarized: | Amount |
|---|---|
| Long Distance on behalf of client | $169.46 |
| Meal on behalf of client | $157.78 |
| **Bill #6759179 summarized totals** | **$327.24** |

W MDD 139061 v1
2850487-000002 10/11/2005