# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS
FOR THE PERIOD FROM SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005
FOR LEGISLATIVE AFFAIRS SERVICES**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 139114 v1
2850487-000001 10/18/2005

**EXHIBIT B**

## SEPTEMBER 2005 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
| --- | --- | --- |
| 9/6 | 3 | Work with Mr. Corcoran to assess likelihood of floor consideration in the fall |
| 9/7 | 3 | Work with Grace officials and Congressional staff on asbestos legislation |
| 9/9 | 3 | Work with Mr. Corcoran to assess likelihood of floor consideration in the fall |
| 9/12 | 3 | Work with Grace officials and Congressional staff to determine status of and encourage consideration of asbestos legislation prior to end of 1st session of this Congress |
| 9/14 | 3 | Work with Grace officials and Congressional staff to determine status of and encourage consideration of asbestos legislation prior to end of 1st session of this Congress |
| 9/16 | 3 | Work with Grace officials and Congressional staff to determine status of and encourage consideration of asbestos legislation prior to end of 1st session of this Congress |
| 9/19 | 2 | Work with Grace consultants regarding informing Congress of Grace's communications with members of the Libby , MT health plan |
| 9/20 | 2 | Work with Grace consultants regarding informing Congress of Grace's communications with members of the Libby, MT health plan |
| 9/26 | 1 | Telephone conference with Ms. Kuchinsky regarding the letters to members of Libby, MT health plan |
| 9/27 | 2 | Work with Ms. Kucninsky on letters from Libby health card plan |
| 9/28 | 1.5 | Work with Mr. Corcoran and Ms. Kuchinsky regarding Libby health care plan and pending Senate legislation |
| 9/29 | 1.5 | Work on problems in the hospital plan in Libby |
| 9/30 | 2 | Work on problems in the hospital plan in Libby |

EXPENSES ITEMIZED AND SUMMARIZED FOR SEPTEMBER 2005

| W.R. Grace Expenses | | |
|---|---|---|
| Client # 2850487-000001 | | |
| Itemized and summarized through 09/30/2005 | | |
| Description | Date | Amount |
| Shipping Expense | 08/25/05 | $14.61 |
| Photo Reproduction Charge | 09/06/05 | $0.40 |
| Mobile/ Cell Phone Charges | 09/08/05 | $12.00 |
| Long Distance Charge | 09/28/05 | $0.35 |
| | | |
| Itemized Totals | | $27.36 |
| Summarized: | | Amount |
| Long Distance Charge | | $0.35 |
| Mobile/ Cell Phone Charges | | $12.00 |
| Shipping Expense | | $14.61 |
| Photo Reproduction Charge | | $0.40 |
| Summarized Totals | | $27.36 |

W JDR 139114 v1
2850487-000001 10/18/2005