# EXHIBIT D

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc.,Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## SEPTEMBER, 2005 FEES FOR JOAN M. MCENTEE

| Date | Hours | Description |
|------|-------|-------------|
| 9/5-17 | 10 | Arrange meetings for WR Grace with State Council, Vice Mayor |
| 9/17 | 10 | Travel to China for WR Grace meetings |
| 9/19 | 6 | Travel with client, attend meetings in Beijing |
| 9/20 | 4 | Attend Grand Opening with client |
| 9/20 | 4 | Meetings in Shanghai with SMERT, Vice Mayor |
| 9/21 | 6 | Attend meetings and dinner with SMERT, client, Counsel General, etc. |

## EXPENSES ITEMIZED AND SUMMARIZED FOR SEPTEMBER, 2005

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 9/30/2005**
**Bill # 6764097 dated 10/10/2005**

| Description | Date | Amount |
|---|---|---|
| Train fare | 8/27/05 | $339.76 |
| Long Distance | 9/07/05 | $73.59 |
| Meals | 9/07/05 | $177.60 |
| Long Distance | 9/13/05 | $33.02 |
| Meals | 9/13/05 | $33.48 |
| Travel to China for meetings with client | 9/16/05 | $9,800.00 |
| Meals | 9/16/05 | $77.97 |
| Transportation | 9/24/05 | $37.12 |
| China representative expense | 9/28/05 | $1,287.50 |

| | |
|---|---|
| **Bill #6764097 itemized totals** | **$11,860.04** |

| **Summarized:** | **Amount** |
|---|---|
| Travel Expenses on behalf of client | $11,464.38 |
| Long Distance on behalf of client | $106.61 |
| Meal on behalf of client | $289.05 |
| **Bill #6764097 summarized totals** | **$11,860.04** |