# APPENDIX C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS
FOR THE PERIOD FROM JULY 1, 2005 THROUGH JULY 31, 2005
FOR LEGISLATIVE AFFAIRS SERVICES**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 138685 v1
2850487-000001 08/09/2005

*Appendix C*

# JULY 2005 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|------|-------|-------------|
| 7/5  | 1     | Work on upcoming Senate asbestos debate |
| 7/6  | 1.5   | Work on upcoming Senate asbestos debate; telephone conference with Mr. Corcoran |
| 7/11 | 2     | Work on gathering intelligence to try to design a strategy to get the Senate Judiciary Committee asbestos before the Senate for consideration |
| 7/12 | 2     | Work on gathering intelligence to try to design a strategy to get the Senate Judiciary Committee asbestos before the Senate for consideration |
| 7/13 | 2     | Work on gathering intelligence to try to design a strategy to get the Senate Judiciary Committee asbestos before the Senate for consideration |
| 7/14 | 3     | Work on gathering intelligence to try to design a strategy to get the Senate Judiciary Committee asbestos before the Senate for consideration; telephone calls to Hill regarding same |
| 7/15 | 2     | Work on gathering intelligence to try to design a strategy to get the Senate Judiciary Committee asbestos before the Senate for consideration |
| 7/18 | 3     | Make arrangements for meeting with Mr. Corcoran and other senior Baker Donelson public policy advisors; read and review action by Senate leadership and Senate Judiciary Committee on asbestos legislation and possibility of floor consideration |
| 7/19 | 3     | Make arrangements for meeting with Mr. Corcoran and other senior Baker Donelson public policy advisors; read and review action by Senate leadership and Senate Judiciary Committee on asbestos legislation and possibility of floor consideration |
| 7/20 | 1     | Monitor Senate Judiciary Committee activity regarding asbestos |
| 7/26 | 1     | Monitor Senate Judiciary Committee activity regarding asbestos |
| 7/27 | 1     | Telephone conference Senate personal and committee staff regarding asbestos legislation |

EXPENSES ITEMIZED AND SUMMARIZED FOR JULY 2005

**W.R. Grace Expenses**
**Client # 2850487-000001**
**Itemized and summarized through 07/31/2005**

| Description | Date | Amount |
|---|---|---|
| Line Holding | 07/01/05 | $76.80 |
| Mobile/ Cell Phone Charges | 07/05/05 | $15.43 |
| Long Distance Charge | 07/06/05 | $0.35 |
| Shipping Expense | 07/07/05 | $14.19 |
| Long Distance Charge | 07/11/05 | $1.75 |
| Long Distance Charge | 07/13/05 | $1.40 |
| Long Distance Charge | 07/14/05 | $1.75 |
| Shipping Expense | 07/15/05 | $47.27 |
| **Itemized Totals** | | **$158.94** |

| Summarized: | Amount |
|---|---|
| Line Holding | $76.80 |
| Mobile/ Cell Phone Charges | $15.43 |
| Long Distance Charge | $5.25 |
| Shipping Expense | $61.46 |
| **Summarized Totals** | **$158.94** |

W JDR 138685 v1
2850487-000001 08/09/2005

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM JULY 1, 2005 THROUGH JULY 31, 2005**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W MDD 139060 v1
2850487-000002 10/11/2005

# JULY, 2005 FEES FOR JOAN M. MCENTEE

| Date | Hours | Description |
|------|-------|-------------|
| 7/11 | 3 | Conference call with China staff re WR Grace and SMERT |
| 7/13 | 2 | Conference call re SMERT follow up contacts |
| 7/18 | 5 | Discussions with client re government contacts |
| 7/19 | 8 | Meetings with WR Grace staff preparing for SMERT requests |
| 7/20 | 1 | Conference call on Shanghai meeting results |
| 7/26 | 2 | Discussions with client re government meetings with WR Grace Chairman |
| 7/28 | 4 | Meetings with Chinese Embassy officials re September visit |
| 7/29 | 5 | Meetings with US Commerce Department re September trip |

EXPENSES ITEMIZED AND SUMMARIZED FOR JULY, 2005

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 7/31/2005**
**Bill # 6753754 dated 8/29/2005**

| Description | Date | Amount |
|---|---|---|
| Meals | 7/7/05 | $113.80 |
| Long Distance | 7/14/05 | $247.32 |
| Meals | 7/19/05 | $47.80 |
| Long Distance | 7/26/05 | $38.55 |
| Meals | 7/27/05 | $96.64 |
| **Bill #6753754 itemized totals** | | **$544.11** |

| Summarized: | Amount |
|---|---|
| Long Distance on behalf of client | $285.87 |
| Meals on behalf of client | $258.24 |
| **Bill #6753754 summarized totals** | **$544.11** |

W MDD 139060 v1
2850487-000002 10/11/2005

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS
FOR THE PERIOD FROM AUGUST 1, 2005 THROUGH AUGUST 31, 2005
FOR LEGISLATIVE AFFAIRS SERVICES**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 138974 v1
2850487-000001  09/27/2005

