# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# JULY 1, 2005 THROUGH JULY 31, 2005

```
                    Phillips, Goldman & Spence, P.A.
                           1200 N. Broom Street
                           Wilmington, DE  19806
                              (302) 655-4200
                           EI #: 51-0328786
```

December 15, 2005

Swidler Berlin, LLP
Richard H. Wyron
3000 K. Street, NW
Suite 300
Washington DC  20007

File   WRG-AUS/JCP
Invoice number   60304

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)


              Subtotal for FEES only: 07/31/05     $13,174.50
              Subtotal for COSTS only: 07/31/05        $212.31
                                                  --------------
    CURRENT PERIOD FEES AND COSTS: 07/31/05        $13,386.81
                                                  --------------


****************************************************************

        Please remit duplicate copy with payment.  Thank you.

****************************************************************

Phillips, Goldman & Spence, P.A.

December 15, 2005

Swidler Berlin, LLP

File  WRG-AUS/JCP
Invoice number  60304

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 5.35 | 992.50 |
| LITIGATION | 34.8 | 12,026.00 |
| PLAN AND DISCLOSURE STATEMENT | 0.7 | 91.00 |
| CASE ADMINISTRATION | 0.5 | 65.00 |
| Subtotal for FEES only: 07/31/05 | 41.35 | $13,174.50 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 350.00 | JCP | 35.45 | 35.45 | 12,407.50 | 0.00 | 0.00 |
| 130.00 | CAH | 5.90 | 5.90 | 767.00 | 0.00 | 0.00 |
| Totals | | 41.35 | 41.35 | 13,174.50 | 0.00 | 0.00 |

WRG-AUS                                                          12/15/05  Page 1

LEGALMASTER MIRC For Transactions
-Fees-

Sort Fields:
  Grouping code           (Paginate)
  Client code
  Actual employee code    (Subtotals)
  Transaction date

Range Fields:
  Client code              I   WRG - WRG
  Invoice Number           I   60304 - 60304

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG CASE ADMINISTRATION | CAH | 07/18/05 | Merge original signatures into filed documents. | 0.20 | 26.00 | Ca |
| WRG CASE ADMINISTRATION | CAH | 07/20/05 | Update docket to system. | 0.20 | 26.00 | |
| WRG CASE ADMINISTRATION | CAH | 07/25/05 | Update docket to system. | 0.10 | 13.00 | |
| | | | | 0.50 | 65.00 | |
| | | | | 0.50 | 65.00 | |

```
WRG-AUS                              LEGALMASTER MIRC For Transactions                    12/15/05   Page 2
                                                  -Fees-
```

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | CAH | 07/13/05 | E-mail to D. Felder (3x); print and after John C. Phillips, Jr. signature, file brief in Support of D. Austern's form of questionaire and CMO. | 0.70 | 91.00 | Li |
| | | | | | ------- | ------- | |
| | | | | | 0.70 | 91.00 | |
| | | | | | ------- | ------- | |
| WRG | LITIGATION | JCP | 07/01/05 | Review letter from counsel for Personal Injury Committee (.2); review of miscellaneous pleadings (.5); review of Debtors' Notice of Rescheduling Rule 30(b)(6) deposition (.2); review of Certain Insurers' Response to Debtors' Motion to Approve Personal Injury CMO (.6); review of Property Damage Committee's Objection to Debtors' Personal Injury CMO (.4); review of Creditors' Committee's Response in Support of Debtors' Personal Injury CMO (.6); review of Libby Claimants Opposition to Debtors' Personal Injury CMO (.4); review of Debtors' Motion to Approve Personal Injury CMO and Memorandum in Support (.4). | 3.30 | 1,155.00 | |
| WRG | LITIGATION | JCP | 07/05/05 | Review of 5 Rule 30(b)(6) deposition notices (.2); review of miscellaneous pleadings and Orders (.2); review of Notice of Change of Hearing Dates (.2); review of letter to Dan Speights re: Property Damage claims (.2); review of Century's Joinder re: Insurers' Response to Personal Injury CMO; review of Equity Committee's Response to Debtors' Personal Injury CMO (.2); review of Personal Injury Committee's Motion to File Certain Exhibits Under Seal (.2). | 1.20 | 420.00 | |
| WRG | LITIGATION | JCP | 07/01/05 | Review of miscellaneous pleadings; review of Creditors' Committee's, Property Damage Committee's and Debtor's Oppositions to Montana's Motion for Relief from Stay; review of Order Approving Siegel Consulting Agreement. | 0.80 | 280.00 | |
| WRG | LITIGATION | JCP | 07/06/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 07/07/05 | Letter from counsel for Debtor (2x); review of Anderson Memorial Hospital's Motion for Protective Order; review of e-mails re: next week's filings. | 0.40 | 140.00 | |
| WRG | LITIGATION | JCP | 07/08/05 | Review of miscellaneous pleadings and Orders (voluminous)(.5); review of Order Extending CIBC's Employment; review of Transcript from 06/27/05 Hearing (.3); review of Debtors' Report on Business Effects of Terminating Exclusivity (.2); review of Festa Affidavit in Support of Debtors' Report (.2); e-mail from Rick Wyron with enclosure (.2); review of prior e-mails re: Debtors' proposed Order to Extend Exclusivity (.2); e-mail to counsel for Debtors; review of proposed Order (.2); e-mail from and e-mail to Rick Wyron; phone conference with Rick Wyron (voicemail)(2x)(.2); phone conference with Rick Wyron (.3). | 2.30 | 805.00 | |
| WRG | LITIGATION | JCP | 07/11/05 | Review of miscellaneous pleadings; e-mail from counsel for PI Comm (2x); e-mail from counsel for Debtor. | 0.30 | 105.00 | |

