## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | (Jointly Administered) |
| Debtors. | Objection Deadline: 1/23/06 |
| | Hearing Date: Scheduled if Necessary |

### COVER SHEET
### FIFTEENTH MONTHLY INTERIM APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF AUGUST 1, 2005 TO AUGUST 31, 2005

| | |
|---|---|
| Name of Applicant: | Phillips, Goldman & Spence, P.A. ("PG&S") |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention | PG&S Retention Order entered September 27, 2004 |
| Period for which Compensation is Sought: | August 1, 2005 through August 31, 2005 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $6,226.00 |
| 80% of Fees to be Paid: | $4,980.80 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $113.00 |
| Total Fees @ 80% and Expenses: | $5,093.80 |

This is an:    __X__ interim    ____ monthly    ____ final application

The total time expended for fee application preparation during this time period was .70 hours and the corresponding fees were $200 and expenses were approximately $28.00. The time spent for this matter will be requested in subsequent monthly interim applications.

## PREVIOUS APPLICATIONS

| Fee Application Filing Date, Docket No | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No | 80% of Fees Paid or To be Paid | Amount of Holdback Fees | Amount Paid |
|---|---|---|---|---|---|---|
| 1st Monthly Application 5.24.04-6.30.04 Filed 10.6.04 Dkt. No. 6549 | $5,034.50 | $0.00 | Filed 10.27.04 Dkt No. 6751 | $4,027.60 | $1,006.90 | $4,027.60 |
| 1st Quarterly Fee Application 5.24.04-6.30.04 Filed 10.27.04 Dkt. No. 6752 | $5,034.50 | $0.00 | Filed 11.19.04 Dkt No. 6696 | N/A | $1,006.90 | 1,006.90 |
| 2nd Monthly Application 7.1.04-7.31.04 Filed 10.6.04 Dkt. No. 6550 | $2,619.00 | $852.87 | Filed 11.11.04 Dkt No. 6883 | $2,095.20 | $523.80 | $2,948.07 |
| 3rd Monthly Application 8.1.04-8.31.04 Filed 10.8.04 Dkt. 6569 | $3,110.00 | $450.36 | Filed 11.11.04 Dkt No. 6884 | $2,488.00 | $622.00 | $2,938.36 |
| 4th Monthly Application 9.1.04-9.30.04 Filed 10.28.04 Dkt No. 6783 | $5,034.50 | $419.64 | Filed 11.19.04 Dkt No. 6997 | $4,107.20 | $1,026.80 | $4,526.84 |
| 2nd Quarterly Fee Application 7.1.04-9.30.04 Filed 11.16.04 Dkt. No. 6940 | $10,863.00 | $1,722.87 | Filed 3.9.05 Dkt No. 7997 | N/A | $2,187.6 | N/A |
| 5th Monthly Application 10.1.04-10.31.02 Filed 11.29.04 Dkt. No. 7041 | $6,273.00 | $582.11 | Filed 12.21.04 Dkt No. 7278 | $5,018.40 | $1,254.60 | $5,600.51 |
| 6th Monthly Application 11.1.04-11.30.04 Filed 12.28.04 Dkt. No 7370 | $7,128.00 | $249.55 | Filed 1.28.05 Dkt No. 7643 | $5,702.40 | $1,425.60 | $5,951.95 |
| 7th Monthly Application 12.1.04-12.31.04 Filed 1.28.05 Dkt No 7644 | $7,245.00 | $186.54 | Filed 2.28.05 Dkt No. 7917 | $5,796.00 | $1,449.00 | $5,982.54 |
| 3rd Quarterly Fee Application 10.1.04-12.31.04 Filed 2.15.05 Dkt. No. 7783 | $20,646.00 | $1,018.20 | Filed 6.14.05 Dkt No 8613 | N/A | $4,129.20 | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8th Monthly Application<br>1.1.05-1.31.05<br>Filed 2.28.05<br>Dkt No. 7918 | $9,247.00 | $2,039.47 | Filed 3.29.05<br>Dkt No. 8135 | $7,397.60 | $1,850.00 | $9,437.07 |
| 9th Monthly Application<br>2.2.05-2.28.058<br>Filed 4.8.05<br>Dkt No. 8191 | $3,373.00 | $164.44 | Filed 4.26.05<br>Dkt No. 8284 | $2,862.84 | $674.60 | $2,862.84 |
| 10th Monthly Application<br>3.1.05-3.31.05<br>Filed 4.26.05<br>Dkt No. 8285 | $4,127.50 | $461.38 | Filed 6.6.05<br>Dkt No. 8553 | $3,763.38 | 825.00 | $3,763.38 |
| 4th Quarterly Application<br>1.1.05-3.31.05<br>Filed 4.29.05<br>Dkt No. 8303 | $16,747.50 | $2,665.29 | Filed<br>Dkt No. | N/A | $3349.49 | $3349.49 |
| 11th Monthly Application<br>4.1.05-4.30.05<br>Filed 6.6.05<br>Dkt No. 8554 | $4,910.00 | $195.51 | Filed 7.26.05<br>Dkt No. | $3,928.00 | $982.00 | $4,123.51 |
| 12th Monthly Application<br>5.1.05-5.31.05<br>Filed 6.27.05<br>Dkt No. 8686 | $3,596.00 | $309.93 | Filed 7.20.05<br>Dkt No. 9029 | $2,876.80 | $719.20 | $3,186.73 |
| 13th Monthly Application<br>6.1.05-6.30.05<br>Filed 7.26.05<br>Dkt No. 9095 | $5,395.00 | 1,093.35 | Filed 8.31.05<br>Dkt No. 9288 | $4,316.00 | $1,079.00 | 5,409.35 |
| 5th Quarterly Application<br>Filed 7.27.05<br>Dkt No. 9096 | $13,901.00 | $1,598.79 | Filed 12.5.05<br>Dkt No. 11250 | N/A | $2,780.20 | $2,780.20 |
| 14th Monthly Application<br>Filed 1.3.06<br>Dkt No. 11474 | $13,174.50 | $212.31 | Filed<br>Dkt No. | $10,539.60 | $2,634.90 | |

