# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# AUGUST 1, 2005 THROUGH AUGUST 31, 2005

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

December 15, 2005

Swidler Berlin, LLP
Richard H. Wyron
3000 K. Street, NW
Suite 300
Washington DC  20007

File    WRG-AUS/JCP
Invoice number   60305

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)


|  |  |
|---|---:|
| Subtotal for FEES only: 08/31/05 | $6,226.00 |
| Subtotal for COSTS only: 08/31/05 | $113.00 |
| CURRENT PERIOD FEES AND COSTS: 08/31/05 | $6,339.00 |


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please remit duplicate copy with payment.  Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Phillips, Goldman & Spence, P.A.

Page   2

December 15, 2005

Swidler Berlin, LLP

File   WRG-AUS/JCP
Invoice number   60305

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 12.8 | 4,480.00 |
| FEE/EMPLOYMENT APPLICATIONS | 6.4 | 1,733.00 |
| CASE ADMINISTRATION | 0.1 | 13.00 |
| Subtotal for FEES only: 08/31/05 | 19.3 | $6,226.00 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 350.00 | JCP | 16.90 | 16.90 | 5,915.00 | 0.00 | 0.00 |
| 130.00 | CAH | 2.20 | 2.20 | 286.00 | 0.00 | 0.00 |
| 125.00 | TAP | 0.20 | 0.20 | 25.00 | 0.00 | 0.00 |
| Totals | | 19.30 | 19.30 | 6,226.00 | 0.00 | 0.00 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please remit duplicate copy with payment.  Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

LEGALMASTER MIRC For Transactions
-Fees-

Sort Fields:
    Grouping code              (Paginate)
    Client code
    Actual employee code       (Subtotals)
    Transaction date

Range Fields:
    Client code                I   WRG - WRG
    Invoice Number             I   60305 - 60305

| Cl Code Grouping code description | Act | Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG CASE ADMINISTRATION | CAH | | 08/28/05 | Update Court's docket to system. | 0.10 | 13.00 | Ca |
| | | | | | 0.10 | 13.00 | |
| | | | | | 0.10 | 13.00 | |

WRG-AUS                                          LEGALMASTER MRC For Transactions                              12/15/05  Page 2
                                                             -Fees-

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 08/01/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | Li |
| WRG | LITIGATION | JCP | 08/03/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 08/04/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 08/08/05 | Review of miscellaneous pleadings; review of Debtors' Opposition to Speights & Runyan's Motion to Quash Subpoena; review of Debtors' 13th Omnibus Objection to Speights & Runyan Claims (extremely voluminous). | 1.90 | 665.00 | |
| WRG | LITIGATION | JCP | 08/09/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 08/12/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 08/15/05 | Review of miscellaneous pleadings; review of Speights & Runyan's Response and Objection to Debtors Motion for limited Waiver of Local Rule 3007-1 re: objections to claims. | 0.40 | 140.00 | |
| WRG | LITIGATION | JCP | 08/17/05 | Review of Committee's Objection to Debtors' Motion to Approve Settlement with Intercat; review of miscellaneous pleadings. | 0.30 | 105.00 | |
| WRG | LITIGATION | JCP | 08/18/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 08/22/05 | Review of Debtors' Motions to File Replies and Debtors' Replies in Support of 12th Omnibus Objection to Speights & Runyan claims and Motion for limited waiver local Rule 3007-1; review of miscellaneous pleadings; review of letter from Michigan Attorney General's office. | 0.50 | 175.00 | |
| WRG | LITIGATION | JCP | 08/23/05 | Review of Agenda for 8/29/05 Hearing; review of miscellaneous pleadings; e-mail to paralegal; letter to Court Call. | 0.50 | 175.00 | |
| WRG | LITIGATION | JCP | 08/24/05 | Review of miscellaneous pleadings; review of Certificate of Counsel with proposed Orders re: Estimation of Property Damage Claims and Objections to Property Damage Claims. | 0.40 | 140.00 | |
| WRG | LITIGATION | JCP | 08/26/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 08/29/05 | E-mail from Roger Frankel (3x)(.1); e-mail to Roger Frankel (.1); review of Amended Agenda for 8/29/05 Hearing (.1); review of Personal Injury Committee's Opposition to Debtors' Revised Questionnaire and Proposed CMO with Exhibits (including preliminary review of 8/17/05 Federal Mogul Opinion)(extremely voluminous)(3.6); review of Lloyds' Objection to Debtors' Proposed CMO for Personal Injury Claims Estimation (.8); review of Debtors' Report re: 7/19/05 Rulings on Personal Injury Claims and Estimation Proceedings with Exhibits (.8); teleconference with Judge Fitzgerald and all counsel (2.1). | 7.60 | 2,660.00 | |

