# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# SEPTEMBER 1, 2005
# THROUGH SEPTEMBER 30, 2005

```
                    Phillips, Goldman & Spence, P.A.
                           1200 N. Broom Street
                          Wilmington, DE  19806
                             (302) 655-4200
                           EI #: 51-0328786
```

December 15, 2005

Swidler Berlin, LLP
Richard H. Wyron
3000 K. Street, NW
Suite 300
Washington DC  20007

File    WRG-AUS/JCP
Invoice number   60306

Re:   W. R. Grace & Co.
      David T. Austern
Case No.:  01-01139 (RLB)

```
            Subtotal for FEES only: 09/30/05        $6,258.00
            Subtotal for COSTS only: 09/30/05          $95.26
                                                 --------------
    CURRENT PERIOD FEES AND COSTS: 09/30/05        $6,353.26
                                                 --------------
```

****************************************************************

Please remit duplicate copy with payment.  Thank you.

****************************************************************

Phillips, Goldman & Spence, P.A.

Page 2

December 15, 2005

Swidler Berlin, LLP

File    WRG-AUS/JCP
Invoice number    60306

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 16.7 | 5,845.00 |
| FEE/EMPLOYMENT APPLICATIONS | 2.3 | 387.00 |
| CASE ADMINISTRATION | 0.2 | 26.00 |
| Subtotal for FEES only: 09/30/05 | 19.2 | $6,258.00 |

| RATE | SUMM |  | HOURS |  |  |  |
|---|---|---|---|---|---|---|
| 350.00 | JCP | 17.10 | 17.10 | 5,985.00 | 0.00 | 0.00 |
| 130.00 | CAH | 2.10 | 2.10 | 273.00 | 0.00 | 0.00 |
| Totals |  | 19.20 | 19.20 | 6,258.00 | 0.00 | 0.00 |

WRG-AUS                                        LEGALMASTER MIRC For Transactions                                    12/15/05  Page 1
                                                            -Fees-

Sort Fields:
    Grouping code                   (Paginate)
    Client code
    Actual employee code            (Subtotals)
    Transaction date

Range Fields:
    Client code                     I   WRG - WRG
    Invoice Number                  I   60306 - 60306

WRG
Cl Code Grouping code description           Act  Trans                                                          Billable    Billable  Grp
                                            Emp  Date      Transaction description                              Hours       Dollars   Cd

CAH CASE ADMINISTRATION                     CAH  09/29/05  Merge original signatures into filed documents.         0.20        26.00  Ca
                                                                                                                 -------    ---------
                                                                                                                   0.20        26.00
                                                                                                                 -------    ---------
                                                                                                                   0.20        26.00
                                                                                                                 =======    =========

WRG-AUS                                                    LEGALMASTER MIRC For Transactions                                      12/15/05  Page 2
                                                                          -Fees-

