IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline: 3/10/06<br>Hearing Date: 3/27/06 @ 12:00 Noon |

## COVER SHEET
### SIXTH QUARTERLY APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JULY 1, 2005 THROUGH SEPTEMBER 30, 2005

Name of Applicant:  Phillips, Goldman & Spence, P.A. ("PG&S")

Authorized to Provide Professional
Services to:  David T. Austern, Future Claimants' Representative (the "FCR")

Date of Retention  PG&S Retention Order entered September 27, 2004 *Nunc Pro Tunc* to May 24, 2004

Period for which Compensation is
Sought:  July 1, 2005 through September 30, 2005

Amount of Compensation (100%) sought
as actual, reasonable, and necessary:  $25,658.50

Amount of Expense Reimbursement
sought as actual, reasonable, and necessary: $420.57

Total Requested:  $26,079.07

This is an:   __X__ interim   __X__ quarterly   _____ monthly   _____ final application

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | (Jointly Administered) |
| Debtors. | Objection Deadline: 3/10/06 |
| | Hearing Date: 3/27/06 @ 12:00 Noon |

**SUMMARY OF THE SIXTH QUARTERLY APPLICATION
OF PHILLIPS, GOLDMAN & SPENCE, P.A.
AS LOCAL COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS'
REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD OF JULY 1, 2005 THROUGH SEPTEMBER 30, 2005**

## PREVIOUS APPLICATIONS FILED

| Fee Application Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | 80% of Fees Paid or To be Paid | Amount of Holdback Fees | Amount Paid |
|---|---|---|---|---|---|---|
| 1st Monthly Application 5.24.04-6.30.04 Filed 10.6.04 Dkt. No. 6549 | $5,034.50 | $0.00 | Filed 10.27.04 Dkt No. 6751 | $4,027.60 | $1,006.90 | $4,027.60 |
| 1st Quarterly Fee Application 5.24.04-6.30.04 Filed 10.27.04 Dkt. No. 6752 | $5,034.50 | $0.00 | Filed 11.19.04 Dkt No. 6696 | N/A | $1,006.90 | 1,006.90 |
| 2nd Monthly Application 7.1.04-7.31.04 Filed 10.6.04 Dkt. No. 6550 | $2,619.00 | $852.87 | Filed 11.11.04 Dkt No. 6883 | $2,095.20 | $523.80 | $2,948.07 |
| 3rd Monthly Application 8.1.04-8.31.04 Filed 10.8.04 Dkt. 6569 | $3,110.00 | $450.36 | Filed 11.11.04 Dkt No. 6884 | $2,488.00 | $622.00 | $2,938.36 |
| 4th Monthly Application 9.1.04-9.30.04 Filed 10.28.04 Dkt. No. 6783 | $5,034.50 | $419.64 | Filed 11.19.04 Dkt No. 6997 | $4,107.20 | $1,026.80 | $4,526.84 |
| 2nd Quarterly Fee Application 7.1.04-9.30.04 Filed 11.16.04 Dkt No. 6940 | $10,863.00 | $1,722.87 | Filed 3.9.05 Dkt No. 7997 | N/A | $2,187.6 | N/A |

