# EXHIBIT A

# July 2005 Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 11474 under Case No. 01-01139 (JKF). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.

# EXHIBIT B

# August 2005 Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 11475 under Case No. 01-01139 (JKF). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.

# EXHIBIT C

# September 2005 Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 11476 under Case No. 01-01139 (JKF). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.