# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

December 15, 2005

Swidler Berlin, LLP
Richard H. Wyron
3000 K. Street, NW
Suite 300
Washington DC  20007

File    WRG-AUS/JCP
Invoice number   60307

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

```
            Subtotal for FEES only: 10/31/05    $10,201.00
           Subtotal for COSTS only: 10/31/05         $9.11
                                              ---------------
    CURRENT PERIOD FEES AND COSTS: 10/31/05    $10,210.11
                                              ---------------
```

****************************************************************

Please remit duplicate copy with payment.  Thank you.

****************************************************************

Phillips, Goldman & Spence, P.A.

Page 2

December 15, 2005

Swidler Berlin, LLP

File WRG-AUS/JCP
Invoice number 60307

Re: W. R. Grace & Co.
David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 28.7 | 10,045.00 |
| CASE ADMINISTRATION | 0.6 | 78.00 |
| FEE/EMPLOYMENT APPLICATIONS | 0.6 | 78.00 |
| Subtotal for FEES only: 10/31/05 | 29.9 | $10,201.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 350.00 | JCP | 28.70 | 28.70 | 10,045.00 | 0.00 | 0.00 |
| 130.00 | CAH | 1.20 | 1.20 | 156.00 | 0.00 | 0.00 |
| Totals | | 29.90 | 29.90 | 10,201.00 | 0.00 | 0.00 |

WRG-AUS

LEGALMASTER MRC For Transactions
-Fees-

12/15/05  Page 1

Sort Fields:
   Grouping code
   Client code
   Actual employee code
   Transaction date

(Paginate)


(Subtotals)

Range Fields:
   Client code     I  WRG - WRG
   Invoice Number  I  60307 - 60307

| Cl Code | Grouping code description | Act Code | Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|---|
| WRG | CASE ADMINISTRATION | CAH | | 10/12/05 | Update docket to system. | 0.20 | 26.00 | Ca |
| WRG | CASE ADMINISTRATION | CAH | | 10/16/05 | Merge signed documents with filed documents. | 0.20 | 26.00 | |
| WRG | CASE ADMINISTRATION | CAH | | 10/31/05 | Merge original signatures into filed documents. | 0.20 | 26.00 | |
| | | | | | | 0.60 | 78.00 | |
| | | | | | | 0.60 | 78.00 | |

WRG-AUS                                      LEGALMASTER MRC For Transactions                              12/15/05  Page 2
                                                            -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG    LITIGATION | JCP | 10/03/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | Li |
| WRG    LITIGATION | JCP | 10/04/05 | Review of Debtors' Witness Disclosure for Property Damage Est. Phase II (.2); review of Delaware's Fact Witness Disclosure (.2); review of miscellaneous pleadings and Orders (.2); review of Debtors' Brief Disallowing/Expunging Speights and Runyan Claims (voluminous) review of miscellaneous pleadings and Order (.7). | 1.30 | 455.00 | |
| WRG    LITIGATION | JCP | 10/05/05 | Review of miscellaneous pleadings; review of Debtors' Notice of Filing Summary Chart. | 0.20 | 70.00 | |
| WRG    LITIGATION | JCP | 10/06/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG    LITIGATION | JCP | 10/07/05 | Review of miscellaneous pleadings; review of Steeler's Response to Debtors' 15th Omnibus Objection. | 0.20 | 70.00 | |
| WRG    LITIGATION | JCP | 10/08/05 | Review of Reaud Morgan's, O'Quinn Lamnack's, Baron and Budd's, Silber Pearlman's and Certain Law Firms' Oppositions to Debtors' Motion to Take Discovery from Claimants' Attorneys (voluminous)(1.6); review of Attorney Lewis' Response to Debtors' 14th Omnibus Objection on behalf of 15 claimants (.3); review of miscellaneous pleadings (.3). | 2.20 | 770.00 | |
| WRG    LITIGATION | JCP | 10/10/05 | Review of miscellaneous pleadings and Order (.3); review of 9/1/05 Federal Mogul Transcript(.2); review of Debtors' Opposition to Reaud Morgan's Motion for Modification of Personal Injury CMO (.3); review of Speights and Runyan's Response to Debtors' 13th Omnibus Objection (voluminous)(.6); review of Debtors' Opposition to Debtors' Motion to Expand Preliminary Injunction (.9); review of Libby Claimants' Opposition to Debtors' Motion to File Amended Complaint and Memo of Law (.5); review of Louisiana School District's Response to Debtors' 15th Omnibus Objection (.4). | 2.60 | 910.00 | |
| WRG    LITIGATION | JCP | 10/11/05 | Review of Personal Injury Committee's Opposition to Debtors' Emergency Motion to Take Discovery of Claimants counsel (voluminous)(.6); review of Debtors' Joinder in Libby Claimants' Opposition to Debtors' Motion to Modify CMO (.2); review of miscellaneous pleadings (.2). | 1.60 | 560.00 | |
| WRG    LITIGATION | JCP | 10/12/05 | Review of miscellaneous pleadings; review of 9/26/05 Hearing Transcript; review of Certification of Counsel re: Hearing Dates; review of proposed Order re: 2006 Hearing Dates. | 0.60 | 210.00 | |
| WRG    LITIGATION | JCP | 10/13/05 | Review of miscellaneous pleadings; review of Debtors' Motion to Establish a Pre-Petition Personal Injury Claims Bar Date. | 0.70 | 245.00 | |

