# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# NOVEMBER 1, 2005
# THROUGH NOVEMBER 30, 2005

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

December 21, 2005

Swidler Berlin, LLP
Richard H. Wyron
3000 K. Street, NW
Suite 300
Washington DC  20007

File   WRG-AUS/JCP
Invoice number  60308

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

```
              Subtotal for FEES only: 11/30/05      $5,406.50
              Subtotal for COSTS only: 11/30/05        $10.88
                                                  --------------
    CURRENT PERIOD FEES AND COSTS: 11/30/05       $5,417.38
                                                  --------------
```

*************************************************************

Please remit duplicate copy with payment.  Thank you.

*************************************************************

Phillips, Goldman & Spence, P.A.

Page 2

December 21, 2005

Swidler Berlin, LLP

File  WRG-AUS/JCP
Invoice number  60308

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 14.3 | 5,005.00 |
| FEE/EMPLOYMENT APPLICATIONS | 1.5 | 193.50 |
| PLAN AND DISCLOSURE STATEMENT | 1.4 | 182.00 |
| CASE ADMINISTRATION | 0.2 | 26.00 |
| Subtotal for FEES only: 11/30/05 | 17.4 | $5,406.50 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 350.00 | JCP | 14.30 | 14.30 | 5,005.00 | 0.00 | 0.00 |
| 130.00 | CAH | 2.80 | 2.80 | 364.00 | 0.00 | 0.00 |
| 125.00 | TAP | 0.30 | 0.30 | 37.50 | 0.00 | 0.00 |
| Totals | | 17.40 | 17.40 | 5,406.50 | 0.00 | 0.00 |

WRG

LEGALMASTER MIRC For Transactions
-Fees-

12/15/05 Page 1

Sort Fields:
  Grouping code  (Paginate)
  Client code
  Actual employee code
  Transaction date  (Subtotals)

Range Fields:
  Client code      I  WRG - WRG
  Invoice Number   I  60308 - 60308

Cl Code Grouping code description

CASE ADMINISTRATION

| Act | Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| CAH | | 11/30/05 | Merge original signatures into filed documents. | 0.20 | 26.00 | Ca |
| | | | | 0.20 | 26.00 | |
| | | | | 0.20 | 26.00 | |

```
WRG-AUS                                    LEGALMASTER MRC For Transactions                              12/15/05  Page 2
                                                         -Fees-
```

| Cl Code | Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 11/01/05 | Review of Debtors' Motion to Authorize Settlement with Hartford (.1); review of Equity Committee's Response in support of Personal Injury Bar Date (.2); review of Bacon and Budd's Opposition as filed (.3); review of Debtors' 17th Quarterly Report re: Settlements (.3); review of Personal Injury Committee's Opposition to Bar Date. | 0.90 | 315.00 | Li |
| WRG | LITIGATION | JCP | 11/02/05 | Review of 10/24/05 Hearing Transcript; review of California's Joinder in Property Damage Committee's Opposition to Debtors' Constructive Notice Brief; review of Order Expunging 1,495 Speaghts and Runyan claims. | 0.60 | 210.00 | |
| WRG | LITIGATION | JCP | 11/03/05 | Review of miscellaneous pleadings; review of Personal Injury Committee's Notice of Deposition and subpoena (Sider). | 0.20 | 70.00 | |
| WRG | LITIGATION | JCP | 11/04/05 | Review of miscellaneous pleadings and Order. | 0.30 | 105.00 | |
| WRG | LITIGATION | JCP | 11/05/05 | Review of Certification of Counsel for Debtors and proposed Order re: Debtors' 15th Omnibus Objection to Claims; review of Debtors' Motion for Leave to file Reply and Reply re: Motion to Personal Injury Claims and Bar Date. | 0.50 | 175.00 | |
| WRG | LITIGATION | JCP | 11/07/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 11/08/05 | Review of Agenda for 11/14/05 Hearing (.1); memorandum to paralegal (.1); review of Certification of Counsel for Debtors re: Orders on Insurers' Motion for Access to 2019 Statements with enclosure (.3); review of Debtors' proposed Order (.1); review of Insurers' proposed Order (.1); review of Insurers' Submission in Support of their proposed Order (.1); review of Debtors' Objection to Personal Injury Committee's Motion to Modify CMO and proposed Order (.2). | 1.00 | 350.00 | |
| WRG | LITIGATION | JCP | 11/09/05 | Review of miscellaneous pleadings; review of Insurers' Objection to Debtors' Certification of Counsel's Motion for Access to 2019 Statements; review of Certificate of No Objection re: Personal Injury Committee's Motion to Clarify CMO and proposed Order. | 0.40 | 140.00 | |
| WRG | LITIGATION | JCP | 11/10/05 | Review of Order Clarifying Personal Injury CMO for Estimation of Claims; review of 10/31/05 Transcript; review of miscellaneous pleadings. | 0.40 | 140.00 | |
| WRG | LITIGATION | JCP | 11/11/05 | Review of Amended Notice of Deposition (Flynn)(.1); review of Proposed Order Denying Insurers' Motion for Access Exhibits to 2019 Statements (.2); review of 1st Order Granting Relief Sought in Debtors' 15th Omnibus Objection to Claims (.3); review of Scheduling Order re: Debtor's 15th Omnibus Objection (.1); review of miscellaneous pleadings and Order (.2); review of Certificate of No Objection re: Swidler's 16th Monthly Fee Application (.1); review of Swidler's 5th Quarterly Fee Application; review | 1.10 | 385.00 | |

WRG-AUS                                           LEGALMASTER MIRC For Transactions                            12/15/05   Page 3
                                                              -Fees-

