# EXHIBIT A

**General - 00000**

| Description | July | August | September | Total |
|---|---|---|---|---|
| | | | | |
| Photocopies | $ - | $ - | $ 4.50 | $ 4.50 |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ - | $ - | $ - |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Lexis | $ - | $ - | $ - | $ - |
| Westlaw | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Temporary Staffing | $ - | $ - | $ - | $ - |
| Other Expense | $ - | $ - | $ - | $ - |
| Consulting Fees | $ - | $ 1,684.05 | $ - | $ 1,684.05 |
| Velo Binding | $ - | $ - | $ - | $ - |
| | | | | |
| TOTAL | $ - | $ 1,684.05 | $ 4.50 | $ 1,688.55 |

Holme Roberts & Owen LLP

September 19, 2005

W.R. Grace

| | |
|---|---|
| Page | 4 |
| Invoice No.: | 711807 |
| Client  No.: | 04339 |
| Matter  No.: | 00000 |

**Regarding: GENERAL**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 07/22/05 | | Consulting Fee: VENDOR: MORRIS JAMES HITCHENS & W; INVOICE#:278632; Professional Services through 053105 | $ 676.60 |
| 08/12/05 | | Consulting Fee: VENDOR: MORRIS JAMES HITCHENS & W; INVOICE#:280188; HRO Fees and Costs in the W R Grace Case | 1,007.45 |
| | | **Total Disbursements:** | **$ 1,684.05** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 1,684.05 |
| **Total Disbursements:** | **$** | **1,684.05** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 679369 | 09/24/04 | Bill | 395.00 |
| | 01/04/05 | Cash Receipt | -316.00 |
| | 04/22/05 | Cash Receipt | -76.72 |
| | | *Outstanding Balance on Invoice 679369:* | *$ 2.28* |
| | | **Total Outstanding Invoices:** | **$ 2.28** |

Holme Roberts & Owen LLP

October 12, 2005

W.R. Grace

| | |
|---|---|
| Page | 4 |
| Invoice No.: | 714005 |
| Client  No.: | 04339 |
| Matter  No.: | 00000 |

**Regarding: GENERAL**

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 09/14/05 | 30 | Photocopy | $ | 4.50 |
| | | **Total Disbursements:** | $ | **4.50** |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 4.50 |
| **Total Disbursements:** | $ | **4.50** |

## Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 679369 | 09/24/04 | Bill | | 395.00 |
| | 01/04/05 | Cash Receipt | | -316.00 |
| | 04/22/05 | Cash Receipt | | -76.72 |
| | *Outstanding Balance on Invoice 679369:* | | $ | *2.28* |
| 711807 | 09/19/05 | Bill | | 1,684.05 |
| | *Outstanding Balance on Invoice 711807:* | | $ | *1,684.05* |
| | **Total Outstanding Invoices:** | | $ | **1,686.33** |

**Libby, Montana Assbetos Litigation - 00300**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | |
|------|----------|-------------|------|--------|-----------|------------|
| | | | July | August | September | Total Comp. |
| Coggon, Katheryn | Special Counsel | $ 300.00 | | | 2.2 | $ 660.00 |
| Joan Sherman | Paralegal | $ 160.00 | | | 6 | $ 960.00 |
| Enriquez, Theresa | Doc Control | $ 50.00 | 1 | | 0.5 | $ 75.00 |
| | | | | | | |
| TOTAL | | | 1 | 0 | 8.7 | $ 1,695.00 |

**Libby, Montana Asbestos Litigation - 00300**

| Description | July | August | September | Total |
|---|---|---|---|---|
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ 1.00 | $ 1.00 |
| Outside Courier | $ - | $ - | $ - | $ - |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Overtime | $ - | $ - | $ - | $ - |
| Other Expenses | $ 413.28 | $ 206.64 | $ 820.00 | $ 1,439.92 |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ 41.22 | $ - | $ - | $ 41.22 |
| Westlaw | $ - | $ - | $ - | $ - |
| Velo Binding | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ - | $ - |
| Outside Reproduction | $ - | $ - | $ - | $ - |
| Document Production | $ - | $ - | $ - | $ - |
| Tab Stock | $ - | $ - | $ - | $ - |
| | | | | $ - |
| **TOTAL** | **$ 454.50** | **$ 206.64** | **$ 821.00** | **$ 1,482.14** |

Holme Roberts & Owen LLP

August 23, 2005

W.R. Grace

| | |
|---|---|
| Page | 6 |
| Invoice No.: | 709647 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 07/07/05 | TME | Prep, scan, QC and import correspondence (libby234). | 0.50 | $ | 25.00 |
| 07/28/05 | TME | Prep, scan, QC and import correspondence. | 0.50 | | 25.00 |
| | | **Total Fees Through July 31, 2005:** | **1.00** | **$** | **50.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | | Hours | | Value |
|---|---|---|---|---|---|---|---|
| TME | Theresa M Enriquez | Other | $ | 50.00 | 1.00 | $ | 50.00 |
| | | **Total Fees:** | | | **1.00** | **$** | **50.00** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 05/20/05 | | Federal Express: Federal Express from Cheryl Graham to Janet Davis on May 13, 2005. | $ | 41.22 |
| 06/30/05 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: BU09136; DATE: 6/30/2005 - Storage to 06/30/05 for customer CW616 | | 206.64 |
| 07/23/05 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: BU09136; DATE: 7/23/2005 - Storage to 05/31/05 for customer CW616 | | 206.64 |
| | | **Total Disbursements:** | **$** | **454.50** |

