# EXHIBIT B

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Kenneth Lund | Partner | Environmental | $415.00 | 7.5 | $3,112.50 |
| John D. McCarthy | Partner | Environmental | $345.00 | 3.1 | $1,069.50 |
| Elizabeth K. Flaagan | Partner | Bankruptcy | $325.00 | 2.9 | $942.50 |
| Brent Tracy | Associate | Environmental | $250.00 | 0.3 | $75.00 |
| Katheryn J. Coggon | Sp. Counsel | Environmental | $300.00 | 57.8 | $17,340.00 |
| Joan Sherman | Paralegal | Environmental | $160.00 | 99.6 | $15,936.00 |
| Susan Haag | Paralegal | Bankruptcy | $135.00 | 8.3 | $1,120.50 |
| Carla Latuda | Paralegal | Environmental | $130.00 | 6.3 | $819.00 |
| Theresa Enriquez | Doc. Control | Environmental | $50.00 | 1.5 | $75.00 |
| Faye Proctor | Case Admin. | Environmental | $85.00 | 34.5 | $2,932.50 |
| Stephen Haraldson | Doc. Control | Environmental | $60.00 | 4.0 | $240.00 |
| **TOTAL** | | | | **225.8** | **$43,662.50** |