# EXHIBIT C

| DESCRIPTION | TOTAL |
|---|---|
| Photocopies | $279.90 |
| Facsimiles | $1.00 |
| Long Distance Telephone | $5.90 |
| Outside Courier | $0.00 |
| Lexis | $0.00 |
| Tab Stock | $0.05 |
| Other Expenses | $1,439.92 |
| Meal Expenses | $50.80 |
| Westlaw | $0.00 |
| Federal Express | $96.60 |
| Color Copies | $3.90 |
| Professional Billable Services | $1,684.05 |
| Research Services | |
| **TOTALS** | **$3,562.12** |