# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: January 27, 2006 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

## FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#1134443 v1

**Matter 00000 - General**

| Description | TOTAL |
|---|---|
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Other Expense | $ - |
| Lexis | $ - |
| Westlaw | $ - |
| Consulting Fee | $ 1,686.57 |
| Document Production | $ - |
| Velo Binding | $ - |
| **Total** | **$ 1,686.57** |

Holme Roberts & Owen LLP

December 16, 2005

| | |
|---|---|
| W.R. Grace | Page 4 |
| | Invoice No.: 720440 |
| | Client No.: 04339 |
| | Matter No.: 00000 |

**Regarding: GENERAL**
**Please note that some individual timekeeper hourly rates will increase effective December 1, 2005**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/19/05 | | Consulting Fee: VENDOR: MORRIS JAMES HITCHENS & W INVOICE#: 282431; HRO Fees and Costs in W R Grace Case through August 2005 | $ 1,686.57 |
| | | **Total Disbursements:** | **$ 1,686.57** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 1,686.57 |
| **Total Disbursements:** | **$** | **1,686.57** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 679369 | 09/24/04 | Bill | 395.00 |
| | 01/04/05 | Cash Receipt | -316.00 |
| | 04/22/05 | Cash Receipt | -76.72 |
| | *Outstanding Balance on Invoice 679369:* | | $ 2.28 |
| 711807 | 09/19/05 | Bill | 1,684.05 |
| | 12/05/05 | Cash Receipt | -1,684.05 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | November | Total Comp |
|---|---|---|---|---|
| Flaagan, Elizabeth K. | Partner | $ 325.00 | 1.2 | $ 390.00 |
| Coggon, Katheryn | Special Counsel | $ 300.00 | 5.5 | $ 1,650.00 |
| Sherman, Joan | Paralegal | $ 160.00 | 19.5 | $ 3,120.00 |
| Haag, Susan | Paralegal | $ 135.00 | 1.7 | $ 229.50 |
| | | | | |
| Total | | | 27.90 | $ 5,389.50 |

### Matter 00390 - Bankruptcy Matters

| Description | TOTAL |
|---|---|
| Photocopies | $ 8.40 |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Federal Express | $ 29.19 |
| Outside Courier | $ 17.21 |
| Lexis | $ - |
| Consulting Fee | $ - |
| Postage | $ - |
| Research Services | $ - |
| Professional Services | $ - |
| **Total** | **$ 54.80** |

Holme Roberts & Owen LLP

December 16, 2005

W.R. Grace

| | |
|---|---|
| Page | 12 |
| Invoice No.: | 720440 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/01/05 | KJC | Research re document requests in PI matter. | 1.70 | $ 510.00 |
| 11/02/05 | KJC | Telephone conference with PI document team. | 1.60 | 480.00 |
| 11/07/05 | EKF | Review October 2005 prebills for compliance with bankruptcy court requirements. | 0.80 | 260.00 |
| 11/07/05 | KJC | Review and revise all matter bills for compliance with bankruptcy requirements. | 0.40 | 120.00 |
| 11/08/05 | SH | Begin drafting October 2005 monthly fee application. | 0.40 | 54.00 |
| 11/09/05 | EKF | Review and finalize October 2005 monthly fee application. | 0.40 | 130.00 |
| 11/09/05 | SH | Draft October 2005 monthly fee application (1.00); compile October 2005 monthly fee application (.30). | 1.30 | 175.50 |
| 11/10/05 | KJC | Research and respond to inquiry from M. Murphy re documents. | 0.70 | 210.00 |
| 11/10/05 | JLS | Research re inquiry from Matt Murphy re documents. | 0.50 | 80.00 |
| 11/11/05 | KJC | Research re documents (.40); telephone conference with M. Murphy re documents (.30). | 0.70 | 210.00 |
| 11/22/05 | KJC | Telephone conference with M. Murphy and e-mail exchange re documents for production in PI discovery. | 0.40 | 120.00 |
| 11/23/05 | JLS | Research re documents for Matt Murphy. | 2.90 | 464.00 |
| 11/27/05 | JLS | Research re documents for Matt Murphy. | 3.20 | 512.00 |
| 11/28/05 | JLS | Research re documents for Matt Murphy. | 5.60 | 896.00 |
| 11/29/05 | JLS | Research re documents for Matt Murphy. | 4.90 | 784.00 |

Holme Roberts & Owen LLP

December 16, 2005

| W.R. Grace | | |
|---|---|---|
| | Page | 13 |
| | Invoice No.: | 720440 |
| | Client No.: | 04339 |
| | Matter No.: | 00390 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/30/05 | JLS | Research re documents for Matt Murphy. | 2.40 | 384.00 |
| | | **Total Fees Through November 30, 2005:** | **27.90** | **$ 5,389.50** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 325.00 | 1.20 | $ 390.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 300.00 | 5.50 | 1,650.00 |
| JLS | Joan L. Sherman | Paralegal | 160.00 | 19.50 | 3,120.00 |
| SH | Susan Haag | Paralegal | 135.00 | 1.70 | 229.50 |
| | | **Total Fees:** | | **27.90** | **$ 5,389.50** |

**Please note that some individual timekeeper hourly rates will increase effective December 1, 2005**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 08/26/05 | | Federal Express: Federal Express Corporation; Invoice 5-553-26157; From Mary Ann Pierce to William Weller on August 19 2005 | $ 9.05 |
| 09/09/05 | | Federal Express: Federal Express Corporation; Invoice 5-575-36131; From Mary Ann Pierce to William Weller on September 2 2005 | 10.05 |
| 09/09/05 | | Outside Courier: FEDEX; INVOICE 5-575-36131; From Mary Ann Pierce to Adams County Public Trustee | 17.21 |
| 09/30/05 | | Federal Express: Federal Express Corporation; Invoice 3-109-12988; From Mary Ann Pierce to William Weller on September 23 2005 | 10.09 |
| 11/09/05 | 56 | Photocopy | 8.40 |

Holme Roberts & Owen LLP

December 16, 2005

W.R. Grace

Page　　　　　14  
Invoice No.:　720440  
Client　No.:　04339  
Matter　No.:　00390

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| | | **Total Disbursements:** | **$   54.80** |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 8.40 |
| Outside Courier | | 17.21 |
| Federal Express | | 29.19 |
| **Total Disbursements:** | **$** | **54.80** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | *$   16.41* |
| 661254 | 03/15/04 | Bill | 2,580.71 |
| | 05/24/04 | Cash Receipt | -2,131.18 |
| | 10/19/04 | Cash Receipt | -382.44 |
| | *Outstanding Balance on Invoice 661254:* | | *$   67.09* |
| 679369 | 09/24/04 | Bill | 1,618.52 |
| | 01/04/05 | Cash Receipt | -1,526.52 |