# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

# INVOICE

December 13, 2005

Invoice No. HRA20051213

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of November, 2005.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>2.8 hours @ $ 550 per hour | $ 1,540.00 |
| Robert H. Sims<br>0.8 hours @ $ 400 per hour | 320.00 |
| Joshua S. Katz<br>4.5 hours @ $ 200 per hour | 900.00 |
| **TOTAL DUE:** | **$ 2,760.00** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA       LOS ANGELES              NEW YORK

NOVEMBER, 2005 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| 11/09/05 | 0.8 | Conference call with Scott Baena and Bilzin staff re: starting pi estimation. |
| 11/11/05 | 1.0 | First review of materials sent by M. Kramer of Bilzin. |
| 11/14/05 | 0.5 | Update on Committee call. |
| 11/28/05 | 0.5 | Review and answer M. Kramer memo re: document requests etc. |
| TOTAL: | 2.8 | |

NOVEMBER, 2005 TIME LOG OF ROBERT H. SIMS (RHS)

| DATE | TIME | TASK |
|---|---|---|
| 11/09/05 | 0.8 | Participate in conference call with Bilzin attorneys. |
| TOTAL: | 0.7 | |

NOVEMBER, 2005 TIME LOG OF JOSHUA S. KATZ (JSK)

| DATE | TIME | TASK |
|------|------|------|
| 11/03/05 | 0.8 | Weekly Grace conference call. |
| 11/10/05 | 0.7 | Weekly Grace conference call. |
| 11/11/05 | 0.5 | Review of National Law Journal article on recent changes in asbestos landscape; distribution to Francine F. Rabinovitz and Robert H. Sims. |
| 11/14/05 | 0.7 | Note to Francine F. Rabinovitz about previous Grace call. |
| 11/17/05 | 1.5 | Weekly Grace conference call (1.0); review of notes and e-mail to Francine F. Rabinovitz regarding call. |
| 11/23/05 | 0.3 | Review of articles on activity in Canadian courts, dissemination to Francine F. Rabinovitz. |
| TOTAL: | 4.5 | |