IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) |  |
| W.R. GRACE & CO., <u>et al</u>. ) | Case No. 01-1139 (JKF) |
| ) |  |
| Debtors. ) | Objection Deadline: January 26, 2006 at 4:00 p.m. |
| ) | Hearing: Schedule if Necessary (Negative Notice) |

**COVER SHEET TO FIRST MONTHLY APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004**

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | December 21, 2004 |
| Period for which compensation is sought: | December 1, 2004 through December 31, 2004 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $25,002.00 |
| 80% of fees to be paid: | $20,001.60 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0 |
| Total Fees @ 80% and 100% Expenses: | $20,001.60 |

This is an:   __ interim   X  monthly   __ final application.

## COMPENSATION SUMMARY
### December 2004

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Michael E. Angelina | Principal of Towers Perrin ACAS – 1993 (20 years) | 575 | 15.0 | 8,625 |
| Gregory Poirier | Consulting Actuary (5.5 years) FCAS – 2000 | 425 | 3.0 | 1,275 |
| Atul Malhotra | Consulting Actuary (4 years) FCAS, ACAS 2000 | 360 | 38.5 | 13,860 |
| Liz Scott | Analyst – (Towers Perrin 10 years) | 180 | .2 | 36 |
| Yan Lap Fung | Analyst – (Towers Perrin 1 year) | 180 | 6.7 | 1,206 |
| Total | | | 63.40 | $25,002 |
| Blended Rate: $394.35 | | | | |

### COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Insurance | 63.40 | $25,002 |

### EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |

| December 2004 – Grand Total | $25,002 |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: *Greg J. Poirier* (signature)
Greg J. Poirier, FCAS, MAAA
2107 Wilson Boulevard
Arlington, VA 22201-3062
(703) 351-4700

Dated: Dec. 23, 2005