IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| W.R. GRACE & CO., <u>et al.</u> | ) Case No. 01-1139 (JKF) |
| Debtors. | ) |

## VERIFICATION

STATE OF VIRGINIA

COUNTY OF ARLINGTON , TO WIT:

Greg J. Poirier, after being duly sworn according to law, deposes and says:

1. I am an actuarial consultant of the applicant consulting firm Towers Perrin Tillinghast.

2. I am familiar with the services rendered by Towers Perrin Tillinghast, actuarial consultants to David T. Austern as Future Claimants' Representative ("FCR"). The work performed on behalf of the FCR by professionals of the firm is described in the invoices attached as Exhibit A hereto.

3. I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_____
GREG J. POIRIER

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 23 DAY OF DEC , 2005

_____
Notary Public

My commission expires: OCT. 31, 2008

# EXHIBIT A

W.R. Grace (Bankruptcy)
Towers Perrin Time Records

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| **Jan-05** | | | | |
| Mike Angelina | 1/3/2005 | 2.00 | Model set up | Review model and parameters |
| Mike Angelina | 1/4/2005 | 1.00 | Model set up | Review model and parameters |
| Mike Angelina | 1/7/2005 | 1.00 | Model set up | Review model and parameters |
| Mike Angelina | 1/16/2005 | 1.00 | Model set up | Review model and parameters |
| Mike Angelina | 1/18/2005 | 5.00 | Model set up | Review model and parameters |
| Mike Angelina | 1/18/2005 | 1.00 | Model set up | Review model and parameters |
| Mike Angelina | 1/19/2005 | 4.00 | Assumptions | Review and change assumptions and parameters |
| Mike Angelina | 1/21/2005 | 0.70 | Assumptions | Review and change assumptions and parameters |
| | Total | 15.7 | | |
| Atul Malhotra | 1/14/2005 | 2.50 | Analysis | Model setup |
| | | 2.50 | | |
| Greg Poirier | 1/14/2005 | 0.70 | Model set up | Model Setup |
| | Total | 0.70 | | |
| | Grand Total | 18.90 | | |