IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 9311, 9315 and 11408 |
| | ) | Hearing Dates: |
| | ) | **January 24, 2006 at 9:00 a.m.  Pittsburgh, PA** |
| | ) | **January 25, 2006 at 1:30 p.m.  Pittsburgh, PA** |
| | ) | **January 26, 2006 at 9:00 a.m.  Pittsburgh, PA** |

**NOTICE OF MODIFICATION OF HEARING DATES AND SCHEDULES OF
OBJECTIONS TO BE HEARD REGARDING DEBTORS' FIFTEENTH OMNIBUS
OBJECTION (SUBSTANTIVE) TO ASBESTOS PROPERTY DAMAGE CLAIMS**

**PLEASE TAKE NOTICE** that the hearing dates provided in the Court's December 19,

2005 Scheduling Order Regarding Certain of Debtors' Fifteenth Omnibus Objection to Claims

(Substantive) (the "Scheduling Order") are hereby modified to provide as follows:

1. Objections to Traditional PD Claims (not filed by Speights & Runyan) and Non-
   Traditional PD Claims will be heard on January 24, 2006 at 9:00 a.m.

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**PLEASE TAKE FURTHER NOTICE** that Schedules 1, 2 and 3 attached hereto (the "Revised Schedules") completely replace Schedules 1, 2, and 3 to the Scheduling Order.  These Revised Schedules contain the following changes:

    1.  Objections to claims filed by the following parties will <u>not</u> be heard at the hearing:

        a.  Building & Construction Laborers Local 310 (Claim No. 879);

        b.  State of California (Claim Nos. 10648 and 10652);

        c.  Burlington Northern and Santa Fe Railroad (Claim No. 8251); and

        d.  City of Philadelphia (Claim Nos. 11313 and 11314).

    2.  The D-1(a) objections (Built Too Late to Contain MK-3) to the following claims filed by Speights & Runyan will <u>not</u> be heard at the hearing: Claim Nos. 9857, 10805, 12315, 12322, 12421, 12422, 12423, 12430, 12489, 12490, 12491, 12493, 12527, 12533, and 12536.

But for these changes and the addition of the January 25, 2006 hearing date, the Revised Schedules are identical to the original Schedules 1, 2 and 3 attached to the Scheduling Order.

Dated: *January 6, 2006*

        KIRKLAND & ELLIS LLP
        David M. Bernick P.C.
        Janet S. Baer
        Salvatore F. Bianca
        200 East Randolph Drive
        Chicago, Illinois 60601
        Telephone: (312) 861-2000
        Facsimile: (312) 861-2200

        and

        PACHULSKI, STANG, ZIEHL, YOUNG, JONES
        & WEINTRAUB P.C.

        Laura Davis Jones (Bar No. 2436)
        James E. O'Neill (Bar No. 4042)
        919 North Market Street, 16th Floor
        P.O. Box 8705
        Wilmington, Delaware 19899-8705 (Courier 19801)
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400

        Co-Counsel to Debtors and Debtors-in-Possession