## SCHEDULE 1

## JANUARY 24, 25 AND 26, 2006 HEARING AGENDA

I. **TRADITIONAL PD CLAIMS, OTHER THAN SPEIGHTS & RUNYAN CLAIMS**: 7 CLAIMS - To be heard January 24, 2006

    A. **Motley Rice Clients**

        3 claims: B-2[1], previously settled

    B. **The Prudential Insurance Company of America**

        2 claims: D-4, Georgia, actual notice and D-2, Georgia constructive notice.

    C. **Individual Pro se Claimants**

        1 claim: Phillip Shawn Moore, C-1(c), missing basic information

        1 claim: Marcella Paulette, C-3(a), no product ID

II. **NON-TRADITIONAL PD CLAIMS**: 110 CLAIMS - To be heard January 24, 2006

    A. **Biersdorf & Associates' Clients**

        54 claims: G-1, "Stigma" to Minneapolis properties

        1 claim: C-1(b), no signature

    B. **G-I Holdings/GAF Corporation**

        56 claims: H-1, contribution and indemnification, and C-3(a), no product ID, and C-1(c), missing basic information

III. **TRADITIONAL PD CLAIMS, SPEIGHTS & RUNYAN** - To be heard January 24, 25 and 26, 2006

    A. **Unauthorized Claims (per 13th omnibus objection)**

        38 claims, no proof of authority to file

        71 claims, no proof of authority to file as of Bar Date

    B. **Previously Adjudicated Claims**

        3 claims, B-1

---

[1] All Exhibit references are references to the Exhibits attached to the Fifteenth Omnibus Objection and the substantive categories of Objections outlined therein.

C. **Previously Settled Claims**

4 claims, B-2

D. **Missing Basic Property Address**

2 claims, C-1(a)

E. **No Signature**

41 claims, C-1(b)

F. **Missing Basic Information**

1 claim, C-1(c)

G. **No Product ID**

2 claims, C-3(a)

372 claims, C-3(c)

H. **Built Too Late To Contain MK-3**

2 claims, D-1(a)

I. **Georgia Claims Barred By Constructive Notice**

1 Claim, D-2

J. **Tennessee Claims Barred By Statute of Repose**

2 claims, D-5

K. **Falsely Assert 2003 As Date Of Knowledge Of Asbestos**

619 claims, F-2