# Amended Schedule 2 - Non-Speights Claims Scheduled for January 24, 2006 Omnibus Hearing
## *117 Claims*

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | Scheduled for January 24, 2006 | To be Scheduled |
|---|---|---|---|---|---|---|---|---|
| 004075 | Church Of St Joseph | James M Hughes | Motley Rice LLC | Church Of St Joseph | 1154 Seminole Avenue West | MN | B-2 | D-1 (c); D-2; D-5; D-6; E-1 |
| 006934 | The Church Of St Luke | James M Hughes | Motley Rice LLC | The Church Of St Luke | 1079 Summit Avenue St. Paul, Mn 55105 | MN | B-2 | C-2; C-3 (f); D-1 (c); D-2; D-4; D-5; D-6; E-1 |
| 006935 | Church Of St Leo The Great -2055 Bohland Ave St. Paul, MN 55116 | James M Hughes | Motley Rice LLC | Church Of St Leo The Great | 2017 Bohland Avenue St. Paul, MN 55116 | MN | B-2 | D-1 (c); D-2; D-4; D-5; D-6; E-1 |
| 006945 | The Prudential Insurance Company - 751 Broad Street 21st Floor Newark, NJ 07102 | Robert J Gilson | Riker Danzig Scherer Hyland & PC | Century Center I | 2200 Century Parkway Atlanta, GA 30345 | GA | D-2; D-4 | C-2; C-4; D-5; D-6; E-3 |
| 006948 | The Prudential Insurance Company Of America - 751 Broad Street 21st Floor Newark, NJ 07102 | Robert J Gilson | Riker Danzig Scherer Hyland & PC | Century Center Iv | 2600 Century Parkway Atlanta, GA 30345 | GA | D-2; D-4 | C-4; D-5; D-6; E-4 |
| 014400 | Moore, Phillip Shawn 680 A Adams Road Benson, NC 27504 | No Counsel Specified | No Counsel Specified | | 680 A Adams Road Benson, NC 27504 | NC | C-1 (c) | D-4; D-5; D-6; E-1 |
| 015352 | Paulette, Marcella M | No Counsel Specified | No Counsel Specified | | 287 Township Road 267, OH 43903-7909 | OH | C-3 (a) | A-3; C-1 (c); C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 005581 | Hughes, Patricia Michele 2212 Howard St Ne Minneapolis, MN 55918 | William B Butler | Biersdorf & Associates PA | | 2212 Howard St Ne Minneapolis, MN 55418 | MN | G-1 | C-1 (d); C-3 (d); D-4; D-6; E-1 |
| 011264 | Cauwels, Scott 1915 Sixth Street NE Minneapolis, MN 55418 | William B Butler | Biersdorf & Associates PA | | 1915 Sixth Street NE Minneapolis, MN 55418 | MN | G-1 | C-1 (d); C-2; C-3 (e); E-1 |
| 011331 | Barker, Lawrence 1606 Jefferson Street Ne Minneapolis, MN 55413 | William B Butler | Biersdorf & Associates PA | | 1606 Jefferson Street NE Minneapolis, MN 55413 | MN | G-1 | C-1 (d); C-2; C-3 (e); E-1 |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | Scheduled for January 24, 2006 | To be Scheduled |
|---|---|---|---|---|---|---|---|---|
| 011332 | Barko Jr, Wallace 1916 Third Street Ne Minneapolis, MN 55418 | William B Butler | Biersdorf & Associates PA | | 1910 Third Street NE Minneapolis, MN 55418 | MN | G-1 | C-1 (d); C-2; C-3 (e); E-1 |
| 011333 | Branch, Sue 1226 Washington St Ne Minneapolis, MN 55418 | William B Butler | Biersdorf & Associates PA | | 1226 Washington St NE Minneapolis, MN 55413 | MN | G-1 | C-1 (d); C-2; C-3 (e); E-1 |
| 011335 | Cisewski, Caroline 1332 - 1334 Madison Street Minneapolis, MN 55413 | William B Butler | Biersdorf & Associates PA | | 1332 - 1334 Madison Street NE Minneapolis, MN 55413 | MN | G-1 | C-2; C-3 (e); E-1 |
| 011336 | Christensen, Dwight 681 Summer Street NE Minneapolis, MN 55413 | William B Butler | Biersdorf & Associates PA | | 681 Summer Street NE Minneapolis, MN 55413 | MN | G-1 | C-1 (d); C-2; C-3 (e); E-1 |
| 011338 | Daustar, Brad 508 20th Avenue NE Minneapolis, MN 55418 | William B Butler | Biersdorf & Associates PA | | 508 20th Avenue NE Minneapolis, MN 55418 | MN | G-1 | C-2; C-3 (e); D-4; D-6; E-1 |
| 011339 | Depauw, Mark 1338 Jefferson Street NE Minneapolis, MN 55418 | William B Butler | Biersdorf & Associates PA | | 1338 Jefferson Street NE Minneapolis, MN 55418 | MN | G-1 | C-1 (d); C-2; C-3 (e); E-1 |
