# S&R NON-PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | Theory of Claim |
|---|---|---|---|---|
| 1292 | 12057 | CA | Humboldt - Theater Arts Building | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1293 | 12058 | CA | Humboldt - University Center Support Building | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1294 | 12059 | CA | Humboldt - University Annex | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1295 | 12060 | CA | Humboldt - Van Matre Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1296 | 12061 | CA | Humboldt - Wagner House | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1297 | 12062 | CA | Humboldt - Water Tower (Historial Site) | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1298 | 12063 | CA | Humboldt - Walter Warren House | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1299 | 12064 | CA | Humboldt - Warren House | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1300 | 12065 | CA | Humboldt - Alder Residence Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1301 | 12066 | CA | Humboldt - Art Complex | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1302 | 12067 | CA | Humboldt - Baiocchi House | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1303 | 12068 | CA | Humboldt - Beard and Cables House | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1304 | 12069 | CA | Humboldt - Brero House | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1305 | 12070 | CA | Humboldt - Bret Harte House | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1306 | 12071 | CA | Humboldt - Brookins House | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |

# S&R NON-PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | Theory of Claim |
|---|---|---|---|---|
| 1307 | 12072 | CA | Humboldt - Buck House | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1308 | 12073 | CA | Humboldt - Cedar Residence Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1309 | 12074 | CA | Humboldt - Ceramics Lab | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1310 | 12075 | CA | Humboldt - Chinquapin Residence Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1311 | 12076 | CA | Humboldt - Cyress Residence Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1312 | 12077 | CA | Humboldt - Davis House | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1313 | 12078 | CA | Humboldt - Field House | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1314 | 12079 | CA | Humboldt - Fish Hatchery | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1315 | 12080 | CA | Humboldt - Forestry Building | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1316 | 12081 | CA | Humboldt - Founders Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1317 | 12082 | CA | Humboldt - Gist Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1318 | 12083 | CA | Humboldt - Greenhouse | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1319 | 12084 | CA | Humboldt - Griffith Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1320 | 12095 | CA | Humboldt - Wildlife Building and Addition | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1321 | 12096 | CA | Humboldt - Women's Center | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |

# S&R NON-PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | Theory of Claim |
|---|---|---|---|---|
| 1322 | 12097 | CA | Humboldt - Wildlife Facilities | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1323 | 12098 | CA | Humboldt - University Center | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1324 | 12099 | CA | UC Santa Cruz - Daskin (should be Baskin) Engineering (Applied Sciences) | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1325 | 12100 | CA | UC Santa Cruz - Crown College Commons | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1326 | 12101 | CA | UC Santa Cruz - Crown College Commons Gate House | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1327 | 12102 | CA | UC Santa Cruz - Kerr Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1328 | 12103 | CA | UC Santa Cruz - Hahn Student Services | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1329 | 12104 | CA | UC Santa Cruz - McHenry Library | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1330 | 12105 | CA | UC Santa Cruz - Merrill Dining Commons | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1331 | 12106 | CA | UC Santa Cruz - Merrill Academic Bldg. | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1332 | 12107 | CA | UC Santa Cruz - Thimann Lecture | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1333 | 12108 | CA | UC Santa Cruz - Stevenson College (Academic) | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1334 | 12109 | CA | UC Santa Cruz - Merrill Housing A Dorm | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1335 | 12110 | CA | UC Santa Cruz - Merrill Housing B Dorm | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1336 | 12111 | CA | UC Santa Cruz - Merrill Housing C Dorm | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |

# S&R NON-PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | Theory of Claim |
|---------|---------|-------|--------------------------|-----------------|
| 1337 | 12112 | CA | UC Santa Cruz - Merrill Housing D Dorm | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1338 | 12113 | CA | UC Santa Cruz - Crown Academic - Vallier Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1339 | 12114 | CA | UC San Diego - Applied Physics & Mathematics | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1340 | 12115 | CA | UC San Diego - Argo Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1341 | 12116 | CA | UC San Diego - Blake Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1342 | 12117 | CA | UC San Diego - Center for Coastal Studies | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1343 | 12118 | CA | UC San Diego - International Center | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1344 | 12119 | CA | UC San Diego - Media Center | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1345 | 12120 | CA | UC San Diego - Revelle Commons | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1346 | 12121 | CA | UC San Diego - Tenaya Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1347 | 12122 | CA | UC San Diego - Tioga Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1348 | 12123 | CA | UC San Diego - Mesa Apartments | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1349 | 12124 | CA | UC San Diego - ERC 703 (Res. Hall) | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1350 | 12125 | CA | UC San Diego - ERC 704 (Res. Hall) | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1351 | 12126 | CA | UC San Diego - ERC 705 (Res. Hall) | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |

