# EXHIBIT B

| BLDG # | STATE | JOBSITE NAME | WRG Claim Number |
|--------|-------|--------------|------------------|
| 1 | CA | Chico - Aymer Jay Hamilton Bldg. | 10592 |
| 2 | CA | Chico - Continuing Education | 10599 |
| 3 | CA | Chico - Langdon Engineering Center | 10614 |
| 4 | CA | Chico - Selvester Café | 10625 |
| 5 | CA | Chico - Whitney Hall | 11994 |
| 6 | CA | Fullerton - McCarthy Hall | 10057 |
| 7 | CA | Fullerton - Student Health Center | 10024 |
| 8 | CA | Hayward - Administration | 11966 |
| 9 | CA | Hayward - Library | 11965 |
| 10 | CA | Hayward - Physical Ed | 11961 |
| 11 | CA | Hayward - Plant Operation Offices | 11968 |
| 12 | CA | Hayward - Theatre | 11964 |
| 13 | CA | Long Beach - Faculty Office # 2 | 10257 |
| 14 | CA | Long Beach - Liberal Arts 1 | 10251 |
| 15 | CA | Long Beach - Patterson Child Development | 10244 |
| 16 | CA | Long Beach - Psychology | 10498 |
| 17 | CA | Long Beach - Student Health Service | 12610 |
| 18 | CA | Long Beach - University Student Union | 12615 |
| 19 | CA | Long Beach - Vivian Engineering Center | 12617 |
| 20 | CA | Los Angeles - Career Center | 10408 |
| 21 | CA | Los Angeles - Engineer - Industrial Studies | 10409 |
| 22 | CA | Los Angeles - Parking Structure 1 | 10414 |
| 23 | CA | Los Angeles - Simpson TWR-SALAZAR Hall | 10417 |
| 24 | CA | Northridge - Engineering | 10128 |
| 25 | CA | Northridge - Oviatt Library | 10120 |
| 26 | CA | Northridge - Science | 10117 |
| 27 | CA | Northridge - Sierra Hall | 10115 |
| 28 | CA | Northridge - Sierra Hall Tower | 10116 |
| 29 | CA | Northridge - Student Services | 10113 |
| 30 | CA | Pomona - Kellogg West | 10010 |
| 31 | CA | Pomona - Kellogg West Addition | 10012 |
| 32 | CA | Pomona - Kellogg West Main Lodge | 10011 |
| 33 | CA | Pomona - Campus Center | 10083 |
| 34 | CA | Pomona - Cedritos (Ceritos) Hall | 10081 |
| 35 | CA | Pomona - Engineering | 10074 |
| 36 | CA | Pomona - Palmitas Hall | 10048 |
| 37 | CA | Pomona - Recreational Equipment Checkout Center | 10059 |
| 38 | CA | Sacramento - Shasta Hall Building | 10066 |
| 39 | CA | San Francisco - J.P. Leonard Library | 10188 |
| 40 | CA | San Francisco - Mary Park Hall | 10187 |
| 41 | CA | San Francisco - Mary Ward Hall | 10186 |
| 42 | CA | San Francisco - Thornton Hall | 10177 |
| 43 | CA | San Jose - Boccardo Business Complex | 11922 |
| 44 | CA | San Jose - Student Union | 11890 |
| 45 | CA | San Luis Obispo - Architect and Environmental Design | 11827 |
| 46 | CA | San Luis Obispo - Facility Services Welding Shop | 11772 |
| 47 | CA | San Luis Obispo - McFee University Union | 11765 |
| 48 | CA | San Luis Obispo - Vista Grande | 11742 |
| 49 | CA | Sonoma - Ives Hall (Music) | 10198 |

| BLDG # | STATE | JOBSITE NAME | WRG Claim Number |
|--------|-------|--------------|------------------|
| 50 | CA | Sonoma - Library Additions (Salazar Library) | 10197 |