IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| W. R. GRACE & CO., et al. | ) Case No. 01-01139 (JKF) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Rel. D.I. 11500** |

## NOTICE OF DOCUMENT FILED IN ERROR [DOCKET NO. 11500]

**PLEASE TAKE NOTICE** that the **Twenty-Second Interim Application of Capstone Advisory Group, LLC** (the "Fee Application") filed at Docket No. 11500 on January 6, 2006 was filed in error. The Fee Application was previously filed on January 4, 2006 and appears at Docket No. 11486. The undersigned hereby withdraws the Fee Application at Docket No. 11500.

Dated: January 9, 2005

DUANE MORRIS LLP

/s/ Michael R. Lastowski
Michael R. Lastowski (DE I.D. No. 3892)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:   (302) 657-4900
Facsimile:    (302) 657-4901
E-mail: mlastowski@duanemorris.com
           rwriley@duanemorris.com

-and-

STROOCK & STROOCK & LAVAN LLP
Lewis Kruger
Arlene Krieger
180 Maiden Lane
New York, NY 10038-4982
Telephone:   (212) 806-5400
Facsimile:    (212) 806-6006

*Co-Counsel to the Official Committee
of Unsecured Creditors*

WLM\213264.1