**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX  75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

December 31, 2005

In Reference To:      Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #       10532

Professional Services

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 12/1/2005 | JBA | Update database with AKO 10.05 e-detail, and LAS 10.05 e-detail | 0.10 | 4.00 |
|  | JBA | Update database with Swidler 10.05 e-detail pdf | 0.10 | 4.00 |
|  | SLB | complete draft of first (Exhibit A) fee and expense chart for 17th Interim (4.7) | 4.70 | 611.00 |
| 12/2/2005 | SLB | draft of second fee and expense chart for 17th Interim (7.3) | 7.30 | 949.00 |
|  | JBA | Update database with Bilzin 10.05 e-detail | 0.10 | 4.00 |
| 12/5/2005 | JBA | Update database with Tersigni 10.05 e-detail | 0.10 | 4.00 |
|  | SLB | draft e-mail to all W.R. Grace 17th Interim applicants requesting review of fee and expenses and Project Category Spreadsheet (.7) | 0.70 | 91.00 |
|  | SLB | complete draft of 17th Interim fee and expense chart - Exhibit A (with recommendations) - (6.6) | 6.60 | 858.00 |
|  | JBA | draft Corrections and Final version of 17th Interim Project Category Spreadsheet | 0.10 | 4.00 |

214 698-3868

W.R. Grace & Co.                                                                                              Page     2

|            |     |                                                                                                                                                                  | Hours | Amount   |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 12/5/2005  | JBA | Update database with Ferry Joseph 10.05 e-detail                                                                                                                 | 0.10  | 4.00     |
|            | CCO | Update database with 10.05 Monthly Invoice of Bilzin (.10); 10.05 Monthly Invoice of Reed (.10); 10.05 Monthly Invoice of Swidler (.10)                          | 0.30  | 12.00    |
| 12/6/2005  | JAW | detailed review of Pitney Hardin July 2005 monthly invoice (1.0)                                                                                                 | 1.00  | 135.00   |
|            | SLB | draft e-mails to K&E (.2) ; Pachulski (.2) and Woodcock (.3) re changes in 17th Interim Project Category Spreadsheet (.7)                                        | 0.70  | 91.00    |
| 12/7/2005  | CCO | Update database with 10.05 Monthly Invoice of Anderson (.10); 10.05 Monthly Invoice of LAS (.10); 10.05 Monthly Invoice of Campbell (.10); 10.05 Monthly Invoice of Caplin (.10) | 0.40  | 16.00    |
|            | JAW | detailed review of Pitney Hardin July 2005 monthly invoice (5.0); draft summary of same (0.1).                                                                   | 5.10  | 688.50   |
|            | SLB | draft e-mail to Pachulski re 17th Interim fee and expense charts (.4)                                                                                            | 0.40  | 52.00    |
| 12/8/2005  | JAW | detailed review of Kirkland July 2005 monthly invoice (5.0)                                                                                                      | 5.00  | 675.00   |
|            | JBA | draft and organize 18th Interim Project Category Spreadsheet                                                                                                     | 4.00  | 160.00   |
| 12/9/2005  | SLB | draft e-mail to M. Petito @ Protiviti re 18th Interim app. (.3) ; e-mail to Pachulski re 17th Interim fee charts (.4)                                            | 0.70  | 91.00    |
|            | CCO | Update database with 10.05 Monthly Invoice of Ferry (.10)                                                                                                        | 0.10  | 4.00     |
|            | SLB | telephone conference with J. ONeill @ Pachulski re 17th Interim charts and fee hearing (.3)                                                                      | 0.30  | 39.00    |
|            | PGS | Preparation of November 2005 Monthly Invoice of WHS                                                                                                              | 0.70  | 56.00    |
|            | JAW | detailed review of Kirkland July 2005 invoice (6.0)                                                                                                              | 9.30  | 1,255.50 |

