**Attachment B**
**To Fee Application**

**Summary of PwC's Fees By Professional**
**November 2005**

**Professional Profiles**
**WR Grace Time Tracking - Audit**
**For the Month Ended November 30, 2005**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $619.00 | 12.5 | $ 7,737.50 |
| Paul Kepple | Audit Partner | 17 | Integrated Audit | $849.00 | 0.5 | $ 424.50 |
| Robert Eydt | SEC Review Partner | 20+ | Integrated Audit | $815.00 | 2.0 | $ 1,630.00 |
| Kevin C McGonigle | Audit Senior Manager | 10 | Integrated Audit | $619.00 | 0.5 | $ 309.50 |
| John E Newstead | Audit Senior Manager | 10+ | Integrated Audit | $355.00 | 50.5 | $ 17,927.50 |
| David C Lloyd | Audit Senior Manager | 14 | Integrated Audit | $355.00 | 20.1 | $ 7,135.50 |
| Jody Beth Underhill | Tax Senior Manager | 20 | Integrated Audit | $301.00 | 4.5 | $ 1,354.50 |
| Ryan Grady | Audit Manager | 4 | Integrated Audit | $245.00 | 48.5 | $ 11,882.50 |
| Pamela Reinhardt | Audit Senior Associate | 3 | Integrated Audit | $185.00 | 136.0 | $ 25,160.00 |
| Francois C Barnard | Audit Manager | 7 | Integrated Audit | $257.00 | 32.0 | $ 8,224.00 |
| Maria Afuang | Audit Senior Associate | 4 | Integrated Audit | $185.00 | 82.0 | $ 15,170.00 |
| Cindy Y Chen | Audit Senior Associate | 2 | Integrated Audit | $191.00 | 37.1 | $ 7,086.10 |
| Majid Khan | Audit Senior Associate | >6 | Integrated Audit | $271.00 | 14.5 | $ 3,929.50 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $106.00 | 162.3 | $ 17,203.80 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $125.00 | 136.7 | $ 17,087.50 |
| Michael McDonnell | Audit Senior Associate | 3 | Integrated Audit | $172.00 | 22.0 | $ 3,784.00 |
| Jonathan Fish | Audit Associate | 2 | Integrated Audit | $252.00 | 5.0 | $ 1,260.00 |
| Christopher W Park | Audit Associate | 2 | Integrated Audit | $138.00 | 115.4 | $ 15,925.20 |

| Lauren Misler | Audit Associate | 2 | Integrated Audit | $172.00 | 126.0 | $ 21,672.00 |
|---|---|---|---|---|---|---|
| Thomas S Masterson | Audit Associate | <1 | Integrated Audit | $141.00 | 11.5 | $ 1,621.50 |
| Lyndsay B Signori | Audit Associate | 1 | Integrated Audit | $125.00 | 12.5 | $ 1,562.50 |
| Benjamin P Ayers | Audit Associate | <1 | Integrated Audit | $112.00 | 7.0 | $ 784.00 |
| | | | **TOTAL** | | 1,039.1 | $ 188,871.60 |

**Time Spent Tracking Time for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

**Totals**     19.0                                                                                 $ 1,862.00

**Summary of PwC's Fees By Project Category:**
**November 2005**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 19.0 | $1,862.00 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- Expenses | | |
| 24-Other | | |

| | | |
|---|---|---|
| **25-Accounting/Auditing** | **1,039.1** | **$188,871.60** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **1,058.1** | **$190,733.60** |

**Expense Summary**
**November 2005**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | N/A | $3,991.73 |
| **Lodging** | N/A | $2,770.88 |
| **Sundry** | N/A | $16.00 |
| **Business Meals** | N/A | $565.03 |
| **TOTAL:** | | $7,343.64 |