# Exhibit - B

CONSOLIDATED AUDIT-EXPENSE DETAIL
For the Month Ended November 30, 2005

| Name | Date | Title | Expenses | Description |
|---|---|---|---|---|
| William T. Bishop | 11/3/05 | Audit Partner | $ 16.00 | Parking for audit committee meeting at Hay Adams Hotel in Washington |
| | 11/9/05 | Audit Partner | $ 32.04 | Lunch with R Grady (PwC) to discuss audit status and planning items |
| | | | $ 48.04 | |
| Ryan Grady | 11/1/05 | Audit Manager | $ 15.52 | |
| | 11/3/05 | Audit Manager | $ 15.52 | |
| | 11/7/05 | Audit Manager | $ 15.52 | |
| | 11/23/05 | Audit Manager | $ 15.52 | |
| | 11/28/05 | Audit Manager | $ 15.52 | |
| | 11/29/05 | Audit Manager | $ 15.52 | |
| | | | $ 93.12 | |
| David Lloyd | 11/3/05 | Audit Senior Manager | $30.07 | Mileage to and from audit committee meeting in Washington. |
| | 11/4/05 | Audit Senior Manager | $ 8.25 | Mileage to W. R. Grace headquarters in Columbia. |
| | | | $38.32 | |
| Pam Reinhardt | 11/1/05 | Audit Senior Associate | $ 5.82 | Excess mileage to the client site (12 miles * .485 = $5.82) |
| | 11/3/05 | Audit Senior Associate | $ 5.82 | Excess mileage to the client site (12 miles * .485 = $5.82) |
| | 11/4/05 | Audit Senior Associate | $ 5.82 | Excess mileage to the client site (12 miles * .485 = $5.82) |
| | 11/7/05 | Audit Senior Associate | $ 5.82 | Excess mileage to the client site (12 miles * .485 = $5.82) |
| | 11/8/05 | Audit Senior Associate | $ 5.82 | Excess mileage to the client site (12 miles * .485 = $5.82) |
| | 11/9/05 | Audit Senior Associate | $ 5.82 | Excess mileage to the client site (12 miles * .485 = $5.82) |
| | 11/10/05 | Audit Senior Associate | $ 5.82 | Excess mileage to the client site (12 miles * .485 = $5.82) |
| | 11/11/05 | Audit Senior Associate | $ 5.82 | Excess mileage to the client site (12 miles * .485 = $5.82) |
| | 11/21/05 | Audit Senior Associate | $ 5.82 | Excess mileage to the client site (12 miles * .485 = $5.82) |
| | 11/28/05 | Audit Senior Associate | $ 5.82 | Excess mileage to the client site (12 miles * .485 = $5.82) |
| | 11/13/05 | Audit Senior Associate | $ 803.14 | Airfare to Lake Charles, LA |
| | 11/14/05 | Audit Senior Associate | $ 42.67 | Dinner with E Margolius at Lake Charles, LA on 11/14/05 |
| | 11/14/05 | Audit Senior Associate | $ 40.21 | Dinner with E Margolius at Lake Charles, LA on 11/13/05 |
| | 11/14/05 | Audit Senior Associate | $ 25.24 | Lunch with E Margolius at Lake Charles, LA on 11/13/05 |
| | 11/14/05 | Audit Senior Associate | $ 25.21 | Lunch with E Margolius at Lake Charles, LA on 11/14/05 |
| | 11/15/05 | Audit Senior Associate | $ 102.00 | Car service from home to airport on 11/13/05 |
| | 11/15/05 | Audit Senior Associate | $ 22.81 | Lunch with E Margolius at Lake Charles, LA on 11/15/05 |
| | 11/15/05 | Audit Senior Associate | $ 32.53 | Excess mileage to the client site (12 miles * .485 = $5.82) |
| | 11/16/05 | Audit Senior Associate | $ 123.23 | Dinner with E Margolius at Lake Charles, LA 11/16/05 |
| | 11/17/05 | Audit Senior Associate | $ 19.96 | Breakfast in Lake Charles, LA 11/17/05 |
| | 11/17/05 | Audit Senior Associate | $ 38.44 | Dinner with E Margolius in Lake Charles, LA 11/17/05 |
| | 11/18/05 | Audit Senior Associate | $ 1,195.65 | 5 nights at Hotel in Lake Charles, LA |
| | 11/18/05 | Audit Senior Associate | $ 122.00 | Car service from home to airport on 11/18/05 |
| | 11/28/05 | Audit Senior Associate | $ 1,118.90 | Airfare to Memphis, TN |
| | | | $ 3,770.19 | |
| Lauren Misler | 11/1/05 | Audit Associate | $ 11.50 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 11/2/05 | Audit Associate | $ 11.50 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 11/3/05 | Audit Associate | $ 11.50 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 11/4/05 | Audit Associate | $ 11.50 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 11/7/05 | Audit Associate | $ 11.50 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 11/8/05 | Audit Associate | $ 11.50 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 11/9/05 | Audit Associate | $ 11.50 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 11/10/05 | Audit Associate | $ 11.50 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 11/11/05 | Audit Associate | $ 11.50 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 11/13/05 | Audit Associate | $ 11.50 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 11/14/05 | Audit Associate | $ 11.50 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 11/15/05 | Audit Associate | $ 11.50 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 11/16/05 | Audit Associate | $ 11.50 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 11/17/05 | Audit Associate | $ 11.50 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 11/18/05 | Audit Associate | $ 11.50 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 11/21/05 | Audit Associate | $ 11.50 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 11/22/05 | Audit Associate | $ 11.50 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 11/23/05 | Audit Associate | $ 11.50 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 11/29/05 | Audit Associate | $ 11.50 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 11/30/05 | Audit Associate | $ 11.50 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | | | $ 230.00 | |
| Christopher Park | 11/9/05 | Audit Associate | $ 305.90 | Airfare to Chicago, Illinois for Physical Inventory Observation (11/16-11/18) |
| | 11/19/05 | Audit Associate | $ 369.60 | Hotel in Chicago, Illinois for Physical Inventory Observation (11/16-11/18) |
| | 11/18/05 | Audit Associate | $ 189.89 | Rental Car in Chicago, Illinois for Physical Inventory Observation (11/16-11/18) |

