James P. Cunningham, No. 001271
**Cunningham Law Firm**
330 N. Second Avenue
Phoenix, Arizona 85003
(602) 257-1750 - 1-800-244-0661
(602) 252-3436
cunninghamlaw@qwest.net

### IN THE UNITED STATED BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., *et al.*, ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Re: Docket Nos. 9301, 11023 |
| ) | |

### MOTION TO WITHDRAW AS ATTORNEY OF RECORD

COMES NOW, James P. Cunningham who apparently has been designated as counsel for some Claimants who are unknown to Mr. Cunningham. By way of background James P. Cunningham was contacted several years ago by Louis Robles, a Florida attorney, and was asked if he would appear as local counsel to file some lawsuits in Federal Court here in Phoenix, Arizona. All clients were notified that James P. Cunningham was only making a procedural appearance and that Louis Robles was the attorney responsible for the preparation and resolution of their case. Some settlements were obtained and Mr. Robles' firm paid Mr. Cunningham for his services and appearance here in Arizona.

The Arizona cases apparently were transferred and consolidated with other litigation cases in Pennsylvania. Some of the cases ended up in Bankruptcy Court for the Bankruptcy of W.R. Grace & Company. James P. Cunningham has not appeared as counsel for any Claimants and has not been in contact with any Claimants as their attorney. Mr. Cunningham

continues to receive correspondence from the Washington D.C. Law Firm of Kirkland and Ellis and copies of Orders from this Bankruptcy Court.

It is requested that the name of James P. Cunningham and the Cunningham Law Firm be struck as counsel for any Claimants or in the Bankruptcy proceeding.

RESPECTFULLY SUBMITTED this ⁴/ day of January 4, 2006.

**CUNNINGHAM LAW FIRM**

By_____
James P. Cunningham

ORIGINAL FILED and COPIES
of the foregoing mailed this 4/4 day
of January, 2006, to:

Honorable Judith K. Fitzgerald
United States Bankruptcy Court
824 Market Street, 5th Floor
Wilmington, Delaware 19801

Barbara Mack Harding, Esq.
Kirkland and Ellis, LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005

By_____

James P. Cunningham, No. 001271
**Cunningham Law Firm**
330 N. Second Avenue
Phoenix, Arizona 85003
(602) 257-1750 - 1-800-244-0661
(602) 252-3436
cunninghamlaw@qwest.net

## IN THE UNITED STATED BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket Nos. 9301,11023 |
| _____ | ) | |

### ORDER

James P. Cunningham, having filed with the Court a Motion to Withdraw as Attorney of Record, and good cause appearing,

IT IS HEREBY ORDERED, attorney James P. Cunningham and the Cunningham Law Firm is hereby withdrawn as attorney of record for all Claimants in the above-captioned matter.

DATED this _____ day of January, 2006.

                                                                                         _____
                                                                Honorable Judith K. Fitzgerald
                                                                U.S. District Bankruptcy Court for the
                                                                District of Delaware