IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Objection Deadline: January 30, 2006 at 4:00 p.m. |
| ) | Hearing: Schedule if Necessary (Negative Notice) |

**COVER SHEET TO SIXTH MONTHLY APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005**

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | December 21, 2004 |
| Period for which compensation is sought: | November 1, 2005 through November 30, 2005 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $7,904.50 |
| 80% of fees to be paid: | $6,323.60 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,001.00 |
| Total Fees @ 80% and 100% Expenses: | $7,324.60 |

This is an:  ___ interim  _X_ monthly  ___ final application.

## COMPENSATION SUMMARY
### November 2005

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (17 years) FCAS | 560 | 10.7 | 5,992.00 |
| Greg Poirier | Consulting Actuary (6 years) FCAS | 425 | 4.5 | 1,912.50 |
|  |  |  |  |  |
|  |  |  |  |  |
| Total |  |  | 15.2 | $7,904.50 |
| Blended Rate: $520 |  |  |  |  |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Insurance | 15.2 | $7,904.50 |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| Travel Expense (2 trips from St. Louis to office of Swidler in D.C.) | $1,001.00 |

| November 2005 – Grand Total | $8,905.50 |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: *[signature]*
Greg J. Poirier, FCAS, MAAA
2107 Wilson Boulevard
Arlington, VA  22201-3062
(703) 351-4700

Dated: Dec. 30, 2005