# EXHIBIT A

W.R. Grace (Bankruptcy)
Towers Perrin Time Records

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| **Nov-05** | | | | |
| Greg Poirier | 11/1/2005 | 1 | Meeting | Preparation for meeting |
| Greg Poirier | 11/1/2005 | 3.5 | Meeting | Meeting |
| Jenni Biggs | 11/1/2005 | 7.2 | Meeting | Preparation for meeting |
| Jenni Biggs | 11/1/2005 | 3.5 | Meeting | Meeting |
| **Total** | | 15.2 | | |