## Exhibit A



THOMAS & MACK CENTER    4505 MARYLAND PARKWAY • LAS VEGAS, NEVADA 89154-0003
(702) 739-3761 • FAX (702) 739-1099

August 13, 1991

Mr. Ken Porter
W. R. Grace & Co.
4220 W. Glenrosa Ave.
P.O. Box 14279
Phoenix, AZ  85019

Dear Mr. Porter,

I would like to address the warranty work being done at the Thomas & Mack Center by W. R. Grace & Co.

Saturday, August 10, 1991, we experienced a heavy thunder storm here. Your roofing crew had six scupper drains left opened around the parapet wall. Also four roof drains had been sealed over so no water could drain out. The result of this caused flooding on the concourse, arena floor, equipment room, and the air handler rooms. I had to call in workers Sunday at 3:00 am to clean up the water. This work amounted to fourteen (14) man hours at thirteen (13) dollars per hour, which cost a total of $182.00.

Peter came over Sunday to correct the problem with the drains. I also expressed to Peter my concern about all the black roofing product that is being trashed all over our building and sidewalks. At the pump site I have observed toxic roofing material being washed down the sidewalk into the water drain. If this was known by UNLV's Hazardous Waste Material Department, they would close down the roofing project.

We are greatful for the warranty work that is being done, however I would appreciate you talking to your crew asking them to show more concern in helping us keep the Thomas & Mack Center neat and clean. I would like to see them use more drop clothes, clean up right when they spill, close doors when they leave the air handler rooms, and keep used product drums picked up.

Sincerely,

Jim Nelson
Maintenance/Project Manager