IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | Re: Docket No. 9302 |

## CERTIFICATION OF COUNSEL REGARDING ORDER AMENDING CASE MANAGEMENT ORDER FOR THE ESTIMATION OF ASBESTOS PROPERTY DAMAGE LIABILITIES

The undersigned hereby certifies that:

1. On August 29, 2005, the Court entered its Case Management Order for the Estimation of Asbestos Property Damage Liabilities (Docket No. 9302) (the "PD CMO").

2. Thereafter, on November 14, 2005, pursuant to paragraph 12 of the PD CMO, the Court ruled as to the scope of the Phase I trial.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

3.  On December 19, 2005, the PD Committee made an oral motion to abate the discovery process for Phase I of the Estimation addressing the Methodology Issue and to similarly extend all other dates impacted thereby.

4.  Counsel for the Debtors and counsel for the PD Committee have agreed on the proposed form of Order attached hereto effecting such abatement.

5.  Accordingly, the Debtors respectfully request that the Court enter the Order attached hereto as Exhibit A.

Dated: January 10, 2006

>              KIRKLAND & ELLIS LLP
>              David M. Bernick, P.C.
>              Janet S. Baer
>              200 East Randolph Drive
>              Chicago, Illinois 60601
>              (312) 861-2000
>
>              and
>
>              PACHULSKI, STANG, ZIEHL, YOUNG, JONES
>              & WEINTRAUB P.C.
>
>              */s/ James E. O'Neill*
>              Laura Davis Jones (Bar No. 2436)
>              James E. O'Neill (Bar No. 4042)
>              919 North Market Street, 16th Floor
>              P.O. Box 8705
>              Wilmington, DE 19899-8705 (Courier 19801)
>              Telephone: (302) 652-4100
>              Facsimile: (302) 652-4400
>
>              Co-Counsel for the Debtors and Debtors in Possession

DOCS_DE:113703.3