**EXHIBIT "A"**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: November 15, 2005 |
| | ) | Hearing Date:  TBD only if necessary |

**SUMMARY OF THE VERIFIED APPLICATION OF**
**RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC**
**FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT**
**OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM**
**PERIOD FROM JULY 1, 2005 THROUGH JULY 31, 2005**

| | |
|---|---|
| Name of Applicant: | Richardson Patrick Westbrook & Brickman, LLC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002 |
| Period for which compensation and Reimbursement is sought: | July 1, 2005 through July 31, 2005 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 2,595.00 |
| Amount of Expenses Reimbursement: | $ 0 |

This is a:  X monthly     _ interim     _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004- 4/30/2003 | $327.50 | $ 0 | No objection served on counsel | No objections served on counsel |
| 8/17/2004 | 5/1/2004- 5/31/2004 | $4,432.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 8/17/2004 | 6/1/2004- 6//30/2004 | $24,797.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 7/1/2004- 7/31/2004 | $12,247.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 8/1/2004- 8/31/2004 | $13,955.00 | $0 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 9/1/2004- 9/30/2004 | $31,334.00 | $374.29 | No objections served on counsel | No objection served on counsel |
| 11/23/2004 | 10/1/2004- 10/31/2004 | $210,386.00 | $23,723.43 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 11/1/2004- 11/30/2004 | $23,932.50 | $13,414.72 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 12/1/2004- 12/31/2004 | $9,507.50 | $145.53 | No objections served on counsel | No objections served on counsel |

| | | | | | |
|---|---|---|---|---|---|
| 2/28/2005 | 1/1/2005-1/31/2005 | $14,257.50 | $1,109.11 | No objections served on counsel | No objections served on counsel |
| 3/29/2005 | 2/1/2005-2/28/2005 | $7,082.50 | $33.46 | No objections served on counsel | No objections served on counsel |
| 5/10/2005 | 3/1/2005-3/31/2005 | $13,675.00 | $954.22 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 4/1/2005-4/30/2005 | $7,500.00 | $7.60 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 5/1/2005-5/31/2005 | $7,662.50 | $29.60 | No objections served on counsel | No objections served on counsel |
| 8/25/2005 | 6/1/2005-6/30/2005 | $5,187.50 | $ 0 | No objections served on counsel | No objections served on counsel |

This is the Thirty-fourth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 26 | Litigation | $650 | .8 | $520.00 |
| Robert M. Turkewitz | Partner | 17 | Litigation | $400 | .5 | $200.00 |
| | | TOTALS | | | 1.3 | $720.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 15.0 | $1,875.00 |
| | | TOTALS | | | 15.0 | $1,875.00 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | | |
| 20-Travel–Non-working | | |
| 22-ZAI Science Trial | 16.3 | $2,59500 |
| TOTALS | 16.3 | $2,595.00 |

3

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
|  | - 0 - |
| Total | - 0 - |

Dated:   October 25, 2005

BUCHANAN INGERSOLL PC

/s/      *William D. Sullivan*
William D. Sullivan (#2820)
The Nemours Building
1007 North Orange Street, Suite 1100
Wilmington, DE  19801
Phone: (302) 428-5500
FAX: (302) 428-3996

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
& Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC  29464
Phone: (843) 727-6513
FAX: (843) 727-6688
LEAD COUNSEL FOR
ZAI CLAIMANTS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: November 15, 2005** |
| | ) | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR SUMMARY OF THE VERIFIED APPLICATION OF**
**RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC**
**FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT**
**OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM**
**<u>PERIOD FROM JULY 1, 2005 THROUGH JULY 31, 2005</u>**

10/24/2005                                                                                                                   1

# Time report

## 07/01/2005 - 07/31/2005

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |

**Transaction:**     L106

### Day:     07/11/2005

| 07/11/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 1.00 | $125.00 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Calling ZAI homeowners regarding vermiculite inquiry requests for information from website and memos regarding contact | | | |

### Day:     07/14/2005

| 07/14/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Updating ZAI Canada jobsites, set up report for ZAI Canada jonsites, talk to various Canada homeowners regarding ZAI | | | |

### Day:     07/15/2005

| 07/15/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 0.50 | $62.50 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Conference with Ed Westbrook, Rob Turkewitz and co-counsel regarding ZAI | | | |
| 07/15/2005 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.50 | $325.00 |
| ewestbrook | 0000 | | Conference with Rob Turkewitz, Lizzie Kerrison and co-counsel regarding ZAI | | | |
| 07/15/2005 | 200106 | Zonolite Science Trial | L106 | $400.00 | 0.50 | $200.00 |
| rturkewitz | 0000 | | Conference with Ed Westbrook, Lizzie Kerrison and co-counsel regarding ZAI | | | |

### Day:     07/21/2005

| 07/21/2005 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.30 | $195.00 |
|---|---|---|---|---|---|---|
| ewestbrook | 0000 | | Conversations with Darrell Scott regarding recent events, possibility of filing position paper on ZAI estimation | | | |

### Day:     07/26/2005

| 07/26/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.50 | $562.50 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Researching California NOA (Naturally Occurring Asbestos) news articles, UC-Davis research study, EPA Region 9 information on NOA (4); FOIA regarding R.J. Lee documents submitted to MSHA (.5) | | | |

### Day:     07/28/2005

| 07/28/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Researching information from past articles for specific FOIA request regarding First Nations Canada ZAI (2); Researching internet for | | | |

10/24/2005

2

# Time report

## 07/01/2005 - 07/31/2005

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |
| | | | information regarding Libby medical articles presented in 2005 Golschmidt Conference, emailing authors for full articles of abstract on internet (2) | | | |
| | | | **Grand Total:** | | | **$2,595.00** |
| | | | **Expense Grand Total:** | | | **$0.00** |
| | | | **Time Grand Total:** | | | **$2,595.00** |
| | | | **Total Hours/Report:** | | | **16.30** |
| | | | **Count:** | | | **8** |

## VERIFICATION

STATE OF SOUTH CAROLINA )
)
COUNTY OF CHARLESTON )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a) I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b) I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

c) I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 24th day of October 2005.

_____
Notary Public for South Carolina