**EXHIBIT "B"**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: December 1, 2005** |
| | ) | **Hearing Date:  TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM AUGUST 1, 2005 THROUGH AUGUST 31, 2005

Name of Applicant:                                    Richardson Patrick Westbrook
                                                              & Brickman, LLC

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:                                  July 22, 2002

Period for which compensation and
Reimbursement is sought:                            August 1, 2005 through
                                                              August 31, 2005

Amount of Compensation sought as actual,
Reasonable, and necessary:                          $ 7,430.00

Amount of Expenses Reimbursement:                $ 401.08
This is a:  X monthly    _ interim    _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004- 4/30/2003 | $327.50 | $ 0 | No objection served on counsel | No objections served on counsel |
| 8/17/2004 | 5/1/2004- 5/31/2004 | $4,432.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 8/17/2004 | 6/1/2004- 6//30/2004 | $24,797.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 7/1/2004- 7/31/2004 | $12,247.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 8/1/2004- 8/31/2004 | $13,955.00 | $0 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 9/1/2004- 9/30/2004 | $31,334.00 | $374.29 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 10/1/2004- 10/31/2004 | $210,386.00 | $23,723.43 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 11/1/2004- 11/30/2004 | $23,932.50 | $13,414.72 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 12/1/2004- 12/31/2004 | $9,507.50 | $145.53 | No objections served on counsel | No objections served on counsel |

| 2/28/2005 | 1/1/2005-1/31/2005 | $14,257.50 | $1,109.11 | No objections served on counsel | No objections served on counsel |
|-----------|-----------|-----------|-----------|-----------|-----------|
| 3/29/2005 | 2/1/2005-2/28/2005 | $7,082.50 | $33.46 | No objections served on counsel | No objections served on counsel |
| 5/10/2005 | 3/1/2005-3/31/2005 | $13,675.00 | $954.22 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 4/1/2005-4/30/2005 | $7,500.00 | $7.60 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 5/1/2005-5/31/2005 | $7,662.50 | $29.60 | No objections served on counsel | No objections served on counsel |
| 8/25/2005 | 6/1/2005-6/30/2005 | $5,187.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/05 | 7/1/2005-7/30/2005 | $2,595.00 | $ 0 | Pending | Pending |

This is the Thirty-fifth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|-----------|-----------|-----------|-----------|-----------|-----------|-----------|
| Edward J. Westbrook | Partner | 26 | Litigation | $650 | 5.7 | $3,705.00 |
| TOTALS | | | | | 5.7 | $3,705.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|-----------|-----------|-----------|-----------|-----------|-----------|-----------|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 29.8 | $3,725.00 |
| TOTALS | | | | | 29.8 | $3,725.00 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|-----------|-----------|-----------|
| 11-Fee Applications, Applicant 20-Travel–Non-working 22-ZAI Science Trial | 35.5 | $7,430.00 |
| TOTALS | 35.5 | $7,430.00 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Conference Call Charges | $329.00 |
| Meeting Expense | $72.08 |
| Total | $401.08 |

Dated:   November 10, 2005

/s/      *William D. Sullivan*
William D. Sullivan (No. 2820)
Buchanan Ingersoll, PC
The Nemours Building
1007 North Orange Street, Suite 1100
Wilmington, DE  19801
Phone: (302) 428-5500
FAX: (302) 428-3996

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
 & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC  29464
Phone: (843) 727-6513
FAX: (843) 727-6688

LEAD COUNSEL FOR
ZAI CLAIMANTS

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: December 1, 2005 |
| | ) | Hearing Date:  TBD only if necessary |

