**<u>EXHIBIT "D"</u>**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline:  February 2, 2006** |
| | ) | **Hearing Date:  March 27, 2006 at 2:00pm** |

**SUMMARY OF THE EIGHTEENTH INTERIM QUARTERLY APPLICATION
OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM
JULY 1, 2005 THROUGH SEPTEMBER 30, 2005[2]**

Name of Applicant:                                  Richardson Patrick Westbrook
                                                                & Brickman, LLC

Authorized to Provide Professional Services to:     Zonolite Attic Insulation Claimants

Date of Appointment:                                Appointment Order effective
                                                                As of July 22, 2002

Period for which compensation and
Reimbursement is sought:                            July 1, 2005 through
                                                                September 30, 2005

Amount of Compensation sought as actual,
Reasonable, and necessary:              $  16,587.50

Amount of Expenses Reimbursement:       $  401.08

This is a:  _ monthly    X quarterly application

Prior Application filed:  Yes

---

[2]   RPWB became counsel in this matter over a year after it was filed.  To conform with the titles of the quarterly applications being filed by the firms who have been in the case since its inception, RPWB is titling this the "Eighteenth Interim Quarterly Application, (although it is actually RPWB's thirteenth such application).

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| October 31, 2002 | 7/22/02 – 9/30/02 | $170,069.50 | $44,005.38 | $170,069.50 | $42,828.33 |
| December 2, 2002 | 10/01/02-10/31/02 | $163,682.00 | $35,319.00 | $63,682.00 | $35,319.00 |
| January 8, 2003 | 11/01/02-11/30/02 | $115,319.00 | $5,714.09 | $115,319.00 | $5,714.09 |
| February 17, 2003 | 12/01/02-12/31/02 | $104,018.00 | $32,439.18 | $104,018.00 | $32,439.18 |
| March 12, 2003 | 01/01/03-01/31/03 | $142,944.50 | $68,022.89 | $142,944.50 | $68,022.89 |
| April 8, 2003 | 02/01/03-02/28/03 | $217,149.00 | $31,928.29 | $217,149.00 | $31,928.29 |
| May 16,2003 | 03/01/03-03/31/03 | $248,048.00 | $66,978.32 | $248,048.00 | $66,978.32 |
| July 1, 2003 | 04/01/03-04/30/03 | $102,950.00 | $149,727.83 | $102,950.00 | $149,727.83 |
| July 21, 2003 | 05/01/03-05/31/03 | $174,462.25 | $48,658.57 | $174,462.25 | $48,658.57 |
| August 15, 2003 | 06/01/03-06/30/03 | $202,080.25 | $71,550.40 | $202,080.25 | $71,550.40 |
| September 15, 2003 | 07/01/03-07/31/03 | $126,035.00 | $25,802.60 | $126,035.00 | $25,802.60 |
| October 23, 2003 | 08/01/03-08/30/03 | $121,733.75 | $26,563.23 | $121,733.75 | $26,563.23 |
| November 12, 2003 | 09/01/03-09/30/03 | $69,708.00 | $19,989.71 | $66,513.01 | $19,989.71 |
| December 8, 2003 | 10/01/03-10/30/03 | $24,786.50 | $5,853.38 | $24,786.50 | $5,853.38 |
| February 8, 2004 | 11/01/03-11/30/03 | $13,566.00 | $106.03 | $13,566.00 | $106.30 |
| February 8, 2004 | 12/01/03-12/31/03 | $12,107.50 | $11,256.59 | $12,107.50 | $11,256.59 |
| April 21, 2004 | 01/01/04-01/31/04 | $17,311.00 | $1,427.54 | $17,311.00 | $1,427.54 |
| April 21, 2004 | 02/01/04-02/29/04 | $36,536.50 | $3,023.68 | $36,536.50 | $3,023.68 |
| July 23, 2004 | 03/01/04-03/31/04 | $6,212.50 | $100.02 | 6,212.50 | $100.02 |
| August 17, 2004 | 04/01/2004-04/30/2004 | $327.50 | $ 0 | $327.50 | $ 0 |
| August 17, 2004 | 05/01/2004-05/31/2004 | $1,962.50 | $ 0 | $1,962.50 | $ 0 |
| August 17, 2004 | 06/01/2004-06/20/2004 | $24,797.50 | $ 0 | $24,797.50 | $ 0 |
| October 25, 2004 | 7/1/2004-7/31/2004 | $12,247.50 | $0 | $12,247.50 | $ 0 |
| October 25, 2004 | 8/1/2004-8/31/2004 | $13,955.00 | $0 | $13,955.00 | $ 0 |
| November 23, 2004 | 9/1/2004-9/30/2004 | $31,334.00 | $374.29 | $31,334.00 | $374.29 |
| November 23, 2004 | 10/1/2004- | $210,386.00 | $23,723.43 | $210,386.00 | $21,705.95 |

