IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PACIFICORP AND VANCOTT BAGLEY CORNWALL & MCCARTHY 401(k) PROFIT SHARING PLAN, | CIVIL ACTION NO. 05-764 |
| Appellants, | |
| v. | BANKRUPTCY CASE NO. 01-1139 |
| W.R. GRACE, et al., | |
| Appellee. | |

### ORDER

AND NOW, this __12__ day of January 2006, upon consideration of Appellants' Request for Oral Argument (Docket No. 15), it is hereby **ORDERED** that Appellants' request is **GRANTED**. Oral argument is scheduled for January 30, 2006 at 4:00 p.m. in Courtroom 14A of the U.S. Courthouse at 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

_____
RONALD L. BUCKWALTER, S.J.