IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W. R. GRACE & CO., et al. ) | Case No. 01-01139 (JKF) |
| ) | |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | Objection Deadline: January 9, 2006 at 4:00 p.m. |

## NO ORDER REQUIRED
## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 11371

The undersigned hereby certifies that, as of the date hereof, there is no answer, objection or other responsive pleading to the *Forty-Sixth Monthly Application of Duane Morris LLP for Compensation of Fees and Reimbursement of Expenses for the Month of November 2005* [Docket No. 11371] (the "Application") filed on December 19, 2005. The undersigned further certifies that he has reviewed the Court's docket in this case and that no outstanding answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than January 9, 2006 at 4:00 p.m.

Pursuant to the Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331 and Del. Bankr. LR 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 317], upon the filing of this Certificate, the Debtors are

WLM\213376 1

authorized to pay on an interim basis 80% of requested fees (totaling $10,491.20) and 100% of requested expenses ($365.64) without further Bankruptcy Court Order.

Dated: January 13, 2005  DUANE MORRIS LLP

*/s/ Michael R. Lastowski*

Michael R. Lastowski (DE I.D. No. 3892)
Richard W. Riley (DE I.D. No. 4052)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail: mlastowski@duanemorris.com
       rwriley@duanemorris.com

-and-

STROOCK & STROOCK & LAVAN LLP
Lewis Kruger
Denise Wildes
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006
Email: dwildes@stroock.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

WLM\213376.1