IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |

### CERTIFICATE OF SERVICE

I, Michael R. Lastowski, certify that I am not less than 18 years of age, and that service of

a copy of the **Certificate of No Objection Regarding Docket No. 11371** was made on January

13, 2006, on the attached list as indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: January 13, 2006
      Wilmington, Delaware

_____
Michael R. Lastowski (DE I.D. 3892)
Duane Morris , LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 657-4900

WLM\213265 1

**W.R. GRACE (01-1139)**
**CNO SERVICE LIST**

**HAND DELIVERY**
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

**HAND DELIVERY**
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Matthew W. Cheney, Esquire
Swidler Berlin Shereff Friedman LLP
3000 K Street, NW, Suite 300
Washington, DC 20007

**HAND DELIVERY**
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**HAND DELIVERY**
Marla R. Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
1201 Market Street
Suite 1500
Wilmington, DE 19801

Warren H. Smith
Warren H. Smith & Associates P.C.
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

Thomas Moers Mayer
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

**HAND DELIVERY**
Teresa K.D. Currier, Esquire
Klett Rooney Leiber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**HAND DELIVERY**
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022

Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005