IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., et al., | ) Case No. 01-01139 (JKF) |
| | ) |
| Debtors. | ) (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Joseph L. Schwartz, Esquire to represent The Prudential Insurance Company of America in this action.

/s/ Frederick B. Rosner
Frederick B. Rosner (No. 3995)
**JASPAN SCHLESINGER HOFFMAN LLP**
913 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone:    (302) 351-8000
Facsimile:    (302) 351-8010

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Joseph L. Schwartz, Esquire
**RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP**
Headquarters Plaza
1 Speedwell Avenue, West Tower
P.O. Box 1981
Morristown, NJ 07960
Telephone:    (973) 538-0800
Facsimile:    (973) 538-1984

#15029.1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____    _____
United States Bankruptcy Judge

#15029.1