**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|                          |   |                        |
|--------------------------|---|------------------------|
|                          | : |                        |
| **In re:**               | : | **Chapter 11**         |
|                          | : |                        |
| **W.R. GRACE & CO.**, *et al.*, | : | **Case No. 01-01139 (KCF)** |
|                          | : |                        |
| **Debtors.**             | : |                        |
|                          | : |                        |

**NOTICE OF APPEARANCE AND
<u>DEMAND FOR NOTICE AND PAPERS</u>**

PLEASE TAKE NOTICE that the attorneys set forth below, hereby enter their

appearance as counsel for creditors, Sempra Energy, San Diego Gas & Electric, and

Enova Corporation in connection with Debtor's Claim Objection, and pursuant to Fed. R.

Bankr. P. 2002 and 9010 and Del. Bankr. L. R. 2002(d), the undersigned requests that an

entry be made on the Clerk's Matrix, if any, in the above captioned case, and that all

notices given or required to be given and all papers served or required to be served, in

this case be given to and served upon:

>Steven T. Davis (Del. Bar No. 2731)
>OBERMAYER REBMANN MAXWELL & HIPPEL LLP
>3 Mill Road, Suite 306A
>Wilmington, Delaware 19806
>Telephone: (302) 655-9094
>
>     -and-
>
>D. Alexander Barnes, Esquire
>OBERMAYER REBMANN MAXWELL & HIPPEL LLP
>One Penn Center, 19th Floor
>1617 John F. Kennedy Blvd.
>Philadelphia, PA 19103-1895
>Telephone:   (215) 665-3184
>Facsimile:    (215) 665-3165
>alexander.barnes@obermayer.com

**4010027**

PLEASE TAKE FURTHER NOTICE that this request includes not only the

notices and papers referred to in the Bankruptcy Rules specified above, but also includes,

without limitation, all orders and notices of any application, motion, petition, pleading,

request, complaint, or demand, statements of affairs, operating reports, schedules of

assets and liabilities, whether formal or informal, whether written or oral, and whether

transmitted or conveyed by mail, courier services, hand delivery, telephone, facsimile

transmission, telegraph, telex, or otherwise.

Respectfully submitted,


Dated: January 13, 2006          By: __/s/ Steven T. Davis_____
                                     Steven T. Davis, Esquire (Del. Bar No. 2731)
                                     OBERMAYER REBMANN MAXWELL & HIPPEL LLP
                                     3 Mill Road, Suite 306A
                                     Wilmington, Delaware 19806
                                     Telephone: (302) 655-9094

                                     -and-

                                     D. Alexander Barnes, Esquire
                                     OBERMAYER REBMANN MAXWELL &
                                     HIPPEL LLP
                                     One Penn Center, 19th Floor
                                     1617 John F. Kennedy Blvd.
                                     Philadelphia, PA 19103-1895
                                     Telephone:  (215) 665-3140
                                     Facsimile:   (215) 665-3165

                                     Counsel to Sempra Energy, San Diego Gas &
                                     Electric, and Enova Corporation


**4010027**