**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **W.R. GRACE & CO.,** *et al.***,** | : | **Case No. 01-01139 (KCF)** |
| | : | |
| **Debtors.** | : | |
| _____ | : | |

**CERTIFICATE OF SERVICE**

I, Steven T. Davis, an attorney at the law firm of Obermayer Rebmann Maxwell & Hippel LLP, do hereby certify that on January 13, 2006, I caused a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers to be served via U.S. First Class Mail, postage prepaid upon the attached service list.

        /s/ Steven T. Davis
        Steven T. Davis, Esquire

**4010027**

## SERVICE LIST

Kirkland & Ellis LLP
David M. Bernick, P.C.
Janet S. Baer, Esquire
200 East Randolph Drive
Chicago, IL 60601

Pachulski, Stang, Ziehl, Young,
Jones & Weintraub P.C.
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19801

**4010027**