IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: February 2, 2006 at 4:00p.m. |

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005

---

[2]   The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Intercat v. Nol-Tec*
Civil Action No.: 0:03CV4886
United States District Court
District of Minnesota

| | | | |
|---|---|---|---|
| 11/02/2005 | GHL | Review of latest drafts of settlement agreement and related option agreement and model license agreement; review of Mr. Maggio's statement of key issues for consideration by Grace management and presentation ot Intercat, and telephone conference with Mr. Maggio regarding same; compilation of list of loaders to be incorporated into the settlement agreement as fully released within the settlement; | 1.30 |
| 11/02/2005 | KMW | Analysis of loaders placed by Grace and preparation of Settled Loader List. | 0.50 |
| 11/03/2005 | KMW | Preparation of loader list for settlement agreement. | 0.20 |
| 11/03/2005 | KMW | Analysis of loaders placed by Grace and preparation of Settled Loader List. | 0.20 |
| 11/07/2005 | GHL | Participation in further telephone negotiations with counsel regarding proposed settlement terms and draft agreements; | 1.00 |
| 11/14/2005 | GHL | Review of further versions of Settlement Agreement and related license agreements, and telephone conference with Mr. Maggio regarding same; | 0.30 |
| 11/18/2005 | GHL | Review of Intercat's proposed changes to draft Settlement Agreement and Model License Agreement, and telephone conference with Mr. Maggio regarding same; review of list of loaders from Mr. Jordan and from Nol-Tec and work on integrated list of Settled Loaders for the Agreement. | 0.80 |
| 11/21/2005 | KMW | Preparation of loader list for settlement agreement. | 1.00 |
| 11/22/2005 | KMW | Analysis of deposition exhibits relating to accused loaders, and preparation of settled loader list. | 1.50 |
| 11/23/2005 | GHL | Further work identifying and loaders shipped prior to effective settlement date from lists of Grace, Nol-Tec, and Pneumix; work on resolving discrepancies in list and development of final list for incorporation into Settlement agreement; | 1.00 |

| | | | |
|---|---|---|---:|
| 11/23/2005 | GHL | Review of Intercat's further proposed revisions to draft settlement agreement, telephone conference with Mr. Maggio and with Intercat counsel regarding same; drafting of further provision to address issues discussed; review of final documents as sent to creditors' committee counsel for review; | 0.70 |
| 11/23/2005 | KMW | Analysis of Settled Loader list. | 0.50 |
| 11/30/2005 | GHL | Review of questions from creditors' committee regarding Settlement Agreement and conference with Mr. Maggio to answer same; revision to draft stipulation of dismissal; work with Nol-Tec counsel to prepare reconciled lists of Settled Loaders for the Agreement, and telephone conference with Mr. Maggio regarding content of the lists; further telephone conference with with Messrs. Maggio, Stokes, and Jordan regarding the agreement; | 3.50 |

|   |   | SERVICES |   |   | $ | 5,130.50 |
|---|---|---|---|---|---|---:|
| GHL | GARY H. LEVIN | 8.60 | hours at $ | 490.00 | | |
| KMW | KAREN MILLANE WHITNEY | 3.90 | hours at $ | 235.00 | | |

**DISBURSEMENTS:**

| | | |
|---|---|---:|
| COMPUTER SEARCH | | 10.00 |
| DISBURSEMENT TOTAL | $ | 10.00 |
| SERVICE TOTAL | $ | 5,130.50 |
| **INVOICE TOTAL** | $ | **5,140.50** |

## WRG-0068
## PATENT APPLICATION: MULTI-ADDITIVE AND CATALYST LOADING SYSTEM

| 11/09/2005 | FTC | Reviewed published application and forwarded copy of published application to Mr. Cross. | 0.30 |
|---|---|---|---|

|  |  | SERVICES |  |  | $ 88.50 |
|---|---|---|---|---|---|
|  | FTC | FRANK T. CARROLL | 0.30 | hours @ | $295.00 |

**DISBURSEMENTS:**

| PATENT COPIES | 3.00 |
|---|---|

| DISBURSEMENT TOTAL | $ | 3.00 |
|---|---|---|
| SERVICE TOTAL | $ | 88.50 |
| **INVOICE TOTAL** | $ | **91.50** |

## WRG-0071
## STUDY OF THIRD PARTY PATENTS DIRECTED
## TO CEMENT COMPOSITION PLASTICIZER

| 11/03/2005 | GHL | Telephone conference with Mr. Baker regarding evaluation of prior art reference to third-party patent of interest; review of the file and prepare outline of further information to complete evaluation; | 0.60 |
|---|---|---|---|
| 11/05/2005 | GHL | Further work in evaluation of validity of third-party patents on cement plasticizers, including review of the patents and prosecution histories, study of prior art as received from client, consideration of validity issues in view of inherent teachings of the prior art; drafting of preliminary opinion on validity issues; | 4.00 |
| 11/07/2005 | GHL | Further review of prosecution history of the patents and telephone conference with Mr. Baker regarding further materials needed for evaluation; | 0.50 |
| 11/09/2005 | GHL | Review of further prior art as received from Mr. Baker and telephone conference with Mr. Baker regarding disclosures of the art; | 0.50 |
| 11/21/2005 | GHL | Review of results of analysis of digitized GPC curve of prior art plasticizer as performed by Dr. Jeknavorian, continued analysis of prior art and prosecution histories of patents, and drafting of opinion; | 2.00 |
| 11/22/2005 | GHL | Further analysis of third-party patents, telephone conference with Mr. Baker and Dr. Jeknavorian regarding analysis of prior art, and drafting preliminary opinion letter in view of same; | 2.00 |
| 11/23/2005 | GHL | Final editing of preliminary opinion and dispatch of same to Mr. Baker; | 0.40 |

SERVICES                                                  $ 4,900.00

| | GHL | GARY H. LEVIN | 10.00 | hours @ | $490.00 |
|---|---|---|---|---|---|

**DISBURSEMENTS:**

| TELEPHONE | 0.10 |
|---|---|
| PHOTOCOPYING | 2.40 |

DISBURSEMENT TOTAL                              $         2.50
SERVICE TOTAL                                          $     4,900.00

**INVOICE TOTAL**                                      $     4,902.50

## WRG-0072
## PATENT APPLICATION: SYSTEM AND PROCESS FOR INJECTING CATALYST AND/OR ADDITIVES INTO A FLUIDIZED CATALYTIC CRACKING UNIT

| 11/09/2005 | FTC | Telephone conference with Mr. Cross to discuss status of application and claim scope; | | 0.20 |
|---|---|---|---|---|
| | | SERVICES | $ | 59.00 |

| | FTC | FRANK T. CARROLL | 0.20 | hours @ | $295.00 |
|---|---|---|---|---|---|

**DISBURSEMENTS:**

| TELEPHONE | 1.70 |
|---|---|

| DISBURSEMENT TOTAL | $ | 1.70 |
|---|---|---|
| SERVICE TOTAL | $ | 59.00 |
| **INVOICE TOTAL** | **$** | **60.70** |

## WRG-0075
## EVALUATION OF THIRD-PART PATENT
## ON ALUMINUM HYDROXIDE PREPARATION

**DISBURSEMENTS:**

| | |
|---|---|
| ASSOCIATE SERVICES – Prosecution History Retrieval | 214.41 |
| TRANSLATIONS | 574.42 |
| PHOTOCOPYING | 0.15 |

**INVOICE TOTAL** $ **788.98**