# EXHIBIT A

# PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

November 30, 2005

Invoice Number **67223**       **91100   00001**       **LDJ**

Mark Shelnitz, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

| | |
|---|---:|
| Balance forward as of last invoice, dated:   October 31, 2005 | $281,284.50 |
| Payments received since last invoice, last payment received -- December 31, 2005 | $18,247.20 |
| Net balance forward | $263,037.30 |

Re:  W.R. Grace and Co.

**Statement of Professional Services Rendered Through**       **11/30/2005**

### Case Administration [B110]

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 11/01/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 11/01/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 11/01/05 | PEC | Update critical dates | 1.10 | 140.00 | $154.00 |
| 11/01/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 11/02/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 11/02/05 | RMO | Match pleadings with court docket. | 0.60 | 75.00 | $45.00 |
| 11/02/05 | SLP | Maintain docket control. | 6.00 | 70.00 | $420.00 |
| 11/03/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 11/03/05 | PEC | Review docket | 0.30 | 140.00 | $42.00 |
| 11/03/05 | PEC | Update critical dates | 1.00 | 140.00 | $140.00 |
| 11/03/05 | SLP | Maintain docket control. | 0.30 | 70.00 | $21.00 |
| 11/04/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 11/04/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 11/04/05 | PEC | Update critical dates | 1.30 | 140.00 | $182.00 |
| 11/04/05 | PEC | Return calls to various parties regarding case status | 0.30 | 140.00 | $42.00 |
| 11/04/05 | SLP | Maintain docket control. | 7.30 | 70.00 | $511.00 |
| 11/07/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 11/07/05 | PEC | Update critical dates memo | 0.40 | 140.00 | $56.00 |
| 11/07/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |

**Invoice number  67223**　　　91100  00001　　　　　　　　　　　　　　**Page  2**

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/07/05 | SLP | Maintain docket control. | 6.00 | 70.00 | $420.00 |
| 11/07/05 | KSN | Prepare hearing binders for 11/14/05 hearing.  Finish del. court hearing binders and update hearing binders. | 4.50 | 55.00 | $247.50 |
| 11/08/05 | PEC | Update critical dates | 1.10 | 140.00 | $154.00 |
| 11/08/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 11/08/05 | SLP | Maintain docket control. | 4.00 | 70.00 | $280.00 |
| 11/09/05 | CAK | Maintain document control. | 0.10 | 140.00 | $14.00 |
| 11/09/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 11/09/05 | PEC | Update critical dates | 0.80 | 140.00 | $112.00 |
| 11/09/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 11/09/05 | RMO | Match pleadings with court docket. | 0.50 | 75.00 | $37.50 |
| 11/09/05 | SLP | Maintain docket control. | 5.00 | 70.00 | $350.00 |
| 11/10/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 11/10/05 | PEC | Update critical dates | 0.50 | 140.00 | $70.00 |
| 11/10/05 | PEC | Update critical dates | 0.50 | 140.00 | $70.00 |
| 11/10/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 11/10/05 | SLP | Maintain docket control. | 2.00 | 70.00 | $140.00 |
| 11/11/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 11/11/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 11/11/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 11/11/05 | PEC | Update critical dates | 0.50 | 140.00 | $70.00 |
| 11/11/05 | SLP | Maintain docket control. | 3.00 | 70.00 | $210.00 |
| 11/14/05 | PEC | Review daily correspondence and pleadings and circulate to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 11/14/05 | PEC | Update critical dates | 0.40 | 140.00 | $56.00 |
| 11/14/05 | RMO | Match pleadings with court docket. | 0.50 | 75.00 | $37.50 |
| 11/14/05 | SLP | Maintain docket control. | 4.30 | 70.00 | $301.00 |
| 11/15/05 | PEC | Review daily correspondence and pleadings and circulate to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 11/15/05 | PEC | Update critical dates memo | 0.80 | 140.00 | $112.00 |
| 11/15/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 11/15/05 | RMO | Match pleadings with court document. | 0.50 | 75.00 | $37.50 |
| 11/16/05 | PEC | Review daily correspondence and pleadings and circulate to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 11/16/05 | PEC | Update critical dates | 1.00 | 140.00 | $140.00 |
| 11/16/05 | SLP | Maintain docket control. | 6.30 | 70.00 | $441.00 |
| 11/17/05 | PEC | Review daily correspondence and pleadings and circulate to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 11/17/05 | PEC | Update critical dates | 0.60 | 140.00 | $84.00 |
| 11/17/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 11/17/05 | RMO | Match pleadings with court docket. | 0.20 | 75.00 | $15.00 |
| 11/17/05 | SLP | Maintain docket control. | 2.00 | 70.00 | $140.00 |
| 11/18/05 | PEC | Update critical dates | 0.50 | 140.00 | $70.00 |

**Invoice number  67223**     91100  00001                                    **Page  3**

| Date | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/18/05 | PEC | Review 2002 service list | 0.30 | 140.00 | $42.00 |
| 11/18/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 11/18/05 | SLP | Maintain docket control. | 3.30 | 70.00 | $231.00 |
| 11/21/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 11/21/05 | PEC | Update critical dates memo | 0.30 | 140.00 | $42.00 |
| 11/21/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 11/21/05 | RMO | Match pleadings with court docket. | 0.20 | 75.00 | $15.00 |
| 11/21/05 | SLP | Maintain docket control. | 2.30 | 70.00 | $161.00 |
| 11/22/05 | PEC | Update critical dates | 0.80 | 140.00 | $112.00 |
| 11/22/05 | PEC | Review daily correspondence and pleadings and circulate to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 11/22/05 | SLP | Maintain docket control. | 5.00 | 70.00 | $350.00 |
| 11/23/05 | PEC | Review daily correspondence and pleadings and circulate to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 11/23/05 | PEC | Review daily correspondence and pleadings and circulate to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 11/23/05 | PEC | Update critical dates | 0.60 | 140.00 | $84.00 |
| 11/23/05 | PEC | Return calls to various parties regarding case status | 0.30 | 140.00 | $42.00 |
| 11/23/05 | RMO | Match pleadings with court docket. | 0.40 | 75.00 | $30.00 |
| 11/23/05 | SLP | Maintain docket control. | 5.30 | 70.00 | $371.00 |
| 11/28/05 | PEC | Review daily correspondence and pleadings and circulate to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 11/28/05 | PEC | Update critical dates | 0.50 | 140.00 | $70.00 |
| 11/28/05 | SLP | Maintain docket control. | 6.00 | 70.00 | $420.00 |
| 11/29/05 | PEC | Review daily correspondence and pleadings and circulate to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 11/29/05 | PEC | Update critical dates | 1.10 | 140.00 | $154.00 |
| 11/29/05 | SLP | Maintain docket control. | 4.00 | 70.00 | $280.00 |
| 11/30/05 | PEC | Review daily correspondence and pleadings and circulate to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 11/30/05 | PEC | Update critical dates | 0.40 | 140.00 | $56.00 |
| 11/30/05 | RMO | Match pleadings with court docket. | 0.30 | 75.00 | $22.50 |
| 11/30/05 | SLP | Maintain docket control. | 4.00 | 70.00 | $280.00 |
| 11/30/05 | KSN | Prepare hearing binders for 12/19/05 hearing. | 4.00 | 55.00 | $220.00 |
| | | **Task Code Total** | **111.70** | | **$9,380.50** |

### WRG-Claim Analysis (Asbestos)

| Date | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/05 | JEO | Work on Certification of Counsel for 15th Order. | 0.60 | 415.00 | $249.00 |
| 11/02/05 | PEC | Prepare Declaration of Service of The BMC Group regarding the [signed] Order Approving the Debtors's Eighth Omnibus Objection to Claims for filing and service | 0.30 | 140.00 | $42.00 |
| 11/02/05 | PEC | Prepare Declaration of Service of The BMC Group regarding the [signed] Order Approving the Debtors's Fifth Omnibus Objection to Claims for filing and service | 0.30 | 140.00 | $42.00 |
| 11/02/05 | PEC | Prepare Declaration of Service of The BMC Group | 0.30 | 140.00 | $42.00 |

