## **EXHIBIT A**
Form of Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| W. R. GRACE & CO., *et al.* | ) Chapter 11 |
| | ) |
| Debtors. | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |

## ORDER DENYING THE MOTION OF ANDERSON MEMORIAL HOSPITAL FOR CLASS CERTIFICATION

This matter coming before the Court on the Motion of Anderson Memorial Hospital for Class Certification (the "Motion"), which was filed in the above-captioned bankruptcy cases [Dkt. No. 10014]; the Court having reviewed and considered the Motion; the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and (iii) no further notice or hearing on the Motion being required:

IT IS HEREBY ORDERED AS FOLLOWS:

    (i)    the Motion is denied; and

    (ii)    Claim Nos. 9911 and 9914 are disallowed and expunged, with prejudice; and

    (iii)    Speights shall pay all of the Debtors' fees and costs associated with the Motion.

Wilmington, Delaware

Dated: _____, 2006      _____
                                                               UNITED STATES BANKRUPTCY JUDGE