IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | RE:  Dkt. Nos. 9311, 9843, 11504 |

MODIFIED    **ORDER FOR THE WITHDRAWAL AND EXPUNGEMENT OF 50 ASBESTOS PROPERTY DAMAGE CLAIMS**

WHEREAS, on October 21, 2005, Speights & Runyan and the Debtors entered into a stipulation, attached hereto as Exhibit A, for the withdrawal of claims lacking product identification identified on Exhibit A attached thereto /except for (a) claim numbers 9911 and (see Dkt. No. 11504) 9914, (b) claims for buildings located in South Carolina, and (c) the 50 "Further Review Claims" identified in the list attached hereto as Exhibit B for which Speights & Runyan could take up to 60 days, to and including December 16, 2005, to investigate whether or not it has evidence that a W.R. Grace asbestos-containing product was installed in the buildings that are the subject of the Further Review Claims, and to provide the Debtors with documentation described therein for claims it did not withdraw; and

---

[1]    The Debtors consist of the following 62 entities:  W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

WHEREAS, the December 16, 2005 deadline has passed and Speights & Runyan has not identified any Further Review Claims for which it has evidence that a W.R. Grace asbestos-containing product was installed in the buildings that are the subject of the Further Review Claims;

IT IS HEREBY ORDERED:

1.      The 50 Further Review Claims identified on the attached Exhibit B are hereby withdrawn and expunged.

Dated: January 17, 2006

Judith K. Fitzgerald    rmab

Honorable Judith K. Fitzgerald
United States Bankruptcy Judge