# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case no. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors | ) | Re: Docket Nos. 11294 & 11403 |

## ORDER CLARIFYING THE CASE MANAGEMENT ORDER FOR THE ESTIMATION OF ASBESTOS PERSONAL INJURY LIABILITIES

Upon consideration of the Motion of the Gibson Law Firm To Extend Time To Serve Questionnaires Pursuant To The Case Management Order For The Estimation of Asbestos Personal Injury Liabilities [Docket No. 11294];

IT IS HEREBY ORDERED on this 17 day of Jan, 2006 that due to the Court's entry of Order Modifying the Case Management Order for the Estimation of Asbestos Personal Injury Liabilities Regarding the Extension of Time for Claimants to Respond to Questionnaires and to Designate Non-Expert Witnesses [Docket No. 11403] the Motion of the Gibson Law Firm To Extend Time To Serve Questionnaires Pursuant To The Case Management Order For The Estimation of Asbestos Personal Injury Liabilities is **DENIED AS MOOT IN ALL RESPECTS.**

**SO ORDERED**

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

91100-001\DOCS_DE:112474.1