# EXHIBIT A

## EXHIBIT A

## W. R. Grace & Co., et al., District of Delaware, Bankruptcy Case No. 01-1139

### Report on Settlements of Certain Claims and Causes of Action October 1, 2005 through December 31, 2005

| | | |
|---|---|---|
| Grandview Legion Housing Society and British Columbia Housing Managing Commission<br>Kuhn & Company, Legal Counsel<br>300-31935 South Fraser Way<br>Abbotsford, B.C. V2T 5N7 | Sealed Air (Canada) Inc.<br>Thomas S. Woods<br>Lawson Lundell LLP<br>1600 Cathedral Place<br>925 West Georgia Street<br>Vancouver, B.C. V6C 3L2 | *Grandview Legion Housing Society et al. v. John Kerrigan Sproule/Architecture, et al.*, Supreme Court of British Columbia, No. S75105 New Westminster Registry. One of seven "leaky condo" cases in British Columbia, it was alleged that Sealed Air (Grace was substituted as the proper party in interest) manufactured, supplied and supervised the installation of waterproofing membranes that were defective. As a result of mediation, the case was settled as to Grace for a total of $5,000 Canadian. |

3