## Exhibit A

### Description of Settlement

The Claims being settled involve alleged injuries and damages sustained in a February 2003 automobile accident involving a Grace employee who was a concrete admixtures dispenser technician employed by W.R. Grace & Co. - Conn. ("Grace").

Three plaintiffs initiated suit against the Grace employee and Grace, as his employer and owner of the vehicle he operated, in the action titled *Marcus Drake, Ramon Casillas, and Brenda Casillas v. W.R. Grace Construction, Jeremy Jay Kline,* presently before the Superior Court of California, County of Sacramento (Case No. 04AS00044) and assert the following:

- Marcus Drake: $4,838.40 in past wage loss, $48,822.55 in past medical expenses, and $130,000 in projected future medical expenses.

- Ramon Casillas: $28,695 in wage loss, $750,000 in future wage loss, $190,000 in claimed past medical expenses, and $180,000 in future medical expenses.

- Brenda Casillas: Damages for loss of consortium.

- Plaintiffs also collectively seek $103,000 for loss of Mr. Casillas's household services.

A fourth plaintiff, Fabrice Scott, similarly initiated a separate suit against the Grace employee and Grace for a currently undetermined amount of injuries and damages.

Grace has or will engage in settlement discussions regarding the Claims of each of the Plaintiffs.  Accordingly, the Debtors seek authority to settle the Claims and pay as an administrative claim against the Grace chapter 11 estates an amount up to, but not to exceed, the $500,000 insurance deductible applicable to all claims arising from the accident.