IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 17 day of January, 2006, I caused a copy of the following document to be served on the individuals on the attached service list(s) in the manner indicated:

**CLAIMS SETTLEMENT NOTICE.**

_____
James E. O'Neill (DE Bar No. 4042)

91100-001\DOCS_DE:111474.41

## DISTRIBUTION LIST/NEGATIVE NOTICE PARTIES

### OFFICE OF UNITED STATES TRUSTEE

| | |
|---|---|
| United States Trustee's Office<br>Attn: Frank Perch, Esq.<br>U. S. Department of Justice<br>601 Walnut Street<br>Curtis Center, Suite 950 West<br>Philadelphia, Pennsylvania 19106 | FAX: (302) 573-6497 |

### COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'

| | |
|---|---|
| Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, New York 10038-4982<br>Attn: Arlene G. Krieger, Esq. | FAX: (212) 806-6006 |

### COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS

| | |
|---|---|
| Caplin & Drysdale<br>399 Park Avenue, 36th Floor<br>New York, New York 10022<br>Attn: Elihu Inselbuch, Esq. | FAX: (212) 644-6755 |
| Caplin & Drysdale<br>One Thomas Circle, N.W.<br>Washington, District of Columbia 20005<br>Attn: Peter Van N. Lockwood, Esq. | FAX: (202) 429-3301 |
| Campbell & Levine<br>Chase Manhattan Centre<br>15th Floor<br>1201 North Market Street<br>Wilmington, Delaware 19801<br>Attn: Matthew G. Zaleski, Esq. | FAX: (302) 426-9947 |

### COUNSEL TO THE OFFICIAL COMMITTEE OF PROPERTY DAMAGE CLAIMANTS

| | |
|---|---|
| Bilzin Sumberg Dunn Baena Price & Axelrod LLP<br>First Union Financial Center<br>200 South Biscayne Boulevard<br>Suite 2500<br>Miami, Florida 33131<br>Attn: Scott L. Baena, Esq. | FAX: (305) 374-7593 |

### COUNSEL TO THE DIP LENDER

| | |
|---|---|
| Latham & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL 60606<br>Attn:   Douglas Bacon, Esq. | FAX: (312) 993-9767 |

## COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS

| | |
|---|---|
| Kramer Levin Naftalis & Frankel<br>919 Third Avenue<br>New York, New York 10022<br>Attn: Thomas Moers Mayer, Esq.<br>      Gary M. Becker, Esq. | FAX: (212) 715-8000 |

## CO-COUNSEL TO THE DEBTORS

| | |
|---|---|
| Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br>Attn: Janet S. Baer, Esq.<br>      Salvatore F. Bianca, Esq. | FAX: (312) 861-2200 |
| Pachulski, Stang, Ziehl, Young,<br>Jones & Weintraub, P.C.<br>919 N. Market Street, 16th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705<br>(Courier 19801)<br>Attn: James O'Neill, Esq. | FAX: (302) 652-4400 |