# Exhibit A

## Omnibus Hearing Dates and Filing and Objection Deadlines

All hearings are in Wilmington, Delaware, unless otherwise noted below.

| Omnibus Hearing Dates | Filing Deadlines | Objection Deadlines | Preliminary Agenda Due | Final Agenda Due |
|---|---|---|---|---|
| January 30, 2006 at 2:00 p.m. [2] | 12/23/05 | 01/10/06 | 01/13/06 | 01/23/06 |
| February 21, 2006 at 2:00 p.m. | 01/17/06 | 02/03/06 | 02/07/06 | 02/14/06 |
| March 27, 2006 at 2:00 p.m. **(18th Quarterly Fee Hearing)** | 02/20/06 | 03/10/06 | 03/13/06 | 03/20/06 |
| April 17, 2006 at 2:00 p.m. | 03/13/06 | 03/31/06 | 04/03/06 | 04/10/06 |
| May 15, 2006 at 2:00 p.m. | 04/10/06 | 04/28/06 | 05/01/06 | 05/08/06 |
| June 19, 2006 at 2:00 p.m. **(19th Quarterly Fee Hearing)** | 05/15/06 | 06/02/06 | 06/05/06 | 06/12/06 |
| July 24, 2006 at 2:00 p.m. | 06/19/06 | 07/07/06 | 07/10/06 | 07/17/06 |
| August 21, 2006 at 2:00 p.m. | 07/17/06 | 08/04/06 | 08/07/06 | 08/14/06 |
| September 25, 2006 at 2:00 p.m. **(20th Quarterly Fee Hearing)** | 08/21/06 | 09/08/06 | 09/11/06 | 09/18/06 |
| October 23, 2006 at 2:00 p.m. | 09/18/06 | 10/06/06 | 10/09/06 | 10/16/06 |
| November 20, 2006 at 2:00 p.m. | 10/16/06 | 11/03/06 | 11/06/06 | 11/13/06 |
| December 18, 2006 at 2:00 p.m. **(Check with Court for location)** **(21st Quarterly Fee Hearing)** | 11/13/06 | 12/01/06 | 12/04/06 | 12/11/06 |

---

[2] The time for all 2006 omnibus hearing dates has been changed by the Court from 12:00 p.m. to 2:00 p.m.

91100-001\DOCS_DE:113293.1