**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |
| | ) | **PD Claim Nos.** |
| | ) | **6934 (Church of St. Luke)** |
| | ) | **6935 (Church of St. Leo the Great)** |
| | ) | **4075 (Church of St. Joseph)** |

**CHURCH OF ST. LUKE (CLAIM NO. 6934), CHURCH OF ST. LEO
THE GREAT (CLAIM NO. 6935), AND CHURCH OF ST. JOSEPH'S
(CLAIM NO. 4075) WITHDRAWAL OF PROPERTY DAMAGES CLAIMS**

W.R. Grace ("Grace") objected to the above claims as being previously settled. Upon Claimants' counsel's request, Grace supplied to Claimants copies of the Settlement Agreement in In re School Asbestos Litigation, Master File No. 83-0268 in the United States District Court for the Eastern District of Pennsylvania, along with attachments to that Settlement Agreement. After reviewing the Settlement Agreement, attachments, and speaking with class counsel in the In re School Asbestos Litigation action, Claimants believe that Grace's objection is well taken. Therefore, the above-named Claimants hereby voluntarily withdraw their claims from this proceeding so as not to waste the Court's or Grace's time in arguing this issue at the hearing scheduled for January 24, 2006.

16484.1

| | |
|---|---|
| Mt. Pleasant, SC<br>January 18, 2006 | Respectfully submitted,<br><br>JASPAN SCHLESINGER HOFFMAN LLP<br><br>By: <u>Laurie Schenker Polleck</u><br>   Laurie Schenker Polleck (No. 4300)<br>   913 N. Market Street, 12th Floor<br>   Wilmington, DE  19801<br>   Telephone:  (302) 351-8000<br>   Facsimile:   (302) 351-8010<br><br>   and<br><br>   MOTLEY RICE LLC<br>   _____<br>   James M. Hughes, Esq.<br>   28 Bridgeside Blvd.<br>   P.O. Box 1792<br>   Mount Pleasant, SC 29465<br>   Telephone: (843) 216-9133<br>   Facsimile: (843) 216-9440<br>   E-mail: jhughes@motleyrice.com<br><br>   and<br><br>   John J. Preefer, Esq.<br>   60 East 42nd Street, Suite 1201<br>   New York, New York 10165<br>   Telephone:  (212) 490-9524<br>   Facsimile:   (212) 682-3053<br><br>   Co-Counsel for Claimant<br>   The Church of St. Luke |

16484.1                                                          2