**Summary of PwC's Fees By Individual:**
**Eighteenth Interim Quarterly Reporting Period**
**July 1, 2005 through September 30, 2005**

**Professoinal Profiles**
**W. R. Grace - Time Tracking Summary**
**For the Quarter Ended September 30, 2005**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Brian F Merrick Total | Audit Associate | >1 | Integrated Audit | 35.9 | $ 5,492.70 |
| Casey Spriggs Total | Audit Associate | <1 | Integrated Audit | 8.0 | $ 848.00 |
| Christopher Ocasal Total | Audit Partner | 13 | Integrated Audit | 1.0 | $ 425.00 |
| Christopher Park Total | Audit Associate | 2 | Integrated Audit | 33.6 | $ 4,636.80 |
| Cindy Y Chen Total | Audit Senior Associate | 2 | Integrated Audit | 45.8 | $ 8,747.80 |
| Claudio Lee Total | Audit Associate | <1 | Integrated Audit | 38.1 | $ 5,067.30 |
| David C Lloyd Total | Audit Senior Manager | 14 | Integrated Audit | 71.0 | $ 25,205.00 |
| David Cook Total | Audit Partner | 23 | Integrated Audit | 2.5 | $ 2,037.50 |
| David Kaplan Total | Audit Partner | 29 | Integrated Audit | 0.5 | $ 441.00 |
| Erica Margolius Total | Audit Associate | 1 | Integrated Audit | 366.6 | $ 38,859.60 |
| Evelyn Fisher Total | Audit Associate | <1 | Integrated Audit | 9.8 | $ 1,038.80 |
| Francois C Barnard Total | Audit Senior Associate | 7 | Integrated Audit | 64.4 | $ 12,300.40 |
| Gregory Lubkin Total | Director | 9 | Integrated Audit | 4.0 | $ 1,328.00 |

| | | | | | |
|---|---|---|---|---|---|
| Ivaylo Ivanov Total | Intern | <1 | Integrated Audit | 97.5 | $ 7,702.50 |
| Jaeki Chang Total | Audit Senior Associate | 5 | Integrated Audit | 25.6 | $ 4,889.60 |
| Jody Beth Underhill Total | Tax Senior Manager | 20 | Integrated Audit | 16.2 | $ 3,645.00 |
| John E Newstead Total | Audit Senior Manager | 10+ | Integrated Audit | 84.2 | $ 28,796.40 |
| Katherine Flower Total | Intern | <1 | Integrated Audit | 15.8 | $ 1,248.20 |
| Kenneth Wood Total | Intern | <1 | Integrated Audit | 4.0 | $ 316.00 |
| Kevin C McGonigle Total | Audit Senior Manager | 10 | Integrated Audit | 11.1 | $ 6,870.90 |
| Lauren Misler  Total | Audit Associate | 2 | Integrated Audit | 68.5 | $ 9,453.00 |
| Lawrence Dodyk Total | Audit Partner | 23 | Integrated Audit | 10.5 | $ 8,914.50 |
| Lisa  Slotznick Total | Director | 26 | Integrated Audit | 2.0 | $ 1,040.00 |
| Lynda  Keorlet Total | Audit Associate | 1 | Integrated Audit | 198.5 | $ 21,041.00 |
| Maria Afuang Total | Audit Senior Associate | 4 | Integrated Audit | 275.3 | $ 47,076.30 |
| Marshall Zvarevashe Total | Audit Senior Associate | >3 | Integrated Audit | 36.5 | $ 6,971.50 |
| Michael McDonnell Total | Audit Associate | 3 | Integrated Audit | 51.5 | $ 7,107.00 |
| Moon Y Park Total | Audit Associate | <1 | Integrated Audit | 31.6 | $ 4,202.80 |
| Munir Maruf Total | Intern | <1 | Integrated Audit | 41.0 | $ 3,239.00 |
| Pamela Reinhardt Total | Audit Senior Associate | 3 | Integrated Audit | 138.5 | $ 27,150.00 |
| Paul Kepple Total | Audit Partner | 17 | Integrated Audit | 2.0 | $ 1,698.00 |
| Peter Woolf  Total | Tax Partner | 25 | Integrated Audit | 18.7 | $ 8,415.00 |
| Robert Eydt Total | SEC Review Partner | 20+ | Integrated Audit | 1.0 | $ 815.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Robert Keehan Total** | **Audit Partner** | **18** | **Integrated Audit** | **5.0** | **$     3,095.00** |
| **Ryan Grady Total** | **Audit Manager** | **4** | **Integrated Audit** | **308.6** | **$   60,497.30** |
| **Sandra Blum Total** | **Audit Partner** | **20** | **Integrated Audit** | **0.3** | **$        244.80** |
| **Sandra David Total** | **Audit Manager** | **7** | **Integrated Audit** | **29.8** | **$     8,016.20** |
| **Thomas S Masterson Total** | **Audit Associate** | **<1** | **Integrated Audit** | **39.3** | **$     5,541.30** |
| **Tom Kalinosky Total** | **Audit Specialist** | **20+** | **Integrated Audit** | **1.5** | **$        913.50** |
| **William Bishop Total** | **Audit Partner** | **27** | **Integrated Audit** | **90.0** | **$   55,710.00** |
| **William Todd Hutcherson Total** | **Audit Senior Manager** | **11** | **Integrated Audit** | **19.0** | **$     6,745.00** |
| **Youhan Lee Total** | **Intern** | **<1** | **Integrated Audit** | **1.4** | **$        110.60** |
| **Yuan Helen Deng Total** | **Audit Senior Associate** | **<3** | **Integrated Audit** | **22.0** | **$     4,466.00** |
| **Grand Total** | | | | **2,328.1** | **$ 452,359.30** |

**Summary of PwC's Fees By Project Category:**
**Eighteenth Interim Quarterly Reporting Period**
**July 1, 2005 through September 30, 2005**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim  Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 20.5 | $2,224.00 |
| 13-Financing | | |
| 14-Hearings | | |

| | | |
|---|---|---|
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial- Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **2,328.1** | **$452,359.30** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **2,348.6** | **$454,583.30** |

**PricewaterhouseCoopers LLP**
**Summary of Expenses**
**Eighteenth Interim Quarterly Reporting Period**
**July 1, 2005 through September 30, 2005**

| Type of Expense | |
|---|---:|
| Transportation | $22,085.88 |
| Lodging | 3,597.61 |
| Sundry | 242,73 |
| Business Meals | 643.51 |
| **Grand Total for the Fee Period July 1, 2005 through September 30, 2005** | **$26,569.73** |