# EXHIBIT - A

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et. al. | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors | : | (Jointly Administered) |
| | : | Hearing Date: March 27, 2006 at 12:00 p.m. |
| | : | Objections Due: March 10, 2006 at 4:00 p.m. |

ORDER APPROVING EIGHTEENTH QUARTERLY
FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP,
AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the Eighteenth Quarterly Fee Application of PricewaterhouseCoopers LLP ("PwC"), Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses, incurred during the interim period July 1, 2005 through September 30, 2005, dated January __, 2006 (the "Application"); and upon the Certification of William Bishop in support of the Application; and upon a hearing having been held before this Court to consider the Eighteenth Quarterly Fee Application on March 27, 2006 at 12:00 p.m.; and upon notice having been given pursuant to Bankruptcy Rule 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto, and sufficient cause having been shown therefore, it is hereby:

ORDERED that the Eighteenth Quarterly Fee Application is approved, and it is further

{10010304.DOC}

ORDERED that the compensation for services rendered in the amount of $452,359.30 (plus $2,224.00 for preparing the related fee applications) and reimbursement of expenses incurred in the amount of $26,569.73 is hereby granted to PwC.

Dated: _____, 2006

_____
Judith K. Fitzgerald
United States Bankruptcy Judge