## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO., et al.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| Debtors. | ) | **(Jointly Administered)** |
| | ) | |
| | ) | **Re: Docket Nos. 9302, 11307, 11434, 11533** |
| | ) | **January 30, 2006 Agenda Item No. 10** |
| | ) | |

## DEBTORS' MOTION FOR LEAVE TO FILE LIMITED REPLY IN SUPPORT OF THEIR MOTION TO STRIKE OR COMPEL FULL DISCLOSURE OF THE PROPERTY DAMAGE COMMITTEE'S PHASE I FACT WITNESSES

Pursuant to Del.Bankr.LR 9006-1(d), Debtors hereby request authority to file a limited reply in support of their December 23, 2005 "Motion to Strike or Compel Full Disclosure of the Property Damage Committee's Phase I Fact Witnesses" (Docket No. 11434) ("Motion"). The purpose of the limited reply (attached hereto as Exhibit A) is to address several false and misleading statements contained in the Property Damage Committee's Objection (Docket No. 11533) to Debtors' Motion. Debtors will address the PD Committee's substantive arguments on January 30, 2006, when the Motion is scheduled to be heard.

WHEREFORE, for the foregoing reasons, Debtors respectfully request the entry of an Order granting them authority to file "Debtors' Limited Reply in Support of their Motion to Strike or Compel Full Disclosure of the PD Committee's Phase I Fact Witnesses", which is attached hereto as Exhibit A.

Wilmington, Delaware
Dated:  January 20, 2006

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Michelle H. Browdy
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

*And*

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB, PC

_James E. O'Neill_    By SGMS 4283

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100

Co-Counsel for the Debtors and Debtors in Possession

2