**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: February 13, 2006** |
| | ) | **Hearing Date: TBD only if necessary** |

**SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005**

| | |
|---|---|
| Name of Applicant: | Richardson Patrick Westbrook & Brickman, LLC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002 |
| Period for which compensation and Reimbursement is sought: | October 1, 2005 through October 31, 2005 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 4,630.00 |
| Amount of Expenses Reimbursement: | $ 0 |

This is a: X monthly _ interim _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004- 4/30/2003 | $327.50 | $ 0 | No objection served on counsel | No objections served on counsel |
| 8/17/2004 | 5/1/2004- 5/31/2004 | $4,432.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 8/17/2004 | 6/1/2004- 6//30/2004 | $24,797.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 7/1/2004- 7/31/2004 | $12,247.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 8/1/2004- 8/31/2004 | $13,955.00 | $0 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 9/1/2004- 9/30/2004 | $31,334.00 | $374.29 | No objections served on counsel | No objection served on counsel |
| 11/23/2004 | 10/1/2004- 10/31/2004 | $210,386.00 | $23,723.43 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 11/1/2004- 11/30/2004 | $23,932.50 | $13,414.72 | No objections served on counsel | No objections served on counsel |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1/12/2005 | 12/1/2004-12/31/2004 | $9,507.50 | $145.53 | No objections served on counsel | No objections served on counsel |
| 2/28/2005 | 1/1/2005-1/31/2005 | $14,257.50 | $1,109.11 | No objections served on counsel | No objections served on counsel |
| 3/29/2005 | 2/1/2005-2/28/2005 | $7,082.50 | $33.46 | No objections served on counsel | No objections served on counsel |
| 5/10/2005 | 3/1/2005-3/31/2005 | $13,675.00 | $954.22 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 4/1/2005-4/30/2005 | $7,500.00 | $7.60 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 5/1/2005-5/31/2005 | $7,662.50 | $29.60 | No objections served on counsel | No objections served on counsel |
| 8/25/2005 | 6/1/2005-6/30/2005 | $5,187.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/05 | 7/1/2005-7/30/2005 | $2,595.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/10/05 | 8/1/2005-8/31/2005 | $7,430.00 | $ 401.08 | No objections served on counsel | No objections served on counsel |
| 11/10/05 | 9/1/2005-9/30/2005 | $6,562.50 | $ 0 | No objections served on counsel | No objections served on counsel |

This is the thirty-eighth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 26 | Litigation | $650 | .8 | $520.00 |
| Robert M. Turkewitz | Partner | 18 | Litigation | $400 | 3.4 | $1,360.00 |
| TOTALS | | | | | 4.2 | $1,880.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 22.0 | $2,750.00 |
| TOTALS | | | | | 22.0 | $2,750.00 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | | |
| 20-Travel–Non-working | | |
| 22-ZAI Science Trial | 26.2 | $4,630.00 |
| TOTALS | 26.2 | $4,630.00 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| | - 0 - |
| Total | - 0 - |

Dated: January 20, 2006
Wilmington, Delaware

**BUCHANAN INGERSOLL PC**

/s/ *William D. Sullivan*
William D. Sullivan (No. 2820)
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801
Phone: (302) 428-5500
FAX: (302) 428-3996

-and-

**RICHARDSON, PATRICK WESTBROOK & BRICKMAN**

Edward J. Westbrook, Esq.
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC 29464
Phone: (843) 727-6513
FAX: (843) 727-6688

LEAD COUNSEL FOR
ZAI CLAIMANTS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: February 13, 2006** |
| | ) | **Hearing Date: TBD only if necessary** |

**FEE DETAIL FOR THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005**

# Time report

**10/01/2005 - 10/31/2005**

| Date / Timekeeper | Client No. / Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | | **L106** | | | | |
| **Day:** | | **10/03/2005** | | | | |
| 10/03/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | 0000 | | Adding state tags to ZAI jobsites database (4); email responses to vermiculite website inquiry (1) | | | |
| **Day:** | | **10/04/2005** | | | | |
| 10/04/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| lkerrison | 0000 | | Organizing new jobsites for inclusion in ZAI jobsites database | | | |
| **Day:** | | **10/05/2005** | | | | |
| 10/05/2005 | 200106 | Zonolite Science Trial | L106 | $400.00 | 0.10 | $40.00 |
| rturkewitz | 0000 | | Received from EPA and forwarded to Lizzie Kerrison documents provided to us in response to our FOIA request (.1) | | | |
| **Day:** | | **10/06/2005** | | | | |
| 10/06/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | 0000 | | Adding additional jobsites to ZAI database (3); review EPA FOIA disc received from EPA regarding ZAI removal from Libby homes (2) | | | |
| **Day:** | | **10/10/2005** | | | | |
| 10/10/2005 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.80 | $520.00 |
| ewestbrook | 0000 | | Conversation with Darrell Scott regarding status, Canadian ZAI class action, involvement of ZAI in estimation and review emails regarding ZAI class action | | | |
| **Day:** | | **10/12/2005** | | | | |
| 10/12/2005 | 200106 | Zonolite Science Trial | L106 | $400.00 | 3.00 | $1,200.00 |
| rturkewitz | 0000 | | Reviewed documents produced by EPA in response to our FOIA request regarding ZAI removal techniques and costs; Forwarded email to Ed Westbrook and Lizzie Kerrison, summarizing documents (2.5); Email to homeowner re ZAI (.5) | | | |
| **Day:** | | **10/18/2005** | | | | |
| 10/18/2005 | 200106 | Zonolite Science Trial | L106 | $400.00 | 0.10 | $40.00 |
| rturkewitz | 0000 | | Email to Ed Westbrook re Grace's objections to ZAI claims (.1) | | | |
| **Day:** | | **10/21/2005** | | | | |
| 10/21/2005 | 200106 | Zonolite Science Trial | L106 | $400.00 | 0.20 | $80.00 |

# Time report

**10/01/2005 - 10/31/2005**

| Date / Timekeeper | Client No. / Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| rturkewitz | 0000 | | Received and reviewed ZAI Proof of Claims (.2) | | | |
| **Day:** | | **10/27/2005** | | | | |
| 10/27/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | 0000 | | Review O.M. Scott ATSDR reports (1); coding ZAI database memos that were undated (4) | | | |
| **Day:** | | **10/31/2005** | | | | |
| 10/31/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 3.00 | $375.00 |
| lkerrison | 0000 | | Responses to ZAI homeowners website inquiries through emails and calls | | | |

| | |
|---|---|
| **Grand Total:** | **$4,630.00** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$4,630.00** |
| **Total Hours/Report:** | **26.20** |
| **Count:** | **10** |

# Expense report

**10/01/2005 - 10/31/2005**

| Date / Timekeeper | Client No. / Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | **E124** | | | | | |
| **Day:** | **10/31/2005** | | | | | |
| 10/31/2005 | 200106 | Zonolite Science Trial | E124 | $0.00 | 1.00 | $0.00 |
| kjones | 0000 | | No Expenses for the October 2005 | | | |

| | |
|---|---|
| **Grand Total:** | **$0.00** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$0.00** |
| **Total Hours/Report:** | **0.00** |
| **Count:** | **1** |

# VERIFICATION

STATE OF SOUTH CAROLINA )
)
COUNTY OF CHARLESTON )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a) I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b) I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

c) I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

[signature]
Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 18th day of January, 2006.

Kimberly anderson garcia
Notary Public for South Carolina
My Commission expires: 02/04/14