**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: February 13, 2006** |
| | ) | **Hearing Date:  TBD only if necessary** |

**SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON
PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL
COUNSEL FOR THE INTERIM PERIOD FROM NOVEMBER 1, 2005
<u>THROUGH NOVEMBER 30, 2005</u>**

Name of Applicant:                                    Richardson Patrick Westbrook
                                                                  & Brickman, LLC

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:                               July 22, 2002

Period for which compensation and
Reimbursement is sought:                           November 1, 2005 through
                                                                  November 30, 2005

Amount of Compensation sought as actual,
Reasonable, and necessary:                         $ 8,710.00

Amount of Expenses Reimbursement:                  $ 0

This is a: <u>X</u> monthly     _ interim     _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004- 4/30/2003 | $327.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 8/17/2004 | 5/1/2004- 5/31/2004 | $4,432.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 8/17/2004 | 6/1/2004- 6//30/2004 | $24,797.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 7/1/2004- 7/31/2004 | $12,247.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 8/1/2004- 8/31/2004 | $13,955.00 | $0 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 9/1/2004- 9/30/2004 | $31,334.00 | $374.29 | No objections served on counsel | No objections served on counsel |
| 11/23/2004 | 10/1/2004- 10/31/2004 | $210,386.00 | $23,723.43 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 11/1/2004- | $23,932.50 | $13,414.72 | No objections served | No objections served |

| | 11/30/2004 | | | on counsel | on counsel |
|---|---|---|---|---|---|
| 1/12/2005 | 12/1/2004-12/31/2004 | $9,507.50 | $145.53 | No objections served on counsel | No objections served on counsel |
| 2/28/2005 | 1/1/2005-1/31/2005 | $14,257.50 | $1,109.11 | No objections served on counsel | No objections served on counsel |
| 3/29/2005 | 2/1/2005-2/28/2005 | $7,082.50 | $33.46 | No objections served on counsel | No objections served on counsel |
| 5/10/2005 | 3/1/2005-3/31/2005 | $13,675.00 | $954.22 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 4/1/2005-4/30/2005 | $7,500.00 | $7.60 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 5/1/2005-5/31/2005 | $7,662.50 | $29.60 | No objections served on counsel | No objections served on counsel |
| 8/25/2005 | 6/1/2005-6/30/2005 | $5,187.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2005 | 7/1/2005-7/30/2005 | $2,595.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 8/1/2005-8/31/2005 | $7,430.00 | $ 401.08 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 9/1/2005-9/30/2005 | $6,562.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 10/1/2005-10/31/2005 | $4,630.00 | $ 0 | Pending | Pending |

This is the thirty-ninth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 26 | Litigation | $650 | 2.2 | $1,430.00 |
| Robert M. Turkewitz | Partner | 18 | Litigation | $400 | 1.2 | $480.00 |
| TOTALS | | | | | 3.4 | $1,910.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 54.4 | $6,800.00 |
| TOTALS | | | | | 54.4 | $6,800.00 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | | |
| 20-Travel–Non-working | | |
| 22-ZAI Science Trial | 57.8 | $8,710.00 |
| TOTALS | 57.8 | $8,710.00 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| | - 0 - |
| Total | - 0 - |


Dated:  January 20, 2006
Wilmington, Delaware

**BUCHANAN INGERSOLL PC**

/s/      *William D. Sullivan*
William D. Sullivan (No. 2820)
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE  19801
Phone: (302) 428-5500
FAX: (302) 428-3996

-and-

**RICHARDSON, PATRICK
WESTBROOK & BRICKMAN**

Edward J. Westbrook, Esq.
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC  29464
Phone: (843) 727-6513
FAX: (843) 727-6688

LEAD COUNSEL FOR
ZAI CLAIMANTS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et</u> <u>al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: February 13, 2006 |
| | ) | Hearing Date:  TBD only if necessary |

**FEE DETAIL FOR THE VERIFIED APPLICATION OF RICHARDSON
PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL
COUNSEL FOR THE INTERIM PERIOD FROM NOVEMBER 1, 2005
<u>THROUGH NOVEMBER 30, 2005</u>**

01/10/2006                                                                                                          1

