**CERTIFICATE OF SERVICE**

      I, Ian D. Lindley, hereby certify that I caused a copy of the foregoing *Application of Richardson, Patrick, Westbrook and Brickman for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from November 1, 2005 through November 30, 2005* to be served the upon those parties identified on the attached service list via hand delivery or US Mail.

      I certify the foregoing to be true and correct under the penalty of perjury

Dated: January 20, 2006                                                    */s/ Ian D. Lindley*
                                                                                          Ian D. Lindley

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801
dcarickhoff@pszyj.com

James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
james_sprayregen@chicago.kirkland.com
james_kapp@chicago.kirkland.com

Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
mlastowski@duanemorris.com

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102
wkatchen@duanemorris.com

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
syoder@bayardfirm.com

Scott L. Baena, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
jsakalo@bilzin.com

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100
hrafatjoo@pszyj.com

David B. Seigel, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044
william.sparks@grace.com

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
elawler@stroock.com

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
david.heller@lw.com
carol.hennessey@lw.com

Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
ttacconelli@ferryjoseph.com

Marla Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
meskin@del.camlev.com

Elihu Inselbuch, Esquire  
Caplin & Drysdale, Chartered  
399 Park Avenue, 36th Floor  
New York, NY 10022  
pvnl@capdale.com  

Teresa K.D. Currier, Esquire  
Klett, Rooney, Lieber & Schorling  
1000 West Street, Suite 1410  
Wilmington, DE 19801  
currier@klettrooney.com  

David M. Klauder, Esquire  
Office of the United States Trustee  
844 King Street, Room 2311  
Wilmington, DE 19801  

James J. Restivo, Jr., Esquire  
Reed Smith LLP  
435 Sixth Avenue  
Pittsburgh, PA 15219-1886  
jrestivo@reedsmith.com  

Warren H. Smith  
Warren H. Smith and Associates  
Republic Center  
325 N. St. Paul, Suite 1275  
Dallas, TX 75201  
whsmith@whsmithlaw.com  

Peter Van N. Lockwood, Esquire  
Julie W. Davis, Esquire  
Trevor W. Swett, III, Esquire  
Nathan D. Finch, Esquire  
Caplin & Drysdale, Chartered  
One Thomas Circle, N.W.  
Washington, DC 20005  

Philip Bentley, Esquire  
Kramer Levin Naftalis & Frankel LLP  
919 Third Avenue  
New York, NY 10022  
pbentley@kramerlevin.com  

Mark D. Collins, Esquire  
Richards, Layton & Finger, P.A.  
One Rodney Square  
Wilmington, DE 19801  
collins@rlf.com  

William J.A. Sparks, Esquire  
W.R. Grace & Company  
919 N. Market, Suite 460  
Wilmington, DE 19899  

John C. Phillips, Jr., Esquire  
Phillips Goldman & Spence, P.A.  
1200 North Broom Street  
Wilmington, DE 19806  
phillips@pglaw.com