## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al., | Case No. 01-01139 (JKF) |
|  | (Jointly Administered) |
| Debtors. |  |

### NOTICE OF SERVICE

I, Frederick B. Rosner, hereby certify that on the 20th day of January, 2006, I served one copy of *SurReply of the Prudential Insurance Company of America to the Debtors' Fifteenth Omnibus Objection to (Substantive) to Asbestos Property Damage Claims as it Relates to Damage at: (1) Century Center I (Claim No. 6945) and (2) Century Center IV (Claim No. 6948)* upon the parties listed below by facsimile and First Class Mail, postage prepaid:

*Facsimile (302) 652-4400*
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 Market Street, 16th Floor
Wilmington, DE 19801

*Facsimile (302) 575-1714*
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

*Facsimile (312) 861-2200*
Jan Baer, Esquire
Michelle Browdy
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

### JASPAN SCHLESINGER HOFFMAN LLP

By:     /s/ Frederick B. Rosner
        Frederick B. Rosner (No. 3995)
        913 Market Street, 12th Floor
        Wilmington, DE 19801
        Telephone:  (302) 351-8000
        Facsimile:   (302) 351-8010