UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on the 20th day of January, 2006, I did cause to be served true and correct copies of the foregoing **ANDERSON MEMORIAL HOSPITAL'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEBTORS' BRIEF DESCRIBING THE PURPOSE THAT PUBLICATION NOTICE SERVED IN THE DEBTORS' BAR-DATE NOTICE PROGRAM AND TO ADJOURN THE HEARING ON MOTION FOR CLASS CERTIFICATION NOW SCHEDULED FOR JANUARY 26, 2006** on the parties listed on the attached service list as indicated thereon.

Dated: January 20, 2006

_____
Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:      loizides@loizides.com

**SERVICE LIST**

**VIA FACSIMILE AND FIRST CLASS MAIL**

Laura Davis Jones, Esquire
David Carickhoff, Jr., Esquire
Pachulski Stang Ziehl Young Jones & Weintraub
919 No. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
*(Counsel to Debtors and Debtors-in-Possession)*
*Facsimile 302- 652-4400*

Steven Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
*(Counsel to DIP Lender)*
*Facsimile 302-658-6395*

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 No. King Street, Suite 300
Wilmington, DE 19801
*(Counsel to Asbestos PI Committee)*
*Facsimile 302-426-9947*

Robert Dehney, Esquire
Michael Busenkill, Esquire
Morris Nichols Arsht & Tunnell
1201 No. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
*(Counsel to Travelers Casualty and Surety Company)*
*Facsimile 302-658-3989*

Mark Collins, Esquire
Richards Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
*(Counsel to Chase Manhattan Bank)*
*Facsimile 302-651-7701*

Michael Joseph, Esquire
Theodore Tacconelli, Esquire
Ferry Joseph & Pearce, PA
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351
*(Counsel to Asbestos PD Committee)*
*Facsimile 302-575-1555*

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
*(Counsel to Official Committee of Unsecured Creditors)*
*Facsimile 302-657-4901*

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
*(United States Trustee)*
*Facsimile 302-573-6497*

Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling, P.C.
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397
*(Counsel to Equity Committee)*
*Facsimile 302-552-4295*

James Sprayregen, Esquire
James Kapp, III, Esquire
Michelle H. Browdy, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
*(Counsel to Debtor)*
*Facsimile 312-861-2200*

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022
*(Counsel to Asbestos PI Committee)*
*Facsimile 212-644-6755*

Lewis Kruger, Esquire
Stroock Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038-4982
*(Counsel to Official Committee of Unsecured Creditors)*
*Facsimile 212-806-1230*

Scott Baena, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
First Union Financial Center
200 So. Biscayne Bl., Suite 2500
Miami, FL 33131-2336
*(Counsel to Official Committee of Property Damage Claimants)*
*Facsimile 305-374-7593*

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022-3852
*(Counsel to Equity Committee)*
*Facsimile 212-715-8000*

David Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
*(Counsel to DIP Lender)*
*Facsimile 312-993-9767*

**<u>VIA FEDEX</u>**
David B. Siegel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
*(Debtor)*