**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: February 13, 2006, 4:00 p.m.** |
| | ) | **Hearing Date:  TBD - only if necessary** |

**SUMMARY OF THE APPLICATION OF BUCHANAN INGERSOLL PC**
**FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF**
**EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD**
**<u>FROM NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005</u>**

| | |
|---|---|
| Name of Applicant: | Buchanan Ingersoll PC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002[1] |
| Period for which compensation and Reimbursement is sought: | November 1, 2005 through November 30, 2005 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 1,948.00 |
| Amount of Expenses Reimbursement: | $ 754.67 |

This is a: <u>X</u> monthly    _ quarterly  _ final application

Prior Application filed:  Yes.

---

[1] Buchanan Ingersoll PC presently serves as Delaware Bankruptcy Counsel to the ZAI Claimants, pursuant to the designation submitted by Edward Westbrook, who was appointed Lead Special counsel to the ZAI Claimants by Order dated August 26, 2002.  That Order made the appointment of counsel to the ZAI claimants retroactive to July 22, 2002.

| Application | Period Covered | Date filed | CNO filed | Fees Sought | Expenses Sought | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|---|---|
| 1st Monthly | Sept. 24 through Oct. 31, 2004 | 11/29/04 (7044) | 2/9/05 (7731) | $13,472.00 | $74.40 | No objections served on counsel | No objections served on counsel |
| 2nd Monthly | November, 2004 | 1/12/05 (7528) | 2/14/05 (7768) | $5,765.00 | $2,317.07 | No objections served on counsel | No objections served on counsel |
| 3rd Monthly | December, 2004 | 5/4/05 (8366) | 6/28/05 (8692) | $5,815.50 | $1,542.81 | No objections served on counsel | No objections served on counsel |
| **First Quarterly** | **September 24, 2004 through December 31, 2004** | **8/12/05 (9187)** | | **$25,052.50** | **$3,934.28** | No objections served on counsel | No objections served on counsel |
| 4th Monthly | January, 2005 | 5/4/05 (8367) | 7/7/05 (8951) | $6,297.00 | $4,167.75 | No objections served on counsel | No objections served on counsel |
| 5th Monthly | February, 2005 | 5/4/05 (8368) | 7/7/05 (8952) | $6,066.50 | $698.29 | No objections served on counsel | No objections served on counsel |
| 6th Monthly | March, 2005 | 5/4/05 (8369) | 7/7/05 (8953) | $1,128.00 | $47.64 | No objections served on counsel | No objections served on counsel |
| **Second Quarterly** | **January - March 2005** | **8/12/05 (9188)** | | **$13,491.50** | **$4,913.68** | No objections served on counsel | No objections served on counsel |
| 7th Monthly | April, 2005 | No application filed | n/a | n/a | n/a | No objections served on counsel | No objections served on counsel |
| 8th Monthly | May, 2005 | 8/9/05 (9155) | 9/14/05 (9425) | $3,835.00 | $508.16 | No objections served on counsel | No objections served on counsel |
| 9th Monthly | June, 2005 | 8/9/05 (9157) | 9/14/05 (9427) | $2,737.00 | $1,102.30 | No objections served on counsel | No objections served on counsel |
| **Third Quarterly** | **April - June 2005** | **9/28/05 (9524)** | | **$6,332.00** | **$1,610.46** | No objections served on counsel | No objections served on counsel |
| 10th Monthly | July 2005 | 9/13/05 (9416) | 10/18/05 | $477.50 | $110.56 | No objection served on | No objection served on |

| | | | | | | counsel | counsel |
|---|---|---|---|---|---|---|---|
| 11th Monthly | August 2005 | 9/14/05 (9417) | 10/18/05 | $5,127.50 | $3,184.52 | No objection served on counsel | No objection served on counsel |
| 12th Monthly | September 2005 | 12/27/05 (11437) | 12/27/05 | $7,404.50 | $1,110.57 | No objection served on counsel | No objection served on counsel |
| 13th Monthly | October 2005 | 12/27/05 (11441) | Pending | $2,729.00 | $0.00 | No objection served on counsel | No objection served on counsel |

This is the fourteenth application of Buchanan Ingersoll PC ("BIPC") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The BIPC attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Shareholder | 15 | Bankruptcy | $260.00 | 1.8 | $468.00 |
| Ian D. Lindley | Associate | 3 | Bankruptcy | $185.00 | 8.0 | $1,480.00 |
| TOTALS | | | | | 9.8 | $1,948.00 |

No paraprofessional rendered professional services in these cases during the Fee Period.

