IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 01-01139 (JKF)<br><br>(Jointly Administered)<br><br>Re: Docket No. 111593 |

## NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF DOCKET NO. 11593

Counsel for Anderson Memorial Hospital respectfully requests that Anderson Memorial Hospital's Motion for an Extension of Time to Respond to Debtors' Brief Describing the Purpose that Publication Notice Served in the Debtors' Bar-Date Notice-Program and to Adjourn the Hearing on Motion for Class Certification Now Scheduled for January 26, 2006 (filed on January 20, 2006, Docket No. 11593) be withdrawn without prejudice, as this Motion was inadvertently filed without an accompanying Notice and Proposed Order.

Dated: January 20, 2006

Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:        loizides@loizides.com

-- and --

Daniel A. Speights (SC Fed. ID No. 4252)
Marion C. Fairey, Jr. (SC Fed. ID No. 6101)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924
Telephone:   (803) 943-4444
Facsimile:    (803) 943-4599

*Counsel for Anderson Memorial Hospital*

060120152729.DOC