IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. Grace & Co., et al., | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: Docket No. _____ |
| | ) | |

**ORDER GRANTING
ANDERSON MEMORIAL HOSPITAL'S MOTION FOR AN EXTENSION OF
TIME TO RESPOND TO DEBTORS' BRIEF DESCRIBING THE PURPOSE
THAT PUBLICATION NOTICE SERVED IN THE DEBTORS' BAR-DATE
NOTICE PROGRAM AND TO ADJOURN THE HEARING ON MOTION FOR
CLASS CERTIFICATION NOW SCHEDULED FOR JANUARY 26, 2006**

Upon consideration of the above-referenced motion (the "Motion to Adjourn"); and due and adequate notice of the Motion to Adjourn having been given; and objections, if any, having been resolved; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Motion to Adjourn constituting a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and after deliberation and sufficient cause appearing therefore; it is hereby

ORDERED, that the Motion to Adjourn is GRANTED; and it is further

ORDERED, that a hearing on the Motion to for Class Certification shall be heard at the February 21, 2006 omnibus hearing; and it is further

ORDERED, that Anderson Memorial Hospital shall file its response to the Debtors' Brief Describing the Purpose that Publication Notice Served in the Debtors' Bar-Date Notice-Program on or before February 3, 2006.

_____, 2006

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　The Honorable Judith K. Fitzgerald
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge