IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket Nos. 9302, 11549 |
| | ) | |

## DEBTORS' REBUTTAL EXPERT WITNESS DISCLOSURE FOR ASBESTOS PD ESTIMATION PHASE I

Please take notice that pursuant to the Court's PD Estimation Case Management Order (Docket Nos. 9302 and 11549 (amended)) and consistent with an agreed-upon extension of time, Debtors submitted today, under separate cover, the following PD Estimation Phase I expert rebuttal reports: (1) Richard J. Lee, Ph.D., Rebuttal Expert Report: Limitation of Dust Sampling Methodology; (2) Rebuttal Report of Roger G. Morse AIA on ASTM Microvacuuming Dust Sampling Methods; (3) Supplement to Expert Report of Morton Corn, Ph.D., CSP Submitted October 14, 2005; and (4) Rebuttal Witness Disclosure of William G. Hughson, M.D., D.Phil. Pursuant to Federal Rule of Civil Procedure 26(a)(2).

The above-referenced rebuttal reports are submitted in response to the four Phase I reports that the PD Committee submitted on December 7, 2005. Because Debtors contend (see Docket No. 11434) that the PD Committee has not properly disclosed its anticipated Phase I fact witnesses, Debtors hereby reserve the right to proffer additional testimony to address any new contention(s) not described in any of the four Phase I reports that the PD Committee submitted on December 7, 2005.

Wilmington, Delaware
Dated: January 20, 2006

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Michelle H. Browdy
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

*And*

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB, PC

Bruce Grohsgal (Bar No. 3583)
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100

Co-Counsel for the Debtors and Debtors in Possession

2