IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. Grace & Co., et al., | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: Docket No. 11604 |
| | ) | |

**MOTION TO SHORTEN NOTICE AND FOR EXPEDITED CONSIDERATION OF ANDERSON MEMORIAL HOSPITAL'S CORRECTED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEBTORS' BRIEF DESCRIBING THE PURPOSE THAT PUBLICATION NOTICE SERVED IN THE DEBTORS' BAR-DATE NOTICE PROGRAM AND TO ADJOURN THE HEARING ON MOTION FOR CLASS CERTIFICATION NOW SCHEDULED FOR JANUARY 26, 2006**

Pursuant to L.B.R. 9006-1(e), Anderson Memorial Hospital ("Anderson") submits this Motion to Shorten Notice and for Expedited Consideration (the "Motion to Expedite") its Corrected Motion for an Extension of Time to Respond to Debtors' Brief Describing the Purpose That Publication Notice Served in the Debtors' Bar-Date Notice Program and to Adjourn the Hearing on Motion for Class Certification Now Scheduled for January 26, 2006 (the "Motion to Adjourn").

1. In the Motion to Adjourn, Anderson seeks additional time to respond to the Debtors' Brief Describing the Purpose that Publication Notice Served in the Debtors' Bar-Date Notice Program (the "Brief) and to adjourn the hearing on the motion for class certification now scheduled for January 26, 2006 (the "Hearing").

2. The Motion to Adjourn must be considered on an expedited basis as the briefing on the important issue of class certification is under way and the Hearing is now scheduled for less than a week away.

060120124315.doc

3. The Motion to Adjourn could not have been filed before this week because Anderson's counsel did not receive the Brief until January 16, 2006—a legal holiday.

4. Anderson requests that a hearing on the Motion to Adjourn be held on the morning of January 24, 2006 when other matters are going forward on the Grace case. Given the nature of the Motion to Adjourn and the time tables involved, Anderson does not believe that it is necessary to require the Debtors to file a formal response to the Motion to Adjourn and that the issues raised therein can be considered orally at the hearing.

WHEREFORE, for all these reasons, Anderson requests that the Court enter an order substantially in the form attached as Exhibit "A" setting January 24, 2006 at 9:00 a.m. as the hearing date on the Motion to Adjourn.

Dated: Wilmington, Delaware
January 20, 2006

LOIZIDES & ASSOCIATES

Christopher D. Loizides (Bar No. 3968)
Michael J. Joyce (Bar No. 4563)
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
Email:       loizides@loizides.com

and

SPEIGHTS & RUNYAN
Daniel A. Speights (SC Fed. ID No. 4252)
Marion C. Fairey, Jr. (SC Fed ID No. 6101)
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC 29924
Telephone: (803) 943-4444
Facsimile: (803) 943-4599