# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JJF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## SUPPLEMENTAL DECLARATION OF DAVID S. HENNINGSEN IN SUPPORT OF MOTION OF BDM CONSTRUCTION COMPANY, INC. FOR MODIFICATION OF AUTOMATIC STAY

I, David S. Henningsen, declare:

1. I am an attorney duly licensed to practice law before all courts of the State of California and am a shareholder in the law firm of Robinson & Wood, Inc., attorneys of record for Defendants, Cross-Defendants, and Cross-Complainants BDM CONSTRUCTION COMPANY, INC. (hereinafter "BDM"). As such, I have personal

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1

knowledge of the facts contained herein, and, if called to testify with respect thereto, could and would do so competently.

2. I am informed and believe that W.R. GRACE (hereinafter "GRACE") has been involved in numerous lawsuits in Northern California for cases involving construction defect allegations and has been defended and indemnified by various insurance policies. GRACE has been named as a Cross-Defendant in this action. Upon service of the BDM Cross-Complaint on GRACE, I received correspondence from GRACE regarding their bankruptcy status and informing me that they would not be participating in the case in light of the bankruptcy status.

3. Upon being so notified, I requested GRACE to enter into a stipulation to lift the bankruptcy stay for the limited purpose of executing on available insurance proceeds, if liability was proven against GRACE.

4. GRACE refused to enter such a stipulation.

5. GRACE has also refused to provide insurance information or contact information of potentially responsible insurance carriers.

6. BDM is in possession of documents which demonstrate that GRACE was involved with the Mondavi Winery construction project from at least August 25, 1999 through January 18, 2000.

7. Evidence in this matter indicates that the GRACE waterproofing product, Procor, used at the Mondavi Winery construction project, may have failed. GRACE also provided recommendations regarding installation of the waterproofing product. Representatives from GRACE were present on numerous occasions during the installation of the waterproofing product. Thus, the evidence in this matter supports the

assertion that GRACE has liability for the alleged damages at the Mondavi Winery due to product failure and improper installation of the waterproofing product.

I declare under penalty of perjury, under the laws of the State of California and the United States, that the foregoing is true and correct.

Executed this 20th day of January, 2006 at San Jose, California.

_____
David S. Henningsen

164029.1

3