IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 24, 2006, AT 9:00 A.M., JANUARY 25, 2006 AT 1:30 P.M. AND JANUARY 26, 2006 AT 9:00 A.M. IN PITTSBURGH, PENNSYLVANIA BEFORE THE HONORABLE JUDITH K. FITZGERALD**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY SHOULD COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [Docket No. 7709]**

1.  **Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 9/1/05] (Docket No. 9315)**

    Related Documents:

    A.  Various Responses. See below with respect to each Claim.

    B.  Debtors' Reply Brief in Support of Fifteenth Omnibus Objection to Claims (Substantive) [Filed 12/22/2005] (Docket No, 11428)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

C. Various Sur-Replies (to be filed by January 20, 2006 at 12 p.m.)

    i. **Surreply of the Prudential Insurance Company of America to the Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims as it Related to Damage at: (1) Century Center I (Claim No. 6945) and (2) Century Center IV (Claim No. 6948) [Filed: 1/20/06] (Docket No. 11592)**

    ii. **Certain Speights & Runyan Claimants' Sur-Reply in Opposition to the Debtors' Thirteenth and Fifteenth Omnibus Objections [Filed: 1/20/06] (Docket No. 11594)**

D. Modified Scheduling Order Regarding Certain of Debtors' Fifteenth Omnibus Objections to Claims (Substantive) [Filed: 12/22/05] (Docket No. 11408)

E. Notice of Modification of Hearing Dates and Schedules of Objections to be Heard Regarding Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 1/6/06] (Docket No. 11503]

Consistent with the Scheduling Order dated December 22, 2005 (Docket No. 11408), the specific objections from the Debtors' 15th Omnibus Objection to be heard are as follows:

## I. TRADITIONAL PD CLAIMS, OTHER THAN SPEIGHTS & RUNYAN CLAIMS (7 Claims – To be heard January 24, 2006)

*A. Motley Rice Clients (3 claims: B-2$^2$, previously settled)*

***Status: In light of the withdrawals noted below the Debtors will not be proceeding on Claims 6934, 6935 and 4075***

Church of St. Joseph

    i. Claim No. 4075[3]

    ii. Claimant Church of St. Joseph Response to Debtors' Objections (Claim No. 4075) [Filed: 10/21/05] (Docket No. 9858)

        a. **Church of St. Luke (Claim No. 6934), Church of St. Leo the Great (Claim No. 6935), and Church of St. Joseph's (Claim No. 4075) Withdrawal of Property Damage Claims [Filed: 11574] (Docket No. 11574)**

Church of St. Luke

---

[2] All Exhibit references are references to the Exhibits attached to the Fifteenth Omnibus Objection and the substantive categories of Objections outlined therein.

[3] All Pleadings are included in the Hearing Binder. All Claims referenced in this Agenda are included in separate Claims Binders.

2

      iii. Claim No. 6934

      iv. Claimant the Church of St. Luke Response to Debtors' Objections (Claim No. 6934) [Filed: 10/21/05] (Docket No. 9868)

          **a. Church of St. Luke (Claim No. 6934), Church of St. Leo the Great (Claim No. 6935), and Church of St. Joseph's (Claim No. 4075) Withdrawal of Property Damage Claims [Filed: 11574] (Docket No. 11574)**

Church of St. Leo the Great

      v. Claim No. 6935

      vi. Claimant Church of St. Leo the Great Response to Debtors' Objection (Claim No. 6936) [Filed: 10/21/05) (Docket No. 9864)

          **a. Church of St. Luke (Claim No. 6934), Church of St. Leo the Great (Claim No. 6935), and Church of St. Joseph's (Claim No. 4075) Withdrawal of Property Damage Claims [Filed: 11574] (Docket No. 11574)**

