IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. Grace & Co., et al., | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: Docket No. 11604 |
| | ) | |

**MODIFIED ORDER ~~GRANTING~~ REGARDING
ANDERSON MEMORIAL HOSPITAL'S MOTION FOR AN EXTENSION OF
TIME TO RESPOND TO DEBTORS' BRIEF DESCRIBING THE PURPOSE
THAT PUBLICATION NOTICE SERVED IN THE DEBTORS' BAR-DATE
NOTICE PROGRAM AND TO ADJOURN THE HEARING ON MOTION FOR
CLASS CERTIFICATION NOW SCHEDULED FOR JANUARY 26, 2006**

Upon consideration of the above-referenced motion (the "Motion to Adjourn"); and due and adequate notice of the Motion to Adjourn having been given; ~~and objections, if any, having been resolved~~; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Motion to Adjourn constituting a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and after deliberation and sufficient cause appearing therefore; it is hereby

ORDERED, that the Motion to Adjourn is ~~GRANTED~~ DENIED; and it is further

~~ORDERED, that a hearing on the Motion to for Class Certification shall be heard at the February 21, 2006 omnibus hearing; and it is further~~

ORDERED, that Anderson Memorial Hospital shall file and serve its response to the Debtors' Brief Describing the Purpose that Publication Notice Served in the Debtors' Bar-Date Notice-Program on or before ~~February 3, 2006~~ noon, EST, Wednesday, January 25, 2006, and the hearing on the class certification motion

shall go forward as scheduled on January 26, 2006.

January 23,      , 2006

*Judith K. Fitzgerald*
                      rmab
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

060120152137

2