IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. Grace & Co., et al., | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: Docket No. 11606 and 11610 |
| | ) | |

**MODIFIED ORDER GRANTING THE MOTION TO
SHORTEN NOTICE AND FOR EXPEDITED CONSIDERATION OF
ANDERSON MEMORIAL HOSPITAL'S CORRECTED MOTION FOR AN
EXTENSION OF TIME TO RESPOND TO DEBTORS' BRIEF DESCRIBING THE
PURPOSE THAT PUBLICATION NOTICE SERVED IN THE DEBTORS' BAR-DATE
NOTICE-PROGRAM AND TO ADJOURN THE HEARING ON MOTION FOR CLASS
CERTIFICATION NOW SCHEDULED FOR JANUARY 26, 2006**

Upon consideration of the above-referenced motion to expedite and to shorten notice (the "Motion to Expedite")[1]; and due and adequate notice of the Motion to Expedite having been given; and objections, if any, having been resolved; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Motion to Expedite constituting a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and after deliberation and sufficient cause appearing therefore; it is hereby

ORDERED, that the Motion to Expedite is GRANTED; ~~and it is further~~

~~ORDERED, that a hearing on the Motion to Adjourn shall be heard on January 24, 2006 at 9:00 a.m. with any objections to be considered orally at the hearing.~~

Dated: 1/23/2006 13:12:24 _____, 2006

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

---

[1] Any capitalized terms not defined herein shall have the meaning ascribed to them in the Motion to Expedite.

060120124315.doc