IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON JANUARY 30, 2006,
## AT 2:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY SHOULD COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [Docket No. 7709]**

## CONTESTED MATTERS

1.  Motion of BDM Construction Company, Inc. for Order Granting Modification of the Automatic Stay [Filed: 11/28/05] (Docket No. 11184)

    Related Documents:

    a.  [Proposed] Order Granting Motion of BDM Construction Company, Inc. for Modification of the Automatic Stay [Filed: 11/28/05] (Docket No. 11184)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

    b.    **Declaration of David S. Henningsen in Support of Motion of BDM Construction Company, Inc. for Modification of Automatic Stay [Filed: 11/28/05] (Docket No. 11187)**

Response Deadline: January 10, 2006, at 4:00 p.m.

Responses Received:

    a.    Debtors' Objection to the Motion of BDM Construction Company, Inc. for Relief from the Automatic Stay [Filed: 1/10/05] (Docket No. 11523)

**Replies Received:**

    a.    **Reply of BDM Construction Company, Inc. to Debtors' Objection to Motion for Order Granting Modification of the Automatic Stay [Filed: 1/20/06] (Docket No. 11607)**

Status: This matter will be going forward.

## CLAIMS OBJECTIONS

2.    Debtors' Fifth Omnibus Objection to Claims (Substantive) [Filed: 05/05/04] (Docket No. 5527)

Response Deadline: June 4, 2004, at 4:00 p.m.

Responses Received: Unresolved Responses to this matter are listed on the attached Exhibit A.

Status: To the extent any remaining disputed claims are resolved prior to the hearing, the Debtors will present an order regarding the same at the hearing. A hearing on all unresolved disputed claims will be continued to the omnibus hearing on February 21, 2006, at 2:00 p.m.

3.    Claimant's Motion for Summary Judgment [filed by Peter P. Pearson, Claimant] [Filed: 4/5/05] (Docket No. 8178)

Related Documents: None.

Response Deadline: None.

Responses Received:

    a.    Debtors' Reply in Opposition to Peter P. Pearson's Motion for Summary Judgment and in Support of Debtors' Cross-Motion for Summary Judgment [Filed: 1/10/06] (Docket No. 11524)

Status: This matter will go forward.

4. Debtors' Cross-Motion for Summary Judgment in Regards to Claim No. 2281 [Filed: 11/21/05] (Docket No. 11132)

Related Documents:

a. Debtors' Memorandum of Law In Opposition to Peter P. Pearson's Motion for Summary Judgment and In Support of Debtors' Cross-Motion for Summary Judgment [Filed: 11/21/05] (Docket No. 11129)

Response Deadline: None.

Responses Received:

a. Claimant's Reply to Debtors Opposition to Motion for Summary Judgment and Cross-Motion for Summary Judgment [Filed: 11/29/05] (Docket No. 11197)

Status: This matter will go forward.

**PRE-TRIAL CONFERENCE AND MOTION FOR PRELIMINARY INJUNCTION**

5. Debtors' Motion for an Injunction under Sections 105 and 362 of the Bankruptcy Code [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 3)

Related Documents:

a. [Proposed] Injunction Order [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 3)

b. Certification of Counsel Regarding Order Regarding Debtors' Motion for an Injunction Under Sections 105 and 362 of the Bankruptcy Code [Filed: 11/18/05] (Adv. Pro. No. 05-52724, Docket No. 9)

Response Deadline: October 7, 2005, at 4:00 p.m.

Responses Received:

a. Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Docket No. 6)

Related Document

i. Brief in Support of Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Docket No. 7)

Replies Received:

a. Debtor's Opposition to Defendants' Motion to Dismiss [Filed: 10/28/05] (Docket No. 8)

Status: This matter will be going forward.

6. Pretrial Conference for W. R. Grace & Co., et al., v. Bradley M. Campbell, Commissioner of the New Jersey Department of Environmental Protection [Filed: 9/19/05] (Adv. Pro. No. 05-52724)

Related Documents:

a. Complaint for Declaratory and Injunctive Relief [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 1)

b. Summons and Notice of Scheduling Conference in an Adversary Proceeding [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 2)

Response Deadline: October 7, 2005, at 4:00 p.m.

