# EXHIBIT A

W.R. Grace
Responses Received to Debtors' Fifth Omnibus Objection to Claims

| Creditor Filing Response | Docket No. of Response | Claim No(s). Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Pearson, Peter P. | 5637 | 2281 | $741,600.00 | U | No Liability | Expunge | Set for hearing on January 30, 2006 |
| Archer, David | 5795 | 602 | $1,541,849.60 | U | No Liability | Expunge | Continue to the February 21, 2006 Omnibus Hearing. |
| Archer, Michelle | 5796 | 604 | $1,910,100.00 | U | No Liability | Expunge | Continue to the February 21, 2006 Omnibus Hearing. |
| Weatherford International Inc | 6028 | 1694 | $351,758.00 | A | No Liability | Expunge | Continue to the February 21, 2006 Omnibus Hearing. |
| Weatherford International Inc | 6028 | 1695 | $351,758.00 | A | No Liability | Expunge | Continue to the February 21, 2006 Omnibus Hearing. |
| Weatherford International Inc | 6028 | 1719 | $351,758.00 | U | No Liability | Expunge | Continue to the February 21, 2006 Omnibus Hearing. |

W.R. Grace
Responses Received to Debtors' Fifth Omnibus Objection to Claims

| | | | | | |
|---|---|---|---|---|---|
| Weatherford International Inc | 6028 | 1720 | $351,758.00 | U | No Liability | Expunge | Continue to the February 21, 2006 Omnibus Hearing. |