# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. Grace & Co., et al. ) | Case Nos. 01-1139 (JFK) |
| ) | Related to Original Document # 7377 |
| ) | Filed: 12/28/2004 |
| ) | Related to Amended Document # 9304 |
| ) | Filed 1/9/2005 |
| Debtors. ) | Jointly Administered |
| ) | |

## NOTICE OF FILING OF SECOND AMENDED 2019 STATEMENT PURSUANT TO THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

      Creditors represented by the Law Offices of Paul A. Weykamp hereby give notice of the filing of their second amended 2019 statement pursuant to the Federal Rules of Bankruptcy Procedure 2019. The creditors represented by the Law Offices of Paul A. Weykamp are listed on Attachment A.

      Respectfully submitted,

Paul A. Weykamp
Law Offices of Paul A. Weykamp
110 Saint Paul Street, Suite 201
Baltimore, MD 21202
Tel: 410-539-2214
Counsel for Creditors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. Grace & Co., et al. ) | Case Nos. 01-1139 (JFK) |
| ) | Related to Original Document # 7377 |
| ) | Filed: 12/28/2004 |
| ) | Related to Amended Document # 9304 |
| ) | Filed 9/1/2005 |
| Debtors. ) | Jointly Administered |
| ) | |

## JANUARY 2006 SECOND AMENDED VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P.2019 OF THE LAW OFFICES OF PAUL A. WEYKAMP (ASBESTOS LITIGATION FOR THE CLIENTS REPRESENTED BY THE LAW OFFICES OF PAUL A. WEYKAMP)

I, Paul A. Weykamp, hereby declare:

1. I am the attorney at law in the firm of the Law Offices of Paul. A. Weykamp. On behalf of the Law Offices of Paul A. Weykamp I hereby provide this second amended verified statement, as required by Rule 2019 of the Federal Rules of Bankruptcy Procedure and the Amendatory Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 in connection with The Law Offices of Paul A. Weykamp's representation in the above-captioned chapter 11 case (collectively, the "Bankruptcy Cases") of certain creditors and parties in interest (collectively, the "Creditors") of the debtors and debtors in possession (the "Debtors") in the Bankruptcy Case.

2. The Law Offices of Paul A. Weykamp currently represents creditors in the Bankruptcy Case. Pursuant to the order issued by the court a list of creditors names and the address of each creditor is included on the CD submitted to the court. The Law Offices of Paul A. Weykamp was retained by these creditors at various times both before and after the commencement of this chapter 11 case. The creditor-clients are each

represented by The Law Offices of Paul A. Weykamp individually and separately from one another in asbestos-related personal injury claims.

3. With respect to each of the creditor-clients included on the CD submitted to the court, information responsive to the Rule 2019 Order is filed herewith.

4. The Law Offices of Paul A. Weykamp does not hold a pre-petition claim against or equity interest in the Debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of January, 2006.

Paul A. Weykamp
Law Offices of Paul A. Weykamp
110 Saint Paul Street
Suite 201
Baltimore, Maryland 21202
410-539-2214