IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | Re: Docket No. 11422 |
| | | 1/30/2006 Agenda Item No. 7 |

**CERTIFICATION OF COUNSEL REGARDING
ORDER APPROVING STIPULATION FOR THE ENTRY OF AN ORDER
GRANTING THE MOTION OF BNSF FOR CLARIFICATION OF THE CASE
MANAGEMENT ORDER FOR THE ESTIMATION OF ASBESTOS PERSONAL
INJURY LIABILITIES AND ACCOMPANYING QUESTIONNAIRE**

The undersigned hereby certifies that:

1.      On December 22, 2005, the Motion of BNSF for Clarification of the Case

Management Order for the Estimation of Asbestos Personal Injury Liabilities and Accompanying

Questionnaire was filed in these proceedings [Docket No. 11422] (the "Motion).

2.      BNSF and the Debtors have agreed upon a form of Stipulation which

resolves the Motion.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

3.    Accordingly, the Debtors respectfully request that the Court enter the

Order attached hereto as <u>Exhibit A</u> approving the Stipulation, a copy of which is attached to the

Order.


Dated:  January 24, 2006


                                            KIRKLAND & ELLIS LLP
                                            David M. Bernick, P.C.
                                            Janet S. Baer
                                            Barbara Harding
                                            200 East Randolph Drive
                                            Chicago, Illinois 60601
                                            (312) 861-2000

                                            and

                                            PACHULSKI, STANG, ZIEHL, YOUNG, JONES
                                          & WEINTRAUB P.C.


                                          */s/ James E. O'Neill*
                                          Laura Davis Jones (Bar No. 2436)
                                          James E. O'Neill (Bar No. 4042)
                                          919 North Market Street, 16th Floor
                                          P.O. Box 8705
                                          Wilmington, DE 19899-8705 (Courier 19801)
                                          Telephone:  (302) 652-4100
                                          Facsimile:  (302) 652-4400

                                          Co-Counsel for the Debtors and Debtors in
                                          Possession

DOCS_DE:113703.5