# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Geoffrey Zbicowski | 11/1/2005 | 2.0 | Financial Review | Financial analysis |
| Geoffrey Zbicowski | 11/2/2005 | 4.0 | Financial Review | Financial analysis |
| Ritwik Chatterjee | 11/3/2005 | 2.3 | Financial Review | Various financial analysis relating to market conditions |
| Ritwik Chatterjee | 11/4/2005 | 2.8 | Financial Review | Various financial analysis relating to market conditions |
| Joseph Radecki | 11/10/2005 | 2.5 | Financial Review | Review of third quarterly financial materials; CIBC team meeting |
| Jonathan Brownstein | 11/10/2005 | 4.5 | Financial Review | Received Q3 financial packet; and monthly operating report; review and analysis of both; discussions re: same |
| Ritwik Chatterjee | 11/10/2005 | 5.0 | Financial Review | Review and analysis of quarterly and monthly financial report |
| Geoffrey Zbicowski | 11/10/2005 | 4.5 | Financial Review | Quarterly financial report review |
| Ritwik Chatterjee | 11/11/2005 | 4.0 | Financial Review | Review and analysis of quarterly and monthly financial report |
| Joseph Radecki | 11/14/2005 | 1.0 | Hearing Attendance | Attend hearing telephonically |
| Jonathan Brownstein | 11/14/2005 | 1.0 | Hearing Attendance | Attend hearing telephonically |
| Ritwik Chatterjee | 11/14/2005 | 1.8 | Financial Review | Various financial analysis relating to market conditions |
| Geoffrey Zbicowski | 11/14/2005 | 2.0 | Financial Review | Quarterly financial report review / analyze |
| Geoffrey Zbicowski | 11/15/2005 | 2.8 | Financial Review | Quarterly financial report review / analyze |
| Jonathan Brownstein | 11/17/2005 | 1.8 | Financial Review | Review of market conditions; related analysis |
| Joseph Radecki | 11/18/2005 | 1.0 | Financial Review | Quarterly financial conference call; affidavit drafting |
| Jonathan Brownstein | 11/18/2005 | 1.0 | Financial Review | Conference call re: Q3 results |
| Ritwik Chatterjee | 11/18/2005 | 1.0 | Financial Review | Conference call on quarterly results |
| Ritwik Chatterjee | 11/21/2005 | 3.0 | Financial Review | Financial analysis relating to affidavit |
| Geoffrey Zbicowski | 11/21/2005 | 2.0 | Financial Review | Analysis relating to affidavit on exclusisvity |
| Joseph Radecki | 11/22/2005 | 2.3 | Business Operations | Review of Ludox royalty issues; related documents |
| Jonathan Brownstein | 11/22/2005 | 3.5 | Business Operations | Review of materials on Ludox royalty obligation issues |
| Ritwik Chatterjee | 11/22/2005 | 2.3 | Business Operations | Document review re: Ludox issues; assist in exclusity affidavit |
| Geoffrey Zbicowski | 11/22/2005 | 4.0 | Financial Review | Analysis relating to affidavit on exclusivity; review Ludox emails |
| Joseph Radecki | 11/23/2005 | 2.0 | Business Operations | Draft affidavit re: exclusivity |
| Jonathan Brownstein | 11/23/2005 | 2.3 | Business Operations | Assist in affidavit re: exclusivity |
| Ritwik Chatterjee | 11/23/2005 | 3.3 | Business Operations | Document review re: Ludox issues; meeting with CIBC team re: same |
| Geoffrey Zbicowski | 11/23/2005 | 3.3 | Business Operations | Continuation of Ludox review; related internal discussions |
| Joseph Radecki | 11/28/2005 | 1.8 | Business Operations | Draft affidavit re: exclusivity; review related financial analysis |
| Joseph Radecki | 11/29/2005 | 2.0 | Business Operations | Draft affidavit re: exclusivity |
| Jonathan Brownstein | 11/29/2005 | 1.8 | Business Operations | Assist in affidavit re: exclusivity |
| Ritwik Chatterjee | 11/29/2005 | 1.8 | Financial Review | Financial analysis relating to affidavit |
| Joseph Radecki | 11/30/2005 | 1.8 | Business Operations | Draft affidavit re: exclusivity |
| Jonathan Brownstein | 11/30/2005 | 1.0 | Business Operations | Assist in affidavit re: exclusivity |