# EXHIBIT B

**W.R. Grace & Co.**
**CIBC Expense Detail Report (November 1, 2005 – November 30, 2005)**
**(Dates represent expense posting date)**

Research
| | | |
|---|---|---|
| Standard & Poor's | 11/04/05 | 9.20 |
| Standard & Poor's | 11/07/05 | 96.00 |
| Subtotal Research: | | $105.20 |

Printing/Desktop Publishing
| | | |
|---|---|---|
| Geoff Zbikowski | 11/10/05 | 124.97 |
| Subtotal Printing/Desktop Publishing | | $124.97 |

**TOTAL EXPENSES:**                                                      **$230.17**