**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO.,** *et al.*, | ) | **Case No. 01-1139 (JKF)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | **Re: Docket No. 9302 & 11549** |

## MODIFIED CASE MANAGEMENT ORDER FOR THE ESTIMATION OF ASBESTOS PROPERTY DAMAGE LIABILITIES

I, Albinas Prizgintas, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge.

2. All parties were served via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

Date: January 24, 2006

Albinas Prizgintas
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | )    Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.[1] | )    Case No. 01-1139 (JKF) |
| | ) |
| Debtors. | )    (Jointly Administered) |
| | )    Re: Docket No. 9302 |

*modified*

## ORDER AMENDING CASE MANAGEMENT ORDER FOR THE ESTIMATION OF ASBESTOS PROPERTY DAMAGE LIABILITIES

WHEREAS, on August 29, 2005, the Court entered its Case Management Order for the Estimation of Asbestos Property Damage Liabilities (the "PD CMO") [Dkt. No. 9302]

WHEREAS, the PD CMO established certain dates with respect to the Phase I Issues;[2]

WHEREAS, on November 14, 2005, pursuant to paragraph 12 of the PD CMO, the Court ruled as to the scope of the Phase I trial; and

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2]   All capitalized terms used but not defined herein shall have the meanings set forth in the PD CMO.

K&E 10902310.1

WHEREAS, during the December 19, 2005 omnibus hearing in these cases, for the reasons stated on the record, the Court granted the *ore tenus* motion of the PD Committee to abate the discovery process on Phase I of the Estimation addressing the Methodology Issue for thirty (30) days and to extend all other dates impacted thereby for a similar period to facilitate plan negotiations.

NOW, THEREFORE, IT IS HEREBY ORDERED:

1.      All discovery of experts and non-experts related to Phase I of the Estimation addressing the Methodology Issue shall be abated until February 10, 2006.

2.      Depositions of experts and non-experts relating to Phase I of the Estimation addressing the Methodology Issue may commence on February 13, 2006, and all such depositions shall be concluded by April 7, 2006.

3.      On or before January 20, 2006, by 12:00 noon Eastern time, the Debtors will file and serve on counsel for the Committee, Scott Baena and Special Counsel, Martin Dies, (i) rebuttal expert reports, if any, on the Phase I Methodology Issue, and (ii) identify (a) rebuttal fact witnesses, if any, they intend to call to testify to address the Phase I Methodology Issue and (b) the general subject matter of any rebuttal fact witness testimony.

4.      Pursuant to Rules 26(a)(3)(A) and 26(a)(3)(B) of the Federal Rules of Civil Procedure, on or before April 12, 2006, any PD Estimation Participant shall file and serve on each of the other PD Estimation Participants a final fact witness/expert list in respect of the Phase I hearing addressing the Methodology Issue.

5.      Any pre-trial motions, including *motions in limine, Daubert*, and summary judgment motions related to the Phase I of the Estimation addressing the Methodology Issue, shall be filed not later than April 21, 2006. Responses to such motions shall be filed not later

2

than May 8, 2006. Replies shall be filed not later than May 15, 2006. A hearing on such

motions, if any, will be held at the Court's direction on May 17, 2006, at 9:00 a.m. in Pittsburgh, PA

6.      A preliminary pre-trial conference on Phase I of the Estimation addressing the

Methodology Issue shall be held at the April 2006 omnibus hearing.

7.      The trial on Phase I of the Estimation addressing the Methodology Issue shall be

held on June 1, June 2, and, if necessary, June 12, 2006 commencing at 9:00 a.m. each day, in

Pittsburgh, PA.

8.      Except as set forth in this ORDER, the PD CMO shall remain in full force and

effect.

9.      Debtors shall serve this ORDER within ten (10) days of its entry upon all persons

who were served with the PD CMO.

