# Exhibit 1

1

```
 1              VOLUME 1
                PAGES 1 - 55
 2              EXHIBITS (None)

 3   IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

 4              TRIAL DIVISION

 5

 6   PRINCE GEORGE CENTER, INC.,    )
       On Behalf of Itself and All  )
 7   Others Similarly Situated,     )
              Plaintiff             )
 8                                  ) Civil Action
       v.                           ) No. 5388
 9                                  )
     UNITED STATES GYPSUM CO.,      )
10   et al.,                        )
              Defendants            )
11

12
             DEPOSITION of STEPHEN H. AHERN, taken
13   on behalf of the Plaintiff, pursuant to the
     applicable provisions of the Pennsylvania Rules of
14   Civil Procedure, before Janis T. Tracy, Registered
     Professional Reporter and Notary Public in and for
15   the Commonwealth of Massachusetts, at the offices
     of Casner & Edwards, One Federal Street, Boston,
16   Massachusetts, on Friday, February 26, 1993,
     commencing at 9:45 a.m.
17

18   PRESENT:

19   Speights & Runyan
       Daniel A. Speights, Esq.
20       304 Lee Avenue
         P.O. Box 685
21       Hampton, South Carolina 29924
         for the Plaintiff
22
     ----------------------------------------
23        FRITZ & SHEEHAN ASSOCIATES, INC.
        295 Devonshire Street, Boston, MA 02110
24              (617) 423-0500
```

FRITZ & SHEEHAN ASSOCIATES, INC.

1       Friday, February 26, 1993
2       P R O C E E D I N G S   (9:45 a.m.)
3       STEPHEN H. AHERN,
4   a witness called for examination by counsel for the
5   Plaintiff, being first duly sworn, was examined and
6   testified as follows:
7       DIRECT EXAMINATION
8   BY MR. SPEIGHTS:
9       Q. Would you state your full name for the
10  record, please, sir.
11      A. Stephen H. Ahern.
12      Q. Mr. Ahern, you are a lawyer employed by
13  W.R. Grace?
14      A. Yes, I am.
15      Q. When did you go to work for W.R. Grace?
16      A. In July of 1981.
17      Q. When you went to work for W.R. Grace, did
18  you have responsibilities for asbestos-related
19  matters?
20      A. Asbestos litigation, I did, yes.
21      Q. Describe to me generally what your
22  responsibilities were when you went to work for
23  Grace, relating to asbestos.
24      A. My responsibilities were to coordinate

FRITZ & SHEEHAN ASSOCIATES, INC.

5

1  10, 1982, you prepared a memorandum concerning
2  maintenance of certain Grace records. Is that
3  correct?
4      MR. JONES: I'm going to object to
5  the question based on the fact that it involves a
6  privileged memorandum.
7      If you don't mind, I'll ask for a
8  continuing objection in this line on the grounds of
9  privilege, the fact that the documents to which
10 you're referring and their contents are privileged,
11 and that you should not be allowed to use the
12 fruits of other litigations where you've been given
13 access without waiver in this litigation.
14      That being said, I'll allow him to
15 answer the questions, subject to my objection.
16   A. I don't recall the precise date, but I do
17 recall a memorandum of that tenor.
18   Q. Do you recall it being in August of 1982?
19   A. Yes, I do.
20   Q. Now, I'm interested in questioning you
21 first this morning about the period from July 1981
22 until you issued that memorandum in August of 1982.
23 During that period of time, were you involved in
24 the collection, grouping or assembly of any

FRITZ & SHEEHAN ASSOCIATES, INC.

6

1  asbestos-related documents or potential asbestos-
2  related documents?
3      MR. JONES: May I hear the question?
4      (Record read)
5      MR. JONES: Object to the form. You
6  can answer.
7   A. I was involved in responding to discovery
8  requests in cases, and did review documents and
9  collect documents in connection with the discovery
10 in those cases.
11  Q. From what location or locations did you
12 get documents which you reviewed and/or collected
13 for those purposes during that period of time?
14  A. I don't recall specifically. I know that
15 documents were reviewed, or documents in Cambridge
16 were consulted for that purpose.
17     MR. JONES: Excuse me one second.
18     (Discussion off the record)
19     MR. JONES: Go ahead. Thank you.
20  Q. Did anybody assist you during this period
21 of time in reviewing or collecting documents for
22 the asbestos cases?
23     MR. JONES: This is up to August '82?
24     MR. SPEIGHTS: That is the period.

FRITZ & SHEEHAN ASSOCIATES, INC.

<1.>19</1.>

1   A. I don't recall how we would have filed

2  them at that time.

3   Q. If today the court invited you to

4  determine whether you had a copy of those documents

5  produced to me in 1982, where would you go to try

6  to make that determination?

7   A. Again, documents of that nature in my

8  office would have been picked up as part of the

9  document review that went on in Cambridge under the

10  direction of Mr. Murphy at Casner & Edwards, and I

11  would go to Mr. Murphy and ask him whether there's

12  any way of finding those particular documents.

13   Q. Let me move forward somewhat.

14     I've taken Mr. Murphy's deposition in

15  this case with the same counsel present; I'm sure

16  they will correct me if I misstate what Mr. Murphy

17  said. My recollection is that he testified that

18  you had culled 2,000 boxes of documents from 6,000

19  boxes of documents, approximately, for review by

20  Casner & Edwards. Is that your recollection?

21   A. Culled boxes?

22   Q. Yes, or at least identified 2,000 boxes

23  from 6,000 boxes, both being approximate numbers,

24  for the Casner & Edwards review.

20

1   A. I don't recall. As stated that way, I
2   don't recall having identified boxes for review by
3   Casner & Edwards.
4   Q. Do you recall there being some 6,000
5   boxes in the basement, or at Cambridge?
6   A. I don't have a present memory right now
7   of the number of boxes that were in Cambridge. I
8   do recall, however, the number 6,000 boxes being
9   referred to as the proper number of boxes that were
10  in Cambridge.
11  Q. Now, were you involved in identifying or
12  suggesting which of those 6,000 boxes Casner &
13  Edwards should review?
14  A. At some point in time in either 1982 or
15  1983, before Casner & Edwards began to review
16  documents, I and, I believe, Mary Phaneuf and
17  possibly a third individual who I can't recall at
18  this time --
19      MR. JONES: We need a spelling on
20  "Phaneuf" for the reporter.
21      THE WITNESS: P-h-a-n-e-u-f.
22  A. -- reviewed a card catalogue that was
23  located in the basement of Cambridge, and the
24  purpose of doing that was -- there were several

FRITZ & SHEEHAN ASSOCIATES, INC.