# Exhibit 2

1

```
 1              VOLUME: 1
                PAGES: 1-188
 2              EXHIBITS: See Index

 3   IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
     TRIAL DIVISION
 4
     PRINCE GEORGE CENTER, INC.  )
 5    On Behalf of Itself and All )
     Others Similarly Situated    )
 6           Plaintiffs   )
                          )
 7   v.                   ) Civil Action
                          ) No. 5388
 8   UNITED STATES GYPSUM CO.,  )
     et al.                )
 9           Defendants   )

10   ------------------------------------------------
             Deposition of Robert A. Murphy
11                 December 18, 1992
               Boston, Massachusetts
12   ------------------------------------------------

13   PRESENT:

14   Speights & Runyan
             Daniel A. Speights, Esq.
15               304 Lee Avenue
             Hampton, South Carolina 29924
16   and
     Greitzer and Locks
17           Jonathan W. Miller, Esq.
             1500 Walnut Street
18           Philadelphia, Pennsylvania 19102
             for Plaintiffs
19

20

21

22

23   ------------------------------------------------
             FRITZ & SHEEHAN ASSOCIATES, INC.
24        295 Devonshire, Boston, MA 02110
                  (617) 423-0500
```

139

1  Square?

2      MR. JONES: I'm sorry. We're not

3  going to talk about the capability of what that

4  means can do or can't do.

5      MR. SPEIGHTS: That wasn't my

6  question, Mr. Jones.

7      Why don't you read the question back

8  to Mr. Jones.

9      (The record was read by the reporter)

10  A.  I believe if you review the 25,000-page

11  inventory, you would most likely come up with all

12  the Peter Kostic documents at Winthrop Square.

13  Q.  What would be on the 25,000-page

14  inventory indicating Peter Kostic documents?

15  A.  His name. I would expect to find his

16  name.

17  Q.  So with respect to MDU Matt Murphy

18  Deposition Exhibit 8 which we discussed this

19  morning that has written in hand at the top, "Mr.

20  Peter Kostic," you believe that name of Peter

21  Kostic would appear on the inventory?

22  A.  Well, I can't swear to a certainty that

23  it would, but I believe it would.

24      MR. SPEIGHTS: Let's mark that

1 document as Deposition Exhibit 3 to this
2 deposition.
3         (Marked, Deposition Exhibit No. 3,
4 letter September 7, 196-, document 20094074)
5    Q.   Is the means referred to in Deposition
6 Exhibit 2 a Casner & Edwards means?
7         MR. JONES: I don't know what that
8 means, "means."
9         MR. SPEIGHTS: That's what we've been
10 calling it, and you won't let me ask a whole lot
11 about it.
12   Q.   What I'm trying to determine is the
13 system which is reflected in Exhibit 2, was that
14 created by Casner & Edwards?
15   A.   I believe there have been affidavits
16 filed by Mr. Jones which provide detailed
17 information as to the creation of that system or
18 that means.
19        MR. JONES: They have in fact,
20 however, been filed in camera.
21   A.   So I don't know how far my counsel wants
22 me to go in answering your question. I will take
23 his guidance.
24   Q.   I assure you your counsel is very alert

149

1  question today.

2  A. I can answer that this way: That before

3  the re-review for Canada there were boxes which

4  contain formula documents for asbestos-containing

5  products. Those boxes were re-reviewed for notice,

6  and to comply with whatever orders were given in

7  Canada some were removed. I have not gone back

8  after that to see whether there still are such

9  boxes or such documents in Cambridge. They were

10 there before the re-review. Whether the re-review

11 caused them to come out or not I don't know. I

12 believe there probably still are formula boxes

13 considered to be trade secret in Cambridge for

14 asbestos-containing products.

15 Q. How about specifically for Monokote?

16 A. Yes. That's my belief.

17 Q. Does the customer list include customers

18 for asbestos-containing products?

19 A. Most likely.

20 Q. What do you mean by "customer" in the

21 context of the customer list you have here?

22 A. My recollection of those lists are these

23 are lists the client prepared of its customers for

24 any number of reasons.