IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139(JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | Related Docket No. 11422 |
| | ) | 1/30/2006 Agenda Item No. 7. |

**ORDER GRANTING THE MOTION OF BNSF FOR CLARIFICATION OF THE CASE MANAGEMENT ORDER FOR THE ESTIMATION OF ASBESTOS PERSONAL INJURY LIABILITIES AND ACCOMPANYING QUESTIONNAIRE**

AND NOW, this <u>26th</u> day of January, 2006, the Court having considered the Motion For Clarification of the Case Management Order For the Estimation of Asbestos Personal Injury Liabilities and Accompanying Questionnaire (the "Motion) filed by BNSF Railway Company and its predecessor corporations, including the Great Northern Railway Company, the Burlington Northern Railroad Company, and The Burlington Northern & Santa Fe Railway Company (collectively, "BNSF"), and upon consideration of the Stipulation between the Debtor and BNSF a copy of which is attached hereto as <u>Exhibit A</u> (the "Stipulation"), IT IS HEREBY ORDERED:

1. The Stipulation is approved

2. The Motion is GRANTED.

3. The Court finds that the Case Management Order dated August 29, 2005 (Docket No. 9301) to the extent it requires claimants to complete the PI Questionnaire, does not apply to contract, contribution or indemnity claims BNSF has or intends to assert.

BY THE COURT:

*Judith K. Fitzgerald*   rmab
JUDITH K. FITZGERALD
United States Bankruptcy Judge

DOCS_DE:114582.1