

# Robson Law Office
## Arthur Lyle Robson
Retired

483 McKinley View Drive
Fairbanks, Alaska 99712
(907) 457-6983
(907) 457-6987 fax
E-mail: alrobson@gci.net

2006 JAN 23  AM 10: 13

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

January 14, 2006

US Bankruptcy Court
District of Delaware
Honorable Judge Judith Fitzgerald
824 Market Street
3rd Floor
Wilmington, Delaware 19801

01-1139

W.R. Grace & Company
C/o BMC
PO Box 913
El Secundo, CA 90245-0913

Pachulski, Stang, Ziehl, Young,
Jones & Weintraub
919 N. Market Street, 16th Floor
PO Box 8705
Wilmington, DE 19899-8705

NGC Bodily Injury Trust
2716 Lee Street #500
Greenville, TX 75401-4107

Kirkland & Ellis, LLP
655 Fifteenth Street, N.W
Washington, D.C. 20005

David A. Jagolinzer, Esquire
The Ferraro Law Firm
4000 Ponce De Leon Boulevard, Suite 700
Miami, Florida 33146

### THIS IS A RESPONSE TO ALL ASBESTOS LITIGATION COUNSEL

I retired when I was 70 and am now 74. I no longer remember much of any of the details and I am sorry that you folks keep sending me documents, but I suppose that this means you are doing a tremendous job for defendants, because you have managed to stall through the death of a probable majority of the claimants.

I was merely the counsel in Alaska required by local rules. When each case was transferred to the Western District of Pennsylvania, my connection with the case was severed. That was many years ago and I have long since retired. With being retired, I do not have any copies of the files and I can only refer you to claimant's counsel with respect to each of these cases. Louis Robles of Robles and Gonzalez has handled the matter since those days and the principal attorney in the office handling these clients was Juan Bauta. This might be more of a help if Mr. Robles had not apparently embezzled the settlement funds, filed bankruptcy himself and then been disbarred by the Florida Bar. To me it is no help whatsoever because I cannot get reply from him telephonically, by

mail or otherwise. I have managed to talk with one of his high school friends who filled me in on his divorce, but he is apparently lying low and no one, myself included, can be of much help.

You can reach Lenore Scott at PO Box 70177, Fairbanks, Alaska 99707 or through her counsel, David A. Jagolinzer, Esquire, The Ferraro Law Firm, 4000 Ponce De Leon Boulevard, Suite 700, Miami, Florida 33146. None of the other folks are known to me or ever have been personally known to me.

Now that you know everything I know, you will see that you are barking up a leafless tree. I can't say that I wish you good luck, because this would be contrary to the interest of my clients.

Please let me know if there is anything else I'm supposed to do.

Sincerely yours,

Arthur Lyle Robson

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Re: Docket Nos. 9301, 11023, 11403 |

**REVISED ORDER MODIFYING THE CASE MANAGEMENT ORDER
FOR THE ESTIMATION OF ASBESTOS PERSONAL INJURY
LIABILITIES REGARDING THE EXTENTION OF TIME FOR
CLAIMANTS TO RESPOND TO QUESTIONNAIRES
AND TO DESIGNATE NON-EXPERT WITNESSES**

WHEREAS, on August 29, 2005 the Court entered a Case Management Order for the Estimation of Asbestos Personal Injury Liabilities ("CMO") (D.I. 9301); and

WHEREAS, the CMO directed persons who hold Asbestos PI Pre-Petition Litigation Claims against any of the Debtors to complete and serve the Questionnaire (attached as Exhibit A to D.I. 9301) on or before January 12, 2006 at 5:00 p.m. Eastern Standard Time; and

WHEREAS, counsel to the Official Committee of Asbestos Personal Injury Claimants made an oral application to this Court on December 19, 2005 to extend the time for holders of Asbestos PI Pre-Petition Litigation Claims to respond to the Questionnaire by sixty (60) days;

IT IS HEREBY:

1. ORDERED that the time for holders of Asbestos PI Pre-Petition Litigation Claims to complete and serve the Questionnaire is extended to March 13, 2006 at 5:00 p.m. Eastern Standard Time; and it is further