

## CONSULADO DE COLOMBIA



C-0050

Washington D.C., January 17, 2006

Honorable
Judith K. Fitzgerald,
824 Market Street
3rd Floor
Wilmington, DE, 19801

01-1139

Dear Honorable Judge Fitzgerald,

I am the Consul of Colombia in Washington DC. As part of its official duties under the Vienna Convention on Consular Relations, this Consulate provides assistance to Colombian nationals.

I am writing to request information on the current status of case number 01-1200, W.R. Grace Co. (reorganization proceedings under Chapter 11). I have been contacted by a group of retired Colombian nationals who worked for a branch of W.R. Grace Co., a U.S. corporation, in Colombia. After this branch of the company was closed, it reached an agreement with the workers that they will continue to pay the pensions of those who have retired. The payments were made for more than 10 years until June 2001 when the beneficiaries were notified that the main branch of W.R. Grace Co. had applied for reorganization under Chapter 11 of the Bankruptcy Code in the District of Delaware. In addition, they were notified that to defend their rights to the payment of their pension in the future, they would have to participate in the reorganization proceedings.

Unfortunately, the retired Colombian nationals that have requested our assistance do not have resources to hire a lawyer in Delaware to represent them before the U.S. courts. Therefore, I am writing to request information on whether a final decision was reached in regard to W.R. Grace Co, and if that is the case, copy of such a decision. The Consulate will be willing to pay for the copies of the decision if that is required.

Please do not hesitate to contact me by mail at 1101 17th St. NW, Suite 1007, Washington DC, 200036, by fax at 202-332-7180 or by telephone at 202-332-3575, should you need any additional information.

I thank you for your cooperation with this matter.

Sincerely yours,

MARÍA DE LOS ANGELES BARRAZA
Consul of Colombia

1101 17th St. NW, Suite 1007 • Washington, D.C. 20036 • Tel. (202) 332-7476 Fax (202) 332-7180 • E-mail: cwashington@minrelext.gov.co