# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** February *17*, 2006, at 4:00 p.m. |
| | ) | **Hearing Date:**    TBD only if necessary |

## FEE DETAIL FOR KIRKLAND & ELLIS LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

**Matter 17 – Relief from Stay – Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/30/2005 | Janet S Baer | 0.40 | Address issues and review correspondence re BDM motion. |
| 12/5/2005 | James W Kapp | 0.90 | Review BDM affidavit of D. Henningsen in support of stay motion. |
| 12/15/2005 | James W Kapp | 0.60 | Address issues re response to BDM motion for relief from stay. |
| 12/20/2005 | Salvatore F Bianca | 0.40 | Conferences with J. Kapp and A. Johnson re BDM lift-stay motion. |
| 12/20/2005 | James W Kapp | 0.40 | Address issues re BDM automatic stay motion. |
| 12/28/2005 | Salvatore F Bianca | 4.40 | Review BDM lift-stay motion and complaints attached thereto (.8); review cases cited in BDM lift-stay motion (1.5); review correspondence and other documents re same (.5); draft objection to same (1.6). |
| 12/29/2005 | Salvatore F Bianca | 5.20 | Draft objection to BDM lift-stay motion (3.5); research re same (1.7). |
| 12/30/2005 | Salvatore F Bianca | 1.70 | Revise objection to BDM motion to lift automatic stay. |
| | Total: | 14.00 | |

A-1

## Matter 19 – Claims Analysis Objection & Resolution (Non-Asbestos) – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/6/2005 | Janet S Baer | 0.30 | Attend to issue re PacifiCorp appeal and stipulation. |
| 11/16/2005 | Janet S Baer | 0.30 | Address issues re VanCott Bagley appeal. |
| 11/21/2005 | Janet S Baer | 0.80 | Address issues re VanCott Bagley appeal (.3); confer with R. Nelson re same (.2); review pleadings re same (.3). |
| 11/22/2005 | Janet S Baer | 1.20 | Confer with J. Kapp re PacifiCorp appeal (.3); confer with court re same (.2); review correspondence and draft order on stipulation re appeal re same (.3); prepare letter to court on briefing schedule and transmit comments on stipulation and order (.4). |
| 11/29/2005 | Janet S Baer | 0.30 | Confer re PacifiCorp appeal and Pearson brief. |
| 11/30/2005 | Janet S Baer | 1.40 | Review PacifiCorp appellate brief (1.0); confer re appellate brief and issues re same (.4). |
| 11/30/2005 | Lori Sinanyan | 1.10 | Review appellate brief filed by PacifiCorp (.6); confer with J. Kapp re same (.5). |
| 12/1/2005 | Janet S Baer | 0.20 | Review Pearson reply brief. |
| 12/1/2005 | Lori Sinanyan | 4.20 | Research re appellee brief re denial of late claim. |
| 12/1/2005 | Rachel Schulman | 5.30 | Research dates and information for letter to J. Walters re Claim No. 1770 (.4); draft letter to J. Walters re same (.5); review and respond to e-mails re same (.2); draft e-mail to J. McFarland re claims (.2); review and revise reply memorandum re P. Pearson claim (1.7); review and revise drafts of replies (.8); prepare for omnis 16 and 17 (1.5). |
| 12/1/2005 | James W Kapp | 1.00 | Address issues re response to Archer claim. |
| 12/2/2005 | James W Kapp | 4.20 | Review Debtor's reply to P. Pearson's response in support of summary judgment (3.6); address PacifiCorp response (.6). |
| 12/5/2005 | Lori Sinanyan | 7.30 | Draft appellee brief re denial of late claim. |
| 12/5/2005 | Kristen Weber | 1.00 | Organize and review folder for Vancott adversary proceeding. |
| 12/6/2005 | Lori Sinanyan | 10.30 | Draft appellee brief re denial of late claim (9.8); confer with J. Kapp re same (.5). |
| 12/6/2005 | Rachel Schulman | 3.50 | Review notes re reply to claim objections (1.5); review and revise reply memorandum (2.0). |
| 12/6/2005 | James W Kapp | 1.20 | Address issues re response to appellants brief re PacifiCorp (.6); address P. Pearson response (.6). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/7/2005 | Lori Sinanyan | 5.40 | Finalize initial draft of appellee brief re denial of late claim and review and incorporate comments from J. Kapp into same. |
| 12/7/2005 | Lori Sinanyan | 1.00 | Confer with J. Kapp re appellee brief re denial of late claim. |
| 12/7/2005 | Rachel Schulman | 3.60 | Review and revise reply memorandum (1.5); review files/analyze lease guarantor claims (1.7); review files/analyze National Union stipulation and claims (.4). |
| 12/7/2005 | James W Kapp | 7.60 | Address issues re P. Pearson response (.2); review and analyze Debtor reply brief to PacifiCorp appeal (4.0); review modified reply in opposition to P. Pearson summary judgment motion (1.8); develop response to PacifiCorp appeal (1.6). |
