KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 18, 2006
MATTER : W9600-004
INVOICE : 203249

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/05 T C

RE: CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 12/01/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET , AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.20 |
| 12/02/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET , AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.20 |
| 12/07/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET , AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.50 |
| 12/08/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET , AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 12/12/05 | MNF | REVIEW EMAIL NOTIFICATIONS AND UPDATE 2002 SERVICE LIST | .40 |
| 12/13/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET , AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 2.00 |

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 18, 2006
MATTER : W9600-004
INVOICE : 203249

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/05 T C

RE: CASE ADMINISTRATION

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/14/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET , AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 12/15/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET , AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 12/16/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET , AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 12/20/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET , AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 12/21/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET , AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.10 |
| 12/22/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET , AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 18, 2006
MATTER : W9600-004
INVOICE : 203249

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/05 T C

RE: CASE ADMINISTRATION

T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| M N FLORES | 135.00 | 13.40 | 1809.00 |
| TOTALS | | 13.40 | 1809.00 |

TOTAL FEES : 1,809.00

TOTAL DUE : 1,809.00

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 18, 2006
MATTER : W9600-005
INVOICE : 203250

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/05 T C

RE: CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 12/19/05 | MNF | E-FILE AND SERVE DESIGNATION OF EXPERT WITNESS RE: ASBESTOS CLAIMS (1.0); SCAN & EMAIL SAME TO GARY BECKER RE: SAME (.2) | 1.20 |

T I M E S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| M N FLORES | 135.00 | 1.20 | 162.00 |
| TOTALS | | 1.20 | 162.00 |

TOTAL FEES : 162.00

TOTAL DUE : 162.00

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 18, 2006
MATTER : W9600-006
INVOICE : 203251

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/05 T C

RE: CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 12/01/05 | TC | REVIEWED RESPONSE TO 15TH OMNIBUS CLAIMS OBJECTION FILED BY STATE OF CALIFORNIA DEPARTMENT OF GENERAL SERVICES | .50 |
| 12/08/05 | TC | REVIEWED RESPONSE OF EPEC REALTY TO 15TH OMNIBUS OBJECTION | .50 |
| 12/08/05 | TC | REVIEWED RESPONSE FILED BY STATE OF CONNECTICUT TO 15TH OMNIBUS CLAIMS OBJECTION | .50 |
| 12/08/05 | TC | REVIEWED RESPONSE FILED BY BOARD OF EDUCATION TO 15TH OMNIBUS CLAIMS OBJECTION | .50 |
| 12/08/05 | TC | REVIEWED RESPONSE OF COOK COUNTY ILLINOIS TO 15TH OMNIBUS CLAIMS OBJECTION | .40 |
| 12/08/05 | TC | REVIEWED RESPONSE FILED BY THE STATE OF ARIZONA TO 15TH CLAIM OBJECTION | .50 |
| 12/08/05 | TC | REVIEWED RESPONSE FILED BY THE CITY OF TUSCON TO 15TH CLAIM OBJECTION | .50 |
| 12/08/05 | TC | REVIEWED RESPONSE FILED BY MARICOPA COUNTY TO 15TH CLAIM OBJECTION | .50 |
| 12/09/05 | TC | REVIEWED STATE OF OKLAHOMA RESPONSE TO CLAIM OBJECTION | .60 |
| 12/09/05 | TC | REVIEWED BNC FORUM RESPONSE TO CLAIM OBJECTION | .60 |
| 12/09/05 | TC | REVIEWED STATE OF ARKANSAS RESPONSE TO CLAIM OBJECTION | .50 |

KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 18, 2006
MATTER : W9600-006
INVOICE : 203251

