```
alp_132rc: Client Analysis Sheet                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE   1
Run Date & Time: 01/11/06 15:44:12                         *PRIVILEGED AND CONFIDENTIAL*
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE         Worked : 12/31/99 thru 01/11/06
```

| Matter Number | Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 4.30 | 881.50 | 76.35 | 957.85 | BENTLEY PHILIP - 02495 | M | B | |
| 00002 | CREDITOR COMMITTEE | 10.50 | 5,580.00 | 89.65 | 5,669.65 | BENTLEY PHILIP - 02495 | M | B | |
| 00005 | BANKR. MOTIONS | 0.50 | 260.00 | 0.00 | 260.00 | BENTLEY PHILIP - 02495 | M | B | |
| 00008 | FEE APPLICATIONS, APPLIC | 6.60 | 1,668.00 | 0.00 | 1,668.00 | BENTLEY PHILIP - 02495 | M | B | |
| 00012 | CLAIM ANALYSIS OBJECTION | 6.30 | 3,312.00 | 506.46 | 3,818.46 | BENTLEY PHILIP - 02495 | M | B | |
| 00019 | HEARINGS | 7.30 | 3,796.00 | 387.00 | 4,183.00 | BENTLEY PHILIP - 02495 | M | B | |
| 00028 | TRAVEL\NON-WORKING | 9.50 | 2,470.00 | 0.00 | 2,470.00 | BENTLEY PHILIP - 02495 | M | B | |
| | Client Total | 45.00 | 17,967.50 | 1,059.46 | 19,026.96 | | | | |

```
alp_132c: Client Summary                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   2
Run Date & Time: 01/11/2006 15:44:10                       *PRIVILEGED AND CONFIDENTIAL*

Client No.: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

U N B I L L E D    T I M E    S U M M A R Y  ---------------------------  Total Unbilled  -------------------------
Emp Id Employee Name                     Group            Oldest       Latest        Hours         Amount
------ ----------------------            ---------        --------     --------      --------      ----------
00720  NADLER, ELLEN R.                  PARTNER          12/06/05     12/06/05         0.20          132.00
02495  BENTLEY, PHILIP                   PARTNER          12/01/05     12/16/05         2.40        1,428.00
07850  HOROWITZ, GREGORY A.              PARTNER          12/16/05     12/16/05         0.50          280.00
05292  BECKER, GARY M.                   SPEC COUNSEL     12/18/05     12/19/05         9.50        2,470.00
05292  BECKER, GARY M.                   SPEC COUNSEL     12/01/05     12/23/05        22.10       11,492.00
06228  KOEVARY, JONATHAN T               ASSOCIATE        12/05/05     12/14/05         0.40          136.00
       PARAPROFESSIONALS
06451  GAVIGAN, JAMES C                  PARALEGAL        12/05/05     12/29/05         9.90        2,029.50

                              Total:                                                   45.00       17,967.50

U N B I L L E D    C O S T S    S U M M A R Y  ---------------  Total Unbilled  ----------
Code   Description                                 Oldest       Latest         Total
                                                   Entry        Entry          Amount
-----  ------------                                --------     --------       ----------
0820   PHOTOCOPYING                                11/28/05     12/30/05         162.60
0840   MANUSCRIPT SERVICE                          12/22/05     12/22/05           0.00
0940   CAB FARES                                   12/08/05     12/29/05         147.15
0941   CAB FARES - ODYSSEY                         11/16/05     11/17/05         502.86
0951   MEALS/T & E                                 12/29/05     12/29/05         166.85
0990   OTHER FEES                                  11/01/05     11/01/05          80.00

                              Total                                            1,059.46

                              Grand Total                                     19,026.96
                                                                              ==========
```

```
alp_132r: Matter Detail                                                                                              PAGE    1
Run Date & Time: 01/11/2006 15:44:01

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                  Orig Prtnr : CRED. RGTS   - 06975        Proforma Number:  2036457
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                        Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

                                              PRE-BILLING SUMMARY REPORT

    UNBILLED TIME FROM:    12/13/2005                  TO:    12/16/2005
    UNBILLED DISB FROM:    12/13/2005                  TO:    12/30/2005

                                  FEES                                 COSTS

    GROSS BILLABLE AMOUNT:        881.50                                76.35
    AMOUNT WRITTEN DOWN:
                  PREMIUM:
         ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
            AMOUNT BILLED:
               THRU DATE:                   12/16/2005                             12/30/2005
    CLOSE MATTER/FINAL BILLING?  YES OR NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:


                                              ACCOUNTS RECEIVABLE TOTALS                           UNAPPLIED CASH

                      FEES:        0.00            UNIDENTIFIED RECEIPTS:       0.00
             DISBURSEMENTS:        0.00            PAID FEE RETAINER:           0.00
             FEE RETAINER:        0.00            PAID DISB RETAINER:           0.00
             DISB RETAINER:       0.00            TOTAL AVAILABLE FUNDS:        0.00
          TOTAL OUTSTANDING:     0.00            TRUST BALANCE:
                                                  BILLING HISTORY

    DATE OF LAST BILL:          12/23/05           LAST PAYMENT DATE:          11/15/05
    LAST BILL NUMBER:           425486             ACTUAL FEES BILLED TO DATE:  250,304.00
                                                   ON ACCOUNT FEES BILLED TO DATE:      0.00
    DISBURSEMENTS:                                 PAID DISB RETAINER:          0.00
    FEE RETAINER:                                  TOTAL FEES BILLED TO DATE:  250,304.00
    DISB RETAINER:                                 FEES WRITTEN OFF TO DATE:    79,053.50
    LAST BILL THRU DATE:        11/30/05

FOR ACCTG USE ONLY:             Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee        (4) Excessive Legal Time      (7) Fixed Fee
    (2) Late Time & Costs Posted  (5) Business Development      (8) Premium
    (3) Pre-arranged Discount     (6) Summer Associate          (9) Rounding        (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____  Processed by: _____   FRC: _____   CRC: _____
