```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    12
Run Date & Time: 01/11/2006 15:44:02                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                  Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  2036460
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status     : ACTIVE

Special Billing Instructions:

                                            PRE-BILLING SUMMARY REPORT

    UNBILLED TIME FROM:    12/05/2005                                   TO:  12/29/2005
    UNBILLED DISB FROM:                                                 TO:

                                   FEES                                          COSTS

    GROSS BILLABLE AMOUNT:              1,668.00                                       0.00
    AMOUNT WRITTEN DOWN:
              PREMIUM:
    ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
         AMOUNT BILLED:
         THRU DATE:                    12/29/2005
    CLOSE MATTER/FINAL BILLING?   YES OR NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:
                                BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:



                                       ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH

           FEES:                            0.00         UNIDENTIFIED RECEIPTS:          0.00
    DISBURSEMENTS:                          0.00         PAID FEE RETAINER:              0.00
    FEE RETAINER:                           0.00         PAID DISB RETAINER:             0.00
    DISB RETAINER:                          0.00         TOTAL AVAILABLE FUNDS:          0.00
    TOTAL OUTSTANDING:                      0.00         TRUST BALANCE:

                                           BILLING HISTORY

    DATE OF LAST BILL:        12/23/05                LAST PAYMENT DATE:       11/15/05
    LAST BILL NUMBER:         425486     ACTUAL FEES BILLED TO DATE:         95,774.00
                                         ON ACCOUNT FEES BILLED TO DATE:          0.00
                                         TOTAL FEES BILLED TO DATE:         95,774.00
    LAST BILL THRU DATE:      11/30/05   FEES WRITTEN OFF TO DATE:           4,424.50


FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee             (4) Excessive Legal Time        (7) Fixed Fee
    (2) Late Time & Costs Posted       (5) Business Development        (8) Premium
    (3) Pre-arranged Discount          (6) Summer Associate            (9) Rounding        (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                             KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   13
Run Date & Time: 01/11/2006 15:44:02                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                     Orig Prtnr : CRED. RGTS - 06975         Proforma Number:    2036460
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status      : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y               ----------- Total Unbilled -----------
Emp Id Employee Name             Group          Oldest       Latest         Hours          Amount
05292  BECKER, GARY M.           CRED           12/07/05     12/22/05        1.00          520.00
06451  GAVIGAN, JAMES C.         CRED           12/05/05     12/29/05        5.60        1,148.00
                                 Total:                                      6.60        1,668.00

Sub-Total Hours :  0.00 Partners   1.00 Counsels   0.00 Associates   5.60 Legal Assts   0.00 Others

U N B I L L E D   T I M E   D E T A I L
Employee Name          Work Date    Description                                            Hours     Amount      Index#   Batch Date  Task Act
BECKER, GARY M.        12/07/05     review examiner report                                  0.20     104.00     6045434   12/08/2005
BECKER, GARY M.        12/08/05     review and revise pro forma                             0.40     208.00     6046627   12/09/2005
BECKER, GARY M.        12/22/05     Review and execute November monthly fee                 0.40     208.00     6059290   12/23/2005
                                    application and direction to Gavigan re same
         Total For BECKER G - 05292                                                         1.00     520.00

GAVIGAN, JAMES C.      12/05/05     working on interim fee app                              1.80     369.00     6050684   12/13/2005
GAVIGAN, JAMES C.      12/22/05     creating fee app                                        2.80     574.00     6070137   12/24/2005
GAVIGAN, JAMES C.      12/23/05     obtaining pro forma from accounting                     0.50     102.50     6070138   12/24/2005
GAVIGAN, JAMES C.      12/29/05     providing local counsel with word version of            0.50     102.50     6085544   01/03/2006
                                    fee app per request
         Total For GAVIGAN J - 06451                                                        5.60    1,148.00

                                                                          Fee Total         6.60    1,668.00
```

```
alp_132r: Matter Detail                                                     KRAMER LEVIN NAFTALIS & FRANKEL LLP                                  PAGE    14
Run Date & Time: 01/11/2006 15:44:03                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                                               Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  2036460
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                       Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                    Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name                    Hours            Amount             Bill        W/o / W/u         Transfer To   Clnt/Mtr     Carry Forward
------------------------------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.                   1.00            520.00         _____        _____       _____      _____
GAVIGAN, JAMES C                  5.60          1,148.00         _____        _____       _____      _____
       Total:                     6.60          1,668.00         _____        _____       _____      _____
```

```
alp_132r: Matter Detail                       KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE   15
Run Date & Time: 01/11/2006 15:44:03                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                      Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  2036461
