# EXHIBIT B TO

# SIXTH QUARTERLY

# AUGUST 2005 MONTHLY FEE APPLICATION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | )    Chapter 11 |
|  | ) |
| W.R. GRACE & CO., et al. | )    Case No. 01-1139 (JKF) |
|  | ) |
| Debtors. | )    Objection Deadline: November 9, 2005 at 4:00 p.m. |
|  | )    Hearing: Schedule if Necessary (Negative Notice) |

**COVER SHEET TO SIXTEENTH MONTHLY INTERIM APPLICATION OF
SWIDLER BERLIN LLP, BANKRUPTCY COUNSEL
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
AUGUST 1, 2005 THROUGH AUGUST 31, 2005**

Name of Applicant:        Swidler Berlin LLP ("Swidler")

Authorized to Provide Professional
Services to:        David T. Austern, Future Claimants' Representative
(the "FCR")

Date of Retention:        Swidler Retention Order entered
September 27, 2004

Period for which compensation is
sought:        August 1, 2005 through August 31, 2005

Amount of Compensation (100%) sought
as actual, reasonable, and necessary:        $39,692.25

80% of fees to be paid:        $31,753.80[1]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:        $ 3,364.14

Total Fees @ 80% and 100%
Expenses:        $35,117.94

---

1 Pursuant to the Administrative Order entered March 17, 2003, absent timely objections, the Debtor is authorized
and directed to pay 80% of fees and 100% expenses.

This is an: ____ interim   X   monthly   ____ final application.

The total time expended for fee application preparation during this time period is 16.10 hours and the corresponding fees are $3,460.50 and $74.52 in expenses for Swidler's fee applications and 1.00 hours and $195.00 in fees and $48.64 in expenses for the FCR and/or is other professional's fee applications.   Any additional time spent for this matter will be requested in subsequent monthly interim applications.

This is Swidler's sixteenth interim fee application for the period August 1-31, 2005. Swidler has previously filed the following fee applications:

- Fifteenth interim fee application for the period July 1-31, 2005 in the amount of $82,748.00 (80% of $103,435.00) in fees and expenses of $9,524.96
- Fourteenth interim fee application for the period June 1-30, 2005 in the amount of $81,593.60 (80% of $101,992.00) in fees and expenses of $249.19
- Thirteenth interim fee application for the period May 1-31, 2005 in the amount of $53,489.60 (80% of $66,862.00) in fees and expenses of $852.77
- Twelfth interim fee application for the period April 1-30, 2005 in the amount of $21,802.60 (80% of $27,253.25) in fees, expenses of $1,560.48
- Eleventh interim fee application for the period March 1-31, 2005 in the amount of $67,870.00 (80% of $54,296.00) in fees, expenses of $4,114.49
- Tenth interim fee application for the period February 1-28, 2005 in the amount of $92,370.80 (80% of $115,463.50) in fees, expenses of $2,097.16
- Ninth interim fee application for the period January 1-31, 2005 in fees and of $50,702.60 (80% of $63,378.25) in fees, expenses of $7,490.31
- Eighth interim fee application for the period December 1-31, 2004 in the amount of $70,817.20 (80% of $88,521.50) in fees and expenses of $4,326.10
- Seventh interim fee application for the period November 1-30, 2004  in the total amount of $78,054.40 (80% of $97,568.00) in fees and expenses of $4,182.19
- Sixth interim fee application for the period October 1-31, 2004 in the total amount of $87,179.80 (80% of $108,974.75) in fees and expenses of $8,520.60
- Fifth interim fee application for the period September 1-30, 2004 in the amount of $123,890.80 (80% of $154,863.50) in fees and expenses of $5,827.44
- Fourth interim fee application for the period August 1-31, 2004 in the amount of $38,486.00 (80% of $48,107.50) in fees and $4,143.66 in expenses
- Third interim fee application for the period July 1-31, 2004 in the amount of $74,481.80 (80% of $93,102.25) in fees and $4,429.85 in expenses
- Second interim fee application for the period June 1-30, 2004 in the amount of $88,393.20 (80% of $110,491.50) in fees and expenses of $15,846.02
- First interim fee application for the period May 1-31, 2004 in the amount of $8,151.60 (80% of $10,189.50) in fees and expenses of $8,151.60

