# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: February 21, 2006 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

**FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#1139366 v1

Expenses

**Matter 00000 - General**

| Description | TOTAL |
|---|---|
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Other Expense | $ - |
| Lexis | $ - |
| Westlaw | $ - |
| Consulting Fee | $ 1,101.91 |
| Document Production | $ - |
| Velo Binding | $ - |
| **Total** | **$ 1,101.91** |

Holme Roberts & Owen LLP

January 18, 2006

W.R. Grace

| | |
|---|---|
| Page | 4 |
| Invoice No.: | 722836 |
| Client  No.: | 04339 |
| Matter  No.: | 00000 |

**Regarding: GENERAL**

**Please note that some individual timekeeper hourly rates increased effective December 1, 2005**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 11/23/05 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 285184; DATE: 11/23/2005 - Professional Services Rendered through 10/31/05 | $ 1,101.91 |
| | | **Total Disbursements:** | **$ 1,101.91** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 1,101.91 |
| **Total Disbursements:** | **$** | **1,101.91** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 679369 | 09/24/04 | Bill | 395.00 |
| | 01/04/05 | Cash Receipt | -316.00 |
| | 04/22/05 | Cash Receipt | -76.72 |
| | | *Outstanding Balance on Invoice 679369:* | $  2.28 |
| 714005 | 10/12/05 | Bill | 4.50 |
| | 12/23/05 | Cash Receipt | -4.50 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | December | Total Comp |
|---|---|---|---|---|
| Flaagan, Elizabeth K. | Partner | $ 340.00 | 2.0 | $ 680.00 |
| Coggon, Katheryn | Special Counsel | $ 310.00 | 3.2 | $ 992.00 |
| Sherman, Joan | Paralegal | $ 165.00 | 8.8 | $ 1,452.00 |
| Haag, Susan | Paralegal | $ 140.00 | 4.6 | $ 644.00 |
| | | | | |
| Total | | | 18.60 | $ 3,768.00 |

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL | |
|---|---|---|
| Photocopies | $ | 23.10 |
| Facsimiles | $ | - |
| Long Distance Telephone | $ | - |
| Federal Express | $ | 18.51 |
| Outside Courier | $ | - |
| Lexis | $ | - |
| Consulting Fee | $ | - |
| Postage | $ | - |
| Research Services | $ | - |
| Professional Services | $ | - |
| **Total** | **$** | **41.61** |

Holme Roberts & Owen LLP

January 18, 2006

| | |
|---|---|
| W.R. Grace | Page 11 |
| | Invoice No.: 722836 |
| | Client No.: 04339 |
| | Matter No.: 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/01/05 | KJC | Address issues re production of documents to personal injury creditors committee. | 1.00 | $ 310.00 |
| 12/05/05 | EKF | Review fee auditor's final report on seventeenth interim fee applications (.20). | 0.20 | 68.00 |
| 12/06/05 | JLS | Research re documents for Matt Murphy. | 5.20 | 858.00 |
| 12/07/05 | JLS | Research re documents for Matt Murphy. | 3.60 | 594.00 |
| 12/12/05 | EKF | Review and revise November 2005 invoices/prebills for compliance with US Trustee guidelines (.30). | 0.30 | 102.00 |
| 12/14/05 | KJC | Review and revise November bill to comply with bankruptcy requirements (.20); review and provide EPA production CDs to Matt Murphy (.80). | 1.00 | 310.00 |
| 12/15/05 | EKF | Review and revise November 2005 indictment matter invoices [prebills] (.70). | 0.70 | 238.00 |
| 12/15/05 | KJC | Review and revise November bill to comply with bankruptcy requirements (.20); e-mail exchange with Matt Murphy re EPA production CDs (.30). | 0.50 | 155.00 |
| 12/18/05 | KJC | Review PI expert disclosures. | 0.70 | 217.00 |
| 12/28/05 | EKF | Review and revise Eighteenth Interim Quarterly Fee Application. | 0.50 | 170.00 |
| 12/28/05 | SH | Draft Eighteenth Interim Quarterly Fee Application (3.40); compile Eighteenth Interim Quarterly Fee Application for filing (.40). | 3.80 | 532.00 |
| 12/29/05 | EKF | Review, revise and finalize November 2005 Monthly Fee Application. | 0.30 | 102.00 |

