# EXHIBIT A
## LAFAYETTE PARISH SCHOOL BOARD, LOUISIANA

| NO. | CLAIM # | ENTITY / BUILDING | EX. C-2 | EX. C-4 | EX. D-1(c) | EX. D-2 | EX. D-4 | EX. D-6 | EX. E-1 | EX. E-4 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11288 | LAFAYETTE PARISH SCHOOL BOARD – ACADIAN MIDDLE SCHOOL | | X | | X | X | X | | X |
| 2 | 11293 | LAFAYETTE PARISH SCHOOL BOARD – BROUSSARD ELEMENTARY | X | X | | X | X | X | | X |
| 3 | 11290 | LAFAYETTE PARISH SCHOOL BOARD – COMEAUX HIGH SCHOOL | | X | X | X | X | X | | X |
| 4 | 11286 | LAFAYETTE PARISH SCHOOL BOARD – E. A. MARTIN MIDDLE SCHOOL | X | X | | X | X | X | | X |
| 5 | 11291 | LAFAYETTE PARISH SCHOOL BOARD – J. W. FAULK ELEMENTARY | X | X | X | X | X | X | | X |
| 6 | 11294 | LAFAYETTE PARISH SCHOOL BOARD – J. W. JAMES ELEMENTARY | | X | X | X | X | X | | X |
| 7 | 11295 | LAFAYETTE PARISH SCHOOL BOARD – JUDICE MIDDLE | X | X | X | X | X | X | | X |
| 8 | 11297 | LAFAYETTE PARISH SCHOOL BOARD – L. LEO JUDICE ELEMENTARY | X | X | X | X | X | X | | X |
| 9 | 11289 | LAFAYETTE PARISH SCHOOL BOARD – L. J. ALLEMAN MIDDLE SCHOOL | X | X | X | X | X | X | | X |
| 10 | 11287 | LAFAYETTE PARISH SCHOOL BOARD – LAFAYETTE HIGH SCHOOL | X | X | X | X | X | X | | X |
| 11 | 11292 | LAFAYETTE PARISH SCHOOL BOARD – PAUL BREAUX MIDDLE SCHOOL | X | X | X | X | X | X | | X |
| 12 | 11285 | LAFAYETTE PARISH SCHOOL BOARD – S. J. MONTGOMERY ELEMENTARY | X | X | | X | X | X | | X |
| 13 | 11296 | LAFAYETTE PARISH SCHOOL BOARD – SCHOOL BOARD OFFICE BUILDING | X | X | X | X | X | X | X | |