# EXHIBIT A
## LASALLE PARISH SCHOOL BOARD, LOUISIANA

| NO. | CLAIM # | ENTITY / BUILDING | EX. C-1(d) | EX. C-2 | EX. C-3(f) | EX. D-2 | EX. D-4 | EX. D-6 | EX. E-1 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 8027 | LASALLE PARISH SCHOOL BOARD – JENA HIGH SCHOOL | X | X | X | X | X | X | X |
| 2 | 8028 | LASALLE PARISH SCHOOL BOARD – LASALLE HIGH SCHOOL | X | X | X | X | X | X | X |