# SIGN-IN SHEET

CASE NAME: __WR Grace__

CASE NO.: __01-1139__

COURTROOM NO.: _____

DATE: __1/30/06__

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|--------------------|--------------------|
| Lewis Kruger | Stroock | UNSEC. CREDITORS COMMITTEE |
| Scott Baena | Bilzin Sumberg | PD Committee |
| Jay Sakalo | " " | " " |
| Peter Lockwood | C+D | AFCC |
| David Klauder | U ST | UST |
| Ken Pasquale | Stroock | UCC |
| Marc Casarino | Whiteand Williams | AGE USA |
| Chris Loizides | Loizides & Associates | SuriokleRurgen+Loiteeto |
| Neal T. Hartford | Campbell + Levine | ACC |
| Theodore Tacconelli | Ferry Joseph & Pearce | PD Committee |
| Amanda WinNee | Ashby + Geddes | BDM Construction |
| JS Bass | Kve | Debtor |
| Samuel Gillwill | PSZYJW | = |
| Will Sparks | Beck | = |

**PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

SIGN-IN SHEET

CASE NAME:

CASE NO.:

COURTROOM NO.:

DATE:

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|--------------------|--------------------|
| Jeffrey Wisler | Connolly Bove | Maryland County / Zonolen |
| Jack Phillips | Phillips Goldman & Spence | FCR |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

## PROCEEDING MEMO

**DATE: 1/30/06**

**TIME: 2:30 P.M.**

**IN RE: W.R. GRACE**          **CASE NO: 01-1139**

**CHAPTER: 11**

**ATTORNEYS:**

**COURTCALL - 1-800-285-8640**

**TELEPHONIC PARTICIPATION BY:**

**DAVID SIEGEL - DEBTORS /LISTEN ONLY**

**PAUL NORRIS - DEBTORS /LISTEN ONLY**

**DANIEL SPEIGHTS - PROPERTY DAMAGE CLAIMANTS**

**DEBRA FELDER - THE FUTURE CLAIMANTS**

**JONATHAN BROWNSTEIN - THE FUTURE CLAIMANTS /LISTEN ONLY**

**MARK SHELNITZ - DEBTORS /LISTEN ONLY**

**TIFFANY COBB - SCOTTS CO.**

**PETER PEARSON - CREDITOR**

**CRAIG MORAN - PROPERTY DAMAGE CLAIMANTS**

**EDWARD WESTBROOK - PROPERTY DAMAGE CLAIMANTS**

**ALAN MADIAN - EXPERT FOR PROPERTY DAMAGE CLAIMANTS**

**BRIAN KASPRZAK - EVEREST REINSURANCE CO. & MCKINLEY INS. CO.**

**LESLIE EPLEY - EVEREST REINSURANCE CO. & MCKINLEY INS. CO.**

**STEPHEN VOGEL - D K ACQUISITION PARTNERS /LISTEN ONLY**

**DARRELL SCOTT - PROPERTY DAMAGE CLAIMANTS**

**DAVID PARSONS - BARON & BUDD**

**MATTHEW KRAMER - PROPERTY DAMAGE CLAIMANTS**

**DAVID BERNICK - DEBTORS /LISTEN ONLY**

**SAUL BIANCA - DEBTORS /LISTEN ONLY**

**BRENDA DILUIGI - LINKLATERS**

**BARBARA SENIAWSKI - TRAVELERS CASUALTY INS. /LISTEN ONLY**

**MARTI MURRAY - MURRAY CAPITAL MANAGEMENT /LISTEN ONLY**

**ELIZABETH DECRISTOFARO - CONTINENTAL CASUALTY CO. /LISTEN ONLY**

**ANDREW CRAIG - ALLSTATE INS. CO.**

**MICHAEL DAVIS - AIG**

**MICHAEL INSALCO - AIG**

**JOHN PHILLIPS, JR. - COUNSEL FOR DAVID T. AUSTERN /LISTEN ONLY**

**SARA GOOCH - BANK OF AMERICA /LISTEN ONLY**

**CHRISTINA KANG - STATE OF CA DEPT. OF GENERAL SERVICE**

**SANDY ESSERMAN - BARON & BUDD**

**MARCH COLEMAN - U.S. FIRE INSURANCE CO. /LISTEN ONLY**

**DANIEL GLOSBAND  - CNA**


**NATURE OF HEARING:**


**OUTCOME:**