# EXHIBIT A
## ST. MARTIN PARISH SCHOOL BOARD, LOUISIANA

| NO. | CLAIM # | ENTITY / BUILDING | EX. C-1(d) | EX. C-4 | EX. D-1(c) | EX. D-2 | EX. D-4 | EX. D-6 | EX. E-1 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 8031 | ST. MARTIN PARISH SCHOOL BOARD – BREAUX BRIDGE JUNIOR HIGH SCHOOL | X | X | X | X | X | X | X |
| 2 | 8024 | ST. MARTIN PARISH SCHOOL BOARD – CECILIA JR. HIGH SCHOOL |  | X |  | X | X | X | X |