# EXHIBIT A

# EAST BATON ROUGE PARISH SCHOOL BOARD, LOUISIANA

| NO. | CLAIM # | ENTITY / BUILDING | EX. C-1(b) | EX. C-1(d) | EX. C-2 | EX. C-4 | EX. D-1(c) | EX. D-2 | EX. D-4 | EX. D-6 | EX. E-1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12651 | East Baton Rouge Parish School Board - Baton Rouge High School, Main Building, Rumpus Room | | X | | X | | X | X | X | X |
| 2 | 12652 | East Baton Rouge Parish School Board - Broadmoor High School, Auditorium | | | X | X | | X | X | X | X |
| 3 | 12653 | East Baton Rouge Parish School Board - Broadmoor Junior High (Middle) School Building No. 1 | | | | X | | X | X | X | X |
| 4 | 12654 | East Baton Rouge Parish School Board - Capital Middle School, Auditorium/Gymnasium | | | | | | X | X | X | X |
| 5 | 12655 | East Baton Rouge Parish School Board - Greenbrier Elementary School, Auditorium, Administration and Classrooms | | | X | X | | X | X | X | X |
| 6 | 12656 | East Baton Rouge Parish School Board - Glen Oaks Middle School, Auditorium | | | X | X | | X | X | X | X |
| 7 | 12657 | East Baton Rouge Parish School Board - Glen Oaks Middle School, Industrial Arts Building | | | | X | X | X | X | X | X |
| 8 | 12658 | East Baton Rouge Parish School Board - Glen Oaks High School, Auditorium/Gymnasium | | | X | X | | X | X | X | X |
| 9 | 12659 | East Baton Rouge Parish School Board - Choctaw Elementary School, Auditorium and Building No. 7 | | | X | X | X | X | X | X | X |
| 10 | 12660 | East Baton Rouge Parish School Board - Sharon Hills Elementary School, Buildings No. 1,2,3,4 and 7 | | | | X | X | X | X | X | X |
| 11 | 12661 | East Baton Rouge Parish School Board - Robert E. Lee High School, Auditorium | | | | X | | X | X | X | X |
| 12 | 12662 | East Baton Rouge Parish School Board - Progress Elementary School, Classroom Building No. 9 | | | | X | X | X | X | X | X |
| 13 | 12663 | East Baton Rouge Parish School Board - Progress Elementary School, Administration, Classroom Building No. 1,4,5,6,7 and 8 | | | | X | X | X | X | X | X |
| 14 | 12664 | East Baton Rouge Parish School Board - Park Forest Middle School, Main Building No. 1 | | | | X | | X | X | X | X |
| 15 | 12665 | East Baton Rouge Parish School Board - Istrouma High School, Auditorium | | | | X | | X | X | X | X |
| 16 | 12666 | East Baton Rouge Parish School Board - Zachary High School, Storage/Shop Building No. 3 | | | X | X | X | X | X | X | X |
| 17 | 12667 | East Baton Rouge Parish School Board - White Hills Elementary School, Classroom Buildings 5 and 6 | | | | X | | X | X | X | X |
| 18 | 12668 | East Baton Rouge Parish School Board - White Hills Elementary School, Building No. 1 and Classroom No. 4 | | | | X | | X | X | X | X |
| 19 | 12669 | East Baton Rouge Parish School Board - Westdale Elementary School | X | | | X | X | X | X | X | X |

060127173613.DOC