# EXHIBIT A

## LAFOURCHE PARISH SCHOOL BOARD

| NO. | CLAIM # | ENTITY / BUILDING | EX. C-1(d) | EX. C-2 | EX. C-3(f) | EX. C-4 | EX. D-1(b) | EX. D-1(c) | EX. D-2 | EX. D-4 | EX. D-5 | EX. D-6 | EX. E-1 | EX. E-3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8018 | Lafourche Parish School Board Central Lafourche High School | | | | X | | | X | X | | X | X | |
| 2 | 8019 | Lafourche Parish School Board Cut Off Elem. School | | X | | X | | X | X | X | | X | X | |
| 3 | 8020 | Lafourche Parish School Board Golden Meadow Lower School | | | | X | | X | X | X | | X | X | |
| 4 | 8021 | Lafourche Parish School Board- W. Thibodaux Jr. High School | | | | X | | X | X | X | | X | X | |
| 5 | 8022 | Lafourche Parish School Board- Lafourche Parish School Board Office | | | | X | | | X | X | | X | X | |
| 6 | 8023 | Lafourche Parish School Board- Larose Cut Off Jr. High School | | X | | X | | | X | X | | X | | X |