# EXHIBIT A

## NATCHITOCHES PARISH SCHOOL BOARD, LOUISIANA

| NO. | CLAIM # | ENTITY / BUILDING | EX. C-1(d) | EX. C-2 | EX. C-4 | EX. D-1(c) | EX. D-2 | EX. D-4 | EX. D-6 | EX. E-1 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11326 | Natchitoches Parish School Board – North Natchitoches Elementary School | X | X | X | X | X | X | X | X |
| 2 | 11327 | Natchitoches Parish School Board – Fairview Alpha Elementary School | X | X | X | X | X | X | X | X |
| 3 | 11328 | Natchitoches Parish School Board – Parks Elementary School | X | X | X | X | X | X | X | X |
| 4 | 11329 | Natchitoches Parish School Board – Provencal Elementary School | X | | X | X | X | X | X | X |
| 5 | 11330 | Natchitoches Parish School Board – St. Matthews Junior High School | X | | X | X | X | X | X | X |