# EXHIBIT A
## ACADIA PARISH SCHOOL BOARD, LOUISIANA

| NO. | CLAIM # | ENTITY / BUILDING | EX. C-2 | EX. C-3(f) | EX. D-1(c) | EX. D-2 | EX. D-4 | EX. D-6 | EX. E-3 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 8029 | ACADIA PARISH SCHOOL BOARD – South Crowley Elementary | X | X | X | X | X | X | X |
| 2 | 8030 | ACADIA PARISH SCHOOL BOARD – South Rayne Elementary | X | X | X | X | X | X | X |