# EXHIBIT A

# CADDO PARISH SCHOOL BOARD

| NO. | CLAIM # | ENTITY / BUILDING | EX. C-1(d) | EX. C-2 | EX. C-3(f) | EX. C-4 | EX. D-1(c) | EX. D-2 | EX. D-4 | EX. D-6 | EX. E-1 | EX. E-3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10631 | Caddo Parish School Board, Caddo Middle Magnet | X | X | X | | X | X | X | X | X | |
| 2 | 10632 | Caddo Parish School Board, Captain Shreve High School | | | X | | | X | X | X | X | |
| 3 | 10633 | Caddo Parish School Board, Cherokee Park Elementary | | | X | | | X | X | X | X | |
| 4 | 10634 | Caddo Parish School Board, Eden Gardens Elementary | | X | X | | X | X | X | X | X | |
| 5 | 10635 | Caddo Parish School Board, Fair Park High School | | X | X | | X | X | X | X | X | |
| 6 | 10636 | Caddo Parish School Board, Forest Hill Elementary | X | X | X | | | X | X | X | X | |
| 7 | 10637 | Caddo Parish School Board, Ingersoll Elementary | X | | X | | X | X | X | X | X | |
| 8 | 10638 | Caddo Parish School Board, Instructional & Administrative Center | X | | X | | | X | X | X | X | |
| 9 | 10639 | Caddo Parish School Board, Linear Middle | X | | | | | X | X | X | X | |
| 10 | 10640 | Caddo Parish School Board, Mooringsport Elementary | X | X | X | | X | X | X | X | X | |
| 11 | 10641 | Caddo Parish School Board, North Caddo High School | X | | X | | X | X | X | X | X | |
| 12 | 10642 | Caddo Parish School Board, Northwood | X | | X | | X | X | X | X | X | |
| 13 | 10643 | Caddo Parish School Board, Oak Terrance Elementary | X | | X | | | X | X | X | X | |
| 14 | 10644 | Caddo Parish School Board, Ridgewood Middle | X | | X | | | X | X | X | X | |
| 15 | 10645 | Caddo Parish School Board, Summerfield Elementary | X | X | X | | X | X | X | X | X | |
| 16 | 10646 | Caddo Parish School Board, University Elementary | X | X | X | | X | X | X | X | X | |
| 17 | 10647 | Caddo Parish School Board, Woodlawn High School | X | | X | | | X | X | X | X | |