# EXHIBIT A
# JEFFERSON DAVIS PARISH SCHOOL BOARD, LOUISIANA

| NO. | CLAIM # | ENTITY / BUILDING | EX. C-1(d) | EX. D-2 | EX. D-4 | EX. D-6 | EX. E-4 |
|---|---|---|---|---|---|---|---|
| 1 | 8025 | JEFFERSON DAVIS PARISH SCHOOL BOARD – JENNINGS HIGH SCHOOL | X | X | X | X | X |
| 2 | 8026 | JEFFERSON DAVIS PARISH SCHOOL BOARD – WELSH HIGH SCHOOL | | X | X | X | X |

060129151313.DOC