# EXHIBIT A
# CALCASIEU PARISH SCHOOL BOARD, LOUISIANA

| NO. | CLAIM # | ENTITY / BUILDING | EX. C-1(d) | EX. C-2 | EX. C-3(f) | EX. C-4 | EX. D-1(c) | EX. D-2 | EX. D-4 | EX. D-6 | EX. E-1 | EX. E-3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8035 | CALCASIEU PARISH SCHOOL BOARD – BOSTON HIGH SCHOOL | | | X | | | X | X | X | | X |
| 2 | 8032 | CALCASIEU PARISH SCHOOL BOARD – CHERRY STREET ELEMENTARY | X | X | | | X | X | X | X | X | |
| 3 | 8033 | CALCASIEU PARISH SCHOOL BOARD – COLLEGE OAKS ELEMENTARY | | | | X | X | X | X | X | X | |
| 4 | 8036 | CALCASIEU PARISH SCHOOL BOARD – DOLBY ELEMENTARY | | X | | X | X | X | X | X | | X |
| 5 | 8037 | CALCASIEU PARISH SCHOOL BOARD – E. K. KEY ELEMENTARY | | X | | X | X | X | X | X | | X |
| 6 | 8038 | CALCASIEU PARISH SCHOOL BOARD – HENRY HEIGHTS ELEMENTARY | | | | X | | X | X | X | | X |
| 7 | 8039 | CALCASIEU PARISH SCHOOL BOARD – OAK PARK ELEMENTARY | | X | | X | X | X | X | X | | X |
| 8 | 8034 | CALCASIEU PARISH SCHOOL BOARD – W. T. HENNING ELEMENTARY | | X | | X | X | X | X | X | X | |

060129151247.DOC