# EXHIBIT A

## JEFFERSON PARISH SCHOOL BOARD

| NO. | CLAIM # | ENTITY / BUILDING | EX. C-1(d) | EX. C-2 | EX. C-3(f) | EX. C-4 | EX. D-1(b) | EX. D-1(c) | EX. D-2 | EX. D-4 | EX. D-5 | EX. D-6 | EX. E-1 | EX. E-3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8164 | Jefferson Parish School Board Bissonet Elementary School | | | | X | | X | X | X | | X | X | |
| 2 | 8165 | Jefferson Parish School Board Barbre Middle School | | X | | X | | | X | X | X | | X | X | |
| 3 | 8166 | Jefferson Parish School Board T. H. Harris Middle School | | X | | X | | | X | X | X | | X | X | |
| 4 | 8167 | Jefferson Parish School Board- Harahan Elementary School | | X | | X | | | | X | X | | X | X | |
| 5 | 8168 | Jefferson Parish School Board- Dolhonde Elementary School | | X | | X | | X | X | X | | X | X | |
| 6 | 8169 | Jefferson Parish School Board- Deckbar Elementary School | | | | X | | X | X | X | | X | X | |
| 7 | 8170 | Jefferson Parish School Board Butler Elementary School | | X | | X | X | | X | X | | X | X | |
| 8 | 8171 | Jefferson Parish School Board Bridgedale Elementary School | | X | | X | | X | X | X | | X | X | |
| 9 | 8172 | Jefferson Parish School Board Hart Elementary School | | X | | X | | X | X | X | | X | X | |
| 10 | 8173 | Jefferson Parish School Board Live Oak Manor Elem. School | | | | X | | X | X | X | | X | X | |
| 11 | 8174 | Jefferson Parish School Board Lincoln Elementary School | | | | X | | X | X | X | | X | X | |
| 12 | 8175 | Jefferson Parish School Board Grace King High School | | X | | X | | | X | X | | X | X | |
| 13 | 8176 | Jefferson Parish School Board Hazel Park Elementary School | | X | | X | | | X | X | | X | X | |
| 14 | 8177 | Jefferson Parish School Board Harvey Kindergarten | | X | | X | | X | X | X | | X | X | |
| 15 | 8178 | Jefferson Parish School Board Marrero Middle School | | X | | X | | X | X | X | | X | X | |
| 16 | 8179 | Jefferson Parish School Board East Jefferson High School | | X | | X | | X | X | X | | X | X | |
| 17 | 8180 | Jefferson Parish School Board Westwego Elementary School | | X | | X | | X | X | X | | X | X | |
| 18 | 8181 | Jefferson Parish School Board Westgate Elementary School | | X | | X | | X | X | X | | X | X | |
| 19 | 8182 | Jefferson Parish School Board Wall Elementary School | | X | | X | | X | X | X | | X | X | |
| 20 | 8183 | Jefferson Parish School Board West Jefferson High School | | | | X | | X | X | X | | X | X | |
| 21 | 8184 | Jefferson Parish School Board Riviere Elementary School | | | | X | | | X | X | | X | X | |
| 22 | 8185 | Jefferson Parish School Board Riverdale High School | | | | X | | X | X | X | | X | X | |
| 23 | 8186 | Jefferson Parish School Board Pitre Elementary School | | | | X | | X | X | X | | X | X | |