# *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:  (302) 575-1555       Fax:  (302) 575-1714

WR Grace PD Committee                         December 1, 2005 to December 31, 2005

Invoice No. 19203

**RE:**   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 18.40 | 3,961.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 2.80 | 672.00 |
| B18 | Fee Applications, Others - | 6.60 | 702.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 14.20 | 3,408.00 |
| B25 | Fee Applications, Applicant - | 8.40 | 1,135.50 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.10 | 24.00 |
| B32 | Litigation and Litigation Consulting - | 25.80 | 5,424.50 |
| B35 | Travel/Non-working - | 4.00 | 480.00 |
| B36 | Plan and Disclosure Statement - | 11.60 | 2,595.00 |
| B37 | Hearings - | 8.40 | 2,016.00 |
| | **Total** | **100.20** | **$20,418.00** |
| | **Grand Total** | **100.20** | **$20,418.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 165.00 | 11.80 | 1,947.00 |
| Rick S. Miller | 225.00 | 1.20 | 270.00 |
| Steven G. Weiler | 150.00 | 3.50 | 525.00 |
| Theodore J. Tacconelli | 120.00 | 4.00 | 480.00 |
| Theodore J. Tacconelli | 240.00 | 66.00 | 15,816.00 |
| Legal Assistant - MH | 100.00 | 12.20 | 1,220.00 |
| Law Clerk | 100.00 | 1.60 | 160.00 |
| **Total** | | **100.20** | **$20,418.00** |

## DISBURSEMENT SUMMARY

| | |
|---|---|
| Expense - | $996.50 |
| **Total Disbursements** | **$996.50** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Dec-01-05 | *Case Administration* - attend Committee teleconference | 0.50 | RSM |
| | *Case Administration* - Obtain opening brief and appendix in PacifiCorp matter in USDC | 0.20 | SGW |
| | *Case Administration* - Confer with L. Coggins re exclusivity exhibition | 0.10 | TJT |
| | *Case Administration* - trade e-mails with J. Sakalo re exclusivity exhibition | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.80 | TJT |
| | *Fee Applications, Others* - Review Certificate's of No Objection re: 17th quarterly Fee Applications; confer with legal assistant re: same | 0.40 | LLC |
| | *Fee Applications, Others* - Confer with L. Coggins re contacting Fee Application firms directly before filing quarterly Certificate of No Objection to check if they had received direct notification from the fee auditor re their respective quarterly Fee Applications | 0.10 | MH |
| | *Litigation and Litigation Consulting* - Confer with T. Tacconelli re: possible filing of objection and exclusivity motion | 0.10 | LLC |
| Dec-02-05 | *Case Administration* - Confer with L. Coggins re objection to 9th exclusivity extension request | 0.10 | TJT |
| | *Case Administration* - Review e-mail from J. Sakalo re objection to 9th exclusivity extension request | 0.10 | TJT |
| | *Case Administration* - Review e-mail from S. Weiler re objection to 9th exclusivity extension request | 0.10 | TJT |
| | *Case Administration* - Review objection to 9th exclusivity extension request | 0.40 | TJT |
| | *Case Administration* - Review e-mail from L. Coggins re objection to 9th exclusivity extension request | 0.10 | TJT |
| | *Case Administration* - Confer with M. Joseph re appointment of new AUST for Delaware | 0.10 | TJT |
| | *Case Administration* - Review e-mail from M. Joseph re appointment of new AUST for Delaware | 0.10 | TJT |
| | *Case Administration* - Case management memo | 0.70 | LC |
| | *Litigation and Litigation Consulting* - e-mail from T. Tacconelli re: objection to exclusivity motion | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Review docket re: docket no. for exclusivity motion and e-mail to J. Sakalo re: same | 0.20 | LLC |
| | *Litigation and Litigation Consulting* - e-mail from J. Sakalo re: finalized objection to exclusivity motion | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Confer with S. Weiler re: objection to exclusivity motion | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Review objection to exclusivity motion and instruct S. Weiler re: revisions and service of same | 0.30 | LLC |
| | *Litigation and Litigation Consulting* - e-mail from S. Weiler re filing status of objection to exclusivity motion | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Revise, prepare, scan and file PD Committee's Objection to Debtor's 9th Exclus. Motion with service (.5); scan, and forward filed version to co-counsel via pdf (.1) | 0.60 | SGW |
| | *Plan and Disclosure Statement* - Review e-mail from M. Joseph re Wall Street Journal article re fraudulent PI claims | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Wall Street Journal article re | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | fraudulent PI claims | | |
| Dec-03-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by M. Geer to 15th omnibus objection to claims re claim no. 5555 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by K. Hedahl to 15th omnibus objection to claims re claim no. 5558 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by L. Kelly to 15th omnibus objection to claims re claim no. 4396 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by B. Spencer to 15th omnibus objection to claims with attachments re claim nos. 9659, 9660, and 9661 | 0.30 | TJT |
