**L TERSIGNI CONSULTING, P.C.**
**Certified Public Accountant**

1010 Summer Street - Suite 201
Stamford, CT. 06905
Telephone: 203-252-2564
Facsimile: 203-252-2562

January 24, 2006

**Invoice No. 20205**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

## RE:   W.R.Grace

For services rendered in connection with the above-captioned matter during the period December 1, 2005 through December 31, 2005 as per the attached analysis.

| Professional Fees  (see Schedule A) | Hours | Amount |
|---|---:|---:|
| Loreto T. Tersigni  - President | 2.50 | $1,375.00 |
| James Sinclair - Senior Managing Director | 11.40 | $5,871.00 |
| Robert Mathews  - Managing Director | 4.00 | $2,000.00 |
| Michael Berkin  - Managing Director | 19.70 | $9,850.00 |
| Peter Rubsam  - Managing Director | 20.40 | $10,200.00 |
| Susan Plotzky  - Managing Director | 4.30 | $2,150.00 |
| Christopher Curti - Director | 3.30 | $1,287.00 |
| Aaron Prills - Senior Manager | 4.90 | $1,715.00 |
| Cheryl Wright - Manager | 47.50 | $13,775.00 |
| Dottie-Jo Collins - Manager | 5.90 | $1,711.00 |

| Expenses   (see Schedule C) | | |
|---|---|---:|
| Telephone,  Research,  Xerox | | $280.31 |
| | **T O T A L** | $50,214.31 |

Please Note:  Schedule B (attached) reflects Professional Services Summary
             by Task Codes for Court Approved Professionals

**L TERSIGNI CONSULTING, P.C.**
**Certified Public Accountant**

1010 Summer Street - Suite 201
Stamford, CT. 06905
Telephone: 203-252-2564
Facsimile: 203-252-2562

January 24, 2006

**Invoice No. 20205**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:    W.R.Grace

Summary of Professional Services Rendered:   December 1-31, 2005

| Name | Position | Schedule | Rate (2005) | Hours | Amount |
|---|---|---|---:|---:|---:|
| Loreto T. Tersigni | President | Schedule A | $550 | 2.50 | $1,375.00 |
| James Sinclair | Senior Managing Director | Schedule A | $515 | 11.40 | $5,871.00 |
| Robert Mathews | Managing Director | Schedule A | $500 | 4.00 | $2,000.00 |
| Michael Berkin | Managing Director | Schedule A | $500 | 19.70 | $9,850.00 |
| Peter Rubsam | Managing Director | Schedule A | $500 | 20.40 | $10,200.00 |
| Susan Plotzky | Managing Director | Schedule A | $500 | 4.30 | $2,150.00 |
| Christopher Curti | Director | Schedule A | $390 | 3.30 | $1,287.00 |
| Aaron Prills | Senior Manager | Schedule A | $350 | 4.90 | $1,715.00 |
| Cheryl Wright | Manager | Schedule A | $290 | 47.50 | $13,775.00 |
| Dottie-Jo Collins | Manager | Schedule A | $290 | 5.90 | $1,711.00 |
| **Total Professional Services- Schedule A:** | | | | 123.90 | $49,934.00 |
| **Total Out of Pocket Expenses- Schedule C:** | | | | | $280.31 |
| **TOTAL   DUE   THIS   INVOICE** | | | | | $50,214.31 |

Please Note:  Schedule B (attached) reflects Professional Services Summary
             by Task Codes for Court Approved Professionals

# W.R. Grace

**Schedule A**

**Services Rendered during the Period: December 1, 2005 through December 31, 2005**

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| **Loreto Tersigni - President** | | | | | | |
| 12/1/05 | LT | Review objection for extension of exclusive period | 26 | 1.10 | $550.00 | $605.00 |
| 12/6/05 | LT | Review status of financial analyses prepared for ACC and counsel and timetable for completion | 07 | 0.50 | $550.00 | $275.00 |
| 12/30/05 | LT | Review weekly calendar of critical dates from ACC counsel | 07 | 0.90 | $550.00 | $495.00 |
| | | Sub-Total | | 2.50 | | $1,375.00 |
| **James Sinclair - Senior Managing Director** | | | | | | |
| 12/1/05 | JS | Review, analyze Company's 9/30/05 Executive Summary, Latest Estimates, for valuation. | 21 | 1.40 | $515.00 | $721.00 |
| 12/1/05 | JS | Review, analyze recent issues of Chemical Week re specialty chemicals outlook for valuation. | 21 | 1.70 | $515.00 | $875.50 |
| 12/1/05 | JS | Develop revised projections for 2005, 2006 and 2007 for valuation. | 21 | 1.60 | $515.00 | $824.00 |
| 12/5/05 | JS | Review, revise market multiple valuation schedules for valuation. | 21 | 1.40 | $515.00 | $721.00 |
| 12/6/05 | JS | Review revised market multiple valuation schedules for valuation. | 21 | 0.70 | $515.00 | $360.50 |
| 12/7/05 | JS | Further review and analysis of Wright's revised market multiple schedules for valuation. | 21 | 1.30 | $515.00 | $669.50 |
| 12/7/05 | JS | Review recent articles in Chemical Week and Chemical & Engineering News on catalyst/specialty chemicals markets and outlook for valuation. | 21 | 2.00 | $515.00 | $1,030.00 |
| 12/14/05 | JS | Review PI Claimants' Supplemental Interrogatories and Requests for Documents in preparation for hearing or 12/19/05 | 26 | 0.60 | $515.00 | $309.00 |
| 12/22/05 | JS | Review 3rd Quarter 2005 Operating Results Presentation to ACC for due diligence and monitoring. | 28 | 0.70 | $515.00 | $360.50 |
| | | Sub-Total | | 11.40 | | $5,871.00 |
| **Robert Mathews - Managing Director** | | | | | | |
| 12/9/05 | RM | Weekly review, monitoring and analysis of bond and bank loan market and prices for specific issuers and comps for DIP/Exit financing | 16 | 1.00 | $500.00 | $500.00 |
| 12/16/05 | RM | Weekly review, monitoring and analysis of bond and bank loan market and prices for specific issuers and comps for DIP/Exit financing | 16 | 0.90 | $500.00 | $450.00 |
| 12/23/05 | RM | Weekly review, monitoring and analysis of bond and bank loan market and prices for specific issuers and comps for DIP/Exit financing | 16 | 1.10 | $500.00 | $550.00 |
| 12/30/05 | RM | Weekly review, monitoring and analysis of bond and bank loan market and prices for specific issuers and comps for DIP/Exit financing | 16 | 1.00 | $500.00 | $500.00 |
| | | Sub-Total | | 4.00 | | $2,000.00 |
| **Michael Berkin - Managing Director** | | | | | | |
| 12/1/05 | MB | Discuss information request pertaining to post petition claim data with debtor financial advisor | 26 | 0.50 | $500.00 | $250.00 |
| 12/2/05 | MB | Prepare correspondence to ACC counsel related to bank claim in connection with recovery analysis | 07 | 1.60 | $500.00 | $800.00 |
| 12/6/05 | MB | Review 12/2/05 Calendar of Critical Events and plan for upcoming events | 26 | 0.40 | $500.00 | $200.00 |
| 12/7/05 | MB | Review financial statements and accompanying notes to third quarter 10Q report in connection with monitoring continuing operations | 28 | 2.30 | $500.00 | $1,150.00 |

