```
Date: 01/09/05              Legal Analysis Systems, Inc.
Time: 8:00pm                                                              Page 1


                   W. R. Grace, Inc. % Elihu Inselbuch
                   Caplin & Drysdale
                   399 Park Avenue, 27th Floor
                   New York, New York 10022


Date/Slip# Description                                     HOURS/RATE      AMOUNT
--------------------------------------------------------------------------------
 12/07/05  Peterson  / (07) Committee, Creditors'                1.0       600.00
 #2802     telephone conference Finch re: Libby claims,        600.00
           forecast methods

 12/08/05  Peterson  / (07) Committee, Creditors'                1.1       660.00
 #2803     conference call Cohn, Eberling, Finch re: Libby     600.00
           liabilities

 12/09/05  Peterson  / (07) Committee, Creditors'                1.0       600.00
 #2806     Telephone Finch re: data collection issues and      600.00
           discovery
```

{D0053396:1 }

```
Date: 01/09/05            Legal Analysis Systems, Inc.
Time: 8:00pm                                                        Page 2

                    W. R. Grace


Date/Slip# Description                                  HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 12/06/05  Peterson  / (28) Data Analysis                     2.5    1500.00
 #2801     Respond to inquiries about billing entries       600.00

 12/06/05  Relles    / (28) Data Analysis                     2.1     787.50
 #3001     receive data cdrom and compare to data received in 375.00
           2002

 12/08/05  Peterson  / (28) Data Analysis                     1.5     900.00
 #2804     review materials on Libby liabilities to prepare for 600.00
           conference call

 12/09/05  Peterson  / (28) Data Analysis                     3.5    2100.00
 #2805     Review issues re: data collection and coding and  600.00
           discovery about those issues

 12/16/05  Peterson  / (28) Data Analysis                     0.3     180.00
 #2807     Review data dictionary                            600.00

 12/16/05  Peterson  / (28) Data Analysis                     4.8    2880.00
 #2808     Review discovery documents re: settlement history 600.00

 12/18/05  Peterson  / (28) Data Analysis                     5.8    3480.00
 #2809     Review discovery documents re: settlement history 600.00

 12/20/05  Peterson  / (28) Data Analysis                     2.4    1440.00
 #2810     Review discovery documents re: settlement history 600.00

 12/23/05  Peterson  / (28) Data Analysis                     3.6    2160.00
 #2811     Review discovery documents re: settlement history 600.00

 12/26/05  Peterson  / (28) Data Analysis                     4.1    2460.00
 #2812     Review discovery documents re: settlement history 600.00

 12/27/05  Peterson  / (28) Data Analysis                     5.6    3360.00
 #2813     Review discovery documents re: settlement history 600.00

 12/28/05  Peterson  / (28) Data Analysis                     4.4    2640.00
 #2814     Review discovery documents re: settlement history 600.00

 12/28/05  Peterson  / (28) Data Analysis                     4.7    2820.00
 #2815     Review discovery documents re: settlement history 600.00

 12/29/05  Peterson  / (28) Data Analysis                     2.1    1260.00
 #2816     Review discovery documents re: settlement history 600.00
```

{D0053396:1 }

```
Date: 01/09/05            Legal Analysis Systems, Inc.
Time: 8:00pm                                                             Page 3

                              W. R. Grace


Date/Slip# Description                                     HOURS/RATE     AMOUNT
-------------------------------------------------------------------------------
 12/30/05  Peterson  / (28) Data Analysis                         4.8    2880.00
 #2817     Review discovery documents re: settlement history    600.00
-------------------------------------------------------------------------------
```

{D0053396:1 }

```
Date: 01/09/05            Legal Analysis Systems, Inc.
Time: 8:00pm                                                             Page 4

                    W. R. Grace

              Summary Of Time Charges, By Month and Activity
                     December 2005 - December 2005

    MONTH       ACTIVITY                                     HOURS      AMOUNT
    ---------------------------------------------------------------------------
    December  - (07) Committee, Creditors'                     3.1     1860.00
    December  - (28) Data Analysis                            52.2    30847.50
    December  - (99) Total                                    55.3    32707.50

    Total     - (07) Committee, Creditors'                     3.1     1860.00
    Total     - (28) Data Analysis                            52.2    30847.50
    Total     - (99) Total                                    55.3    32707.50

    ---------------------------------------------------------------------------
```

```
Date: 01/09/05            Legal Analysis Systems, Inc.
Time: 8:00pm                                                            Page 5

                W. R. Grace

            Summary Of Time Charges, By Month and Person
                   December 2005 - December 2005

  MONTH       PERSON                                          HOURS    AMOUNT
  ----------------------------------------------------------------------------
  December  - Relles                                            2.1    787.50
  December  - Peterson                                         53.2  31920.00
  December  - Total                                            55.3  32707.50

  Total     - Relles                                            2.1    787.50
  Total     - Peterson                                         53.2  31920.00
  Total     - Total                                            55.3  32707.50

  ----------------------------------------------------------------------------
```

{D0053396:1 }

```
Date: 01/09/05            Legal Analysis Systems, Inc.
Time: 8:00pm                                                              Page 6

                    W. R. Grace

          Summary Of Time Charges, By Activity, Month, and Person
                       December 2005 - December 2005

MONTH      PERSON                                HOURS    RATE     AMOUNT
--------------------------------------------------------------------------
(07) Committee, Creditors'

December   - Peterson                              3.1    600.    1860.00

(28) Data Analysis

December   - Relles                                2.1    375.     787.50
December   - Peterson                             50.1    600.   30060.00

--------------------------------------------------------------------------
```

{D0053396:1 }