## EXHIBIT A

## Case Administration (4.80 Hours; $ 2,015.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.70 | $760 | 1,292.00 |
| Rita C. Tobin | .60 | $435 | 261.00 |
| Andrew D. Katznelson | 2.50 | $185 | 462.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/01/05 | RCT | 435.00 | 0.20 | Revise fee project report. |
| 12/02/05 | RCT | 435.00 | 0.20 | Revise fee project report. |
| 12/02/05 | ADK | 185.00 | 0.50 | Work on bankruptcy fee project. |
| 12/05/05 | PVL | 760.00 | 0.10 | Review 8 miscellaneous filings. |
| 12/05/05 | ADK | 185.00 | 0.50 | Updated payment schedule with payment received. |
| 12/06/05 | PVL | 760.00 | 0.10 | Review 5 miscellaneous filings. |
| 12/07/05 | PVL | 760.00 | 0.10 | Review draft order and e-mail Hurford. |
| 12/07/05 | RCT | 435.00 | 0.20 | Review local counsel recommendation re: EI update. |
| 12/09/05 | PVL | 760.00 | 0.10 | Review e-mail. |
| 12/12/05 | PVL | 760.00 | 0.10 | Review agenda notice. |
| 12/13/05 | PVL | 760.00 | 0.10 | Review 11 miscellaneous filings. |
| 12/15/05 | ADK | 185.00 | 0.50 | Prepared all necessary materials for upcoming Committee meeting for EI. |
| 12/18/05 | PVL | 760.00 | 0.10 | Review 8 miscellaneous filings. |
| 12/20/05 | PVL | 760.00 | 0.10 | Review 7 miscellaneous filings. |
| 12/21/05 | PVL | 760.00 | 0.10 | Review Cavanaugh opinion re Sealed Air. |
| 12/23/05 | PVL | 760.00 | 0.10 | Review 8 miscellaneous filings. |
| 12/23/05 | ADK | 185.00 | 0.50 | Updated payment schedule with payment received. |

{D0053607:1 }

| 12/23/05 | ADK | 185.00 | 0.50 | Review, classify and annotate relevant material from Committee meeting for EI. |
| 12/27/05 | PVL | 760.00 | 0.40 | Review 8 miscellaneous filings (.1); review Pacificorp reply brief (.2); review e-mail (.1). |
| 12/28/05 | PVL | 760.00 | 0.20 | Review 14 miscellaneous filings. |
| 12/30/05 | PVL | 760.00 | 0.10 | Review 4 miscellaneous filings. |

**Total Task Code .04**      **4.80**


## Claim Analysis Objection & Resolution (Asbestos) (6.50 Hours; $ 4,940.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 6.50 | $760 | 4,940.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/02/05 | PVL | 760.00 | 1.00 | Review e-mail and reply (.6); confer NDF (.4). |
| 12/03/05 | PVL | 760.00 | 0.80 | Review 9th Cir. op. re US v. Grace (.6); review NDF trial outline (.2). |
| 12/04/05 | PVL | 760.00 | 1.00 | Review 11/14 hearing transcript. |
| 12/05/05 | PVL | 760.00 | 0.40 | Review WRG PD class action opposition. |
| 12/08/05 | PVL | 760.00 | 0.60 | Conferences NDF. |
| 12/13/05 | PVL | 760.00 | 0.60 | Conferences NDF (.2); review e-mail (.1); review Welch report (.1); review Anderson report (.2). |
| 12/14/05 | PVL | 760.00 | 0.60 | Review e-mail and reply (.2); review NDF memos and reply (.3); confer NDF (.1). |
| 12/15/05 | PVL | 760.00 | 0.10 | Review draft order re PD claims. |
| 12/18/05 | PVL | 760.00 | 0.60 | Review Ewing report (.4); review Longo report (.2). |
| 12/20/05 | PVL | 760.00 | 0.40 | Review WRG witness disclosure (.1); review e-mail (.1); review Harron depo (.1); e-mail Eskin et al (.1). |

| 12/26/05 | PVL | 760.00 | 0.10 | Review COC and order re mediation expenses. |
| 12/28/05 | PVL | 760.00 | 0.30 | Review WRG reply re 15th omni PD cls. obj. |

**Total Task Code .05**      **6.50**

## Committee, Creditors', Noteholders' or Equity Holders' (5.20 Hours; $ 4,244.50)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Elihu Inselbuch | 3.90 | $835 | 3,256.50 |
| Peter Van N. Lockwood | 1.30 | $760 | 988.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 12/06/05 | EI | 835.00 | 1.00 | T/c Heberling (.3); conf. call NDF, PVNL, Cooney, Budd re: Libby issues (.7). |
| 12/14/05 | EI | 835.00 | 0.30 | Attempt to set up Committee conf. call. |
| 12/15/05 | EI | 835.00 | 0.40 | Setting up call (.2); memo (.1); minutes (.1). |
| 12/16/05 | PVL | 760.00 | 1.30 | Teleconference committee, EI, NDF. |
| 12/16/05 | EI | 835.00 | 2.20 | Committee conf. call re: all issues (2.0); t/c Rice re: same (.2). |

