**EXHIBIT B**

**Case Administration (4.8 Hours; $ 2,015.50)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04  4.8**


**Claim Analysis Objection & Resolution (Asbestos) (6.5 Hours; $ 4,940.00)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05  6.5**


**Committee, Creditors', Noteholders' or Equity Holders'(5.2 Hours; $ 4,244.50)**

   Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07  5.2**


**Fee Applications, Applicant (4.0 Hours; $ 1,115.00)**

   Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdales's special consultant, Professor Elizabeth Warren.

**Total Task Code .12  4.0**


**Hearings (5.3 Hours; $ 4,065.50)**

   Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15  5.3**


**Litigation and Litigation Consulting (392.1 Hours; $ 132,989.50)**

{D0053608:1 }
DOC#151898

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16            392.1**


**Plan & Disclosure Statement (9.5 Hours; $ 5,119.50)**

Services rendered in this category pertain to the efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17            9.5**


**Travel Non-Working (36.3 Hours; $ 6,436.50)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21            36.3**

{D0053608:1 }