## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 4,859.40 |
| Air Freight & Express Mail | 399.42 |
| Conference Meals | 58.90 |
| Database Research | 1,705.44 |
| Local Transportation - DC | 65.00 |
| Long Distance-Equitrac In-House | 7.45 |
| Meals Related to Travel | 48.98 |
| NYO Long Distance Telephone | 128.15 |
| Outside Local Deliveries | 23.02 |
| Outside Photocopying/Duplication Service | 2,724.23 |
| Postage | 1.20 |
| Professional Fees & Expert Witness Fees | 1,920.00 |
| Telecopier/Equitrac | 64.95 |
| Travel Expenses - Ground Transportation | 743.50 |
| Travel Expenses - Hotel Charges | 326.47 |
| Xeroxing | 628.20 |
| Total: | $13,704.31 |

{D0053609:1 }