```
Client Number:   4642                 Grace Asbestos Personal Injury Claimants                                    Page:    1
Matter       000                      Disbursements                                                               1/24/2006
                                                                                                            Print Date/Time:
                                                                                                                   01/24/2006
                                                                                                                   12:16:26PM
Attn:                                                                                                             Invoice #

                                                    PREBILL / CONTROL REPORT
                                                                 Trans Date Range:  1/1/1950  to: 12/31/2005
Matter       000
Disbursements
Bill Cycle:        Monthly            Style:        i1          Start:     4/16/2001
                                                                Last Billed : 12/24/2005                            13,655
```

Trust Amount Available

Total Expenses Billed To Date     $306,034.31

```
                                                           Billing Empl:       0120    Elihu  Inselbuch
                                                           Responsible Empl:   0120    Elihu  Inselbuch
                                                           Alternate Empl:     0120    Elihu  Inselbuch
                                                           Originating Empl:   0120    Elihu  Inselbuch
```

**Summary by Employee**

```
                                              ---------- A C T U A L ----------     ---------- B I L L I N G ---------
Empl    Initials    Name                          Hours           Amount                Hours           Amount

0020    PVL         Peter Van N Lockwood           0.00            840.31                0.00            840.31
0122    SME         Stacie M Evans                 0.00            478.40                0.00            478.40
0187    NDF         Nathan D Finch                 0.00          4,624.92                0.00          4,624.92
0220    SKL         Suzanne K Lurie                0.00             94.65                0.00             94.65
0232    LK          Lauren  Karastergiou           0.00             19.80                0.00             19.80
0237    SRB         Sidney R Barnes                0.00             85.80                0.00             85.80
0238    SLC         Stacey L Colson                0.00             46.65                0.00             46.65
0308    DBS         David B Smith                  0.00          2,195.52                0.00          2,195.52
0310    DKG         Danielle K Graham              0.00            412.63                0.00            412.63
0317    JAL         Jeffrey A Liesemer             0.00          1,042.21                0.00          1,042.21
0324    VP          Vernon  Preston                0.00             43.95                0.00             43.95
0325    SAC         Sheila A Clark                 0.00          1,600.36                0.00          1,600.36
0327    ALV         Adam L VanGrack                0.00            144.00                0.00            144.00
0334    JPW         James P Wehner                 0.00              4.20                0.00              4.20
0999    C&D         Caplin &. Drysdale             0.00          2,070.91                0.00          2,070.91
                                                   0.00         13,704.31                0.00         13,704.31
Total Fees
```

**Summary by Employee**

```
                                              ---------- A C T U A L ----------                  ---------- B I L L I N G ---------
Empl    Initials    Name                       Rate       Hours        Amount                     Rate       Hours        Amount

Total Fees
```

**Detail Time / Expense by Date**

```
                                                                                              ---------- A C T U A L ----------   ---------- B I L L I N G ---------
TransNo.    Description                        TransType  Trans Date   Work Empl           Rate     Hours      Amount            Rate      Hours       Amount    Cumulative
```

```
Client Number:   4642           Grace Asbestos Personal Injury Claimants                                                                          Page:    1

Matter     000                  Disbursements                                                                                                   1/24/2006
                                                                                                                                          Print Date/Time:
                                                                                                                                                01/24/2006
                                                                                                                                                12:16:26PM
