# EXHIBIT B

# EXHIBIT B

## EXPENSES FOR THE FEE PERIOD
## NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---:|
| 10/17/05 | PD UPS TO WILMINGTON, DE; KMJ; CK# 280097 | 11.87 |
| 10/22/05 | REC UPS CREDIT ADJUSTMENT; KMJ; CK# 280097 | -1.45 |
| | Duplicating | 126.70 |
| | Matter Total Engagement Cost | 137.12 |

Engagement Costs – Tahari, Ltd.

| | | |
|---|---|---:|
| 09/09/05 | Pd Travel Expense; HEG; Ck# 279883[3] | 5.50 |
| 11/03/05 | Pd Fedex to New York NY; MHL; Ck# 280089 | 13.22 |
| | Duplicating | 11.20 |
| | Matter Total Engagement Cost | 29.92 |

Engagement Costs – WR Grace v. NJDEP, et al.

| | | |
|---|---|---:|
| 07/14/05 | Paid Skyline Duplication #10501 S#7212[4] | 620.86 |
| 07/29/05 | Paid Skyline Duplication #10501 S#7212[5] | 55.99 |
| 09/28/05 | Paid N. Susalis & Assoc #10501 S#7166[6] | 6968.68 |
| 10/19/05 | PD UPS TO FLEMINGTON, NJ; LC; CK#280097 | 14.84 |
| 10/20/05 | PD UPS TO TRENTON, NJ;  MSM; CK# 280097 | 7.74 |
| 10/20/05 | PD UPS TO NEWARK, NJ;  MSM; CK# 280097 | 7.74 |
| 10/20/05 | PD UPS TO NEW YORK, NY; MSM; CK# 280097 | 7.74 |
| 10/21/05 | PD UPS TO TRENTON, NJ; M MORGAN CK#280097 | 9.22 |
| 10/22/05 | PD UPS ADJUSTMENT; LAC; CK# 280097 | 1.45 |
| 10/27/05 | PD INTEGRITY EXPRESS TO TRENTON NJ; MSM; CK# 279942[7] | 105.95 |
| 10/28/05 | PD UPS TO TRENTON NJ; MSM; CK# 280098 | 18.28 |
| 10/31/05 | Paid Merrill Communication LLC #10501 S#7166[8] | 2040.29 |
| 10/31/05 | Paid Merrill Communication LLC #10501 S#7166[9] | 1054.70 |

---

[3] Pitney, Hardin, Kipp & Szuch LLP Petty Cash Voucher attached hereto as Exhibit 1.

[4] Invoice # N5465 from Skyline Duplication dated 7/14/2005 attached hereto as Exhibit 2.

[5] Invoice # M5467A from Skyline Duplication dated 7/29/2005 attached hereto as Exhibit 3.

[6] Invoice #1695 from N. Susalis and Associates, Inc. dated 9/28/2005 attached hereto as Exhibit 4.

[7] Invoice Number 15489 from Integrity Express Inc. dated 10/31/2005 attached hereto as Exhibit 5.

[8] Invoice # 454522 from Merrill Communications LLC dated 10/12/2005 attached hereto as Exhibit 6.

[9] Invoice # 457384 from Merrill Communications LLC dated 10/11/2005 attached hereto as Exhibit 7.

1375761A01010606

| | | |
|---|---|---:|
| 10/31/05 | Paid Investigative Consultants Int'l. for services rendered #10501; S#7159[10] | 912.50 |
| 11/03/05 | Paid Dewling Associates Inc #10501 S#7212[11] | 2093.75 |
| 11/03/05 | PAID UPS TO WASHINGTON, DC; BEM; CHECK #280363 | 15.31 |
| 11/14/05 | PD TRAVEL EXPENSES TO DELAWARE, NJ; AJM; CK# 280341[12] | 83.35 |
| | Computer Assisted Research | 102.75 |
| | Duplicating | 378.70 |
| | Vendor: Paid Document Technologies, Inc. for services rendered[13] | 10340.79 |
| | Matter Total Engagement Cost | 24,840.63 |

---

[10] Invoice # 23967 from Investigative Consultants International dated 10/31/2005 attached hereto as Exhibit 8.

