# EXHIBIT A
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

January 10, 2006
Bill Number 88319
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through November 30, 2005

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 11/01/05 | RAM | Telephone conferences with in-house counsel (.2) and conference with MTM (.2) re: conference call to discuss discovery responses. | 0.40 Hrs | $100.00 |
| 11/01/05 | MTM | Receipt and review of emails re: conference call tomorrow (.2); email to Holme Roberts counsel re: details on EPA/class action document review (.6); conference with RAM and in-house counsel re: conference call tomorrow (.3); work on responses to discovery requests (1.6); draft preliminary statement re: focus of past document reviews and location of various categories of documents (1.9). | 4.60 Hrs | $1,012.00 |
| 11/02/05 | RAM | Conference call with K&E attorneys, in-house counsel and MTM to discuss responses to discovery requests in PI estimation proceeding (1.6); telephone conference with in-house counsel re: same (.1); conference with MTM re: drafting responses (.1). Read updated bankruptcy court docket entries to select documents to read (.3). | 2.10 Hrs | $525.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 11/02/05 | MTM | Prepare for conference call this morning and receipt and review of agenda re: same (.2); continue to work on preliminary statement (1.3); identify process for producing certain collections of documents in Cambridge and Boston (1.8); conference with RAM re: first draft of responses to discovery requests (.1); participate in conference call re: same (1.6). | 5.00 Hrs | $1,100.00 |
| 11/04/05 | MTM | Work on discovery responses (1.8); telephone call from Kirkland Ellis attorney re: same (.3). | 2.10 Hrs | $462.00 |
| 11/06/05 | MTM | Draft responses to personal injury discovery requests. | 3.90 Hrs | $858.00 |
| 11/07/05 | RAM | Telephone conference with in-house counsel re: status of draft discovery responses (.1); work on same (3.0); conference call with MTM re: same (.7). | 3.80 Hrs | $950.00 |
| 11/07/05 | DBM | Find standard information re: productions for use in answering creditors' discovery requests. | 2.00 Hrs | $450.00 |
| 11/07/05 | MTM | Revise responses to requests for production of documents and answers to interrogatories (2.5); conference with RAM re: same (.7); email to in-house counsel re: responses to personal injury document requests (.3). | 3.50 Hrs | $770.00 |
| 11/08/05 | RAM | Telephone conference with in-house counsel re: PI estimation discovery. | 0.10 Hrs | $25.00 |
| 11/08/05 | ARA | Per MTM's call, locate information re: number of boxes in the repository; telephone call to MTM re: same (.8). Telephone calls to Merrill Corp. and MTM re: location and return of original Winthrop Square information binders (.4). Document control (4.0). | 5.20 Hrs | $494.00 |
| 11/09/05 | RAM | Revise draft responses to requests for production of documents in PI estimation proceeding (1.7); read email from MTM re: same (.1); conference call with in-house counsels (2), K&E attorneys and MTM to discuss same (1.3). | 3.10 Hrs | $775.00 |
| 11/09/05 | MTM | Review revisions to preliminary statement re: response to personal injury request for production of documents (.4); telephone call to ARA re: issues relating to discovery responses (.3); review revised responses to document requests (1.0); revise answers to interrogatories (.8); email to Holme Roberts counsel re: details on potentially responsive documents stored in Colorado (.6); conference call with in-house counsel and K&E counsel re: responses to discovery requests (1.5). | 4.60 Hrs | $1,012.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 11/09/05 | ARA | Document control (3.1). Quality control production set documents (2.3). Per MTM's telephone call, check EPA/ZAI production documents for coding sheets (.5). | 5.90 Hrs | $560.50 |
| 11/10/05 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.5). Work on answers to interrogatories in PI estimation proceeding (.4); work on revised responses to requests for production of documents (.6); emails from/to in-house counsel re: draft responses (.1). Review and comment on draft letter to creditors' committee (.3); conferences with MTM re: same (.1) and re: answers to interrogatories (.1). | 2.20 Hrs | $550.00 |
| 11/10/05 | MTM | Revise proposed draft letter to personal injury claimants committee re: various locations of potentially responsive documents (2.0); conference with RAM re: same (.1). Revise responses to their document request (.9); receipt and respond to emails from in-house counsel re: discovery responses (.6); work on answers to interrogatories in personal injury case (2.6); conference with RAM re: same (.1). Email to in-house counsel and K&E counsel re: revised draft letter and discovery responses (.5); receipt and review of email from Holme Roberts counsel re: boxes in Colorado (.3); respond to same (.5). | 7.60 Hrs | $1,672.00 |
| 11/10/05 | ARA | Quality control Casner & Edwards copy set of documents copied during production to O.M. Scott (4.5). Document control (2.2). | 6.70 Hrs | $636.50 |
| 11/11/05 | RAM | Conference with MTM re: discovery responses and read emails re: same (.1). Conference call with in-house counsel, K&E attorney and MTM re: discovery responses (2.0); telephone conference with in-house counsel and MTM re: same (.1). Read selected documents filed in bankruptcy court (.9). | 3.10 Hrs | $775.00 |
| 11/11/05 | MTM | Work on product appendix re: answers to interrogatories (1.0); email to in-house counsel re: product disclosure in response to personal injury discovery request (.3); telephone call from Holme Roberts attorney and paralegal re: documents stored in Colorado (.4); telephone call to in-house counsel re: answers to interrogatories (.4); conference call with in-house counsel and K&E counsel re: responses to discovery requests from personal injury creditors committee (2.0); telephone call to in-house counsel with RAM re: just completed conference call (.1). Revise responses to discovery requests re: same (1.0). | 5.20 Hrs | $1,144.00 |

