# EXHIBIT B
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

January 10, 2006

Bill Number 88321
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through November 30, 2005

| | | |
|---|---|---|
| EXCESS POSTAGE | | $3.95 |

**BOSTON EXPRESS DELIVERY**

| | | | |
|---|---|---|---|
| 11/16/05 | To 303 Congress Street, Casner & Edwards-MTM from One Winthrop Square on 10/25/05. | 13.00 | |
| | | | $13.00 |

**FEDERAL EXPRESS**

| | | | |
|---|---|---|---|
| 11/10/05 | To Kirkland & Ellis from Casner and Edwards on 10/24/05 by MTM | 97.56 | |
| | | | $97.56 |

**OUTSIDE PHOTOCOPYING**

| | | | |
|---|---|---|---|
| 11/03/05 | MERRILL COMM - Expert witness binders requested by Kirkland & Ellis | 2,835.08 | |
| 11/03/05 | MERRILL COMM -Copy of Winthrop Square Information Binders (4) | 428.47 | |
| | | | $3,263.55 |

Page 1

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through November 30, 2005

PHOTOCOPYING

| | | |
|---|---|---:|
| 11/02/05 | 11 copies at .12 per copy | 1.32 |
| 11/04/05 | 16 copies at .12 per copy | 1.92 |
| 11/09/05 | 41 copies at .12 per copy | 4.92 |
| 11/13/05 | 2 copies at .12 per copy | 0.24 |
| 11/17/05 | 140 copies at .12 per copy | 16.80 |
| 11/18/05 | 33 copies at .12 per copy | 3.96 |
| 11/18/05 | 31 copies at .12 per copy | 3.72 |
| 11/18/05 | 31 copies at .12 per copy | 3.72 |
| 11/18/05 | 21 copies at .12 per copy | 2.52 |
| 11/18/05 | 52 copies at .12 per copy | 6.24 |
| 11/28/05 | 1 copies at .12 per copy | 0.12 |
| 11/30/05 | 138 copies at .12 per copy | 16.56 |
| 11/30/05 | 16 copies at .12 per copy | 1.92 |
| 11/30/05 | 2 copies at .12 per copy | 0.24 |

$64.20

TELEPHONE

| | | | |
|---|---|---|---:|
| 11/14/05 | 329 | 2028795167 | 0.77 |
| 11/14/05 | 329 | 2028795167 | 0.55 |
| 11/14/05 | 329 | 2395143631 | 0.77 |
| 11/17/05 | 329 | 3026525340 | 1.76 |
| 11/21/05 | 329 | 2028795167 | 0.44 |
| 11/22/05 | 329 | 3038617000 | 0.55 |
| 11/22/05 | 329 | 2395143631 | 0.66 |
| 11/23/05 | 329 | 4105314355 | 6.60 |
| 11/23/05 | 357 | 3026525338 | 1.10 |
| 11/28/05 | 329 | 2395143631 | 1.32 |
| 11/28/05 | 329 | 2395143631 | 2.09 |
| 11/28/05 | 329 | 3038660691 | 3.30 |
| 11/30/05 | 329 | 3038660691 | 0.88 |

$20.79

RENT REIMBURSEMENT

| | | |
|---|---|---:|
| 11/02/05 | BOSTON CAPITAL INSTITUTION-Rent and utilities for document repository at One Winthrop Square-November 2005. | 11,082.06 |

$11,082.06

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through November 30, 2005

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 11/03/05 | RECORDKEEPER ARCHIVE-Storage from 10/01/05 to 10/31/05 | 400.40 | |
| 11/21/05 | RECORDKEEPER ARCHIVE-October 2005 delivery charges | 54.00 | |
| | | | $454.40 |
| | TOTAL DISBURSEMENTS | | $14,999.51 |
| | TOTAL THIS BILL | | $14,999.51 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

January 10, 2006

Bill Number 88322
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through November 30, 2005

| | |
|---|---:|
| EXCESS POSTAGE | $2.20 |
| TELEPHONE | |
| 11/30/05   357   2395143631      2.20 | |
| | $2.20 |
| TOTAL DISBURSEMENTS | $4.40 |
| TOTAL THIS BILL | $4.40 |