# EXHIBIT B

## EXHIBIT B

### EXPENSES FOR THE FEE PERIOD
### OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005

Engagement Costs – Weja, Inc.

| | | |
|---|---|---|
| Duplicating | | 21.70 |
| | Matter Total Engagement Cost | 21.70 |

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---|
| 10/03/05 | PD UPS TO WILMINGTON DE; KMJ; INV# 81207415 | 11.87 |
| 10/08/05 | REC UPS CREDIT ADJUSTMENT; KMJ; INV# 81207415 | -1.45 |
| | Computer Assisted Research | 2.50 |
| | Duplicating | 84.00 |
| | Matter Total Engagement Cost | 96.92 |

Engagement Costs – NJDEP v. W.R. Grace et al.

| | | |
|---|---|---|
| 07/06/05 | Paid Skyline Duplication #10501 S#7121[3] | 416.37 |
| 07/21/05 | Paid Merrill Communications #10501 S#7121[4] | 630.53 |
| 08/25/05 | Paid Merrill Communications #10501 S#7121[5] | 2206.22 |
| 08/31/05 | Paid Document Technologies, Inc. for services rendered #10501; S#7117[6] | 59.15 |
| 08/31/05 | Paid Document Technologies, Inc. for services rendered #10501; S#7117[7] | 174.37 |
| 08/31/05 | PD GENESYS CONFERENCING INC FOR CONFERENCING; AJM; CK# 279043[8] | 73.08 |
| 09/15/05 | Paid Document Technologies, Inc. for services rendered #10501; S#7117[9] | 328.75 |
| 09/19/05 | Paid Romanelli's #10504 S#7121[10] | 49.19 |
| 09/19/05 | PD INTEGRITY EXPRESS TO FLORHAM PARK NJ; | 67.35 |

---

[3] Skyline Duplication Invoice # N5341 dated 7/6/2005 attached hereto as Exhibit 1.
[4] Merrill Communications Invoice # 425614 dated July 21, 2005 attached hereto as Exhibit 2.
[5] Merrill Communications Invoice #439526 dated August 25, 2005 attached hereto as Exhibit 3.
[6] Document Technologies, Inc. Invoice Number 205598 dated 8/31/05 attached hereto as Exhibit 4.
[7] Document Technologies, Inc. Invoice Number 204677 dated 8/31/05 attached hereto as Exhibit 5.
[8] Genesys Conferencing Invoice No. I-291106 dated 9/7/2005 attached hereto as Exhibit 6.
[9] Document Technologies, Inc. Invoice Number 207309 dated 9/15/05 attached hereto as Exhibit 7.
[10] Romanelli's Invoice Number 8933 dated 9/19/05 attached hereto as Exhibit 8.

1378137A01011306

| | | |
|---|---|---|
| | MEW; CK# 279208[11] | |
| 09/19/05 | PD INTEGRITY EXPRESS TO TRENTON NJ; MEW; CK# 279208[12] | 59.00 |
| 09/19/05 | PD INTEGRITY EXPRESS TO FLORHAM PARK NJ; MEW; CK# 279208[13] | 41.00 |
| 09/19/05 | PD INTEGRITY EXPRESS TO TRENTON NJ; MEW; CK# 279208[14] | 105.95 |
| 09/21/05 | PD AMEX FOR TRAVEL EXPENSE; MEW; CK# 278774[15] | 628.00 |
| 09/22/05 | PD UPS TO TRENTON NJ; MEW; INV# 81207395 | 7.74 |
| 09/24/05 | PD UPS TO TRENTON NJ; MSM; INV# 81207395 | 10.00 |
| 09/26/05 | PD TRAVEL EXPENSE; MSM; UH&P7P; 10/15/05[16] | 30.55 |
| 09/26/05 | PD AMEX FOR MEAL EXPENSE; MEW; CK# 278774[17] | 38.48 |
| 09/26/05 | PD AMEX FOR TRAVEL EXPENSE; MEW; CK# 278774[18] | 11.00 |
| 09/28/05 | PD UPS TO FLEMINGTON NJ; MSM; INV# 81207405 | 10.78 |
| 09/30/05 | PD TRAVEL EXPENSE; MSM; UH&P7P; 10/15/05[19] | 1925.81 |
| 09/30/05 | PD INTEGRITY EXPRESS TO TRENTON NJ; MEW; CK# 279208[20] | 99.95 |
| 09/30/05 | PD TRAVEL EXPENSES TO NEWARK, NJ; GH; CK# 279422[21] | 52.31 |
| 10/01/05 | PD UPS ADJUSTMENT; MSM; INV# 81207405 | 1.41 |
| 10/03/05 | PD UPS TO NEW YORK NY; AJM; INV# 81207415 | 7.74 |
| 10/03/05 | PD UPS TO NEWARK NJ; AJM; INV# 81207415 | 7.74 |
| 10/03/05 | PD UPS TO TRENTON NJ;  AJM; INV# 81207415 | 7.74 |
| 10/03/05 | PD UPS TO TRENTON NJ;  AJM; INV# 81207415 | 7.74 |
| 10/04/05 | PD UPS TO FLEMINGTON NJ; MEW; INV# 81207415 | 7.74 |
| 10/06/05 | PD UPS TO WASHINGTON DC; MEW; INV# 81207415 | 8.95 |
| 10/06/05 | Paid CDW Direct for services rendered #52504; S#7143[22] | 291.83 |
| 10/08/05 | PD UPS ADJUSTMENT; MEW; INV# 81207415 | 1.43 |
| 10/10/05 | Paid Merrill Communications #10501 S#7121[23] | 553.75 |

---

[11] Integrity Express, Inc. Invoice Number 15310 dated 9/30/2005 attached hereto as Exhibit 9.

[12] Id.

[13] Id.

[14] Id.

[15] American Express Account closing on 10/1/05 for Michael E. Waller attached hereto as Exhibit 10.

[16] Direct Reimbursement Expense Report for Mark S. Morgan, Esq. dated September 26, 2005 attached hereto as Exhibit 11.

[17] See Exhibit 10.

[18] See Exhibit 10.

[19] Direct Reimbursement Expense Report for Mark S. Morgan, Esq. dated September 30, 2005 attached hereto as Exhibit 12.

[20] Integrity Express Inc. Invoice Number 15310 dated 9/30/2005 attached hereto as Exhibit 13.

[21] Direct Reimbursement Expense Report for Gene Hammoud dated September 26, 2005 - October 2, 2005 attached hereto as Exhibit 14.

[22] CDW Invoice Number UJ71936 dated 10/06/2005 attached hereto as Exhibit 15.

