**EXHIBIT 2**

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: WRG050731**

| Period Ending 7/31/2005 | Expense Type | Amount |
|---|---|---|
| | Airline | $5,202.75 |
| | Breakfast | $192.38 |
| | Copies | $46.96 |
| | Dinner - BMC/Client | $1,408.44 |
| | Document Storage | $514.75 |
| | Lodging - BMC/Client | $6,159.67 |
| | Lunch | $483.83 |
| | Misc | $240.00 |
| | Parking | $325.00 |
| | Phone/ISP | $469.04 |
| | Supplies | $15.00 |
| | Taxi | $906.50 |
| | Website Storage/Traffic | $86.87 |
| | **Total** | **$16,051.19** |

*Wire payments may be sent to the following account:*

| | |
|---|---|
| **BANK:** | *Citibank*<br>*15233 Ventura Blvd. 1st Floor*<br>*Sherman Oaks, CA 91403* |
| **ABA/Routing#:** | *322271724* |
| **Account #:** | *201381993 - BMC Group* |
| **Tax ID #:** | *52-2083477* |

EXHIBIT 2

BMC GROUP                                               JULY 2005
EXPENSE DETAIL

| Invoice # | Client | ConsultantID | Vendor | Amount | Date | Expense_TypeID | Description |
|---|---|---|---|---|---|---|---|
| WRG050731 | WR Grace | Grimmett, Mike | Hilton | $720.42 | 7/1/05 | Lodging - BMC/Client | MG 6/28-7/1/05 |
| WRG050731 | WR Grace | Grimmett, Mike | Burrito Beach | $7.03 | 7/1/05 | Dinner - BMC/Client | MG travel meal |
| WRG050731 | WR Grace | Grimmett, Mike | Hilton Chicago | $9.95 | 7/1/05 | Phone/ISP | Internet in hotel 6/29/05 |
| WRG050731 | WR Grace | Grimmett, Mike | Taxi | $20.00 | 7/1/05 | Taxi | LAX - BMC |
| WRG050731 | WR Grace | Grimmett, Mike | Millennium | $16.00 | 7/1/05 | Parking | Parking Fees for Steve K While at K&E |
| WRG050731 | WR Grace | Grimmett, Mike | Café 200 | $10.26 | 7/1/05 | Breakfast | MG travel meal |
| WRG050731 | WR Grace | Grimmett, Mike | Verizon | $43.00 | 7/1/05 | Phone/ISP | Internet Aircard Usage - 6/28/05 - 7/01/05 |
| WRG050731 | WR Grace | Grimmett, Mike | American | $60.00 | 7/1/05 | Misc | Internet and workspace fee - ORD |
| WRG050731 | WR Grace | Grimmett, Mike | Taxi | $46.00 | 7/1/05 | Taxi | Taxi from Hotel to O'Hare |
| WRG050731 | WR Grace | Grimmett, Mike | Sopraffina Market | $10.86 | 7/1/05 | Lunch | MG travel meal |
| WRG050731 | WR Grace | Kotarba, Steve | Millenium Garage | $13.00 | 7/1/05 | Parking | Parking for early morning meeting. |
| WRG050731 | WR Grace | Kotarba, Steve | Potbelly | $12.18 | 7/5/05 | Lunch | Working lunch w/ S. Bianca. |
| WRG050731 | WR Grace | Vrato, Elizabeth | yellow cab | $6.00 | 7/5/05 | Taxi | Cab to client site |
| WRG050731 | WR Grace | Galyen, Julia | Grant Park North | $17.00 | 7/5/05 | Parking | JG onsite parking |
| WRG050731 | WR Grace | Grimmett, Mike | American Airlines | $824.15 | 7/5/05 | Airline | MG LAX-ORD 7/5-8/05 |
| WRG050731 | WR Grace | Grimmett, Mike | Taxi | $48.65 | 7/5/05 | Taxi | O'Hare to Hotel |
| WRG050731 | WR Grace | Vrato, Elizabeth | Starbucks | $11.30 | 7/6/05 | Lunch | Meal at client site (Grimmett, Galyen, Vrato) |
| WRG050731 | WR Grace | Grimmett, Mike | Corner Bakery | $11.64 | 7/6/05 | Dinner - BMC/Client | MG travel meal |
| WRG050731 | WR Grace | Galyen, Julia | Grant Park North | $14.00 | 7/6/05 | Parking | JG onsite parking |
| WRG050731 | WR Grace | Galyen, Julia | Au Bon Pain | $3.62 | 7/6/05 | Breakfast | JG onsite meal |
| WRG050731 | WR Grace | Vrato, Elizabeth | yellow cab | $6.00 | 7/6/05 | Taxi | Cab to client site |
| WRG050731 | WR Grace | Grimmett, Mike | Weber Grill | $204.45 | 7/7/05 | Dinner - BMC/Client | MG, EV, JG, SK |
| WRG050731 | WR Grace | Vrato, Elizabeth | Starbucks | $7.72 | 7/7/05 | Lunch | Meal at client site (Vrato, Galyen) |
| WRG050731 | WR Grace | Galyen, Julia | Au Bon Pain | $3.73 | 7/7/05 | Breakfast | JG onsite meal |
