**EXHIBIT 2**

BMC GROUP
720 Third Ave, 23rd Floor
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: WRG050930**

**Period Ending** 9/30/2005

| Expense Type | Amount |
|---|---|
| Airline | $822.36 |
| B-Linx/Data Storage | $850.00 |
| Breakfast | $85.95 |
| Conference Call | $33.49 |
| Copies | $30.00 |
| Courier | $190.39 |
| Dinner - BMC/Client | $364.77 |
| Document Storage | $546.65 |
| Equipment Rental | $3.00 |
| Lodging - BMC/Client | $8,274.82 |
| Lunch | $243.76 |
| Mileage | $35.80 |
| Misc | $72.15 |
| Pacer | $829.82 |
| Parking | $358.00 |
| Phone/ISP | $240.25 |
| Postage/Shipping | $68.90 |
| Supplies | $296.35 |
| Taxi | $525.80 |
| Website Storage/Traffic | $234.57 |

EXHIBIT 2

BMC GROUP<br>
720 Third Ave, 23rd Floor<br>
Seattle, WA 98104<br>
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: WRG050930**

| Period Ending | 9/30/2005 | Expense Type | | Amount |
|---|---|---|---|---|
| | | | Total | $14,106.83 |

*Wire payments may be sent to the following account:*

| | |
|---|---|
| **BANK:** | *Citibank* |
| | *15233 Ventura Blvd. 1st Floor* |
| | *Sherman Oaks, CA 91403* |
| **ABA/Routing#:** | *322271724* |
| **Account #:** | *201381993 - BMC Group* |
| **Tax ID #:** | *52-2083477* |

