# EXHIBIT A

# PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

December 31, 2005

Invoice Number **67447**      **91100  00001**      **LDJ**

Mark Shelnitz, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

| | |
|---|---|
| Balance forward as of last invoice, dated:   November 30, 2005 | $342,595.71 |
| Net balance forward | $342,595.71 |

Re:  W.R. Grace and Co.

**Statement of Professional Services Rendered Through**      **12/31/2005**

|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Case Administration [B110]** | | | | | |
| 12/01/05 | PEC | Return calls to various creditors regarding case status | 0.50 | 140.00 | $70.00 |
| 12/01/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 12/01/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 12/02/05 | CAK | Maintain document control. | 0.10 | 140.00 | $14.00 |
| 12/02/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 12/02/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 12/02/05 | SLP | Maintain docket control. | 3.30 | 70.00 | $231.00 |
| 12/02/05 | KSN | Prepare hearing binders for 12/19/05 hearing. | 0.50 | 55.00 | $27.50 |
| 12/05/05 | RMO | Match pleadings with court docket. | 0.60 | 75.00 | $45.00 |
| 12/05/05 | SLP | Maintain docket control. | 2.00 | 70.00 | $140.00 |
| 12/06/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 12/06/05 | PEC | Update critical dates | 1.00 | 140.00 | $140.00 |
| 12/06/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 12/06/05 | SLP | Maintain docket control. | 2.30 | 70.00 | $161.00 |
| 12/07/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 12/07/05 | PEC | Update critical dates | 1.00 | 140.00 | $140.00 |
| 12/07/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 12/07/05 | PEC | Return calls to various creditors regarding  case status | 0.40 | 140.00 | $56.00 |
| 12/07/05 | SLP | Maintain docket control. | 5.00 | 70.00 | $350.00 |
| 12/08/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 12/08/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12/08/05 | RMO | Match pleadings with court docket. | 0.80 | 75.00 | $60.00 |
| 12/09/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 12/09/05 | PEC | Update critical dates | 1.10 | 140.00 | $154.00 |
| 12/09/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 12/09/05 | SLP | Maintain docket control. | 2.00 | 70.00 | $140.00 |
| 12/09/05 | KSN | Prepare hearing binders for 12/14/05 hearing. Updated hearing binders. | 0.50 | 55.00 | $27.50 |
| 12/12/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 12/12/05 | PEC | Update critical dates | 0.80 | 140.00 | $112.00 |
| 12/12/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 12/12/05 | RMO | Match pleadings with court docket. | 0.30 | 75.00 | $22.50 |
| 12/13/05 | PEC | Update critical dates | 0.30 | 140.00 | $42.00 |
| 12/13/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 12/13/05 | RMO | Match pleadings with court docket. | 0.30 | 75.00 | $22.50 |
| 12/13/05 | SLP | Maintian docket control. | 1.00 | 70.00 | $70.00 |
| 12/13/05 | CJB | Prepare hearing notebook for hearing on 12/19/05. | 0.30 | 60.00 | $18.00 |
| 12/14/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 12/14/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 12/14/05 | PEC | Request Hearing Transcript for 12/12/05 hearing | 0.20 | 140.00 | $28.00 |
| 12/14/05 | PEC | Update critical dates | 0.30 | 140.00 | $42.00 |
| 12/14/05 | SLP | Maintain docket control. | 0.30 | 70.00 | $21.00 |
| 12/15/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 12/15/05 | PEC | Update critical dates | 1.20 | 140.00 | $168.00 |
| 12/15/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 12/15/05 | SLP | Maintain docket control. | 0.30 | 70.00 | $21.00 |
| 12/16/05 | CAK | Maintain document control. | 0.10 | 140.00 | $14.00 |
| 12/16/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 12/16/05 | PEC | Update critical dates | 0.30 | 140.00 | $42.00 |
| 12/16/05 | SLP | Maintain docket control. | 1.00 | 70.00 | $70.00 |
| 12/19/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 12/19/05 | PEC | Update critical dates | 0.40 | 140.00 | $56.00 |
| 12/19/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 12/20/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 12/20/05 | PEC | Update critical dates | 0.50 | 140.00 | $70.00 |
| 12/20/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 12/20/05 | PEC | Update critical dates | 0.50 | 140.00 | $70.00 |
| 12/20/05 | PEC | Return calls to various creditors regarding case status | 0.30 | 140.00 | $42.00 |
| 12/20/05 | SLP | Maintain docket control. | 0.30 | 70.00 | $21.00 |
| 12/21/05 | PEC | Review daily correspondence and pleadings and forward to | 0.30 | 140.00 | $42.00 |

**Invoice number  67447**        91100   00001                                        **Page  3**

| | | | | | |
|---|---|---|---|---|---|
| | | the appropriate parties | | | |
| 12/21/05 | PEC | Update critical dates | 0.80 | 140.00 | $112.00 |
| 12/21/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 12/21/05 | SLP | Maintain docket control. | 1.30 | 70.00 | $91.00 |
| 12/22/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 12/22/05 | PEC | Update critical dates memo | 1.10 | 140.00 | $154.00 |
| 12/23/05 | RMO | Match pleadings with court docket; maintain document control. | 0.80 | 75.00 | $60.00 |
| 12/26/05 | SLP | Maintain docket control. | 1.30 | 70.00 | $91.00 |
| 12/27/05 | SLP | Maintain docket control. | 1.30 | 70.00 | $91.00 |
| 12/28/05 | SLP | Maintain docket control. | 2.00 | 70.00 | $140.00 |
| 12/29/05 | SLP | Maintain docket control. | 0.30 | 70.00 | $21.00 |
| 12/30/05 | KKY | Review daily correspondence and pleadings and circulate to appropriate individuals | 0.10 | 145.00 | $14.50 |
| | | **Task Code Total** | **45.70** | | **$4,448.50** |

**WRG-Claim Analysis (Asbestos)**

| | | | | | |
|---|---|---|---|---|---|
| 11/04/05 | SEM | Email exchange with Jamie O'Neill re: service of subpoenas. | 0.10 | 425.00 | $42.50 |
| 12/01/05 | JEO | Review multiple notices of deposition. | 1.00 | 415.00 | $415.00 |
| 12/02/05 | PEC | Prepare Debtors' Brief in Opposition to Motion of Anderson Memorial Hospital for Class Certification for filing and service (1.0); Draft Affidavit of Service (.1) | 1.10 | 140.00 | $154.00 |
| 12/06/05 | PEC | Return calls to various creditors regarding case status | 0.50 | 140.00 | $70.00 |
| 12/07/05 | JEO | Call with Amanda Basta regarding subpoena form. | 0.40 | 415.00 | $166.00 |
| 12/07/05 | JEO | Circulate order on Personal Injury Discovery to counsel. | 0.50 | 415.00 | $207.50 |
| 12/12/05 | JEO | Review sample appellate briefs and email correspondence. | 1.00 | 415.00 | $415.00 |
| 12/12/05 | JEO | Review notice of deposition regarding Dr. Ray Harron. | 0.20 | 415.00 | $83.00 |
| 12/13/05 | PEC | Draft Notice of Rescheduled Deposition of Dr. Ray A. Harron and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 140.00 | $84.00 |
| 12/13/05 | JEO | Review notice of deposition for Dr. Ray Harron. | 0.20 | 415.00 | $83.00 |
| 12/14/05 | MRS | Discussion with James O'Neill re: appeal; email re: same | 0.20 | 375.00 | $75.00 |
| 12/14/05 | JEO | Review and revise order denying PI discovery. | 1.00 | 415.00 | $415.00 |
| 12/14/05 | JEO | Review stipulation consolidating Building Laborers 310 pending claims. | 0.40 | 415.00 | $166.00 |
| 12/14/05 | JEO | Work on appeals regarding late filed claim for Pacificorp - finalize appeal brief. | 2.50 | 415.00 | $1,037.50 |
| 12/15/05 | PEC | Return calls to various creditors regarding case status | 0.40 | 140.00 | $56.00 |
| 12/16/05 | PEC | Draft Certification of Counsel Regarding Order Denying Debtors' Emergency Motion for Leave to Take Discovery of Claimants' Attorneys and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 12/16/05 | JEO | Email correspondence regarding mediator compensation order. | 0.50 | 415.00 | $207.50 |

