## Exhibit A

CUMULATIVE SUMMARY OF INTERIM APPPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2005, THROUGH SEPTEMBER 30, 2005 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 11/14/05 | 08/01/05-08/31/05 | $ 4,567.00 | $ 38.27 | $ 3,653.60 | $ 38.27 | $ 913.40 |
| 11/14/05 | 09/01/05-09/30/05 | $18,503.00 | $175.04 | $14,802.40 | $175.04 | $3,700.60 |

### CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 32 | Fee Application, Applicant | 1.20 | $ 570.00 |
| 35 | Other Fee Applications | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 41 | Tax Issues | 0 | 0 |
| 46 | Tax Litigation | 68.70 | $22,500.00 |
| 42 | Travel (1/2 total hours billed) | | $ 0 |
| | Total | 69.90 | $23,070.00 |

### CUMULATIVE EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone | $ 19.90 |
| Copies – Matter 32 (Fee Applications) | $ 0 |
| Copies – Matter 46 (Tax Litigation) | $ 158.75 |
| Computer Database Research | $ 39.66 |
| Local Messenger | $ 0 |
| Federal Express/Overnight Messenger | $ 0 |
| Facsimile | $ 4.00 |
| Postage | $ 0 |
| Meals | $ 0 |
| Hotel | $ 0 |
| Parking | $ 0 |
| Airfare | $ 0 |
| Total | $ 222.31 |