## Exhibit D
July Fee Application

No Fee Application for July 2005.