IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| | ) | Objection Date: February 21, 2006 at 4:00 p.m. |
| | ) | Hearing Date: March 27, 2006 at 2:00 p.m. |
| Debtors. | ) | |
| | ) | |
| | ) | |

## QUARTERLY APPLICATION OF
## BMC GROUP FOR COMPENSATION FOR SERVICES
## RENDERED AND REIMBURSEMENT OF EXPENSES AS
## CLAIMS RECONCILIATION AND SOLICITATION CONSULTANT
## TO THE DEBTORS FOR THE EIGHTEENTH QUARTERLY
## INTERIM PERIOD (JULY 1, 2005 THROUGH SEPTEMBER 30, 2005)

| | |
|---|---|
| Name of Applicant: | BMC Group (f/k/a Bankruptcy Management Corporation) ("BMC") |
| Authorized to Provide Professional Services to: | The above-captioned debtors and debtors in possession |
| Date of Retention: | Retention Order entered May 8, 2002; effective as of April 4, 2002 |
| Period for which Compensation and Reimbursement is Sought: | July 1, 2005 through September 30, 2005 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $1,487,812.75 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $ 95,538.03 |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food =N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1

**This is a:**  ☐ Monthly Application   ☒ Quarterly Application   ☐ Final Application

The total time expended for preparation of this fee application is approximately 40.0 hours and the corresponding compensation requested is approximately $8,400.00[2]

This Quarterly Application filed by BMC is for the 18th Quarterly Interim Period.

