IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. Grace & Co., et al., | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | Re: Docket No. 9315 |

### STIPULATION BETWEEN THE DEBTORS
### AND SPEIGHTS & RUNYAN REGARDING
### THE WITHDRAWAL OF CERTAIN ASBESTOS PROPERTY DAMAGE CLAIMS

This stipulation (the "Stipulation") is made this 25th day of January, 2006, by and between the above-captioned debtors (the "Debtors") and Speights & Runyan ("Speights", or together with the Debtors, the "Parties") regarding the withdrawal of certain asbestos property damage claims (the "PD Claims") that are identified in Exhibits "1" and "2" to the form of order approving this Stipulation attached hereto as Exhibit "A".

WHEREAS pursuant to Fed. R. Bankr. P. 3006, Speights wishes to withdraw, and the Debtors have agreed to the withdrawal, of the PD Claims.

WHEREAS, while the PD Claims identified on Exhibit "2" to the form of order attached hereto as Exhibit "A" have already been withdrawn, the Parties have agreed to include these claims in this Stipulation, as confirming their withdrawal herein does not prejudice any party-in-interest.

NOW THEREFORE, in consideration of the foregoing, the Parties hereby STIPULATE AND AGREE as follows:

1. The Parties stipulate and agree to the withdrawal with prejudice of the PD Claims.

2. The Debtors agree to make no argument that Speights' withdrawal of the PD Claims pursuant to this Stipulation, and/or the expungement of these claims, is in any way improper or in any way reflects improper conduct by Speights.

3. The parties agree to submit to the Court the form of order approving this Stipulation, attached hereto as Exhibit "A".

Dated: January 25, 2006

By: _____
Daniel A. Speights (SC Fed. ID No. 4252)
Marion C. Fairey, Jr. (SC Fed ID No. 6101)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC 29924
Telephone: (803) 943-4444
Facsimile: (803) 943-4599

By: _____
Michelle Browdy, Esquire
KIRKLAND & ELLIS
200 E. Randolph Drive
Chicago, IL 60601-6636
Telephone: (312) 861-2162
Facsimile: (312) 861-2200

*Counsel to the Debtors*

660124135638

2