# EXHIBIT A

Proposed Order

060124155633.doc

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: Docket No. 9315 |
| | ) | |

## ORDER DISALLOWING AND EXPUNGING CERTAIN
## ASBESTOS PROPERTY DAMAGE CLAIMS

WHEREAS the Debtors and the Speights & Runyan firm have stipulated and agreed that all asbestos property damage claims identified on the attached Exhibits 1 and 2 shall be withdrawn and expunged;

WHEREAS, the claims identified on the attached Exhibit "2" have already been withdrawn but are being included herein merely for the avoidance of any doubt;

IT IS HEREBY ORDERED:

All PD claims identified on the attached Exhibits 1 and 2 are hereby withdrawn and expunged.

Dated: 1/30, 2006

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

060124155633.doc

# EXHIBIT 1

## LIST OF CLAIMS BEING WITHDRAWN

060124155633.doc

## WITHDRAWN CLAIMS - JANUARY 24, 2006

| BLDG # | STATE | Claimant | JOBSITE PHYSICAL ADDRESS | WRG Claim Number |
|---|---|---|---|---|
| 1 | CA | Cal State - San Luis Obispo - Engineering West Addition | San Luis, CA | 15497 |
| 2 | CA | Crocker Plaza Company (1st Bldg. Claim) / McKesson Corporation (2nd Bldg. Claim) / West Coast Estates (3rd Bldg. Claim) | One Post Street, San Francisco, CA 94104 | 11012 |
| 3 | CA | Embarcadero Center #1 | One Embarcadero Center, San Francisco, CA 94111 | 10888 |
| 4 | CA | Embarcadero Center #2 | Two Embarcadero Center, San Francisco, CA 94111 | 10887 |
| 5 | CA | Pyramid Building a.k.a. TransAmerica Pyramid Properties, LLC f.k.a. Regency Hyatt House | 600 Montgomery Street, San Francisco, California 94104 | 10990 |
| 6 | IL | Advocate Illinois Masonic Medical Center f.k.a. Illinois Masonic Hospital | 836 W. Wellington, Chicago, IL 60657 | 11234 |
| 7 | NE | Alegent Health - Immanuel Medical Center f.k.a. Immanuel Hospital | 6901 North 72nd Street, Omaha, NE 68122 | 10782 |
| 8 | NH | Elliot Hospital | One Elliot Way, Manchester, NH 03103 | 11579 |
| 9 | TX | Hyatt Regency Dallas | Dallas | 9908 |
| 10 | CANADA | Calgary Board of Education - Bel Aire Elementary | 1011 Beverly Blvd., Calgary, AB | 12572 |
| 11 | CANADA | Calgary Board of Education - Bridgeland Elementary | 414 11A St. NE, Calgary, AB | 12411 |
| 12 | CANADA | Calgary Board of Education - Chinook Park | 1312 75 Ave., Calgary, AB | 12414 |
| 13 | CANADA | Calgary Board of Education - Collingwood | 3826 Collingwood Dr., Calgary, AB | 12574 |
| 14 | CANADA | Calgary Board of Education - Colonel Macleod | 1610 6th St., Calgary, AB | 12349 |
| 15 | CANADA | Calgary Board of Education - Crescent Heights | 1019 1st St. SW, Calgary, AB | 12351 |
| 16 | CANADA | Calgary Board of Education - Elboya Elementary | 4804 6th St., Calgary, AB | 12353 |
| 17 | CANADA | Calgary Board of Education - George P. Vanier | 509 32nd Ave., Calgary, AB | 12360 |
| 18 | CANADA | Calgary Board of Education - Lakeview School | 6304 Larkspur Way, Calgary, AB | 12459 |
| 19 | CANADA | Calgary Board of Education - Langevin Elementary | | 12460 |
| 20 | CANADA | Calgary Board of Education - Melville Scott Junior High | 1726 33 St. SW, Calgary, AB | 12463 |
| 21 | CANADA | Calgary Board of Education - Milton William School | 92 Malibou Rd SW, Calgary, AB | 12464 |
| 22 | CANADA | Calgary Board of Education - Mount Royal Junior High | 2234 14 St., Calgary, AB | 12565 |
| 23 | CANADA | Calgary Board of Education - Nickle Junior High | 2500 Lake bonavista, Calgary, AB | 12566 |
| 24 | CANADA | Calgary Board of Education - North Haven | 4922 North Haven Dr., Calgary, AB | 12587 |

