**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | Objection Deadline:  February 23, 2006 |
| | ) | Hearing Date:  TBD only if necessary |

**SUMMARY OF THE VERIFIED APPLICATION OF THE SCOTT LAW
GROUP, P.S. FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL
COUNSEL FOR THE INTERIM PERIOD FROM
OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005**

| | |
|---|---|
| Name of Applicant: | The Scott Law Group, P.S. |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002 |
| Period for which compensation and Reimbursement is sought: | October 1, 2005 through October 31, 2005 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $   10,012.00 |
| Amount of Expenses Reimbursement: | $    1,365.27 |

This is a:  X monthly     _ interim     _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | No Objections served on counsel | No Objections served on counsel |

| | | | | | |
|---|---|---|---|---|---|
| 2/14/05 | 12/16/04– 12/31/04 | $314.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/11/05 | 02/1/05– 02/28/05 | $463.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 04/1/05– 04/30/05 | $1,257.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 05/1/05– 05/31/05 | $562.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 06/1/05– 06/30/05 | $2,810.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 07/1/05– 07/31/05 | $7,791.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 08/1/05-08/31/05 | $7,217.50 | $1,729.71 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 09/1/05-09/30/05 | 983.50 | 0 | No Objections served on counsel | No Objections served on counsel |

This is the thirty-fourth Scott Law Group application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $500.00.

The Scott Law Group attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 15 | Litigation | $415 | 26.4 | $7,636.00 |
| | | TOTALS | | | 26.4 | $7,636.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 25 | Litigation | $165 | 1.5 | $247.50 |
| Samantha Simatos | Legal Asst. | 12 | Litigation | $95 | .3 | $28.50 |
| Gabriel Scott | Research Asst. | 1 | Litigation | $60 | 35.0 | $2,100.00 |
| | | TOTALS | | | 36.8 | $2,376.00 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 20-Travel–Non-working | 16.0 Hours | $3,320.00 |
| 22-ZAI Science Trial | 47.2 Hours | $6,692.00 |
| TOTALS | 63.2 Hours | $10,012.00 |

3

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | $     10.00 |
| Telephone Expense – Outside | $   120.00 |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | |
| In-House Duplicating / Printing ($.15 per page) | |
| Outside Duplicating / Printing (color photocopies) | |
| Lodging | |
| Transportation | |
| Air Travel Expense | $ 1,202.80 |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | $     16.97 |
| Parking | $     15.50 |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Other (Explain): | |
| Total: | $ 1,365.27 |

Dated:   February 2, 2006
Wilmington, Delaware

**BUCHANAN INGERSOLL PC**

/s/      *William Sullivan*
William D. Sullivan (No. 2820)
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE  19801
Phone: (302) 428-5500
FAX: (302) 428-3996

**THE SCOTT LAW GROUP, P.S.**

Darrell W. Scott, Esq.
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201
Phone: (509) 455-3966
FAX: (509) 455-3906

*Additional Special Counsel
to the ZAI Claimants*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline:  February 23, 2006** |
| | ) | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR THE VERIFIED APPLICATION OF THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM <u>OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005</u>**

# THE SCOTT LAW GROUP, P.S.
**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA  99201**
**PHONE: 509-455-3966**

Re:    1.5    Grace - Special Counsel                                   FOR TIME PERIOD ENDED 10/31/2005

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 10/4/2005 | DWS<br>Darrell W. Scott<br>Principal | Analyze compilation of ZAI damages materials and estimates. in preparation for settlement discussions (1.5); meeting with co-special counsel re case status matters (3.5). | 5.0 | $415.00 | $2,075.00 |
| 10/5/2005 | GS<br>Gabriel Scott<br>Research Assistant | Begin review of images exhibits (CD01) and work re database fields for analysis of key documents. | 1.5 | $60.00 | $90.00 |
| 10/6/2005 | GS<br>Gabriel Scott<br>Research Assistant | Review of imaged exhibits, compile key exhibits and prepare summaries of same (CD01 folder 00-80). | 4.0 | $60.00 | $240.00 |
| 10/8/2005 | GS<br>Gabriel Scott<br>Research Assistant | Review of imaged exhibits, compile key exhibits re ZAI sales/production/distribution and prepare exhibit summaries of same (CD01 through folder 01-10). | 4.5 | $60.00 | $270.00 |
| 10/10/2005 | GS<br>Gabriel Scott<br>Research Assistant | Review of imaged exhibits, compile key exhibits and prepare summaries of key ZAI exhibits (CD01 through folder 01-53). | 5.0 | $60.00 | $300.00 |
| 10/11/2005 | GS<br>Gabriel Scott<br>Research Assistant | Review of imaged exhibits, compile trial exhibits and prepare summaries of same (CD01 through folder 02-37). | 3.0 | $60.00 | $180.00 |
| 10/13/2005 | SS<br>Samantha Simatos<br>Legal Assistant | Review Baer stipulation for accuracy as clients named. | .1 | $95.00 | $9.50 |
| 10/14/2005 | DWS<br>Darrell W. Scott<br>Principal | Review of Grace objections to PD proofs of claims (.4); identify ZAI objections and unrepresented ZAI claimants (.3); prepare communication to Grace counsel re withdrawl of ZAI objections pending science trial determinations (.2). | .9 | $415.00 | $373.50 |

