**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: February 23, 2006 |
| | ) | Hearing Date: TBD only if necessary |

**SUMMARY OF THE VERIFIED APPLICATION OF THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005**

Name of Applicant:	The Scott Law Group, P.S.

Authorized to Provide Professional Services to:	Zonolite Attic Insulation Claimants

Date of Appointment:	July 22, 2002

Period for which compensation and
Reimbursement is sought:	November 1, 2005 through
	November 30, 2005

Amount of Compensation sought as actual,
Reasonable, and necessary:	$	9,041.00

Amount of Expenses Reimbursement:	$	0

This is a: X monthly    _ interim    _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/16/04 – 12/31/04 | $314.50 | 0 | No Objections | No Objections |

2

| | | | | served on counsel | served on counsel |
|---|---|---|---|---|---|
| 4/11/05 | 02/1/05– 02/28/05 | $463.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 04/1/05– 04/30/05 | $1,257.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 05/1/05– 05/31/05 | $562.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 06/1/05– 06/30/05 | $2,810.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 07/1/05– 07/31/05 | $7,791.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 08/1/05-08/31/05 | $7,217.50 | $1,729.71 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 09/1/05-09/30/05 | $983.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 2/2/06 | 10/1/05-10/31/05 | $10,012.00 | $1365.27 | Pending | Pending |

This is the thirty-fifth Scott Law Group application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $500.00.

The Scott Law Group attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 15 | Litigation | $415 | 5.5 | $2,282.50 |
| TOTALS | | | | | 5.5 | $2,282.50 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 25 | Litigation | $165 | 26.4 | $4,356.00 |
| Samantha Simatos | Legal Asst. | 12 | Litigation | $95 | 3.5 | $332.50 |
| Gabriel Scott | Research Asst. | 1 | Litigation | $60 | 34.5 | $2,070.00 |
| TOTALS | | | | | 64.4 | $6,758.50 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 69.9 Hours | $9,041.00 |
| TOTALS | 69.9 Hours | $9,041.00 |

3

Dated:   February 2, 2006
Wilmington, Delaware                    **BUCHANAN INGERSOLL PC**

/s/      *William Sullivan*
William D. Sullivan (No. 2820)
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE  19801
Phone: (302) 428-5500
FAX: (302) 428-3996

-and-

**THE SCOTT LAW GROUP, P.S.**

Darrell W. Scott, Esq.
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201
Phone: (509) 455-3966
FAX: (509) 455-3906

*Additional Special Counsel*
*to the ZAI Claimants*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline:  February 23, 2006** |
| | ) | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR THE VERIFIED APPLICATION OF THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005**

# THE SCOTT LAW GROUP, P.S.
## 926 W. SPRAGUE AVENUE, SUITE 583
## SPOKANE, WA  99201
## PHONE: 509-455-3966

Re:   1.5   Grace - Special Counsel

FOR TIME PERIOD ENDED 11/30/2005

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 11/3/2005 | KLB<br>Kristy L. Bergland<br>Paralegal | Emails and telephone call to Bilzen Sumberg regarding transcripts and preparation for ZAI teleconference (.2); legal research regarding bankruptcy procedures in respect to ZAI science trial issues (1.8); begin compilation of key dates/events and preparation of key timeline graph (2.5). | 4.5 | $165.00 | $742.50 |
| 11/4/2005 | KLB<br>Kristy L. Bergland<br>Paralegal | Begin review of court transcripts and work on summary of key rulings relating to ZAI in preparation for teleconference with Judge Fitzgerald (7.0); emails to and from Jay Sakalo regarding same (.2). | 7.2 | $165.00 | $1,188.00 |
| 11/5/2005 | KLB<br>Kristy L. Bergland<br>Paralegal | Continue analysis of various court transcripts and preparation of summary of key provisions relating to ZAI science trial procedures in preparation for teleconference with Judge Fitzgerald. | 1.5 | $165.00 | $247.50 |
| 11/6/2005 | DWS<br>Darrell W. Scott<br>Principal | Review transcript summaries in preparation for ZAI status conference. | 1.1 | $415.00 | $456.50 |
| 11/6/2005 | KLB<br>Kristy L. Bergland<br>Paralegal | Continue review of court transcripts and preparation of summary of key rulings relating to ZAI in preparation for teleconference (3.0); prepare ZAI Hearing Excerpts for main hearings (4.5). | 7.5 | $165.00 | $1,237.50 |
| 11/7/2005 | KLB<br>Kristy L. Bergland<br>Paralegal | Revisions to ZAI Hearings Excerpts in preparation for Teleconference with Judge (.4); office conference with Darrell Scott regarding same (.1). | .5 | $165.00 | $82.50 |
| 11/7/2005 | DWS<br>Darrell W. Scott<br>Principal | Analyze court transcript summaries in preparation for ZAI hearing (2.2); phone call to special counsel re same (.3); review and respond to ZAI science trial claimant re status of science trial determinations (.3). | 2.8 | $415.00 | $1,162.00 |
| 11/8/2005 | DWS<br>Darrell W. Scott<br>Principal | Preparation for ZAI hearing and Conference with Judge Fitzgerald re status of ZAI claims (1.0); phone conference with special counsel re same (.2). | 1.2 | $415.00 | $498.00 |

