**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: February 23, 2005 |
| | ) | Hearing Date: TBD only if necessary |

**SUMMARY OF THE VERIFIED APPLICATION OF THE SCOTT LAW
GROUP, P.S. FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL
COUNSEL FOR THE INTERIM PERIOD FROM
DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005**

Name of Applicant:                                              The Scott Law Group, P.S.

Authorized to Provide Professional Services to:   Zonolite Attic Insulation Claimants

Date of Appointment:                                            July 22, 2002

Period for which compensation and
Reimbursement is sought:                                     December 1, 2005 through
                                                                              December 31, 2005

Amount of Compensation sought as actual,
Reasonable, and necessary:                                 $     4,682.00

Amount of Expenses Reimbursement:                  $             0

This is a:  X monthly    _ interim    _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/16/04 – 12/31/04 | $314.50 | 0 | No Objections | No Objections |

| | | | | served on counsel | served on counsel |
|---|---|---|---|---|---|
| 4/11/05 | 02/1/05– 02/28/05 | $463.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 04/1/05– 04/30/05 | $1,257.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 05/1/05– 05/31/05 | $562.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 06/1/05– 06/30/05 | $2,810.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 07/1/05– 07/31/05 | $7,791.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 08/1/05-08/31/05 | $7,217.50 | $1,729.71 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 09/1/05-09/30/05 | $983.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 2/2/06 | 10/1/05-10/31/05 | $10,012.00 | $1365.27 | Pending | Pending |
| 2/2/06 | 11/1/05-11/30/05 | $9,041.00 | 0 | Pending | Pending |

This is the thirty-sixth Scott Law Group application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $500.00.

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 26 | Litigation | $170 | 20.5 | $3,485.00 |
| Elizabeth I. Rutherford | Legal Asst. | 9 | Litigation | $90 | 13.3 | $1,197.00 |
| TOTALS | | | | | 33.8 | $4,682.00 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 33.8 Hours | $4,682.00 |
| TOTALS | 33.8 Hours | $4,682.00 |

3

Dated:   February 2, 2006
Wilmington, Delaware                     **BUCHANAN INGERSOLL PC**

/s/      *William Sullivan*
William D. Sullivan (No. 2820)
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE  19801
Phone: (302) 428-5500
FAX: (302) 428-3996

- and -

**THE SCOTT LAW GROUP, P.S.**

Darrell W. Scott, Esq.
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201
Phone: (509) 455-3966
FAX: (509) 455-3906

*Additional Special Counsel*
*to the ZAI Claimants*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., <u>et</u> <u>al.</u>,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline:  February 23, 2005** |
| | ) | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR THE VERIFIED APPLICATION OF THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM <u>DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005</u>**

# THE SCOTT LAW GROUP, P.S.
926 W. SPRAGUE AVENUE, SUITE 583
SPOKANE, WA  99201
PHONE: 509-455-3966

Re:    1.5    Grace - Special Counsel                                    FOR TIME PERIOD ENDED 12/31/2005

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 12/1/2005 | KLB Kristy L. Bergland Paralegal | Telephone call from ZAI claimant Taylor regarding status of ZAI science trial proceedings and questions regarding receipt of memo relating to Omnibus objection. | .2 | $170.00 | $34.00 |
| 12/1/2005 | KLB Kristy L. Bergland Paralegal | Review and prepare analyses of key WR Grace exhibits. | .5 | $170.00 | $85.00 |
| 12/2/2005 | KLB Kristy L. Bergland Paralegal | Review, image and preare analysis of key exhibits reflecting Zonolite production/distribution. | 1.0 | $170.00 | $170.00 |
| 12/6/2005 | KLB Kristy L. Bergland Paralegal | Work on database field design re key imaged Zonolite sales documents. | 1.0 | $170.00 | $170.00 |
| 12/7/2005 | KLB Kristy L. Bergland Paralegal | Database design and entry work re imaged ZAI invoice and business plan exhibits (.6); begin summary of imaged documents into ZAI Exhibit database (.7). | 1.3 | $170.00 | $221.00 |
| 12/9/2005 | KLB Kristy L. Bergland Paralegal | Email to co-counsel attaching information regarding ZAI Canada claims. | .2 | $170.00 | $34.00 |
| 12/20/2005 | KLB Kristy L. Bergland Paralegal | Review and summarize Grace exhibits relating to ZAI (x45) into Exhibit Database [WRG0001A Folders 001 - 004.] | 3.5 | $170.00 | $595.00 |
| 12/21/2005 | KLB Kristy L. Bergland Paralegal | Office conference with Darrell Scott regarding ZAI Exhibits (.1); continue work on summary of key ZAI Invoice Exhibits (2.5); review additional ZAI marketing exhibits and begin summary of same (1.7). | 4.3 | $170.00 | $731.00 |

