

**Hilsoft Notifications**
123 E. Broad St
Souderton, PA 18964

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/30/2005 | 44349 |

**BILL TO**

Bilzin Sumberg Dunn Baena Price & Axelrod
Luisa Flores
First Union Financial Center, Suite 2501
Miami, Florida 33131

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| L. Flores | Due on receipt | W.R. Grace Bankrup... |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | | Staff time and out of pocket expenses in connection with the W. R. Grace Bankruptcy. TH: Todd Hilsee, BC: Barbara Coyle, GI: Gina Intrepido, CP: Carla Peak, JK: JoAnn King, SW: Shannon Wheatman, JAK: Judith Kooker | | |
| SW | 2.9 | 12/27/2005 | Review database on claims; determine number of claimants per city/state; research newspaper articles cited by debtors' expert. | 300.00 | 870.00 |
| SW | 2.9 | 12/30/2005 | Research articles sited defendant's expert. | 300.00 | 870.00 |
| Teleconference | 1 | 12/13/2005 | Teleconference charges | 150.52 | 150.52 |
| Reim. meal | 1 | 12/29/2005 | Meals Expense | 7.77 | 7.77 |
| COPY | 240 | | Photocopies of Documents through 12/30/05. | 0.04 | 9.60 |
| MCI | 1 | 12/30/2005 | Telephone charges from 11/15/05 to 11/22/05. | 0.43 | 0.43 |

Fed. ID 23-2785427
Thank You

**Total** $1,908.32