# HR&A

# INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

January 11, 2006

Invoice No. HRA20050111

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of December, 2005.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>4.3 hours @ $ 550 per hour | $ 2,365.00 |
| Robert H. Sims<br>0.5 hours @ $ 400 per hour | 200.00 |
| Paul K. Honig<br>1.0 hours @ $ 275 per hour | 275.00 |
| Joshua S. Katz<br>7.0 hours @ $ 200 per hour | 1,400.00 |
| **TOTAL DUE:** | **$ 4,240.00** |

*Please remit to corporate address below:*

P.O. BOX 222681  CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA          LOS ANGELES          NEW YORK

DECEMBER, 2005 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| 12/01/05 | 0.5 | Update on Committee call from Joshua S. Katz. |
| 12/16/05 | 1.0 | Review data dictionary. |
| 12/22/05 | 0.3 | Discussion with Joshua S. Katz regarding Committee call and Grace case moving forward (0.3). |
| 12/26/05 | 2.0 | Read Debtors' Reply in Support of 15th omnibus objections to asbestos property damage claims and exhibits. |
| 12/27/05 | 0.5 | Update call on data base issues with Paul K. Honig, Joshua S. Katz, Robert H. Sims. |
| TOTAL: | 4.3 | |

DECEMBER, 2005 TIME LOG OF ROBERT H. SIMS (RHS)

<u>DATE</u>      <u>TIME</u>     <u>TASK</u>

12/27/05    0.5     Project status discussion/teleconference with Francine F. Rabinovitz, Joshua S. Katz and Paul K. Honig.

TOTAL:          0.5

DECEMBER, 2005 TIME LOG OF PAUL K. HONIG (PKH)

| DATE | TIME | TASK |
|---|---|---|
| 12/16/05 | 0.5 | Review files to see if I have the recent Grace data. |
| 12/27/05 | 0.5 | Update call on data base issues with Francine F. Rabinovitz, Robert H. Sims, Joshua S. Katz. |
| TOTAL: | 1.0 | |

DECEMBER, 2005, TIME LOG OF JOSHUA S. KATZ (JSK)

<u>DATE</u>      <u>TIME</u>    <u>TASK</u>

12/01/05    2.0     Weekly conference call (0.8); discuss with Francine F. Rabinovitz (0.5); review of memos from Matt Kramer at Bilzin (0.4); review of recent news pertaining to Grace (0.3).

12/15/05    1.4     Weekly Grace conference call (0.8); per Matt Kramer's instruction, review of Dr. Flynn deposition (0.6).

12/16/05    0.5     Review of Grace data dictionary re: personal injury forecast.

12/19/05    1.5     Review of database CDs from Wanda Roman in preparation for BI model.

12/22/05    1.0     Weekly Grace conference call (0.6); discussion with Francine F. Rabinovitz about call and Grace case moving forward (0.3); review of Grace news (0.1).

12/27/05    0.6     Update call on data base issues with Francine F. Rabinovitz, Robert H. Sims, Paul K. Honig (0.5); quick follow up correspondence with Paul K. Honig (0.1).

TOTAL:              7.0