# EXHIBIT A

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/27/06

CLIENT/CASE: 25369.0001

INVOICE NUMBER: 297995

RE:  Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 12/01/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 12/01/05 | Rachael M. Barainca | Update pleadings binders. | 2.00 |
| 12/02/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 12/02/05 | Rachael M. Barainca | Update pleadings binders. | 1.60 |
| 12/02/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.60 |
| 12/05/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 12/05/05 | Rachael M. Barainca | Update pleadings binders. | 1.60 |
| 12/06/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 12/07/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 12/07/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.80 |

David Austern, FCR (for W.R. Grace & Co,)
01/27/06
Page 2

CLIENT:  25369
MATTER:  .0001
INVOICE: 297995

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 12/08/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 12/09/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 12/09/05 | Rachael M. Barainca | Update pleadings binders. | 0.60 |
| 12/09/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.50 |
| 12/12/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.10 |
| 12/12/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 12/13/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 12/14/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 12/15/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 12/15/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.80 |
| 12/15/05 | Richard Pavlak | Monitor court docket per J. Weisman re change of venue. | 0.30 |
| 12/16/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 12/16/05 | Rachael M. Barainca | Update pleadings binders. | 0.20 |
| 12/17/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.20 |
| 12/23/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 12/23/05 | Rachael M. Barainca | Update pleadings binders. | 1.00 |
| 12/27/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 12/27/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines and review recently filed pleadings. | 1.30 |

David Austern, FCR (for W.R. Grace & Co,)  
01/27/06  
Page 3

CLIENT:  25369  
MATTER: .0001  
INVOICE: 297995

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 12/28/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.10 |
| 12/28/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 12/29/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 12/29/05 | Rachael M. Barainca | Update pleadings binders. | 1.40 |
| 12/29/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.10 |
| 12/30/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.10 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Debra L. Felder | $255.00 | 4.60 | $1,173.00 |
| Rachael M. Barainca | $100.00 | 11.90 | $1,190.00 |
| Richard Pavlak | $150.00 | 0.30 | $45.00 |
| **TOTAL HOURS & FEES** | | **16.80** | **$2,408.00** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 171.45 |
| Telephone | 1.96 |
| Postage | 6.73 |
| Westlaw Legal Research | 247.06 |
| Meal Charges | 115.50 |
| **TOTAL OTHER CHARGES** | **$542.70** |

**CURRENT INVOICE DUE**................................................................$2,950.70

PREVIOUS BALANCE  (Breakdown attached if applicable)................................................................$6,779.00

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/27/06

OUR REFERENCE: 25369.0001

INVOICE NUMBER: 297995

## INVOICE SUMMARY

TOTAL FEES...................................................................................$2,408.00

TOTAL OTHER CHARGES ...............................................................$542.70

**TOTAL AMOUNT DUE** ...............................................................**$2,950.70**

**_REMITTANCE INFORMATION:_**

**U.S. Mail:**

Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**

Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:      Swidler Berlin LLP
Account No.:        2000024531692
ABA Routing No.:   054001220

**International Electronic Funds Transfer:**

Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:      Swidler Berlin LLP
Account No.:        2000024531692
Swift Code:         PNBPUS33
CHIPS:              0509
ABA Routing No.:   026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/27/06

OUR REFERENCE: 25369.0001                 INVOICE NUMBER: 297995

## PREVIOUS BALANCE BREAKDOWN

| Inv. Date | Inv. No. | Invoice Amount | Credits | Balance |
|-----------|----------|----------------|---------|---------|
| 08/19/05 | 290908 | $4,165.21 | ($3,628.21) | $537.00 |
| 09/30/05 | 293043 | $3,729.54 | ($3,328.84) | $400.70 |
| 10/21/05 | 293538 | $2,127.75 | ($1,704.15) | $423.60 |
| 11/28/05 | 295213 | $3,496.34 | $0.00 | $3,496.34 |
| 12/20/05 | 296369 | $1,921.36 | $0.00 | $1,921.36 |
| **Total** | | **$15,440.20** | **($8,661.20)** | **$6,779.00** |

**REMITTANCE INFORMATION:**

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:      Swidler Berlin LLP
Account No.:        2000024531692
ABA Routing No.:   054001220

**International Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:      Swidler Berlin LLP
Account No.:        2000024531692
Swift Code:         PNBPUS33
CHIPS:              0509
ABA Routing No.:   026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

SWIDLER BERLIN

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/27/06

CLIENT/CASE: 25369.0007

INVOICE NUMBER: 297996

RE: Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 12/01/05 | Roger L. Frankel | Telephone conferences with R. Wyron re objection to exclusivity. | 0.30 |
| 12/01/05 | Richard H. Wyron | Revise draft of exclusivity pleadings (.7); review and revise declaration for D. Austern (.6); various calls to J. Radecki, D. Felder and R. Frankel regarding exclusivity issues (.8); meet with D. Austern and review strategy, and follow-up notes (.9). | 3.00 |
| 12/02/05 | Richard H. Wyron | Work on outline for exclusivity hearing (.6); review and revise drafts of pleadings (.8); confer with Swidler team on final drafts (.6); continue discovery preparation regarding database and confidentiality issues (1.3); prepare for discussion with Tillinghast (.4). | 3.70 |
| 12/02/05 | Roger L. Frankel | Review and edit objection to extension of exclusivity. | 1.80 |
| 12/02/05 | Roger L. Frankel | Confer with D. Felder, R. Wyron re objection to exclusivity, supporting affidavits, power point. | 0.60 |
| 12/02/05 | Monique D. Almy | Review Debtor-in-Possession Monthly Operating Report for October. | 0.30 |

David Austern, FCR (for W.R. Grace & Co,)                    CLIENT:  25369
01/27/06                                                     MATTER:  .0007
Page 2                                                       INVOICE: 297996

