REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1363449
One Town Center Road                     Invoice Date      01/31/06
Boca Raton, FL    33486                  Client Number      172573

=============================================================================
Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

    Fees                          38,781.00
    Expenses                           0.00


            TOTAL BALANCE DUE UPON RECEIPT      $38,781.00
                                               =============

```
                    REED SMITH LLP
                    PO Box 360074M
              Pittsburgh, PA  15251-6074
                 Tax ID# 25-0749630
```

| | |
|---|---|
| W.R Grace & Co. | Invoice Number    1363449 |
| One Town Center Road | Invoice Date    01/31/06 |
| Boca Raton, FL   33486 | Client Number      172573 |
| | Matter Number       60026 |

==============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2005

| Date | Name | | Hours |
|------|------|---|-------|
| 12/01/05 | Atkinson | Emails to D. Cameron re: teleconference call and production of ZAI documents, for upcoming production to PD claimants. | .30 |
| 12/01/05 | Atkinson | Review database and Grace files re: ZAI disks produced to claimants, pursuant to M. Murphy (Casner & Edwards) email. | 1.10 |
| 12/01/05 | Atkinson | Draft letter to court reporter re: deposition transcript. | .30 |
| 12/01/05 | Cameron | Multiple e-mails regarding asbestos PD discovery issues (0.6); review materials in preparation for telephone call with Grace and K&E (1.2); review materials relating to 15th omnibus objections and potential responses (0.8). | 2.60 |
| 12/01/05 | Turkaly | Tag select documents to generate W. R. Grace database document CDs that will be provided to Kirkland & Ellis per their request (2.20); review and verify network paths (2.10). | 4.30 |
| 12/01/05 | Worobij | Tag select documents to generate W. R. Grace database documents CDs that will be provided to Kirkland & Ellis per their request. | 1.50 |

```
172573 W. R. Grace & Co.                      Invoice Number   1363449
60026  Litigation and Litigation Consulting   Page    2
       January 31, 2006
```

| Date | Name | | Hours |
|------|------|---|-------|
| 12/02/05 | Atkinson | Meet with D. Cameron re: teleconference on PD Claimants discovery (0.40); meet with D. Cameron re: production of ZAI documents to PD claimants (0.40); review J. Bentz files re: ZAI production (1.0). | 1.80 |
| 12/02/05 | Cameron | Prepare for conference call with Grace and K&E regarding discovery requests (0.9); participate in conference call with K&E and Grace regarding asbestos PD claims discovery (3.2); review product ID information regarding same (0.7). | 4.80 |
| 12/02/05 | Turkaly | Tag select documents to generate W. R. Grace database documents CDs that will be provided to Kirkland & Ellis per their request (1.70); modify load file, import document images and data into database (.80); comparison of images located on CD to images in database (1.70). | 4.20 |
| 12/02/05 | Worobij | Tag select documents to generate W. R. Grace database documents CDs that will be provided to Kirkland & Ellis per their request. | 2.00 |
| 12/03/05 | Cameron | Review materials for responses to discovery requests. | .90 |
| 12/04/05 | Cameron | Review product ID materials for objections (0.9); review 15th omnibus objections (0.7). | 1.60 |
| 12/05/05 | Atkinson | EPA website information to D. Cameron (0.40); e-mail, meetings, review of files re: production of ZAI documents to PD Claimants (1.60). | 2.00 |
| 12/05/05 | Turkaly | Continued work on generating CDs for production. | .90 |

```
172573  W. R. Grace & Co.                      Invoice Number   1363449
60026   Litigation and Litigation Consulting   Page    3
        January 31, 2006
```

| Date | Name | | Hours |
|------|------|--|-------|

| | | | |
|------|------|------|------|
| 12/06/05 | Atkinson | Review J. Bentz correspondence files re: supplemental production (0.40); meet with C. Turkaly to review CD's from electronic ZAI document production (0.60). | 1.00 |
| 12/06/05 | Cameron | E-mails regarding product ID issues. | .30 |
| 12/06/05 | Muha | Docket research and multiple e-mails to and from D. Cameron re: requests for docket information. | 1.00 |
| 12/06/05 | Turkaly | Continued work on generating CDs for production. | .60 |
| 12/07/05 | Atkinson | Meet with J. Worobij and C. Turkaly re: providing database of ZAI documents to plaintiff creditors (0.60); meet with D. Cameron to discuss providing ZAI documents to plaintiff creditors (0.30); telephone call to M. Murphy (Casner & Edwards) re: form of database to provide to claimants' counsel (0.20); review Reed Smith correspondence files re:  Fall 2002 production to ZAI claimants and send letters to M. Murphy (0.60). | 1.70 |
| 12/07/05 | Cameron | Review draft responses to discovery requests (1.7); review issues relating to documents produced in ZAI action (0.9); review product ID materials (0.6). | 3.20 |
| 12/07/05 | Turkaly | Continued work on generating CDs for production (.90); office conference with D. Cameron, J. Worobij and M. Atkinson re: copying of CDs for co-counsel (.40); office conference with J. Worobij and M. Atkinson re: CDs to be copied for co-counsel (.30). | 1.60 |
| 12/07/05 | Worobij | Office conference with D. Cameron, C. Turkaly and M. Atkinson re: copying of CDs for co-counsel (.40); office conference with C. Turkaly and M. Atkinson re: CDs to be copied for co-counsel (.30) | .70 |

