```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

W.R Grace & Co.                          Invoice Number      1363456
One Town Center Road                     Invoice Date        01/31/06
Boca Raton, FL   33486                   Client Number        172573


================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

   Fees                                           0.00
   Expenses                                   9,322.91

               TOTAL BALANCE DUE UPON RECEIPT         $9,322.91
                                                                                 =============

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

W.R Grace & Co.                          Invoice Number        1363456
One Town Center Road                     Invoice Date          01/31/06
Boca Raton, FL   33486                   Client Number         172573
                                         Matter Number         60026

===============================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Item | Amount |
|---|---:|
| Binding Charge | 6.00 |
| Telephone Expense | 25.50 |
| IKON Copy Services | 121.20 |
| PACER | 9.68 |
| Duplicating/Printing/Scanning | 716.70 |
| Courier Service - Outside | 241.46 |
| Agents Fees | 30.00 |
| Outside Duplicating | 142.66 |
| Transportation | 61.00 |
| Air Travel Expense | 7,325.67 |
| Taxi Expense | 105.00 |
| Mileage Expense | 171.69 |
| Meal Expense | 390.96 |
| General Expense -- tabs for hearing materials | 7.49 |
| Expense Advance | (32.10) |

              CURRENT EXPENSES                       9,322.91
                                                  --------------

              TOTAL BALANCE DUE UPON RECEIPT        $9,322.91
                                                  ==============

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R Grace & Co.                           Invoice Number      1363456
One Town Center Road                      Invoice Date        01/31/06
Boca Raton, FL   33486                    Client Number        172573
                                          Matter Number         60026
```

============================================================================

Re: (60026)   Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---:|
| 11/01/05 | Meal Expense-Breakfast items for ten people for November omnibus hearing. | 85.18 |
| 11/01/05 | Meal Expense--Lunch items for ten people for November omnibus hearing. | 143.68 |
| 11/14/05 | PACER--Electronic docket access charge. | 9.68 |
| 11/28/05 | Binding Charge | 3.00 |
| 11/30/05 | Air Travel Expense --Original reservation for air travel for L. Flatley trip to meetings in Washington, DC, 12/5/05. | 950.39 |
| 12/01/05 | Meal Expense-Lunch for 5 for client meeting | 86.73 |
| 12/03/05 | Duplicating/Printing/Scanning ATTY # 0559; 4 COPIES | .60 |
| 12/03/05 | Duplicating/Printing/Scanning ATTY # 0559; 59 COPIES | 8.85 |
| 12/04/05 | Duplicating/Printing/Scanning ATTY # 0559; 129 COPIES | 19.35 |
| 12/04/05 | Air Travel Expense - Air travel for L. Flatley trip to Washington, D.C., 12/5/05. | 986.40 |
| 12/05/05 | Air Travel Expense-- Credit for L. Flatley cancelled tickets for travel for Washington, DC, 12/5/05. | -920.39 |
| 12/06/05 | Duplicating/Printing/Scanning ATTY # 0396: 1 COPIES | .15 |

```
172573  W. R. Grace & Co.                            Invoice Number   1363456
60026   Litigation and Litigation Consulting         Page      2
        January 31, 2006
```

