IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 3rd day of February, 2006, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

1. **Certification of Counsel Regarding Order Denying Claimant Peter P. Pearson's Motion for Summary Judgment and Granting Debtors Cross-Motion for Summary Judgment Regarding Claim No. 2281;**

2. **Order Denying Claimant Peter P. Pearson's Motion for Summary Judgment and Granting Debtors Cross-Motion for Summary Judgment Regarding Claim No. 2281.**

_____
James E. O'Neill (Bar No. 4042)

W. R. Grace Pearson Special Service List
Case No. 01-1139 (JKF)
Document Number: 106253
01 – First Class Mail
01 – E-Mail

*First Class Mail*
Peter P. Pearson
P.O. Box 26301
Tucson, AZ 85726

*Via E-Mail*
tpearson@ELECTROGLAS.com