# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| W. R. GRACE & CO., et al., | Case No. 01-01139 (JKF) |
|  | (Jointly Administered) |
| Debtors. |  |

## THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS' PRELIMINARY DISCLOSURES OF POTENTIAL NON-EXPERT WITNESSES RE: PERSONAL INJURY ESTIMATION

The Official Committee of Asbestos Property Damage Claimants (the "PD Committee"), by and through its undersigned attorneys, hereby serves its Preliminary Disclosures of Potential Non-Expert Witnesses in the Personal Injury Estimation (the "PI Estimation") pursuant to the Court's Case Management Order dated August 29, 2005 [Doc. No. 9301], as amended. The PD Committee identifies the following individuals as likely non-expert witnesses in respect of the PI Estimation proceeding:

1. The present and former employees of the Debtors with the most knowledge regarding the sales, distribution application and installation of the Debtors' asbestos-containing products including, without limitation, Mono-kote and ZAP.

2. In addition to the foregoing, the following present and former officers and directors of the Debtors:

    (a) Robert Beber

    (b) David Siegel

  (c) Jay Hughes

  (d) John Port

  (e) Paul Norris

  (f) Lawrence Ellberger

  (g) Jeff Posner

  (h) Brian McGowan

  (i) Fred Zaremby;

  (j) Richard Finke;

  (k) Thomas Feit; and

  (l) Thomas Egan

3. Daniel Rourke

4. Kevin Collins

5. Thomas Florence

As fact discovery has not been completed, the PD Committee reserves its right to supplement and alter this list as necessary and to designate additional or alternative individuals to testify in the PI Estimation proceeding based on the issues raised or implicated by discovery or by positions taken by interested parties. Additionally, the identification on this list does not necessarily mean that the PD Committee intends to depose or to offer testimony from any particular witness.

The PD Committee also reserves its right to call and rely upon any expert or non-expert witness designated by any other party to the PI Estimation.

Dated: February 3, 2006

Respectfully submitted,

BILZIN SUMBERG BAENA
   PRICE & AXELROD LLP
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131-2336
Telephone: (305) 374-7580

Scott L. Baena (Admitted Pro Hac Vice)
Jay M. Sakalo (Admitted Pro Hac Vice)

and

FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, Delaware 19899
(302) 575-1555


By:   /s/ Theodore J. Tacconelli
      Theodore J. Tacconelli
      (Del. Bar No. 2678)

Co-Counsel for the Official Committee of Asbestos Property Damage Claimants