IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.* | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket No. 11697 |
| | ) | |

## DEBTORS' PRELIMINARY NON-EXPERT WITNESS DISCLOSURE FOR ASBESTOS PI ESTIMATION

In accordance with paragraph 5 of this Court's January 31, 2006 Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities (the "Amended PI Estimation CMO"), Docket No. 11697, the Debtors hereby submit their preliminary non-expert witness disclosures for personal injury estimation. By identifying these witnesses, the Debtors intend to identify those persons believed at this time to have factual information relevant to the estimation of Asbestos Personal Injury Claims ("PI Estimation"). This disclosure is not intended to serve as a final list of witnesses that the Debtors intend to call to testify at the PI Estimation, as the discovery of facts relevant to the PI Estimation is in its early stages. Debtors expressly reserve their right to modify this disclosure in accordance with the provisions of paragraphs 5 and 12 of the Amended PI Estimation CMO.

### Non-Expert Witnesses

1.     James Cintani
   c/o W.R. Grace & Co.
   7500 Grace Drive
   Columbia, MD 21044

2.     Thomas Egan
   c/o W.R. Grace & Co.
   7500 Grace Drive

Columbia, MD 21044

3.    Jay W. Hughes, Jr.
      Senior Litigation Counsel
      c/o W.R. Grace & Co
      62 Whittemore Avenue
      Cambridge, MA 02140

4.    John V. Port
      Controller, LSG
      c/o W.R. Grace & Co.
      5400 Broken Sound Blvd., N.W., #300
      Boca Raton, FL 33487

5.    Jeffrey M. Posner
      Former Director of Risk Management
      c/o W.R. Grace & Co.
      5400 Broken Sound Blvd., N.W., #300
      Boca Raton, FL 33487

6.    David B. Siegel (Retired)
      Senior Vice President & General Counsel
      c/o W.R. Grace & Co.
      7500 Grace Drive
      Columbia, MD 21044

7.    Robert M. Tarola
      Senior Vice President & Chief Financial Officer
      c/o W.R. Grace & Co.
      7500 Grace Drive
      Columbia, MD 21044

8.    James W. Ballard, M.D.
      4012 Greystone Drive
      Birmingham, AL

9.    Brad Black, M.D.
      Libby, MT

10.   Sharon Campolucci
      Address Unknown

11.   Leo Castiglioni, M.D.
      Address Unknown

12.   Mary Kay Collins

Address Unknown

13.  H. Todd Coulter, M.D.
     1009 Byrd Drive
     Ocean Springs, MD  39566-0331

14.  James Jay Flynn, M.D.
     Vice President
     HNA Traveris
     246 Industrial Way West
     Eatontown, NJ  07724

15.  Dominic Gaziano, M.D.
     3100 MacCorkle Ave., S.E.,
     Suite 404
     Charleston, WV  25304

16.  Andrew Harron, D.O.
     1617 34th Street
     Kenosha, WI  53114

17.  Ray A. Harron, M.D.
     901 W. Main Street
     Suite 101
     Bridgeport, WV  26330

18.  Healthscreen, Inc.
     Jackson, MS

19.  Vikas Kapil
     Address Unknown

20.  Richard Kuebler, M.D.
     108 Bradford Green
     Madison, MS  39110

21.  Richard Levine, M.D.
     304 Dogwood Lane
     Elkins Park, PA

22.  Philip Lucas, M.D.
     220 Winged Foot Circle
     Jackson, MS  3921

23.  Jeffrey Lybarger
     Agency for Toxic Substances and Disease Registry, Region 4

3

Atlanta Federal Center
61 Forsyth Street SW
10th Floor
Atlanta, GA  30303

24.	Dan Middleton
	Agency for Toxic Substances and Disease Registry, Region 4
	Atlanta Federal Center
	61 Forsyth Street SW
	10th Floor
	Atlanta, GA  30303

