## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) | Chapter 11 |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) | |
| Debtors. | ) | **Objection Deadline: 2/27/06** |
|  | ) | **Hearing Date: Scheduled if Necessary** |

### COVER SHEET
### NINETEENTH MONTHLY INTERIM APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR <u>THE PERIOD OF DECEMBER 1, 2005 TO DECEMBER 31, 2005</u>

| | |
|---|---|
| Name of Applicant: | Phillips, Goldman & Spence, P.A. ("PG&S") |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention | PG&S Retention Order entered September 27, 2004 |
| Period for which Compensation is Sought: | December 1, 2005 through December 31, 2005 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $7,533.00 |
| 80% of Fees to be Paid: | $6,026.40 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $133.39 |
| Total Fees @ 80% and Expenses: | $6,159.79 |
| This is an: | __X__ interim  ____ monthly  ____ final application |

The total time expended for PG&S' fee application preparation during this time period was 5.90 hours and the corresponding fees were $1,108.00 and expenses were approximately $42.42. The time spent for this matter will be requested in subsequent monthly interim applications.

## PREVIOUS APPLICATIONS

| Fee Application Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | 80% of Fees Paid or To be Paid | Amount of Holdback Fees | Amount Paid |
|---|---|---|---|---|---|---|
| 1st Monthly Application 5.24.04-6.30.04 Filed 10.6.04 Dkt. No. 6549 | $5,034.50 | $0.00 | Filed 10.27.04 Dkt No. 6751 | $4,027.60 | $1,006.90 | $4,027.60 |
| 1st Quarterly Fee Application 5.24.04-6.30.04 Filed 10.27.04 Dkt. No. 6752 | $5,034.50 | $0.00 | Filed 11.19.04 Dkt No. 6696 | N/A | $1,006.90 | 1,006.90 |
| 2nd Monthly Application 7.1.04-7.31.04 Filed 10.6.04 Dkt. No. 6550 | $2,619.00 | $852.87 | Filed 11.11.04 Dkt No. 6883 | $2,095.20 | $523.80 | $2,948.07 |
| 3rd Monthly Application 8.1.04-8.31.04 Filed 10.8.04 Dkt. 6569 | $3,110.00 | $450.36 | Filed 11.11.04 Dkt No. 6884 | $2,488.00 | $622.00 | $2,938.36 |
| 4th Monthly Application 9.1.04-9.30.04 Filed 10.28.04 Dkt. No. 6783 | $5,034.50 | $419.64 | Filed 11.19.04 Dkt No. 6997 | $4,107.20 | $1,026.80 | $4,526.84 |
| 2nd Quarterly Fee Application 7.1.04-9.30.04 Filed 11.16.04 Dkt. No. 6940 | $10,863.00 | $1,722.87 | Filed 3.9.05 Dkt No. 7997 | N/A | $2,187.6 | N/A |
| 5th Monthly Application 10.1.04-10.31.02 Filed 11.29.04 Dkt. No. 7041 | $6,273.00 | $582.11 | Filed 12.21.04 Dkt No. 7278 | $5,018.40 | $1,254.60 | $5,600.51 |
| 6th Monthly Application 11.1.04-11.30.04 Filed 12.28.04 Dkt. No. 7370 | $7,128.00 | $249.55 | Filed 1.28.05 Dkt No. 7643 | $5,702.40 | $1,425.60 | $5,951.95 |
| 7th Monthly Application 12.1.04-12.31.04 Filed 1.28.05 Dkt No. 7644 | $7,245.00 | $186.54 | Filed 2.28.05 Dkt No. 7917 | $5,796.00 | $1,449.00 | $5,982.54 |
| 3rd Quarterly Fee Application 10.1.04-12.31.04 Filed 2.15.05 Dkt. No. 7783 | $20,646.00 | $1,018.20 | Filed 6.14.05 Dkt No. 8613 | N/A | $4,129.20 | N/A |

