# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# DECEMBER 1, 2005
# THROUGH DECEMBER 31, 2005

```
                    Phillips, Goldman & Spence, P.A.
                            1200 N. Broom Street
                           Wilmington, DE  19806
                              (302) 655-4200
                            EI #: 51-0328786
```

January 25, 2006

Swidler Berlin, LLP
Richard H. Wyron
3000 K. Street, NW
Suite 300
Washington DC  20007

File   WRG-AUS/JCP
Invoice number   60892

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

```
            Subtotal for FEES only: 12/31/05      $7,533.00
            Subtotal for COSTS only: 12/31/05       $133.39
                                                 -----------
CURRENT PERIOD FEES AND COSTS: 12/31/05           $7,666.39
                                                 -----------
```

***************************************************************

Please remit duplicate copy with payment.  Thank you.

***************************************************************

Phillips, Goldman & Spence, P.A.

Page   2

January 25, 2006

Swidler Berlin, LLP

File   WRG-AUS/JCP
Invoice number   60892

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 17.3 | 6,055.00 |
| FEE/EMPLOYMENT APPLICATIONS | 7.1 | 1,231.00 |
| PLAN AND DISCLOSURE STATEMENT | 1.0 | 130.00 |
| CASE ADMINISTRATION | 0.9 | 117.00 |
| Subtotal for FEES only: 12/31/05 | 26.3 | $7,533.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 350.00 | JCP | 18.70 | 18.70 | 6,545.00 | 0.00 | 0.00 |
| 130.00 | CAH | 7.60 | 7.60 | 988.00 | 0.00 | 0.00 |
| Totals | | 26.30 | 26.30 | 7,533.00 | 0.00 | 0.00 |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

01/25/06  Page 1

Sort Fields:
    Grouping code           (Paginate)
    Client code
    Actual employee code    (Subtotals)
    Transaction date

Range Fields:
    Client code        I  WRG   -  WRG
    Invoice Number     I  60892 -  60892

| Cd Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Ca |
|---|---|---|---|---|---|---|
| WRG CASE ADMINISTRATION | CAH | 12/06/05 | Update docket to system; merge original signatures into filed documents. | 0.40 | 52.00 | |
| CASE ADMINISTRATION | CAH | 12/09/05 | Merge signatures into filed documents. | 0.20 | 26.00 | |
| CASE ADMINISTRATION | CAH | 12/31/05 | Update docket to system and obtain copies of Orders setting Hearing dates. | 0.30 | 39.00 | |
| | | | | 0.90 | 117.00 | |
| | | | | 0.90 | 117.00 | |

```
WRG-AUS                              LEGALMASTER MIRC For Transactions                    01/25/06  Page 2
                                                    -Fees-
```

