**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR DISTRICT OF DELAWARE**

IN RE:

W.R. Grace, Inc., *et al.*　　　　　　　　　Bankruptcy No. 01-1139-JKF

　　　　Debtor(s)　　　　　　　　　　　　Chapter 11

　　　　　　　　　　　　　　　　　　　　**Related to Dkt. No. 9315, Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims, claims filed by Speights & Runyan on behalf of Coca-Cola Enterprises, Inc.**

**ORDER**

**AND NOW**, this **6th** day of **February, 2006, WHEREAS** the Court has investigated the issue of a conflict of interest with respect to the claims filed on behalf of Coca-Cola-Enterprises, Inc.,

**WHEREAS** the Court has no conflict regarding such claims;

It is **ORDERED** that Debtors shall note on the omnibus hearing agenda for February 21, 2006, that a status conference will be held at that time with respect to these claims.

　　　　　　　　　　　　　　　　　　*Judith K. Fitzgerald*
　　　　　　　　　　　　　　　　　　Judith K. Fitzgerald　　rmab
　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

1