**IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE**

IN RE:

W.R. Grace, Inc., *et al.*          Bankruptcy No. 01-1139-JKF

      Debtor(s)          Chapter 11

**Related to Dkt. No. 9315, Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims, claims filed by Speights & Runyan on behalf of Coca-Cola Enterprises, Inc.**

**AMENDED ORDER**

**AND NOW**, this **6th** day of **February, 2006, WHEREAS** the Court has further investigated the issue of a conflict of interest with respect to the claims filed on behalf of Coca-Cola-Enterprises, Inc.,

**WHEREAS** the Court has no conflict regarding such claims;

It is **ORDERED** that Debtors shall note on the omnibus hearing agenda for February 21, 2006, that a status conference will be held at that time with respect to these claims.

*Judith K. Fitzgerald*    rmab
Judith K. Fitzgerald
United States Bankruptcy Judge

1