IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: February 27, 2006 at 4:00 p.m. |
| | ) | Hearing Date: Only if Objections are timely filed. |

**AMENDED SUMMARY OF THE FIFTY-FIFTH MONTHLY APPLICATION OF FERRY, JOSEPH & PEARCE, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005**

Name of Applicant: Ferry, Joseph & Pearce, P.A.

Authorized to provide
professional services to: Official Committee of Asbestos Property Damage Claimants

Date of retention: April 18, 2001

Period for which compensation and
reimbursement is sought: November 1, 2005 through November 30, 2005

Amount of compensation sought
as actual reasonable and necessary: $26,430.00[1]

Amount of expense reimbursement
sought as actual reasonable and
necessary: $4,385.98

This is a: __X__ monthly _____ interim _____ final application

**Prior Monthly Applications:**

---

[1] Ferry, Joseph & Pearce, P.A.'s Fifty-Fifth Fee Application for the Period of November 1, 2005 through November 30, 2005 filed on December 9, 2005 at Docket No. 11312, inadvertently reflected an incorrect fee request of $24,440.00, while the correct amount was $26,430.00.

| Date Filed/ Docket No. | Period Covered | Requested | | Authorized | |
|---|---|---|---|---|---|
| | | Fees | Expenses | 80% of Requested Fees | Expenses |
| 7/10/01 #577 | 4/18/01- 4/30/01 | $1,476.00 | $26.00 | $1,173.60 | $26.00 |
| 7/10/01 #578 | 5/1/01- 5/31/01 | $6,276.50 | $2,708.31 | $5,021.20 | $2,708.31 |
| 7/30/01 #768 | 6/1/01- 6/30/01 | $11,251.00 | $1,643.75 | $9,000.80 | $1,643.75 |
| 09/05/01 #879 | 7/1/01- 07/31/01 | $11,833.00 | $2,538.98 | $9,466.40 | $2,538.98 |
| 10/01/01 #979 | 08/01/01- 08/31/01 | $6,068.00 | $1,391.31 | $4,854.40 | $1,391.31 |
| 10/30/01 #1039 | 09/01/01- 09/30/01 | $6,048.00 | $2,258.87 | $4,838.40 | $2,258.87 |
| 01/02/02 #1436 | 10/01/01- 11/30/01 | $16,325.00 | $4,495.30 | $13,060.00 | $4,495.30 |
| 01/21/02 #1533 | 12/01/01- 12/31/01 | $4,689.00 | $885.80 | $3,751.20 | $885.80 |
| 03/07/02 #1773 | 01/01/02- 01/31/02 | $6,980.00 | $1,280.38 | $5,584.00 | $1,280.38 |
| 05/01/02 #2000 | 02/01/02- 02/28/02 | $6,306.00 | $2,071.17 | $5,044.80 | $2,071.17 |
| 05/01/02 #2001 | 03/01/02- 03/31/02 | $9,438.00 | $6,070.08 | $7,550.40 | $6,070.08 |
| 06/28/02 #2295 | 04/01/02- 04/30/02 | $8,470.50 | $5,198.73 | $6,776.40 | $5,198.73 |
| 07/03/02 #2326 | 05/01/02- 05/31/02 | $11,446.00 | $1,098.56 | $9,156.80 | $1,098.56 |
| 09/12/02 #2678 | 06/01/02- 06/30/02 | $6,196.50 | $4,697.48 | $4,957.20 | $4,697.48 |
| 10/09/02 #2792 | 07/01/02- 07/31/02 | $4,837.50 | $1,939.53 | $3,870.00 | $1,939.53 |
| 11/04/02 #2923 | 08/01/02- 08/31/02 | $5,697.00 | $1,229.39 | $4,557.60 | $1,229.39 |
| 11/27/02 #3078 | 09/01/02- 09/30/02 | $10,017.00 | $4,957.00 | $8,013.60 | $4,957.00 |

