### *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555       Fax:  (302) 575-1714

WR Grace PD Committee                     November 1, 2005 - November 30, 2005

Invoice No. 18694

**RE:**   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|------|------:|------:|
| B14 | Case Administration - | 19.20 | 3,809.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 4.40 | 1,038.00 |
| B18 | Fee Applications, Others - | 29.00 | 3,482.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 32.00 | 7,656.00 |
| B25 | Fee Applications, Applicant - | 19.90 | 2,173.50 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 1.30 | 214.50 |
| B32 | Litigation and Litigation Consulting - | 0.40 | 66.00 |
| B33 | ZAI Science Trial | 1.80 | 427.50 |
| B36 | Plan and Disclosure Statement - | 16.20 | 3,717.00 |
| B37 | Hearings - | 15.90 | 3,654.00 |
| B40 | Employment Applications, Others - | 1.30 | 192.50 |
| | **Total** | **141.40** | **$26,430.00** |
| | **Grand Total** | **141.40** | **$26,430.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------------|------:|------:|------:|
| Lisa L. Coggins | 165.00 | 5.30 | 874.50 |
| Rick S. Miller | 225.00 | 2.10 | 472.50 |
| Steven G. Weiler | 150.00 | 11.10 | 1,665.00 |
| Theodore J. Tacconelli | 240.00 | 79.70 | 19,128.00 |
| Legal Assistant - MH | 100.00 | 39.90 | 3,990.00 |
| Law Clerk | 100.00 | 3.00 | 300.00 |
| **Total** | | **141.40** | **$26,430.00** |

## DISBURSEMENT SUMMARY

| | |
|---|---:|
| Expense - | 4,385.98 |
| **Total Disbursements** | **$4,385.98** |

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| Nov-01-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from J. Sakalo re response/memo of law re constructive notice | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by R. U. Wilson Building, NY to 15th omnibus objection to claims re claim no. 10775 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Carr H. and Son to 15th omnibus objection to claims | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by The Main Place Mall to 15th omnibus objection to claims re claim no. 10774 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Key Foods, NY to 15th omnibus objection to claims re claim no. 10769 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by 99 Founders Plaza, CT to 15th omnibus objection to claims re claim no. 10762 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Medi-Center Building, SC to 15th omnibus objection to claims re claim no. 10835 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Gimbal's Department Store, NY to 15th omnibus objection to claims re claim no. 10748 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Hamstead Bank, NY to 15th omnibus objection to claims re claim no. 10752 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Vermont Historical Society to 15th omnibus objection to claims re claim no. 10752 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Ferris Baker Watts, Inc. to 15th omnibus objection to claims re claim no. 10753 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Vitality Food Service to 15th omnibus objection to claims re claim no. 10754 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by First National Plaza to 15th omnibus objection to claims re claim no. 10692 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Sheldon Solow to 15th omnibus objection to claims with attachments re claim no. 70290 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of withdrawal proof of claim by GM, NY | 0.10 | TJT |
| | *Case Administration* - Review first amended 2019 statement by C. Parks | 0.10 | TJT |
| | *Case Administration* - Review Barron and Budd opposition to debtors' PI bar date motion | 0.40 | TJT |
| | *Case Administration* - Review Future Claimants' opposition to debtors' PI | 0.20 | TJT |

|  |  |  |
|---|---|---|
| bar date motion | | |
| *Case Administration* - Review PI Committee's opposition to debtors' motion for PI bar date with attachments | 0.60 | TJT |
| *Case Administration* - Review debtors' 17th quarterly report of settlements | 0.10 | TJT |
| *Case Administration* - Review debtors' 17th quarterly report of asset sales | 0.10 | TJT |
| *Case Administration* - Review summary of K&E 18th quarterly Fee Application | 0.10 | TJT |
| *Case Administration* - Review debtors' opposition to motion to dismiss New Jersey complaint | 0.50 | TJT |
| *Case Administration* - Review first amended 2019 statement by C. Parks | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review expert report by M. Corn re settled dust | 0.60 | TJT |
| *Plan and Disclosure Statement* - Review deposition notice of Dr. Jay Flynn | 0.10 | TJT |

| | | | |
|---|---|---|---|
| Nov-02-05 | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by State of Washington to 15th omnibus objection to claims re claim no. 6944 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Justice Building, NY to 15th omnibus objection to claims re claim no. 10694 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by American Legion, ND to 15th omnibus objection to claims re claim no. 3406 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Souther Place LLC to 15th omnibus objection to claims re claim no. 10757 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Blossom Healthcare Center to 15th omnibus objection to claims re claim no. 10707 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by City of Barnesville to 15th omnibus objection to claims re claim no. 6936 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review and analysis motion for class certification by Anderson Memorial Hospital with attachments | 2.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Wells Fargo Bank, CA to 15th omnibus objection to claims re claim no. 10760 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Ramada Development Corp., CT to 15th omnibus objection to claims - did not record claim no. | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Seneca Developmenrt, NY to 15th omnibus objection to claims re claim no. 10708 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Catholic Diocese of Little Rock to 15th omnibus objection to claims re claim no. 3515 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by St. Francis Hospital, NY to 15th omnibus objection to claims re claim no. | 0.20 | TJT |

10709

| | | |
|---|---|---|
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by American United Life Building Addition to 15th omnibus objection to claims re claim no. 10540 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by American National Bank and Trust to 15th omnibus objection to claims re claim no. 10528 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by CHP Associates to 15th omnibus objection to claims re claim no. 2977 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by California State University System to 15th omnibus objection to claims re various claim numbers | 0.30 | TJT |
| *Case Administration* - Review 1st amended 2019 statement by Paul Henderson | 0.10 | TJT |
| *Case Administration* - Review Legal Analysis Systems Sept. 05 Fee Application | 0.10 | TJT |
| *Case Administration* - Review Caplin Drysdale Sept. 05 Fee Application | 0.10 | TJT |
| *Case Administration* - Review summary of BMC April-June 05 quarterly Fee Application | 0.10 | TJT |
| *Fee Applications, Others* - Revise, scan, file and assist in serving 17th Monthly and quarterly Fee Applications of CD&G (1.5); teleconference with S. Jones re: same (.1) | 1.60 | SGW |
| *Fee Applications, Others* - Confer with paralegal re CDG Fee Application | 0.10 | TJT |
| *Hearings* - Review e-mail from S. Weiler re 11/14/05 hearing | 0.10 | TJT |
| *Hearings* - Prepare e-mail to A. Danzeisen re 11/14/05 hearing | 0.10 | TJT |
| *Plan and Disclosure Statement* - review joinder by State of California in PD Committee's constructive notice memorandum of law | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review expert report of R. Morse re dust sampling | 0.80 | TJT |
| *Plan and Disclosure Statement* - Review debtors' witness disclosure re W. Hughson with CV | 0.50 | TJT |

