*Chart 5*

| W. R. Grace & Co. - Conn<br>Status of Postpetition Taxes<br>MOR-4<br>December 31, 2005 | | | | |
|---|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| **Federal** | | | | |
| Withholding | $         - | $   2,631,697 | $   (2,631,697) | $         - |
| FICA - Employee | 4,962 | 1,059,154 | (1,058,594) | 5,522 |
| FICA and payroll- Employer | 151,629 | 2,219,849 | (813,877) | 1,557,601 |
| Unemployment | - | 1,502 | (1,502) | - |
| Other | - | 6,537 | (6,537) | - |
| **Total Federal Taxes** | $   156,591 | $   5,918,739 | $   (4,512,207) | $   1,563,123 |
| **State and Local** | | | | |
| Withholding | $         - | $     875,266 | $     (875,266) | $         - |
| Sales & Use | 522,078 | 397,336 | (334,378) | 585,036 |
| Property Taxes | 2,923,427 | 359,163 | (216,380) | 3,066,210 |
| Other | - | 89,233 | (89,233) | - |
| **Total State and Local** | $   3,445,505 | $   1,720,998 | $   (1,515,257) | $   3,651,246 |
| **Total Taxes** | $   3,602,096 | $   7,639,737 | $   (6,027,464) | $   5,214,369 |

**Note #4**

Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

Chart 5

| Remedium Group, Inc.<br>Status of Postpetition Taxes<br>MOR-4<br>December 31, 2005 | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
|---|---|---|---|---|
| **Federal** | | | | |
| Withholding | $ - | $ 8,267 | $ (8,267) | $ - |
| FICA - Employee | - | 1,388 | (1,388) | - |
| FICA and payroll- Employer | - | 1,329 | (1,329) | - |
| Unemployment | - | | - | - |
| Other | - | - | - | - |
| Total Federal Taxes | $ - | $ 10,984 | $ (10,984) | $ - |
| **State and Local** | | | | |
| Withholding | $ - | $ 629 | $ (629) | $ - |
| Sales & Use | - | | - | - |
| Property Taxes | - | - | - | - |
| Other | - | - | - | - |
| Total State and Local | $ - | $ 629 | $ (629) | $ - |
| Total Taxes | $ - | $ 11,613 | $ (11,613) | $ - |

**Note #4**

Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

*Chart 5*

## Grace Washington, Inc.
## Status of Postpetition Taxes
## MOR-4
## December 31, 2005

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
|---|---|---|---|---|
| **Federal** | | | | |
| Withholding | $              - | $        4,585 | $     (4,585) | $              - |
| FICA - Employee | - | 246 | (246) | |
| FICA and payroll- Employer | - | 246 | (246) | |
| Unemployment | - | - | - | - |
| Other | - | - | - | - |
| **Total Federal Taxes** | $              - | $        5,077 | $     (5,077) | $              - |
| **State and Local** | | | | |
| Withholding | $              - | $           938 | $        (938) | $              - |
| Sales & Use | - | - | - | |
| Property Taxes | - | - | - | |
| Other | - | - | - | - |
| **Total State and Local** | $              - | $           938 | $        (938) | $              - |
| **Total Taxes** | $              - | $        6,015 | $     (6,015) | $              - |

---

**Note #4**

Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

*Chart 5*

| L B Realty, Inc. Status of Postpetition Taxes MOR-4 December 31, 2005 | | | | |
|---|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| **Federal** | | | | |
| Withholding | $ - | $ - | $ - | $ - |
| FICA - Employee | - | - | - | - |
| FICA and payroll- Employer | - | - | - | - |
| Unemployment | - | - | - | - |
| Other | - | - | - | - |
| Total Federal Taxes | $ - | $ - | $ - | $ - |
| **State and Local** | | | | |
| Withholding | $ - | $ - | $ - | $ - |
| Sales & Use | - | | - | - |
| Property Taxes | - | - | - | - |
| Other | - | - | - | - |
| Total State and Local | $ - | $ - | $ - | $ - |
| Total Taxes | $ - | $ - | $ - | $ - |

**Note #4**
Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

*Chart 5*

| Darex Puerto Rico, Inc.<br>Status of Postpetition Taxes<br>MOR-4<br>December 31, 2005 | | | | |
|---|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| **Federal** | | | | |
| Withholding | $ - | $ - | $ - | $ - |
| FICA - Employee | (1,650) | 627 | 1,121 | 98 |
| FICA and payroll- Employer | 4,104 | 627 | (4,731) | - |
| Unemployment | - | - | - | - |
| Other | - | - | - | - |
| Total Federal Taxes | $ 2,454 | $ 1,254 | $ (3,610) | $ 98 |
| **State and Local** | | | | |
| Withholding | $ 1,364 | $ 982 | $ (518) | $ 1,828 |
| Sales & Use | 248 | - | 175 | 423 |
| Property Taxes | 377,109 | 4,064 | - | 381,173 |
| Other | - | - | - | - |
| Total State and Local | $ 378,721 | $ 5,046 | $ (343) | $ 383,424 |
| Total Taxes | $ 381,175 | $ 6,300 | $ (3,953) | $ 383,522 |

**Note #4**
Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

*Chart 6*

| W. R. Grace & Co. - Conn |
|---|
| **Accounts Receivable Reconciliation and Aging** |
| **MOR-5** |
| **December 2005** |

| Trade Accounts Receivable Reconciliation | | |
|---|---|---|
| Trade accounts receivable, beginning of month, gross | $ | 111,993,498 |
| Amounts billed during the period | $ | 76,426,844 |
| Amounts collected during the period | $ | (85,896,635) |
| Other | $ | 3,288,516 |
| | | |
| Trade accounts receivable at the end of month, gross | $ | 105,812,223 |
| **Trade Accounts Receivable Aging** | | |
| Current | $ | 79,523,839 |
| 1-30 days past due | | 20,159,933 |
| 31-60 days past due | | 4,729,398 |
| +61 days past due | | 1,399,053 |
| Trade accounts receivable, gross | | 105,812,223 |
| Allowance for doubtful accounts | | (1,281,877) |
| Trade accounts receivable, net | $ | 104,530,346 |

| Notes and Accounts Receivable Reconciliation | | |
|---|---|---|
| Trade accounts receivable, net | $ | 104,530,346 |
| Customer notes and drafts receivable | | 958,580 |
| Pending customer credit notes | | 18,783 |
| Advances and deposits | | 5,357,204 |
| Nontrade receivables, net | | 4,570,369 |
| Total notes and accounts receivable, net | $ | 115,435,282 |

**Chart 6**

### Darex Puerto Rico, Inc.
### Accounts Receivable Reconciliation and Aging
### MOR-5
### December 2005

| Trade Accounts Receivable Reconciliation | | |
|---|---|---|
| Trade accounts receivable, beginning of month, gross | $ | 2,643,692 |
| Amounts billed during the period | | 612,821 |
| Amounts collected during the period | | (627,693) |
| Other | | (125,659) |
| | | |
| Trade accounts receivable at the end of month, gross | $ | 2,503,161 |

| Trade Accounts Receivable Aging | | |
|---|---|---|
| Current | $ | 1,659,796 |
| 1-30 days past due | | 418,681 |
| 31-60 days past due | | 223,129 |
| +61 days past due | | 201,555 |
| Trade accounts receivable, gross | | 2,503,161 |
| Allowance for doubtful accounts | | (20,704) |
| Trade accounts receivable, net | $ | 2,482,457 |

| Notes and Accounts Receivable Reconciliation | | |
|---|---|---|
| Trade accounts receivable, net | $ | 2,482,457 |
| Customer notes and drafts receivable | | - |
| Pending customer credit notes | | (3,010) |
| Advances and deposits | | - |
| Nontrade receivables, net | | - |
| Total notes and accounts receivable, net | $ | 2,479,447 |

*Chart 6*

| Remedium Group, Inc. Accounts Receivable Reconciliation and Aging MOR-5 December 2005 | |
|---|---|
| **Trade Accounts Receivable Reconciliation** | |
| Trade accounts receivable, beginning of month, gross | $ - |
| Amounts billed during the period | - |
| Amounts collected during the period | - |
| Other | - |
| Trade accounts receivable at the end of month, gross | $ - |
| **Trade Accounts Receivable Aging** | |
| Current | $ - |
| 1-30 days past due | - |
| 31-60 days past due | - |
| +61 days past due | - |
| Trade accounts receivable, gross | - |
| Allowance for doubtful accounts | - |
| Trade accounts receivable, net | $ - |

| Notes and Accounts Receivable Reconciliation | |
|---|---|
| Trade accounts receivable, net | $ - |
| Customer notes and drafts receivable | - |
| Pending customer credit notes | - |
| Advances and deposits | - |
| Nontrade receivables, net | - |
| Total notes and accounts receivable, net | $ - |

*Chart 6*

| Grace Europe, Inc. | |
|---|---|
| **Accounts Receivable Reconciliation and Aging** | |
| **MOR-5** | |
| **December 2005** | |
| **Trade Accounts Receivable Reconciliation** | |
| Trade accounts receivable, beginning of month, gross | $ - |
| Amounts billed during the period | - |
| Amounts collected during the period | - |
| Other | - |
| Trade accounts receivable at the end of month, gross | $ - |
| **Trade Accounts Receivable Aging** | |
| Current | $ - |
| 1-30 days past due | - |
| 31-60 days past due | - |
| +61 days past due | - |
| Trade accounts receivable, gross | - |
| Allowance for doubtful accounts | - |
| Trade accounts receivable, net | $ - |

| **Notes and Accounts Receivable Reconciliation** | |
|---|---|
| Trade accounts receivable, net | $ - |
| Customer notes and drafts receivable | - |
| Pending customer credit notes | - |
| Advances and deposits | - |
| Nontrade receivables, net | 87,660 |
| Total notes and accounts receivable, net | $ 87,660 |

Chart 7

| W.R. Grace & Co., et al<br>Debtor Questionnaire<br>MOR - 5<br>December 2005 | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account for this reporting period?  If yes, provide an explanation below. | | See Note #5 below |
| 3. Have all postpetition tax returns been timely filed?<br>   If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in affect?  If no, provide and explanation below. | X | |
| 5. Are post-petition accounts payable and tax obligations current and paid to date?<br>   If no, provide an explanation. | X<br>(unless disputed in normal course of business) | |

**Note #5**
As part of the first day orders submitted to the court on April 2, 2001, an application for the Debtors to (a) continue and maintain their consolidated cash management system, (b) continue and maintain their existing bank accounts and (c) continue to use existing business forms and granting related relief was included.  The Debtors have continued to use their existing bank accounts and no new debtor in possession accounts have been established.

| List assets sold/transferred outside the normal course of business over $25,000:<br>Description of Asset | Sale Date | Proceeds |
|---|---|---|
| | | |

# Combined Chapter 11 Filing Entity Statements

Chart 8

| W. R. Grace & Co. - Chapter 11 Filing Entities | | | | |
|---|---|---|---|---|
| Combined Statement of Operations | | | | |
| | Month Ended December 31, | | Twelve Months Ended December 31, | |
| In millions | 2005 | 2004 | 2005 | 2004 |
| Net sales to third parties | $    77.0 | $    72.9 | $    936.9 | $    878.4 |
| Net sales to non-filing entities | 30.4 | 26.0 | 330.3 | 287.0 |
| Interest and royalties from non-filing entities | 2.9 | (33.7) | 50.9 | 12.6 |
| | 110.3 | 65.2 | 1,318.1 | 1,178.0 |
| | | | | |
| Cost of goods sold to third parties | 57.1 | 31.9 | 629.6 | 543.2 |
| Cost of goods sold to non-filing entities | 25.2 | 17.3 | 266.4 | 225.5 |
| Selling, general and administrative expenses | 31.6 | 25.7 | 280.5 | 262.6 |
| Depreciation and amortization | 5.7 | 5.8 | 60.8 | 57.4 |
| Research and development expenses | 3.4 | 2.9 | 38.4 | 34.6 |
| Net pension expense | 3.9 | 4.0 | 51.9 | 45.9 |
| Interest expense | 4.9 | 39.4 | 54.7 | 110.7 |
| Other (income) expense | (29.8) | (14.9) | (56.4) | (61.4) |
| Provision for asbestos-related litigation, net of estimated insurance recovery | - | - | - | 476.6 |
| Provision for environmental remediation | 25.0 | 1.6 | 25.0 | 21.6 |
| | 127.0 | 113.7 | 1,350.9 | 1,716.7 |
| Income (loss) before Chapter 11 expenses, income taxes and equity in net income of non-filing entities | (16.7) | (48.5) | (32.8) | (538.7) |
| Chapter 11 expenses, net | (3.8) | (0.6) | (30.7) | (18.0) |
| Benefit from (provision for) income taxes | 6.1 | 15.9 | 15.0 | 44.8 |
| Income (loss) before equity in net income of non-filing entities | (14.4) | (33.2) | (48.5) | (511.9) |
| Equity in net income of non-filing entities | 15.3 | 16.9 | 115.8 | 109.6 |
| Net Income (loss) | $    0.9 | $    (16.3) | $    67.3 | $    (402.3) |

The Notes to Combined Financial Statements are an integral part of these statements.

