# EXHIBIT A

# October 2005 Fee Application

    Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 11478 under Case No. 01-01139 (JKF). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.

# EXHIBIT B

# November 2005 Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 11479 under Case No. 01-01139 (JKF). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.

# EXHIBIT C

# December 2005 Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 11722 under Case No. 01-01139 (JKF). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.