UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>(Jointly Administered) |

**LIMITED RESPONSE OF STATE OF MONTANA TO DEBTORS' NINTH MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §1121(d) EXTENDING DEBTORS' EXCLUSIVE PERIODS IN WHICH TO FILE A CHAPTER 11 PLAN AND TO SOLICIT VOTES THEREON
[DOCKET NO. 11067]**

The State of Montana ("Montana"), by and through its undersigned counsel, hereby files this Limited Response to the Debtors' Ninth Motion For An Order Pursuant To 11 U.S.C. §1121(d) Extending Debtors' Exclusive Periods In Which To File A Chapter 11 Plan And To Solicit Votes Thereon and in support hereof states as follows:

1. As the Court is aware, Montana has asserted claims for contribution and indemnification against the Debtors arising out of certain state court litigation instituted by the Libby Claimants in Montana as well as other types of claims. The Debtors recently filed a motion seeking to stay this litigation (the "Motion"). The Motion has been taken under advisement of by this Court. Additionally, Montana has a pending motion for relief from the automatic stay (the "Motion of Relief") relating to the state court litigation pending in Montana. The Motion for Relief has been put on hold pending the Court's determination of the Motion.

Document#: 51918

2. The present Plan and Disclosure Statement do not adequately address Montana's claims. Montana has initiated settlement discussions with the Debtor in an effort to resolve its claims pursuant to a confirmable plan of reorganization.

WHEREFORE, Montana respectfully requests that this Court condition any further extensions of exclusivity requested by the Debtors on their continuing good faith negotiations with Montana and that the Court grant such other and further relief as it deems just and proper.

Dated: February 10, 2006

MONZACK AND MONACO, PA

Francis A. Monaco, Jr. (#2078)
Kevin J. Mangan (#3810)
1201 North Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

Document#: 51918