## CERTIFICATE OF SERVICE

I, Kristie L. Dalton, certify that I am not less than 18 years of age, and that I caused service of the foregoing document to be made electronic notice and facsimile on February 10, 2006 upon:

Janet S. Baer, Esq.
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601
Via Facsimile: 312-861-2200

Laura Davis Jones, Esq,
Pachulski, Stang, Ziehl, Young,
Jones & Weintraub, P.C.
919 North Market Street, 16th Floor
Wilmington, DE 19801
Via Facsimile: 302-652-4400

Lewis Kruger, Esq.
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Via Facsimile: 212-806-6006

Michael R. Lastowski, Esq.
Duane, Morris & Hecksher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
Via Facsimile: 302-657-4901

Scott L. Baena, Esq.
Bilzin, Sumberg, Dunn, Baena,
Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131
Via Facsimile: 305-374-7593

Michael B. Joseph, Esq.
Ferry & Joseph, PA
824 Market Street, Suite 904
Wilmington, DE 19801
Via Facsimile: 302-575-1714

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022
Via Facsimile: 212-644-6755

Mark Hurford, Esq.
Campbell & Levine, LLC
Chase Manhattan Centre, 15th Floor
1201 Market Street, Suite 1500
Wilmington, DE 19801
Via Facsimile: 302-426-9947

J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
Via Facsimile: 312-993-9767

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Via Facsimile: 302-658-6395

David Klauder, Esq.
Office of the United States Trustee
844 N. King Street
Wilmington, DE 19801
Via Facsimile: 302-573-6497

Gary Becker, Esq.
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, New York 10022
Via Facsimile: 212-715-8000

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: February 10, 2006         Kristie L. Dalton

Document #: 51971