UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>(Jointly Administered) |

**LIMITED RESPONSE OF HER MAJESTY THE QUEEN IN RIGHT OF CANADA AS REPRESENTED BY THE ATTORNEY GENERAL OF CANADA TO DEBTORS' NINTH MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §1121(d) EXTENDING DEBTORS' EXCLUSIVE PERIODS IN WHICH TO FILE A CHAPTER 11 PLAN AND TO SOLICIT VOTES THEREON
[DOCKET NO. 11067]**

Her Majesty the Queen in Right of Canada as represented by The Attorney General of Canada (the "Crown"), by and through its undersigned counsel, hereby files this Limited Response to the Debtors' Ninth Motion For An Order Pursuant To 11 U.S.C. §1121(d) Extending Debtors' Exclusive Periods In Which To File A Chapter 11 Plan And To Solicit Votes Thereon and in support hereof states as follows:

1. As the Court is aware, the Crown has asserted claims for contribution and indemnification against the Debtors arising out of certain state court litigation instituted by the Canadian Claimants in Canada.

2. The present Plan and Disclosure Statement do not adequately address the Crown's claims. The Crown has initiated settlement discussions with the Debtor in an effort to resolve its claims pursuant to a confirmable plan of reorganization.

WHEREFORE, the Crown, respectfully requests that this Court condition any further extensions of exclusivity requested by the Debtors on their continuing good faith

Document#: 51965

negotiations with the Crown and that the Court grant such other and further relief as it deems just and proper.

Dated: February 10, 2006
                                          MONZACK AND MONACO, PA

                                          Francis A. Monaco, Jr. (#2078)
                                          Kevin J. Mangan (#3810)
                                          1201 North Orange Street, Suite 400
                                          Wilmington, DE 19801
                                          (302) 656-8162

Document#: 51965