IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LIBBY CLAIMANTS, | : | CIVIL ACTION NO. 06-26 |
|     Appellants, | : | |
| v. | : | BANKRUPTCY CASE NO. 01-1139 |
| W.R. GRACE, et al., | : | |
|     Appellees. | : | |

### ORDER

AND NOW, this 10th day of February, 2006, upon consideration of Appellees' Amended Motion to Suspend Briefing Schedule Pending Resolution of Motion to Dismiss (Docket No. 14), it is hereby **ORDERED** that Appellees' Motion is **DENIED**.

BY THE COURT:

_____
RONALD L. BUCKWALTER, S.J.