**Attachment B**
**To Fee Application**

**Summary of PwC's Fees By Professional**
**December 2005**

**Professional Profiles**
**WR Grace Time Tracking - Audit**
**For the Month Ended December 31, 2005**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $619.00 | 20.5 | $ 12,689.50 |
| Peter Woolf | Tax Partner | 25 | Integrated Audit | $450.00 | 17.0 | $ 7,650.00 |
| Tom Kalinosky | Audit Specialist | 20+ | Integrated Audit | $609.00 | 25.5 | $ 15,529.50 |
| Lisa Slotznick | Director | 26 | Integrated Audit | $520.00 | 8.0 | $ 4,160.00 |
| Kevin C McGonigle | Audit Senior Manager | 10 | Integrated Audit | $619.00 | 0.3 | $ 185.70 |
| John E Newstead | Audit Senior Manager | 10+ | Integrated Audit | $355.00 | 35.3 | $ 12,531.50 |
| David C Lloyd | Audit Senior Manager | 14 | Integrated Audit | $355.00 | 28.0 | $ 9,940.00 |
| Ryan Grady | Audit Manager | 4 | Integrated Audit | $245.00 | 71.8 | $ 17,591.00 |
| Pamela Reinhardt | Audit Senior Associate | 3 | Integrated Audit | $185.00 | 99.5 | $ 18,407.50 |
| Francois C Barnard | Audit Manager | 7 | Integrated Audit | $257.00 | 35.0 | $ 8,995.00 |
| Maria Afuang | Audit Senior Associate | 4 | Integrated Audit | $185.00 | 30.5 | $ 5,642.50 |
| Cindy Y Chen | Audit Senior Associate | 2 | Integrated Audit | $191.00 | 89.0 | $ 16,999.00 |
| Majid Khan | Audit Senior Associate | >6 | Integrated Audit | $271.00 | 2.5 | $ 677.50 |
| Cathryn A Rodger | Audit Associate | <1 | Integrated Audit | $125.00 | 19.0 | $ 2,375.00 |
| Nicholas P Barrett | Audit Associate | 1 | Integrated Audit | $125.00 | 43.8 | $ 5,468.75 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $125.00 | 128.9 | $ 16,112.50 |
| Michael McDonnell | Audit Senior Associate | 3 | Integrated Audit | $172.00 | 45.8 | $ 7,877.60 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $106.00 | 129.3 | $ 13,705.80 |

| Name | Title | | Category | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Christopher W Park | Audit Associate | 2 | Integrated Audit | $138.00 | 118.8 | $ 16,394.40 |
| Charles Hopper | Audit Associate | 1 | Integrated Audit | $106.00 | 1.5 | $ 159.00 |
| Lyndsay B Signori | Audit Associate | 1 | Integrated Audit | $125.00 | 42.5 | $ 5,312.50 |
| Joseph C Rocco | Advisory Manager | 7 | Integrated Audit | $277.00 | 1.5 | $ 415.50 |
| Michael P. Barry | Audit Associate | >1 | Integrated Audit | $106.00 | 36.5 | $ 3,869.00 |
| Sean P Robinson | Audit Associate | <1 | Integrated Audit | $106.00 | 42.5 | $ 4,505.00 |
| Joseph A Bergeron | Audit Associate | >1 | Integrated Audit | $126.00 | 30.5 | $ 3,843.00 |
| Nicole Heisler | Audit Associate | 1 | Integrated Audit | $133.00 | 52.0 | $ 6,916.00 |
| | | | **TOTAL** | | 1,155.5 | $ 217,952.75 |

**Time Spent Tracking Time for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

| | |
|---|---|
| **Total Cost of Tracking Time Billed to Grace** | $ 2,597.00 |
| **Total Hours Spent Tracking Time** | 21.4 |

**Summary of PwC's Fees By Project Category:**
**December 2005**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 21.4 | 2,597.00 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- Expenses | | |

| | | |
|---|---|---|
| 24-Other | | |
| 25-Accounting/Auditing | **1155.50** | **$217,952.75** |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| **TOTAL:** | **1176.85** | **$220,549.75** |

## Expense Summary
## December 2005

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $14,039.50 |
| Lodging | N/A | $3,583.10 |
| Sundry | N/A | $1,365.18 |
| Business Meals | N/A | $1,192.38 |
| **TOTAL:** | | $20180.16 |