## AUGUST 2005 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|---|---|---|
| 8/1 | 2 | Discussions with Bill Corcoran to assess likelihood of floor consideration early in the fall |
| 8/5 | 3 | Ongoing discussions with Bill Corcoran regarding asbestos floor consideration |
| 8/9 | 2 | Work with Grace officials and Congressional staff, seeking to determine status of and encourage the consideration of asbestos legislation prior to the end of this Congress |
| 8/11 | 3 | Work with Grace officials and Congressional staff, seeking to determine status of and encourage the consideration of asbestos legislation prior to the end of this Congress |
| 8/16 | 2 | Work with Grace officials and Congressional staff, seeking to determine status of and encourage the consideration of asbestos legislation prior to the end of this Congress |
| 8/23 | 2 | Work with Grace officials and Congressional staff, seeking to determine status of and encourage the consideration of asbestos legislation prior to the end of this Congress |
| 8/29-8/30 | 5 | Work with Grace consultants regarding informing the Congress of Grace's communications with members of the Libby, MT health plan |

EXPENSES ITEMIZED AND SUMMARIZED FOR AUGUST 2005

**W.R. Grace Expenses**
**Client # 2850487-000001**
**Itemized and summarized through 08/31/2005**

| Description | Date | Amount |
|---|---|---|
| Line Holding | 05/01/05 | $560.00 |
| Long Distance Charge | 05/05/05 | $0.35 |
| Long Distance Charge | 05/09/05 | $0.35 |
| Long Distance Charge | 05/17/05 | $0.35 |
| Long Distance Charge | 05/20/05 | $1.75 |
| Long Distance Charge | 05/26/05 | $1.05 |
| Long Distance Charge | 05/26/05 | $0.35 |
| Long Distance Charge | 05/26/05 | $0.35 |
| Long Distance Charge | 05/26/05 | $0.35 |
| Long Distance Charge | 05/26/05 | $0.35 |
| Cab fare | 05/26/05 | $6.00 |
| Cab fare | 05/26/05 | $15.00 |
| Line Holding | 06/01/05 | $1,536.00 |
| Long Distance Charge | 06/09/05 | $0.35 |
| Long Distance Charge | 06/13/05 | $1.05 |
| Long Distance Charge | 06/15/05 | $4.55 |
| Long Distance Charge | 06/21/05 | $1.05 |
| Long Distance Charge | 06/22/05 | $0.70 |
| Long Distance Charge | 06/22/05 | $0.35 |
| Long Distance Charge | 06/24/05 | $0.70 |
| Long Distance Charge | 06/24/05 | $0.35 |
| Long Distance Charge | 07/20/05 | $1.40 |
| Long Distance Charge | 07/25/05 | $0.35 |
| Long Distance Charge | 07/25/05 | $1.40 |
| Long Distance Charge | 07/26/05 | $0.35 |
| Long Distance Charge | 08/01/05 | $1.05 |
| Shipping Expense | 08/01/05 | $14.42 |
| Long Distance Charge | 08/02/05 | $12.79 |
| Long Distance Charge | 08/08/05 | $0.70 |
| Photo Reproduction Charge | 08/25/05 | $3.00 |
| Photo Reproduction Charge | 08/25/05 | $5.20 |
| Photo Reproduction Charge | 08/25/05 | $0.80 |
| Photo Reproduction Charge | 08/26/05 | $0.40 |
| **Itemized Totals** | | **$2,173.21** |

**Summarized:** **Amount**

W JDR 138974 v1
2850487-000001 09/27/2005

| | |
|---|---:|
| Line Holding | $2,096.00 |
| Long Distance Charge | $32.39 |
| Cab fare | $21.00 |
| Shipping Expense | $14.42 |
| Photo Reproduction Charge | $9.40 |
| **Summarized Totals** | **$2,173.21** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS
FOR THE PERIOD FROM AUGUST 1, 2005 THROUGH AUGUST 31, 2005**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W MDD 139061 v1
2850487-000002 10/11/2005

## AUGUST, 2005 FEES FOR JOAN M. MCENTEE

| Date | Hours | Description |
| --- | --- | --- |
| 8/15 | 4 | Discussions with client re Mayor's meeting |
| 8/16 | 3 | Meetings with WR Grace re Mayor's attendance |
| 8/17 | 4 | Discussions with US Minister Counselor |
| 8/22 | 2 | Discussions with WR Grace staff re Fred Festa meeting |
| 8/23 | 3 | Meeting with US Embassy officials re September visit |
| 8/24 | 5 | Draft letter to Shanghai mayor |
| 8/29 | 4 | Edit letter to Shanghai mayor |

EXPENSES ITEMIZED AND SUMMARIZED FOR AUGUST, 2005

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 8/31/2005**
**Bill # 6759179 dated 9/15/2005**

| Description | Date | Amount |
|---|---|---|
| Long Distance | 8/16/05 | $169.46 |
| Meals | 8/24/05 | $157.78 |
| Bill #6759179 itemized totals | | $327.24 |

| Summarized: | Amount |
|---|---|
| Long Distance on behalf of client | $169.46 |
| Meal on behalf of client | $157.78 |
| Bill #6759179 summarized totals | $327.24 |