WRG-AUS                                    LEGALMASTER MIRC For Transactions                          12/15/05  Page 3
                                                          -Fees-

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 07/12/05 | Review of miscellaneous pleadings and 2 Orders (.3); review of Agenda for 7/19/05 Hearing (.2); e-mail from and e-mail to Debra Felder (3x)(.2); review of and revise FCR's Response to Debtors' Report re: Terminating Exclusivity (.5); review of Radecki Affidavit and Exhibits (.3); review of Debtors' Report (.3); conference with Celeste A. Hartman ; review of and execute revised FCR's Response to Debtors' Report re: Terminating Exclusivity with Affidavit and Exhibits (.3); review of Libby Claimants' Response to Debtors' Motion to Approve PI CMO and Questionaire (.3). | 2.10 | 735.00 | |
| WRG | LITIGATION | JCP | 07/13/05 | Phone conference with Debra Felder (voicemail)(.1); e-mail from Debra Felder (2x)(.2); conference with Celeste A. Hartman all re: FCR's Response to Debtors' Motion to Extend Exclusivity (.1); e-mail from Celeste A. Hartman; e-mail from Debra Felder with enclosure (3x)(.2); review of and revise proposed CMO (.3); review of and revise Brief in Support of FCR's Questionaire and CMO(.6); phone conference with Debra Felder (3x)(.2); review of and revise Questionaire (.3); review of Date Comparison Chart (.3); review of blacklined CMO re: revisions to Debtors' proposed CMO (.2); review of all revised documents in final (.2); review of and execute Brief (.2); conference with Celeste A. Hartman (2x)(.2); review of miscellaneous pleadings. | 3.10 | 1,085.00 | |
| WRG | LITIGATION | JCP | 07/14/05 | Review of miscellaneous pleadings (.3); review of Property Damage Committee's Report on Business Effects of Terminating Exclusivity and attached affidavit (.2); review of Personal Injury Committee's Response to Debtors' Report on business Effects of Terminating Exclusivity and Supporting Affidavit and curriculum vitae; review of miscellaneous pleadings and two Orders (2.1); review of Debtors' Brief in Support of CMO with voluminous Exhibits (1.5); review of Personal Injury Committee's position Paper re: Personal Injury CMO and Questionaire with Exhibits (including Personal Injury Committee's Opposition to Debtors' Motion to Approve Personal Injury CMO and Questionaire)(1.5). | 5.60 | 1,960.00 | |
| WRG | LITIGATION | JCP | 07/15/05 | Review of Amended Agenda for 7/19/05 Hearing (.2); review of Debtors' Status Report and Amended Status Report (.6); review of miscellaneous pleadings and two Orders (.3). | 1.10 | 385.00 | |
| WRG | LITIGATION | JCP | 07/16/05 | Review of 2nd Amended Agenda for 7/19/05 Hearing; review of Debtors' Status Report re: Personal Injury CMO. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 07/18/05 | Review of miscellaneous pleadings and Order (.3); review of Speights and Runyan's Motion to Quash (1.2); review of Property Damage Committee's Proposed CMO and Brief in Support thereof (1.2); review of Debtors' Motion for Waiver of local Rule 3007-1 to Permit Omnibus Objection to Speights and Runyan claims (.5). | 3.20 | 1,120.00 | |

WRG-AUS                                                LEGALMASTER MIRC For Transactions                                    12/15/05  Page 4
                                                                      -Fees-