## CURRENT COMPENSATION SUMMARY

## AUGUST 1, 2005 THROUGH AUGUST 31, 2005

| Name of Professional Person | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John C. Phillips, Jr. | Director/17 years/1974/ litigation/bankruptcy | 350.00 | 16.90 | 5,915.00 |
| Celeste A. Hartman | Sr. Paralegal/9 years/20 years prior experience | 130.00 | 2.20 | 286.00 |
| Tammy A. Patterson | Legal Assistant/N/A | 125.00 | .20 | 25.00 |
| Grand Total | | | 19.30 | $6,226.00 |
| Blended Rate: | | | | $322.59 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation | 12.80 | $4,480.00 |
| Fee/Employment Applications | 6.40 | $1,733.00 |
| Case Administration | .10 | $13.00 |
| Total | 19.30 | $6,226.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| In-House Reproduction (15¢ per page) | N/A | 38.60 |
| Postage | N/A | 6.36 |
| Long Distance Phone Charges | N/A | 4.04 |
| Facsmile ($1 per page outgoing only) | N/A | 64.00 |
| Total | | $113.00 |

The FCR was appointed effective May 24, 2004. Since his appointment, the FCR and his professionals have focused on due diligence with respect to the Debtors and events occurring in these cases over the previous three years, and on protecting the rights of the future claimants with respect to actions taken by the Debtors, the Committees and other parties in interest.

          PHILLIPS, GOLDMAN & SPENCE, P.A.

          */s/ John C. Phillips, Jr.*
          JOHN C. PHILLIPS, JR., ESQUIRE (#110)
          1200 North Broom Street
          Wilmington, DE 19806
          (302) 655-4200
          (302) 655-4210
          Local Counsel to David T. Austern, as Future
          Claimants' Representative

Date:  January 3, 2006