WRG-AUS

LEGALMASTER MRC For Transactions
-Fees-

12/15/05   Page 3

| Cl Code | Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 08/31/05 | Review of miscellaneous pleadings and 4 Orders; review of CMO for Property Damage Claims Objections; review of CMO for Estimation of Personal Injury Liabilities; review of CMO for Estimation of Property Damage Liabilities; letter from Ernst & Young (Canada). | 0.50 | 175.00 | |
| | | | | | 12.80 | 4,480.00 | |
| | | | | | 12.80 | 4,480.00 | |

WRG-AUS                                                      LEGALMASTER MIRC For Transactions                                         12/15/05  Page  4
                                                                         -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 08/15/05 | Merge original signatures into documents filed. | 0.20 | 26.00 | fa |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 08/15/05 | Draft Notice and Certificate of Service for CIBC's 5th quarterly Fee Application. | 0.40 | 52.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 08/16/05 | Phone conference with D. Fullem on Fee Application received. | 0.20 | 26.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 08/16/05 | Pull exhibits and compile CIBC Quarterly Fee Application. | 0.30 | 39.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 08/16/05 | Execute Certificate of Service; scan, file and serve CIBC 5th Quarterly Fee Application. | 0.30 | 39.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 08/23/05 | Download and file Certificate of No Objection for Swidler's 12th Fee Application. | 0.20 | 26.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 08/28/05 | Draft Certificate of No Objection for June Fee Application. | 0.30 | 39.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 08/31/05 | File and serve Certificate of No Objection for June Fee Application. | 0.20 | 26.00 | |
| | | | | 2.10 | 273.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 08/02/05 | Review of and revise Notice of Correction of filing of Swidler's April and May fee applications; conference with Celeste A. Hartman. | 0.20 | 70.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 08/09/05 | Review of Notice and CIBC's 13th Monthly Fee Application; conference with paralegal. | 0.20 | 70.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 08/10/05 | Review of electronic notifications of filing of fee applications for CIBC (.8); review of Debtors' Exhibits to proposed CMO for Estimation of Personal Injury Injuries including proposed Personal Injury Questionnaire, Rand Institute article, Judge Black's 6/30/05 Opinion and proposed Order (3.3). | 3.10 | 1,085.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 08/11/05 | E-mail from Debra Fullem with enclosure; review of Swidler Berlin's 14th Monthly Fee Application; conference with paralegal. | 0.30 | 105.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 08/16/05 | Review of CIBC's 5th Quarterly Fee Application. | 0.10 | 35.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 08/30/05 | Review of, revise and execute Certificate of No Objection re: Phillips, Goldman & Spences' 13 Monthly Fee Application. | 0.20 | 70.00 | |
| | | | | 4.10 | 1,435.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | TAP | 08/09/05 | E-File Fee Application of David Austern (13th Monthly). | 0.10 | 12.50 | |

WRG-AUS                                LEGALMASTER MRRC For Transactions                              12/15/05  Page 5
                                                      -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG  FEE/EMPLOYMENT APPLICATIONS | TAP | 08/11/05 | E-file Fee Application of David Austern (14th Monthly). | 0.10 | 12.50 | fa |
| | | | | 0.20 | 25.00 | |
| | | | | 6.40 | 1,733.00 | |
| | | | | 19.30 | 6,226.00 | |

32 records printed.

# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# AUGUST 1, 2005 THROUGH AUGUST 31, 2005

Phillips, Goldman & Spence, P.A.

December 15, 2005

Swidler Berlin, LLP

File   WRG-AUS/JCP
Invoice number   60305

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| | | |
|---|---|---:|
| 08/01/05 | Facsimile | 64.00 |
| 08/01/05 | Long distance phone charges | 4.04 |
| 08/16/05 | Postage | 6.36 |
| 08/16/05 | Photocopies | 38.60 |
| | Subtotal for COSTS only: 08/31/05 | $113.00 |