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 09/01/05 | Review of miscellaneous pleadings and 2 Orders; e-mail to Roger Frankel and Rich Wyron re: Ernst & Young (Canada) inquiry. | 0.30 | 105.00 | Li |
| WRG | LITIGATION | JCP | 09/02/05 | Review of Debtors' 8/29/05 Hearing Presentation Materials (.3); review of Debtors' 13th,14th and 15th Omnibus Objections to Claims (.4); review of miscellaneous pleadings (.3). | 1.00 | 350.00 | |
| WRG | LITIGATION | JCP | 09/06/05 | Review of miscellaneous pleadings (voluminous). | 0.20 | 70.00 | |
| WRG | LITIGATION | JCP | 09/07/05 | E-mail from counsel for Debtor with enclosure; review of enclosure (2 Stipulations); review of Certain Insurer's Motion for Access to 2019 Exhibits. | 0.40 | 140.00 | |
| WRG | LITIGATION | JCP | 09/08/05 | Review of 8/29/05 Hearing Transcript (.1); review of miscellaneous pleadings (.3); e-mail from Rick Wyron with enclosure review of Stipulation (.2); letter from Kirkland and Ellis to DOJ (.2); review of CNA's Objections to Modified Plan (1.0). | 0.90 | 315.00 | |
| WRG | LITIGATION | JCP | 09/10/05 | Review of Creditors' Committee Joinder re: Staying Actions against Montana (.3); review of Debtors' Notice of Emergency Motion/Memo for Leave to Take Discovery of Claimants' Attorneys with Exhibits (.5). | 0.90 | 315.00 | |
| WRG | LITIGATION | JCP | 09/12/05 | Review of Property Damage Committtee's Motion to Retain Special Counsel with Exhibits (.3); letter from Kirkland and Ellis to DOJ (.2); review of CNA's Objections to Modified Plan (1.0). | 1.50 | 525.00 | |
| WRG | LITIGATION | JCP | 09/13/05 | Review of miscellaneous pleadings and Orders (including Property Damage Committee's Order to Shorten Time re: Motion to Employ Special Counsel); review of Order Appointing Mediator. | 0.30 | 105.00 | |
| WRG | LITIGATION | JCP | 09/14/05 | Review of miscellaneous pleadings and 4 Orders (including Discovery Mediator Order); review of Baena Affidavit; review of Amended Runyan Affidavit. | 0.40 | 140.00 | |
| WRG | LITIGATION | JCP | 09/15/05 | Review of miscellaneous pleadings; review of Reaud, Morgan's, Baron and Budds' and Silber Pearlman's Response to Debtors' Motion to Shorten Time for Discovery Motion as to plaintiff's counsel; review of Property Damage Committee's Motion to Strike Debtors' 15 Omnibus Objection. | 0.50 | 175.00 | |
| WRG | LITIGATION | JCP | 09/16/05 | Review of miscellaneous pleadings; review of Dies and Hile's Joinder in Property Damage Committee's Motion to Strike 15th Omnibus Objection; review of Debtors' Emergency Motion to Set Property Damage Committee's Motion for Hearing on 9/26/05; review of Order Setting Status Conference. | 0.50 | 175.00 | |

WRG-AUS                                      LEGALMASTER MRC For Transactions                                        12/15/05  Page 3
                                                         -Fees-

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 09/17/05 | Review of Baron and Budd's and Silber Pearlman's Response to Insurer's Motion for Access. | 0.20 | 70.00 | |
| WRG | LITIGATION | JCP | 09/17/05 | Review of Debtors' Notice of Withdrawal of Emergency Motion to Set Hearing on Property Damage Committee's Motion to Strike Debtors' 15 Omnibus Objection (.2); review of Debtor's New Exhibits to 15th Omnibus Objection (extremely voluminous)(.5); review of Maryland Casualty's Joinder in Insurers' Motion for Access to 2019 Statements (.2); review of Reaud Morgan's Response Opposing Insurers' Motion for Access to 2019 Statements (.2); review of miscellaneous pleadings (.3); review of Personal Injury Committee's Objection to Insurers' Motion for Access to PD Committee's Motion (.2); review of Debtors' Objection to Committee's Motion to Retain Special Counsel (Runyan)(.2). | 1.80 | 630.00 | |
| WRG | LITIGATION | JCP | 09/20/05 | Review of final version of Personal Injury Questionnaire (.3); review of Agenda for 9/26/05 Hearing (.1); review of Dies and Hiles Response to Debtors' Emergency Motion to Set Property Damage Committee's Motion to Strike for Hearing on 9/26/05 (.2); review of Agenda for 9/26/05 Hearing (.1); review of Debtors' Complaint for Declaratory and Injunctive Relief Against NJDEP (.2). | 0.90 | 315.00 | |
| WRG | LITIGATION | JCP | 09/21/05 | Review of miscellaneous pleadings (.2); review of Property Damage Committee's Objection to Debtors' Emergency Motion (.2); review of Chris Park's Response to Debtors' Motion to Take Discovery of plaintiff's counsel (.1); review of Debtors' Objection to Property Damage Committee's Motion to Retain Special counsel review of Personal Injury Committee's Objection to Debtors' Motion to take Discovery of plaintiff's counsel (.2); review of Order re: Debtors' 15th Omnibus Objection (.1); review of Order Denying Debtors' Emergency Motion to Set Property Damage Committee's Motion to Strike for 9/26/05 Hearing (.1). | 0.90 | 315.00 | |
| WRG | LITIGATION | JCP | 09/22/05 | Review of Amended Agenda for 9/26/05 Hearing; review of Reaud Morgan's Motion to Modify Personal Injury CMO; review of miscellaneous pleadings and Order; review of Gibson Law Firm's, Chris Parks' and Personal Injury Committee's Objections to Discovery of plaintiff's counsel. | 0.70 | 245.00 | |
| WRG | LITIGATION | JCP | 09/23/05 | Review of 2nd Amended Runyan affidavit; review of Order Denying Pacificorp's Motion to File late Proof of Claim; review of Amended Agenda for 9/26/5 Hearing; review of miscellaneous pleadings and Order. | 0.40 | 140.00 | |
| WRG | LITIGATION | JCP | 09/24/05 | Review of Debtors' Motion to Enjoin NJDEP; review of Debtors' Complaint for Declaration and Injunctive Relief against NJDEP. | 0.40 | 140.00 | |
| WRG | LITIGATION | JCP | 09/26/05 | Review of miscellaneous pleadings (.7); review of Order re: Debtors' 13 Objection to Claims (.3); conference with Rick | 4.10 | 1,435.00 | |

```
WRG-AUS                                LEGALMASTER MIRC For Transactions                    12/15/05  Page 4
                                                    -Fees-
```