| Fee Application Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No | 80% of Fees Paid or To be Paid | Amount of Holdback Fees | Amount Paid |
|---|---|---|---|---|---|---|
| 5th Monthly Application 10.1.04-10.31.02 Filed 11.29.04 Dkt No 7041 | $6,273.00 | $582.11 | Filed 12.21.04 Dkt No. 7278 | $5,018.40 | $1,254.60 | $5,600.51 |
| 6th Monthly Application 11.1.04-11.30.04 Filed 12.28.04 Dkt. No. 7370 | $7,128.00 | $249.55 | Filed 1.28.05 Dkt No. 7643 | $5,702.40 | $1,425.60 | $5,951.95 |
| 7th Monthly Application 12.1.04-12.31.04 Filed 1.28.05 Dkt No. 7644 | $7,245.00 | $186.54 | Filed 2.28.05 Dkt No. 7917 | $5,796.00 | $1,449.00 | $5,982.54 |
| 3rd Quarterly Fee Application 10.1.04-12.31.04 Filed 2.15.05 Dkt. No. 7783 | $20,646.00 | $1,018.20 | Filed 6.14.05 Dkt No. 8613 | N/A | $4,129.20 | N/A |
| 8th Monthly Application 1.1.05-1.31.05 Filed 2.28.05 Dkt No. 7918 | $9,247.00 | $2,039.47 | Filed 3.29.05 Dkt No. 8135 | $7,397.60 | $1,850.00 | $9,437.07 |
| 9th Monthly Application 2.2.05-2.28.058 Filed 4.8.05 Dkt No. 8191 | $3,373.00 | $164.44 | Filed 4.26.05 Dkt No. 8284 | $2,862.84 | $674.60 | $2,862.84 |
| 10th Monthly Application 3.1.05-3.31.05 Filed 4.26.05 Dkt No. 8285 | $4,127.50 | $461.38 | Filed 6.6.05 Dkt No. 8553 | $3,763.38 | 825.00 | $3,763.38 |
| 4th Quarterly Application 1.1.05-3.31.05 Filed 4.29.05 Dkt No. 8303 | $16,747.50 | $2,665.29 | Filed Dkt No. | N/A | $3349.49 | $3349.49 |
| 11th Monthly Application 4.1.05-4.30.05 Filed 6.6.05 Dkt No. 8554 | $4,910.00 | $195.51 | Filed 7.26.05 Dkt No. | $3,928.00 | $982.00 | $4,123.51 |
| 12th Monthly Application 5.1.05-5.31.05 Filed 6.27.05 Dkt No. 8686 | $3,596.00 | $309.93 | Filed 7.20.05 Dkt No. 9029 | $2,876.80 | $719.20 | $3,186.73 |
| 13th Monthly Application 6.1.05-6.30.05 Filed 7.26.05 Dkt No. 9095 | $5,395.00 | 1,093.35 | Filed 8.31.05 Dkt No. 9288 | $4,316.00 | $1,079.00 | 5,409.35 |

| Fee Application Filing Date, Docket No | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No | 80% of Fees Paid or To be Paid | Amount of Holdback Fees | Amount Paid |
|---|---|---|---|---|---|---|
| 5th Quarterly Application Filed 7.27.05 Dkt No. 9096 | $13,901.00 | $1,598.79 | Filed 12.5.05 Dkt No. 11250 | N/A | $2,780.20 | $2,780.20 |
| 14th Monthly Application Filed 1.3.06 Dkt No. 11474 | $13,174.50 | $212.31 | Filed Dkt No. | $10,539.60 | $2,634.90 | |
| 15th Monthly Application Filed 1.3.06 Dkt No. 11475 | $6,226.00 | $113.00 | Filed Dkt No. | $4,980.80 | $1,245.20 | |
| 16th Monthly Application Filed 1.3.06 Dkt No. 11476 | $6,258.00 | $95.26 | Filed Dkt No. | $5,006.4 | $1,251.60 | |

Phillips, Goldman & Spence, P.A. ("PG&S") was retained in this case effective May 24, 2004. This is our sixth quarterly fee application. The hearing on the Quarterly Fee Application has been scheduled for March 27, 2006 at 12:00 Noon in Pittsburgh, PA.

The PG&S professionals who rendered professional services in these cases during this Quarterly Fee Period are as follows:

| Name of Professional Person | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John C. Phillips, Jr. | Director/17 years/1974/ litigation/bankruptcy | 350.00 | 69.45 | $24,307.50 |
| Celeste A. Hartman | Sr. Paralegal/9 years/20 years prior experience | 130.00 | 10.20 | $1,326.00 |
| Tammy A. Patterson | Legal Assistant/N/A | 125.00 | .20 | $25.00 |
| Grand Total | | | 79.85 | $25,658.50 |
| Blended Rate: | | | | $321.33 |

## SIXTH QUARTERLY COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| Litigation | 64.30 | $22,351.00 |
| Fee/Employment Applications | 14.05 | $3,112.50 |
| Case Administration | .80 | $104.00 |
| Plan and Disclosure Statement | .70 | $91.00 |
| Total | | $25,658.50 |

## SIXTH QUARTERLY EXPENSE SUMMARY

| Expense Category | Service Provider | Total Expenses |
| --- | --- | --- |
| Long Distance Phone Charges | N/A | $48.14 |
| Photocopies (15¢ per page) | N/A | $105.50 |
| Postage | N/A | $15.31 |
| Facsimile ($1 per page outgoing only) | N/A | $64.00 |
| Overnight Courier | Federal Express | $136.62 |
| Copy/Mail/Delivery Service | Parcels, Inc. | $30.00 |
| Working Lunch with Co-counsel | John C. Phillips, Jr. | $15.00 |
| Parking Reimbursement | John C. Phillips, Jr. | $6.00 |
| Total | | $420.57 |

PHILLIPS, GOLDMAN & SPENCE, P.A.

_/s/ JCP_

JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
Local Counsel to David T. Austern, Future Claimants' Representative

Date:   January 3, 2006