WRG-AUS                                      LEGALMASTER MIRC For Transactions                                    12/15/05  Page 3
                                                          -Fees-

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 10/17/05 | Review of miscellaneous pleadings; review of Personal Injury Committees' Interrogatories and Request for Production to Debtor; review of Foster and Sear's Joinder in Objection to Discovery from counsel for plaintiff's; review of Agenda for 10/24/05 Hearing. | 0.60 | 210.00 | Li |
| WRG | LITIGATION | JCP | 10/18/05 | Review of Property Damage Committee's Memo in Opposition to Methodology Issue in Estimation of Property Damage Claims (.4); review of Debtor's Fact and Expert Witness Disclosures for Property Damage Phase 1 Estimation with Exhibits (.8); review of Exhibits (.7); review of Debtor's Brief in Support of Constructive Notice (.8); review of miscellaneous pleadings (.2); review of Agenda for 10/24/05 Hearing(.2); review of Notice of 10/24/05 Hearing (.1). | 3.20 | 1,120.00 | |
| WRG | LITIGATION | JCP | 10/19/05 | Review of miscellaneous pleadings; review of Amended Agenda for 10/24/05 Hearing. | 0.20 | 70.00 | |
| WRG | LITIGATION | JCP | 10/20/05 | Review of Amended Agenda for 10/24/05 Hearing; review of miscellaneous pleadings. | 0.20 | 70.00 | |
| WRG | LITIGATION | JCP | 10/21/05 | Review of miscellaneous pleadings (voluminous); review of Order Scheduling Hearing Dates; review of sample Objection to Debtors' 15th Omnibus Objection to Claims (voluminous). | 0.40 | 140.00 | |
| WRG | LITIGATION | JCP | 10/22/05 | Review of Personal Injury Committee's Motion to Shorten Notice re: Motion to Modify CMO; review of Personal Injury Committee's Motion to Modify CMO; review of Property Damage Committee's Response to Debtors' 15th Omnibus Objection. | 0.60 | 210.00 | |
| WRG | LITIGATION | JCP | 10/24/05 | E-mail from and e-mail to Rick Wyron(.2); court appearance re: Omnibus Hearing (2.8); review of Tom Lewis' Responses to Debtor's 15 Omnibus Objection for numerous claimants (extremely voluminous)(.9); review of Speights and Runyan's Response to Debtors' Brief re: Disallowing 1900 Claims (.6); review of Speights Motion for Anderson Memorial Class Certification (.2). | 4.70 | 1,645.00 | |
| WRG | LITIGATION | JCP | 10/25/05 | Review of miscellaneous pleadings; review of Agenda for 10/31/05 Hearing. | 0.20 | 70.00 | |
| WRG | LITIGATION | JCP | 10/25/05 | Review of San Diego's Gas Opposition to Debtors' 15th Omnibus Objection; review of Personal Injury Committee's Motion to Modify CMO; review of miscellaneous pleadings; review of Rice Motley Master Exhibit List. | 0.40 | 140.00 | |
| WRG | LITIGATION | JCP | 10/26/05 | Review of Delaware's Supplemental Disclosure of Experts; review of Amended Agenda for 10/31/05 Hearing. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 10/27/05 | Review of Debtors' Reply Brief to Disallow Speights and Runyan Claims (.1); review of Personal Injury Committee's Notice of Deposition and subpoena (Flynn)(.1); review of Modified Order re: Clarification of CMO (.1); review of miscellaneous pleadings and Orders (4x)(.3); review of | 0.80 | 280.00 | |