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 11/14/05 | E-mail from counsel for Debtor (.1); e-mail to and e-mail from Rick Wyron (.1); e-mail from Rose Meade re: filing (.1); review of and execute FCR's Designation of Expert Witness Categories (.4); e-mail from and e-mail to Debbie Fullem (.2); conference with Celeste A. Hartman (.1); review of Agenda for 11/14/05 Hearing (.1); attendance at Omnibus Hearing (3.8); e-mail from Rose Meade with enclosure; review of and execute FCR's Initial Designation of Expert Witness Categories (.3); review of Equity Committees' and Personal Injury Committee's Initial Designation of Expert Witness Categories (.2) | 5.40 | 1,890.00 | |
| WRG | LITIGATION | JCP | 11/15/05 | Review of miscellaneous pleadings; review of Debtors' Motion to Extend Exclusivity; review of Debtors' Designation of Expert Witness Categories. | 0.50 | 175.00 | |
| WRG | LITIGATION | JCP | 11/16/05 | Review of miscellaneous pleadings and 3 Orders (.2); review of Orders Approving Settlements with BOA and National Union (.3); review of Property Damage Committee's Initial Disclosures (.2); review of Church of Holy Redeemer's Response to Debtors' Objection to Property Damage claims (.2); review of Property Damage Committee's Request for Production (.3). | 1.20 | 420.00 | |
| WRG | LITIGATION | JCP | 11/17/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 11/18/05 | Review of miscellaneous pleadings and 3 Orders. | 0.20 | 70.00 | |
| WRG | LITIGATION | JCP | 11/21/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 11/22/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 11/25/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 11/28/05 | Review of miscellaneous pleadings; e-mail from Debbie Felder with enclosure; review of and execute FCR's Supplemental Designation of Expert Categories; e-mail from counsel for Personal Injury Committee with enclosure; review of Personal Injury Committee's Supplemental Designation of Expert Categories; review of Certification of Debtors' Counsel re: 2nd Order Granting Relief to 15th Omnibus Objection. | 0.50 | 175.00 | |
| WRG | LITIGATION | JCP | 11/29/05 | Review of miscellaneous pleadings; review of Debtors' Supplemental Designation of Expert Categories; review of Notice of Deposition of Dr. Ray Harron. | 0.40 | 140.00 | |
| WRG | LITIGATION | JCP | 11/30/05 | E-mail from Debbie Felder; e-mail from Celeste A. Hartman both re: 12/2/05 filing; review of miscellaneous pleadings. | 0.20 | 70.00 | |

```
WRG-AUS                               LEGALMASTER MIRC For Transactions                   12/15/05  Page 4
                                                     -Fees-

Cl Code Grouping code description     Act  Trans                                  Billable    Billable Grp
                                      Emp  Date    Transaction description        Hours       Dollars   Cd
                                                                                 --------    ----------
                                                                                   14.30      5,005.00
                                                                                 --------    ----------
                                                                                   14.30      5,005.00
                                                                                 ========    ==========
```

WRG-AUS                                      LEGALMASTER MIRC For Transactions                              12/15/05   Page 5
                                                          -Fees-

| Cl Code | Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/08/05 | Scan and file 15th and 16th Monthly Fee Application for CIBC. | 0.40 | 52.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/15/05 | Download, print, scan an file 6th Quarterly Fee Application of CIBC. | 0.30 | 39.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/22/05 | Download and file Certificate of No Objection for Swidler Berlin's September Fee Application. | 0.30 | 39.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/22/05 | Download and file 4th supplemental declaration of R. Frankel. | 0.20 | 26.00 | |
| | | | | | 1.20 | 156.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | TAP | 11/11/05 | E-file Certificate of No Objection; Applications for Compensation - Fifth Quarterly (Swidler Berlin) and Fifth Quarterly Interim (David Austern). | 0.30 | 37.50 | |
| | | | | | 0.30 | 37.50 | |
| | | | | | 1.50 | 193.50 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

12/15/05   Page 6

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG PLAN AND DISCLOSURE STATEMENT | CAH | 11/14/05 | Download and print FCR's designation of categories. | 0.20 | 26.00 | ps |
| WRG PLAN AND DISCLOSURE STATEMENT | CAH | 11/14/05 | Review of and revise Certificate of Service and e-mail to R. Meade; phone conference with D. Felger on further changes to designation of FCR. | 0.30 | 39.00 | |
| WRG PLAN AND DISCLOSURE STATEMENT | CAH | 11/14/05 | E-mail to D. Felder; have James P. Hall execute documents and file same. | 0.40 | 52.00 | |
| WRG PLAN AND DISCLOSURE STATEMENT | CAH | 11/14/05 | Phone conference with R. Meade and D. Felder on designation to be filed. | 0.30 | 39.00 | |
| WRG PLAN AND DISCLOSURE STATEMENT | CAH | 11/28/05 | Download and print supplemental designation. | 0.20 | 26.00 | |
| | | | | 1.40 | 182.00 | |
| | | | | 1.40 | 182.00 | |
| | | | | 17.40 | 5,406.50 | |

82 records printed.

# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# NOVEMBER 1, 2005
# THROUGH NOVEMBER 30, 2005

Phillips, Goldman & Spence, P.A.

December 21, 2005

Swidler Berlin, LLP

File   WRG-AUS/JCP
Invoice number   60308

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| | |
|---|---:|
| 11/01/05 On-line docket research | 8.48 |
| 11/11/05 Photocopies | 2.40 |
| Subtotal for COSTS only: 11/30/05 | $10.88 |