Holme Roberts & Owen LLP

August 23, 2005

W.R. Grace

Page         7
Invoice No.:   709647
Client  No.:   04339
Matter  No.:   00300

## Disbursement Summary

| | | |
|---|---|---:|
| Federal Express | $ | 41.22 |
| Other Expense | | 413.28 |
| **Total Disbursements:** | **$** | **454.50** |

## Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---:|
| 661254 | 03/15/04 | Bill | | 6,411.60 |
| | 05/24/04 | Cash Receipt | | -4,937.89 |
| | 10/19/04 | Cash Receipt | | -1,253.75 |
| | *Outstanding Balance on Invoice 661254:* | | *$* | *219.96* |
| 679369 | 09/24/04 | Bill | | 12,289.68 |
| | 01/04/05 | Cash Receipt | | -9,856.58 |
| | 04/22/05 | Cash Receipt | | -2,362.76 |
| | *Outstanding Balance on Invoice 679369:* | | *$* | *70.34* |
| 684108 | 11/01/04 | Bill | | 12,357.10 |
| | 01/04/05 | Cash Receipt | | -9,653.46 |
| | 04/22/05 | Cash Receipt | | -2,432.16 |
| | *Outstanding Balance on Invoice 684108:* | | *$* | *271.48* |
| 684728 | 11/16/04 | Bill | | 7,256.09 |
| | 07/21/05 | Cash Receipt | | -1,384.70 |

Holme Roberts & Owen LLP

September 19, 2005

W.R. Grace

| | |
|---|---|
| Page | 7 |
| Invoice No.: | 711807 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 08/31/05 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: CG12827; DATE: 8/31/2005  -  Document Storage - August 2005  - Account CW616 | $    206.64 |
| | | **Total Disbursements:** | $    **206.64** |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 206.64 |
| **Total Disbursements:** | **$** | **206.64** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | | *Outstanding Balance on Invoice 661254:* | $    *219.96* |
| 679369 | 09/24/04 | Bill | 12,289.68 |
| | 01/04/05 | Cash Receipt | -9,856.58 |
| | 04/22/05 | Cash Receipt | -2,362.76 |

Holme Roberts & Owen LLP

October 12, 2005

W.R. Grace

| | |
|---|---|
| Page | 7 |
| Invoice No.: | 714005 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/12/05 | KJC | Conference with JLSherman re invoices for J. Hughes. | 0.40 | $ 120.00 |
| 09/12/05 | JLS | Document research per Jay Hughes (1.70); conference with KJCoggon re same (.30). | 2.00 | 320.00 |
| 09/13/05 | JLS | Document research per Jay Hughes. | 0.60 | 96.00 |
| 09/14/05 | KJC | Telephone conference with R. Finke re property damage case (.20); conference with JLSherman re invoices for J. Hughes (.30). | 0.50 | 150.00 |
| 09/14/05 | JLS | Document research per Jay Hughes. | 3.40 | 544.00 |
| 09/15/05 | KJC | Telephone conference with R. Finke and legal team re property damage witnesses (.80); prepare for conference with R. Finke re same (.30); conference with JLSherman re invoices for J. Hughes (.20). | 1.30 | 390.00 |
| 09/22/05 | TME | Prep, scan, QC and import images into IPRO. | 0.50 | 25.00 |

| | | | | |
|---|---|---|---|---|
| | | **Total Fees Through September 30, 2005:** | **8.70** | **$  1,645.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|----------|------|----------|------|-------|-------|
| KJC | Katheryn J. Coggon | Special Counsel | $ 300.00 | 2.20 | $  660.00 |
| JLS | Joan L. Sherman | Paralegal | 160.00 | 6.00 | 960.00 |
| TME | Theresa M Enriquez | Other | 50.00 | 0.50 | 25.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | **Total Fees:** | **8.70** | **$  1,645.00** |

Holme Roberts & Owen LLP

October 12, 2005

W.R. Grace

| | |
|---|---|
| Page | 8 |
| Invoice No.: | 714005 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 08/24/05 | | Other Expense: VENDOR: IRON MOUNTAIN RECORDS INVOICE#: CB78019; Storage to 07312005 | $ | 206.64 |
| 09/12/05 | | Other Expense: VENDOR: IRON MOUNTAIN RECORDS INVOICE#: BH52238; Storage to 043005 | | 206.64 |
| 09/12/05 | | Other Expense: VENDOR: IRON MOUNTAIN RECORDS INVOICE#: BD55424; Storage to 033105 | | 203.36 |
| 09/12/05 | | Other Expense: VENDOR: IRON MOUNTAIN RECORDS INVOICE#: AW40190; Storage to 022805 | | 203.36 |
| 09/14/05 | | Long Distance Telephone: 6174265900, 10 Mins., TranTime:09:10 | | 1.00 |
| | | **Total Disbursements:** | $ | **821.00** |

### Disbursement Summary

| | | |
|---|---|---|
| Long Distance Telephone | $ | 1.00 |
| Other Expense | | 820.00 |
| **Total Disbursements:** | $ | **821.00** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |

**Bankruptcy Matters - 00390**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total Comp. |
|------|----------|-------------|------|--------|-----------|------------|
| | | | July | August | September | |
| Flaagan, Elizabeth | Partner | $    325.00 | 1.1 | 0.8 | 1 | $     942.50 |
| Haag, Susan | Paralegal | $    135.00 | 2.9 | 3.2 | 2.2 | $   1,120.50 |
| Coggon, Katheryn | Special Counsel | $    300.00 | | | 1.7 | $     510.00 |
| | | | | | | |
| TOTAL | | | 4 | 4 | 4.9 | $   2,573.00 |

**Bankruptcy Matters - 00390**

| Description | July | | August | | September | | Total | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| Photocopies | $ | 12.90 | $ | 27.30 | $ | 13.35 | $ | 53.55 |
| Facsimilies | $ | - | $ | - | $ | - | $ | - |
| Long Distance Telephone | $ | - | $ | - | $ | - | $ | - |
| Outside Courier | $ | - | $ | - | $ | - | $ | - |
| Travel Expenses | $ | - | $ | - | $ | - | $ | - |
| Lexis | $ | - | $ | - | $ | - | $ | - |
| Federal Express | $ | 55.38 | $ | - | $ | - | $ | 55.38 |
| Meal Expenses | $ | - | $ | - | $ | - | $ | - |
| Research Services | $ | - | $ | - | $ | - | $ | - |
| Professional Services | $ | - | $ | - | $ | - | $ | - |
| Postage | $ | - | $ | - | $ | - | $ | - |
| | | | | | | | | |
| TOTAL | $ | 68.28 | $ | 27.30 | $ | 13.35 | $ | 108.93 |

Holme Roberts & Owen LLP

August 23, 2005

W.R. Grace

| | |
|---|---|
| Page | 12 |
| Invoice No.: | 709647 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/05/05 | SH | Begin drafting May 2005 fee application charts. | 0.70 | $  94.50 |
| 07/12/05 | EKF | Review and revise June 2005 invoices [prebills]. | 0.50 | 162.50 |
| 07/14/05 | EKF | Review, revise and finalize May 2005 monthly interim fee application. | 0.30 | 97.50 |
| 07/14/05 | SH | Draft May 2005 monthly fee application. | 0.70 | 94.50 |
| 07/14/05 | SH | Compile May 2005 monthly fee application. | 0.30 | 40.50 |
| 07/25/05 | EKF | Review, revise and finalize June 2005 monthly fee application. | 0.30 | 97.50 |
| 07/25/05 | SH | Calculate June 2005 monthly fee app. | 1.20 | 162.00 |
| | | **Total Fees Through July 31, 2005:** | **4.00** | **$   749.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 325.00 | 1.10 | $  357.50 |
| SH | Susan Haag | Paralegal | 135.00 | 2.90 | 391.50 |
| | | **Total Fees:** | | **4.00** | **$   749.00** |

Holme Roberts & Owen LLP

August 23, 2005

W.R. Grace

| | |
|---|---|
| Page | 13 |
| Invoice No.: | 709647 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/13/05 | | Federal Express: Federal Express from Mary Ann Pierce to William Weller on May 5, 2005 | $  9.96 |
| 05/13/05 | | Federal Express: Federal Express from Carla Lutuda to Matthew Murphy on May 10, 2005 | 9.96 |
| 05/27/05 | | Federal Express: Federal Express from Megan Kinsman to Matthew Murphy on May 19, 2005 | 35.46 |
| 07/15/05 | 42 | Photocopy | 6.30 |
| 07/26/05 | 44 | Photocopy | 6.60 |
| | | **Total Disbursements:** | $  **68.28** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 12.90 |
| Federal Express | | 55.38 |
| **Total Disbursements:** | **$** | **68.28** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | $  *16.41* |
| | | | |
| 661254 | 03/15/04 | Bill | 2,580.71 |
| | 05/24/04 | Cash Receipt | -2,131.18 |

Holme Roberts & Owen LLP

September 19, 2005

W.R. Grace

| | |
|---|---|
| Page | 12 |
| Invoice No.: | 711807 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|------|------|-------------|-------|---|-------|
| 08/16/05 | EKF | Review and revise quarterly fee application for April through June, 2005. | 0.50 | $ | 162.50 |
| 08/16/05 | SH | Calculate and draft seventeenth interim fee application. | 2.70 | | 364.50 |
| 08/17/05 | SH | Revise seventeenth interim fee application. | 0.20 | | 27.00 |
| 08/19/05 | SH | Compile and file seventeenth interim fee application. | 0.30 | | 40.50 |
| 08/22/05 | EKF | Review and revise June 2005 prebills. | 0.30 | | 97.50 |
| | | **Total Fees Through August 31, 2005:** | **4.00** | **$** | **692.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|----------|------|----------|------|-------|---|-------|
| EKF | Elizabeth Flaagan | Partner | $ 325.00 | 0.80 | $ | 260.00 |
| SH | Susan Haag | Paralegal | 135.00 | 3.20 | | 432.00 |
| | | **Total Fees:** | | **4.00** | **$** | **692.00** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 08/15/05 | 64 | Photocopy | $ | 9.60 |
| 08/19/05 | 118 | Photocopy | | 17.70 |