| 011340 | Fiebiger, David & Gail 1316 Jefferson Street NE Minneapolis, MN 55418 | William B Butler | Biersdorf & Associates PA | | 1316 Jefferson Street NE Minneapolis, MN 55413 | MN | G-1 | C-1 (d); C-2; C-3 (e); E-1 |
| 011341 | Fineberg, Jordan 825 19th Ave NE Minneapolis, MN 55418 | William B Butler | Biersdorf & Associates PA | | 825 19th Ave NE Minneapolis, MN 55418 | MN | G-1 | C-1 (d); C-2; C-3 (e); E-1 |
| 011342 | Forland, Jean 1515 Fourth Street NE Minneapolis, MN 55413 | William B Butler | Biersdorf & Associates PA | | 1515 Fourth Street NE Minneapolis, MN 55413 | MN | G-1 | C-1 (d); C-2; C-3 (e); D-4; D-6; E-1 |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | Scheduled for January 24, 2006 | To be Scheduled |
|---|---|---|---|---|---|---|---|---|
| 011343 | Foss, Patricia 636 22nd Avenue NE Minneapolis, MN 55413 | William B Butler | Biersdorf & Associates PA | | 636 22nd Avenue NE Minneapolis, MN 55413 | MN | G-1 | C-2; C-3 (e); E-1 |
| 011344 | Fuller, Steven 1212 Jefferson Street NE Minneapolis, MN 55413 | William B Butler | Biersdorf & Associates PA | | 1212 Jefferson Street NE Minneapolis, MN 55413 | MN | G-1 | C-1 (d); C-2; C-3 (e); E-1 |
| 011345 | Gallagher, Larry 1417 Fifth Street NE Minneapolis, MN 55413 | William B Butler | Biersdorf & Associates PA | | 1417 Fifth Street NE Minneapolis, MN 55413 | MN | G-1 | C-1 (d); C-2; C-3 (e); D-4; D-6; E-1 |
| 011346 | Gubbin, Julie 1508 Madison Street Ne Minneapolis, MN 55413 | William B Butler | Biersdorf & Associates PA | | 1508 Madison Street NE Minneapolis, MN 55413 | MN | G-1 | C-1 (d); C-2; C-3 (e); E-1 |
| 011347 | Harris, Tobi Christine 1530 California Street NE Minneapolis, MN 55413 | William B Butler | Biersdorf & Associates PA | | 1530 California Street NE Minneapolis, MN 55413 | MN | G-1 | C-2; C-3 (e); E-1 |
| 011348 | Hughes, Patricia Michele 2212 Howard Street NE Minneapolis, MN 55418 | William B Butler | Biersdorf & Associates PA | | 2212 Howard Street NE Minneapolis, MN 55418 | MN | G-1 | C-1 (d); D-4; D-6; E-1 |
| 011349 | Johnson, Keith 2314 Quincy Street NE Minneapolis, MN 55418 | William B Butler | Biersdorf & Associates PA | | 2314 Quincy Street NE Minneapolis, MN 55418 | MN | G-1 | C-1 (d); C-2; C-3 (e); |
| 011350 | Jonk, Trista 1813 Jackson Street NE Minneapolis, MN 55418 | William B Butler | Biersdorf & Associates PA | | 1813 Jackson Street NE Minneapolis, MN 55418 | MN | G-1 | C-1 (d); C-2; C-3 (e); E-1 |
| 011351 | Kouri, Martin 1138 Jefferson Street NE Minneapolis, MN 55413 | William B Butler | Biersdorf & Associates PA | | 1212 Jefferson Street NE Minneapolis, | MN | G-1 | C-1 (d); C-2; C-3 (e); |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | Scheduled for January 24, 2006 | To be Scheduled |
|---|---|---|---|---|---|---|---|---|
| 011352 | Kouri, Namie 1138 Jefferson Street NE Minneapolis, MN 55413 | William B Butler | Biersdorf & Associates PA | | 1138 Jefferson Street NE Minneapolis, MN 55413 | MN | G-1 | C-1 (d); C-2; C-3 (e); E-1 |
| 011353 | Kouri, Thomas 2000 Fourth Street NE Minneapolis, MN 55413 | William B Butler | Biersdorf & Associates PA | | 2000 Fourth Street NE Minneapolis, MN 55418 | MN | G-1 | C-2; C-3 (e); E-1 |
| 011354 | Kovensky, Wayne 1407 Adams Street NE Minneapolis, MN 55413 | William B Butler | Biersdorf & Associates PA | | 1407 Adams Street NE Minneapolis, MN 55413 | MN | G-1 | C-2; C-3 (e); E-1 |
| 011355 | Kuelbs, Leo 33 South Sixth Street, Suite 4100 Minneapolis, MN 55402 | William B Butler | Biersdorf & Associates PA | | 1202 Jefferson St. Street NE Minneapolis, MN 55413 | MN | G-1 | C-1 (d); C-2; C-3 (e); E-1 |