# S&R NON-PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | Theory of Claim |
|---------|---------|-------|--------------------------|-----------------|
| 1352 | 12127 | CA | UC San Diego - ERC 706 (Res. Hall) | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1353 | 12128 | CA | UC San Diego - ERC 707 (Res. Hall) | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1354 | 12129 | CA | UC San Diego - ERC 708 (Res. Hall) | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1355 | 12130 | CA | UC San Diego - ERC 709 (Res. Hall) | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1356 | 12131 | CA | UC San Diego - ERC 710 (Res. Hall) | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1357 | 12132 | CA | UC San Diego - ERC Resident Dean's House | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1358 | 12133 | CA | UC San Diego - Thurgood Marshall College | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1359 | 12134 | CA | UC San Diego - University Center 104 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1360 | 12135 | CA | UC San Diego - University Center 105 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1361 | 12136 | CA | UC San Diego - University Center 106 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1362 | 12137 | CA | UC San Diego - University Center 107 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1363 | 12138 | CA | UC San Diego - University Center 108 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1364 | 12139 | CA | UC San Diego - University Center 109 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1365 | 12140 | CA | UC San Diego - University Center 110 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1366 | 12141 | CA | UC San Diego - University Center 112 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |

## S&R NON-PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | Theory of Claim |
|---|---|---|---|---|
| 1367 | 12142 | CA | UC San Diego - University Center 204 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1368 | 12143 | CA | UC San Diego - University Center 205 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1369 | 12144 | CA | UC San Diego - University Center 206 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1370 | 12145 | CA | UC San Diego - University Center 210 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1371 | 12146 | CA | UC San Diego - University Center 211 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1372 | 12147 | CA | UC San Diego - University Center 212 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1373 | 12148 | CA | UC San Diego - University Center 213 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1374 | 12149 | CA | UC San Diego - University Center 214 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1375 | 12150 | CA | UC San Diego - University Center 215 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1376 | 12151 | CA | UC San Diego - MAAC 239 (Water Tank) | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1377 | 12152 | CA | UC San Diego - University Center 301 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1378 | 12153 | CA | UC San Diego - University Center 302 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1379 | 12154 | CA | UC San Diego - University Center 400 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1380 | 12155 | CA | UC San Diego - University Center 401 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1381 | 12156 | CA | UC San Diego - University Center 501 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |

# S&R NON-PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | Theory of Claim |
|---------|---------|-------|--------------------------|-----------------|
| 1382 | 12157 | CA | UC San Diego - Eleanor Roosevelt College 518 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1383 | 12158 | CA | UC San Diego - Eleanor Roosevelt College 520 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1384 | 12159 | CA | UC San Diego - University Center 408 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1385 | 12160 | CA | UC San Diego - University Center 500 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1386 | 12161 | CA | UC San Diego - Outback Adventures | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1387 | 12162 | CA | UC San Diego - Medical Center Boiler Plant | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1388 | 12163 | CA | UC San Francisco - Clinical Sciences Bldg. | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1389 | 12164 | CA | UC San Francisco - Hunters Point 830 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1390 | 12165 | CA | UC San Francisco - Laundry Storehouse Bldg. | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1391 | 12166 | CA | UC San Francisco - LPPI Ramp Project (Langley Porter Psychiatric Institute) | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1392 | 12167 | CA | UC San Francisco - MR II (Medical Research II) | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1393 | 12168 | CA | UC San Francisco - MR IV (Medical Research IV) | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1394 | 12169 | CA | UC San Francisco - Medical Sciences Bldg. | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1395 | 12170 | CA | UC San Francisco - Mission Center Bldg. | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1396 | 12171 | CA | UC San Francisco - UC Clinics (UCH) Bldgs. (UC Hall) | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |

# S&R NON-PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | Theory of Claim |
|---------|---------|-------|--------------------------|-----------------|
| 1397 | 12172 | CA | UC San Francisco - Oyster Point | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1398 | 12173 | CA | UC San Francisco - Woods | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1399 | 12174 | CA | UC Lawrence Berkeley Lab - Bldg. 50 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1400 | 12175 | CA | UC Berkeley - University Village (103 bldgs.) | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1401 | 12176 | CA | UC Berkeley - University Village (Step 1) | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1402 | 12177 | CA | UC Berkeley - Clark Kerr Campus (23 bldgs.) | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1403 | 12178 | CA | UC Berkeley - Smyth-Fernwald (8 bldgs.) | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1404 | 12179 | CA | UC Berkeley - Residence Hall Unit 1 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1405 | 12180 | CA | UC Berkeley - Residence Hall Unit 2 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1406 | 12181 | CA | UC Berkeley - Residence Hall Unit 3 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1407 | 12182 | CA | UC Berkeley - Bowles Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1408 | 12183 | CA | UC Berkeley - Stern Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1409 | 12185 (12287 Dupl.) | CA | UC Los Angeles - Franz Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1410 | 12186 (12195 Dupl.) | CA | UC Los Angeles - Jules Stein Eye Institute | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1411 | 12187 (12196 Dupl.) | CA | UC Los Angeles - Public Policy Bldg. | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |

# S&R NON-PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | Theory of Claim |
|---|---|---|---|---|
| 1412 | 12188 (12197 Dupl.) | CA | UC Los Angeles - Young Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1413 | 12189 (12198 Dupl.) | CA | UC Los Angeles - Warren Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1414 | 12190 (12199 Dupl.) | CA | UC Los Angeles - Murphy Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1415 | 12191 (12192 & 12200 Dupl.) | CA | UC Los Angeles - Botany Bldg. | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1416 | 12193 (12201 Dupl.) | CA | UC Los Angeles - Law Bldg. | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1417 | 12194 (12202 Dupl.) | CA | UC Los Angeles - Dykstra Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1418 | 12203 (12288 Dupl.) | CA | UC Los Angeles - MacGowan East | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1419 | 12204 (12289 Dupl.) | CA | UC Los Angeles - 564 Glenrock Apt. | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1420 | 12205 | CA | UC Irvine - Middle Earth | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1421 | 12206 | CA | UC Irvine - Verano Housing | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1422 | 12207 | CA | UC Irvine - Medical Education Bldg. | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1423 | 12208 | CA | UC Berkeley - ASUC | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1424 | 12209 | CA | UC Berkeley - Latimer | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1425 | 12210 | CA | UC Berkeley - Hildebrand | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1426 | 12211 | CA | UC Berkeley - Hertz | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |

# S&R NON-PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | Theory of Claim |
|---------|---------|-------|--------------------------|-----------------|
| 1427 | 12212 | CA | UC Berkeley - Clark Kerr | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1428 | 12213 | CA | UC Berkeley - Barker Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1429 | 12214 | CA | UC Berkeley - Birge Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1430 | 12215 | CA | UC Berkeley - Barrows | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1431 | 12216 | CA | UC Berkeley - McCone Hall - Earth Science | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1432 | 12217 | CA | UC Berkeley - Morrison Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1433 | 12218 | CA | UC Berkeley - Pimental-Physical Lecture Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1434 | 12219 | CA | UC Berkeley - San Pablo 6701 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1435 | 12220 | CA | UC Berkeley - Tolman | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1436 | 12221 | CA | UC Berkeley - UCB Art Museum | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1437 | 12222 | CA | UC Berkeley - University Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1438 | 12223 | CA | UC Berkeley - Warren Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1439 | 12224 | CA | UC Berkeley - Wurster Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1440 | 12225 | CA | UC Davis - Segundo-Malcolm | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1441 | 12226 | CA | UC Davis - Segundo-Bixby | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |

# S&R NON-PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | Theory of Claim |
|---|---|---|---|---|
| 1442 | 12227 | CA | UC Davis - Segundo-Ryerson | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1443 | 12228 | CA | UC Davis - Segundo-Gilmore | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1444 | 12229 | CA | UC Davis - Sproul Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1445 | 12230 | CA | UC Davis - Wellman Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1446 | 12231 | CA | UC Davis - Olson | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1447 | 12232 | CA | UC Davis - Kerr | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1448 | 12233 | CA | UC Davis - Storer Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1449 | 12234 | CA | UC Davis - Vet Med Teaching Hospital (VMTH) | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1450 | 12235 | CA | UC Davis - Hutchinson Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1451 | 12236 | CA | UC Davis - Bainer | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1452 | 12237 | CA | UC Davis - Memorial Union (Book Store, Bowling Alley, Tower) | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1453 | 12238 | CA | UC Davis - Freeborn Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1454 | 12239 | CA | UC Davis - Voorhies | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1455 | 12240 | CA | UC Irvine - CTB Theatre (Claire Trevor Bren Theatre) | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1456 | 12241 | CA | UC Irvine - Fav Dance Studio | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |

# S&R NON-PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | Theory of Claim |
|---------|---------|-------|--------------------------|-----------------|
| 1457 | 12242 | CA | UC Irvine - Humanities Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1458 | 12243 | CA | UC Irvine - Medical Surge | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1459 | 12244 | CA | UC Irvine - Mesa Court | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1460 | 12245 | CA | UC Riverside - Bannockburn R | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1461 | 12246 | CA | UC Riverside - Bannockburn S | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1462 | 12247 | CA | UC Riverside - Bannockburn T | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1463 | 12248 | CA | UC Riverside - Bannockburn U | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1464 | 12249 | CA | UC Riverside - Bannockburn V | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1465 | 12250 | CA | UC Riverside - Batchelor Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1466 | 12251 | CA | UC Riverside - Chancellor's Residence | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1467 | 12252 | CA | UC Riverside - Entomology Annex | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1468 | 12253 | CA | UC Riverside - Highlander hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1469 | 12254 | CA | UC Riverside - Physical Education | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1470 | 12255 | CA | UC Riverside - Pierce Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1471 | 12256 | CA | UC Riverside - Sproul Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |

# S&R NON-PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | Theory of Claim |
|---------|---------|-------|--------------------------|-----------------|
| 1472 | 12257 | CA | UC Riverside - University Cottage | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1473 | 12258 | CA | UC Davis - Cuarto-Emerson | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1474 | 12259 | CA | UC Davis - Cuarto-Webster | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1475 | 12260 | CA | UC Davis - Cuarto-Castillian Commons | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1476 | 12261 | CA | UC Davis - Castillian 1440 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1477 | 12262 | CA | UC Davis - Castillian 1460 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1478 | 12263 | CA | UC Davis - Wickson Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1479 | 12264 | CA | UC Davis - Acquatic Bio | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1480 | 12265 | CA | UC Lawrence Berkeley Lab - Bldg. 54 (Cafeteria) | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1481 | 12266 | CA | UC Lawrence Berkeley Lab - Bldg. 70 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1482 | 12267 | CA | UC Lawrence Berkeley Lab - Bldg. 70A | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1483 | 12268 | CA | UC Lawrence Berkeley Lab - Bldg. 70A Breezeway | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1484 | 12269 | CA | UC Lawrence Berkeley Lab - Bldg. 71E (Trailer) | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1485 | 12270 | CA | UC Lawrence Berkeley Lab - Bldg. 74 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1486 | 12271 | CA | UC Lawrence Berkeley Lab - Bldg. 88 (Electrical Vault) | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |

# S&R NON-PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | Theory of Claim |
|---|---|---|---|---|
| 1487 | 12272 | CA | UC Riverside - Bannockburn A | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1488 | 12273 | CA | UC Riverside - Bannockburn B | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1489 | 12274 | CA | UC Riverside - Bannockburn C | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1490 | 12275 | CA | UC Riverside - Bannockburn F | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1491 | 12276 | CA | UC Riverside - Bannockburn G | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1492 | 12277 | CA | UC Riverside - Bannockburn H | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1493 | 12278 | CA | UC Riverside - Bannockburn I | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1494 | 12279 | CA | UC Riverside - Bannockburn K | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1495 | 12280 | CA | UC Riverside - Bannockburn L | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1496 | 12281 | CA | UC Riverside - Bannockburn N | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1497 | 12282 | CA | UC Riverside - Bannockburn O | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1498 | 12283 | CA | UC Riverside - Bannockburn P | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1499 | 12284 | CA | UC Riverside - Bannockburn Q | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1500 | 12285 | CA | UC Riverside - Bannockburn E | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1501 | 12286 | CA | UC Berkeley - Carleton 2000 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |

## S&R NON-PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | Theory of Claim |
|---------|---------|-------|--------------------------|-----------------|
| 1502 | 12290 | CA | UC Lawrence Berkeley Lab - Bldg. 50A (Computer Room) | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1503 | 12364 | CA | UC Santa Barbara - San Rafael (Bldg. 587) | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1504 | 12595 | NY | Mount Sinai Hospital #10, | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1505 | 12596 | NY | Mount Sinai Hospital #11, | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1506 | 12597 | NY | Mount Sinai Hosptial #12, | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1507 | 12598 | NY | Mount Sinai Hospital #13, | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1508 | 12600 | NY | Mount Sinai Hospital #16, | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1509 | 12601 | NY | Mount Sinai Hospital #15, | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1510 | 12602 | NY | Mount Sinai Hosptial #17, | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1511 | 12603 | NY | Mount Sinai Hosptial #19, | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1512 | 12604 | NY | Mount Sinai Hosptial #20, | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1513 | 12605 | CA | Long Beach - Residence Hall J Commons | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1514 | 12606 | CA | Long Beach - Restrooms Storage | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1515 | 12607 | CA | Long Beach - Science Lecture Halls | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1516 | 12608 | CA | Long Beach - Social Science Public Affairs | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |

# S&R NON-PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | Theory of Claim |
|---|---|---|---|---|
| 1517 | 12609 | CA | Long Beach - Soroptimist House | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1518 | 12610 | CA | Long Beach - Student Health Service | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1519 | 12611 | CA | Long Beach - Studio Theater | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1520 | 12612 | CA | Long Beach - University Police Facility Management | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1521 | 12613 | CA | Long Beach - University Telecommunications Center | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1522 | 12614 | CA | Long Beach - University Gymnasiums | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1523 | 12615 | CA | Long Beach - University Student Union | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1524 | 12617 | CA | Long Beach - Vivian Engineering Center | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1525 | 12618 | CA | Long Beach - Animal House | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1526 | 12619 | CA | Long Beach - Bookstore | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1527 | 12620 | CA | Long Beach - Cafeteria | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1528 | 12621 | CA | Long Beach - Corporation Yard | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1529 | 12622 | CA | Long Beach - Dance Annex | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1530 | 12623 | CA | Long Beach - Design | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1531 | 12624 | CA | Long Beach - E. James Brothman Hall | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |

# S&R NON-PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | Theory of Claim |
|---------|---------|-------|--------------------------|-----------------|
| 1532 | 12625 | CA | Long Beach - Education 1 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1533 | 12626 | CA | Long Beach - Education 2 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1534 | 12627 | CA | Long Beach - Electrical Substation N | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1535 | 12628 | CA | Long Beach - Electrical Substation S | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1536 | 12629 | CA | Long Beach - Engineering 2 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1537 | 12630 | CA | Long Beach - Engineering 3 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1538 | 12631 | CA | Long Beach - Engineering 4 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1539 | 12632 | CA | Long Beach - Engineering Technology | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1540 | 12633 | CA | Long Beach - Faculty Office # 4 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1541 | 12634 | CA | Long Beach - Faculty Office # 5 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1542 | 12635 | NY | Mount Sinai Hospital #8, | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1543 | 12636 | NY | Mount Sinai Hosptial #9, | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1544 | 12637 | CA | Long Beach - Fine Arts 1 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1545 | 12638 | CA | Long Beach - Fine Arts 2 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1546 | 12639 | CA | Long Beach - Fine Arts 3 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |

# S&R NON-PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | Theory of Claim |
|---|---|---|---|---|
| 1547 | 12640 | CA | Long Beach - Fine Arts 4 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1548 | 12641 | CA | Long Beach - FM-88 KLON Radio | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1549 | 12642 | CA | Long Beach - Greenhouse 1 and 2 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1550 | 12643 | CA | Long Beach - Greenhouse 3 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1551 | 12644 | CA | Long Beach - Health & Human Services 2 | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1552 | 14399 | CA | Chico - Stiles Warehouse | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |
| 1553 | 14886 | NY | Mount Sinai Hospital #14, | Conspiracy / Consert of Action as Alleged in Anderson Memorial Complaint |

| PID (YES or NO) |
|---|
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
| --- |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
| --- |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
| --- |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
| --- |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
| --- |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
| --- |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
| --- |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
| --- |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
| --- |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
| --- |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
| --- |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
| --- |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
|---|
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
|---|
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
|---|
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
|---|
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
| --- |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
| --- |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
| --- |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
| --- |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
| --- |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
|---|
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
| --- |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
| --- |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
|-----------------|
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
| --- |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
| --- |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
| --- |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
| --- |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
|---|
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
| --- |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
| --- |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
| --- |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
| --- |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
| --- |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
| --- |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
|---|
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
| --- |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
| --- |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
|---|
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
| --- |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
| --- |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
|---|
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
|:---:|
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
|---|
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
|---|
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
|---|
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
| --- |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |

| PID (YES or NO) |
|---|
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |
| NO |