W.R. Grace & Co.                                                                                               Page    3

|            |     |                                                                                                                                                                                                                                               | **Hours** | **Amount** |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|------------|
| 12/12/2005 | JAW | detailed review of Kirkland July 2005 monthly invoice (8.1)                                                                                                                                                                                                    | 8.10      | 1,093.50   |
|            | SLB | PACER research regarding possible filings or objections for 17th Interim fee hearing (1.8)                                                                                                                                                                     | 1.80      | 234.00     |
|            | CCO | Update database with 10.05 Monthly Invoice of Tesigni (.10)                                                                                                                                                                                                    | 0.10      | 4.00       |
|            | JBA | Update database with CIBC 10.05 e-detail pdf                                                                                                                                                                                                                   | 0.10      | 4.00       |
|            | JBA | Update database with Ferry Joseph 11.05 e-detail                                                                                                                                                                                                               | 0.10      | 4.00       |
|            | PGS | Electronic filing with court of November 2005 Monthly Invoice of WHS                                                                                                                                                                                           | 0.10      | 8.00       |
| 12/13/2005 | CCO | Update database with 10.05 Monthly Invoice of CIBC (.10); 11.05 Monthly Invoice of Ferry (.10)                                                                                                                                                                 | 0.20      | 8.00       |
|            | JAW | detailed review of Kirkland July 2005 monthly invoice (1.5); draft summary of same (6.0)                                                                                                                                                                       | 7.50      | 1,012.50   |
| 12/15/2005 | JAW | detailed review of Stroock August 2005 monthly invoice (1.8); draft summary of same (0.8)                                                                                                                                                                      | 2.60      | 351.00     |
|            | PGS | Electronic filing with court of CNO for October 2005                                                                                                                                                                                                           | 0.10      | 8.00       |
|            | PGS | Preparation of CNO for October 2005                                                                                                                                                                                                                            | 0.10      | 8.00       |
| 12/19/2005 | WHS | prepare for and attend fee app hearing by phone                                                                                                                                                                                                                | 0.40      | 110.00     |
|            | CCO | Update database with 07.01.05 through 09.30.05 Interim Fee Application of Pachulski (.10); 07.01.05 through 09.30.05 Interim Fee Application of Woodcock (.10); 10.05 Monthly Invoice of Nelson (.10); 07.01.05 through 08.31.05 Interim Fee Application of Proviti (.10) | 0.40      | 16.00      |
| 12/20/2005 | JAW | detailed review of Capstone August 2005 fee application (1.0); draft summary of same (0.1)                                                                                                                                                                     | 1.10      | 148.50     |

W.R. Grace & Co.            Page    4

| Date | TK | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/20/2005 | JBA | Update database with Duane Morris 11.05 e-detail pdf | 0.10 | 4.00 |
|  | JBA | Update database with PWC 10.05 e-detail | 0.10 | 4.00 |
| 12/21/2005 | JAW | detailed review of Bilzin August 2005 monthly invoice (1.0) | 1.00 | 135.00 |
| 12/22/2005 | JBA | Update database with Capstone 10.05 e-detail | 0.10 | 4.00 |
|  | JAW | detailed review of Bilzin August 2005 monthly invoice (2.8); draft summary of same (1.3). | 4.10 | 553.50 |
| 12/23/2005 | JAW | detailed review of Pitney August 2005 monthly invoice (4.5); draft summary of same (0.1). | 4.60 | 621.00 |
| 12/28/2005 | JBA | draft 18th Inteirm Project Category Spreadsheet | 1.00 | 40.00 |
| 12/30/2005 | JBA | Update database with Hilsoft 11.05 e-detal, and Bilzin 11.05 e-detail | 0.10 | 4.00 |
|  | JBA | Update database with Reed Smith 11.05 e-detail | 0.10 | 4.00 |
|  | JBA | Update database with Klett 11.05 e-detail, and Kramer 11.05 e-detail | 0.10 | 4.00 |
|  | JBA | Update database with 11.05 e-detail for: Campbell, Caplin, LAS, AKO | 0.10 | 4.00 |
| 12/31/2005 | JBA | draft 18th Interim Project Category Spreadsheeet | 3.50 | 140.00 |

**For professional services rendered**      **85.50 $10,335.00**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Courtney C. Orent | 1.50 | 40.00 | $60.00 |
| James A. Wehrmann | 49.40 | 135.00 | $6,669.00 |
| Jeff B. Allgood | 10.00 | 40.00 | $400.00 |

W.R. Grace & Co.                                                                                         Page      5

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Priscilla G Stidham | 1.00 | 80.00 | $80.00 |
| Stephen L. Bossay | 23.20 | 130.00 | $3,016.00 |
| Warren H Smith | 0.40 | 275.00 | $110.00 |