| Name | Date | Role | Amount | Description |
|---|---|---|---|---|
| | 11/18/05 | Audit Associate | $ 24.00 | Airfare Change Fee for Switching to Later Flight (Client Delays) for Physical Inventory Observation (11/16-11/18) |
| | 11/10/05 | Audit Associate | $ 10.00 | American Express Travel Service Fee for Flight to Chicago, Illinois for Physical Inventory Observation (11/16-11/18) |
| | 11/16/05 | Audit Associate | $ 55.00 | Dinner in Chicago, Illinois for Physical Inventory Observation for Chris Park, Lynda Kerolet and Bill Kelly (11/16-11-18) |
| | 11/15/05 | Audit Associate | $ 12.01 | Dinner in Chicago, Illinois for Physical Inventory Observation for Chris Park (11/16-11/18) |
| | | | **$ 966.39** | |
| Erica Margolius | 11/18/05 | Audit Associate | $ 15.95 | Breakfast on 11/18 at L'Auberge Lattes for P. Reinhardt and E. Margolius, PwC |
| | 11/18/05 | Audit Associate | $ 1,205.63 | L'auberge Du Lac Hotel in Lake Charles, LA for 404 site visit 11/13-11/18/2005 |
| | 11/17/05 | Audit Associate | $ 11.61 | Breakfast on 11/17 at L'Auberge Lattes for P. Reinhardt and E. Margolius, PwC |
| | 11/18/05 | Audit Associate | $ 288.25 | Hertz Car Rental in Lake Charles, LA for 404 site visit 11/13-11/18/2005 |
| | 11/16/05 | Audit Associate | $ 12.15 | Breakfast on 11/16 at L'Auberge Lattes for P. Reinhardt and E. Margolius, PwC |
| | 11/14/05 | Audit Associate | $ 12.15 | Breakfast on 11/14 at L'Auberge Lattes for P. Reinhardt and E. Margolius, PwC |
| | 11/16/05 | Audit Associate | $ 12.78 | Lunch at Sonic Drive-In for P. Reinhardt and E. Margolius, PwC |
| | 11/13/05 | Audit Associate | $ 31.04 | Dinner at L'Auberge Jack Daniels Restaurant in Lake Charles, LA for P. Reinhardt and E. Margolius, PwC |
| | 10/29/05 | Audit Associate | $ (587.02) | Credit for Continental Airlines to change flight dates for 404 site visit (originally going a week earlier) |
| | 10/17/2005 | Audit Associate | $ 1,117.64 | Flight to Lake Charles for 404 Site Visit roundtrip from National Airport leave 11/13 return 11/18 |
| | 11/18/2005 | Audit Associate | $ 13.40 | Lunch at Subway sandwich shop for P. Reinhardt and E. Margolius during return travel from Lake Charles |
| | 11/13/2005 | Audit Associate | $ 24.00 | Taxi to National Airport for Lake Charles Davison Plant 404 Site visit |
| | 11/18/2005 | Audit Associate | $ 40.00 | Taxi home from National Airport for Lake Charles Davison Plant 404 Site Visit |
| | | | **$ 2,197.58** | |
| | | Grand Total | **$ 7,343.64** | |
| | | | $ . | |

WR Grace and Co.
Fee Application Preparation
Month ended November 30, 2005

| Date | Hours | Description of Services Provided | Bill Rate | | Extended Cost |
|---|---|---|---|---|---|
| FEE APPLICATION PREPARATION | | | | | |
| Name: Allison Reeder | | | | | |
| | | | $ | 98.00 $ | 98.00 |
| 11/16/2005 | 1.0 | Prepare fee application for submission to bankruptcy courts | $ | 98.00 $ | 294.00 |
| 11/17/2005 | 3.0 | Prepare fee application for submission to bankruptcy courts | $ | 98.00 $ | 196.00 |
| 11/18/2005 | 2.0 | Prepare fee application for submission to bankruptcy courts | $ | 98.00 $ | 196.00 |
| 11/21/2005 | 2.0 | Prepare fee application for submission to bankruptcy courts | $ | 98.00 $ | 196.00 |
| 11/22/2005 | 2.0 | Prepare fee application for submission to bankruptcy courts | $ | 98.00 $ | 98.00 |
| 11/23/2005 | 1.0 | Prepare fee application for submission to bankruptcy courts | $ | 98.00 $ | 196.00 |
| 11/28/2005 | 2.0 | Prepare fee application for submission to bankruptcy courts | $ | 98.00 $ | 196.00 |
| 11/29/2005 | 2.0 | Prepare fee application for submission to bankruptcy courts | $ | 98.00 $ | 392.00 |
| 11/30/2005 | 4.0 | Prepare fee application for submission to bankruptcy courts | | | |
| | 19.0 | Total Grace Time Tracking Charged Hours | | | |
| | | | | $ | 1,862.00 |
| Totals | 19.0 | | | | |