## FEE DETAIL FOR THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM <u>AUGUST 1, 2005 THROUGH AUGUST 31, 2005</u>

10/20/2005

# Time report

### 08/01/2005 - 08/31/2005

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | **L106** | | | | | |
| **Day:** | **08/01/2005** | | | | | |
| 08/01/2005 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Summarize Goldschmidt medical articles regarding vermiculite (3); conversation and email regarding articles (.5); Prepare FOIA request to MSHA requesting submissions by Dr. Lee and/or Grace regarding proposed rule (1) | $125.00 | 4.50 | $562.50 |
| **Day:** | **08/02/2005** | | | | | |
| 08/02/2005 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Summarize Goldschmidt medical articles regarding vermiculite | $125.00 | 3.00 | $375.00 |
| 08/02/2005 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 Strategic meeting with co-counsel | $650.00 | 5.00 | $3,250.00 |
| **Day:** | **08/04/2005** | | | | | |
| 08/04/2005 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Talk to ZAI homeowner, memo and update ZAI database (1); summarize vermiculite medical articles (2); conversation with MSHA FOIA administrator regarding requesst regarding proposed rule (.5) | $125.00 | 3.50 | $437.50 |
| **Day:** | **08/08/2005** | | | | | |
| 08/08/2005 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Summarize Goldschmidt medical articles regarding vermiculite | $125.00 | 3.00 | $375.00 |
| **Day:** | **08/09/2005** | | | | | |
| 08/09/2005 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Summarize Goldschmidt medical articles regarding vermiculite | $125.00 | 2.00 | $250.00 |
| **Day:** | **08/10/2005** | | | | | |
| 08/10/2005 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 Discussions with co-counsel regarding Grace status, review Grace filings regarding which entities are included in the bankruptcy, call to Grace counsel regarding same | $650.00 | 0.70 | $455.00 |
| **Day:** | **08/18/2005** | | | | | |
| 08/18/2005 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Various conversations with homeowners, write memos and update database | $125.00 | 2.00 | $250.00 |

10/20/2005

# Time report

### 08/01/2005 - 08/31/2005

2

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| **Day:** | | **08/22/2005** | | | | |
| 08/22/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| lkerrison | 0000 | | Updating ZAI homeowners database with state tags and ZAI Grace Reps (2014 verified statements for PD Grace cases) | | | |
| **Day:** | | **08/23/2005** | | | | |
| 08/23/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 1.30 | $162.50 |
| lkerrison | 0000 | | Research EPA Region 8 (MT) information on asbestos containing vermiculite (1); left message for ZAI homeowner in EPA Region 8 (.3) | | | |
| **Day:** | | **08/25/2005** | | | | |
| 08/25/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 1.00 | $125.00 |
| lkerrison | 0000 | | Conversation with homeowner, write memo and respond to email and update ZAI database | | | |
| **Day:** | | **08/29/2005** | | | | |
| 08/29/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 1.50 | $187.50 |
| lkerrison | 0000 | | Conversation with homeowners, write memo, respond to emails, send letter to MT homeowner, and update ZAI database | | | |
| **Day:** | | **08/30/2005** | | | | |
| 08/30/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| lkerrison | 0000 | | Review ZAI database for additional Grace documetns regarding customer inquiries / complaints / response information | | | |

| | | |
|---|---|---|
| **Grand Total:** | | **$7,430.00** |
| **Expense Grand Total:** | | **$0.00** |
| **Time Grand Total:** | | **$7,430.00** |
| **Total Hours/Report:** | | **35.50** |
| **Count:** | | **13** |

# Expense report

### 8/1/2005 - 8/31/2005

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | **E085** | | | | | |
| **Day:** | | **8/11/2005** | | | | |
| 8/11/2005<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | E085<br>Conference call with court charge | $329.00 | 1.00 | $329.00 |
| **Transaction:** | **E097** | | | | | |
| **Day:** | | **8/2/2005** | | | | |
| 8/2/2005<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | E097<br>Lunch with co-counsel during strategic meeting | $72.08 | 1.00 | $72.08 |

|  | |
|---|---|
| **Grand Total:** | **$401.08** |
| **Expense Grand Total:** | **$401.08** |
| **Time Grand Total:** | **$0.00** |
| **Total Hours/Report:** | **0.00** |
| **Count:** | **2** |

<u>VERIFICATION</u>

STATE OF SOUTH CAROLINA   )
                                 )
COUNTY OF CHARLESTON      )

       Edward J. Westbrook, after being duly sworn according to law, deposes and says:

       a)      I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

       b)      I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

       c)      I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

                                        Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 26th day of Oct. , 2005.


Kimberly A. Garvin
Notary Public for South Carolina

   My Commission Expires
   February 4, 2014