| | 10/31/2004 | | | | |
|---|---|---|---|---|---|
| January 12, 2005 | 11/1/2004-11/30/2004 | $23,932.50 | $13,414.72 | $23,932.50 | $13,414.72 |
| January 12, 2005 | 12/1/2004-12/31/2004 | $9,507.50 | $145.53 | $9,507.50 | $145.53 |
| February 28, 2005 | 1/1/2005-1/31/2005 | $14,257.50 | $1,109.11 | $4,257.50 | $1,109.11 |
| March 29, 2005 | 2/1/2005-2/28/2005 | $7,082.50 | $33.46 | $7,082.50 | $33.46 |
| May 10, 2005 | 3/1/2005-3/31/2005 | $13,675.00 | $954.22 | $13,675.00 | $954.22 |
| August 19, 2005 | 4/1/2005-4/30/2005 | $7,500.00 | $7.60 | $7,500.00 | $7.60 |
| August 19, 2005 | 5/1/2005-5/31/2005 | $7,662.50 | $29.60 | $7,662.50 | $29.60 |
| August 25, 2005 | 6/1/2005-6/30/2005 | $5,187.50 | $ 0 | $5,187.50 | $ 0 |
| October 25, 2005 | 7/1/2005-7/30/2005 | $2,595.00 | $ 0 | CNO filed; awaiting hearing | CNO filed; awaiting hearing |
| November 10, 2005 | 8/1/2005-8/31/2005 | $7,430.00 | $401.08 | CNO filed; awaiting hearing | CNO filed; awaiting hearing |
| November 10, 2005 | 9/1/2005-9/30/2005 | $6,562.50 | $ 0 | CNO filed; awaiting hearing | CNO filed; awaiting hearing |

RPWB has filed certificates of no objection with the Court with respect to the above Applications because no objections were filed with the Court within the objection period.

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 26 | Litigation | $650 | 6.5 | $4,225.00 |
| Robert M. Turkewitz | Partner | 18 | Litigation | $400 | .5 | $200.00 |
| TOTALS | | | | | 7.0 | $4,425.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 97.3 | $12,162.50 |
| TOTALS | | | | | 97.3 | $12,162.50 |

3

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | | |
| 20-Travel–Non-working | | |
| 22-ZAI Science Trial | 104.3 | $16,587.50 |
| | | |
| TOTALS | 104.3 | $16,587.50 |

ZAI Science Trial Expenses (Category 23)

| Description | Amount |
|---|---|
| Conference Call Charges | $329.00 |
| Meeting Expense - Meals | $72.08 |
| | |
| Total | $401.08 |
| | |

Dated: January 12, 2006

BUCHANAN INGERSOLL PC

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801
Tel: (302) 428-5500
Fax: (302) 428-3996

-and-

Edward J. Westbrook, Esq.
Robert M. Turkewitz, Esq.
Robert S. Wood, Esq.
Richardson Patrick Westbrook
 & Brickman
174 East Bay Street
Charleston, SC 29401
Phone: (843) 727-6513
FAX: (843) 727-6688

*Lead Counsel for the ZAI Claimants*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline:  February 2, 2006** |
| | ) | **Hearing Date:  March 27, 2006 at 2:00pm** |

## FEE DETAIL FOR THE EIGHTEENTH INTERIM QUARTERLY APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JULY 1, 2005 THROUGH SEPTEMBER 30, 2005

VERIFICATION

STATE OF SOUTH CAROLINA     )

                                   )

COUNTY OF CHARLESTON       )

       Edward J. Westbrook, after being duly sworn according to law, deposes and says:

       a)     I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

       b)     I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

       c)     I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

 

                                              _____

                                              Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this _____ day of _____, 2006.