**Invoice number 67223**        91100  00001                                        **Page 4**

| | | | | | |
|---|---|---|---|---|---|
| | | regarding the [signed] Order Approving the Debtors's Fourteenth Omnibus Objection to Claims for filing and service | | | |
| 11/02/05 | PEC | Prepare Declaration of Service of The BMC Group regarding the [signed] Order Approving the Debtors's Eleventh Omnibus Objection to Claims for filing and service | 0.30 | 140.00 | $42.00 |
| 11/02/05 | PEC | Prepare Certification of Counsel Regarding First Order Granting Relief Sought in Debtors Fifteenth Omnibus Objection for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 11/02/05 | PEC | Return calls to various creditors regarding case status | 0.30 | 140.00 | $42.00 |
| 11/04/05 | PEC | Prepare Motion for Leave to File a Reply with Respect to Its Motion for an Order Establishing a Proof of Claim Bar Date for Asbestos Personal Injury Pre-Petition Litigation Claims for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 140.00 | $70.00 |
| 11/04/05 | PEC | Draft Certification of Counsel Regarding the Debtors' Proposed Scheduling Order Regarding Debtors' Fifteenth Omnibus Objection to Claims (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 11/04/05 | JEO | Work on reply to objections to claim bar motion. | 3.50 | 415.00 | $1,452.50 |
| 11/04/05 | JEO | Prepare certification of counsel regarding scheduling order for 15th omnibus claims objection. | 0.60 | 415.00 | $249.00 |
| 11/09/05 | PEC | Return calls to various parties regarding case status | 0.40 | 140.00 | $56.00 |
| 11/15/05 | PEC | Return calls to various parties regarding case status | 0.30 | 140.00 | $42.00 |
| 11/18/05 | JEO | Emails with Rachel Shulman regarding Pearson claim. | 0.40 | 415.00 | $166.00 |
| 11/21/05 | JEO | Finalize motion for summary judgment and memo in support of objection to Pearson claim. | 1.30 | 415.00 | $539.50 |
| 11/22/05 | JEO | Review 2nd order on 15th omnibus objection and prepare certification of counsel. | 0.60 | 415.00 | $249.00 |
| 11/22/05 | JEO | Email with B. Harding regarding P.I. claims filed by Smallwood law firm. | 0.40 | 415.00 | $166.00 |
| 11/23/05 | JEO | Work on certification of counsel for second order on 15th omnibus. | 0.80 | 415.00 | $332.00 |
| 11/29/05 | JEO | Review Pearson's reply to cross motion for summary judgment. | 0.50 | 415.00 | $207.50 |
| | **Task Code Total** | | **12.70** | | **$4,170.50** |

**WRG Claim Analysis**

| | | | | | |
|---|---|---|---|---|---|
| 11/11/05 | PEC | Draft Certification of Counsel Regarding Stipulation Between Debtors and Bank of America, N.A. Regarding Allowance of Certain Claims and Certificate of Service | 0.80 | 140.00 | $112.00 |
| 11/11/05 | PEC | File and serve Certification of Counsel Regarding Stipulation Between the Debtors and Bank of America N.A. Regarding Allowance of Certain Claims | 0.40 | 140.00 | $56.00 |
| 11/11/05 | JEO | Prepare certification of counsel regarding Bank of America settlement. | 0.50 | 415.00 | $207.50 |

**Invoice number 67223**          91100  00001                                    **Page 5**

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/15/05 | JEO | Email to Will Sparks regarding Douglas County tax claim. | 0.40 | 415.00 | $166.00 |
| | | **Task Code Total** | **2.10** | | **$541.50** |

### WRG-Employ. App., Others

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/28/05 | PEC | Prepare Affidavit Under 11 U.S.C. 327(e) of Colin Cohen for filing and service | 0.40 | 140.00 | $56.00 |
| 11/30/05 | JEO | Review ordinary course professional affidavits. | 0.30 | 415.00 | $124.50 |
| | | **Task Code Total** | **0.70** | | **$180.50** |

### WRG-Fee Apps., Applicant

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/05/05 | WLR | Review and revise September 2005 fee application | 0.30 | 375.00 | $112.50 |
| 11/05/05 | WLR | Review and revise 18th quarterly fee application | 0.40 | 375.00 | $150.00 |
| 11/05/05 | WLR | Review and revised September 2005 fee application | 0.50 | 375.00 | $187.50 |
| 11/23/05 | LDJ | Review and revise interim fee application (Sept. 2005) | 0.20 | 595.00 | $119.00 |
| 11/27/05 | WLR | Prepare 19th quarterly fee application (October 1, 2005 to December 31, 2005) | 0.50 | 375.00 | $187.50 |
| 11/28/05 | CAK | Revise September Fee Application; coordinate posting, filing and service of same. | 0.70 | 140.00 | $98.00 |
| 11/28/05 | PEC | Prepare PSZYJW's September Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 140.00 | $70.00 |
| 11/28/05 | WLR | Prepare October 2005 fee application | 0.70 | 375.00 | $262.50 |
| 11/28/05 | WLR | Prepare October 2005 fee application | 0.70 | 375.00 | $262.50 |
| 11/28/05 | WLR | Draft October 2005 fee application | 0.30 | 375.00 | $112.50 |
| 11/28/05 | WLR | Review and revise October 2005 fee application | 0.20 | 375.00 | $75.00 |
| 11/30/05 | CAK | Review and update October Fee Application. | 0.50 | 140.00 | $70.00 |
| | | **Task Code Total** | **5.50** | | **$1,707.00** |

### WRG-Fee Applications, Others

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/05 | MSC | Additional service of Application Of Foley Hoag LLP For Compensation For Services And Reimbursement Of Expenses As Special Counsel To W.R. Grace & Co., et al., For The Interim Period From September 1, 2005 Through September 30, 2005 | 0.20 | 135.00 | $27.00 |
| 11/01/05 | MSC | Additional service of Affidavit of Service of Thirty-Seventh Monthly Application Of BMC Group (f/k/a Bankruptcy Management Corporation) For Compensation For Service Rendered And Reimbursement Of Expenses As Claims Reconciliation And Solicitation Consultant To The Debtors For The Period From April 1, 2005 Through April 30, 2005 | 0.10 | 135.00 | $13.50 |
| 11/01/05 | MSC | Additional service of Thirty-Eighth Monthly Application | 0.10 | 135.00 | $13.50 |

**Invoice number  67223**          91100   00001                                          **Page  6**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | | Of BMC Group (f/k/a Bankruptcy Management Corporation) For Compensation For Service Rendered And Reimbursement Of Expenses As Claims Reconciliation And Solicitation Consultant To The Debtors For The Period From May 1, 2005 Through May 31, 2005 | | | |
| 11/01/05 | MSC | Additional service of Thirty-Ninth Monthly Application Of BMC Group (f/k/a Bankruptcy Management Corporation) For Compensation For Service Rendered And Reimbursement Of Expenses As Claims Reconciliation And Solicitation Consultant To The Debtors For The Period From June 1, 2005 Through June 30, 2005 | 0.10 | 135.00 | $13.50 |
| 11/01/05 | MSC | Additional service of Application of Latham & Watkins LLP For Compensation For Services And Reimbursement Of Expenses As Special Environmental Counsel To W.R. Grace & co., et al., For The Third Monthly Interim Period, From September 1, 2005 Through September 30, 2005 | 0.20 | 135.00 | $27.00 |
| 11/02/05 | JEO | Work on certification of counsel for Order on 15th omnibus objection. | 0.40 | 415.00 | $166.00 |
| 11/02/05 | PEC | Draft Certificate of No Objection Regarding Latham & Watkins August Monthly Fee Application (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 11/02/05 | PEC | Draft Certificate of No Objection Regarding Nelson Mullins August Monthly Fee Application for filing and service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 11/02/05 | PEC | Draft Certificate of No Objection Regarding Woodcock Washburn's August Monthly Fee Application for filing and service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 11/04/05 | JEO | Work on fee applications for other professionals. | 1.00 | 415.00 | $415.00 |
| 11/04/05 | MSC | Revise Application Of Nelson Mullins Riley & Scarborough, L.L.P. For Compensation For Services And Reimbursement Of Expenses As Special Counsel To W.R. Grace & Co., et al. For The Third Interim Period From September 1, 2005 Through September 30, 2005 | 0.10 | 135.00 | $13.50 |
| 11/04/05 | MSC | Draft Affidavit of Service Application Of Nelson Mullins Riley & Scarborough, L.L.P. For Compensation For Services And Reimbursement Of Expenses As Special Counsel To W.R. Grace & Co., et al. For The Third Interim Period From September 1, 2005 Through September 30, 2005 | 0.10 | 135.00 | $13.50 |
| 11/04/05 | MSC | Preparation for and coordination of filing and service of Application Of Nelson Mullins Riley & Scarborough, L.L.P. For Compensation For Services And Reimbursement Of Expenses As Special Counsel To W.R. Grace & Co., et al. For The Third Interim Period From September 1, 2005 Through September 30, 2005 | 0.30 | 135.00 | $40.50 |
| 11/04/05 | MSC | Revise Affidavit of Service of Interim Fee Application Of Steptoe & Johnson LLP For Compensation For Services And Reimbursement Of Expenses As Special Tax Counsel To W.R. Grace & Co., et al. For The Monthly Interim Period From May 1, 2005 Through May 31, 2005 | 0.20 | 135.00 | $27.00 |
| 11/04/05 | MSC | Preparation for and coordination of filing and service of Interim Fee Application Of Steptoe & Johnson LLP For Compensation For Services And Reimbursement Of Expenses As Special Tax Counsel To W.R. Grace & Co., et al. For The Monthly Interim Period From May 1, 2005 | 0.10 | 135.00 | $13.50 |