# Time report

### 11/01/2005 - 11/30/2005

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | **L106** | | | | | |
| **Day:** | | **11/01/2005** | | | | |
| 11/01/2005<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Adding new ZAI jobsites in jobsites database (4); talking to ZAI website inquiries and responding to their emails (1) | $125.00 | 5.00 | $625.00 |
| **Day:** | | **11/03/2005** | | | | |
| 11/03/2005<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Add ZAI homeowners' facts to ZAI jobsites database from Grace POCs (4) | $125.00 | 4.00 | $500.00 |
| 11/03/2005<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Prepare for and attend ZAI court conference call | $650.00 | 1.50 | $975.00 |
| **Day:** | | **11/07/2005** | | | | |
| 11/07/2005<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Add ZAI homeowners' facts to ZAI jobsites database from Grace POCs (3); Talking to ZAI website inquiries and responding to their emails (2) | $125.00 | 5.00 | $625.00 |
| **Day:** | | **11/08/2005** | | | | |
| 11/08/2005<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review all ZAI jobsites and tag for product id (ZAI, possible ZAI and non-ZAI) (4); email responses regarding request for ZAI information (1) | $125.00 | 5.00 | $625.00 |
| **Day:** | | **11/09/2005** | | | | |
| 11/09/2005<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Respond to various emails regarding conference with court | $650.00 | 0.70 | $455.00 |
| **Day:** | | **11/10/2005** | | | | |
| 11/10/2005<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Talking to ZAI website inquiries and responding to their emails (2); update ZAI jobsites database (3) | $125.00 | 5.00 | $625.00 |
| **Day:** | | **11/15/2005** | | | | |
| 11/15/2005<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Talking to ZAI website inquiries and responding to their emails (2); update ZAI jobsites database (3) | $125.00 | 5.00 | $625.00 |

01/10/2006                                                                  2

# Time report

### 11/01/2005 - 11/30/2005

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **11/17/2005** | | | | |
| 11/17/2005 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Responses to ZAI homeowner website inquiries through email and calls (2); review ZAI database for invoices, coding for state and year and reviewing individual ZAI homeowners' invoices (3) | $125.00 | 5.00 | $625.00 |
| **Day:** | | **11/21/2005** | | | | |
| 11/21/2005 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Review ZAI database for invoices, coding for state and year and reviewing individual ZAI homeowners' invoices (4); draft letter to potential ZAI claimants for Rob Turkewitz (1) | $125.00 | 5.00 | $625.00 |
| **Day:** | | **11/22/2005** | | | | |
| 11/22/2005 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Finish updating ZAI jobsites database product id tags (ZAI, possible ZAI and non-ZAI); review ZAI database for invoices, coding for state and year and reviewing individual ZAI homeowners' invoices (3); conference with co-counsel regarding certification of ZAI-Canada class (.2) | $125.00 | 5.20 | $650.00 |
| **Day:** | | **11/28/2005** | | | | |
| 11/28/2005 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Responses to ZAI homeowner website inquiries through emails and calls (1); conference with Rob Turkewitz, homeowners and expert (1.2); review ZAI database for invoices, coding for state and year and reviewing individual ZAI homeowners' invoices (3) | $125.00 | 5.20 | $650.00 |
| 11/28/2005 rturkewitz | 200106 0000 | Zonolite Science Trial | L106<br>Conference with Lizzie Kerrison, ZAI homeowners and expert | $400.00 | 1.20 | $480.00 |
| **Day:** | | **11/29/2005** | | | | |
| 11/29/2005 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Responses to ZAI homeowner website inquiries through emails and calls (1); update ZAI homeowner database (3); review ZAI database for invoices, coding for state and year and reviewing individual ZAI homeowners' invoices (1) | $125.00 | 5.00 | $625.00 |

01/10/2006

3

# Time report

**11/01/2005 - 11/30/2005**

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | **Grand Total:** | | | **$8,710.00** |
| | | **Expense Grand Total:** | | | **$0.00** |
| | | **Time Grand Total:** | | | **$8,710.00** |
| | | **Total Hours/Report:** | | | **57.80** |
| | | **Count:** | | | **14** |

01/18/2006

1

# Expense report

**11/01/2005 - 11/30/2005**

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | **E124** | | | | | |
| **Day:** | | **11/30/2005** | | | | |
| 11/30/2005<br>kjones | 200106<br>0000 | Zonolite Science Trial | E124<br>No Expenses for the November 2005 | $0.00 | 1.00 | $0.00 |

| | |
|---|---|
| **Grand Total:** | **$0.00** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$0.00** |
| **Total Hours/Report:** | **0.00** |
| **Count:** | **1** |

<u>VERIFICATION</u>

STATE OF SOUTH CAROLINA    )
                                  )
COUNTY OF CHARLESTON      )

       Edward J. Westbrook, after being duly sworn according to law, deposes and says:

       a)     I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

       b)     I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

       c)     I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

                                                         _____

                                                    Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this _18th_ day of _January_ 2006.

_Kimberly anderson garcia_
Notary Public for South Carolina
my commission expires: 02/04/14