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications, Applicant | 9.3 | $1,818.00 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 0.5 | $130.00 |
| TOTALS | 0.0 | $1,948.00 |

11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Courier Service (copies and hand deliveries) | $734.43 |
| Computer Assisted Legal Research (and CM/ECF) | $20.24 |
| Total | $754.67 |

3

Dated: January 20, 2006
Wilmington, Delaware

**BUCHANAN INGERSOLL PC**

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
1007 North Orange Street, Suite 1110
Wilmington, DE 19801-1236
Telephone: (302) 428-5500
Facsimile: (302) 428-3996

Delaware Counsel for the ZAI Claimants

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: February 13, 2006, 4:00 p.m.** |
| | ) | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF BUCHANAN INGERSOLL PC**
**FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF**
**EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM**
<u>**NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005**</u>

# Buchanan Ingersoll PC

ATTORNEYS

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

ZAI PLAINTIFFS
C/O RICHARDSON, PATRICK, WESTBROOK & BRICKMAN
ATTN: ED WESTBROOK, ESQ
1037 CHUCK DAWLEY BLVD BUILDING A
MT. PLEASANT, SC 29464

January 12, 2006
Invoice No. 9881396

**For Legal Services Rendered in Connection With:**

W.R. GRACE
C.A #01-01139
ZONOLITE

Reference #51677-000001

| | | | |
|---|---|---|---|
| 12/05/05 W.D. Sullivan | 0.50 | 130.00 | Review pleadings in opposition to Debtors' motion for further extension of plan process |
| 12/08/05 I. D. Lindley | 4.00 | 740.00 | Review docket and update fee tracking chart for all ZAI counsel. (1.0) Prepare, file, and attention to service of certificates of no objection for Richardson Patrick firm's July, August and September fee applications. (3.0) |
| 12/09/05 W.D. Sullivan | 0.60 | 156.00 | Review fee status and begin preparation of outstanding fee applications |
| 12/12/05 W.D. Sullivan | 0.30 | 78.00 | Review miscellaneous pleadings |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

```
ZAI PLAINTIFFS                                    January 12, 2006
W.R. GRACE                                        Invoice No. 9881396
Ref. No. 51677-000001                             Page    2
```

| | | | | |
|---|---|---|---|---|
| 12/13/05 | W.D. Sullivan | 0.20 | 52.00 | Review agenda for hearing; fee applications subject to approval on December 19, 2005 |
| 12/13/05 | W.D. Sullivan | 0.30 | 78.00 | Review status of fees and proposed order approving |
| 12/13/05 | W.D. Sullivan | 0.20 | 52.00 | Review Debtors' proposed Reply re: Plan status |
| 12/15/05 | W.D. Sullivan | 0.30 | 78.00 | Review notice of revised time of hearing; e-mail co-counsel re: same |
| 12/15/05 | W.D. Sullivan | 0.50 | 130.00 | Review expert reports re: PD Phase I |
| 12/15/05 | W.D. Sullivan | 0.20 | 52.00 | Review notice of omnibus hearing dates, no order entered |
| 12/19/05 | W.D. Sullivan | 2.80 | 728.00 | Attend Court hearing by telephone on fee applications and status of exclusivity of Plan process |
| 12/20/05 | I. D. Lindley | 0.40 | 74.00 | Review correspondence and revised fee statements for BIPC received from W. Sullivan; revise and continue drafting BIPC interim applications for September, October 2005. (0.4) |
| 12/20/05 | W.D. Sullivan | 0.30 | 78.00 | Review pleadings filed by parties re: witness disclosures |
| 12/21/05 | W.D. Sullivan | 0.20 | 52.00 | Review and approve BI's September fee application |
| 12/21/05 | W.D. Sullivan | 0.20 | 52.00 | Review pleadings related to estimation hearing |

```
ZAI PLAINTIFFS                                    January 12, 2006
W.R. GRACE                                        Invoice No. 9881396
Ref. No. 51677-000001                             Page    3
```