**B. *The Prudential Insurance Company of America (2 claims: D-4, Georgia, actual notice and D-2, Georgia constructive notice)***

      i. Claim No. 6945

      ii. Claim No. 6948

      iii. Response of the Prudential Insurance Company of America to the Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims as it Related to Damage at: (1) Century Center I (Claim No. 6945) (2) Century Center IV (Claim No. 6948); (3) Brookhollow (Claim No. 6949); (4) First Florida Tower (Claim No. 6951); (5) Northwest Financial Center (Claim No. 6947); (6) Short Hills Office Building (Claim No. 6952); (7) Southdale Office Complex (Claim No. 6946); and (8) 1100 Milam (Claim No. 6950) [Filed 10/24/06] (Docket No. 10571)

**C. *Individual Pro se Claimants***

<u>Phillip Shawn Moore</u>, C-1(c), missing basic information

      i. Claim No. 14400

      ii. Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 10/24/05] (Docket No. 10570)

<u>Marcella Paulette</u>, C-3(a), no product ID

      iii. Claim No. 15352

      iv. Letter Response of Marcella M. Paulette [Filed 10/27/05] (Docket No. 10916)

II. **NON-TRADITIONAL PD CLAIMS** (110 Claims – To be heard January 24, 2006)

   A. *Biersdorf & Associates' Clients*

      *54 claims: G-1, "Stigma" to Minneapolis properties*

         i. *Exemplar:*[4] Claim No. 11349

         ii. Northeast Minneapolis Residents' Response to Debtors' Fifteenth Omnibus Objection to Claims [Filed: 10/25/05] (Docket No. 10834)

      *1 claim: C-1(b), no signature*

         iii. Claim No. 11337

         iv. Northeast Minneapolis Residents' Response to Debtors' Fifteenth Omnibus Objection to Claims [Filed: 10/25/05] (Docket No. 10834)

   B. *G-I Holdings/GAF Corporation*

      *56 claims: H-1, contribution and indemnification, and C-3(a), no product ID, and C-1(c), missing basic information*

      *Status: The parties are working on a stipulation to resolve this matter and the Debtors will not go forward with respect to the G-I Holdings Claims/GAF Corporation.*

         i. *Exemplar*: Claim No. 7825

         ii. Response of G-I Holdings Inc., Successor-in-Interest to GAF Corporation, and Its Affiliated Entities to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims as it Relates to Claim Nos. 7825-7829, 7831-7832, 7836-7864, and 7866-7885 [Filed: 10/24/05] (Docket No. 10656)

III.   **TRADITIONAL PD CLAIMS, SPEIGHTS & RUNYAN**
(To be heard January 24, 25 and 26, 2006)

   A. *Unauthorized Claims (per 13th omnibus objection)*

      38 claims, no proof of authority to file

      71 claims, no proof of authority to file as of Bar Date

         i. Debtors' Thirteenth Omnibus Objection to 2,937 Unauthorized Claims Filed By the Law Firm Speights & Runyan (Substantive) [Filed: 9/1/05] (Docket No. 9311)

         ii. Response of Speights & Runyan to Debtors' Thirteenth Omnibus Objection [Filed: 10/7/05] (Docket No. 9607)

         iii. Modified Scheduling Order Regarding Certain of Debtors' Fifteenth Omnibus Objections to Claims (Substantive) [Filed: 12/22/05] (Docket No. 11408)

---

[4] Due to the volume of materials, exemplars have been provided where claims and responses are substantially similar. However, all claims and responses are available upon request and will be accessible at the hearing.

      iv. Notice of Modification of Hearing Dates and Schedules of Objections to be Heard Regarding Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 1/6/06] (Docket No. 11503]

**B.** *Previously Adjudicated Claims*, 3 claims; Objection B-1:
- i. Claim No. 10887
- ii. Claim No. 10888
- iii. Claim No. 11579
- iv. Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 10/25/05] (Docket No. 10740)

**C.** *Previously Settled Claims,* 4 claims, Objection B-2:
- i. Claim No. 11234
- ii. Claim No. 10990
- iii. Claim No. 12299
- iv. Claim No. 12355
- v. Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 10/25/05] (Docket No. 10740)