Responses Received:

a. Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Docket No. 6)

Related Document

i. Brief in Support of Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Docket No. 7)

Replies Received:

a. Debtor's Opposition to Defendants' Motion to Dismiss [Filed: 10/28/05] (Docket No. 8)

Status: This matter will be going forward.

## MATTERS RELATING TO ASBESTOS PI CLAIMS

7. Motion of BNSF for Clarification of the Case Management Order for the Estimation of Asbestos Personal Injury Liabilities and Accompanying Questionnaire [Filed: 12/22/05] (Docket No. 11422)

Related Documents:

a. [Proposed] Order Clarifying Case Management Order for the Estimation of Asbestos Personal Injury Liabilities and Accompanying Questionnaire [Filed: 12/22/05] (Docket No. 11422)

Response Deadline: January 10, 2006, at 4:00 p.m. *(extended to January 13, 2006, for the Debtors)*

4

Responses Received: None as of the date of this Agenda.

**Status: This matter is resolved. The Debtors and BNSF have entered into a stipulation which resolves this matter. The stipulation and an order approving it will be submitted under certification of counsel.**

## MATTERS RELATING TO ASBESTOS PD CLAIMS

8. Debtors' Motion for Protective Order Against Anderson Memorial's Requests for 30(b)(6) Depositions and Documents [Filed: 12/19/05] (Docket No. 11365)

    Related Documents:

    a. [Proposed] Protective Order Against Anderson Memorial Hospital's Discovery Requests Seeking Deposition Testimony and Documents [Filed: 12/19/05] (Docket No. 11365)

    Response Deadline: None.

    Responses Received:

    a. Anderson Memorial Hospital's Response to Debtors' Motion for Protective Order for 30(b)(6) Depositions and Documents [Filed: 1/10/09] **(Docket No. 11522)**

    Status: This matter will go forward.

9. Anderson Memorial Hospital's Motion for Limited Relief From Automatic Stay [Filed: 12/22/05] (Docket No. 11413)

    Related Documents:

    a. [Proposed] Order Granting Limited Relief From §362 Automatic Stay [Filed: 12/22/05] (Docket No. 11413)

    Response Deadline: January 10, 2006, at 4:00 p.m.

    Responses Received:

    a. Debtors' Objection to Anderson Memorial Hospital's Motion for Limited Relief from the Automatic Stay [Filed: 1/10/06] (Docket No. 11520)

    Status: This matter will go forward.

10. Debtors' Motion to Strike or Compel Full Disclosure of the Property Damage Committee's Phase I Fact Witnesses [Filed: 12/23/05] (Docket No. 11434)

Related Documents:

a.  [Proposed] Order Granting Debtors' Motion to Strike or Compel Full Disclosure of the Property Damage Committee's Phase I Fact Witnesses [Filed: 12/22/05] (Docket No. 11434)

Response Deadline: January 10, 2006, at 4:00 p.m. *(extended until January 12, 2006)*

Responses Received:

a.  **Objection of Official Committee of Property Damage Claimants to Debtors' Motion to Strike or Compel Full Disclosure of the Property Damage Committee's Phase I Fact Witnesses [Filed: 1/12/06] (Docket No. 11533)**

**Replies Received:**

a.  **Debtors' Motion for Leave to File Limited Reply in Support of Their Motion to Strike or Compel Full Disclosure of the Property Damage Committee's Phase I Fact Witnesses [Filed: 1/20/06] (Docket No. 11583)**

   (i.) **Debtors' Limited Reply in Support of Their Motion to Strike or Compel Full Disclosure of the Property Damage Committee's Phase I Fact Witnesses [Filed: 1/20/06] (Docket No. 11583, Exhibit A)**

Status: This matter will go forward.

Dated: January 23, 2006

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

*/s/ James E. O'Neill/*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill, III (Bar No. 4042)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession

6

91100-001\DOCS_DE:114147.5