Wilmington, Delaware
Dated: January 17, 2006


                                    _Judith K. Fitzgerald_
                                    Honorable Judith K. Fitzgerald
                                    United States Bankruptcy Judge

3

W.R. Grace Service List
Docket No. 9302 & 11549

3801 N. Campbell Avenue #A
Tucson, AZ 85719

7300 Kimbark Bldg. Corporation
3550 W. 98th Street
Evergreen Park, IL 60805

Hershel Abelman
15155 Kennedy Road
Los Gatos, CA 95032

William L. Adams
County of Sonoma
Office of County Counsel
575 Administration Drive
Santa Rosa, CA 95403

AG One LLC
C/o Mark W. Coy
Boring & Coy PC
P.O. Box 100
Fountaintown, IN 46130

Albany City School District
Academy Park
Albany, NY 12207

WL Allaman
21045 Quileute Road
Apple Valley, CA 92308

Allegheny Center Associates
Mall Mgmt
Pittsburgh, PA 15212

Alnor Co.
17904 Lakewood Blvd.
Bellflower, CA 90706

Stephen D. Anderson
Anderson & Kreiger LLP
43 Thorndike Street
Cambridge, MA 02141

Argyle Central School
5023 State Route 40
Argyle, NY 12804

Asbestos School Litigation
C/O Jonathan D. Berger, Esq.
Berger & Montague PC
1622 Locust Street
Philadelphia, PA 19103

Asfour Associates
DJ Asfour General Part
2409 Rush Creek Place
Vallejo, CA 94591

Robert E. Asperger
State of California Department of
Justice
1300 I Street, Suite 1101
Sacramento, CA 95814

Aloys Joseph Baloga
10 Hillcrest Drive
Dallas, PA 18612

Eugene Baron
24061 Majestic
Oak Park, MI 48237

Richard A. Barr
Dean & Fulkerson PC
801 W. Big Beaver, #500
Troy, MI 48084-4724

Dixie L. Basham
352 Granite Avenue
Libby, MT 59923

Peter N. Baylor
Nutter McClennen & Fish LLP
155 Seaport Blvd. Worl
Boston, MA 02210-2604

William R. Becker
111 N. 50th Street
Seattle, WA 98103

Chad S. Beckett
Beckett & Webber PC
508 S. Broadway
Urbana, IL 61801-4232

Joseph Charles Bednarczyk
22 Janelle Street
Lewison, ME 04240

John Michael Belferman
21600 Beallsville Road
Barnesville, MD 20838

Patsy Ann Bender
P.O. Box 1622
Bay Springs, MS 39422

Donald Charles Benefield
264 Vicks Drive
Libby, MT 59923

Homer Mathew Berrum
306 West Chinook
Livingston, MT 59047

Bilzin Sumberg Dunn Baena Et al.
Scott L. Baena, Esq.
First Union Financial Center
200 S. Biscayne Blvd., #2500
Miami, FL 33131

Clinton L. Blain
Clinton L. Blain Attorney At Law
111 Elm Street, #45
San Diego, CA 92101

Blankstein Enterprises Inc.
2120 W. Clybourn Street
Milwaukee, WI 53233

Ernest S. Bouchard
5349 Broadwater Lane
Clarksville, MD 21029

DG Bowman
Bowman George Scheb Toale
Robinson
2750 Ringling
Sarasota, FL 34237

Ermaline Register Brown
532 Rose Marie Avenue
Virginia Beach, VA 23462

Patricia A. Burke
Rider Bennett Egan & Arundel
333 S. Seventh Street, #2000
Minneapolis, MN 55402

William B. Butler
Biersdorf & Associates PA
33 S. 6th Street, #4100
Minneapolis, MN 55402

Gregory A. Cade
Environmental Attorneys Group
LLC
1900 28th Avenue S, #107
Homewood, AL 35209

Caplin & Drysdale, Chartered
Peter Lockwood, Esq.
One Thomas Circle NW
Washington, DC 20005

Centre Mgr Marcoux Inc.
1885 Chemin De La Canardiere
Quebec, QC G1J2E5 CANADA

Randy Chase
116 Dauphin Way
Chattanooga, TN 37411

City of Easthampton
43 Main Street
Easthampton, MA 01027

Collat Inc.
1900 Crestwood Blvd.
Birmingham, AL 35210

Thomas J. Brandi
Law Offices of Thomas J. Brandi
44 Montgomery Street, #1050
San Francisco, CA 94104

Building & Construction
Laborers Local 310
3250 Euclid Avenue
Cleveland, OH 44115

Willie B. Burks
141 Jenkins Drive
Savannah, GA 31405

C/O Stephen A. Madva, Esq.
Montgomery McCracken Walker &
Rhoads
123 S. Broad Street
Philadelphia, PA 19109-1022

Calgary Board of Education
William Aberhart
3009 Morley Trail NW
Calgary
AB T2M4G9 CANADA

Carlton Development Corp.
95 25 Queens Blvd. Suite
Rego Park, NY 11374

Sharon Yvonne Certalic
P.O. Box 401
Belgrade, MT 59714

Richard H. Chasen
425 California Street, #2025
San Francisco, CA 94104-2213

Marvin E. Clements, Jr.
Tennessee Attorney Generals Office
P. O. Box 20207
Nashville, TN 37202

Collateral Agency Inc.
1900 Crestwood Blvd.
Birmingham, AL 35210

Charles J. Brown III
Elzufon Austin Reardon Tarlov & Mondell PA
300 Delaware Avenue, #1700
P.O. Box 1603
Wilmington, DE 19801

Sam P. Burford, Jr.
Thompson & Knight LLP
1700 Pacific Avenue, #3300
Dallas, TX 75201-4693

Daniel Carlton Busby
2098 Farm To Market Road
Libby, MT 59923

Elizabeth J. Cabraser
Lieff Cabraser Heimann, et al
Embarcadero Center
W. 30th Fl., 275 Battery Street
San Francisco, CA 94111

Thomas Francis Campeau
11544 W City Road 612
Frederic, MI 49733

Daniel J. Carroll
Division of Facilities Mgmt.
900 SW Jackson, Room 653
Topeka, KS 66612-2210

Connie Y. Chan
728 Pacific Avenue, #308
San Francisco, CA 94133

Ted M. Cheldin
P.O. Box 6694
Woodland Hills, CA 91365

Clifford Chance US LLP
Attn: Scott Talmadge Esq.
200 Park Avenue
New York, NY 10166-0153

Continental Florida Partners LTD.
C/O 2255 Glades Road, #223A
Boca Raton, FL 33431

Continental Georgia Partners LTD.
C/O 2255 Glades Road, #223A
Boca Raton, FL 33431

Continental Seattle Partners LTD.
C/O 2255 Glades Road, #223A
Boca Raton, FL 33431

Crest USD 479
P.O. Box 68
Kincaid, KS 66039

Crestwood Construction Co.
95 25 Queens Blvd., #724
Rego Park, NY 11374

Brenda Faye Cummings
1802 Robinson Road, #256
Grand Prairie, TX 75051

Tyrone Peter Darks, #239667
P.O. Box 97
McCalester, OK 74502

Martin Dies
Dies & Hille LLP
1009 W. Green Avenue
Orange, TX 77630

Thomas F. Dombroski
1209 Campbell
Detroit, MI 48209

James B. Douglas
McNeal & Douglas LLC
1685 E. University Dr., #A
Auburn, AL 36830-5217

William Howard Drake
709 McCaskill Avenue
Maxton, NC 28364

Stuart B. Drowos
State of Delaware Department of
Justice Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801

Jay and Dorothy Elliott
816 Oakland Drive
Dekalb, IL 60115

William L. Dnyart
Enyart & Peebles
12 S. Second Street
Belleville, IL 62220-2016

Families in Crisis Inc.
William K Hall
1305 E. Ranicer
Kileen, TX 76541

Federated Department Stores Inc.
C/O Carl R. Goldberg
170 Ofarrell St.
San Francisco, CA 94102

Phillip K. Fife
3662 Katella Avenue, Suite 117
Los Alamitos, CA 90720-3174

First Presbyterian Church
P.O. Box 425
Dawson, MN 56232

First United Methodist Church of
Deland
115 East Howry Avenue
Deland, FL 32720

David C. Fixler
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 92110-3319

Helen Flores
74 N.E. Village Road
Concord, NH 03301

Fort Ann Central School
Catherine Street
Fort Ann, NY 12827

GAF Corp. G-1 Holdings and its Affiliates
C/O Joseph Lubertazzi, Jr. Esq.
McCarter & English LLP
Four Gateway Center, 100 Mulberry Street
Newark, NJ 07102

Jeffrey Lee Gallo
1709 US Hwy 2 S
Libby, MT 59923

Joseph R. Gilmore
46469 Arboretum Circle
Plymouth, MI 48170

Robert J. Gilson
Riker Danzig Scherer Hyland & P
One Speedwell Avenue
Morristown, NJ 07960

Lynn A. Goldade
W11281 Bilkey Road
Lodi, WI 53555

Carl R. Goldberg
Federated Legal Department
170 O'Farrell Street
San Francisco, CA 94102-2202

Granada Terrace Co.
95 25 Queens Blvd., #724
Rego Park, NY 11374

Jack A. Grant
Grant & Borrow
238 Huey P Long Avenue
Gretna, LA 70053-5816

Brady L. Green
Morgan Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103-2921

Julia Killian Grunert
398 Fravor Road
Mexico, NY  13114

Charles L. Grunert
5 Liberty Street
Adams, NY  13605

Julie Ann Gubbin
1508 Madison Street NE
Minneapolis, MN  55413

Hamilton Terminals Inc.
10641 Techwoods Circle #201
Cincinnati, OH  45242

Harrington Tools Inc.
4316 Alger Street
5440 San Fernando Road W.
Los Angeles, CA  90039

Michael Harris
P.O. Box 483
Gilmanton, NH  03237

Jon L. Heberling
McGarvey Heberling Sullivan
745 So. Main
Kalispell, MT  59901-5341

Heritage Holdings
2480 NE 23 Street
Pompano Beach, FL  33062

Pedro Hernandez
P.O. Box 8267
Ponce, PR  00732-8267

Jeffery Douglas Ho
1431 Lakeview Avenue
Minneapolis, MN  55416

John L. Holmes
18039 Crenshaw Blvd.
Torrance, CA  90504

Benjamin Mason Ingram
3516 Florence Blvd.
Florence, AL  35634

Joseph Louis Iovino
5501 Snowshoe Mine Road
Libby, MT  59923

Deborah J. Israel
Piper Rudnick LLP
1200 Ninteenth Street NW
Washington, DC  20036

Jamieson Condominium
13536 124 A Avenue
Edmonton, AB  T5L3B5CANADA

Ronald Wayne Jefferson
3105 Arrowwood Lane
Tallahassee, FL  32305

John S. Dull
2293 N. Main Street
Crown Point, IN  46307-1854

Burrell Johnson, Jr.
P.O. Box 4500 Michael Unit
Tennessee Colony, TX  75886

Dale M. Johnson
2255 E. Shaw Avenue, Apt. B
Fresno, CA  93710

Ernest Ray Johnson
136 N. Twin Lakes Road
Cocoa, FL  32926

Karen Janice Johnson
3530 21/2 St. N.E.
Minneapolis, MN  55418

Nathan E. Jones
665 Wrelton Dr.
LaJolla, CA  92037-7950

Allen R. Katz
9158 Pelican Avenue
Fountain Valley, CA  92708

S. S. Katz
15 Elrod Drive
West Nyack, NY  10994

Linda D. Kelley
Viacom Inc.
11 Stanwix St.
Pittsburgh, PA  15222

Edward B. Kerr
1308 Evangeline
Dearborn Heights, MI  48127

Patrick Kinlan
3106 Edger Pl.
Bronx, NY  10465

Robert Ray Klingman
4539 Dry Creek Road
Napa, CA  94558

Donald Lee Knauss
P.O. Box 1443
Libby, MT  59923

KPMG
P.O. Box 730
20 Farrington Road
London
EC4AA4PP UNITED KINGDOM

Kramer Levin Naftalis & Frankel LLP
Gary M. Becker Esq.
1177 Avenue of the Americas
New York, NY 10036

Eugene Leroy Larkin
6572 E. Kettleman Lane
Lodi, CA 95240

Norman Leal
1485 Naples Way
Livermore, CA 94550

Wh. Ramasay Lewis, Esq.
The Prudential Insurance Co. of America
751 Broad Street, 21st Floor
Newark, NJ 07102

John Low-Beer
Lieff Cabraser Heimann, et al.
Embarcadero Center W. 30th Floor
275 Battery Street
San Francisco, CA 94111

Gilbert Martin
555 Spur Loop
P.O. Box 815
Troy, MT 59935

Robert C. McCall
Baggett McCall & Burgess
3006 Country Club Road
Lake Charles, LA 70606-7820

Clarence McProud
Spiller McProud
505 Coyote St.
Nevada City, CA 95959-2230

James Irvin Miles
1803 Eastfield Road
P.O. Box 6505
Harrisburg, PA 17112

Vincent E. Modzeleski
1618 James Dr.
Carlsbad, CA 92008

Gregory Mark Kujawa
350 Shalom Drive
Libby, MT 59923

Richard H. Larson
172 Ivory Street
Frewsburg, NY 14738

Elizabeth M. Lee
713 Michigan Avenue
Libby, MT 59923

Tom Lewis
Lewis Huppert & Slovak PC
725 3rd Avenue N
P.O. Box 2325
Great Falls, MT 59403-0002

Joan Luce
604 Dakota
Libby, MT 59923

Wayne Ramon Matta
22722 244th Avenue SE
Maple Valley, WA 98038

Sarah Lou McChristian
8674 W. 7 MI Rd.
Northville, MI 48167

Kurt J. Meier
Tranter & Meier
33 N. Fort Thomas Avenue
Fort Thomas, KY 41075-1516

Missile Inn Inc.
2200 Northlake Parkway, Suite 277
tucker, GA 30084

Lawrence A. Moloney
Gray Plant Mooty Mooty & Bennett
80 S 8th St., #500
Minneapolis, MN 55402-5383

Lanedale Co Operative Apartments Limited
8 Stroud Road, Apt. 8
Hamilton, ON L8S1Z6 CANADA

Lawrence Lamar Rice West Melbourne
49 Parkhill Boulevard
West Melbourne, FL 32904

Peter Lee
The Burlington Northern and Santa Fe Railway
2500 Lou Menk Dr.
Fort Worth, TX 76131-2828

Los Angeles Unified School District
C/O Roman M. Silberfeld
Bernice Conn, Robins Kaplan, et al.
2049 Century Park, #3700
Los Angeles, CA 90067

Lukins & Annis PS
1600 Washington Trust Financial
717 W. Sprague Avenue
Spokane, WA 99201-0466

Susan Jo McBride
6064 S. Krameria Street
Englewood, CO 80111

McGarvey Heberling Sullivan, et al.
Allan M. McGarvey
745 S. Main Street
Kalispell, MT 59901

Menands Union Free School District
Wards Ln.
Menands, NY 12204

Erica Michell Mobley
317 West Chestnut
Coweta, OK 74429

Phillip Shawn Moore
680 A Adams Road
Benson, NC 27504

Motley Rice LLC
James Hughes
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC  29465-1792

N&J 1 LP
984 Monument St., #110
Pacific Palisades, CA  90272

Gerald Thomas Nightlinger
1177 East Beamish Road
Midland, MI  48642

Robert Nowak
8521 South Natoma Avenue
Burbank, IL  60459

William W. Odom, Jr.
404 Waldron Street
Corinth, MS  38834

Omond Memorial United Church
319 McKenzie Avenue
North Bay
ON P1B7E3 CANADA

Maria Luisa Ortiz
P.O. Box 809 Orocouis
Orocouis, PR  00720
PUERTO RICO

Marcella M. Paulette
287 Township Road 267
Amsterdam, OH  43903-7909

Pillsbury Winthrop LLP
Attn: P. Brosnahan
P.O. Box 7880
San Francisco, CA  94120-7880

Plaxall Inc.
5-46 46th Avenue
Long Island City, NY  11101

Timothy P. Mulhern
Shatz Schwartz & Fentin PC
1441 Main Street
Springfield, MA  01103

Nazanin Namazi
29726 Felton Dr.
Laguna Niguel, CA  92677

Nordiego Capital Ltd.
738 W. Washington Avenue, #B
Escondido, CA  92025

Richard A. O'Halloran
Burns White & Hickton LLC
531 Plymouth Road, #500
Plymouth Meeting, PA  19462

Paul Bennett Odum
1744 Neely Avenue
East Point, GA  30344

Patrick O'Neill
Law Department City of
Philadelphia
One Parkway 1515 Arch Street
Philadelphia, PA  19102-1512

Otterbein College
One Otterbein College
Westerville, OH  43081

Howard William Pepper
906 W. Balsam Street
Libby, MT  59923

Pittsburgh School District
Facilities Division
1305 Muriel Street
Pittsburgh, PA  15203

Port of Slidell LLC
P.O. Box 24597
New Orleans, LA  70184

Carol S. Muroff
16804 Avila Blvd.
Tampa, FL  33613

Keith N. Nguyen
5523 N. Galvez Street
New Orleans, LA  70117

Norm S Restaurants
17904 Lakewood Blvd.
Bellflower, CA  90706

Patricia A. O'Connor
Levenfeld Pearlstein
2N. LaSalle, 13th Floor
Chicago, IL  60602

Raul Smith Olanmendi
Office of the General Counsel
Sempra Energy
101 Ash Street, #1200
San Diego, CA  92101

Orlando Utilities Commission
500 South Orange Avenue
Orlando, FL  32801

Paul Patterson
2125 Browns Gap Tpke.
Charlottesville, VA  22901

Louis Piche
164 Blvd. Jutras Est.
Victoriaville, QC  G6P4M1
CANADA

Platinum Capital Investments Inc.
1608 Midwest Club Pkwy.
Oak Brook, IL  60523

Jeffrey R. Porter
Mintz Levin Cohn Ferris, et al.
One Financial Center
Boxton, MA  02111

Princeton Booth Co.
95 25 Queens Blvd, Suite 724
Rego Park, NY 11374

Princeton Plaza Co.
95 25 Queens Blvd, Suite 724
Rego Park, NY 11374

William Pritchett
203 El Monte Dr.
Santa Barbara, CA 93109-2005

Procto Inc.
420 W. Rowland Street
Covina, CA 91723

Bernard Pullinger
100 W. Washington Commons Dr.,
#342
Evans, GA 30809

R. R. Isla Verde Hotel & Resort
P.O. Box 221
Brooklyn, NY 11208-0221

Ramsey Construction Co.
95 25 Queens Blvd., #724
Rego Park, NY 11374

Donna Jean Realty
707 N. Collins Street
Plant City, FL 33563

Patricia Redington
St. Louis Cnty. Counselor Office
41 S. Central
Saint Louis, MO 63105

Patsy A. Reese
237 Felton Street
San Francisco, CA 94134

Reshat Hussein Hassan & Minnie
Hassan TT
4934 W. Fallen Leaf Lane
Glendale, AZ 85310

Eddie Charles Risdal
P.O. Box 316 ISP 802094
Fort Madison, IA 52627

River Drive Construction
95 25 Queens Blvd., #724
Rego Park, NY 11374

Jared I. Roberts
Amtrak Law Department
60 Massachusetts Avenue NE
Washington, DC 20002-4285

Arlene A. Rogers
11 Cornell Place
New Rochelle, NY 10804

Avrum J. Rosen
38 New St.
Huntington, NY 11743-3327

Tom Roth
3553 Brookhill St.
Glendale, CA 91214

Clarke Russ
2229 Windward Shore Drive
Virginia Beach, VA 23451

Nancy L. Ruyle
Phelps Kasten Ruyle Burns & Sims
19871 Timbere
Carlinville, IL 62626

Kenneth Duane Sagen
P.O. Box 176
46 Evans Road
Libby, MT 59923

Frank R. Saia
106 State Street
Springfield, MA 01103-2034

Salem Central School District
41 East Broadway
Salem, NY 12865

Lael Edward Samonte
99-902 Monalua Road
Aiea, HI 96701

San Diego Space and Science
Foundation
P.O. Box 33303
San Diego, CA 92163

Wendy Lee Sandly
318 Thurston Street
Clarks Summit, PA 18411

Daniel A. Schwartzman
55 5th Avenue, 15th Floor
New York, NY 10003-4301

Mary Elizabeth Cuffy
Schwoeffermann
745 SE Miller Street
Portland, OR 97202

Darrel W. Scott
The Scott Law Group
926 W. Sprague Avenue, #583
Spokane, WA 99201

Shapery Developers Gas Electric
Property
402 W. Broadway, #1220
San Diego, CA 92101

Jamie Guelvara Shartzer
24172 Zorro Ct.
Hayward, CA 94541

Joseph H. Sher
4711 LaVilla Marina #C
Marina Del Rey, CA 90292

Dennis Michael Slawson
302 W. Main Street
Sykesville, PA 15865

Brett A. Solomon
Tucker Arensberg PC
1500 One PPG PL
Pittsburgh, PA 15222-5416

Clifford M. Spingler
1233 NW 199th Place
Shoreline, WA 98177

Lynn R. Stanley
838 Second Avenue E
Kalispell, MT 59901

Amanda G. Steinmeyer
Speights & Runyan
200 Jackson Ave E
P.O. Box 685
Hampton, SC 29924

Hannelie Stockenstrom
Clark Wilson Barristers & Solicitors
700-885 Georgia St.
Vancouver, BC V6C3H1 CANADA

Strook & Strook & Lavan LLP
Lewis Kruger, Esq.
1880 Maiden Lane
New York, NY 10038-4982

Swidler Berlin LLP
Richard Wyron, Esq.
3000 K St. NW, #300
Washington, DC 20007

Terrace Properties Limited
Partnership
C/O 2255 Glades Road, #223A
Boca Raton, FL 33431

Kenneth F. Sills
Hammonds & Sills
Quad One Ste C
1111 S. Foster Dr.
Baton Rouge, LA 70806

Kenneth D. Smith
1711 Milton Manor Dr.
El Cajon, CA 92021

Allene Spadafora
P.O. Box 335
80 W. 200 S.
Green River, UT 84525

Ronald W. Stamm
Office of County Counsel
One Gateway Pl.
Los Angeles, CA 90012-2952

Robert W. Stanley
838 2nd Avenue E
Kalispell, MT 59901-5411

Steven J. Wolfe Irrevocable Trust
P.O. Box 3238
Los Angeles, CA 90078-3238

Benjamin G. Stonelake, Jr.
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103

Joanne B. Stutz
Evans & Mullinix PA
7225 Renner Road, #200
Shawnee, KS 66217-3046

Eddie Taylor
10715 Cranbrook Road
Houston, TX 77042

The Record
225 Fairway Road S
Kitchener
ON N2G4E5 CANADA

Ronald Alan Skarie
7623 W. Ryan Road
Franklin, WI 53132

Thomas M. Sobol
Hagens Berman LLP
225 Franklin St., 26th Floor
Boston, MA 02110

Daniel A. Speights
Speights & Runyan
200 Jackson Avenue
P.O. Box 685
Hampton, SC 29924

Earl H. Stanley
615 Main Avenue
Libby, MT 59923

State of Connecticut
Department of Public Works
Gerald Glassman
165 Capitol Avenue, Rm 275
Hartford, CT 06106

Fanette Lloys Stewart
621 East 40th Avenue
Spokane, WA 99203

Richard L. Stoper Jr.
Rotatori Bender Gragel Stoper, et al.
800 Leader Building
526 Superior Avenue E
Cleveland, OH 44114-1498

Fred H. Sutherland
Beard & Sutherland
400 Travis Street, #1103
Shreveport, LA 71101-5564

Temple Beth AM
4660 Sheridan Dr.
Williamsville, NY 14221

Lois Gloria Theonnes
P.O. Box 46
Libby, MT 59923

Thermo Coustics Limited
2750 Highway #11 North
North Bay
On P1B8G3 CANADA

H. Tipold
1147 Planters Road
Lawrenceville, VA 23868

Angela M. Ulen
Hooper Memorial Home Inc.
3352 Walnut St.
Harrisburg, PA 17109

Robert T. Vaughan
46 Spears St.
Melrose, MA 02176

Virginia Dept. of Mental Health
1220 Bank Street , 7th Floor
P.O. Box 1797
Richmond, VA 23218

Edward J. Westbrook
Richardson Patrick Westbrook, et al.
1037 Chuck Dawley Blvd., Bldg. A
Mount Pleasant, SC 29464

Alan C. Williams
Minnesota Attorney General Office,
#900 NCL Tower
445 Minnesot St.
Saint Paul, MN 55101

Steven J. Wolfe
Sneak Preview Entertainment
P.O. Box 3238
Hollywood, CA 90078

Yick Realty Investment
1340 Grant Avenue #1
San Francisco, CA 94133

Eva A. Thomson
259 Remps Road
P.O. Box 1343
Libby, MT. 59923

Trumbull Memorial Hospital
C/O Steven E. Crick
Humphrey Farrington & McClain
123 West Kansas
Independence, MO 64050-3713

Uni Inc.
James Edward Idoine, President
904 S. Hermosillo
Payson, AZ 85541

Fabrice N. Vincent
Lieff, Cabraser Heimann, et al.
Embarcadero Center W 30th Fl.
275 Batter Street
San Francisco, CA 94111

Timothy Wayne Warren
4860 1 2 Virginia Avenue
Oroville, CA 95966

Karen Kaye Wickesrsham
5455 Prospect Dr.
Missoula, MT 59608

Clay Henry Willis
906 Cheyenne Meadows
Katy, TX 77450

Woodbury Place Apartments Ltd..
3942 Pleasure Hill
San Antonio, TX 78229

Virginia L. Thrasher
3460 Pheasant Ct.
Decatur, GA 30034

Robert M. Turkewitz
Richardson Patrick Westbrook, et al.
1037 Chuck Dawley Blvd. Bldg. A
Mt. Pleasant, SC 29464

Valu-Lodge of New Port Richey
2200 Northlake Pkwy., #277
Tucker, GA 30084

Abram L. Vinikoor
5236 38th Avenue NE
Seattle, WA 98105

Rodney L. Washburn
Hazelwood & Weber LLC
200 N. Third St.
Saint Charles, MO 63301-2813

William R. Becker for Ironwood
Software
111 N. 50th Street
Seattle, WA 98103

William R. Wittenberg
6110 Panorama Dr. NE
Tacoma, WA 98422

Woodman Partners
3085 Woodman Drive, Suite 100
Dayton, OH 45420