| 12/8/2005 | Lori Sinanyan | 11.50 | Draft excusable neglect section of appellee brief re denial of late claims (6.2); revise same per comments from J. Kapp and conduct additional research for same (5.3). |
| 12/8/2005 | Lori Sinanyan | 0.60 | Conferences with J. Kapp re appellee brief re denial of late claim. |
| 12/8/2005 | Rachel Schulman | 4.90 | Research re USERRA issues (1.7); review/analyze files and draft reply re Archer claims (2.0); review and revise reply (1.2). |
| 12/8/2005 | James W Kapp | 8.40 | Develop response to P. Pearson appeal (1.9); review applicable caselaw re same (2.2); address issues re Archer claim (.6); review response to Peterson appeal (2.8); address issues re same (.9). |
| 12/9/2005 | Lori Sinanyan | 4.10 | Revise appellee brief re denial of late claim. |
| 12/9/2005 | James W Kapp | 6.20 | Review and revise modified response to PacifiCorp appellant's brief re motion to file late claim (4.5); address issues re same (1.7). |
| 12/11/2005 | Janet S Baer | 1.00 | Review correspondence re various non-asbestos claims and objections to same (.5); review draft 16th and 17th omnibus objections (.3); address issues re same (.2). |
| 12/12/2005 | Janet S Baer | 0.50 | Confer re Archer, Pearson and National Union claims (.3); confer re Circle Bar Ranch (.2). |
| 12/12/2005 | Lori Sinanyan | 10.20 | Draft and revise appellee brief re denial of late claim and confer with J. Baer and J. Hughes re same. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/12/2005 | Rachel Schulman | 4.40 | Confer with King Bag & Manufacturing Company re claim issue (.3); research files re same (.4); review and revise order for 12/19/05 hearing (.3); confer with J. Baer re status on outstanding claim issues (.4); draft e-mail to J. McFarland re same (.1); research claim remaining relating to National Union stipulation (.4); research and review issues for replies (2.5). |
| 12/12/2005 | James W Kapp | 0.90 | Address issues re response to PacifiCorp appeal. |
| 12/13/2005 | Emelda Basallo | 9.50 | Cite-check and organize cases re appellee brief. |
| 12/13/2005 | Lori Sinanyan | 9.20 | Finalize draft appellee brief including cite checking and rule checking for appendix. |
| 12/13/2005 | Rachel Schulman | 3.60 | Review and respond to correspondence re claim issues (.4); respond to correspondence from creditors (.3); review and revise order for 12/19/05 (.2); review and revise resolved and unresolved litigation and claims (1.0); review claim files re next claim objection (1.7). |
| 12/13/2005 | James W Kapp | 5.40 | Review response to PacifiCorp's appellant brief (2.8); address follow-up issues re response to P. Pearson appeal (2.0); review R. Finke revisions to same (.4); address issues re reply pertaining to P. Pearson objection (.2). |
| 12/14/2005 | Emelda Basallo | 2.00 | Review and cite-check revised appellee's appeal brief. |
| 12/14/2005 | Lori Sinanyan | 3.80 | Finalize and file appellee brief re denial of late claims. |
| 12/14/2005 | Rachel Schulman | 2.00 | Complete draft of reply and forward same to client (1.0); review claims summary and summary of type of claims open (.5); draft memorandum to J. Baer re outstanding issues (.5). |
| 12/14/2005 | James W Kapp | 5.00 | Review various drafts of response to PacifiCorp appeal (3.7); review Debtor's reply in opposition to P. Pearson's motion for summary judgment (1.0); address issues re PacifiCorp response (.3). |
| 12/15/2005 | Lori Sinanyan | 0.40 | Review Intercat emails and respond to A. Krieger and J. Baer re same. |
| 12/15/2005 | Rachel Schulman | 5.70 | Draft and revise memorandum to J. Baer re status of work (1.5); review and revise amended National Union Stipulation (.4); draft e-mail to M. Davis re same (.1); address claims issues, including revise claims and charts (1.2); review/analyze claims files (2.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/15/2005 | James W Kapp | 0.20 | Review correspondence re filing of appellee's brief re PacifiCorp appeal. |
| 12/16/2005 | Janet S Baer | 0.30 | Confer with P. Pearson re hearing and status. |
| 12/16/2005 | Lori Sinanyan | 0.60 | Confer with C. Cross, R. Maggio and A. Krieger re Intercat settlement agreement and order and revise same. |
| 12/19/2005 | Lori Sinanyan | 0.50 | Follow-up re certification of counsel and final settlement agreement for submission of order approving Intercat settlement agreement. |
| 12/21/2005 | Janet S Baer | 0.50 | Follow up re case status and claims process with S. Bianca, A. Johnson and J. Friedland. |
|  | Total: | 162.60 |  |

A-5

## Matter 20 – Case Administration – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/1/2005 | Katherine K Phillips | 7.50 | Search, retrieve and organize hearing presentation slides (2.0); search, retrieve and organize hearing transcripts (1.0); search, retrieve and analyze correspondence re claims (1.0); search, retrieve and organize cases cited in various motions (3.5). |
| 12/1/2005 | Rachel Schulman | 1.00 | Review revised conflicts search. |
| 12/1/2005 | Kristen Weber | 4.00 | Review and prepare files for entry into central files (2.3); conference with team members re Grace status and 15th omni charts (1.5); retrieve pleadings from docket for attorney review (.1); retrieve correspondence letter for attorney review (.1). |
| 12/1/2005 | James W Kapp | 0.40 | Review pleadings and correspondence and distribute same. |
| 12/2/2005 | Lori Sinanyan | 0.10 | Review several status memoranda and follow-up on same. |
| 12/2/2005 | Michael A Rosenberg | 1.00 | Create various reports for omnibus hearing for S. Blatnick and J. Baer. |
| 12/2/2005 | Lauren DeVault | 4.80 | Organize case files (4.2); search and retrieve pleadings from docket (.3); confer with team member re project (.3). |
| 12/2/2005 | Kristen Weber | 3.00 | Review and organize pleadings for entry into central files (2.7); search and retrieve pleading for attorney review (.2); confer with team member re Grace Status (.1). |
| 12/5/2005 | Ellen J Kratofil | 2.50 | Review 15th omnibus conflicts search results with R. Schulman (1.8); update email tracking chart re 15th omnibus conflicts search results (.7). |
| 12/5/2005 | Janet S Baer | 1.90 | Confer with K&E team re progress/coordination on various aspects of cases (1.0); attend to issues re 12/19 hearing (.3); respond to creditor inquires re case issues (.4); arrange committee conference re status (.2). |
| 12/5/2005 | Katherine K Phillips | 4.00 | Retrieve, organize and distribute expert reports and related pleadings (2.0); review and update key documents list (2.0). |
| 12/5/2005 | Lori Sinanyan | 0.30 | Review and respond to case status emails. |
| 12/5/2005 | Lauren DeVault | 1.70 | Search, retrieve and organize pleadings from central files. |
| 12/5/2005 | Whitney Lappley | 4.10 | Compile and organize precedent documents. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/5/2005 | Kristen Weber | 0.70 | Review and organize pleadings for entry into central files. |
| 12/5/2005 | James W Kapp | 0.40 | Review pleadings and correspondence and attend to same. |
| 12/6/2005 | Ellen J Kratofil | 4.50 | Review conflicts search results re 15th omnibus with R. Schulman and determine conflicts issues for emails (3.9); prepare conflicts email tracking chart (.6). |
| 12/6/2005 | Janet S Baer | 1.10 | Confer with client re case status (.5); confer with unsecured creditors committee re same (.6). |
| 12/6/2005 | Katherine K Phillips | 5.00 | Retrieve and organize adversary docket and pleadings (1.5); review and update key documents list (1.5); review and organize hearing slides (1.0); retrieve and distribute creditor information and proofs of claims (1.0). |
| 12/6/2005 | Rachel Schulman | 3.00 | Prepare for conference with E. Kratofil re conflict check results (1.0); confer with E. Kratofil re conflict results (2.0). |
| 12/6/2005 | Lauren DeVault | 7.00 | Organize and file case materials. |
| 12/6/2005 | Kristen Weber | 4.00 | Prepare and organize pleadings for entry into central files (2.3); retrieve and review pleadings from docket per attorney request (1.3); conference with team members re case status (.4). |
| 12/6/2005 | Bibliographic Research | 1.00 | Bibliographic Research re case transcripts. |
| 12/6/2005 | James W Kapp | 0.30 | Review pleadings and correspondence and attend to same. |
| 12/7/2005 | Ellen J Kratofil | 3.50 | Review conflicts search results re 15th omnibus to determine conflicts issues (2.0); update exhibit and email tracking chart re same (1.5). |
| 12/7/2005 | Janet S Baer | 0.30 | Confer with W. Sparks re status of various matters. |
| 12/7/2005 | Katherine K Phillips | 5.50 | Review and analyze pleadings and correspondence re incorporation into central files (2.0); retrieve and organize Sealed Air pleadings (1.0); review and update key documents list (1.0); retrieve and organize case precedent (1.5). |
| 12/7/2005 | Lori Sinanyan | 0.20 | Review case status memoranda. |
| 12/7/2005 | Rachel Schulman | 2.10 | Confer with E. Kratofil re conflict check results (1.8); review draft affidavit re same (.3). |
| 12/7/2005 | Lauren DeVault | 1.40 | Update contact list. |

A-7

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/7/2005 | Kristen Weber | 2.00 | Retrieve and review pleadings for entry into central files (1.0); organize, review and prepare Grace files for filing (1.0). |
| 12/7/2005 | Expert Witness Research | 1.50 | Expert witness research. |
| 12/7/2005 | James W Kapp | 0.40 | Review pleadings and correspondence and attend to same. |
| 12/8/2005 | Ellen J Kratofil | 4.30 | Update email tracking re adverse conflicts issues re 15th omnibus. |
| 12/8/2005 | Whitney Lappley | 2.00 | Update key documents list. |
| 12/8/2005 | James W Kapp | 0.40 | Review pleadings and correspondence and attend to same. |
| 12/9/2005 | Ellen J Kratofil | 2.80 | Update email tracking chart re adverse conflicts issues re 15th omnibus. |
| 12/9/2005 | Janet S Baer | 0.50 | Review newly-filed pleadings and address issues re same. |
| 12/9/2005 | Lori Sinanyan | 0.20 | Respond to inquiry from J. McFarland re Chicago expansion motion and order. |
| 12/9/2005 | Lauren DeVault | 3.20 | Retrieve pleadings from docket. |
| 12/10/2005 | Ellen J Kratofil | 1.70 | Update email tracking chart re adverse conflicts issues re 15th omnibus. |
| 12/11/2005 | Ellen J Kratofil | 3.20 | Update email tracking chart re adverse conflicts issues re 15th omnibus. |
| 12/12/2005 | Ellen J Kratofil | 2.40 | Review conflicts search results and update email tracking chart re 15th omnibus. |
| 12/12/2005 | Janet S Baer | 0.90 | Review most recent case pleadings and addres same (.5); confer with J. Friedland re case management and reorganization issues (.4). |
| 12/12/2005 | Katherine K Phillips | 1.50 | Retrieve, organize and distribute expert reports (1.0); review and analyze pleadings re incorporation into central files (.5). |
| 12/12/2005 | Lori Sinanyan | 0.10 | Review case status memoranda. |
| 12/12/2005 | Lauren DeVault | 4.50 | Conference with team member re case projects and deadlines (.5); search and retrieve pleadings from docket (3.1); update central files (.7); update contact list (.2). |
| 12/12/2005 | James W Kapp | 0.40 | Review pleadings and correspondence and attend to same. |
| 12/13/2005 | Ellen J Kratofil | 3.50 | Review conflicts search results re adverse relationships and update conflicts email tracking chart. |

A-8

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/13/2005 | Lauren DeVault | 7.10 | Search and retrieve cases from Westlaw (.7); conference with team member re files (.3); search and retrieve pleadings from docket (4.6); update central files (.2); search and retrieve case materials from central files (1.1); post case files to document management system (.2). |
| 12/13/2005 | Kristen Weber | 1.20 | Review and prepare pleadings for entry into central files. |
| 12/14/2005 | Ellen J Kratofil | 1.40 | Draft conflicts emails re 15th omnibus (.9); update conflicts master list (.5). |
| 12/14/2005 | Lori Sinanyan | 0.10 | Review several status memoranda. |
| 12/14/2005 | Rachel Schulman | 0.20 | Review conflict request and respond to same. |
| 12/14/2005 | Albinas J Prizgintas | 4.30 | Organize and assemble expert reliance materials. |
| 12/14/2005 | Katrina M Simek | 4.50 | Collect and organize expert report reliance materials. |
| 12/14/2005 | Lauren DeVault | 6.80 | Search and retrieve pleadings from docket (.6); conference with team members re hearing preparation (.8); search and retrieve case materials from central files (.4); assist team with hearing preparation (3.8); organize case materials (.6); review and organize settlement agreement files (.6). |
| 12/14/2005 | James W Kapp | 0.40 | Review pleadings and documents and attend to same. |
| 12/15/2005 | Ellen J Kratofil | 1.50 | Update conflicts email tracking chart re adverse relationships for 15th omnibus. |
| 12/15/2005 | Janet S Baer | 0.50 | Review recently filed pleadings and address same. |
| 12/15/2005 | Lauren DeVault | 8.00 | Search and retrieve pleadings from docket (1.1); prepare hearing binder (4.9); assist team with hearing preparation (2.0). |
| 12/15/2005 | Kristen Weber | 0.50 | Review and prepare files for entry into central files. |
| 12/15/2005 | James W Kapp | 0.40 | Review pleadings and correspondence and attend to same. |
| 12/16/2005 | Lauren DeVault | 2.70 | Complete hearing binder (.7); create class certification briefing binder (1.0); search and retrieve pleadings from docket (1.0). |
| 12/16/2005 | Kristen Weber | 0.50 | Review and prepare pleadings for entry into central files. |
| 12/16/2005 | Bibliographic Research | 0.80 | Bibliographic Research re correct cites for publications. |
| 12/16/2005 | Expert Witness Research | 2.00 | Expert witness research. |
| 12/16/2005 | James W Kapp | 0.40 | Review pleadings and correspondence and attend to same. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/17/2005 | Lauren DeVault | 4.30 | Search and retrieve cases from Westlaw (2.2); organize case files (2.1). |
| 12/19/2005 | Lauren DeVault | 7.60 | Update order binders (4.1); post documents to document management system (.3); organize and update PD production folder (.6); create expert witness binder (2.6). |
| 12/20/2005 | Janet S Baer | 3.00 | Client conference re case status and results of omnibus hearing (.8); conference with unsecured creditors' committee re status (.5); review materials re outcome of various matters re December omnibus hearing (.5); follow up on various matters and response to inquiries re same (.7); review newly-filed pleadings and address issues re same (.5). |
| 12/20/2005 | Lauren DeVault | 2.90 | Search and retrieve pleadings from docket (1.3); update order binder (1.4); organize and send case materials to DC office (.2). |
| 12/20/2005 | Bibliographic Research | 1.30 | Bibliographic research re citation verification. |
| 12/20/2005 | James W Kapp | 0.40 | Review pleadings and correspondence and attend to same. |
| 12/21/2005 | Lauren DeVault | 3.00 | Update central files (.3); bates label document production (2.2); update correspondence files (.5). |
| 12/21/2005 | James W Kapp | 0.40 | Review pleadings and correspondence and attend to same. |
| 12/23/2005 | Janet S Baer | 1.80 | Confer with W. Sparks re case status issues (.3); review recently-filed Grace pleadings and address same (1.0); confer re Grace staffing issues (.5). |
| 12/23/2005 | James W Kapp | 0.60 | Review pleadings and correspondence and attend to same. |
| 12/27/2005 | Janet S Baer | 1.40 | Address issues re team status (.4); prepare response on Equitas term sheet (.4); review 2006 omnibus schedule and address same (.3); confer with L. Sinanyan re status of various outstanding issues (.3). |
| 12/27/2005 | Lori Sinanyan | 0.70 | Review case status memoranda and send entered orders to client (.4); confer with J. Baer re various outstanding issues (.3). |
| 12/27/2005 | Lauren DeVault | 0.70 | Update central files (.4); update correspondence database (.3). |
| 12/27/2005 | James W Kapp | 0.40 | Review pleadings and correspondence and attend to same. |

A-10

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/28/2005 | Lauren DeVault | 5.20 | Revise expert binder (.8); update correspondence database (.9); search and retrieve pleadings from docket (1.5); create expert binder index (.8); update central files (1.2). |
| 12/28/2005 | James W Kapp | 0.40 | Review pleadings and correspondence and attend to same. |
| 12/29/2005 | James W Kapp | 0.40 | Review pleadings and correspondence and attend to same. |
| 12/30/2005 | Janet S Baer | 2.00 | Confer with team re status of all matters (1.5); follow up re same (.5). |
| 12/30/2005 | Lauren DeVault | 0.50 | Update central files. |
| | Total: | 192.10 | |

## Matter 21 – Claim Analysis Objection & Resolution (Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/1/2005 | Barbara M Harding | 12.40 | Review and respond to correspondence re discovery issues (1.5); review documents re same (1.2); review and respond to documents and correspondence re questionnaire issues (1.0); review and respond to correspondence and memoranda re settled claims issues (1.3); review and draft comments and correspondence re COC re questionnaire (.5); review research re settled claims (1.0); review and draft comments re screening issues (.8); review documents and correspondence re expert preparation issues (1.3); draft outline re materials for oral argument re proof of claim (1.2); conference with J. Hughes and D. Kuchinski re deposition (.4); correspond, review and draft comments re factual investigation issues (2.2). |
| 11/2/2005 | Barbara M Harding | 12.00 | Prepare for discovery conference with client, J. Baer, M. Murphy and D. Mendelson (.6); participate in same (1.2); review documents re PI committee deposition (1.5) review and draft correspondence re same (1.0); prepare for conference with local counsel re factual investigation (.8); participate in same (.7); prepare for conference with expert re estimation (1.1); confer with experts re same (3.5); respond to correspondence re COC, settled claims, questionnaire and POC issues (1.6). |
| 11/3/2005 | Barbara M Harding | 10.30 | Review and draft comments and correspondence re documents and correspondence re expert preparation (3.2); draft correspondence to B. Stansbury re same (.3); review and draft comments and correspondence re factual research (1.8); review and draft comments re insurance issue (.4); review documents and research and draft comments and correspondence re disease incidence issues (1.5); review documents and correspondence and draft correspondence and comments re preparation for omnibus hearing (1.8); review documents and drafts re POC reply (1.3). |
| 11/5/2005 | Barbara M Harding | 2.50 | Review final pleadings (.5); correspondence and review documents to prepare for omnibus hearing (2.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/8/2005 | Salvatore F Bianca | 4.00 | Research re PI bar date and estimation issues (1.5); correspondence re same (.3); review responses and underlying claims re PD omnibus objection (2.1); review agenda re 11/14 omnibus hearing (.1). |
| 11/8/2005 | Barbara M Harding | 14.80 | Prepare for conference re PI estimation status (.5); confer re same (.9); revise and edit objection to motion to clarify CMO (.8); correspondence re same (.4); review and edit correspondence re questionnaire (.7); review prior transcripts and pleadings re Owens Corning (1.0); draft correspondence re same (.2); conference with K. Pasquale re same (.2); conferences with B. Stansbury and T. Fitzsimmons re same (.2); conferences with A. Basta re discovery issues (.5); review document re same (1.6); correspondence with J. Hughes re status (.2); review documents re 2019 issue (1.3); review documents re POC issue (2.8); draft correspondence re same (.3); review research re discovery and expert issues (3.2). |
| 11/9/2005 | Barbara M Harding | 14.70 | Prepare for conference with Rust Consulting, E. Leibenstein and J. Hughes (1.0); conference with same (3.3); prepare for conference with expert (1.5); conference with expert (1.2); correspond with B. Stansbury and A. Basta re follow-up research and correspondence (1.2); conferences with F. Monoco re questionnaire issues (.3); conferences with J. Baer and J. Friedland re same (.5); review PI committee pleadings and correspondence re same (.9); review document and prepare for omnibus hearing (2.5); review documents and correspondence re discovery requests (1.8); conference with client re same (.5). |
| 11/10/2005 | Barbara M Harding | 9.80 | Review documents re expert category designations and discovery issues (2.0); conferece with J. Hughes re same (3.5); review and respond to correspondence re discovery issues (1.0); review and respond to correspondence re expert development and retention issues (1.5); review analysis re expert development (.5); prepare for PI team conference re omnibus hearing preparation (.3); confer with team re same (1.0). |
| 11/11/2005 | Barbara M Harding | 10.70 | Prepare for omnibus hearing (7.4); review and respond to documents and correspondence re discovery response issues (3.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/12/2005 | Barbara M Harding | 4.80 | Review and draft correspondence re talking points outline re omnibus hearing (1.5); draft outline re oral argument and correspondence re same (3.3). |
| 11/18/2005 | Barbara M Harding | 8.50 | Review and draft comments re documents and draft correspondence re follow up issues re deposition (1.9); conferences with J. Hughes and D. Kuchinski re deposition and strategy re factual development (.8); review documents and correspondence and draft responses re criminal matter expert preparation and retention (1.4); review documents re factual investigation (1.6); conference with local counsel re same (.5); review and respond to correspondence re questionnaire issues (.3); prepare for expert conference (2.0). |
| 11/23/2005 | Barbara M Harding | 6.80 | Prepare for meeting re claim and estimation issues (1.0); conference with E. Leibenstein, J. Baer, J. Friedland and S. Bianca re claim and estimation issues (.7); conference with E. Leibenstein re estimation issues (.3); review documents re expert preparation (2.2); conference with expert re research issues (.3); conference with D. Mendelson re questionnaire and discovery issues (.6); review and respond to correspondence re discovery issues (1.2); review documents re expert identification and retention (.5). |
| 11/25/2005 | Barbara M Harding | 2.20 | Prepare fer conference with D. Bernick and E. Leibenstein (.5); conference with D. Bernick and E. Leibenstein re preparation for December 19 omnibus hearing (.3); conference with E. Leibenstein re same (.2); correspond with A. Klapper re expert research (.2); review and respond to correspondence re discovery issues (1.0). |
| 11/29/2005 | Barbara M Harding | 9.50 | Review and respond to correspondence re expert development and retention in criminal proceeding (2.0); prepare for conference with client re PD discovery (.4); confer with client re same (.9); review and respond to correspondence re discovery issues (2.2); review documents and correspondence re questionnaire issues (1.0); review documents and draft chart re fraudulent conveyance documents and exhibits (1.5); correspond with consultant re research (.3); correspond with experts re preparation issues (.9); review preliminary agenda (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/1/2005 | Kimberly Davenport | 3.00 | Cross reference various PD claims against Speights verification documents. |
| 12/1/2005 | Jonathan Friedland | 5.30 | Review emails re scheduling order for Omni 15 (.4); revise reply (3.9); conference with legal assistants re same (.7); review precedent for slide presentation at December hearing (.3). |
| 12/1/2005 | David E Mendelson | 5.80 | Prepare revised mediator order (.5); conference with J. Hughes, B. Harding, A. Basta and M. Murphy (1.9); conference with associates re status of projects (1.0); prepare protocols for fielding individual claimant counsel calls (.5); review/edit Sealed Air document chart (.4); review discovery notes (.5); prepare letter and discs of settled claims and conference with M. Utgoff re same (1.0). |
| 12/1/2005 | Janet S Baer | 4.90 | Address issues re 15th omnibus scheduling order exhibits and issues re same (1.5); revise most recent draft of class proof of claim brief and confer re same (1.5); revise 15th omni scheduling order and address issues re same (.7); review exhibit for 1/24 hearing (1.0); review Dies letter on request for documentation and confer re same (.2). |
| 12/1/2005 | Salvatore F Bianca | 10.60 | Draft reply in support of 15th omnibus objection to PD claims (2.7); research re same (3.4); review responses to 15th omnibus objection to PD claims (1.3); correspondence with J. Friedland re reply and claims (.4); review claims and charts re same (.6); coordinate legal assistant tasks re PD reply (.3); draft expert witness outlines re PI issues (1.0); conference with B. Stansbury re same (.4); review and comment on agenda re expert witnesses (.3); conferences with D. Mendelson, B. Stansbury and A. Basta re PI tasks (.2). |
| 12/1/2005 | Michael Dierkes | 1.40 | Review documentation supporting objections to previously settled and adjudicated claims (1.0); review proofs of claim for previously settled and adjudicated Dies & Hile claims (.4). |
| 12/1/2005 | Michael A Rosenberg | 2.50 | Update PD claims database re certification of counsel (1.3); create various reports for omnibus hearing (1.2). |
| 12/1/2005 | Paul L McDonald | 1.10 | Work with W.Va. local counsel to prepare motions for pro hac vice admission re Dr. Harron's objections to Rule 45 subpoena. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/1/2005 | Samuel Blatnick | 9.10 | Review claims, research for and draft reply to 15th omnibus objection (8.1); review notes and prepare summary memorandum re 11/30 expert conference (1.0). |
| 12/1/2005 | Jonathan Knisley | 4.50 | Organize and assemble PD documents. |
| 12/1/2005 | Amanda C Basta | 6.00 | Confer with J. Hughes, B. Harding, D. Mendelson and M. Murphy re meet and confer (2.0); draft meet and confer letter (2.0); revise correspondence re claims database (1.0); review correspondence re Questionnaire (1.0). |
| 12/1/2005 | Keith R Leluga | 9.10 | Organize and assemble various documents re Speights Authority claims (7.2); update database re same (1.9). |
| 12/1/2005 | Margaret S Utgoff | 7.50 | Conference with team re upcoming tasks (.5); respond to opposing counsel requests (3.0); collect materials re Harron motion to compel (1.0); distribute new email lists (.5); gather expert materials for expert conference (2.0); collect expert category designation materials (.5). |
| 12/1/2005 | Brian T Stansbury | 9.70 | Prepare for expert conference (1.0); conference with B. Harding, D. Kuchinsky, J. Hughes and experts re potential expert testimony (3.2); conference with B. Harding and D. Kuchinsky re expert testimony (1.0); review document from EPA (.6); conference with D. Mendelson, A. Basta, E. Zolandar and M. Utgoff re assignments (.4); conference with B. Harding re expert plan (.3); revise agenda (1.4); confer with expert and draft list of requested medical records (1.8). |
| 12/1/2005 | Timothy J Fitzsimmons | 7.00 | Review materials re causation. |
| 12/1/2005 | Michael A Coyne | 8.00 | Organize medical articles related to exposure re pending attorney conference (1.5); prepare asbestiform documents for delivery and attorney review (1.5); prepare documents for attorney review (.5); update claims letter delivery status indices and re-send accordingly (2.5); organize client-related media (1.5); file and upload subpoena documents and related correspondence (.5). |
| 12/1/2005 | Joshua C Pierce | 5.50 | Edit contact information spreadsheet of asbestos litigation law firms. |
| 12/1/2005 | Erin Skowron | 7.00 | Organize and assemble amended property damage claims. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/1/2005 | Whitney Lappley | 10.00 | Edit spreadsheets re 15th omnibus objections (4.7); create binder re same (5.3). |
| 12/1/2005 | Stephanie A Rein | 7.50 | Create binder containing July-November hearing slides (.5); distribute Sealed Air transcripts binders (.2); edit pro hac vice spreadsheet (1.3); create spreadsheet of West Virginia cases (.5); create binder re expert motion to compel materials (2.5); review, organize and file materials for war room (2.5). |
| 12/1/2005 | Kristen Weber | 6.00 | Compare M. Rosenberg's 15th omnibus active claims remaining with 15th omnibus chart detailing particularity of each responsive claim. |
| 12/1/2005 | Evan C Zoldan | 5.00 | Modify chart of exhibits relied upon in Sealed Air fraudulent conveyance depositions to add Hayes' deposition exhibits (2.7); modify chart to remove limitations on disclosure (1.3); correspond with A. Basta re same (.3); confer with D. Mendelson and A. Basta re motion to compel production of documents (.4); confer with P. McDonald re same (.3). |
| 12/1/2005 | Laura E Mellis | 8.00 | Organize electronic ZAI documents (1.0); prepare hearing summary (5.5); review deposition (1.5). |
| 12/1/2005 | Dawn D Marchant | 10.70 | Draft and edit brief re PD issues (8.2); confer with D. Bernick and M. Browdy re comments on same (.5); confer with PI experts and Grace counsel (2.0). |
| 12/1/2005 | Elli Leibenstein | 3.50 | Prepare for presentation re claims (3.0); conference with consulting expert re claims (.5). |
| 12/1/2005 | Barbara M Harding | 13.20 | Prepare for conference with expert (1.5); conference with clients and B. Stansbury (2.0); prepare for conference re discovery issues (.7); review and respond to correspondence re 12/19/05 omnibus hearing (.3); correspond with E. Leibenstein re discovery issues (.5); correspond with N. Finch re discovery issues (.2); review legal research (.8); review research re scientific issues (1.5); review and respond to correspondence re questionnaire issues (.8); review and respond to T. Fitzsimmons correspondence re research issues (.5); correspond with A. Basta, D. Mendelson and J. Hughes re discovery issues (1.6); confer with PI team re status (.4); review correspondence re settled claims issues and correspond with A. Basta and D. Mendelson re same (1.0); review and edit agenda re expert development conference and correspond re same (1.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/1/2005 | Kathleen E Cawley | 2.20 | Update PD claims database for January 24, 2006 hearing (1.4); organize hard copy claims files for attorney review (.8). |
| 12/2/2005 | Kimberly Davenport | 6.00 | Cross-reference various PD claims against Speights verfication documents. |
| 12/2/2005 | Jonathan Friedland | 5.50 | Review and revise reply brief re 15th omnibus objection. |
| 12/2/2005 | David E Mendelson | 4.50 | Internal conference re discs of settled claims (.5); confer with A. Basta re checklist items (.5); prepare letters to committee with discs (.5); prepare for conference with M. Croft and A. Basta re subpoenas (.3); participate in same (.5); review and revise exhibit chart from Sealed Air (1.0); review call log list (.2); prepare alternative deposition plans (1.0). |
| 12/2/2005 | Janet S Baer | 7.00 | Confer re scheduling order for 1/24 hearing (.6); finalize Class POC response brief (1.0); confer with Canadian counsel re 15th omnibus objections (.5); address issues re Canadian claims (.4); confer with R. Finke, M. Murphy and D. Cameron re PD discovery (3.5); follow up with M. Dierkes re issues/responses on same (.5); review revised chart for 15th omnibus objection and confer re same (.5). |
| 12/2/2005 | Katherine K Phillips | 3.50 | Search, retrieve and distribute correspondence re claims (.5); search, retrieve and organize 15th omnibus responses (2.5); review and analyze default list (.5). |
| 12/2/2005 | Salvatore F Bianca | 6.00 | Draft and revise PD reply brief (3.8); confer with J. Friedland re same (.5); confer with S. Blatnick re same (.3); review claims reports re PD objections (.4); revise conference agenda/outline re expert witnesses (.7); correspondence re same (.3). |
| 12/2/2005 | Michael Dierkes | 4.20 | Review notes from conference re discovery (.3); conference re PD committee discovery requests (3.4); confer with J. Baer re discovery (.5). |
| 12/2/2005 | Michael A Rosenberg | 2.00 | Update PD claims database re certification of counsel. |
| 12/2/2005 | Paul L McDonald | 3.20 | Prepare response to Rule 45 subpoena objections (2.6); work with W. Va. local counsel to prepare motions for pro hac vice admission re objections to subpoena (.4); review related media article (.2). |

A-18

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/2/2005 | Samuel Blatnick | 7.50 | Review claims, research and draft reply to 15th omnibus objection (7.0); draft response to VA claimants' counsel's inquiry re stipulation concerning withdrawal (.3); draft e-mail to R. Finke re Speights TM claims (.2). |
| 12/2/2005 | Jonathan Knisley | 4.30 | Organize and assemble various PD documents. |
| 12/2/2005 | Amanda C Basta | 3.80 | Finalize correspondence re database (.5); confer with M. Croft and D. Mendelson re subpoenas (1.0); draft correspondence to P. Matheny re Questionnaires (.5); draft correspondence re claims database (.5); review and revise exhibit list (1.0); draft correspondence to J. O'Neill re subpoenas (.3). |
| 12/2/2005 | Keith R Leluga | 8.60 | Collect and assemble various documents re Speights Authority claims (4.7); update database re same (3.9). |
| 12/2/2005 | Margaret S Utgoff | 8.20 | Respond to opposing counsel requests (4.0); collect materials re motion to compel (1.0); prepare for expert conference (3.2). |
| 12/2/2005 | Brian T Stansbury | 6.10 | Prepare for expert conference (1.0); confer with D. Kuchinsky re same (.4); revise agenda for same (.9); correspond with W. Jacobson re same (.2); confer with D. Kuchinsky re expert deadlines (.3); revise expert agenda and incorporate comments of others (3.3). |
| 12/2/2005 | Timothy J Fitzsimmons | 7.00 | Review materials re causation. |
| 12/2/2005 | Michael A Coyne | 12.00 | Update call log spreadsheet on rolling basis (1.5); prepare medical articles, related research materials and document production for attorney review (2.7); organize digital files re same (1.0); update subpoena files (1.3); prepare expert materials for attorney review and pending expert conference (3.0); revise agenda documents (2.5). |
| 12/2/2005 | Erin Skowron | 7.00 | Collect and assemble amended property damage claims. |
| 12/2/2005 | Whitney Lappley | 5.90 | Edit spreadsheet re 15th omnibus objection. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 12/2/2005 | Stephanie A Rein | 11.00 | Review, organize and file materials for war room (2.0); review and compare materials on cd (3.0); update pro hac vice index and letters of request for certificates of good standing for A. Basta and B. Harding (2.0); review and organzie documents sent by Pachulski (2.0); proofread agenda for 12/5/05 conference re expert witnesses (.5); proofread expert witness testimony summaries (1.5). |
| 12/2/2005 | Evan C Zoldan | 6.80 | Legal research re subpoena obligations (5.1); modify chart of exhibits relied upon in Sealed Air fraudulent conveyance depositions (1.7). |
| 12/2/2005 | Laura E Mellis | 7.50 | Prepare deposition summary (7.0); organize expert depositions (.5). |
| 12/2/2005 | Michelle H Browdy | 2.00 | Conferences re PD discovery issues. |
| 12/2/2005 | Dawn D Marchant | 9.70 | Edit PD brief per comments of counsel and finalize same for filing. |
| 12/2/2005 | Elli Leibenstein | 2.00 | Review documents for presentation re claims. |
| 12/2/2005 | Barbara M Harding | 3.80 | Review documents re expert preparation and correspondence re same (1.8); review and respond to correspondence re discovery and questionnaire issues (2.0). |
| 12/2/2005 | Kathleen E Cawley | 4.60 | Edit PD claims database with additional stipulations (2.6); create report for January 24, 2006 hearing (1.4); edit same (.6). |
| 12/3/2005 | David E Mendelson | 1.00 | Prepare project status report for B. Harding. |
| 12/3/2005 | Michael Dierkes | 2.50 | Review draft reply brief in support of 15th omnibus motion. |
| 12/3/2005 | Amanda C Basta | 0.70 | Confer with D. Mendelson re status. |
| 12/4/2005 | Jonathan Friedland | 3.00 | Review 15th omnibus reply brief. |
| 12/4/2005 | David E Mendelson | 0.40 | Review and edit Simmons/Cooper letter. |
| 12/4/2005 | Salvatore F Bianca | 3.10 | Review draft PD reply and address comments from J. Friedland re same (2.6); research re same (.5). |
| 12/4/2005 | Michael Dierkes | 6.80 | Review and legal research re brief in support of 15th omnibus motion (6.3); draft email to J. Friedland re same (.5). |
| 12/4/2005 | Paul L McDonald | 11.10 | Research and draft response to Rule 45 subpoena objections. |
| 12/4/2005 | Amanda C Basta | 3.00 | Draft meet and confer letter (2.0); review correspondence re Questionnaire (1.0). |
| 12/4/2005 | Margaret S Utgoff | 12.70 | Prepare binders for expert conference. |
| 12/4/2005 | Brian T Stansbury | 3.50 | Prepare for expert conference. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/4/2005 | Michael A Coyne | 10.00 | Compile, edit and prepare expert witness binders and materials for attorney review and expert conference (4.0); update call log on rolling basis (2.0); prepare spread sheets of delivered hard copies re settled and pre-petition litigation for attorney review and electronic transmission (1.5); review undeliverable letters re claims, update recipients log and resubmit accordingly (2.5). |
| 12/4/2005 | Stephanie A Rein | 2.00 | Proofread expert summaries. |
| 12/4/2005 | Evan C Zoldan | 2.00 | Draft notice of deposition and subpoena for Harron (.8); legal research and draft memorandum re adverse inference (1.2). |
| 12/4/2005 | Laura E Mellis | 9.00 | Assist M. Utgoff in preparing expert materials for expert conference. |
| 12/4/2005 | Barbara M Harding | 4.00 | Prepare for conference with client and D. Bernick re expert preparation issues (.5); conference with D. Bernick, R. Finke, J. Hughes and D. Kuchinsky re same (1.0); review documents to prepare for expert coordination meeting (2.5). |
| 12/5/2005 | Kimberly Davenport | 3.50 | Cross-reference various PD claims against Speights verification documents. |
| 12/5/2005 | Maria Negron | 7.00 | Verify Speights authorization claims. |
| 12/5/2005 | Jonathan Friedland | 7.60 | Conference with D. Bernick (.8); draft and revise 15th omnibus reply brief (6.8). |
| 12/5/2005 | David E Mendelson | 7.20 | Review and edit scope of adverse inference memo (1.0); review draft letters (.5); conference with A. Basta re letters and discovery (.5); review and circulate Rule 702 briefing (1.0); review responses to Harron subpoena and plan strategy for same (1.5); conference with B. Stansbury re expert disclosures (.5); review expert disclosures (1.0); conferences with RMQ re settled claims (.5); review and edit meet and confer letter (.7). |
| 12/5/2005 | Janet S Baer | 3.40 | Address issues re scheduling order for 15th omnibus objection (.5); confer with J. Friedland and S. Bianca re reply brief and open issues (.4); review draft reply brief re 15th omnibus objections (1.5); confer with M. Browdy re status (.3); follow up on Canadian issues on brief (.3); prepare insert for reply brief re Canada (.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/5/2005 | Salvatore F Bianca | 8.00 | Address PI expert disclosures (1.7); conference with PI team, criminal team and client re expert witnesses (3.8); prepare for same (.9); team conference re update/planning PI, PD, and other aspects of case (1.0); conference with J. Baer and J. Friedland re reply in support of 15th omnibus objection to PD claims (.4); correspondence re same (.2). |
| 12/5/2005 | Michael Dierkes | 7.00 | Review documentation supporting objections to previously settled and previously adjudicated claims (1.5); research and provide comments re reply brief in support of 15th omnibus objection (5.5). |
| 12/5/2005 | Michael A Rosenberg | 3.00 | Create graphic chart re PD claims (1.5); create various PD claims reports (1.5). |
| 12/5/2005 | Paul L McDonald | 1.60 | Prepare response to subpoena objections of Dr. Andrew Harron (1.1); work with W. Va. local counsel to prepare motions for pro hac vice admission re Dr. Ray Harron's objections to subpoena (.5). |
| 12/5/2005 | Samuel Blatnick | 7.00 | Review claims, research for and draft 15th omnibus reply. |
| 12/5/2005 | Suzanne J McPhail | 1.50 | Review and digest depostions. |
| 12/5/2005 | Amanda C Basta | 3.00 | Draft and revise meet and confer letter (2.5); draft correspondence to M. Kraemer re meet and confer (.2); review correspondnece from J. Stone re A. Harron deposition (.3). |
| 12/5/2005 | Keith R Leluga | 3.00 | Collect and assemble various documents re Speights Authority claims (1.1); update database re same (1.9). |
| 12/5/2005 | Margaret S Utgoff | 10.50 | Gather materials for expert meeting (5.0); prepare expert designation draft (3.0); respond to requests from opposing counsel re settled claims letter (2.5). |
| 12/5/2005 | Brian T Stansbury | 12.80 | Prepare for expert development conference (1.5); conference with D. Cameron, B. Jacobson, J. Hughes, B. Harding, R. Finke, L. Urgenson, A. Klapper, D. Kuchinsky, L. Decker and K. Coggins re expert development (6.5); draft and revise expert disclosures (4.8). |
| 12/5/2005 | Timothy J Fitzsimmons | 7.50 | Review materials re causation. |