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/05 T C

RE: CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| | | |
|---|---|---|
| 12/09/05 TC | REVIEWED STATEMENT OF PRUDENTIAL INSURANCE COMPANY RE WITNESSES FOR FACT TRIAL | .50 |
| 12/09/05 TC | REVIEWED STATEMENT OF CITY OF EUGENE IN RESPONSE TO 15TH OMNIBUS CLAIMS OBJECTION | .50 |
| 12/09/05 TC | REVIEWED RESPONSE OF MARICOPA COUNTY AZ TO OMNIBUS CLAIMS OBJECTION | .50 |
| 12/09/05 TC | REVIEWED RESPONSE OF OREGON HEALTH AND SCIENCE UNIVERSITY TO OMNIBUS CLAIMS OBJECTION | .40 |
| 12/09/05 TC | REVIEWED STATE OF ARIZONA RESPONSE TO 15TH OMNIBUS CLAIMS OBJECTION | .60 |
| 12/12/05 TC | REVIEWED RESPONSE OF CITY OF AMARILLO TO 15TH OMNIBUS CLAIMS OBJECTION | .40 |
| 12/12/05 TC | REVIEWED RESPONSE OF SABINE RIVER AUTHORITY TO 15TH OMNIBUS CLAIMS OBJECTION | .40 |
| 12/12/05 TC | REVIEWED RESPONSE OF CITY OF TUSCON TO 15TH OMNIBUS CLAIMS OBJECTION | .40 |
| 12/12/05 TC | REVIEWED RESPONSE OF CITY OF PHOENIX TO 15TH OMNIBUS CLAIMS OBJECTION | .40 |
| 12/12/05 TC | REVIEWED RESPONSE OF CITY OF HOUSTON TO 15TH OMNIBUS CLAIMS OBJECTION | .40 |
| 12/12/05 TC | REVIEWED RESPONSE OF BOARD OF EDUCATION TO 15TH OMNIBUS CLAIMS OBJECTION | .30 |
| 12/12/05 TC | REVIEWED RESPONSE OF STATE OF CONNECTICUT TO 15TH OMNIBUS CLAIMS OBJECTION | .40 |
| 12/12/05 TC | REVIEWED RESPONSE OF HARLINGTON HOUSING AUTHORITY TO 15TH OBJECTION TO CLAIMS | .50 |

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 18, 2006
MATTER : W9600-006
INVOICE : 203251

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/05 T C

RE: CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| Date | Atty | Description | Hours |
|---|---|---|---|
| 12/12/05 | TC | REVIEWED RESPONSE OF 600 BUILDING LTD TO 15TH OMNIBUS OBJECTION | .40 |
| 12/12/05 | TC | REVIEWED RESPONSE OF EL PASO TEXAS TO 15TH OMNIBUS OBJECTION | .40 |
| 12/12/05 | TC | REVIEWED RESPONSE OF COLEMAN HOUSING AUTHORITY TO 15TH OMNIBUS OBJECTION | .40 |
| 12/21/05 | TC | REVIEWED ORDER GRANTING RELIEF IN DEBTORS' 15TH OMNIBUS CLAIMS OBJECTION | .50 |
| 12/21/05 | TC | REVIEWED 16TH CONTINUATION ORDER FROM 15TH CLAIM OBJECTION | .50 |
| 12/21/05 | TC | REVIEWED ORDER MODIFYING THE CASE MANAGEMENT ORDER FOR PERSONAL INJURY CLAIMANTS REGARDING TIME TO RESPOND TO QUESTIONAIRE | .60 |
| 12/21/05 | TC | REVIEWED MODIFIED SCHEDULING ORDER REGARDING CERTAIN CLAIMS | .50 |
| 12/22/05 | TC | REVIEWED BRIEF IN SUPPORT OF OBJECTION TO ASBESTOS PERSONAL INJURY CLAIMS | 1.60 |
| 12/23/05 | TC | REVIEWED CERTIFICATION OF COUNSEL AND SETTLEMENT AGREEMENT WITH INTERCAT | .80 |

T I M E S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T CURRIER | 470.00 | 17.00 | 7990.00 |
| TOTALS | | 17.00 | 7990.00 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM


OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 18, 2006
MATTER : W9600-006
INVOICE : 203251

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/05 T C

RE: CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| | |
|---|---|
| TOTAL FEES : | 7,990.00 |
| TOTAL DUE : | 7,990.00 |

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 18, 2006
MATTER : W9600-007
INVOICE : 203252

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/05 T C

RE: COMMITTEE, CREDITORS', NOTEHOLDERS', OR EQUITY HOLDERS'

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 12/01/05 | TC | ATTENDED COMMITTEE MEETING WITH EQUITY COMMITTEE MEMBERS | 1.20 |

T I M E S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T CURRIER | 470.00 | 1.20 | 564.00 |
| TOTALS | | 1.20 | 564.00 |

TOTAL FEES : 564.00

TOTAL DUE : 564.00

KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 18, 2006
MATTER : W9600-011
INVOICE : 203253

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/05 T C

RE: FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 12/06/05 | MNF | REVIEW DOCKET AND PLEADINGS RE: QUARTERLY ORDERS SIGNED FOR THIS CALENDAR YEAR (.8) ; DISCUSS SAME WITH TKDC (.2); PULL ORDERS AND SEND SAME TO J. BEAMON (.5) | 1.50 |
| 12/12/05 | MNF | REVIEW DOCKET RE: OBJECTIONS TO 18TH QUARTERLY FEE APP OF KRLS (.2); DRAFT CNO RE: SAME (.5) | .70 |
| 12/15/05 | FAP | PREPARE MONTHLY FEE/EXPENSE SUMMARY FOR NOVEMBER 2005 | .20 |
| 12/20/05 | MNF | REVIEW DOCKET RE: OBJECTIONS TO 48TH MONTHLY FEE APP OF KRLS (.2) DRAFT CNO RE: SAME (.5) | .70 |
| 12/21/05 | MNF | REVIEW DOCKET RE: SIGNED ORDER FOR QUARTERLY FEE APPS | .30 |
| 12/22/05 | MNF | E-FILE AND SERVE CNO RE: 47TH MONTHLY FEE APP OF KRLS (.9); SEND SAME TO JACK BEAMON (.1) | 1.00 |

## TIME SUMMARY

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| F A PANCHAK | 145.00 | .20 | 29.00 |
| M N FLORES | 135.00 | 4.20 | 567.00 |
| TOTALS | | 4.40 | 596.00 |

TOTAL FEES : 596.00

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 18, 2006
MATTER : W9600-011
INVOICE : 203253

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/05 T C

RE: FEE APPLICATIONS, APPLICANT

TOTAL DUE : 596.00

KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 18, 2006
MATTER : W9600-012
INVOICE : 203254

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/05 T C

RE: FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 12/12/05 | MNF | REVIEW DOCKET RE: OBJ TO 14TH QUARTERLY FEE APP OF KRAMER LEVIN (.2); DRAFT CNO RE: SAME(.5) | .70 |
| 12/20/05 | MNF | REVIEW DOCKET RE: OBJECTIONS TO 51ST MONTHLY FEE APP OF KRAMER LEVIN (.2) DRAFT CNO RE: SAME (.5) | .70 |
| 12/21/05 | TC | REVIEWED FEE ORDER FOR ALL QUARTERLY FEE APPLICATIONS | .50 |
| 12/22/05 | MNF | E-FILE AND SERVE CNO RE: 51ST MONTHLY FEE APP OF KRAMER LEVIN | 1.00 |

T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| M N FLORES | 135.00 | 2.40 | 324.00 |
| T CURRIER | 470.00 | .50 | 235.00 |
| TOTALS | | 2.90 | 559.00 |

TOTAL FEES : 559.00

TOTAL DUE : 559.00

KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 18, 2006
MATTER : W9600-014
INVOICE : 203255

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/05 T C

RE: HEARINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 12/08/05 | TC | REVIEWED AGENDA NOTICE FOR HEARING 12/19 | .60 |

T I M E S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T CURRIER | 470.00 | .60 | 282.00 |
| TOTALS | | .60 | 282.00 |

TOTAL FEES : 282.00

TOTAL DUE : 282.00

KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 18, 2006
MATTER : W9600-015
INVOICE : 203256

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/05 T C

RE: LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 12/01/05 | TC | REVIEWED NOTICES OF DEPOSITIONS AND SUBPOENAS FOR DR. WALTER ALLEN OAKS,RESPIRATORY TESTING, AND DR. GEORGE MARTINDALE | .80 |
| 12/02/05 | TC | REVIEWED FUTURE CLAIMANTS' REPRESENTATIVE'S SUPPLEMENTAL DESIGNATION OF CATEGORIES FOR EXPERT WITNESS | .40 |
| 12/05/05 | TC | REVIEWED DEBTORS' BRIEF IN OPPOSITION TO MOTION OF ANDERSON MEMORIAL HOSPITAL FOR CLASS CERTIFICATION | 1.30 |
| 12/09/05 | TC | REVIEWED NOTICE OF DEPOSITION FOR DR. ANDREW WAYNE HARRON | .40 |
| 12/12/05 | TC | REVIEWED MOTION TO EXTEND TIME TO SERVE QUESTIONNAIRES FOR ESTIMATION OF ASBESTOS PERSONAL INJURY CLAIMS | .60 |
| 12/16/05 | TC | REVIEWED EXPERT DESIGNATION OF EQUITY COMMITTEE AND PREPARED SAME FOR FILING | .50 |
| 12/21/05 | TC | REVIEWED ORDER DENYING MOTION TO TAKE DISCOVERY OF CLAIMANTS' ATTORNEYS | .40 |
| 12/21/05 | TC | REVIEWED MOTION FOR A PROTECTIVE ORDER AGAINST ANDERSON MEMORIAL | .60 |
| 12/21/05 | TC | REVIEWED FUTURE CLAIMANTS DESIGNATION OF EXPERTS | .50 |
| 12/21/05 | TC | REVIEWED MOTION FOR RELIEF FROM STAY FILED BY ANDERSON MEMORIAL | .70 |

KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 18, 2006
MATTER : W9600-015
INVOICE : 203256

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/05 T C

RE: LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 12/22/05 TC | REVIEWED MOTION OF BNSF FOR CLARIFICATION OF THE CASE MANAGEMENT ORDER | 1.30 |

T I M E S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T CURRIER | 470.00 | 7.50 | 3525.00 |
| TOTALS | | 7.50 | 3525.00 |

TOTAL FEES : 3,525.00

TOTAL DUE : 3,525.00

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 18, 2006
MATTER : W9600-016
INVOICE : 203257

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/05 T C

RE: PLAN AND DISCLOSURE STATEMENT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 12/02/05 | TC | REVIEWED OBJECTION TO DEBTORS' NINTH MOTION TO EXTEND EXCLUSIVITY FILED BY OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS | .80 |
| 12/02/05 | TC | REVIEWED OBJECTION OF THE ASBESTOS PROPERTY DAMAGE COMMITTEE TO DEBTORS' NINTH EXCLUSIVITY EXTENSION MOTION | .70 |
| 12/05/05 | TC | REVIEWED FUTURE CLAIMANTS REPRESENTATIVE'S OBJECTION TO EXCLUSIVITY MOTION | .60 |
| 12/05/05 | TC | REVIEWED RESPONSE OF BARON & BUDD AND OTHER CLAIMANTS' ATTORNEYS TO MOTION TO EXTEND EXCLUSIVITY | 1.20 |
| 12/12/05 | TC | REVIEWED MOTION FOR LEAVE TO FILE A REPLY IN FURTHER SUPPORT OF NINTH MOTION TO EXTEND EXCLUSIVITY | .80 |

T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T CURRIER | 470.00 | 4.10 | 1927.00 |
| TOTALS | | 4.10 | 1927.00 |

TOTAL FEES : 1,927.00

TOTAL DUE : 1,927.00

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 18, 2006
MATTER : W9600-000
INVOICE : 203248

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/05 T C

RE: EXPENSES

| Date | DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|---|
| 11/28/05 | REPRODUCTION OF DOCUMENTS | 5.40 |
| 11/29/05 | REPRODUCTION OF DOCUMENTS | 18.90 |
| 11/29/05 | REPRODUCTION OF DOCUMENTS | 7.05 |
| 12/08/05 | FEDERAL EXPRESS - FEDEX - # 3-218-95958 | 24.96 |
| 12/08/05 | FEDERAL EXPRESS - FEDEX - # 3-218-95958 | 15.58 |
| 12/16/05 | REPRODUCTION OF DOCUMENTS | 6.00 |
| 12/16/05 | REPRODUCTION OF DOCUMENTS | 1.65 |
| 12/19/05 | MESSENGER SERVICES - PARCELS, INC. - # 34184 | 15.00 |
| 12/19/05 | DUPLICATING SERVICES - PARCELS, INC. - # 5965 | 261.68 |
| 12/19/05 | MESSENGER SERVICES - PARCELS, INC. - # 34047 | 7.50 |
| 12/20/05 | FEDERAL EXPRESS - FEDEX - # 3-243-95433 | 15.58 |

TOTAL EXPENSE ADVANCES : 379.30

TOTAL DUE : 379.30