PARAPROFESSIONALS
```

```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    2
Run Date & Time: 01/11/2006 15:44:02                           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS - 06975              Proforma Number:  2036457
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status     : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y   ----------------- Total Unbilled -----------------
Emp Id Employee Name          Group               Oldest          Latest          Hours          Amount
                                                  Entry           Entry

06451 GAVIGAN, JAMES C         CRED               12/13/05       12/16/05          4.30          881.50

                Total:                                                             4.30          881.50

Sub-Total Hours :    0.00 Partners    0.00 Counsels    4.30 Associates   0.00 Legal Assts   0.00 Others


U N B I L L E D    C O S T S    S U M M A R Y   ----------- Total Unbilled -----------
Code Description                                  Oldest          Latest          Total
                                                  Entry           Entry           Amount

0820 PHOTOCOPYING                                12/13/05       12/30/05           76.35

                Total                                                              76.35

                Grand Total                                                        76.35
                                                                                  =========


U N B I L L E D    T I M E    D E T A I L
Employee Name                 Work Date    Description                                        Hours      Amount      Index#      Batch Date  Task Act

GAVIGAN, JAMES C              12/13/05     creating hearing binder                            2.00       410.00     6070134     12/24/2005
GAVIGAN, JAMES C              12/14/05     creating copies of docs for Koevary                1.00       205.00     6070135     12/24/2005
GAVIGAN, JAMES C              12/16/05     creating hearing binder for Becker                 1.30       266.50     6070136     12/24/2005

Total For GAVIGAN J - 06451                                                                   4.30       881.50


U N B I L L E D    C O S T S    D E T A I L
Description/Code                              Employee           Date         Amount       Index#     Batch No    Batch Date   Task Act

PHOTOCOPYING                     0820
  PHOTOCOPYING                                GAVIGAN, J C       12/13/05        8.70     7259691     369025      12/20/05
  PHOTOCOPYING                                GAVIGAN, J C       12/13/05        5.85     7259692     369025      12/20/05
  PHOTOCOPYING                                GAVIGAN, J C       12/13/05        6.60     7259693     369025      12/20/05
  PHOTOCOPYING                                GAVIGAN, J C       12/23/05        1.35     7268640     369339      12/28/05

                                                    Fee Total                    4.30                  881.50
```

```
alp_132r: Matter Detail                                                                                                                  PAGE    3
Run Date & Time: 01/11/2006 15:44:02
                                               KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS - 06975                      Proforma Number:  2036457
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495                  Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status     : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code              Employee              Date         Amount      Index#   Batch No  Batch Date
-------------------           --------              ----         ------      ------   --------  ----------
PHOTOCOPYING                  GAVIGAN, J C          12/23/05       1.80      7268641   369339   12/28/05
PHOTOCOPYING                  GAVIGAN, J C          12/23/05      10.20      7268642   369339   12/28/05
PHOTOCOPYING                  GAVIGAN, J C          12/29/05       1.20      7277984   369539   01/03/06
PHOTOCOPYING                  GAVIGAN, J C          12/29/05       9.15      7277985   369539   01/03/06
PHOTOCOPYING                  GAVIGAN, J C          12/29/05      18.30      7277986   369539   01/03/06
PHOTOCOPYING                  GAVIGAN, J C          12/29/05      12.60      7277987   369539   01/03/06
PHOTOCOPYING                  GAVIGAN, J C          12/30/05       0.60      7278966   369586   01/04/06
                                           0820 PHOTOCOPYING Total :         76.35

                                                    Costs Total :            76.35
```

```
alp_132r: Matter Detail                                                                                    PAGE    4
Run Date & Time: 01/11/2006 15:44:02

                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                          Orig Prtnr : CRED. RGTS - 06975            Proforma Number:  2036457
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr  : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
 Employee Name                Hours       Amount          Bill            W/o / W/u        Transfer To     Clnt/Mtr     Carry Forward

 GAVIGAN, JAMES C              4.30       881.50

         Total:                4.30       881.50

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
 Code Description                         Amount          Bill            W/o / W/u        Transfer To     Clnt/Mtr     Carry Forward

 0820 PHOTOCOPYING                         76.35

         Costs Total :                     76.35
```

```
alp_132r: Matter Detail                                                                                                                    PAGE    5
Run Date & Time: 01/11/2006 15:44:02
                                                           KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                    Orig Prtnr : CRED. RGTS - 06975           Proforma Number:    2036458
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status     : ACTIVE

Special Billing Instructions:

---------------------------------------------------------------------------------------------------
                                           PRE-BILLING SUMMARY REPORT
---------------------------------------------------------------------------------------------------

           UNBILLED TIME FROM:       12/01/2005       TO:  12/22/2005
           UNBILLED DISB FROM:       12/08/2005       TO:  12/22/2005

                                          FEES                   COSTS
                                          ----                   -----

           GROSS BILLABLE AMOUNT:    5,580.00                    89.65
           AMOUNT WRITTEN DOWN:
               PREMIUM:
           ON ACCOUNT BILLED:
       DEDUCTED FROM PAID RETAINER:
           AMOUNT BILLED:
                THRU DATE:           12/22/2005                  12/22/2005
           CLOSE MATTER/FINAL BILLING?  YES  OR  NO
           EXPECTED DATE OF COLLECTION:

           BILLING PARTNER APPROVAL:

                            BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

           BILLING COMMENTS:




---------------------------------------------------------------------------------------------------
                                           ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH
---------------------------------------------------------------------------------------------------

           FEES:                              0.00       UNIDENTIFIED RECEIPTS:       0.00
        DISBURSEMENTS:                        0.00       PAID FEE RETAINER:           0.00
        FEE RETAINER:                         0.00       PAID DISB RETAINER:          0.00
        DISB RETAINER:                        0.00       TOTAL AVAILABLE FUNDS:       0.00
        TOTAL OUTSTANDING:                    0.00       TRUST BALANCE:

                                                         BILLING HISTORY
---------------------------------------------------------------------------------------------------

        DATE OF LAST BILL:         12/23/05                LAST PAYMENT DATE:       11/15/05
        LAST BILL NUMBER:          425486   ACTUAL FEES BILLED TO DATE:            189,826.50
                                            ON ACCOUNT FEES BILLED TO DATE:              0.00
                                            TOTAL FEES BILLED TO DATE:             189,826.50
        LAST BILL THRU DATE:       11/30/05   FEES WRITTEN OFF TO DATE:             21,567.50

FOR ACCTG USE ONLY:            Write Down/Up Reason Codes:
   (1) Exceeded Fixed Fee              (4) Excessive Legal Time        (7) Fixed Fee
   (2) Late Time & Costs Posted        (5) Business Development        (8) Premium
   (3) Pre-arranged Discount           (6) Summer Associate            (9) Rounding       (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____    FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    6
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/11/2006 15:44:02

Matter No: 056772-00002                                   Orig Prtnr : CRED. RGTS - 06975            Proforma Number:    2036458
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y     ----------------- Total Unbilled -----------------
Emp Id Employee Name                   Group         Oldest       Latest         Total           Total
                                                     Entry        Entry          Hours           Amount

02495  BENTLEY, PHILIP                  CRED         12/01/05     12/01/05        1.60            952.00
05292  BECKER, GARY M.                  CRED         12/13/05     12/22/05        8.90          4,628.00
                          Total:                                                 10.50          5,580.00


Sub-Total Hours :    1.60 Partners     8.90 Counsels     0.00 Associates      0.00 Legal Assts      0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y   ----------------- Total Unbilled -----------------
Code Description                                    Oldest       Latest          Total
                                                    Entry        Entry           Amount

0820  PHOTOCOPYING                                  12/13/05     12/13/05         82.65
0840  MANUSCRIPT SERVICE                            12/22/05     12/22/05          0.00
0940  CAB FARES                                     12/08/05     12/08/05          7.00
                   Total                                                          89.65


                   Grand Total                                                 5,669.65
                                                                             =========

U N B I L L E D   T I M E   D E T A I L
Employee Name                     Work Date    Description                                       Hours       Amount       Index#   Batch Date  Task Act

BENTLEY, PHILIP                   12/01/05     Committee conf call, and prep for same             1.60       952.00      6044469  12/07/2005
      Total for BENTLEY P - 02495                                                                 1.60       952.00

BECKER, GARY M.                   12/01/05     Conf. bentley re committee call                    0.20       104.00      6031612  12/05/2005
BECKER, GARY M.                   12/05/05     conf shareholder re case issues (0.5); conf 2nd    1.00       520.00      6041142  12/06/2005
                                               shareholder (0.5)
BECKER, GARY M.                   12/06/05     conf shareholder re case issues                    0.50       260.00      6044511  12/07/2005
BECKER, GARY M.                   12/08/05     conf w/shareholder                                 1.00       520.00      6046626  12/09/2005
BECKER, GARY M.                   12/09/05     conf shareholder re case issues                    0.40       208.00      6049285  12/12/2005
BECKER, GARY M.                   12/12/05     conf shareholder re case issues (0.5); conf 2nd    1.20       624.00      6051126  12/13/2005
                                               shareholder re case issues (0.5); conf 3d
                                               shareholder re case issues (0.2)
BECKER, GARY M.                   12/13/05     conf (3x) with shareholder re case issues          1.30       676.00      6054589  12/14/2005
                                               (0.9);conf 2nd shareholder re case issues
                                               (0.4)
BECKER, GARY M.                   12/14/05     Conf. shareholder                                  0.20       104.00      6056651  12/15/2005
BECKER, GARY M.                   12/15/05     conf shareholder re case issues                    0.30       156.00      6058148  12/16/2005
```

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    7
Run Date & Time: 01/11/2006 15:44:02                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                            Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  2036458
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                   Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status    : ACTIVE

U N B I L L E D     T I M E    D E T A I L
Employee Name         Work Date      Description                                                  Hours       Amount        Index#   Batch Date  Task Act

BECKER, GARY M.       12/20/05       conf Shareholder re case issues (0.2); conf                   0.60       312.00        6064400  12/21/2005
                                     Wechsler re case issues (0.4)
BECKER, GARY M.       12/21/05       conf shareholder re case issues                               0.30       156.00        6067856  12/23/2005
BECKER, GARY M.       12/22/05       Prepare and circulate memo to committee re                    1.90       988.00        6069289  12/23/2005
                                     status of case

Total For BECKER G - 05292                                                                         8.90      4,628.00

                                     Fee Total                                                    10.50      5,580.00


U N B I L L E D    C O S T S    D E T A I L
Description/Code              Employee              Date           Amount           Index#   Batch No    Batch Date

PHOTOCOPYING                  0820
 PHOTOCOPYING                 BENTLEY, P            12/13/05          3.90          7259694  369025      12/20/05
 PHOTOCOPYING                 BENTLEY PHILIP        12/22/05          0.00          7265945  369220      12/23/05
 PHOTOCOPYING                 BECKER, G M           12/13/05         77.25          7256695  369025      12/20/05
 PHOTOCOPYING                 BECKER, G M           12/13/05          1.50          7259696  369025      12/20/05
 BECKER GARY M.
                                                   0820 PHOTOCOPYING Total :        82.65

MANUSCRIPT SERVICE            0840
 MANUSCRIPT SERVICE           TRIVENTO, N           12/22/05          0.00          7257005  368768      12/14/05
 12/22/2005
                                                   0840 MANUSCRIPT SERVICE Total :   0.00

CAB FARES                     0940
 MARIANNE FERGUSON, CASHI     BECKER, G.M.          12/08/05          7.00
 CAB FARES - VENDOR- MARIANNE FERGUSON, CASHIER
                                                   0940 CAB FARES Total :            7.00

                                     Costs Total :                                  89.65
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE     8
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/11/2006 15:44:02

Matter No: 056772-00002                                              Orig Prtnr : CRED. RGTS - 06975           Proforma Number:   2036458
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status     : ACTIVE

                   B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name                  Hours          Amount             Bill           W/o / W/u         Transfer To      Clnt/Mtr    Carry Forward
-----------------------------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP                 1.60         952.00
BECKER, GARY M.                 8.90       4,628.00
Total:                         10.50       5,580.00

                   B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                              Amount            Bill            W/o / W/u         Transfer To      Clnt/Mtr    Carry Forward
-----------------------------------------------------------------------------------------------------------------------------------------
0820 PHOTOCOPYING                              82.65           0.00
0840 MANUSCRIPT SERVICE                         0.00
0940 CAB FARES                                  7.00

       Costs Total :                           89.65
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE     9
Run Date & Time: 01/11/2006 15:44:02                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                 Orig Prtnr  : CRED. RGTS - 06975              Proforma Number:  2036459
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr  : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : BANKR. MOTIONS                            Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status     : ACTIVE

Special Billing Instructions:
------------------------------------------------------------------------------------------------------------------------------------

                                      PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:   12/15/2005                    TO:   12/15/2005
UNBILLED DISB FROM:                                 TO:

                                      FEES                     COSTS
                                      ----                     -----
GROSS BILLABLE AMOUNT:              260.00                      0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                        12/15/2005
CLOSE MATTER/FINAL BILLING?       YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                      BENTLEY PHILIP - 02495             WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                          ACCOUNTS RECEIVABLE TOTALS                     UNAPPLIED CASH

             FEES:                             0.00
             DISBURSEMENTS:                    0.00           UNIDENTIFIED RECEIPTS:             0.00
             FEE RETAINER:                     0.00           PAID FEE RETAINER:                 0.00
             DISB RETAINER:                    0.00           PAID DISB RETAINER:                0.00
             TOTAL OUTSTANDING:                0.00           TOTAL AVAILABLE FUNDS:             0.00
                                                              TRUST BALANCE:
                                                              BILLING HISTORY
             DATE OF LAST BILL:       12/23/05                LAST PAYMENT DATE:            11/15/05
             LAST BILL NUMBER:        425486          ACTUAL FEES BILLED TO DATE:         123,385.00
                                                      ON ACCOUNT FEES BILLED TO DATE:          0.00
                                                      PAID DISB RETAINER:                      0.00
                                                      TOTAL FEES BILLED TO DATE:         123,385.00
             LAST BILL THRU DATE:     11/30/05        FEES WRITTEN OFF TO DATE:              444.00

FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:

             (1) Exceeded Fixed Fee              (4) Excessive Legal Time          (7) Fixed Fee
             (2) Late Time & Costs Posted        (5) Business Development          (8) Premium
             (3) Pre-arranged Discount           (6) Summer Associate              (9) Rounding               (10) Client Arrangement


BILL NUMBER: _____      DATE OF BILL: _____   Processed by: _____    FRC: _____   CRC: _____
```

```
alp_132r: Matter Detail                            KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE     10
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/11/2006 15:44:02

Matter No: 056772-00005                                  Orig Prtnr : CRED. RGTS - 06975            Proforma Number:    2036459
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : BANKR. MOTIONS                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status      : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y  ------------ Total Unbilled ------------
Emp Id  Employee Name              Group           Oldest       Latest       Hours          Amount
                                                   ------       ------       -----          ------
05292   BECKER, GARY M.             CRED          12/15/05     12/15/05       0.50          260.00

                               Total:                                         0.50          260.00

Sub-Total Hours :    0.00 Partners    0.50 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

U N B I L L E D   T I M E   D E T A I L
Employee Name                Work Date   Description                                                 Hours       Amount  Index#   Batch Date  Task Act
-------------                ---------   -----------                                                 -----       ------  ------   ----------  --------
BECKER, GARY M.              12/15/05    review motions to be heard at omnibus hearing                0.50       260.00  6058149  12/16/2005

Total For BECKER G - 05292                                                                            0.50       260.00

                                                                            Fee Total                 0.50       260.00
```

```
alp_132r: Matter Detail                                                                                       PAGE   11
Run Date & Time: 01/11/2006 15:44:02

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                              Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  2036459
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : BANKR. MOTIONS                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status    : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name               Hours       Amount           Bill        W/o / W/u      Transfer To     Clnt/Mtr  Carry Forward
-------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.              0.50       260.00         _____       _____                                _____
    Total:                   0.50       260.00         _____       _____                                _____
```