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001                                   Supv Prtnr : MAYER THOMAS MOERS - 03976 Status     : ACTIVE

Special Billing Instructions:

                                      PRE-BILLING SUMMARY REPORT

          UNBILLED TIME FROM:   12/05/2005              TO:     12/23/2005
          UNBILLED DISB FROM:   11/16/2005              TO:     11/28/2005

                                  FEES                        COSTS

          GROSS BILLABLE AMOUNT:        3,312.00              506.46
          AMOUNT WRITTEN DOWN:
                      PREMIUM:
             ON ACCOUNT BILLED:
      DEDUCTED FROM PAID RETAINER:
                AMOUNT BILLED:
                    THRU DATE:             12/23/2005         11/28/2005
      CLOSE MATTER/FINAL BILLING?   YES  OR  NO
      EXPECTED DATE OF COLLECTION:

      BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

      BILLING COMMENTS:




                                 ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH

          FEES:                         0.00         UNIDENTIFIED RECEIPTS:       0.00
          DISBURSEMENTS:                0.00         PAID FEE RETAINER:           0.00
          FEE RETAINER:                 0.00         PAID DISB RETAINER:          0.00
          DISB RETAINER:                0.00         TOTAL AVAILABLE FUNDS:       0.00
          TOTAL OUTSTANDING:            0.00         TRUST BALANCE:

                                                     BILLING HISTORY
          DATE OF LAST BILL:       12/23/05             LAST PAYMENT DATE:        01/03/06
          LAST BILL NUMBER:        425486         ACTUAL FEES BILLED TO DATE:   512,394.00
                                                  ON ACCOUNT FEES BILLED TO DATE:     0.00
                                                  TOTAL FEES BILLED TO DATE:   512,394.00
          LAST BILL THRU DATE:     11/30/05        FEES WRITTEN OFF TO DATE:     4,417.50


      FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

          (1) Exceeded Fixed Fee        (4) Excessive Legal Time      (7) Fixed Fee
          (2) Late Time & Costs Posted  (5) Business Development      (8) Premium
          (3) Pre-arranged Discount     (6) Summer Associate          (9) Rounding       (10) Client Arrangement


      BILL NUMBER: _____    DATE OF BILL: _____  Processed by: _____  FRC: _____   CRC: _____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    16
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/11/2006 15:44:03

Matter No: 056772-00012                                                  Orig Prtnr : CRED. RGTS - 06975        Proforma Number:    2036461
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                          Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                      Status  : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y  -------------------- Total Unbilled ---------------------
Emp Id Employee Name             Group         Oldest       Latest          Hours          Amount
                                               Entry        Entry

00720 NADLER, ELLEN R.           LITI          12/06/05     12/06/05         0.20          132.00
02495 BENTLEY, PHILIP            CRED          12/14/05     12/16/05         0.80          476.00
07850 HOROWITZ, GREGORY A.       LITI          12/16/05     12/16/05         0.50          280.00
05292 BECKER, GARY M.            CRED          12/05/05     12/23/05         4.40        2,288.00
06228 KOEVARY, JONATHAN T        CRED          12/05/05     12/14/05         0.40          136.00

                       Total:                                                6.30        3,312.00

Sub-Total Hours  :     1.50 Partners       4.40 Counsels     0.40 Associates     0.00 Legal Assts     0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y   ------------ Total Unbilled -----------
Code Description                        Oldest      Latest          Total
                                        Entry       Entry           Amount

0820 PHOTOCOPYING                       11/28/05    11/28/05           3.60
0941 CAB FARES - ODYSSEY                11/16/05    11/17/05         502.86

              Total                                                  506.46

          Grand Total                                              3,818.46
                                                                  =========

U N B I L L E D   T I M E   D E T A I L
Employee Name       Work Date   Description                                                          Hours   Amount     Index#   Batch Date  Task Act

BENTLEY, PHILIP     12/14/05    Discs GAH, trade emails with BRN                                      0.40   238.00   6061456  12/19/2005
BENTLEY, PHILIP     12/15/05    Review emails                                                         0.20   119.00   6061457  12/19/2005
BENTLEY, PHILIP     12/16/05    Review emails re Lexecon meeting                                      0.20   119.00   6061458  12/19/2005
 Total For BENTLEY P - 02495                                                                          0.80   476.00

HOROWITZ, GREGORY A. 12/16/05   dw PB, review memo (.5)                                               0.50   280.00   6069056  12/23/2005
 Total For HOROWITZ G - 07850                                                                         0.50   280.00

NADLER, ELLEN R.    12/06/05    Review Bamberger's updated CV for relevant
                                matters (.20)                                                         0.20   132.00   6044069  12/07/2005
 Total For NADLER E - 00720                                                                           0.20   132.00
```

```
alp_132r: Matter Detail                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    17
Run Date & Time: 01/11/2006 15:44:03                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                 Orig Prtnr : CRED. RGTS - 06975            Proforma Number:    2036461
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
                                                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status     : ACTIVE

U N B I L L E D    T I M E    D E T A I L
Employee Name         Work Date   Description                                                    Hours       Amount   Index#    Batch Date  Task Act
```

| Employee | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 12/05/05 | review depo notices and subpoenas and direction to Koevary re same (0.3); review ltr agreement from Harding re database and execute same (0.2) | 0.50 | 260.00 | 6041143 | 12/06/2005 |
| BECKER, GARY M. | 12/06/05 | review Grace Objection to Speights motion for class certification (0.5); email Lexecon re expert designation (0.1); conf Bentley re expert designation (0.1) | 0.70 | 364.00 | 6044512 | 12/07/2005 |
| BECKER, GARY M. | 12/09/05 | letter to Lexecon with claims database (0.2); conf Koevary re Harron Depo (0.3) | 0.50 | 260.00 | 6049286 | 12/12/2005 |
| BECKER, GARY M. | 12/12/05 | conf J. Baer re various asbestos related issues | 0.50 | 260.00 | 6051127 | 12/13/2005 |
| BECKER, GARY M. | 12/13/05 | attention to notices of deposition and email re harden depo and conf. Koevary re same | 0.50 | 260.00 | 6054590 | 12/14/2005 |
| BECKER, GARY M. | 12/14/05 | Prepare designation of expert and circulate internally | 0.40 | 208.00 | 6056652 | 12/15/2005 |
| BECKER, GARY M. | 12/15/05 | conf Koevary re depositions; review proosed PD CMO | 0.30 | 156.00 | 6058150 | 12/16/2005 |
| BECKER, GARY M. | 12/16/05 | send disclosure of expert to local counsel (0.1); attention to deposition notices (0.2) | 0.30 | 156.00 | 6062434 | 12/20/2005 |
| BECKER, GARY M. | 12/23/05 | Review various expert disclosures and associated documents | 0.70 | 364.00 | 6081673 | 01/03/2006 |
| **Total For BECKER G - 05292** | | | **4.40** | **2,288.00** | | |
| KOEVARY, JONATHAN T | 12/05/05 | Discuss deposition status with Gary Becker. | 0.10 | 34.00 | 6049502 | 12/12/2005 |
| KOEVARY, JONATHAN T | 12/14/05 | Call with Debtors' counsel re: Herron deposition. Discuss same with Gary Becker. | 0.30 | 102.00 | 6059225 | 12/18/2005 |
| **Total For KOEVARY J - 06228** | | | **0.40** | **136.00** | | |

**Fee Total**  6.30  3,312.00

```
U N B I L L E D    C O S T S    D E T A I L
Description/Code            Employee              Date         Amount     Index#   Batch No   Batch Date
```

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING |  |  |  |  |  |  |
| PHOTOCOPYING 0820 | BENTLEY, P | 11/28/05 | 3.60 | 7253050 | 368637 | 12/12/05 |
| **0820 PHOTOCOPYING Total :** | | | **3.60** | | | |
| CAB FARES |  |  |  |  |  |  |
| CAB FARES - ODYSSEY 0941 | KOEVARY, J T | 11/16/05 | 99.45 | 7267550 | 369312 | 12/28/05 |

```
alp_132r: Matter Detail                                                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    18
Run Date & Time: 01/11/2006 15:44:03                                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                             Orig Prtnr : CRED. RGTS - 06975                   Proforma Number:    2036461
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                     Bill Prtnr : BENTLEY PHILIP - 02495               Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                            Status     : ACTIVE

UNBILLED COSTS DETAIL
-----------------------
Description/Code                    Employee                        Date            Amount             Index#      Batch No    Batch Date
-----------------------             --------                        ----            ------             ------      --------    ----------

CAB FARES - ODYSSEY
                                    KOEVARY, J T                    11/17/05        403.41             7267551     369312      12/28/05
                                    0941 CAB FARES - ODYSSEY Total :                502.86

                                                        Costs Total :               506.46
```

```
alp_132r: Matter Detail                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    19
Run Date & Time: 01/11/2006 15:44:03                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                  Orig Prtnr : CRED. RGTS - 06975              Proforma Number:    2036461
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                          Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                            Status      : ACTIVE
```

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| NADLER, EILLEN R. | 0.20 | 132.00 | | | | | |
| BENTLEY, PHILIP | 0.80 | 476.00 | | | | | |
| HOROWITZ, GREGORY A. | 0.50 | 280.00 | | | | | |
| BECKER, GARY M. | 4.40 | 2,288.00 | | | | | |
| KOEVARY, JONATHAN T | 0.40 | 136.00 | | | | | |
| Total: | 6.30 | 3,312.00 | | | | | |

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | 3.60 | | | | | |
| 0941 CAB FARES - ODYSSEY | 502.86 | | | | | |
| Costs Total : | 506.46 | | | | | |

```
alp_132r: Matter Detail                                     KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    20
Run Date & Time: 01/11/2006 15:44:03                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                 Orig Prtnr : CRED. RGTS - 06975                         Proforma Number:    2036464
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495                     Bill Frequency: M
Matter Name : HEARINGS                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                      Status     : ACTIVE

Special Billing Instructions:
===============================================================================================================================================

                                                          PRE-BILLING SUMMARY REPORT

            UNBILLED TIME FROM:       12/13/2005         TO:  12/19/2005
            UNBILLED DISB FROM:       11/01/2005         TO:  12/29/2005

                                          FEES                      COSTS
                                         ------                    ------
            GROSS BILLABLE AMOUNT:     3,796.00                    387.00
            AMOUNT WRITTEN DOWN:
            PREMIUM:
            ON ACCOUNT BILLED:
      DEDUCTED FROM PAID RETAINER:
            AMOUNT BILLED:
            THRU DATE:                12/19/2005                 12/29/2005
      CLOSE MATTER/FINAL BILLING?    YES OR NO
      EXPECTED DATE OF COLLECTION:

      BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

      BILLING COMMENTS:
      _____
      _____

                                                    ACCOUNTS RECEIVABLE TOTALS                                  UNAPPLIED CASH

                       FEES:                         0.00          UNIDENTIFIED RECEIPTS:        0.00
               DISBURSEMENTS:                         0.00          PAID FEE RETAINER:            0.00
               FEE RETAINER:                         0.00          PAID DISB RETAINER:            0.00
               DISB RETAINER:                        0.00          TOTAL AVAILABLE FUNDS:         0.00
           TOTAL OUTSTANDING:                         0.00
                                                                   TRUST BALANCE:
                                                        BILLING HISTORY
      DATE OF LAST BILL:               12/23/05         LAST PAYMENT DATE:            01/03/06
      LAST BILL NUMBER:                  425486         ACTUAL FEES BILLED TO DATE:   116,991.50
                                                        ON ACCOUNT FEES BILLED TO DATE:    0.00
                                                        PAID FEE RETAINER:                  0.00
                                                        TOTAL FEES BILLED TO DATE:    116,991.50
      LAST BILL THRU DATE:             11/30/05         FEES WRITTEN OFF TO DATE:       5,087.68

      FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:
            (1) Exceeded Fixed Fee              (4) Excessive Legal Time         (7) Fixed Fee
            (2) Late Time & Costs Posted        (5) Business Development         (8) Premium
            (3) Pre-arranged Discount           (6) Summer Associate             (9) Rounding              (10) Client Arrangement

      BILL NUMBER: _____      DATE OF BILL: _____    Processed by: _____  FRC: _____    CRC: _____
```

```
alp_132r: Matter Detail                                  KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   21
Run Date & Time: 01/11/2006 15:44:03                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                      Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  2036464
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : HEARINGS                                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                           Status    : ACTIVE


U N B I L L E D    T I M E    S U M M A R Y  ------------- Total Unbilled -------------
Emp Id Employee Name         Group             Oldest        Latest          Total         Total
                                               Entry         Entry           Hours         Amount
                                               ------        ------          -----         ------
05292  BECKER, GARY M.       CRED             12/13/05      12/19/05          7.30        3,796.00
                                                                             -----        --------
                   Total:                                                     7.30        3,796.00


Sub-Total Hours  :    0.00 Partners    7.30 Counsels   0.00 Associates    0.00 Legal Assts    0.00 Others


U N B I L L E D    C O S T S    S U M M A R Y ---------------- Total Unbilled ---------------
Code  Description                             Oldest        Latest          Total
                                              Entry         Entry           Amount
                                              ------        ------          ------
0940  CAB FARES                              12/29/05      12/29/05         140.15
0951  MEALS/T & E                            12/29/05      12/29/05         166.85
0990  OTHER FEES                             11/01/05      11/01/05          80.00
                                                                            ------
                   Total:                                                   387.00


                          Grand Total                                                      4,183.00
                                                                                          ========


U N B I L L E D    T I M E    D E T A I L
Employee Name            Work Date    Description                                 Hours       Amount      Index#    Batch No   Batch Date
-------------            ---------    -----------                                 -----       ------      ------    --------   ----------

BECKER, GARY M.          12/13/05     prep for omnibus hearing; review agenda and   0.50       260.00     6054591   12/14/2005
                                      direction to Gavigan
BECKER, GARY M.          12/16/05     prep for omnibus hearing; conf Wechsler re same  0.30    156.00     6062435   12/20/2005
BECKER, GARY M.          12/19/05     prepare for and attend omnibus hearing        6.50     3,380.00     6062436   12/20/2005

                Total For BECKER G - 05292                                          7.30     3,796.00


                                                                         Fee Total                7.30     3,796.00


U N B I L L E D    C O S T S    D E T A I L
Description/Code                          Employee                     Date         Amount     Index#    Batch No   Batch Date Task Act
----------------                          --------                     ----         ------     ------    --------   ---------- --------

CAB FARES                                   0940
  GARY M. BECKER
    CAB FARES - VENDOR- GARY M. BECKER cab fare       BECKER, G M     12/29/05       76.00    7272869    369377    12/29/05
    CAB FARES - VENDOR- GARY M. BECKER parking        BECKER, G.M.    12/29/05       20.50    7272871    369377    12/29/05
```

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE   22
Run Date & Time: 01/11/2006 15:44:03                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                          Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  2036464
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                Status      : ACTIVE

UNBILLED COSTS DETAIL
Description/Code            Employee          Date          Amount       Index#    Batch No    Batch Date
-----------------           --------          ----          ------       ------    --------    ----------

GARY M. BECKER
CAB FARES - VENDOR- GARY M. BECKER mileage    BECKER, G M   12/29/05      43.65    7272872     369377     12/29/05
       0940 CAB FARES Total :                                            140.15

MEALS/T & E
GARY M. BECKER                    0951
MEALS/T & E - VENDOR- GARY M. BECKER hotel    BECKER, G M   12/29/05     166.85    7272870     369377     12/29/05
       0951 MEALS/T & E Total :                                          166.85

OTHER FEES
CITIBANK                          0990        BENTLEY, P    11/01/05      80.00    7275922     369494     12/30/05
OTHER FEES - VENDOR- CITIBANK Court Call
       0990 OTHER FEES Total :                                            80.00

                                 Costs Total :                           387.00
```

```
alp_132r: Matter Detail                                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   23
Run Date & Time: 01/11/2006 15:44:03                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                                 Orig Prtnr : CRED. RGTS     - 06975           Proforma Number:    2036464
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                         Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : HEARINGS                                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                            Status     : ACTIVE

B I L L I N G    I N S T R U C T I O N S    F O R    U N B I L L E D    T I M E    S U M M A R Y
Employee Name               Hours        Amount           Bill          W/o / W/u              Transfer To    Clnt/Mtr    Carry Forward
------------------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.              7.30       3,796.00

      Total:                 7.30       3,796.00


B I L L I N G    I N S T R U C T I O N S    F O R    U N B I L L E D    C O S T S    S U M M A R Y
Code Description                         Amount                Bill           W/o / W/u          Transfer To    Clnt/Mtr    Carry Forward
------------------------------------------------------------------------------------------------------------------------------------
0940 CAB FARES                            140.15
0951 MEALS/T & E                          166.85
0990 OTHER FEES                            80.00

      Costs Total :                       387.00
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                           PAGE   24
Run Date & Time: 01/11/2006 15:44:03            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                    Orig Prtnr : CRED. RGTS - 06975         Proforma Number:   2036465
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                          Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15 Bill this matter only at 1/2 standard rate

                                        PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:   12/18/2005                        TO:    12/19/2005
UNBILLED DISB FROM:                                     TO:

                                       FEES                         COSTS

GROSS BILLABLE AMOUNT:              2,470.00                         0.00
AMOUNT WRITTEN DOWN:
    PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
    AMOUNT BILLED:
    THRU DATE:                     12/19/2005
CLOSE MATTER/FINAL BILLING?       YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

    BILLING COMMENTS:
    BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)


                                       ACCOUNTS RECEIVABLE TOTALS                  UNAPPLIED CASH

    FEES:                                     0.00
    DISBURSEMENTS:                            0.00       UNIDENTIFIED RECEIPTS:        0.00
    FEE RETAINER:                             0.00       PAID FEE RETAINER:            0.00
    DISB RETAINER:                            0.00       PAID DISB RETAINER:           0.00
    TOTAL OUTSTANDING:                        0.00       TOTAL AVAILABLE FUNDS:        0.00
                                                                TRUST BALANCE:
                                                         BILLING HISTORY
    DATE OF LAST BILL:             12/23/05                   LAST PAYMENT DATE:         01/03/06
    LAST BILL NUMBER:              425486    ACTUAL FEES BILLED TO DATE:             51,366.00
                                             ON ACCOUNT FEES BILLED TO DATE:              0.00
                                             DISB RETAINER:                               0.00
                                             TOTAL FEES BILLED TO DATE:              51,366.00
    LAST BILL THRU DATE:           11/30/05   FEES WRITTEN OFF TO DATE:              25,258.50

FOR ACCTG USE ONLY:                Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee           (4) Excessive Legal Time        (7) Fixed Fee
    (2) Late Time & Costs Posted     (5) Business Development        (8) Premium
    (3) Pre-arranged Discount        (6) Summer Associate            (9) Rounding      (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____ FRC: _____ CRC: _____
```

```
alp_132r: Matter Detail                                                                                                                    PAGE   25
Run Date & Time: 01/11/2006 15:44:03
                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                  Orig Prtnr : CRED. RGTS. - 06975         Proforma Number:    2036465
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                        Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y   ----------- Total Unbilled -----------
Emp Id Employee Name          Group             Oldest       Latest       Hours      Amount
05292 BECKER, GARY M.          CRED            12/18/05     12/19/05       9.50    2,470.00

                     Total:                                                9.50    2,470.00

Sub-Total Hours :    0.00 Partners    9.50 Counsels   0.00 Associates   0.00 Legal Assts   0.00 Others

U N B I L L E D   T I M E   D E T A I L
Employee Name           Work Date   Description                                               Hours     Amount    Index#   Batch Date Task Act
BECKER, GARY M.         12/18/05    Travel to Pittsburgh for omnibus hearing (bill             5.00   1,300.00   6062438  12/20/2005
                                    at one-half normal rate)
BECKER, GARY M.         12/19/05    Return from omnibus hearing (bill at one-half              4.50   1,170.00   6062437  12/20/2005
                                    normal rate)
                                                                            Fee Total          9.50   2,470.00

   Total For BECKER G - 05292                                                                  9.50   2,470.00
```

alp_132r: Matter Detail

Run Date & Time: 01/11/2006 15:44:03

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   26

Matter No: 056772-00028
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : TRAVEL\NON-WORKING
Matter Opened : 10/04/2002

Orig Prtnr  : CRED. RGTS - 06975          Proforma Number:    2036465
Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Supv Prtnr  : MAYER THOMAS MOERS - 03976

Status     : ACTIVE

**BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr Carry Forward |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 9.50 | 2,470.00 | | | | |
| Total: | 9.50 | 2,470.00 | | | | |