To date, Swidler has received payments from the Debtors in the following amounts:

- $8,151.60 representing 80% of fees and 100% expenses for May 24-31, 2004
- $104,239.22 representing 80% of fees and 100% expenses for June 1-30, 2004
- $19,993.70 representing the 20% holdback on fees for the time period May and June 2004
- $42,629.66 representing 80% of fees and 100% expenses for July 2004
- $78,911.65 representing 80% of fees and 100% expenses for August 2004
- $129,718.24 representing 80% of fees and 100% expenses for September 2004
- $59,214.65 representing the 20% holdback on fees for the time period July-September 2004
- $95,700.40 representing 80% of fees and 100% expenses for October 2004
- $157,379.89 representing 80% of fees and expenses for November and December 2004
- $58,642.05 representing 20% holdback on fees for the time period October-December 2004
- $58,192.91 representing 80% of fees and 100% expenses for January 2005
- $94,467.96 representing 80% of fees and 100% expenses for February 2005
- $58,410.49 representing 80% of fees and 100% expenses for March 2005
- $23,363.08 representing 80% of fees and 100% expenses for April 2005
- $54,342.37 representing 80% of fees and 100% expenses for May 2005
- $81,842.79 representing 80% of fees and 100% expenses for June 2005

## COMPENSATION SUMMARY

### AUGUST 2005

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Monique D. Almy | Partner, 9 years in position; 18 years relevant experience; 1987, Bankruptcy | $460.00 | 9.40 | $4,324.00 |
| Roger Frankel | Partner, 22 years in position; 34 years relevant experience; 1971, Bankruptcy | $645.00 | 26.40 | $16,125.00[2] |

-3-

---

2 This amount reflects a reduction of $903.00 for non-working travel time.

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Richard H. Wyron | Partner, 16 years in position; 26 years relevant experience; 1979, Bankruptcy | $545.00 | 12.00 | $6,540.00 |
| Debra L. Felder | Associate, 3 years in position; 3 years relevant experience; 2002, Bankruptcy | $255.00 | 35.30 | $8,427.75[3] |
| Scott J. Levitt | Associate, 10 years in position; 10 years relevant experience; 1995; Insurance Litigation | $390.00 | .70 | $273.00 |
| Rachael M. Barainca | File Clerk | $60.00 | 9.20 | $552.00 |
| Debra O. Fullem | Senior Legal Assistant | $195.00 | 16.90 | $3,295.50 |
| M. Pamela Terrazas | Legal Assistant | $155.00 | 1.00 | $155.00 |
| **Total** | | | **110.90** | **$39,692.25** |
| **Blended Rate: $357.91** | | | | |

## COMPENSATION BY PROJECT CATEGORY

### AUGUST 2005

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 14.70 | $2,003.50 |
| Compensation of Professionals-Swidler | 16.10 | $3,460.50 |
| Compensation of Professionals-Other | 1.00 | $195.00 |
| Litigation | 71.80 | $32,556.50 |
| Travel Time (Non-Working) | 7.30 | $1,476.75 |
| **TOTAL** | **110.90** | **$39,692.25** |

-4-

---

3 This amount reflects a reduction of $573.75 for non-working travel time.

## EXPENSE SUMMARY

### AUGUST 2005

| Expense Category | Total |
|---|---|
| Computerized Research | $57.64 |
| Photocopying/Printing | $2,930.00 |
| Postage/Federal Express/Courier Fees | $84.99 |
| Secretarial Services | $72.00 |
| Telephone/Facsimile | $6.78 |
| Travel | $212.73 |
| **TOTAL** | **$3,364.14** |

Respectfully submitted,

SWIDLER BERLIN LLP

By: _____
    Roger Frankel, admitted *pro hac vice*
    Richard H. Wyron, admitted *pro hac vice*
    3000 K Street, NW, Suite 300
    Washington, DC  20007
    (202) 424-7500
    Counsel to David T. Austern,
    As Future Claimants' Representative

Dated: October 20, 2005

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

**DISTRICT OF COLUMBIA, TO WIT:**

Roger Frankel, after being duly sworn according to law, deposes and says:

1.    I am a partner of the applicant law firm Swidler Berlin LLP ("Swidler") and have been admitted *pro hac vice* to appear in these cases.

2.    I have personally performed many of the legal services rendered by Swidler as counsel to David T. Austern as Future Claimants' Representative ("FCR") and am familiar with the other work performed on behalf of the FCR by the lawyers, legal assistants, and other professionals of Swidler as set forth in the invoices attached as Exhibit A hereto.

3.    I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

ROGER FRANKEL

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 20th DAY OF OCTOBER, 2005

Notary Public

My commission expires: _____

Lori S. Williams
Notary Public, District of Columbia
My Commission Expires 3-31-2010

# EXHIBIT A

# SWIDLER BERLIN LLP

# INVOICES FOR THE TIME PERIOD

# AUGUST 1-31, 2005

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 09/30/05
INVOICE NUMBER: 293043

CLIENT/CASE: 25369.0001

RE: Case Administration

## FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 07/21/05 | Debra O. Fullem | Review docket update. | 0.20 |
| 08/01/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 08/02/05 | Debra L. Felder | Review docket and pleadings and update calendar of hearings and deadlines. | 0.90 |
| 08/03/05 | Roger L. Frankel | Review status report of Grace filings from D. Felder. | 0.40 |
| 08/05/05 | Monique D. Almy | Review Debtor-In-Possession Monthly Operating Report for Filing Period June 2005. | 0.20 |
| 08/05/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.30 |
| 08/05/05 | Rachael M. Barainca | Update pleadings folders. | 1.50 |
| 08/08/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 08/08/05 | Debra O. Fullem | Review docket. | 0.10 |
| 08/09/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)  
09/30/05  
Page 2

CLIENT:  25369  
MATTER:  .0001  
INVOICE: 293043

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 08/10/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 08/10/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.40 |
| 08/11/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 08/12/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 08/15/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.40 |
| 08/15/05 | Rachael M. Barainca | Update pleadings folders. | 1.50 |
| 08/15/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.50 |
| 08/16/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 08/17/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 08/18/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 08/22/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.50 |
| 08/22/05 | M. Pamela Terrazas | Travel to and from court to deliver documents and receive stamped copies as requested by F. DiRosa. | 1.00 |
| 08/22/05 | Debra O. Fullem | Review docket updates. | 0.10 |
| 08/23/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 08/23/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 08/24/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 08/25/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 08/25/05 | Debra O. Fullem | Review docket update. | 0.10 |

# SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
09/30/05
Page 3

CLIENT: 25369
MATTER: .0001
INVOICE: 293043

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 08/26/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 08/26/05 | Rachael M. Barainca | Print and prepare filings for D. Felder. | 1.00 |
| 08/29/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 08/29/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 08/30/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 08/31/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 08/31/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.50 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Monique D. Almy | $460.00 | 0.20 | $92.00 |
| Roger L. Frankel | $645.00 | 0.40 | $258.00 |
| Debra L. Felder | $255.00 | 3.10 | $790.50 |
| Debra O. Fullem | $195.00 | 0.80 | $156.00 |
| M. Pamela Terrazas | $155.00 | 1.00 | $155.00 |
| Rachael M. Barainca | $60.00 | 9.20 | $552.00 |
| **TOTAL HOURS & FEES** | | **14.70** | **$2,003.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 1,585.65 |
| Telephone | 6.72 |
| Postage | 0.37 |
| Westlaw Legal Research | 51.30 |
| DC Secretarial/Staff Overtime | 72.00 |

# SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
09/30/05
Page 4

CLIENT:  25369
MATTER: .0001
INVOICE: 293043

| OTHER CHARGES | AMOUNT |
|---|---|
| Ground Transportation | 10.00 |
| **TOTAL OTHER CHARGES** | **$1,726.04** |

**CURRENT INVOICE DUE**................................................................**$3,729.54**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 09/30/05

OUR REFERENCE: 25369.0001

INVOICE NUMBER: 293043

## INVOICE SUMMARY

TOTAL FEES......................................................................$2,003.50

TOTAL OTHER CHARGES.......................................................$1,726.04

**TOTAL AMOUNT DUE** ..........................................................$3,729.54

*REMITTANCE INFORMATION:*

| U.S. Mail: | U.S. Electronic Funds Transfer: | | International Electronic Funds Transfer: | |
|---|---|---|---|---|
| Swidler Berlin LLP | Name of Bank: | Wachovia Bank, N.A. Washington, DC | Name of Bank: | Wachovia Bank, N.A. Washington, DC |
| Attn: Accounting Department | Account Title: | Swidler Berlin LLP | Account Title: | Swidler Berlin LLP |
| P.O. Box 3766 | Account No.: | 2000024531692 | Account No.: | 2000024531692 |
| Washington, DC 20027-3766 | ABA Routing No.: | 054001220 | Swift Code: | PNBPUS33 |
| | | | CHIPS: | 0509 |
| | | | ABA Routing No.: | 026005092 |

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 09/30/05
INVOICE NUMBER: 293045

CLIENT/CASE: 25369.0011

RE:  Compensation of Professionals--Swidler

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|-----------------------|-------|
| 08/01/05 | Debra O. Fullem | Follow up on billing matters and update spreadsheet; send e-mail to R. Frankel and R. Wyron re same. | 0.50 |
| 08/02/05 | Debra O. Fullem | Prepare notice correcting fee application filings in Grace. | 1.00 |
| 08/02/05 | Debra O. Fullem | Confer with D. Felder and R. Wyron regarding correction to fee applications in Grace. | 0.20 |
| 08/02/05 | Debra O. Fullem | Prepare Certificate of No Objection for Swidler's April fee statement; coordinate filing and serving of same. | 0.30 |
| 08/02/05 | Debra O. Fullem | Prepare Swidler's June fee application. | 1.50 |
| 08/02/05 | Debra L. Felder | Telephone conference with D. Fullem regarding fee applications. | 0.10 |
| 08/04/05 | Debra O. Fullem | Respond to e-mail from R. Malstrom regarding payments due in August. | 0.10 |
| 08/04/05 | Debra O. Fullem | Prepare June fee application. | 2.00 |
| 08/05/05 | Debra O. Fullem | Follow up on W.R. Grace payment of 20% holdback for fees incurred October-December 2004; update spreadsheet with 20% fee numbers; e-mail to accounting for proper application. | 0.70 |

## SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)  
09/30/05  
Page 2

CLIENT:  25369  
MATTER: .0011  
INVOICE: 293045

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 08/05/05 | Debra O. Fullem | Prepare e-mail to accounting regarding deletion of printing charge on June invoice. | 0.10 |
| 08/05/05 | Debra O. Fullem | Finish draft of Swidler's June fee application. | 1.00 |
| 08/08/05 | Richard H. Wyron | Review July fees and expenses. | 0.60 |
| 08/09/05 | Debra O. Fullem | Continue preparation of June fee application. | 2.00 |
| 08/10/05 | Richard H. Wyron | Review fee application for June. | 0.30 |
| 08/11/05 | Debra O. Fullem | Prepare final of June fee application filing; coordinate filing with Court and serving on parties. | 1.00 |
| 08/23/05 | Debra O. Fullem | Prepare quarterly fee application for the period April - June 2005. | 1.00 |
| 08/23/05 | Debra O. Fullem | Prepare certificate of no objection for Swidler's May fee application; obtain signature by R. Frankel; coordinate filing by local counsel. | 0.50 |
| 08/26/05 | Debra O. Fullem | Confer with P. Reyes regarding copies of July invoices. | 0.10 |
| 08/30/05 | Debra O. Fullem | Review and revise quarterly filing for time period April - June 2005. | 0.70 |
| 08/30/05 | Debra O. Fullem | Review invoices from July 2005 (.3); prepare summary of fees and expenses (.5); begin preparing fee application (1.0). | 1.80 |
| 08/31/05 | Debra O. Fullem | Review July fee application. | 0.60 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Richard H. Wyron | $545.00 | 0.90 | $490.50 |
| Debra L. Felder | $255.00 | 0.10 | $25.50 |
| Debra O. Fullem | $195.00 | 15.10 | $2,944.50 |
| **TOTAL HOURS & FEES** | | **16.10** | **$3,460.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 35.70 |

### SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
09/30/05
Page 3

CLIENT:  25369
MATTER: .0011
INVOICE: 293045

| OTHER CHARGES | AMOUNT |
|---|---|
| Postage | 1.98 |
| Federal Express | 36.85 |
| **TOTAL OTHER CHARGES** | **$74.53** |

**CURRENT INVOICE DUE**..................................................................**$3,535.03**

# SWIDLER BERLIN LLP

### FEDERAL IDENTIFICATION
### NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 09/30/05
INVOICE NUMBER: 293045

OUR REFERENCE: 25369.0011

## INVOICE SUMMARY

TOTAL FEES................................................................$3,460.50

TOTAL OTHER CHARGES ........................................$74.53

**TOTAL AMOUNT DUE** ........................................**$3,535.03**

*REMITTANCE INFORMATION:*

U.S. Mail:

Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

U.S. Electronic Funds Transfer:

Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:     Swidler Berlin LLP
Account No.:       2000024531692
ABA Routing No.:   054001220

International Electronic Funds Transfer:

Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:     Swidler Berlin LLP
Account No.:       2000024531692
Swift Code:        PNBPUS33
CHIPS:             0509
ABA Routing No.:   026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 09/30/05
INVOICE NUMBER: 293046

CLIENT/CASE: 25369.0012

RE: Compensation of Professionals--Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 08/02/05 | Debra O. Fullem | Review and respond to Rit Chatterjee's e-mail regarding timing for filing of quarterly fee application. | 0.10 |
| 08/08/05 | Debra O. Fullem | Review and reply to e-mail from R. Chatterjee regarding CIBC's June fee application. | 0.20 |
| 08/09/05 | Debra O. Fullem | Review and insert deadlines and dates in CIBC's June fee application; coordinate filing and serving. | 0.70 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Debra O. Fullem | $195.00 | 1.00 | $195.00 |
| **TOTAL HOURS & FEES** | | **1.00** | **$195.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 2.85 |
| Postage | 0.83 |

## SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
09/30/05
Page 2

CLIENT: 25369
MATTER: .0012
INVOICE: 293046

| OTHER CHARGES | AMOUNT |
|---|---|
| Federal Express | 44.96 |
| **TOTAL OTHER CHARGES** | **$48.64** |

**CURRENT INVOICE DUE**.........................................................................$243.64

# SWIDLER BERLIN LLP
### FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 09/30/05
INVOICE NUMBER: 293046

OUR REFERENCE: 25369.0012

## INVOICE SUMMARY

TOTAL FEES.................................................................$195.00

TOTAL OTHER CHARGES........................................$48.64

**TOTAL AMOUNT DUE** ................................................**$243.64**

**REMITTANCE INFORMATION:**

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**
Name of Bank:        Wachovia Bank, N.A. Washington, DC
Account Title:        Swidler Berlin LLP
Account No.:          2000024531692
ABA Routing No.:     054001220

**International Electronic Funds Transfer:**
Name of Bank:        Wachovia Bank, N.A. Washington, DC
Account No.:          2000024531692
Swift Code:           PNBPUS33
CHIPS:                0509
ABA Routing No.:     026005092

Please Note Our Reference and Invoice Numbers When Making Payment

# SWIDLER BERLIN LLP
### FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 09/30/05
INVOICE NUMBER: 293044

CLIENT/CASE: 25369.0007

RE: Litigation

## FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 07/22/05 | Roger L. Frankel | Review motion and objection to Speights claims. | 1.20 |
| 08/02/05 | Richard H. Wyron | Confer with D. Felder regarding status. | 0.20 |
| 08/02/05 | Debra L. Felder | Conference with R. Wyron regarding upcoming objection deadlines (.2); e-mail to B. Harding regarding status of PI CMO and Questionnaire (.1). | 0.30 |
| 08/02/05 | Debra L. Felder | E-mail correspondence to S. Levitt regarding Grace's participation in insurance settlement fund. | 0.10 |
| 08/03/05 | Debra L. Felder | E-mail correspondence to B. Harding regarding status of PI CMO and Questionnaire (.1); telephone conference with J. Brownstein regarding pending motions (.2). | 0.30 |
| 08/03/05 | Scott J. Levitt | Review Grace's motion to approve settlement with Marsh & McLennon (.5); draft e-mail to R. Wyron, M. Plumer and D. Lessin re same (.2). | 0.70 |
| 08/05/05 | Monique D. Almy | Review Speights & Runyan's Motion to Quash and Supplemental Motion to Quash Subpoena. | 0.10 |
| 08/08/05 | Monique D. Almy | Review fax re sale of SPBusiness. | 0.20 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)  
09/30/05  
Page 2

CLIENT:  25369  
MATTER:  .0007  
INVOICE: 293044

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 08/08/05 | Debra L. Felder | Telephone conferences with J. Brownstein regarding Debtors' motion to sell SP business and other recently filed pleadings (.5); e-mail to R. Frankel and R. Wyron regarding same (.2). | 0.70 |
| 08/08/05 | Roger L. Frankel | Review correspondence re sale of Elcat, Inc. | 0.50 |
| 08/10/05 | Debra L. Felder | Telephone conference with R. Frankel regarding upcoming hearing and PI CMO and Questionnaire. | 0.10 |
| 08/10/05 | Richard H. Wyron | Review summary of pleadings for 8/12 objection deadline (.4); review revised PI CMO and Questionnaire and organize comments (1.1). | 1.50 |
| 08/11/05 | Richard H. Wyron | Review issue on Intercat settlement. | 0.20 |
| 08/11/05 | Debra L. Felder | Review July 19 hearing transcript and Debtors' proposed PI CMO and Questionnaire. | 2.50 |
| 08/12/05 | Debra L. Felder | Review Debtors' revised PI CMO and Questionnaire and July 19 hearing transcript (4.2); e-mail to R. Frankel and R. Wyron regarding same (.4); conference with R. Frankel regarding same (.1); e-mail to B. Harding regarding status (.1); e-mail to D. Austern regarding same (.1). | 4.90 |
| 08/15/05 | Debra L. Felder | Telephone conference with D. Austern regarding PI Questionnaire (.1); e-mail to R. Frankel and R. Wyron regarding same (.1). | 0.20 |
| 08/15/05 | Roger L. Frankel | Review series of e-mails re CMO, Questionnaire. | 0.30 |
| 08/15/05 | Richard H. Wyron | Review e-mails and PI CMO status and issues, and respond. | 0.80 |
| 08/16/05 | Roger L. Frankel | Telephone conference with D. Austern re OC decision, Judge Jack opinion. | 0.40 |
| 08/17/05 | Roger L. Frankel | Review UCC objection to Intercat settlement. | 0.50 |
| 08/17/05 | Richard H. Wyron | Review status open issues on PI CMO and Questionnaire. | 1.30 |
| 08/18/05 | Richard H. Wyron | Continue review of e-mail correspondence and open issues on PI CMO and Questionnaire. | 1.20 |
| 08/18/05 | Roger L. Frankel | Review 3d circuit opinion in OC reversing confirmation. | 0.90 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)  
09/30/05  
Page 3

CLIENT:  25369  
MATTER: .0007  
INVOICE: 293044

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 08/18/05 | Roger L. Frankel | Review draft questionnaire and CMO from K&E (.7); review portions of transcript (.3); confer with D. Felder re same (.3). | 1.30 |
| 08/18/05 | Roger L. Frankel | Review mark-up of CMO changes. | 0.30 |
| 08/18/05 | Debra L. Felder | Review Debtors' revised PI CMO and Questionnaire (1.2); conference with R. Frankel regarding same (.2). | 1.40 |
| 08/19/05 | Roger L. Frankel | Review J. Jacks opinion. | 0.80 |
| 08/19/05 | Richard H. Wyron | Review correspondence and emails regarding PI CMO and Questionnaire. | 0.30 |
| 08/22/05 | Richard H. Wyron | Review draft questionnaire of PI CMO, and prepare follow-up notes from conference call (.8); participate in conference call on PI CMO and Questionnaire and notes re same; (1.1); confer regarding open issues and follow-up notes (.7) | 2.60 |
| 08/22/05 | Roger L. Frankel | Review with R. Wyron issues re Questionnaire and CMO; review e-mails re same. | 0.60 |
| 08/22/05 | Debra L. Felder | Review Debtors' PI CMO and Questionnaire and email to B. Harding regarding FCR's edits (.4); conference call regarding PI CMO and Questionnaire (2.8); email summary to R. Frankel and R. Wyron regarding same (.6). | 3.80 |
| 08/22/05 | Debra L. Felder | Review Federal-Mogul opinion regarding asbestos PI claims in preparation for Grace's estimation hearing. | 0.30 |
| 08/22/05 | Monique D. Almy | Review Agenda of Matters Scheduled for Hearing on August 29, 2005. | 0.10 |
| 08/23/05 | Monique D. Almy | Review language proposed by ACC to be added to Questionnaire/CMO. | 0.30 |
| 08/23/05 | Roger L. Frankel | Review agenda, file in preparation for hearing (.9); confer with R. Wyron re same (.3). | 1.20 |
| 08/23/05 | Roger L. Frankel | Telephone conference with D. Austern in preparation for hearing and re Tillinghast. | 0.40 |
| 08/23/05 | Roger L. Frankel | Telephone conference with P. Lockwood re hearing, CMO, questionnaire; notes re same. | 0.40 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)　　　　　　　　CLIENT:  25369
09/30/05　　　　　　　　　　　　　　　　　　　　　　　　MATTER: .0007
Page 4　　　　　　　　　　　　　　　　　　　　　　　　　INVOICE: 293044

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 08/23/05 | Roger L. Frankel | Review Judge Rodriguez estimation opinion (first part); notes re same. | 1.40 |
| 08/24/05 | Roger L. Frankel | Review remainder of Rodriguez opinion (estimation); notes re same in preparation for hearing. | 1.60 |
| 08/24/05 | Roger L. Frankel | Confer with R. Wyron re estimation issues, strategy in preparation for hearing (.5); review file in preparation for hearing (.6) | 1.10 |
| 08/24/05 | Richard H. Wyron | Review status of PI CMO and Questionnaire, and develop open items outline for discussion with D. Austern. | 0.80 |
| 08/24/05 | Richard H. Wyron | Call with N. Finch re PI CMO and Questionnaire (.3); review status of issues and prepare for call (.6); participate in call on PI CMO and Questionnaire and follow-up notes (.9). | 1.80 |
| 08/25/05 | Roger L. Frankel | Review issues re Questionnaire, CMO in preparation for hearing; confer with R. Wyron re Austern position. | 0.60 |
| 08/25/05 | Debra L. Felder | Review Debtors' revised PI CMO and Questionnaire (1.0); conference call regarding same (1.0). | 2.00 |
| 08/26/05 | Monique D. Almy | Review Objection to the Revised Questionnaire Proposed by Debtors and Response to the Debtors' Proposed CMO. | 0.70 |
| 08/26/05 | Monique D. Almy | Review Limited Objection of London Market Insurers with Respect to Debtors' Proposed CMO. | 0.30 |
| 08/26/05 | Monique D. Almy | Review Debtors' Report to Court Pursuant to July 19, 2005 Rulings Regarding Personal Injury Claims and Estimation Proceedings. | 0.70 |
| 08/26/05 | Monique D. Almy | Review agenda for Monday's Omnibus hearing. | 0.20 |
| 08/28/05 | Debra L. Felder | Review pleadings in preparation for hearing on August 29. | 2.50 |
| 08/28/05 | Roger L. Frankel | Prepare notes in preparation for oral arguments on exclusivity; review filings re CMO and questionnaire. | 1.20 |
| 08/29/05 | Roger L. Frankel | Prepare for hearing during travel to Wilmington; confer with Lockwood re hearing. | 2.30 |
| 08/29/05 | Roger L. Frankel | Attend hearing (omnibus) in Wilmington re CMO, Questionnaire, exclusivity, etc. | 6.20 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)  
09/30/05  
Page 5

CLIENT: 25369  
MATTER: .0007  
INVOICE: 293044

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 08/29/05 | Debra L. Felder | Review pleadings regarding PI CMO and Questionnaire (1.5); attend hearing (7.0). | 8.50 |
| 08/29/05 | Monique D. Almy | Attend regular Omnibus hearing by telephone. | 5.30 |
| 08/31/05 | Monique D. Almy | Review Case Management Order for the Adjudication of Asbestos Property Damage Claims Objections. | 0.50 |
| 08/31/05 | Monique D. Almy | Review Case Management Order for the Estimation of Asbestos Personal Injury Liabilities. | 0.50 |
| 08/31/05 | Monique D. Almy | Review Case Management Order For the Estimation of Asbestos Property Damage Liabilities. | 0.30 |
| 08/31/05 | Richard H. Wyron | Review e-mail and status of issues from 8/29 hearing. | 0.40 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Monique D. Almy | $460.00 | 9.20 | $4,232.00 |
| Roger L. Frankel | $645.00 | 23.20 | $14,964.00 |
| Richard H. Wyron | $545.00 | 11.10 | $6,049.50 |
| Scott J. Levitt | $390.00 | 0.70 | $273.00 |
| Debra L. Felder | $255.00 | 27.60 | $7,038.00 |
| **TOTAL HOURS & FEES** | | **71.80** | **$32,556.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 1,305.80 |
| Telephone | 0.06 |
| Westlaw Legal Research | 6.34 |
| Travel/Airfare | 172.00 |
| Travel/Meal Expenses | 12.73 |
| Travel/Parking | 18.00 |
| **TOTAL OTHER CHARGES** | **$1,514.93** |

## SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
09/30/05
Page 6

CLIENT:  25369
MATTER: .0007
INVOICE: 293044

**CURRENT INVOICE DUE**......................................................................**$34,071.43**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 09/30/05
INVOICE NUMBER: 293044

OUR REFERENCE: 25369.0007

## INVOICE SUMMARY

TOTAL FEES.................................................................$32,556.50

TOTAL OTHER CHARGES......................................................$1,514.93

**TOTAL AMOUNT DUE** ..........................................................$34,071.43

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:     Swidler Berlin LLP
Account No.:       2000024531692
ABA Routing No.:   054001220

**International Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:     Swidler Berlin LLP
Account No.:       2000024531692
Swift Code:        PNBPUS33
CHIPS:             0509
ABA Routing No.:   026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP
### FEDERAL IDENTIFICATION
### No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 09/30/05
INVOICE NUMBER: 293047

CLIENT/CASE: 25369.0014

RE:  Travel Time (Non-Working)

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 08/29/05 | Roger L. Frankel | Non Working travel to and from hearing. | 2.80 |
| 08/29/05 | Debra L. Felder | Non-working travel from Washington, DC to Wilmington, DE for hearing. | 2.00 |
| 08/29/05 | Debra L. Felder | Non-working travel from Wilmington, DE to Washington, DC. | 2.50 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $322.50 | 2.80 | $903.00 |
| Debra L. Felder | $127.50 | 4.50 | $573.75 |
| **TOTAL HOURS & FEES** | | **7.30** | **$1,476.75** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

**CURRENT INVOICE DUE**........................................................................**$1,476.75**

# SWIDLER BERLIN LLP

### FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 09/30/05
INVOICE NUMBER: 293047

OUR REFERENCE: 25369.0014

## INVOICE SUMMARY

TOTAL FEES....................................................................$1,476.75

TOTAL OTHER CHARGES .............................................$0.00

**TOTAL AMOUNT DUE** .........................................**$1,476.75**

*REMITTANCE INFORMATION:*

**U.S. Mail:**

Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**

| | |
|---|---|
| Name of Bank: | Wachovia Bank, N.A. Washington, DC |
| Account Title: | Swidler Berlin LLP |
| Account No.: | 2000024531692 |
| ABA Routing No.: | 054001220 |

**International Electronic Funds Transfer:**

| | |
|---|---|
| Name of Bank: | Wachovia Bank, N.A. Washington, DC |
| Account Title: | Swidler Berlin LLP |
| Account No.: | 2000024531692 |
| Swift Code: | PNBPUS33 |
| CHIPS: | 0509 |
| ABA Routing No.: | 026005092 |

**Please Note Our Reference and Invoice Numbers When Making Payment**