Holme Roberts & Owen LLP

January 18, 2006

W.R. Grace

Page              12
Invoice No.:   722836
Client No.:     04339
Matter No.:    00390

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/29/05 | SH | Draft November 2005 fee application (.60); compile November 2005 fee application (.20). | 0.80 | 112.00 |
| | | **Total Fees Through December 31, 2005:** | **18.60** | **$ 3,768.00** |

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 340.00 | 2.00 | $ 680.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 310.00 | 3.20 | 992.00 |
| JLS | Joan L. Sherman | Paralegal | 165.00 | 8.80 | 1,452.00 |
| SH | Susan Haag | Paralegal | 140.00 | 4.60 | 644.00 |
| | | **Total Fees:** | | **18.60** | **$ 3,768.00** |

**Please note that some individual timekeeper hourly rates increased effective December 1, 2005**

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 11/04/05 | | Federal Express: Federal Express from Mary Ann Pierce to William Weller on October 27 2005 | $ 18.51 |
| 12/28/05 | 65 | Photocopy | 9.75 |
| 12/28/05 | 59 | Photocopy | 8.85 |
| 12/29/05 | 30 | Photocopy | 4.50 |
| | | **Total Disbursements:** | **$ 41.61** |

Holme Roberts & Owen LLP

January 18, 2006

W.R. Grace

Page 13
Invoice No.: 722836
Client No.: 04339
Matter No.: 00390

## Disbursement Summary

| | | |
|---|---|---:|
| Photocopy | $ | 23.10 |
| Federal Express | | 18.51 |
| **Total Disbursements:** | **$** | **41.61** |

## Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---:|
| 658429 | 02/16/04 | Bill | | 475.61 |
| | 05/24/04 | Cash Receipt | | -366.31 |
| | 10/19/04 | Cash Receipt | | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | *$* | *16.41* |
| 661254 | 03/15/04 | Bill | | 2,580.71 |
| | 05/24/04 | Cash Receipt | | -2,131.18 |
| | 10/19/04 | Cash Receipt | | -382.44 |
| | *Outstanding Balance on Invoice 661254:* | | *$* | *67.09* |
| 679369 | 09/24/04 | Bill | | 1,618.52 |
| | 01/04/05 | Cash Receipt | | -1,526.52 |
| | 04/22/05 | Cash Receipt | | -89.34 |
| | *Outstanding Balance on Invoice 679369:* | | *$* | *2.66* |
| 684108 | 11/01/04 | Bill | | 1,924.09 |
| | 01/04/05 | Cash Receipt | | -1,506.75 |
| | 04/22/05 | Cash Receipt | | -375.44 |

Holme Roberts & Owen LLP

January 18, 2006

W.R. Grace

| | |
|---|---|
| Page | 16 |
| Invoice No.: | 722836 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

**Regarding: Ninth Circuit Appeal**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/01/05 | KJC | Review appeal decision. | 1.50 | $ 465.00 |
| 12/07/05 | KJC | Conference with C. Landau and R. Emmett re 9th Circuit decision. | 1.00 | 310.00 |
| | | **Total Fees Through December 31, 2005:** | **2.50** | **$ 775.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 310.00 | 2.50 | $ 775.00 |
| | | **Total Fees:** | | **2.50** | **$ 775.00** |

**Please note that some individual timekeeper hourly rates increased effective December 1, 2005**

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 43,437.00 |
| | 05/24/04 | Cash Receipt | -33,245.85 |
| | 10/19/04 | Cash Receipt | -8,661.32 |
| | *Outstanding Balance on Invoice 658429:* | | *$ 1,529.83* |

**Matter 00420 - Ninth Circuit Appeal**

| Name | Position | Hourly Rate | December | Total Comp |
|---|---|---|---|---|
| Coggon, Katheryn | Special Counsel | $ 310.00 | 2.5 | $ 775.00 |
| | | | | |
| Total | | | 2.50 | $ 775.00 |