| | *Case Administration* - Review amended fee auditor final report re K&E 17th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re Bilzin Sumberg 17th interim period | 0.10 | TJT |
| | *Case Administration* - Review Campbell Levine Oct. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Caplin Drysdale Oct. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review affidavit of G. R. Cerrudo | 0.10 | TJT |
| | *Case Administration* - Review affidavit of A. Short | 0.10 | TJT |
| | *Case Administration* - Review affidavit of J. Lee | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re Stroock 17th interim period | 0.10 | TJT |
| | *Case Administration* - Review affidavit of C. Cohen | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of Dr. Walter Oaks with subpoena and attachments | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of RTS with subpoena and attachments | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition of Dr. Martindale with subpoena and attachments | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review Future Reps.' supplemental designation of expert categories | 0.10 | TJT |
| Dec-04-05 | *Case Administration* - Review weekly status memo for week ending 12/2/05 | 0.10 | TJT |
| | *Case Administration* - Review debtor's monthly operating report for Oct. 05 | 0.30 | TJT |
| | *Case Administration* - Prepare e-mail to S. Baena re new AUST for Delaware | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Prepare e-mail to S. Baena re WSJ article on fraudulent PI claims | 0.20 | TJT |
| Dec-05-05 | *Case Administration* - Review Pacific Corp. opening brief re appeal no. 05-764 | 0.70 | TJT |
| | *Case Administration* - Review Pacific Corp.'s appendix to opening brief re appeal no. 05-764 | 0.60 | TJT |
| | *Case Administration* - trade e-mails with committee member re procedural question | 0.20 | TJT |
| | *Case Administration* - Review Reed Smith Nov. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PSEY&J Sept. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Foley Hoag Oct. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Capstone 7th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PWC Sept. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - receive check from WR Grace -- determine allocation of check amount | 0.10 | MH |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review letter from Judge Fitzgerald to Judge Robinson re USM confirmation order re 524 G. PD Trust | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Future's Rep. objection to 9th motion to extend exclusivity with attachments | 0.80 | TJT |
| | *Fee Applications, Applicant* - e-mail from S. Bossay re: 17th interim spreadsheet and forward same to legal assistant | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Oct. 2005 Fee Application for filing | 0.20 | LLC |
| | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce's Oct. 05 Fee Application prior to filing | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review e-mail from S. Bossay re 17th interim period fees | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review chart prepared by S. Bossay re 17th interim period fees and confer with paralegal re same | 0.20 | TJT |
| | *Fee Applications, Applicant* - Convert and modify Ferry, Joseph & Pearce's Oct. 05 invoice, verify expense total using Excel spreadsheet | 1.00 | MH |
| | *Fee Applications, Applicant* - Prepare Fee Application and Certificate of Service re Ferry, Joseph & Pearce's Oct. 05 Fee Application | 0.40 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's Oct. 05 Fee Application | 0.50 | MH |
| Dec-06-05 | *Case Administration* - Review L. Tersigni Oct. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re no objections for 17th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's amended final report re Bilzin Sumberg's 17th interim period | 0.10 | TJT |
| | *Case Administration* - Review affidavit of P. Purbo | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review objection by PI committee to debtor's 9th motion to extend exclusivity with attachments | 1.30 | TJT |
| | *Plan and Disclosure Statement* - Review debtor's brief in opposition to motion by Speights & Runyan for class certification | 1.00 | TJT |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: 18th quarterly Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's 18th quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Ferry, Joseph & Pearce's Certificate of No Objection re 18th quarterly Fee Application | 0.50 | MH |
| Dec-07-05 | *Case Administration* - Confer with TJT re: scheduling issues | 0.20 | RSM |
| | *Case Administration* - Obtain Debtors' Motion for Leave to Reply to PD Committee's objection to Debtors' Motion for Lim. Waiver of Del. Bankrupty L.R. 3007-1 and forward via pdf to co-counsel | 0.20 | SGW |
| | *Case Administration* - Review fee auditor's final report re CDG 17th interim period | 0.10 | TJT |
| | *Case Administration* - Review Stroock Oct. 05 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - review 17th quarterly Fee Application summary chart by fee auditor re Bilzin, CDG, HRA, and LECG's Fee Application amounts | 0.10 | MH |
| | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re PD estimation | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Prepare e-mail to S. Weiler re PD estimation | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Barron and Budd objection to 9th request to extend exclusivity with attachments | 0.80 | TJT |
| | *Plan and Disclosure Statement* - research re case cited in Barron and Budd objection to 9th exclusivity extension request | 0.30 | TJT |
| | *Fee Applications, Applicant* - Review memo from paralegal re 17th interim period quarterly fee chart | 0.10 | TJT |
| | *Fee Applications, Applicant* - review 17th quarterly Fee Application summary chart by fee auditor re Ferry, Joseph & Pearce's Fee Application amounts | 0.10 | MH |
| Dec-08-05 | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by State of Arizona to 15th omnibus objection to claims re claim no. 9315 | 0.80 | TJT |
| | *Case Administration* - Review letter to Judge Fitzgerald from M. Shelnitz re current financial information | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall teleconference with committee | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Confer with T. Tacconelli re: deadline to serve expert reports | 0.20 | LLC |
| | *Litigation and Litigation Consulting* - Prepare notices of service re: expert reports and confer with T. Tacconelli re: same | 0.70 | LLC |
| | *Litigation and Litigation Consulting* - Retrieve contact information for service parties re: expert reports and prepare service list | 1.60 | LLC |
| | *Litigation and Litigation Consulting* - Confer with T. Tacconelli re: status of expert reports | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - e-mail from T. Tacconelli re: expert report of Anderson | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - e-mail from T. Tacconelli re: expert report of Ewing | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - e-mail from T. Tacconelli re: PD estimation interested parties | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Revise and finalize notices of service of expert reports and witness designation | 1.00 | LLC |
| | *Litigation and Litigation Consulting* - E-file notices of service, finalize expert reports and witness designation; coordinate service of same | 1.50 | LLC |
| | *Litigation and Litigation Consulting* - Teleconferences with A. Danzeisen re expert reports (x5) | 0.80 | TJT |
| | *Litigation and Litigation Consulting* - Confer with L. Coggins re expert reports, review Notices of Service of expert reports and fact witness disclosure | 0.80 | TJT |
| | *Plan and Disclosure Statement* - trade numerous e-mails with A. Danzeisen re expert reports and witness disclosure for PD estimation Phase I | 2.10 | TJT |
| | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce's Nov. 05 pre-bill | 0.60 | TJT |
| | *Fee Applications, Applicant* - Edit Ferry, Joseph & Pearce's Nov. 05 pre-bill | 0.20 | MH |
| | *Fee Applications, Applicant* - convert/modify Ferry, Joseph & Pearce's Nov. 05 invoice | 0.50 | MH |
| | *Fee Applications, Applicant* - draft Ferry, Joseph & Pearce's Nov. 05 Fee Application notice, summary and Certificate of Service | 0.30 | MH |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Dec-09-05 | *Case Administration* - Teleconference with D. Colmeyer re: switching pdf images re: Welch expert report (.1); forward correct image to same (.1) | 0.20 | SGW |
| | *Case Administration* - Review affidavit of D. Zharng | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from A. Danzeisen to committee re expert reports | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - trade e-mails with A. Danzeisen re expert reports re PD estimation | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review expert report of Dr. Longo with attachments | 1.00 | TJT |
| | *Litigation and Litigation Consulting* - Review deposition notice for Dr. Harron with attachments | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Confer with S. Weiler re filing issue re expert reports | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from S. Weiler re filing issue re expert reports | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from re filing issue re expert reports | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Nov. 2005 Fee Application for filing | 0.20 | LLC |
| | *Fee Applications, Applicant* - prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's Nov. 05 Fee Application | 0.30 | MH |
| Dec-10-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by Orange County, Texas to 15th omnibus objection to claims as a claimant and class representative with attachments | 0.80 | TJT |
| | *Case Administration* - Review 2019 statement by SimmonsCooper | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review expert report by Dr. Laura Welch with attachments | 1.30 | TJT |
| | *Litigation and Litigation Consulting* - Review expert report by Henry Anderson, M.D. with attachments | 1.10 | TJT |
| Dec-11-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion by Gibson Law Firm to extend time to file response to questionnaire | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by State of Arkansas to 15th omnibus objection to claims with attachments | 0.50 | TJT |
| | *Case Administration* - Review Swidler Berlin Oct. 05 Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review expert report by Dr. William Ewing with attachments | 2.10 | TJT |
| Dec-12-05 | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response of BNC Forum LP to 15th omnibus objection to claims re claim no. 5688 | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response of City of Eugene, OR to 15th omnibus objection to claims re claim no. 5670 | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by City of Tucson to 15th omnibus objection to claims re multiple claims | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by State of Oklahoma to 15th omnibus objection to claims re multiple claims | 0.30 | TJT |
| | *Case Administration* - Download and review agenda re: 12/19 hearing | 0.10 | LLC |
| | *Case Administration* - Review e-mail from S. Baena re consultant for debtor | 0.10 | TJT |
| | *Case Administration* - Review time records for consultant for debtor | 0.10 | TJT |
| | *Case Administration* - Review weekly case status memo for week ending 12/10/05 | 0.10 | TJT |

| | | | |
|---|---|---:|---|
| | *Case Administration* - Teleconference with J. Sakalo re PI committee appointment notice | 0.10 | TJT |
| | *Case Administration* - Confer with L. Coggins re PI committee notice appointment | 0.10 | TJT |
| | *Case Administration* - Review e-mail from S. Baena re Libby EPA appeal opinion | 0.10 | TJT |
| | *Case Administration* - Prepare e-mail to A. Danzeisen re EPA Libby appeal opinion | 0.10 | TJT |
| | *Case Administration* - Review e-mail from A. Danzeisen re EPA Libby appeal opinion | 0.10 | TJT |
| | *Case Administration* - Review 9th Circuit opinion affirming $54M award to EPA | 1.10 | TJT |
| | *Case Administration* - Review notice of appointment of PI committee | 0.10 | TJT |
| | *Case Administration* - Prepare e-mail to J. Sakalo re PI committee appointment notice | 0.10 | TJT |
| | *Case Administration* - Case management memo | 0.40 | LC |
| | *Fee Applications, Others* - Confer with legal assistant re: Bilzin Nov. 2005 Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - Confer with paralegal re Bilzin, Sumberg Nov. 05 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Confer with T. Tacconelli and L. Coggins re L. Flores' e-mail re Bilzin's Nov. 05 Fee Application | 0.10 | MH |
| | *Fee Applications, Others* - review administrative order re due date for filing of monthly Fee Applications, e-mail to T. Tacconelli, L. Coggins and S. Weiler re same | 0.20 | MH |
| | *Fee Applications, Others* - retrieve voice mail message from R. Gee at WGM re WGM and Navigant Sept. and Oct. monthlies and quarterlies, e-mail to R. Gee re same | 0.10 | MH |
| | *Litigation and Litigation Consulting* - Confer with T. Tacconelli re: appointment of PI Committee | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Review docket re: original appointment of PI Committee and possible supplements | 0.40 | LLC |
| | *Litigation and Litigation Consulting* - Confer with legal assistant re: retrieval of certain pleadings from clerk's office | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Follow-up conference with T. Tacconelli re: appointment of PI Committee | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Review Prudential Insurance Co.'s disclosure of fact witnesses for Phase I estimation | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Go to Bankruptcy Court to retrieve docket no. 94 (prior to e-filing) | 0.30 | MH |
| | *Hearings* - Teleconference with committee member re procedural question | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review debtor's motion for leave to file reply to objections to exclusivity and review reply | 0.20 | TJT |
| | *Fee Applications, Applicant* - Review Certificate of Counsel re 17th Interim Period fee chart and review same | 0.20 | TJT |
| | *Fee Applications, Applicant* - Review Certificate of Counsel re proposed order granting 17th interim period quarterly Fee Applications and review order | 0.20 | TJT |
| Dec-13-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by City of | 0.40 | TJT |

| | | | |
|---|---|---:|---|
| | Phoenix to 15th omnibus objection to claims with attachments re multiple claims | | |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Oregon Board of Education to 15th omnibus objection to claims re multiple claims | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by Maricopa County to 15th omnibus objection to claims re multiple claims | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* download and review response by F. Stewart to 15th omnibus objection to claims re with attachments | 0.20 | TJT |
| | *Case Administration* - Review 2019 statement re Charles Moody | 0.10 | TJT |
| | *Case Administration* - Review 15th supplemental affidavit of J. Spraygren | 0.10 | TJT |
| | *Case Administration* - Confer with L. Coggins re footnote on quarterly CNOs | 0.10 | MH |
| | *Fee Applications, Others* - e-mail to L. Flores re due date of Fee Applications per administrative order | 0.10 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Bilzin's 18th quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's 18th quarterly Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re HRA's 13th quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA's 13th quarterly Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re HRA's Oct. 05 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA's Oct. 05 Fee Application | 0.50 | MH |
| | *Hearings* - Review agenda for 12/19/05 hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of re-scheduled deposition of Dr. Harron | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Eskin re PI committee's supplemental interrogatories to debtors | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: HRA Oct. 2005 Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: Bilzin 18th quarterly Fee Application for filing and confer with legal assistant re: same | 0.20 | LLC |
| Dec-14-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by Oregon Health & Science University to 15th omnibus objection to claims re claim no. 8017 | 0.30 | TJT |
| | *Case Administration* - Review USDC docket 05-764 for reply brief (.1); obtain docket and forward to T. Tacconelli (.1) | 0.20 | SGW |
| | *Case Administration* - Review e-mail from S. Baena re NJ DEP action | 0.10 | TJT |
| | *Hearings* - Review e-mail from A. Danzeisen re 12/19/05 hearing | 0.10 | TJT |
| | *Hearings* - Review e-mail from S. Baena re 12/19/05 hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Service of PI supplemental discovery to debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review PI committee's supplemental interrogatories to debtors re questionnaires | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review PI committee's supplemental request for production to debtors re questionnaires | 0.20 | TJT |
| Dec-15-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by EPEC Realty Inc. to 15th omnibus objection to claims re claim no. 5593, 5672 | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by Cook County Children's Hospital to 15th omnibus objection to claims re claim no. 12684 | 0.30 | TJT |
| | *Case Administration* - attend part of Committee teleconference | 0.50 | RSM |
| | *Case Administration* - Review memo re NJ DEP action status | 0.10 | TJT |
| | *Case Administration* - Review PSZYJ July-Sept. 05 quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Woodcock and Washburn 18th quarterly Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - teleconference with committee | 0.80 | TJT |
| | *Litigation and Litigation Consulting* - Confer with S. Weiler re rebuttal expert reports re PD estimation | 0.20 | TJT |
| | *Hearings* - Review notice of change of time for 12/19/05 hearing | 0.10 | TJT |
| Dec-16-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from J. Baer re Certificate of Counsel re 15th omnibus objection to claims scheduling order | 0.10 | TJT |
| | *Case Administration* - Review Woodcock Washburn Oct. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Nelson Mullins Oct. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review debtors' brief in opposition re Pacific Corp. appeal 05-764 | 0.60 | TJT |
| | *Hearings* - Teleconference with committee member re questions about 12/19/05 hearing agenda | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review letter from D. Mendelson to L. Goldman re deposition of Dr. Harron | 0.20 | TJT |
| Dec-17-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Consolidated Exhibit 1 to response by Libby PD claimants to 15th omnibus objection to claims | 1.00 | TJT |
| | *Hearings* - Review transcript of 12/12/05 hearing | 0.50 | TJT |
| | *Hearings* - preparation for 12/19/05 hearing | 0.60 | TJT |
| | *Hearings* - Review response by State of Connecticut to 15th omnibus objection to claims re claim numbers 12681, 12682, 12683 | 0.30 | TJT |
| Dec-18-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by City of Houston to 15th omnibus objection to claims re claim numbers 6968 and 6969 | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by City of Phoenix to 15th omnibus objection to claims re multiple claims | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel dated 12/14/05 with attachments re 15th omnibus objection to claims scheduling order | 0.50 | TJT |
| | *Case Administration* - Review CIBC Oct. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Continue reviewing debtors' brief re Pacific Corp. appeal re 05-764 | 0.50 | TJT |
| | *Case Administration* - Review debtors' appendix in support of brief in Pacific Corp. appeal | 0.40 | TJT |
| | *Hearings* - Continue preparing for 12/19/05 hearing | 0.60 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Hearings* - Prepare e-mail to S. Baena re 12/19/05 hearing coverage | 0.10 | TJT |
| Dec-19-05 | *Case Administration* - request hearing transcript from 12/19 hearing in Pittsburgh, PA | 0.20 | SGW |
|  | *Travel/Non-working* - travel to Pittsburgh | 2.00 | TJT |
|  | *Travel/Non-working* - travel from Pittsburgh | 2.00 | TJT |
|  | *Litigation and Litigation Consulting* - e-mail from A. Danzeisen re: designation of experts | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - e-mail to A. Danzeisen re: designation of experts | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - Call from A. Danzeisen re: status of designation of experts | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - Download and review other party's expert designations; e-mail to A. Danzeisen re: same | 0.30 | LLC |
|  | *Litigation and Litigation Consulting* - e-mail from A. Danzeisen re: final version of expert designation | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - e-mail from A. Danzeisen re: filing and service of expert designation | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - Finalize, e-file and coordinate service of expert designation | 0.50 | LLC |
|  | *Hearings* - Confer with co-counsel and committee members prior to, during and after hearing, attend Bankruptcy Court | 5.00 | TJT |
|  | *Hearings* - trade e-mails with committee member re results of 12/19/05 hearing | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Teleconference with L. Coggins re expert disclosures re PI estimation | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review expert disclosures re PI estimation | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Confer with L. Coggins re expert disclosures re PI estimation | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from A. Danzeisen re expert disclosures re PI estimation | 0.10 | TJT |
| Dec-20-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re revised scheduling order re 15th omnibus objection to claims | 0.50 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with S. Weiler re revised scheduling order re 15th omnibus objection to claims | 0.10 | TJT |
|  | *Case Administration* - Review 5th amended 2019 statement by Silber Perlman | 0.10 | TJT |
|  | *Case Administration* - Review 5th amended 2019 statement by Leblanc and Waddell | 0.10 | TJT |
|  | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Bilzin's Oct. 05 Fee Application | 0.30 | MH |
|  | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's Oct. 05 Fee Application | 0.50 | MH |
|  | *Litigation and Litigation Consulting* - Review Equity Committee's disclosure of expert witnesses re PI estimation | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review PD Committee's PI expert witness designations | 0.10 | TJT |
|  | *Hearings* - Teleconference with A. Danzeisen re results of 12/19/05 hearing and related issues | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Prepare critical dates memo re: pd & pi | 1.00 | SGW |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | estimation (.7); obtain Certificate's of No Objection re: same (.1); forward same to T. Tacconelli (.1); teleconference with C. Yonkers at USBC in Pittsburgh, PA re: 12/19 transcript (.1) | | |
| Dec-21-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of deposition of WR Grace for 1/17/06 at 9:30 a.m. | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of deposition of WR Grace for 1/17/06 at 1:00 p.m. | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of deposition of WR Grace for 1/18/06 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of deposition of WR Grace for 1/19/06 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of deposition of WR Grace for 1/20/06 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re withdrawing certain claims re 15th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re proof of claim filed by Builders Laborers Local Union 310 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion for a protective order re depositions scheduled by S&R | 0.30 | TJT |
| | *Case Administration* - Review W. Smith and Associates Nov. 05 Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review critical dates memo compiled by S. Weiler and calendar estimation deadlines | 0.60 | LLC |
| | *Litigation and Litigation Consulting* - retrieve voice mail message from A. Danzeisen re PI expert witness designation | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' preliminary expert witness designation re PI estimation | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Review Libby claimants' expert witness designation | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review unsecured creditor committee's designation of expert witnesses re PI estimation | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Notice of Service of debtors' discovery responses to PD committee re PD estimation | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' objections and responses to PD committee's discovery re PD estimation | 0.50 | TJT |
| Dec-22-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by Sabine River Authority to 15th omnibus objection to claims re claim no. 5660 | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by City of Amarillo to 15th omnibus objection to claims re claim no. 5656 | 0.30 | TJT |
| | *Case Administration* - Review amended 2019 statement by Barron and Budd | 0.10 | TJT |
| | *Case Administration* - Review order granting debtors' motion for leave to file reply to objections to exclusivity | 0.10 | TJT |
| | *Case Administration* - Review weekly case status memo for week ending 12/22 | 0.10 | TJT |
| | *Case Administration* - case management memo | 0.50 | LC |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.60 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Litigation and Litigation Consulting* - Download and review order modifying CMO and revise calendar of deadlines | 0.20 | LLC |
| | *Litigation and Litigation Consulting* - Teleconference with A. Danzeisen re PI expert witness disclosures | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review order modifying PI CMO and confer with S. Weiler re same | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Future Representatives' designation of expert witnesses re PI estimation | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from S. Weiler re revised CMO re PI estimation | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from A. Danzeisen re revised CMO re PI estimation | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Obtain modified CMO re: PI Estimation (.1); Revise critical dates memo re: same (.1); brief teleconference with A. Danzeisen re: same (.2); forward pdf of same to A. Danzeisen (.1) | 0.50 | SGW |
| Dec-23-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response of Coleman Housing Authority to 15th omnibus objection to claims re claim no. 5658 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response of County of El Paso to 15th omnibus objection to claims re claim no. 5657 | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mails from A. Danzeisen re debtors' reply to objections to 15th omnibus objection to claims (x7) | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review 16th continuation order re 5th omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel with Intercat settlement agreement and review settlement agreement | 0.30 | TJT |
| | *Case Administration* - Review Capstone Oct. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Duane Morris Oct. 05 Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review memo from S. Weiler re critical dates re PI estimation | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review Certificate of Counsel re revised order re PI estimation and review attachments | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of deposition of N&M, Inc. with subpoena and attached request for production | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of deposition and subpoena of Dr. Ballard with attached request for production | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' motion to strike/compel re PD estimation | 0.30 | TJT |
| | *Fee Applications, Applicant* - Review order approving quarterly Fee Application for 17th interim period | 0.10 | TJT |
| Dec-24-05 | *Case Administration* - Review PSZY&J Oct. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Casner Edwards Oct. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PWC Oct. 05 Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Certificate of Counsel re order regarding modification of PI estimation scheduling order | 0.10 | TJT |
| Dec-26-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review second order re 15th omnibus objection to claims | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review modified scheduling order continuing objections to 15th omnibus objection to claims with attachments | 0.50 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' reply brief in opposition to responses to 15th omnibus objection to claims with attachments | 1.00 | TJT |
| Dec-27-05 | *Claims Analysis Obj. & Res. (Asbestos)* - continue reviewing exhibits to debtors' response to 15th omnibus objection to claims | 0.80 | TJT |
| | *Litigation and Litigation Consulting* - Confer with legal assistant re: revised PI Estimation deadlines | 0.10 | LLC |
| Dec-28-05 | *Case Administration* - Review invoice from vendor for accuracy and forward for payment | 0.20 | LLC |
| | *Case Administration* - Update calendar with omnibus hearing dates | 0.20 | LLC |
| | *Case Administration* - Review case management memo | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin 53rd monthly Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Hillsoft Oct. - Nov. 2005 monthly Fee Application for filing and confer with M. Hedden | 0.20 | LLC |
| | *Fee Applications, Others* - download, review and revise Hilsoft's Oct.-Nov. 05 Fee Application documents and draft Certificate of Service re same | 0.40 | MH |
| | *Fee Applications, Others* - prepare Hilsoft's Oct.-Nov. 05 Fee Application for filing, e-file and serve same | 0.40 | MH |
| | *Fee Applications, Others* - download, review and revise Bilzin's Nov. 05 Fee Application documents, draft Certificate of Service re same | 0.50 | MH |
| | *Fee Applications, Others* - prepare Bilzin's Nov. 05 Fee Application for filing, e-file and serve same | 0.50 | MH |
| | *Litigation and Litigation Consulting* - Review e-mail from A. Massey re proposed order by PI committee re mediator for PI estimation | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Certificate of Counsel by PI committee with attachments and proposed order re mediator for PI estimation | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Review Exhibit 3 to Libby claimants' consolidated exhibits to responses to 15th omnibus objection to claims | 1.40 | TJT |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: Ferry, Joseph & Pearce's 54th monthly Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's Oct. 05 Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's Oct. 05 Fee Application | 0.50 | MH |
| Dec-29-05 | *Case Administration* - Obtain 12/19/05 hearing and transcript and circulate via e-mail to PD Comm. members (.2); provide T. Tacconelli with hard copy of same (.1); obtain reply brief filed by Pacificorp (.1) | 0.40 | SGW |
| | *Case Administration* - Review Buchanan Ingersoll Sept. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Buchanan Ingersoll Oct. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Foley Hoag Nov. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Beverage and Diamond Oct. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review reply brief by Pacific Corp. re Pacific Corp. appeal | 0.50 | TJT |
| | *Case Administration* - update 2002 labels and lists documents | 0.10 | MH |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | re teleconference with committee | | |
| Dec-30-05 | *Case Administration* - Confer with paralegal re pro hac vice motions for Carona and Hiles | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review court docket and download signed orders re admissions pro hac vice of Carona and Hile, e-mail same to E. Barclay at Hile and Dies | 0.20 | MH |
| | *Hearings* - Review e-mail from S. Weiler re 12/19/05 hearing transcript | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: Ferry, Joseph & Pearce's 5th monthly Fee Application | 0.10 | LLC |
| | *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's Nov. 05 Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's Nov. 05 Fee Application | 0.50 | MH |
| Dec-31-05 | *Case Administration* - briefly review debtors' monthly operating report for Nov. 05 | 0.20 | TJT |
| | *Case Administration* - Review Baker Donaldson July 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Baker Donaldson Aug. 0 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Baker Donaldson Sept. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review summary of Baker Donaldson 5th quarterly Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - continue reviewing exhibit no. 2 to Libby claimants' combined exhibits re response to 15th omnibus objection to claims | 1.20 | TJT |
| | *Litigation and Litigation Consulting* - Review exhibit no. 3 to Libby claimants' combined exhibits re responses to 15th omnibus objection to claims | 1.00 | TJT |
| | **Totals** | **100.20** | |

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Dec-01-05 | *Expense* - Clerk, U.S. District Court (11/10/05) | 50.00 |
| Dec-02-05 | *Expense* - Copying cost  168 @ 0.15 | 25.20 |
| | *Expense* - Postage  7 @ 0.83 | 5.81 |
| Dec-05-05 | *Expense* - Copying cost  81 @ 0.15 | 12.15 |
| | *Expense* - Postage | 3.04 |
| | *Expense* - service supplies | 3.00 |
| | *Expense* - Parcel's, Inc. | 35.00 |
| Dec-06-05 | *Expense* - Copying cost  48 @ 0.15 | 7.20 |
| | *Expense* - Postage  9 @ 0.60 | 5.40 |
| | *Expense* - Federal Express | 18.19 |
| | *Expense* - Blue Marble Logistics | 20.00 |
| Dec-08-05 | *Expense* - Tri-State Courier - delivery | 39.00 |
| Dec-09-05 | *Expense* - Copying cost  93 @ 0.15 | 13.95 |
| | *Expense* - Postage | 1.52 |
| Dec-13-05 | *Expense* - Copying cost  240 @ 0.15 | 36.00 |
| | *Expense* - Postage  8 @ 0.83 | 6.64 |
| | *Expense* - Tri-State Courier - delivery | 32.50 |
| Dec-14-05 | *Expense* - Blue Marble Logistics | 140.00 |
| | *Expense* - Tri-State Courier - delivery | 39.00 |

| | | |
|---|---|---:|
| Dec-15-05 | *Expense* - West Law - Legal Research (August 05) | 12.54 |
| | *Expense* - Parcel's, Inc. - delivery service | 389.67 |
| Dec-16-05 | *Expense* - Federal Express | 22.90 |
| | *Expense* - West Law - Legal Research - October 2005 | 14.85 |
| Dec-20-05 | *Expense* - Copying cost  60 @ 0.15 | 9.00 |
| | *Expense* - Postage  9 @ 0.60 | 5.40 |
| Dec-28-05 | *Expense* - Copying cost  252 @ 0.15 | 37.80 |
| | *Expense* - Postage  2 @ 2.67 | 5.34 |
| | *Expense* - Postage  9 @ 0.60 | 5.40 |
| | **Total** | $ 996.50 |

**Total Fees & Disbursements**              $21,414.50

**Balance Due Now**                         $21,414.50