# W.R. Grace

**Schedule A**

**Services Rendered during the Period: December 1, 2005 through December 31, 2005**

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| 12/7/05 | MB | Review MD&A section to third quarter 10Q report in connection with monitoring continuing operations | 28 | 2.20 | $500.00 | $1,100.00 |
| 12/7/05 | MB | Review ACC objection to exclusivity extension and related exhibits | 07 | 1.20 | $500.00 | $600.00 |
| 12/12/05 | MB | Review 12/9/05 Calendar of Critical Events and plan for upcoming events | 26 | 0.50 | $500.00 | $250.00 |
| 12/13/05 | MB | Review modifications to Intercat Settlement and related documents at request of ACC counsel | 07 | 2.30 | $500.00 | $1,150.00 |
| 12/14/05 | MB | Respond to ACC request for historic information on asbestos liability disclosures | 07 | 1.50 | $500.00 | $750.00 |
| 12/15/05 | MB | Analyze debtor response pertaining to treatment of interest on bank claim | 26 | 1.60 | $500.00 | $800.00 |
| 12/16/05 | MB | Review draft of third quarter operating report to ACC counsel and provide commentary | 07 | 2.00 | $500.00 | $1,000.00 |
| 12/19/05 | MB | Review 12/16/05 Calendar of Critical Events and plan for upcoming events | 26 | 0.40 | $500.00 | $200.00 |
| 12/28/05 | MB | Review 12/23/05 Calendar of Critical Events and plan for upcoming events | 26 | 0.50 | $500.00 | $250.00 |
| 12/15/06 | MB | Review schedule of executive options in connection with compensation analysis | 08 | 1.50 | $500.00 | $750.00 |
| 12/16/06 | MB | Review public filings pertaining to executive option compensation awards | 08 | 1.20 | $500.00 | $600.00 |
| | | Sub-Total | | 19.70 | | $9,850.00 |

**Peter Rubsam - Managing Director**

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| 12/2/05 | PR | Review and analyze Degussa third quarter interim financial report, business segment and geographical review, risk, divestiture, join ventures, outlook, capital investment and cash flow for comparable company review | 21 | 2.30 | $500.00 | $1,150.00 |
| 12/5/05 | PR | Review and analyze CSFB November 2005 industry report on specialty chemicals, volumes, interest, valuation, economic indicators, energy prices, end users and outlook | 21 | 2.10 | $500.00 | $1,050.00 |
| 12/7/05 | PR | Analyze and review LTM,2006 and 2007 revenue multiple of comparable companies for updated valuation | 21 | 0.90 | $500.00 | $450.00 |
| 12/7/05 | PR | Analyze and review LTM,2006 and 2007 EBITDA multiple of comparable companies for updated valuation | 21 | 1.70 | $500.00 | $850.00 |
| 12/7/05 | PR | Analyze and review LTM,2006 and 2007 EBIT multiple of comparable companies for updated valuation | 21 | 1.50 | $500.00 | $750.00 |
| 12/7/05 | PR | Analyze WR Grace cost of debt for WACC based on current capitalization and available financing for valuation | 21 | 1.40 | $500.00 | $700.00 |
| 12/7/05 | PR | Research comparable companies beta and calculate WR Grace unlevered beta for WACC calculation for valuation | 21 | 1.70 | $500.00 | $850.00 |
| 12/7/05 | PR | Review and estimate cost of equity for WR Grace and test sensitivity to change in capital structure for valuation | 21 | 1.20 | $500.00 | $600.00 |
| 12/8/05 | PR | Analysis and review of financial statements of asbestos liabilities of other companies (unique from those under review by S.Plotzky and C.Curti) for potential use in asbestos valuation or plan negotiation analyses | 21 | 4.10 | $500.00 | $2,050.00 |
| 12/14/05 | PR | Review and analyze Rohm & Haas December 2005 Smith Barney chemical conference presentation on operating performance, end markets, business and geographical segment review, margin expansion, value chain and outlook for comparable company review | 21 | 2.30 | $500.00 | $1,150.00 |
| 12/27/05 | PR | Review and analyze JP Morgan December 2005 analyst report on specialty chemicals, pricing, shipment and outlook for industry review | 21 | 1.20 | $500.00 | $600.00 |
| | | Sub-Total | | 20.40 | | $10,200.00 |

**Susan Plotzky - Managing Director**

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| 12/8/05 | SP | Review analysis and review of financial statements of asbestos liabilities of other companies prepared by C.Curti for potential use in asbestos valuation or plan negotiation analyses | 21 | 1.90 | $500.00 | $950.00 |

4

# W.R. Grace

**Schedule A**

**Services Rendered during the Period: December 1, 2005 through December 31, 2005**

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| 12/8/05 | SP | Review analysis and review of financial statements of asbestos liabilities of other companies prepared by P.Rubsam for potential use in asbestos valuation or plan negotiation analyses | 21 | 2.40 | $500.00 | $1,200.00 |
| | | Sub-Total | | 4.30 | | $2,150.00 |

**Christopher Curti - Director**

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| 12/8/06 | CC | Analysis and review of financial statements of asbestos liabilities of other companies (unique from those under review by S.Plotzky and P.Rubsam) for potential use in asbestos valuation or plan negotiation analyses | 21 | 3.30 | $390.00 | $1,287.00 |
| | | Sub-Total | | 3.30 | | $1,287.00 |

**Aaron Prills - Senior Manager**

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| 12/1/05 | AP | Prepared schedule for Grace to analyze the accrual of interest using various assumptions and various time periods. | 26 | 2.00 | $350.00 | $700.00 |
| 12/2/05 | AP | Reviewed updates to the Grace accrued interest calculation to analyze the amendments to the credit agreement and the impact on the accrued interest rate. | 28 | 0.80 | $350.00 | $280.00 |
| 12/2/05 | AP | Prepared updates to the WR Grace stock chart analysis to reflect changes requested by counsel. | 26 | 0.10 | $350.00 | $35.00 |
| 12/8/05 | AP | Reviewed the Grace third quarter executive summary financial book to analyze the impact of energy costs on the company's YTD results. | 28 | 0.20 | $350.00 | $70.00 |
| 12/9/05 | AP | Reviewed recent press articles regarding the Libby cleanup for the year and the 2005 YTD costs for the EPA cleanup. | 28 | 0.70 | $350.00 | $245.00 |
| 12/23/05 | AP | Prepared updates to the Grace third quarter operating review presentation | 26 | 1.10 | $350.00 | $385.00 |
| | | Sub-Total | | 4.90 | | $1,715.00 |

**Cheryl Wright - Manager**

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| 12/1/05 | CW | Prepare financial ratios for size, profit performance, value, return on assets, leverage, activity, liquidity and return on equity for WR Grace for 09/30/05 for comparison to comparable companies for valuation purposes | 21 | 0.90 | $290.00 | $261.00 |
| 12/1/05 | CW | Prepare financial ratios for size, profit performance, value, return on assets, leverage, activity, liquidity and return on equity for Rohm and Haas for 09/30/05 for comparison to comparable companies for valuation purposes | 21 | 0.90 | $290.00 | $261.00 |
| 12/1/05 | CW | Prepare financial ratios for size, profit performance, value, return on assets, leverage, activity, liquidity and return on equity for Engelhard for 09/30/05 for comparison to comparable companies for valuation purposes | 21 | 0.80 | $290.00 | $232.00 |
| 12/1/05 | CW | Prepare financial ratios for size, profit performance, value, return on assets, leverage, activity, liquidity and return on equity for Lubrizol for 09/30/05 for comparison to comparable companies for valuation purposes | 21 | 0.70 | $290.00 | $203.00 |
| 12/1/05 | CW | Prepare financial ratios for size, profit performance, value, return on assets, leverage, activity, liquidity and return on equity for Albemarle for 09/30/05 for comparison to comparable companies for valuation purposes | 21 | 0.80 | $290.00 | $232.00 |
| 12/1/05 | CW | Prepare financial ratios for size, profit performance, value, return on assets, leverage, activity, liquidity and return on equity for PPG Industries for 09/30/05 for comparison to comparable companies for valuation purposes | 21 | 0.90 | $290.00 | $261.00 |
| 12/1/05 | CW | Prepare financial ratios for size, profit performance, value, return on assets, leverage, activity, liquidity and return on equity for Cytec Industries for 09/30/05 for comparison to comparable companies for valuation purposes | 21 | 0.80 | $290.00 | $232.00 |
| 12/2/05 | CW | Prepare financial ratios for size, profit performance, value, return on assets, leverage, activity, liquidity and return on equity for Hercules for 09/30/05 for comparison to comparable companies for valuation purposes | 21 | 0.70 | $290.00 | $203.00 |
| 12/2/05 | CW | Prepare financial ratios for size, profit performance, value, return on assets, leverage, activity, liquidity and return on equity for Chemtura for 09/30/05 for comparison to comparable companies for valuation purposes | 21 | 0.90 | $290.00 | $261.00 |
| 12/2/05 | CW | Prepare financial ratios for size, profit performance, value, return on assets, leverage, activity, liquidity and return on equity for Cabot for 09/30/05 for comparison to comparable companies for valuation purposes | 21 | 0.80 | $290.00 | $232.00 |

# W.R. Grace

**Schedule A**

**Services Rendered during the Period: December 1, 2005 through December 31, 2005**

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| 12/2/05 | CW | Prepare financial ratios for size, profit performance, value, return on assets, leverage, activity, liquidity and return on equity for HB Fuller for 09/30/05 for comparison to comparable companies for valuation purposes | 21 | 0.90 | $290.00 | $261.00 |
| 12/5/05 | CW | Review and analyze analyst reports for Rohm and Haas for use in supporting Grace market multiples valuation | 21 | 1.70 | $290.00 | $493.00 |
| 12/5/05 | CW | Review and analyze analyst reports for Engelhard for use in supporting Grace market multiples valuation | 21 | 1.60 | $290.00 | $464.00 |
| 12/5/05 | CW | Review and analyze analyst reports for Albemarle for use in supporting Grace market multiples valuation | 21 | 1.50 | $290.00 | $435.00 |
| 12/5/05 | CW | Review and analyze analyst reports for Lubrizol for use in supporting Grace market multiples valuation | 21 | 1.20 | $290.00 | $348.00 |
| 12/6/05 | CW | Review and analyze analyst reports for Lubrizol for use in supporting Grace market multiples valuation | 21 | 0.60 | $290.00 | $174.00 |
| 12/6/05 | CW | Review and analyze analyst reports for Chemtura for use in supporting Grace market multiples valuation | 21 | 1.90 | $290.00 | $551.00 |
| 12/6/05 | CW | Review and analyze analyst reports for PPG Industries for use in supporting Grace market multiples valuation | 21 | 1.80 | $290.00 | $522.00 |
| 12/6/05 | CW | Review and analyze analyst reports for Simpson Manufacturing for use in supporting Grace market multiples valuation | 21 | 1.70 | $290.00 | $493.00 |
| 12/6/05 | CW | Review and analyze analyst reports for HB Fuller for use in supporting Grace market multiples valuation | 21 | 1.50 | $290.00 | $435.00 |
| 12/6/05 | CW | Review and analyze analyst reports for Cytec Industries Manufacturing for use in supporting Grace market multiples valuation | 21 | 1.80 | $290.00 | $522.00 |
| 12/6/05 | CW | Review and analyze analyst reports for Hercules for use in supporting Grace market multiples valuation | 21 | 1.70 | $290.00 | $493.00 |
| 12/13/05 | CW | Prepare total assets graph for Grace and its comparable companies, showing high, low, median and Grace's results for the period from 2000 to LTM 9/30/05 and update links to historical financial statements | 21 | 0.80 | $290.00 | $232.00 |
| 12/13/05 | CW | Prepare EBITDA graph for Grace and its comparable companies, showing high, low, median and Grace's results for the period from 2000 to LTM 9/30/05 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 12/13/05 | CW | Prepare gross profit margin receivable graph for Grace and its comparable companies, showing high, low, median and Grace's results for the period from 2000 to LTM 9/30/05 and update links to historical financial statements | 21 | 1.00 | $290.00 | $290.00 |
| 12/13/05 | CW | Prepare EBITDA margin graph for Grace and its comparable companies, showing high, low, median and Grace's results for the period from 2000 to LTM 9/30/05 and update links to historical financial statements | 21 | 0.80 | $290.00 | $232.00 |
| 12/13/05 | CW | Prepare EBIT margin graph for Grace and its comparable companies, showing high, low, median and Grace's results for the period from 2000 to LTM 9/30/05 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 12/13/05 | CW | Prepare EBITDA-to-tangible assets graph for Grace and its comparable companies, showing high, low, median and Grace's results for the period from 2000 to LTM 9/30/05 and update links to historical financial statements | 21 | 0.80 | $290.00 | $232.00 |
| 12/13/05 | CW | Prepare EBIT-to-tangible assets graph for Grace and its comparable companies, showing high, low, median and Grace's results for the period from 2000 to LTM 9/30/05 and update links to historical financial statements | 21 | 1.00 | $290.00 | $290.00 |
| 12/13/05 | CW | Prepare revenue growth (indexed) graph for USG and its comparable companies, showing high, low, median and USG's results for the period from 2000 to LTM 9/30/05 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 12/13/05 | CW | Prepare EBIT growth (indexed) graph for USG and its comparable companies, showing high, low, median and USG's results for the period from 2000 to LTM 9/30/05 and update links to historical financial statements | 21 | 0.80 | $290.00 | $232.00 |
| 12/13/05 | CW | Prepare EBITDA growth (indexed) graph for USG and its comparable companies, showing high, low, median and USG's results for the period from 2000 to LTM 9/30/05 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 12/13/05 | CW | Prepare debt-to-equity graph for USG and its comparable companies, showing high, low, median and USG's results for the period from 2000 to LTM 9/30/05 and update links to historical financial statements | 21 | 0.80 | $290.00 | $232.00 |
| 12/13/05 | CW | Prepare debt-to-total capital graph for USG and its comparable companies, showing high, low, median and USG's results for the period from 2000 to LTM 9/30/05 and update links to historical financial statements | 21 | 0.80 | $290.00 | $232.00 |
| 12/13/05 | CW | Prepare debt-to-EBITDA graph for USG and its comparable companies, showing high, low, median and USG's results for the period from 2000 to LTM 9/30/05 and update links to historical financial statements | 21 | 1.00 | $290.00 | $290.00 |
| 12/14/05 | CW | Prepare days receivable graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2001 to LTM 09/30/05 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |

# W.R. Grace

**Schedule A**

**Services Rendered during the Period:  December 1, 2005 through December 31, 2005**

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| 12/14/05 | CW | Prepare inventory turnover graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2001 to LTM 09/30/05 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 12/14/05 | CW | Prepare quick ratio graph for WR Grace and its comparable companies, showing high, low, median and USG's results for the period from 2001 to LTM 6/30/05 and update links to historical financial statements | 21 | 0.80 | $290.00 | $232.00 |
| 12/14/05 | CW | Prepare current ratio graph for WR Grace and its comparable companies, showing high, low, median and USG's results for the period from 2001 to LTM 6/30/05 and update links to historical financial statements | 21 | 0.80 | $290.00 | $232.00 |
| 12/14/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Grace for LTM 09/30/05 | 21 | 0.60 | $290.00 | $174.00 |
| 12/14/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Rohm and Haas for LTM 09/30/05 | 21 | 0.60 | $290.00 | $174.00 |
| 12/14/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Engelhard for LTM 09/30/05 | 21 | 0.50 | $290.00 | $145.00 |
| 12/14/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Lubrizol for LTM 09/30/05 | 21 | 0.60 | $290.00 | $174.00 |
| 12/19/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Cytec for LTM 09/30/05 | 21 | 0.50 | $290.00 | $145.00 |
| 12/19/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for PPG Industries for LTM 09/30/05 | 21 | 0.50 | $290.00 | $145.00 |
| 12/19/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Albemarle for LTM 09/30/05 | 21 | 0.60 | $290.00 | $174.00 |
| 12/19/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for HB Fuller for LTM 09/30/05 | 21 | 0.50 | $290.00 | $145.00 |
| 12/20/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Hercules for LTM 09/30/05 | 21 | 0.60 | $290.00 | $174.00 |
| 12/20/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Chemtura for LTM 09/30/05 | 21 | 0.60 | $290.00 | $174.00 |
| 12/20/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Cabot for LTM 09/30/05 | 21 | 0.50 | $290.00 | $145.00 |
| 12/22/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for HB Fuller for LTM 09/30/05 | 21 | 0.50 | $290.00 | $145.00 |
| | | Sub-Total | | 47.50 | | $13,775.00 |

**Dottie-Jo Collins  -  Manager**

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| 12/30/05 | DC | Compilation and consolidation of services rendered in the month of December 2005 | 11 | 2.10 | $290.00 | $609.00 |
| 12/31/05 | DC | Compilation and consolidation of services rendered in the month of December 2005 | 11 | 2.60 | $290.00 | $754.00 |
| 12/31/05 | DC | Category coding and preparation of December 2005 fee application | 11 | 1.20 | $290.00 | $348.00 |
| | | Sub-Total | | 5.90 | | $1,711.00 |
| | | **TOTAL   Schedule A:** | | 123.90 | | $49,934.00 |

# W.R. Grace

**Schedule B**

**Services Rendered during the Period: December 1, 2005 through December 31, 2005**

| Date | | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 12/2/05 | MB | Prepare correspondence to ACC counsel related to bank claim in connection with recovery analysis | 07 | 1.60 | $500.00 | $800.00 |
| 12/6/05 | LT | Review status of financial analyses prepared for ACC and counsel and timetable for completion | 07 | 0.50 | $550.00 | $275.00 |
| 12/7/05 | MB | Review ACC objection to exclusivity extension and related exhibits | 07 | 1.20 | $500.00 | $600.00 |
| 12/13/05 | MB | Review modifications to Intercat Settlement and related documents at request of ACC counsel | 07 | 2.30 | $500.00 | $1,150.00 |
| 12/14/05 | MB | Respond to ACC request for historic information on asbestos liability disclosures | 07 | 1.50 | $500.00 | $750.00 |
| 12/16/05 | MB | Review draft of third quarter operating report to ACC counsel and provide commentary | 07 | 2.00 | $500.00 | $1,000.00 |
| 12/30/05 | LT | Review weekly calendar of critical dates from ACC counsel | 07 | 0.90 | $550.00 | $495.00 |
| | | **TOTAL  Category 07: Committee, Creditors, Noteholders** | | **10.00** | | **$5,070.00** |
| 12/15/06 | MB | Review schedule of executive options in connection with compensation analysis | 08 | 1.50 | $500.00 | $750.00 |
| 12/16/06 | MB | Review public filings pertaining to executive option compensation awards | 08 | 1.20 | $500.00 | $600.00 |
| | | **TOTAL  Category 08: Employee Benefits/Pension** | | **2.70** | | **$1,350.00** |
| 12/30/05 | DC | Compilation and consolidation of services rendered in the month of December 2005 | 11 | 2.10 | $290.00 | $609.00 |
| 12/31/05 | DC | Compilation and consolidation of services rendered in the month of December 2005 | 11 | 2.60 | $290.00 | $754.00 |
| 12/31/05 | DC | Category coding and preparation of December 2005 fee application | 11 | 1.20 | $290.00 | $348.00 |
| | | **TOTAL  Category 11:  Fee Application-Applicant** | | **5.90** | | **$1,711.00** |
| 12/9/05 | RM | Weekly review, monitoring and analysis of bond and bank loan market and prices for specific issuers and comps for DIP/Exit financing | 16 | 1.00 | $500.00 | $500.00 |
| 12/16/05 | RM | Weekly review, monitoring and analysis of bond and bank loan market and prices for specific issuers and comps for DIP/Exit financing | 16 | 0.90 | $500.00 | $450.00 |
| 12/23/05 | RM | Weekly review, monitoring and analysis of bond and bank loan market and prices for specific issuers and comps for DIP/Exit financing | 16 | 1.10 | $500.00 | $550.00 |
| 12/30/05 | RM | Weekly review, monitoring and analysis of bond and bank loan market and prices for specific issuers and comps for DIP/Exit financing | 16 | 1.00 | $500.00 | $500.00 |
| | | **TOTAL  Category 16: POR and Disclosure Statement** | | **4.00** | | **$2,000.00** |
| 12/1/05 | JS | Review, analyze Company's 9/30/05 Executive Summary, Latest Estimates, for valuation. | 21 | 1.40 | $515.00 | $721.00 |
| 12/1/05 | JS | Review, analyze recent issues of Chemical Week re specialty chemicals outlook for valuation. | 21 | 1.70 | $515.00 | $875.50 |
| 12/1/05 | JS | Develop revised projections for 2005, 2006 and 2007 for valuation. | 21 | 1.60 | $515.00 | $824.00 |
| 12/1/05 | CW | Prepare financial ratios for size, profit performance, value, return on assets, leverage, activity, liquidity and return on equity for WR Grace for 09/30/05 for comparison to comparable companies for valuation purposes | 21 | 0.90 | $290.00 | $261.00 |
| 12/1/05 | CW | Prepare financial ratios for size, profit performance, value, return on assets, leverage, activity, liquidity and return on equity for Rohm and Haas for 09/30/05 for comparison to comparable companies for valuation purposes | 21 | 0.90 | $290.00 | $261.00 |
| 12/1/05 | CW | Prepare financial ratios for size, profit performance, value, return on assets, leverage, activity, liquidity and return on equity for Engelhard for 09/30/05 for comparison to comparable companies for valuation purposes | 21 | 0.80 | $290.00 | $232.00 |
| 12/1/05 | CW | Prepare financial ratios for size, profit performance, value, return on assets, leverage, activity, liquidity and return on equity for Lubrizol for 09/30/05 for comparison to comparable companies for valuation purposes | 21 | 0.70 | $290.00 | $203.00 |
| 12/1/05 | CW | Prepare financial ratios for size, profit performance, value, return on assets, leverage, activity, liquidity and return on equity for Albemarle for 09/30/05 for comparison to comparable companies for valuation purposes | 21 | 0.80 | $290.00 | $232.00 |

# W.R. Grace                                                                        Schedule B

**Services Rendered during the Period:  December 1, 2005 through December 31, 2005**

| Date | | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 12/1/05 | CW | Prepare financial ratios for size, profit performance, value, return on assets, leverage, activity, liquidity and return on equity for PPG Industries for 09/30/05 for comparison to comparable companies for valuation purposes | 21 | 0.90 | $290.00 | $261.00 |
| 12/1/05 | CW | Prepare financial ratios for size, profit performance, value, return on assets, leverage, activity, liquidity and return on equity for Cytec Industries for 09/30/05 for comparison to comparable companies for valuation purposes | 21 | 0.80 | $290.00 | $232.00 |
| 12/2/05 | PR | Review and analyze Degussa third quarter interim financial report, business segment and geographical review, risk, divestiture, join ventures, outlook, capital investment and cash flow for comparable company review | 21 | 2.30 | $500.00 | $1,150.00 |
| 12/2/05 | CW | Prepare financial ratios for size, profit performance, value, return on assets, leverage, activity, liquidity and return on equity for Hercules for 09/30/05 for comparison to comparable companies for valuation purposes | 21 | 0.70 | $290.00 | $203.00 |
| 12/2/05 | CW | Prepare financial ratios for size, profit performance, value, return on assets, leverage, activity, liquidity and return on equity for Chemtura for 09/30/05 for comparison to comparable companies for valuation purposes | 21 | 0.90 | $290.00 | $261.00 |
| 12/2/05 | CW | Prepare financial ratios for size, profit performance, value, return on assets, leverage, activity, liquidity and return on equity for Cabot for 09/30/05 for comparison to comparable companies for valuation purposes | 21 | 0.80 | $290.00 | $232.00 |
| 12/2/05 | CW | Prepare financial ratios for size, profit performance, value, return on assets, leverage, activity, liquidity and return on equity for HB Fuller for 09/30/05 for comparison to comparable companies for valuation purposes | 21 | 0.90 | $290.00 | $261.00 |
| 12/5/05 | JS | Review, revise market multiple valuation schedules for valuation. | 21 | 1.40 | $515.00 | $721.00 |
| 12/5/05 | PR | Review and analyze CSFB November 2005 industry report on specialty chemicals, volumes, interest, valuation, economic indicators, energy prices, end users and outlook | 21 | 2.10 | $500.00 | $1,050.00 |
| 12/5/05 | CW | Review and analyze analyst reports for Rohm and Haas for use in supporting Grace market multiples valuation | 21 | 1.70 | $290.00 | $493.00 |
| 12/5/05 | CW | Review and analyze analyst reports for Engelhard for use in supporting Grace market multiples valuation | 21 | 1.60 | $290.00 | $464.00 |
| 12/5/05 | CW | Review and analyze analyst reports for Albemarle for use in supporting Grace market multiples valuation | 21 | 1.50 | $290.00 | $435.00 |
| 12/5/05 | CW | Review and analyze analyst reports for Lubrizol for use in supporting Grace market multiples valuation | 21 | 1.20 | $290.00 | $348.00 |
| 12/6/05 | JS | Review revised market multiple valuation schedules for valuation. | 21 | 0.70 | $515.00 | $360.50 |
| 12/6/05 | CW | Review and analyze analyst reports for Lubrizol for use in supporting Grace market multiples valuation | 21 | 0.60 | $290.00 | $174.00 |
| 12/6/05 | CW | Review and analyze analyst reports for Chemtura for use in supporting Grace market multiples valuation | 21 | 1.90 | $290.00 | $551.00 |
| 12/6/05 | CW | Review and analyze analyst reports for PPG Industries for use in supporting Grace market multiples valuation | 21 | 1.80 | $290.00 | $522.00 |
| 12/6/05 | CW | Review and analyze analyst reports for Simpson Manufacturing for use in supporting Grace market multiples valuation | 21 | 1.70 | $290.00 | $493.00 |
| 12/6/05 | CW | Review and analyze analyst reports for HB Fuller for use in supporting Grace market multiples valuation | 21 | 1.50 | $290.00 | $435.00 |
| 12/6/05 | CW | Review and analyze analyst reports for Cytec Industries Manufacturing for use in supporting Grace market multiples valuation | 21 | 1.80 | $290.00 | $522.00 |
| 12/6/05 | CW | Review and analyze analyst reports for Hercules for use in supporting Grace market multiples valuation | 21 | 1.70 | $290.00 | $493.00 |
| 12/7/05 | JS | Further review and analysis of Wright's revised market multiple schedules for valuation. | 21 | 1.30 | $515.00 | $669.50 |
| 12/7/05 | JS | Review recent articles in Chemical Week and Chemical & Engineering News on catalyst/specialty chemicals markets and outlook for valuation. | 21 | 2.00 | $515.00 | $1,030.00 |
| 12/7/05 | PR | Analyze and review LTM,2006 and 2007 revenue multiple of comparable companies for updated valuation | 21 | 0.90 | $500.00 | $450.00 |

# W.R. Grace                                                Schedule B

**Services Rendered during the Period:  December 1, 2005 through December 31, 2005**

| Date | | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 12/7/05 | PR | Analyze and review LTM,2006 and 2007 EBITDA multiple of comparable companies for updated valuation | 21 | 1.70 | $500.00 | $850.00 |
| 12/7/05 | PR | Analyze and review LTM,2006 and 2007 EBIT multiple of comparable companies for updated valuation | 21 | 1.50 | $500.00 | $750.00 |
| 12/7/05 | PR | Analyze WR Grace cost of debt for WACC based on current capitalization and available financing for valuation | 21 | 1.40 | $500.00 | $700.00 |
| 12/7/05 | PR | Research comparable companies beta and calculate WR Grace unlevered beta for WACC calculation for valuation | 21 | 1.70 | $500.00 | $850.00 |
| 12/7/05 | PR | Review and estimate cost of equity for WR Grace and test sensitivity to change in capital structure for valuation | 21 | 1.20 | $500.00 | $600.00 |
| 12/8/05 | PR | Analysis and review of financial statements of asbestos liabilities of other companies (unique from those under review by S.Plotzky and C.Curti) for potential use in asbestos valuation or plan negotiation analyses | 21 | 4.10 | $500.00 | $2,050.00 |
| 12/8/05 | SP | Review analysis and review of financial statements of asbestos liabilities of other companies prepared by C.Curti for potential use in asbestos valuation or plan negotiation analyses | 21 | 1.90 | $500.00 | $950.00 |
| 12/8/05 | SP | Review analysis and review of financial statements of asbestos liabilities of other companies prepared by P.Rubsam for potential use in asbestos valuation or plan negotiation analyses | 21 | 2.40 | $500.00 | $1,200.00 |
| 12/13/05 | CW | Prepare total assets graph for Grace and its comparable companies, showing high, low, median and Grace's results for the period from 2000 to LTM 9/30/05 and update links to historical financial statements | 21 | 0.80 | $290.00 | $232.00 |
| 12/13/05 | CW | Prepare EBITDA graph for Grace and its comparable companies, showing high, low, median and Grace's results for the period from 2000 to LTM 9/30/05 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 12/13/05 | CW | Prepare gross profit margin receivable graph for Grace and its comparable companies, showing high, low, median and Grace's results for the period from 2000 to LTM 9/30/05 and update links to historical financial statements | 21 | 1.00 | $290.00 | $290.00 |
| 12/13/05 | CW | Prepare EBITDA margin graph for Grace and its comparable companies, showing high, low, median and Grace's results for the period from 2000 to LTM 9/30/05 and update links to historical financial statements | 21 | 0.80 | $290.00 | $232.00 |
| 12/13/05 | CW | Prepare EBIT margin graph for Grace and its comparable companies, showing high, low, median and Grace's results for the period from 2000 to LTM 9/30/05 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 12/13/05 | CW | Prepare EBITDA-to-tangible assets graph for Grace and its comparable companies, showing high, low, median and Grace's results for the period from 2000 to LTM 9/30/05 and update links to historical financial statements | 21 | 0.80 | $290.00 | $232.00 |
| 12/13/05 | CW | Prepare EBIT-to-tangible assets graph for Grace and its comparable companies, showing high, low, median and Grace's results for the period from 2000 to LTM 9/30/05 and update links to historical financial statements | 21 | 1.00 | $290.00 | $290.00 |
| 12/13/05 | CW | Prepare revenue growth (indexed) graph for USG and its comparable companies, showing high, low, median and USG's results for the period from 2000 to LTM 9/30/05 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 12/13/05 | CW | Prepare EBIT growth (indexed) graph for USG and its comparable companies, showing high, low, median and USG's results for the period from 2000 to LTM 9/30/05 and update links to historical financial statements | 21 | 0.80 | $290.00 | $232.00 |
| 12/13/05 | CW | Prepare EBITDA growth (indexed) graph for USG and its comparable companies, showing high, low, median and USG's results for the period from 2000 to LTM 9/30/05 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 12/13/05 | CW | Prepare debt-to-equity graph for USG and its comparable companies, showing high, low, median and USG's results for the period from 2000 to LTM 9/30/05 and update links to historical financial statements | 21 | 0.80 | $290.00 | $232.00 |
| 12/13/05 | CW | Prepare debt-to-total capital graph for USG and its comparable companies, showing high, low, median and USG's results for the period from 2000 to LTM 9/30/05 and update links to historical financial statements | 21 | 0.80 | $290.00 | $232.00 |

# W.R. Grace                                                     Schedule B

**Services Rendered during the Period: December 1, 2005 through December 31, 2005**

| Date | | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 12/13/05 | CW | Prepare debt-to-EBITDA graph for USG and its comparable companies, showing high, low, median and USG's results for the period from 2000 to LTM 9/30/05 and update links to historical financial statements | 21 | 1.00 | $290.00 | $290.00 |
| 12/14/05 | PR | Review and analyze Rohm & Haas December 2005 Smith Barney chemical conference presentation on operating performance, end markets, business and geographical segment review, margin expansion, value chain and outlook for comparable company review | 21 | 2.30 | $500.00 | $1,150.00 |
| 12/14/05 | CW | Prepare days receivable graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2001 to LTM 09/30/05 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 12/14/05 | CW | Prepare inventory turnover graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2001 to LTM 09/30/05 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 12/14/05 | CW | Prepare quick ratio graph for WR Grace and its comparable companies, showing high, low, median and USG's results for the period from 2001 to LTM 6/30/05 and update links to historical financial statements | 21 | 0.80 | $290.00 | $232.00 |
| 12/14/05 | CW | Prepare current ratio graph for WR Grace and its comparable companies, showing high, low, median and USG's results for the period from 2001 to LTM 6/30/05 and update links to historical financial statements | 21 | 0.80 | $290.00 | $232.00 |
| 12/14/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Grace for LTM 09/30/05 | 21 | 0.60 | $290.00 | $174.00 |
| 12/14/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Rohm and Haas for LTM 09/30/05 | 21 | 0.60 | $290.00 | $174.00 |
| 12/14/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Engelhard for LTM 09/30/05 | 21 | 0.50 | $290.00 | $145.00 |
| 12/14/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Lubrizol for LTM 09/30/05 | 21 | 0.60 | $290.00 | $174.00 |
| 12/19/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Cytec for LTM 09/30/05 | 21 | 0.50 | $290.00 | $145.00 |
| 12/19/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for PPG Industries for LTM 09/30/05 | 21 | 0.50 | $290.00 | $145.00 |
| 12/19/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Albemarle for LTM 09/30/05 | 21 | 0.60 | $290.00 | $174.00 |
| 12/19/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for HB Fuller for LTM 09/30/05 | 21 | 0.50 | $290.00 | $145.00 |
| 12/20/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Hercules for LTM 09/30/05 | 21 | 0.60 | $290.00 | $174.00 |
| 12/20/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Chemtura for LTM 09/30/05 | 21 | 0.60 | $290.00 | $174.00 |
| 12/20/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Cabot for LTM 09/30/05 | 21 | 0.50 | $290.00 | $145.00 |
| 12/22/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for HB Fuller for LTM 09/30/05 | 21 | 0.50 | $290.00 | $145.00 |
| 12/27/05 | PR | Review and analyze JP Morgan December 2005 analyst report on specialty chemicals, pricing, shipment and outlook for industry review | 21 | 1.20 | $500.00 | $600.00 |
| 12/8/06 | CC | Analysis and review of financial statements of asbestos liabilities of other companies (unique from those under review by S.Plotzky and P.Rubsam) for potential use in asbestos valuation or plan negotiation analyses | 21 | 3.30 | $390.00 | $1,287.00 |
| | | **TOTAL Category 21: Valuation** | | **85.60** | | **$32,613.50** |
| 12/1/05 | LT | Review objection for extension of exclusive period | 26 | 1.10 | $550.00 | $605.00 |
| 12/1/05 | MB | Discuss information request pertaining to post petition claim data with debtor financial advisor | 26 | 0.50 | $500.00 | $250.00 |

# W.R. Grace

**Schedule B**

**Services Rendered during the Period: December 1, 2005 through December 31, 2005**

| Date | | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 12/1/05 | AP | Prepared schedule for Grace to analyze the accrual of interest using various assumptions and various time periods. | 26 | 2.00 | $350.00 | $700.00 |
| 12/2/05 | AP | Prepared updates to the WR Grace stock chart analysis to reflect changes requested by counsel. | 26 | 0.10 | $350.00 | $35.00 |
| 12/6/05 | MB | Review 12/2/05 Calendar of Critical Events and plan for upcoming events | 26 | 0.40 | $500.00 | $200.00 |
| 12/12/05 | MB | Review 12/9/05 Calendar of Critical Events and plan for upcoming events | 26 | 0.50 | $500.00 | $250.00 |
| 12/14/05 | JS | Review PI Claimants' Supplemental Interrogatories and Requests for Documents in preparation for hearing on 12/19/05 | 26 | 0.60 | $515.00 | $309.00 |
| 12/15/05 | MB | Analyze debtor response pertaining to treatment of interest on bank claim | 26 | 1.60 | $500.00 | $800.00 |
| 12/19/05 | MB | Review 12/16/05 Calendar of Critical Events and plan for upcoming events | 26 | 0.40 | $500.00 | $200.00 |
| 12/23/05 | AP | Prepared updates to the Grace third quarter operating review presentation | 26 | 1.10 | $350.00 | $385.00 |
| 12/28/05 | MB | Review 12/23/05 Calendar of Critical Events and plan for upcoming events | 26 | 0.50 | $500.00 | $250.00 |
| | | **TOTAL Category 26: Business Analysis** | | **8.80** | | **$3,984.00** |
| 12/2/05 | AP | Reviewed updates to the Grace accrued interest calculation to analyze the amendments to the credit agreement and the impact on the accrued interest rate. | 28 | 0.80 | $350.00 | $280.00 |
| 12/7/05 | MB | Review financial statements and accompanying notes to third quarter 10Q report in connection with monitoring continuing operations | 28 | 2.30 | $500.00 | $1,150.00 |
| 12/7/05 | MB | Review MD&A section to third quarter 10Q report in connection with monitoring continuing operations | 28 | 2.20 | $500.00 | $1,100.00 |
| 12/8/05 | AP | Reviewed the Grace third quarter executive summary financial book to analyze the impact of energy costs on the company's YTD results. | 28 | 0.20 | $350.00 | $70.00 |
| 12/9/05 | AP | Reviewed recent press articles regarding the Libby cleanup for the year and the 2005 YTD costs for the EPA cleanup. | 28 | 0.70 | $350.00 | $245.00 |
| 12/22/05 | JS | Review 3rd Quarter 2005 Operating Results Presentation to ACC for due diligence and monitoring. | 28 | 0.70 | $515.00 | $360.50 |
| | | **TOTAL Category 28: Data Analysis** | | **6.90** | | **$3,205.50** |
| | | **TOTAL Schedule B:** | | **123.90** | | **$49,934.00** |

# W.R. Grace

**Schedule C**

**Summary of Expenses Incurred by L Tersigni Consulting P.C.**
**Accountant and Financial Advisor**

| Descriptions | Amount |
|---|---:|
| Telephone | $31.21 |
| Research via ALACRA 12/1/05     10 Reports @ $20.00 each | $200.00 |
| Xerox   ( 491  @ $0.10 per page) | $49.10 |
| **Total Expenses incurred from December 1-31, 2005** | $280.31 |