**Total Task Code .07**      **5.20**

## Fee Applications, Applicant (4.00 Hours; $ 1,115.00)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Rita C. Tobin | 1.50 | $435 | 652.50 |
| Andrew D. Katznelson | 2.50 | $185 | 462.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|

| 12/06/05 | ADK | 185.00 | 1.00 | Created 12 month schedule for fee application filings for RCT. |
| 12/09/05 | RCT | 435.00 | 0.50 | Review prebills. |
| 12/20/05 | RCT | 435.00 | 0.50 | Review edits. |
| 12/21/05 | RCT | 435.00 | 0.50 | Review monthly fee apps. |
| 12/21/05 | ADK | 185.00 | 1.00 | Worked on fee application. |
| 12/22/05 | ADK | 185.00 | 0.50 | Worked on fee application. |

**Total Task Code .12     4.00**


## Hearings (5.30 Hours; $ 4,065.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Iselbuch | .50 | $835 | 417.50 |
| Peter Van N. Lockwood | 4.80 | $760 | 3,648.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/19/05 | PVL | 760.00 | 4.80 | Attend omnibus hearing. |
| 12/20/05 | EI | 835.00 | 0.50 | T/c PVNL re: hearing and report (.3); Committee members' inquiries (.2). |

**Total Task Code .15     5.30**

## Litigation and Litigation Consulting (392.10 Hours; $ 132,989.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 2.00 | $835 | 1,670.00 |
| Peter Van N. Lockwood | .50 | $760 | 380.00 |
| Albert G. Lauber | .20 | $610 | 122.00 |
| Nathan D. Finch | 68.90 | $525 | 36,172.50 |
| Jeffrey A. Liesemer | 67.30 | $425 | 28,602.50 |
| James P. Wehner | 40.90 | $405 | 16,564.50 |
| Danielle K. Graham | 36.60 | $290 | 10,614.00 |
| Adam L. VanGrack | 42.70 | $250 | 10,675.00 |

{D0053607:1 }

| | | | | |
|---|---|---|---|---|
| Sheila A. Clark | 14.20 | $220 | 3,124.00 |
| David B. Smith | 64.60 | $220 | 14,212.00 |
| Stacie M. Evans | 45.60 | $205 | 9,348.00 |
| Vernon Preston | 3.70 | $175 | 647.50 |
| Velma Wright | 4.90 | $175 | 857.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/01/05 | NDF | 525.00 | 7.00 | Plan asbestos estimation hearing - review Sealed Air discovery (5.5); telephone conferences with potential experts (X 3) (1.5). |
| 12/01/05 | DBS | 220.00 | 1.50 | Compile trial exhibits for attorney review. |
| 12/01/05 | JAL | 425.00 | 3.40 | Review and analysis of discovery orders and rulings entered in the Seal Air litigation (.80); review and analysis of materials relating to estimation of claims and discovery (1.30); office conference w/ALV regarding estimation-related discovery (.20); review of deposition outline and preparation for Grace's deposition of silica doctors and screening company (.80); office conference w/NDF regarding estimation issues and related discovery (.30). |
| 12/01/05 | SAC | 220.00 | 3.80 | Assist JAL and NDF with finalizing Sealed Air depositions, exhibit binders and orders in connection with compelled discovery and divulgence of privileged documents. |
| 12/01/05 | ALV | 250.00 | 3.00 | Confer with JAL (including review of notes) regarding meet and confer teleconferences held among various counsel to discuss discovery issues (1.8); prepare letter to counsel for debtors regarding discovery disputes (1.2). |
| 12/01/05 | VW | 175.00 | 0.10 | Exhibits to office services for rush copy job per SC |
| 12/01/05 | JPW | 405.00 | 2.10 | Analysis of issues re asbestos estimation |
| 12/02/05 | PVL | 760.00 | 0.50 | Review 8 miscellaneous filings (.1); review BDM lift stay motion (.2); review Pacficorp appeal brief (.2). |
| 12/02/05 | EI | 835.00 | 0.30 | T/c NDF re: his memo. |
| 12/02/05 | NDF | 525.00 | 6.80 | Edit motion in opposition to exclusivity extension (0.5); telephone conference with Budd regarding case issues (0.5); prepare for asbestos estimation hearing (includes drafting outlines for Hughes, Beber and Siegal) (3.2); prepare for continuation of Flynn |

|  |  |  |  | deposition (0.6); telephone conference with Welch regarding expert issues (0.5); read 9th Circuit opinion regarding Libby (0.5); draft letter to Harding regarding various discovery issues (0.5); draft letter to Harding regarding questionnaire issues (0.5). |
|---|---|---|---|---|
| 12/02/05 | DBS | 220.00 | 3.30 | Compile trial exhibits for attorney review. |
| 12/02/05 | JAL | 425.00 | 0.10 | Telephone conf. w/M. Hurford regarding draft objection to extension of exclusivity, |
| 12/02/05 | JAL | 425.00 | 2.10 | Drafted and revised preliminary statement and conclusion in draft objection to extension of exclusivity. |
| 12/02/05 | JAL | 425.00 | 3.30 | Further revisions and editing to the draft objection to the extension of exclusivity. |
| 12/02/05 | JAL | 425.00 | 0.20 | Review of correspondence and materials in connection with estimation proceeding. |
| 12/02/05 | SAC | 220.00 | 1.90 | Assist JAL with Sealed Air brief supporting previous research in connection with divulging privileged document research. |
| 12/02/05 | ALV | 250.00 | 1.00 | Review discovery requests and edit letter to counsel for the debtors regarding discovery disputes. |
| 12/02/05 | VW | 175.00 | 0.40 | Pull exhibits per SC |
| 12/03/05 | NDF | 525.00 | 1.00 | Review PD settlement proposal and Grace financial information (0.5); e-mail to Budd regarding call on Monday to discuss same (0.2); e-mail to Lockwood regarding Grace financial information (0.3). |
| 12/04/05 | SME | 205.00 | 0.60 | Review trial transcripts from bankruptcy proceedings re: estimation of future liability due to asbestos claims. |
| 12/05/05 | EI | 835.00 | 0.40 | Attempt to confer re: Libby (.2); correspondence to debtor (.2). |
| 12/05/05 | NDF | 525.00 | 2.50 | Review deposition list provided by Grace (0.5); review Siegal outline (0.5); prepare for discovery conference (1.5). |
| 12/05/05 | DBS | 220.00 | 3.70 | Compile list of deposition exhibits for attorney review (3.0); compile documents for attorney review (.7). |

| 12/05/05 | JAL | 425.00 | 1.40 | Review and analysis of deposition notices, subpoenas, and document requests served by the debtors (1.30); review and analysis of materials relating to estimation litigation (.10). |
| 12/05/05 | JAL | 425.00 | 0.90 | Review and analysis of objections to further extensions of the exclusive periods. |
| 12/05/05 | JAL | 425.00 | 0.50 | Review and analysis of estimation-related discovery materials (.20); review and analysis of memo regarding Libby, Montana claims (.30). |
| 12/05/05 | JAL | 425.00 | 0.30 | Further preparation for debtors' depositions of silica doctors and screening companies (.10); review of correspondence regarding outstanding estimation discovery issues (.20). |
| 12/05/05 | JAL | 425.00 | 0.20 | Review and analysis of materials relating to estimation discovery. |
| 12/05/05 | JAL | 425.00 | 1.00 | Review and analysis of 9th Circuit ruling regarding Grace's Libby, Montana liability. |
| 12/05/05 | JAL | 425.00 | 1.40 | Review and analysis of debtors' answers to interrogatories. |
| 12/05/05 | SAC | 220.00 | 0.20 | Assist JAL with staffing document pull in connection with Sealed Air deposition and exhibit pull. |
| 12/06/05 | NDF | 525.00 | 0.70 | Telephone conference with EI regarding Libby issue. |
| 12/06/05 | DBS | 220.00 | 2.50 | Compile potential deposition exhibits for attorney review (1.5); compile pleadings for attorney review (1.0). |
| 12/06/05 | DKG | 290.00 | 2.00 | Deposition preparation. |
| 12/06/05 | JAL | 425.00 | 0.30 | Office conference with DKG regarding preparation for debtors' depositions of silica doctors and screening company (.10); drafted and revised follow-up memo to DKG regarding same (.20). |
| 12/07/05 | NDF | 525.00 | 6.40 | Telephone conference with Harding regarding discovery issues (1.5); review documents to send to Harding and draft letter regarding same (0.7); draft letter to Harding regarding questionnaire (0.5); e-mails to Wyron et al. regarding discovery plan (0.5); telephone conference with Heberling regarding |

|  |  |  |  | Libby (0.9); telephone conference with Peterson regarding asbestos estimation issue (0.5); telephone conference with EI regarding various issues (0.3); draft supplemental document requests to Grace (1.0); draft stipulation regarding expert discovery (0.5). |
|---|---|---|---|---|
| 12/07/05 | DBS | 220.00 | 4.50 | Compile trial exhibits and list of deposition exhibits to send to counsel (4.0); compile pleadings for attorney review (.5). |
| 12/07/05 | JAL | 425.00 | 2.60 | Review and analysis of discovery materials relating to estimation. |
| 12/07/05 | JAL | 425.00 | 0.10 | Review of letter from NDF to B. Harding, debtors' counsel, regarding claimant questionnaire issues. |
| 12/07/05 | JAL | 425.00 | 1.30 | Meet and confer teleconference with debtors' counsel regarding estimation discovery. |
| 12/07/05 | JAL | 425.00 | 0.30 | Teleconference with NDF regarding estimation-related discovery and next steps. |
| 12/07/05 | JAL | 425.00 | 0.30 | Office conference with ALV regarding estimation-related discovery and next steps. |
| 12/07/05 | SAC | 220.00 | 0.40 | Review, annotate and manage electronic and hard copy of case file inventory. |
| 12/07/05 | ALV | 250.00 | 5.90 | Review previous pleadings submitted by debtors and hearing transcripts for statements related to putting at issue their settlements of asbestos tort claims. |
| 12/08/05 | NDF | 525.00 | 5.10 | Select documents to send to experts (2.0); conference with PVNL regarding Libby issues (0.5); telephone conference with Peterson and Heberling (1.0); telephone conference with Peterson regarding RUST (0.5); draft letter to Harding regarding expert discovery (0.5); conference with DBS regarding documents needed (0.3); begin memo to ACC regarding case issues (0.3). |
| 12/08/05 | DBS | 220.00 | 4.20 | Compile deposition transcripts and exhibits to send to experts for review (3.5); compile hearing transcripts for attorney review (.7). |
| 12/08/05 | DKG | 290.00 | 0.80 | Attention to issues re depositions. |
| 12/08/05 | JAL | 425.00 | 3.00 | Review of correspondence regarding outstanding discovery issues and document repositories in Boston |

|          |     |        |      | and Boca Raton (.70); review and analysis of deposition transcripts and other discovery materials relating to aggregate estimation of claims (1.80); drafted and revised memo to NDF regarding privilege and work product issues raised by debtors (.20); drafted and revised e-mail to SAC and DBS regarding same (.10); drafted and revised e-mail to VP regarding same (.10); meeting with PVNL and NDF regarding upcoming hearing on our objection to exclusivity extension (.10) |
| -------- | --- | ------ | ---- | --- |
| 12/08/05 | JAL | 425.00 | 0.40 | Review and analysis of Grace's redraft of the proposed discovery mediator order. |
| 12/08/05 | VP  | 175.00 | 2.20 | Searched correspondence and pleadings for brief at the request of attorney (1.4); searched bankruptcy court docket for brief at the request of attorney (.4); searched district court docket for brief at the request of attorney (.3); called co-counsel in search of brief requested by attorney (.1). |
| 12/08/05 | SAC | 220.00 | 4.10 | Manage the staffing of Sealed Air research in support of JAL's request (.3); assist VP and VW with same (3.8). |
| 12/08/05 | ALV | 250.00 | 6.20 | Review previous pleadings submitted by debtors and hearing transcripts for statements related to putting at issue their settlements of asbestos tort claims. |
| 12/08/05 | VW  | 175.00 | 2.00 | Review and pull responsive documents for attorney |
| 12/08/05 | JPW | 405.00 | 1.20 | Analysis of issues re asbestos estimation |
| 12/09/05 | SME | 205.00 | 2.50 | Review trial transcripts and other materials describing details for estimation proceedings in asbestos cases. |
| 12/09/05 | NDF | 525.00 | 1.50 | Work on asbestos estimation case - review materials to send to experts. |
| 12/09/05 | DBS | 220.00 | 2.00 | Compile confidentiality agreements for attorney review (1.2); compile deposition transcripts and exhibits to send to experts for review (.8). |
| 12/09/05 | DKG | 290.00 | 1.20 | Attention to various case issues, including issues re expert witnesses. |
| 12/09/05 | JAL | 425.00 | 1.80 | Review and analysis of competing mediator compensation orders (.40); correspondence among |

|          |     |        |      | me, NDF, M. Hurford, and VP regarding estimation discovery issues (.40); telephone call w/D. Mendelson, debtors' counsel, regarding proposed mediator compensation orders (.20); reviewed materials relating to estimation discovery (.50); review and analysis of draft supplemental interrogatories and draft supplemental document requests (.30). |
|----------|-----|--------|------|--------|
| 12/09/05 | VP  | 175.00 | 1.30 | Reviewed pleadings regarding the brief requested by attorney. |
| 12/09/05 | VP  | 175.00 | 0.20 | Identified brief for attorney. |
| 12/09/05 | SAC | 220.00 | 1.30 | Follow up Sealed Air research project. |
| 12/09/05 | ALV | 250.00 | 8.80 | Review previous pleadings submitted by debtors and hearing transcripts for statements related to putting at issue their settlements of asbestos tort claims (6.8); prepare additional document requests and interrogatories for debtors (1.0); prepare expert witness disclosures to be submitted on December 19 (1.0). |
| 12/09/05 | VW  | 175.00 | 2.20 | Review and pull responsive documents for attorney |
| 12/12/05 | AGL | 610.00 | 0.20 | Review pending orders/schedule. |
| 12/12/05 | NDF | 525.00 | 0.90 | Review recent memos regarding discovery issues. |
| 12/12/05 | DBS | 220.00 | 1.00 | Compile pleadings and transcripts for case files. |
| 12/12/05 | DKG | 290.00 | 1.50 | Attention to issues re depositions. |
| 12/12/05 | JAL | 425.00 | 0.20 | Reviewed voice message and memo from FCR's counsel, D. Felder regarding estimation-related discovery (.10); telephone call with FCR's counsel, D. Felder regarding estimation-related discovery (.10). |
| 12/12/05 | JAL | 425.00 | 0.30 | Reviewed voice message from discovery mediator regarding scheduling of conference call (.10); drafted and revised memo to D. Mendelson, debtors' counsel regarding same (.10); brief revisions to opposed order governing mediator compensation (.10). |
| 12/12/05 | JAL | 425.00 | 0.10 | Review of deposition notice to A. Harron. |

| 12/12/05 | JAL | 425.00 | 4.30 | Review and analysis of deposition transcripts and other materials relating to estimation. |
| 12/12/05 | JAL | 425.00 | 0.10 | Review and analysis of Grace's reply brief in support of its request to extend exclusivity. |
| 12/12/05 | JAL | 425.00 | 0.20 | Review of Grace's opposition to motion for class certification of certain property-damage claims. |
| 12/12/05 | ALV | 250.00 | 8.00 | Review previous pleadings submitted by debtors and hearing transcripts for statements related to putting at issue their settlements of asbestos tort claims, and organized statement charts (6.0); prepare additional document requests and interrogatories for debtors (1.0); prepare expert witness disclosures to be submitted on December 19 (1.0). |
| 12/13/05 | EI | 835.00 | 0.20 | T/c NDF re: status and setting up meeting (.2). |
| 12/13/05 | SME | 205.00 | 1.90 | Review various materials re: estimation procedures for asbestos liability. |
| 12/13/05 | NDF | 525.00 | 6.20 | Confer with Wehner and Liesemer regarding case issues and upcoming tasks (1.0); edit interrogatories and document requests (0.5); prepare memo to EI, PVNL regarding PD issues (1.0); telephone conference with Budd regarding same (0.5); prepare for asbestos estimation (draft memo to committee regarding case strategy) (2.1); review Harding emails regarding discovery conference (0.1); review expert reports of Welch and Longo in PD case (0.5); outline arguments regarding ACC discovery plan (0.5). |
| 12/13/05 | DBS | 220.00 | 1.20 | Compile pleadings and transcripts for attorney review. |
| 12/13/05 | DKG | 290.00 | 0.50 | Attention to various case issues. |
| 12/13/05 | DKG | 290.00 | 1.80 | Attention to issues re Dr. Harron's deposition. |
| 12/13/05 | JAL | 425.00 | 0.90 | Conference with NDF, JPW and ALV regarding estimation-related discovery and planning next steps. |
| 12/13/05 | JAL | 425.00 | 0.10 | Office conference with JPW regarding estimation-related discovery. |
| 12/13/05 | JAL | 425.00 | 0.80 | Teleconference with D. Mendelson and discovery mediator regarding proposed mediator compensation order and other discovery issues. |

| | | | | |
|---|---|---|---|---|
| 12/13/05 | JAL | 425.00 | 0.30 | Teleconference with M. Hurford regarding proposed mediator compensation order. |
| 12/13/05 | JAL | 425.00 | 0.80 | Drafted and revised memo to EI, PVNL, and NDF regarding discovery scheduling and discovery issues. |
| 12/13/05 | JAL | 425.00 | 0.10 | Office conference with ALV regarding draft brief in support of proposed mediator compensation order. |
| 12/13/05 | JAL | 425.00 | 0.90 | Further editing and revisions to brief in support of proposed discovery mediator order. |
| 12/13/05 | JAL | 425.00 | 0.10 | Reviewed message from B. Harding regarding scheduling of meet and confer discovery conference. |
| 12/13/05 | JAL | 425.00 | 0.10 | Memo to NDF regarding scheduling meeting with the parties and the discovery mediator. |
| 12/13/05 | JAL | 425.00 | 0.30 | Office conference with JPW regarding estimation-related discovery issues. |
| 12/13/05 | JAL | 425.00 | 0.10 | Reviewed comments from PVNL regarding draft brief in support of mediator compensation order. |
| 12/13/05 | JAL | 425.00 | 0.40 | Telephone call with discovery mediator to set up conference call with debtors (.10); drafted and revised memo to debtors' counsel regarding conference call and revised version of ACC's proposed compensation order (.20); brief revisions to proposed mediator compensation order (.10). |
| 12/13/05 | JAL | 425.00 | 0.40 | Edited and revised brief in support of proposed mediator compensation order. |
| 12/13/05 | ALV | 250.00 | 2.00 | File and edit additional document requests and interrogatories for debtors. |
| 12/13/05 | VW | 175.00 | 0.20 | Locate deposition documents |
| 12/13/05 | JPW | 405.00 | 5.50 | Meeting with NDF and JAL re privilege issues; review Sealed Air discovery |
| 12/14/05 | NDF | 525.00 | 6.50 | Draft memo to committee regarding case strategy, experts, estimates, status of PD and ZAI and likely discovery issues (5.5); telephone conference with Grace lawyers regarding discovery (1.0). |

| 12/14/05 | DBS | 220.00 | 1.50 | Compile pleadings and transcripts for attorney review (.5); review document indices from Boston repository (1.0). |
| 12/14/05 | DKG | 290.00 | 0.80 | Attention to issues re Dr. Harron's deposition. |
| 12/14/05 | JAL | 425.00 | 0.60 | Meet and confer telephone conference with debtors' counsel regarding outstanding discovery issues. |
| 12/14/05 | JAL | 425.00 | 0.30 | Telephone conference with NDF, JPW and ALV regarding outstanding discovery issues and next step. |
| 12/14/05 | JAL | 425.00 | 0.20 | Telephone call with D. Felder regarding next week's visit to Grace document repository in Boston (.10); drafted and revised e-mail to NDF, DKG, SME and DBS regarding same (.10). |
| 12/14/05 | JAL | 425.00 | 0.10 | Office conference with DKG regarding tomorrow's deposition of Ray Harron. |
| 12/14/05 | JAL | 425.00 | 3.40 | Review of Sealed Air deposition transcripts and other discovery materials relating to estimation. |
| 12/14/05 | JAL | 425.00 | 0.30 | Office conference with JPW regarding preparation of proposed stipulation relating to estimation discovery. |
| 12/14/05 | JAL | 425.00 | 0.10 | Office conference with ALV relating to estimation discovery. |
| 12/14/05 | JAL | 425.00 | 0.60 | Review and analysis of memo from ALV regarding estimation and related discovery issues. |
| 12/14/05 | JAL | 425.00 | 0.80 | Reviewed, revised, and edited proposed stipulation relating to estimation and discovery. |
| 12/14/05 | SAC | 220.00 | 0.60 | Assist ALV and JAL with assistance with Sealed Air deposition binder, coordinate distribution of same. |
| 12/14/05 | ALV | 250.00 | 6.30 | Review various Sealed Air depositions (1.0); review previous pleadings submitted by debtors and hearing transcripts for statements related to putting at issue their settlements of asbestos tort claims, and organized statement charts (4.5);  attend teleconferences among various counsel regarding discovery issues (0.8). |
| 12/14/05 | JPW | 405.00 | 6.30 | Review depositions regarding privilege issues; conference call regarding discovery issues; meeting with JAL regarding stipulations |

| 12/15/05 | SME | 205.00 | 0.30 | Review correspondence re: document review at Boston repository. |
| 12/15/05 | NDF | 525.00 | 2.10 | Work on stipulation regarding attorney-client privilege documents (1.5); review Grace 10-K's, etc. for asbestos information (0.6). |
| 12/15/05 | DBS | 220.00 | 2.00 | Compile pleadings, transcripts, and other documents for attorney review. |
| 12/15/05 | DKG | 290.00 | 3.60 | Attend Dr. Harron's deposition. |
| 12/15/05 | JAL | 425.00 | 0.80 | Review and analysis of NDF's memo regarding developments, strategy, and next steps in the estimation proceeding (.70); review of draft minutes from the two most recent committee conference calls (.10). |
| 12/15/05 | JPW | 405.00 | 3.40 | Research privilege issues; draft stipulation regarding claims history |
| 12/16/05 | SME | 205.00 | 1.00 | Conference call with NDF, DBS, and JBL re: document review at Boston repository; prepare materials for review. |
| 12/16/05 | SME | 205.00 | 0.70 | Review various materials re: estimation proceedings for predicting asbestos liability. |
| 12/16/05 | SME | 205.00 | 0.40 | Review memo re: status of personal injury estimation, property damage litigation and ZAI litigation. |
| 12/16/05 | NDF | 525.00 | 4.00 | Work on asbestos estimation matters. |
| 12/16/05 | DBS | 220.00 | 4.00 | Attend conference call re upcoming document review at Boston repository (.5); compile pleadings and incoming documents for attorney review (1.3); compile documents and materials to take to Boston for document review (1.5); proofread memo for attorney review (.7). |
| 12/16/05 | DKG | 290.00 | 4.20 | Prepare memo re Dr. Harron deposition; review deposition transcript. |
| 12/16/05 | DKG | 290.00 | 1.00 | Prepare for document review. |
| 12/16/05 | JAL | 425.00 | 2.00 | Telephone call with B. Stansbury, debtors' counsel, regarding competing mediator compensation orders |

|  |  |  |  | (.10); telephone call and message to M. Hurford regarding competing mediator compensation orders (.10); revised and finalized proposed mediator compensation order, supporting brief, and exhibits thereto (.70); drafted and revised memo to M. Hurford regarding filing of proposed mediator compensation order (.20); telephone call with B. Harding regarding same (.10); drafted second memo to M. Hurford regarding same (.10); telephone conference with NDF, SME, DBS and D. Felder (FCR's counsel) in prep for next week's document review in Boston (.60); review materials in preparation for next week's document review in Boston (.10). |
|---|---|---|---|---|
| 12/16/05 | SAC | 220.00 | 0.30 | Review, annotate and manage electronic and hard copies of case inventory. |
| 12/16/05 | JPW | 405.00 | 5.80 | Conference with NDF regarding fact witness disclosures; research for Motion to Compel; review Grace discovery responses |
| 12/18/05 | EI | 835.00 | 0.70 | T/cs Rice re: calendar matters (.5); t/c PVNL re: same (.2). |
| 12/18/05 | NDF | 525.00 | 0.80 | Review discovery letter from Harding (0.5); telephone conference with Lockwood (0.3). |
| 12/19/05 | SME | 205.00 | 4.20 | Travel from Philadelphia to Boston for document review. |
| 12/19/05 | SME | 205.00 | 8.50 | Review documents produced by debtor for estimation proceeding. |
| 12/19/05 | SME | 205.00 | 0.70 | Meet with DBS, DKG, JBL, and others re: planning for future document review. |
| 12/19/05 | NDF | 525.00 | 0.60 | Review outstanding discovery from Sealed Air. |
| 12/19/05 | DBS | 220.00 | 10.00 | Review documents at Grace document repository in Boston. |
| 12/19/05 | DKG | 290.00 | 9.40 | Review documents (8.0); attention to issues regarding document review (1.4) |
| 12/19/05 | JAL | 425.00 | 8.50 | Meeting w/M. Murphy and co-counsel for committee and future         claims representative regarding overview of Grace document repository (.40); document review at Grace document repository in |

|  |  |  |  | Boston (1.80); meeting with DKG, SME, DBS and counsel for the future claims representative regarding document review (.80); further document review at Grace document repository (5.10); second meeting with DKG, SME, DBS and counsel for the future claims representative regarding document review (.40). |
|---|---|---|---|---|
| 12/19/05 | JPW | 405.00 | 6.80 | Research privilege issues for Motion to Compel; draft Motion to Compel |
| 12/20/05 | SME | 205.00 | 9.00 | Review documents produced by debtor for estimation proceeding. |
| 12/20/05 | NDF | 525.00 | 9.70 | Draft response to Harding letter (1.0); review documents in Boston (7.5); confer with Liesemer regarding case issues (0.5); review expert disclosures of debtors and other parties (0.7). |
| 12/20/05 | DBS | 220.00 | 9.50 | Review documents at Grace document repository in Boston. |
| 12/20/05 | DKG | 290.00 | 9.00 | Document review. |
| 12/20/05 | JAL | 425.00 | 7.80 | Document review at Grace document repository in Boston. |
| 12/20/05 | JPW | 405.00 | 5.70 | Research privilege and evidentiary issues; review discovery requests and correspondence; draft Motion to Compel |
| 12/21/05 | SME | 205.00 | 8.00 | Review documents produced by debtor for estimation proceeding. |
| 12/21/05 | NDF | 525.00 | 2.30 | Telephone conference with Harding regarding case issues (0.5); telephone conference with Hurford regarding same (0.3); review Grace experts' CV's (1.5). |
| 12/21/05 | DBS | 220.00 | 8.50 | Review documents at Grace document repository in Boston. |
| 12/21/05 | DKG | 290.00 | 0.80 | Document review. |
| 12/21/05 | JAL | 425.00 | 2.80 | Drafted and revised memo to NDF and JPW regarding Grace privilege logs (.10); telephone call w/DBS regarding same (.10); reviewed memo from NDF regarding preparation of motion to compel discovery (.10); review and analysis of materials |

|          |     |        |      | relating to estimation discovery (1.30); review and analysis of deposition transcripts and other materials in the Sealed Air litigation, as such materials relate to the current estimation proceeding (1.20). |
|----------|-----|--------|------|---|
| 12/21/05 | SAC | 220.00 | 0.50 | Assist attorney with legal research in connection with criminal case. |
| 12/21/05 | JPW | 405.00 | 2.30 | Revise draft Motion to Compel |
| 12/22/05 | EI  | 835.00 | 0.10 | Memo re: questionnaire. |
| 12/22/05 | SME | 205.00 | 2.80 | Review documents produced by debtor for estimation proceeding. |
| 12/22/05 | SME | 205.00 | 5.00 | Travel from Boston to Philadelphia after document review. |
| 12/22/05 | NDF | 525.00 | 1.50 | Prepare letter to Harding regarding discovery. |
| 12/22/05 | DBS | 220.00 | 3.20 | Review documents at Grace document repository in Boston. |
| 12/22/05 | JAL | 425.00 | 1.50 | Review and analysis of Sealed Air depositions and materials with regard to estimation proceeding (1.40); drafted and revised memo to NDF regarding Grace's privilege logs (.10). |
| 12/22/05 | JPW | 405.00 | 1.80 | Discovery issues; conference with J. Liesemer re privilege logs; revise motion to compel. |
| 12/23/05 | SAC | 220.00 | 0.40 | Review, annotate and manage electronic and hard copies of case inventory. |
| 12/26/05 | EI  | 835.00 | 0.30 | Read Sealed Air Section 10(b)(5) opinion (.2); read debtor's expert witness declaration (.1). |
| 12/26/05 | NDF | 525.00 | 0.20 | Review and reply to correspondence regarding case issues. |
| 12/26/05 | JAL | 425.00 | 1.40 | Drafted and revised e-mails to M. Hurford regarding committee's submission regarding the proposed mediator compensation order, and reviewed debtors' submission regarding same. |
| 12/27/05 | NDF | 525.00 | 0.30 | Review and reply to correspondence regarding case issues. |

| 12/27/05 | JAL | 425.00 | 0.60 | Drafted and revised e-mail to M. Hurford regarding filing of committee's submission as to the proposed mediator compensation order (.10); drafted and revised second e-mail to M. Hurford regarding filing of committee's submission as to the proposed mediator compensation order (.10); drafted and revised memo to NDF regarding committee's submission as to the proposed mediator compensation order (.10); telephone call and voice message to M. Eskin regarding filing of committee's submission relating to the proposed mediator compensation order (.10); drafted and revised e-mail to M. Eskin regarding proposed mediator compensation order (.10); drafted and revised e-mail to B. Harding, debtors' counsel, regarding proposed mediator compensation order (.10). |
|---|---|---|---|---|
| 12/27/05 | ALV | 250.00 | 1.50 | Review discovery material (0.5); review various Sealed Air depositions (1.0). |
| 12/28/05 | NDF | 525.00 | 0.30 | Review and reply to correspondence regarding case issues. |
| 12/29/05 | DBS | 220.00 | 1.00 | Compile deposition materials and privilege logs to send to co-counsel. |
| 12/29/05 | JAL | 425.00 | 0.10 | Telephone call with copying service in Boston regarding scanning of documents drawn from Grace document production (.10). |
| 12/30/05 | NDF | 525.00 | 2.50 | Work on expert witness reports. |
| 12/30/05 | DBS | 220.00 | 1.00 | Compile documents for attorney review. |
| 12/30/05 | SAC | 220.00 | 0.70 | Review and organize discovery responses |

**Total Task Code .16**      **392.10**


## Plan & Disclosure Statement (9.50 Hours; $ 5,119.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .10 | $835 | 83.50 |
| Peter Van N. Lockwood | 4.60 | $760 | 3,496.00 |
| Jeffrey A. Liesemer | 2.80 | $425 | 1,190.00 |

Vernon Preston                        2.00                    $175                    350.00

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/01/05 | PVL | 760.00 | 0.60 | Review e-mail (.1); review draft excl. opposition (.4); teleconference JAL re same (.1). |
| 12/01/05 | JAL | 425.00 | 2.80 | Review and analysis of draft objection to debtors' request to extend the exclusive periods (2.00); office conference (2x) with NDF regarding draft objection to extend the exclusive periods (.30); telephone conference with M. Hurford regarding comments on draft objection to extend the exclusive periods (.40); telephone conference with PVNL regarding draft objection to extension of exclusive periods (.10); |
| 12/02/05 | PVL | 760.00 | 0.80 | Review revised draft excl opposition and e-mail Hurford (.4); review FCR excl. opposition (.3); review PD excl opposition (.1). |
| 12/05/05 | PVL | 760.00 | 1.10 | Prep for teleconference (.2); teleconference Budd, EI, NDF (.2); teleconference EI (.2); conferences NDF (.2); review e-mail (.1); review B&B excl. opposition (.2). |
| 12/06/05 | PVL | 760.00 | 0.80 | Prep for teleconference (.2); teleconference Cooney, Budd, EI, NDF (.6). |
| 12/06/05 | VP | 175.00 | 2.00 | Indexed correspondence into records. |
| 12/12/05 | PVL | 760.00 | 0.10 | Review Grace excl. reply. |
| 12/18/05 | PVL | 760.00 | 0.60 | Teleconference EI (.1); prep for hearing (.1); teleconference NDF (.1); confer Frankel (.3). |
| 12/19/05 | PVL | 760.00 | 0.20 | Confer Felsenthal. |
| 12/20/05 | PVL | 760.00 | 0.40 | Teleconference EI. |
| 12/20/05 | EI | 835.00 | 0.10 | Conf. JWD, ACM, KNB, LMK re: status of TDPs etc. and prepare for call. |

**Total Task Code .17          9.50**

**Travel – Non Working (36.30 Hours; $ 6,436.50)**

{D0053607:1 }

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.70 | $380.00 | 646.00 |
| Nathan D. Finch | 5.00 | $262.50 | 1,312.50 |
| Jeffrey A. Liesemer | 6.80 | $212.50 | 1,445.00 |
| Danielle K. Graham | 15.00 | $145.00 | 2,175.00 |
| David B. Smith | 7.80 | $110.00 | 858.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/15/05 | DKG | 145.00 | 7.00 | Travel to/from New York City for Dr. Harron's deposition. |
| 12/18/05 | PVL | 380.00 | 1.10 | Travel to Pittsburgh (1/2). |
| 12/19/05 | PVL | 380.00 | 0.60 | Return travel to DC (1.2). |
| 12/19/05 | DBS | 110.00 | 3.50 | Travel to Boston to attend document review. |
| 12/19/05 | DKG | 145.00 | 4.00 | Travel DC to Boston. |
| 12/19/05 | JAL | 212.50 | 3.00 | Travel time from DC to Boston for estimation document review. |
| 12/20/05 | NDF | 262.50 | 5.00 | Travel to Boston for document review (2.0); travel back to D.C. (3.0). |
| 12/20/05 | JAL | 212.50 | 3.80 | Travel time from Boston document review to DC. |
| 12/21/05 | DKG | 145.00 | 4.00 | Travel Boston to DC. |
| 12/22/05 | DBS | 110.00 | 4.30 | Travel to Boston to attend document review. |

**Total Task Code .21**    **36.30**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 4,859.40 |
| Air Freight & Express Mail | 399.42 |
| Conference Meals | 58.90 |
| Database Research | 1,705.44 |
| Local Transportation - DC | 65.00 |
| Long Distance-Equitrac In-House | 7.45 |
| Meals Related to Travel | 48.98 |
| NYO Long Distance Telephone | 128.15 |
| Outside Local Deliveries | 23.02 |
| Outside Photocopying/Duplication Service | 2,724.23 |
| Postage | 1.20 |
| Professional Fees & Expert Witness Fees | 1,920.00 |
| Telecopier/Equitrac | 64.95 |
| Travel Expenses - Ground Transportation | 743.50 |
| Travel Expenses - Hotel Charges | 326.47 |
| Xeroxing | 628.20 |

Total:    $13,704.31