Attn:                                                                                                                                            Invoice #

1883612    Petty Cash  Late night cab come for NDF on  11/15   E   12/01/2005   0187   NDF    0.00      $25.00     0.00      $25.00      25.00
1884130    Equitrac - Long Distance to 3024261900              E   12/01/2005   0999   C&D    0.00       $1.11     0.00       $1.11      26.11
1884131    Equitrac - Long Distance to 7708663200              E   12/01/2005   0999   C&D    0.00       $0.05     0.00       $0.05      26.16
1884132    Equitrac - Long Distance to 6784931736              E   12/01/2005   0999   C&D    0.00       $0.28     0.00       $0.28      26.44
1884146    Equitrac - Long Distance to 7708663200              E   12/01/2005   0999   C&D    0.00       $0.79     0.00       $0.79      27.23
1884231    Fax Transmission to 4247643                         E   12/01/2005   0220   SKL    0.00       $0.45     0.00       $0.45      27.68
1884262    Photocopy                                           E   12/01/2005   0324   VP     0.00      $38.85     0.00      $38.85      66.53
1884280    Photocopy                                           E   12/01/2005   0220   SKL    0.00       $2.10     0.00       $2.10      68.63
1884294    Photocopy                                           E   12/01/2005   0220   SKL    0.00       $1.20     0.00       $1.20      69.83
1884295    Photocopy                                           E   12/01/2005   0220   SKL    0.00       $0.30     0.00       $0.30      70.13
1884299    Photocopy                                           E   12/01/2005   0220   SKL    0.00       $0.60     0.00       $0.60      70.73
1884309    Photocopy                                           E   12/01/2005   0220   SKL    0.00       $1.50     0.00       $1.50      72.23
1884312    Photocopy                                           E   12/01/2005   0220   SKL    0.00       $3.90     0.00       $3.90      76.13
1884316    Photocopy                                           E   12/01/2005   0220   SKL    0.00       $0.30     0.00       $0.30      76.43
1884321    Photocopy                                           E   12/01/2005   0999   C&D    0.00      $12.30     0.00      $12.30      88.73
1887023    Equitrac - Long Distance to 3024261900              E   12/02/2005   0999   C&D    0.00       $0.09     0.00       $0.09      88.82
1887057    Equitrac - Long Distance to 3024261900              E   12/02/2005   0999   C&D    0.00       $0.10     0.00       $0.10      88.92
1887165    Photocopy                                           E   12/02/2005   0220   SKL    0.00       $7.65     0.00       $7.65      96.57
1887177    Photocopy                                           E   12/02/2005   0999   C&D    0.00      $52.20     0.00      $52.20     148.77
1887181    Photocopy                                           E   12/02/2005   0999   C&D    0.00      $11.70     0.00      $11.70     160.47
1887186    Photocopy                                           E   12/02/2005   0308   DBS    0.00       $3.45     0.00       $3.45     163.92
1887209    Photocopy                                           E   12/02/2005   0999   C&D    0.00       $2.85     0.00       $2.85     166.77
1887210    Photocopy                                           E   12/02/2005   0999   C&D    0.00       $5.85     0.00       $5.85     172.62
1887215    Photocopy                                           E   12/02/2005   0220   SKL    0.00       $3.30     0.00       $3.30     175.92
1887216    Photocopy                                           E   12/02/2005   0308   DBS    0.00       $2.25     0.00       $2.25     178.17
1887378    Photocopy                                           E   12/05/2005   0220   SKL    0.00       $1.20     0.00       $1.20     179.37
1887395    Photocopy                                           E   12/05/2005   0220   SKL    0.00       $1.20     0.00       $1.20     180.57
1887396    Photocopy                                           E   12/05/2005   0220   SKL    0.00       $0.60     0.00       $0.60     181.17
1887422    Photocopy                                           E   12/05/2005   0999   C&D    0.00       $0.75     0.00       $0.75     181.92
1887433    Photocopy                                           E   12/05/2005   0999   C&D    0.00       $1.65     0.00       $1.65     183.57
1887434    Photocopy                                           E   12/05/2005   0999   C&D    0.00       $4.95     0.00       $4.95     188.52
1887094    Equitrac - Long Distance to 2123199240              E   12/05/2005   0999   C&D    0.00       $0.05     0.00       $0.05     188.57
1885657    BostonCoach for NDF to To Iselin, NJ from           E   12/05/2005   0187   NDF    0.00     $560.00     0.00     $560.00     748.57
           Trenton, NJ on 11/17
1887817    Photocopy                                           E   12/06/2005   0220   SKL    0.00       $0.75     0.00       $0.75     749.32
1887830    Photocopy                                           E   12/06/2005   0308   DBS    0.00      $47.70     0.00      $47.70     797.02
1887923    Equitrac - Long Distance to 8054993572              E   12/07/2005   0999   C&D    0.00       $1.13     0.00       $1.13     798.15
1888001    Photocopy                                           E   12/07/2005   0220   SKL    0.00       $6.60     0.00       $6.60     804.75
1888033    Photocopy                                           E   12/07/2005   0999   C&D    0.00      $11.40     0.00      $11.40     816.15
1888035    Photocopy                                           E   12/07/2005   0308   DBS    0.00       $5.40     0.00       $5.40     821.55
1888042    Photocopy                                           E   12/07/2005   0308   DBS    0.00       $0.15     0.00       $0.15     821.70
1888058    Photocopy                                           E   12/07/2005   0220   SKL    0.00       $0.30     0.00       $0.30     822.00
1888068    Photocopy                                           E   12/07/2005   0308   DBS    0.00       $6.75     0.00       $6.75     828.75
1888088    Photocopy                                           E   12/07/2005   0308   DBS    0.00      $10.95     0.00      $10.95     839.70
1888098    Photocopy                                           E   12/07/2005   0220   SKL    0.00       $1.80     0.00       $1.80     841.50
1888104    Photocopy                                           E   12/07/2005   0308   DBS    0.00       $4.20     0.00       $4.20     845.70
1888108    Photocopy                                           E   12/07/2005   0220   SKL    0.00       $1.50     0.00       $1.50     847.20
1888133    Fax Transmission to 12024247643                     E   12/07/2005   0220   SKL    0.00       $1.80     0.00       $1.80     849.00
1888148    Postage                                             E   12/07/2005   0187   NDF    0.00       $0.83     0.00       $0.83     849.83
1888173    NDF;   late night dinner on 11/30                   E   12/08/2005   0187   NDF    0.00      $41.80     0.00      $41.80     891.63
1888174    NDF;    Cab for NDF and ALV t/f Kirkland & Ellis    E   12/08/2005   0187   NDF    0.00      $10.00     0.00      $10.00     901.63
           to attned meeting on 11/22
1888175    NDF;    late night cab home on 11/30                E   12/08/2005   0187   NDF    0.00      $30.00     0.00      $30.00     931.63
1888379    Landmark Document service;  medium litigation       E   12/08/2005   0308   DBS    0.00     $104.48     0.00     $104.48   1,036.11
1888386    Landmark Document;  Light litigation                E   12/08/2005   0325   SAC    0.00   $1,600.21     0.00   $1,600.21   2,636.32
1888433    Equitrac - Long Distance to 2123197125              E   12/08/2005   0999   C&D    0.00       $0.38     0.00       $0.38   2,636.70
1888435    Equitrac - Long Distance to 8054993572              E   12/08/2005   0999   C&D    0.00       $0.16     0.00       $0.16   2,636.86
1888470    Equitrac - Long Distance to 3024269910              E   12/08/2005   0999   C&D    0.00       $0.41     0.00       $0.41   2,637.27
1888535    Photocopy                                           E   12/08/2005   0308   DBS    0.00      $69.75     0.00      $69.75   2,707.02
1888557    Photocopy                                           E   12/08/2005   0324   VP     0.00       $5.10     0.00       $5.10   2,712.12
1888588    Photocopy                                           E   12/08/2005   0999   C&D    0.00       $0.60     0.00       $0.60   2,712.72
1888705    Equitrac - Long Distance to 6174265900              E   12/09/2005   0999   C&D    0.00       $0.10     0.00       $0.10   2,712.82
1888708    Equitrac - Long Distance to 8052088595              E   12/09/2005   0999   C&D    0.00       $0.65     0.00       $0.65   2,713.47
1888753    Petty Cash  Working late dinner for NDF on 10/10    E   12/12/2005   0187   NDF    0.00      $17.10     0.00      $17.10   2,730.57
           (split with 2814)
1889034    ADA Travel for business class for ALV to Trenton    E   12/12/2005   0327   ALV    0.00     $104.00     0.00     $104.00   2,834.57
           on 11/17
1889035    ADA Travel   agency fee for ALV travel to Trenton   E   12/12/2005   0327   ALV    0.00      $40.00     0.00      $40.00   2,874.57
           on 11/17
1889038    ADA Travel   refund on NDF 11/17 travel to Trenton  E   12/12/2005   0187   NDF    0.00     -$68.40     0.00     -$68.40   2,806.17
1889039    ADA Travel   for NDF business class travel to       E   12/12/2005   0187   NDF    0.00     $104.00     0.00     $104.00   2,910.17
```

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                                              Page:     1

Matter     000                    Disbursements                                                                                         1/24/2006
                                                                                                                                  Print Date/Time:
                                                                                                                                       01/24/2006
                                                                                                                                     12:16:26PM
Attn:                                                                                                                                   Invoice #
             Trenton on 11/17
1889040      ADA Travel  for NDF business class travel to       E  12/12/2005    0187   NDF       0.00        $40.00      0.00     $40.00    2,950.17
             Trenton on 11/17   (agency fee)
1889098      Equitrac - Long Distance to 2129977499             E  12/12/2005    0999   C&D       0.00         $0.06      0.00      $0.06    2,950.23
1889145      Photocopy                                          E  12/12/2005    0238   SLC       0.00         $9.00      0.00      $9.00    2,959.23
1889173      Fax Transmission to 517136501400                   E  12/12/2005    0999   C&D       0.00         $0.90      0.00      $0.90    2,960.13
1889176      Fax Transmission to 514067527124                   E  12/12/2005    0999   C&D       0.00         $0.90      0.00      $0.90    2,961.03
1889190      Fax Transmission to 516179510679                   E  12/12/2005    0999   C&D       0.00         $0.90      0.00      $0.90    2,961.93
1889677      Photocopy                                          E  12/12/2005    0220   SKL       0.00        $11.25      0.00     $11.25    2,973.18
1889819      Photocopy                                          E  12/13/2005    0220   SKL       0.00        $10.35      0.00     $10.35    2,983.53
1889363      Snyder Miller & Oton;  Professional services       E  12/13/2005    0187   NDF       0.00     $1,920.00      0.00  $1,920.00    4,903.53
1889380      Equitrac - Long Distance to 2123199240             E  12/13/2005    0999   C&D       0.00         $0.06      0.00      $0.06    4,903.59
1889385      Equitrac - Long Distance to 3024261900             E  12/13/2005    0999   C&D       0.00         $0.24      0.00      $0.24    4,903.83
1889392      Equitrac - Long Distance to 3024261900             E  12/13/2005    0999   C&D       0.00         $0.24      0.00      $0.24    4,904.07
1889824      Photocopy                                          E  12/13/2005    0237   SRB       0.00         $0.45      0.00      $0.45    4,904.52
1889881      Photocopy                                          E  12/13/2005    0237   SRB       0.00        $11.10      0.00     $11.10    4,915.62
1889883      Photocopy                                          E  12/13/2005    0237   SRB       0.00         $5.25      0.00      $5.25    4,920.87
1889884      Photocopy                                          E  12/13/2005    0237   SRB       0.00         $8.40      0.00      $8.40    4,929.27
1889888      Photocopy                                          E  12/13/2005    0325   SAC       0.00         $0.15      0.00      $0.15    4,929.42
1889916      Photocopy                                          E  12/14/2005    0220   SKL       0.00        $12.60      0.00     $12.60    4,942.02
1890137      Postage                                            E  12/14/2005    0187   NDF       0.00         $0.37      0.00      $0.37    4,942.39
1889498      Federal Express to Laura Welch and Stephen         E  12/14/2005    0187   NDF       0.00        $31.60      0.00     $31.60    4,973.99
             Snyder from NDF on 11/30 - 12/1
1889606      Equitrac - Long Distance to 2123197125             E  12/14/2005    0999   C&D       0.00         $0.33      0.00      $0.33    4,974.32
1889610      Equitrac - Long Distance to 8054993572             E  12/14/2005    0999   C&D       0.00         $0.55      0.00      $0.55    4,974.87
1890492      Equitrac - Long Distance to 2123197125             E  12/15/2005    0999   C&D       0.00         $0.15      0.00      $0.15    4,975.02
1890554      Photocopy                                          E  12/15/2005    0238   SLC       0.00        $10.20      0.00     $10.20    4,985.22
1890565      Photocopy                                          E  12/15/2005    0308   DBS       0.00        $37.20      0.00     $37.20    5,022.42
1890601      Photocopy                                          E  12/15/2005    0232   LK        0.00         $5.70      0.00      $5.70    5,028.12
1890670      Photocopy                                          E  12/15/2005    0232   LK        0.00         $1.80      0.00      $1.80    5,029.92
1890686      Fax Transmission to 512145201181                   E  12/15/2005    0999   C&D       0.00         $2.10      0.00      $2.10    5,032.02
1890687      Fax Transmission to 512148248100                   E  12/15/2005    0999   C&D       0.00         $2.10      0.00      $2.10    5,034.12
1890688      Fax Transmission to 517136501400                   E  12/15/2005    0999   C&D       0.00         $2.10      0.00      $2.10    5,036.22
1890689      Fax Transmission to 513125516759                   E  12/15/2005    0999   C&D       0.00         $2.10      0.00      $2.10    5,038.32
1890690      Fax Transmission to 518432169290                   E  12/15/2005    0999   C&D       0.00         $2.10      0.00      $2.10    5,040.42
1890691      Fax Transmission to 514067527124                   E  12/15/2005    0999   C&D       0.00         $2.10      0.00      $2.10    5,042.52
1890692      Fax Transmission to 515108354913                   E  12/15/2005    0999   C&D       0.00         $2.10      0.00      $2.10    5,044.62
1890693      Fax Transmission to 512165750799                   E  12/15/2005    0999   C&D       0.00         $1.65      0.00      $1.65    5,046.27
1890694      Fax Transmission to 513053796222                   E  12/15/2005    0999   C&D       0.00         $2.25      0.00      $2.25    5,048.52
1890695      Fax Transmission to 514124718308                   E  12/15/2005    0999   C&D       0.00         $1.05      0.00      $1.05    5,049.57
1890696      Fax Transmission to 512123440994                   E  12/15/2005    0999   C&D       0.00         $1.95      0.00      $1.95    5,051.52
1890697      Fax Transmission to 513024269947                   E  12/15/2005    0999   C&D       0.00         $2.10      0.00      $2.10    5,053.62
1890698      Fax Transmission to 514122615066                   E  12/15/2005    0999   C&D       0.00         $2.10      0.00      $2.10    5,055.72
1890699      Fax Transmission to 516179510679                   E  12/15/2005    0999   C&D       0.00         $2.10      0.00      $2.10    5,057.82
1890700      Fax Transmission to 513026565875                   E  12/15/2005    0999   C&D       0.00         $2.10      0.00      $2.10    5,059.92
1890701      Fax Transmission to 512165750799                   E  12/15/2005    0999   C&D       0.00         $0.45      0.00      $0.45    5,060.37
1890704      Fax Transmission to 514124718308                   E  12/15/2005    0999   C&D       0.00         $1.05      0.00      $1.05    5,061.42
1890705      Fax Transmission to 514124718308                   E  12/15/2005    0238   SLC       0.00         $2.10      0.00      $2.10    5,063.52
1890710      Fax Transmission to 512123440994                   E  12/15/2005    0999   C&D       0.00         $1.05      0.00      $1.05    5,064.57
1890715      Fax Transmission to 52145201181                    E  12/15/2005    0232   LK        0.00         $0.75      0.00      $0.75    5,065.32
1890716      Fax Transmission to 52148248100                    E  12/15/2005    0232   LK        0.00         $0.90      0.00      $0.90    5,066.22
1890717      Fax Transmission to 57136501400                    E  12/15/2005    0232   LK        0.00         $0.75      0.00      $0.75    5,066.97
1890718      Fax Transmission to 53125516759                    E  12/15/2005    0232   LK        0.00         $0.75      0.00      $0.75    5,067.72
1890719      Fax Transmission to 54067527124                    E  12/15/2005    0232   LK        0.00         $0.75      0.00      $0.75    5,068.47
1890720      Fax Transmission to 58432169290                    E  12/15/2005    0232   LK        0.00         $0.75      0.00      $0.75    5,069.22
1890721      Fax Transmission to 53026565875                    E  12/15/2005    0232   LK        0.00         $0.75      0.00      $0.75    5,069.97
1890722      Fax Transmission to 55108354913                    E  12/15/2005    0232   LK        0.00         $0.75      0.00      $0.75    5,070.72
1890723      Fax Transmission to 52165750799                    E  12/15/2005    0232   LK        0.00         $0.75      0.00      $0.75    5,071.47
1890724      Fax Transmission to 53053796222                    E  12/15/2005    0232   LK        0.00         $0.75      0.00      $0.75    5,072.22
1890725      Fax Transmission to 54124718308                    E  12/15/2005    0232   LK        0.00         $0.75      0.00      $0.75    5,072.97
1890726      Fax Transmission to 56179510679                    E  12/15/2005    0232   LK        0.00         $0.75      0.00      $0.75    5,073.72
1890727      Fax Transmission to 53024269947                    E  12/15/2005    0232   LK        0.00         $0.75      0.00      $0.75    5,074.47
1890729      Fax Transmission to 54122615066                    E  12/15/2005    0232   LK        0.00         $0.75      0.00      $0.75    5,075.22
1890813      DKG;  Travel expenses to NY for deposition on      E  12/16/2005    0310   DKG       0.00         $6.53      0.00      $6.53    5,081.75
             12/15 for meals
1890814      DKG;  Travel expenses to NY for deposition on      E  12/16/2005    0310   DKG       0.00        $59.50      0.00     $59.50    5,141.25
             12/15 for cabs
1891043      Equitrac - Long Distance to 6174265900             E  12/16/2005    0999   C&D       0.00         $0.05      0.00      $0.05    5,141.30
1891094      Photocopy                                          E  12/16/2005    0220   SKL       0.00         $0.30      0.00      $0.30    5,141.60
1891118      Photocopy                                          E  12/16/2005    0334   JPW       0.00         $4.20      0.00      $4.20    5,145.80
1891147      Photocopy                                          E  12/16/2005    0308   DBS       0.00         $0.30      0.00      $0.30    5,146.10
1891148      Photocopy                                          E  12/16/2005    0308   DBS       0.00         $7.20      0.00      $7.20    5,153.30
```

```
Client Number:   4642               Grace Asbestos Personal Injury Claimants                                                              Page:    1
Matter      000                     Disbursements                                                                                         1/24/2006
                                                                                                                                   Print Date/Time:
                                                                                                                                        01/24/2006
                                                                                                                                     12:16:26PM
Attn:                                                                                                                                     Invoice #
1891163     Fax Transmission to 52123440994              E   12/16/2005   0232   LK       0.00        $0.75     0.00      $0.75      5,154.05
1891181     Fax Transmission to 512123440994             E   12/16/2005   0999   C&D      0.00        $2.10     0.00      $2.10      5,156.15
1891293     Landmark Document Service; Copying - medium  E   12/19/2005   0308   DBS      0.00      $877.04     0.00    $877.04      6,033.19
            litigation
1891294     Landmark Document Services; Imaging heavy    E   12/19/2005   0308   DBS      0.00      $142.50     0.00    $142.50      6,175.69
            litigation
1891342     Equitrac - Long Distance to 6172278600       E   12/19/2005   0999   C&D      0.00        $0.21     0.00      $0.21      6,175.90
1891390     Photocopy                                    E   12/19/2005   0999   C&D      0.00        $0.60     0.00      $0.60      6,176.50
1891562     Fax Transmission to 517136501400             E   12/19/2005   0999   C&D      0.00        $0.75     0.00      $0.75      6,177.25
1891564     Fax Transmission to 514067527124             E   12/19/2005   0999   C&D      0.00        $0.75     0.00      $0.75      6,178.00
1891570     Fax Transmission to 516179510679             E   12/19/2005   0999   C&D      0.00        $0.75     0.00      $0.75      6,178.75
1891805     Lasership to Kirkland Ellis on 12/1          E   12/20/2005   0999   C&D      0.00       $23.02     0.00     $23.02      6,201.77
1891818     Federal Express to Dan Relles from NDF on 12/5  E 12/20/2005  0187   NDF      0.00       $15.98     0.00     $15.98      6,217.75
1891819     Federal Express to Mark Peterson from NDF on 12/5 E 12/20/2005 0187  NDF      0.00       $17.98     0.00     $17.98      6,235.73
1892242     PVNL; Travel expenses to Pittsburgh for hearing E 12/20/2005  0020   PVL      0.00       $36.45     0.00     $36.45      6,272.18
            on 12/18-19 for meals
1892243     PVNL; Travel expenses to Pittsburgh for hearing E 12/20/2005  0020   PVL      0.00      $192.66     0.00    $192.66      6,464.84
            on 12/18-19 for Omni William Penn hotel
1892370     Photocopy                                    E   12/20/2005   0238   SLC      0.00        $6.90     0.00      $6.90      6,471.74
1892376     Photocopy                                    E   12/20/2005   0238   SLC      0.00        $0.30     0.00      $0.30      6,472.04
1892386     Photocopy                                    E   12/20/2005   0232   LK       0.00        $0.90     0.00      $0.90      6,472.94
1892500     Fax Transmission to 512145201181             E   12/20/2005   0999   C&D      0.00        $0.60     0.00      $0.60      6,473.54
1892504     Fax Transmission to 512148248100             E   12/20/2005   0999   C&D      0.00        $0.60     0.00      $0.60      6,474.14
1892505     Fax Transmission to 517136501400             E   12/20/2005   0999   C&D      0.00        $0.60     0.00      $0.60      6,474.74
1892508     Fax Transmission to 513125516759             E   12/20/2005   0999   C&D      0.00        $0.60     0.00      $0.60      6,475.34
1892510     Fax Transmission to 518432169290             E   12/20/2005   0999   C&D      0.00        $0.60     0.00      $0.60      6,475.94
1892512     Fax Transmission to 514067527124             E   12/20/2005   0999   C&D      0.00        $0.60     0.00      $0.60      6,476.54
1892513     Fax Transmission to 513026565875             E   12/20/2005   0999   C&D      0.00        $0.60     0.00      $0.60      6,477.14
1892514     Fax Transmission to 515108354913             E   12/20/2005   0999   C&D      0.00        $0.60     0.00      $0.60      6,477.74
1892515     Fax Transmission to 512165750799             E   12/20/2005   0999   C&D      0.00        $0.60     0.00      $0.60      6,478.34
1892516     Fax Transmission to 513053796222             E   12/20/2005   0999   C&D      0.00        $0.60     0.00      $0.60      6,478.94
1892517     Fax Transmission to 514124718308             E   12/20/2005   0999   C&D      0.00        $0.60     0.00      $0.60      6,479.54
1892518     Fax Transmission to 512123440994             E   12/20/2005   0999   C&D      0.00        $0.60     0.00      $0.60      6,480.14
1892519     Fax Transmission to 513024269947             E   12/20/2005   0999   C&D      0.00        $0.60     0.00      $0.60      6,480.74
1892520     Fax Transmission to 514122615066             E   12/20/2005   0999   C&D      0.00        $0.15     0.00      $0.15      6,480.89
1892521     Fax Transmission to 516179510679             E   12/20/2005   0999   C&D      0.00        $0.60     0.00      $0.60      6,481.49
1892522     Fax Transmission to 518432169450             E   12/20/2005   0999   C&D      0.00        $0.15     0.00      $0.15      6,481.64
1892523     Fax Transmission to 514122615066             E   12/20/2005   0999   C&D      0.00        $0.15     0.00      $0.15      6,481.79
1892525     Fax Transmission to 518432169450             E   12/20/2005   0999   C&D      0.00        $0.45     0.00      $0.45      6,482.24
1892526     Fax Transmission to 514122615066             E   12/20/2005   0999   C&D      0.00        $0.15     0.00      $0.15      6,482.39
1892529     Fax Transmission to 514122615066             E   12/20/2005   0999   C&D      0.00        $0.15     0.00      $0.15      6,482.54
1893051     Photocopy                                    E   12/21/2005   0220   SKL      0.00        $4.50     0.00      $4.50      6,487.04
1893091     Photocopy                                    E   12/21/2005   0237   SRB      0.00        $0.30     0.00      $0.30      6,487.34
1893446     JAL; Travel expenses to Boston for document  E   12/22/2005   0317   JAL      0.00      $133.81     0.00    $133.81      6,621.15
            review on 12/19-20 for Omni Parker House hotel
1893447     JAL; Travel expenses to Boston for document  E   12/22/2005   0317   JAL      0.00       $28.00     0.00     $28.00      6,649.15
            review on 12/19-20 for cabs
1893480     Petty Cash  Travel expenses for PVNL to      E   12/22/2005   0020   PVL      0.00       $96.00     0.00     $96.00      6,745.15
            Pittsburgh for hearing opn 12/18-19 for cabs and
            parking
1893481     Petty Cash  Meal expense for PVNL in Pittsburgh E 12/22/2005  0020   PVL      0.00        $6.00     0.00      $6.00      6,751.15
            for hearing on 12/18-19
1894255     Photocopy                                    E   12/22/2005   0999   C&D      0.00        $2.70     0.00      $2.70      6,753.85
1894264     Photocopy                                    E   12/22/2005   0999   C&D      0.00       $10.80     0.00     $10.80      6,764.65
1894275     Photocopy                                    E   12/22/2005   0237   SRB      0.00       $60.30     0.00     $60.30      6,824.95
1894511     Photocopy                                    E   12/23/2005   0238   SLC      0.00        $0.75     0.00      $0.75      6,825.70
1894635     Photocopy                                    E   12/27/2005   0999   C&D      0.00        $0.75     0.00      $0.75      6,826.45
1894637     Photocopy                                    E   12/27/2005   0999   C&D      0.00        $2.25     0.00      $2.25      6,828.70
1895027     Photocopy                                    E   12/28/2005   0238   SLC      0.00       $11.85     0.00     $11.85      6,840.55
1895056     Photocopy                                    E   12/28/2005   0220   SKL      0.00        $3.00     0.00      $3.00      6,843.55
1895347     ADA Travel   JAL 12/19 coach travel to Boston E  12/28/2005   0317   JAL      0.00      $840.40     0.00    $840.40      7,683.95
1895348     ADA Travel   JAL 12/19 coach travel to Boston E  12/28/2005   0317   JAL      0.00       $40.00     0.00     $40.00      7,723.95
            for agency fee
1895349     ADA Travel   DBS 12/19 coach travel to Boston E  12/28/2005   0308   DBS      0.00      $840.40     0.00    $840.40      8,564.35
1895350     ADA Travel   DBS 12/19 coach travel to Boston E  12/28/2005   0308   DBS      0.00       $40.00     0.00     $40.00      8,604.35
            for agency fee
1895351     ADA Travel   NDF 12/19 coach travel to Boston E  12/28/2005   0187   NDF      0.00      $840.40     0.00    $840.40      9,444.75
1895352     ADA Travel   NDF 12/19 coach travel to Boston E  12/28/2005   0187   NDF      0.00       $40.00     0.00     $40.00      9,484.75
            for agency fee
1895353     ADA Travel   DKG 12/15 coach travel to NYC   E   12/28/2005   0310   DKG      0.00      $306.60     0.00    $306.60      9,791.35
1895354     ADA Travel   DKG 12/15 coach travel to NYC for E 12/28/2005   0310   DKG      0.00       $40.00     0.00     $40.00      9,831.35
            agency fee
```

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Matter** | **000** | | **Disbursements** | | | | | | | 1/24/2006 |
| | | | | | | | | | | Print Date/Time: |
| | | | | | | | | | | 01/24/2006 |
| | | | | | | | | | | 12:16:26PM |
| Attn: | | | | | | | | | | Invoice # |
| 1895357 | ADA Travel PVNL 12/18 coach travel to Pittsburgh (split with 2814) | | | E | 12/28/2005 | 0020 | PVL | 0.00 | $460.20 | 0.00 | $460.20 | 10,291.55 |
| 1895358 | ADA Travel PVNL 12/18 coach travel to Pittsburgh (split with 2814) for agency fee | | | E | 12/28/2005 | 0020 | PVL | 0.00 | $20.00 | 0.00 | $20.00 | 10,311.55 |
| 1895366 | ADA Travel Additional charge on exchanged ticket for PVNL to New Orleans on 12/18 (split with 2814) | | | E | 12/28/2005 | 0020 | PVL | 0.00 | $29.00 | 0.00 | $29.00 | 10,340.55 |
| 1895370 | ADA Travel NDF coach travel to Boston | | | E | 12/28/2005 | 0187 | NDF | 0.00 | $624.40 | 0.00 | $624.40 | 10,964.95 |
| 1895371 | ADA Travel NDF coach travel to Boston for agency fee | | | E | 12/28/2005 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 11,004.95 |
| 1896000 | ADA Travel SME 12/19 coach travel Philadelphi to Boston | | | E | 12/28/2005 | 0122 | SME | 0.00 | $438.40 | 0.00 | $438.40 | 11,443.35 |
| 1896001 | ADA Travel SME 12/19 coach travel Philadelphi to Boston for agency fee | | | E | 12/28/2005 | 0122 | SME | 0.00 | $40.00 | 0.00 | $40.00 | 11,483.35 |
| 1895414 | Federal Express to Mark Peterson, Stephen Snyder from NDF on 12/14 | | | E | 12/29/2005 | 0187 | NDF | 0.00 | $333.86 | 0.00 | $333.86 | 11,817.21 |
| 1895490 | Photocopy | | | E | 12/29/2005 | 0999 | C&D | 0.00 | $36.30 | 0.00 | $36.30 | 11,853.51 |
| 1895530 | Photocopy | | | E | 12/29/2005 | 0238 | SLC | 0.00 | $5.55 | 0.00 | $5.55 | 11,859.06 |
| 1895626 | NYO Long Distance Telephone Calls for 11/1/05-11/30/05. $49.04 Status review with PVNL, TWS, JWD, RER, NDF, JAL, EI on 11/15. | | | E | 12/30/2005 11,908.10 | 0999 | C&D | 0.00 | $49.04 | 0.00 | $49.04 | 0.00 |
| 1895634 | NYO Long Distance Telephone Calls for 11/1/05-11/30/05. $63.19 t/c EI, NDF, Budd, Weitz on 11/18. | | | E | 12/30/2005 11,971.29 | 0999 | C&D | 0.00 | $63.19 | 0.00 | $63.19 | 0.00 |
| 1895647 | NYO Long Distance Telephone Calls for 11/1/05-11/30/05. $1.24 | | | E | 12/30/2005 11,972.53 | 0999 | C&D | 0.00 | $1.24 | 0.00 | $1.24 | 0.00 |
| 1895653 | NYO Long Distance Telephone Calls for 11/1/05-11/30/05. $1.33 | | | E | 12/30/2005 11,973.86 | 0999 | C&D | 0.00 | $1.33 | 0.00 | $1.33 | 0.00 |
| 1895661 | NYO Long Distance Telephone Calls for 11/1/05-11/30/05. $13.35 | | | E | 12/30/2005 11,987.21 | 0999 | C&D | 0.00 | $13.35 | 0.00 | $13.35 | 0.00 |
| 1896225 | Equitrac - Long Distance to 2123197125 | | | E | 12/30/2005 | 0999 | C&D | 0.00 | $0.14 | 0.00 | $0.14 | 11,987.35 |
| 1896239 | Equitrac - Long Distance to 6175420300 | | | E | 12/30/2005 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 11,987.47 |
| 1896256 | Photocopy | | | E | 12/30/2005 | 0220 | SKL | 0.00 | $10.95 | 0.00 | $10.95 | 11,998.42 |
| 1896263 | Photocopy | | | E | 12/30/2005 | 0220 | SKL | 0.00 | $0.45 | 0.00 | $0.45 | 11,998.87 |
| 1896356 | Database Research - WESTLAW by SAC on 12/8 | | | E | 12/30/2005 | 0999 | C&D | 0.00 | $554.56 | 0.00 | $554.56 | 12,553.43 |
| 1897644 | Database Research/Lexis Charges for 12/1/05-12/30/05 By SAC | | | E | 12/30/2005 | 0999 | C&D | 0.00 | $243.23 | 0.00 | $243.23 | 12,796.66 |
| 1897645 | Database Research/Lexis Charges for 12/1/05-12/30/05 By JPW | | | E | 12/30/2005 | 0999 | C&D | 0.00 | $167.33 | 0.00 | $167.33 | 12,963.99 |
| 1897646 | Database Research/Lexis Charges for 12/1/05-12/30/05 By JPW | | | E | 12/30/2005 | 0999 | C&D | 0.00 | $459.37 | 0.00 | $459.37 | 13,423.36 |
| 1897647 | Database Research/Lexis Charges for 12/1/05-12/30/05 By TWS | | | E | 12/30/2005 | 0999 | C&D | 0.00 | $280.95 | 0.00 | $280.95 | 13,704.31 |
| **Total Expenses** | | | | | | | | 0.00 | $13,704.31 | 0.00 | $13,704.31 | |

| | | |
|---|---|---|
| Matter Total Fees | 0.00 | 0.00 |
| Matter Total Expenses | 13,704.31 | 13,704.31 |
| Matter Total | 0.00    13,704.31    0.00 | 13,704.31 |
| Prebill Total Fees | | |
| Prebill Total Expenses | $13,704.31 | $13,704.31 |

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                              Page:  1
Matter     000                    Disbursements                                                         1/24/2006
                                                                                                    Print Date/Time:
                                                                                                        01/24/2006
                                                                                                        12:16:26PM
Attn:                                                                                                   Invoice #


               Prebill Total                                              0.00       $13,704.31     0.00    $13,704.31
```

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 1,414.09 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 46,677 | 08/27/2004 | 240.00 | 48.00 |
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 49,444 | 04/21/2005 | 38,706.00 | 232.00 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 50,598 | 07/15/2005 | 141,843.50 | 250.00 |
| 50,965 | 08/25/2005 | 111,659.75 | 22,331.95 |
| 51,203 | 09/30/2005 | 64,327.75 | 12,865.55 |
| 51,687 | 10/31/2005 | 74,385.75 | 14,877.15 |
| 51,900 | 11/28/2005 | 135,897.72 | 135,897.72 |
| 52,377 | 12/24/2005 | 115,023.97 | 115,023.97 |
|  |  | 854,945.19 | 306,607.13 |