[11] Invoice Number 506-0007 from Dewling Associates Inc., dated November 3, 2005 attached hereto as Exhibit 9.

[12] Direct Reimbursement Expense Report for Anthony J. Marchetta, Esq. for November 14, 2005 attached hereto as Exhibit 10.

[13] Invoice Number 203889 from Document Technologies, Inc. dated 8/31/05; Invoice Number 209028 from Document Technologies, Inc. dated 9/21/05; and Invoice Number 214171 dated 10/31/05 attached hereto as Exhibit 11.

1375761A01010606

# EXHIBIT 1



PITNEY, HARDIN, KIPP & SZUCH LLP
PETTY CASH VOUCHER

EXPLANATION

travel - hand foon CW/4 telly one
call to attorney and caper

|  | $ | 4 | | ☐ * | C |
| --- | --- | --- | --- | --- | --- |
|  |  | .50 | | ☐ | C |
|  |  | 1 | | ☐ | ✓ |
|  |  |  | | ☐ |  |
|  |  |  | | ☐ |  |

ENTERED IN
COMPUTER BY.

TOTAL        $   5.50

RECEIVED BY: _____    DATE  9/9/05

* F for firm expense,  C for client expense

GENERAL LEDGER

DR  1211        $ _____

**NEW YORK**

CR _____

NET   10501

CLIENT LEDGER

CLIENT NO.    0829|4
MATTER NO    102297

CODE
PAID  OCT 2 0 2005

PITNEY HARDIN KIPP & SZUCH LLP
TOTAL 112174

$ _____

$ _____

# EXHIBIT 2

Document Management Technology, LLC t/a

# Skyline Duplication

**550 Broad Street**
**Basement**
**Newark, NJ 07102**

| | |
|---|---|
| 7/14/2005 | N 465 |

Bill To

**Pitney Hardin**
**200 Campus Drive**
**Florham Park, NJ 07932**
**Attn: Yolanda Day**

Ship To

N5465

| WR Grace 082910.114715 | | 7/14/2005 | Day, Yolanda |
|---|---|---|---|
| **Quantity** | **Description** | **Unit Price** | **Extension** |
| 1,721 | 8.5 x 11 Copy | 0.10 | 172.10T |
| 1,721 | BATES LABEL RANGE: WMT 0000001-0001721 | 0.06 | 103.26T |
| 1,721 | Scanning Grade C-Staples/Clips | 0.16 | 275.36T |
| 1 | CD Creation | 35.00 | 35.00T |

PAID.............................
APPROVED.........................
VENDOR NO....05259
CHECK NO.....280405
CHARGE...........................

| | |
|---|---|
| **Subtotal** | $585.72 |
| **Sales Tax  (6.0%)** | $35.14 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $620.86 |

| | |
|---|---|
| Phone # | 973-648-0090 |
| Fax # | 973-648-0004 |
| E-mail | newark@skylineduplication.com |

Please make checks payable to: Skyline Duplication

**Tax ID 03-0385240**

11/22/05
ok to pay
082910. 117415
114715

# EXHIBIT 3

From: 2123028309    Page: 6/12    Date: 10/28/2005 10:50:15 AM

Document Management Technology, LLC t/a

# Skyline Duplication
**550 Broad Street**
**Basement**
**Newark, NJ 07102**

| 7/29/2005 | M5467A |
|-----------|--------|

**Bill To**

Pitney Hardin
200 Campus Drive
Florham Park, NJ 07932
Attn: Yolanda Day

Ship To    *S467A*

| Quantity | Description | | 7/21/2005 | Day, Yolanda |
|----------|-------------|--|-----------|--------------|
| | WRGRACE | | Unit Price | Extension |
| 99 | Burn Label(Image Key, Annotation, Redaction) | | 0.02 | 1.98T |
| 1 | CD Creation | | 35.00 | 35.00T |
| 99 | Scanning Grade C-Staples/Clips | | 0.16 | 15.84T |
| | Volume: WRGRACE006 | | | |
| | WRG9095905-9096003 | | | |

PAID..............
APPROVED..............
VENDOR NO.....*053359*
CHECK NO.....*80405*
CHARGE..............

| | |
|---|---|
| **Subtotal** | $52.82 |
| **Sales Tax (6.0%)** | $3.17 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $55.99 |

| | |
|---|---|
| Phone # | 973-648-0090 |
| Fax # | 973-648-0004 |
| E-mail | newark@skylineduplication.com |

Please make checks payable to: Skyline Duplication

Tax ID 03-0385240

*11/22/05*
*ok to pay*
*082910. 117415*

# EXHIBIT 4

N.Susalis and Associates, Inc.                    EIN 22-381-6872
P.O. Box 35
Stanton, NJ 08885
Telephone 908.237.0907
Facsimile 908.782.7319

| | Date | Invoice # |
|---|---|---|
| | 9/28/2005 | 1695 |

**Bill To**

Pitney Hardin, LLP
ATT: Michael E. Waller
PO Box 1945
Morristown, NJ 07962-1945

PAID....................
APPROVED.............
VENDOR NO...........
CHECK NO..............
CHARGE................

| Reference |
|---|
| W. R. Grace |

| Customer Number | Case/Job Number | Reference |
|---|---|---|
| P-350 | 4-1104 | |

| Date | Professional Services Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 10/26/2005 | Case work activities--traveled to Trenton, met with registrar of Vital Statistics; attempted to locate Will Brockton, Walter Kimbrough, Albert Lenz, Charles Mason.  Interviewed Tillman Tift and Alto Brockton.  Telephone conference call with Mr. Waller and Mr. Morgan. (NS) | 150.00 | 6 hrs. 30 min. | 975.00 |
| 10/26/2005 | Round trip mileage 91. (NS) | 0.44 | | 40.04 |
| 10/26/2005 | Case work activities--installed hard drive.  Performed searches and inquires on the data. (WP) | 150.00 | 2 hrs. 30 min. | 375.00 |
| 10/27/2005 | Case work activities--traveled to Trenton; interviewed Jack Dolan. (NS) | 150.00 | 4 hrs. | 600.00 |
| 10/27/2005 | Round trip mileage 70. (NS) | 0.44 | | 30.80 |
| 10/28/2005 | Case work activities--database search for James Dolan.  Report preparation.  Telephone call to Mr. Morgan. (NS) | 150.00 | 1 hr. | 150.00 |
| 10/28/2005 | Database event charge | 35.00 | | 35.00 |
| 10/29/2005 | Case work activities--review file--complaint and related material. (WP) | 150.00 | 3 hrs. 40 min. | 540.00 |
| 10/30/2005 | Case work activities--Report preparation.  Telephone call to George Adams. (NS) | 150.00 | 3 hrs. 40 min. | 540.00 |
| 10/31/2005 | Case work activities--report preparation.  Database search for death certificates. | 150.00 | 1 hrs. 30 min. | 225.00 |

| Payment due upon receipt. | Total | $6,968.68 |
|---|---|---|

# EXHIBIT 5

# INTEGRITY EXPRESS INC.

# INVOICE

ONE LACKAWANNA PLACE STE B
P.O. BOX 857
MORRISTOWN, NJ 07963-0857
(973) 326-1500  FAX (973) 631-1113

**Your Courier Service
Your Job-Your Way**

| INVOICE NUMBER | PAGE |
|---|---|
| 15489 | 4 of 5 |

| CLIENT NUMBER/TERM | |
|---|---|
| 221 | NET DUE |

INVOICE DATE
10/31/2005

INVOICE TOTAL
$1,361.35

Invoice Submitted To:

**PITNEY, HARDIN, LLP**

PO BOX 1945
FLORHAM PARK, NJ 07932
Attn: EILEEN M. LOUISA

| Order Date / Order Num / Service / Reference / Caller | Pickup Address | | Drop Off Address | | Recieved By: Received By Time - Date | | |
|---|---|---|---|---|---|---|---|
| **Base Charge** | **Piece** | **Minutes** | **Pounds** | **Miles** | **Insurance** | **Quoted Rate** | **Expense** | **Other1** | **Other2** | **Total** |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/27/2005 110778 RUSH 002807.106333-ILARDI DELMA GAMA X7413 | RIKER DANZIG 1 SPEEDWELL AV-HQ PLAZA-W TOWER MORRISTOWN      NJ 07962 | | PITNEY HARDIN 200 CAMPUS DR-M/R IN BACK FLORHAM PARK      NJ 07932 | | MR PRITCHETT 12:14 PM     10/27/2005 | | |
| $28.00 | 1 | 17 $6.00 | | 10 | 1 $1.00 | | | GAS SUR $3.00 | | **$38.00** |
| 10/27/2005 110805 RUSH 41+ 082910114715 MORGAN DELMA GAMA X7413 | PITNEY HARDIN 200 CAMPUS DR-M/R IN BACK FLORHAM PARK      NJ 07932 | | USDC-TRENTON 402 E STATE ST TRENTON      NJ 08650 | | DROP BOX 5:10 PM     10/27/2005 | | |
| $50.00 | 1 | 17 $6.00 | 66 $39.00 | | 1 $1.00 | | | GAS SUR $9.95 | | **$105.95** |
| 10/31/2005 110930 RUSH 41+ 017745.76355 MARCHETTA SUE PARKER X8316 | PITNEY HARDIN 200 CAMPUS DR-M/R IN BACK FLORHAM PARK      NJ 07932 | | SUPREME COURT OF NJ 25 W MARKET ST HUGHES JUST CMPLX TRENTON      NJ 08625 | | MS LOVETT 4:15 PM     10/31/2005 | | |
| $50.00 | 2 | 17 $6.00 | 80 $3.00 | 66 $39.00 | 1 $1.00 | | | TOLL/GAS $9.95 | | **$108.95** |
| 10/31/2005 110934 RUSH 017745.76355-MARCHETTA SUE PARKER X8316 | PITNEY HARDIN 200 CAMPUS DR-M/R IN BACK FLORHAM PARK      NJ 07932 | | SCHENCK PRICE 10 WASHINGTON ST MORRISTOWN      NJ 07963 | | JANE HUBER 2:16 PM     10/31/2005 | | |
| $23.00 | 1 | | | 15 $5.00 | 1 $1.00 | | | GAS SUR $3.00 | | **$32.00** |
| 10/31/2005 110935 RUSH 017745.76355-MARCHETTA SUE PARKER X8316 | PITNEY HARDIN 200 CAMPUS DR-M/R IN BACK FLORHAM PARK      NJ 07932 | | WALDER HAYDEN & BROGAN 5 BECKER FARM RD ROSELAND      NJ 07068 | | F ANTON RECPT 2:37 PM     10/31/2005 | | |
| $23.00 | 1 | | | 19 $9.00 | 1 $1.00 | | | GAS SUR $3.00 | | **$36.00** |
| 10/31/2005 110936 RUSH 017745.76355-MARCHETTA SUE PARKER X8316 | PITNEY HARDIN 200 CAMPUS DR-M/R IN BACK FLORHAM PARK      NJ 07932 | | ANDREW RUBIN, ESQ 96 PARK ST MONTCLAIR      NJ 07042 | | MS CHICETTA 3:10 PM     10/31/2005 | | |
| $23.00 | 1 | | | 26 $16.00 | 1 $1.00 | | | GAS SUR $4.00 | | **$44.00** |

# EXHIBIT 6

# MERRILL
# COMMUNICATIONS LLC



**Location:** DMS-UNION 654 RAHWAY

Pitney, Hardin, Kipp, Szuch
200 Campus Drive
1st Floor
Florham Park, NJ  07932-9999  US
**Attn:**  Mark Morgan

**Any Inquiries Call: 908-688-7300**

**Invoice #:** 454522
**Invoice Date:** 31-OCT-05
**Merrill Order #:** 002-916385
**Client Matter #:** 082910-114715
**Date Received:** 12-OCT-05
**Salesperson:** KAYE, KENNETH

**TERMS:**    **DUE UPON RECEIPT**

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
|  | 082910-114715    /    2 Bates Stamped Copies |  |  |
| 9624 | Litigation Copies   *AUSA Production of documents* | $.17 | $1,636.08 |
| 4812 | Label, Bates (WRG 9172255-AUSA-NJ - WRG 9177066-AUSA-NJ) | $.06 | $288.72 |
|  | Client Approval : *088910 - 114715* |  |  |
|  | **Subtotal:** |  | **$1,924.80** |
|  | **Messenger and Freight:** |  | **$.00** |
|  | **Postage and Handling:** |  | **$.00** |
|  | **Tax:** |  | **$115.49** |
|  | **Total Invoice:** |  | **$2,040.29** |

PAID............................
APPROVED........................
VENDOR NO......*10060*
CHECK NO.....*279790*
CHARGE....*1.050.1*

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN  55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

*082910 - 114715*
*11/2/05*

REMIT TO:

**MERRILL COMMUNICATIONS LLC**
**CM-9638**
**ST. PAUL, MN 55170-9638**

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID :    41-2007271

# EXHIBIT 7

# MERRILL
# COMMUNICATIONS LLC



**Location:** DMS-UNION 654 RAHWAY

Pitney Hardin, LLP
200 Campus Drive
Florham Park, NJ 07932-9999 US
**Attn:** Mike Waller

**Any Inquiries Call: 908-688-7300**

**Invoice #:** 457384
**Invoice Date:** 31-OCT-05
**Merrill Order #:** 002-915347
**Client Matter #:** 082910 114715
**Date Received:** 11-OCT-05
**Salesperson:** KAYE, KENNETH

**TERMS:    DUE UPON RECEIPT**

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | 082910 114715 - 1 Roll of Film - 1 Copy | | |
| 1990 | Prints, 8 1/2 x 11 | $.50 | $995.00 |
| | Client Approval : ------------------------------- | | |

|  | | |
|---|---|---|
| Subtotal: | | $995.00 |
| Messenger and Freight: | | $.00 |
| Postage and Handling: | | $.00 |
| Tax: | | $59.70 |
| Total Invoice: | | $1,054.70 |

PAID
APPROVED
VENDOR NO. 10460
CHECK NO. 279790
CHARGE 10501

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

11/2/05
OK to pay
Michael Waller
082910.114715

RECEIVED
NOV 0 2 2005
PITNEY HARDIN LLP

REMIT TO:
   MERRILL COMMUNICATIONS LLC
   CM-9638
   ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

Page    1    of    1

# EXHIBIT 8

# Invoice

**Investigative Consultants International**
**231 North Avenue, Suite 302**
**Westfield, NJ 07090**

| DATE | INVOICE # |
|------|-----------|
| 10/31/2005 | 23967 |

| BILL TO |
|---------|
| Pitney, Hardin, Kipp & Szuch<br>200 Campus Drive<br>Florham Park, New Jersey 07932<br>Attn:Michael Waller |

| CASE TITLE |
|------------|
| Additional research to locate King, Lloyd and Kimbrough |

| OUR CASE # | TERMS |
|------------|-------|
| 2708-05 | Due on receipt |

| DATE | SERVICE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|------|---------|-------------|----------|------|--------|
| 8/17/2005 | Investigation | SJB conducts additional research to locate subjects. | 2 | 95.00 | 190.00 |
| 10/31/2005 | Investigation | (8/17-10/31) SJB conducts updated research and calls to locate subjects.  Forward summary to client. | 3.5 | 95.00 | 332.50 |
| | Database | Database Research | 6 | 65.00 | 390.00 |
| | Legend | MWB, Michael W. Boyle; SJB, Stephen J. Biss; JH, Joseph Higgins; TT, Thomas Tykowski; EC, Edward Corrales; SR, Stanley Rusniak; RH, Robert Higgins; RB, Robert Bennett. | | | 0.00 |
| | Questions | In the event you should have any questions regarding our invoice, please contact our offices at (908) 518-9185. | | 0.00 | 0.00 |

FEDERAL TAX ID # 22-3416362

| **Total** | **$912.50** |
|-----------|-------------|

PAID
APPROVED
VENDOR NO.
CHECK NO.
CHARGE

11/2/05

RECEIVED
NOV 0 2005
PITNEY

# EXHIBIT 9





# DEWLING ASSOCIATES, INC

**Invoice Number:** 506-0007
**Date:** November 3, 2005

In account with
Pitney Hardin LLP
200 Campus Drive
Florham Park, New Jersey 07932-0950

TO INSURE PROPER CREDIT, REMIT TO
Dewling Associates, Inc.
1605 Vauxhall Road
Union, New Jersey 07083

**Attention:** Mr. Michael E. Waller, Esq.

## INVOICE

**Client: W.R. Grace**
**DAi Account Number: 0775-0905**
**Invoice Period: July 24, 2005 through October 29, 2005**
   **Activities: Began initial research, gathering information that may bear on issues posed by counsel; determined need for certain information and requested same from counsel; began review of documents and data received from counsel; discussed initial views and identified areas of interpretation that might be applicable; began constructing chronology to understand context and sequence of events; participated in conversations and conference calls with counsel; work will continue based on assignments from counsel.**

| Week ending July 30, 2005 | | Week ending August 6, 2005 | |
|---|---|---|---|
| F. Rubel | 9.0hrs | F. Rubel | 0.25hrs |
| **Week ending August 20, 2005** | | **Week ending August 27, 2005** | |
| F. Rubel | 0.25hrs | F. Rubel | 7.25hrs |

**F. Rubel**        16.75hrs @ $125/hr     =$2,093.75

AMOUNT DUE THIS INVOICE........................$2,093.75

APPROV
'OUCH
.......... 280377
        /0501

1/22/05
ok to pay
mich E Waller
082910 . 47475
114715

# EXHIBIT 10

# RECEIVED
NOV 2 2 2005

**DIRECT REIMBURSEMENT EXPENSE REPORT**

NAME ___ Anthony J. Marchetta ___

Period From: November 14, 2005
To: November 14, 2005

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

| | | Auto Expenses | | | | Show details on Page 2 | | | |
| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Miles | Amount | Parking or Tolls | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
|---|---|---|---|---|---|---|---|---|---|
| 11/14/2005 | NJDEP Travel to Delaware Bankruptcy Court re: | 110.00 | $53.35 | $13.00 | | | $17.00 | $83.35 | 082910/114715 |
| | | | | | | | | | |

Expenses Reported $ 83.35

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature ___

Date 11/21/05

PAID
NOV 2 2 2005

11/17/2005

# EXHIBIT 11



## Document Technologies, Inc.

60 Park Place
Suite 220
Newark, NJ 07102
Phone : 973-622-6111
Fax : 973-622-6333
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 203889

Invoice Date: 08/31/05

Bill To:
Pitney Hardin, LLP
200 Campus Drive
3rd floor
Florham Park, New Jersey  07932
Laurie Coppola

Ship To:
Pitney Hardin, LLP
200 Campus Drive
3rd floor
Florham Park, New Jersey  07932

| | | |
|---|---|---|
| Customer ID | 18348 | Client / Matter No.  082910-114715 |
| Terms | Net 15 Days | Job No.         648 |
| SalesPerson | NEW LC | Nat'l Acct Name |
| P.O. Number | | Nat'l Acct Ref. No. |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 8,989 | Blowbacks | 0.06 | 539.34 |
| 1 | IMG - CD Master | 25.00 | 25.00 |
| 1 | LFP Creation w/New Image Key #s | 65.00 | 65.00 |

Rec: 08/16/05, Print Images from CD +
Renumber with new LFP

PAID
APPROVED
VOUCHER
CHECK NO.
CHARGE

11/15/05
082910 114715

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 629.34 |
| Total Sales Tax: | 33.86 |
| Total: | 663.20 |

Accepted By: _____

**Remit To:** Document Technologies, Newark
P.O. Box 933403
Atlanta, GA  31193-3403



## Document Technologies, Inc.

60 Park Place
Suite 220
Newark, NJ 07102
Phone : 973-622-6111
Fax : 973-622-6333
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 209028

Invoice Date:  09/21/05

Bill To:
Pitney Hardin, LLP
200 Campus Dr.
3rd floor
Florham Park, NJ 07932
Laurie Coppola

Ship To:
Pitney Hardin, LLP
200 Campus Dr.
3rd floor
Florham Park, NJ 07932

| | |
|---|---|
| Customer ID | 18348 |
| Terms | Net 15 Days |
| SalesPerson | NEW LC |
| P.O. Number | |

| | |
|---|---|
| Client / Matter No. | WR Grace 082910-114715 |
| Job No. | 789 |
| Nat'l Acct Name | |
| Nat'l Acct Ref. No. | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 124,910 | Blowbacks | 0.06 | 7,494.60 |
| 62,455 | IMG - Endorsement | 0.02 | 1,249.10 |
| 5 | IMG - CD Duplication | 25.00 | 125.00 |

Rec: 09/08/05  2 DVDs, Print x2

PAID
APPRO TO
VOUCHER NO. 08441
NO. 280282
CHARGE 7670

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

11/15

082910- 114715

Accepted By:

| | |
|---|---|
| Subtotal: | 8,868.70 |
| Total Sales Tax: | 532.12 |
| Total: | 9,400.82 |

Remit To: Document Technologies, Newark
P.O. Box 933403
Atlanta, GA  31193-3403



## Document Technologies, Inc.

60 Park Place
Suite 220
Newark, NJ 07102
Phone : 973-622-6111
Fax : 973-622-6333
Fed. ID No. : 58-2413793

### INVOICE

Invoice Number: 214171

Invoice Date:  10/31/05

Bill To:
Pitney Hardin, LLP
200 Campus Dr.
3rd floor
Florham Park, NJ 07932
Laurie Coppola

Ship To:
Pitney Hardin, LLP
200 Campus Dr.
3rd floor
Florham Park, NJ 07932

| | | |
|---|---|---|
| Customer ID | 18348 | |
| Terms | Net 15 Days | |
| SalesPerson | NEW LC | |
| P.O. Number | | |

Client / Matter No.  HRO 001    082910 - 114715
Job No.              1004
Nat'l Acct Name
Nat'l Acct Ref. No.

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 5,826 | IMG - Endorsement | 0.03 | 174.78 |
| 1 | IMG - CD Duplication | 25.00 | 25.00 |
| 1 | IMG - Technical Time | 65.00 | 65.00 |
| | Rec: 10/12/05 | | |

PAID
APPROV
VOUCH         62441
(             280282
C&R           10501

11/15
ok to pay

082910. 114715

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 264.78 |
| Total Sales Tax: | 11.99 |
| Total: | 276.77 |

Accepted By: _____

Remit To: Document Technologies, Newark
          P.O. Box 933403
          Atlanta, GA  31193-3403

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: February 7, 2006 |
| | : | Hearing Date: TBD, if necessary |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes

and says:

      1.  I am a partner with the applicant firm, Pitney Hardin LLP, and am a member in

good standing of the bars of the State of New Jersey, the United States District Court for the

District of New Jersey, the United States Court of Appeals for the Third Circuit, the United

States District Court for the Northern District of New York, the United States District Court for

the Eastern District of New York, the United States District Court for the Southern District of

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2. I have personally performed certain of, and overseen, the legal services rendered by Pitney Hardin LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey
Dated: January 13, 2006

Respectfully submitted,
PITNEY HARDIN LLP

Anthony J. Marchetta, Esq.
(Mail) P.O. Box 1945
Morristown, NJ 07962-1945
(Delivery) 200 Campus Drive
Florham Park, NJ 07932-0950

1378262A01011306