Mark A. Shelnitz

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/11/05 | ARA | Quality control Casner & Edwards copy set of documents copied during production to O.M. Scott. | 4.40 Hrs | $418.00 |
| 11/13/05 | MTM | Receipt and review of email from K&E counsel re: responses to discovery requests (.2); revise responses to discovery requests (3.0); telephone call to K&E counsel re: same (.3). | 3.50 Hrs | $770.00 |
| 11/14/05 | RAM | Three telephone conferences with MTM re: revised PI estimation discovery responses. | 0.30 Hrs | $75.00 |
| 11/14/05 | MTM | Continue work on discovery responses (.3); telephone call to in-house counsel re: changes to interrogatory answers (.3); receipt and review of email and marked draft from Kirkland & Ellis counsel re: response to document request (.6); revise responses re: same (1.9); telephone call from Kirkland & Ellis counsel re: these changes and product appendix (.3); revise certification page for discovery responses (.1); telephone conferences with RAM re: status of discovery responses (.3); email revised drafts and comments to in-house and K&E counsel (.2); email from in-house counsel re: change to interrogatory answers (.2); conference with in-house and K&E counsel re: discovery responses (.8); make final revisions to product appendix (1.0); telephone call from K&E counsel re: final responses (.8); telephone call from K&E counsel re: final changes to responses (.9). | 7.70 Hrs | $1,694.00 |
| 11/14/05 | ARA | Document control (.8). Quality control Casner & Edwards copy set of documents copied during production to O.M. Scott (6.5). Quality control documents in the production set (1.0). | 8.30 Hrs | $788.50 |
| 11/15/05 | MTM | Work on identifying all materials previously produced in personal injury cases and what processing such materials will need before production in these cases (4.6); telephone call to ARA re: same (.5); receipt and review of "as-filed" copy of Grace's discovery responses to the PI committee (.4). | 5.50 Hrs | $1,210.00 |
| 11/15/05 | ARA | Telephone discussion with MTM re: identifying all documents previously produced to plaintiffs (.5); review production files for information concerning same (2.5). Quality control documents in the production set (2.0). | 5.00 Hrs | $475.00 |
| 11/16/05 | MTM | Continue review of files from prior personal injury document productions re: production in these cases (3.3); review ARA files at Winthrop Square re: same (1.9); telephone call to K&E counsel re: anticipated Boston production (.5). | 5.70 Hrs | $1,254.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 11/16/05 | ARA | Review production files for information concerning what documents have been previously produced to plaintiffs and locate specific files per MTM's request. | 7.30 Hrs | $693.50 |
| 11/17/05 | RAM | Read emails re: PI estimation discovery responses and requests; email to MTM re: same. | 0.20 Hrs | $50.00 |
| 11/17/05 | DBM | Conference with MTM re: searching for plants manufacturing MK-3 in Massachusetts. | 0.10 Hrs | $22.50 |
| 11/17/05 | MTM | Receipt and review of document requests from property damage committee (1.5); email from K&E counsel re: conference call with personal injury creditors committee on Tuesday (.2); receipt and review of 22 boxes of old document production files in personal injury and property damage cases re: upcoming PI production (3.8); telephone call from in-house counsel re: request from counsel for information on Monokote sales in Massachusetts (.2); locate list of Grace suppliers in briefing books (.2); conference with DBM re: possible document search for same (.1); locate my file re: suppliers (.3); review my file re: suppliers to identify east coast purchases (.7); telephone call to in-house counsel re: same (.1). | 7.10 Hrs | $1,562.00 |
| 11/18/05 | DBM | Search for MK-3 sales in MA by particular plants. | 1.30 Hrs | $292.50 |
| 11/18/05 | MTM | Continue review of old document production files re: production to personal injury creditors committee (3.8); receipt and review of MK-3 sales in Massachusetts per request from in-house counsel (.3); obtain copies of same at Winthrop Square (.7). | 4.80 Hrs | $1,056.00 |
| 11/21/05 | RAM | Read updated bankruptcy court docket entries to select documents to read (.2). Read and make notes re: PI estimation discovery issues to prepare for tomorrow's conference call (.5) and telephone conference with MTM re: same (.1). | 0.80 Hrs | $200.00 |
| 11/21/05 | MTM | Continue to review boxes of documents from storage re: old document productions (3.4); telephone call from in-house Grace counsel re: Monokote 3 question (.2); telephone calls from RAM and K&E counsel re: meeting and telephone conference tomorrow (.3). | 3.90 Hrs | $858.00 |
| 11/22/05 | RAM | Read emails re: locations of responsive documents and reviewing them for production (.1). Participate in conference calls with Kirkland & Ellis attorneys, in-house counsel, MTM and others re: discovery requests and responses (2.9). Telephone conference with MTM re: preparing documents for production (.1). | 3.10 Hrs | $775.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 11/22/05 | MTM | Finish review of boxes of documents from storage re: prior document productions (.9); conference call with K&E and in-house counsel re: personal injury discovery requests (.8); telephone call to HRO counsel re: return of Cambridge boxes for production in PI cases (.3); work on production of Cambridge/Boulder boxes to PI counsel (2.3); email to HRO paralegal re: same (.5); conference call with opposing counsel re: discovery responses (2.2); telephone call from K&E counsel re: same (.3). | 7.30 Hrs | $1,606.00 |
| 11/23/05 | RAM | Telephone conference with MTM re: hiring temporary paralegals to prepare documents for production to creditors' committees. | 0.10 Hrs | $25.00 |
| 11/23/05 | MTM | Prepare for document production to personal injury creditors committee (3.2); telephone conference with RAM re: same (.1); telephone call from in-house Grace counsel re: discovery requests from property damage committee (1.3). | 4.60 Hrs | $1,012.00 |
| 11/28/05 | RAM | Emails from/to MTM re: in-house counsel and Canadian issue (.2). Conference call with in-house counsel and MTM re: same (.4). Conference call with in-house counsel, K&E attorneys and MTM re: PI estimation discovery requests and responses (1.7). | 2.30 Hrs | $575.00 |
| 11/28/05 | DBM | Search for documents related to Canada operations. | 1.70 Hrs | $382.50 |
| 11/28/05 | MTM | Receipt and review of emails from RAM and in-house Grace counsel re: Canadian document issues (.4); email to DBM and RAM re: same (.3); telephone call to K&E counsel re: conference call tomorrow with opposing counsel (.4); telephone call from K&E counsel re: issues to discuss in conference call later today (.3); continue preparation for document production (5.5); telephone call to RAM re: Canadian document questions (.2); receipt and review of email from in-house Grace counsel re: same (.2); conference call with RAM and in-house counsel re: Canadian document issues (.4). Conference call with K&E counsel, in-house counsel and RAM re: discovery issues (1.7); telephone call from HRO paralegal re: privileged materials at Cambridge (.3). | 9.70 Hrs | $2,134.00 |
| 11/29/05 | RAM | Read emails re:Canadian issue (.1). Read selected documents filed in bankruptcy court (.5). | 0.60 Hrs | $150.00 |
| 11/29/05 | MTM | Review Cambridge repository to prepare same for document production (6.0); prepare guidelines and other materials for orientation meeting with temporary paralegals tomorrow (2.0); conference call with K&E counsel to discuss coordination of responses to discovery from property damage and personal injury | 9.00 Hrs | $1,980.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| | | committees (1.0). | | |
| 11/30/05 | RAM | Conference call with attorneys re: PI estimation discovery requests and responses. | 1.90 Hrs | $475.00 |
| 11/30/05 | MTM | Prepare for conference call this morning with opposing counsel (.7); conference call with personal injury creditors committee counsel re: discovery disputes (1.9); work on responses to discovery requests from property damage counsel (1.8); Prepare for and meet with temporary paralegals re: Cambridge review project (1.7). Second conference call with personal injury creditors committee re: discovery disputes (1.7); email to Reed Smith and HRO counsel re: production of documents on disc (.9). | 8.70 Hrs | $1,914.00 |
| 11/30/05 | LB | Attend meeting to discuss Cambridge review project. | 1.20 Hrs | $114.00 |
| 11/30/05 | MEC | Attend meeting to discuss Cambridge review project. | 1.20 Hrs | $114.00 |
| 11/30/05 | JC | Attend meeting to discuss Cambridge review project. | 1.20 Hrs | $114.00 |
| 11/30/05 | EG | Attend meeting to discuss Cambridge review project. | 1.20 Hrs | $114.00 |
| 11/30/05 | MO | Attend meeting to discuss Cambridge review project. | 1.20 Hrs | $114.00 |
| 11/30/05 | KR | Attend meeting to discuss Cambridge review project. | 1.20 Hrs | $114.00 |
| | | TOTAL LEGAL SERVICES | | $37,002.50 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 24.10 Hrs | 250/hr | $6,025.00 |
| DONNA B. MACKENNA | 5.10 Hrs | 225/hr | $1,147.50 |
| MATTHEW T. MURPHY | 114.00 Hrs | 220/hr | $25,080.00 |
| ANGELA R. ANDERSON | 42.80 Hrs | 95/hr | $4,066.00 |
| LARRY BARRON | 1.20 Hrs | 95/hr | $114.00 |
| MICHAEL CHAVANEAU-ELLIS | 1.20 Hrs | 95/hr | $114.00 |
| JOSEPH COHEN | 1.20 Hrs | 95/hr | $114.00 |
| EITAN GOLDBERG | 1.20 Hrs | 95/hr | $114.00 |
| MEGAN O'ROURKE | 1.20 Hrs | 95/hr | $114.00 |
| KERRY REILLY | 1.20 Hrs | 95/hr | $114.00 |
| | 193.20 Hrs | | $37,002.50 |

Mark A. Shelnitz

|  |  |
|---|---|
| TOTAL THIS BILL | $37,002.50 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

January 10, 2006

Bill Number 88320
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## LEGAL SERVICES

Through November 30, 2005

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 11/01/05 | RAM | Work on September fee application (1.0); fax it to in-house counsels for review (.1). | 1.10 Hrs | $275.00 |
| 11/02/05 | RAM | Email from in-house counsel that fee application may be filed. | 0.10 Hrs | $25.00 |
| 11/03/05 | RAM | Telephone call from second in-house counsel; fee application may be filed. | 0.05 Hrs | No charge |
| 11/08/05 | RAM | Finalize September fee application (.2). Finalize quarterly fee application (.2). Send both fee applications to Delaware counsel to file (.1). | 0.50 Hrs | $125.00 |
| 11/25/05 | RAM | Work on October fee application. | 1.80 Hrs | $450.00 |
| 11/29/05 | RAM | Work on October fee application. | 0.60 Hrs | $150.00 |
| | | TOTAL LEGAL SERVICES | | $1,025.00 |

Page 1

Mark A. Shelnitz

Re: Fee Applications, Applicant

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 4.10 Hrs | 250/hr | $1,025.00 |
| ROBERT A. MURPHY | 0.05 Hrs | 250/hr | No charge |
| | 4.15 Hrs | | $1,025.00 |

|  |  |
|---|---|
| TOTAL THIS BILL | $1,025.00 |