49

| | | |
|---|---|---|
| 10/10/05 | PD UPS TO WASHINGTON DC; MEW; CK# 279561 | 13.12 |
| 10/10/05 | PD UPS TO FLEMINGTON NJ; MSM; CK# 279561 | 11.41 |
| 10/12/05 | Paid Document Technologies, Inc. for services rendered #10501; S#7117[24] | 168.39 |
| 10/12/05 | Paid Document Technologies, Inc. for services rendered #10501; S#7117[25] | 425.93 |
| 10/13/05 | PD UPS TO TRENTON NJ; MSM; CK# 279561 | 14.37 |
| 10/13/05 | PD UPS TO WASHINGTON DC; MSM; CK# 279561 | 73.11 |
| 10/15/05 | PD UPS ADJUSTMENT; MSM; CK# 279561 | 1.45 |
| | Computer Assisted Research | 305.36 |
| | Duplicating | 140.84 |
| | Matter Total Engagement Cost | 9,075.63 |

### Engagement Costs – Tahari Ltd.

| | | |
|---|---|---|
| 09/19/05 | Pd Aetna Central Judicial Services to submit motion; Inv# 39[26] | 10.00 |
| 10/06/05 | Pd Aetna Central Judicial Services for witness fee attorney paid; out of town service; waiting time and effort; Inv# 5671[27] | 75.00 |
| 10/15/05 | Pd UPS to Roslyn NY; MHL; Inv# 184488W425 | 6.69 |
| 10/15/05 | Pd UPS Adjustment; Inv# 184488W425 | 2.44 |
| 10/26/05 | Paid Patrusky, Mintz & Semel for subpoena fee #10501; S#7138; hck#158015[28] | 24.00 |
| | Computer Assisted Research | 51.86 |
| | Matter Total Engagement Cost | 169.99 |

---

[23] Merrill Communications Invoice # 452234 dated October 10, 2005 attached hereto as Exhibit 16.
[24] Document Technologies, Inc. Invoice Number 213145 dated 10/12/05 attached hereto as Exhibit 17.
[25] Document Technologies, Inc. Invoice Number 212613 dated 10/12/05 attached hereto as Exhibit 18.
[26] Aetna Central Judicial Services Invoice # 39 attached hereto as Exhibit 19.
[27] Aetna Central Judicial Services Invoice # 5671 dated 10/12/2005 attached hereto as Exhibit 20.
[28] Pitney, Hardin, Kipp & Szuch LLP Check Requisition dated 9/29 attached hereto as Exhibit 21.

# EXHIBIT 1

...ument Management Technology, LLC t/a

# Skyline Duplication

**550 Broad Street**
**Basement**
**Newark, NJ 07102**

| Invoice Date | Invoice # |
|---|---|
| 7/6/2005 | N5341 |

Bill To

Pitney Hardin
200 Campus Drive
Florham Park, NJ 07932
Attn: Greg Netzke

Ship To

| Reference | | Date Requested | Ordered By |
|---|---|---|---|
| 082910-114715 | | 7/5/2005 | Netzke, Greg |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 3,928 | 8.5 x 11 Copy | 0.10 | 392.80T |

PAID....................
APPROVED...............
VENDOR NO...05319
CHECK NO....279764
CHARGE......10501

088910·114715

| | |
|---|---|
| Subtotal | $392.80 |
| Sales Tax (6.0%) | $23.57 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$416.37** |

| | |
|---|---|
| Phone # | 973-648-0090 |
| Fax # | 973-648-0004 |
| E-mail | newark@skylineduplication.com |

Please make checks payable to: Skyline Duplication

Tax ID 03-0385240

# EXHIBIT 2

# MERRILL
# COMMUNICATIONS LLC

# PRELIMINARY



**Location:** DMS-UNION 654 RAHWAY

Pitney Hardin, LLP
200 Campus Drive
Florham Park, NJ  07932-9999  US
**Attn:**  Greg Netzke

**Any Inquiries Call: 908-688-7300**

**Invoice #:** 425614
**Invoice Date:** 21-JUL-05
**Merrill Order #:** 002-877747
**Client Matter #:** WR Grace
**Date Received:** 08-JUL-05
**Salesperson:** RHATICAN, JULIE A

082910 - 14715

---

**TERMS:**      **DUE UPON RECEIPT**

| QTY | DESCRIPTION | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | **W R Grace - 1 CD - Scan to CD /PDF/ Summ.** | | | |
| 2177 | Coding, Capturing Bates Numbers | 2765 | $.03 | $65.31 |
| 2 | Media, CD Master | 2764 | $25.00 | $50.00 |
| 2177 | PDF, Creation | 2766 | $.05 | $108.85 |
| 38 | Scanning, Color | 2768 | $1.50 | $57.00 |
| 2139 | Scanning, Heavy | 2767 | $.12 | $256.68 |
| 38 | Color Copies, 8.5 x 11 | 3945 | $1.50 | $57.00 |

PAID
APPROVED
VENDOR NO. 10460
CHECK NO. 279152
CHARGE 70501

Client's Initials: _____

| | |
|---|---|
| Subtotal: | $594.84 |
| Messenger and Freight: | $.00 |
| Postage and Handling: | $.00 |
| Tax: | $35.69 |
| **Total Invoice:** | **$630.53** |

Client's Initials: _____

ok to pay
Mark Kowalski
082910 - 14715

**Preliminary**
**This is not an Invoice.**

---

# EXHIBIT 3

# MERRILL
# COMMUNICATIONS LLC



Location: DMS-BOSTON 101 ARCH STREET

Any Inquiries Call: 617-542-0300

Pitney Hardin, LLP
Park Avenue at Morris County
PO Box 1945
Morristown, NJ 07962
Attn: Laurie Coppola

Invoice #: 439526
Invoice Date: 25-AUG-05
Merrill Order #: 002-894252
Client Matter #: 082910-114715
Date Received: 16-AUG-05
Salesperson: PAQUETTE, CONRAD D

*WR Grace*

**TERMS:     DUE UPON RECEIPT**

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 3876 | Litigation, Heavy/Glasswork | $.22 | $852.72 |
| 1 | Media, CD Master | $35.00 | $35.00 |
| 3876 | Printing Services-Blowbacks with Separators-STD | $.12 | $465.12 |
| 3876 | Scanning, Medium | $.12 | $465.12 |

| | | |
|---|---|---|
| Subtotal: | | $1,817.96 |
| Messenger and Freight: | | $283.20 |
| Postage and Handling: | | $.00 |
| Tax: | | $105.06 |
| Total Invoice: | | $2,206.22 |

PAID
APPROVED
VENDOR NO. 10460
CHECK NO. 29157
CHARGE 7050 1

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

Page    1    of   1

# EXHIBIT 4



# Document Technologies, Inc.

60 Park Place
Suite 220
Newark, NJ 07102
Phone : 973-622-6111
Fax : 973-622-6333
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number:  205598

Invoice Date:  08/31/05

Bill To:
Pitney Hardin, LLP
200 Campus Dr.
3rd floor
Florham Park, NJ 07932
Laurie Coppola

Ship To:
Pitney Hardin, LLP
200 Campus Dr.
3rd floor
Florham Park, NJ 07932

| Customer ID | 18348 |
| --- | --- |
| Terms | Net 15 Days |
| SalesPerson | NEW LC |

P.O. Number
Client / Matter No.  WR Grace 082910-114715
Job No.      719

| Quantity | Description | Unit Price | Total Price |
| --- | --- | --- | --- |
| 930 | Blowbacks | 0.06 | 55.80 |
|  | Rec: 08/25/05  1 CD, Print x1 |  |  |

PAID
APPROVED
JOB NO.
CK NO.
GE

082910·114715
ok to pay

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
| --- | --- |
| Subtotal: | 55.80 |
| Total Sales Tax: | 3.35 |
| Total: | 59.15 |

Accepted By: _____

**Remit To:** Document Technologies, Inc.
Two Ravinia Drive
Suite 850
Atlanta, GA  30346

# EXHIBIT 5



## Document Technologies, Inc.

60 Park Place
Suite 220
Newark, NJ 07102
Phone : 973-622-6111
Fax : 973-622-6333
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number:  204677

Invoice Date:  08/31/05

Bill To:
Pitney Hardin, LLP
200 Campus Drive
3rd floor
Florham Park, New Jersey  07932
Laurie Coppola

Ship To:
Pitney Hardin, LLP
200 Campus Drive
3rd floor
Florham Park, New Jersey  07932

| Customer ID | 18348 | Client / Matter No. | WR Grace 082910-114715 |
|---|---|---|---|
| Terms | Net 15 Days | Job No. | 688 |
| SalesPerson | NEW LC | Nat'l Acct Name | |
| P.O. Number | | Nat'l Acct Ref. No. | |

| Quantity | Description | | Unit Price | Total Price |
|---|---|---|---|---|
| 930 | Scanning - B/W | | 0.12 | 111.60 |
| 1 | IMG - CD Duplication | | 25.00 | 25.00 |
| 930 | IMG - Endorsing | | 0.03 | 27.90 |

PAID
APPROVED
VENDOR NO. 03442
CHECK NO. 279192
CHARGE 10.50

Rec: 08/23/05  1 box, Scan for Summation

082910-114715
ok to pay
N

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 164.50 |
| Total Sales Tax: | 9.87 |
| Total: | 174.37 |

Accepted By: _____

**Remit To:** Document Technologies, Inc.
Two Ravinia Drive
Suite 850
Atlanta, GA  30346

# EXHIBIT 6

**_nesys** Conferencing

*s Leading Conferencing Specialist*

| ccount No. | Invoice No. | Invoice Date | Due Date | Amount Due | Currency |
|---|---|---|---|---|---|
| APIT1 | I - 291106 | 9/7/2005 | 10/31/2005 | 188.97 | USD |

# TeleDirect (Resrvd Unattended) -Usage Details

Conference date  **8/31/2005 10:27:18**                                    Duration  **00:40**

Meeting #          **48803934**    **NONE**

Reservation ID    **767927**        Scheduler  Rachel Rosen              Moderator:  Marchetta Anthony

Client Matter Number
082910-114715

| Line | Participant | Phone Number | Item | Start time | Time zone | Quantity | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Anonymous User | 8004231988 | TeleDirect Toll Free | 8/31/2005 10:27:04 | US-VA | 38.00 mn | 11.02 |
| 2 | Anonymous User | 8004231988 | TeleDirect Toll Free | 8/31/2005 10:27:40 | US-VA | 37.00 mn | 10.73 |
| 3 | Anonymous User | 8004231988 | TeleDirect Toll Free | 8/31/2005 10:28:57 | US-VA | 36.00 mn | 10.44 |
| 4 | Anonymous User | 8004231988 | TeleDirect Toll Free | 8/31/2005 10:29:37 | US-VA | 35.00 mn | 10.15 |
| 5 | Anonymous User | 8004231988 | TeleDirect Toll Free | 8/31/2005 10:29:40 | US-VA | 37.00 mn | 10.73 |
| 6 | Anonymous User | 8004231988 | TeleDirect Toll Free | 8/31/2005 10:30:08 | US-VA | 35.00 mn | 10.15 |
| 7 | Anonymous User | 8004231988 | TeleDirect Toll Free | 8/31/2005 10:31:03 | US-VA | 34.00 mn | 9.86 |
|  |  |  |  |  |  | **Total Cost** | **73.08** |

**TeleDirect (Resrvd Unattended)**               **Summary**

| Item | Quantity | Cost |
|---|---|---|
| TeleDirect Toll Free | 252.00 mn | 73.08 |

# EXHIBIT 7



## Document Technologies, Inc.

60 Park Place
Suite 220
Newark, NJ 07102
Phone : 973-622-6111
Fax : 973-622-6333
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 207309

Invoice Date: 09/15/05

**Bill To:**
Pitney Hardin, LLP
200 Campus Dr.
3rd floor
Florham Park, NJ 07932
Laurie Coppola

**Ship To:**
Pitney Hardin, LLP
200 Campus Dr.
3rd floor
Florham Park, NJ 07932

| | | |
|---|---|---|
| Customer ID | 18348 | |
| Terms | Net 15 Days | |
| SalesPerson | NEW LC | |
| P.O. Number | | |

| | |
|---|---|
| Client / Matter No. | WR Grace 082910-114715 |
| Job No. | 772 |
| Nat'l Acct Name | |
| Nat'l Acct Ref. No. | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 5,169 | Blowbacks | 0.06 | 310.14 |
| | Rec: 09/01/05 CD, P x1 | | |

PAID
APPROVED
VENDOR NO. .....O344/.........
CHECK NO. .........579192.......
CHARGE..........10501.........

082910. 114715

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 310.14 |
| Total Sales Tax: | 18.61 |
| Total: | 328.75 |

Accepted By: _____

**Remit To:** Document Technologies, Inc.
Two Ravinia Drive
Suite 850
Atlanta, GA 30346

# EXHIBIT 8



**ROMANELLI'S ITALIAN EATERY**
Serving the Area for Over 30 Years
Open 7 Days - We Deliver
42 Lincoln Place
MADISON, NJ 07940
(973) 377-9515

| CUSTOMER'S ORDER NO. | PHONE | | | | DATE | | |
|---|---|---|---|---|---|---|---|
| 082910.114715 | 973-466-8081 | | | | 9/19/05 | | |

NAME _Spielberg_

ADDRESS _PITNEY HARDING_

| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PAID OUT |
|---|---|---|---|---|---|
| | | | PAID | | |

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | LRG. 3 topping | | |
| 1 | LRG. Cheese | | |
| 1 | #6 TBL | | |
| 2 | extra sause | | |
| 4 | Snapple | | |
| 3 | 20 oz Water | | |
| | | TAX | |
| | | TOTAL | 44 19 |

APPROVED...........
VENDOR NO. 10365
CHECK NO. 27916/
CHARGE 050

| SOLD BY | RECEIVED BY |
|---|---|

8933

All claims and returned goods
MUST be accompanied by this bill.

**Thank You!**

PRODUCT 2530

B

# EXHIBIT 9

# **↑NTEGRITY** EXPRESS INC.

# **INVOICE**

ONE LACKAWANNA PLACE STE B
P.O. BOX 857
MORRISTOWN, NJ  07963-0857
(973) 326-1500  FAX (973) 631-1113

**Your Courier Service
Your Job-Your Way**

| INVOICE NUMBER | PAGE |
|---|---|
| 15310 | 2 of 5 |
| CLIENT NUMBER | TERMS |
| 221 | NET DUE |
| INVOICE DATE | |
| 9/30/2005 | |
| INVOICE TOTAL | |
| $1,895.45 | |

Invoice Submitted To:

**PITNEY, HARDIN, LLP**

PO BOX 1945
FLORHAM PARK, NJ  07932
Attn:  EILEEN M. LOUISA

| Order Date / Order Num / Service / Reference / Caller | Pickup Address | | | Drop Off Address | | | Recieved By: / Received By Time - Date | | |
|---|---|---|---|---|---|---|---|---|---|
| Base Charge | Piece | Minutes | Pounds | Miles | Insurance | Quoted Rate | Expense | Other1 | Other2 | Total |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/19/2005 / 109255RT / RUSH 41+ / 082910.114715-WALLER / CHARICE JONES X7425 | USDC-TRENTON / 402 E STATE ST / TRENTON        NJ 08650 | | | PITNEY HARDIN / 200 CAMPUS DR-M/R IN BACK / FLORHAM PARK      NJ 07932 | | | JILL SANGEMINO / 5:30 PM        09/19/2005 | | |
| $53.40 | 1 | 17 / $6.00 | | 66 | 1 / $1.00 | | TOLL/GAS / $6.95 | | | $67.35 |
| 9/19/2005 / 109256 / RUSH 41+ / 082910.114715-WALLER / CHARICE JONES X7425 | PITNEY HARDIN / 200 CAMPUS DR-M/R IN BACK / FLORHAM PARK      NJ 07932 | | | MERCER CO COURTHOUSE / 209 S BROAD ST / TRENTON        NJ 08650 | | | MS HOAGLAND / 4:15 PM        09/19/2005 | | |
| $50.00 | 1 | 17 / $6.00 | | 66 | / $1.00 | | TOLL/GAS / $2.00 | | | $59.00 |
| 9/19/2005 / 109256RT / RUSH 41+ / 082910.114715-WALLER / CHARICE JONES X7425 | MERCER CO COURTHOUSE / 209 S BROAD ST / TRENTON        NJ 08650 | | | PITNEY HARDIN / 200 CAMPUS DR-M/R IN BACK / FLORHAM PARK      NJ 07932 | | | JILL SANGEMINO / 5:30 PM        09/19/2005 | | |
| $30.00 | 1 | 17 / $6.00 | | 66 | / $1.00 | | GAS SUR / $4.00 | | | $41.00 |
| 9/19/2005 / 109272 / RUSH 41+ / 082910.114715 WALLER / CHARICE JONES X7425 | PITNEY HARDIN / 200 CAMPUS DR-M/R IN BACK / FLORHAM PARK      NJ 07932 | | | DEPT OF LAW AND PUBLIC SAFETY / 25 W MARKET ST HUGHES JUST CMPLX / TRENTON        NJ 08625 | | | CYNTHIA CARDI / 5:00 PM        09/19/2005 | | |
| $50.00 | 1 | 17 / $6.00 | | 66 / $39.00 | / $1.00 | | TOLL/GAS / $9.95 | | | $105.95 |
| 9/21/2005 / 109337 / RUSH / 035584.102003 SMITH / BRENDA SMITH X7424 | PITNEY HARDIN / 200 CAMPUS DR-M/R IN BACK / FLORHAM PARK      NJ 07932 | | | USDC-NEWARK / 50 WALNUT ST / NEWARK        NJ 07102 | | | MR DUNBAR / 11:30 AM        09/21/2005 | | |
| $23.00 | 1 | 17 / $6.00 | | 26 / $16.00 | / $1.00 | | GAS SUR / $4.00 | | | $50.00 |
| 9/21/2005 / 109338 / RUSH 41+ / 035584.102003 SMITH / BRENDA SMITH X7424 | PITNEY HARDIN / 200 CAMPUS DR-M/R IN BACK / FLORHAM PARK      NJ 07932 | | | GOLDSTEIN LAW GROUP / 12 GLENSIDE DRIVE / ANNANDALE        NJ 08801 | | | LEFT INSIDE SCREEN DOOR / 12:02 PM        09/21/2005 | | |
| $50.00 | 1 | 18 / $6.00 | | 51 / $16.50 | 1 / $1.00 | | GAS SUR / $6.00 | ADMIN FEE / $5.00 | | $84.50 |

# EXHIBIT 10



Prepared For
ANGELA S BARON
PITNEY HARDIN K & S

Account Number

Closing Date
10/01/05

Page 37 of 63

*173MEW*

**Activity Continued**    **Foreign Currency conversion rate is base rate plus 2%. See page 2 for details.**

## Card Number

| Date | Description | | | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|---|---|
| 09/01/05 | ANNUAL MEMBERSHIP RENEWAL FEE PERIOD 11/05 THRU 10/06 | | | 02900001105 | *55552* | 15.00 |
| 09/04/05 | ITUNES MUSIC STORE  866-712-7753 M90488263 ELECTRIC DOWNLOAD ELECTRIC DOWNLOAD | TX 09/04/05 | | | *13004* | 10.89 |
| | | | | | *099000.099173* | |
| 09/06/05 | ITUNES MUSIC STORE  866-712-7753 M91092083 ELECTRIC DOWNLOAD ELECTRIC DOWNLOAD | TX 09/06/05 | | | | 4.95 |
| 09/09/05 | WARNOCK DODGE      EAST HANOVER B4607100 SALES/SERVICE/REPAIR SALES/SERVICE/REPAIR ROC NUMBER 0000000009 | NJ 09/08/05 | | | *30777  10/20/05* | 24.06 |
| 09/11/05 | BAHR'S LANDING     HIGHLANDS 14099 FOOD/BEV FOOD/BEV TIP | NJ 09/09/05 $11.66 $2.00 | | 0000014099 | | 13.66 |
| 09/11/05 | BAHR'S LANDING     HIGHLANDS 14099 FOOD/BEV FOOD/BEV TIP | NJ 09/09/05 $70.76 $14.00 | | 0000014099 | | 84.76 |
| 09/14/05 | EDISON PLAZA CORP    NEWARK 000002218 PARKING PARKING | NJ 09/13/05 | | 0000002218 | *54561* | 14.00 |
| 09/19/05 | ITUNES MUSIC STORE  866-712-7753 M94762448 ELECTRIC DOWNLOAD ELECTRIC DOWNLOAD | TX 09/19/05 | | | *13004* | 16.92 |
| | | | | | *099000.099173* | |
| 09/22/05 | AMTRAK             VOICE RESPONSDC TKT# 5546781330194 VENDOR SALE VRU/884A            AMTRAK AMTRAK            VOICE RESPONS DC FROM    NOT RECORDED TO      CARRIER CLASS NOT RECORDED | 09/21 | | 04950040000 | *10501* | 628.00 |
| | | | | | *082910.114715* | |
| 09/26/05 | CENTRE CAFE WASHINGTON DC 000603930 FOOD AND BEVERAGE FOOD AND BEVERAGE TIP | 09/26/05 00000550 | | 0000603930 | *10504* | 38.48 |
| 09/27/05 | HUNAN WOK     FLORHAM PARK 94360004  FOOD/BEVERAGE | NJ 09/25/05 | | 0094360004 | *54567* | 16.55 |
| 09/27/05 | AMERICA'S SPIRIT    WASHINGTON 141000037 GIFT ITEMS GIFT ITEMS ROC NUMBER 000037 | DC 09/26/05 | | 0014100037 | *13004* | 32.78 |
| | | | | | *099000.099173* | |
| 09/27/05 | EDISON PLAZA CORP    NEWARK 000003867 PARKING PARKING | NJ 09/26/05 | | 0000003867 | *10501* | 14.00 |
| | | | | | *082910.114715* | |
| 10/01/05 | MARRIOTT 33750WCHSTRTARRYTOWN 46600001 THE PUB THE PUB | NY 09/30/05 | | 0004060001 | *54567* | 18.84 |
| 10/01/05 | BEAR BROOK GOLF CLUBNEWTON 000004350 20 20 | NJ 10/01/05 | | 0000004350 | *13004* | 10.60 |
| | | | | | *099000.099173* | |
| 10/01/05 | BEAR BROOK GOLF CLUBNEWTON 000004352 20 20 | NJ 10/01/05 | | 0000004352 | *13004* | 27.50 |

**Total for MICHAEL E WALLER**

New Charges/Other Debits
Payments/Other Credits

967.99
0.00

# EXHIBIT 11

RECEIVED
OCT 07 2005

PINNEY HARDIN LLP

RECEIVED
OCT 07 2005

P A I D
OCT 14 2005

**DIRECT REIMBURSEMENT EXPENSE REPORT**

NAME _____ MARK S. MORGAN _____

Period From: September 26, 2005
To: September 26, 2005

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses | | | Hotel or Lodging | Show details on Page 2 | | Total Expenses | Client No./ Matter No. or Firm Charge |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| | | Miles | Amount | Parking or Tolls | | Business Meals | Other Expenses | | |
| 9/26/2005 | Travel to Nwk. Penn. Station & Sta. park'g | 30.00 | $14.55 | $11.00 | | | | $25.55 | 082910.114715 |
| 9/26/2005 | Trip to Washington, D.C. | | | | | $5.00 | | $5.00 | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Expenses Reported   $   30.55

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature _____

Date 10/7/05

ENTERED IN
COMPUTER BY: _____

10501 - 25.55
10504 - 5.00

10/7/2005

# EXHIBIT 12

RECEIVED
OCT 07 2005

**DIRECT REIMBURSEMENT EXPENSE REPORT**
NAME ___MARK S. MORGAN___

Period From: ___September 30, 2005___
To: ___September 30, 2005___

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

| DATE | DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses | | Parking or Tolls | Hotel or Lodging | Show details on Page 2 | | Total Expenses | Client No./ Matter No. or Firm Charge |
|------|----------------------------------|-------|--------|------|------|----------------|----------------|----------------|----------------|
| | DEPARTURE DESCRIPTION OR | Miles | Amount | | | Business Meals | Other Expenses | | |
| 9/30/2005 | Travel to Newark Liberty Airport | 28.00 | $13.58 | $30.00 | | | | $43.58 | 082910.114715 |
| 9/30/2005 | Trip to Washington, D.C. airline ticket | | | | | | $1,807.23 | $1,807.23 | 082910.114715 |
| 9/30/2005 | Meal | | | | | $75.00 | | $75.00 | 082910.114715 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Expenses Reported  $ 1,925.81

I certify that I have incurred all the expenses above on behalf of the Firm, and that they all are directly related to the active conduct of the Firm's business.

Signature _____    Date ___10/7/05___

ENTERED IN
OCT 14 2005

3081

10/7/2005

10501-1850.81
10504-75.00

# EXHIBIT 13

# ÍNTEGRITY EXPRESS INC.

# INVOICE

ONE LACKAWANNA PLACE STE B
P.O. BOX 857
MORRISTOWN, NJ 07963-0857
(973) 326-1500  FAX (973) 631-1113

**Your Courier Service
Your Job-Your Way**

Invoice Submitted To:

**PITNEY, HARDIN, LLP**
PO BOX 1945
FLORHAM PARK, NJ 07932
Attn: EILEEN M. LOUISA

| INVOICE NUMBER | PAGE |
|---|---|
| 15310 | 1 of 5 |

| CLIENT NUMBER | TERMS |
|---|---|
| 221 | NET DUE |

| INVOICE DATE |
|---|
| 9/30/2005 |

| INVOICE TOTAL |
|---|
| $1,895.45 |

| Order Date / Order Num / Service / Reference / Caller | Pickup Address | | | | Drop Off Address | | | Recieved By: / Received By Time - Date | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Base Charge | Piece | Minutes | Pounds | Miles | Insurance | Quoted Rate | Expense | Other1 | Other2 | Total |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/16/2005 / 109200 / RUSH / 003838.113951-HALASZ / EVELYN CHIARELLO X74'' | PITNEY HARDIN / 200 CAMPUS DR-M/R IN BACK / FLORHAM PARK  NJ 07932 | | | | SOMERSET CO COURTHOUSE-NEW / 20 N BRIDGE ST / SOMERVILLE  NJ 08876 | | | MS MONCELLOS / 4:13 PM  09/16/2005 | | |
| $23.00 | 1 | | | 33 / $23.00 | $1.00 | | | GAS SUR / $4.00 | | **$51.00** |
| 9/16/2005 / 109200RT / RUSH / 003838.113951-HALASZ / EVELYN CHIARELLO X74'' | SOMERSET CO COURTHOUSE-NEW / 20 N BRIDGE ST / SOMERVILLE  NJ 08876 | | | | PITNEY HARDIN / 200 CAMPUS DR-M/R IN BACK / FLORHAM PARK  NJ 07932 | | | M JEFFERSON / 5:10 PM  09/16/2005 | | |
| $27.60 | 1 | 17 / $6.00 | | 33 | $1.00 | | | GAS SUR / $3.00 | | **$37.60** |
| 9/19/2005 / 109248 / RUSH / 003291.115816 WOLMART / SUE BERNS X7407 | PITNEY HARDIN / 200 CAMPUS DR-4TH FL RECEP / FLORHAM PARK  NJ 07932 | | | | PASSAIC CO COURTHOUSE-NEW / 77 HAMILTON ST / PATERSON  NJ 07505 | | | MS OLIVERES / 3:40 PM  09/19/2005 | | |
| $23.00 | 1 | 17 / $6.00 | | 28 / $18.00 | 1 / $1.00 | | | GAS SUR / $4.00 | | **$52.00** |
| 9/19/2005 / 109249 / RUSH / 003291.115816 WOLMART / SUE BERNS X7407 | PITNEY HARDIN / 200 CAMPUS DR-4TH FL RECEP / FLORHAM PARK  NJ 07932 | | | | RAMSEY & BURMAN / 222 RIDGEDALE AVE / CEDAR KNOLLS  NJ 07927 | | | MS A GARCIA / 2:46 PM  09/19/2005 | | |
| $23.00 | 1 | | | 15 / $5.00 | $1.00 | | | GAS SUR / $3.00 | | **$32.00** |
| 9/19/2005 / 109250 / RUSH / 003291.115816 WOLMART / SUE BERNS X7407 | PITNEY HARDIN / 200 CAMPUS DR-4TH FL RECEP / FLORHAM PARK  NJ 07932 | | | | FOSTER & MAISLEY / 10 FURLER ST / TOTOWA  NJ 07512 | | | MS LEMIEUX / 4:45 PM  09/19/2005 | | |
| $23.00 | 1 | | | 28 / $18.00 | $1.00 | | | GAS SUR / $4.00 | | **$46.00** |
| 9/19/2005 / 109255 / RUSH 41+ / 082910.114715-WALLER / CHARICE JONES X7425 | PITNEY HARDIN / 200 CAMPUS DR-M/R IN BACK / FLORHAM PARK  NJ 07932 | | | | USDC-TRENTON / 402 E STATE ST / TRENTON  NJ 08650 | | | DROPBOX / 4:00 PM  09/19/2005 | | |
| $50.00 | 1 | | | 66 / $39.00 | 1 / $1.00 | | | GAS SUR / $9.95 | | **$99.95** |

# EXHIBIT 14

**DIRECT REIMBURSEMENT EXPENSE REPORT**

NAME _____ Gene Hammoud _____

Period From:  September 26, 2005
To:  October 2, 2005

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

| DATE | DESCRIPTION OF ALLOWABLE EXPENSE OR DEPARTURE DESCRIPTION | Auto Expenses | | | Hotel or Lodging | Show details on Page 2 | | Total Expenses | Client No./ Matter No. or Firm Charge |
| | | Miles | Amount | Parking or Tolls | | Business Meals | Other Expenses | | |
| 9/30/2005 | Travel and parking expense for Newark International Airport | 46.00 | $22.31 | $30.00 | | | | $52.31 | 093901/11415 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Expenses Reported    $    52.31

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature _____    Date  10/7/2005

PAID

OCT 0 7 2005

PITNEY HARDIN KIPP & SZUCH LLP

30763

1051

10/7/2005

# EXHIBIT 15

*ird Party Services.* Customer acknowledges and agrees that, in some instances, CDW... [vertical left-margin text, partially legible]

| | INVOICE DATE | INVOICE NUMBER | INVOICE TERMS | DUE DATE |
|---|---|---|---|---|
| ght Technology. Away.™ CDW ON THE INTERNET www.cdw.com | 10/06/2005 | UJ71936 | NET 30 Days | 11/05/2005 |

| DESCRIPTION | QTY ORD | QTY SHIP | QTY B/O | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| WESTERN DIG 120GB USB 2.0 EXT HD | 4 | 4 | 0 | $134.43 | $537.72 |
| Manufacture Part Number: WDXUB1200BBNN | | | | | |
| Serial Number: WCALA2241550 | | | | | |
| Serial Number: WCALK1291587 | | | | | |
| Serial Number: WCALK1305921 | | | | | |
| Serial Number: WCAL95697449 | | | | | |
| COST CENTER: PO#: 100605 | | | | | |

*(handwritten notations: OK, 50%, -291.83, -291.83, 003910.184715, 007978.091233, 24 OCT-05)*

PAID..........
APPROVED..........
VENDOR NO. .......... 4383
CHECK NO. .......... 279516 / 1050
CHARGE..........

HAVE QUESTIONS ABOUT YOUR ACCOUNT? PLEASE EMAIL US AT: credit@cdw.com

| ORDER DATE | SHIP VIA | PURCHASE ORDER NO. | CUSTOMER NO. | PRODUCT SUBTOTAL | $537.72 |
|---|---|---|---|---|---|
| 10/06/2005 | UPS East Coast Regional GND | 100605 | 0918880 | | |

| SALESPERSON | SHIP TO : | | | |
|---|---|---|---|---|
| BRAD DICKOW | PITNEY HARDIN KIPP AND SZUCH | SALES ORDER NUMBER | SHIPPING | $13.68 |
| 847-371-7617 | ATTN:DAVE ORTLAND | K510479 | SALES TAX | $32.26 |
| braddic@cdw.com | 200 CAMPUS DRIVE FLORHAM PARK NJ 07932 | | INVOICE AMOUNT | $583.66 |
| | | | AMOUNT DUE | $583.66 |

**CDW DIRECT, LLC, AN ILLINOIS CORPORATION FEIN 36-4530079**

# EXHIBIT 16

# MERRILL
# COMMUNICATIONS LLC



| Location: DMS-BOSTON 101 ARCH STREET | Any Inquiries Call: 617-542-0300 |
|---|---|

Pitney Hardin, LLP
Park Avenue at Morris County
PO Box 1945
Morristown, NJ  07962  US
Attn:   Mark Morgan

**Invoice #:** 452234
**Invoice Date:** 10-OCT-05
**Merrill Order #:** 002-914744
**Client Matter #:** 082910 - 114715
**Date Received:** 03-OCT-05
**Salesperson:** PAQUETTE, CONRAD D

---

**TERMS:    DUE UPON RECEIPT**

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 2679 | Litigation, Heavy/Glasswork | $.1950 | $522.41 |

| | |
|---|---|
| Subtotal: | $522.41 |
| Messenger and Freight: | $.00 |
| Postage and Handling: | $.00 |
| Tax: | $31.34 |
| Total Invoice: | $553.75 |

PAID
APPROVED
VENDOR NO. 100260
CHECK NO. 279152
CHARGE 10501

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN  55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

*Mark S. Morgan*
*Please pay*
*082910, 114715*
*Grace/Trenton*

---

REMIT TO:

MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID :     41-2007271

# EXHIBIT 17



**Document Technologies, Inc.**

60 Park Place
Suite 220
Newark, NJ 07102
Phone : 973-622-6111
Fax : 973-622-6333
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 213145

Invoice Date:  10/12/05

Bill To:
Pitney Hardin, LLP
200 Campus Dr.
3rd floor
Florham Park, NJ 07932
Laurie Coppola

Ship To:
Pitney Hardin, LLP
200 Campus Dr.
3rd floor
Florham Park, NJ 07932

Customer ID    18348
Terms          Net 15 Days
SalesPerson    NEW LC
P.O. Number

Client / Matter No.  Trenton/WR Grace 082910-114715
Job No.              956
Nat'l Acct Name
Nat'l Acct Ref. No.

| Quantity | Description | Unit Price | Total Price |
|---------|-------------|-----------|-------------|
| 723 | Scanning - B/W | 0.12 | 86.76 |
| 785 | Blowbacks | 0.06 | 47.10 |
| 1 | IMG - CD Master | 25.00 | 25.00 |

Rec: 10/06/05  1 stack, Scan, Blowback

AID..........................
APPROVED.......................
VENDOR NO. 03441
CHECK NO. 279192
CHARGE.... 7050/

082910 - 114715

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

Subtotal:          158.86

Total Sales Tax:     9.53

Total:             168.39

Accepted By: _____

**Remit To:** Document Technologies, Inc.
Two Ravinia Drive
Suite 850
Atlanta, GA 30346

# EXHIBIT 18



### Document Technologies, Inc.

60 Park Place
Suite 220
Newark, NJ 07102
Phone : 973-622-6111
Fax : 973-622-6333
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number:  212613

Invoice Date:  10/12/05

Bill To:
Pitney Hardin, LLP
200 Campus Dr.
3rd floor
Florham Park, NJ  07932
Laurie Coppola

Ship To:
Pitney Hardin, LLP
200 Campus Dr.
3rd floor
Florham Park, NJ  07932

| | | | | |
|---|---|---|---|---|
| Customer ID | 18348 | Client / Matter No. | WR Grace 082910-114715 |
| Terms | Net 15 Days | Job No. | 998 |
| SalesPerson | NEW LC | Nat'l Acct Name | |
| P.O. Number | | Nat'l Acct Ref. No. | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 6,697 | Blowbacks | 0.06 | 401.82 |
| | Rec: 10/06/05  1 CD, Blowbacks | | |

PAID
APPROVED
VENDOR NO. 0344
CHECK NO. 279192
CHARGE 050

082910-114715
ok to pay

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 401.82 |
| Total Sales Tax: | 24.11 |
| Total: | 425.93 |

Accepted By: _____

**Remit To:** Document Technologies, Inc.
Two Ravinia Drive
Suite 850
Atlanta, GA  30346

# EXHIBIT 19

INVOICE #: 39    TO: PITNEY, HARDIN LLP

AETNA CENTRAL JUDICIAL SERVICES

| DATE | RECORD NUMBER | CLIENT FILE # | C A P T I O N | | RECIPIENT | SERV CODE | FEES ADVANCE | TOTAL CHARGE |
|------|---------------|---------------|---------------|---|-----------|-----------|--------------|--------------|
| 08/12/2005 | 1PHKS180893 | 006303 | CONTRANIAN 114564 | v WEST POINT | CHECK FOR PRO HAC VICE | AG | 0.00 | 25.00 |
| 08/17/2005 | 1PHKS180894 | 006703 | CONTRARIAN 114564 | v WESTPOINT | DELIVER CHECK | AG | 0.00 | 25.00 |
| 08/19/2005 | 1PHKS180896 | 035584 | DAYS INN 103229 | v KOLATH | FILE TRANSCRIPT | A | 0.00 | 10.00 |
| 08/22/2005 | 1PHKS180897 | 515990 | GELL 110395 | v MY MERSCAN | FILE PLEADINGS | E | 0.00 | 10.00 |
| 08/26/2005 | 1PHKS180899 | 080890 | HEARTLAND WINE HUT | v UPS 071109 | COPY ENTIRE FILE | BGD | 2.00 | 37.00 |
| 08/26/2005 | 2PHKS180901 | 007061 | FIRST CONTINENTAL | v LOAMATTINA 115767 | FILE BOND | AG | 0.00 | 25.00 |
| 08/26/2005 | 1PHKS180902 | 005805 | FUSCO 109571 | v TWEEDY | COPY OF STIP | B | 0.00 | 10.00 |
| 08/30/2005 | 1PHKS180903 | 006137 | THE DESIGN TEX | v S VINYL 110793 | OBTAIN CERTIFIED COPY OF JUDGMENT | E | 0.00 | 10.00 |
| 09/01/2005 | 1PHKS180904 | 006510 | IMPERIAL 113263 | v SIERRA BX | SUBMIT STIP | B | 0.00 | 10.00 |
| 09/01/2005 | 1PHKS180905 | 008697 | VOSTIV 115747 | v THE BOC | FILE NOTICE OF REMOVAL | A | 0.00 | 5.00 |
| 09/01/2005 | 1PHKS180906 | 008697 | VORTIV 115747 | v THE BOZ | FILE NOTICE OF REMOVAL | A | 0.00 | 5.00 |
| 09/08/2005 | 1PHKS180908 | 006372 | PIMPINELLA 112878 | v DAUGHETRY | FILE COPY OF STIP | AG | 0.00 | 15.00 |
| 09/09/2005 | 1PHKS180910 | 006303 | CONTRARIAN FUNDS | v WESTPOINTS 114564 | FILE MOTION | AG | 0.00 | 15.00 |
| 09/09/2005 | 1PHKS180912 | 006510 | IMPERIAL 113263 | v SIERRA | OBTAIN COPY OF ORDER | BD | 1.00 | 11.00 |
| 09/09/2005 | 1PHKS180911 | 515999 | CRAIG THOMAS MIERZWA | v - 113959 | OBTAIN CERTIFICATE OF GOOD STANDING | AG | 0.00 | 25.00 |
| 09/12/2005 | 1PHKS180914 | 006864 | COMMUNITY FINANCE | v OPAMAR 114652 | FILE AFFIDAVIT | A | 0.00 | 5.00 |
| 09/14/2005 | 1PHKS180918 | 006312 | MADDON 114431 | v BELTON | DELIVER COPY TO JUDGE | E | 0.00 | 10.00 |
| 09/14/2005 | 1PHKS180916 | 002626 | ZELINGER 098908 | v KAPLAN | COPY SUBTITUTION OF COUNSEL | AG | 0.00 | 15.00 |
| 09/15/2005 | 1PHKS180917 | 005000 | NYC ASBESTOS LITIGATION | v - 058329 | OBTAIN COPIES OF NEW ORDERS | E | 0.00 | 10.00 |
| 09/15/2005 | 1PHKS180919 | 006703 | CONTRAVIAN 114564 | v WESTPOINT | DELIVER CHECK TO CASHIER | AG | 0.00 | 25.00 |
| 09/19/2005 | 1PHKS180920 | 008710 | KROWISH 102292 | v TAHARI | SUBMIT MOTION | E | 0.00 | 10.00 |
| 09/21/2005 | 1PHKS180921 | 099999 | RUSSO PROMOTORI 080031 | v FACIAL CONCEPTS | SUBMIT STIP | B | 0.00 | 10.00 |

*** Total ***

3.00    323.00

# EXHIBIT 20

# ᴄᴇNTRAL JUDICIAL SERVICES

BROADWAY, SUITE 1802
NEW YORK, NY, 10007
IRS #: 13-5623599
INVOICE #: 5671

PHONE: (212) 233-6070-71
(212) 267-2667
FAX #: (212) 233-0751
CONTRACT #:

TO:   PITNEY, HARDIN LLP
ANGELA BARON
7 TIMES SQUARE 20TH FL
NEW YORK, NY, 10017

30726

212-506-1700

ENTERED IN
COMPUTER BY: _____

10/24/05

Page No.    1
10/12/2005

| SERVE DATE | CLIENT FILE # | C A P T I O N | RECIPIENT | SERVE CODES | FEES ADV | TOTAL CHARGES |
|---|---|---|---|---|---|---|
| 10/06/2005 | 082910-10229 2 | 1114 TRIZECHAHN-SWIG, LLC   V   W.R.GRACE & CO-CONN.,ETANO | BERNARD PATRUSKY, CPA PATRUSKY, MINTZ, AND SEMEL, CPA | XGU | 0.00 | 75.00 |

*** Total ***

0.00   75.00

### BILLING CODES

A - SERVICE
C - FILING / ISSUE
E - SUBSTITUTED SERVICE
G - WITNESS FEE ATTORNEY PAID
I - SOS ALBANY FEE PAID BY ATTORNEY
K - SOS 253 OR 254 FEE PAID BY ATTORNEY
M - MILITARY INVESTIGATION
Q - COURT FILING FEE PAID BY ATTORNEY
T - SO ORDER/SUPT OF INS CHG
V - EXPRESS MAIL CHARGE
X - OUT OF TOWN SERVICE
R - CONFORM & OBTAIN CT DOCUMENTS
O - EXPENSES/TOLLS/EXTRA COPIES/FAX

B - ATTEMPTED SERVICE\CPLR
D - SPECIAL SERV / DIVORCE
F - WITNESS FEE ADVANCED
H - SOS ALBANY FEE ADVANCED
J - SOS 253 OR 254 FEE ADVANCED
L - TRAVERSE
P - COURT FILING FEE ADVANCED
S - LOCATION
U - WAITING TIME & EFFORT
W - POSTAGE / POSTAL CHECK
Y - ATTY PD SERV CHARGE/NO CHARGE
N - STATUTES TOLLED
Z - NO FEE / OR FEE REJECTED

OK to pay

10/18/05

**FOR PROPER CREDIT, PAYMENT MUST BE RECEIVED WITH COPY OF**

**INVOICE  -OR-  OUR INVOICE NUMBER MUST APPEAR ON CHECKS**

PAID.....................................
APPROVED.....................................
VENDOR NO. .....................................
CHECK NO. .....................................
CHARGE.....................................

# EXHIBIT 21

# PITNEY, HARDIN, KIPP & SZUCH LLP
## CHECK REQUISITION

PAYEE _Patrusky, Mintz & Scott Semel, CPAs_    DATE _9/29_

CLIENT _082910_    NO: _____

MATTER _102292_    NO: _____

DESCRIPTION _Subpoena Fee_

AMOUNT $ _24.00_    _For M. Levison_

AUTHORIZED SIGNATURE

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: February 7, 2006 |
| | : | Hearing Date: TBD, if necessary |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes

and says:

1.    I am a partner with the applicant firm, Pitney Hardin LLP, and am a member in

good standing of the bars of the State of New Jersey, the United States District Court for the

District of New Jersey, the United States Court of Appeals for the Third Circuit, the United

States District Court for the Northern District of New York, the United States District Court for

the Eastern District of New York, the United States District Court for the Southern District of

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2. I have personally performed certain of, and overseen, the legal services rendered by Pitney Hardin LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey
Dated:  January 13, 2006

Respectfully submitted,
PITNEY HARDIN LLP

Anthony J. Marchetta, Esq.
(Mail) P.O. Box 1945
Morristown, NJ 07962-1945
(Delivery) 200 Campus Drive
Florham Park, NJ 07932-0950