| WRG050731 | WR Grace | Grimmett, Mike | Café 200 | $7.23 | 7/7/05 | Lunch | MG travel meal |
| WRG050731 | WR Grace | Galyen, Julia | Café 200 | $10.38 | 7/7/05 | Lunch | JG onsite meal |
| WRG050731 | WR Grace | Grimmett, Mike | Taxi | $9.00 | 7/7/05 | Taxi | K&E to Hotel |
| WRG050731 | WR Grace | Vrato, Elizabeth | Grant Park North Parking | $14.00 | 7/7/05 | Parking | J Galyen parking at client site |
| WRG050731 | WR Grace | Vrato, Elizabeth | yellow cab | $6.00 | 7/7/05 | Taxi | Cab to client site |
| WRG050731 | WR Grace | Grimmett, Mike | Palmer House Hilton | $19.91 | 7/8/05 | Breakfast | MG in hotel 7/5/05 |
| WRG050731 | WR Grace | Grimmett, Mike | Palmer House Hilton | $36.30 | 7/8/05 | Dinner - BMC/Client | in hotel 7/5/05 |
| WRG050731 | WR Grace | Grimmett, Mike | Taxi | $54.05 | 7/8/05 | Taxi | Taxi from Hotel to O'Hare. |
| WRG050731 | WR Grace | Vrato, Elizabeth | yellow cab | $6.00 | 7/8/05 | Taxi | Cab to client site |
| WRG050731 | WR Grace | Kotarba, Steve | Cingular Wireless | $76.42 | 7/8/05 | Phone/ISP | Telephone expense 6/8-7/7/05. |
| WRG050731 | WR Grace | Grimmett, Mike | Palmer House Hilton | $586.08 | 7/8/05 | Lodging - BMC/Client | MG 7/5-8/05 |
| WRG050731 | WR Grace | Vrato, Elizabeth | McDonald's | $18.52 | 7/8/05 | Lunch | Lunch on client site (Vrato, Galyen, Strohl) |
| WRG050731 | WR Grace | Grimmett, Mike | Verizon | $43.00 | 7/8/05 | Phone/ISP | Internet Aircard Usage - 7/5-8/05 |
| WRG050731 | WR Grace | Galyen, Julia | Grant Park North | $14.00 | 7/8/05 | Parking | JG onsite parking |
| WRG050731 | WR Grace | Galyen, Julia | Au Bon Pain | $4.61 | 7/8/05 | Breakfast | JG onsite meal |
| WRG050731 | WR Grace | Grimmett, Mike | American | $60.00 | 7/8/05 | Misc | Internet and workspace fee - ORD |
| WRG050731 | WR Grace | Kotarba, Steve | SBC Communications | $10.83 | 7/10/05 | Phone/ISP | Telephone expenses 6/11-7/10. |
| WRG050731 | WR Grace | Vrato, Elizabeth | yellow cab | $6.00 | 7/11/05 | Taxi | Cab to client site |
| WRG050731 | WR Grace | Grimmett, Mike | American Airlines | $1,208.15 | 7/11/05 | Airline | MG LAX-ORD 7/11-14/05 |
| WRG050731 | WR Grace | BMC, BMC | BMC | $15.00 | 7/11/05 | Supplies | CD disks, storage cases and special mailer. |
| WRG050731 | WR Grace | Galyen, Julia | Starbucks | $8.20 | 7/11/05 | Lunch | JG & EV onsite meal |
| WRG050731 | WR Grace | Galyen, Julia | Au Bon Pain | $3.73 | 7/11/05 | Breakfast | JG onsite meal |
| WRG050731 | WR Grace | Grimmett, Mike | Taxi | $18.00 | 7/11/05 | Taxi | BMC - LAX |
| WRG050731 | WR Grace | Galyen, Julia | Grant Park North | $14.00 | 7/11/05 | Parking | JG onsite parking |
| WRG050731 | WR Grace | Grimmett, Mike | Taxi | $48.45 | 7/11/05 | Taxi | Taxi from O'Hare to Hotel |
| WRG050731 | WR Grace | Kotarba, Steve | Great Steak & Potato | $5.49 | 7/11/05 | Dinner - BMC/Client | After Hours Parking |
| WRG050731 | WR Grace | Grimmett, Mike | Palmer House Hilton | $33.84 | 7/11/05 | Dinner - BMC/Client | in hotel 7/11/05 |
| WRG050731 | WR Grace | Bakhshian, Varouj | Southwest | $573.65 | 7/12/05 | Airline | VB LAX-MDW 7/12-15/05 |
| WRG050731 | WR Grace | Bakhshian, Varouj | boudin's | $8.65 | 7/12/05 | Lunch | vb travel meal |
| WRG050731 | WR Grace | Bakhshian, Varouj | boudin's | $8.11 | 7/12/05 | Breakfast | VBtravel meal |
| WRG050731 | WR Grace | Bakhshian, Varouj | chicago carriage | $34.05 | 7/12/05 | Taxi | MDW - W Lakeshore |
| WRG050731 | WR Grace | Galyen, Julia | Starbucks | $5.73 | 7/12/05 | Breakfast | JG onsite meal |
| WRG050731 | WR Grace | Burnett, Susan | Yellow Cab | $32.00 | 7/12/05 | Taxi | Taxi from Chicago Midway Airport to Sheraton hotel lodging. |
| WRG050731 | WR Grace | Galyen, Julia | Grant Park North | $14.00 | 7/12/05 | Parking | JG onsite parking |
| WRG050731 | WR Grace | Grimmett, Mike | Sandwich Shope | $6.18 | 7/12/05 | Lunch | MG travel meal |
| WRG050731 | WR Grace | Bakhshian, Varouj | W Lakeshore | $46.56 | 7/12/05 | Dinner - BMC/Client | in room 7/12/05 |
| WRG050731 | WR Grace | Burnett, Susan | ATA | $353.15 | 7/12/05 | Airline | SB LGA-MDW-DET 7/12-15 |
| WRG050731 | WR Grace | Grimmett, Mike | Palmer House Hilton | $37.65 | 7/12/05 | Dinner - BMC/Client | in hotel 7/12/05 |
| WRG050731 | WR Grace | Burnett, Susan | Hotspot WiFi | $4.95 | 7/12/05 | Phone/ISP | Airport ISP charges |
| WRG050731 | WR Grace | Vrato, Elizabeth | yellow cab | $6.00 | 7/12/05 | Taxi | Cab to client site |
| WRG050731 | WR Grace | Vrato, Elizabeth | Starbucks | $9.15 | 7/12/05 | Lunch | Meal at client site (Galyen, Kotarba, Vrato) |
| WRG050731 | WR Grace | Grimmett, Mike | Taxi | $8.00 | 7/13/05 | Taxi | Taxi from Hotel to Client |
| WRG050731 | WR Grace | Kotarba, Steve | Millenium Park Garage | $13.00 | 7/13/05 | Parking | Work on-site |
| WRG050731 | WR Grace | Galyen, Julia | Starbucks | $17.75 | 7/13/05 | Lunch | JG, EV travel meal |
| WRG050731 | WR Grace | Grimmett, Mike | Chicago Chop House | $525.97 | 7/13/05 | Dinner - BMC/Client | MG, VB, JG, EV, HM, SB |
| WRG050731 | WR Grace | Bakhshian, Varouj | repro taxi | $12.00 | 7/13/05 | Taxi | K & E to W |
| WRG050731 | WR Grace | Kotarba, Steve | Deli | $15.95 | 7/13/05 | Lunch | SK Lunch while working on-site. |
| WRG050731 | WR Grace | Burnett, Susan | Sopraffina Market Caffe | $3.57 | 7/13/05 | Breakfast | SB Breakfast meal |
| WRG050731 | WR Grace | Galyen, Julia | Grant Park North | $14.00 | 7/13/05 | Parking | JG onsite parking |
| WRG050731 | WR Grace | Vrato, Elizabeth | yellow cab | $6.00 | 7/13/05 | Taxi | Cab to client site |
| WRG050731 | WR Grace | Bakhshian, Varouj | yellow cab | $13.00 | 7/13/05 | Taxi | W to K & E |
| WRG050731 | WR Grace | Grimmett, Mike | Sopraffina | $18.57 | 7/13/05 | Lunch | travel meal for Mike and Varouj at client site. |
| WRG050731 | WR Grace | Grimmett, Mike | Café 200 | $4.82 | 7/13/05 | Breakfast | MG travel meal |
| WRG050731 | WR Grace | Bakhshian, Varouj | soprafina | $4.72 | 7/13/05 | Breakfast | VB travel meal |
| WRG050731 | WR Grace | Galyen, Julia | Au Bon Pain | $3.73 | 7/13/05 | Breakfast | JG onsite breakfast |
| WRG050731 | WR Grace | Grimmett, Mike | Palmer House Hilton | $1,139.01 | 7/14/05 | Lodging - BMC/Client | MG 7/11-14/05 |
| WRG050731 | WR Grace | Grimmett, Mike | Taxi | $55.00 | 7/14/05 | Taxi | Taxi from Hotel to O'Hare |
| WRG050731 | WR Grace | Vrato, Elizabeth | yellow cab | $6.00 | 7/14/05 | Taxi | Cab to client site |
| WRG050731 | WR Grace | Galyen, Julia | Parking | $13.00 | 7/14/05 | Parking | JG onsite parking |
| WRG050731 | WR Grace | Grimmett, Mike | Burrito Beach | $5.50 | 7/14/05 | Lunch | Lunch at O'Hare |
| WRG050731 | WR Grace | Burnett, Susan | Blu 47 | $61.53 | 7/14/05 | Dinner - BMC/Client | SB travel meal. |
| WRG050731 | WR Grace | Galyen, Julia | Sopraffina | $21.69 | 7/14/05 | Lunch | JG and EV onsite meal |
| WRG050731 | WR Grace | Bakhshian, Varouj | soprafina | $11.36 | 7/14/05 | Lunch | vb travel meal |
| WRG050731 | WR Grace | Grimmett, Mike | Taxi | $23.00 | 7/14/05 | Taxi | LAX-BMC |
| WRG050731 | WR Grace | Galyen, Julia | Au Bon Pain | $4.61 | 7/14/05 | Breakfast | JG onsite breakfast |
| WRG050731 | WR Grace | Burnett, Susan | Sopraffina Market Caffe | $10.26 | 7/14/05 | Breakfast | SB travel meal |
| WRG050731 | WR Grace | Bakhshian, Varouj | starbucks | $9.98 | 7/14/05 | Breakfast | VB travel meal |
| WRG050731 | WR Grace | Grimmett, Mike | Verizon | $43.00 | 7/14/05 | Phone/ISP | Internet Aircard Usage - 7/11-14/05 |

EXHIBIT 2

BMC GROUP                                                         JULY 2005
EXPENSE DETAIL

| Matter | Client | Name | Vendor | Amount | Date | Category | Description |
|---|---|---|---|---|---|---|---|
| WRG050731 | WR Grace | Bakhshian, Varouj | flash cab | $15.00 | 7/14/05 | Taxi | K & E to W |
| WRG050731 | WR Grace | Bakhshian, Varouj | flash cab | $12.00 | 7/14/05 | Taxi | W to K & E |
| WRG050731 | WR Grace | Grimmett, Mike | American | $60.00 | 7/14/05 | Misc | Internet and workspace fee - ORD |
| WRG050731 | WR Grace | Bakhshian, Varouj | dock street café | $38.36 | 7/14/05 | Dinner - BMC/Client | travel meal for vb and E. Vrato |
| WRG050731 | WR Grace | Burnett, Susan | Yellow Cab | $35.00 | 7/15/05 | Taxi | Taxi from work site to Chicago Midway Airport |
| WRG050731 | WR Grace | Burnett, Susan | Sopraffina Market Caffe | $3.51 | 7/15/05 | Breakfast | SB travel meal. |
| WRG050731 | WR Grace | Bakhshian, Varouj | beverly hills cab | $15.00 | 7/15/05 | Taxi | LAX to BMC |
| WRG050731 | WR Grace | Bakhshian, Varouj | W Lakeshore | $29.90 | 7/15/05 | Phone/ISP | Internet in hotel 7/12-15/05 |
| WRG050731 | WR Grace | Vrato, Elizabeth | yellow cab | $6.00 | 7/15/05 | Taxi | Cab to client site |
| WRG050731 | WR Grace | Bakhshian, Varouj | W Lakeshore | $20.80 | 7/15/05 | Breakfast | VB in hotel 7/15/05 |
| WRG050731 | WR Grace | Burnett, Susan | Four Points Sheraton | $585.09 | 7/15/05 | Lodging - BMC/Client | SB 7/12-15/05 |
| WRG050731 | WR Grace | Bakhshian, Varouj | sun taxi | $34.05 | 7/15/05 | Taxi | W Lakeshore - MDW |
| WRG050731 | WR Grace | Vrato, Elizabeth | Chipotle | $15.21 | 7/15/05 | Lunch | Meal at client site (Bakhshian, Vrato) |
| WRG050731 | WR Grace | Burnett, Susan | Bandera | $44.73 | 7/15/05 | Dinner - BMC/Client | SB travel meal. |
| WRG050731 | WR Grace | Kotarba, Steve | Millenioum Garage | $13.00 | 7/15/05 | Parking | After Hours Parking |
| WRG050731 | WR Grace | Bakhshian, Varouj | yellow cab | $14.00 | 7/15/05 | Taxi | W to K & E |
| WRG050731 | WR Grace | Bakhshian, Varouj | W chicago | $1,208.25 | 7/15/05 | Lodging - BMC/Client | vb 7/12-7/15 |
| WRG050731 | WR Grace | Galyen, Julia | Millennium | $13.00 | 7/18/05 | Parking | JG onsite parking |
| WRG050731 | WR Grace | Galyen, Julia | Au Bon Pain | $4.61 | 7/18/05 | Breakfast | JG onsite breakfast |
| WRG050731 | WR Grace | Galyen, Julia | Café 200 | $17.16 | 7/18/05 | Lunch | JG and EV onsite meal |
| WRG050731 | WR Grace | Vrato, Elizabeth | yellow cab | $6.00 | 7/18/05 | Taxi | Cab to client site |
| WRG050731 | WR Grace | Kotarba, Steve | Millenium Garage | $13.00 | 7/18/05 | Parking | After Hours Parking |
| WRG050731 | WR Grace | Galyen, Julia | Parking | $13.00 | 7/19/05 | Parking | Parking at debtor counsel site |
| WRG050731 | WR Grace | Vrato, Elizabeth | yellow cab | $6.00 | 7/19/05 | Taxi | Cab to client site |
| WRG050731 | WR Grace | Vrato, Elizabeth | Starbucks | $5.90 | 7/19/05 | Lunch | Meal at client site (Galyen, Vrato) |
| WRG050731 | WR Grace | Witt, Robyn | Zoxzone | $20.00 | 7/20/05 | Phone/ISP | Internet connection, Doubletree LAX II, 7/20 - 7/22 |
| WRG050731 | WR Grace | Witt, Robyn | Yellow Cab Co. | $15.00 | 7/20/05 | Taxi | Transport from LAX to LA Office |
| WRG050731 | WR Grace | Vrato, Elizabeth | Café 200 | $14.25 | 7/20/05 | Lunch | Meal at client site (Kotarba, Vrato) |
| WRG050731 | WR Grace | Grimmett, Mike | Daily Grill | $75.99 | 7/20/05 | Lunch | MG, SH, VB, RW, KM - Grace Team |
| WRG050731 | WR Grace | Galyen, Julia | Parking | $13.00 | 7/20/05 | Parking | Parking at debtor counsel site |
| WRG050731 | WR Grace | Vrato, Elizabeth | yellow cab | $6.00 | 7/20/05 | Taxi | Cab to client site |
| WRG050731 | WR Grace | Witt, Robyn | American | $470.65 | 7/20/05 | Airline | R Witt JFK-LAX 7/20-22/05 |
| WRG050731 | WR Grace | Witt, Robyn | Dbltree LAX | $21.20 | 7/20/05 | Dinner - BMC/Client | in hotel 7/20/05 |
| WRG050731 | WR Grace | Witt, Robyn | Dbltree LAX | $38.22 | 7/21/05 | Dinner - BMC/Client | in hotel 7/21/05 |
| WRG050731 | WR Grace | Vrato, Elizabeth | yellow cab | $6.00 | 7/21/05 | Taxi | Cab to client site |
| WRG050731 | WR Grace | Vrato, Elizabeth | Starbucks | $7.72 | 7/21/05 | Lunch | Meal at client site (Galyen, Vrato) |
| WRG050731 | WR Grace | Galyen, Julia | Parking | $13.00 | 7/21/05 | Parking | Parking at debtor counsel site |
| WRG050731 | WR Grace | Witt, Robyn | HMSHost | $11.67 | 7/22/05 | Lunch | RW travel meal |
| WRG050731 | WR Grace | Witt, Robyn | Dbltree LAX | $15.20 | 7/22/05 | Breakfast | RW in hotel 7/22/05 |
| WRG050731 | WR Grace | Galyen, Julia | Parking | $13.00 | 7/22/05 | Parking | Parking at debtor counsel site |
| WRG050731 | WR Grace | Witt, Robyn | Dbltree LAX | $257.04 | 7/22/05 | Lodging - BMC/Client | RW 7/20-22/05 |
| WRG050731 | WR Grace | Vrato, Elizabeth | yellow cab | $6.00 | 7/22/05 | Taxi | Cab to client site |
| WRG050731 | WR Grace | Witt, Robyn | 4 Points Sheraton LAX | $23.22 | 7/24/05 | Dinner - BMC/Client | in hotel 7/24/05 |
| WRG050731 | WR Grace | Witt, Robyn | Delta | $339.70 | 7/24/05 | Airline | R Witt JFK-LAX 7/24 (return 7/29 voided leaving value of $319.20 |
| WRG050731 | WR Grace | Galyen, Julia | parking | $13.00 | 7/25/05 | Parking | Parking at debtor counsel site |
| WRG050731 | WR Grace | Grimmett, Mike | Travel Right Café | $18.91 | 7/25/05 | Dinner - BMC/Client | MG travel meal |
| WRG050731 | WR Grace | Vrato, Elizabeth | FedexKinko's | $46.96 | 7/25/05 | Copies | Copies for mtg @ K&E |
| WRG050731 | WR Grace | Grimmett, Mike | Hyatt Regency Chicago | $21.72 | 7/25/05 | Dinner - BMC/Client | R Witt in hotel 7/25/05 |
| WRG050731 | WR Grace | Vrato, Elizabeth | Flash Cab | $16.25 | 7/25/05 | Taxi | Cab to Kinko's and then to K&E |
| WRG050731 | WR Grace | Witt, Robyn | 4 Points Sheraton LAX | $17.00 | 7/25/05 | Breakfast | RW in hotel 7/25/05 |
| WRG050731 | WR Grace | Grimmett, Mike | Taxi | $21.00 | 7/25/05 | Taxi | BMC to LAX |
| WRG050731 | WR Grace | Vrato, Elizabeth | Café 200 | $13.16 | 7/25/05 | Lunch | Meal at client site (Galyen, Vrato) |
| WRG050731 | WR Grace | Grimmett, Mike | American | $924.15 | 7/25/05 | Airline | MG LAX - ORD 7/25-28/05 |
| WRG050731 | WR Grace | Vrato, Elizabeth | yellow cab | $6.00 | 7/25/05 | Taxi | Cab to client site |
| WRG050731 | WR Grace | Witt, Robyn | 4 Points Sheraton LAX | $137.21 | 7/25/05 | Lodging - BMC/Client | RW 7/24-25/05 |
| WRG050731 | WR Grace | Witt, Robyn | Southwest | $509.15 | 7/25/05 | Airline | R Witt LAX - MDW - LGA 7/25 - 29 |
| WRG050731 | WR Grace | Kotarba, Steve | Millenium garage | $13.00 | 7/26/05 | Parking | After Hours Parking |
| WRG050731 | WR Grace | Vrato, Elizabeth | yellow cab | $6.00 | 7/26/05 | Taxi | Cab to client site |
| WRG050731 | WR Grace | Grimmett, Mike | Taxi | $51.00 | 7/26/05 | Taxi | O'Hare to Hotel |
| WRG050731 | WR Grace | Grimmett, Mike | Checker Taxi | $15.00 | 7/26/05 | Taxi | Hotel to K&E |
| WRG050731 | WR Grace | Galyen, Julia | parking | $13.00 | 7/26/05 | Parking | Parking at debtor counsel site |
| WRG050731 | WR Grace | Grimmett, Mike | Taxi | $16.00 | 7/26/05 | Taxi | K&E to Hotel |
| WRG050731 | WR Grace | Witt, Robyn | Starbucks | $3.03 | 7/26/05 | Breakfast | RW travel meal |
| WRG050731 | WR Grace | Grimmett, Mike | Hyatt Regency Chicago | $45.09 | 7/26/05 | Dinner - BMC/Client | R Witt in hotel 7/26/05 |
| WRG050731 | WR Grace | Vrato, Elizabeth | Starbucks | $14.88 | 7/26/05 | Lunch | Meal at client site (Galyen, Witt, Vrato) |
| WRG050731 | WR Grace | Vrato, Elizabeth | Café 200 | $18.37 | 7/27/05 | Lunch | Meal at client site (Galyen, Vrato) |
| WRG050731 | WR Grace | Grimmett, Mike | Café 2000 | $10.74 | 7/27/05 | Breakfast | MG travel meal |
| WRG050731 | WR Grace | Vrato, Elizabeth | yellow cab | $6.00 | 7/27/05 | Taxi | Cab to client site |
| WRG050731 | WR Grace | Grimmett, Mike | Verizon Wireless | $126.00 | 7/27/05 | Phone/ISP | Cell Phone Usage charge - July |
| WRG050731 | WR Grace | Witt, Robyn | Café 200 | $6.78 | 7/27/05 | Breakfast | RW Travel breakfast (client site) |
| WRG050731 | WR Grace | Grimmett, Mike | Checker Taxi | $15.00 | 7/27/05 | Taxi | Hotel to K&E |
| WRG050731 | WR Grace | Grimmett, Mike | Café 2000 | $11.74 | 7/27/05 | Lunch | MG travel meal |
| WRG050731 | WR Grace | Grimmett, Mike | Stetson's | $126.70 | 7/27/05 | Dinner - BMC/Client | MG, RW, SK |
| WRG050731 | WR Grace | Galyen, Julia | Parking | $13.00 | 7/27/05 | Parking | Parking at debtor counsel site |
| WRG050731 | WR Grace | Witt, Robyn | Café 200 | $3.83 | 7/27/05 | Lunch | Travel lunch (client site) |
| WRG050731 | WR Grace | Grimmett, Mike | Café 200 | $14.03 | 7/28/05 | Lunch | Mike and Robyn travel meal |
| WRG050731 | WR Grace | Vrato, Elizabeth | Café 200 | $23.31 | 7/28/05 | Lunch | Meal at client site (Galyen, Vrato) |
| WRG050731 | WR Grace | Grimmett, Mike | Taxi | $30.00 | 7/28/05 | Taxi | Taxi - LAX - BMC |
| WRG050731 | WR Grace | Grimmett, Mike | AdmiralClub @ O'Hare | $10.85 | 7/28/05 | Dinner - BMC/Client | MG travel meal |
| WRG050731 | WR Grace | Grimmett, Mike | Café 200 | $4.82 | 7/28/05 | Breakfast | MG travel meal |
| WRG050731 | WR Grace | Grimmett, Mike | Yellow Cab | $52.00 | 7/28/05 | Taxi | Taxi from Hotel to O'Hare |
| WRG050731 | WR Grace | Vrato, Elizabeth | yellow cab | $6.00 | 7/28/05 | Taxi | Cab to client site |
| WRG050731 | WR Grace | Grimmett, Mike | Flash Cab | $15.00 | 7/28/05 | Taxi | Hotel to K&E |
| WRG050731 | WR Grace | Witt, Robyn | Au Bon Pain | $4.50 | 7/28/05 | Breakfast | RW Travel breakfast (client site) |
| WRG050731 | WR Grace | Grimmett, Mike | American | $60.00 | 7/28/05 | Misc | Internet and workspace fee - ORD |
| WRG050731 | WR Grace | Galyen, Julia | Parking | $13.00 | 7/28/05 | Parking | Parking at debtor counsel site |
| WRG050731 | WR Grace | Grimmett, Mike | Hilton Chicago | $792.61 | 7/28/05 | Lodging - BMC/Client | MG 7/25-28/09 |
| WRG050731 | WR Grace | Grimmett, Mike | Verizon | $42.14 | 7/28/05 | Phone/ISP | Internet Aircard Usage - 7/25-28/05 |
| WRG050731 | WR Grace | Grimmett, Mike | Hyatt Regency Chicago | $48.98 | 7/28/05 | Dinner - BMC/Client | R Witt in hotel 7/28/05 |
| WRG050731 | WR Grace | Vrato, Elizabeth | Sopraffina | $21.01 | 7/29/05 | Lunch | Meal at client site (Galyen, Vrato) |
| WRG050731 | WR Grace | Vrato, Elizabeth | yellow cab | $6.00 | 7/29/05 | Taxi | Cab to client site |
| WRG050731 | WR Grace | Grimmett, Mike | Hyatt Regency Chicago | $733.96 | 7/29/05 | Lodging - BMC/Client | R Witt 7/25-29/05 |
| WRG050731 | WR Grace | Witt, Robyn | HMSHost | $14.41 | 7/29/05 | Lunch | Travel lunch @ Ohare |

EXHIBIT 2

BMC GROUP  
EXPENSE DETAIL  
JULY 2005

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WRG050731 | WR Grace | Grimmett, Mike | Hyatt Regency Chicago | $9.95 | 7/29/05 | Phone/ISP | R Witt Internet in hotel 7/26/05 |
| WRG050731 | WR Grace | Grimmett, Mike | Hyatt Regency Chicago | $9.90 | 7/29/05 | Phone/ISP | R Witt phone from hotel 7/27/05 |
| WRG050731 | WR Grace | Galyen, Julia | Parking | $13.00 | 7/29/05 | Parking | Parking at debtor counsel site |
| WRG050731 | WR Grace | BMC, BMC | BMC | $86.87 | 7/31/05 | Website Storage/Traffic | website traffic - 44 docs |
| WRG050731 | WR Grace | BMC, BMC | BMC | $514.75 | 7/31/05 | Document Storage | 355 boxes |
| | | | | $16,051.19 | | | |

EXHIBIT 2

BMC GROUP

WR Grace - July Production Summary

| InvoiceID | JobDate | InvoiceTotal |
|---|---|---|
| 021-20050705-5 | 7/5/2005 | $163.65 |
| 021-20050705-4 | 7/5/2005 | $34.23 |
| 021-20050705-3 | 7/5/2005 | $67.34 |
| 021-20050705-2 | 7/5/2005 | $27.58 |
| 021-20050705-1 | 7/5/2005 | $32.70 |
| 021-20050721-4 | 7/21/2005 | $34.80 |
| 021-20050721-3 | 7/21/2005 | $26.72 |
| 021-20050721-2 | 7/21/2005 | $26.72 |
| 021-20050721-1 | 7/21/2005 | $32.70 |
| 021-20050722-1 | 7/22/2005 | $862.28 |
| | Total | $1,308.72 |

EXHIBIT 2

BMC GROUP  
PRODUCTION DETAIL

JULY 2005

Invoice 021-20050705-1  
Date - 7/5/2005

| Job Type | Job Item | Pages/ Parties | step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 8735 - 10th Omni 5 Continuation Order MF 14707 | 5 / 7 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 7 Pieces @ $.37 each | $2.59 |
| | | | Production | Copy | 35 Pieces @ $.12 each | $4.20 |
| | | | | Fold and Stuff | 7 Pieces @ $.05 each | $0.35 |
| | | | Supplies | Inkjet and Envelope - #10 | 7 Pieces @ $.08 each | $0.56 |
| | | | | | Total: | $32.70 |

EXHIBIT 2

BMC GROUP  
PRODUCTION DETAIL

JULY 2005

Invoice - 021-20050705-2  
Date - 7/5/2005

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 8737 - 4th Omni 8 Continuation Order MF 14708 | 3 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $.37 each | $1.11 |
| | | | Production | Copy | 9 Pieces @ $.12 each | $1.08 |
| | | | | Fold and Stuff | 3 Pieces @ $.05 each | $0.15 |
| | | | Supplies | Inkjet and Envelope - #10 | 3 Pieces @ $.08 each | $0.24 |
| | | | | | Total: | $27.58 |

EXHIBIT 2

BMC GROUP  
PRODUCTION DETAIL

JULY 2005

Invoice - 021-20050705-3  
Date - 7/5/2005

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 8738 - Omni 9 Order MF 14709 | 8 / 29 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 29 Pieces @ $.37 each | $10.73 |
| | | | Production | Copy | 232 Pieces @ $.12 each | $27.84 |
| | | | | Fold and Stuff | 29 Pieces @ $.05 each | $1.45 |
| | | | Supplies | Inkjet and Envelope - #10 | 29 Pieces @ $.08 each | $2.32 |
| | | | | | Total: | $67.34 |

EXHIBIT 2

BMC GROUP  
PRODUCTION DETAIL

JULY 2005

Invoice - 021-20050705-4  
Date - 7/5/2005

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 8740 - Omni 10 Order MF 14710 | 5 / 8 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 7 Pieces @ $.37 each | $2.59 |
| | | | | USPS - International | 1 Piece @ $.80 each | $0.80 |
| | | | Production | Copy | 40 Pieces @ $.12 each | $4.80 |
| | | | | Fold and Stuff | 8 Pieces @ $.05 each | $0.40 |
| | | | Supplies | Inkjet and Envelope - #10 | 8 Pieces @ $.08 each | $0.64 |
| | | | | | Total: | $34.23 |

EXHIBIT 2

BMC GROUP  
PRODUCTION DETAIL

JULY 2005

Invoice - 021-20050705-5  
Date - 7/5/2005

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 8741 - Omni 11 Order MF 14711 | 16 / 51 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 50 Pieces @ $.60 each | $30.00 |
| | | | | USPS - International | 1 Piece @ $1.55 each | $1.55 |
| | | | Production | Copy | 816 Pieces @ $.12 each | $97.92 |
| | | | | Stuff and Mail | 51 Pieces @ $.05 each | $2.55 |
| | | | Supplies | Inkjet and Envelope - Catalog | 51 Pieces @ $.13 each | $6.63 |
| | | | | | Total | $163.65 |

EXHIBIT 2

BMC GROUP  
PRODUCTION DETAIL

JULY 2005

Invoice - 021-20050721-1  
Date - 7/21/2005

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 9011 - 11th Omni 5 Continuation Order MF 14878 | 5 / 7 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 7 Pieces @ $.37 each | $2.59 |
| | | | Production | Copy | 35 Pieces @ $.12 each | $4.20 |
| | | | | Fold and Stuff | 7 Pieces @ $.05 each | $0.35 |
| | | | Supplies | Inkjet and Envelope - #10 | 7 Pieces @ $.08 each | $0.56 |
| | | | | | Total | $32.70 |

EXHIBIT 2

BMC GROUP  
PRODUCTION DETAIL

JULY 2005

Invoice - 021-20050721-2  
Date - 7/21/2005

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 9012 - 5th Omni 8 Continuance Order MF 14879 | 3 / 2 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 2 Pieces @ $.37 each | $0.74 |
| | | | Production | Copy | 6 Pieces @ $.12 each | $0.72 |
| | | | | Fold and Stuff | 2 Pieces @ $.05 each | $0.10 |
| | | | Supplies | Inkjet and Envelope - #10 | 2 Pieces @ $.08 each | $0.16 |
| | | | | | Total | $26.72 |

EXHIBIT 2

BMC GROUP  
PRODUCTION DETAIL

JULY 2005

Invoice - 021-20050721-3  
Date - 7/21/2005

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 9013 - Omni 9 Continuation Order MF 14880 | 3 / 2 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 2 Pieces @ $.37 each | $0.74 |
| | | | Production | Copy | 6 Pieces @ $.12 each | $0.72 |
| | | | | Fold and Stuff | 2 Pieces @ $.05 each | $0.10 |
| | | | Supplies | Inkjet and Envelope - #10 | 2 Pieces @ $.08 each | $0.16 |
| | | | | | Total | $26.72 |

EXHIBIT 2

BMC GROUP  
PRODUCTION DETAIL

JULY 2005

Invoice - 021-20050722-1  
Date - 7/22/2005

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Claims - Insufficient Documentation MF 14894 | 1028 / 4 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | DHL/Airborne Exp | 4 Pieces @ $85.71 each | $342.84 |
| | | | | Expedited Mail Handling | 4 Pieces @ $.25 each | $1.00 |
| | | | Production | Copy | 4112 Pieces @ $.12 each | $493.44 |
| | | | | | Total | $862.28 |

EXHIBIT 2