EXHIBIT 2

BMC GROUP  
EXPENSE DETAIL

SEPTEMBER 2005

| Invoice Nbr | Client | Date | ConsultantID | Vendor | Amount | Expense_TypeID | Description |
|---|---|---|---|---|---|---|---|
| WRG050930 | WR Grace | 8/10/05 | zzCAMEX-Mgrimmett, mgrimmett | VNNZJ Taxi | $57.05 | Taxi | Taxi from O'Hare to Hotel. |
| WRG050930 | WR Grace | 8/12/05 | zzCorpAMEX_Evrato, Evrato | Starbucks | $22.66 | Breakfast | R. Witt, S. Reid, E. Vrato, J. Galyen |
| WRG050930 | WR Grace | 8/30/05 | zzCorpAMEX_Jgalyen, jgalyen | CVS | $55.31 | Supplies | objection exhibit preparation |
| WRG050930 | WR Grace | 9/1/05 | Witt, Robyn | Café 200 | $4.08 | Misc | Bottled water (for RW & GK) |
| WRG050930 | WR Grace | 9/1/05 | Kotarba, Steve | Millenium Garage | $29.00 | Parking | Parking while working overtime at Kirkland & Ellis. |
| WRG050930 | WR Grace | 9/1/05 | Miller, Jeff | Jeff Miller | $35.80 | Mileage | 88.4 miles roundtrip client site @ .405/mile |
| WRG050930 | WR Grace | 9/1/05 | zzCAMEX-rwitt, rwitt | Café 200 | $4.08 | Misc | Bottled water |
| WRG050930 | WR Grace | 9/1/05 | zzCorpAMEX_Jgalyen, jgalyen | Au Bon Pain | $12.22 | Breakfast | Onsite breakfast for JG and H Montgomery |
| WRG050930 | WR Grace | 9/1/05 | Cole, David | City of Chicago | $16.00 | Parking | Parking near Kirkland & Ellis from 9/1 to 9/2. |
| WRG050930 | WR Grace | 9/1/05 | zzCorpAMEX_Evrato, Evrato | Starbucks | $18.47 | Breakfast | Working group meal on-site |
| WRG050930 | WR Grace | 9/1/05 | Witt, Robyn | American-United Cab Assn | $11.00 | Taxi | Cab to client site |
| WRG050930 | WR Grace | 9/1/05 | zzCAMEX-Jmiller, jmiller | Millennium Parking | $16.00 | Parking | Self-parking |
| WRG050930 | WR Grace | 9/1/05 | Vrato, Elizabeth | yellow cab | $6.00 | Taxi | Cab to client site |
| WRG050930 | WR Grace | 9/1/05 | Witt, Robyn | Globe Taxi Assn | $9.00 | Taxi | Cab from client site to hotel |
| WRG050930 | WR Grace | 9/1/05 | zzCAMEX-Jmiller, jmiller | Starbucks | $47.59 | Lunch | Grace working group meal on-site |
| WRG050930 | WR Grace | 9/1/05 | Vrato, Elizabeth | yellow cab | $6.00 | Taxi | Cab from client site |
| WRG050930 | WR Grace | 9/1/05 | zzCorpAMEX_Evrato, Evrato | Millennium Garage | $16.00 | Parking | J.Galyen parking on-site |
| WRG050930 | WR Grace | 9/1/05 | zzCorpAMEX_Evrato, Evrato | Au Bon Pain | $21.14 | Lunch | Working group meal on-site |
| WRG050930 | WR Grace | 9/2/05 | zzCAMEX-Gkruse, gkruse | Miller's Pub Midway Airport | $10.56 | Lunch | Lunch in Chicago while on travel for WR Grace. |
| WRG050930 | WR Grace | 9/2/05 | zzCAMEX-Gkruse, gkruse | Hotel 71 | $2.30 | Phone/ISP | phone from hotel 8/23/05 |
| WRG050930 | WR Grace | 9/2/05 | zzCAMEX-Gkruse, gkruse | Hotel 71 | $43.17 | Misc | laundry in hotel 8/23/05 |
| WRG050930 | WR Grace | 9/2/05 | Witt, Robyn | American-United Cab Assn | $9.00 | Taxi | Cab to client site |
| WRG050930 | WR Grace | 9/2/05 | zzCorpAMEX_Jgalyen, jgalyen | café 200 | $7.02 | Breakfast | onsite breakfast for JG and S Kotarba |
| WRG050930 | WR Grace | 9/2/05 | Witt, Robyn | Chicago Carriage Cab | $8.00 | Taxi | Cab from client site to hotel |
| WRG050930 | WR Grace | 9/2/05 | zzCAMEX-Gkruse, gkruse | Hotel 71 | $2,935.84 | Lodging - BMC/Client | GK 8/17/05-09/02/05. |
| WRG050930 | WR Grace | 9/2/05 | zzCAMEX-Gkruse, gkruse | Hotel 71 | $56.95 | Phone/ISP | Internet in hotel 8/17-9/1/05 |
| WRG050930 | WR Grace | 9/2/05 | zzCAMEX-rwitt, rwitt | American/Hotwire | $333.75 | Airline | RW ORD-LGA 9/2-6/05 |
| WRG050930 | WR Grace | 9/2/05 | zzCAMEX-rwitt, rwitt | Starbucks | $7.50 | Breakfast | Coffee (RW/GK |
| WRG050930 | WR Grace | 9/2/05 | Witt, Robyn | Burrito Beach | $7.46 | Lunch | Travel lunch (O'Hare) |
| WRG050930 | WR Grace | 9/2/05 | Witt, Robyn | Starbucks | $6.92 | Misc | Travel meal (O'Hare) |
| WRG050930 | WR Grace | 9/2/05 | Kruse, Gunther | Globe Taxi, Chicago | $35.00 | Taxi | Aon Center to Chicago Midway airport. |
| WRG050930 | WR Grace | 9/3/05 | zzCorpAMEX_Skotarba, skotarba | Millenium Garage | $48.00 | Parking | picked up car following day). |
| WRG050930 | WR Grace | 9/4/05 | Kotarba, Steve | Yellow Cab | $65.00 | Taxi | Omnibus. |
| WRG050930 | WR Grace | 9/6/05 | zzCAMEX-Mgrimmett, mgrimmett | American Airlines | $319.86 | Airline | MG LAX-ORD 9/6-9/05 |
| WRG050930 | WR Grace | 9/6/05 | Witt, Robyn | Great American Bagel | $6.42 | Breakfast | Travel breakfast (O'Hare) |
| WRG050930 | WR Grace | 9/6/05 | BMC, BMC | Minute Man Delivery | $73.48 | Courier | PS – 10 tubs of mail |
| WRG050930 | WR Grace | 9/6/05 | zzCAMEX-Mgrimmett, mgrimmett | - DFW | $8.31 | Lunch | MG travel meal |
| WRG050930 | WR Grace | 9/6/05 | zzCAMEX-Mgrimmett, mgrimmett | BlueRibbon Taxi | $52.45 | Taxi | Taxi from O'Hare to Hotel. |
| WRG050930 | WR Grace | 9/6/05 | Grimmett, Mike | Checker Taxi Assoc | $15.00 | Taxi | from Dinner - Mike and Robyn |
| WRG050930 | WR Grace | 9/6/05 | zzCAMEX-rwitt, rwitt | Cheesecake Factgory | $51.23 | Dinner - BMC/Client | Travel dinner (RW/MG) |
| WRG050930 | WR Grace | 9/6/05 | Wick, Anna | BMC | $30.00 | Copies | Burned CD's PI notice records |
| WRG050930 | WR Grace | 9/6/05 | Grimmett, Mike | Checker Taxi Assoc | $15.00 | Taxi | to Dinner - Mike and Robyn |
| WRG050930 | WR Grace | 9/6/05 | zzCAMEX-Carcher, Carcher | Dominos Pizza | $42.32 | Dinner - BMC/Client | Production working Dinner |
| WRG050930 | WR Grace | 9/7/05 | zzCAMEX-rwitt, rwitt | DiningIn | $43.92 | Dinner - BMC/Client | Travel dinner |
| WRG050930 | WR Grace | 9/7/05 | Witt, Robyn | Dunkin Donuts | $11.66 | Breakfast | Coffee for in-room breakfast |
| WRG050930 | WR Grace | 9/7/05 | Grimmett, Mike | Sun Taxi Assoc | $10.00 | Taxi | hotel to dinner |
| WRG050930 | WR Grace | 9/7/05 | Grimmett, Mike | Globe Taxi Assn | $9.00 | Taxi | dinner to hotel |
| WRG050930 | WR Grace | 9/7/05 | zzCAMEX-Mgrimmett, mgrimmett | Hilton Chicago | $13.90 | Misc | movie in room 9/7/05 |
| WRG050930 | WR Grace | 9/7/05 | Kotarba, Steve | Cingular Wireless | $39.51 | Phone/ISP | August phone expense. |
| WRG050930 | WR Grace | 9/8/05 | zzCorpAMEX_Evrato, Evrato | Staples | $182.06 | Supplies | Supplies for Grace |
| WRG050930 | WR Grace | 9/8/05 | Grimmett, Mike | Globe Taxi Assn | $12.00 | Taxi | Hotel to BMC Chicago |
| WRG050930 | WR Grace | 9/8/05 | zzCAMEX-rwitt, rwitt | Nick & Tony's | $74.35 | Lunch | BMC Team Lunch (RW, PK, DC, EV) |
| WRG050930 | WR Grace | 9/8/05 | zzCAMEX-Mgrimmett, mgrimmett | Nick & Tony's | $74.35 | Lunch | Mike, Julia, Elizabeth, Jeff Miller |
| WRG050930 | WR Grace | 9/8/05 | Grimmett, Mike | Blue Ribbon Taxi | $13.00 | Taxi | BMC Chicago to Hotel |
| WRG050930 | WR Grace | 9/9/05 | zzCAMEX-Sfritz, Sfritz | United | $168.75 | Airline | 1318445055 |
| WRG050930 | WR Grace | 9/9/05 | zzCAMEX-rwitt, rwitt | Residence Inn Chicago | $3.00 | Phone/ISP | phone calls from room 8/26/05 |
| WRG050930 | WR Grace | 9/9/05 | Grimmett, Mike | Globe Taxi Assn | $12.00 | Taxi | Hotel to BMC Chicago |
| WRG050930 | WR Grace | 9/9/05 | zzCAMEX-rwitt, rwitt | Smarte Carte Flushing | $3.00 | Equipment Rental | Luggage cart at LaGuardia Airport |
| WRG050930 | WR Grace | 9/9/05 | zzCAMEX-rwitt, rwitt | Residence Inn Marriott | $4,650.03 | Lodging - BMC/Client | 8/19 - 9/9/05 |
| WRG050930 | WR Grace | 9/9/05 | zzCAMEX-rwitt, rwitt | LaGuardia Airport Parking | $63.00 | Parking | Long-term Parking while in Chicago 9/6 - 9/9 |
| WRG050930 | WR Grace | 9/9/05 | zzCAMEX-rwitt, rwitt | Chicago Carriage Cab | $41.65 | Taxi | outbound to O'Hare |
| WRG050930 | WR Grace | 9/9/05 | zzCAMEX-Mgrimmett, mgrimmett | Hilton Chicago | $688.95 | Lodging - BMC/Client | MG 9/6-9/05 |
| WRG050930 | WR Grace | 9/9/05 | zzCAMEX-Mgrimmett, mgrimmett | LAX Airport Lot 4 | $120.00 | Parking | LAX 9/6-9/05 |
| WRG050930 | WR Grace | 9/9/05 | zzCAMEX-rwitt, rwitt | Chicago Carriage Cab | $41.65 | Taxi | Hotel to O'Hare |
| WRG050930 | WR Grace | 9/9/05 | zzCAMEX-rwitt, rwitt | Residence Inn Marriott | $12.53 | Dinner - BMC/Client | in hotel 8/21/05 |
| WRG050930 | WR Grace | 9/9/05 | Booth, Mike | Verizon Wireless | $11.74 | Phone/ISP | 08/10 - 09/09 Cell Phone Statement |
| WRG050930 | WR Grace | 9/12/05 | Mitchell, Sabrina | Yellow Cab | $88.00 | Taxi | Cab rides office/home after late- night project for WR Grace. |
| WRG050930 | WR Grace | 9/12/05 | zzCorpAMEX_Jgalyen, jgalyen | CEO deliveries | $66.87 | Dinner - BMC/Client | working dinner for JG, S Kotarba, H Montgomery |
| WRG050930 | WR Grace | 9/12/05 | zzCorpAMEX_Jgalyen, jgalyen | Government Center | $25.00 | Parking | extended hours parking |
| WRG050930 | WR Grace | 9/12/05 | BMC10, bmc10 | BMC | $25.96 | Postage/Shipping | DHL to Kirkland & Ellis,LLP - tracking number 27440847055 |
| WRG050930 | WR Grace | 9/13/05 | BMC10, bmc10 | BMC | $21.02 | Postage/Shipping | 79172170929 |
| WRG050930 | WR Grace | 9/13/05 | BMC10, bmc10 | BMC | $21.92 | Postage/Shipping | 790143717258 |
| WRG050930 | WR Grace | 9/14/05 | Cole, David | Yellow Cab | $5.00 | Taxi | Office to Kirkland & Ellis to deliver documents. |
| WRG050930 | WR Grace | 9/14/05 | Cole, David | Cab Receipts | $5.00 | Taxi | Kirkland & Ellis to office after delivering documents. |
| WRG050930 | WR Grace | 9/14/05 | Kotarba, Steve | OfficeMax | $58.98 | Supplies | required for the project). |
| WRG050930 | WR Grace | 9/14/05 | zzCorpAMEX_Jgalyen, jgalyen | Government Center | $25.00 | Parking | extended hours parking |
| WRG050930 | WR Grace | 9/14/05 | zzCorpAMEX_Jgalyen, jgalyen | CEO deliveries | $57.95 | Dinner - BMC/Client | working dinner for JG, S Kotarba and H Montgomery |
| WRG050930 | WR Grace | 9/15/05 | Hursey, Diane | T Mobile | $50.70 | Phone/ISP | Cell Phone 8/7/05 - 9/6/05 - Asbestos Claims Objections |
| WRG050930 | WR Grace | 9/16/05 | Daniel, Brad | Verizon | $40.70 | Phone/ISP | 8/14/05 - 9/13/05 |
| WRG050930 | WR Grace | 9/17/05 | BMC, BMC | El Segundo Messenger | $100.00 | Courier | of mail |
| WRG050930 | WR Grace | 9/17/05 | zzCorpAMEX_Cmaxwell, cmaxwell | Garage Restaurant | $89.95 | Dinner - BMC/Client | Travel meal BD, RR, CM |
| WRG050930 | WR Grace | 9/21/05 | zzCAMEX-rwitt, rwitt | DHL Express | $16.91 | Courier | DHL to Seattle Office |
| WRG050930 | WR Grace | 9/22/05 | BMC10, bmc10 | BMC | $11.93 | Conference Call | Call for WR Grace |
| WRG050930 | WR Grace | 9/22/05 | BMC10, bmc10 | BMC | $21.56 | Conference Call | Call for WR Grace |
| WRG050930 | WR Grace | 9/23/05 | zzCAMEX-Sreid, sreid | T Mobile | $35.35 | Phone/ISP | WR Grace related calls |
| WRG050930 | WR Grace | 9/30/05 | BMC, BMC | BMC | $850.00 | B-Linx/Data Storage | B-Linx/Data Storage |
| WRG050930 | WR Grace | 9/30/05 | BMC10, bmc10 | BMC | $234.57 | Website Storage/Traffic | website traffic - 141 docs |
| WRG050930 | WR Grace | 9/30/05 | BMC10, bmc10 | BMC | $546.65 | Document Storage | 377 boxes |
| WRG050930 | WR Grace | 9/30/05 | BMC10, bmc10 | BMC | $829.82 | Pacer | Qtrly Court Doc Download 7/1-9/30/05 |

$14,106.83

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**INVOICE SUMMARY**

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20050902-2 | 9/2/2005 | $5,467.83 |
| Invoice # | 021-20050902-1 | 9/2/2005 | $452.13 |
| Invoice # | 021-20050907-4 | 9/7/2005 | $38.40 |
| Invoice # | 021-20050907-3 | 9/7/2005 | $28.45 |
| Invoice # | 021-20050907-2 | 9/7/2005 | $28.30 |
| Invoice # | 021-20050907-1 | 9/7/2005 | $35.72 |
| Invoice # | 021-20050916-1 | 9/16/2005 | $292.81 |
| Invoice # | 021-20050917-1 | 9/17/2005 | $12,719.48 |
| Invoice # | 021-20050926-1 | 9/26/2005 | $1,497.03 |
| Invoice # | 021-20050928-3 | 9/28/2005 | $28.92 |
| Invoice # | 021-20050928-2 | 9/28/2005 | $0.86 |
| Invoice # | 021-20050928-1 | 9/28/2005 | $34.38 |
| | | Total | $20,624.31 |

Wire payments may be sent to the following account:

Bank: Citibank
Address: 15233 Ventura Blvd. 1st Floor, Sherman Oaks, CA 91403
ABA/Routing #: 322271724
Account #: 201381993 - BMC Group

*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 9/2/2005
Invoice #: 021-20050902-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 9314 - Omni 14 Objection MF 15594 | 21 / 121 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 121 Pieces @ $.83 each | $100.43 |
| | | | Production | Copy | 2541 Pieces @ $.12 each | $304.92 |
| | | | | Stuff and Mail | 121 Pieces @ $.05 each | $6.05 |
| | | | Supplies | Inkjet and Envelope - Catalog | 121 Pieces @ $.13 each | $15.73 |

**Total Due:** $452.13

*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 9/2/2005
Invoice #: 021-20050902-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 1. Dkt 9315 - Omni 15 Obj w/counsel & Custom Exh MF 15307/15308/15309/15310/15311/15312/15313/15314 | 13,718 / 78 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 78 Pieces @ $2.55 each | $198.90 |
| | | | Production | Collate and Stuff | 78 Pieces @ $.08 each | $6.24 |
| | | | | Copy | 6162 Pieces @ $.12 each | $739.44 |
| | | | | Variable Print Black Only | 13639 Pieces @ $.25 each | $3,409.75 |
| | | | Supplies | Inkjet and Envelope - Window Catalog | 78 Pieces @ $.14 each | $10.92 |
| Noticing Document | 2. Dkt 9315 - Omni 15 Obj w/o counsel & Custom Exh | 895 / 187 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 187 Pieces @ $1.98 each | $370.26 |
| | | | Production | Collate and Stuff | 187 Pieces @ $.08 each | $14.96 |
| | | | | Copy | 1309 Pieces @ $.12 each | $157.08 |
| | | | | Variable Print Black Only | 816 Pieces @ $.25 each | $204.00 |
| | | | Supplies | Inkjet and Envelope - Window Catalog | 187 Pieces @ $.14 each | $26.18 |
| Noticing Document | 3. Dkt 9315 - Omni 15 Obj - All docs on CD FedEx | 14,534 / 5 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | Expedited Mail Handling | 5 Pieces @ $.25 each | $1.25 |
| | | | | FedEx | 5 Pieces @ $18.27 each | $91.35 |
| | | | Production | CD Recording | 5 Pieces @ $2.50 each | $12.50 |
| | | | | eNoticing | 1 Batch @ $150.00 each | $150.00 |

**Total Due:** $5,467.83

*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 9/7/2005
Invoice #: 021-20050907-3

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 9297 - 2nd Omni 9 Continuance Order MF 15638 | 5 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $.37 each | $1.11 |
| | | | Production | Copy | 15 Pieces @ $.12 each | $1.80 |
| | | | | Fold and Stuff | 3 Pieces @ $.05 each | $0.15 |
| | | | Supplies | Inkjet and Envelope - Catalog | 3 Pieces @ $.13 each | $0.39 |

**Total Due:** $28.45

*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 9/7/2005
Invoice #: 021-20050907-4

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 9299 - 2nd Omni 11 Continuance Order MF 15639 | 7 / 10 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 10 Pieces @ $.37 each | $3.70 |
| | | | Production | Copy | 70 Pieces @ $.12 each | $8.40 |
| | | | | Fold and Stuff | 10 Pieces @ $.05 each | $0.50 |
| | | | Supplies | Inkjet and Envelope - #10 | 10 Pieces @ $.08 each | $0.80 |

**Total Due:** $38.40

*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 9/7/2005
Invoice #: 021-20050907-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 9296 - 6th Omni 8 Continuance Order MF 15637 | 5 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $.37 each | $1.11 |
| | | | Production | Copy | 15 Pieces @ $.12 each | $1.80 |
| | | | | Fold and Stuff | 3 Pieces @ $.05 each | $0.15 |
| | | | Supplies | Inkjet and Envelope - #10 | 3 Pieces @ $.08 each | $0.24 |

**Total Due:** $28.30

*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 9/7/2005
Invoice #: 021-20050907-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 9295 - 12th Omni 5 Continuance Order MF 15636 | 7 / 8 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 8 Pieces @ $.37 each | $2.96 |
| | | | Production | Copy | 56 Pieces @ $.12 each | $6.72 |
| | | | | Fold and Stuff | 8 Pieces @ $.05 each | $0.40 |
| | | | Supplies | Inkjet and Envelope - #10 | 8 Pieces @ $.08 each | $0.64 |

**Total Due:** $35.72

*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 9/16/2005
Invoice #: 021-20050916-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 1. Omni 15 Amended Exh Not Affected Part B MF 15778/15777/15784/15785/15786/15787/15788/15789/15790 | 5 / 131 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 130 Pieces @ $.37 each | $48.10 |
| | | | | USPS - MX/CA | 1 Piece @ $.60 each | $0.60 |
| | | | Production | Copy | 655 Pieces @ $.12 each | $78.60 |
| | | | | Fold and Stuff | 131 Pieces @ $.05 each | $6.55 |
| | | | Supplies | Inkjet and Envelope - #10 | 131 Pieces @ $.08 each | $10.48 |
| Noticing Document | 2. Omni 15 Amended Exh - Attorney Part C MF 15778/15777/15784/15785/15786/15787/15788/15789/15790/15 | 5 / 5 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | Expedited Mail Handling | 5 Pieces @ $.25 each | $1.25 |
| | | | | Express Mail | 1 Piece @ $13.65 each | $13.65 |
| | | | | FedEx | 4 Pieces @ $17.02 each | $68.08 |
| | | | Production | CD Recording | 5 Pieces @ $2.50 each | $12.50 |
| | | | | Copy | 25 Pieces @ $.12 each | $3.00 |

**Total Due:** $292.81

*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 9/17/2005
Invoice #: 021-20050917-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 1. Omni 15 Revised Exh Affected Parties w/Cust Doc MF 15778/15777/15784/15785/15786/15787/15788/157 57 | 755 / 181 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
|  |  |  | Postage | USPS - 1st Class | 172 Pieces @ $8.55 each | $1,470.60 |
|  |  |  |  | USPS - MX/CA | 9 Pieces @ $8.95 each | $80.55 |
|  |  |  | Production | Collate and Stuff | 181 Pieces @ $.08 each | $14.48 |
|  |  |  |  | Copy | 103894 Pieces @ $.08 each | $8,311.52 |
|  |  |  |  | Variable Print Black Only | 181 Pieces @ $.25 each | $45.25 |
|  |  |  | Supplies | Inkjet and Envelope - Catalog | 181 Pieces @ $.13 each | $23.53 |
| Noticing Document | 2. Omni 15 Revised Exh Counsel Records w/Cust Doc MF 15778/15777/15784/15785/15786/15787/15788/157 578 | 782 / 40 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
|  |  |  | Postage | USPS - 1st Class | 39 Pieces @ $8.95 each | $349.05 |
|  |  |  |  | USPS - International | 1 Piece @ $18.10 each | $18.10 |
|  |  |  | Production | Collate and Stuff | 40 Pieces @ $.08 each | $3.20 |
|  |  |  |  | Copy | 22960 Pieces @ $.10 each | $2,296.00 |
|  |  |  |  | Variable Print Black Only | 208 Pieces @ $.25 each | $52.00 |
|  |  |  | Supplies | Inkjet and Envelope - Catalog | 40 Pieces @ $.13 each | $5.20 |

**Total Due:** $12,719.48

*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 9/26/2005
Invoice #: 021-20050926-1
InvoiceNotes: Each party received a hard copy of Ntc with a CD containing Exhibits A, B and C to the Ntc

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Notice re 15th Omnibus Supplemental Charts MF 16088/16120/16122 | 5 / 297 | Document/Data Preparation | Mail File Setup | 3 Tasks @ $25.00 each | $75.00 |
| | | | Postage | USPS - 1st Class | 282 Pieces @ $1.06 each | $298.92 |
| | | | | USPS - International | 1 Piece @ $3.20 each | $3.20 |
| | | | | USPS - MX/CA | 9 Pieces @ $1.35 each | $12.15 |
| | | | Production | CD Recording | 292 Pieces @ $2.50 each | $730.00 |
| | | | | Copy | 1460 Pieces @ $.12 each | $175.20 |
| | | | | eNoticing | 1 Batch @ $150.00 each | $150.00 |
| | | | | Stuff and Mail | 292 Pieces @ $.05 each | $14.60 |
| | | | Supplies | Inkjet and Envelope - Catalog | 292 Pieces @ $.13 each | $37.96 |

**Total Due:** $1,497.03

*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 9/28/2005
Invoice #: 021-20050928-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 9514 - 13th Omni 5 Continuation Order MF 16151 | 7 / 7 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 7 Pieces @ $.37 each | $2.59 |
| | | | Production | Copy | 49 Pieces @ $.12 each | $5.88 |
| | | | | Fold and Stuff | 7 Pieces @ $.05 each | $0.35 |
| | | | Supplies | Inkjet and Envelope - #10 | 7 Pieces @ $.08 each | $0.56 |

**Total Due:** $34.38

*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 9/28/2005
Invoice #: 021-20050928-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 9515 - 7th Omni 8 Continuation Order MF 16152 | 3 / 1 | Postage | USPS - 1st Class | 1 Piece @ $.37 each | $0.37 |
| | | | Production | Copy | 3 Pieces @ $.12 each | $0.36 |
| | | | | Fold and Stuff | 1 Piece @ $.05 each | $0.05 |
| | | | Supplies | Inkjet and Envelope - #10 | 1 Piece @ $.08 each | $0.08 |
| | | | | | | $0.86 |

**Total Due:**

*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 9/28/2005
Invoice #: 021-20050928-3

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 9516 - 3rd Omni 11 Continuation Order MF 16153 | 4 / 4 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 4 Pieces @ $.37 each | $1.48 |
| | | | Production | Copy | 16 Pieces @ $.12 each | $1.92 |
| | | | | Fold and Stuff | 4 Pieces @ $.05 each | $0.20 |
| | | | Supplies | Inkjet and Envelope - #10 | 4 Pieces @ $.08 each | $0.32 |

**Total Due:** $28.92

*Invoice Due Upon Receipt*