| | | | | | |
|---|---|---|---|---|---|
| 12/16/05 | PEC | Draft Certification of Counsel Regarding Revised Proposed Scheduling Order Regarding Certain of Debtors' Fifteenth Omnibus Objections to Claims and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 12/16/05 | PEC | Draft Certification of Counsel Regarding Stipulation Concerning Withdrawal of Claims | 0.50 | 140.00 | $70.00 |
| 12/16/05 | PEC | Draft Certification of Counsel Regarding Revised Second Order Granting Relief Sought in Debtors' Fifteenth Omnibus Objection to Claims and Certificate of Service (.8); Prepare for filing and service (.3) | 1.10 | 140.00 | $154.00 |
| 12/16/05 | JEO | Prepare certification of counsel withdrawing claims. | 0.40 | 415.00 | $166.00 |
| 12/16/05 | JEO | Prepare certification of counsel on defaults for 15th omnibus claims objection. | 1.00 | 415.00 | $415.00 |
| 12/16/05 | JEO | Review status of PD discovery and response. | 2.00 | 415.00 | $830.00 |
| 12/19/05 | PEC | Prepare Debtors' Motion for Protective Order Against Anderson Memorial 's Request for 30(b)(6) Depositions and Documents for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 140.00 | $70.00 |
| 12/19/05 | PEC | Prepare Notice of Service of Responses and Objections to Official Committee of Asbestos Property Damage Claimants' First Set of Request for Production of Documents for filing and service (.3); Draft Certificate of Service (.1) | 0.40 | 140.00 | $56.00 |
| 12/19/05 | PEC | Prepare Notice of Service for Debtors' Preliminary Expert Witness Disclosure for Asbestos PI Estimation for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 12/19/05 | JEO | Review and finalize expert witness list for PI estimation. | 0.40 | 415.00 | $166.00 |
| 12/19/05 | MRS | Calls from and to Brian Stansbury re: filing witness disclosure | 0.20 | 375.00 | $75.00 |
| 12/19/05 | MRS | Emails to and from James O'Neill and Scotta McFarland re: filing and service of witness disclosure | 0.20 | 375.00 | $75.00 |
| 12/19/05 | MRS | Call from James O'Neill re: filing of witness disclosure | 0.10 | 375.00 | $37.50 |
| 12/19/05 | MRS | Review witness disclosure | 0.20 | 375.00 | $75.00 |
| 12/19/05 | MRS | Emails from and to Brian Stansbury re: revisions to and filing of witness disclosure | 0.10 | 375.00 | $37.50 |
| 12/22/05 | PEC | Prepare Notice of Deposition and Subpoena of James W. Ballard, M.D. for filing and service (.3); Draft Affidavit of Service (.1) | 0.40 | 140.00 | $56.00 |
| 12/22/05 | PEC | Prepare Notice of Deposition and Subpoena of N&M Inc. for filing and service (.3); Draft Certificate of Service (.1) | 0.40 | 140.00 | $56.00 |
| 12/22/05 | PEC | Prepare Brief in Support of Debtors' Fifteenth Omnibus Objection to Asbestos Property Damage Claims for filing and service | 1.30 | 140.00 | $182.00 |
| 12/22/05 | JEO | Work on Motion to Strike PD Witness List. | 1.00 | 415.00 | $415.00 |
| 12/22/05 | JEO | Review Notices of Deposition (Personal Injury). | 0.50 | 415.00 | $207.50 |
| 12/22/05 | JEO | Email with Michael Dierkes regarding motion to strike PD Committee report. | 0.40 | 415.00 | $166.00 |
| 12/22/05 | JEO | Review PD and PI Certificates of No Objection. | 1.00 | 415.00 | $415.00 |
| 12/22/05 | PEC | Prepare Certification of Counsel Regarding Service of Modified Scheduling Order Regarding Certain of Debtors' Fifteenth Omnibus Objection to Claims for filing and | 0.50 | 140.00 | $70.00 |

**Invoice number 67447**       91100   00001                                    **Page 5**

|          |     | service (.4); Draft Certificate of Service (.1)                                                                                                                          |       |        |            |
|----------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|------------|
| 12/22/05 | JEO | Work on property damage brief.                                                                                                                                           | 4.00  | 415.00 | $1,660.00  |
| 12/22/05 | JEO | Review revised scheduling order on 15th omnibus objection.                                                                                                               | 0.50  | 415.00 | $207.50    |

|  |  | **Task Code Total** | **29.80** | | **$9,633.00** |
|--|--|---------------------|-----------|-|---------------|

### WRG-Employ. App., Others

| 12/02/05 | PEC | Prepare Affidavit Under 11 U.S.C. 327(e) of Prudji W. Purbo for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 140.00 | $84.00 |
|----------|-----|-------------------------------------------------------------------------------------------------------------------------|------|--------|--------|

|  |  | **Task Code Total** | **0.60** | | **$84.00** |
|--|--|---------------------|----------|-|------------|

### WRG-Fee Apps., Applicant

| 12/08/05 | CAK | Edit spreadsheet of amounts in preparation of next quarterly fee applicaton.                                                                                                    | 0.10 | 140.00 | $14.00   |
|----------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|--------|----------|
| 12/08/05 | CAK | Review and update 18th Quarterly Fee Application.                                                                                                                               | 1.20 | 140.00 | $168.00  |
| 12/09/05 | LDJ | Review and finalize eighteenth quarterly fee application                                                                                                                        | 0.30 | 595.00 | $178.50  |
| 12/12/05 | CAK | Edit 18th Quarterly Fee Application (.1) and coordinate filing and service of same.                                                                                             | 0.20 | 140.00 | $28.00   |
| 12/13/05 | PEC | Draft Notice of Filing of PSZYJ&W's Quarterly Fee Application for the Period of July -September 2005 and Certificates of Service (.4); Prepare for filing and service (.4)       | 0.80 | 140.00 | $112.00  |
| 12/18/05 | LDJ | Attention to pending interim fee applications                                                                                                                                   | 0.30 | 595.00 | $178.50  |
| 12/18/05 | LDJ | Review and revise interim fee application (October 2005)                                                                                                                        | 0.20 | 595.00 | $119.00  |
| 12/19/05 | CAK | Revise October Fee Application.                                                                                                                                                 | 0.30 | 140.00 | $42.00   |
| 12/19/05 | LDJ | Correspondence to Cheryl A. Knotts regarding interim fee application                                                                                                           | 0.20 | 595.00 | $119.00  |
| 12/20/05 | CAK | Coordinate posting, filing and service of October Fee Application.                                                                                                             | 0.20 | 140.00 | $28.00   |
| 12/20/05 | PEC | Prepare PSZYJ&W's October 2005 Monthly Fee Application for filing and service (.5); Draft Certificate of Service (.1)                                                            | 0.60 | 140.00 | $84.00   |
| 12/27/05 | WLR | Prepare November 2005 fee application                                                                                                                                           | 0.50 | 375.00 | $187.50  |
| 12/29/05 | WLR | Prepare November 2005 fee application                                                                                                                                           | 0.50 | 375.00 | $187.50  |
| 12/30/05 | WLR | Draft November 2005 fee application                                                                                                                                             | 0.30 | 375.00 | $112.50  |
| 12/31/05 | WLR | Review and revise November 2005 fee application                                                                                                                                 | 0.50 | 375.00 | $187.50  |

|  |  | **Task Code Total** | **6.20** | | **$1,746.00** |
|--|--|---------------------|----------|-|---------------|

### WRG-Fee Applications, Others

| | | | | | |
|---|---|---|---|---|---|
| 12/08/05 | PEC | Draft Certification of No Objection Regarding Steptoe & Johnson LLP's August 2005 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 12/08/05 | PEC | Draft Certification of No Objection of Steptoe & Johnson LLP's September 2005 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 12/08/05 | PEC | Draft Certification of No Objection Regarding Application of Casner & Edwards, LLP's September 2005 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 12/09/05 | JEO | Review certification of counsel on 17th quarterly fee application. | 0.40 | 415.00 | $166.00 |
| 12/09/05 | PEC | Draft Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Seventeenth Period and Certain Prior Amounts for filing and service  and Certificate of Service (.6); Prepare for filing and service (.4) | 1.00 | 140.00 | $140.00 |
| 12/09/05 | PEC | Draft Certification of Counsel Regarding Seventeenth Quarter Project Category Summary for the Seventeenth Interim Fee Period and Certain Prior Amounts and Certificate of Service (.6); Prepare for filing and service (.4) | 1.00 | 140.00 | $140.00 |
| 12/13/05 | JEO | Review status of fee applications for other professionals. | 0.40 | 415.00 | $166.00 |
| 12/13/05 | PEC | Draft Notice of Filing of Woodcock Washburn's Quarterly Fee Application for the Period of July -September 2005 and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 12/13/05 | MSC | Draft Certificate Of No Objection (No Order Required) Regarding Monthly Fee Application Of Baker Donelson Bearman Caldwell & Berkowitz, P.C. As A Professional Employed By The Estate For The Debtors For The Month Of June, 2005 | 0.20 | 135.00 | $27.00 |
| 12/13/05 | MSC | Draft Certificate Of No Objection (No Order Required) Regarding Monthly Fee Application Of Baker Donelson Bearman Caldwell & Berkowitz, P.C. As A Professional Employed By The Estate For The Debtors For The Month Of June, 2005 | 0.10 | 135.00 | $13.50 |
| 12/13/05 | MSC | Draft Certificate Of No Objection (No Order Required) Regarding Application Of Woodcock Washburn For Compensation For Services And Reimbursement Of Expenses As Special Litigation Counsel And As Ordinary Course Professionals For W. R. Grace & Co., et al., For The Monthly Period Of September 1, 2005 Through September 30, 2005 | 0.20 | 135.00 | $27.00 |
| 12/13/05 | MSC | Draft Certificate of Service of Certificate Of No Objection (No Order Required) Regarding Application Of Woodcock Washburn For Compensation For Services And Reimbursement Of Expenses As Special Litigation Counsel And As Ordinary Course Professionals For W. R. Grace & Co., et al., For The Monthly Period Of September 1, 2005 Through September 30, 2005 | 0.10 | 135.00 | $13.50 |
| 12/13/05 | MSC | Draft Certificate Of No Objection (No Order Required) Regarding Monthly Fee Application Of Baker Donelson | 0.20 | 135.00 | $27.00 |

**Invoice number 67447**        91100  00001                                      **Page  7**

| | | | | | |
|---|---|---|---|---|---|
| | | Bearman Caldwell & Berkowitz, P.C. As A Professional Employed By The Estate For The Debtors For The Month Of April, 2005 | | | |
| 12/13/05 | MSC | Draft Certificate of Service of Certificate Of No Objection (No Order Required) Regarding Monthly Fee Application Of Baker Donelson Bearman Caldwell & Berkowitz, P.C. As A Professional Employed By The Estate For The Debtors For The Month Of April, 2005 | 0.10 | 135.00 | $13.50 |
| 12/13/05 | MSC | Draft Certificate Of No Objection (No Order Required) Regarding Monthly Fee Application Of Baker Donelson Bearman Caldwell & Berkowitz, P.C. As A Professional Employed By The Estate For The Debtors For The Month Of May, 2005 | 0.20 | 135.00 | $27.00 |
| 12/13/05 | MSC | Draft Certificate of Service of Certificate Of No Objection (No Order Required) Regarding Monthly Fee Application Of Baker Donelson Bearman Caldwell & Berkowitz, P.C. As A Professional Employed By The Estate For The Debtors For The Month Of May, 2005 | 0.10 | 135.00 | $13.50 |
| 12/16/05 | JEO | Review Nelsons Muller fee application for October. | 0.20 | 415.00 | $83.00 |
| 12/16/05 | JEO | Review Woodcock Washburn fee application. | 0.20 | 415.00 | $83.00 |
| 12/16/05 | PEC | Prepare Woodcock & Washburn's October 2005 Monthly Fee Application for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 140.00 | $84.00 |
| 12/16/05 | PEC | Prepare Nelson Mullins Riley & Scarborough LLP's October Monthly Fee Application for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 140.00 | $84.00 |
| 12/16/05 | PEC | Draft Certification of No Objection Regarding Pitney Hardin LLP's September Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 12/20/05 | PEC | Draft Certification of No Objection Regarding Kirkpatrick & Lockhart Nicholson Graham LLP's October 2005 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 12/20/05 | PEC | Prepare Casner & Edwards LLP's October 2005 Monthly Fee Application for filing and service (.5); Draft Certificate of Service (.1) | 0.60 | 140.00 | $84.00 |
| 12/22/05 | JEO | Emails with co-counsel regarding mediator compensation. | 0.60 | 415.00 | $249.00 |
| 12/22/05 | JEO | Review status of fee order. | 0.20 | 415.00 | $83.00 |
| 12/23/05 | JEO | Draft certification of counsel regarding order for compensation of mediator. | 0.40 | 415.00 | $166.00 |
| 12/28/05 | JEO | Review Foley Hoag LLP November fee application. | 0.20 | 415.00 | $83.00 |
| 12/28/05 | JEO | Review Latham October fee application. | 0.20 | 415.00 | $83.00 |
| 12/28/05 | JEO | Review Beveridge & Diamond October fee application. | 0.20 | 415.00 | $83.00 |
| 12/28/05 | JEO | Review Quarterly fee application of Beveridge & Diamond. | 0.30 | 415.00 | $124.50 |
| 12/29/05 | JEO | Review Kirkland November fee application. | 0.20 | 415.00 | $83.00 |
| 12/29/05 | KKY | File (.1), serve (.1), and prepare for filing and service (.2) monthly fee application of Kirkland & Ellis LLP for November 2005 | 0.40 | 145.00 | $58.00 |
| 12/29/05 | KKY | Draft (.1), file (.1), and prepare for filing (.1) affidavit of service for monthly fee application of Kirkland & Ellis | 0.30 | 145.00 | $43.50 |

**Invoice number  67447**      91100   00001                                      **Page  8**

| | | | | | |
|---|---|---|---|---|---|
| | | LLP for November 2005 | | | |
| 12/30/05 | JEO | Review quarterly and monthly applications filed by Baker Donelson. | 0.40 | 415.00 | $166.00 |
| 12/30/05 | KKY | File (.1), serve (.1), and prepare for filing and service (.2) fifth quarterly fee application of Baker Donelson for July 1, 2005 through September 30, 2005 | 0.40 | 145.00 | $58.00 |
| 12/30/05 | KKY | Draft (.1), file (.1), and prepare for filing (.1) affidavit of service for monthly fee application of Baker Donelson for July 2005 | 0.30 | 145.00 | $43.50 |
| 12/30/05 | KKY | Draft (.1), file (.1), and prepare for filing (.1) affidavit of service for monthly fee application of Baker Donelson for August 2005 | 0.30 | 145.00 | $43.50 |
| 12/30/05 | KKY | Draft (.1), file (.1), and prepare for filing (.1) affidavit of service for monthly fee application of Baker Donelson for September 2005 | 0.30 | 145.00 | $43.50 |
| 12/30/05 | KKY | Draft (.1), file (.1), and prepare for filing (.1) certificates of service for fifth quarterly fee application of Baker Donelson for July 1, 2005 through September 30, 2005 | 0.30 | 145.00 | $43.50 |
| 12/30/05 | KKY | Telephone conference with James E. O'Neill re Baker Donelson fee apps | 0.10 | 145.00 | $14.50 |
| 12/30/05 | KKY | File (.1), serve (.1), and prepare for filing and service (.2) monthly fee application of Baker Donelson for July 2005 | 0.40 | 145.00 | $58.00 |
| 12/30/05 | KKY | File (.1), serve (.1), and prepare for filing and service (.2) monthly fee application of Baker Donelson for August 2005 | 0.40 | 145.00 | $58.00 |
| 12/30/05 | KKY | File (.1), serve (.1), and prepare for filing and service (.2) monthly fee application of Baker Donelson for September 2005 | 0.40 | 145.00 | $58.00 |
| | | **Task Code Total** | **17.30** | | **$3,506.50** |

**Litigation (Non-Bankruptcy)**

| | | | | | |
|---|---|---|---|---|---|
| 12/01/05 | PEC | Revise and review Notice of Agenda for 12/19/05 Hearing | 1.10 | 140.00 | $154.00 |
| 12/01/05 | PEC | Discuss 12/19/05 Agenda with Jamie O'Neill | 0.30 | 140.00 | $42.00 |
| 12/01/05 | JEO | Revise agenda for December 19th hearing. | 2.00 | 415.00 | $830.00 |
| 12/01/05 | JEO | Research status of pending matters for December 19th hearing. | 1.00 | 415.00 | $415.00 |
| 12/02/05 | PEC | Revise and review Notice of Agenda for 12/19/05 Hearing | 0.50 | 140.00 | $70.00 |
| 12/02/05 | PEC | Review hearing binders | 0.50 | 140.00 | $70.00 |
| 12/05/05 | JEO | Work on preliminary agenda. | 1.00 | 415.00 | $415.00 |
| 12/09/05 | PEC | Revise and review Notice of Agenda for 12/19/05 Hearing | 0.60 | 140.00 | $84.00 |
| 12/09/05 | JEO | Review open matters. | 2.00 | 415.00 | $830.00 |
| 12/12/05 | PEC | Discuss 12/19/05 Agenda with Jamie O'Neill | 0.30 | 140.00 | $42.00 |
| 12/12/05 | PEC | Revise and review 12/19/05 Agenda | 0.60 | 140.00 | $84.00 |
| 12/12/05 | PEC | Draft Certificate of Service and prepare service list for 12/19/05 Agenda | 0.50 | 140.00 | $70.00 |
| 12/12/05 | PEC | File and serve Agenda for 12/19/05 Hearing | 0.60 | 140.00 | $84.00 |
| 12/12/05 | JEO | Work on final agenda for December 19th hearing. | 1.00 | 415.00 | $415.00 |

**Invoice number 67447**     91100   00001     **Page  9**

| | | | | | |
|---|---|---|---|---|---|
| 12/12/05 | JEO | Review open matters for hearing on December 19, 2005. | 2.00 | 415.00 | $830.00 |
| 12/14/05 | PEC | Draft Notice of Change of Hearing Time and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 140.00 | $84.00 |
| 12/14/05 | PEC | Draft Amended Notice of Agenda for 12/19/05 Hearing | 1.00 | 140.00 | $140.00 |
| 12/14/05 | PEC | Prepare Appellee Brief responding to the Pacificorp and Van Cott Appeal Brief for filing and service (.8); Prepare Service list (.2); Draft Affidavit of Service (.1); File and serve (.4) | 1.50 | 140.00 | $210.00 |
| 12/14/05 | JEO | Prepare and file notice of changed time for omnibus hearing. | 0.50 | 415.00 | $207.50 |
| 12/15/05 | PEC | Discuss various issues related to the 12/19/05 Hearing with Jamie O'Neill | 0.30 | 140.00 | $42.00 |
| 12/15/05 | JEO | Review matters scheduled for hearing on December 19, 2005. | 2.00 | 415.00 | $830.00 |
| 12/16/05 | PEC | Read transcript from 12/12/05 Telephonic Hearing | 0.50 | 140.00 | $70.00 |
| 12/18/05 | JEO | Preparation for December 19th omnibus hearing. | 6.00 | 415.00 | $2,490.00 |
| 12/19/05 | JEO | Prepare for and attend omnibus hearing. | 8.00 | 415.00 | $3,320.00 |
| 12/19/05 | JEO | Review PI witness list. | 0.50 | 415.00 | $207.50 |
| 12/21/05 | JEO | Review outcome of hearing on December 19th. | 1.00 | 415.00 | $415.00 |
| 12/22/05 | PEC | Prepare Certification of Counsel Regarding Order Approving the Settlement Agreement with Intercat, Inc. for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 140.00 | $70.00 |
| 12/22/05 | JEO | Draft certification of counsel on Intercat settlement agreement. | 1.00 | 415.00 | $415.00 |
| 12/23/05 | JEO | Follow up on open items. | 2.50 | 415.00 | $1,037.50 |
| 12/27/05 | JEO | Review agenda items for January 24th hearing. | 0.40 | 415.00 | $166.00 |
| 12/29/05 | JEO | Review and respond to inquiry from W. Sparks regarding 2006 hearing schedule. | 0.40 | 415.00 | $166.00 |
| | **Task Code Total** | | **40.70** | | **$14,305.50** |

**Operations [B210]**

| | | | | | |
|---|---|---|---|---|---|
| 12/02/05 | PEC | Prepare Debtors' October 2005 Monthly Operating Report for filing and service | 0.50 | 140.00 | $70.00 |
| 12/02/05 | JEO | Review October monthly operating report. | 0.40 | 415.00 | $166.00 |
| 12/30/05 | KKY | File (.1), serve (.1), and prepare for filing and service (.2) monthly operating report for November 2005 | 0.40 | 145.00 | $58.00 |
| 12/30/05 | KKY | Draft (.1), file (.1), and prepare for filing (.1) affidavit of service for monthly operating report for November 2005 | 0.30 | 145.00 | $43.50 |
| 12/30/05 | JEO | Review monthly operating report for November 2005. | 0.20 | 415.00 | $83.00 |
| | **Task Code Total** | | **1.80** | | **$420.50** |

**Plan & Disclosure Stmt. [B320]**

| | | | | | |
|---|---|---|---|---|---|
| 12/02/05 | JEO | Review objections to exclusivity extension request. | 2.50 | 415.00 | $1,037.50 |

**Invoice number  67447**     91100  00001                    **Page  10**

| Date | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/05/05 | MSC | Correspondence to Court, enclosing preliminary Agenda for December 19, 2005 hearing | 0.10 | 135.00 | $13.50 |
| 12/05/05 | MSC | Revise Notice of Agenda of Matters Scheduled for Hearing on December 19, 2005 | 0.20 | 135.00 | $27.00 |
| 12/09/05 | PEC | Prepare Motion for Leave to File a Reply in Further Support of its Ninth Motion for an Order Extending Exclusivity for filing and service (.5); Draft Certificate of Service (.1) | 0.60 | 140.00 | $84.00 |
| 12/09/05 | JEO | Review motion for leave to file reply to exclusivity objections and reply to exclusivity objections. | 1.00 | 415.00 | $415.00 |
| | **Task Code Total** | | **4.40** | | **$1,577.00** |

**Travel**

| Date | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/18/05 | JEO | Travel time re: appearance at omnibus hearing (billed at 1/2 normal rate) | 3.00 | 207.50 | $622.50 |
| 12/19/05 | JEO | Travel time to and return from hearing (billed at 1/2 normal rate) | 2.00 | 207.50 | $415.00 |
| | **Task Code Total** | | **5.00** | | **$1,037.50** |

| | **Total professional services:** | 151.50 | **$36,758.50** |
|---|---|---|---|

## Costs Advanced:

| Date | | | Amount |
|---|---|---|---|
| 01/03/2005 | FE | Federal Express [E108] | $39.32 |
| 01/24/2005 | PAC | 91100 - 002 PACER charges for 01/24/2005 | $2.10 |
| 02/11/2005 | RE | (F5 CORR 4 @0.15 PER PG) | $0.60 |
| 03/14/2005 | RE | (F5 CORR 62 @0.15 PER PG) | $9.30 |
| 03/14/2005 | RE | (F7 CORR 1 @0.15 PER PG) | $0.15 |
| 03/22/2005 | PAC | 91100 - 002 PACER charges for 03/22/2005 | $2.10 |
| 06/04/2005 | PAC | 91100 - 002 PACER charges for 06/04/2005 | $2.10 |
| 06/10/2005 | RE | (F5 CORR 11 @0.15 PER PG) | $1.65 |
| 06/20/2005 | RE | (F5 CORR 21 @0.15 PER PG) | $3.15 |
| 06/30/2005 | RE | (F5 CORR 3 @0.15 PER PG) | $0.45 |
| 07/01/2005 | RE | (F5 CORR 6 @0.15 PER PG) | $0.90 |
| 07/01/2005 | RE | (F5 CORR 3 @0.15 PER PG) | $0.45 |
| 07/14/2005 | RE | (F8 DOC 6 @0.15 PER PG) | $0.90 |
| 07/14/2005 | RE | (F5 CORR 1552 @0.15 PER PG) | $232.80 |
| 07/14/2005 | RE | (F5 CORR 128 @0.15 PER PG) | $19.20 |
| 07/14/2005 | RE | (F5 CORR 37 @0.15 PER PG) | $5.55 |
| 07/14/2005 | RE | (G8 CORR 2 @0.15 PER PG) | $0.30 |
| 08/09/2005 | PAC | 91100 - 002 PACER charges for 08/09/2005 | $0.21 |
| 08/12/2005 | RE | (F5 DOC 41 @0.15 PER PG) | $6.15 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 08/22/2005 | RE | (F5 CORR 74 @0.15 PER PG) | $11.10 |
| 09/26/2005 | RE | (F2 DOC 297 @0.15 PER PG) | $44.55 |
| 10/10/2005 | OR | Outside Reproduction Expense---Digital Legal Services. [E102] | $907.20 |
| 10/10/2005 | OR | Outside Reproduction Expense---Digital Legal Services. [E102] | $56.52 |
| 10/10/2005 | OR | Outside Reproduction Expense---Digital Legal Services. [E102] | $11.04 |
| 10/10/2005 | PO | Postage---Digital Legal Services. [E108] | $1.98 |
| 10/10/2005 | PO | Postage---Digital Legal Services. [E108] | $11.85 |
| 10/10/2005 | PO | Postage---Digital Legal Services. [E108] | $326.88 |
| 11/03/2005 | PAC | 91100 - 001 PACER charges for 11/03/2005 | $15.68 |
| 11/04/2005 | OR | Outside Reproduction Expense---Digital Legal Services. [E102] | $491.52 |
| 11/04/2005 | OR | Outside Reproduction Expense---Digital Legal Services. [E102] | $5.04 |
| 11/04/2005 | PAC | 91100 - 001 PACER charges for 11/04/2005 | $2.73 |
| 11/04/2005 | PO | Postage---Digital Legal Services. [E108] | $231.08 |
| 11/04/2005 | PO | Postage---Digital Legal Services. [E108] | $7.80 |
| 11/06/2005 | PAC | 91100 - 001 PACER charges for 11/06/2005 | $28.35 |
| 11/08/2005 | PAC | 91100 - 001 PACER charges for 11/08/2005 | $22.05 |
| 11/09/2005 | PAC | 91100 - 001 PACER charges for 11/09/2005 | $26.81 |
| 11/10/2005 | PAC | 91100 - 001 PACER charges for 11/10/2005 | $44.03 |
| 11/11/2005 | PAC | 91100 - 001 PACER charges for 11/11/2005 | $3.43 |
| 11/13/2005 | PAC | 91100 - 001 PACER charges for 11/13/2005 | $17.78 |
| 11/15/2005 | FE | Federal Express [E108] | $27.60 |
| 11/15/2005 | PAC | 91100 - 001 PACER charges for 11/15/2005 | $87.15 |
| 11/16/2005 | PAC | 91100 - 001 PACER charges for 11/16/2005 | $10.92 |
| 11/17/2005 | PAC | 91100 - 001 PACER charges for 11/17/2005 | $34.79 |
| 11/18/2005 | PAC | 91100 - 001 PACER charges for 11/18/2005 | $22.75 |
| 11/19/2005 | PAC | 91100 - 001 PACER charges for 11/19/2005 | $10.43 |
| 11/22/2005 | PAC | 91100 - 001 PACER charges for 11/22/2005 | $11.34 |
| 11/23/2005 | PAC | 91100 - 001 PACER charges for 11/23/2005 | $21.84 |
| 11/23/2005 | SO | Secretarial Overtime---(H.T.Walsh) | $20.22 |
| 11/25/2005 | PAC | 91100 - 001 PACER charges for 11/25/2005 | $8.47 |
| 11/28/2005 | DC | Tristate | $15.00 |
| 11/28/2005 | DC | Tristate | $450.00 |
| 11/28/2005 | DC | Tristate | $24.75 |
| 11/28/2005 | DC | Tristate | $24.75 |
| 11/28/2005 | DH | DHL | $13.75 |
| 11/28/2005 | DH | DHL | $13.75 |
| 11/28/2005 | DH | DHL | $31.31 |
| 11/28/2005 | DH | DHL | $28.46 |
| 11/29/2005 | DC | Tristate | $15.00 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 11/29/2005 | DC | Tristate | $16.50 |
| 11/29/2005 | DC | Tristate | $333.00 |
| 11/29/2005 | DH | DHL | $14.25 |
| 11/29/2005 | DH | DHL | $14.21 |
| 11/29/2005 | DH | DHL | $13.75 |
| 11/29/2005 | DH | DHL | $38.87 |
| 11/29/2005 | DH | DHL | $27.12 |
| 11/29/2005 | DH | DHL | $16.31 |
| 11/29/2005 | DH | DHL | $15.70 |
| 11/29/2005 | DH | DHL | $15.70 |
| 11/29/2005 | PAC | 91100 - 001 PACER charges for 11/29/2005 | $15.12 |
| 11/30/2005 | DC | Tristate | $306.00 |
| 11/30/2005 | DC | Tristate | $24.75 |
| 11/30/2005 | DC | Tristate | $24.75 |
| 11/30/2005 | DC | Tristate | $15.00 |
| 11/30/2005 | DC | Tristate | $16.50 |
| 11/30/2005 | PAC | 91100 - 001 PACER charges for 11/30/2005 | $13.86 |
| 11/30/2005 | PAC | 91100 - 001 PACER charges for 11/30/2005 | $34.51 |
| 12/01/2005 | DC | Tristate | $16.50 |
| 12/01/2005 | DH | DHL | $14.21 |
| 12/01/2005 | DH | DHL | $24.45 |
| 12/01/2005 | DH | DHL | $14.21 |
| 12/01/2005 | DH | DHL | $20.08 |
| 12/01/2005 | DH | DHL | $11.43 |
| 12/01/2005 | DH | DHL | $17.15 |
| 12/01/2005 | DH | DHL | $11.43 |
| 12/01/2005 | DH | DHL | $11.43 |
| 12/01/2005 | PO | Postage | $0.83 |
| 12/02/2005 | DC | Tristate | $15.00 |
| 12/02/2005 | DC | Tristate | $30.00 |
| 12/02/2005 | DC | Tristate | $5.00 |
| 12/02/2005 | DC | Tristate | $315.00 |
| 12/02/2005 | DC | Tristate | $24.75 |
| 12/02/2005 | DC | Tristate | $24.75 |
| 12/02/2005 | DH | DHL | $8.53 |
| 12/02/2005 | DH | DHL | $9.54 |
| 12/02/2005 | DH | DHL | $9.54 |
| 12/02/2005 | DH | DHL | $8.53 |
| 12/02/2005 | DH | DHL | $8.53 |
| 12/02/2005 | PO | Postage | $4.75 |
| 12/02/2005 | PO | Postage | $6.85 |
| 12/02/2005 | PO | Postage | $379.75 |
| 12/02/2005 | PO | Postage | $2.10 |

**Invoice number 67447**     91100  00001                              **Page  13**

| | | | |
|---|---|---|---|
| 12/05/2005 | DC | Tristate | $24.75 |
| 12/05/2005 | RE | (A1 CORR 72 @0.15 PER PG) | $10.80 |
| 12/05/2005 | RE | (A2 CORR 40 @0.15 PER PG) | $6.00 |
| 12/05/2005 | RE | (G7 CORR 944 @0.15 PER PG) | $141.60 |
| 12/05/2005 | RE | (G9 CORR 708 @0.15 PER PG) | $106.20 |
| 12/05/2005 | RE | (G8 CORR 2769 @0.15 PER PG) | $415.35 |
| 12/06/2005 | DC | Tristate | $9.00 |
| 12/06/2005 | DH | DHL | $16.31 |
| 12/06/2005 | DH | DHL | $22.98 |
| 12/06/2005 | DH | DHL | $13.75 |
| 12/06/2005 | DH | DHL | $14.21 |
| 12/06/2005 | DH | DHL | $31.31 |
| 12/06/2005 | FE | Federal Express [E108] | $150.76 |
| 12/06/2005 | RE | (A2 CORR 236 @0.15 PER PG) | $35.40 |
| 12/06/2005 | RE | (A1 CORR 139 @0.15 PER PG) | $20.85 |
| 12/06/2005 | RE | (G8 CORR 259 @0.15 PER PG) | $38.85 |
| 12/07/2005 | DC | Tristate | $15.00 |
| 12/07/2005 | DC | Tristate | $342.00 |
| 12/07/2005 | DC | Tristate | $24.75 |
| 12/07/2005 | DC | Tristate | $24.75 |
| 12/07/2005 | PO | Postage | $279.93 |
| 12/07/2005 | PO | Postage | $1.60 |
| 12/07/2005 | RE | (A1 CORR 35 @0.15 PER PG) | $5.25 |
| 12/07/2005 | RE | (G8 CORR 569 @0.15 PER PG) | $85.35 |
| 12/07/2005 | RE | (G7 CORR 21 @0.15 PER PG) | $3.15 |
| 12/07/2005 | RE | (G7 CORR 2 @0.15 PER PG) | $0.30 |
| 12/07/2005 | RE | (G9 DEC 950 @0.15 PER PG) | $142.50 |
| 12/07/2005 | RE | (G7 CORR 1288 @0.15 PER PG) | $193.20 |
| 12/07/2005 | RE | (G8 CORR 4590 @0.15 PER PG) | $688.50 |
| 12/08/2005 | DC | Tristate | $15.00 |
| 12/08/2005 | DC | Tristate | $16.50 |
| 12/08/2005 | DC | Tristate | $72.00 |
| 12/08/2005 | DH | DHL | $9.74 |
| 12/08/2005 | DH | DHL | $15.70 |
| 12/08/2005 | DH | DHL | $14.25 |
| 12/08/2005 | DH | DHL | $9.74 |
| 12/08/2005 | DH | DHL | $9.74 |
| 12/08/2005 | DH | DHL | $14.25 |
| 12/08/2005 | PO | Postage | $5.40 |
| 12/08/2005 | PO | Postage | $379.75 |
| 12/08/2005 | PO | Postage | $2.10 |
| 12/08/2005 | RE | (G8 CORR 92 @0.15 PER PG) | $13.80 |
| 12/09/2005 | DC | Tristate | $15.00 |

**Invoice number  67447**         91100   00001                              **Page  14**

| 12/09/2005 | DC | Tristate | $306.00 |
|---|---|---|---|
| 12/09/2005 | DC | Tristate | $24.75 |
| 12/09/2005 | DC | Tristate | $24.75 |
| 12/09/2005 | DH | DHL | $14.25 |
| 12/09/2005 | DH | DHL | $17.01 |
| 12/09/2005 | DH | DHL | $16.57 |
| 12/09/2005 | DH | DHL | $32.64 |
| 12/09/2005 | RE | (A1 CORR 2233 @0.15 PER PG) | $334.95 |
| 12/09/2005 | RE | (A2 CORR 590 @0.15 PER PG) | $88.50 |
| 12/09/2005 | RE | (G8 CORR 2399 @0.15 PER PG) | $359.85 |
| 12/09/2005 | RE | (G9 CORR 3712 @0.15 PER PG) | $556.80 |
| 12/09/2005 | RE | (A1 CORR 534 @0.15 PER PG) | $80.10 |
| 12/09/2005 | RE | (A2 CORR 707 @0.15 PER PG) | $106.05 |
| 12/09/2005 | RE | (G7 CORR 874 @0.15 PER PG) | $131.10 |
| 12/09/2005 | RE | (A2 CORR 1542 @0.15 PER PG) | $231.30 |
| 12/09/2005 | RE | (G7 CORR 2 @0.15 PER PG) | $0.30 |
| 12/09/2005 | RE | (G8 CORR 3561 @0.15 PER PG) | $534.15 |
| 12/09/2005 | RE | (G9 AGR 3841 @0.15 PER PG) | $576.15 |
| 12/12/2005 | DC | Tristate | $15.00 |
| 12/12/2005 | DC | Tristate | $16.50 |
| 12/12/2005 | DC | Tristate | $315.00 |
| 12/12/2005 | DC | Tristate | $24.75 |
| 12/12/2005 | DC | Tristate | $24.75 |
| 12/12/2005 | PO | Postage | $192.21 |
| 12/12/2005 | PO | Postage | $87.72 |
| 12/12/2005 | PO | Postage | $1.60 |
| 12/12/2005 | RE | (G9 CORR 516 @0.15 PER PG) | $77.40 |
| 12/12/2005 | RE | (G9 CORR 2 @0.15 PER PG) | $0.30 |
| 12/12/2005 | RE | (G8 CORR 4888 @0.15 PER PG) | $733.20 |
| 12/13/2005 | DC | Tristate | $15.00 |
| 12/13/2005 | DC | Tristate | $16.50 |
| 12/13/2005 | DC | Tristate | $414.00 |
| 12/13/2005 | DC | Tristate | $63.00 |
| 12/13/2005 | DC | Tristate | $24.75 |
| 12/13/2005 | DC | Tristate | $24.75 |
| 12/13/2005 | DH | DHL | $12.04 |
| 12/13/2005 | DH | DHL | $12.82 |
| 12/13/2005 | DH | DHL | $18.62 |
| 12/13/2005 | DH | DHL | $11.43 |
| 12/13/2005 | DH | DHL | $22.98 |
| 12/13/2005 | FE | Federal Express [E108] | $104.68 |
| 12/13/2005 | PO | Postage | $181.77 |
| 12/13/2005 | PO | Postage | $15.60 |

**Invoice number  67447**      91100  00001                    **Page  15**

| | | | |
|---|---|---|---|
| 12/13/2005 | PO | Postage | $42.35 |
| 12/13/2005 | RE | (G8 CORR 198 @0.15 PER PG) | $29.70 |
| 12/13/2005 | RE | (A2 CORR 459 @0.15 PER PG) | $68.85 |
| 12/13/2005 | RE | (A1 CORR 1486 @0.15 PER PG) | $222.90 |
| 12/13/2005 | RE | (G9 CORR 1025 @0.15 PER PG) | $153.75 |
| 12/13/2005 | RE | (G7 DEC 713 @0.15 PER PG) | $106.95 |
| 12/13/2005 | RE | (G8 CORR 1026 @0.15 PER PG) | $153.90 |
| 12/13/2005 | RE | (A2 FEE 2234 @0.15 PER PG) | $335.10 |
| 12/13/2005 | RE | (A2 NOTC 144 @0.15 PER PG) | $21.60 |
| 12/14/2005 | DC | Tristate | $15.00 |
| 12/14/2005 | DC | Tristate | $24.75 |
| 12/14/2005 | DC | Tristate | $531.00 |
| 12/14/2005 | DC | Tristate | $24.75 |
| 12/14/2005 | DC | Tristate | $24.75 |
| 12/14/2005 | DH | DHL | $10.35 |
| 12/14/2005 | DH | DHL | $16.31 |
| 12/14/2005 | PO | Postage | $3.85 |
| 12/14/2005 | PO | Postage | $57.75 |
| 12/14/2005 | PO | Postage | $130.80 |
| 12/14/2005 | PO | Postage | $0.85 |
| 12/14/2005 | PO | Postage | $6.60 |
| 12/14/2005 | RE | (A1 CORR 431 @0.15 PER PG) | $64.65 |
| 12/14/2005 | RE | (A2 CORR 1694 @0.15 PER PG) | $254.10 |
| 12/14/2005 | RE | (G8 CORR 114 @0.15 PER PG) | $17.10 |
| 12/14/2005 | RE | (G8 CORR 190 @0.15 PER PG) | $28.50 |
| 12/14/2005 | RE | (G8 CORR 514 @0.15 PER PG) | $77.10 |
| 12/14/2005 | RE | (G9 CORR 644 @0.15 PER PG) | $96.60 |
| 12/14/2005 | RE | (A1 DOC 805 @0.15 PER PG) | $120.75 |
| 12/14/2005 | RE | (A2 DOC 1702 @0.15 PER PG) | $255.30 |
| 12/14/2005 | RE | (G9 CORR 341 @0.15 PER PG) | $51.15 |
| 12/14/2005 | RE | (G8 CORR 1171 @0.15 PER PG) | $175.65 |
| 12/14/2005 | RE | (G9 CORR 92 @0.15 PER PG) | $13.80 |
| 12/15/2005 | DC | Tristate | $16.50 |
| 12/15/2005 | DH | DHL | $12.04 |
| 12/15/2005 | DH | DHL | $12.04 |
| 12/15/2005 | DH | DHL | $18.62 |
| 12/15/2005 | DH | DHL | $21.53 |
| 12/15/2005 | DH | DHL | $13.29 |
| 12/15/2005 | DH | DHL | $17.15 |
| 12/15/2005 | DH | DHL | $20.08 |
| 12/15/2005 | DH | DHL | $11.43 |
| 12/15/2005 | DH | DHL | $11.43 |
| 12/15/2005 | DH | DHL | $11.43 |

| 12/15/2005 | RE | (A2 CORR 808 @0.15 PER PG) | $121.20 |
| 12/15/2005 | RE | (A1 CORR 588 @0.15 PER PG) | $88.20 |
| 12/15/2005 | RE | (A2 CORR 205 @0.15 PER PG) | $30.75 |
| 12/16/2005 | DC | Tristate | $369.00 |
| 12/16/2005 | DC | Tristate | $24.75 |
| 12/16/2005 | DC | Tristate | $24.75 |
| 12/16/2005 | DC | Tristate | $24.75 |
| 12/16/2005 | DC | Tristate | $15.00 |
| 12/16/2005 | DC | Tristate | $5.00 |
| 12/16/2005 | DC | Tristate | $45.00 |
| 12/16/2005 | PO | Postage | $6.60 |
| 12/16/2005 | PO | Postage | $0.83 |
| 12/16/2005 | PO | Postage | $11.66 |
| 12/16/2005 | PO | Postage | $835.45 |
| 12/16/2005 | PO | Postage | $4.40 |
| 12/16/2005 | PO | Postage | $0.83 |
| 12/16/2005 | PO | Postage | $22.75 |
| 12/16/2005 | PO | Postage | $230.02 |
| 12/16/2005 | PO | Postage | $1.35 |
| 12/16/2005 | RE | (A2 CORR 40 @0.15 PER PG) | $6.00 |
| 12/16/2005 | RE | (G9 CORR 101 @0.15 PER PG) | $15.15 |
| 12/16/2005 | RE | (A2 CORR 2 @0.15 PER PG) | $0.30 |
| 12/16/2005 | RE | (A2 CORR 9 @0.15 PER PG) | $1.35 |
| 12/16/2005 | RE | (G8 CORR 272 @0.15 PER PG) | $40.80 |
| 12/16/2005 | RE | (G7 CORR 678 @0.15 PER PG) | $101.70 |
| 12/16/2005 | RE | (A1 AGR 4611 @0.15 PER PG) | $691.65 |
| 12/16/2005 | RE | (A2 AGR 4715 @0.15 PER PG) | $707.25 |
| 12/16/2005 | RE | (G9 AGR 6840 @0.15 PER PG) | $1,026.00 |
| 12/16/2005 | RE | (G8 A 6934 @0.15 PER PG) | $1,040.10 |
| 12/16/2005 | RE | (G8 CORR 434 @0.15 PER PG) | $65.10 |
| 12/16/2005 | RE | (A2 AGR 27 @0.15 PER PG) | $4.05 |
| 12/16/2005 | RE | (G8 CORR 18 @0.15 PER PG) | $2.70 |
| 12/19/2005 | DC | Tristate | $15.00 |
| 12/19/2005 | DC | Tristate | $16.50 |
| 12/19/2005 | DC | Tristate | $40.00 |
| 12/19/2005 | DC | Tristate | $324.00 |
| 12/19/2005 | DC | Tristate | $24.75 |
| 12/19/2005 | DC | Tristate | $24.75 |
| 12/19/2005 | RE | (G9 CORR 735 @0.15 PER PG) | $110.25 |
| 12/19/2005 | RE | (G9 CORR 2151 @0.15 PER PG) | $322.65 |
| 12/19/2005 | RE | (G9 CORR 2064 @0.15 PER PG) | $309.60 |
| 12/19/2005 | RE | (G8 CORR 2066 @0.15 PER PG) | $309.90 |
| 12/20/2005 | DC | Tristate | $15.00 |

**Invoice number 67447**      91100  00001                                    **Page  17**

| 12/20/2005 | DC | Tristate | $16.50 |
| 12/20/2005 | DC | Tristate | $108.00 |
| 12/20/2005 | DC | Tristate | $108.00 |
| 12/20/2005 | DH | DHL | $11.43 |
| 12/20/2005 | DH | DHL | $12.04 |
| 12/20/2005 | DH | DHL | $18.62 |
| 12/20/2005 | DH | DHL | $12.04 |
| 12/20/2005 | DH | DHL | $22.98 |
| 12/20/2005 | FE | Federal Express [E108] | $213.27 |
| 12/20/2005 | PO | Postage | $4.20 |
| 12/20/2005 | RE | (A2 CORR 184 @0.15 PER PG) | $27.60 |
| 12/20/2005 | RE | (G9 CORR 128 @0.15 PER PG) | $19.20 |
| 12/20/2005 | RE | (G9 CORR 984 @0.15 PER PG) | $147.60 |
| 12/20/2005 | RE | (G8 CORR 836 @0.15 PER PG) | $125.40 |
| 12/20/2005 | RE | (A2 DOC 1885 @0.15 PER PG) | $282.75 |
| 12/21/2005 | DC | Tristate | $32.50 |
| 12/21/2005 | DH | DHL | $13.75 |
| 12/21/2005 | DH | DHL | $13.75 |
| 12/21/2005 | DH | DHL | $22.98 |
| 12/21/2005 | DH | DHL | $13.75 |
| 12/21/2005 | DH | DHL | $31.31 |
| 12/21/2005 | DH | DHL | $19.54 |
| 12/21/2005 | RE | (G8 CORR 703 @0.15 PER PG) | $105.45 |
| 12/21/2005 | RE | (A2 CORR 35 @0.15 PER PG) | $5.25 |
| 12/22/2005 | DC | Tristate | $15.00 |
| 12/22/2005 | DC | Tristate | $342.00 |
| 12/22/2005 | DH | DHL | $9.54 |
| 12/22/2005 | PO | Postage | $470.05 |
| 12/22/2005 | PO | Postage | $226.05 |
| 12/22/2005 | PO | Postage | $84.70 |
| 12/22/2005 | PO | Postage | $193.05 |
| 12/22/2005 | PO | Postage | $39.25 |
| 12/22/2005 | PO | Postage | $239.40 |
| 12/22/2005 | PO | Postage | $7.00 |
| 12/22/2005 | RE | (A2 CORR 548 @0.15 PER PG) | $82.20 |
| 12/22/2005 | RE | (A1 CORR 91 @0.15 PER PG) | $13.65 |
| 12/22/2005 | RE | (G7 CORR 150 @0.15 PER PG) | $22.50 |
| 12/22/2005 | RE | (G9 CORR 6144 @0.15 PER PG) | $921.60 |
| 12/22/2005 | RE | (G7 CORR 1519 @0.15 PER PG) | $227.85 |
| 12/22/2005 | RE | (A1 CORR 18769 @0.15 PER PG) | $2,815.35 |
| 12/22/2005 | RE | (A2 CORR 23040 @0.15 PER PG) | $3,456.00 |
| 12/22/2005 | RE | (G9 A 3836 @0.15 PER PG) | $575.40 |
| 12/22/2005 | RE | (G9 CORR 1555 @0.15 PER PG) | $233.25 |

**Invoice number  67447**        91100   00001                **Page  18**

| | | | |
|---|---|---|---|
| 12/22/2005 | RE | (A1 CORR 2240 @0.15 PER PG) | $336.00 |
| 12/22/2005 | RE | (A2 CORR 3771 @0.15 PER PG) | $565.65 |
| 12/22/2005 | RE | (G8 CORR 2288 @0.15 PER PG) | $343.20 |
| 12/22/2005 | RE | (G7 CORR 2301 @0.15 PER PG) | $345.15 |
| 12/22/2005 | RE | (G9 A 1202 @0.15 PER PG) | $180.30 |
| 12/22/2005 | RE | (A2 A 4 @0.15 PER PG) | $0.60 |
| 12/23/2005 | DC | Tristate | $306.00 |
| 12/23/2005 | DC | Tristate | $16.50 |
| 12/23/2005 | DC | Tristate | $16.50 |
| 12/23/2005 | DC | Tristate | $15.00 |
| 12/23/2005 | DC | Tristate | $16.50 |
| 12/23/2005 | DC | Tristate | $16.50 |
| 12/23/2005 | DC | Tristate | $16.50 |
| 12/23/2005 | DC | Tristate | $288.00 |
| 12/23/2005 | DH | DHL | $15.70 |
| 12/23/2005 | DH | DHL | $31.31 |
| 12/23/2005 | DH | DHL | $16.14 |
| 12/23/2005 | DH | DHL | $15.70 |
| 12/23/2005 | DH | DHL | $44.93 |
| 12/23/2005 | PO | Postage | $279.93 |
| 12/23/2005 | PO | Postage | $1.60 |
| 12/27/2005 | DC | Tristate | $16.50 |
| 12/27/2005 | FE | Federal Express [E108] | $44.88 |
| 12/27/2005 | RE | (G9 CORR 472 @0.15 PER PG) | $70.80 |
| 12/27/2005 | RE | (A1 CORR 407 @0.15 PER PG) | $61.05 |
| 12/27/2005 | RE | (G8 CORR 97 @0.15 PER PG) | $14.55 |
| 12/28/2005 | DC | Tristate | $15.00 |
| 12/28/2005 | DC | Tristate | $414.00 |
| 12/28/2005 | PO | Postage | $130.20 |
| 12/28/2005 | PO | Postage | $0.85 |
| 12/28/2005 | PO | Postage | $26.84 |
| 12/28/2005 | RE | (A2 CORR 1654 @0.15 PER PG) | $248.10 |
| 12/28/2005 | RE | (G7 CORR 77 @0.15 PER PG) | $11.55 |
| 12/28/2005 | RE | (G8 CORR 1028 @0.15 PER PG) | $154.20 |
| 12/28/2005 | RE | (A2 NOTC 960 @0.15 PER PG) | $144.00 |
| 12/28/2005 | RE | (G9 CORR 1066 @0.15 PER PG) | $159.90 |
| 12/28/2005 | RE | (G8 CORR 2 @0.15 PER PG) | $0.30 |
| 12/29/2005 | DC | Tristate | $15.00 |
| 12/29/2005 | DC | Tristate | $16.50 |
| 12/29/2005 | DC | Tristate | $5.00 |
| 12/29/2005 | RE | (A1 CORR 1045 @0.15 PER PG) | $156.75 |
| 12/30/2005 | DC | Tristate | $15.00 |
| 12/30/2005 | DC | Tristate | $230.00 |

**Invoice number  67447**        91100   00001                                                **Page  19**

| | | | |
|---|---|---|---:|
| 12/30/2005 | DC | Tristate | $16.50 |
| 12/30/2005 | DC | Tristate | $16.50 |
| 12/30/2005 | DC | Tristate | $16.50 |
| 12/30/2005 | DC | Tristate | $90.00 |
| 12/30/2005 | PO | Postage | $26.84 |
| 12/30/2005 | PO | Postage | $130.20 |
| 12/30/2005 | PO | Postage | $0.85 |
| 12/30/2005 | PO | Postage | $42.35 |
| 12/30/2005 | RE | (A1 CORR 2464 @0.15 PER PG) | $369.60 |
| 12/30/2005 | RE | (A2 CORR 3442 @0.15 PER PG) | $516.30 |
| 12/30/2005 | RE | (G8 CORR 174 @0.15 PER PG) | $26.10 |
| 12/30/2005 | RE | (G7 CORR 684 @0.15 PER PG) | $102.60 |
| 12/30/2005 | RE | (G9 CORR 1282 @0.15 PER PG) | $192.30 |
| 12/30/2005 | RE | (G7 CORR 4 @0.15 PER PG) | $0.60 |
| 12/30/2005 | RE | (A1 CORR 945 @0.15 PER PG) | $141.75 |
| 12/30/2005 | RE | (A2 CORR 1682 @0.15 PER PG) | $252.30 |
| 12/30/2005 | RE | (G8 CORR 4252 @0.15 PER PG) | $637.80 |

Total Expenses:                                                            **$43,874.74**

## Summary:

| | |
|---|---:|
| Total professional services | $36,758.50 |
| Total expenses | $43,874.74 |
| **Net current charges** | $80,633.24 |
| | |
| Net balance forward | $342,595.71 |
| **Total balance now due** | $423,228.95 |

| | | | | |
|---|---|---:|---:|---:|
| CAK | Knotts, Cheryl A. | 2.20 | 140.00 | $308.00 |
| CJB | Bouzoukis, Charles J. | 0.30 | 60.00 | $18.00 |
| JEO | O'Neill, James E. | 5.00 | 207.50 | $1,037.50 |
| JEO | O'Neill, James E. | 58.20 | 415.00 | $24,153.00 |
| KKY | Yee, Karina K. | 4.40 | 145.00 | $638.00 |
| KSN | Neil, Karen S. | 1.00 | 55.00 | $55.00 |
| LDJ | Jones, Laura Davis | 1.00 | 595.00 | $595.00 |
| MRS | Seidl, Michael R. | 1.00 | 375.00 | $375.00 |
| MSC | Chappe, Marlene S. | 1.50 | 135.00 | $202.50 |
| PEC | Cuniff, Patricia E. | 48.50 | 140.00 | $6,790.00 |
| RMO | Olivere, Rita M. | 2.80 | 75.00 | $210.00 |
| SEM | McFarland, Scotta E. | 0.10 | 425.00 | $42.50 |
| SLP | Pitman, L. Sheryle | 23.70 | 70.00 | $1,659.00 |

**Invoice number 67447**      91100  00001                                **Page  20**

| WLR | Ramseyer, William L. | | 1.80 | 375.00 | $675.00 |
|-----|----------------------|---|------|--------|---------|
| | | | 151.50 | | $36,758.50 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| CA | Case Administration [B110] | 45.70 | $4,448.50 |
| CR01 | WRG-Claim Analysis (Asbestos) | 29.80 | $9,633.00 |
| EA01 | WRG-Employ. App., Others | 0.60 | $84.00 |
| FA | WRG-Fee Apps., Applicant | 6.20 | $1,746.00 |
| FA01 | WRG-Fee Applications, Others | 17.30 | $3,506.50 |
| LN | Litigation (Non-Bankruptcy) | 40.70 | $14,305.50 |
| OP | Operations [B210] | 1.80 | $420.50 |
| PD | Plan & Disclosure Stmt. [B320] | 4.40 | $1,577.00 |
| TR | Travel | 5.00 | $1,037.50 |
| | | 151.50 | $36,758.50 |

## Expense Code Summary

| | |
|---|---|
| Delivery/Courier Service | $7,350.25 |
| DHL- Worldwide Express | $1,243.79 |
| Federal Express [E108] | $580.51 |
| Outside Reproduction Expense | $1,471.32 |
| Pacer - Court Research | $438.55 |
| Postage [E108] | $5,381.00 |
| Reproduction Expense [E101] | $27,389.10 |
| Overtime | $20.22 |
| | $43,874.74 |