## PRIOR APPLICATIONS

| Date Filed | App No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|---|
| 3/4/2003 | N/A | 4/4/2002-4/30/2002 | $18,913.50 | $1,420.00 | $15,130.80 | $1,420.00 |
| 3/4/2003 | N/A | 5/1/2002-5/31/2002 | $46,559.00 | $2,781.83 | $37,247.20 | $2,781.83 |
| 3/4/2003 | N/A | 6/1/2002-6/30/2002 | $42,162.00 | $3,538.24 | $33,729.60 | $3,538.24 |
| 3/4/2003 | N/A | 5th Quarterly 2002 | $107,634.50 | $7,740.07 | $86,107.60 | $7,740.07 |
| 3/4/2003 | N/A | 7/1/2002-7/31/2002 | $48,181.75 | $10,701.48 | $38,545.40 | $10,701.48 |
| 3/4/2003 | N/A | 8/1/2002-8/31/2002 | $48,729.50 | $1,891.32 | $38,983.60 | $1,891.32 |
| 3/4/2003 | N/A | 9/1/2002-9/30/2002 | $55,850.00 | $2,743.43 | $44,680.00 | $2,743.43 |
| 3/4/2003 | N/A | 6th Quarterly 2002 | $152,761.25 | $15,336.23 | $122,209.00 | $15,336.23 |
| 3/4/2003 | N/A | 10/1/2002-10/31/2002 | $95,621.50 | $3,384.85 | $76,497.20 | $3,384.85 |
| 3/4/2003 | N/A | 11/1/2002-11/30/2002 | $49,215.25 | $2,658.68 | $39,372.20 | $2,658.68 |
| 3/4/2003 | N/A | 12/1/2002-12/31/2002 | $46,683.00 | $850.00 | $37,346.40 | $850.00 |
| 3/4/2003 | N/A | 7th Quarterly 2002 | $191,519.75 | $6,893.53 | $153,215.80 | $6,893.53 |
| 5/15/2003 | 10 | 1/1/2003-1/31/2003 | $74,318.00 | $1,229.90 | $59,454.40 | $1,229.90 |
| 5/15/2003 | 11 | 2/1/2003-2/28/2003 | $82,610.00 | $4,837.69 | $66,088.00 | $4,837.69 |
| 5/15/2003 | 12 | 3/1/2003-3/31/2003 | $72,572.25 | $3,860.72 | $58,057.80 | $3,860.72 |
| 5/15/2003 | 8 Q | 8th Quarterly 2003 | $229,500.25 | $9,928.31 | $183,600.20 | $9,928.31 |
| 9/23/2003 | 13 | 4/1/2003-4/30/2003 | $117,598.00 | $2,132.50 | $94,078.40 | $2,132.50 |
| 9/23/2003 | 14 | 5/1/2003-5/31/2003 | $140,988.00 | $4,689.22 | $112,790.40 | $4,689.22 |
| 9/23/2003 | 15 | 6/1/2003-6/30/2003 | $95,449.00 | $8,234.67 | $76,359.20 | $8,234.67 |
| 9/23/2003 | 9 Q | 9th Quarterly 2003 | $354,035.00 | $15,480.10 | $283,228.00 | $15,480.10 |
| 2/18/2004 | 16 | 7/1/2003-7/31/2003 | $90,293.50 | $9,851.36 | $90,293.50 | $9,851.36 |
| 2/18/2004 | 17 | 8/1/2003-8/31/2003 | $88,262.50 | $2,515.87 | $88,262.50 | $2,515.87 |
| 2/18/2004 | 18 | 9/1/2003-9/30/2003 | $82,370.00 | $16,341.34 | $82,370.00 | $16,341.34 |
| 2/25/2004 | 10 Q | 10th Quarterly 2003 | $260,926.00 | $28,708.57 | $260,926.00 | $28,708.57 |
| 4/13/2004 | 19 | 10/1/2003-10/31/2003 | $86,187.00 | $1,861.76 | $86,187.00 | $1,861.76 |
| 4/13/2004 | 20 | 11/1/2003-11/30/2003 | $69,321.00 | $1,330.52 | $69,321.00 | $1,330.52 |
| 4/13/2004 | 21 | 12/1/2003-12/31/2003 | $62,679.00 | $2,627.14 | $62,679.00 | $2,627.14 |
| 4/13/2004 | 11 Q | 11th Quarterly 2003 | $218,187.00 | $5,819.42 | $218,187.00 | $2,528.88 |
| 6/18/2004 | 22 | 1/1/2004-1/31/2004 | $84,944.50 | $1,327.94 | $84,944.50 | $1,327.94 |
| 6/18/2004 | 23 | 2/1/2004-2/29/2004 | $42,147.00 | $1,623.86 | $42,147.00 | $1,623.86 |
| 6/18/2004 | 24 | 3/1/2004-3/31/2004 | $89,579.50 | $1,403.99 | $89,579.50 | $1,403.99 |
| 6/18/2004 | 12 Q | 12th Quarterly 2004 | $216,671.00 | $4,355.79 | $216,671.00 | $4,355.79 |
| 11/3/2004 | 25 | 4/1/2004-4/30/2004 | $76,264.50 | $2,134.18 | $76,264.50 | $2,134.18 |
| 11/3/2004 | 26 | 5/1/2004-5/31/2004 | $63,313.50 | $2,330.43 | $63,313.50 | $2,330.43 |
| 11/3/2004 | 27 | 6/1/2004-6/30/2004 | $58,641.50 | $2,795.01 | $58,641.50 | $2,795.01 |
| 11/3/2004 | 13 Q | 13th Quarterly 2004 | $198,219.50 | $7,259.62 | $198,219.50 | $7,259.62 |

---

[2] The actual number of hours expended in preparing this fee application and the corresponding compensation requested will be set forth in BMC's subsequent fee applications.

## PRIOR APPLICATIONS - continued

| Date Filed | App No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|---|
| 2/7/2005 | 28 | 7/1/2004 – 7/31/2004 | $45,396.00 | $2,558.91 | $45,396.00 | $2,558.91 |
| 2/7/2005 | 29 | 8/1/2004 – 8/31/2004 | $60,094.50 | $1,375.09 | $60,094.50 | $1,375.09 |
| 2/7/2005 | 30 | 9/1/2004 – 9/30/2004 | $75,755.50 | $1,251.65 | $75,755.50 | $1,251.65 |
| 2/7/2005 | 14Q | 14th Quarterly 2004 | $181,246.00 | $5,185.65 | $181,246.00 | $5,185.65 |
| 4/8/2005 | 31 | 10/1/2004 – 10/31/2004 | $59,922.00 | $2,144.86 | $59,922.00 | $2,144.86 |
| 4/8/2005 | 32 | 11/1/2004 – 11/30/2004 | $65,745.50 | $28,337.71 | $65,745.50 | $28,337.71 |
| 4/8/2005 | 33 | 12/1/2004 – 12/31/2004 | $62,692.00 | $8,918.87 | $62,692.00 | $8,918.87 |
| 4/8/2005 | 15Q | 15th Quarterly 2004 | $188,359.50 | $39,401.44 | $188,359.50 | $39,401.44 |
| 8/11/2005 | 34 | 1/1/2005 – 1/31/2005 | $67,384.00 | $2,530.41 | $67,384.00 | $2,530.41 |
| 8/11/2005 | 35 | 2/1/2005 – 2/28/2005 | $56,206.00 | $2,869.31 | $56,206.00 | $2,869.31 |
| 8/11/2005 | 36 | 3/1/2005 – 3/31/2005 | $64,836.00 | $1,666.16 | $64,836.00 | $1,666.16 |
| 8/11/2005 | 16Q | 16th Quarterly 2005 | $188,426.00 | $7,065.88 | 188,426.00 | $7,065.00 |
| 10/31/2005 | 37 | 4/1/2005 – 4/30/2005 | $88,685.50 | $2,391.33 | Pending | Pending |
| 10/31/2005 | 38 | 5/1/2005 – 5/31/2005 | $158,852.00 | $4,552.49 | Pending | Pending |
| 10/31/2005 | 39 | 6/1/2005 – 6/30/2005 | $232,914.00 | $13,912.17 | Pending | Pending |
| 10/31/2005 | 17Q | 17th Quarterly 2005 | $480,451.50 | $20,855.99 | Pending | Pending |
| 11/22/2005 | 40 | 7/1/2005 – 7/31/2005 | $468,997.75 | $17,359.91 | Pending | Pending |
| 11/22/2005 | 41 | 8/1/2005 – 8/31/2005 | $684,403.00 | $43,446.98 | Pending | Pending |
| 11/22/2005 | 42 | 9/1/2005 – 9/30/2005 | $334,412.00 | $34,731.14 | Pending | Pending |
| 11/22/2005 | 18Q | 18th Quarterly 2005 | $1,487,812.75 | $95,538.03 | Pending | Pending |

## BIOGRAPHICAL INFORMATION

| Name of Professional Person | Position with Applicant, Number of Years in Position, Prior Relevant Experience, Licenses and Year Obtained, Area of Expertise | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Tinamarie Feil | Chief Financial Officer and co-founder of BMC, 6 years; 23 years experience in bankruptcy and other legal practice areas | $275.00 | 6.1 | $1,677.50 |
| Liliana Anzaldo | Case Support Clerk, 1¼ years | $45.00 | 1.1 | $49.50 |
| Martha Araki | Senior Bankruptcy Consultant, 5½ years; 19 years bankruptcy experience | $210.00 | 291.7 | $61,257.00 |
| Mark Austin | Senior Data Consultant, 8 months; 11 years prior systems and application development | $150.00 | 6.0 | $900.00 |
| Roy Baez | Case Support Clerk, 5 years | $65.00 | 1.3 | $84.50 |
| Varouj Bakhshian | Senior Bankruptcy Consultant, 3 years; 15 years prior experience as a bankruptcy attorney | $205.00 | 122.8 | $25,174.00 |
| Varouj Bakhshian | Travel | $102.50 | 19.0 | $1,947.50 |
| Chris Barnicle | Senior Data Consultant, 7 months; 7 years prior experience in business technology consulting | $140.00 | 3.5 | $490.00 |

3

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| James Bartlett | Case Support Associate, 1¾ years | $85.00 | 7.5 | $637.50 |
| Josh Berman | Technology Manager, 3 months; 10 years prior experience in data management, process re-engineering, and custom technology build-out | $200.00 | 36.7 | $7,340.00 |
| Lauri Bogue | Reconciliation Consultant, 2¾ years; 4 years prior bankruptcy experience | $110.00 | 204.2 | $22,462.00 |
| Mike Booth | Claims Reconciliation Manager, 2¾ years; 4 years bankruptcy experience | $165.00 | 95.8 | $15,807.00 |
| Andrea Bosack | Case Information Services Lead, 3½ years; 7 years prior experience as Manager of Call Center of major class action/bankruptcy firm | $90.00 | 5.1 | $459.00 |
| Brendan Bosack | Senior Data Consultant, 3¾ years; former application project manager for a claims agent; 7 years prior experience in bankruptcy data, application development and reporting | $175.00 | 0.2 | $35.00 |
| Susan Burnett | Consultant, 2 years; 3 years prior experience as an attorney, 20 years prior accounting and finance experience | $150.00 | 84.1 | $12,615.00 |
| Susan Burnett | Travel | $75.00 | 8.5 | $637.50 |
| Jacqueline Bush | Data Consultant, 3½ years | $95.00 | 96.7 | $9,186.50 |
| Gay Capangpangan | Case Analyst, 1 year; 5 years prior legal industry experience | $65.00 | 20.3 | $1,319.50 |
| Mireya Carranza | Case Support Clerk, 1¾ years | $45.00 | 6.9 | $310.50 |
| Anne Carter | Consultant, 5½ years; 22 years prior experience in bankruptcy and other legal practice areas | $125.00 | 163.0 | $20,375.00 |
| Patrick Cleland | Case Analyst, 1¾ years | $65.00 | 33.0 | $2,145.00 |
| Steffanie Cohen | Reconciliation Consultant, 2¾ years; 2 years prior bankruptcy experience | $110.00 | 136.9 | $15,059.00 |
| David Cole | Senior Consultant, 2 months; 2 years prior experience as a bankruptcy attorney | $150.00 | 171.9 | $25,785.00 |
| Phillip Condor | Case Analyst, 1 year; 2 years prior legal industry experience | $65.00 | 97.6 | $6,344.00 |
| Temeka Curtis | Case Support Clerk, 2½ years | $45.00 | 3.5 | $227.50 |
| Rodulfo Dacalos | Case Analyst, 1 year; 3 years prior legal experience | $65.00 | 60.0 | $3,900.00 |
| Brad Daniel | Senior Data Consultant, 5 years; former Software Development Project Manager, Swedelson & Gottlieb; 7 years bankruptcy and legal industry experience | $200.00 | 52.6 | $10,520.00 |
| Corazon Del Pilar | Case Support Clerk, 1¾ years | $45.00 | 25.2 | $1,134.00 |
| Reynante dela Cruz | Case Analyst, 2 months | $65.00 | 14.1 | $916.50 |
| Ellen Dors | Reconciliation Consultant, 2 years; prior bankruptcy experience with former employer during two bankruptcy cases | $110.00 | 207.3 | $22,803.00 |
| Norbert Esty | Data Analyst, 1 month | $110.00 | 17.4 | $1,914.00 |
| Julia Galyen | Senior Consultant, 6 months; 2 years prior experience as a bankruptcy attorney; 8 years prior experience as a litigation attorney | $210.00 | 633.9 | $133,119.00 |
| Diane George | Data Consultant, 4¼ years; 2 years prior bankruptcy experience | $140.00 | 1.0 | $140.00 |
| Jay Warren Gil | Case Analyst, 1¼ years; 2 years prior legal industry experience | $65.00 | 21.7 | $1,410.50 |
| Maristar Go | Case Analyst, 1 year; 2 years prior legal industry experience | $65.00 | 21.5 | $1,397.50 |
| Sheila Goold | Consultant, 5 years; 2 years prior legal industry experience | $125.00 | 8.2 | $1,025.00 |

4

| Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| Mike Grimmett | Senior Data Consultant, 2¾ years; 12 years prior experience bankruptcy and data programming | $175.00 | 897.1 | $156,992.50 |
| Mike Grimmett | Travel | $87.50 | 82.5 | $7,218.75 |
| Brian Hall | Case Support Associate, 4 years | $95.00 | 6.5 | $617.50 |
| Yvette Hassman | Case Support Associate, 2¼ years; 3 years prior bankruptcy case support experience | $90.00 | 33.9 | $3,051.00 |
| William Hemphill | Consultant, 1½ years; 10 years prior experience in litigation legal practice area | $125.00 | 156.3 | $19,537.50 |
| Sue Herrschaft | Senior Consultant, 2¾ years; former Operations Manager, Audit Division, Arthur Andersen-LA; 10 years prior experience in risk management and quality assurance | $210.00 | 688.3 | $144,543.00 |
| Sue Herrschaft | Travel | $105.00 | 14.0 | $1,470.00 |
| Leila Hughes | Reconciliation Analyst, 2¾ years; 10 years prior experience in accounts payable and creditor negotiation | $75.00 | 38.2 | $2,865.00 |
| Diane Hursey | Senior Data Consultant, 3¼ years; 15 years prior experience in financial systems as technical project manager and technical consultant | $175.00 | 135.3 | $23,677.50 |
| Diane Hursey | Travel | $87.50 | 10.0 | $875.00 |
| Matt James | Consultant, 1 month; 15 years prior experience account management | $125.00 | 1.0 | $125.00 |
| Myrtle John | Senior Bankruptcy Consultant, 4 years; 29 years experience in bankruptcy and other legal practice areas | $195.00 | 3.2 | $624.00 |
| Lemuel Jumilla | Case Analyst, 1 year; 3 years prior legal industry experience | $65.00 | 91.6 | $5,954.00 |
| Alison Keeny | Case Support Associate, 1½ years; 6 years experience in bankruptcy and other legal practice areas | $90.00 | 2.8 | $252.00 |
| Paul Kinealy | Senior Consultant, 1 month; prior experience as a bankruptcy attorney | $185.00 | 88.8 | $16,428.00 |
| Stephenie Kjontvedt | Senior Consultant, 2 years; 15 years experience in bankruptcy consulting | $140.00 | 69.5 | $9,730.00 |
| Steve Kotarba | Director, 1 year; 7 years prior experience as a bankruptcy attorney | $275.00 | 419.1 | $115,252.50 |
| Andee Kroe | Data Consultant, 3 months; 7 years prior experience in proxy solicitation and corporate governance | $140.00 | 2.5 | $350.00 |
| Gunther Kruse | Data Consultant, 2½ years; 8 years prior experience in IT industry as database administrator and network manager | $150.00 | 293.7 | $44,055.00 |
| Gunther Kruse | Travel | $75.00 | 16.0 | $1,200.00 |
| John Marshall | Consultant, 2 years; 5 years prior accounts receivable experience | $125.00 | 135.2 | $16,900.00 |
| Marquis Marshall | Case Support Clerk, 1¼ years | $45.00 | 39.3 | $1,768.50 |
| Terri Marshall | Senior Consultant, 2¾ years; 4 years prior bankruptcy experience | $185.00 | 41.4 | $7,659.00 |
| Kevin Martin | Consultant, 2½ years; 6 years prior experience in financial services; 2 years prior experience in mergers/acquisitions | $135.00 | 10.6 | $1,431.00 |
| Craig Maxwell | Data Consultant, 2½ years; 15 years prior data management experience | $125.00 | 291.3 | $36,412.50 |
| Craig Maxwell | Travel | $62.50 | 9.0 | $562.50 |
| Jeff Miller | Senior Consultant, 4 years; 5 years prior project management experience | $165.00 | 264.1 | $43,576.50 |

5

| Aimee Mondor | Case Support Associate, 1 year | $95.00 | 28.4 | $2,698.00 |
|---|---|---|---|---|
| Heather Montgomery | Consultant, 2 months; 7 years prior experience as editor at a legal publishing company | $110.00 | 242.2 | $26,642.00 |
| James Myers | Case Support Clerk, 3¾ years | $65.00 | 16.8 | $1,092.00 |
| Amy Oswald | Consultant, 2¾ years; 4 years prior bankruptcy experience | $150.00 | 288.3 | $43,245.00 |
| Derek Patterson | Consultant, 1¼ years; 8 years prior experience in financial investments and sales | $125.00 | 32.4 | $4,050.00 |
| Pat Pearson | Reconciliation Analyst, 2¾ years; 17 years prior experience in accounts payable | $65.00 | 16.2 | $1,053.00 |
| Al Quilongquilong | Case Analyst, 11 months | $65.00 | 29.8 | $1,937.00 |
| Brenda Reed | Consultant, 3 years; 12 years prior experience corporate accounting and internal auditing | $140.00 | 104.1 | $14,574.00 |
| Sean Reid | Senior Consultant, 2 years | $150.00 | 343.6 | $51,540.00 |
| Sean Reid | Travel | $75.00 | 21.3 | $1,597.50 |
| Richard Reilly | Senior Consultant, 2¼ years; 12 years prior experience financial accounting and analysis | $205.00 | 13.2 | $2,706.00 |
| Belinda Rivera | Case Support Clerk, 1½ years | $45.00 | 18.2 | $819.00 |
| Noreve Roa | Case Analyst, 1 year; 2 years prior legal industry experience | $65.00 | 27.7 | $1,800.50 |
| Airgelou Romero | Case Analyst, 1 year; 3 years prior legal industry experience | $65.00 | 39.2 | $2,548.00 |
| Lisa Ruppaner | Case Support Associate, 2¾ years | $95.00 | 60.3 | $5,728.50 |
| Lisa Schroeder | Case Support Clerk, 11 months | $45.00 | 1.3 | $58.50 |
| Lucina Solis | Case Support Associate, w years | $45.00 | 6.5 | $292.50 |
| Mabel Soto | Case Support Clerk, 1¾ years | $45.00 | 10.5 | $472.50 |
| Kong Tan | Data Consultant, 11 months; 5 years prior experience in computer application development | $150.00 | 81.7 | $12,247.50 |
| Brianna Tate | Case Information Clerk, 1¾ years | $45.00 | 7.2 | $324.00 |
| Erika Velazquez | Case Support Clerk, 1¼ years | $65.00 | 8.0 | $520.00 |
| Frank Visconti | Data Consultant, 2¼ years; former programmer/analyst Midwest Consulting Group | $125.00 | 6.5 | $812.50 |
| Elizabeth Vrato | Senior Consultant, 5 months; 14 years prior experience as a bankruptcy and general commercial litigation attorney | $210.00 | 603.9 | $126,819.00 |
| Heather Walker | Case Information Clerk, 2¾ years | $65.00 | 2.6 | $169.00 |
| Alice Whitfield | Senior Consultant, 2 months; former manager of consultants for a claims agent, 14 years prior bankruptcy experience | $200.00 | 47.8 | $9,560.00 |
| Anna Wick | Senior Data Analyst, 2¾ years | $110.00 | 105.4 | $11,594.00 |
| Tauheed Williams | Senior Consultant, 4½ years; 2 years prior experience project management | $175.00 | 7.3 | $1,277.50 |
| Robyn Witt | Senior Data Consultant, 2 months; 12 years prior experience Microsoft product applications | $125.00 | 672.4 | $84,050.00 |
| Robyn Witt | Travel | $62.50 | 58.0 | $3,625.00 |

| Grand Total: | Fees: $1,487,812.75 | Hours: 9,431.8 |
|---|---|---|
| Blended Rate: | $157.74 | |

6

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asbestos Claims | 5,345.9 | $900,527.00 |
| Asbestos PI Claims | 76.7 | $12,660.00 |
| Case Administration | 582.3 | $85,562.50 |
| Data Analysis | 2,661.4 | $386,997.50 |
| Fee Applications – Applicant | 275.4 | $57,777.00 |
| Non-Asbestos Claims | 251.8 | $25,155.00 |
| Plan & Disclosure Statement | 0.0 | 0.00 |
| Travel – Non Working | 238.3 | $19,133.75 |
| Total | 9,431.8 | $1,487,812.75 |

## EXPENSE SUMMARY

| Expense Category | Service Provider (If Applicable) | Total Expenses |
|---|---|---|
| b-Linx/Data Storage | BMC | $2,550.00 |
| Document Storage | BMC | $1,579.05 |
| Pacer | US Courts Pacer Website | $829.82 |
| Airline | Various | $10,986.07 |
| Breakfast – Travel | Various | $1,527.23 |
| Computer | Various | $34.95 |
| Conference Call | Various | $591.41 |
| Copies | Kinko's | $76.96 |
| Dinner – BMC/Client | Various | $6,454.43 |
| Equipment Rental | Various | $3.00 |
| Lodging – BMC/Client | Various | $31,352.34 |
| Lunch – Working | Various | $2,712.16 |
| Mileage | Various | $35.80 |
| Misc. | Various | $318.15 |
| Parking | Various | $1,252.22 |
| Phone/ISP | Various | $1,229.98 |
| Postage/Shipping | Various | $308.04 |
| Supplies | Various | $311.35 |
| Taxi | Various | $3,714.35 |
| Website Storage/Traffic | BMC | $321.44 |
| Total | | $67,379.14 |

**PRODUCTION EXPENSE SUMMARY**

| Date of Mailing | Service Provider (If Applicable) | Total Expenses |
|---|---|---|
| July 5, 2005 | BMC (5 mailings) | $325.50 |
| July 21, 2005 | BMC (4 mailings) | $120.94 |
| July 22, 2005 | BMC (1 mailing) | $862.28 |
| August 2, 2005 | BMC (1 mailing) | $1,530.32 |
| August 3, 2005 | BMC (1 mailing) | $2,864.42 |
| August 19, 2005 | BMC (1 mailing) | $1,131.62 |
| August 31, 2005 | BMC (1 mailing) | $699.50 |
| September 2, 2005 | BMC (2 mailings) | $5,919.96 |
| September 7, 2005 | BMC (4 mailings) | $129.87 |
| September 16, 2005 | BMC (1 mailing) | $292.81 |
| September 17, 2005 | BMC (1 mailing) | $12,719.48 |
| September 26, 2005 | BMC (1 mailing) | $1,497.03 |
| September 28, 2005 | BMC (3 mailings) | $64.16 |
| Total | | $28,158.89 |

**WHEREFORE,** BMC respectfully requests:

(a) that an allowance be made to it in the aggregate of $1,285,788.23, which is comprised of:

    (i) 80% of the fees rendered by BMC to the Debtors for reasonable and necessary professional services during the Eighteenth Quarterly Fee Period (80% of $1,487,812.75 = $1,190,250.20);

    (ii) 100% of the actual and necessary costs and expenses incurred by BMC during the Eighteenth Quarterly Fee Period ($95,538.03); and

(b) that both the fees and expenses are payable as an administrative expense of the Debtors' estates; and

(c) for such other and further relief as the Court deems just and proper.

Dated: November 21, 2005

BMC GROUP (f/k/a BANKRUPTCY MANAGEMENT CORPORATION)

By: _____
SUE HERRSCHAFT
720 Third Avenue, 23rd Floor
Seattle, Washington 98104
Telephone: (206) 516-3300
Telecopier: (206) 516-3304

Claims Reconciliation and Solicitation
Consultant to the Debtors and
Debtors in Possession

## VERIFICATION

STATE OF CALIFORNIA      )
                         )    ss.
COUNTY OF LOS ANGELES    )

SUE HERRSCHAFT, after being duly sworn, deposes and says:

1. I am employed by BMC Group (f/k/a Bankruptcy Management Corporation) ("BMC"), Applicant, the Claims Reconciliation and Solicitation Consultant to the debtors and debtors in possession herein (the "Debtors"). I am a Senior Consultant with BMC and I am responsible for overseeing the day-to-day services provided by BMC to the Debtors as BMC's Project Manager for this engagement. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

2. I have personally reviewed the consulting services rendered by BMC as Claims Reconciliation and Solicitation Consultant to the Debtors and am thoroughly familiar with the other work performed on behalf of the Debtors by other consultants and employees of BMC.

3. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Annexed hereto are the following Exhibits: **Exhibit 1** – Consolidated Fee Invoice for the Eighteenth Quarter comprised of a detail of time expended and Professional Activity Summary; and **Exhibit 2** – Monthly Expense Invoices for the Eighteenth Quarter comprised of (i) an Expense Invoice and Detail for each month and (ii) a Production Invoice and Detail. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and

Reimbursement of Expenses for Professionals and Official Committee Members,' signed April 17, 2002, and submit that the Application herein substantially complies with such Rules and Order.

_____
SUE HERRSCHAFT

SWORN AND SUBSCRIBED to before me this 21st day of November, 2005

_____
Notary Public
My Commission Expires:

YVETTE GARCIA
COMM. # 1526634
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Exp. Nov. 13, 2008