| BLDG # | STATE | Claimant | JOBSITE PHYSICAL ADDRESS | WRG Claim Number |
|---|---|---|---|---|
| 25 | CANADA | Calgary Board of Education - Rideau Park Elementary | 529 Rideau Rd. SW, Calgary, AB | 12592 |
| 26 | CANADA | Calgary Board of Education - Sir John A. MacDonald | 6600 4th St., Calgary, AB | 12332 |
| 27 | CANADA | Calgary Board of Education - Sir Wilfrid Laurier | 819 32nd St., Calgary, AB | 12333 |
| 28 | CANADA | Calgary Board of Education - Senatra | 536 Sonora Dr., Calgary, AB | 12294 |
| 29 | CANADA | City of Vancouver - Cambie Yards | 301 W 1st Ave., Burnaby, BC | 12336 |
| 30 | CANADA | City of Vancouver - City Analyst/Police Museum | 239-240 E Cordova, Vancouver, BC | 12339 |
| 31 | CANADA | City of Vancouver - Commercial Building | 1420 Howe St., Vancouver, BC | 12335 |
| 32 | CANADA | City of Vancouver - Continental Hotel (old) | 1390 Granville St., Vancouver, BC | 12341 |
| 33 | CANADA | City of Vancouver - Maritime Museum | 1905 Ogden Ave., Vancouver, BC | 12345 |
| 34 | CANADA | Edmonton Public Schools - Bennett | 9703 94th St., Edmonton, AB | 12393 |
| 35 | CANADA | Edmonton Public Schools - DS MacKenzie | 4020 106 St., Edmonton, AB | 12556 |
| 36 | CANADA | Edmonton Public Schools - Forest Heights | 10304 81 St., Edmonton, AB | 12559 |
| 37 | CANADA | Edmonton Public Schools - Garneau | 10925 87 Ave., Edmonton, AB | 12560 |
| 38 | CANADA | Edmonton Public Schools - Glenora | 13520 102 Ave., Edmonton, AB | 12561 |
| 39 | CANADA | Edmonton Public Schools - RA Gray | 12140 103 St., Edmonton, AB | 12562 |
| 40 | CANADA | Edmonton Public Schools - Londonderry | 7104 144 Ave., Edmonton, AB | 12581 |
| 41 | CANADA | Edmonton Public Schools - Spruce Avenue | 11424 102 St., Edmonton, AB | 12504 |
| 42 | CANADA | Edmonton Public Schools - Steele Heights | 14607 59th St., Edmonton, AB | 12545 |
| 43 | CANADA | Edmonton Public Schools - Westlawn | 9520 165 St., Edmonton, AB | 12551 |
| 44 | CANADA | Fraser Health Authority - MSA General Hospital | 2179 McCallum Rd., Abbotsford, BC | 12301 |
| 45 | CANADA | Fraser Health Authority - Royal Colombian Hospital | 330 E. Columbia St., New Westminster, BC | 12300 |
| 46 | CANADA | Fraser Health Authority - Surrey Memorial | 13750 96th Ave., Surrey, BC | 12296 |
| 47 | CANADA | Shell Canada Products - Shellburn Laboratory Office Building | 201 Kensington Ave., Burnaby, BC | 12518 |
| 48 | CANADA | Shell Canada Products - Shellburn Locker Building | 201 Kensington Ave., Burnaby, BC | 12515 |
| 49 | CANADA | Shell Canada Products - Shellburn Maintenance Building | 201 Kensington Ave., Burnaby, BC | 12516 |
| 50 | CANADA | Telus - William Farrel Building | 768 Seymour St., Vancouver, BC | 12473 |
| 51 | CANADA | Vancouver Board of Parks & Recreation - BC Pavilion @ Hastings Park | 3475 E. Hastings, Vancouver, BC | 12477 |

| BLDG # | STATE | Claimant | JOBSITE PHYSICAL ADDRESS | WRG Claim Number |
|---|---|---|---|---|
| 52 | CANADA | Vancouver Board of Parks & Recreation - Douglas Park C.C. | 801 W. 22nd Ave, Vancouver, BC | 12478 |
| 53 | CANADA | Vancouver Board of Parks & Recreation - Marpole Oak C.C. | 990 W 59 Ave., Vancouver, BC | 12481 |
| 54 | CANADA | Vancouver Board of Parks & Recreation - Mt. Pleasant C.C. | 3161 Ontario St, Vancouver, BC | 12482 |
| 55 | CANADA | Vancouver Board of Parks & Recreation - Riley Park Pool | 50 E. 30th Ave, Vancouver, BC | 12484 |
| 56 | CANADA | Vancouver Board of Parks & Recreation - Rupert Park Pitch & Putt Fieldhouse | East 1st Ave, Vancouver, BC | 12465 |
| 57 | CANADA | Vancouver Board of Parks & Recreation - Stanley Park Pavilion Restaurant | Pipeline Rd, Vancouver, BC | 12468 |

3 - 3

# EXHIBIT 2

## LIST OF ADDITIONAL CLAIMS BEING WITHDRAWN

- Claim No.: 11612 – Holiday Inn, San Francisco,

- Claim No.: 11520 – First National Bank – Hutchinson, Kansas.

- Claim No.: 11212 – Chateau LeMoyne Hotel – New Orleans, Louisiana

- Claim No.: 11166 – Union Hospital – Elkston, Maryland.

- Claim No.: 10526 – Saint Luke's Hospital – Duluth, Minnesota

- Claim No.: 6640 – Exxon Research and Engineering – Florham Park, New Jersey.

- Claim No.: 6626 - Exxon Research and Engineering – Florham Park, New Jersey.

- Claim Nos.: 11079, 6740, 10522, 11237, 10971, 10870, & 10878.