**THE SCOTT LAW GROUP, P.S.**
926 W. SPRAGUE AVENUE, SUITE 583
SPOKANE, WA  99201
PHONE:  509-455-3966

Re:     1.5     Grace - Special Counsel                                                          FOR TIME PERIOD ENDED 10/31/2005

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 10/14/2005 | SS<br>Samantha Simatos<br>Legal Assistant | Prepare letter to Baer re additional ZAI claimants not represented. | .2 | $95.00 | $19.00 |
| 10/14/2005 | GS<br>Gabriel Scott<br>Research Assistant | Continued review of imaged ZAI exhibits, compile key exhibits re sales/production/installation and prepare data summaries of same (CD01 through folder 06-23). | 2.5 | $60.00 | $150.00 |
| 10/16/2005 | GS<br>Gabriel Scott<br>Research Assistant | Review of imaged exhibits, compile key exhibits and prepare exhibit summaries of same (CD01 through folder 06). | 5.5 | $60.00 | $330.00 |
| 10/18/2005 | DWS<br>Darrell W. Scott<br>Principal | Draft letter to Grace re identification of and withdrawl of objections to ZAI proofs of claim (.1); review response re same (.1); work re stipulation to withdraw of ZAI objections (.2); email to co-counsel re same (.1). | .5 | $415.00 | $207.50 |
| 10/21/2005 | GS<br>Gabriel Scott<br>Research Assistant | Continued review of imaged exhibits, compile key exhibits and prepare eZAI exhibit summaries of same (CD01 through folder 07-08, including 02-41 through 06-23). | 3.0 | $60.00 | $180.00 |
| 10/23/2005 | GS<br>Gabriel Scott<br>Research Assistant | Review of imaged exhibits, identify and compile key exhibits and prepare exhibit summaries of same (CD01 through folder 07-57). | 2.0 | $60.00 | $120.00 |
| 10/24/2005 | DWS<br>Darrell W. Scott<br>Principal | Attend omnibus hearing re ZAI science trial status conference (2.5); phone call to ZAI co-special counsel re same (.4). | 2.9 | $415.00 | $1,203.50 |
| 10/25/2005 | GS<br>Gabriel Scott<br>Research Assistant | Continued review of select imaged exhibits, compile key ZAI exhibits and prepare database summaries of same (CD01 through folder 08-86). | 4.0 | $60.00 | $240.00 |

# THE SCOTT LAW GROUP, P.S.
**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA  99201**
**PHONE:  509-455-3966**

Re:  1.5  Grace - Special Counsel

FOR TIME PERIOD ENDED 10/31/2005

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 10/27/2005 | DWS<br>Darrell W. Scott<br>Principal | Phone conference with co-counsel re ZAI status conference. | .2 | $415.00 | $83.00 |
| 10/27/2005 | KLB<br>Kristy L. Bergland<br>Paralegal | Internet research regarding information on Canada ZAI class actions and bankruptcy information (1.0); review Grace and Sealed Air recent SEC filings (.4); obtain medical article regarding California study on vermiculite (.1) | 1.5 | $165.00 | $247.50 |
| 10/28/2005 | DWS<br>Darrell W. Scott<br>Principal | Review proceeding re pending Canadian ZAI claims in respect of ZAI science trial matters (.4); draft email to Co-counsel re same (.1). | .5 | $415.00 | $207.50 |
| 10/31/2005 | DWS<br>Darrell W. Scott<br>Principal | Phone call from special counsel re setting of status conference with Judge Fitzgerald (.2); review for signature additional stipulation re withdrawal of objections to ZAI claims (.2). | .4 | $415.00 | $166.00 |

**TOTAL THIS STATEMENT:**   $6,692.00

**THE SCOTT LAW GROUP, P.S.**
**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA  99201**
**PHONE:  509-455-3966**

Re:   1.5.001   Grace - Special Counsel Travel                                                      FOR TIME PERIOD ENDED 10/31/2005

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 10/3/2005<br>Darrell W. Scott<br>Principal | DWS | Travel to Atlanta for settlement discussions (billed at half rate). | 8.0 | $207.50 | $1,660.00 |
| 10/4/2005<br>Darrell W. Scott<br>Principal | DWS | Return from Atlanta from settlement talks (billed at half rate). | 8.0 | $207.50 | $1,660.00 |

**TOTAL THIS STATEMENT:**   $3,320.00

# VERIFICATION

STATE OF WASHINGTON   )
                     )
COUNTY OF SPOKANE     )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a) I am counsel for the applicant law firm The Scott Law Group, P.S., and have been admitted to appear before this Court.

b) I have personally performed many of the legal services rendered by The Scott Law Group, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of The Scott Law Group, P.S.

c) I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED
Before me this 17 day of January, 2006.

Notary Public for Washington
Residing at Spokane
My Commission Expires: 9/10/2006