1/17/2006

PAGE 1

# THE SCOTT LAW GROUP, P.S.
**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA  99201**
**PHONE:  509-455-3966**

Re:   1.5   Grace - Special Counsel

FOR TIME PERIOD ENDED 11/30/2005

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 11/10/2005 | GS<br>Gabriel Scott<br>Research Assistant | Review of image ZAI exhibits, compile key exhibit re select issues and prepare data summaries of same. | 1.0 | $60.00 | $60.00 |
| 11/11/2005 | GS<br>Gabriel Scott<br>Research Assistant | Review of images documents, compile key exhibits and prepare summaries of same. | 1.5 | $60.00 | $90.00 |
| 11/13/2005 | GS<br>Gabriel Scott<br>Research Assistant | Continued review of imaged ZAI exhibits, identify and compile key ZAI exhibits and prepare summaries of same. | 1.5 | $60.00 | $90.00 |
| 11/14/2005 | DWS<br>Darrell W. Scott<br>Principal | Phone call from special counsel officer re attendance at omnibus hearing (.1); review materials from local counsel re fee issues (.1). | .2 | $415.00 | $83.00 |
| 11/14/2005 | GS<br>Gabriel Scott<br>Research Assistant | Review of image exhibits, compile key exhibits re sale/production, and prepare summaries of same. | 2.5 | $60.00 | $150.00 |
| 11/15/2005 | DWS<br>Darrell W. Scott<br>Principal | Review time and billing materials re ZAI science trial submisisons. | .2 | $415.00 | $83.00 |
| 11/15/2005 | SS<br>Samantha Simatos<br>Legal Assistant | Prepare August and September Monthly Fee Applications; prepare 18th Quarterly Application and Summary. | 3.5 | $95.00 | $332.50 |
| 11/18/2005 | KLB<br>Kristy L. Bergland<br>Paralegal | Import document summaries into database and attach exhibit images (2.8); email to Gabriel regarding database project (.2). | 3.0 | $165.00 | $495.00 |

**THE SCOTT LAW GROUP, P.S.**
926 W. SPRAGUE AVENUE, SUITE 583
SPOKANE, WA  99201
PHONE: 509-455-3966

Re:   1.5   Grace - Special Counsel

FOR TIME PERIOD ENDED 11/30/2005

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 11/19/2005 | GS<br>Gabriel Scott<br>Research Assistant | Review of additional imaged ZAI exhibits, identify and compile key trial materials and exhibits and prepare database summaries of same. | 1.0 | $60.00 | $60.00 |
| 11/20/2005 | GS<br>Gabriel Scott<br>Research Assistant | Review of imaged ZAI exhibits, compile additional primary exhibits and prepare summaries of same - through CD01-09. | 2.5 | $60.00 | $150.00 |
| 11/22/2005 | GS<br>Gabriel Scott<br>Research Assistant | Review of imaged exhibits, identify and compile key exhibits and prepare database summaries of same through CD01 - 10-07. | 2.5 | $60.00 | $150.00 |
| 11/23/2005 | KLB<br>Kristy L. Bergland<br>Paralegal | Updates to Grace Exhibit database (.7); import additional document summaries and attach images (.5). | 1.2 | $165.00 | $198.00 |
| 11/23/2005 | GS<br>Gabriel Scott<br>Research Assistant | Review of imaged ZAI documents, compile key exhibits re sale/production and prepare summaries of same. | 4.0 | $60.00 | $240.00 |
| 11/25/2005 | GS<br>Gabriel Scott<br>Research Assistant | Review of images, compile exhibits and prepare summaries of same, through CD01, 10-29. | 2.5 | $60.00 | $150.00 |
| 11/26/2005 | GS<br>Gabriel Scott<br>Research Assistant | Review of imaged ZAI exhibits, compile key exhibits re select trial issues and prepare database summaries of same. | 5.0 | $60.00 | $300.00 |
| 11/27/2005 | GS<br>Gabriel Scott<br>Research Assistant | Review of images, compile key ZAI exhibits and prepare summaries of same. | 3.0 | $60.00 | $180.00 |

**THE SCOTT LAW GROUP, P.S.**
**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA  99201**
**PHONE:  509-455-3966**

Re:    1.5    Grace - Special Counsel                                                                   FOR TIME PERIOD ENDED 11/30/2005

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 11/28/2005 | KLB<br>Kristy L. Bergland<br>Paralegal | Updates to witness database (.2); download import, and key in additional Zonolite images and summary (.3). | .5 | $165.00 | $82.50 |
| 11/28/2005 | KLB<br>Kristy L. Bergland<br>Paralegal | Email updates to two clients and update to database regarding same. | .5 | $165.00 | $82.50 |
| 11/28/2005 | GS<br>Gabriel Scott<br>Research Assistant | Continued review and analysis of select ZAI documents, compile key exhibits and prepare database summaries of same. | 5.0 | $60.00 | $300.00 |
| 11/29/2005 | GS<br>Gabriel Scott<br>Research Assistant | Review of images, compile exhibits and prepare summaries of same, through CD01, 12-67. | 2.5 | $60.00 | $150.00 |

                                                                                          TOTAL THIS STATEMENT:      $9,041.00

VERIFICATION

STATE OF WASHINGTON           )
                              )
COUNTY OF SPOKANE             )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a)  I am counsel for the applicant law firm The Scott Law Group, P.S., and have been admitted to appear before this Court.

b)  I have personally performed many of the legal services rendered by The Scott Law Group, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of The Scott Law Group, P.S.

c)  I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED
Before me this 17 day of January, 2006.

Notary Public for Washington
Residing at Spokane
My Commission Expires: 9/10/2006