# THE SCOTT LAW GROUP, P.S.
**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA  99201**
**PHONE:  509-455-3966**

Re:   1.5   Grace - Special Counsel

FOR TIME PERIOD ENDED 12/31/2005

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 12/21/2005 | BR<br>Bets Rutherford<br>Legal Assistant | Prepare summaries of select ZAI Exhibits in database. | 2.0 | $90.00 | $180.00 |
| 12/22/2005 | BR<br>Bets Rutherford<br>Legal Assistant | Continue summarizing and attaching images to the ZAI database (WRG documents). | 1.5 | $90.00 | $135.00 |
| 12/22/2005 | KLB<br>Kristy L. Bergland<br>Paralegal | Continue work on compilation of key ZAI exhibit images; and work on summaries of same (2.0); internet research regarding historic distribution of ZAI (.5). | 2.5 | $170.00 | $425.00 |
| 12/27/2005 | BR<br>Bets Rutherford<br>Legal Assistant | Enter key ZAI exhibit to database and prepare analysis of Grace exhibits. | 2.5 | $90.00 | $225.00 |
| 12/27/2005 | KLB<br>Kristy L. Bergland<br>Paralegal | Review, image and being summaries of additional Grace exhibits from CD WRG0001A (3.0); pull and review case law cited by Grace regarding stigma (.8) | 3.8 | $170.00 | $646.00 |
| 12/28/2005 | KLB<br>Kristy L. Bergland<br>Paralegal | Update to Exhibit database to include additional recent articles and agency reports relating to vermiculite (1.5); summarize Grace exhibits (.7). | 2.2 | $170.00 | $374.00 |
| 12/28/2005 | BR<br>Bets Rutherford<br>Legal Assistant | Analyze and summarize key ZAI images in the ZAI Exhibit database. | 2.0 | $90.00 | $180.00 |
| 12/29/2005 | BR<br>Bets Rutherford<br>Legal Assistant | Work on analytical and summary fields in ZAI exhibit database in reviewing select ZAI exhibits. | 2.0 | $90.00 | $180.00 |

**THE SCOTT LAW GROUP, P.S.**
**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA  99201**
**PHONE:  509-455-3966**

Re:     1.5     Grace - Special Counsel                                                                FOR TIME PERIOD ENDED 12/31/2005

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 12/29/2005 | BR<br>Bets Rutherford<br>Legal Assistant | Continued preparation of summaries of key imaged ZAI exhibits. | .8 | $90.00 | $72.00 |
| 12/30/2005 | BR<br>Bets Rutherford<br>Legal Assistant | Summarize images in the Exhibit database. | 2.5 | $90.00 | $225.00 |

**TOTAL THIS STATEMENT:**     $4,682.00

# VERIFICATION

STATE OF WASHINGTON    )
                       )
COUNTY OF SPOKANE      )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a)   I am counsel for the applicant law firm The Scott Law Group, P.S., and have been admitted to appear before this Court.

b)   I have personally performed many of the legal services rendered by The Scott Law Group, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of The Scott Law Group, P.S.

c)   I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED
Before me this 17 day of January, 2006.

_____
Notary Public for Washington
Residing at Spokane
My Commission Expires: 9/10/2006