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 12/02/05 | Monique D. Almy | Review Debtors' Ninth Motion for an Order Extending Debtors' Exclusive Periods. | 0.30 |
| 12/02/05 | Monique D. Almy | Review Motion to Extend Time in which to file A Chapter 11 Plan and to Solicit Votes thereon filed by Simmons Cooper, LLC, et al. | 0.30 |
| 12/03/05 | Roger L. Frankel | Review objection of PD committee. | 0.50 |
| 12/05/05 | Roger L. Frankel | Review cover letter with database from K&E; confer with R. Wyron re same. | 0.40 |
| 12/05/05 | Roger L. Frankel | Review issues re timeline, issues re objection to exclusivity. | 0.60 |
| 12/05/05 | Richard H. Wyron | Continue work on timeline and outline for 12/14 hearing (.7); continue work on confidentiality agreement, including calls to and from J. Biggs (.8). | 1.50 |
| 12/06/05 | Richard H. Wyron | Review e-mails and follow-up on database and confidentiality agreements. | 0.70 |
| 12/06/05 | Roger L. Frankel | Review with R. Wyron issues re database from Grace. | 0.40 |
| 12/07/05 | Roger L. Frankel | Review correspondence, related issues re discovery, questionnaire. | 0.40 |
| 12/07/05 | Debra L. Felder | Review pleadings in preparation for December 19 hearing (.8); telephone conference with Debtors' counsel and others regarding meet and confer (1.5); e-mail summary to R. Wyron regarding same (.4); review notice of deposition of Dr. Harron (.1). | 2.80 |
| 12/08/05 | Debra L. Felder | Prepare designation of expert and non-expert witnesses and review notes from meeting with Caplan & Drysdale regarding same (1.2); review proposed stipulation regarding expert discovery (.2). | 1.40 |
| 12/08/05 | Roger L. Frankel | Confer with R. Wyron re discovery issues, visit to depository; e-mails re same. | 0.40 |
| 12/08/05 | Roger L. Frankel | Telephone conference with D. Austern re exclusivity issues. | 0.30 |
| 12/08/05 | Richard H. Wyron | Review experts/confidentiality stipulation and provide comments. | 0.70 |

David Austern, FCR (for W.R. Grace & Co,)                    CLIENT:  25369
01/27/06                                                     MATTER: .0007
Page 3                                                       INVOICE: 297996

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|------------------------|-------|
| 12/09/05 | Richard H. Wyron | Review e-mails on scheduled document review and issues. | 0.40 |
| 12/09/05 | Debra L. Felder | Review motion to extend time to return questionnaire (.5); conference with R. Wyron regarding upcoming deadlines and hearings (.5); review Debtors' reply to motion to extend exclusive periods (.1); telephone conference with M. Murphy regarding document review in Boston, Massachusetts (.2). | 1.30 |
| 12/09/05 | Katherine Thomas | Research Fed. R. Evidence 701 and 702. | 0.30 |
| 12/11/05 | Richard H. Wyron | Review discovery issues and correspondence. | 0.90 |
| 12/12/05 | Rachael M. Barainca | Meet with D. Felder and K. Thomas re plans to Boston for document review. | 0.30 |
| 12/12/05 | Katherine Thomas | Research and review cases re Fed. R. Evidence 701 and 702. | 6.40 |
| 12/12/05 | Debra L. Felder | Conference with K. Thomas and R. Barainca regarding document review in Boston (.2); conference with R. Barainca regarding professional fees (.1); review spreadsheet regarding same and e-mail correspondence with R. Barainca (.6); telephone conference with J. Liesemer regarding document review in Boston (.1); review notice of deposition for R. Harron (.1); review timeline of no plan discussions and conference with R. Barainca regarding same (.4); e-mail correspondence with B. Harding regarding data dictionary (.1). | 1.60 |
| 12/12/05 | Richard H. Wyron | Review revised draft timeline for 12/19 argument and provide comments. | 0.30 |
| 12/12/05 | Roger L. Frankel | Review pleadings in preparation for argument on exclusivity. | 1.90 |
| 12/13/05 | Roger L. Frankel | Review ACC objection to exclusivity. | 0.80 |
| 12/13/05 | Richard H. Wyron | Review emails regarding witness discovery and deposition scheduling. | 0.30 |
| 12/13/05 | Debra L. Felder | Conference with K. Thomas regarding expert and fact witnesses. | 0.10 |
| 12/13/05 | Katherine Thomas | Research re Fed.R.Evid. 701 | 5.80 |

David Austern, FCR (for W.R. Grace & Co,)
01/27/06
Page 4

CLIENT:  25369
MATTER: .0007
INVOICE: 297996

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 12/14/05 | Katherine Thomas | Draft summary of analysis on Fed.R.Evid. 701 (1.5); forward summary to R. Wyron and D. Felder (.2). | 1.70 |
| 12/14/05 | Debra L. Felder | Telephonic participation in meet and confer conference call with Debtors and Committees (1.5); review notes from same and prepare e-mail summary to R. Wyron regarding same (.3); review Debtors' plan and disclosure statement and e-mail to R. Frankel regarding same (1.2); conference with R. Barainca regarding timeline of no plan discussions (.1); telephone conference with J. Liesemer regarding document review in Boston (.1); prepare designation of expert and non-expert witnesses (1.2); telephone conference to N. Finch regarding discovery (.1). | 4.50 |
| 12/15/05 | Roger L. Frankel | Review notes in preparation for hearing. | 0.90 |
| 12/16/05 | Roger L. Frankel | Prepare for meeting with J. Biggs (.5); confer with J. Biggs, R. Wyron re estimation proceeding, report (2.4). | 2.90 |
| 12/16/05 | Richard H. Wyron | Prepare for meeting with Tillinghast (1.7); meet with Tillinghast and follow-up notes (2.9); follow-up on confidentiality issues (.7); confer with D. Felder on discovery status and follow-up (.6). | 5.90 |
| 12/16/05 | Debra L. Felder | Prepare for meeting with Tillinghast, review expert discovery stipulation and PI Committee's supplemental discovery requests (1.5); e-mail correspondence with M. Murphy and N. Finch regarding electronic index (.2); meeting with R. Frankel, R. Wyron and Tillinghast (3.5); conference call with N. Finch and J. Liesemer regarding document review in Boston (.4); prepare for document review in Boston, review electronic index and conference with R. Barainca and R. Lamborn regarding same (2.8). | 8.40 |
| 12/16/05 | Rachael M. Barainca | Conference call regarding Boston. | 0.50 |
| 12/16/05 | Rachael M. Barainca | Meet with D. Felder and R. Lamborn re Boston travel. | 0.40 |
| 12/16/05 | Robert L. Lamborn | Conference with D. Felder and R. Barainca re upcoming trip (.2); arrange travel plans, reserve computer for travel (.2). | 0.40 |
| 12/17/05 | Debra L. Felder | Review letter from B. Harding regarding discovery. | 0.50 |

David Austern, FCR (for W.R. Grace & Co,)                         CLIENT:  25369
01/27/06                                                          MATTER: .0007
Page 5                                                            INVOICE: 297996

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 12/17/05 | Richard H. Wyron | Review draft designation of experts and other witnesses (.3); review open issues and e-mail to D. Felder (.6). | 0.90 |
| 12/18/05 | Richard H. Wyron | Review final witness designation, and provide comments to D. Felder. | 0.30 |
| 12/18/05 | Roger L. Frankel | Prepare notes for oral argument on exclusivity; prepare for hearing. | 2.80 |
| 12/18/05 | Roger L. Frankel | Prepare for hearing during travel to Pittsburgh (1.8); telephone conferences with D. Bernick, D. Austern (.5); confer with Lockwood in taxi re hearing (.4). | 2.70 |
| 12/18/05 | Debra L. Felder | Review case management order (.3); revise designation of expert and non-expert witnesses and e-mail to R. Frankel and R. Wyron regarding same (.4). | 0.70 |
| 12/19/05 | Debra L. Felder | Document review in Boston regarding estimation hearing. | 11.50 |
| 12/19/05 | Robert L. Lamborn | Document review in Boston re estimation hearing. | 11.50 |
| 12/19/05 | Rachael M. Barainca | Document review in Boston regarding estimation hearing. | 11.50 |
| 12/19/05 | Roger L. Frankel | Attend hearing on exclusivity motion and objections in USBC in Pittsburgh (5.2); telephone conference with D. Austern re same (.3). | 5.50 |
| 12/19/05 | Monique D. Almy | Attend portion (telephonically) of hearing on exclusivity. | 2.00 |
| 12/20/05 | Rachael M. Barainca | Document review in Boston regarding estimation hearing. | 9.00 |
| 12/20/05 | Robert L. Lamborn | Document review in Boston re estimation hearing. | 9.00 |
| 12/20/05 | Debra L. Felder | Document review in Boston regarding estimation hearing. | 9.00 |
| 12/21/05 | Debra L. Felder | Document review in Boston regarding estimation hearing. | 8.00 |
| 12/21/05 | Robert L. Lamborn | Document review in Boston re estimation hearing. | 8.00 |
| 12/21/05 | Rachael M. Barainca | Document review in Boston regarding estimation hearing. | 8.00 |
| 12/22/05 | Rachael M. Barainca | Document review in Boston regarding estimation hearing. | 3.00 |
| 12/22/05 | Robert L. Lamborn | Document review in Boston re estimation hearing. | 3.00 |
| 12/22/05 | Debra L. Felder | Document review in Boston regarding estimation hearing. | 3.00 |
| 12/22/05 | Richard H. Wyron | Follow-up with Tillinghast on schedule changes. | 0.30 |

David Austern, FCR (for W.R. Grace & Co,)                     CLIENT:  25369
01/27/06                                                      MATTER: .0007
Page 6                                                        INVOICE: 297996

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 12/23/05 | Monique D. Almy | Review Brief In Support of Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims. | 2.20 |
| 12/23/05 | Debra L. Felder | Review notes and electronic index from document production in Boston. | 3.20 |
| 12/27/05 | Debra L. Felder | Review correspondence from B. Harding. | 0.50 |
| 12/29/05 | Debra L. Felder | Telephone conference with A. Anderson regarding documents in Boston repository. | 0.20 |
| 12/30/05 | Debra L. Felder | Review documents from D. Smith regarding Boston document review. | 0.50 |
| 12/30/05 | Debra L. Felder | Conference with R. Wyron regarding upcoming issues and deadlines. | 0.10 |
| 12/30/05 | Debra L. Felder | E-mail correspondence to P. Cuniff regarding December 19 hearing transcript. | 0.10 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Monique D. Almy | $460.00 | 5.10 | $2,346.00 |
| Roger L. Frankel | $645.00 | 23.20 | $14,964.00 |
| Richard H. Wyron | $545.00 | 18.90 | $10,300.50 |
| Debra L. Felder | $255.00 | 57.40 | $14,637.00 |
| Robert L. Lamborn | $215.00 | 31.90 | $6,858.50 |
| Katherine Thomas | $215.00 | 14.20 | $3,053.00 |
| Rachael M. Barainca | $100.00 | 32.70 | $3,270.00 |
| **TOTAL HOURS & FEES** | | **183.40** | **$55,429.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 1.65 |
| Telephone | 0.10 |
| Westlaw Legal Research | 163.84 |

David Austern, FCR (for W.R. Grace & Co,)
01/27/06
Page 7

CLIENT:  25369
MATTER: .0007
INVOICE: 297996

| OTHER CHARGES | AMOUNT |
|---|---:|
| Ground Transportation | 49.00 |
| Meal Charges | 147.70 |
| Travel | 0.00 |
| Travel/Airfare | 2,016.95 |
| Travel/Lodging | 1,751.94 |
| Travel/Meal Expenses | 692.67 |
| Travel/Taxis | 130.00 |
| Travel/Tolls | 33.85 |
| **TOTAL OTHER CHARGES** | **$4,987.70** |

**CURRENT INVOICE DUE**..................................................................**$60,416.70**

PREVIOUS BALANCE  (Breakdown attached if applicable)................................................$140,508.19

**TOTAL AMOUNT DUE**.............................................................**$200,924.89**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/27/06

OUR REFERENCE: 25369.0007

INVOICE NUMBER: 297996

## INVOICE SUMMARY

TOTAL FEES..................................................................$55,429.00

TOTAL OTHER CHARGES ................................................$4,987.70

**TOTAL AMOUNT DUE** ........................................................**$60,416.70**

**_REMITTANCE INFORMATION:_**

**U.S. Mail:**

Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**

| | |
|---|---|
| Name of Bank: | Wachovia Bank, N.A. Washington, DC |
| Account Title: | Swidler Berlin LLP |
| Account No.: | 2000024531692 |
| ABA Routing No.: | 054001220 |

**International Electronic Funds Transfer:**

| | |
|---|---|
| Name of Bank: | Wachovia Bank, N.A. Washington, DC |
| Account Title: | Swidler Berlin LLP |
| Account No.: | 2000024531692 |
| Swift Code: | PNBPUS33 |
| CHIPS: | 0509 |
| ABA Routing No.: | 026005092 |

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/27/06

OUR REFERENCE: 25369.0007

INVOICE NUMBER: 297996

## PREVIOUS BALANCE BREAKDOWN

| Inv. Date | Inv. No. | Invoice Amount | Credits | Balance |
|-----------|----------|----------------|---------|---------|
| 08/19/05 | 290910 | $104,826.98 | ($85,450.98) | $19,376.00 |
| 09/30/05 | 293044 | $34,071.43 | ($27,560.13) | $6,511.30 |
| 10/21/05 | 293539 | $8,732.65 | ($7,031.05) | $1,701.60 |
| 11/28/05 | 295215 | $32,439.76 | $0.00 | $32,439.76 |
| 12/20/05 | 296370 | $80,479.53 | $0.00 | $80,479.53 |
| **Total** | | **$260,550.35** | **($120,042.16)** | **$140,508.19** |

### *REMITTANCE INFORMATION:*

**U.S. Mail:**

Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**

Name of Bank:       Wachovia Bank, N.A. Washington, DC
Account Title:       Swidler Berlin LLP
Account No.:         2000024531692
ABA Routing No.:     054001220

**International Electronic Funds Transfer:**

Name of Bank:       Wachovia Bank, N.A. Washington, DC
Account Title:       Swidler Berlin LLP
Account No.:         2000024531692
Swift Code:          PNBPUS33
CHIPS:               0509
ABA Routing No.:     026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/27/06
INVOICE NUMBER: 297997

CLIENT/CASE: 25369.0008

RE:  Plan & Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|-----------------------|-------|
| 12/01/05 | Rachael M. Barainca | Research date of confirmed plan in U.S. Minerals case. | 0.30 |
| 12/01/05 | Rachael M. Barainca | Print exclusivity motion for D. Felder. | 0.20 |
| 12/01/05 | Rachael M. Barainca | Edit timeline of plan discussions. | 0.10 |
| 12/01/05 | Debra L. Felder | Review motion and pleadings regarding exclusivity (1.0); draft and revise D. Austern and J. Radecki declarations (6.0); telephone conferences with J. Radecki, J. Brownstein and R. Wyron regarding same (1.0); review objection to motion to extend exclusive periods (1.5); conference with D. Austern and R. Wyron regarding same (.8). | 10.30 |
| 12/02/05 | Debra L. Felder | Revise and finalize objection to motion to extend exclusive periods and J. Radecki and D. Austern declarations (5.4); conference with R. Frankel and R. Wyron regarding same (.9). | 6.30 |
| 12/02/05 | Rachael M. Barainca | Prepare filing for service. | 1.30 |
| 12/05/05 | Rachael M. Barainca | Edit timeline of plan discussions. | 0.30 |
| 12/05/05 | Rachael M. Barainca | Meet with D. Felder to discuss edits to the timeline of plan discussions. | 0.50 |

David Austern, FCR (for W.R. Grace & Co,)                    CLIENT:  25369
01/27/06                                                     MATTER: .0008
Page 2                                                       INVOICE: 297997

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|-----------------------|-------|
| 12/05/05 | Debra L. Felder | Review objections filed by PI and PD Committees to motion for extension of exclusive periods (1.4); review timeline of plan discussions and conference with R. Barainca regarding same (.4). | 1.80 |
| 12/12/05 | Rachael M. Barainca | Edit timeline of plan discussions. | 0.30 |
| 12/13/05 | Debra L. Felder | Review Debtors' plan and disclosure statement regarding interest for trade/bond creditors. | 1.20 |
| 12/14/05 | Rachael M. Barainca | Prepare copies of Timeline: Lack of Plan Discussions With the Debtors' for review. | 0.50 |
| 12/16/05 | Rachael M. Barainca | Prepare timeline of plan discussions for R. Frankel. | 0.20 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Debra L. Felder | $255.00 | 19.60 | $4,998.00 |
| Rachael M. Barainca | $100.00 | 3.70 | $370.00 |
| **TOTAL HOURS & FEES** | | **23.30** | **$5,368.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 0.15 |
| Postage | 50.80 |
| Printing | 55.20 |
| **TOTAL OTHER CHARGES** | **$106.15** |

**CURRENT INVOICE DUE**...................................................................**$5,474.15**

PREVIOUS BALANCE  (Breakdown attached if applicable)...................................................$195.70

**TOTAL AMOUNT DUE**...................................................................**$5,669.85**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/27/06

OUR REFERENCE: 25369.0008

INVOICE NUMBER: 297997

## INVOICE SUMMARY

TOTAL FEES.................................................................$5,368.00

TOTAL OTHER CHARGES ................................................$106.15

**TOTAL AMOUNT DUE** .................................................**$5,474.15**

**_REMITTANCE INFORMATION:_**

**U.S. Mail:**

Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**

Name of Bank:   Wachovia Bank, N.A. Washington, DC
Account Title:   Swidler Berlin LLP
Account No.:   2000024531692
ABA Routing No.:   054001220

**International Electronic Funds Transfer:**

Name of Bank:   Wachovia Bank, N.A. Washington, DC
Account Title:   Swidler Berlin LLP
Account No.:   2000024531692
Swift Code:   PNBPUS33
CHIPS:   0509
ABA Routing No.:   026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

<table>
<tr>
<td>
WASHINGTON, DC OFFICE<br>
THE WASHINGTON HARBOUR<br>
3000 K STREET, NW, SUITE 300<br>
WASHINGTON, D.C. 20007-5116<br>
TELEPHONE (202)424-7500<br>
FACSIMILE (202) 424-7647
</td>
<td>
NEW YORK OFFICE<br>
THE CHRYSLER BUILDING<br>
405 LEXINGTON AVENUE<br>
NEW YORK, NY 10174<br>
TELEPHONE (212) 973-0111<br>
FACSIMILE (212) 891-9598
</td>
</tr>
</table>

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/27/06

OUR REFERENCE: 25369.0008

INVOICE NUMBER: 297997

## PREVIOUS BALANCE BREAKDOWN

| Inv. Date | Inv. No. | Invoice Amount | Credits | Balance |
|-----------|----------|----------------|---------|---------|
| 08/19/05 | 290911 | $270.00 | ($216.00) | $54.00 |
| 10/21/05 | 293540 | $708.50 | ($566.80) | $141.70 |
| **Total** | | **$978.50** | **($782.80)** | **$195.70** |

**REMITTANCE INFORMATION:**

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:       Swidler Berlin LLP
Account No.:        2000024531692
ABA Routing No.:   054001220

**International Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:       Swidler Berlin LLP
Account No.:        2000024531692
Swift Code:         PNBPUS33
CHIPS:             0509
ABA Routing No.:   026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/27/06
INVOICE NUMBER: 297998

CLIENT/CASE: 25369.0010

RE: Retention of Professionals--Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 12/15/05 | Debra L. Felder | Review engagement agreements with CIBC. | 0.50 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Debra L. Felder | $255.00 | 0.50 | $127.50 |
| **TOTAL HOURS & FEES** | | **0.50** | **$127.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

**CURRENT INVOICE DUE**................................................................$127.50

PREVIOUS BALANCE  (Breakdown attached if applicable)................................................$1,974.50

**TOTAL AMOUNT DUE**................................................................**$2,102.00**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/27/06
INVOICE NUMBER: 297998

OUR REFERENCE: 25369.0010

## INVOICE SUMMARY

TOTAL FEES.................................................................................$127.50

TOTAL OTHER CHARGES.................................................................$0.00

**TOTAL AMOUNT DUE** ...............................................................**$127.50**

***REMITTANCE INFORMATION:***

**U.S. Mail:**

Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**

Name of Bank:        Wachovia Bank, N.A. Washington, DC
Account Title:       Swidler Berlin LLP
Account No.:         2000024531692
ABA Routing No.:     054001220

**International Electronic Funds Transfer:**

Name of Bank:        Wachovia Bank, N.A. Washington, DC
Account Title:       Swidler Berlin LLP
Account No.:         2000024531692
Swift Code:          PNBPUS33
CHIPS:               0509
ABA Routing No.:     026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

**SWIDLER BERLIN LLP**

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/27/06

OUR REFERENCE: 25369.0010

INVOICE NUMBER: 297998

### PREVIOUS BALANCE BREAKDOWN

| Inv. Date | Inv. No. | Invoice Amount | Credits | Balance |
|---|---|---|---|---|
| 12/20/05 | 296372 | $1,974.50 | $0.00 | $1,974.50 |
| **Total** | | **$1,974.50** | **$0.00** | **$1,974.50** |

***REMITTANCE INFORMATION:***

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**
Name of Bank:   Wachovia Bank, N.A. Washington, DC
Account Title:   Swidler Berlin LLP
Account No.:   2000024531692
ABA Routing No.:   054001220

**International Electronic Funds Transfer:**
Name of Bank:   Wachovia Bank, N.A. Washington, DC
Account Title:   Swidler Berlin LLP
Account No.:   2000024531692
Swift Code:   PNBPUS33
CHIPS:   0509
ABA Routing No.:   026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/27/06

CLIENT/CASE: 25369.0011

INVOICE NUMBER: 297999

RE: Compensation of Professionals--Swidler

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 12/01/05 | Debra O. Fullem | Review October bills and revise (.5); begin preparing October fee application (.5). | 1.00 |
| 12/01/05 | Debra O. Fullem | Prepare update to fee summary chart and correspond with R. Wyron regarding same. | 0.60 |
| 12/01/05 | Richard H. Wyron | Review draft quarterly fee application. | 0.40 |
| 12/02/05 | Richard H. Wyron | Review status of outstanding fee requests and follow-up for payment. | 0.20 |
| 12/02/05 | Debra O. Fullem | Coordinate filing of CNOs for August and September CIBC fee apps. | 0.30 |
| 12/02/05 | Debra O. Fullem | Review fee application files and payment status; confer with R. Wyron; prepare e-mail to R. Malstrom regarding payments expected by year end. | 0.40 |
| 12/11/05 | Richard H. Wyron | Review November pre-bill. | 0.60 |
| 12/12/05 | Debra O. Fullem | Review and revise November prebills. | 1.00 |
| 12/12/05 | Debra O. Fullem | Review docket update regarding status of fee applications. | 0.10 |
| 12/13/05 | Debra O. Fullem | Review fee application files and status of payments. | 0.20 |

David Austern, FCR (for W.R. Grace & Co,)
01/27/06
Page 2

CLIENT: 25369
MATTER: .0011
INVOICE: 297999

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 12/15/05 | Debra O. Fullem | Check on status of November invoices. | 0.10 |
| 12/22/05 | Debra O. Fullem | Prepare Certificate of No Objection for October fee statement; coordinate filing and serving of same; prepare e-mail to J. Port at Grace and others on service list regarding same. | 0.40 |
| 12/22/05 | Debra O. Fullem | Review Order signed by Court on quarterly fee application; follow up e-mail to J. Port regarding payment on same. | 0.50 |
| 12/22/05 | Debra O. Fullem | Update fee summary and provide to R. Wyron. | 0.50 |
| 12/28/05 | Debra O. Fullem | Review and reply to e-mail from R. Malstrom regarding older invoices and status of payments. | 0.20 |
| 12/28/05 | Debra O. Fullem | Review and reply to R. Malstrom regarding payment for July-September invoices and attach fee summary charts for the period. | 0.20 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Richard H. Wyron | $545.00 | 1.20 | $654.00 |
| Debra O. Fullem | $195.00 | 5.50 | $1,072.50 |
| **TOTAL HOURS & FEES** | | **6.70** | **$1,726.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 7.20 |
| Federal Express | 49.21 |
| **TOTAL OTHER CHARGES** | **$56.41** |

**CURRENT INVOICE DUE**................................................................**$1,782.91**

PREVIOUS BALANCE (Breakdown attached if applicable).............................$7,609.96

**TOTAL AMOUNT DUE**.................................................................**$9,392.87**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/27/06

OUR REFERENCE: 25369.0011

INVOICE NUMBER: 297999

## INVOICE  SUMMARY

TOTAL FEES.................................................................................$1,726.50

TOTAL OTHER CHARGES.................................................................$56.41

**TOTAL AMOUNT DUE** .........................................................**$1,782.91**

***REMITTANCE INFORMATION:***

**U.S. Mail:**

Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC  20027-3766

**U.S. Electronic Funds Transfer:**

Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:      Swidler Berlin LLP
Account No.:        2000024531692
ABA Routing No.:   054001220

**International Electronic Funds Transfer:**

Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:      Swidler Berlin LLP
Account No.:        2000024531692
Swift Code:         PNBPUS33
CHIPS:              0509
ABA Routing No.:   026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

| | |
|---|---|
| WASHINGTON, DC OFFICE<br>THE WASHINGTON HARBOUR<br>3000 K STREET, NW, SUITE 300<br>WASHINGTON, D.C. 20007-5116<br>TELEPHONE (202) 424-7500<br>FACSIMILE (202) 424-7647 | NEW YORK OFFICE<br>THE CHRYSLER BUILDING<br>405 LEXINGTON AVENUE<br>NEW YORK, NY 10174<br>TELEPHONE (212) 973-0111<br>FACSIMILE (212) 891-9598 |

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/27/06

OUR REFERENCE: 25369.0011

INVOICE NUMBER: 297999

## PREVIOUS BALANCE BREAKDOWN

| Inv. Date | Inv. No. | Invoice Amount | Credits | Balance |
|---|---|---|---|---|
| 08/19/05 | 290912 | $1,459.62 | ($1,186.62) | $273.00 |
| 09/30/05 | 293045 | $3,535.03 | ($2,842.93) | $692.10 |
| 10/21/05 | 293541 | $1,609.48 | ($1,289.78) | $319.70 |
| 11/28/05 | 295217 | $2,887.76 | $0.00 | $2,887.76 |
| 12/20/05 | 296373 | $3,437.40 | $0.00 | $3,437.40 |
| **Total** | | **$12,929.29** | **($5,319.33)** | **$7,609.96** |

***REMITTANCE INFORMATION:***

**U.S. Mail:**

Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**

| | |
|---|---|
| Name of Bank: | Wachovia Bank, N.A. Washington, DC |
| Account Title: | Swidler Berlin LLP |
| Account No.: | 2000024531692 |
| ABA Routing No.: | 054001220 |

**International Electronic Funds Transfer:**

| | |
|---|---|
| Name of Bank: | Wachovia Bank, N.A. Washington, DC |
| Account Title: | Swidler Berlin LLP |
| Account No.: | 2000024531692 |
| Swift Code: | PNBPUS33 |
| CHIPS: | 0509 |
| ABA Routing No.: | 026005092 |

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SPILER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/27/06
INVOICE NUMBER: 298000

CLIENT/CASE: 25369.0012

RE:  Compensation of Professionals--Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 12/01/05 | Debra O. Fullem | Review docket; prepare CNOs for CIBC's fee applications for the periods August and September; forward to R. Wyron for review and signature. | 0.50 |
| 12/06/05 | Debra O. Fullem | Review and respond to e-mail from S. Bossay regarding confirmation that amounts in quarterly fee application chart for the FCR and his professionals are correct. | 0.40 |
| 12/06/05 | Debra O. Fullem | Confer with R. Barainca regarding project regarding professional fees and expenses incurred during the course of the case. | 0.30 |
| 12/06/05 | Rachael M. Barainca | Meet with D. Fullem regarding project on Professionals Compensation Requested During the Course of the Case. | 0.20 |
| 12/06/05 | Rachael M. Barainca | Create document regarding Professionals Compensation Requested During the Course of the Case. | 0.40 |
| 12/07/05 | Rachael M. Barainca | Continue working on document regarding professionals compensation requested during the course of the case. | 3.20 |
| 12/07/05 | Debra O. Fullem | Confer with R. Barainca regarding chart of professionals applications for fees and expenses filed during course of the case. | 0.50 |

David Austern, FCR (for W.R. Grace & Co,)                    CLIENT:  25369
01/27/06                                                     MATTER: .0012
Page 2                                                       INVOICE: 298000

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 12/08/05 | Debra O. Fullem | Review and respond to e-mail from J. Brownstein regarding status of CIBC's October fee application. | 0.10 |
| 12/08/05 | Rachael M. Barainca | Continue working on document regarding professionals compensation requested during the course of the case. | 0.30 |
| 12/12/05 | Rachael M. Barainca | Meet with D. Felder to discuss chart of professionals compensation requested during the course of the case. | 0.20 |
| 12/12/05 | Rachael M. Barainca | Discuss with D. Fullem edits to be made in the chart of professionals compensation requested during the course of the case. | 0.40 |
| 12/12/05 | Rachael M. Barainca | Research the most updated chart of professionals compensation requested during the course of the W.R. Grace within PACER. | 0.30 |
| 12/12/05 | Rachael M. Barainca | Update document regarding professionals compensation requested during the course of the case. | 2.00 |
| 12/13/05 | Rachael M. Barainca | Update document regarding professionals compensation requested during the course of the case. | 1.70 |
| 12/13/05 | Debra O. Fullem | Prepare e-mail to G. Poirier at Tillinghast with sample of Swidler's quarterly fee application. | 0.30 |
| 12/14/05 | Rachael M. Barainca | Update document regarding professionals compensation requested during the course of the case. | 2.80 |
| 12/15/05 | Rachael M. Barainca | Meet with D. Fullem to discuss edits on Monthly Interim Applications for Towers Perrin Tillinghast. | 0.40 |
| 12/15/05 | Rachael M. Barainca | Update document regarding professionals compensation requested during the course of the case. | 3.40 |
| 12/15/05 | Debra O. Fullem | Confer with R. Barainca; review fee applications; follow up with G. Poirier at Tillinghast regarding status of fee applications. | 0.50 |
| 12/16/05 | Debra O. Fullem | Review e-mail from R. Barainca along with chart of professional compensation during the course of the case. | 0.20 |
| 12/16/05 | Debra O. Fullem | Review e-mail and attachments from R. Barainca of updated versions of Tillinghast fee applications. | 0.20 |
| 12/16/05 | Rachael M. Barainca | Edit the Monthly Fee Applications for Towers Perrin Tillinghast. | 3.00 |

David Austern, FCR (for W.R. Grace & Co.)                          CLIENT:  25369
01/27/06                                                          MATTER: .0012
Page 3                                                            INVOICE: 298000

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 12/16/05 | Rachael M. Barainca | Update document regarding professionals compensation requested during the course of the case. | 1.50 |
| 12/20/05 | Debra O. Fullem | Prepare e-mail to G. Poirier at Tillinghast regarding status of fee applications. | 0.20 |
| 12/20/05 | Debra O. Fullem | Review various e-mails from G. Poirier with updated fee applications. | 0.40 |
| 12/21/05 | Debra O. Fullem | Telephone calls with S. McKee regarding filing of Meyer Lustenberger fee applications and certain revisions to notices; review same and comment; discuss filing status with S. McKee. | 1.00 |
| 12/22/05 | Debra O. Fullem | Review package from G. Poirier of signed fee applications; review same; review with invoices; e-mail to G. Poirier at Tillinghast regarding invoices; prepare e-mails to R. Frankel, R. Wyron and R. Barainca regarding same. | 0.90 |
| 12/27/05 | Rachael M. Barainca | Edit the Monthly Interim Applications of Towers Perrin Tillinghast. | 0.80 |
| 12/28/05 | Debra O. Fullem | Review and respond to e-mail from R. Barainca regarding status of Tillinghast fee applications. | 0.20 |
| 12/29/05 | Rachael M. Barainca | Edit Towers Perrin Monthly Fee Applications. | 0.60 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Rachael M. Barainca | $100.00 | 21.20 | $2,120.00 |
| Debra O. Fullem | $195.00 | 5.70 | $1,111.50 |
| **TOTAL HOURS & FEES** | | **26.90** | **$3,231.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 60.00 |
| Telephone | 0.04 |
| Postage | 13.88 |

David Austern, FCR (for W.R. Grace & Co,)
01/27/06
Page 4

CLIENT:   25369
MATTER: .0012
INVOICE: 298000

| OTHER CHARGES | AMOUNT |
|---|---|
| Printing | 10.00 |
| Federal Express | 49.21 |
| **TOTAL OTHER CHARGES** | **$133.13** |

**CURRENT INVOICE DUE**.................................................................$3,364.63

PREVIOUS BALANCE  (Breakdown attached if applicable).................................................................$4,079.39

**TOTAL AMOUNT DUE**.................................................................$7,444.02

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/27/06

OUR REFERENCE: 25369.0012

INVOICE NUMBER: 298000

## INVOICE SUMMARY

TOTAL FEES................................................................$3,231.50

TOTAL OTHER CHARGES.........................................$133.13

**TOTAL AMOUNT DUE** .............................................**$3,364.63**

***REMITTANCE INFORMATION:***

**U.S. Mail:**

Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**

Name of Bank:   Wachovia Bank, N.A. Washington, DC
Account Title:   Swidler Berlin LLP
Account No.:   2000024531692
ABA Routing No.:   054001220

**International Electronic Funds Transfer:**

Name of Bank:   Wachovia Bank, N.A. Washington, DC
Account Title:   Swidler Berlin LLP
Account No.:   2000024531692
Swift Code:   PNBPUS33
CHIPS:   0509
ABA Routing No.:   026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/27/06

OUR REFERENCE: 25369.0012

INVOICE NUMBER: 298000

## PREVIOUS BALANCE BREAKDOWN

| Inv. Date | Inv. No. | Invoice Amount | Credits | Balance |
|-----------|----------|---------------|-----------|-----------|
| 08/19/05 | 290913 | $646.65 | ($517.95) | $128.70 |
| 09/30/05 | 293046 | $243.64 | ($204.64) | $39.00 |
| 10/21/05 | 293542 | $619.55 | ($504.25) | $115.30 |
| 11/28/05 | 295218 | $163.50 | $0.00 | $163.50 |
| 12/20/05 | 296374 | $3,632.89 | $0.00 | $3,632.89 |
| **Total** | | **$5,306.23** | **($1,226.84)** | **$4,079.39** |

***REMITTANCE INFORMATION:***

**U.S. Mail:**

Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC  20027-3766

**U.S. Electronic Funds Transfer:**

Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:       Swidler Berlin LLP
Account No.:         2000024531692
ABA Routing No.:   054001220

**International Electronic Funds Transfer:**

Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:       Swidler Berlin LLP
Account No.:         2000024531692
Swift Code:          PNBPUS33
CHIPS:                0509
ABA Routing No.:   026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/27/06
INVOICE NUMBER: 298001

CLIENT/CASE: 25369.0014

RE: Travel Time (Non-Working)

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 12/18/05 | Robert L. Lamborn | Non-working travel from Washington, DC, to Boston, Massachusetts. | 3.00 |
| 12/18/05 | Rachael M. Barainca | Travel to Boston, Massachusetts regarding estimation hearing. | 3.00 |
| 12/18/05 | Debra L. Felder | Non-working travel from Washington, D.C. to Boston, Massachusetts. | 3.00 |
| 12/18/05 | Roger L. Frankel | Travel to Pittsburgh. | 0.70 |
| 12/19/05 | Roger L. Frankel | Travel to DC from Pittsburgh. | 2.80 |
| 12/22/05 | Debra L. Felder | Non-working travel from Boston, Massachusetts to Washington, D.C. | 2.50 |
| 12/22/05 | Rachael M. Barainca | Return to Washington D.C. from Boston, Massachusetts regarding estimation hearing. | 2.50 |
| 12/22/05 | Robert L. Lamborn | Non-working travel from Boston, Massachusetts to Washington, DC. | 2.50 |

David Austern, FCR (for W.R. Grace & Co,)                    CLIENT:  25369
01/27/06                                                     MATTER:  .0014
Page 2                                                       INVOICE: 298001

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roger L. Frankel | $322.50 | 3.50 | $1,128.75 |
| Debra L. Felder | $127.50 | 5.50 | $701.25 |
| Robert L. Lamborn | $107.50 | 5.50 | $591.25 |
| Rachael M. Barainca | $50.00 | 5.50 | $275.00 |
| **TOTAL HOURS & FEES** | | **20.00** | **$2,696.25** |

| OTHER CHARGES | AMOUNT |
|---|---|
| **TOTAL OTHER CHARGES** | **$0.00** |

**CURRENT INVOICE DUE**....................................................................**$2,696.25**

PREVIOUS BALANCE  (Breakdown attached if applicable)...................................$2,626.20

**TOTAL AMOUNT DUE**....................................................................**$5,322.45**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/27/06

OUR REFERENCE: 25369.0014

INVOICE NUMBER: 298001

## INVOICE SUMMARY

TOTAL FEES......................................................................................$2,696.25

TOTAL OTHER CHARGES ...........................................................$0.00

**TOTAL AMOUNT DUE** ...........................................................**$2,696.25**

**REMITTANCE INFORMATION:**

**U.S. Mail:**

Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**

Name of Bank:  Wachovia Bank, N.A. Washington, DC
Account Title:  Swidler Berlin LLP
Account No.:  2000024531692
ABA Routing No.:  054001220

**International Electronic Funds Transfer:**

Name of Bank:  Wachovia Bank, N.A. Washington, DC
Account Title:  Swidler Berlin LLP
Account No.:  2000024531692
Swift Code:  PNBPUS33
CHIPS:  0509
ABA Routing No.:  026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/27/06

OUR REFERENCE: 25369.0014

INVOICE NUMBER: 298001

## PREVIOUS BALANCE BREAKDOWN

| Inv. Date | Inv. No. | Invoice Amount | Credits | Balance |
|-----------|----------|----------------|---------|---------|
| 08/19/05 | 290914 | $1,435.50 | ($1,148.40) | $287.10 |
| 09/30/05 | 293047 | $1,476.75 | ($1,181.40) | $295.35 |
| 10/21/05 | 293543 | $408.75 | ($327.00) | $81.75 |
| 11/28/05 | 295219 | $817.50 | $0.00 | $817.50 |
| 12/20/05 | 296375 | $1,144.50 | $0.00 | $1,144.50 |
| **Total** | | **$5,283.00** | **($2,656.80)** | **$2,626.20** |

.

**REMITTANCE INFORMATION:**

**U.S. Mail:**

Swidler Berlin  LLP
Attn:  Accounting Department
P.O. Box 3766
Washington, DC  20027-3766

**U.S. Electronic Funds Transfer:**

Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:       Swidler Berlin LLP
Account No.:          2000024531692
ABA Routing No.:    054001220

**International Electronic Funds Transfer:**

Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:       Swidler Berlin LLP
Account No.:          2000024531692
Swift Code:           PNBPUS33
CHIPS:                  0509
ABA Routing No.:    026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**