172573 W. R. Grace & Co.                           Invoice Number  1363449
60026  Litigation and Litigation Consulting        Page   4
       January 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|

| 12/08/05 | Cameron | Additional review of draft discovery responses (0.9); review claimants' expert disclosures (0.8); e-mails regarding same (0.4); review discovery correspondence from J. Baer (0.3). | 2.40 |
| 12/09/05 | Atkinson | E-mail to/from Matt Murphy and to Litigation Support re:  production of ZAI documents to claimants, including review of J. Bentz correspondence files. | .50 |
| 12/09/05 | Cameron | Review PD Committee's expert reports regarding dust methodology (2.4); telephone call to consultants regarding same (0.4). | 2.80 |
| 12/11/05 | Cameron | Additional review of PD Committee's expert reports (1.9); review materials from M. Browdy regarding Prudential issues (0.9). | 2.80 |
| 12/12/05 | Atkinson | Draft correspondence to Litigation Support, M. Murphy (Casner & Edwards) re:  production of ZAI documents to Property Damage Claimants (0.60); review 2002 correspondence (0.20). | .80 |
| 12/12/05 | Cameron | Attend to issues relating to product identification discovery (.80); review PD Committee dust method reports and witness lists from various claimants (1.60); communications with experts regarding rebuttal reports (.30); review draft discovery responses (.90); multiple e-mails regarding dust methodology reports (.50). | 4.10 |
| 12/12/05 | Turkaly | Generate CD labels for production CDs. | .20 |
| 12/12/05 | Worobij | Export Testing documents and load files onto DVD per M. Atkinson's request. | 1.50 |

172573 W. R. Grace & Co.                          Invoice Number   1363449
60026  Litigation and Litigation Consulting       Page   5
        January 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|

12/13/05 Atkinson       Meet with Litigation Support re:          1.60
                        DVDs of ZAI documents to produce
                        to PD Claimants, and e-mail to
                        Matt Murphy (Casner & Edwards) re
                        same (0.80); searches re:  trade
                        secret, confidential medical
                        documents (0.80).

12/13/05 Cameron        Prepare for and participate in           3.10
                        telephone call with K & E lawyers
                        and R. Finke regarding dust
                        methodology expert reports (.70);
                        review draft discovery responses
                        in preparation for call (.90);
                        E-mails regarding the same (.20);
                        multiple e-mail and telephone
                        calls regarding dust methodology
                        reports (1.30).

12/13/05 Turkaly        Burn load files and document            2.60
                        images onto DVDs and generate DVD
                        labels per M. Atkinson's request.

12/13/05 Worobij        Burn load files and document images     2.90
                        onto DVDs per M. Atkinson's request

12/14/05 Atkinson       E-mail to D. Cameron re:  ZAI           2.80
                        discovery production of DVDs
                        (0.30); participate in part of
                        teleconference with D. Cameron, M.
                        Murphy, Kirkland & Ellis re: PD
                        Committee discovery requests
                        (0.30); review databases for
                        documents (0.30); search files re:
                        Notice/Privileged/Medical
                        Confidential documents and e-mail
                        to M. Murphy (Casner) re: same
                        (0.80); prepare DVDs, microfilm
                        documents, privilege to forward to
                        Casner & Edwards for PD claimants
                        (1.10).

12/14/05 Cameron        Prepare for discovery response         3.90
                        conference call (.80); participate
                        in discovery issues conference
                        call (1.60); multiple e-mails and
                        telephone calls regarding dust
                        reports (.90); meet with M.
                        Atkinson regarding document
                        production issues (.60).

172573 W. R. Grace & Co.                          Invoice Number  1363449
60026  Litigation and Litigation Consulting        Page    6
       January 31, 2006

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 12/14/05 | Turkaly | Verify load files and image files copied to DVDs. | .10 |
| 12/15/05 | Cameron | Review revised draft of discovery responses and provide comments (.90); multiple e-mails regarding same (.50); review material for dust methodology reports (1.10); conference call with consultant and R. Finke regarding same (.60); prepare for 12/16 telephone call regarding same (1.30). | 4.40 |
| 12/16/05 | Cameron | Prepare for telephone calls with consultants regarding dust methodology reports (.80); participate in multiple conference calls with consultants, K & E and R. Finke regarding dust methodology reports (2.30); review final draft of discovery responses and e-mails regarding same (.70); review draft response brief regarding 15th omnibus objection (.60). | 4.40 |
| 12/17/05 | Cameron | Further review of draft response brief regarding 15th omnibus objection (.70); review of materials for dust methodology reports (1.90). | 2.60 |
| 12/18/05 | Cameron | Review of dust methodology reports and supporting materials  filed by property damage claimants' experts (1.90); review of PI witness disclosures (.60); revised brief regarding 15th omnibus objection (.70). | 3.20 |
| 12/19/05 | Atkinson | Review D. Cameron Asbestos PD Claim Estimation files re: witness disclosure for expert witness. | .40 |
| 12/19/05 | Cameron | Review and provide comments to draft PI expert disclosure list (.90); review revised draft of brief relating to 15th omnibus objection (1.10); review dust | 3.90 |

172573  W. R. Grace & Co.                          Invoice Number  1363449
60026  Litigation and Litigation Consulting        Page   7
       January 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|

sample methodology report and
backup materials (1.90).

| | | | |
|------|------|---|------|
| 12/20/05 | Atkinson | Review Agenda, pleadings index list re: witness list, as requested by Kirkland & Ellis. | .60 |
| 12/20/05 | Cameron | Telephone call with R. Finke regarding dust methodology report issues (.40); telephone call to consultants regarding same (.40); review historical report and testimony materials for supplemental reports (1.90); review request for information for witness lists for PI estimation (.80). | 3.50 |
| 12/21/05 | Cameron | Review materials relating to dust methodology reports for telephone call with K & E lawyers and R. Finke (.90); participate in conference call regarding same (1.20); review materials relating to product identification objections to PD claims (.80); e-mails regarding same (.40). | 3.30 |
| 12/22/05 | Cameron | Prepare for and participate in conference call with R. Finke and consultant regarding expert report issues (.60); participate in conference call with expert and R. Finke regarding report scheduling and open issues (.90); e-mails from K & E regarding scheduling issues (.20); review release material summary (.80). | 2.50 |
| 12/22/05 | Lord | Research docket and update 2002 list. | .30 |
| 12/23/05 | Cameron | Multiple calls and e-mails concerning rebuttal dust sample report (.60); review materials from consultants (.70). | 1.30 |
| 12/26/05 | Cameron | Prepare and revise summaries of testimony and reports for work on dust methodology reports. | 1.60 |

```
172573 W. R. Grace & Co.                        Invoice Number   1363449
60026  Litigation and Litigation Consulting      Page    8
       January 31, 2006
```

| Date | Name | | Hours |
|------|------|------|-------|

| 12/27/05 | Cameron | Multiple e-mails regarding discovery schedule for Phase I issues (.60); review proposed revised CMO (.40); review materials relating to consultants and rebuttal reports (.80). | 1.80 |
| 12/28/05 | Cameron | Multiple e-mails regarding dust methodology reports and Phase I issues (.80); review revised CMO (.20). | 1.00 |
| 12/29/05 | Cameron | Review e-mails from K & E and R. Finke regarding reliance materials. | .40 |
| 12/30/05 | Cameron | Review materials relating to dust methodology reports (.80); e-mails regarding same (.30). | 1.10 |
| 12/31/05 | Cameron | E-mails regarding expert reports for dust methodology issues (.30); review summaries and work papers regarding same (.80). | 1.10 |

```
                                                  ------
                                 TOTAL HOURS      107.90
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|------|------|-------|
| Douglas E. Cameron | 68.60 | at $ | 490.00 | = | 33,614.00 |
| Andrew J. Muha | 1.00 | at $ | 260.00 | = | 260.00 |
| John B. Lord | 0.30 | at $ | 175.00 | = | 52.50 |
| Maureen L. Atkinson | 14.90 | at $ | 165.00 | = | 2,458.50 |
| Christine H. Turkaly | 14.50 | at $ | 100.00 | = | 1,450.00 |
| John B. Worobij | 8.60 | at $ | 110.00 | = | 946.00 |

```
                     CURRENT FEES                      38,781.00
                                                    ------------

              TOTAL BALANCE DUE UPON RECEIPT          $38,781.00
                                                    ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | | |
|---|---|---|
| W. R. Grace | Invoice Number | 1363450 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date | 01/31/06 |
| Boca Raton, FL 33487 | Client Number | 172573 |


========================================================================

Re: W. R. Grace & Co.

(60027)  Travel-Nonworking

    Fees                           2,957.50
    Expenses                       0.00


               TOTAL BALANCE DUE UPON RECEIPT     $2,957.50
                                                      =============

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W. R. Grace                          Invoice Number    1363450
5400 Broken Sound Blvd., N.W.         Invoice Date     01/31/06
Boca Raton, FL 33487                  Client Number     172573
                                      Matter Number      60027
```
==============================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2005

| Date | Name | | Hours |
|------|------|---|-------|
| 12/05/05 | Cameron | Travel to and from Pittsburgh and Washington D.C., including wait-time airports, for meeting with K&E lawyers, HRO lawyers and Grace in-house counsel with respect to experts in the criminal matter (one-half time). | 2.50 |
| 12/05/05 | Flatley | Travel to and from Pittsburgh and Washington, DC, including wait-time airports, for meeting with K&E lawyers and Grace in-house lawyers with respect to experts in the criminal matter (one-half time). | 2.50 |
| 12/07/05 | Flatley | Travel to and from Washington, DC (one-half time). | 1.00 |

```
                                                    ------
                                 TOTAL HOURS         6.00
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Lawrence E. Flatley | 3.50 at $ 495.00 = | | 1,732.50 |
| Douglas E. Cameron | 2.50 at $ 490.00 = | | 1,225.00 |

```
                    CURRENT FEES                     2,957.50
                                                    ------------

              TOTAL BALANCE DUE UPON RECEIPT         $2,957.50
                                                    ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1363451
5400 Broken Sound Blvd., N.W.        Invoice Date        01/31/06
Boca Raton, FL 33487                 Client Number        172573

===============================================================================
Re: W. R. Grace & Co.

(60028)  ZAI Science Trial

        Fees                         157.50
        Expenses                       0.00


              TOTAL BALANCE DUE UPON RECEIPT          $157.50
                                                =============

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
   W. R. Grace                          Invoice Number    1363451
   5400 Broken Sound Blvd., N.W.        Invoice Date      01/31/06
   Boca Raton, FL 33487                 Client Number      172573
                                        Matter Number       60028
```
========================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2005

```
   Date   Name                                          Hours
   ------ -----------                                   -----

12/11/05 Restivo       Receipt and review of new         .30
                       communications.

                                                        ------
                                    TOTAL HOURS           .30
```

```
TIME SUMMARY             Hours        Rate        Value
-----------------------  ---------------------   -------

James J. Restivo Jr.     0.30  at $  525.00  =    157.50

                         CURRENT FEES                         157.50
                                                         ------------

                    TOTAL BALANCE DUE UPON RECEIPT           $157.50
                                                         =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number      1363452
5400 Broken Sound Blvd., N.W.            Invoice Date        01/31/06
Boca Raton, FL 33487                     Client Number        172573

===============================================================================
Re: W. R. Grace & Co.

(60029)  Fee Applications-Applicant

    Fees                              1,621.50
    Expenses                              0.00

           TOTAL BALANCE DUE UPON RECEIPT        $1,621.50
                                               =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W. R. Grace | Invoice Number | 1363452 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date | 01/31/06 |
| Boca Raton, FL 33487 | Client Number | 172573 |
| | Matter Number | 60029 |

=============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2005

| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| 12/07/05 | Ament | Review Fee Auditor's spreadsheet re: fees and expenses, confirm amounts compared to internal records and report findings to A. Muha. | .30 |
| 12/07/05 | Lord | Research docket and draft CNO for Reed Smith 18th monthly fee application (.4); scan Reed Smith 17th monthly fee application and respond to S. Ament re: same (.4). | .40 |
| 12/08/05 | Ament | E-mails with A. Muha re: 17th quarterly totals. | .10 |
| 12/08/05 | Lord | E-file and perfect service of CNO re: Grace 18th quarterly. | .40 |
| 12/14/05 | Lord | Respond to e-mail from D. Cameron re: CNO issues and payments. | .20 |
| 12/16/05 | Muha | Revisions to Nov. 2005 monthly fee and expense details. | 1.10 |
| 12/19/05 | Lord | Research docket and draft CNO for Reed Smith October fee application. | .40 |
| 12/20/05 | Muha | Review and revise fee and expense detail for November 2005 monthly application, including research of rates to charge for additional attorneys. | .70 |

172573  W. R. Grace & Co.                          Invoice Number   1363452
60029   Fee Applications-Applicant                 Page    2
        January 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 12/21/05 | Lord | Research docket, e-file and perfect service of Reed Smith October fee application (.4); e-mail to D. Cameron re: same (.1). | .50 |
| 12/28/05 | Ament | Review invoices and begin preparation of spreadsheet re: 53rd monthly fee application (.60); begin formatting invoices into Word documents in preparation for filing (.50); draft narrative for 53rd monthly fee application (.70). | 1.80 |
| 12/29/05 | Ament | Complete draft of narrative to 53rd monthly fee application and provide to A. Muha (.30); complete formatting of invoices into Word documents (.20); revisions to narrative (.10); e-mail Word versions of narrative, fee and expense detail to J. Lord for DE filing (.10); maintain pleadings file (.10). | .80 |
| 12/29/05 | Lord | Review, revise, e-file and perfect service of Reed Smith November fee application. | 1.30 |
| 12/29/05 | Muha | Make final comments and revisions to November 2005 fee application. | .60 |
| 12/30/05 | Ament | Finalize fee application and update materials and provide report re: same to D. Cameron and A. Muha. | .50 |

                                        TOTAL HOURS      9.10

```
172573  W. R. Grace & Co.                    Invoice Number   1363452
60029   Fee Applications-Applicant           Page    3
        January 31, 2006
```

```
TIME SUMMARY                 Hours         Rate            Value
------------------------     ---------------------         -------

Andrew J. Muha               2.40  at  $  260.00  =        624.00
John B. Lord                 3.20  at  $  175.00  =        560.00
Sharon A. Ament              3.50  at  $  125.00  =        437.50

                             CURRENT FEES                        1,621.50
                                                           ------------

                             TOTAL BALANCE DUE UPON RECEIPT      $1,621.50
                                                           =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1363453
One Town Center Road                     Invoice Date        01/31/06
Boca Raton, FL    33486                  Client Number        172573



==============================================================================
Re: W. R. Grace & Co.

(60030)  Hearings

      Fees                          4,037.50
      Expenses                          0.00

                   TOTAL BALANCE DUE UPON RECEIPT        $4,037.50
                                                       ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| W.R Grace & Co. | | Invoice Number | 1363453 |
|---|---|---|---|
| One Town Center Road | | Invoice Date | 01/31/06 |
| Boca Raton, FL   33486 | | Client Number | 172573 |
| | | Matter Number | 60030 |

========================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2005

| Date | Name | | Hours |
|---|---|---|---|
| 12/12/05 | Ament | E-mails with K. Phillips and D. Cameron re: coordinating hearing preparation for Dec. and Jan. hearings. | .10 |
| 12/13/05 | Ament | E-mails with K. Phillips to coordinate hearing preparation for 12/19/05 hearing (.20); contact J. Trice re: technology assistance for Kirkland & Ellis (.10). | .30 |
| 12/13/05 | Cameron | Review agenda for 12/19 hearing (.40); e-mails regarding same (.20). | .60 |
| 12/14/05 | Ament | E-mails with K. Phillips and D. Cameron re: hearing preparation for 12/19/05 hearing (.20); coordinate hearing preparation for Kirkland & Ellis re: conference rooms, setup, etc. (.20); e-mail to M. Browdy re: technology needs (.10); follow-up e-mails and telephone calls to coordinate secretarial and technology assistance for K&E (.40); follow-up e-mails with M. Browdy re: meeting after hearing (.10); return telephone call to L. DeVault re: hearing preparation (.10). | 1.10 |
| 12/14/05 | Cameron | Telephone calls and e-mails regarding logistics and planning for 12/19 hearing. | .70 |

```
172573 W. R. Grace & Co.                    Invoice Number   1363453
60030  Hearings                             Page    2
       January 31, 2006
    Date   Name                                            Hours
  -------- -----------                                     -----
```

| Date | Name | | Hours |
|------|------|------|------|
| 12/15/05 | Ament | Continue working with RS departments to coordinate hearing preparation for K&E arrival on 12/17/05 (.20); e-mails with L. Devault re: logistics of same (.10); work with Pgh. Systems Dept. at Reed Smith and Judge Fitzgerald's courtroom re: technology (.20). | .50 |
| 12/16/05 | Ament | E-mails with J. Baer, M. Browdy and L. DeVault re: logistics of hearing preparation (.20); telephone calls with L. Mignogna re: meals (.10); telephone call to K. Rehak re: K&E use of easel during hearing and meet with D. Castello re: same (.10); coordinate 12/18/05 K&E arrival with RS guards (.10). | .50 |
| 12/16/05 | Cameron | Review materials for 12/19 hearing (.40); telephone call with W. Sparks and e-mail regarding same (.20). | .60 |
| 12/18/05 | Ament | Work with System Administrator re: technical assistance for Kirkland & Ellis re: hearing preparation (.90); greet S. Michaels and assist with setup (.50); greet J. Baer and J. O'Neill and assist with setup (1.0); e-mails with M. Browdy re: use of ELMO (.20); e-mail to K. Murphy re: same (.10); assist K&E counsel with hearing preparation (2.0); assist J. O'Neill with hearing preparation (.30). | 5.00 |
| 12/18/05 | Cameron | Meet with paralegal and K & E lawyers regarding hearing preparation. | .50 |

```
172573 W. R. Grace & Co.                    Invoice Number  1363453
60030  Hearings                             Page    3
        January 31, 2006
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 12/19/05 | Ament | Greet D. Bernick and assist with setup (.50); assist K&E attorneys re: hearing preparation (2.50); attend hearing and assist K&E attorneys (2.0). | 5.00 |
| 12/19/05 | Cameron | Prepare for hearing and meeting with K & E lawyers (.30); attend portions of omnibus hearing (2.30). | 2.60 |
| 12/20/05 | Ament | Respond to e-mail from L. DeVault re: Jan. hearing preparation (.10); arrange for pickup of K&E documents from Judge Fitzgerald's chambers per request of J. O'Neill (.10). | .20 |

```
                                                     ------
                                     TOTAL HOURS     17.70
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 5.00 | at $ | 490.00 | = | 2,450.00 |
| Sharon A. Ament | 12.70 | at $ | 125.00 | = | 1,587.50 |

```
                          CURRENT FEES                     4,037.50
                                                       ------------

                 TOTAL BALANCE DUE UPON RECEIPT           $4,037.50
                                                       =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                              Invoice Number      1363454
One Town Center Road                         Invoice Date       01/31/06
Boca Raton, FL    33486                       Client Number       172573


==============================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

        Fees                          85,154.00
        Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $85,154.00
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number    1363454
One Town Center Road                     Invoice Date     01/31/06
Boca Raton, FL   33486                   Client Number     172573
                                         Matter Number      60035

================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2005

| Date | Name | | Hours |
|------|------|------|------|
| 12/01/05 | Cameron | Review materials relating to expert witness disclosures (1.3); review indictment and responses in preparation for meeting in DC (1.4); review summary outlines (0.9). | 3.60 |
| 12/02/05 | Cameron | Review materials relating to supplemental expert disclosures (0.7); review risk assessment materials (0.9). | 1.60 |
| 12/03/05 | Cameron | Review agenda and revised agenda for 12/5 meeting (0.7); review indictment and summary of expert testimony (1.5); review expert disclosures (1.9). | 4.10 |
| 12/03/05 | Flatley | Preparation for 12/5 meeting at K&E in Washington, including reviewing the governments' experts' reports in detail (5.2); call regarding scheduling (0.3). | 5.50 |
| 12/04/05 | Cameron | Telephone call with R. Finke regarding meetings in DC (0.2); review materials from R. Finke and K. Coggon for upcoming meeting (0.6); review expert disclosure agenda and additional expert materials in preparation for meeting in DC at K&E regarding strategy and experts (2.40). | 3.20 |

172573  W. R. Grace & Co.                              Invoice Number   1363454
60035   Grand Jury Investigation                       Page    2
        January 31, 2006

| Date | Name | | Hours |
|------|------|------|-------|
| 12/05/05 | Cameron | Meet with Larry Flatley in preparation for meeting with K&E, HRO, and Grace-in-house lawyers in Washington D.C. (1.00); meet with K&E, HRO and Grace-in-house lawyers (by phone and in person) to discuss expert witnesses (7.00); follow-up emails and call to R. Finke re: meeting (.40); review of meeting notes (.50). | 8.90 |
| 12/05/05 | Flatley | Preparation for meeting in Washington, DC (1.0); meet with Doug Cameron in preparation for meeting with K&E and Grace lawyers in Washington, DC (1.0); meet with K&E lawyers and Grace in-house lawyers (by telephone and in person) to discuss expert witnesses (7.0). | 9.00 |
| 12/06/05 | Cameron | Prepare for telephone call with K&E, HRO and Grace in-house counsel regarding expert witness meeting (0.6); participate in call-in meeting with multiple consultants (7.5); e-mails regarding scheduling orders (0.2). | 8.30 |
| 12/06/05 | Flatley | Reorganizing files and notes after DC trip and follow-up on trip (0.8); preparation for 12/7 witness meeting in DC (1.3) | 2.10 |
| 12/07/05 | Cameron | Follow-up to meeting in Washington, DC and conference calls with consultants (1.9); review materials from K. Coggon, B. Jacobson and L. Decker regarding same (1.4); review of government's expert disclosures (1.1); review of materials from consultant meetings (0.9). | 5.30 |
| 12/07/05 | Flatley | Preparation for K&E meeting, including reviewing testimony summaries and e-mails regarding them (2.5); meeting at K&E and follow-up e-mails (6.0). | 8.50 |

172573  W. R. Grace & Co.                          Invoice Number   1363454
60035   Grand Jury Investigation                   Page    3
        January 31, 2006

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 12/08/05 | Cameron | Multiple telephone calls and e-mails regarding expert witness meetings and strategy issues (0.8); review materials relating to risk assessment issues (1.4). | 2.20 |
| 12/08/05 | Flatley | Reorganizing and follow-up on DC trip (0.8); calls and e-mails with R. Senftleben, R. Finke and . Hughes and preparation for medical issues (2.5). | 3.30 |
| 12/09/05 | Cameron | Multiple e-mails regarding witness meetings and conference calls (0.8); review materials received from HRO regarding consultant work (1.9); e-mail and telephone call with L. Flatley and J. Restivo regarding scheduling (0.4). | 3.10 |
| 12/09/05 | Flatley | E-mails to/from R. Senftleben and R. Finke regarding medical issues and follow-up on them (0.6); meet with D. Cameron regarding medical/IH issues (0.3); e-mails regarding scheduling meetings and conference calls (0.2); preparation for 12/12 meetings in Washington, D.C. (1.4). | 2.50 |
| 12/10/05 | Cameron | Review of expert witness disclosures and reports (0.8); review materials for meeting and telephone calls with potential experts (1.6); begin production of summary outline (0.9). | 3.30 |
| 12/12/05 | Cameron | Prepare for telephone call with K & E, Grace and HRO lawyers regarding expert witness retention and preparation of expert case (1.30); participate in conference call (.70); follow-up telephone call with K. Coggon regarding same (.40); follow-up telephone call with L. Flatly (.20). | 2.60 |

172573  W. R. Grace & Co.                          Invoice Number   1363454
60035   Grand Jury Investigation                   Page    4
        January 31, 2006

| Date | Name | | Hours |
|------|------|------|-------|

| 12/12/05 | Flatley | Preparation for Washington, D.C. meeting (3.5); meeting in Washington, D.C. with K&E lawyers, et al. (5.5); conference call regarding expert preparation and follow-up on conference call with R. Finke and R. Senftleben, including e-mails re: same (1.5). | 10.50 |
| 12/13/05 | Cameron | Meet with L. Flatley regarding meetings with K & E and Grace (.30); prepare for and participate in telephone call regarding mineralogy and testing issues (.60); multiple e-mails regarding same (.80); e-mails regarding scheduling of strategy meetings, witness meetings and telephone calls regarding same (.50). | 2.20 |
| 12/13/05 | Flatley | Reviewing correspondence and e-mails and reorganizing after D.C. trip (1.0); call with R. Senftleben (0.2); meet with D. Cameron (0.2); e-mails and responses regarding documents (0.2). | 1.60 |
| 12/13/05 | Restivo | Begin review of expert materials. | 1.60 |
| 12/14/05 | Cameron | Prepare for call with consultants regarding testing issues (.80); participate in call with consultants, R. Finke and K. Coggan, regarding testing issues (1.20); prepare for meeting/call with consultants relating to risk issues (.90); review data relating to risk issues (1.40). | 4.30 |
| 12/14/05 | Flatley | E-mails and replies (0.2); planning for California and Florida trips in January (0.5); calls regarding assistance on health issues (0.9). | 1.60 |
| 12/14/05 | Restivo | Review materials re: experts in relation to the grand jury investigation. | 1.50 |

172573  W. R. Grace & Co.                                    Invoice Number   1363454
60035   Grand Jury Investigation                             Page    5
        January 31, 2006

| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| 12/15/05 | Cameron | Prepare for telephone call with consultant, K & E, HRO and Grace in-house counsel (.50); participate in conference call (1.10); prepare for call with consultants, HRO and Grace in-house counsel (.70); participate in telephone call (1.20); telephone call and multiple e-mails with R. Finke regarding same (.60); prepare for meeting with J. Restivo and L. Flatley regarding strategy issues and expert witness organization (1.40). | 5.50 |
| 12/15/05 | DiChiera | Meeting with L. Flatley regarding new case assignment. | .30 |
| 12/15/05 | Flatley | E-mails and call (0.3); meet with M. DiChiera regarding medical issues (0.5); call with K. Coggon and follow-up (0.4); meet with D. Cameron (0.2); organizing regarding medical issues (2.6); review and reply to B. Stansbury regarding list (0.3); e-mail regarding California meeting (0.1); call with D. Cameron (0.2). | 4.60 |
| 12/16/05 | Cameron | Prepare for meeting with L. Flatley and J. Restivo (.40); meet with L. Flatley and J. Restivo regarding allocation of responsibilities and strategy issues (1.70); memorandum to R. Finke regarding same (.80); e-mail regarding meeting in Washington, D.C. with consultants (.50); revise memorandum regarding summary of meeting (.50). | 3.90 |
| 12/16/05 | Flatley | Meet with J. Restivo and D. Cameron regarding status and organization of effort on experts (1.7); call with R. Senftleben and follow-up on experts issues and logistics for meetings (0.8); e-mails and replies (0.2); beginning preparation of outline | 5.30 |

172573  W. R. Grace & Co.                          Invoice Number   1363454
60035   Grand Jury Investigation                   Page    6
         January 31, 2006

| Date | Name | | Hours |
|------|------|--|-------|
| | | for Tuesday conference call with team (2.6). | |
| 12/16/05 | Restivo | Meeting with D. Cameron and L. Flatley (1.7); create chart of outstanding issues (0.8). | 2.50 |
| 12/17/05 | Cameron | Review of government expert witness materials and preparation of summary of strategy for expert witness presentation. | 2.20 |
| 12/18/05 | Cameron | Extensive review of file materials for 12/20/05 call regarding status of expert presentation (2.50); telephone call with R. Finke regarding same (.30). | 2.80 |
| 12/18/05 | Flatley | Preparing outline in preparation for 12/20/05 conference call. | 2.20 |
| 12/19/05 | Aten | Begin reviewing materials; conducted internet research re: various experts and conference with C. Gatewood re: same. | .70 |
| 12/19/05 | Cameron | Review L. Flatley's outline regarding open health issues for (.90); prepare outline for risk issues (1.80); review government expert disclosures (1.40); review notes of meetings and calls with consultants for follow up calls and meetings (.80). | 4.90 |
| 12/19/05 | Flatley | Reviewing, revising and circulating outline in preparation for 12/20/05 conference call (2.4); e-mails to/from R. Senftleben, D. Kuchinsky and C. Gatewood (0.5); preparation for 12/20/05 conference call (1.9). | 4.80 |
| 12/19/05 | Restivo | Receipt and review of new communications and planning documents. | 1.00 |

172573  W. R. Grace & Co.                          Invoice Number   1363454
60035   Grand Jury Investigation                   Page    7
        January 31, 2006


| Date | Name | | Hours |
| -------- | ---------- | | ----- |

| Date | Name | | Hours |
|------|------|---|-------|
| 12/20/05 | Aten | Read and analyze indictment (1.2); began reading background materials - preliminary reports, final report by ATSDR (2.1). | 3.30 |
| 12/20/05 | Cameron | Prepare for status report/strategy call with K & E, HRO, Reed Smith and Grace lawyers (.90); participate in telephone call regarding same (1.10); follow up calls and e-mails regarding same (.90); telephone call with consultants regarding same (.30); prepare for 12/21 telephone call with potential experts (.90). | 4.10 |
| 12/20/05 | Flatley | Team conference call and short follow-up on it with D. Cameron (1.3); e-mails on various subjects and review replies (0.7). | 2.00 |
| 12/21/05 | Aten | Continue to read background materials and reports. | .70 |
| 12/21/05 | Cameron | Participate in meeting (via phone) with K & E lawyers, HRO lawyers, Grace in-house lawyers and consultants concerning expert work (4.40); telephone call with other consultants regarding issues for criminal matter (.40); follow up e-mails with R. Finke regarding same (.30); review EPA materials from HRO (.80). | 5.90 |
| 12/21/05 | Flatley | E-mails regarding various subjects (0.2); call with R. Senftleben and follow-up regarding preparation for experts' meetings (1.2). | 1.40 |
| 12/22/05 | Cameron | Attention to government expert reports (1.1); meet with J. Restivo (.30); e-mails regarding meetings (.40); review of prior reports and testimony of several expert witnesses (.80). | 2.60 |

172573  W. R. Grace & Co.                          Invoice Number   1363454
60035   Grand Jury Investigation                   Page    8
         January 31, 2006

| Date | Name | | Hours |
|------|------|------|-------|
| 12/22/05 | Flatley | E-mails regarding preparation for health issues and replies. | .70 |
| 12/22/05 | Restivo | Review of R. Finke, D. Cameron and L. Flatley planning memos and meeting with D. Cameron. | 1.00 |
| 12/23/05 | Cameron | Review materials relating to consultants for criminal matter (.90); review summary/outlines regarding same (.80). | 1.70 |
| 12/26/05 | Cameron | Review of government expert reports and summary outline for preparation of expert defense. | 1.90 |
| 12/27/05 | Cameron | Multiple e-mails regarding burden of proof issues (.30); review summary/outline from W. Jacobson (.90); e-mails regarding various medical issues (.40). | 1.60 |
| 12/28/05 | Cameron | Multiple e-mails regarding scheduling issues (.20); review materials relating to expert defense (.90). | 1.10 |
| 12/29/05 | Cameron | Review material from R. Finke regarding expert witnesses. | .90 |
| 12/30/05 | Cameron | Review multiple e-mails and materials from K & E regarding expert preparation issues (.80); review government expert reports (.90). | 1.70 |
| 12/30/05 | Flatley | Reviewing correspondence and e-mails and reorganizing (2.0); e-mails regarding scheduling meeting (0.1); beginning preparation for California meeting (0.5). | 2.60 |
| 12/31/05 | Cameron | E-mails regarding expert witness preparation materials. | .80 |

                                                              ------
                                          TOTAL HOURS    175.10

```
172573 W. R. Grace & Co.                    Invoice Number  1363454
60035  Grand Jury Investigation             Page    9
       January 31, 2006


   Date  Name                                          Hours
   ------ ----------                                    -----


TIME SUMMARY                Hours        Rate         Value
------------------------    -----        ----         -------


James J. Restivo Jr.        7.60  at  $  525.00  =   3,990.00
Lawrence E. Flatley        68.20  at  $  495.00  =  33,759.00
Douglas E. Cameron         94.30  at  $  490.00  =  46,207.00
Rebecca E. Aten             4.70  at  $  245.00  =   1,151.50
Maria E. DiChiera           0.30  at  $  155.00  =      46.50

                           CURRENT FEES                        85,154.00

                                                              ------------
                     TOTAL BALANCE DUE UPON RECEIPT            $85,154.00
                                                              ============
```