| Date | Description | Amount |
|---|---|---|
| 12/06/05 | Duplicating/Printing/Scanning<br>ATTY # 0396: 3 COPIES | .45 |
| 12/06/05 | Air Travel Expense-Air travel for L. Flatley trip to meetings in Washington, DC, 12/7/05. | 986.40 |
| 12/07/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 314 COPIES | 47.10 |
| 12/07/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 12/07/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 9 COPIES | 1.35 |
| 12/07/05 | Air Travel Expense-Original reservations for air travel for L. Flatley trip to meetings in Washington, DC, 12/12/05. | 950.39 |
| 12/08/05 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/4 | .15 |
| 12/08/05 | Telephone Expense<br>202-879-5032/WASHINGTON, DC/2 | .10 |
| 12/08/05 | Telephone Expense<br>561-362-1551/BOCA RATON, FL/16 | .80 |
| 12/08/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 3 COPIES | .45 |
| 12/08/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .60 |
| 12/08/05 | Duplicating/Printing/Scanning<br>ATTY # 0718; 19 COPIES | 2.85 |
| 12/08/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 486 COPIES | 72.90 |
| 12/08/05 | Duplicating/Printing/Scanning<br>ATTY # 0856: 6 COPIES | .90 |
| 12/08/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 9 COPIES | 1.35 |
| 12/09/05 | Mileage Expense - - LAWRENCE E. FLATLEY--Mileage relating to travel for MEETING IN WASH DC AT K&E(12/5/05). | 29.10 |
| 12/09/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 750 COPIES | 112.50 |

```
172573  W. R. Grace & Co.                            Invoice Number   1363456
60026   Litigation and Litigation Consulting         Page    3
        January 31, 2006
```

| Date | Description | Amount |
|---|---|---|
| 12/09/05 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPIES | .15 |
| 12/09/05 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Dr. Morton Corn Associates (NAPLES FL 34108). | 9.08 |
| 12/09/05 | Air Travel Expense--Air travel for L. Flatley trip to meetings in Washington, DC, 12/12/05. | 950.39 |
| 12/09/05 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Dr. Morton Corn Associates (NAPLES FL 34108). | .96 |
| 12/12/05 | Telephone Expense<br>303-866-0408/DENVER, CO/25 | 1.25 |
| 12/12/05 | Duplicating/Printing/Scanning<br>ATTY # 0856: 3 COPIES | .45 |
| 12/12/05 | Air Travel Expense--Credit for L. Flatley cancelled tickets for travel to Washington DC, 12/12/05. | -920.39 |
| 12/13/05 | Air Travel Expense - - DOUGLAS E. CAMERON, TRIP TO K&E OFFICES IN WASH DC REGARDING EXPERT WITNESSES (12/5/05). | 956.40 |
| 12/13/05 | Air Travel Expense - - DOUGLAS E. CAMERON, TRIP TO K&E OFFICES IN WASH DC REGARDING EXPERT WITNESSES (12/5/05) $30 TICKETING FEE AND $30 CHANGE FEE | 60.00 |
| 12/13/05 | Meal Expense - - DOUGLAS E. CAMERON, TRIP TO K&E OFFICES IN WASH DC FOR MEETING REGARDING EXPERT WITNESS (12/5/05). | 12.44 |
| 12/13/05 | Taxi Expense - - DOUGLAS E. CAMERON, TRIP TO K&E OFFICES IN WASH DC FOR MEETING REGARDING EXPERT WITNESS (12/5/05). | 40.00 |
| 12/13/05 | Mileage Expense - - DOUGLAS E. CAMERON, TRIP TO K&E OFFICES IN WASH DC FOR MEETING REGARDING EXPERT WITNESS (12/5/05). | 23.28 |
| 12/13/05 | Transportation - - DOUGLAS E. CAMERON, PARKING - TRIP TO K&E OFFICES IN WASH DC FOR MEETING REGARDING EXPERT WITNESS (12/5/05). | 17.00 |

```
172573  W. R. Grace & Co.                          Invoice Number  1363456
60026   Litigation and Litigation Consulting       Page     4
        January 31, 2006
```

| Date | Description | Amount |
|---|---|---:|
| 12/13/05 | IKON Copy Services - - VENDOR: IKON OFFICE SOLUTIONS, INC. --COPYING FOR SERVICE OF CNO FOR MONTHLY FEE APPLICATION TO 2002 SERVICE LIST. | 63.10 |
| 12/13/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 460 COPIES | 69.00 |
| 12/13/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 25 COPIES | 3.75 |
| 12/13/05 | Telephone Expense<br>518-461-7106/ALBANY, NY/8 | .35 |
| 12/13/05 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/2 | .10 |
| 12/13/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 9 COPIES | 1.35 |
| 12/13/05 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPIES | .15 |
| 12/13/05 | Binding Charge | 3.00 |
| 12/14/05 | Telephone Expense<br>443-535-8439/COLUMBIA, MD/102 | 5.05 |
| 12/14/05 | Telephone Expense<br>212-613-2799/NEW YORK, NY/68 | 3.40 |
| 12/14/05 | Telephone Expense<br>561-362-1552/BOCA RATON, FL/5 | .25 |
| 12/14/05 | Telephone Expense<br>561-362-1552/BOCA RATON, FL/2 | .10 |
| 12/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0349: 3 COPIES | .45 |
| 12/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0856: 3 COPIES | .45 |
| 12/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0856: 6 COPIES | .90 |
| 12/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0856: 32 COPIES | 4.80 |
| 12/14/05 | Air Travel Expense--Tickets for air travel for L. Flatley travel relating to meeting for criminal matter, 1/5/06. | 1078.60 |

```
172573 W. R. Grace & Co.                          Invoice Number   1363456
60026  Litigation and Litigation Consulting       Page    5
       January 31, 2006
```

| Date | Description | Amount |
|---|---|---|
| 12/14/05 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to MATTHEW T. MURPHY, CASNER & EDWARDS, LLP (BOSTON MA 02210). | 13.42 |
| 12/14/05 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to MATTHEW T. MURPHY, CASNER & EDWARDS, LLP (BOSTON MA 02210). | 13.42 |
| 12/14/05 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to MATTHEW T. MURPHY, CASNER & EDWARDS, LLP (BOSTON MA 02210). | 8.00 |
| 12/14/05 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to MATTHEW T. MURPHY, CASNER & EDWARDS, LLP (BOSTON MA 02210). | -13.42 |
| 12/15/05 | Telephone Expense 202-898-9000/WASHINGTON, DC/27 | 1.35 |
| 12/15/05 | Telephone Expense 410-531-4355/COLUMBIA, MD/27 | 1.35 |
| 12/15/05 | Duplicating/Printing/Scanning ATTY # 0349: 52 COPIES | 7.80 |
| 12/16/05 | Taxi Expense - - VENDOR: LAWRENCE E. FLATLEY MEETING IN WASH DC WITH K&E LAWYERS (12/12/05). | 32.00 |
| 12/16/05 | Mileage Expense - - VENDOR: LAWRENCE E. FLATLEY MEETING IN WASH DC WITH K&E LAWYERS (12/12/05). | 29.10 |
| 12/16/05 | Transportation - - VENDOR: LAWRENCE E. FLATLEY PARKING - MEETING IN WASH DC WITH K&E LAWYERS (12/12/05). | 17.00 |
| 12/16/05 | Taxi Expense - - VENDOR: LAWRENCE E. FLATLEY MEETING IN WASH DC WITH K&E LAWYERS (12/12/05). | 33.00 |
| 12/16/05 | Mileage Expense - - VENDOR: LAWRENCE E. FLATLEY MEETING IN WASH DC WITH K&E LAWYERS (12/12/05). | 29.10 |
| 12/16/05 | Transportation - - VENDOR: LAWRENCE E. FLATLEY PARKING - MEETING IN WASH DC WITH K&E LAWYERS 12/12/05 | 17.00 |
| 12/16/05 | Telephone Expense 239-596-3755/NO NAPLES, FL/39 | 1.95 |

| | | |
|---|---|---|
| 172573  W. R. Grace & Co. | | Invoice Number  1363456 |
| 60026   Litigation and Litigation Consulting | | Page    6 |
| January 31, 2006 | | |

| Date | Description | Amount |
|---|---|---|
| 12/16/05 | Telephone Expense<br>561-362-1551/BOCA RATON, FL/24 | 1.20 |
| 12/16/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .45 |
| 12/16/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .45 |
| 12/16/05 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPIES | .15 |
| 12/16/05 | Duplicating/Printing/Scanning<br>ATTY # 0349: 2 COPIES | .30 |
| 12/18/05 | Duplicating/Printing/Scanning<br>ATTY # 4810; 434 COPIES | 65.10 |
| 12/19/05 | Mileage Expense - - TERESA A. MARTIN, OVERTIME ASSISTANCE TO KIRKLAND & ELLIS ATTORNEYS FOR GRACE HEARING PREPARATION(12/18/05). | 29.10 |
| 12/19/05 | Transportation - - TERESA A. MARTIN, PARKING - OVERTIME ASSISTANCE TO KIRKLAND & ELLIS ATTORNEYS FOR GRACE HEARING PREPARATION(12/18/05). | 5.00 |
| 12/19/05 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/2 | .10 |
| 12/19/05 | Duplicating/Printing/Scanning<br>ATTY # 4810; 8 COPIES | 1.20 |
| 12/19/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 88 COPIES | 13.20 |
| 12/19/05 | Duplicating/Printing/Scanning<br>ATTY # 4810; 578 COPIES | 86.70 |
| 12/19/05 | Duplicating/Printing/Scanning<br>ATTY # 0349; 8 COPIES | 1.20 |
| 12/19/05 | Duplicating/Printing/Scanning<br>ATTY # 0349; 162 COPIES | 24.30 |
| 12/19/05 | Duplicating/Printing/Scanning<br>ATTY # 0396: 5 COPIES | .75 |
| 12/19/05 | Duplicating/Printing/Scanning<br>ATTY # 0396: 5 COPIES | .75 |

```
172573 W. R. Grace & Co.                              Invoice Number   1363456
60026  Litigation and Litigation Consulting           Page      7
       January 31, 2006
```

| Date | Description | Amount |
|---|---|---|
| 12/19/05 | Duplicating/Printing/Scanning<br>ATTY # 0396: 5 COPIES | .75 |
| 12/19/05 | Duplicating/Printing/Scanning<br>ATTY # 0396: 5 COPIES | .75 |
| 12/19/05 | Duplicating/Printing/Scanning<br>ATTY # 0396: 5 COPIES | .75 |
| 12/20/05 | Meal Expense - - SHARON AMENT, OVERTIME ASSISTANCE TO KIRKLAND & ELLIS ATTORNEYS FOR GRACE HEARING PREPARATION (12/18/05). | 62.93 |
| 12/20/05 | Mileage Expense - - SHARON AMENT, OVERTIME ASSISTANCE TO KIRKLAND & ELLIS ATTORNEYS FOR GRACE HEARING PREPARATION (12/18/05). | 32.01 |
| 12/20/05 | Transportation - - SHARON AMENT, PARKING - OVERTIME ASSISTANCE TO KIRKLAND & ELLIS ATTORNEYS FOR GRACE HEARING PREPARATION (12/18/05). | 5.00 |
| 12/20/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 8 COPIES | 1.20 |
| 12/20/05 | Duplicating/Printing/Scanning<br>ATTY # 0396; 504 COPIES | 75.60 |
| 12/20/05 | Duplicating/Printing/Scanning<br>ATTY # 0396; 308 COPIES | 46.20 |
| 12/20/05 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/4 | .20 |
| 12/20/05 | Telephone Expense<br>610-525-5960/BRYN MAWR, PA/2 | .10 |
| 12/20/05 | Telephone Expense<br>239-596-3755/NO NAPLES, FL/2 | .10 |
| 12/21/05 | General Expense - - ALL-STATE INTERNATIONAL, INC. - TABS FOR HEARING MATERIALS. | 1.50 |
| 12/21/05 | General Expense - - ALL-STATE INTERNATIONAL, INC. - TABS FOR HEARING MATERIALS. | 5.99 |
| 12/21/05 | IKON Copy Services - - VENDOR: IKON OFFICE SOLUTIONS, INC. - COPYING FOR SERVICE OF CNO FOR MONTHLY FEE APPLICATION TO CORE SERVICE LIST. | 58.10 |

```
172573  W. R. Grace & Co.                              Invoice Number   1363456
 60026  Litigation and Litigation Consulting           Page     8
        January 31, 2006


12/21/05   Telephone Expense                                              .55
           484-431-9962/BALACYNWYD, PA/12

12/21/05   Telephone Expense                                              .15
           561-362-1959/BOCA RATON, FL/3

12/21/05   Duplicating/Printing/Scanning                                  .30
           ATTY # 0559; 2 COPIES

12/21/05   Duplicating/Printing/Scanning                                  .75
           ATTY # 0349: 5 COPIES

12/21/05   Duplicating/Printing/Scanning                                 1.35
           ATTY # 0559: 9 COPIES

12/21/05   Air Travel Expense                                         1327.09
           FLATLEY/LAWRENCE
           11JAN PIT-DCA-PBI-PIT

12/22/05   Travel Agents Fees - - VENDOR: DOUGLAS E.                    30.00
           CAMERON TRIP TO WASH. DC FOR COUNSEL + WITNESS
           MTG. (12/21/05).

12/22/05   Air Travel Expense - - DOUGLAS E. CAMERON,                  920.39
           TRIP TO WASH. DC FOR COUNSEL + WITNESS MTG.
           (12/21/05).

12/22/05   Telephone Expense                                             2.65
           561-362-1533/BOCA RATON, FL/53

12/22/05   Telephone Expense                                              .25
           561-362-1533/BOCA RATON, FL/5

12/22/05   Telephone Expense                                             1.50
           239-596-3755/NO NAPLES, FL/30

12/22/05   Telephone Expense                                             1.50
           561-362-1533/BOCA RATON, FL/30

12/22/05   Telephone Expense                                              .10
           561-362-1533/BOCA RATON, FL/2

12/22/05   Telephone Expense                                              .10
           518-283-7671/TROY, NY/3

12/22/05   Telephone Expense                                              .45
           518-283-7671/TROY, NY/10

12/22/05   Telephone Expense                                              .35
           561-362-1533/BOCA RATON, FL/7
```

```
172573  W. R. Grace & Co.                          Invoice Number   1363456
60026   Litigation and Litigation Consulting       Page     9
        January 31, 2006
```

| Date | Description | Amount |
|---|---|---:|
| 12/22/05 | Duplicating/Printing/Scanning ATTY # 0559: 9 COPIES | 1.35 |
| 12/29/05 | W R GRACE CO CONN--Invoice Credit | -32.10 |
| 12/29/05 | Duplicating/Printing/Scanning ATTY # 0718; 196 COPIES | 29.40 |
| 12/29/05 | Duplicating/Printing/Scanning ATTY # 4810; 1 COPIES | .15 |
| 12/29/05 | Duplicating/Printing/Scanning ATTY # 0559: 9 COPIES | 1.35 |
| 12/30/05 | Duplicating/Printing/Scanning ATTY # 0559; 7 COPIES | 1.05 |
| 12/30/05 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .30 |
| 12/30/05 | Duplicating/Printing/Scanning ATTY # 0559: 1 COPIES | .15 |
| 12/30/05 | Duplicating/Printing/Scanning ATTY # 0559: 12 COPIES | 1.80 |
| 12/31/05 | Courier Service - FEDEX PKG DELIVERY TO S. MICHAELS, THE VISUAL STRATEGY. | 93.00 |
| 12/31/05 | Courier Service - FEDEX PKG DELIVERY TO E. LEIBENSTEIN, KIRKLAND AND ELLIS LLP. | 65.10 |
| 12/31/05 | Courier Service - FEDEX PKG DELIVERY TO M. BROWDY, KIRKLAND AND ELLIS, LLP. | 51.90 |
| 12/31/05 | Outside Duplicating - - CLICKS -COPYING OF CDS FOR PRODUCTION TO PD COMMITTEE. | 142.66 |

```
                       CURRENT EXPENSES                    9,322.91
                                                          ------------

                       TOTAL BALANCE DUE UPON RECEIPT     $9,322.91
                                                          ============
```