25.	Aubrey Miller
	Environmental Protection Agency, Region 8
	999-18th St. Suite 200
	Denver, CO 80202-2466

26.	George Martindale
	65 Kings Way
	Mobile, AL  36608

27.	Heath Mason
	2810 Andrews Avenue
	Pascagoula, MS  39567

28.	Larry Mitchell, M.D.
	1487 Sneed Road West
	Franklin, TN 37069

29.	Walter Allen Oaks, M.D.
	111 Pinebrook Drive, East
	Mobile, AL  36608

30.	Alvin Schonfeld, M.D.
	438 West Saint James Place
	Chicago, IL  60614

31.	Jay Segarra, M.D.
	Camellia Place
	2123 Government Street
	Ocean Springs, MS  39564

32.	Christopher Weis
	Environmental Protection Agency

33.	Alan Whitehouse, M.D.

4

1501 E. Eloika Rd.
Deer Park, WA 90066

Center for Asbestos Disease
308 Louisiana Avenue
Libby, MT

34.   Person(s) most knowledgeable about the following studies:

- *Mortality in Libby, Montana, 1979-1998*, Executive Summary; Dearwent S., Lewin M., Metcalf S.; August 8, 2002;

- *Preliminary Findings of Medical Testing of Individuals Potentially Exposed to Asbestoform Minerals Associated with Vermiculite in Libby, Montana: An Interim Report for Community Health Planning*; Agency for Toxic Substances and Disease Registry; Lybarger, J., Lewin, J., Kess, S., Miller, A.; February 22, 2001;

- *Year 2000 Medical Testing of Individuals Potentially Exposed to Asbestoform Minerals Associated with Vermiculite in Libby, Montana, A Report to the Community*; Libby Community Environmental Health Project Cooperative Partners, Lybarger, J.A., Lewin, M., Peipens L., Campolucci S., Kess S., Miller A., Spence M., Black B., Weis C.; August 23, 2001;

- *Health Consultation, Mortality From Asbestosis in Libby, Montana, Libby Asbestos Site*; Exposure Investigation and Consultation Branch, Division of Health Assessment and Consultation, Agency for Toxic Substances and Disease Registry; December 12, 2000;

- *Radiographic abnormalities and exposure to asbestos-contaminated vermiculite in the community of Libby, Montana, USA*; Peipins LA, Lewin M, Campolucci S., Lybarger J.A., Miller A., Middleton D., Weis C., Spence M., Black B., Kapil V.; *Environ. Health Perspect.* 2003 Nov; 111(14):1753-9;

- *The usefulness of computed tomography in detecting asbestos-related pleural abnormalities in people who had indeterminate chest radiographs: the Libby, MT, Experience*; Muravov O.I., Kaye W.E., Lewin M., Berkowitz Z., Lybarger J.A., Campolucci S.S., Parker J.E.; *Int. J. Hyg. Environ. Health*, 2005; 208(1-2):87-99;

- *Review of Asbestos-Related Abnormalities Among a Group of Patients from Libby, Montana, A Pilot Study*; Agency for Toxic Substances and Disease Registry; August 2002.

35.   Person(s) most knowledgeable about any database maintained by the Agency for Toxic Substances and Disease Registry in connection with any of the above listed studies.

Further, Debtors are still in the process of investigating and developing the facts relevant to the estimation process, and are still in the process of identifying individuals who possess certain information, the discovery of which may lead to the discovery of evidence admissible in the estimation hearing. Debtors have yet to receive the responses to the W.R. Grace Asbestos Personal Injury Questionnaire, which Debtors anticipate may allow additional individuals who possess discoverable information to be identified. Grace believes that there are individuals who are presently or were formerly employed by law firms who possess relevant discoverable information concerning the methods by which asbestos personal injury claimants were screened and diagnosed. Grace reserves its right to supplement this non-expert witness disclosure in order to identify those witnesses, and any other witness who possesses discoverable information, at a later date in accordance with the procedures outlined in paragraphs 5 and 12 of the PI Estimation CMO.

Wilmington, Delaware
Dated:  February 3, 2006

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Michelle H. Browdy
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
Telephone   (312) 861-2000
Facsimile    (312) 861-2200

KIRKLAND & ELLIS LLP
Barbara M. Harding
David Mendelson
Brian T. Stansbury
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone   (202) 879-5000
Facsimile    (202) 879-5200

*and*

6

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB, PC

*(signature)*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone   (302) 652-4100

Co-Counsel for the Debtors and Debtors in Possession

7