| Fee Application Filing Date, Docket No | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No | 80% of Fees Paid or To be Paid | Amount of Holdback Fees | Amount Paid |
|---|---|---|---|---|---|---|
| 8th Monthly Application 1 1 05-1.31 05 Filed 2 28 05 Dkt No 7918 | $9,247 00 | $2,039.47 | Filed 3.29 05 Dkt No 8135 | $7,397 60 | $1,850.00 | $9,437 07 |
| 9th Monthly Application 2 2 05-2 28 058 Filed 4 8 05 Dkt No 8191 | $3,373 00 | $164 44 | Filed 4.26 05 Dkt No 8284 | $2,862 84 | $674 60 | $2,862 84 |
| 10th Monthly Application 3 1 05-3.31 05 Filed 4 26 05 Dkt No. 8285 | $4,127 50 | $461.38 | Filed 6 6 05 Dkt No. 8553 | $3,763 38 | 825 00 | $3,763.38 |
| 4th Quarterly Application 1.1 05-3.31 05 Filed 4 29 05 Dkt No. 8303 | $16,747 50 | $2,665.29 | Filed 9 14 05 Dkt No. 9418 | N/A | $3349.49 | $3349.49 |
| 11th Monthly Application 4 1 05-4.30 05 Filed 6 6 05 Dkt No. 8554 | $4,910 00 | $195.51 | Filed 7 26 05 Dkt No 9094 | $3,928.00 | $982 00 | $4,123.51 |
| 12th Monthly Application 5 1 05-5 31 05 Filed 6 27 05 Dkt No. 8686 | $3,596 00 | $309 93 | Filed 7.20 05 Dkt No. 9029 | $2,876.80 | $719 20 | $3,186 73 |
| 13th Monthly Application 6.1 05-6 30.05 Filed 7.26 05 Dkt No. 9095 | $5,395 00 | 1,093 35 | Filed 8.31 05 Dkt No 9288 | $4,316 00 | $1,079 00 | 5,409 35 |
| 5th Quarterly Application Filed 7.27 05 Dkt No. 9096 | $13,901 00 | $1,598.79 | Filed 12.5 05 Dkt No. 11250 | N/A | $2,780 20 | $2,780 20 |
| 14th Monthly Application Filed 1 3 06 Dkt No. 11474 | $13,174 50 | $212.31 | Filed 1.30 06 Dkt No. 11643 | $10,539 60 | $2,634 90 | |
| 15th Monthly Application Filed 1 3 06 Dkt No. 11475 | $6,226 00 | $113 00 | Filed 1.30 06 Dkt No 11644 | $4,980.80 | $1,245 20 | |
| 16th Monthly Application Filed 1 3 06 Dkt No. 11476 | $6,258 00 | $95.26 | Filed 1 30 06 Dkt No. 11645 | $5,006.4 | $1,251 60 | |
| 6th Quarterly Application Filed 1 3 06 Dkt No. 11477 | $25,658 50 | $420.57 | Filed Dkt No. | N/A | $5,131 70 | |
| 17th Monthly Application Filed 1 3 06 Dkt No. 11478 | $10,201 00 | $9.11 | Filed 1.30 06 Dkt No 11646 | $8,160 80 | $2,040 20 | |

| Fee Application Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No | 80% of Fees Paid or To be Paid | Amount of Holdback Fees | Amount Paid |
|---|---|---|---|---|---|---|
| 18th Monthly Application Filed 1.3.06 Dkt No. 11479 | $5,406.50 | $10.88 | Filed 1.30.06 Dkt No. 11647 | $4,325.20 | $1,302.90 | |

## CURRENT COMPENSATION SUMMARY

## DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005

| Name of Professional Person | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John C. Phillips, Jr. | Director/17 years/1974/ litigation/bankruptcy | 350.00 | 18.70 | $6,545.00 |
| Celeste A. Hartman | Sr. Paralegal/9 years/20 years prior experience | 130.00 | 7.60 | $988.00 |
| Grand Total | | | 26.30 | $7,533.00 |
| Blended Rate: | | | | $286.43 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation | 17.30 | $6,055.00 |
| Fee/Employment Applications | 7.10 | $1,231.00 |
| Plan and Disclosures Statement | 1.00 | $130.00 |
| Case Administration | .90 | $117.00 |
| Total | 26.30 | $7,533.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| In-House Reproduction (15¢ per page) | N/A | $6.60 |
| Overnight Courier | Federal Express | $42.42 |
| Long Distance Telephone Charges | N/A | $.57 |
| Postage | N/A | $1.80 |
| Facsimile ($1 per page outgoing only) | N/A | $2.00 |
| Expense Reimbursement | John C. Phillips, Jr. | $80.00 |
| Total | | $133.39 |

The FCR was appointed effective May 24, 2004. Since his appointment, the FCR and his professionals have focused on due diligence with respect to the Debtors and events occurring in these cases over the previous years, and on protecting the rights of the future claimants with respect to actions taken by the Debtors, the Committees and other parties in interest.

PHILLIPS, GOLDMAN & SPENCE, P.A.


JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
Local Counsel to David T. Austern, as Future
Claimants' Representative

Date:   February 6, 2006