| C1 Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG LITIGATION | JCP | 12/01/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | Li |
| WRG LITIGATION | JCP | 12/02/05 | Review of miscellaneous pleadings; review of FCR's Objection to Debtors' 9th Motion to Extend Exclusivity including Radecki and Austen Declarations. | 0.50 | 175.00 | |
| WRG LITIGATION | JCP | 12/05/05 | Review of Property Damage Committee's Objection to Debtors' 9th Motion to Extend Exclusivity (.6); review of Personal Injury Committee's Objection to Debtors' 9th Motion to Extend Exclusivity with Exhibits (.5); review of Baron and Budd's Objection to Debtor's 9th Motion to Extend Exclusivity (voluminous)(1.2); review of Debtors' Brief in Oppositions to Anderson Memorial's Motion for Class Certification (lengthy)(.4). | 2.70 | 945.00 | |
| WRG LITIGATION | JCP | 12/06/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG LITIGATION | JCP | 12/08/05 | Review of miscellaneous pleadings; review of Notice of Deposition of Dr. Harron. | 0.20 | 70.00 | |
| WRG LITIGATION | JCP | 12/09/05 | Review of Prudential's Statement re: Disclosures of Witnesses for Phase I Estimation; review of Gibson Motion for Additional Time to Serve CMO Questionnaires; review of Debtors' Motion for Leave to File Reply in Support of Exclusivity; review of Reply; review of miscellaneous pleadings; memorandum to paralegal re: 12/19/05 Hearing. | 0.60 | 210.00 | |
| WRG LITIGATION | JCP | 12/12/05 | Review of Agenda for 12/19/05 Hearing; review of miscellaneous pleadings. | 0.20 | 70.00 | |
| WRG LITIGATION | JCP | 12/13/05 | Review of Re-Notice of Dr. Harron's deposition; review of Speights and Runyan Rule 30(b)(6) deposition notices to Debtors. | 0.20 | 70.00 | |
| WRG LITIGATION | JCP | 12/13/05 | Review of Property Damage Committee's 4 Expert Reports (Longo, Welsh, Ewing and Anderson). | 2.00 | 700.00 | |
| WRG LITIGATION | JCP | 12/15/05 | Notice of Change of Time for 12/19/05 Hearing; review of Personal Injury Committee's Interrogatories and Request for Production to Debtor; review of miscellaneous pleadings; review of Certification of Counsel for Debtors' re: Scheduling Order for 15th Objection to Claims; review of miscellaneous pleadings; e-mail from counsel for Debtors. | 0.50 | 175.00 | |
| WRG LITIGATION | JCP | 12/16/05 | Review of Certification of Counsel re: Withdrawal of Claims; review of Certification of Counsel re: Revised 2nd Order Granting Relief Under Debtors' 15th Omnibus Objection; review of miscellaneous pleadings; letter from counsel for Debtors' with enclosure; preliminary review of Debtors'/Appelees' Brief re: Late Claimants. | 0.70 | 245.00 | |
| WRG LITIGATION | JCP | 12/19/05 | Review of 12/12/05 Hearing Transcript (.8); review of Agenda for 12/19/05 Hearing (.3); review of Order Denying | 5.50 | 1,925.00 | |

WRG-AUS                                                LEGALMASTER MIRC For Transactions                                    01/25/06  Page 3
                                                                    -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JCP | 12/20/05 | Debtors' Motion to take Discovery from Claimants' Attorneys (.4); phone conference with Judge Fitzgerald and all counsel (2.5); e-mail from Rose Meade with enclosure (.2); review of and execute FCR's Designation of Witnesses (.7); review of Personal Injury Committee's Disclosure of Potential Witnesses (.8). | 1.00 | 350.00 | WRG |
| LITIGATION | JCP | 12/21/05 | Review of Libby Claimants' Designation of Experts (.3); review of Debtors' Preliminary Expert Witness Disclosure (.3); review of Debtors' Motion for Protective Order Against Anderson Memorial's 30(b)(6) depositions (.2); review of Debtors' responses to Personal Injury Committee's Request for Production (.2). | 0.30 | 105.00 | WRG |
| LITIGATION | JCP | 12/23/05 | Review of Creditors' Committee's Expert Witness Disclosures; review of Property Damage Committees' Expert Witness Disclosures; review of Personal Injury Committee's Expert Witness Disclosures; review of Equity Committee's Expert Witness Disclosures. | 1.90 | 665.00 | WRG |
| LITIGATION | JCP | 12/27/05 | Review of miscellaneous pleadings (voluminous)(.6); review of Certification of Counsel for Personal Injury Committee re: Order Modifying CMO and proposed Order (.2); review of Notice of Deposition and subpoenas to N&M and Dr. Ballard; review of Anderson Memorial's Motion for Limited Relief from Automatic Stay (.4); review of Modified Order Regarding Debtors' 15th Omnibus Objection to Claims with Agenda for 1/24 and 1/26/06 Hearing(.3); review of Debtors' Reply in Support of 15th Omnibus Objections to Claims (voluminous)(.4). | 0.50 | 175.00 | WRG |
| LITIGATION | JCP | 12/28/05 | Review of Personal Injury Committee's Submission re: Proposed Order for Compensating Mediator; review of proposed Order and red-line version; review of Debtors' Motion to Strike Property Damage Committee's Phase 1 Fact Witnesses; review of miscellaneous pleadings; review of Certification of Counsel re: Revised Order for Modification of CMO for Estimation of Personal Injury Liabilities. | 0.10 | 35.00 | WRG |
| LITIGATION | JCP | 12/29/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | WRG |
| LITIGATION | JCP | 12/30/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | WRG |
|  |  |  |  | ------- | --------- |  |
|  |  |  |  | 17.30 | 6,055.00 |  |
|  |  |  |  | ------- | --------- |  |
|  |  |  |  | 17.30 | 6,055.00 |  |
|  |  |  |  | ------- | --------- |  |

WRG-AUS                                    LEGALMASTER MIRC For Transactions                              01/25/06  Page 4
                                                        -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 12/02/05 | Download, print and file Certificate of No Objection for CIBC's August and September Fee Applications. | 0.40 | 52.00 | fa |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 12/05/05 | Review of spread sheets from S. Bossey on amounts to be included in fee orders; e-mail agreement. | 0.20 | 26.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 12/05/05 | Download and file Certificate of No Objection for 5th Quarterly Fee Applications of CIBC and D. Austern. | 0.30 | 39.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 12/05/05 | Draft, scan and file Certificate of No Objection for Phillips, Goldman & Spence 5th Quarterly Fee Application. | 0.40 | 52.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 12/09/05 | Review of and revise prebills and code same. | 0.60 | 78.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 12/22/05 | Download and file Certificate of No Objection for Swidler Berlin's October Fee Application. | 0.30 | 39.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 12/31/05 | Draft July 2005 Monthly Fee Application for Phillips, Goldman & Spence. | 0.80 | 104.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 12/31/05 | Draft August 2005 Monthly Fee Application for Phillips, Goldman & Spence. | 0.70 | 91.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 12/31/05 | Draft September 2005 Monthly Fee Application for Phillips, Goldman & Spence. | 0.70 | 91.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 12/31/05 | Draft 6th Quarterly Fee Application for Phillips, Goldman & Spence. | 1.30 | 169.00 | |
| | | | | 5.70 | 741.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 12/05/05 | Review of and execute Certificate of No Objection re: Phillips, Goldman and Spence' 5th Quarterly Fee Application; conference with Celeste A. Hartman. | 0.20 | 70.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 12/06/05 | Review of and revise doward prebill. | 0.30 | 105.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 12/09/05 | Review of Certification of Counsel for Debtors' re: 17th Quarterly Fee Applications. | 0.10 | 35.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 12/12/05 | Review of and revise prebill for 5 months. | 0.70 | 245.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 12/23/05 | Review of Order Granting 17th Quarterly Fee Applications. | 0.10 | 35.00 | |
| | | | | 1.40 | 490.00 | |
| | | | | 7.10 | 1,231.00 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

01/25/06  Page 5

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG PLAN AND DISCLOSURE STATEMENT | CAH | 12/02/05 | Download and review; e-mail to D. Felder; review with James P. Hall, the Objection to Motion to Extend Exclusivity; file same. | 0.50 | 65.00 | ps |
| WRG PLAN AND DISCLOSURE STATEMENT | CAH | 12/19/05 | Download and print for John C. Phillips, Jr. the FCR's designation of witnesses; draft Certificate of Service; scan and file same. | 0.50 | 65.00 | |
| | | | | 1.00 | 130.00 | |
| | | | | 1.00 | 130.00 | |
| | | | | 26.30 | 7,533.00 | |

99 records printed.

# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# DECEMBER 1, 2005
# THROUGH DECEMBER 31, 2005

Phillips, Goldman & Spence, P.A.

January 25, 2006

Swidler Berlin, LLP

File   WRG-AUS/JCP
Invoice number   60892

Re:  W. R. Grace & Co.
    David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 12/01/05 | Federal Express | 42.42 |
| 12/01/05 | Long distance phone charges | 0.57 |
| 12/05/05 | Postage | 1.80 |
| 12/05/05 | Photocopies | 6.60 |
| 12/13/05 | Facsimile | 2.00 |
| 12/30/05 | Check No.: 29843 - John C. Phillips, Jr. -expense reimbursement. | 80.00 |
| | Subtotal for COSTS only: 12/31/05 | $133.39 |