| Date Filed/ Docket No. | Period Covered | Requested | | Authorized | |
|---|---|---|---|---|---|
| | | Fees | Expenses | 80% of Requested Fees | Expenses |
| 1/10/03 #3229 | 10/01/02-10/31/02 | $5,531.00 | $1,235.50 | $4,826.40 | $1,235.50 |
| 1/14/03 #3243 | 11/01/02-11/30/02 | $6,033.00 | $929.00 | $4,826.40 | $929.00 |
| 2/10/03 #3361 | 12/01/02-12/31/02 | $1,927.00 | $1,348.26 | $1,541.60 | $1,348.26 |
| 3/14/03 #3513 | 01/01/03 - 01/31/03 | $3,704.00 | $897.83 | $2,963.20 | $897.83 |
| 4/9/03 #3644 | 02/01/03-02/28/03 | $3,347.00 | $213.57 | $2,677.60 | $213.57 |
| 5/14/03 #3786 | 03/01/03-03/31/03 | $4,519.00 | $1,599.16 | $3,615.20 | $1,599.16 |
| 5/28/03 #3832 | 04/01/03 - 04/30/03 | $4,786.00 | $2,747.92 | $3,828.80 | $2,747.92 |
| 8/5/03 #4149 | 05/01/03-05/31/03 | $3,809.00 | $558.74 | $3,047.20 | $558.74 |
| 8/5/03 #4150 | 06/01/03-06/30/03 | $3,665.00 | $1,172.19 | $2,932.00 | $1,172.19 |
| 9/18/03 #4446 | 07/01/03-07/31/03 | $4,556.00 | $3,859.58 | $3,644.80 | $3,859.58 |
| 10/3/03 #4528 | 8/01/03-8/31/03 | $6,485.00 | $714.28 | $5,188.00 | $714.28 |
| 12/8/03 #4793 | 9/01/03-9/30/03 | $4,445.00 | $761.99 | $3,556.00 | $761.99 |
| 12/22/03 #4849 | 10/1/03-10/31/03 | $7,215.00 | $811.81 | $5,772.00 | $811.81 |
| 1/15/04 #4934 | 11/1/03-11/30/03 | $5,551.00 | $1,218.41 | $4,440.80 | $1,218.41 |
| 2/4/04 #5055 | 12/1/03-12/31/03 | $7,317.00 | $4,517.78 | $5,853.60 | $4,517.78 |
| 3/2/04 #5209 | 1/1/04-1/31/04 | $15,038.00 | $5,239.99 | $12,030.40 | $5,239.99 |
| 3/24/04 #5339 | 2/1/04-2/29/04 | $5,030.00 | $1,006.06 | $4,024.00 | $1,006.06 |
| 4/30/04 #5513 | 3/1/04-3/31/04 | $6,195.00 | $999.29 | $4,956.00 | $999.29 |

| Date Filed/ Docket No. | Period Covered | Requested | | Authorized | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | 80% of Requested Fees | Expenses |
| 5/12/04 #5558 | 4/1/04- 4/30/04 | $4,533.50 | $1,106.67 | $3,626.80 | $1,106.67 |
| 6/24/04 #5882 | 5/1/04- 5/31/04 | $7,579.50 | $1,074.62 | $6,063.60 | $1,074.62 |
| 8/3/04 #6113 | 6/1/04- 6/30/04 | $9,026.00 | $2,628.03 | $7,220.80 | $2,628.03 |
| 8/18/04 #6205 | 7/1/04- 7/31/04 | $8,736.00 | $1,256.09 | $6,988.80 | $1,256.09 |
| 10/12/04 #6596 | 8/1/04- 8/31/04 | $5,926.50 | $322.61 | $4,741.20 | $322.61 |
| 11/11/04 #6885 | 9/1/04- 9/30/04 | $7,021.00 | $916.09 | $5,616.80 | $916.09 |
| 12/10/04 #7141 | 10/1/04- 10/31/04 | $5,974.00 | $30.21 | $4,779.20 | $30.21 |
| 1/5/05 #7448 | 11/1/04- 11/30/04 | $6,819.00 | $779.92 | $5,455.20 | $779.92 |
| 1/28/05 #7650 | 12/1/04- 12/31/04 | $10,671.00 | $1,669.15 | $8,536.80 | $1,669.15 |
| 2/23/05 #7869 | 1/1/05- 1/30/05 | $11,672.00 | $3,438.34 | $9,337.60 | $3,438.34 |
| 3/31/05 #8152 | 2/1/05- 2/28/05 | $8,219.00 | $2,528.21 | $6,575.20 | $2,528.21 |
| 4/29/05 #8302 | 3/1/05- 3/31/05 | $9,261.50 | $1,902.00 | $7,409.20 | $1,902.00 |
| 5/18/05 #8455 | 4/1/05- 4/30/05 | $8,022.50 | $2,671.26 | $6,418.00 | $2,671.26 |
| 6/13/05 #8607 | 5/1/05- 5/31/05 | $6,019.60 | $2,915.50 | $6,022.80 | $2,915.50 |
| 7/22/05 #9050 | 6/1/05- 6/30/05 | $11,111.00 | $791.15 | $8,888.80 | $791.15 |
| 8/9/05 #9153 | 7/1/05- 7/31/05 | $13,746.00 | $1,961.98 | $10,996.80 | $1,961.98 |
| 9/13/05 #9413 | 8/1/05- 8/31/05 | $12,562.50 | $3,025.41 | $10,050.00 | $3,025.41 |

| Date Filed/ Docket No. | Period Covered | Requested | | Authorized | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | 80% of Requested Fees | Expenses |
| 11/3/05 #10982 | 9/1/05-9/30/05 | $21,156.00 | $3,983.64 | $16,924.80 | $3,983.64 |
| 12/5/05 #11248 | 10/1/05-10/31/05 | $24,776.00 | $2,840.05 | $19,820.80 | $2,840.05 |