Nov-03-05

| | | |
|---|---|---|
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Carleton University to 15th omnibus objection to claims re claim no. 12375 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by State of Washington to 15th omnibus objection to claims re claim no. 6938 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by St. Joseph's Hospital to 15th omnibus objection to claims re claim no. 10711 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by City Court of Albany to 15th omnibus objection to claims re claim no. 10588 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Fargo Housing and Redevelopment Authority to 15th omnibus objection to claims re claim no. 3405 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by | 0.20 | TJT |

Edmonton Public Schools to 15th omnibus objection to claims re claim no. 12580

| | | |
|---|---|---|
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Bank One Building, MI to 15th omnibus objection to claims re claim no. 10663 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Washington Township Healthcare District to 15th omnibus objection to claims re claim no. 10668 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Carleton University to 15th omnibus objection to claims re claim no. 12383 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Stewart Place, NY to 15th omnibus objection to claims re claim no. 10712 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Sutter Medical Center to 15th omnibus objection to claims re claim no. 10669 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by First United Methodist Church to 15th omnibus objection to claims re claim no. 6932 | 0.20 | TJT |
| *Case Administration* - Review Reed Smith Sept. 05 Fee Application | 0.10 | TJT |
| *Case Administration* - Review summary of Latham Watkins July-Sept. 05 quarterly Fee Application | 0.10 | TJT |
| *Committee, Creditors', Noteholders' or* - review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| *Committee, Creditors', Noteholders' or* -Teleconference with committee | 1.00 | TJT |
| *Fee Applications, Others* - download and review 18th monthly and 18th quarterly Fee Application documents, edit same, prepare respective notices and Certificates of Service | 0.80 | MH |
| *Fee Applications, Others* - trade e-mails with S. Jones at CDG re discrepancy in figures on prior quarterlies charts on 18th monthly and 18th quarterly Fee Applications | 0.10 | MH |
| *Employment Applications, Others* - Download and review order on PD Committee's motion to retain special counsel | 0.10 | LLC |
| *Employment Applications, Others* - Review order approving motion to retain special counsel | 0.10 | TJT |
| *Employment Applications, Others* - Prepare e-mail to J. Sakalo re order approving motion to retain special counsel | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review debtors' response to PD Committee's methodology brief | 0.80 | TJT |
| *Fee Applications, Applicant* - Review Certificate of No Objection re Ferry, Joseph & Pearce's Sept. 05 Fee Application | 0.10 | TJT |
| *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's Sept. 05 Fee Application | 0.30 | MH |
| *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's Sept. 05 Fee Application | 0.50 | MH |

Nov-04-05 | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by | 0.20 | TJT

| | | |
|---|---|---|
| Carleton University to 15th omnibus objection to claims re claim no. 12379 | | |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Tri-City Hospital to 15th omnibus objection to claims re claim no. 10717 | 0.30 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by IBM Metro Employees to 15th omnibus objection to claims re claim no. 10722 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Wolverine Building, Inc. to 15th omnibus objection to claims re claim no. 10760 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by 1st National Bank, AZ to 15th omnibus objection to claims re claim no. 10727 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by P. Nelson to 15th omnibus objection to claims re claim no. 9669 | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review response by D. Munsel to 15th omnibus objection to claims re claim no. 9667 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review response by R. McMillan to 15th omnibus objection to claims re claim no. 9663 | 0.10 | TJT |
| *Case Administration* - Case management memo (NP) | 0.40 | LC |
| *Fee Applications, Others* - e-mail from L. Flores re: Bilzin's Aug. & Sept. Fee Applications; confer with legal assistant re: same | 0.20 | LLC |
| *Fee Applications, Others* - Review Bilzin Aug. & Sept. Fee Applications for filing | 0.20 | LLC |
| *Fee Applications, Others* - download, review, and edit CDG's Oct. Fee Application, draft Certificate of Service re same | 0.50 | MH |
| *Fee Applications, Others* - Prepare CDG Oct. 05 Fee Application for filing, e-file and prepare for service | 0.50 | MH |
| *Fee Applications, Others* - download, review, and edit CDG's monthly July-Sept. 05 Fee Application, draft Certificate of Service re same | 0.50 | MH |
| *Fee Applications, Others* - Prepare CDG July-Sept. 05 Fee Application for filing, e-file and prepare for service | 0.50 | MH |
| *Fee Applications, Others* - download and review Bilzin's Aug. 05 Fee Application and draft Certificate of Service re same | 0.50 | MH |
| *Fee Applications, Others* - download and review Bilzin's Sept. 05 Fee Application and draft Certificate of Service re same | 0.50 | MH |
| *Fee Applications, Others* - Prepare documents for filing, e-file and serve re Bilzin's Aug. 05 Fee Application | 0.50 | MH |
| *Fee Applications, Others* - Prepare documents for filing, e-file and serve re Bilzin's Sept. 05 Fee Application | 0.50 | MH |
| *Hearings* - Review e-mail from J. Sakalo re 11/14/05 hearing preparation | 0.10 | TJT |
| *Hearings* - Teleconference with L. Coggins re 11/14/05 hearing preparation | 0.10 | TJT |

Nov-05-05

| | | |
|---|---|---|
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Church of St. Joseph, MN to 15th omnibus objection to claims re claim no. 4075 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Simmons 1st National Bank, AR to 15th omnibus objection to claims re | 0.20 | TJT |

claim no. 10676

| | | |
|---|---|---|
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Jameson Memorial Hospital, PA to 15th omnibus objection to claims re claim no. 14410 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Church of St. Leo the Great to 15th omnibus objection to claims re claim no. 6936 | 0.30 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Edmonton Public Schools to 15th omnibus objection to claims re claim no. 12562 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Baptist Memorial Hospital to 15th omnibus objection to claims re claim no. 10535 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by 1st National Bank, AZ to 15th omnibus objection to claims re claim no. 10728 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Church of St. Luke to 15th omnibus objection to claims re claim no. 6934 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Cleveland Museum of Art to 15th omnibus objection to claims re claim no. 6634 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by San Diego Gas and Electric to 15th omnibus objection to claims re claim no. 11308 | 0.30 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by World Airways to 15th omnibus objection to claims re claim no. 10737 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Carolina Drywall to 15th omnibus objection to claims re claim no. 10877 | 0.20 | TJT |
| *Case Administration* - Review motion for admission pro hac of S. Felsenthal | 0.10 | TJT |

Nov-06-05

| | | |
|---|---|---|
| *Claims Analysis Obj. & Res. (Asbestos)* - Prepare e-mail to J. Sakalo re discovery re 15th omnibus objection to claims | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Atlantic Shopping Centers to 15th omnibus objection to claims re claim no. 12490 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Shell Canada Products to 15th omnibus objection to claims re claim no. 12515 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Shell Canada Products to 15th omnibus objection to claims re claim no. 12516 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Providence Healthcare to 15th omnibus objection to claims re claim no. 12519 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Edmonton Public Schools to 15th omnibus objection to claims re claim no. | 0.20 | TJT |

12543

| | | |
|---|---|---|
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by South Jersey Hospital to 15th omnibus objection to claims re claim no. 10538 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Bank One, IN to 15th omnibus objection to claims re claim no. 10539 | 0.20 | TJT |
| *Case Administration* - Review weekly case status memo for week ending 11/4/05 | 0.10 | TJT |

Nov-07-05

| | | |
|---|---|---|
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Gundersen Lutheran Medical Center to 15th omnibus objection to claims re claim no. 11124 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Community Learning Center to 15th omnibus objection to claims re claim no. 11123 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Cedarbrook Fountain Hill Nursing Home to 15th omnibus objection to claims re claim no. 11122 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by 1st National Bank, PA to 15th omnibus objection to claims re claim no. 11121 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Jenny Edmundson Hospital to 15th omnibus objection to claims re claim no. 11120 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Blue Cross Blue Shield Building, AS to 15th omnibus objection to claims re claim no. 11119 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Huntington Beach Hospital to 15th omnibus objection to claims re claim no. 11117 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Del Monte Building, CA to 15th omnibus objection to claims re claim no. 11116 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by CSAA Building, CA to 15th omnibus objection to claims re claim no. 11115 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Providence Athelstan Club, AL to 15th omnibus objection to claims re claim no. 11111 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Westmoreland Regional Hospital to 15th omnibus objection to claims re claim no. 11105 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Chicago Historical Society Buildings to 15th omnibus objection to claims re claim no. 11104 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Nassau Colesium, NY to 15th omnibus objection to claims re claim no. 11101 | 0.20 | TJT |

| | | |
|---|---|---|
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Two New York Plaza to 15th omnibus objection to claims re claim no. 11100 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by 55 Water Street to 15th omnibus objection to claims re claim no. 11099 | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re scheduling 15th Omnibus Objection responses with proposed order | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to file reply to objections to PI bar date motion and review proposed reply | 0.30 | TJT |
| *Case Administration* - Teleconferences with E. Rebarchak at USBC re: ELMO device access for 1/14 hearing (.3); teleconferences with Aquipt re: arranging same for hearing (.3) | 0.60 | SGW |
| *Case Administration* - trade e-mails with S. Baena re appointment of new judges and related issues (x2) | 0.60 | TJT |
| *Case Administration* - Review 1st amended 2019 statement by Hissey Kientz | 0.10 | TJT |
| *Case Administration* - Review Pacific Corp. response to motion to strike issue three with attachments | 0.30 | TJT |
| *Case Administration* - Review 2019 statement by Lozides & Associates | 0.10 | TJT |
| *Fee Applications, Others* - Review HR&A Aug. & Sept. 2005 Fee Applications and confer with legal assistant re: revisions to same | 0.20 | LLC |
| *Fee Applications, Others* - download, review and revise HRA's Aug. 05 Fee Application, draft Certificate of Service re same | 0.40 | MH |
| *Fee Applications, Others* - download, review and revise HRA's Sept. 05 Fee Application, draft Certificate of Service re same | 0.40 | MH |
| *Fee Applications, Others* - Prepare for filing, e-file and serve HRA's Aug. 05 Fee Application | 0.40 | MH |
| *Fee Applications, Others* - Prepare for filing, e-file and serve HRA's Sept. Fee Application | 0.40 | MH |
| *Hearings* - Review e-mail from S. Weiler re preparation for 11/14/05 hearing | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review notice of deposition by PI Committee of Dr. Sider | 0.10 | TJT |

| | | | |
|---|---|---|---|
| Nov-08-05 | *Claims Analysis Obj. & Res. (Asbestos)* - download and review Certain Insurers' proposed order re access to 2019 statements (not served) | 0.50 | TJT |
| | *Case Administration* - Confer with T. Tacconelli and legal assistant re: filing of quarterly Fee Applications | 0.20 | LLC |
| | *Case Administration* - Review e-mail from S. Baena re procedural question | 0.10 | TJT |
| | *Fee Applications, Others* - Revise, scan, and prepare for filing Bilzin's 17th Quarterly Fee Application with attachments and service (.8); Revise, scan, and prepare for filing HRA's 12th Quarterly Fee Application with attachments and service (.8); Revise, scan, and prepare for filing LECG's 2nd Quarterly Fee Application with attachments and service (.8) | 2.40 | SGW |
| | *Employment Applications, Others* - Review U.S. Trustee's objections to Bear Stearn's retention application | 0.20 | TJT |
| | *Hearings* - Review agenda for 11/14/05 hearing | 0.10 | TJT |
| | *Hearings* - Review e-mail from S. Weiler re 11/14/05 hearing preparation | 0.10 | TJT |
| | *Hearings* - Review e-mail from A. Danzeisen re 11/14/05 hearing | 0.10 | TJT |

preparation

| | | |
|---|---|---|
| *Hearings* - trade e-mails with S. Baena re 11/14/05 hearing preparation | 0.20 | TJT |
| *Hearings* - trade e-mails with S. Weiler re 11/14/05 hearing preparation | 0.20 | TJT |
| *Fee Applications, Applicant* - Teleconference with S. Bossay re 17th quarterly Fee Application and confer with paralegal re same | 0.30 | TJT |
| *Fee Applications, Applicant* - start spreadsheet to calculate various fields from April-June 05 invoices for 17th quarterly | 2.30 | MH |
| *Fee Applications, Applicant* - finish calculating quarterly totals; review totals and confirm amounts by reviewing monthly details; begin drafting summary, notice, and Certificate of Service for 17th quarterly Fee Application | 4.40 | MH |
| *Fee Applications, Applicant* - finish drafting documents for Ferry, Joseph & Pearce's 17th quarterly fee app and finalize draft  for submission to L. Coggins | 0.90 | MH |
| *Fee Applications, Applicant* - Prepare for filing and e-file Ferry, Joseph & Pearce's 17th quarterly Fee Application | 0.40 | MH |
| *ZAI Science Trial* - Review e-mail from S. Baena re teleconference with Judge Fitzgerald today | 0.10 | TJT |
| *ZAI Science Trial* - Review memo from S. Baena re ZAI teleconference and related issues | 0.50 | TJT |

| Nov-09-05 | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by P. Moore to 15th omnibus objection to claims | 0.20 | TJT |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by V. Thrasher to 15th omnibus objection to claims with attachments | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by J. Shartzer to 15th omnibus objection to claims re claim no. 4382 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by First Presbyterian Church r to 15th omnibus objection to claims re claim no. 2780 | 0.20 | TJT |
| | *Fee Applications, Others* - Review and revise 17th quarterly fee request and confer with T. Tacconelli re: same | 0.40 | LLC |
| | *Fee Applications, Others* - File and assist in serving Bilzin's 17th Quarterly Fee Application, HRA's 12th Quarterly Fee Application, and LECG's 2nd Quarterly Fee Application (1.2); advise co-counsel re: service of same (.1) | 1.30 | SGW |
| | *Fee Applications, Others* - Teleconference with L. Flores re: PD Comm. Quarterly fee request matter (.2); teleconference with S. Bossay re: same (.2); briefly review Admin. order re: same (.1); follow-up telephone call to L. Flores re: same (.1) | 0.60 | SGW |
| | *Fee Applications, Others* - Prepare for service of Bilzin's 17th quarterly Fee Application, prepare 2002 labels for Bilzin's 17th quarterly Fee Application notice, arrange for service of both (quarter time split between LECG's s 2nd quarterly Fee Application, HRA's 12th quarterly Fee Application and Ferry, Joseph & Pearce's 17th quarterly Fee Application and their respective notices | 0.20 | MH |
| | *Fee Applications, Others* - Prepare for service of LECG's s 2nd quarterly Fee Application, prepare 2002 labels for LECG's s 2nd quarterly Fee Application notice, arrange for service of both (quarter time split between Bilzin's 17th quarterly Fee Application, HRA's 12th quarterly Fee | 0.20 | MH |

| | | |
|---|---|---|
| Application and Ferry, Joseph & Pearce's 17th quarterly Fee Application and their respective notices | | |
| *Fee Applications, Others* - Prepare for service of HRA's 12th quarterly Fee Application, prepare 2002 labels for HRA's 12th quarterly Fee Application notice, arrange for service of both (quarter time split between Bilzin's 17th quarterly Fee Application, LECG's 2nd quarterly Fee Application and Ferry, Joseph & Pearce's 17th quarterly Fee Application and their respective notices | 0.20 | MH |
| *Employment Applications, Others* - download and review pro hac vice motions of Hile and Carona from L. Flores to file locally | 0.10 | MH |
| *Employment Applications, Others* - discussions with T. Tacconelli re formatting of pro hac vice motions of Hile and Carona | 0.20 | MH |
| *Employment Applications, Others* - draft new pro hac vice motions of Hile and Carona | 0.30 | MH |
| *Employment Applications, Others* - Teleconference with Elizabeth (assistant) at Dies & Hile re e-mail address in order to send correct form of pro hac vice motions of Hile and Carona for signature | 0.10 | MH |
| *Employment Applications, Others* - finalize pro hac vice motions of Hile and Carona and e-mail to Elizabeth at Dies & Hile for respective attorneys' signatures | 0.10 | MH |
| *Hearings* - Confirm hearing time with USBC re: 11/14/05 hearing (.1); confirm ELMO device test run for 11/10/05 (.1) | 0.20 | SGW |
| *Plan and Disclosure Statement* - download and review State of Delaware's disclosure of expert witnesses re Phase II | 0.20 | TJT |
| *Fee Applications, Applicant* - Confer with legal assistant re: preparation of quarterly Fee Application | 0.20 | LLC |
| *Fee Applications, Applicant* - Confer with S. Weiler re: PD Committee expense statements | 0.20 | LLC |
| *Fee Applications, Applicant* - Prepare for service of Ferry, Joseph & Pearce's 17th quarterly Fee Application, prepare 2002 labels for Ferry, Joseph & Pearce's 17th quarterly Fee Application notice, arrange for service of both (quarter time split between Bilzin's 17th quarterly Fee Application, LECG's 2nd quarterly Fee Application and HRA's 12th quarterly Fee Application and their respective notices | 0.20 | MH |
| *ZAI Science Trial* - Confer with T. Tacconelli re: results of ZAI teleconference | 0.30 | RSM |
| *ZAI Science Trial* - Confer with RSM re update on ZAI issues | 0.40 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Burlington Northern Santa Fe Railroad to 15th omnibus objection to claims | 0.30 | TJT |
| *Case Administration* - Review notice of withdrawal and forward same to legal assistant | 0.10 | LLC |
| *Case Administration* - attend Committee teleconference | 0.60 | RSM |
| *Case Administration* - Obtain Affidavit of Service re: Certificate of No Objection for Scheduling Order re: 15th Omnibus Objection | 0.20 | SGW |
| *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |

Nov-10-05

|  |  |  |  |
|---|---|---|---|
|  | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.60 | TJT |
|  | *Hearings* - Assist in the installation of ELMO projection device in USBC and conduct test run re: same (.6); advise co-counsel of same (.1) | 0.70 | SGW |
|  | *Hearings* - Review e-mail from S. Weiler re 11/14/05 hearing preparation | 0.10 | TJT |
|  | *Hearings* - Review e-mail from J. Sakalo re 11/14/05 hearing preparation | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review order re 15th omnibus objection to claims scheduling as entered on docket | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - trade e-mails with S. Baena re order regarding 15th omnibus objection to claims | 0.40 | TJT |
|  | *Plan and Disclosure Statement* - Review Certificate of Service re Certificate of Counsel re proposed scheduling order for 15th omnibus objection to claims | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review Certificate of Counsel re proposed scheduling order re 15th omnibus objection to claims | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Create Excel speadsheet to calculate figures for Ferry, Joseph & Pearce's 18th quarterly Fee Application (July-Sept. 05) | 0.80 | MH |
| Nov-11-05 | *Claims Analysis Obj. & Res. (Asbestos)* - review response by P. Martin, et al. to 15th omnibus objection to claims with attachments | 1.30 | TJT |
|  | *Case Administration* - Review withdrawal of appearance by Tew Cardenas and forward to paralegal | 0.10 | TJT |
|  | *Case Administration* - Review L. Tersigni Sept. 05 Fee Application | 0.10 | TJT |
|  | *Hearings* - Arrange for dolly/cart delivery to co-counsel for 11/14 hearing | 0.10 | SGW |
|  | *Plan and Disclosure Statement* - Review Armstrong hearing transcript from 7/19/02 re Daubert issues, draft sampling | 1.20 | TJT |
|  | *Plan and Disclosure Statement* - Review Certificate of Counsel re PI Committee's motion for clarification of PI CMO | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Teleconference with A. Danzeisen re scheduling order for 15th omnibus objection to claims | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review debtors' objection to PI Committee's motion to clarify CMO | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review debtors' Certificate of Counsel re 2019 access order and review proposed order | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review Dies & Hile notice of service of supplemental disclosure of expert witnesses for Phase II | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Confer with legal assistant re: preparation of 18th quarterly Fee Application | 0.20 | LLC |
|  | *Fee Applications, Applicant* - Review and confer with paralegal re 18th quarterly Fee Application | 0.40 | TJT |
|  | *Fee Applications, Applicant* - continue calculating quarterly figures for Ferry, Joseph & Pearce's 1/05-3/05 Fee Application | 3.30 | MH |
|  | *Fee Applications, Applicant* - Confer with T. Tacconelli re discrepancy in expense total re July 05 Fee Application, research same | 0.50 | MH |
|  | *Fee Applications, Applicant* - continue calculating quarterly figures for Ferry, Joseph & Pearce's 1/05-3/05 Fee Application | 0.40 | MH |
|  | *Fee Applications, Applicant* - Confer with T. Tacconelli re Ferry, Joseph & Pearce's 18th quarterly Fee Application | 0.10 | MH |
| Nov-12-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Exh. A & B to agenda for 11/14 hearing re status of 15th omnibus objection to claim responses | 1.10 | TJT |

| | | | |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by D. Bradford to 15th omnibus objection to claims re claim no. 13909 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by D. Freebury to 15th omnibus objection to claims re claim no. 5554 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by R. Wittenberg to 14th and 15th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by D. Brundock to 15th omnibus objection to claims re claim no. 9674 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by H. Orr to 15th omnibus objection to claims re claim no. 9669 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by A. Lehnert to 15th omnibus objection to claims re claim no. 9662 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by D. Christansen to 15th omnibus objection to claims re claim no. 13910 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by B. Nelson to 15th omnibus objection to claims re claim no. 6086 (with attachments) | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by D. Kelley to 15th omnibus objection to claims re claim no. 6092 (with attachments) | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by M. Wagner to 15th omnibus objection to claims re claim no. 6089 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by E. Carr to 15th omnibus objection to claims re claim no. 5563 | 0.10 | TJT |
| | *Case Administration* - Review Richardson Patrick Aug. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Richardson Patrick Sept. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review notes to consolidated financial statement re debtors' Sept. 05 monthly operating report | 0.20 | TJT |
| | *Case Administration* - Review summary of Reed Smith 18th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re stipulation to resolve Bank of America claims with proposed order | 0.20 | TJT |
| | *Case Administration* - Review order on docket re access to 2019 statements | 0.10 | TJT |
| | *Case Administration* - update service list and label documents | 0.20 | MH |
| | *Plan and Disclosure Statement* - Review amended deposition notice of Jay Flynn | 0.10 | TJT |
| Nov-13-05 | *Case Administration* - Review Holme Roberts Sept. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review K&E Sept. 05 Fee Application | 0.20 | TJT |
| | *Case Administration* - Review Latham Watkins Sept. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Foley Hoag Sept. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review BMC April 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review BMC May 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Capstone Sept. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Stroock Sept. 05 Fee Application | 0.10 | TJT |
| | *Hearings* - Prepare for 11/14/05 hearing | 1.50 | TJT |
| Nov-14-05 | *Case Administration* - Review notice of substitution of counsel and forward same to legal assistant | 0.10 | LLC |
| | *Case Administration* - Request 11/14 hearing transcript | 0.10 | SGW |
| | *Case Administration* - Review docket for order re: 15th omnibus claims objection relief | 0.30 | SGW |

| | | |
|---|---|---|
| *Case Administration* - Arrange for ELMO pick-up after hearing | 0.10 | SGW |
| *Case Administration* - Review request to change address re DOW and forward to paralegal | 0.10 | TJT |
| *Case Administration* - Case management memo (NP) | 0.70 | LC |
| *Hearings* - Review e-mails from J. Sakalo re 11/14 hearing coverage | 0.20 | TJT |
| *Hearings* - Confer with J. Sakalo re preparation for 11/14/05 hearing | 0.50 | TJT |
| *Hearings* - Review e-mail from J. O'Neil re 11/14/05 hearing | 0.10 | TJT |
| *Hearings* - Prepare for hearing | 0.30 | TJT |
| *Hearings* - Attend Bankruptcy Court and confer with co-counsel prior to hearing and during recesses | 8.40 | TJT |
| *Hearings* - Prepare e-mail to S. Baena re results of hearing and related issues | 0.40 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re estimation | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from committee member re procedural question | 0.10 | TJT |
| *Fee Applications, Applicant* - Review and revise 18th quarterly Fee Application and confer with legal assistant re: same | 0.40 | LLC |
| *Fee Applications, Applicant* - Confer with T. Tacconelli re: preparation and status of 18th quarterly Fee Application | 0.10 | LLC |
| *Fee Applications, Applicant* - Confer with L. Coggins re July 05 expense total discrepancy (part of expenses didn't show during document conversion of invoice) | 0.10 | MH |
| *Fee Applications, Applicant* - finish calculating quarterly totals; review totals and confirm amounts by reviewing monthly details; draft summary, notice, and Certificate of Service for 18th quarterly Fee Application for submission to L. Coggins | 3.10 | MH |
| *Fee Applications, Applicant* - Prepare for filing, e-file and serve Ferry, Joseph & Pearce's 18th quarterly Fee Application, prepare 2002 labels and arrange for service of just Notice | 0.70 | MH |
| *ZAI Science Trial* - Confer with M. Joseph re ZAI update and plan issues | 0.50 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review response by Macerich Fresno to 15th omnibus objection to claims with attachments | 0.50 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review response by V. McCully to 15th omnibus objection to claims re claim no. 6096 | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review response by G. Fletcher to 15th omnibus objection to claims re claim no. 5562 with attachments | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review response by J. Kelly to 15th omnibus objection to claims re claim no. 9668 | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review response by A. Anderson to 15th omnibus objection to claims re claim no. 13912 | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review response by R. Elletson to 15th omnibus objection to claims re claim no. 5561 | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review response by R. Erickson to 15th omnibus objection to claims re claim no. 5557 | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* Review response by J. Wagner to 15th omnibus objection to claims re claim no. 9670 | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review response by D. Serna to | 0.10 | TJT |

Nov-15-05

| | | |
|---|---|---|
| 15th omnibus objection to claims re claim no. 9664 | | |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review response by H. Drake to 15th omnibus objection to claims re claim no. 13911 | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review response by S. Hansen to 15th omnibus objection to claims re claim no. 5556 | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Non-Asb)* - Review e-mail from M. Kramer re: PI Estimation initial disclosures | 0.10 | LLC |
| *Claims Analysis Obj. & Res. (Non-Asb)* - Confer with T. Tacconelli re: PI Estimation initial disclosures | 0.10 | LLC |
| *Claims Analysis Obj. & Res. (Non-Asb)* - Call to M. Kramer re: filing and service of PI Estimation initial disclosures | 0.10 | LLC |
| *Claims Analysis Obj. & Res. (Non-Asb)* - Confer with T. Tacconelli re: service of PI Estimation initial disclosures | 0.10 | LLC |
| *Claims Analysis Obj. & Res. (Non-Asb)* - Finalize initial disclosures and prepare and finalize Certificate of Service of same | 0.40 | LLC |
| *Claims Analysis Obj. & Res. (Non-Asb)* - E-file and serve PI Estimation initial disclosures | 0.40 | LLC |
| *Case Administration* - Confer with legal assistant re: return of items from hearing to co-counsel | 0.20 | LLC |
| *Case Administration* - Confer with T. Tacconelli re: outcome of 9/14 hearing | 0.10 | LLC |
| *Case Administration* - Review notice of docketing appeal re Pacific Corp. 05-764.1 and confer with S.Weiler re same | 0.20 | TJT |
| *Case Administration* - Review case status memo for week ending 11/14/05 | 0.10 | TJT |
| *Case Administration* - update service list and label documents | 0.20 | MH |
| *Committee, Creditors', Noteholders' or* - Confer with T. Tacconelli re: 11/14/05 hearing | 0.30 | RSM |
| *Litigation and Litigation Consulting* - e-mail from D. Speights re: deadline to respond to motion for class cert. | 0.10 | LLC |
| *Litigation and Litigation Consulting* - Review file and return e-mail to D. Speights re: deadline to respond to motion for class cert. | 0.30 | LLC |
| *Hearings* - Post-hearing follow-up | 0.30 | TJT |
| *Plan and Disclosure Statement* - Teleconferences with L. Coggins re initial disclosures re PI estimation | 0.30 | TJT |
| *Plan and Disclosure Statement* - Review joinder by Unsecured Creditors Committee to debtors' designation of experts re estimation | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review equity committee's destination of categories of expert testimony re PI estimation | 0.10 | TJT |
| Nov-16-05 | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Church of Most Holy Redeemer to 15th omnibus objection to claims re claim no. 6937 with attachments | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Advise S. Weiler re: discovery requests re: PD estimation | 0.10 | LLC |
| | *Case Administration* - Review Certain Insurers' objection to debtors' proposed Certificate of Counsel re 2019 statement access | 0.20 | TJT |
| | *Case Administration* - Review Caplin Drysdale 18th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review summary of Casner Edwards 18th interim | 0.10 | TJT |

period quarterly Fee Application

| | | |
|---|---|---|
| *Case Administration* - Review PI Committee quarterly Fee Application (July-Sept. 05) | 0.10 | TJT |
| *Plan and Disclosure Statement* - Revise PD Comm. 1st request for production of Docs re: PD Estimation (.2); prepare notice and service for same (.3); scan, file and serve same (.6); advise co-counsel of filing/service of same | 1.20 | SGW |
| *Plan and Disclosure Statement* - Re-serve PD Comm's 1st RFD re: PD Estimation via e-mail and hand/first class mail (.6); advise of co-counsel of same (.1) | 0.70 | SGW |
| *Plan and Disclosure Statement* - Review e-mail from M. Kramer re initial disclosures re PI estimation | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review initial disclosures re PI estimation | 0.20 | TJT |
| *Plan and Disclosure Statement* - trade e-mails with A. Danzeisen re first request for production of documents to debtors re PI estimation | 0.20 | TJT |
| *Plan and Disclosure Statement* - trade e-mails with J. Sakalo re first request for production of documents to debtors re PD estimation | 0.20 | TJT |
| *Plan and Disclosure Statement* - Review and revise Notice of Service re request for production to debtors re PD estimation | 0.30 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from S. Weiler re Notice of Service re first request for production of documents to debtors | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review first request for production of documents to debtors re PD estimation | 0.60 | TJT |
| *Plan and Disclosure Statement* - Confer with S. Weiler re service of first request for production of documents to debtors re PD estimation | 0.20 | TJT |
| *Plan and Disclosure Statement* - trade e-mails with counsel for Mace Rich Fresno re first request for production of documents to debtors | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review PI Committee's designation of categories to be addressed by experts re PI estimation | 0.20 | TJT |

| | | | |
|---|---|---|---|
| Nov-17-05 | *Claims Analysis Obj. & Res. (Asbestos)* | 0.00 | TJT |
| | *Case Administration* - Review Nelson Mullin Sept. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Steptoe and Johnson May 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review CIBC Aug. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review CIBC Sept. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Holme Roberts Oct. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Anderson Kill quarterly Fee Application (July-Sept. 05) | 0.10 | TJT |
| | *Case Administration* - Review order setting briefing schedule in Pacific Corp. appeal (05-764) | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - attend Committee teleconference | 0.50 | RSM |
| | *Committee, Creditors', Noteholders' or* - Confer with T. Tacconelli re: results of hearing and upcoming scheduling | 0.40 | RSM |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 1.00 | TJT |

|  | | | |
|---|---|---|---|
| | *Hearings* - Follow-up with B. McCarthy at USBC re: 11/14 transcript (.1); teleconference with L. Partam at Writer's Cramp re: same (.1) | 0.20 | SGW |
| | *Hearings* - Make arrangements to obtain audio copy of 11/14 hearing and forward to co-counsel (.1); retrieve same from USBC (.1) | 0.20 | SGW |
| | *Hearings* - Brief discussion with T. Tacconelli re: circulation of 11/14 transcript (.1); create e-mail group re: same (.1) | 0.20 | SGW |
| | *Hearings* - Confer with RSM re results of 11/14/05 hearing and related issues | 0.40 | TJT |
| | *Hearings* - trade e-mails with committee members re 11/14/05 hearing follow-up | 0.20 | TJT |
| | *Hearings* - Confer with S. Weiler re 11/14/05 hearing follow-up | 0.10 | TJT |
| | *Hearings* - trade e-mails with J. Sakalo re 11/14/05 hearing follow-up | 0.20 | TJT |
| | *Hearings* - Confer with paralegal re recording of 11/14/05 hearing | 0.10 | TJT |
| Nov-18-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review first order re 15th omnibus objection to claims with attachments | 0.40 | TJT |
| | *Case Administration* - Review order authorizing lease for Woburn, Mass. property | 0.10 | TJT |
| | *Case Administration* - Review quarterly Fee Application of Legal Analysis Systems July-Sept. 05 | 0.10 | TJT |
| | *Case Administration* - Review Campbell Levine 18 quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review L. Tersigni 18th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Steptoe and Johnson Aug. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review e-mail from S. Baena re FAIR Act update | 0.10 | TJT |
| | *Case Administration* - Review memo re FAIR Act update | 0.10 | TJT |
| | *Case Administration* - Review e-mail from S. Weiler re 11/14/05 hearing transcript | 0.10 | TJT |
| | *Case Administration* - Case management memos (NP) | 0.50 | LC |
| | *Hearings* - Circulate 11/14 transcript to committee members and co-counsel and obtain hard copy of same for T. Tacconelli | 0.20 | SGW |
| | *Plan and Disclosure Statement* - Review e-mail from D. Massey re PI estimation | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from committee member re estimation issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Dies re estimation issues | 0.10 | TJT |
| Nov-19-05 | *Case Administration* - Review order entered on docket denying access to 2019 statements | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review and analyze 11/14/05 hearing transcript re claim issues and estimation issues | 1.60 | TJT |
| | *Plan and Disclosure Statement* - Review Future Representatives' disclosure of categories to be included in PI estimation | 0.10 | TJT |
| Nov-20-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by R. Welch to 15th omnibus objection to claims re claim no. 6091 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by D. Welch to 15th omnibus objection to claims re claim no. 6090 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by D. Kelley to | 0.10 | TJT |

|  | 15th omnibus objection to claims re claim no. 6092 | | |
|---|---|---|---|
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by D. Lindsay to 15th omnibus objection to claims re claim no. 6094 | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by B. Nelson to 15th omnibus objection to claims re claim no. 6086 | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by D. Christansen to 15th omnibus objection to claims re claim no. 13910 | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by E. Cole to 15th omnibus objection to claims re claim no. 5559 | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by J. Davidson to 15th omnibus objection to claims re claim no. 5560 | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by E. Braley to 15th omnibus objection to claims re claim no. 4711 | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by M. Parker to 15th omnibus objection to claims re claim no. 9657 | 0.10 | TJT |
|  | *Case Administration* - Review weekly case status memo for week ending 11/14 | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Continue reviewing 11/14/05 hearing transcript re claim issues/estimation issues/plan issues | 1.50 | TJT |
| Nov-21-05 | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by Oldon LP to 15th omnibus objection to claims re claim no. 11301 | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - download and review response by State of California Dept. of General Services to 15th omnibus objection to claims with attachments | 0.30 | TJT |
|  | *Case Administration* - Review Steptoe and Johnson Sept. 05 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Casnor Edwards Sept. 05 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Duane Morris Oct. 05 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review W. Smith and Assoc. Oct. 05 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review order authorizing settlement with BOA and granting related relief | 0.10 | TJT |
|  | *Case Administration* - Review order resolving claim of National Union Fire Insurance Co. of Pittsburgh | 0.10 | TJT |
|  | *Case Administration* - Review notice of substitution of counsel for Century Indemnity Company and forward to paralegal | 0.10 | TJT |
|  | *Case Administration* - update service list and labels documents | 0.20 | MH |
|  | *Case Administration* - update service list and label documents | 0.20 | MH |
|  | *Case Administration* - Update/scan hearing transcripts (NP) | 1.40 | LC |
|  | *Fee Applications, Others* - Confer with paralegal re Bilzin, Sumberg 18th quarterly Fee Application | 0.10 | TJT |
|  | *Fee Applications, Others* - Review and revise HRA 13th quarterly Fee Application and confer with paralegal re same | 0.20 | TJT |
|  | *Fee Applications, Others* - Review Bilzin, Sumberg 18th quarterly Fee Application prior to filing | 0.10 | TJT |
|  | *Fee Applications, Others* - download, review and revise HRA's 13th quarterly Fee Application, prepare Certificate of Service re same | 0.50 | MH |
|  | *Fee Applications, Others* - Prepare for filing, e-file and serve HRA's 13th | 0.60 | MH |

|  | | | |
|---|---|---|---|
| | quarterly Fee Application, prepare 2002 labels and arrange for service of just Notice | | |
| | *Fee Applications, Others* - download, review and revise Bilzin's 18th quarterly Fee Application documents (July-Sept. 05), prepare Certificate of Service re same | 0.60 | MH |
| | *Fee Applications, Others* - prepare for filing, e-file and serve Bilzin's 18th quarterly Fee Application (July-Sept. 05), prepare 2002 labels and arrange for service of just Notice | 0.70 | MH |
| | *Plan and Disclosure Statement* - Review debtors expert categories re PI estimation | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of deposition and subpoena of Dr. R. Harron with attachments | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Prepare e-mail to co-counsel re deposition of Dr. Harron and debtors' expert categories re PI estimation | 0.20 | TJT |
| Nov-22-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review 15th continuation order re 15th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order expunging certain S&R Anderson Base claims with attachments | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of dismissal of proof of claim filed by First United Methodist Church re claim no. 6932 | 0.10 | TJT |
| | *Case Administration* - Review notice of change of address and forward same to legal assistant | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* - Review e-mails from S. Baena re teleconference with committee (x2) | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Fee Applications, Others* - Review examiner's report re: Bilzin 17th interim Fee Application | 0.20 | LLC |
| | *Fee Applications, Others* - Review HRA Oct. 05 Fee Application prior to filing | 0.10 | TJT |
| | *Fee Applications, Others* - download, review and revise HRA's Oct. 05 Fee Application, prepare Certificate of Service re same | 0.40 | MH |
| | *Fee Applications, Others* - prepare for filing, e-file and serve HRA's Oct. 05 Fee Application | 0.40 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re CDG's April-June quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve CDG's Certificate of No Objection re its April-June 05 quarterly Fee Application | 0.50 | MH |
| | *Plan and Disclosure Statement* - Review e-mail from D. Scarcella re teleconference re PI estimation | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review State of California disclosure re PD estimation | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review City of Philadelphia joinder in PI estimation methodology brief | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review appellee's motion for leave to file supplemental appendix re Cooper | 0.10 | TJT |
| Nov-23-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' cross motion for | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | summary judgment re P. Pearson re claim no. 2281 | | |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review debtors' memorandum of law in support of cross motion for summary judgment re claim of P. Pearson re claim no. 2281 with attachments | 0.50 | TJT |
| | *Fee Applications, Others* - Review Certificate of No Objection re CDG April-June 05 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review Certificate of No Objection re CDG 17th quarterly Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re CDG's April-June 05 monthly Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve CDG's Certificate of No Objection re its April-June 05 monthly Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re CDG April-June 05 monthly Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re CDG's April-Sept. 05 monthly Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re CDG April-June 05 quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re CDG's April-Sept. 05 quarterly Fee Application | 0.50 | MH |
| Nov-26-05 | *Case Administration* - Review affidavit of V. Jafa | 0.10 | TJT |
| | *Case Administration* - Review affidavit of V. Uchmia | 0.10 | TJT |
| | *Case Administration* - Review Nelson Mullins 18th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Baker Donaldson 4th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Pitney Hardin 18th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review notice of change of address for Caplin Drysdale and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - Review Scott Law Group Aug. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Scott Law Group Sept. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Scott Law Group Quarterly Fee Application (July-Sept. 05) | 0.10 | TJT |
| | *Case Administration* - Review W. Smith and Assoc. 18th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re Capstone's 17th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re Buchanan Ingersoll 17th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re Scott Law Group 17th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re Duane Morris 17th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re K&E 17th interim period | 0.10 | TJT |

| | | | |
|---|---|---|---|
| Nov-27-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by J. Walton to 2nd omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re 2nd order re 15th omnibus objection to claims with attachments | 0.60 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by J. Riewoldt to 15th omnibus objection to claims re claim no. 9665 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by S. McAllister to 15th omnibus objection to claims re claim no. 6095 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by G. Nelson to 15th omnibus objection to claims re claim no. 6083 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by Montana Silver and Gold to 15th omnibus objection to claims re claim no. 9671 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by N. Noble to 15th omnibus objection to claims re claim no. 9672 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by C. Kvapil to 15th omnibus objection to claims re claim no. 6093 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by J. Clemons to 15th omnibus objection to claims re claim no. 4710 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by T. Brown to 15th omnibus objection to claims re claim no. 4713 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by J. Judkins to 15th omnibus objection to claims re claim no. 6087 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by G. Bauer to 15th omnibus objection to claims re claim no. 4712 | 0.10 | TJT |
| | *Case Administration* - Review Woodcock Washburn Sept. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Baker Donaldson April 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Baker Donaldson May 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Baker Donaldson June 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Pitney Hardin Sept. 05 Fee Application | 0.10 | TJT |
| Nov-28-05 | *Case Administration* - Download and review Fee Auditor's combined final report re: certain 17th quarter Fee Applications | 0.10 | LLC |
| | *Case Administration* - Teleconference with B. Blackwell re: appellant's opening brief in civil action No. 05-764 (.1); review docket and obtain mediation letter re: same (.1) | 0.20 | SGW |
| | *Case Administration* - Review letter from M. Harper to J. Buckwalter re Pacific Corp. appeal | 0.10 | TJT |
| | *Fee Applications, Others* - Review Certificate of No Objection re CDG July-Sept. Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review Certificate of No Objection re CDG 17th quarterly Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review Certificate of No Objection re CDG Oct. 05 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review Certificate of No Objection re Bilzin Aug. 05 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review Certificate of No Objection re Bilzin Sept. 05 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - e-mail from Gregory at CDG re requesting status | 0.20 | MH |

| | | | |
|---|---|---|---|
| | of Certificates of No Objection of 2nd & 3rd quarters and Oct. monthly Certificate of No Objection, review file and e-mail to Gregory re same | | |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Bilzin's Aug. 05 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's Aug. 05 Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Bilzin's Sept. 05 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's Sept. 05 Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re CDG Oct. 05 monthly Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re CDG's Oct. 05 Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re CDG's July-Sept. 05 quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re CDG's July-Sept. 05 quarterly Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re CDG's July-Sept. 05 monthly Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re CDG's July-Sept. 05 monthly Fee Application | 0.50 | MH |
| Nov-29-05 | *Case Administration* - Review notice of withdrawal of Schnader, Harrison and forward to paralegal | 0.10 | TJT |
| | *Fee Applications, Others* - Review Bilzin Oct. Fee Application prior to filing | 0.10 | TJT |
| | *Fee Applications, Others* - download, review and revise Bilzin's Oct. 05 Fee Application and draft Certificate of Service re same | 0.50 | MH |
| | *Fee Applications, Others* - prepare documents for filing, e-file and serve Bilzin's Oct. 05 Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re HRA's Aug. 05 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA's Aug. 05 Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re HRA's Sept. 05 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA's Sept. 05 Fee Application | 0.50 | MH |
| | *Plan and Disclosure Statement* - Teleconference with M. Mora re local discovery rule question | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from D. Masse re supplemental expert category designation by PI committee | 0.10 | TJT |
| Nov-30-05 | *Claims Analysis Obj. & Res. (Asbestos)* - download and review P. Peterson's brief re motion for summary judgment and cross motion for summary judgment | 0.30 | TJT |
| | *Case Administration* - Review notice of withdrawal of appearance and | 0.10 | LLC |

forward same to legal assistant

| | | |
|---|---|---|
| *Case Administration* - Review Certificate of Counsel re revised omnibus hearing times and calendar new times | 0.20 | TJT |
| *Case Administration* - Review fee auditor's final report re PWC 17th interim period | 0.10 | TJT |
| *Case Administration* - Review fee auditor's final report re Caplin Drysdale 17th interim period | 0.10 | TJT |
| *Case Administration* - Review supplemental affidavit of R. Franklin | 0.10 | TJT |
| *Case Administration* - update service list and label documents | 0.20 | MH |
| *Fee Applications, Others* - Review and revise Certificate of No Objection's re: HR&A Aug. & Sept. 2005 Fee Applications and confer with legal assistant re: same | 0.20 | LLC |
| *Plan and Disclosure Statement* - Review debtors' supplemental designation of expert categories for PI estimation | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review PI committee's supplemental designation of expert categories for PI estimation | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review U.S. Mineral confirmation order re: approval of PD Asbestos 525G trust | 0.30 | TJT |
| **Totals** | **141.40** | |

## DISBURSEMENTS

| | | |
|---|---|---|
| Nov-02-05 | *Expense* - Tri-State Courier | 32.50 |
| Nov-03-05 | *Expense* - Copying cost  60 @ 0.15 | 9.00 |
| | *Expense* - Postage  9 @ 0.60 | 5.40 |
| | *Expense* - service supplies | 9.00 |
| Nov-04-05 | *Expense* - Copying cost  386 @ 0.15 | 57.90 |
| Nov-07-05 | *Expense* - Copying cost  72 @ 0.15 | 10.80 |
| Nov-08-05 | *Expense* - Parcel's, Inc. | 25.00 |
| | *Expense* - Parcel's, Inc. | 100.00 |
| Nov-09-05 | *Expense* - Copying cost  748 @ 0.15 | 112.20 |
| | *Expense* - Postage | 9.50 |
| Nov-10-05 | *Expense* - Writer's Cramp Inc. | 279.40 |
| Nov-14-05 | *Expense* - Copying cost  174 @ 0.15 | 26.10 |
| Nov-15-05 | *Expense* - Parcel's, Inc. | 100.75 |
| | *Expense* - Parcel's, Inc. | 43.00 |
| Nov-16-05 | *Expense* - Blue Marble Logistics | 261.75 |
| Nov-17-05 | *Expense* - Clerk, U.S. Bankruptcy Court | 26.00 |
| Nov-21-05 | *Expense* - Blue Marble Logistics | 268.00 |
| | *Expense* - Parcel's, Inc. | 145.00 |
| | *Expense* - Federal Express | 12.73 |
| | *Expense* - Copying cost  513 @ 0.15 | 76.95 |
| | *Expense* - Postage | 7.90 |
| Nov-22-05 | *Expense* - Blue Marble Logistics | 9.31 |
| Nov-23-05 | *Expense* - Parcel's, Inc. | 25.75 |
| | *Expense* - Blue Marble Logistics | 236.75 |
| Nov-29-05 | *Expense* - Federal Express | 18.19 |
| | *Expense* - Blue Marble Logistics | 1,156.30 |

| Nov-30-05 | *Expense* - Writer's Cramp Inc. | 1,240.80 |
| | *Expense* - Filing fee | 80.00 |
| | **Totals** | **$4,385.98** |

**Total Fees & Disbursements**  $30,815.98

**Balance Due Now**

$30,815.98