## W. R. Grace & Co. - Chapter 11 Filing Entities
## Combined Functional Basis Statement of Cash Flows

| In millions | Month Ended December 31, 2005 | Twelve Months Ended December 31, 2005 |
|---|---:|---:|
| **Core operations cash flow** | | |
| Pre-tax income from core operations | $ 1.4 | $ 47.9 |
| Depreciation and amortization | 5.7 | 60.8 |
| | 7.1 | 108.7 |
| Payments to fund defined benefit pension arrangements | (0.4) | (35.0) |
| Change in Non-Filing entity operating loans including interest payments and Investment | 6.4 | 30.1 |
| Changes in all core assets/liabilities and other | 37.1 | (19.7) |
| **Core Pre-tax Operating Cash Flow** | 50.2 | 84.1 |
| Capital expenditures | (10.8) | (52.2) |
| **Core Pre-tax Operating Free Cash Flow** | 39.4 | 31.9 |
| **Charges against core reserves** | | |
| Deferred compensation | (0.2) | (0.7) |
| Self insurance | (0.2) | (0.8) |
| **Total Spending Against Core Reserves** | (0.4) | (1.5) |
| **Net Core Cash Flow** | 39.0 | 30.4 |
| **Noncore cash flow** | | |
| Proceeds from asset sales | 0.2 | 1.0 |
| Proceeds from sale of business | - | 4.5 |
| Benefit proceeds under life insurance policies | - | 2.2 |
| Other noncore pre-tax cash flow | 16.5 | 18.4 |
| **Noncore Pre-tax Cash Flow** | 16.7 | 26.1 |
| **Charges against noncore reserves** | | |
| Environmental remediation | (1.4) | (6.7) |
| Retained obligations and other | (0.1) | (1.0) |
| Postretirement benefits | (1.4) | (11.9) |
| **Total Spending Against Noncore Reserves** | (2.9) | (19.6) |
| **Noncore Cash Flow** | 13.8 | 6.5 |
| **Total Pre-tax/Pre-interest/Pre-Chapter 11 Cash Flow** | 52.8 | 36.9 |
| Cash paid for taxes, net of refunds | - | (13.2) |
| Cash paid for interest, net | (0.1) | (1.3) |
| Cash paid to settle noncore contingencies | - | (119.7) |
| Chapter 11 expenses paid | (2.7) | (24.3) |
| **Cash Flow before Strategic Investments** | 50.0 | (121.6) |
| **Strategic Investments** | | |
| Cash paid for businesses acquired | - | (1.3) |
| Dividends received from Germany | - | 38.7 |
| Proceeds from exercise of stock options | - | 3.1 |
| **Cash used for Strategic Investments** | - | 40.5 |
| **Cash Flow after Strategic Investments** | 50.0 | (81.1) |
| Fees under debtor-in-possession credit facility | (0.2) | (2.2) |
| Net (investing)/financing activities under life insurance policies | - | 12.5 |
| **Net Cash Flow** | $ 49.8 | $ (70.8) |

The Notes to Combined Financial Statements are an integral part of these statements.

Chart 10

| W. R. Grace & Co. - Chapter 11 Filing Entities | | | |
| :-- | --: | --: | --: |
| **Combined Balance Sheet** | | | |
| In millions | December 31, 2005 | December 31, 2004 | April 2, 2001 |
| **ASSETS** | | | |
| **Current Assets** | | | |
| Cash and cash equivalents | $ 269.2 | $ 340.0 | $ 8.6 |
| Trade accounts receivable, less allowance of $1.3 (2004 - $1.0, Filing Date - $0.7) | 108.0 | 111.6 | 32.3 |
| Receivables from non-filing entities, net | 62.3 | 37.8 | 51.2 |
| Inventories | 86.8 | 76.9 | 80.6 |
| Deferred income taxes | 19.3 | 6.6 | 80.9 |
| Asbestos-related insurance expected to be realized within one year | - | - | 17.0 |
| Other current assets | 34.2 | 31.5 | 33.4 |
| **Total Current Assets** | 579.8 | 604.4 | 304.0 |
| | | | |
| Properties and equipment, net | 342.9 | 359.9 | 400.4 |
| Goodwill | 18.9 | 18.9 | 13.6 |
| Cash value of life insurance policies, net of policy loans | 84.8 | 96.0 | 64.1 |
| Deferred income taxes | 701.2 | 666.2 | 401.0 |
| Asbestos-related insurance expected to be realized after one year | 500.0 | 500.0 | 323.4 |
| Loans receivable from non-filing entities, net | 306.9 | 358.6 | 387.5 |
| Investment in non-filing entities | 527.9 | 468.4 | 121.0 |
| Other assets | 96.4 | 82.8 | 308.5 |
| **Total Assets** | $ 3,158.8 | $ 3,155.2 | $ 2,323.5 |
| | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | |
| **Liabilities Not Subject to Compromise** | | | |
| **Current Liabilities** | | | |
| Debt payable within one year | $ - | $ - | $ - |
| Accounts payable | 76.5 | 57.2 | - |
| Income taxes payable | 5.0 | 5.0 | - |
| Other current liabilities | 105.8 | 112.3 | - |
| **Total Current Liabilities** | 187.3 | 174.5 | - |
| | | | |
| Debt payable after one year | - | - | - |
| Minority interest in consolidated affiliates | 32.6 | 13.0 | 0.3 |
| Other liabilities | 379.4 | 381.8 | 31.5 |
| **Total Liabilities Not Subject to Compromise** | 599.3 | 569.3 | 31.8 |
| | | | |
| **Liabilities Subject to Compromise** | | | |
| Debt, pre-petition plus accrued interest | 684.7 | 645.8 | 511.5 |
| Accounts payable | 31.5 | 31.3 | 43.0 |
| Income taxes payable | 134.5 | 210.4 | 240.1 |
| Asbestos-related liability | 1,700.0 | 1,700.0 | 1,002.8 |
| Other liabilities | 604.4 | 620.2 | 568.6 |
| **Total Liabilities Subject to Compromise** | 3,155.1 | 3,207.7 | 2,366.0 |
| **Total Liabilities** | 3,754.4 | 3,777.0 | 2,397.8 |
| | | | |
| **Shareholders' Equity (Deficit)** | | | |
| Common stock | 0.8 | 0.8 | 0.8 |
| Paid in capital | 423.4 | 426.5 | 432.6 |
| Accumulated deficit | (505.9) | (573.2) | (201.8) |
| Treasury stock, at cost | (119.7) | (125.9) | (136.4) |
| Accumulated other comprehensive loss | (394.2) | (350.0) | (169.5) |
| **Total Shareholders' Equity (Deficit)** | (595.6) | (621.8) | (74.3) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 3,158.8 | $ 3,155.2 | $ 2,323.5 |

The Notes to Combined Financial Statements are an integral part of these statements.

# 1. Basis of Presentation and Summary of Significant Accounting and Financial Reporting Policies

W. R. Grace & Co., through its subsidiaries, is engaged in specialty chemicals and specialty materials businesses on a worldwide basis through two business segments: "Davison Chemicals," which includes two product groups – refining technologies and specialty materials; and "Performance Chemicals," which includes three product groups – specialty construction chemicals, building materials, and sealants and coatings.

W. R. Grace & Co. conducts substantially all of its business through a direct, wholly owned subsidiary, W. R. Grace & Co.-Conn. ("Grace-Conn."). Grace-Conn. owns substantially all of the assets, properties and rights of W. R. Grace & Co. on a consolidated basis, either directly or through subsidiaries.

As used in these notes, the term "Company" refers to W. R. Grace & Co. The term "Grace" refers to the Company and/or one or more of its subsidiaries and, in certain cases, their respective predecessors.

*Voluntary Bankruptcy Filing* – During 2000 and the first quarter of 2001, Grace experienced several adverse developments in its asbestos-related litigation, including: a significant increase in personal injury claims, higher than expected costs to resolve personal injury and certain property damage claims, and class action lawsuits alleging damages from Zonolite Attic Insulation ("ZAI") a former Grace attic insulation product.

After a thorough review of these developments, the Board of Directors concluded that a federal court-supervised bankruptcy process provided the best forum available to achieve fairness in resolving these claims and on April 2, 2001 (the "Filing Date"), Grace and 61 of its United States subsidiaries and affiliates, including Grace-Conn. (collectively, the "Debtors"), filed voluntary petitions for reorganization (the "Filing") under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The cases were consolidated and are being jointly administered under case number 01-01139 (the "Chapter 11 Cases"). Grace's

non-U.S. subsidiaries and certain of its U.S. subsidiaries were not included in the Filing.

Under Chapter 11, the Debtors have continued to operate their businesses as debtors-in-possession under court protection from creditors and claimants, while using the Chapter 11 process to develop and implement a plan for addressing the asbestos-related claims. Since the Filing, all motions necessary to conduct normal business activities have been approved by the Bankruptcy Court. (See Note 2 for Chapter 11 Related Information.)

*Basis of Presentation* – The Combined Financial Statements presented herein represent the results of operations, cash flows and financial position of the Debtors. These financial statements pertain to periods beginning with, and subsequent to, the Filing Date and have been prepared in conformity with requirements of the Bankruptcy Court. Consequently, these financial statements do not purport to present the financial performance of W. R. Grace & Co. in conformity with generally accepted accounting principles which would require the consolidation of all controlled subsidiaries and more extensive notes and analysis related to the worldwide operations of W. R. Grace & Co. Financial activity of non-Debtor entities is not presented herein. However, all non-Debtor entities are either directly or indirectly controlled by the Debtors and, accordingly, non-Debtor financial results are reflected under the equity method of accounting. These financial statements are unaudited and should be read in conjunction with the consolidated financial statements presented in the Company's 2004 Annual Report on Form 10-K and when filed, its 2005 Annual Report on Form 10-K and other periodic filings with the U.S. Securities and Exchange Commission.

These Combined Financial Statements reflect all adjustments that, in the opinion of management, are necessary for a fair presentation of the results of the periods presented under generally accepted accounting principles; all such adjustments are of a normal recurring nature. All significant inter-Debtor accounts and transactions have been eliminated. Transactions and balances with non-Debtor entities are separately disclosed.

*Reclassifications* – Certain amounts in prior years' Combined Financial Statements have been reclassified to conform to the 2005 presentation.

*Use of Estimates* – The preparation of financial statements in conformity with U.S. generally accepted accounting principles requires that management make estimates and assumptions affecting the assets and liabilities reported at the date of the Consolidated Financial Statements, and the revenues and expenses reported for the periods presented. Actual amounts could differ from those estimates. Changes in estimates are recorded in the period identified. Grace's accounting measurements that are most affected by management's estimates of future events are:

- Contingent liabilities such as asbestos-related matters, environmental remediation, income taxes, and litigation.
- Pension and postretirement liabilities that depend on assumptions regarding discount rates and total returns on invested funds.
- Depreciation and amortization periods for long-lived assets, including property and equipment, intangible, and other assets.
- Realization values of various assets such as net deferred tax assets, trade receivables, inventories, insurance receivables, and goodwill.

The accuracy of these and other estimates may also be materially affected by the uncertainties arising under Grace's Chapter 11 proceeding.

*Financial Instruments* – Grace periodically enters into interest rate swap agreements and foreign exchange forward and option contracts to manage exposure to fluctuations in interest and foreign currency exchange rates. Grace does not hold or issue derivative financial instruments for trading purposes. At December 31, 2005, Grace did not hold and had not issued any derivative financial instruments.

*Effect of New Accounting Standards* – In March 2005, the Financial Accounting Standards Board ("FASB") issued FIN 47, "Accounting for Conditional Asset Retirement Obligations – an interpretation of FASB Statement No. 143," to provide clarification that the term *conditional asset*

*retirement obligation,* refers to a legal obligation to perform an asset retirement activity in which the timing and/or method of settlement are conditional on a future event that may or may not be within the control of the entity. This Interpretation clarifies that an entity is required to recognize a liability for the fair value of a conditional asset retirement obligation when incurred, if the liability's fair value can be reasonably estimated. Grace adopted the provisions of FIN 47 during the fourth quarter of 2005.

In December 2004, the FASB issued Statement of Financial Accounting Standards ("SFAS") No. 123(R), "Share-Based Payment," to require companies to measure and recognize in operations the cost of employee services received in exchange for an award of equity instruments based on the grant-date fair value. The provisions of this standard are effective for Grace in 2006. As Grace has not granted equity options or rights while in Chapter 11, this standard should not have a material impact on the Consolidated Financial Statements.

In November 2004, the FASB issued SFAS No. 151, "Inventory Costs – an Amendment of ARB No. 43, Chapter 4," to provide clarification that abnormal amounts of idle facility expense, freight, handling costs, and wasted material be recognized as current-period costs. In addition, this standard requires that allocation of fixed production overheads to the costs of inventory be based on the normal capacity of the production facilities. The provisions of this standard are effective for Grace in 2006 and are not expected to have a material impact on Grace's Consolidated Financial Statements.

## 2.  Chapter 11 Related Information

*Plan of Reorganization* – On November 13, 2004 Grace filed a plan of reorganization, as well as several associated documents, including a disclosure statement, with the Bankruptcy Court. On January 13, 2005, Grace filed an amended plan of reorganization (the "Plan") and related documents to address certain objections of creditors and other interested parties. The Plan is supported by committees representing general unsecured creditors and equity holders, but is not supported by committees representing asbestos personal injury claimants and asbestos property damage claimants.

2

Under the terms of the Plan, a trust would be established under Section 524(g) of the Bankruptcy Code to which all pending and future asbestos-related claims would be channeled for resolution. Grace has requested that the Bankruptcy Court conduct an estimation hearing to determine the amount that would need to be paid into the trust on the effective date of the Plan to satisfy the estimated liability for each class of asbestos claimants and trust administration costs and expenses over time. The Plan provides that Grace's asbestos-related liabilities would be satisfied using cash and securities from Grace and third parties.

The Plan will become effective only after a vote of eligible creditors and with the approval of the Bankruptcy Court and the U.S. District Court for the District of Delaware. Votes on the Plan may not be solicited until the Bankruptcy Court approves the disclosure statement. The Debtors have received extensions of their exclusive right to propose a plan of reorganization through February 21, 2006.

Under the terms of the Plan, claims will be satisfied under the Chapter 11 cases as follows:

Asbestos-Related Claims and Costs
A trust would be established under Section 524(g) of the Bankruptcy Code to which all pending and future asbestos-related claims would be channeled for resolution. The trust would utilize specified trust distribution procedures to satisfy the following allowed asbestos-related claims and costs:

1. *Personal injury claims that meet specified exposure and medical criteria (Personal Injury-Symptomatic Eligible or "PI-SE" Claims)* – In order to qualify for this class, claimants would have to prove that their health is impaired from meaningful exposure to asbestos-containing products formerly manufactured by Grace.

2. *Personal injury claims that do not meet the exposure and medical criteria necessary to qualify as PI-SE Claims (Personal Injury-Asymptomatic and Other or "PI-AO" Claims)* – This class would contain all asbestos-related personal injury claims against Grace that do not meet the specific requirements to be PI-SE Claims, but do

meet certain other specified exposure and medical criteria.

3. *Property damage claims, including claims related to ZAI ("PD Claims")* – In order to qualify for this class, claimants would have to prove Grace liability for loss of property value or remediation costs related to asbestos-containing products formerly manufactured by Grace.

4. *Trust administration costs and legal expenses.*

The claims arising from such proceedings would be subject to this classification process as part of the Plan.

The Bankruptcy Court has entered case management orders for estimating liability for personal injury claims and property damage claims (excluding ZAI claims), which provide for estimation hearings in September 2006. The Bankruptcy Court is expected to use the estimated liability to determine the amounts to be paid into the trust on the effective date of the Plan. The amounts to fund PI-SE Claims, PD Claims and the expense of trust administration would be capped at the amount determined by the Bankruptcy Court. Amounts required to fund PI-AO Claims would not be capped, so if the amount funded in respect thereof later proved to be inadequate, Grace would be responsible for contributing additional funds into the asbestos trust to satisfy PI-AO Claims.

Asbestos personal injury claimants would have the option either to litigate their claims against the trust in federal court in Delaware or, if they meet specified eligibility criteria, accept a settlement amount based on the severity of their condition. Asbestos property damage claimants would be required to litigate their claims against the trust in federal court in Delaware. The Plan provides that, as a condition precedent to confirmation, the maximum estimated aggregate funding amount for all asbestos-related liabilities (PI-SE, PI-AO and PD including ZAI) and trust administration costs and expenses as determined by the Bankruptcy Court cannot exceed $1,613 million, which Grace believes would fund over $2 billion in claims, costs and expenses over time.

3

The PI-SE Claims, the PD Claims and the related trust administration costs and expenses would be funded with (1) a payment of $512.5 million in cash (plus interest at 5.5% compounded annually from December 21, 2002) and nine million shares of common stock of Sealed Air Corporation ("Sealed Air") to be made directly by Cryovac, Inc. ("Cryovac") to the asbestos trust pursuant to the terms of a settlement agreement resolving asbestos-related, successor liability and fraudulent transfer claims against Sealed Air and Cryovac, and (2) Grace common stock. The amount of Grace common stock required to satisfy these claims will depend on the liability measures approved by the Bankruptcy Court and the value of the Sealed Air settlement, which changes daily with the accrual of interest and the trading value of Sealed Air common stock. The Sealed Air settlement agreement has been approved by the Bankruptcy Court, but remains subject to the fulfillment of specified conditions.

The PI-AO Claims would be funded with warrants exercisable for that number of shares of Grace common stock which, when added to the shares issued directly to the trust on the effective date of the Plan, would represent 50.1% of Grace's voting securities. If the common stock issuable upon exercise of the warrants is insufficient to pay all PI-AO Claims (the liability for which is uncapped under the Plan), then Grace would pay any additional liabilities in cash.

Other Claims

The Plan provides that all allowed claims other than those covered under the asbestos trust would be paid 100% in cash (if such claims qualify as administrative or priority claims) or 85% in cash and 15% in Grace common stock (if such claims qualify as general unsecured claims). Grace estimates that claims with a recorded value of approximately $1,161 million, including interest accrued through September 30, 2005, would be satisfied in this manner at the effective date of the Plan. Grace would finance these payments with cash on hand, cash from Fresenius Medical Care Holdings, Inc. ("Fresenius") paid in settlement of asbestos and other Grace-related claims, new Grace debt, and Grace common stock. Grace would satisfy other non-asbestos related liabilities and claims (primarily certain environmental, tax, pension and retirement medical obligations) as they become due and payable over time. Proceeds from available product liability insurance applicable to asbestos-related claims would supplement operating cash flow to service new debt and liabilities not paid on the effective date of the Plan.

Effect on Grace Common Stock

The Plan provides that Grace common stock will remain outstanding at the effective date of the Plan, but that the interests of existing shareholders would be subject to dilution by additional shares of common stock issued under the Plan. In addition, in order to preserve significant tax benefits from net operating loss carryforwards ("NOLs"), which are subject to elimination or limitation in the event of a change in control (as defined by the Internal Revenue Code) of Grace, the Plan places restrictions on the purchase of Grace common stock. The restrictions would prohibit (without the consent of Grace), for a period of three years, a person or entity from acquiring more than 4.75% of the outstanding Grace common stock or, for those persons already holding more than 4.75%, prohibit them from increasing their holdings. The Bankruptcy Court has also approved the trading restrictions described above until the effective date of the Plan.

Grace intends to address all pending and future asbestos-related claims and all other pre-petition claims as outlined in the Plan. However, Grace may not be successful in obtaining approval of the Plan by the Bankruptcy Court and other interested parties. Instead, a materially different plan of reorganization may ultimately be approved and, under the ultimate plan of reorganization, the interests of the Company's shareholders could be substantially diluted or cancelled. The value of Grace common stock following a plan of reorganization, and the extent of any recovery by non-asbestos-related creditors, will depend principally on the allowed value of Grace's asbestos-related claims as determined by the Bankruptcy Court.

*Official Parties to Grace's Chapter 11 Proceedings* – Three creditors' committees, two representing asbestos claimants and the third representing other unsecured creditors, and a committee representing shareholders have been appointed in the Chapter 11 Cases. These committees, and a legal representative

of future asbestos claimants, have the right to be heard on all matters that come before the Bankruptcy Court and are likely to play important roles in the Chapter 11 Cases. The Debtors are required to bear certain costs and expenses of the committees and of the future asbestos claimants' representative, including those of their counsel and financial advisors.

*Claims Filings* – The Bankruptcy Court established a bar date of March 31, 2003 for claims of general unsecured creditors, asbestos-related property damage claims and medical monitoring claims related to asbestos. The bar date did not apply to asbestos-related personal injury claims or claims related to ZAI, which will be dealt with separately.

Approximately 14,900 proofs of claim were filed by the bar date. Of these claims, approximately 9,400 were non-asbestos related, approximately 4,300 were for asbestos-related property damage, and approximately 1,000 were for medical monitoring. The medical monitoring claims were made by individuals who allege exposure to asbestos through Grace's products or operations. These claims, if sustained, would require Grace to fund ongoing health monitoring costs for qualified claimants. In addition, approximately 765 proofs of claim were filed after the bar date.

Approximately 7,000 of the non-asbestos related claims involve claims by employees or former employees for future retirement benefits such as pension and retiree medical coverage. Grace views most of these claims as contingent and has proposed a plan of reorganization that would retain such benefits. The other non-asbestos related claims include claims for payment of goods and services, taxes, product warranties, principal and interest under pre-petition credit facilities, amounts due under leases and other contracts, leases and other executory contracts rejected in the Bankruptcy Court, environmental remediation, indemnification or contribution to actual or potential co-defendants in asbestos-related and other litigation, pending non-asbestos-related litigation, and non-asbestos-related personal injury.

The Debtors have analyzed the claims as filed and have found that many are duplicates, represent the same claim filed against more than one of the Debtors, lack any supporting documentation, or provide insufficient supporting documentation. As of September 30, 2005, the Debtors had filed objections to approximately 5,400 claims, approximately 3,950 of which were substantive objections to asbestos property damage claims. Of the 5,400 claims, approximately 1,400 have been expunged, approximately 200 have been resolved, approximately 30 have been withdrawn, and the remainder will be addressed through the claims objection process and the dispute resolution procedures approved by the Bankruptcy Court.

Grace believes that its recorded liabilities for claims subject to the bar date represent a reasonable estimate of the ultimate allowable amount for claims that are not in dispute or have been submitted with sufficient information to both evaluate the merit and estimate the value of the claim. The asbestos-related claims are considered as part of Grace's overall asbestos liability and are being accounted for in accordance with the conditions precedent under the Plan, as described in "Accounting Impact" below. As claims are resolved, or where better information becomes available and is evaluated, Grace will make adjustments to the liabilities recorded on its financial statements as appropriate. Any such adjustments could be material to its consolidated financial position and results of operations.

*Litigation Proceedings in Bankruptcy Court* – In September 2000, Grace was named in a purported class action lawsuit filed in California Superior Court for the County of San Francisco, alleging that the 1996 reorganization involving a predecessor of Grace and Fresenius AG and the 1998 reorganization involving a predecessor of Grace and Sealed Air were fraudulent transfers. The Bankruptcy Court authorized the Official Committee of Asbestos Personal Injury Claimants and the Official Committee of Asbestos Property Damage Claimants to proceed with claims against Fresenius and Sealed Air and Cryovac on behalf of the Debtors' bankruptcy estate.

On November 29, 2002, Sealed Air (and Cryovac) and Fresenius each announced that they had reached agreements in principle with such Committees to settle asbestos, successor liability and fraudulent transfer claims related to such transactions (the "litigation settlement agreements"). Under the terms

5

of the Fresenius settlement, subject to the fulfillment of certain conditions, Fresenius would contribute $115.0 million to the Debtors' estate as directed by the Bankruptcy Court upon confirmation of the Debtors' plan of reorganization. In July 2003, the Fresenius settlement was approved by the Bankruptcy Court. Under the terms of the Sealed Air settlement, subject to the fulfillment of certain conditions, Cryovac would make a payment of $512.5 million (plus interest at 5.5% compounded annually, commencing on December 21, 2002) and nine million shares of Sealed Air common stock (collectively valued at $1,108.3 million as of December 31, 2005), as directed by the Bankruptcy Court upon confirmation of the Debtors' plan of reorganization. In June 2005, the Sealed Air settlement was approved by the Bankruptcy Court.

*Debt Capital* – All of the Debtors' pre-petition debt is in default due to the Filing. The accompanying Consolidated Balance Sheets reflect the classification of the Debtors' pre-petition debt within "liabilities subject to compromise."

The Debtors have entered into a debtor-in-possession post-petition loan and security agreement with Bank of America, N.A. (the "DIP facility") in the aggregate amount of $250 million. The term of the DIP facility expires on April 1, 2006. Grace expects to renew the $250 million DIP facility for an additional two-year term.

*Accounting Impact* – The accompanying Consolidated Financial Statements have been prepared in accordance with Statement of Position 90-7 ("SOP 90-7"), "Financial Reporting by Entities in Reorganization Under the Bankruptcy Code," promulgated by the American Institute of Certified Public Accountants. SOP 90-7 requires that financial statements of debtors-in-possession be prepared on a going concern basis, which contemplates continuity of operations, realization of assets and liquidation of liabilities in the ordinary course of business. However, as a result of the Filing, the realization of certain of the Debtors' assets and the liquidation of certain of the Debtors' liabilities are subject to significant uncertainty. While operating as debtors-in-possession, the Debtors may sell or otherwise dispose of assets and liquidate or settle liabilities for amounts other than those reflected in the Consolidated Financial

Statements. Further, the ultimate plan of reorganization could materially change the amounts and classifications reported in the Consolidated Financial Statements.

Pursuant to SOP 90-7, Grace's pre-petition liabilities that are subject to compromise are required to be reported separately on the balance sheet at an estimate of the amount that will ultimately be allowed by the Bankruptcy Court. As of December 31, 2005, such pre-petition liabilities include fixed obligations (such as debt and contractual commitments), as well as estimates of costs related to contingent liabilities (such as asbestos-related litigation, environmental remediation, and other claims). Obligations of Grace subsidiaries not covered by the Filing continue to be classified on the Consolidated Balance Sheets based upon maturity dates or the expected dates of payment. SOP 90-7 also requires separate reporting of certain expenses, realized gains and losses, and provisions for losses related to the Filing as reorganization items.

Grace has not recorded the benefit of any assets that may be available to fund asbestos-related and other liabilities under the litigation settlements with Sealed Air and Fresenius, as such agreements are subject to conditions which, although expected to be met, have not been satisfied and confirmed by the Bankruptcy Court. The value available under these litigation settlement agreements as measured at December 31, 2005, was $1,223.3 million comprised of $115.0 million in cash from Fresenius and $1,108.3 million in cash and stock from Cryovac. Payments under the Sealed Air settlement will be paid directly to the asbestos trust by Cryovac, and will be accounted for as a satisfaction of a portion of Grace's recorded asbestos-related liability and a credit to shareholder's equity.

Grace's Consolidated Balance Sheets separately identify the liabilities that are "subject to compromise" as a result of the Chapter 11 proceedings. In Grace's case, "liabilities subject to compromise" represent pre-petition liabilities as determined under U.S. generally accepted accounting principles. Changes to the recorded amount of such liabilities will be based on developments in the Chapter 11 Cases and management's assessment of the claim amounts that

will ultimately be allowed by the Bankruptcy Court. Changes to pre-petition liabilities subsequent to the Filing Date reflect: 1) cash payments under approved court orders; 2) the terms of Grace's proposed plan of reorganization, as discussed above, including the accrual of interest on pre-petition debt and the adjustment to Grace's recorded asbestos-related liability; 3) accruals for employee-related programs; and 4) changes in estimates related to other pre-petition contingent liabilities.

*Change in Liabilities Subject to Compromise* — Following is a reconciliation of the changes in pre-filing date liability balances for the period from the Filing Date through December 31, 2005.

| (In millions) | Current Month | Cumulative Since Filing |
|---|---|---|
| Balance, beginning of period | $ 3,100.8 | $ 2,366.0 |
| Cash disbursements and/or reclassifications under Bankruptcy Court orders: | | |
| Freight and distribution order | -- | (5.7) |
| Trade accounts payable order | -- | (9.1) |
| Settlements of noncore contingencies | -- | (119.7) |
| Other court orders including employee wages and benefits, sales and use tax and customer programs | 1.9 | (296.9) |
| Expense/(income) items: | | |
| Interest on pre-petition liabilities | 4.5 | 203.6 |
| Employee-related accruals | 10.8 | 34.2 |
| Change in estimate of asbestos-related contingencies | -- | 744.8 |
| Change in estimate of environmental contingencies | 25.0 | 265.6 |
| Change in estimate of income tax contingencies | 12.1 | (2.0) |
| Balance sheet reclassifications | -- | (25.7) |
| Balance, end of period | $ 3,155.1 | $ 3,155.1 |

Additional liabilities subject to compromise may arise due to the rejection of executory contracts or unexpired leases, or as a result of the allowance of contingent or disputed claims.

## 3. Other Balance Sheet Accounts

| (In millions) | December 31, 2005 | Filing Date |
|---|---|---|
| **Inventories** | | |
| Raw materials | $ 18.7 | $ 20.3 |
| In process | 19.6 | 16.2 |
| Finished products | 89.3 | 63.8 |
| General merchandise | 15.5 | 9.6 |
| Less: Adjustment of certain inventories to a last-in/first-out (LIFO) basis | (56.3) | (29.3) |
| | $ 86.8 | $ 80.6 |
| **Other Assets** | | |
| Deferred pension costs | $ 3.4 | $ 227.9 |
| Deferred charges | 50.3 | 40.4 |
| Long-term receivables | 7.1 | 1.9 |
| Long-term investments | -- | 2.1 |
| Patents, licenses and other intangible assets, net | 22.9 | 25.2 |
| Pension – unamortized prior service cost | 12.7 | 8.1 |
| Other assets | -- | 2.9 |
| | $ 96.4 | $ 308.5 |
| **Other Current Liabilities** | | |
| Accrued compensation | $ 40.2 | $ -- |
| Accrued commissions | 6.7 | -- |
| Customer programs | 22.8 | -- |
| Accrued utilities | 0.2 | -- |
| Accrued freight | 4.5 | -- |
| Accrued reorganization fees | 18.0 | -- |
| Other accrued liabilities | 13.4 | -- |
| | $ 105.8 | $ -- |
| **Other Liabilities** | | |
| Deferred royalty income – non-filing entities | $ -- | $ 31.5 |
| Pension – underfunded plans | 343.3 | -- |
| Other accrued liabilities | 36.1 | -- |
| | $ 379.4 | $ 31.5 |
| **Other Liabilities Subject to Compromise** | | |
| Other postretirement benefits | $ 101.3 | $ 185.4 |
| Environmental remediation | 342.0 | 164.8 |
| Retained obligations of divested businesses | 20.1 | 45.5 |
| Special pension arrangements | 86.4 | 70.8 |
| Deferred compensation | 3.9 | 8.2 |
| Self insurance reserve | 11.6 | 11.8 |
| Accrued interest on pre-petition liabilities | 35.4 | -- |
| Other accrued liabilities | 3.7 | 82.1 |
| | $ 604.4 | $ 568.6 |

## 4. Life Insurance

Grace is the beneficiary of life insurance policies on certain current and former employees with a net cash surrender value of $84.8 million at December 31, 2005. The policies were acquired to fund various employee benefit programs and other long-term

liabilities and are structured to provide cash flow (primarily tax-free) over an extended number of years.

The following table summarizes the components of net cash value at December 31, 2005 and Filing Date:

| Components of Net Cash Value (in millions) | December 31, 2005 | Filing Date |
|---|---|---|
| Gross cash value | $ 109.2 | $ 453.7 |
| Principal – policy loans | (23.7) | (390.3) |
| Accrued interest – policy loans | (0.7) | 0.7 |
| Net cash value | $ 84.8 | $ 64.1 |
| Insurance benefits in force | $ 196.3 | $ 2,286.0 |

Grace's financial statements display income statement activity and balance sheet amounts on a net basis, reflecting the contractual interdependency of policy assets and liabilities.

In January 2005, Grace surrendered and terminated most of these life insurance policies and received $14.8 million of net cash value from the termination. As a result of the termination, gross cash value of the policies was reduced by approximately $381 million and policy loans of approximately $365 million were satisfied. Grace's insurance benefits in force was reduced by approximately $2 billion.

## 5. Debt

On December 31, 2005, and Filing Date, Grace's debt was as follows:

| Components of Debt (in millions) | December 31, 2005 | Filing Date |
|---|---|---|
| **Debt payable within one year** | | |
| DIP facility | $ -- | $ -- |
| Other short-term borrowings and related fees payable | -- | -- |
| | $ -- | $ -- |
| **Debt payable after one year** | | |
| DIP facility | $ -- | $ -- |
| Other long-term borrowings | -- | -- |
| | $ -- | $ -- |
| **Debt Subject to Compromise** | | |
| Bank borrowings | $ 500.0 | $ 500.0 |
| 8.0% Notes Due 2004 | -- | 5.7 |
| 7.75% Notes Due 2002 | -- | 2.0 |
| Other borrowings | 14.3 | 1.2 |
| Accrued interest | 170.4 | 2.6 |
| | $ 684.7 | $ 511.5 |

In April 2001, the Debtors entered into the DIP facility for a two-year term in the aggregate amount of $250 million. The DIP facility is secured by a priority lien on substantially all assets of the Debtors, and bears interest based on the London Interbank Offered Rate. The Debtors have extended the term of the DIP facility through April 1, 2006. Grace had no outstanding borrowings under the DIP facility as of December 31, 2005; however, $30.2 million of standby letters of credit were issued and outstanding under the facility. The letters of credit (as well as an $8.5 million carve-out reserve), which reduce available funds under the facility, were issued primarily for trade-related matters such as performance bonds, and certain insurance and environmental matters. Grace expects to renew the $250 million DIP facility for an additional two-year term.

8

# Bank Statements

JPMorganChase

Statement of Account

TS

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA  MD  21044-4098

Account No: 910-1-013572
Statement Start Date: 01 NOV 2005
Statement End Date: 30 NOV 2005
Statement Code: 000-USA-21
Statement No: 011

Page 1 of 4

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 2 | 200,000.00 |
| Total Debits (incl. checks) | 20 | 171,280.74 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| | Opening (01 NOV 2005) | | Closing (30 NOV 2005) | |
|---|---|---|---|---|
| | Ledger | 106,322.76 | Ledger | 135,042.02 |
| | Collected | 106,322.76 | Collected | 135,042.02 |

## ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

| Ledger Date | Adj Ledger Date | Value Date | F T | Credit / Debit | References | Description |
|---|---|---|---|---|---|---|
| **CREDITS** | | | | | | |
| 10NOV | | 10NOV | | 100,000.00 | USD  YOUR: CAP OF 05/11/10  OUR: 2265800314J0 | BOOK TRANSFER CREDIT<br>B/O: W.R. GRACE AND CO SYRACUSE FDN<br>COLUMBIA MD 21044-4098<br>REF: CHASE MEDICAL ACCT FUNDING |
| 29NOV | | 29NOV | | 100,000.00 | USD  YOUR: CAP OF 05/11/29  OUR: 3061100333J0 | BOOK TRANSFER CREDIT<br>B/O: W.R. GRACE AND CO SYRACUSE FDN<br>COLUMBIA MD 21044-4098<br>REF: CHASE MEDICAL ACCT FUNDING |
| **DEBITS** | | | | | | |
| 01NOV | 31OCT | 31OCT | | 10,917.52 | USD  OUR: 053050093HA | GOVERNMENT ALLOTMENT DEBIT<br>COVERING DRAFTS TO A/C NO.<br>002-2-416598 FOR WORK OF 10/31/05<br>W R GRACE & CO C/O CORPORATE<br>ACCOUNTING 7500 GRACE DRIVE<br>COLUMBIA MD 21044-4098 |
| 02NOV | 01NOV | 01NOV | | 6,249.46 | USD  OUR: 053060088HA | GOVERNMENT ALLOTMENT DEBIT<br>COVERING DRAFTS TO A/C NO.<br>002-2-416598 FOR WORK OF 11/01/05<br>W R GRACE & CO C/O CORPORATE<br>ACCOUNTING 7500 GRACE DRIVE<br>COLUMBIA MD 21044-4098 |
| 03NOV | 02NOV | 02NOV | | 11,247.99 | USD  OUR: 053070088HA | GOVERNMENT ALLOTMENT DEBIT<br>COVERING DRAFTS TO A/C NO.<br>002-2-416598 FOR WORK OF 11/02/05<br>W R GRACE & CO C/O CORPORATE<br>ACCOUNTING 7500 GRACE DRIVE<br>COLUMBIA MD 21044-4098 |

### Closing Balances

| Date | Amount |
|---|---|
| **LEDGER BALANCES** | |
| 01NOV | 95,405.24 |
| 02NOV | 89,155.78 |
| 03NOV | 77,907.79 |
| 04NOV | 71,825.80 |
| 07NOV | 64,023.08 |
| 08NOV | 54,115.94 |
| 09NOV | 48,886.64 |
| 10NOV | 140,034.70 |
| 14NOV | 129,934.34 |
| 15NOV | 120,690.88 |
| 16NOV | 116,046.79 |
| 17NOV | 100,653.87 |
| 18NOV | 92,388.41 |
| 21NOV | 83,841.69 |
| 22NOV | 72,518.06 |
| 23NOV | 67,690.72 |
| 25NOV | 58,131.42 |
| 28NOV | 49,017.75 |
| 29NOV | 139,441.54 |
| 30NOV | 135,042.02 |
| **COLLECTED BALANCES** | |
| 01NOV | 95,405.24 |
| 02NOV | 89,155.78 |
| 03NOV | 77,907.79 |
| 04NOV | 71,825.80 |
| 07NOV | 64,023.08 |
| 08NOV | 54,115.94 |
| 09NOV | 48,886.64 |

| FT CODE: | USD - SAME DAY FUNDS<br>USN - NEXT DAY FUNDS | US1 - ONE DAY FLOAT<br>US2 - TWO DAY FLOAT | US3 - THREE DAY FLOAT<br>US4 - FOUR DAY FLOAT | US5 - FIVE DAY FLOAT<br>USM - MIXED FLOAT |
|---|---|---|---|---|

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN
OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING
OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS, KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO
DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JPMorgan Chase Bank N.A

JPMorganChase

TS

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

Account No: 910-1-013572
Statement Start Date: 01 NOV 2005
Statement End Date: 30 NOV 2005
Statement Code: 000-USA-21
Statement No: 011
Page 2 of 4

| Closing Balances Date | Amount |
| --- | --- |
| 10NOV | 140,034.70 |
| 14NOV | 129,934.34 |
| 15NOV | 120,690.89 |
| 16NOV | 116,046.78 |
| 17NOV | 100,653.87 |
| 18NOV | 92,388.41 |
| 21NOV | 83,841.69 |
| 22NOV | 72,518.06 |
| 23NOV | 67,690.72 |
| 28NOV | 58,131.42 |
| 29NOV | 49,017.75 |
| 29NOV | 139,441.54 |
| 30NOV | 135,042.02 |

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description |
| --- | --- | --- | --- | --- | --- | --- |
| 04NOV | 03NOV | 03NOV | USD | OUR: 0550800092WA | 6,081.99 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 11/03/05 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 07NOV | 04NOV | 04NOV | USD | OUR: 0551100090WA | 7,802.72 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 11/04/05 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 08NOV | 07NOV | 07NOV | USD | OUR: 0551200094WA | 9,907.14 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 11/07/05 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 09NOV | 08NOV | 08NOV | USD | OUR: 0551300088WA | 5,229.30 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 11/08/05 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 10NOV | 09NOV | 09NOV | USD | OUR: 0551400088WA | 8,851.94 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 11/09/05 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 14NOV | 10NOV | 10NOV | USD | OUR: 0551800086WA | 10,100.36 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 11/10/05 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 15NOV | 14NOV | 14NOV | USD | OUR: 0551900085WA | 9,243.45 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 11/14/05 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 16NOV | 15NOV | 15NOV | USD | OUR: 0552000081WA | 4,644.11 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. |

JPMorganChase

Statement of Account

In US Dollars

Account No: 910-1-013572
Statement Start Date: 01 NOV 2005
Statement End Date: 30 NOV 2005
Statement Code: 000-USA-21
Statement No: 011
Page 3 of 4

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

TS

JPMorgan Chase Bank, N.A.

### DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 17NOV | 16NOV | 16NOV | USD | OUR: 0532100084WA | 15,392.91 | 002-2-416598 FOR WORK OF 11/15/05 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |
| 18NOV | 17NOV | 17NOV | USD | OUR: 0532200089WA | 8,265.46 | 002-2-416598 FOR WORK OF 11/16/05 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |
| 21NOV | 18NOV | 18NOV | USD | OUR: 0532500087WA | 8,546.72 | 002-2-416598 FOR WORK OF 11/17/05 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |
| 22NOV | 21NOV | 21NOV | USD | OUR: 0532600085WA | 11,323.63 | 002-2-416598 FOR WORK OF 11/18/05 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |
| 23NOV | 22NOV | 22NOV | USD | OUR: 0532700086WA | 4,827.34 | 002-2-416598 FOR WORK OF 11/21/05 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |
| 25NOV | 23NOV | 23NOV | USD | OUR: 0532900088WA | 9,559.30 | 002-2-416598 FOR WORK OF 11/22/05 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |
| 28NOV | 25NOV | 25NOV | USD | OUR: 0533200092WA | 9,113.67 | 002-2-416598 FOR WORK OF 11/23/05 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |

JPMorgan Chase Bank, N.A.

JPMorganChase

Statement

TS

Account No: 910-1-013572
Statement Start Date: 01 NOV 2005
Statement End Date: 30 NOV 2005
Statement Code: 000-USA-21
Statement No: 011
Page 4 of 4

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances. Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## DEBITS CONTINUED

| 29NOV | 28NOV | 28NOV | USD OUR: 0533300091WA | | 9,576.21 | ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 11/28/05 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |
| 30NOV | 29NOV | 29NOV | USD OUR: 0533400091WA | | 4,399.52 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 11/29/05 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |

## CHECKS

*No Activity*

WACHOVIA BANK, N.A., CAP MKT INV BKG FL DIVERSIFIED MANUFACTURING

---

WACHOVIA

## Commercial Checking

01  2199500021812  036  130  0  36  185,370

0006939121 MB  0.309 02  MAAD 259

W R GRACE AND CO-CONN
GENERAL ACCOUNT
ATTN:PATTY ELLIOTT-GRAY
7500 GRACE DRIVE  BLDG 25
COLUMBIA, MD 21044-4098

CB

## Commercial Checking

11/01/2005 thru 11/30/2005

Account number:     2199500021812
Account owner(s):   W R GRACE AND CO-CONN
                    GENERAL ACCOUNT

### Account Summary

| | | |
|---|---|---|
| Opening balance 11/01 | $10,000.00 | |
| Deposits and other credits | 1,598,151.23 | + |
| Other withdrawals and service fees | 1,598,151.23 | - |
| Closing balance 11/30 | $10,000.00 | |

### Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 11/02 | 0.00 | DEPOSIT |
| 11/02 | 6,032.16 | DEPOSIT |
| 11/02 | 20,037.72 | DEPOSIT |
| 11/07 | 0.00 | DEPOSIT |
| 11/07 | 1,259.14 | DEPOSIT |
| 11/07 | 87,094.59 | DEPOSIT |
| 11/09 | 490,730.08 | DEPOSIT |
| 11/17 | 148,484.92 | DEPOSIT |
| 11/17 | 386,848.62 | DEPOSIT |
| 11/17 | 457,664.00 | DEPOSIT |
| Total | $1,598,151.23 | |

### Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 11/09 | 51.00 | AUTOMATED DEBIT HARLAND CHECKS  CHK ORDERS |
| | | CO. ID. 9500021440 051109 PPD |
| 11/15 | 605,102.69 | FUNDS TRANSFER (ADVICE 051115024124) |
| | | SENT TO CHASE MANHATTAN B/ |
| | | BNF=W R GRACE AND CO CONN |
| | | OBI= |
| | | RFB= 11/15/05 11:09AM |

*Other Withdrawals and Service Fees continued on next page.*

**WACHOVIA**

## Commercial Checking

02   2199500021812   036  130     0    36    185,371

### Other Withdrawals and Service Fees   continued

| Date | Amount | Description |
|------|--------|-------------|
| 11/23 | 992,997.54 | FUNDS TRANSFER (ADVICE 051123045143) SENT TO CHASE MANHATTAN B/ BNF=W R GRACE AND CO CONN OBI= RFB= 11/23/05 01:45PM |

| Total | $1,598,151.23 |
|-------|---------------|

### Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 11/02 | 36,069.88 | 11/09 | 615,102.69 | 11/17 | 1,002,997.54 |
| 11/07 | 124,423.61 | 11/15 | 10,000.00 | 11/23 | 10,000.00 |



## Merrill Lynch — Investment Managers — Merrill Lynch Funds For Institutions

P.O. Box 8118, Boston, MA 02266-8118  (800) 225-1576

**Merrill Lynch Premier Institutional Fund**
Cumulative Statement for 11/01/2005 - 11/30/2005

Account Number: 318-3323735-8

W. R. GRACE & CO. - CONN.
ATTN TREASURY DEPT
7500 GRACE DR
COLUMBIA MD 21044-4029

Financial Advisor
H P S Group
(--73807646)

Account Value As Of 11/30/2005
$169,555,308.96

**Dividends**

|  | 11/01/2005 - 11/30/2005 | Year To Date |
|---|---|---|
|  | $548,601.82 | $5,893,538.63 |

> OUR OFFICE WILL BE CLOSED ON DECEMBER 26TH, IN OBSERVANCE OF CHRISTMAS AND ON JANUARY 3RD FOR NEW YEARS.

> AVERAGE NET ANNUALIZED YIELD FOR NOVEMBER WAS 3.85%. TRADING DEADLINES ON DECEMBER 23RD & 30TH WILL BE 3:00 PM ET.

### Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
|  |  | Beginning Balance |  |  | $202,406,707.14 |
| 11/01/2005 | 11/01/2005 | Shares Purchased By Wire | $600,000.00 | $1.00 | $203,006,707.14 |
| 11/02/2005 | 11/02/2005 | Shares Purchased By Wire | $2,100,000.00 | $1.00 | $205,106,707.14 |
| 11/03/2005 | 11/03/2005 | Same Day Wire Redemption | $9,000,000.00 | $1.00 | $196,106,707.14 |
| 11/04/2005 | 11/04/2005 | Same Day Wire Redemption | $2,100,000.00 | $1.00 | $194,006,707.14 |
| 11/07/2005 | 11/07/2005 | Same Day Wire Redemption | $1,700,000.00 | $1.00 | $192,306,707.14 |
| 11/08/2005 | 11/08/2005 | Same Day Wire Redemption | $3,600,000.00 | $1.00 | $188,706,707.14 |
| 11/09/2005 | 11/09/2005 | Same Day Wire Redemption | $9,100,000.00 | $1.00 | $179,606,707.14 |
| 11/10/2005 | 11/10/2005 | Same Day Wire Redemption | $3,500,000.00 | $1.00 | $176,106,707.14 |
| 11/14/2005 | 11/14/2005 | Same Day Wire Redemption | $8,100,000.00 | $1.00 | $168,006,707.14 |
| 11/15/2005 | 11/15/2005 | Shares Purchased By Wire | $1,400,000.00 | $1.00 | $169,406,707.14 |
| 11/16/2005 | 11/16/2005 | Same Day Wire Redemption | $2,100,000.00 | $1.00 | $167,306,707.14 |
| 11/17/2005 | 11/17/2005 | Same Day Wire Redemption | $1,200,000.00 | $1.00 | $166,106,707.14 |
| 11/18/2005 | 11/18/2005 | Shares Purchased By Wire | $8,800,000.00 | $1.00 | $174,906,707.14 |
| 11/21/2005 | 11/21/2005 | Same Day Wire Redemption | $2,600,000.00 | $1.00 | $172,306,707.14 |
| 11/22/2005 | 11/22/2005 | Same Day Wire Redemption | $11,400,000.00 | $1.00 | $160,906,707.14 |
| 11/23/2005 | 11/23/2005 | Same Day Wire Redemption | $11,700,000.00 | $1.00 | $149,206,707.14 |
| 11/28/2005 | 11/28/2005 | Shares Purchased By Wire | $7,800,000.00 | $1.00 | $157,006,707.14 |
| 11/29/2005 | 11/29/2005 | Shares Purchased By Wire | $800,000.00 | $1.00 | $157,806,707.14 |

Account Number: 318-3323735-8   (page 1 of 2)

515574

Account Number  318-3323735-8    (page 2 of 2)

**Merrill Lynch** Investment Managers    Merrill Lynch Funds For Institutions

Merrill Lynch Premier Institutional Fund
Cumulative Statement for 11/01/2005 - 11/30/2005
Account Number
318-3323735-8

### Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| 11/30/2005 | 11/30/2005 | Shares Purchased By Wire | $11,200,000.00 | $1.00 | $169,006,707.14 |
| 11/30/2005 | 11/30/2005 | Div Reinvest | $548,601.82 | $1.00 | $169,555,308.96 |
| | | Ending Balance | | | $169,555,308.96 |

515675

**JPMorganChase**

Statement of A...

| | |
|---|---|
| Account No: | 323-323141 |
| Statement Start Date: | 01 NOV 2005 |
| Statement End Date: | 30 NOV 2005 |
| Statement Code: | 000-USA-22 |
| Statement No: | 011 |
| | Page 1 of 1 |

W.R. GRACE AND COMPANY
ATTN: CORPORATE FINANCE
7500 GRACE DRIVE
COLUMBIA MD 21044

TS    D

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 1 | 1 |
| Total Debits (incl. checks) | 1 | 1 |
| Total Checks Paid | 0 | |

## BALANCES

| Opening (01 NOV 2005) | | Closing (30 NOV 2005) | |
|---|---|---|---|
| Ledger | 766,083.93 | Ledger | .00 |

## ENCLOSURES

| | |
|---|---|
| Credits | |
| Debits | |
| Checks | .00 |

### Closing Balances

| Date | Amount |
|---|---|
| LEDGER BALANCES | |
| 14NOV | 0.00 |

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|

### CREDITS

| 14NOV | | | | USD YOUR: NC0105129611140501 OUR: 05318000051N | 766,083.93 | NASSAU DEPOSIT TAKEN B/O: WR GRACE & COMPANY ATTN: NANCY QUENSEL REF: TO REPAY YOUR DEPOSIT FR 05101 2 TO 051114 RATE 3.6875 |

### DEBITS

| 14NOV | | | | USD YOUR: ND0153387811140501 OUR: 05318010871N | 766,083.93 | NASSAU DEPOSIT TAKEN A/C: WR GRACE & COMPANY ATTN: NANCY QUENSEL REF: TO ESTABLISH YOUR DEPOSIT FR 0 51114 TO 051214 RATE 3.8500 |

### CHECKS

*No Activity*

**FT CODE:**

| | | | |
|---|---|---|---|
| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS, KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JPMorganChase

Statement of Account

TS

JPMorgan Chase Bank, N.A.

H.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

In US Dollars

Account No:       016-001257
Statement Start Date:  16 NOV 2005
Statement End Date:    30 NOV 2005
Statement Code:        S00-USA-22
Statement No:          022
Page 1 of 16

| ENCLOSURES | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

| TRANSACTIONS | | |
|---|---|---|
| Total Credits | 32 | 91,694,696.47 |
| Total Debits (incl. checks) | 64 | 91,673,007.27 |
| Total Checks Paid | 0 | 0.00 |

| BALANCES | | | |
|---|---|---|---|
| | Opening (16 NOV 2005) | Closing (30 NOV 2005) | |
| Ledger | 216,439.05 | Ledger | 238,128.25 |

| Date | Closing Balances Amount |
|---|---|
| LEDGER BALANCES | |
| 16NOV | 258,346.63 |
| 17NOV | 201,802.66 |
| 18NOV | 271,064.91 |
| 21NOV | 267,851.78 |
| 22NOV | 279,410.50 |
| 23NOV | 835,999.87 |
| 25NOV | 586,064.97 |
| 28NOV | 278,585.25 |
| 29NOV | 527,027.97 |
| 30NOV | 238,128.25 |

| Ledger Date | Adj Ledger Date | Value Date | F. | T. | References | Description | Credit / Debit |
|---|---|---|---|---|---|---|---|
| **CREDITS** | | | | | | | |
| 16NOV | | | | | | | |
| 16NOV | | | | USD | YOUR: O/B BKAM II CG0 OUR: 0165107320FF | FEDWIRE CREDIT VIA: BANK OF AMERICA, ILLINOIS /0110039 B/O: W R GRACE & CO.-CONN. COLUMBIA. MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000166 RFB=0/B BKAM II CG0 BBI=/TIME/10:53 IMAD: 1116G1DFGYZC000258 | 1,253,528.88 |
| 16NOV | | | | USD | YOUR: O/B WACHOVIA BK OUR: 0170314320FF | FEDWIRE CREDIT VIA: WACHOVIA BANK OF NC, NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 2104-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=0/B WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 1116E3B75DIC001562 | 1,782,216.47 |
| 16NOV | | | | USD | YOUR: MAESTRO OUR: 0561907320FF | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=MAE | 2,100,000.00 |

FT CODE:    USD - SAME DAY FUNDS    US1 - ONE DAY FLOAT    US3 - THREE DAY FLOAT    US5 - FIVE DAY FLOAT
            USN - NEXT DAY FUNDS    US2 - TWO DAY FLOAT    US4 - FOUR DAY FLOAT    USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN THE STATEMENT OR IMPROPER CHARGE TO THE ACCOUNT UNLESS CUSTOMER NOTIFIES THE BANK IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND AS RENDERED. CUSTOMERS KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JPMorgan Chase Bank, N.A.

**JPMorganChase**   Statement of Account

In US Dollars

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN. GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA   MD  21044-4098

Account No: 016-001257
Statement Start Date: 16 NOV 2005
Statement End Date: 30 NOV 2005
Statement Code: S00-USA-22
Statement No: 022
Page 2 of 16

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| Ledger Date | Value Date | References | Credit / Debit | Description |
|---|---|---|---|---|
| 17NOV | 17NOV | USD YOUR: MAESTRO OUR: 0657208321FF | 1,200,000.00 | STRO OBI=FUND-318-P`1-S 1 ML PREMXE<br>IMAD: 1116A1Q002HC001381<br>FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=MAE<br>STRO OBI=FUND-318-P`1-S 1 ML PREMXE |
| 17NOV | 17NOV | USD YOUR: O/B WACHOVIA BK OUR: 0316314321FF | 1,285,929.58 | IMAD: 1117A1Q002CC001911<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO |
| 17NOV | 17NOV | USD YOUR: O/B BKAM IL CGO OUR: 0314203321FF | 2,333,046.45 | IMAD: 1117E3B75D1C002122<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA,ILLINOIS<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B<br>BKAM IL CGO BBI=/TIME/12:38 |
| 18NOV | 18NOV | USD YOUR: O/B BKAM IL CGO OUR: 0277402322FF | 968,008.10 | IMAD: 1117G1QFGY2C000605<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA,ILLINOIS<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B<br>BKAM IL CGO BBI=/TIME/12:12 |
| 18NOV | 18NOV | USD YOUR: O/B WACHOVIA BK OUR: 0266409322FF | 1,504,623.32 | IMAD: 1118G1QFGY2C000455<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK OF NC,NA |

JPMorganChase

TS

Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

Account No: 016-001257
Statement Start Date: 16 NOV 2005
Statement End Date: 30 NOV 2005
Statement Code: S00-USA-22
Statement No: 022

Page 3 of 16

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 18NOV | | | | USD YOUR: 600031812960001 OUR: 172230322FC | 10,401,331.41 | /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B WACHOVIA BK OBI=FUNDS TRANSFER PRO IMAD: 1118E3B75DIC002779 CHIPS CREDIT VIA: BANK OF AMERICA N.A. /0959 B/O: GRACE COLLECTION INC. REF: NBNF=W.R. GRACE AND CO SYRACUS E FDNG ACC COLUMBIA MD 21044-4098/A C-0000000000160 ORG=/600832561137 GR ACE COLLECTION INC. OGB=/006550363 05 64 P.O. BOX 407 SSN: 0102507 | | |
| 21NOV | | | | USD OUR: 3220835249TC | 262,915.00 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:OFFSET CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000020835249 EED:051121 IND ID:9016001257 IND NAME:EFT FILE NAME. RP32208 EFT/ACH CREATED OFFSET FOR ORIGIN#: 813432199    CO EFF DATE: 05/11/21 051118 RP3220 | | |
| 21NOV | | | | USD YOUR: O/B WACHOVIA BK OUR: 0328914325FF | 2,170,809.76 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC, NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B WACHOVIA BK OBI=FUNDS TRANSFER PRO IMAD: 1121E3B75DIC002736 | | |
| 21NOV | | | | USD YOUR: MAESTRO OUR: 0632807325FF | 2,600,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |

## JPMorganChase

### Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. -CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

In US Dollars

| Account No: | 016-001257 |
| --- | --- |
| Statement Start Date: | 16 NOV 2005 |
| Statement End Date: | 30 NOV 2005 |
| Statement Code: | S00-USA-22 |
| Statement No: | 022 |

Page 4 of 16

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **CREDITS CONTINUED** | | | | | | | | |
| 21NOV | | 21NOV | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0335107325FF | 4,126,772.20 | ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=MAE<br>STRO OBI=FUND-318-P 1-S 1 ML PREME<br>IMAD: 1121AIQ002GC001518<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA,ILLINOIS<br>/071000039<br>B/O: W.R. GRACE & CO. -CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=0/B<br>BKAM IL CGO BBI=/TIME/12.56 | | |
| 22NOV | | | USD | OUR: 0015560114XF | 38,336.51 | IMAD: 1121G1QFGY2C00485<br>AUTOMATIC DOLLAR TRANSFER<br>FROM ACCOUNT 00030461G494 | | |
| 22NOV | | 22NOV | USD | YOUR: O/B WACHOVIA BK<br>OUR: 0373803326FF | 2,120,757.56 | VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE 8 CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=0/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO | | |
| 22NOV | | 22NOV | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0383114326FF | 2,614,459.88 | IMAD: 1122E3B75DIC003157<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA,ILLINOIS<br>/071000039<br>B/O: W.R. GRACE & CO. -CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=0/B<br>BKAM IL CGO BBI=/TIME/13.54 | | |
| 22NOV | | 22NOV | USD | YOUR: MAESTRO<br>OUR: 0570014326FF | 11,400,000.00 | IMAD: 1122G1QFGY2C001170<br>FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE 8 CO -CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=MAE | | |

Morgan Bank, N.A.

# JPMorganChase

TS

## Statement of Account

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN. GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA  MD 21044-4098

In US Dollars

Account No: 016-001257
Statement Start Date: 16 NOV 2005
Statement End Date: 30 NOV 2005
Statement Code: S00-USA-22
Statement No: 022
Page 5 of 16

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | Value Date | References | Credit / Debit | Description |
|---|---|---|---|---|
| 23NOV | | USD OUR: 0016500114XF | 143,284.00 | STRO OBI=FUND-318-P 1-S 1 ML PREM\E<br>IMAD: 1122A1Q002CC001402<br>AUTOMATIC DOLLAR TRANSFER<br>FROM ACCOUNT 000304616494 |
| 23NOV | | USD OUR: 3279529829TC | 473,019.24 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:AON CORPORATION<br>ORIG ID:9005551498 DESC DATE:051122<br>CO ENTRY DESCR:ACH PYMT SEC:CCD<br>TRACE#:021000029529829 EED:051123<br>IND ID:<br>IND NAME:W R GRACE AND CO CONN<br>REF#XDB\ |
| 23NOV | 23NOV | USD YOUR: 0/B WACHOVIA BK<br>OUR: 0454013527FF | 992,997.54 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA OF FLORIDA<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=0/B<br>WACHOVIA BK BBI=/TIME/13:45<br>IMAD: 112E3B75D2C002269 |
| 23NOV | 23NOV | USD YOUR: 0/B WACHOVIA BK<br>OUR: 0431802327FF | 1,643,529.14 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=0/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO<br>IMAD: 112E3B75D1C003571 |
| 23NOV | 23NOV | USD YOUR: 0/B BKAM IL CGO<br>OUR: 0455301327FF | 1,755,380.37 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA, ILLINOIS<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=0/B<br>BKAM IL CGO BBI=/TIME/13:49<br>IMAD: 112G51QFGY2C001325 |
| 23NOV | 23NOV | USD YOUR: MAESTRO<br>OUR: 0528901327FF | 11,700,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP |

JPMorganChase

Statement of Account
in US Dollars

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

Account No: 016-001257
Statement Start Date: 16 NOV 2005
Statement End Date: 30 NOV 2005
Statement Code: S00-USA-22
Statement No: 022

Page 6 of 16

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | CREDITS CONTINUED | | |
| 25NOV | | | | USD OUR: 0016140114XF | | /011000028 B/0: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=MAE STRO OBI=FUND-518-P 1-S 1 ML PREMIE IMAD: 1123A1Q002BC001190 | | |
| 28NOV | | | | USD YOUR: O/B WACHOVIA BK OUR: 0405408532FF | 4,431.00 | AUTOMATIC DOLLAR TRANSFER FROM ACCOUNT 00030461G494 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/0: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=0=B WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 1128E3B75D1C003444 | | |
| 28NOV | | | | USD OUR: 0015560114XF | 2,314,534.34 | FEDWIRE CREDIT VIA: BANK OF AMERICA,ILLINOIS /071000039 B/0: W.R. GRACE & CO.-CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=0=B BKAM IL CGO BI=/TIME/14:21 IMAD: 1128G1QFGY2C000613 | | |
| 28NOV | | | | USD YOUR: O/B BKAM IL CGO OUR: 0424814332FF | 5,895,376.87 | AUTOMATIC DOLLAR TRANSFER FROM ACCOUNT 00030461G494 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/0: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=0=B WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 1129E3B75D1C002489 | | |
| 29NOV | | | | USD YOUR: O/B WACHOVIA BK OUR: 0327601333FF | 245,464.32 | | | |
| 29NOV | | | | | 1,298,418.26 | | | |
| 29NOV | | | | USD YOUR: O/B BKAM IL CGO OUR: 0325513333FF | 2,047,895.88 | FEDWIRE CREDIT VIA: BANK OF AMERICA,ILLINOIS | | |

JPMorganChase

Statement of Account

In US Dollars

TS

JPMorgan Chase Bank, N.A.

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.-CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA  MD  21044-4098

Account No:         016-001257
Statement Start Date:   16 NOV 2005
Statement End Date:    30 NOV 2005
Statement Code:      S00-USA-22
Statement No:        022

Page  7  of  16

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| Ledger Date | References | Credit / Debit | Description |
|---|---|---|---|
| 30NOV | USD OUR: 3337103047TC | 4,436.00 | /071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=0 B<br>BKAM IL CGO BBI=/TIME/12:59<br>IMAD: 1129G1QFGY2C00602<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:901601257 DESC DATE:OFFSET<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000027103047 EED:051130<br>IND ID:901601257<br>IND NAME:EFT FILE NAME: RP3330J<br>EFT/ACH CREATED OFFSET FOR ORIGIN#:<br>81343Z199    CO EFF DATE: 05/11/30 |
| 30NOV | USD YOUR: O/B BKAM IL CGO<br>OUR: 0274307334FF | 2,007,760.95 | FEDWIRE CREDIT  051129 RP3330<br>VIA: BANK OF AMERICA,ILLINOIS<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=0 B<br>BKAM IL CGO BBI=/TIME/11:21<br>IMAD: 1130G1QFGY2C00541 |
| 30NOV | USD YOUR: O/B WACHOVIA BK<br>OUR: 0645302334FF | 13,005,433.44 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=0 B<br>WACHOVIA BK OBI=FUNDS TRANSFER PRO<br>IMAD: 1130E3B75D1C005925 |

**DEBITS**

| Ledger Date | References | Credit / Debit | Description |
|---|---|---|---|
| 16NOV | USD YOUR: NONREF<br>OUR: 2892700320JO | 140,173.29 | FEDWIRE DEBIT<br>VIA: FIFTH THIRD CINCI<br>/042000314<br>A/C: OWENSBORO SPECIALTY POLYMERS  L |

JPMorganChase

Statement of Account

in US Dollars

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN. GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA   MD  21044-4098

| | | | | |
|---|---|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 NOV 2005 |
| Statement End Date: | 30 NOV 2005 |
| Statement Code: | S00-USA-22 |
| Statement No: | 022 |

Page  8  of  16

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| 16NOV | | | | USD OUR: 0030530114XF | 153,664.48 | REF: /TIME/16:12<br>IMAD: 1116B1QGC03C006788<br>AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032388196 |
| 16NOV | | | | USD YOUR: NONREF<br>OUR: 2892800320J0 | 4,800,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 1116B1QGC02C002294 |
| 17NOV | | | | USD OUR: 0030730114XF | 1,284.89 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032388196 |
| 17NOV | | | | USD YOUR: NONREF<br>OUR: 2750100321J0 | 18,720.00 | FEDWIRE DEBIT<br>VIA: BTM TRUST NY<br>/026009687<br>A/C: NA INDUSTRIES, INC.<br>REF: GRACE PREPAYING INVOICE/TIME/1<br>6:23 |
| 17NOV | | | | USD YOUR: NONREF<br>OUR: 2354300321J0 | 187,909.49 | IMAD: 1117B1QGC06C006429<br>CHIPS DEBIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/0103<br>A/C: FPRS DEPOSITORY<br>REF: FFC TO PLAN 89994 W.R. GRACE &<br>CO. ATTN: FPRS |
| 17NOV | | | | USD YOUR: NONREF<br>OUR: 2354400321J0 | 467,605.62 | SSN: 0265434<br>FEDWIRE DEBIT<br>VIA: CITIBANK WILM<br>/031100209<br>A/C: CITIBANK SAMP<br>AETNA HEALTH PLAN<br>IMAD: 1117B1QGC01C005563 |
| 17NOV | | | | USD YOUR: NONREF<br>OUR: 2354500321J0 | 4,200,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 1117B1QGC06C006662 |
| 18NOV | | | | USD OUR: 0030910114XF | 41,785.58 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032388196 |
| 18NOV | | | | USD YOUR: ACH OF 05/11/18<br>OUR: 0013000322HP | 262,915.00 | BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A |

Closing Balances

**JPMorganChase**

TS

Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN. GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA  MD 21044-4098

Account No: 016-001257
Statement Start Date: 16 NOV 2005
Statement End Date: 30 NOV 2005
Statement Code: S00-USA-22
Statement No: 022

Page 9 of 16

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| Ledger Date | Value Date | References | Credit / Debit | Description |
|---|---|---|---|---|
| 18NOV | 18NOV | USD YOUR: NONREF OUR: 2792100322J0 | 3,700,000.00 | TAMPA FL 33634- FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF; W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 1118B1Q9C08C006787 |
| 18NOV | 18NOV | USD YOUR: NONREF OUR: 2792100322J0 | 8,800,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS) IMAD: 1118B1Q9C02C006377 |
| 21NOV | | USD OUR: 3220892995TC | 2.00 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:051121 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000020892995 EED:051121 IND ID:SC950505068836 IND NAME:STATE OF ALABAMA |
| 21NOV | | USD OUR: 3220893004TC | 82.00 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:051121 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000020893004 EED:051121 IND ID:057671 IND NAME:STATE OF KENTUCKY |
| 21NOV | | USD OUR: 3220893003TC | 303.00 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:051121 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000020893003 EED:051121 IND ID:201016155 IND NAME:STATE OF IOWA TAX PAYM |
| 21NOV | | USD OUR: 3220892994TC | 558.00 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:051121 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000020892994 EED:051121 IND ID:SS6800 01727 IND NAME:STATE OF ALABAMA |

JPMorganChase

TS

Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 16 NOV 2005
Statement End Date: 30 NOV 2005
Statement Code: S00-USA-22
Statement No: 022
Page 10 of 16

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. – CONN
ATTN. GLENN HERNDON – FINANCE DEPT.
7500 GRACE DRIVE – BLDG 25
COLUMBIA  MD  21044-4098

| Ledger Date | Adj Ledger Date | Value Date | F. T. | References | Description | Credit / Debit | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 21NOV | | | | USD OUR: 0031430114XF | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003523881963 | 795.09 | | |
| 21NOV | | | | USD OUR: 3220892996TC | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:901600125T DESC DATE:0511 21 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000020892996 EED:051121 IND ID:SU68SU 04883 IND NAME:STATE OF ALABAMA | 1,757.00 | | |
| 21NOV | | | | USD OUR: 3220892999TC | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:901600125T DESC DATE:0511 21 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000020892999 EED:051121 IND ID:0000201565 IND NAME:IDAHO STATE TAX COMMIS | 2,551.00 | | |
| 21NOV | | | | USD OUR: 3220893010TC | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:901600125T DESC DATE:0511 21 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000020893010 EED:051121 IND ID:9952825 IND NAME:STATE OF PENNSYLVANIA | 3,029.00 | | |
| 21NOV | | | | USD OUR: 3220893006TC | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:901600125T DESC DATE:0511 21 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000020893006 EED:051121 IND ID:E09297TE IND NAME:STATE OF MARYLAND | 3,971.00 | | |
| 21NOV | | | | USD OUR: 3220893009TC | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:901600125T DESC DATE:0511 21 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000020893009 EED:051121 IND ID:9010630895 IND NAME:STATE OF OHIO | 4,797.00 | | |
| 21NOV | | | | USD OUR: 3220893001TC | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:901600125T DESC DATE:0511 21 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000020893001 EED:051121 IND ID:05188132 IND NAME:STATE OF ILLINOIS | 6,547.00 | | |

JPMorganChase

TS

Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 16 NOV 2005
Statement End Date: 30 NOV 2005
Statement Code: S00-USA-22
Statement No: 022

Page 11 of 16

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA  MD 21044-4098

*e Bank, N.A.*

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 21NOV | | | | USD OUR: 3220893008TC | 6,649.00 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:901601257 DESC DATE:051121<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000020893008 EED:051121<br>IND ID:8748206<br>IND NAME:STATE OF MINNESOTA | | |
| 21NOV | | | | USD OUR: 3220893012TC | 9,076.00 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:901601257 DESC DATE:051121<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000020893012 EED:051121<br>IND ID:409013810<br>IND NAME:STATE OF WASHINGTON | | |
| 21NOV | | | | USD OUR: 3220893007TC | 9,259.00 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:901601257 DESC DATE:051121<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000020893007 EED:051121<br>IND ID:1351142230<br>IND NAME:MASS. DEPT OF REVENUE | | |
| 21NOV | | | | USD OUR: 3220893002TC | 9,483.00 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:901601257 DESC DATE:051121<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000020893002 EED:051121<br>IND ID:0010486600<br>IND NAME:STATE OF INDIANA | | |
| 21NOV | | | | USD OUR: 3220893011TC | 10,667.00 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:901601257 DESC DATE:051121<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000020893011 EED:051121<br>IND ID:1351142230<br>IND NAME:STATE OF TEXAS | | |
| 21NOV | | | | USD OUR: 3220893013TC | 11,504.00 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:901601257 DESC DATE:051121<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000020893013 EED:051121<br>IND ID:C66068<br>IND NAME:STATE OF UTAH | | |
| 21NOV | | | | USD OUR: 3220893000TC | 15,320.00 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID | | |

JPMorganChase      TS      Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA  MD 21044-4098

Account No: 016-001257
Statement Start Date: 16 NOV 2005
Statement End Date: 30 NOV 2005
Statement Code: S00-USA-22
Statement No: 022

Page 12 of 16

Closing Balances

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 21NOV | | | | USD OUR: 32208929998TC | 18,442.00 | ORIG ID:901601257 DESC DATE:051121<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000020893000 EED:051121<br>IND ID:200008456<br>IND NAME:DEPARTMENT OF REVENUE<br>ELECTRONIC FUNDS TRANSFER | | |
| 21NOV | | | | USD OUR: 32208935005TC | 19,348.00 | ORIG ID:901601257 DESC DATE:051121<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000020892998 EED:051121<br>IND ID:080002316<br>IND NAME:STATE OF FLORIDA<br>ELECTRONIC FUNDS TRANSFER | | |
| 21NOV | | | | USD OUR: 32208929997TC | 129,570.00 | ORIG ID:901601257 DESC DATE:051121<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000020892997 EED:051121<br>IND ID:601635600<br>IND NAME:LA DEPT. OF REVENUE<br>ELECTRONIC FUNDS TRANSFER | | |
| 21NOV | | | | USD YOUR: NONREF<br>OUR: 33687003250J0 | 8,900,000.00 | ORIG ID:901601257 DESC DATE:051121<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000020892997 EED:051121<br>IND ID:98038849<br>IND NAME:STATE OF CALIFORNIA<br>FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R GRACE PAYMENT FOR CONTROL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD:1121B1QGC01C006699 | | |
| 22NOV | | | | USD OUR: 002977011 4XF | 14,029.29 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 000323881963 | | |
| 22NOV | | | | USD YOUR: NONREF<br>OUR: 28953003260J0 | 35,287.97 | FEDWIRE DEBIT<br>VIA: CITIZENS PROV<br>/011500120<br>A/C: TUFTS HEALTH PLAN<br>REF: ATTN, TOTAL HEALTH PLAN W R<br>GRACE/TIME/16:12<br>IMAD:1122B1QGC06C006452 | | |
| 22NOV | | | | USD YOUR: NONREF<br>OUR: 28952003260J0 | 4,012,677.97 | FEDWIRE DEBIT<br>VIA: BK NOVA SCOTIA NYC | | |

# JPMorganChase          Statement of Account

TS

In US Dollars

Account No: 016-001257
Statement Start Date: 16 NOV 2005
Statement End Date: 30 NOV 2005
Statement Code: S00-USA-22
Statement No: 022
Page 13 of 16

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA  MD  21044-4098

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| | | | | | | /02602532 |
| | | | | | | A/C: THE BANK OF NOVA SCOTIA |
| | | | | | | TRANSIT 24042 |
| | | | | | | BEN: GRACE CANADA, INC. |
| | | | | | | MONEY MOBILIZATION DIVISION |
| | | | | | | REF: W.R GRACE - VALLEYFIELD SETTLE |
| | | | | | | MENT ATTN: PIERRE LEBOURDAIS |
| 22NOV | | 22NOV | USD | YOUR: NONREF   OUR: 2877900326J0 | 12,100,000.00 | IMAD: 1122B1QGC01C006714 |
| | | | | | | FEDWIRE DEBIT |
| | | | | | | VIA: WACHOVIA BK NA NC |
| | | | | | | /053000219 |
| | | | | | | A/C: W.R. GRACE & CO. - CONN |
| | | | | | | REF: W.R GRACE PAYMENT FOR CONTROL |
| | | | | | | ED DISBURSEMENT ACCOUNTS |
| 23NOV | | | USD | OUR: 0031010114XF | 5,509.98 | IMAD: 1122B1QGC06C006482 |
| | | | | | | AUTOMATIC DOLLAR/FLOAT TRANSFER |
| | | | | | | TO ACCOUNT 0003233881963 |
| 23NOV | | 23NOV | USD | YOUR: NONREF   OUR: 2550900327J0 | 559,534.63 | FEDWIRE DEBIT |
| | | | | | | VIA: NORTHERN CHGO |
| | | | | | | /071000152 |
| | | | | | | A/C: W.R GRACE & CO. RETIREMENT PLA |
| | | | | | | REF: ATTN: MR. BRUCE HENIKEN/TIME/1 |
| | | | | | | 4:21 |
| 23NOV | | 23NOV | USD | YOUR: NONREF   OUR: 2558800327J0 | 986,586.31 | IMAD: 1123B1QGC04C005294 |
| | | | | | | FEDWIRE DEBIT |
| | | | | | | VIA: DBTCO AMERICAS NYC |
| | | | | | | /021001033 |
| | | | | | | A/C: FFRS DEPOSITORY |
| | | | | | | REF: FFC TO PLAN 89994 W.R. GRACE & |
| | | | | | | CO. ATTN: FPRS |
| 23NOV | | 23NOV | USD | YOUR: NONREF   OUR: 2551000327J0 | 14,600,000.00 | IMAD: 1123B1QGC05C005789 |
| | | | | | | FEDWIRE DEBIT |
| | | | | | | VIA: WACHOVIA BK NA NC |
| | | | | | | /053000219 |
| | | | | | | A/C: W.R. GRACE & CO. - CONN |
| | | | | | | REF: W.R GRACE PAYMENT FOR CONTROLL |
| | | | | | | ED DISBURSEMENT ACCOUNTS |
| 25NOV | | | USD | OUR: 0030890114XF | 254,355.90 | IMAD: 1123B1QGC06C005775 |
| | | | | | | AUTOMATIC DOLLAR/FLOAT TRANSFER |
| | | | | | | TO ACCOUNT 0003233881963 |
| 28NOV | | 28NOV | USD | YOUR: NONREF   OUR: 3038800332J0 | 6,000.00 | FEDWIRE DEBIT |
| | | | | | | VIA: FIRST LIBBY |
| | | | | | | /092102851 |
| | | | | | | A/C: KOOTENAI DEVELOPMENT CORPORATI |

Closing Balances
Date    Amount

# JPMorganChase

se Bank, N.A.

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON-FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA  MD 21044-4098

## Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 16 NOV 2005
Statement End Date: 30 NOV 2005
Statement Code: S00-USA-22
Statement No: 022

Page 14 of 16

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| Ledger Date | Value Date | F/T | References | Credit / Debit | Description |
|---|---|---|---|---|---|
| 28NOV | 28NOV | USD | YOUR: NONREF<br>OUR: 2969200332J0 | 9,900.10 | REF: LOAN ADVANCE<br>IMAD: 1128B1QGC01C006899<br>BOOK TRANSFER DEBIT<br>A/C: BANK OF NEW YORK AS TRUSTEE AN<br>LIMA 100 PERU<br>BEN: /193069735129<br>PETROPOLIS S.A. |
| 28NOV | 28NOV | USD | YOUR: NONREF<br>OUR: 2969300332J0 | 24,028.77 | REF: ATTN: M. PORCARI<br>FEDWIRE DEBIT<br>VIA: CENTIER WHITING<br>/071902878<br>A/C: NATIONAL BOND AND TRUST<br>REF: ATTN: CAROL HIGHSMITH<br>IMAD: 1128B1QGC03C006473 |
| 28NOV | | USD | OUR: 0034710114XF | 28,336.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003232381963 |
| 28NOV | 28NOV | USD | YOUR: NONREF<br>OUR: 3052900332J0 | 29,793.30 | CHIPS DEBIT<br>VIA: CITIBANK<br>/0008<br>A/C: ACSFPBCNSHXXX<br>SHANGHAI 200002 CHINA<br>BEN: SHANGHAI LINKSTAR IMP AND EXP<br>SSN: 0308621 |
| 28NOV | 28NOV | USD | YOUR: NONREF<br>OUR: 2969000332J0 | 64,703.00 | FEDWIRE DEBIT<br>VIA: FIFTH THIRD CINCI<br>/042000314<br>A/C: OWENSBORO SPECIALTY POLYMERS L<br>REF: CUSTOMER CASH RECEIPTS/TIME/16<br>:03 |
| 28NOV | 28NOV | USD | YOUR: NONREF<br>OUR: 2969100332J0 | 554,629.76 | IMAD: 1128B1QGC08C006989<br>FEDWIRE DEBIT<br>VIA: CITIBANK WILM<br>/031100209<br>A/C: CITIBANK SAMP<br>AETNA HEALTH PLAN<br>IMAD: 1128B1QGC02C006582 |
| 28NOV | 28NOV | USD | YOUR: NONREF<br>OUR: 2969400332J0 | 7,800,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>REF: FFC TO ACCOUNT 323735 NO WRG<br>RACE & CO. - CONN ATTN:MERRILL GROU<br>P (TRANSFER FUNDS)<br>IMAD: 1128B1QGC06C006559 |

JPMorganChase

Statement of Account

In US Dollars

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN. GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

Account No: 016-001257
Statement Start Date: 16 NOV 2005
Statement End Date: 30 NOV 2005
Statement Code: S00-USA-22
Statement No: 022

Page 15 of 16

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | |
| 29NOV | | | | USD OUR: 0014190114XF | 2,108.47 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003231196705 |
| 29NOV | | | | USD YOUR: ACH OF 05/11/29 OUR: 0030000333HP | 4,436.00 | BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 3363** |
| 29NOV | | | | USD OUR: 0030010114XF | 8,353.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238819963 |
| 29NOV | | | | USD YOUR: NONREF OUR: 3061500333J0 | 27,958.52 | FEDWIRE DEBIT VIA: CITIZENS PROV /01500120 A/C: TUFTS HEALTH PLAN REF: ATTN: TOTAL HEALTH PLAN W. R. GRACE/TIME/16:16 |
| 29NOV | | | | USD YOUR: NONREF OUR: 3276200333J0 | 74,880.00 | FEAD: 1129B1Q8C06C007130 VFEDWIRE DEBIT VIA: BM TRUST NY /026009687 A/C: NA INDUSTRIES, INC. REF: GRACE PAYING 55304 AND 53305.T IME/16:52 |
| 29NOV | | | | USD YOUR: NONREF OUR: 3061100333J0 | 100,000.00 | IMAD: 1129B1Q9C01C007659 BOOK TRANSFER DEBIT A/C: W R GRACE & CO COLUMBIA MD 21044-4098 |
| 29NOV | | | | USD YOUR: NONREF OUR: 3061400333J0 | 125,599.75 | CHIPS: CHASE MEDICAL ACCT FUNDING CHIPS DEBIT VIA: THE BANK OF NOVA SCOTIA /0255 A/C: THE BANK OF NOVA SCOTIA MISSISSAUGA CANADA BEN: GRACE CANADA, INC. ATOMIZATION DIVISION RENEY ATOMIZATION DIVISION BENE: PIERRE LEBOURDAIS SSN: 0231:54 |
| 29NOV | | | | USD YOUR: NONREF OUR: 3061500333J0 | 800,000.00 | IMAD: 0231:54 FEDWIRE DEBIT VIA: STATE ST BOS /01100028 A/C: MERRILL LYNCH PREMIER INSTITUTI REF: FFC TO ACCOUNT 332735 NO WR RACE & CO -CONN ATTN: MERRILL GROU P (TRANSFER FUNDS) IMAD: 1129B1Q9C03C006922 |
| 29NOV | | | | USD YOUR: NONREF OUR: 3061200333J0 | 2,200,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC |

**J.P.MorganChase**

**Statement of Account**

TS

In US Dollars

Account No: 016-001257
Statement Start Date: 16 NOV 2005
Statement End Date: 30 NOV 2005
Statement Code: S00-USA-22
Statement No: 022

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

/053000219
A/C: W.R. GRACE & CO. - CONN
REF: W.R. GRACE PAYMENT FOR CONTROLL
ED DISBURSEMENT ACCOUNTS
IMAD: I129B1QGC04C006722

| 30NOV | | | | USD OUR: 0032330114XF | 2,094.11 | AUTOMATIC DOLLAR/FLOAT TRANSFER |
|---|---|---|---|---|---|---|

TO ACCOUNT 0003238819G3

| 30NOV | | | | USD OUR: 3337246336TC | 4,436.00 | ELECTRONIC FUNDS TRANSFER |
|---|---|---|---|---|---|---|

ORIG CO NAME:COMPANYID
ORIG ID:901601257 DESC DATE:051130
CO ENTRY DESCR:TAXEPAYMNTSEC:CCD
TRACE#:021000027246336 EED:051130
IND ID:371005709G
IND NAME:TREASURER, STATE OF CO
FEDWIRE DEBIT
VIA: WACHOVIA BK NA NC
/053000219

| 30NOV | | | | USD YOUR: NONREF OUR: 2918000334J0 | 4,100,000.00 | |
|---|---|---|---|---|---|---|

A/C: W.R. GRACE & CO. - CONN
REF: W.R. GRACE PAYMENT FOR CONTROLL
ED DISBURSEMENT ACCOUNTS
IMAD: I130B1QGC02C006903
FEDWIRE DEBIT
VIA: STATE ST BOS
/011000028

| 30NOV | | | | USD YOUR: NONREF OUR: 2919900334J0 | 11,200,000.00 | |
|---|---|---|---|---|---|---|

A/C: MERRILL LYNCH PREMIER INSTITU
REF: FFC TO ACCOUNT 32735 NO WRG
RACE & CO CONN ATTN:MERRILL GROU
P CTRANSFER FUNDS
IMAD: I130B1QGC04C007163

## CHECKS

*No Activity*

JPMorganChase

TS

Statement of Account

Account No:      016-001257
Statement Start Date:   01 NOV 2005
Statement End Date:   15 NOV 2005
Statement Code:   S00-USA-22
Statement No:   021

Page 1 of 15

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA  MD  21044-4098

## ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 33 | 77,140,901.11 |
| Total Debits (incl. checks) | 50 | 77,868,108.91 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| Opening (01 NOV 2005) | | Closing (15 NOV 2005) | |
|---|---|---|---|
| Ledger | 943,646.85 | Ledger | 216,439.05 |

## Closing Balances

| Date | Amount |
|---|---|
| LEDGER BALANCES | |
| 01NOV | 914,300.72 |
| 02NOV | 251,680.36 |
| 03NOV | 296,504.42 |
| 04NOV | 294,546.17 |
| 07NOV | 282,446.33 |
| 08NOV | 220,445.62 |
| 09NOV | 284,881.87 |
| 10NOV | 534,151.39 |
| 14NOV | 284,813.96 |
| 15NOV | 216,439.05 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| **CREDITS** | | | | | | |
| 01NOV | | | | USD OUR: 3040698331TC | 655,033.29 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:BENEFIT PYMTS<br>ORIG ID:9186063000 DESC DATE:<br>CO ENTRY DESCR:DED PMT  SEC:PPD<br>TRACE#:021000020698331 EED:051101<br>IND ID:        6826ACH A<br>IND NAME:W R GRACE    0207-3001<br>BPP 9869 |
| 01NOV | | | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0574411330SFF | 1,565,841.94 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA,<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO<br>IMAD: 1101E3B75DICC005095 |
| 01NOV | | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0588202305FF | 2,873,055.54 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA,ILLINOIS<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B<br>BKAM IL CGO BBI=/TIME/14:24<br>IMAD: 1101G1QFGYZC000903 |

| FT CODE: | USD - SAME DAY FUNDS<br>USN - NEXT DAY FUNDS | US1 - ONE DAY FLOAT<br>US2 - TWO DAY FLOAT | US3 - THREE DAY FLOAT<br>US4 - FOUR DAY FLOAT | US5 - FIVE DAY FLOAT<br>USM - MIXED FLOAT |
|---|---|---|---|---|

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN
OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING
OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO
DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.