W MDD 139061 v1
2850487-000002 10/11/2005

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

In re:                                    )    Chapter 11
                                          )
W.R.GRACE & CO., et al.[1]                )    Case No. 01-01139 (JKF)
                                          )    (Jointly Administered)
                                          )

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005 FOR LEGISLATIVE AFFAIRS SERVICES**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 139114 v1
2850487-000001 10/18/2005

## SEPTEMBER 2005 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
| --- | --- | --- |
| 9/6 | 3 | Work with Mr. Corcoran to assess likelihood of floor consideration in the fall |
| 9/7 | 3 | Work with Grace officials and Congressional staff on asbestos legislation |
| 9/9 | 3 | Work with Mr. Corcoran to assess likelihood of floor consideration in the fall |
| 9/12 | 3 | Work with Grace officials and Congressional staff to determine status of and encourage consideration of asbestos legislation prior to end of 1st session of this Congress |
| 9/14 | 3 | Work with Grace officials and Congressional staff to determine status of and encourage consideration of asbestos legislation prior to end of 1st session of this Congress |
| 9/16 | 3 | Work with Grace officials and Congressional staff to determine status of and encourage consideration of asbestos legislation prior to end of 1st session of this Congress |
| 9/19 | 2 | Work with Grace consultants regarding informing Congress of Grace's communications with members of the Libby , MT health plan |
| 9/20 | 2 | Work with Grace consultants regarding informing Congress of Grace's communications with members of the Libby, MT health plan |
| 9/26 | 1 | Telephone conference with Ms. Kuchinsky regarding the letters to members of Libby, MT health plan |
| 9/27 | 2 | Work with Ms. Kucninsky on letters from Libby health card plan |
| 9/28 | 1.5 | Work with Mr. Corcoran and Ms. Kuchinsky regarding Libby health care plan and pending Senate legislation |
| 9/29 | 1.5 | Work on problems in the hospital plan in Libby |
| 9/30 | 2 | Work on problems in the hospital plan in Libby |

## EXPENSES ITEMIZED AND SUMMARIZED FOR SEPTEMBER 2005

| W.R. Grace Expenses | | |
|---|---|---|
| **Client # 2850487-000001** | | |
| **Itemized and summarized through 09/30/2005** | | |
| | | |
| **Description** | **Date** | **Amount** |
| | | |
| Shipping Expense | 08/25/05 | $14.61 |
| Photo Reproduction Charge | 09/06/05 | $0.40 |
| Mobile/ Cell Phone Charges | 09/08/05 | $12.00 |
| Long Distance Charge | 09/28/05 | $0.35 |
| | | |
| | | |
| **Itemized Totals** | | **$27.36** |
| | | |
| **Summarized:** | | **Amount** |
| | | |
| Long Distance Charge | | $0.35 |
| Mobile/ Cell Phone Charges | | $12.00 |
| Shipping Expense | | $14.61 |
| Photo Reproduction Charge | | $0.40 |
| | | |
| **Summarized Totals** | | **$27.36** |

W JDR 139114 v1
2850487-000001 10/18/2005

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W MDD 139062 v1
2850487-000002 10/12/2005

## SEPTEMBER, 2005 FEES FOR JOAN M. MCENTEE

| Date | Hours | Description |
| --- | --- | --- |
| 9/5-17 | 10 | Arrange meetings for WR Grace with State Council, Vice Mayor |
| 9/17 | 10 | Travel to China for WR Grace meetings |
| 9/19 | 6 | Travel with client, attend meetings in Beijing |
| 9/20 | 4 | Attend Grand Opening with client |
| 9/20 | 4 | Meetings in Shanghai with SMERT, Vice Mayor |
| 9/21 | 6 | Attend meetings and dinner with SMERT, client, Counsel General, etc. |

EXPENSES ITEMIZED AND SUMMARIZED FOR SEPTEMBER, 2005

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 9/30/2005**
**Bill # 6764097 dated 10/10/2005**

| **Description** | **Date** | **Amount** |
|---|---|---|
| Train fare | 8/27/05 | $339.76 |
| Long Distance | 9/07/05 | $73.59 |
| Meals | 9/07/05 | $177.60 |
| Long Distance | 9/13/05 | $33.02 |
| Meals | 9/13/05 | $33.48 |
| Travel to China for meetings with client | 9/16/05 | $9,800.00 |
| Meals | 9/16/05 | $77.97 |
| Transportation | 9/24/05 | $37.12 |
| China representative expense | 9/28/05 | $1,287.50 |
| **Bill #6764097 itemized totals** | | **$11,860.04** |

| **Summarized:** | **Amount** |
|---|---|
| Travel Expenses on behalf of client | $11,464.38 |
| Long Distance on behalf of client | $106.61 |
| Meal on behalf of client | $289.05 |
| **Bill #6764097 summarized totals** | **$11,860.04** |

W MDD 139062 v1
2850487-000002 10/12/2005