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 07/19/05 | Teleconference with Judge Fitzgerald and all counsel. | 1.70 | 595.00 | Li |
| WRG | LITIGATION | JCP | 07/20/05 | Review of miscellaneous pleadings and 4 Orders. | 0.40 | 140.00 | |
| WRG | LITIGATION | JCP | 07/21/05 | Review of Debtors' Notice of Service and 30(b)(6) Subpoenas re: Speights & Runyon (voluminous); review of miscellaneous pleadings. | 0.60 | 210.00 | |
| WRG | LITIGATION | JCP | 07/22/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 07/22/05 | Review of Notice of Cancellation of 30(b)(6) depositions; review of Order re: Mediation of Personal Injury Discovery Disputes; review of miscellaneous pleadings. | 0.30 | 105.00 | |
| WRG | LITIGATION | JCP | 07/23/05 | Review of miscellaneous pleadings (.2); review of Debtors' Motions to Employ Nelson Mullins and Foley Hoag (.2); review of Debtors' Motion to Expand Injunction Against Montana (.3); review of Debtors' Motion for Leave to Amend Complaint Staying Asbestos Actions and proposed Amended Complaint (.3). | 1.00 | 350.00 | |
| WRG | LITIGATION | JCP | 07/26/05 | Review of miscellaneous pleadings (voluminous)(.2); review of Debtors' Motion to Participate in Marsh & McLennan Settlement Fund (.2); review of Debtors' Motion to Sell Specialty Polymers Business (.2); review of Debtors' Statement of Amounts Paid to Ordinary Course Professionals(.7); review of Motion to Expand Scope of Pitney Hardin's Representation to include N.J. enforcement action (.2). | 1.50 | 525.00 | |
| WRG | LITIGATION | JCP | 07/27/05 | Review of miscellaneous pleadings; review of Speights & Runyan's Supplemental Motion to Quash Subpoena. | 0.20 | 70.00 | |
| WRG | LITIGATION | JCP | 07/28/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 07/29/05 | Review of Transcript from 7/19/05 Hearing (voluminous); review of Speights & Runyan's Response to Debtors' 12th Objection to Claims; review of miscellaneous pleadings. | 4.60 | 1,610.00 | |
| | | | | | 34.10 | 11,935.00 | |
| | | | | | 34.80 | 12,026.00 | |

WRG-AUS  
LEGALMASTER MIRC For Transactions  
-Fees-  
12/15/05  Page 5

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 07/12/05 | Download and file SB Fee Application for April. | 0.30 | 39.00 | fa |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 07/19/05 | Review of and code pre-bill. | 0.10 | 13.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 07/20/05 | Draft Certificate of No Objection for Phillips, Goldman & Spence May Fee Application; file and serve same. | 0.40 | 52.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 07/25/05 | Draft Certificate of No Objection for April Fee Application; file and serve same. | 1.20 | 156.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 07/25/05 | Begin work on 5th Quarterly Fee Application for Phillips, Goldman & Spence. | 0.50 | 65.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 07/26/05 | Complete draft of 5th Quarterly Fee Application of Phillips, Goldman & Spence. | 0.70 | 91.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 07/27/05 | File Certificate of No Objection for Phillips, Goldman & Spence April Fee Application; review of and revise May Fee Application and file same; review of and revise 5th Quarterly and file same. | 0.60 | 78.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 07/29/05 | Download, print and file June Fee Application for D. Austern. | 0.20 | 26.00 | |
| | | | | 4.00 | 520.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 07/01/05 | Review of Order Approving 15th Quarterly Fee Application. | 0.10 | 35.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 07/11/05 | Review of and revise downward June 2005 prebill. | 0.25 | 87.50 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 07/20/05 | Review of, revise and execute 12th Monthly Fee Application; conference with Celeste A. Hartman. | 0.20 | 70.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 07/27/05 | Review of and execute Certificate of No Objection re: Phillips, Goldman & Spence 11th Monthly Fee Application; review of, revise and execute Phillips, Goldman & Spence 13th Monthly Fee Application; review of, revise and execute Phillips, Goldman & Spence 5th Quarterly Fee Application; conference with Celeste A. Hartman. | 0.80 | 280.00 | |
| | | | | 1.35 | 472.50 | |
| | | | | 5.35 | 992.50 | |

WRG-AUS                                    LEGALMASTER MIRC For Transactions                    12/15/05  Page 6
                                                        -Fees-

| C1 Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG  PLAN AND DISCLOSURE STATEMENT | CAH | 07/12/05 | E-mail back and forth (5x) to D. Fullem on filing of D. Austern's Response to Report on Exclusivity. | 0.70 | 91.00 | ps |
| | | | | 0.70 | 91.00 | |
| | | | | 41.35 | 13,174.50 | |

40 records printed.

# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# JULY 1, 2005 THROUGH JULY 31, 2005

Phillips, Goldman & Spence, P.A.

December 15, 2005

Swidler Berlin, LLP

File    WRG-AUS/JCP
Invoice number   60304

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 07/01/05 | Federal Express | 105.87 |
| 07/01/05 | Long distance phone charges | 5.70 |
| 07/14/05 | Check No.: 28489 - Parcels, Inc. - document retrieval/service/copy/mail, etc.. | 30.00 |
| 07/17/05 | Photocopies | 63.00 |
| 07/20/05 | Postage | 7.74 |
| | Subtotal for COSTS only: 07/31/05 | $212.31 |