| C1 Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG  LITIGATION | JCP | 09/27/05 | Review of miscellaneous pleadings and Order. Wyron (.4); review of Amended Agenda (.2); court appearance re: Omnibus Hearing (2.3); e-mail from Jonathan Brownstein (CIBC) (.2). | 0.10 | 35.00 | |
| WRG  LITIGATION | JCP | 09/28/05 | Review of miscellaneous pleadings and 4 Orders; review of Order Allowing Speights and Runyan to Withdraw Claims; review of Orders (2) Stipulating to OneBeacon and Seaton's proofs of claims. | 0.20 | 70.00 | |
| WRG  LITIGATION | JCP | 09/29/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| | | | | 16.70 | 5,845.00 | |
| | | | | 16.70 | 5,845.00 | |

WRG-AUS                              LEGALMASTER MIRC For Transactions                    12/15/05  Page 5
                                                  -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 09/02/05 | Download, file and serve Certificate of No Objection for two Fee Applications for CIBC and Swidler. | 0.20 | 26.00 | fa |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 09/13/05 | Verify numbers for 4th Quarterly Fee Order were correct; draft Certificate of No Objection for same. | 0.40 | 52.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 09/14/05 | File Certificate of No Objection for Davis Austern and Swidler Berlin's Quarterly Fee Applications. | 0.30 | 39.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 09/14/05 | Scan file and serve Certificate of No Objection for Phillips, Goldman & Spence 4th Quarterly Fee Application. | 0.40 | 52.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 09/16/05 | Download and file Fee Application of CIBC for July. | 0.30 | 39.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 09/26/05 | Reconcile payments. | 1.90 | 247.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 09/13/05 | Review of, revise and execute Certificate of No Objection re: Phillips, Goldman & Spence 4th Quarterly Fee Application; conference with Celeste A. Hartman; e-mail from Celeste A. Hartman. | 0.40 | 140.00 | |
| | | | | 0.40 | 140.00 | |
| | | | | 2.30 | 387.00 | |
| | | | | 19.20 | 6,258.00 | |

30 records printed.

# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# SEPTEMBER 1, 2005
# THROUGH SEPTEMBER 30, 2005

Phillips, Goldman & Spence, P.A.

December 15, 2005

Swidler Berlin, LLP

File   WRG-AUS/JCP
Invoice number   60306

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 09/01/05 | Federal Express | 30.75 |
| 09/01/05 | Long distance phone charges | 38.40 |
| 09/09/05 | Photocopies | 3.90 |
| 09/14/05 | Postage | 1.21 |
| 09/30/05 | Check No.: 29118 - John C. Phillips, Jr. - reimbursements (lunch meeting before Hearing). | 15.00 |
| 09/30/05 | Check No.: 29118 - John C. Phillips, Jr. - reimbursements (parking). | 6.00 |
| | Subtotal for COSTS only: 09/30/05 | $95.26 |