LEGALMASTER MIRC For Transactions
-Fees-

12/15/05  Page 4

| WRG-AUS | | | | | |
|---|---|---|---|---|---|
| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
| WRG LITIGATION | JCP | 10/28/05 | E-mail from and e-mail to Rose Meade re: 10/28/05 filing (.1); conference with Celeste A. Hartman (.1); e-mail from Rose Meade with enclosure (2x); review of, revise and execute FCR's Opposition to Debtors' Motion for Personal Injury Claim Bar Date (1.2); phone conference with Debbie Felder (voicemail)(.1); conference with paralegal (2x)(.1); phone conference with Debbie Felder (.2); review of miscellaneous pleadings (.2); review of Equity Committee's Joinder re: Personal Injury Bar Date (.2); review of Barron and Budd's and Personal Injury Committee's Opposition to Debtors' Motion for Personal Injury Claim Bar Date (.2); review of Debtors' Opposition to New Jersey's Motion to Dismiss (.3); review of Philadelphia's Joinder in Property Damage Committee's Response to "Methodology Issue"(.6). | 3.20 | 1,120.00 |
| WRG LITIGATION | JCP | 10/31/05 | Review of miscellaneous pleadings (.3); phone conference with Judge Fitzgerald and all counsel re: Speights and Runyan Property Damage claims (.5); review of Debtors' 17th Quarterly Reports on Settlements and Asset Sales(.3); review of Property Damage Committee's Memo of Law in Opposition to Debtors' Brief in Support of Estimation Hearing on Constructive Notice (.6); review of Debtors' Response to Property Damage Committee's Opposition to California's Disclosures re: Property Damage Claims; review of Amended Agenda for 10/31/05 Hearing (.3). | 4.50 | 1,575.00 |
| | | | | 28.70 | 10,045.00 |
| | | | | 28.70 | 10,045.00 |

WRG-AUS                           LEGALMASTER MIRC For Transactions                    12/15/05  Page 5
                                                -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG    FEE/EMPLOYMENT APPLICATIONS | CAH | 10/21/05 | Download and file Fee Application for Swidler Berlin. | 0.40 | 52.00 | fa |
| WRG    FEE/EMPLOYMENT APPLICATIONS | CAH | 10/28/05 | Download and file Certificate of No Objection for Swidler Berlin's July Fee Application. | 0.20 | 26.00 | |
| | | | | ------- | ------- | |
| | | | | 0.60 | 78.00 | |
| | | | | ------- | ------- | |
| | | | | 0.60 | 78.00 | |
| | | | | ======= | ======= | |
| | | | | 29.90 | 10,201.00 | |
| | | | | ======= | ======= | |

28 records printed.

# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005

Phillips, Goldman & Spence, P.A.

December 15, 2005

Swidler Berlin, LLP

File   WRG-AUS/JCP
Invoice number   60307

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 10/01/05 | Long distance phone charges | 1.71 |
| 10/25/05 | Photocopies | 4.40 |
| 10/27/05 | Facsimile | 3.00 |
| | Subtotal for COSTS only: 10/31/05 | $9.11 |