Holme Roberts & Owen LLP

September 19, 2005

W.R. Grace

| | |
|---|---|
| Page | 13 |
| Invoice No.: | 711807 |
| Client   No.: | 04339 |
| Matter  No.: | 00390 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| | | **Total Disbursements:** | **$      27.30** |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 27.30 |
| **Total Disbursements:** | **$** | **27.30** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---------|------|-------------|--------|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | *$      16.41* |
| 661254 | 03/15/04 | Bill | 2,580.71 |
| | 05/24/04 | Cash Receipt | -2,131.18 |
| | 10/19/04 | Cash Receipt | -382.44 |
| | *Outstanding Balance on Invoice 661254:* | | *$      67.09* |
| 679369 | 09/24/04 | Bill | 1,618.52 |
| | 01/04/05 | Cash Receipt | -1,526.52 |
| | 04/22/05 | Cash Receipt | -89.34 |
| | *Outstanding Balance on Invoice 679369:* | | *$        2.66* |

Holme Roberts & Owen LLP

October 12, 2005

W.R. Grace

| | |
|---|---|
| Page | 13 |
| Invoice No.: | 714005 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 09/01/05 | EKF | Review and finalize July 2005 monthly fee application. | 0.20 | $ | 65.00 |
| 09/01/05 | SH | Calculate and draft July fee application. | 0.70 | | 94.50 |
| 09/02/05 | SH | Compile and file July fee application. | 0.40 | | 54.00 |
| 09/08/05 | KJC | Review and edit August pre-bill. | 0.20 | | 60.00 |
| 09/15/05 | EKF | Review and revise September 2005 pre-bill [invoice]. | 0.20 | | 65.00 |
| 09/16/05 | EKF | Review and revise September 2005 pre-bill (invoice) for Indictment matter. | 0.30 | | 97.50 |
| 09/22/05 | EKF | Review and finalize August 2005 monthly fee application. | 0.30 | | 97.50 |
| 09/22/05 | SH | Draft August 2005 fee application (.80); compile August 2005 fee application (.30). | 1.10 | | 148.50 |
| 09/30/05 | KJC | Review and comment on draft witness disclosures. | 1.50 | | 450.00 |
| | | **Total Fees Through September 30, 2005:** | **4.90** | **$** | **1,132.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 325.00 | 1.00 | $ | 325.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 300.00 | 1.70 | | 510.00 |
| SH | Susan Haag | Paralegal | 135.00 | 2.20 | | 297.00 |
| | | **Total Fees:** | | **4.90** | **$** | **1,132.00** |

Holme Roberts & Owen LLP

October 12, 2005

W.R. Grace

| | |
|---|---|
| Page | 14 |
| Invoice No.: | 714005 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 09/02/05 | 40 | Photocopy | $ | 6.00 |
| 09/23/05 | 44 | Photocopy | | 6.60 |
| 09/23/05 | 5 | Photocopy | | 0.75 |
| | | **Total Disbursements:** | **$** | **13.35** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 13.35 |
| **Total Disbursements:** | **$** | **13.35** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 658429 | 02/16/04 | Bill | | 475.61 |
| | 05/24/04 | Cash Receipt | | -366.31 |
| | 10/19/04 | Cash Receipt | | -92.89 |
| | | *Outstanding Balance on Invoice 658429:* | $ | *16.41* |
| 661254 | 03/15/04 | Bill | | 2,580.71 |
| | 05/24/04 | Cash Receipt | | -2,131.18 |
| | 10/19/04 | Cash Receipt | | -382.44 |

**Indictment - 00440**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total Comp. |
|------|----------|-------------|------|--------|-----------|-------------|
| | | | July | August | September | |
| Lund, Kenneth | Partner | $ 415.00 | | | 7.5 | $ 3,112.50 |
| McCarthy, John D. | Partner | $ 345.00 | | | 3.1 | $ 1,069.50 |
| Tracy, Brent | Associate | $ 250.00 | | | 0.3 | $ 75.00 |
| Coggon, Katheryn | Special Counsel | $ 300.00 | 1.3 | 16.6 | 36 | $ 16,170.00 |
| Sherman, Joan | Paralegal | $ 160.00 | | 22.5 | 71.1 | $ 14,976.00 |
| Latuda, Carla | Paralegal | $ 130.00 | | 1.8 | 4.5 | $ 819.00 |
| Haraldson, Stephen | Doc. Control | $ 60.00 | | 4 | | $ 240.00 |
| Proctor, Faye | Case Admin. | $ 85.00 | | | 34.5 | $ 2,932.50 |
| | | | | | | |
| TOTAL | | | 1.30 | 44.90 | 157.00 | $ 39,394.50 |

## Indictment - 00440

| Description | July | | August | | September | | Total | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| Parking | $ | - | $ | - | $ | - | $ | - |
| Photocopies | $ | 0.60 | $ | 29.85 | $ | 191.40 | $ | 221.85 |
| Facsimilies | $ | - | $ | - | $ | 1.00 | $ | 1.00 |
| Long Distance Telephone | $ | 1.30 | $ | - | $ | 3.60 | $ | 4.90 |
| Outside Courier | $ | - | $ | - | | | $ | - |
| Federal Express | $ | - | $ | - | | | $ | - |
| Service of Process | $ | - | $ | - | | | $ | - |
| Color Copies | $ | - | $ | - | $ | 3.90 | $ | 3.90 |
| Meal Expenses | $ | - | $ | - | $ | 50.80 | $ | 50.80 |
| Travel Expense | $ | - | $ | - | | | $ | - |
| Lexis | $ | - | $ | - | | | $ | - |
| Tab Stock | $ | - | $ | - | $ | 0.05 | $ | 0.05 |
| Westlaw | $ | - | $ | - | $ | - | $ | - |
| | | | | | | | | |
| TOTAL | $ | 1.90 | $ | 29.85 | $ | 250.75 | $ | 282.50 |

Holme Roberts & Owen LLP

August 23, 2005

W.R. Grace

Page        2
Invoice No.:    709646
Client   No.:    04339
Matter  No.:    00440

**Regarding: Indictment**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|------|------|-------------|-------|---|-------|
| 07/06/05 | KJC | Send index from EPA to T. Mace (0.3); review information received from T. Mace (0.2). | 0.50 | $ | 150.00 |
| 07/12/05 | WEP | Copy contents of hard drive from Kirkland and Ellis to network for review. | 2.00 | | 0.00 |
| 07/13/05 | WEP | Copy contents of hard drive from Kirkland and Ellis to network for review. | 3.30 | | 0.00 |
| 07/20/05 | KJC | Telephone conference with WEPayne re databases from K&E. | 0.20 | | 60.00 |
| 07/20/05 | WEP | Create imagebase and load images from Kirkland and Ellis hard drive. | 3.50 | | 0.00 |
| 07/22/05 | KJC | Research re documents produced by government. | 0.60 | | 180.00 |

| | | **Total Fees Through July 31, 2005:** | **10.10** | **$** | **390.00** |
|--|--|--|--|--|--|

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|----------|------|----------|------|-------|---|-------|
| KJC | Katheryn J. Coggon | Special Counsel | $ 300.00 | 1.30 | $ | 390.00 |
| WEP | William E. Payne | Information Specialist | 0.00 | 8.80 | | 0.00 |

| | | **Total Fees:** | | **10.10** | **$** | **390.00** |
|--|--|--|--|--|--|--|

Holme Roberts & Owen LLP

August 23, 2005

W.R. Grace

| | |
|---|---|
| Page | 3 |
| Invoice No.: | 709646 |
| Client No.: | 04339 |
| Matter No.: | 00440 |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 07/06/05 | | Long Distance Telephone: 2028795177, 13 Mins., TranTime:14:56 | $ | 1.30 |
| 07/07/05 | 4 | Photocopy | | 0.60 |
| | | **Total Disbursements:** | $ | **1.90** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 0.60 |
| Long Distance Telephone | | 1.30 |
| **Total Disbursements:** | $ | **1.90** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 699591 | 05/18/05 | Bill | 20,181.17 |
| | | *Outstanding Balance on Invoice 699591:* | $ *20,181.17* |
| 703797 | 06/22/05 | Bill | 4,786.35 |
| | | *Outstanding Balance on Invoice 703797:* | $ *4,786.35* |
| 705755 | 07/13/05 | Bill | 10,708.30 |
| | | *Outstanding Balance on Invoice 705755:* | $ *10,708.30* |
| | | **Total Outstanding Invoices:** | $ **35,675.82** |

**Trust Applied to Matter**                                              $        0.00

Holme Roberts & Owen LLP

September 19, 2005

W.R. Grace

| | |
|---|---|
| Page | 2 |
| Invoice No.: | 711806 |
| Client No.: | 04339 |
| Matter No.: | 00440 |

**Regarding: Indictment**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/04/05 | KJC | Telephone conferences with DLissek re e-mail system and retrieval. | 0.50 | $ 150.00 |
| 08/04/05 | KJC | Conferences with JLSherman re document database. | 0.40 | 120.00 |
| 08/05/05 | KJC | Telephone conference with KWLund re e-mail system and retrieval and general status. | 0.50 | 150.00 |
| 08/05/05 | KJC | Conferences with JLSherman re database. | 1.20 | 360.00 |
| 08/11/05 | KJC | E-mail exchange with T. Stansberry re documents and bates numbers. | 0.40 | 120.00 |
| 08/16/05 | KJC | Telephone conference with R. Marriam and follow-up re same. | 0.30 | 90.00 |
| 08/17/05 | KJC | Research and prepare for meeting with counsel. | 0.60 | 180.00 |
| 08/17/05 | KJC | Telephone conference with T. Mace re documents and meeting with counsel. | 0.30 | 90.00 |
| 08/18/05 | KJC | Telephone conference with T. Mace et al re Trenton documents. | 0.80 | 240.00 |
| 08/18/05 | KJC | Follow-up re Trenton documents. | 1.10 | 330.00 |
| 08/18/05 | MCL | Participate in conference call with KJCoggon, Mark Morgan of Pitney Hardin, Rick Sentfleben of W.R. Grace, and Tyler Mace of Kirkland & Ellis re Trenton expanding plant documents. | 0.80 | 104.00 |
| 08/19/05 | KJC | Telephone conference with KWLund re meeting with counsel. | 0.20 | 60.00 |
| 08/19/05 | KJC | Review documents in preparation for meeting with counsel. | 0.60 | 180.00 |

Holme Roberts & Owen LLP

September 19, 2005

W.R. Grace

| | |
|---|---|
| Page | 3 |
| Invoice No.: | 711806 |
| Client No.: | 04339 |
| Matter No.: | 00440 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/22/05 | SCH | E-mail memoranda from KJCoggon re: document requests and inquiries; database research and document review, distribution of requested documents and respond to inquiries. | 3.00 | 180.00 |
| 08/23/05 | KJC | Research re meeting with counsel and documents. | 0.40 | 120.00 |
| 08/25/05 | KJC | Telephone conference with T. Mace re meeting with counsel and documents (.50); conference with JLSherman re preparation for meeting with counsel (1.50); prepare for meeting with counsel (2.50); telephone conference with KWLund re preparation for meeting with counsel (.60); telephone conference with M. Morgan re documents for New Jersey (.30). | 5.40 | 1,620.00 |
| 08/25/05 | JLS | Conferences with KJCoggon in preparation for meeting with counsel. | 1.40 | 224.00 |
| 08/26/05 | KJC | Prepare for meeting with counsel including telephone conferences with and e-mail exchange with JLSherman re documents. | 1.10 | 330.00 |
| 08/26/05 | JLS | Prepare for meeting with counsel. | 4.90 | 784.00 |
| 08/26/05 | SCH | Telephone conferences with and/or e-mail memoranda from JLSherman re document requests and inquiries (.30); database research and document review, distribution of requested documents and respond to inquiries (.70). | 1.00 | 60.00 |
| 08/29/05 | KJC | Telephone conference with and e-mail exchange with JLSherman re documents for meetings with counsel. | 0.60 | 180.00 |
| 08/29/05 | MCL | Prepare for meeting with counsel. | 1.00 | 130.00 |
| 08/29/05 | JLS | Prepare for meeting with counsel. | 5.90 | 944.00 |
| 08/30/05 | KJC | Telephone conferences with and e-mail exchange with JLSherman re documents for meeting with counsel and documents for Trenton. | 1.50 | 450.00 |

Holme Roberts & Owen LLP

September 19, 2005

W.R. Grace

| | | | | Page | 4 |
|---|---|---|---|---|---|
| | | | | Invoice No.: | 711806 |
| | | | | Client No.: | 04339 |
| | | | | Matter No.: | 00440 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/30/05 | JLS | Prepare for meeting with counsel. | 3.10 | 496.00 |
| 08/30/05 | JLS | Telephone conferences with KJCoggon and database research re documents for Mike Morgan re New Jersey. | 2.10 | 336.00 |
| 08/31/05 | KJC | Telephone conferences with and e-mail exchange with JLSherman re Trenton documents (.40); telephone conferences with and e-mail exchange with JLSherman re documents for meeting with counsel (.30). | 0.70 | 210.00 |
| 08/31/05 | JLS | Prepare for meeting with counsel. | 3.20 | 512.00 |
| 08/31/05 | JLS | Telephone conferences with KJCoggon and database research for Mike Morgan re New Jersey. | 1.90 | 304.00 |

| | | Total Fees Through August 31, 2005: | 44.90 | $ | 9,054.00 |
|---|---|---|---|---|---|

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 300.00 | 16.60 | $ | 4,980.00 |
| JLS | Joan L. Sherman | Paralegal | 160.00 | 22.50 | | 3,600.00 |
| MCL | Carla M. Latuda | Paralegal | 130.00 | 1.80 | | 234.00 |
| SCH | Stephen Haraldson | Paralegal | 60.00 | 4.00 | | 240.00 |
| | | Total Fees: | | 44.90 | $ | 9,054.00 |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 08/25/05 | 199 | Photocopy | $ | 29.85 |
| | | Total Disbursements: | $ | 29.85 |

Holme Roberts & Owen LLP

September 19, 2005

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 711806 |
| Client  No.: | 04339 |
| Matter  No.: | 00440 |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 08/25/05 | 199 | Photocopy | $ | 29.85 |
| | | **Total Disbursements:** | **$** | **29.85** |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 29.85 |
| **Total Disbursements:** | **$** | **29.85** |

## Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 699591 | 05/18/05 | Bill | | 20,181.17 |
| | *Outstanding Balance on Invoice 699591:* | | $ | *20,181.17* |
| 703797 | 06/22/05 | Bill | | 4,786.35 |
| | *Outstanding Balance on Invoice 703797:* | | $ | *4,786.35* |
| 705755 | 07/13/05 | Bill | | 10,708.30 |
| | *Outstanding Balance on Invoice 705755:* | | $ | *10,708.30* |
| 709646 | 08/23/05 | Bill | | 391.90 |
| | *Outstanding Balance on Invoice 709646:* | | $ | *391.90* |
| | **Total Outstanding Invoices:** | | **$** | **36,067.72** |

Holme Roberts & Owen LLP

October 12, 2005

W.R. Grace

| | |
|---|---|
| Page | 2 |
| Invoice No.: | 714002 |
| Client No.: | 04339 |
| Matter No.: | 00440 |

**Regarding: Indictment**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/01/05 | KJC | Conferences with JLSherman re documents for meeting with counsel (2.40); telephone conferences with KWLund re meeting with counsel (.80); review documents for meeting with counsel (2.0); locate and send documents to K&E (.80); telephone conference with M. Morgan re Trenton documents (.20); telephone conference with T. Mace re EPA documents (.20). | 6.40 | $ 1,920.00 |
| 09/01/05 | JLS | Prepare for conference with counsel including conferences with KJCoggon and WEPayne. | 3.80 | 608.00 |
| 09/02/05 | KJC | Telephone conferences with JLSherman re Trenton documents (.20); telephone conferences with and e-mail exchange with JLSherman re documents for meeting with counsel (.20). | 0.40 | 120.00 |
| 09/02/05 | JLS | Prepare for meeting with counsel. | 2.80 | 448.00 |
| 09/05/05 | JDM | Prepare for meeting with counsel. | 0.30 | 103.50 |
| 09/05/05 | JLS | Prepare for meeting with counsel. | 1.90 | 304.00 |
| 09/06/05 | JDM | Prepare for meeting with counsel. | 0.80 | 276.00 |
| 09/06/05 | KJC | Telephone conference with JDMcCarthy re preparation for meeting with counsel (.10); conferences with JLSherman and KWLund re preparation for meeting with counsel (.50). | 0.60 | 180.00 |
| 09/06/05 | JLS | Prepare for conference with counsel including conferences with KJCoggon. | 5.20 | 832.00 |
| 09/07/05 | KJC | Prepare for meeting with counsel. | 0.20 | 60.00 |
| 09/07/05 | JLS | Prepare for meeting with counsel. | 2.30 | 368.00 |

Holme Roberts & Owen LLP

October 12, 2005

W.R. Grace

| | |
|---|---|
| Page | 3 |
| Invoice No.: | 714002 |
| Client No.: | 04339 |
| Matter No.: | 00440 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/08/05 | KJC | Prepare for meeting with counsel (2.00); telephone conference with W. Corcoran and M. Shellnitz re meeting with counsel (.30); telephone conference with KWLund re meeting with counsel (.50). | 2.80 | 840.00 |
| 09/08/05 | JLS | Prepare for meeting with counsel. | 2.80 | 448.00 |
| 09/08/05 | JLS | Conferences with KJCoggon and document research for Mike Morgan re New Jersey. | 1.20 | 192.00 |
| 09/09/05 | KJC | E-mail exchanges re meeting with counsel (.80); telephone conference with T. Mace re meeting with counsel (.20); telephone conference with J. Hughes re Cambridge invoices (.20); research re Cambridge invoices (.30). | 1.50 | 450.00 |
| 09/09/05 | JLS | Prepare for meeting with counsel. | 3.50 | 560.00 |
| 09/10/05 | KJC | Prepare for meeting with counsel. | 1.80 | 540.00 |
| 09/12/05 | KJC | Prepare for meeting with counsel. | 3.00 | 900.00 |
| 09/12/05 | JLS | Prepare for conference with counsel (.60); research for Mark Morgan re New Jersey documents (4.20). | 4.80 | 768.00 |
| 09/13/05 | KWL | Prepare for upcoming meeting with defense counsel. | 3.50 | 1,452.50 |
| 09/13/05 | KJC | Conference with T. Mace re documents and strategy (5.50); conference with T. Mace and W. Jacobson re strategy and background (2.50). | 8.00 | 2,400.00 |
| 09/13/05 | MCL | Attend meeting with KJCoggon, JLSherman and Tyler Mace. | 4.50 | 585.00 |
| 09/13/05 | JLS | Prepare for conference with counsel (1.9); conference with counsel (4.50). | 6.40 | 1,024.00 |
| 09/14/05 | KWL | Conference with defense counsel. | 4.00 | 1,660.00 |

Holme Roberts & Owen LLP

October 12, 2005

W.R. Grace

| | |
|---|---|
| Page | 4 |
| Invoice No.: | 714002 |
| Client No.: | 04339 |
| Matter No.: | 00440 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/14/05 | KJC | Conferences with KWLund re meeting with defense counsel (.90); conference with defense counsel (2.20); conferences with T. Mace re documents and witnesses (1.50). | 4.60 | 1,380.00 |
| 09/14/05 | BAT | Conference with co-counsel. | 0.30 | 75.00 |
| 09/14/05 | JLS | Document research re EPA production including conferences with KJCoggon and FProctor. | 2.30 | 368.00 |
| 09/14/05 | FP | Document research re EPA production. | 4.10 | 348.50 |
| 09/15/05 | JDM | Conference with Tyler Mace and KJCoggon re trial issues (.40); conference with JLSherman re related files (.60). | 1.00 | 345.00 |
| 09/15/05 | KJC | Conferences with T. Mace, JLSherman and JDMcCarthy re documents, experts and trial preparation materials. | 3.50 | 1,050.00 |
| 09/15/05 | JLS | Document research for Mark Morgan re New Jersey documents (2.2); conference with counsel (0.40); research re documents for Tyler Mace (1.8). | 4.40 | 704.00 |
| 09/15/05 | FP | Document research re EPA production. | 6.20 | 527.00 |
| 09/16/05 | KJC | Conferences with JLSherman re documents for T. Mace and documents for case (3.20). | 3.20 | 960.00 |
| 09/16/05 | JLS | Research for Tyler Mace re documents (2.7); identify documents for KJCoggon (1.6). | 4.30 | 688.00 |
| 09/16/05 | FP | Document research re EPA production. | 7.00 | 595.00 |
| 09/19/05 | JLS | Research for Tyler Mace re documents (2.10); identify documents for KJCoggon (1.30). | 3.40 | 544.00 |
| 09/19/05 | FP | Document research re EPA production. | 8.20 | 697.00 |
| 09/20/05 | JDM | Review documents from cost recovery action. | 1.00 | 345.00 |

Holme Roberts & Owen LLP

October 12, 2005

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 714002 |
| Client No.: | 04339 |
| Matter No.: | 00440 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/20/05 | JLS | Research for Tyler Mace re documents (2.80); identify documents for KJCoggon (1.10); identify documents for JDMcCarthy (2.50). | 6.40 | 1,024.00 |
| 09/20/05 | FP | Document research re EPA production. | 8.50 | 722.50 |
| 09/21/05 | JLS | Research for Tyler Mace re documents (1.20); identify documents for KJCoggon (1.50). | 2.70 | 432.00 |
| 09/21/05 | FP | Document research re EPA production. | 0.50 | 42.50 |
| 09/22/05 | JLS | Research for Tyler Mace re documents. | 1.10 | 176.00 |
| 09/23/05 | JLS | Research for Tyler Mace re documents including conferences with Donna Hatcher and DHengemuhle. | 1.80 | 288.00 |
| 09/26/05 | JLS | Document research for Tyler Mace. | 2.30 | 368.00 |
| 09/27/05 | JLS | Research re documents for Tyler Mace (1.8); identify documents for KJCoggon (.60). | 2.40 | 384.00 |
| 09/28/05 | JLS | Research re documents for Tyler Mace (3.2). | 3.20 | 512.00 |
| 09/29/05 | JLS | Research re documents for Tyler Mace. | 1.20 | 192.00 |
| 09/30/05 | JLS | Research re documents for Tyler Mace. | 0.90 | 144.00 |

**Total Fees Through September 30, 2005:**  157.00  $ 29,950.50

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| KWL | Kenneth W. Lund | Partner | $ 415.00 | 7.50 | $ 3,112.50 |
| JDM | John D. McCarthy | Partner | 345.00 | 3.10 | 1,069.50 |
| KJC | Katheryn J. Coggon | Special Counsel | 300.00 | 36.00 | 10,800.00 |
| BAT | Brent A. Tracy | Senior Associate | 250.00 | 0.30 | 75.00 |

Holme Roberts & Owen LLP

October 12, 2005

W.R. Grace

| | |
|---|---|
| Page | 6 |
| Invoice No.: | 714002 |
| Client  No.: | 04339 |
| Matter  No.: | 00440 |

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| JLS | Joan L. Sherman | Paralegal | 160.00 | 71.10 | 11,376.00 |
| MCL | Carla M. Latuda | Paralegal | 130.00 | 4.50 | 585.00 |
| FP | Faye Proctor | Case Administrator | 85.00 | 34.50 | 2,932.50 |
| | | **Total Fees:** | | **157.00** | **$  29,950.50** |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 09/12/05 | 4 | Color Photocopy | $ | 2.60 |
| 09/12/05 | 100 | Photocopy | | 15.00 |
| 09/13/05 | 2 | Color Photocopy | | 1.30 |
| 09/13/05 | 1 | Facsimile | | 1.00 |
| 09/13/05 | | Other Meal Expense: VENDOR: Udi, The Sandwich Man; INVOICE#: 20986; DATE: 9/13/2005  -  Meals in office for 4 on 091305 ($12.70 per person) | | 50.80 |
| 09/13/05 | 58 | Photocopy | | 8.70 |
| 09/14/05 | | Long Distance Telephone: 4105314355, 11 Mins., TranTime:13:03 | | 1.10 |
| 09/14/05 | | Long Distance Telephone: 2028795145, 12 Mins., TranTime:16:52 | | 1.20 |
| 09/14/05 | | Long Distance Telephone: 2028795145, 13 Mins., TranTime:17:04 | | 1.30 |
| 09/14/05 | 370 | Photocopy | | 55.50 |
| 09/14/05 | 7 | Photocopy | | 1.05 |
| 09/14/05 | 739 | Photocopy | | 110.85 |
| 09/14/05 | 1 | Tab Stock | | 0.05 |
| 09/28/05 | 2 | Photocopy | | 0.30 |

Holme Roberts & Owen LLP

October 12, 2005

W.R. Grace

| | |
|---|---|
| Page | 7 |
| Invoice No.: | 714002 |
| Client No.: | 04339 |
| Matter No.: | 00440 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| | | **Total Disbursements:** | **$ 250.75** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 191.40 |
| Facsimile | | 1.00 |
| Long Distance Telephone | | 3.60 |
| Other Meal Expense | | 50.80 |
| Color Photocopy | | 3.90 |
| Tab Stock | | 0.05 |
| **Total Disbursements:** | **$** | **250.75** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---------|------|-------------|--------|
| 699591 | 05/18/05 | Bill | 20,181.17 |
| | 09/23/05 | Cash Receipt | -16,225.27 |
| | | *Outstanding Balance on Invoice 699591:* | *$ 3,955.90* |
| 703797 | 06/22/05 | Bill | 4,786.35 |
| | | *Outstanding Balance on Invoice 703797:* | *$ 4,786.35* |
| 705755 | 07/13/05 | Bill | 10,708.30 |
| | | *Outstanding Balance on Invoice 705755:* | *$ 10,708.30* |