| 011356 | Kuha, Ella 2106 4th Street Ne Minneapolis, MN 55418 | William B Butler | Biersdorf & Associates PA | | 2106 4th Street NE Minneapolis, MN 55418 | MN | G-1 | C-1 (d); C-2; C-3 (e); E-1 |
| 011357 | Landry, John 20276 Spoonbill Ct Rogers, MN 55374 | William B Butler | Biersdorf & Associates PA | | 1813 Fourth Street NE Minneapolis, MN 55418 | MN | G-1 | C-1 (d); C-2; C-3 (e); E-1 |
| 011358 | Lees, Timothy 1518 Madison St. NE Minneapolis, MN 55413 | William B Butler | Biersdorf & Associates PA | | 1518 Madison Street NE Minneapolis, MN 55413 | MN | G-1 | C-2; C-3 (e); E-1 |
| 011360 | Martin, Philip 1610 Madison Street NE Minneapolis, MN 55413 | William B Butler | Biersdorf & Associates PA | | 1610 Madison Street Ne Minneapolis, MN 55413 | MN | G-1 | C-1 (d); C-2; C-3 (e); E-1 |
| 011361 | Martin, Sharon 1134 Jefferson Street Ne Minneapolis, MN 55413 | William B Butler | Biersdorf & Associates PA | | 1134 Jefferson Street Ne Minneapolis, MN 55413 | MN | G-1 | C-1 (d); C-2; C-3 (e); E-1 |
| 011362 | Miskowiek, Michael 1432 Fifth Street Ne #3 Minneapolis, MN 55413 | William B Butler | Biersdorf & Associates PA | | 1432 5th Street Ne #3 Minneapolis, MN 55413 | MN | G-1 | C-1 (d); C-2; C-3 (e); D-4; D-6; E-1 |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | Scheduled for January 24, 2006 | To be Scheduled |
|---|---|---|---|---|---|---|---|---|
| 011363 | Nordstrom, Robert 690 Lowry Avenue Ne Minneapolis, MN 55418 | William B Butler | Biersdorf & Associates PA | | 690 Lowry Avenue Ne Minneapolis, MN 55418 | MN | G-1 | C-2; C-3 (e); E-1 |
| 011364 | Ostlund, Chyleen 1412 Monroe Street Ne Minneapolis, MN 55413 | William B Butler | Biersdorf & Associates PA | | 1412 Monroe Street Ne Minneapolis, MN 55413 | MN | G-1 | C-1 (d); C-2; C-3 (e); E-1 |
| 011365 | Pakirtzis, Zaharias 7201 36th Avenue N Apt 118 Minneapolis, MN 55427 | William B Butler | Biersdorf & Associates PA | | 612 20th Avenue Ne Minneapolis, MN 55418 | MN | G-1 | C-1 (d); C-2; C-3 (e); E-1 |
| 011366 | Patch, Gary 33 South Sixth Street Suite 4100 Minneapolis, MN 55402 | William B Butler | Biersdorf & Associates PA | | 1502 Madison Street Ne Minneapolis, MN 55413 | MN | G-1 | C-1 (d); C-2; C-3 (e); E-1 |
| 011367 | Rezai, Mahtab 1539 4th Street Ne Minneapolis, MN 55413 | William B Butler | Biersdorf & Associates PA | | 1539 4th Street Ne Minneapolis, MN 55413 | MN | G-1 | C-2; C-3 (e); E-1 |
| 011368 | Russinik, John 429 20th Avenue Ne Minneapolis, MN 55418 | William B Butler | Biersdorf & Associates PA | | 429 20th Avenue Ne Minneapolis, MN 55418 | MN | G-1 | C-1 (d); C-2; C-3 (e); E-1 |
| 011369 | Schack, Gail 1210 Jefferson Street Ne Minneapolis, MN 55413 | William B Butler | Biersdorf & Associates PA | | 1210 Jefferson Street Ne Minneapolis, MN 55413 | MN | G-1 | C-2; C-3 (e); E-1 |
| 011370 | Schaefer, William 1435 Adams Street Ne Minneapolis, MN 55413 | William B Butler | Biersdorf & Associates PA | | 1435 Adams Street Ne Minneapolis, MN 55413 | MN | G-1 | C-2; C-3 (e); E-1 |
| 011371 | Sellers, Carla 1732 Jefferson Street Ne Minneapolis, MN 55413 | William B Butler | Biersdorf & Associates PA | | 1732 Jefferson Street Ne Minneapolis, MN 55413 | MN | G-1 | C-1 (d); C-2; C-3 (e); D-4; D-6; E-1 |
| 011372 | Seymour, Jean 1812 5 Street Ne Minneapolis, MN 55418 | William B Butler | Biersdorf & Associates PA | | 1812 5 Street Ne Minneapolis, MN 55418 | MN | G-1 | C-2; C-3 (e); E-1 |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | Scheduled for January 24, 2006 | To be Scheduled |
|---|---|---|---|---|---|---|---|---|
| 011373 | Smith, John 33 South Sixth Street, Suite 4100 Minneapolis, MN 55402 | William B Butler | Biersdorf & Associates PA | | 2415 Garfield Street Ne Minneapolis, MN 55418 | MN | G-1 | C-1 (d); C-2; C-3 (e); D-4; D-6; E-1 |
| 011374 | Soucek, Albert Jon 1715 Fifth Street Ne Minneapolis, MN 55413 | William B Butler | Biersdorf & Associates PA | | 1715 Fifth Street Ne Minneapolis, MN 55413 | MN | G-1 | C-1 (d); C-2; C-3 (e); D-4; D-6; E-1 |
| 011375 | Speidel, Timothy Jon 1724 Jefferson St. NE Minneapolis, MN 55413 | William B Butler | Biersdorf & Associates PA | | 1724 Jefferson Street Ne Minneapolis, MN 55473 | MN | G-1 | C-1 (d); C-2; C-3 (e); D-4; D-6; E-1 |
| 011376 | Sydloski, Delores 1431 4 Street Ne Minneapolis, MN 55413 | William B Butler | Biersdorf & Associates PA | | 1431 Fourth Street Ne Minneapolis, MN 55413 | MN | G-1 | C-2; C-3 (e); D-4; D-6; E-1 |
| 011377 | Szykulski, Clemens 2407 Jefferson Street NE Minneapolis, MN 55418 | William B Butler | Biersdorf & Associates PA | | 2407 Jefferson Street Ne Minneapolis, MN 55418 | MN | G-1 | C-2; C-3 (e); D-4; D-6; E-1 |
| 011378 | St. John's Evangelical Lutheran Church | William B Butler | Biersdorf & Associates PA | St. John's Evangelical Lutheran Church | 610 Broadway Street Ne Minneapolis, MN 55413 | MN | G-1 | C-2; C-3 (e); D-4; D-6; E-1 |
| 011379 | Treffert, Brian 33 South Sixth Street Suite 4100 Minneapolis, MN 55402 | William B Butler | Biersdorf & Associates PA | | 2331 Monroe Street Minneapolis, MN 55418 | MN | G-1 | C-1 (d); C-2; C-3 (e); D-4; D-6; E-1 |
| 011380 | Taft, Elizabeth 1718 Jefferson Street Ne Minneapolis, MN 55418 | William B Butler | Biersdorf & Associates PA | | 1718 Jefferson Street Ne Minneapolis, MN 55418 | MN | G-1 | C-2; C-3 (e); E-1 |
| 011381 | Van Rysulk, Paul 1927 University Avenue Ne Minneapolis, MN 55418 | William B Butler | Biersdorf & Associates PA | | 1927 University Avenue Ne Minneapolis, MN 55418 | MN | G-1 | C-2; C-3 (e); E-1 |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | Scheduled for January 24, 2006 | To be Scheduled |
|---|---|---|---|---|---|---|---|---|
| 011382 | Vanderwood, Randy 1337 Adams Street Ne Minneapolis, MN 55413 | William B Butler | Biersdorf & Associates PA | | 1337 Adams Street Ne Minneapolis, MN 55413 | MN | G-1 | C-2; C-3 (e); E-1 |
| 011383 | Worley, William 1720 Sixth Street Ne Minneapolis, MN 55413 | William B Butler | Biersdorf & Associates PA | | 1720 Sixth Street Ne Minneapolis, MN 55413 | MN | G-1 | C-2; C-3 (e); E-1 |
| 011337 | Craig, James 2101 5th Street NE Minneapolis, MN 55418 | William B Butler | Biersdorf & Associates PA | | 2101 5th Street NE Minneapolis, MN 55418 | MN | C-1 (b); G-1 | C-2; C-3 (e); E-1 |
| 011334 | Chase, Adam Stephen - 1424 Adams St. Minneapolis, MN 55413 | William B Butler | Biersdorf & Associates PA | | 1427 Adams Street NE Minneapolis, MN 55413 | MN | G-1 | C-2; C-3 (e); E-1 |
| 007825 | Gaf Corp G-1 Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007826 | Gaf Corp G-1 Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007827 | Gaf Corp G-1 Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007828 | Gaf Corp G-1 Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007829 | Gaf Corp G-1 Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007831 | Gaf Corp G-1 Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007832 | Gaf Corp G-1 Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | Scheduled for January 24, 2006 | To be Scheduled |
|---|---|---|---|---|---|---|---|---|
| 007836 | Gaf Corp G-1 Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007837 | Gaf Corp G-1 Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007838 | Gaf Corp G-1 Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007839 | Gaf Corp G-1 Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007840 | Gaf Corp G-1 Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007841 | Gaf Corp G-1 Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007842 | Gaf Corp G-1 Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007843 | Gaf Corp G-1 Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007844 | Gaf Corp G-1 Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007845 | Gaf Corp G-1 Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007846 | Gaf Corp G-1 Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007847 | Gaf Corp G-i Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | Scheduled for January 24, 2006 | To be Scheduled |
|---|---|---|---|---|---|---|---|---|
| 007848 | Gaf Corp G-i Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007849 | Gaf Corp G-i Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007850 | Gaf Corp G-i Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007851 | Gaf Corp G-i Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007852 | Gaf Corp G-i Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007853 | Gaf Corp G-i Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007854 | Gaf Corp G-i Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007855 | Gaf Corp G-i Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007856 | Gaf Corp G-i Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007857 | Gaf Corp G-i Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007858 | Gaf Corp G-i Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007859 | Gaf Corp G-i Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | Scheduled for January 24, 2006 | To be Scheduled |
|---|---|---|---|---|---|---|---|---|
| 007860 | Gaf Corp G-i Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007861 | Gaf Corp G-i Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007862 | Gaf Corp G-i Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007863 | Gaf Corp G-i Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007864 | Gaf Corp G-i Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007866 | Gaf Corp G-i Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007867 | Gaf Corp G-i Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007868 | Gaf Corp G-i Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007869 | Gaf Corp G-i Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007870 | Gaf Corp G-i Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007871 | Gaf Corp G-i Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007872 | Gaf Corp G-i Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | Scheduled for January 24, 2006 | To be Scheduled |
|---|---|---|---|---|---|---|---|---|
| 007873 | Gaf Corp G-i Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007874 | Gaf Corp G-i Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007875 | Gaf Corp G-i Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007876 | Gaf Corp G-i Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007877 | Gaf Corp G-i Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007878 | Gaf Corp G-i Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007879 | Gaf Corp G-i Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007880 | Gaf Corp G-i Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007881 | Gaf Corp G-i Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007882 | Gaf Corp G-i Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007883 | Gaf Corp G-i Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |
| 007884 | Gaf Corp G-i Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | Scheduled for January 24, 2006 | To be Scheduled |
|---|---|---|---|---|---|---|---|---|
| 007885 | Gaf Corp G-i Holdings And Its Affiliates C/o Jose | William F. Taylor, Jr. | McCarter and English, LLP | | | N/A | C-1 (c); C-3 (a); H-1 | C-1 (d); C-3 (e); D-2; D-6; E-1 |