_____

Notary Public for South Carolina

10/27/2005

# Time report

### 7/1/2005 - 9/30/2005

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | **L106** | | | | | |

### Day:          7/11/2005

| 7/11/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 1.00 | $125.00 |
| lkerrison | 0000 | | Calling ZAI homeowners regarding vermiculite inquiry requests for information from website and memos regarding contact | | | |

### Day:          7/14/2005

| 7/14/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | 0000 | | Updating ZAI Canada jobsites, set up report for ZAI Canada jonsites, talk to various Canada homeowners regarding ZAI | | | |

### Day:          7/15/2005

| 7/15/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 0.50 | $62.50 |
| lkerrison | 0000 | | Conference with Ed Westbrook, Rob Turkewitz and co-counsel regarding ZAI | | | |
| 7/15/2005 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.50 | $325.00 |
| ewestbrook | 0000 | | Conference with Rob Turkewitz, Lizzie Kerrison and co-counsel regarding ZAI | | | |
| 7/15/2005 | 200106 | Zonolite Science Trial | L106 | $400.00 | 0.50 | $200.00 |
| rturkewitz | 0000 | | Conference with Ed Westbrook, Lizzie Kerrison and co-counsel regarding ZAI | | | |

### Day:          7/21/2005

| 7/21/2005 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.30 | $195.00 |
| ewestbrook | 0000 | | Conversations with Darrell Scott regarding recent events, possibility of filing position paper on ZAI estimation | | | |

### Day:          7/26/2005

| 7/26/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.50 | $562.50 |
| lkerrison | 0000 | | Researching California NOA (Naturally Occurring Asbestos) news articles, UC-Davis research study, EPA Region 9 information on NOA (4); FOIA regarding R.J. Lee documents submitted to MSHA (.5) | | | |

### Day:          7/28/2005

| 7/28/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| lkerrison | 0000 | | Researching information from past articles for specific FOIA request regarding First Nations Canada ZAI (2); Researching internet for | | | |

10/27/2005

# Time report

## 7/1/2005 - 9/30/2005

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | information regarding Libby medical articles presented in 2005 Golschmidt Conference, emailing authors for full articles of abstract on internet (2) | | | |

| **Day:** | | **8/1/2005** | | | | |
|---|---|---|---|---|---|---|
| 8/1/2005 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Summarize Goldschmidt medical articles regarding vermiculite (3); conversation and email regarding articles (.5); Prepare FOIA request to MSHA requesting submissions by Dr. Lee and/or Grace regarding proposed rule (1) | $125.00 | 4.50 | $562.50 |

| **Day:** | | **8/2/2005** | | | | |
|---|---|---|---|---|---|---|
| 8/2/2005 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Summarize Goldschmidt medical articles regarding vermiculite | $125.00 | 3.00 | $375.00 |
| 8/2/2005 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 Strategic meeting with co-counsel | $650.00 | 5.00 | $3,250.00 |

| **Day:** | | **8/4/2005** | | | | |
|---|---|---|---|---|---|---|
| 8/4/2005 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Talk to ZAI homeowner, memo and update ZAI database (1); summarize vermiculite medical articles (2); conversation with MSHA FOIA administrator regarding requesst regarding proposed rule (.5) | $125.00 | 3.50 | $437.50 |

| **Day:** | | **8/8/2005** | | | | |
|---|---|---|---|---|---|---|
| 8/8/2005 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Summarize Goldschmidt medical articles regarding vermiculite | $125.00 | 3.00 | $375.00 |

| **Day:** | | **8/9/2005** | | | | |
|---|---|---|---|---|---|---|
| 8/9/2005 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Summarize Goldschmidt medical articles regarding vermiculite | $125.00 | 2.00 | $250.00 |

| **Day:** | | **8/10/2005** | | | | |
|---|---|---|---|---|---|---|
| 8/10/2005 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 Discussions with co-counsel regarding Grace status, review Grace filings regarding which entities are included in the bankruptcy, call to Grace counsel regarding same | $650.00 | 0.70 | $455.00 |

| **Day:** | | **8/18/2005** | | | | |
|---|---|---|---|---|---|---|
| 8/18/2005 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Various conversations with homeowners, write memos and update database | $125.00 | 2.00 | $250.00 |

10/27/2005                                                                                                    3

# Time report

### 7/1/2005 - 9/30/2005

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **8/22/2005** | | | | |
| 8/22/2005<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Updating ZAI homeowners database with state tags and ZAI Grace Reps (2014 verified statements for PD Grace cases) | $125.00 | 4.00 | $500.00 |
| **Day:** | | **8/23/2005** | | | | |
| 8/23/2005<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Research EPA Region 8 (MT) information on asbestos containing vermiculite (1); left message for ZAI homeowner in EPA Region 8 (.3) | $125.00 | 1.30 | $162.50 |
| **Day:** | | **8/25/2005** | | | | |
| 8/25/2005<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Conversation with homeowner, write memo and respond to email and update ZAI database | $125.00 | 1.00 | $125.00 |
| **Day:** | | **8/29/2005** | | | | |
| 8/29/2005<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Conversation with homeowners, write memo, respond to emails, send letter to MT homeowner, and update ZAI database | $125.00 | 1.50 | $187.50 |
| **Day:** | | **8/30/2005** | | | | |
| 8/30/2005<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for additional Grace documetns regarding customer inquiries / complaints / response information | $125.00 | 4.00 | $500.00 |
| **Day:** | | **9/1/2005** | | | | |
| 9/1/2005<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database - coding plants and year information to invoice fields for product id, copying individual homeowner invoices | $125.00 | 5.00 | $625.00 |
| **Day:** | | **9/6/2005** | | | | |
| 9/6/2005<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database - coding plants and year information to invoice fields for product id, copying individual homeowner invoices | $125.00 | 5.00 | $625.00 |
| **Day:** | | **9/8/2005** | | | | |
| 9/8/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 2.00 | $250.00 |

10/27/2005

4

# Time report

### 7/1/2005 - 9/30/2005

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| lkerrison | 0000 | | Review ZAI database - coding plants and year information to invoice fields for product id, copying individual homeowner invoices (1); talk to ZAI homeowners/customer inquiries, memo and update ZAI database (1) | | | |

| **Day:** | **9/12/2005** | | | | | |
|------|-----------|-------------|------------------|------|---------|-------|
| 9/12/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.50 | $562.50 |
| lkerrison | 0000 | | Adding additional jobsites to ZAI database (4); email response to ZAI homeowner request for information on vermiculite (.5) | | | |

| **Day:** | **9/13/2005** | | | | | |
|------|-----------|-------------|------------------|------|---------|-------|
| 9/13/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.50 | $687.50 |
| lkerrison | 0000 | | Review ZAI database - coding plants and year information to invoice fields for product id, copying individual homeowner invoices (4); update ZAI homeowner database (1.5) | | | |

| **Day:** | **9/15/2005** | | | | | |
|------|-----------|-------------|------------------|------|---------|-------|
| 9/15/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| lkerrison | 0000 | | Review ZAI database - coding plants and year information to invoice fields for product id, copying individual homeowner invoices | | | |

| **Day:** | **9/19/2005** | | | | | |
|------|-----------|-------------|------------------|------|---------|-------|
| 9/19/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | 0000 | | Review ZAI database - coding plants and year information to invoice fields for product id, copying individual homeowner invoices (2); adding additional jobsites to ZAI database (3) | | | |

| **Day:** | **9/20/2005** | | | | | |
|------|-----------|-------------|------------------|------|---------|-------|
| 9/20/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | 0000 | | Review ZAI database - coding plants and year information to invoice fields for product id, copying individual homeowner invoices | | | |

| **Day:** | **9/22/2005** | | | | | |
|------|-----------|-------------|------------------|------|---------|-------|
| 9/22/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 3.50 | $437.50 |
| lkerrison | 0000 | | Review ZAI database - coding plants and year information to invoice fields for product id, copying individual homeowner invoices | | | |

| **Day:** | **9/26/2005** | | | | | |
|------|-----------|-------------|------------------|------|---------|-------|
| 9/26/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| lkerrison | 0000 | | Review ZAI database - coding plants and year information to invoice fields for product id, copying individual homeowner invoices (2); update | | | |

10/27/2005

# Time report

### 7/1/2005 - 9/30/2005

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| | | | ZAI jobsites database (2) | | | |

| **Day:** | | **9/27/2005** | | | | |
|----------|--|---------------|--|--|--|--|
| 9/27/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| lkerrison | 0000 | | Review ZAI database - coding plants and year information to invoice fields for product id, copying individual homeowner invoices (2); update ZAI jobsites database (2) | | | |

| **Day:** | | **9/29/2005** | | | | |
|----------|--|---------------|--|--|--|--|
| 9/29/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | 0000 | | Review ZAI database - coding plants and year information to invoice fields for product id, copying individual homeowner invoices | | | |

| | |
|--|--|
| **Grand Total:** | **$16,587.50** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$16,587.50** |
| **Total Hours/Report:** | **104.30** |
| **Count:** | **33** |

10/27/2005

1

# Expense report

### 07/01/2005 - 09/30/2005

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |

**Transaction:** **E085**

   **Day:** **08/11/2005**

| 08/11/2005 | 200106 | Zonolite Science Trial | E085 | $329.00 | 1.00 | $329.00 |
|------|------|------|------|------|------|------|
| ewestbrook | 0000 | | Conference call with court charge | | | |

**Transaction:** **E097**

   **Day:** **08/02/2005**

| 08/02/2005 | 200106 | Zonolite Science Trial | E097 | $72.08 | 1.00 | $72.08 |
|------|------|------|------|------|------|------|
| ewestbrook | 0000 | | Lunch with co-counsel during strategic meeting | | | |

| | |
|---|---|
| **Grand Total:** | **$401.08** |
| **Expense Grand Total:** | **$401.08** |
| **Time Grand Total:** | **$0.00** |
| **Total Hours/Report:** | **0.00** |
| **Count:** | **2** |

| | Richardson Patrick Westbrook & Brickman | |
| Category | 18th Quarter | Cumulative thru 18th Quarter |
|---|---|---|
| 01 – Asset Analysis and Recovery | | 0.00 |
| 02 – Asset Disposition | | 0.00 |
| 03 – Business Operations | | 0.00 |
| 04 – Case Administration | | 0.00 |
| 05 – Claim Analysis Objection & Resolution (Asbestos) | | 0.00 |
| 06 – Claim Analysis Objection and Resolution (Non-asbestos) | | 0.00 |
| 07 – Committee, Creditors', Noteholders' or Equity Holders' | | 0.00 |
| 08 – Employee Benefits/Pension | | 0.00 |
| 09 – Employment Applications, Applicant | | 0.00 |
| 10 – Employment Applications, Others | | 0.00 |
| 11 – Fee Applications, Applicant | | 0.00 |
| 12 – Fee Applications, Others | | 0.00 |
| 13 – Financing | | 0.00 |
| 14 – Hearings | | 0.00 |
| 15 – Litigation and Litigation Consulting | | 0.00 |
| 16 – Plan and Disclosure Statement | | 0.00 |
| 17 – Relief from Stay Proceedings | | 0.00 |
| 18 – Tax Issues | | 0.00 |
| 19 – Tax Litigation | | 0.00 |
| 20 – Travel – Non-working | | 0.00 |
| 21 – Valuation | | 0.00 |
| 22 – ZAI Science Trial | $6,587.50 | $2,461,587.25 |
| 23 – ZAI Science Trial – Expenses | $401.08 | $688,660.79 |
| 24 – Other | | 0.00 |
| 25 – Accounting/Auditing | | 0.00 |
| 26 – Business Analysis | | 0.00 |
| 27 – Corporate Finance | | 0.00 |
| 28 – Data Analysis | | 0.00 |
| **PROJECT CATEGORY – TOTAL FEES** | **$6,587.50** | **$2,461,587.25** |
| **PROJECT CATEGORY – TOTAL EXPENSES** | **$401.08** | **$688,660.79** |
| **PROJECT CATEGORY – TOTAL FEES AND EXPENSES** | **$6,988.58** | **$3,150,248.04** |
| FEE APPLICATION – TOTAL FEES | $6,587.50 | $2,461,587.25 |
| FEE APPLICATION – TOTAL EXPENSES | $401.08 | $688,660.79 |
| **FEE APPLICATION – TOTAL FEES AND EXPENSES** | **$6,988.58** | **$3,150,248.04** |