**Invoice number  67223**      91100  00001                                                              **Page  7**

|          |      | Through May 31, 2005 |      |        |          |
|----------|------|----------------------|------|--------|----------|
| 11/04/05 | MSC  | Preparation for and coordination of filing and service of Interim Fee Application Of Steptoe & Johnson LLP For Compensation For Services And Reimbursement Of Expenses As Special Tax Counsel To W.R. Grace & Co., et al. For The Monthly Interim Period From May 1, 2005 Through May 31, 2005 | 0.30 | 135.00 | $40.50 |
| 11/08/05 | PEC  | Prepare e-mail to Pamela Marks of Beveridge & Diamond explaining the fee application filing process and attaching various orders regarding the same | 0.40 | 140.00 | $56.00 |
| 11/14/05 | JEO  | Review monthly fee application for Casner & Edwards (September 2005). | 0.30 | 415.00 | $124.50 |
| 11/14/05 | JEO  | Review September fee application for Steptoe & Johnson. | 0.30 | 415.00 | $124.50 |
| 11/14/05 | JEO  | Review August 2005 fee application for special counsel. | 0.30 | 415.00 | $124.50 |
| 11/14/05 | MSC  | Revise Interim Fee Application Of Steptoe & Johnson LLP For Compensation For Services And Reimbursement Of Expenses As Special Tax Counsel To W.R. Grace & Co., et al. For The Monthly Interim Period From August 1, 2005 Through August 31, 2005 | 0.10 | 135.00 | $13.50 |
| 11/14/05 | MSC  | Draft Affidavit of Service of Interim Fee Application Of Steptoe & Johnson LLP For Compensation For Services And Reimbursement Of Expenses As Special Tax Counsel To W.R. Grace & Co., et al. For The Monthly Interim Period From August 1, 2005 Through August 31, 2005 | 0.10 | 135.00 | $13.50 |
| 11/14/05 | MSC  | Preparation for and coordination of filing of Interim Fee Application Of Steptoe & Johnson LLP For Compensation For Services And Reimbursement Of Expenses As Special Tax Counsel To W.R. Grace & Co., et al. For The Monthly Interim Period From August 1, 2005 Through August 31, 2005; service of same | 0.30 | 135.00 | $40.50 |
| 11/14/05 | MSC  | Revise Interim Fee Application Of Steptoe & Johnson LLP For Compensation For Services And Reimbursement Of Expenses As Special Tax Counsel To W.R. Grace & Co., et al. For The Monthly Interim Period From September 1, 2005 Through September 30, 2005 | 0.10 | 135.00 | $13.50 |
| 11/14/05 | MSC  | Draft Affidavit of Service of Interim Fee Application Of Steptoe & Johnson LLP For Compensation For Services And Reimbursement Of Expenses As Special Tax Counsel To W.R. Grace & Co., et al. For The Monthly Interim Period From September 1, 2005 Through September 30, 2005 | 0.10 | 135.00 | $13.50 |
| 11/14/05 | MSC  | Preparation for and coordination of filing of Interim Fee Application Of Steptoe & Johnson LLP For Compensation For Services And Reimbursement Of Expenses As Special Tax Counsel To W.R. Grace & Co., et al. For The Monthly Interim Period From September 1, 2005 Through September 30, 2005; service of same | 0.30 | 135.00 | $40.50 |
| 11/14/05 | MSC  | Draft Affidavit of Service of Forty-Eighty Monthly Application Of Casner & Edwards, LLP For Compensation For Services And Reimbursement Of Expenses As Special Litigation Counsel To The Debtors For The Period From September 1, 2005 Through September 30, 2005 | 0.10 | 135.00 | $13.50 |
| 11/14/05 | MSC  | Preparation for and coordination of filing of Forty-Eighty Monthly Application Of Casner & Edwards, LLP For | 0.40 | 135.00 | $54.00 |

**Invoice number  67223**          91100  00001                          **Page  8**

|  |  | Compensation For Services And Reimbursement Of Expenses As Special Litigation Counsel To The Debtors For The Period From September 1, 2005 Through September 30, 2005; service of same |  |  |  |
|---|---|---|---|---|---|
| 11/15/05 | JEO | Emails with Pamela Marks regarding fee application process. | 0.40 | 415.00 | $166.00 |
| 11/15/05 | JEO | Review quarterly fee application for Casner & Edwards. | 0.30 | 415.00 | $124.50 |
| 11/15/05 | PEC | Draft Certification of No Objection Regarding Pitney Hardin LLP's August Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 11/15/05 | PEC | Draft Notice of Filing of Casner & Edwards LLP's Eighteenth Quarterly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 11/15/05 | PEC | Prepare Casner & Edwards LLP's Eighteenth Quarterly Fee Application for filing and service | 0.80 | 140.00 | $112.00 |
| 11/23/05 | JEO | Review fee application process with Pam Marks of Beveridge Diamond Law Firm. | 0.80 | 415.00 | $332.00 |
| 11/23/05 | JEO | Review Baker & Donelson fee application for June 2005. | 0.20 | 415.00 | $83.00 |
| 11/23/05 | JEO | Review Baker & Donelson fee application for May 2005. | 0.20 | 415.00 | $83.00 |
| 11/23/05 | JEO | Review Baker & Donelson fee application for April 2005. | 0.20 | 415.00 | $83.00 |
| 11/23/05 | JEO | Review Pitney Harden fee application. | 0.20 | 415.00 | $83.00 |
| 11/23/05 | JEO | Review fee application for Woodcock Washburn. | 0.20 | 415.00 | $83.00 |
| 11/28/05 | JEO | Review Foley Hoag October 2005 fee application. | 0.20 | 415.00 | $83.00 |
| 11/28/05 | JEO | Review status of fee applications for other professionals. | 0.60 | 415.00 | $249.00 |
| 11/28/05 | PEC | Draft Certificate of No Objection Regarding Steptoe & Johnson LLP's May Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 11/28/05 | PEC | Draft Certificate of No Objection Regarding Nelson Mullins Riley & Scarborough LLP's September Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 11/28/05 | PEC | Prepare Foley Hoag LLP's October Monthly Fee Application for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 140.00 | $84.00 |
| 11/29/05 | JEO | Review Kirkland & Ellis monthly fee application. | 0.40 | 415.00 | $166.00 |
|  | **Task Code Total** |  | **16.70** |  | **$3,971.50** |

### Litigation (Non-Bankruptcy)

| 11/01/05 | JEO | Review El Schemes motion and prepare exhibits for filing. | 1.00 | 415.00 | $415.00 |
|---|---|---|---|---|---|
| 11/01/05 | PEC | Draft Certificate of No Objection Regarding Motion to Approve Woburn Massachusetts Lease and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 11/02/05 | JEO | Review pending matters. | 2.00 | 415.00 | $830.00 |
| 11/03/05 | JEO | Review Pacific Corp motion to strike. | 0.50 | 415.00 | $207.50 |
| 11/03/05 | PEC | Discuss 11/14/05 Agenda with Jamie O'Neill | 0.30 | 140.00 | $42.00 |

**Invoice number  67223**       91100   00001                                                **Page  9**

| 11/03/05 | PEC | Revise and review Notice of Agenda for 11/14/05 Agenda | 1.30 | 140.00 | $182.00 |
|----------|-----|---------|------|--------|---------|
| 11/04/05 | JEO | Work on agenda for November 14th hearing. | 1.00 | 415.00 | $415.00 |
| 11/04/05 | JEO | Work on 2019 project. Review 2019 statements and forward to co-counsel. | 2.50 | 415.00 | $1,037.50 |
| 11/04/05 | PEC | Discuss various changes and issues regarding the 11/14/05 Agenda with Jamie O"Neill (.4);  Revise and review Notice of Agenda for 11/14/05 Hearing (1.1) | 1.50 | 140.00 | $210.00 |
| 11/07/05 | PEC | Prepare Objection to Motion of the Official Committee of Asbestos Personal Injury Claimants for (I) Clarification, or (II) Alternatively, for Modification, of Case Management Order for the Estimation of Personal Injury Liabilities for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 140.00 | $84.00 |
| 11/07/05 | PEC | Draft Certification of Counsel Regarding Proposed Orders on Certain Insurers' Motion for Access to Exhibits to 2019 Statements and Affidavit of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 11/07/05 | JEO | Finalize agenda for November 14th hearing. | 2.00 | 415.00 | $830.00 |
| 11/07/05 | JEO | Work on certification of counsel for 2019 order. | 2.00 | 415.00 | $830.00 |
| 11/07/05 | JEO | Work on objection to motion to clarify Certificate of No Objection. | 1.00 | 415.00 | $415.00 |
| 11/07/05 | PEC | Revise and review Notice of Agenda for 11/14/05 Hearing | 1.10 | 140.00 | $154.00 |
| 11/07/05 | PEC | Prepare service list for 11/14/05 Agenda | 0.50 | 140.00 | $70.00 |
| 11/07/05 | PEC | File and service Notice of Agenda for 11/14/05 Hearing (.4); Draft Certificate of Service (.1) | 0.50 | 140.00 | $70.00 |
| 11/07/05 | PEC | Review hearing binders | 0.60 | 140.00 | $84.00 |
| 11/08/05 | PEC | Correspond with various parties requesting to appear telephonically at the 11/14 hearing to inform them that the hearing time has been changed by the Court. | 0.50 | 140.00 | $70.00 |
| 11/09/05 | JEO | Research issue on subpoenas. | 1.50 | 415.00 | $622.50 |
| 11/09/05 | JEO | Review certain insurers objection to Debtors' order on 2019 statements. | 0.50 | 415.00 | $207.50 |
| 11/09/05 | JEO | Forward objection to Court. | 0.20 | 415.00 | $83.00 |
| 11/11/05 | LDJ | Conference with James E. O'Neill regarding 2019 statements | 0.20 | 595.00 | $119.00 |
| 11/11/05 | JEO | Prepare for omnibus hearing on November 14th. | 2.00 | 415.00 | $830.00 |
| 11/14/05 | PEC | Prepare Notice of Service of Debtors' Designation of Expert Categories for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 11/14/05 | PEC | Prepare Notice of Deposition and Subpoena of Ray A. Harron, M.D. for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 140.00 | $84.00 |
| 11/14/05 | JEO | Prepare for and attend omnibus hearing. | 10.00 | 415.00 | $4,150.00 |
| 11/14/05 | JEO | Review and file notice of deposition for Ray Harron. | 0.30 | 415.00 | $124.50 |
| 11/14/05 | JEO | Review notice of service of Debtor's designation for expert categories. | 0.30 | 415.00 | $124.50 |
| 11/18/05 | JEO | Work on certification of counsel for New Jersey order. | 0.50 | 415.00 | $207.50 |
| 11/18/05 | JEO | Review November 14, 2005 transcript. | 0.40 | 415.00 | $166.00 |
| 11/22/05 | JEO | Email exchange with co-counsel regarding avoidance action. | 0.40 | 415.00 | $166.00 |
| 11/28/05 | JEO | Work on preliminary agenda. | 1.00 | 415.00 | $415.00 |

**Invoice number  67223**     91100   00001                                    **Page  10**

| | | | | | |
|---|---|---|---|---|---|
| 11/28/05 | JEO | Review status of pending matters. | 1.00 | 415.00 | $415.00 |
| 11/28/05 | PEC | Draft Notice of Agenda for 12/12/05 Hearing | 1.50 | 140.00 | $210.00 |
| 11/28/05 | PEC | Discuss Agenda with Jamie O'Neill | 0.30 | 140.00 | $42.00 |
| 11/29/05 | JEO | Review appeal in Pacific Corp. | 1.00 | 415.00 | $415.00 |
| 11/29/05 | JEO | Review certification of counsel regarding revised hearing times. | 0.40 | 415.00 | $166.00 |
| 11/29/05 | JEO | Work on Grace preliminary agenda for December 19th hearing. | 1.00 | 415.00 | $415.00 |
| 11/30/05 | JEO | Review notice of deposition for Dr. Oak and others. | 0.50 | 415.00 | $207.50 |
| 11/30/05 | JEO | Work on preliminary agenda for December 19th hearing. | 1.00 | 415.00 | $415.00 |
| 11/30/05 | PEC | Return calls to various creditors regarding case status | 0.30 | 140.00 | $42.00 |

**Task Code Total**                                                 **45.90**                    **$15,867.00**

**Plan & Disclosure Stmt. [B320]**

| | | | | | |
|---|---|---|---|---|---|
| 11/14/05 | PEC | Prepare Motion to Extend Time for an Order Pursuant to 11 U.S.C. Section 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon (.5); Draft Affidavit of Service (.1) | 0.60 | 140.00 | $84.00 |
| 11/14/05 | JEO | Review and finalize motion to extend exclusive period. | 0.80 | 415.00 | $332.00 |
| 11/14/05 | JEO | Review motion to extend exclusivity. | 0.40 | 415.00 | $166.00 |

**Task Code Total**                                                 **1.80**                      **$582.00**

**Total professional services:**                           197.10                      **$36,400.50**

### *Costs Advanced:*

| | | | |
|---|---|---|---|
| 10/04/2005 | PAC | 91100 - 001 PACER charges for 10/04/2005 | $11.34 |
| 10/05/2005 | PAC | 91100 - 001 PACER charges for 10/05/2005 | $21.35 |
| 10/06/2005 | PAC | 91100 - 001 PACER charges for 10/06/2005 | $21.70 |
| 10/07/2005 | PAC | 91100 - 001 PACER charges for 10/07/2005 | $36.26 |
| 10/08/2005 | PAC | 91100 - 001 PACER charges for 10/08/2005 | $3.15 |
| 10/09/2005 | PAC | 91100 - 001 PACER charges for 10/09/2005 | $4.20 |
| 10/11/2005 | PAC | 91100 - 001 PACER charges for 10/11/2005 | $17.85 |
| 10/13/2005 | PAC | 91100 - 001 PACER charges for 10/13/2005 | $28.07 |
| 10/15/2005 | FE | Federal Express [E108] | $327.07 |
| 10/15/2005 | PAC | 91100 - 001 PACER charges for 10/15/2005 | $2.03 |
| 10/16/2005 | PAC | 91100 - 001 PACER charges for 10/16/2005 | $3.15 |
| 10/18/2005 | PAC | 91100 - 001 PACER charges for 10/18/2005 | $27.58 |
| 10/19/2005 | PAC | 91100 - 001 PACER charges for 10/19/2005 | $11.20 |
| 10/20/2005 | PAC | 91100 - 001 PACER charges for 10/20/2005 | $32.34 |
| 10/21/2005 | PAC | 91100 - 001 PACER charges for 10/21/2005 | $8.82 |
| 10/22/2005 | PAC | 91100 - 001 PACER charges for 10/22/2005 | $27.44 |

**Invoice number  67223**          91100   00001          **Page  11**

| | | | |
|---|---|---|---|
| 10/25/2005 | PAC | 91100 - 001 PACER charges for 10/25/2005 | $26.46 |
| 10/26/2005 | PAC | 91100 - 001 PACER charges for 10/26/2005 | $27.79 |
| 10/27/2005 | PAC | 91100 - 001 PACER charges for 10/27/2005 | $36.40 |
| 10/28/2005 | PAC | 91100 - 001 PACER charges for 10/28/2005 | $15.33 |
| 10/28/2005 | RE | (G7 CORR 5756 @0.15 PER PG) | $863.40 |
| 10/28/2005 | RE | (F8 DOC 130 @0.15 PER PG) | $19.50 |
| 10/28/2005 | RE | (G7 CORR 51 @0.15 PER PG) | $7.65 |
| 10/28/2005 | RE | (G7 CORR 79 @0.15 PER PG) | $11.85 |
| 10/28/2005 | RE | (G7 CORR 273 @0.15 PER PG) | $40.95 |
| 10/28/2005 | RE | (F8 DOC 32 @0.15 PER PG) | $4.80 |
| 10/28/2005 | RE | (F8 DOC 130 @0.15 PER PG) | $19.50 |
| 10/28/2005 | RE | (F8 CORR 2 @0.15 PER PG) | $0.30 |
| 10/28/2005 | RE | (F8 CORR 9 @0.15 PER PG) | $1.35 |
| 10/28/2005 | RE | (G7 OPP 325 @0.15 PER PG) | $48.75 |
| 10/28/2005 | RE | (G7 NOTC 3743 @0.15 PER PG) | $561.45 |
| 10/29/2005 | PAC | 91100 - 001 PACER charges for 10/29/2005 | $6.02 |
| 10/31/2005 | DC | Tristate | $432.00 |
| 10/31/2005 | DC | Tristate | $24.75 |
| 10/31/2005 | DC | Tristate | $24.75 |
| 10/31/2005 | DC | Tristate | $15.00 |
| 10/31/2005 | DC | Tristate | $16.50 |
| 10/31/2005 | DH | DHL | $9.19 |
| 10/31/2005 | DH | DHL | $32.71 |
| 10/31/2005 | DH | DHL | $23.55 |
| 10/31/2005 | DH | DHL | $13.69 |
| 10/31/2005 | DH | DHL | $13.69 |
| 10/31/2005 | DH | DHL | $13.69 |
| 10/31/2005 | PAC | 91100 - 001 PACER charges for 10/31/2005 | $2.38 |
| 10/31/2005 | PAC | 91100 - 001 PACER charges for 10/31/2005 | $22.82 |
| 10/31/2005 | RE | (F8 CORR 84 @0.15 PER PG) | $12.60 |
| 10/31/2005 | RE | (F8 AGR 4 @0.15 PER PG) | $0.60 |
| 10/31/2005 | RE | (F8 AGR 3 @0.15 PER PG) | $0.45 |
| 10/31/2005 | RE | (F8 CORR 6 @0.15 PER PG) | $0.90 |
| 10/31/2005 | RE | (G7 AGR 590 @0.15 PER PG) | $88.50 |
| 10/31/2005 | RE | (G8 AGR 3224 @0.15 PER PG) | $483.60 |
| 10/31/2005 | RE | (G9 NOTC 1028 @0.15 PER PG) | $154.20 |
| 11/01/2005 | DC | Tristate | $15.00 |
| 11/01/2005 | DC | Tristate | $16.50 |
| 11/01/2005 | DC | Tristate | $54.00 |
| 11/01/2005 | FE | Federal Express [E108] | $3,545.85 |
| 11/01/2005 | PO | Postage | $1.52 |
| 11/01/2005 | PO | Postage | $5.40 |
| 11/01/2005 | RE | (A1 CORR 32 @0.15 PER PG) | $4.80 |

**Invoice number  67223**          91100  00001                                    **Page  12**

| | | | |
|---|---|---|---|
| 11/01/2005 | RE | (G7 CORR 955 @0.15 PER PG) | $143.25 |
| 11/01/2005 | RE | (G9 CORR 3911 @0.15 PER PG) | $586.65 |
| 11/01/2005 | RE | Reproduction Expense. [E101] | $4.80 |
| 11/01/2005 | RE | (A1 CORR 32 @0.15 PER PG) | $4.80 |
| 11/01/2005 | RE | (G7 CORR 955 @0.15 PER PG) | $143.25 |
| 11/01/2005 | RE | (G9 CORR 3911 @0.15 PER PG) | $586.65 |
| 11/02/2005 | DC | Tristate | $54.00 |
| 11/02/2005 | DC | Tristate | $63.00 |
| 11/02/2005 | DC | Tristate | $15.00 |
| 11/02/2005 | PO | Postage | $26.84 |
| 11/02/2005 | PO | Postage | $5.40 |
| 11/02/2005 | RE | (A1 CORR 408 @0.15 PER PG) | $61.20 |
| 11/02/2005 | RE | (A1 CORR 954 @0.15 PER PG) | $143.10 |
| 11/02/2005 | RE | (A2 CORR 762 @0.15 PER PG) | $114.30 |
| 11/02/2005 | RE | (F8 CORR 48 @0.15 PER PG) | $7.20 |
| 11/02/2005 | RE | (G9 CORR 1101 @0.15 PER PG) | $165.15 |
| 11/02/2005 | RE | (G8 CORR 92 @0.15 PER PG) | $13.80 |
| 11/02/2005 | RE | (A1 CORR 408 @0.15 PER PG) | $61.20 |
| 11/02/2005 | RE | (A1 CORR 954 @0.15 PER PG) | $143.10 |
| 11/02/2005 | RE | (A2 CORR 762 @0.15 PER PG) | $114.30 |
| 11/02/2005 | RE | (F8 CORR 48 @0.15 PER PG) | $7.20 |
| 11/02/2005 | RE | (G9 CORR 1101 @0.15 PER PG) | $165.15 |
| 11/02/2005 | RE | (G8 CORR 92 @0.15 PER PG) | $13.80 |
| 11/02/2005 | TR | Transcript---Writer's Cramp Inc. Copy, ASCII copy.(P.Cuniff) [E116] | $210.82 |
| 11/03/2005 | DC | Tristate | $15.00 |
| 11/03/2005 | DH | DHL | $9.19 |
| 11/03/2005 | DH | DHL | $14.17 |
| 11/03/2005 | DH | DHL | $15.12 |
| 11/03/2005 | DH | DHL | $15.12 |
| 11/03/2005 | DH | DHL | $26.12 |
| 11/03/2005 | PO | Postage | $1.20 |
| 11/03/2005 | RE | (F8 DOC 60 @0.15 PER PG) | $9.00 |
| 11/03/2005 | RE | (F8 DOC 60 @0.15 PER PG) | $9.00 |
| 11/04/2005 | DC | Tristate | $15.00 |
| 11/04/2005 | DC | Tristate | $18.00 |
| 11/04/2005 | RE | (F8 DOC 3 @0.15 PER PG) | $0.45 |
| 11/04/2005 | RE | (F8 AGR 2 @0.15 PER PG) | $0.30 |
| 11/04/2005 | RE | (F8 CORR 27 @0.15 PER PG) | $4.05 |
| 11/04/2005 | RE | (A2 CORR 82 @0.15 PER PG) | $12.30 |
| 11/04/2005 | RE | (F8 CORR 35 @0.15 PER PG) | $5.25 |
| 11/04/2005 | RE | (G7 AGR 2 @0.15 PER PG) | $0.30 |
| 11/04/2005 | RE | (G9 CORR 26 @0.15 PER PG) | $3.90 |

| | | | |
|---|---|---|---|
| 11/04/2005 | RE | (G8 AGR 2048 @0.15 PER PG) | $307.20 |
| 11/04/2005 | RE | (F8 DOC 3 @0.15 PER PG) | $0.45 |
| 11/04/2005 | RE | (F8 AGR 2 @0.15 PER PG) | $0.30 |
| 11/04/2005 | RE | (F8 CORR 27 @0.15 PER PG) | $4.05 |
| 11/04/2005 | RE | (A2 CORR 82 @0.15 PER PG) | $12.30 |
| 11/04/2005 | RE | (F8 CORR 35 @0.15 PER PG) | $5.25 |
| 11/04/2005 | RE | (G7 AGR 2 @0.15 PER PG) | $0.30 |
| 11/04/2005 | RE | (G9 CORR 26 @0.15 PER PG) | $3.90 |
| 11/04/2005 | RE | (G8 AGR 2048 @0.15 PER PG) | $307.20 |
| 11/05/2005 | DC | Tristate | $333.00 |
| 11/06/2005 | RE | Reproduction Expense. [E101] | $5.25 |
| 11/07/2005 | DC | Tristate | $15.00 |
| 11/07/2005 | DC | Tristate | $16.50 |
| 11/07/2005 | DC | Tristate | $5.00 |
| 11/07/2005 | DC | Tristate | $378.00 |
| 11/07/2005 | DC | Tristate | $82.50 |
| 11/07/2005 | DC | Tristate | $24.75 |
| 11/07/2005 | DC | Tristate | $24.75 |
| 11/07/2005 | DH | DHL | $14.25 |
| 11/07/2005 | DH | DHL | $24.45 |
| 11/07/2005 | DH | DHL | $24.45 |
| 11/07/2005 | DH | DHL | $14.21 |
| 11/07/2005 | DH | DHL | $14.21 |
| 11/07/2005 | DH | DHL | $14.21 |
| 11/07/2005 | DH | DHL | $24.45 |
| 11/07/2005 | FX | (B1 CORR 14 @1.00 PER PG) | $14.00 |
| 11/07/2005 | PO | Postage | $7.70 |
| 11/07/2005 | PO | Postage | $6.60 |
| 11/07/2005 | PO | Postage | $10.79 |
| 11/07/2005 | RE | (F8 CORR 1 @0.15 PER PG) | $0.15 |
| 11/07/2005 | RE | (A1 CORR 502 @0.15 PER PG) | $75.30 |
| 11/07/2005 | RE | (G9 CORR 67 @0.15 PER PG) | $10.05 |
| 11/07/2005 | RE | (G8 CORR 457 @0.15 PER PG) | $68.55 |
| 11/07/2005 | RE | (A2 CORR 891 @0.15 PER PG) | $133.65 |
| 11/07/2005 | RE | (G9 AGR 1367 @0.15 PER PG) | $205.05 |
| 11/07/2005 | RE | (G7 AGR 883 @0.15 PER PG) | $132.45 |
| 11/07/2005 | RE | (A2 CORR 2466 @0.15 PER PG) | $369.90 |
| 11/07/2005 | RE | (G9 CORR 1005 @0.15 PER PG) | $150.75 |
| 11/07/2005 | RE | (G8 CORR 1776 @0.15 PER PG) | $266.40 |
| 11/07/2005 | RE | (F8 DOC 63 @0.15 PER PG) | $9.45 |
| 11/07/2005 | RE | (F8 DOC 9 @0.15 PER PG) | $1.35 |
| 11/07/2005 | RE | (A2 NOTC 4942 @0.15 PER PG) | $741.30 |
| 11/07/2005 | RE | (A1 NOTC 4944 @0.15 PER PG) | $741.60 |

**Invoice number 67223**        91100  00001                                    **Page  14**

| | | | |
|---|---|---|---|
| 11/07/2005 | RE | (G9 NOTC 4941 @0.15 PER PG) | $741.15 |
| 11/07/2005 | RE | (A1 A 2 @0.15 PER PG) | $0.30 |
| 11/07/2005 | RE | (A2 NOTC 262 @0.15 PER PG) | $39.30 |
| 11/07/2005 | RE | (G8 CORR 242 @0.15 PER PG) | $36.30 |
| 11/07/2005 | SO | Secretarial Overtime---(VP) | $20.42 |
| 11/08/2005 | DC | Tristate | $16.50 |
| 11/08/2005 | DC | Tristate | $22.00 |
| 11/08/2005 | DC | Tristate | $5.00 |
| 11/08/2005 | DC | Tristate | $5.00 |
| 11/08/2005 | DC | Tristate | $15.00 |
| 11/08/2005 | DH | DHL | $12.04 |
| 11/08/2005 | DH | DHL | $12.82 |
| 11/08/2005 | DH | DHL | $18.62 |
| 11/08/2005 | DH | DHL | $12.04 |
| 11/08/2005 | DH | DHL | $24.45 |
| 11/08/2005 | FE | Federal Express [E108] | $660.86 |
| 11/08/2005 | RE | (A2 CORR 11 @0.15 PER PG) | $1.65 |
| 11/08/2005 | RE | (A2 CORR 380 @0.15 PER PG) | $57.00 |
| 11/08/2005 | RE | (G8 CORR 504 @0.15 PER PG) | $75.60 |
| 11/08/2005 | RE | (G7 CORR 1835 @0.15 PER PG) | $275.25 |
| 11/09/2005 | DH | DHL | $15.70 |
| 11/09/2005 | DH | DHL | $9.74 |
| 11/09/2005 | DH | DHL | $9.74 |
| 11/09/2005 | DH | DHL | $14.25 |
| 11/09/2005 | DH | DHL | $9.54 |
| 11/09/2005 | RE | (A2 CORR 95 @0.15 PER PG) | $14.25 |
| 11/09/2005 | RE | (A1 CORR 198 @0.15 PER PG) | $29.70 |
| 11/09/2005 | RE | (G8 CORR 226 @0.15 PER PG) | $33.90 |
| 11/11/2005 | DC | Tristate | $15.00 |
| 11/11/2005 | DC | Tristate | $5.00 |
| 11/11/2005 | DC | Tristate | $72.00 |
| 11/11/2005 | DH | DHL | $9.54 |
| 11/11/2005 | PO | Postage | $0.37 |
| 11/11/2005 | PO | Postage | $11.66 |
| 11/11/2005 | RE | (A2 CORR 27 @0.15 PER PG) | $4.05 |
| 11/11/2005 | RE | (A1 CORR 1928 @0.15 PER PG) | $289.20 |
| 11/11/2005 | RE | (A2 MOT 420 @0.15 PER PG) | $63.00 |
| 11/11/2005 | RE | (A2 NOTC 800 @0.15 PER PG) | $120.00 |
| 11/11/2005 | RE | (A1 NOTC 1422 @0.15 PER PG) | $213.30 |
| 11/11/2005 | SO | Secretarial Overtime---(HTW) | $32.35 |
| 11/11/2005 | SO | Secretarial Overtime---(HTW) | $20.22 |
| 11/11/2005 | SO | Secretarial Overtime---(HTW) | $16.18 |
| 11/14/2005 | DC | Tristate | $6.50 |

**Invoice number  67223**       91100   00001                                **Page  15**

| | | | |
|---|---|---|---:|
| 11/14/2005 | DC | Tristate | $50.00 |
| 11/14/2005 | DC | Tristate | $44.00 |
| 11/14/2005 | DC | Tristate | $9.00 |
| 11/14/2005 | DC | Tristate | $16.50 |
| 11/14/2005 | DC | Tristate | $9.00 |
| 11/14/2005 | DC | Tristate | $9.00 |
| 11/14/2005 | DC | Tristate | $306.00 |
| 11/14/2005 | DC | Tristate | $24.75 |
| 11/14/2005 | DC | Tristate | $15.00 |
| 11/14/2005 | DC | Tristate | $91.00 |
| 11/14/2005 | DC | Tristate | $158.00 |
| 11/14/2005 | DH | DHL | $9.54 |
| 11/14/2005 | DH | DHL | $27.12 |
| 11/14/2005 | DH | DHL | $20.08 |
| 11/14/2005 | DH | DHL | $12.82 |
| 11/14/2005 | DH | DHL | $12.82 |
| 11/14/2005 | PO | Postage | $231.08 |
| 11/14/2005 | PO | Postage | $1.35 |
| 11/14/2005 | RE | (A2 CORR 67 @0.15 PER PG) | $10.05 |
| 11/14/2005 | RE | (G8 CORR 196 @0.15 PER PG) | $29.40 |
| 11/14/2005 | RE | (A1 CORR 681 @0.15 PER PG) | $102.15 |
| 11/14/2005 | RE | (G8 CORR 161 @0.15 PER PG) | $24.15 |
| 11/14/2005 | RE | (A1 MOT 2178 @0.15 PER PG) | $326.70 |
| 11/14/2005 | RE | (A2 MOT 2077 @0.15 PER PG) | $311.55 |
| 11/14/2005 | RE | (A2 MOT 109 @0.15 PER PG) | $16.35 |
| 11/14/2005 | SO | Secretarial Overtime---(VP) | $20.42 |
| 11/14/2005 | SO | Secretarial Overtime---(VP) | $12.25 |
| 11/14/2005 | SO | Secretarial Overtime---(VP) | $16.33 |
| 11/14/2005 | SO | Secretarial Overtime---(VP) | $24.50 |
| 11/14/2005 | WL | Westlaw - Legal Research [E106] | $186.55 |
| 11/15/2005 | DC | Tristate | $6.50 |
| 11/15/2005 | DC | Tristate | $16.50 |
| 11/15/2005 | DC | Tristate | $16.50 |
| 11/15/2005 | DC | Tristate | $15.00 |
| 11/15/2005 | DC | Tristate | $5.00 |
| 11/15/2005 | DC | Tristate | $369.00 |
| 11/15/2005 | DC | Tristate | $24.75 |
| 11/15/2005 | DC | Tristate | $24.75 |
| 11/15/2005 | PO | Postage | $12.20 |
| 11/15/2005 | PO | Postage | $632.20 |
| 11/15/2005 | PO | Postage | $3.10 |
| 11/15/2005 | RE | (A2 CORR 37 @0.15 PER PG) | $5.55 |
| 11/15/2005 | RE | (A2 CORR 99 @0.15 PER PG) | $14.85 |

**Invoice number  67223**        91100  00001                                    **Page  16**

| 11/15/2005 | RE | (G9 CORR 3558 @0.15 PER PG) | $533.70 |
| 11/15/2005 | RE | (A2 CORR 681 @0.15 PER PG) | $102.15 |
| 11/15/2005 | RE | (G9 CORR 553 @0.15 PER PG) | $82.95 |
| 11/15/2005 | RE | (A2 CORR 1282 @0.15 PER PG) | $192.30 |
| 11/15/2005 | RE | (A1 CORR 3016 @0.15 PER PG) | $452.40 |
| 11/15/2005 | RE | (G9 CORR 2606 @0.15 PER PG) | $390.90 |
| 11/15/2005 | RE | (G7 CORR 2741 @0.15 PER PG) | $411.15 |
| 11/15/2005 | RE | (G8 DEC 3260 @0.15 PER PG) | $489.00 |
| 11/15/2005 | RE | (A2 ORD 38 @0.15 PER PG) | $5.70 |
| 11/15/2005 | RE | (A1 ORD 1502 @0.15 PER PG) | $225.30 |
| 11/15/2005 | RE | (A2 CORR 1224 @0.15 PER PG) | $183.60 |
| 11/15/2005 | RE | (G8 CORR 1566 @0.15 PER PG) | $234.90 |
| 11/15/2005 | RE | (G7 CORR 1468 @0.15 PER PG) | $220.20 |
| 11/15/2005 | RE | (G9 CORR 1885 @0.15 PER PG) | $282.75 |
| 11/16/2005 | DC | Tristate | $16.50 |
| 11/16/2005 | DC | Tristate | $16.50 |
| 11/16/2005 | DH | DHL | $9.54 |
| 11/16/2005 | RE | (G8 CORR 2249 @0.15 PER PG) | $337.35 |
| 11/16/2005 | RE | (A2 CORR 570 @0.15 PER PG) | $85.50 |
| 11/16/2005 | RE | (F8 CORR 63 @0.15 PER PG) | $9.45 |
| 11/16/2005 | RE | (G9 AGR 3545 @0.15 PER PG) | $531.75 |
| 11/17/2005 | DH | DHL | $20.08 |
| 11/17/2005 | DH | DHL | $17.15 |
| 11/17/2005 | DH | DHL | $11.43 |
| 11/17/2005 | DH | DHL | $11.43 |
| 11/17/2005 | DH | DHL | $11.43 |
| 11/17/2005 | DH | DHL | $9.54 |
| 11/17/2005 | RE | (A2 CORR 1192 @0.15 PER PG) | $178.80 |
| 11/17/2005 | RE | (F8 DOC 18 @0.15 PER PG) | $2.70 |
| 11/17/2005 | RE | (G8 CORR 51 @0.15 PER PG) | $7.65 |
| 11/17/2005 | RE | (G8 CORR 387 @0.15 PER PG) | $58.05 |
| 11/18/2005 | DC | Tristate | $15.00 |
| 11/18/2005 | DC | Tristate | $405.00 |
| 11/18/2005 | DC | Tristate | $24.75 |
| 11/18/2005 | DC | Tristate | $24.75 |
| 11/18/2005 | DC | Tristate | $15.00 |
| 11/18/2005 | DH | DHL | $9.74 |
| 11/18/2005 | DH | DHL | $9.74 |
| 11/18/2005 | DH | DHL | $15.70 |
| 11/18/2005 | DH | DHL | $14.25 |
| 11/18/2005 | DH | DHL | $15.70 |
| 11/18/2005 | PO | Postage | $2.12 |
| 11/18/2005 | PO | Postage | $5.40 |

**Invoice number 67223**          91100   00001                                    **Page  17**

| | | | |
|---|---|---|---|
| 11/18/2005 | PO | Postage | $431.64 |
| 11/18/2005 | PO | Postage | $2.35 |
| 11/18/2005 | RE | (G8 CORR 88 @0.15 PER PG) | $13.20 |
| 11/18/2005 | RE | (F8 CORR 99 @0.15 PER PG) | $14.85 |
| 11/18/2005 | RE | (G8 CORR 131 @0.15 PER PG) | $19.65 |
| 11/18/2005 | RE | (G8 CORR 174 @0.15 PER PG) | $26.10 |
| 11/18/2005 | RE | (F8 CORR 12 @0.15 PER PG) | $1.80 |
| 11/18/2005 | RE | (F8 DOC 18 @0.15 PER PG) | $2.70 |
| 11/18/2005 | RE | (G8 CORR 62 @0.15 PER PG) | $9.30 |
| 11/18/2005 | RE | (G9 CORR 1800 @0.15 PER PG) | $270.00 |
| 11/18/2005 | RE | (G8 DEC 4112 @0.15 PER PG) | $616.80 |
| 11/18/2005 | RE | (G7 CORR 5397 @0.15 PER PG) | $809.55 |
| 11/18/2005 | RE | (A2 ORD 116 @0.15 PER PG) | $17.40 |
| 11/18/2005 | RE | (G7 CORR 2 @0.15 PER PG) | $0.30 |
| 11/18/2005 | TR | Transcript---Writer's Cramp,Inc.  ASCII Copy, FedEX Delivery.(PC) [E116] | $413.60 |
| 11/21/2005 | DC | Tristate | $82.50 |
| 11/21/2005 | DC | Tristate | $63.00 |
| 11/21/2005 | DC | Tristate | $24.75 |
| 11/21/2005 | DH | DHL | $13.75 |
| 11/21/2005 | DH | DHL | $22.98 |
| 11/21/2005 | DH | DHL | $13.75 |
| 11/21/2005 | DH | DHL | $31.31 |
| 11/21/2005 | DH | DHL | $13.75 |
| 11/21/2005 | FX | Fax Transmittal. [E104] | $4.00 |
| 11/21/2005 | PO | Postage | $21.00 |
| 11/21/2005 | RE | (G8 CORR 51 @0.15 PER PG) | $7.65 |
| 11/21/2005 | RE | (G8 CORR 353 @0.15 PER PG) | $52.95 |
| 11/21/2005 | RE | (A2 CORR 3999 @0.15 PER PG) | $599.85 |
| 11/21/2005 | RE | (F8 AGR 3 @0.15 PER PG) | $0.45 |
| 11/21/2005 | RE | (F8 CORR 45 @0.15 PER PG) | $6.75 |
| 11/21/2005 | RE | (F8 DOC 36 @0.15 PER PG) | $5.40 |
| 11/21/2005 | RE | (A2 OPP 762 @0.15 PER PG) | $114.30 |
| 11/21/2005 | RE | (A2 AGR 2 @0.15 PER PG) | $0.30 |
| 11/21/2005 | RE | Reproduction Expense. [E101] | $3.45 |
| 11/21/2005 | RE | Reproduction Expense. [E101] | $0.15 |
| 11/22/2005 | DC | Tristate | $15.00 |
| 11/22/2005 | DC | Tristate | $72.00 |
| 11/22/2005 | DC | Tristate | $72.00 |
| 11/22/2005 | DH | DHL | $20.08 |
| 11/22/2005 | DH | DHL | $12.82 |
| 11/22/2005 | DH | DHL | $12.82 |
| 11/22/2005 | DH | DHL | $25.67 |

**Invoice number  67223**          91100   00001                                          **Page  18**

| | | | |
|---|---|---|---|
| 11/22/2005 | FE | Federal Express [E108] | $239.81 |
| 11/22/2005 | PO | Postage | $31.90 |
| 11/22/2005 | RE | (A1 CORR 59 @0.15 PER PG) | $8.85 |
| 11/22/2005 | RE | (A2 CORR 338 @0.15 PER PG) | $50.70 |
| 11/22/2005 | RE | (G8 CORR 3619 @0.15 PER PG) | $542.85 |
| 11/22/2005 | RE | (A1 CORR 172 @0.15 PER PG) | $25.80 |
| 11/22/2005 | RE | (A1 CORR 828 @0.15 PER PG) | $124.20 |
| 11/22/2005 | RE | (A2 QA 513 @0.15 PER PG) | $76.95 |
| 11/23/2005 | DC | Tristate | $15.00 |
| 11/23/2005 | DC | Tristate | $423.00 |
| 11/23/2005 | DC | Tristate | $63.00 |
| 11/23/2005 | DC | Tristate | $24.75 |
| 11/23/2005 | DC | Tristate | $24.75 |
| 11/23/2005 | DH | DHL | $9.54 |
| 11/23/2005 | DH | DHL | $11.43 |
| 11/23/2005 | DH | DHL | $20.08 |
| 11/23/2005 | DH | DHL | $11.43 |
| 11/23/2005 | PO | Postage | $7.47 |
| 11/23/2005 | PO | Postage | $231.08 |
| 11/23/2005 | PO | Postage | $1.35 |
| 11/23/2005 | PO | Postage | $31.80 |
| 11/23/2005 | PO | Postage | $16.10 |
| 11/23/2005 | PO | Postage | $8.05 |
| 11/23/2005 | PO | Postage | $8.50 |
| 11/23/2005 | PO | Postage | $4.75 |
| 11/23/2005 | PO | Postage | $10.60 |
| 11/23/2005 | RE | (F8 CORR 5 @0.15 PER PG) | $0.75 |
| 11/23/2005 | RE | (F8 CORR 63 @0.15 PER PG) | $9.45 |
| 11/23/2005 | RE | (G9 CORR 618 @0.15 PER PG) | $92.70 |
| 11/23/2005 | RE | (A1 CORR 76 @0.15 PER PG) | $11.40 |
| 11/23/2005 | RE | (A1 CORR 1024 @0.15 PER PG) | $153.60 |
| 11/23/2005 | RE | (F8 CORR 30 @0.15 PER PG) | $4.50 |
| 11/23/2005 | RE | (A2 CORR 64 @0.15 PER PG) | $9.60 |
| 11/23/2005 | RE | (A1 CORR 98 @0.15 PER PG) | $14.70 |
| 11/23/2005 | RE | (F8 AGR 88 @0.15 PER PG) | $13.20 |
| 11/23/2005 | RE | (F8 CORR 63 @0.15 PER PG) | $9.45 |
| 11/23/2005 | RE | (G9 CORR 389 @0.15 PER PG) | $58.35 |
| 11/23/2005 | RE | (G8 AGR 1530 @0.15 PER PG) | $229.50 |
| 11/23/2005 | RE | (G7 AGR 2819 @0.15 PER PG) | $422.85 |
| 11/23/2005 | RE | (A1 AGR 4465 @0.15 PER PG) | $669.75 |
| 11/23/2005 | RE | (F8 CORR 24 @0.15 PER PG) | $3.60 |
| 11/23/2005 | RE | (A2 AGR 1512 @0.15 PER PG) | $226.80 |
| 11/23/2005 | RE | (G9 NOTC 19 @0.15 PER PG) | $2.85 |

**Invoice number  67223**         91100   00001                                          **Page  19**

| | | | |
|---|---|---|---|
| 11/23/2005 | RE | (A1 AGR 2 @0.15 PER PG) | $0.30 |
| 11/25/2005 | DC | Tristate | $16.50 |
| 11/28/2005 | FX | Fax Transmittal. [E104] | $18.00 |
| 11/28/2005 | PO | Postage | $5.40 |
| 11/28/2005 | PO | Postage | $130.80 |
| 11/28/2005 | PO | Postage | $0.85 |
| 11/28/2005 | PO | Postage | $1.35 |
| 11/28/2005 | PO | Postage | $231.08 |
| 11/28/2005 | RE | (F8 CORR 14 @0.15 PER PG) | $2.10 |
| 11/28/2005 | RE | (F8 CORR 27 @0.15 PER PG) | $4.05 |
| 11/28/2005 | RE | (A2 CORR 737 @0.15 PER PG) | $110.55 |
| 11/28/2005 | RE | (A2 CORR 618 @0.15 PER PG) | $92.70 |
| 11/28/2005 | RE | (A1 CORR 2996 @0.15 PER PG) | $449.40 |
| 11/28/2005 | RE | (F8 CORR 6 @0.15 PER PG) | $0.90 |
| 11/28/2005 | RE | (F8 CORR 12 @0.15 PER PG) | $1.80 |
| 11/28/2005 | RE | (A2 CORR 66 @0.15 PER PG) | $9.90 |
| 11/28/2005 | RE | (A2 CORR 16 @0.15 PER PG) | $2.40 |
| 11/28/2005 | RE | (F8 DOC 36 @0.15 PER PG) | $5.40 |
| 11/28/2005 | RE | (A2 NOTC 152 @0.15 PER PG) | $22.80 |
| 11/28/2005 | RE | (G9 CORR 30 @0.15 PER PG) | $4.50 |
| 11/28/2005 | RE | (G7 CORR 384 @0.15 PER PG) | $57.60 |
| 11/28/2005 | RE | (G8 CORR 389 @0.15 PER PG) | $58.35 |
| 11/28/2005 | RE | (F8 CORR 47 @0.15 PER PG) | $7.05 |
| 11/28/2005 | RE | (A1 NOTC 512 @0.15 PER PG) | $76.80 |
| 11/28/2005 | RE | (A2 MOT 514 @0.15 PER PG) | $77.10 |
| 11/28/2005 | RE | (G9 NOTC 2211 @0.15 PER PG) | $331.65 |
| 11/28/2005 | RE | (G8 NOTC 2136 @0.15 PER PG) | $320.40 |
| 11/28/2005 | RE | (G9 NOTC 512 @0.15 PER PG) | $76.80 |
| 11/28/2005 | RE | (A1 NOTC 2304 @0.15 PER PG) | $345.60 |
| 11/28/2005 | RE | (A2 NOTC 2304 @0.15 PER PG) | $345.60 |
| 11/28/2005 | RE | (A2 AGR 22 @0.15 PER PG) | $3.30 |
| 11/28/2005 | RE | Reproduction Expense. [E101] | $3.90 |
| 11/28/2005 | RE | Reproduction Expense. [E101] | $0.15 |
| 11/28/2005 | RE | Reproduction Expense. [E101] | $3.45 |
| 11/28/2005 | RE | Reproduction Expense. [E101] | $1.20 |
| 11/29/2005 | FE | Federal Express [E108] | $62.84 |
| 11/29/2005 | PO | Postage | $130.80 |
| 11/29/2005 | PO | Postage | $0.85 |
| 11/29/2005 | RE | (G8 CORR 195 @0.15 PER PG) | $29.25 |
| 11/29/2005 | RE | (A2 AGR 966 @0.15 PER PG) | $144.90 |
| 11/29/2005 | RE | (G7 CORR 450 @0.15 PER PG) | $67.50 |
| 11/29/2005 | RE | (G8 CORR 1255 @0.15 PER PG) | $188.25 |
| 11/29/2005 | RE | (A2 AGR 1583 @0.15 PER PG) | $237.45 |

**Invoice number  67223**       91100   00001                                    **Page  20**

| | | | |
|---|---|---|---:|
| 11/29/2005 | RE | (F8 DOC 45 @0.15 PER PG) | $6.75 |
| 11/29/2005 | RE | (F8 CORR 2 @0.15 PER PG) | $0.30 |
| 11/29/2005 | RE | (A2 NOTC 1284 @0.15 PER PG) | $192.60 |
| 11/29/2005 | RE | (A2 AGR 3 @0.15 PER PG) | $0.45 |
| 11/29/2005 | RE | (G9 CORR 1282 @0.15 PER PG) | $192.30 |
| 11/29/2005 | RE | (A1 AGR 15 @0.15 PER PG) | $2.25 |
| 11/30/2005 | PO | Postage | $2.44 |
| 11/30/2005 | PO | Postage | $632.20 |
| 11/30/2005 | PO | Postage | $3.10 |
| 11/30/2005 | RE | (A2 CORR 51 @0.15 PER PG) | $7.65 |
| 11/30/2005 | RE | (A1 CORR 338 @0.15 PER PG) | $50.70 |
| 11/30/2005 | RE | (G9 CORR 1925 @0.15 PER PG) | $288.75 |
| 11/30/2005 | RE | (G8 CORR 3033 @0.15 PER PG) | $454.95 |
| 11/30/2005 | RE | (F8 CORR 32 @0.15 PER PG) | $4.80 |
| 11/30/2005 | RE | (F8 CORR 79 @0.15 PER PG) | $11.85 |
| 11/30/2005 | RE | (F8 DOC 36 @0.15 PER PG) | $5.40 |
| 11/30/2005 | RE | (F8 CORR 127 @0.15 PER PG) | $19.05 |
| 11/30/2005 | RE | (F8 DOC 22 @0.15 PER PG) | $3.30 |
| 11/30/2005 | RE | (A1 NOTC 1542 @0.15 PER PG) | $231.30 |
| 11/30/2005 | RE | (G7 NOTC 2386 @0.15 PER PG) | $357.90 |
| 11/30/2005 | RE | (A1 NOTC 1900 @0.15 PER PG) | $285.00 |
| 11/30/2005 | RE | (G8 NOTC 3894 @0.15 PER PG) | $584.10 |
| 11/30/2005 | RE | (A2 NOTC 4143 @0.15 PER PG) | $621.45 |
| 11/30/2005 | RE | (G9 NOTC 4012 @0.15 PER PG) | $601.80 |
| 11/30/2005 | RE | (G9 CORR 177 @0.15 PER PG) | $26.55 |

Total Expenses:                                                          **$43,157.91**

### *Summary:*

| | | |
|---|---:|---:|
| Total professional services | $36,400.50 | |
| Total expenses | $43,157.91 | |
| **Net current charges** | $79,558.41 | |
| | | |
| Net balance forward | $263,037.30 | |
| **Total balance now due** | $342,595.71 | |

| | | | | |
|---|---|---:|---:|---:|
| CAK | Knotts, Cheryl A. | 1.30 | 140.00 | $182.00 |
| JEO | O'Neill, James E. | 51.10 | 415.00 | $21,206.50 |
| KSN | Neil, Karen S. | 8.50 | 55.00 | $467.50 |
| LDJ | Jones, Laura Davis | 0.40 | 595.00 | $238.00 |
| MSC | Chappe, Marlene S. | 3.30 | 135.00 | $445.50 |

**Invoice number 67223**      91100  00001                    **Page  21**

| | | | | |
|---|---|---|---|---|
| PEC | Cuniff, Patricia E. | 49.60 | 140.00 | $6,944.00 |
| RMO | Olivere, Rita M. | 3.20 | 75.00 | $240.00 |
| SLP | Pitman, L. Sheryle | 76.10 | 70.00 | $5,327.00 |
| WLR | Ramseyer, William L. | 3.60 | 375.00 | $1,350.00 |
| | | 197.10 | | $36,400.50 |

## Task Code Summary

| | | | Hours | Amount |
|---|---|---|---|---|
| CA | Case Administration [B110] | | 111.70 | $9,380.50 |
| CR01 | WRG-Claim Analysis (Asbestos) | | 12.70 | $4,170.50 |
| CR02 | WRG Claim Analysis | | 2.10 | $541.50 |
| EA01 | WRG-Employ. App., Others | | 0.70 | $180.50 |
| FA | WRG-Fee Apps., Applicant | | 5.50 | $1,707.00 |
| FA01 | WRG-Fee Applications, Others | | 16.70 | $3,971.50 |
| LN | Litigation (Non-Bankruptcy) | | 45.90 | $15,867.00 |
| PD | Plan & Disclosure Stmt. [B320] | | 1.80 | $582.00 |
| | | | 197.10 | $36,400.50 |

## Expense Code Summary

| | |
|---|---|
| Delivery/Courier Service | $4,444.00 |
| DHL- Worldwide Express | $922.47 |
| Federal Express [E108] | $4,836.43 |
| Fax Transmittal [E104] | $36.00 |
| Pacer - Court Research | $393.68 |
| Postage [E108] | $2,910.39 |
| Reproduction Expense [E101] | $28,641.30 |
| Overtime | $162.67 |
| Transcript [E116] | $624.42 |
| Westlaw - Legal Research [E106 | $186.55 |
| | $43,157.91 |