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 12/27/05 | I. D. Lindley | 5.50 | 1,017.50 | Confer with W. Sullivan re: review of BIPC September interim fee application, revise and attention to filing and service of same. (1.2) Prepare BIPC October interim fee application and review same with W. Sullivan; attention to filing and service of same (2.2) Analysis and breakdown of expenses incurred during October 2005 to permit fee application (2.1) |
| 12/27/05 | W.D. Sullivan | 0.30 | 78.00 | Review Orders entered at December 19, 2005 hearing |
| 12/27/05 | W.D. Sullivan | 0.30 | 78.00 | Review and revise BI October fee application |
| 12/29/05 | I. D. Lindley | 6.50 | 1,202.50 | Review docket and revise fee application tracking chart to show current status of ZAI fee applications, confer with W. Sullivan re: applications not yet received from co-counsel and need to notify same, need to file certificates of no objection. (1.3) Prepare, file and serve certificates of no objection with respect to Scott Law Group's August and September fee applications. (2.7) Confer with W. Sullivan re: recalculation of ZAI counsel 2019 expenses and recalculate same based on multiple 2019 filings. (2.5) |

ZAI PLAINTIFFS                                      January 12, 2006
W.R. GRACE                                          Invoice No. 9881396
Ref. No. 51677-000001                               Page    4


                        Total Hours        23.60

                    Total Legal Services        $4,906.00


Disbursements

| Date | Description | | |
|------|-------------|------|-------|
| 12/06/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 15.00 |
| 12/08/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 7.50 |
| 12/08/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 7.50 |
| 12/08/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 7.50 |
| 12/08/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 7.50 |
| 12/08/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 7.50 |
| 12/08/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 7.50 |
| 12/08/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 7.50 |
| 12/08/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 7.50 |
| 12/08/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 7.50 |
| 12/08/05 | Photocopies I. D. Lindley | 396.00 | 27.72 |
| 12/14/05 | Photocopies W. Sullivan | 3.00 | 0.21 |
| 12/14/05 | Court Conference Bankruptcy Courts-telephonic conference | 1.00 | 50.00 |
| 12/23/05 | Expense Account Reimbursement -   Court Conference Bankruptcy Courts-Telephonic conferences | 1.00 | 30.00 |
| 12/27/05 | Photocopies I. D. Lindley | 308.00 | 21.56 |
| 12/27/05 | Photocopies I. D. Lindley | 220.00 | 15.40 |
| 12/27/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 7.50 |
| 12/27/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 7.50 |
| 12/27/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 7.50 |
| 12/27/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 7.50 |
| 12/27/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 7.50 |
| 12/27/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 7.50 |
| 12/27/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 7.50 |
| 12/27/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 7.50 |
| 12/29/05 | Photocopies I. D. Lindley | 264.00 | 18.48 |

                        Disbursements        $313.37


                    Total Due this Invoice        $5,219.37

ZAI PLAINTIFFS                                             January 12, 2006
W.R. GRACE                                                 Invoice No. 9881396
Ref. No. 51677-000001                                      Page   5

                    * * * * *   ATTORNEY SUMMARY   * * * * *

                                    Hours      Billed       Bill
                                    Worked     Per Hour     Amount
              _____  _____  _____

William D. Sullivan                  7.20      260.00     1,872.00
I. D. Lindley                       16.40      185.00     3,034.00
==============================     ========              =============
Total All Attorneys                 23.60                 4,906.00

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: February 13, 2006, 4:00 p.m.** |
| | ) | **Hearing Date:  TBD - only if necessary** |

## VERIFICATION OF THE APPLICATION OF BUCHANAN INGERSOLL PC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005

I, William D. Sullivan, do hereby verify the following with respect to the Application Of Buchanan Ingersoll PC ("BIPC") For Compensation For Services And Reimbursement Of Expenses As ZAI Local Counsel For The Interim Period From November 1, 2005 Through November 30, 2005:

1.      I am an attorney with the applicant law firm, Buchanan Ingersoll PC, admitted to appear before this Court.

2.      I personally performed many of the legal services for which BIPC is seeking interim compensation and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the other BIPC attorneys for whose work compensation is being sought.

3.      I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  I am familiar with Del.Bankr.L.R. 2016-2 and have reviewed the Court's *Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members*, signed April 17,

6

2002, and believe that the foregoing application substantially complies with Rule 2016-2 and the

Order.

Dated: January 20, 2006

_____
William D. Sullivan