**D.** *Missing Basic Property Address,* 2 claims; Objection C-1(a):
- i. Claim No. 11253
- ii. Claim No. 11612
- iii. Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 10/21/05] (Docket No. 10000)

*E. No Signature,* 41 claims; Objection C-1(b):
- i. *Exemplar*: Claim No. 12465
- ii. Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 10/21/05] (Docket No. 10000)

**F.** *Missing Basic Information,* 1 claim, Objection C-1(c):
- i. Claim No. 12433
- ii. Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 10/21/05] (Docket No. 10000)

**G. *No Product ID***

    2 claims, Objection C-3(a)

    372 claims, Objection C-3(c)
- i. *Exemplar*: Claim No. 12415

      ii. Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 10/21/05] (Docket No. 10000)

**H. *Built Too Late To Contain MK-3,*** 2 claims, Objection D-1(a):

      i. Claim No. 9908

      ii. Claim No. 15497

      iii. Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 10/25/05] (Docket No. 10734)

**I. *Georgia Claims Barred By Constructive Notice,*** 1 Claim, Objection D-2:

      i. Claim No. 11550

      ii. Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 10/24/05] (Docket No. 10620)

**J. *Tennessee Claims Barred By Statute of Repose,*** 2 claims, Objection D-5:

      i. Claim No. 10533

      ii. Claim No. 11722

      iii. Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 10/22/05] (Docket No. 10111)

**K. *Falsely Assert 2003 As Date Of Knowledge Of Asbestos,*** 619 claims, Objection F-2:

      i. *Exemplar*: Claim No. 9840

      ii. Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 10/21/05] (Docket No. 10000)

2. **Motion of Anderson Memorial Hospital for Class Certification [Filed: 10/21/05] (Docket No. 10014) (To heard January 26, 2006 at 9:00 a.m.)**

Related Documents:

    a. [Proposed] Order Granting the Motion of Anderson Memorial Hospital for Class Certification [Filed: 10/21/05] (Docket No. 10014)

Response Deadline: December 2, 2005 at 4:00 p.m.

Responses Received:

    a. Debtors' Brief in Opposition to Motion of Anderson Memorial Hospital for Class Certification [Filed: 12/2/05] (Docket No. 11245)

Supplemental Briefing:

    a. Debtors' Brief Describing the Purpose that Publication Notice Served in the Debtors' Bar Date Notice Program [Filed: 1/13/06] (Docket No. 11547)

Response Deadline: January 20, 2006

6

**Related Matter:**

a. Anderson Memorial Hospital's Corrected Motion for an Extension of Time to Respond to Debtors' Brief Describing the Purpose that Publication Notice Served in the Debtors' Bar-Date Notice Program and to Adjourn the Hearing on Motion for Class Certification Now Scheduled for January 26, 2006 [Filed: 1/20/06] (Docket No. 11604)

b. Motion to Shorten Time and for Expedited Consideration of Anderson Memorial Hospital's Corrected Motion for an Extension of Time to Respond to Debtors' Brief Describing the Purpose that Publication Notice Served in the Debtors' Bar-Date Notice Program and to Adjourn the Hearing on Motion for Class Certification Now Scheduled for January 26, 2006 [Filed: 1/20/06] (Docket No. 11606)

*Status:* *This matter will be going forward. By January 23, 2006, the Debtors intend to file an opposition to Anderson Memorial Hospital's Corrected Motion for an Extension of Time to Respond to Debtors' Brief Describing the Purpose that Publication Notice Served in the Debtors' Bar-Date Notice Program and to Adjourn the Hearing on Motion for Class Certification Now Scheduled for January 26, 2006.*

Dated: January 20, 2006

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Michelle Browdy
Janet S. Baer
Salvatore F. Bianca
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

*James E. O'Neill* By SGMS 4283

Laura Davis Jones (Bar No. 2436)
James E. O'Neill, III (Bar No. 4042)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession