# EXHIBIT - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended December 31, 2005

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| William T. Bishop | Integrated Audit | 12/18/05 - 12/21/05 | $ 4,251.80 | | | | Airfare to Frankfurt - visit to Worms, Germany plant to review status of PwC Germany work |
| | | | $ 50.00 | | | | Parking at airport |
| | | | | $ 481.26 | | | Hotel in Mainz, Germany - two nights |
| | | | | | | 177.3 | Dinner for audit team (J Newstead, D Lloyd & B Bishop) |
| Ryan Grady | Integrated Audit | 12/1/05 | $ 15.52 | | | | Mileage in excess of normal commute (58 miles less 26 base x $0.485) |
| | Integrated Audit | 12/2/05 | $ 15.52 | | | | Mileage in excess of normal commute (58 miles less 26 base x $0.485) |
| | Integrated Audit | 12/5/05 | $ 15.52 | | | | Mileage in excess of normal commute (58 miles less 26 base x $0.485) |
| | Integrated Audit | 12/6/05 | $ 15.52 | | | | Mileage in excess of normal commute (58 miles less 26 base x $0.485) |
| | Integrated Audit | 12/7/05 | $ 15.52 | | | | Mileage in excess of normal commute (58 miles less 26 base x $0.485) |
| | Integrated Audit | 12/9/05 | $ 15.52 | | | | Mileage in excess of normal commute (58 miles less 26 base x $0.485) |
| | Integrated Audit | 12/16/05 | $ 15.52 | | | | Mileage in excess of normal commute (58 miles less 26 base x $0.485) |
| | Integrated Audit | 12/20/05 | $ 15.52 | | | | Mileage in excess of normal commute (58 miles less 26 base x $0.485) |
| | Integrated Audit | 12/21/05 | $ 15.52 | | | | Mileage in excess of normal commute (58 miles less 26 base x $0.485) |
| Pam Reinhardt | Integrated Audit | 12/1/05 | $ 5.82 | | | | Excess mileage to the client site (12 miles * .485 = $5.82) |
| | Integrated Audit | 12/2/05 | $ 5.82 | | | | Excess mileage to the client site (12 miles * .485 = $5.82) |
| | Integrated Audit | 12/6/05 | $ 5.82 | | | | Excess mileage to the client site (12 miles * .485 = $5.82) |
| | Integrated Audit | 12/7/05 | $ 5.82 | | | | Excess mileage to the client site (12 miles * .485 = $5.82) |
| | Integrated Audit | 12/8/05 | $ 5.82 | | | | Excess mileage to the client site (12 miles * .485 = $5.82) |
| | Integrated Audit | 12/9/05 | $ 5.82 | | | | Excess mileage to the client site (12 miles * .485 = $5.82) |
| | Integrated Audit | 12/12/05 | $ 5.82 | | | | Excess mileage to the client site (12 miles * .485 = $5.82) |
| | Integrated Audit | 12/13/05 | $ 5.82 | | | | Excess mileage to the client site (12 miles * .485 = $5.82) |
| | Integrated Audit | 12/14/05 | $ 5.82 | | | | Excess mileage to the client site (12 miles * .485 = $5.82) |
| | Integrated Audit | 12/15/05 | $ 5.82 | | | | Excess mileage to the client site (12 miles * .485 = $5.82) |
| | Integrated Audit | 12/16/05 | $ 5.82 | | | | Excess mileage to the client site (12 miles * .485 = $5.82) |
| John Newstead | Integrated Audit | 12/19/05 | $ 108.00 | | | | Taxi - home to Dulles airport |
| | Integrated Audit | 12/19/05 | $ 5,795.10 | | | | Dulles - Frankfurt Flight |
| | Integrated Audit | 12/21/05 | $ 108.00 | | | | Taxi Dulles airport - home |
| | Integrated Audit | 12/19/05 | | $ 462.45 | | | Hotel - Mainz |
| | Integrated Audit | 12/21/05 | $ 59.37 | | | | Taxi Mainz - Frankfurt airport |
| Michael McDonnell | Integrated Audit | 12/13/2005 | $ 6.30 | | | | Mileage in excess of normal commute (13 x $0.485) |
| | Integrated Audit | 12/14/2005 | $ 6.30 | | | | Mileage in excess of normal commute (13 x $0.485) |
| | Integrated Audit | 12/13/2005 | $ 1.00 | | | | Tolls to/From WR Grace |
| | Integrated Audit | 12/14/2005 | $ 1.00 | | | | Tolls to/From WR Grace |
| | Integrated Audit | 12/13/2005 | $ 2.00 | | | | Tolls to/From WR Grace |
| | Integrated Audit | 12/14/2005 | $ 2.00 | | | | Tolls to/From WR Grace |
| | Integrated Audit | 12/13/2005 | $ 8.31 | | | | Mileage in excess of normal commute (13 x $0.485) |
| | Integrated Audit | 12/14/2005 | $ 8.31 | | | | Mileage in excess of normal commute (13 x $0.485) |
| | Integrated Audit | 12/21/2005 | $ 21.00 | | | | Mileage in excess of normal commute (43 x $0.485) |
| Lyndsay B Signori | Integrated Audit | 12/1/2005 | | | | $ 70.28 | PwC group meal in Chicago; Team members Lyndsay Signori and Sean P. Robinson |
| | Integrated Audit | 12/2/2005 | $ 40.00 | | | | Parking at the Providence Air Port |
| | Integrated Audit | 11/30/2005 | $ 154.03 | | | | Rental car in Chicago |
| | Integrated Audit | 11/30-12/2 | | $ 454.32 | | | Hotel in Chicago |
| | Integrated Audit | 12/2/2005 | | | | $ 20.84 | PwC individual lunch |
| | Integrated Audit | 12/2/2005 | $ 24.25 | | | | Mileage reimbursement; Providence Air port to East Bridgewater |
| Nick Barrett | Integrated Audit | 12/16/05 | | | | $ 20.64 | PwC only inidividual lunch in Chicago, IL. |
| | Integrated Audit | 12/20/05 | | | | $ 10.18 | PwC only individual lunch at Quiznos. |
| | Integrated Audit | 12/15 - 12/20 | $ 475.28 | | | | Rental Care for six days in Chicago, IL. |
| | Integrated Audit | | | $ 867.13 | | | Hotel Lodging for five nights in Chicago, IL. |
| | Sarbanes | 12/19/05 | | | | $ 20.79 | PwC only group lunch with Mike Barry at Quiznos in Chicago, IL. |
| | Integrated Audit | 12/16/05 | | | | $ 45.00 | Individual dinner in Chicago, IL. |
| | Integrated Audit | 12/15/05 | $ 115.00 | | | | Airfare from Boston to Chicago. |
| | Integrated Audit | 12/15/05 | | | | $ 100.00 | PwC only group dinner with Mike Barry at Dempsey's in Chicago, IL. |
| | Integrated Audit | 12/20/05 | $ 171.90 | | | | Airfare from Chicago to Boston. |
| | Sarbanes | 12/18/05 | | | | $ 12.00 | PwC individual dinner in Chicago, IL. |
| | Sarbanes | 12/19/05 | | | | $ 5.00 | PwC individual breakfast in Chicago, IL. |
| | Sarbanes | 12/20/05 | | | | $ 5.00 | PwC individual breakfast in Chicago, IL. |
| | Integrated Audit | 12/15/05 | $ 38.00 | | | | Taxi charges from Watertown to Logan airport. |
| | Integrated Audit | 12/20/2005 | $ 42.00 | | | | Taxi charges from Logan Airport to Watertown. |
| Lynda Keorlet | Integrated Audit | 12/1/2005 | $ 31.04 | | | | Mileage in excess of normal commute (86-22 miles * $.485/mile) |
| | Integrated Audit | 12/2/2005 | $ 31.04 | | | | Mileage in excess of normal commute (86-22 miles * $.485/mile) |
| | Integrated Audit | 12/5/2005 | $ 31.04 | | | | Mileage in excess of normal commute (86-22 miles * $.485/mile) |
| | Integrated Audit | 12/6/2005 | $ 31.04 | | | | Mileage in excess of normal commute (86-22 miles * $.485/mile) |
| | Integrated Audit | 12/7/2005 | $ 31.04 | | | | Mileage in excess of normal commute (86-22 miles * $.485/mile) |
| | Integrated Audit | 12/12/2005 | $ 31.04 | | | | Mileage in excess of normal commute (86-22 miles * $.485/mile) |
| | Integrated Audit | 12/13/2005 | $ 31.04 | | | | Mileage in excess of normal commute (86-22 miles * $.485/mile) |
| | Integrated Audit | 12/14/2005 | $ 31.04 | | | | Mileage in excess of normal commute (86-22 miles * $.485/mile) |
| | Integrated Audit | 12/16/2005 | $ 31.04 | | | | Mileage in excess of normal commute (86-22 miles * $.485/mile) |
| | Integrated Audit | 12/17/2005 | $ 10.67 | | | | Mileage in excess of normal commute weekend trip to office (22 miles * $.485/mile) |
| | Integrated Audit | 12/19/2005 | $ 15.52 | | | | Mileage in excess of normal commute (43-11 miles * $.485/mile) |
| | Integrated Audit | 12/21/2005 | $ 15.52 | | | | Mileage in excess of normal commute (43-11 miles * $.485/mile) |
| | Integrated Audit | 12/22/2005 | $ 31.04 | | | | Mileage in excess of normal commute (86-22 miles * $.485/mile) |
| | Integrated Audit | 12/19/2005 | $ 14.12 | | | | Postage Legal & Corporate Confirmations |
| Francois Barnard | Sarbanes | 12/16/05 | $ 36.86 | | | | Travel to client to perform audit |
| | Sarbanes | 12/5/05 | $ 36.86 | | | | Travel to client to perform audit |
| Nicole Heisler | Sarbanes | 12/12/2005 | $ 27.16 | | | | 56 miles roundtrip (another client to Grace and from Grace home) less normal commute |
| | Sarbanes | | | | $ 7.72 | | Overtime meal |
| | Sarbanes | 12/13/2005 | $ 37.85 | | | | 78 miles round trip |
| | Sarbanes | | | | $ 4.73 | | Overtime meal |
| | Sarbanes | 12/14/2005 | $ 37.85 | | | | 78 miles round trip (home to Grace, Grace to home) less normal commute |
| | Sarbanes | 12/15/2005 | $ 37.85 | | | | 78 miles round trip (home to Grace, Grace to home) less normal commute |
| | Sarbanes | 12/16/2005 | $ 37.83 | | | | 78 miles round trip (home to Grace, Grace to home) less normal commute |
| Michael Barry | Sarbanes | 12/9/05 | | | $ 50.00 | | Protective Footwear |
| | Sarbanes | 12/15/05 | $ 69.20 | | | | Flight to Chicago |
| | Sarbanes | 12/15/05 | $ 10.00 | | | | AMEX Travel Booking Fee |
| | Sarbanes | 12/15/05 | $ 5.00 | | | | Hotel Gratuity |
| | Sarbanes | 12/16/05 | | | | $ 30.00 | Dinner (12/16) |
| | Sarbanes | 12/19/05 | | | | $ 37.00 | Dinner (12/19) |
| | Sarbanes | 12/20/05 | $ 132.00 | | | | Parking at Airport |
| | Sarbanes | 12/20/05 | $ 3.00 | | | | Tolls |
| | Sarbanes | 12/20/05 | | | | $ 13.80 | Lunch (12/19) |
| | Sarbanes | 12/20/05 | | $ 780.55 | | | Hotel Room |
| | Sarbanes | 12/20/05 | | | | $ 21.00 | Dinner (12/20) |
| | Sarbanes | 12/20/05 | $ 109.20 | | | | Flight to Boston |
| | Sarbanes | 12/20/05 | $ 8.73 | | | | Mileage To & From Airport |
| | Sarbanes | 12/22/05 | | | | $ 23.54 | Breakfast (12/16, 12/19, 12/20) |
| Sean P Robinson | Audit | 12/1/2005 | | | $ 220.19 | | 1 Night stay at Courtyard Midway Airport in Chicago for Physical Inventory Observation 12/1-12/2 |
| | Audit | 12/2/2005 | $ 28.62 | | | | Mileage from T.F. Greem Airport in Providence to Boston. |
| | Audit | 12/2/2005 | | | | $ 18.94 | Breakfast for Sean Robinson and Lyndsay Signori at hotel |

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | | Description |
|---|---|---|---|---|---|---|---|---|
| | Audit | 12/2/2005 | | | | $ | 8.42 | Meal at Midway airport while traveling |
| | Audit | 12/2/2005 | $ 30.00 | | | | | Parking at T.F. Green Airport from 11/30/05-12/2/05. |
| | Audit | 12/5/2005 | $ 407.40 | | | | | Round Trip Airfare (Providence - Chicago) on Southwest Airlines for PIO 12/7-12/8 |
| | Audit | 12/6/2005 | | | $ 156.11 | | | 1 Night stay at Courtyard Midway Airport in Chicago for Physical Inventory Observation 12/7-12/8 |
| | Audit | 12/7/2005 | | | | | 27.59 | Breakfast for Sean Robinson and Joseph Bergeron at hotel |
| | Audit | 12/7/2005 | $ 54.00 | | | | | Americsn Express Service Fee related to additional purchase of plane ticket after earlier flight was cancelled. |
| | Audit | 12/7/2005 | | | $ 156.11 | | | 1 Night stay at Courtyard Midway Airport in Chicago for Physical Inventory Observation 12/7-12/8 |
| | Audit | 12/8/2005 | | | | $ | 16.24 | Breakfast for Sean Robinson and Joseph Bergeron at hotel |
| | Audit | 12/9/2005 | $ 35.00 | | | | | Taxi charge for ride from hotel to Midway Airport in Chicago |
| | Audit | 12/12/2005 | $ 10.00 | | | | | American Express Service Fee related to travel for Grace PIO 12/7 - 12/8. |
| Joseph Bergeron | Audit | 12/8/2005 | $ 177.93 | | | | | Budget rental car for transportation from 12/6-12/8. |
| | Audit | 12/5/2005 | | | | $ | 50.00 | Boots from Sears required to perform warehouse Physical Inventory Observation. |
| | Audit | 12/2/2005 | $ 410.60 | | | | | Southwest roundtrip airfare from Providence, RI to Chicago, IL for PIO 12/7-12/8. |
| | Audit | 12/6/2005 | | | $ 156.11 | | | 1 Night stay at Courtyard Midway Airport in Chicago for Physical Inventory Observation 12/7-12/8 |
| | Audit | 12/7/2005 | | | $ 156.11 | | | 1 Night stay at Courtyard Midway Airport in Chicago for Physical Inventory Observation 12/7-12/8 |
| | Audit | 12/7/2005 | | | | $ | 122.06 | Lunch and Dinner on 12/7 for Joseph Bergeron (PwC) and Sean Robinson (PwC) |
| | Audit | 12/6/2005 | | | | $ | 28.95 | Dinner on 12/6/05 at the Providence Airport for Joseph Bergeron (PwC) and Sean Robinson (PwC) |
| | Audit | 12/8/2005 | | | | $ | 47.09 | Lunch at Midway (Chicago) Airport for Joseph Bergeron (PwC) and Sean Robinson (PwC) |
| | Audit | 12/9/2005 | | $ 71.26 | | | | 58 miles each way from Boston to Providence Airport. Please note mileage from home to the Boston office has already been subtracted from the total. |
| | Audit | 12/8/2005 | | | $ 218.11 | | | Lodging at the Wyndham Hotel in downtown Chicago as a result of closure of Midway and O'Hare airports. This was the first hotel we could locate that was not booked which had vacancies as a result of the airport closures. Room for Joseph Bergeron (PwC) |
| | Audit | 12/8/2005 | | | $ 218.11 | | | Lodging at the Wyndham Hotel in downtown Chicago as a result of closure of Midway and O'Hare airports. This was the first hotel we could locate that was not booked which had vacancies as a result of the airport closures. Room for Sean Robinson (PwC) |
| | Audit | 12/9/2005 | | | | $ | 16.82 | Breakfast for Joseph Bergeron (PwC) and Sean Robinson (PwC) as a result of Chicago airport closure. |
| | Audit | 12/8/2005 | | | | $ | 56.22 | Dinner for Joseph Bergeron (PwC) and Sean Robinson (PwC) as a result of Chicago airport closure. |
| | Audit | 12/9/2005 | | | | $ | 59.18 | Dinner for Joseph Bergeron (PwC) and Sean Robinson (PwC) as a result of Chicago airport closure and late arrival of return flight into Providence. |
| | Audit | 12/9/2005 | $ 51.00 | | | | | Parking at Providence airport for 3 days 12/6-12/9 at a rate of $17 per day. |
| | Audit | 12/8/2005 | $ 28.00 | | | | | Bus taken out of Midway Airport to hotel for Joseph Bergeron (PwC) and Sean Robinson (PwC) as a result of the airport closure due to weather conditions. Please note a group rate of $14 per person was obtained. |
| | Audit | 12/9/2005 | $ 10.95 | | | | | Airfare transaction charge for roundtrip flight from Providence, RI to Chicago, IL for Joseph Bergeron (PwC). |
| | Audit | 12/6/2005 | $ (3.20) | | | | | Credit to American Express Card for Overcharge of Round trip airfare for Joseph Bergeron (PwC) from Providence, RI to Chicago, IL. |
| David Lloyd | Audit | 12/15/05 | $9.70 | | | | | Mileage from Grace to Office |
| | Audit | 12/15/05 | $ 12.00 | | | | | Second park |
| | Audit | 12/15/05 | $ 3.00 | | | | | Third park |
| | Audit | 12/19/05 | | | | $ | 38.41 | Out of town lunch in Mainz Germany with B Bishop, D Lloyd and J Newstead (PwC) |
| | Audit | 12/19/05 | $ 20.41 | | | | | Hotel parking in Mainz Germany |
| | Audit | 12/21/05 | | $ 437.51 | | | | Lodging at Hyatt Regency in Mainz Germany |
| | Audit | 12/21/05 | $ 18.00 | | | | | Parking at Charlotte airport for trip to Germany. |
| | Audit | 12/21/05 | | | | $ | 23.09 | Hotel meal in Mainz Germany for B Bishop, D Lloyd and J Newstead (PwC) |
| | Audit | 12/21/05 | $ 19.44 | | | | | Hotel parking in Mainz Germany |
| | Audit | 12/21/05 | | | $ 21.88 | | | Internet access costs at hotel in Mainz Germany |
| Maria J. Afuang | Audit | 12/15/05 | $ 9.70 | | | | | Mileage in exces of normal commute ((52-32)*.485) |
| | Audit | 12/16/05 | $ 9.70 | | | | | Mileage in exces of normal commute ((52-32)*.485) |
| | Audit | 12/19/05 | $ 9.70 | | | | | Mileage in exces of normal commute ((52-32)*.485) |
| | Audit | 12/20/05 | $ 26.68 | | | | | Mileage from Tysons to Grace (55*.485) |
| | Audit | 12/21/05 | $ 14.55 | | | | | Mileage in exces of normal commute ((62-32)*.485) |
| | Audit | 12/22/05 | $ 26.68 | | | | | Mileage from Tysons to Grace (55*.485) |
| | | | | | | $ | 67.00 | PwC Groups Meals (Maria Afuang, Erica Margolius, Chris Park, Lynda Keorlet) |
| Summary | | | Total | Transportation | Lodging | Sundry | Business Meals | |
| | | | $ 20,180.16 | $ 14,039.50 | $ 3,583.10 | $ 1,365.18 | $ 1,192.38 | |

CONSOLIDATED AUDIT-EXPENSE DETAIL
For the Month Ended December 31, 2005

| Name | Date | Title | Expenses | Description |
|---|---|---|---|---|
| William T. Bishop | 18/05 - 12/21 | Audit Partner | $ 4,251.80 | Airfare to Frankfurt - visit to Worms, Germany plant to review status of PwC Germany work |
| | | | $ 50.00 | Parking at airport |
| | | | $ 481.26 | Hotel in Mainz, Germany - two nights |
| | | | $ 177.30 | Dinner for audit team (J Newstead, D Lloyd & B Bishop) |
| | | | **$ 4,960.36** | |
| Ryan Grady | | Audit Manager | $ 15.52 | Mileage in excess of normal commute (58 miles less 26 base x $0.485) |
| | | Audit Manager | $ 15.52 | Mileage in excess of normal commute (58 miles less 26 base x $0.485) |
| | | Audit Manager | $ 15.52 | Mileage in excess of normal commute (58 miles less 26 base x $0.485) |
| | | Audit Manager | $ 15.52 | Mileage in excess of normal commute (58 miles less 26 base x $0.485) |
| | | Audit Manager | $ 15.52 | Mileage in excess of normal commute (58 miles less 26 base x $0.485) |
| | | Audit Manager | $ 15.52 | Mileage in excess of normal commute (58 miles less 26 base x $0.485) |
| | | Audit Manager | $ 15.52 | Mileage in excess of normal commute (58 miles less 26 base x $0.485) |
| | | Audit Manager | $ 15.52 | Mileage in excess of normal commute (58 miles less 26 base x $0.485) |
| | | Audit Manager | $ 15.52 | Mileage in excess of normal commute (58 miles less 26 base x $0.485) |
| | | | **$ 139.68** | |
| Pam Reinhardt | 12/1/05 | Audit Senior Associate | $ 5.82 | Excess mileage to the client site (12 miles * .485 = $5.82) |
| | 12/2/05 | Audit Senior Associate | $ 5.82 | Excess mileage to the client site (12 miles * .485 = $5.82) |
| | 12/6/05 | Audit Senior Associate | $ 5.82 | Excess mileage to the client site (12 miles * .485 = $5.82) |
| | 12/7/05 | Audit Senior Associate | $ 5.82 | Excess mileage to the client site (12 miles * .485 = $5.82) |
| | 12/8/05 | Audit Senior Associate | $ 5.82 | Excess mileage to the client site (12 miles * .485 = $5.82) |
| | 12/9/05 | Audit Senior Associate | $ 5.82 | Excess mileage to the client site (12 miles * .485 = $5.82) |
| | 12/12/05 | Audit Senior Associate | $ 5.82 | Excess mileage to the client site (12 miles * .485 = $5.82) |
| | 12/13/05 | Audit Senior Associate | $ 5.82 | Excess mileage to the client site (12 miles * .485 = $5.82) |
| | 12/14/05 | Audit Senior Associate | $ 5.82 | Excess mileage to the client site (12 miles * .485 = $5.82) |
| | 12/15/05 | Audit Senior Associate | $ 5.82 | Excess mileage to the client site (12 miles * .485 = $5.82) |
| | 12/16/05 | Audit Senior Associate | $ 5.82 | Excess mileage to the client site (12 miles * .485 = $5.82) |
| | | | **$ 64.02** | |
| John Newstead | 12/19/05 | Audit Senior Associate | $ 108.00 | Taxi - home to Dulles airport |
| | 12/19/05 | Audit Senior Associate | $ 5,795.10 | Dulles - Frankfurt Flight |
| | 12/21/05 | Audit Senior Associate | $ 108.00 | Taxi Dulles airport - home |
| | 12/19/05 | Audit Senior Associate | $ 462.45 | Hotel - Mainz |
| | 12/21/05 | Audit Senior Associate | $ 59.37 | Taxi Mainz - Frankfurt airport |
| | | | **$ 6,532.92** | |
| Michael McDonnell | 12/13/2005 | Audit Senior Associate | $ 6.30 | Mileage in excess of normal commute (13 x $0.485) |
| | 12/14/2005 | Audit Senior Associate | $ 6.30 | Mileage in excess of normal commute (13 x $0.485) |
| | 12/15/2005 | Audit Senior Associate | $ 1.00 | Tolls to/From WR Grace |
| | 12/19/2005 | Audit Senior Associate | $ 1.00 | Tolls to/From WR Grace |
| | 12/21/2005 | Audit Senior Associate | $ 2.00 | Tolls to/From WR Grace |
| | 12/13/2005 | Audit Senior Associate | $ 2.00 | Tolls to/From WR Grace |
| | 12/14/2005 | Audit Senior Associate | $ 8.31 | Mileage in excess of normal commute (13 x $0.485) |
| | 12/15/2005 | Audit Senior Associate | $ 8.31 | Mileage in excess of normal commute (13 x $0.485) |
| | 12/19/2005 | Audit Senior Associate | $ 21.00 | Mileage in excess of normal commute (43 x $0.485) |
| | | | **$ 56.22** | |
| Lyndsay B Signori | 12/1/2005 | Audit Associate | $ 70.28 | PwC group meal in Chicago; Team members Lyndsay Signori and Sean P. Robinson |
| | 12/2/2005 | Audit Associate | $ 40.00 | Parking at the Providence Air Port |
| | 11/30/2005 | Audit Associate | $ 154.03 | Rental car in Chicago |
| | 11/30-12/2 | Audit Associate | $ 454.32 | Hotel in Chicago |
| | 12/2/2005 | Audit Associate | $ 20.84 | PwC individual lunch |
| | 12/2/2005 | Audit Associate | $ 24.25 | Mileage reimbursement; Providence Air port to East Bridgewater |
| | | | **$ 763.72** | |
| Nick Barrett | 12/16/05 | Audit Associate | $ 20.64 | PwC only inidividual lunch in Chicago, IL. |
| | 12/20/05 | Audit Associate | $ 10.18 | PwC only individual lunch at Quiznos. |
| | 12/15 - 12/20 | Audit Associate | $ 475.28 | Rental Care for six days in Chicago, IL. |
| | | Audit Associate | $ 867.13 | Hotel Lodging for five nights in Chicago, IL. |
| | 12/19/05 | Audit Associate | $ 20.79 | PwC only group lunch with Mike Barry at Quiznos in Chicago, IL. |
| | 12/16/05 | Audit Associate | $ 45.00 | Individual dinner in Chicago, IL. |
| | 12/15/05 | Audit Associate | $ 115.00 | Airfare from Boston to Chicago. |
| | 12/15/05 | Audit Associate | $ 100.00 | PwC only group dinner with Mike Barry at Dempsey's in Chicago, IL. |
| | 12/20/05 | Audit Associate | $ 171.90 | Airfare from Chicago to Boston. |
| | 12/18/05 | Audit Associate | $ 12.00 | PwC individual dinner in Chicago, IL. |
| | 12/19/05 | Audit Associate | $ 5.00 | PwC individual breakfast in Chicago, IL. |
| | 12/20/05 | Audit Associate | $ 5.00 | PwC individual breakfast in Chicago, IL. |
| | 12/15/05 | Audit Associate | $ 38.00 | Taxi charges from Watertown to Logan airport. |
| | 12/20/2005 | Audit Associate | $ 42.00 | Taxi charges from Logan Airport to Watertown. |
| | | | **$ 1,927.92** | |
| Lynda Keorlet | 12/1/2005 | Audit Associate | $ 31.04 | Mileage in excess of normal commute (86-22 miles * $.485/mile) |
| | 12/2/2005 | Audit Associate | $ 31.04 | Mileage in excess of normal commute (86-22 miles * $.485/mile) |
| | 12/5/2005 | Audit Associate | $ 31.04 | Mileage in excess of normal commute (86-22 miles * $.485/mile) |
| | 12/6/2005 | Audit Associate | $ 31.04 | Mileage in excess of normal commute (86-22 miles * $.485/mile) |
| | 12/7/2005 | Audit Associate | $ 31.04 | Mileage in excess of normal commute (86-22 miles * $.485/mile) |
| | 12/12/2005 | Audit Associate | $ 31.04 | Mileage in excess of normal commute (86-22 miles * $.485/mile) |
| | 12/13/2005 | Audit Associate | $ 31.04 | Mileage in excess of normal commute (86-22 miles * $.485/mile) |
| | 12/14/2005 | Audit Associate | $ 31.04 | Mileage in excess of normal commute (86-22 miles * $.485/mile) |
| | 12/16/2005 | Audit Associate | $ 31.04 | Mileage in excess of normal commute (86-22 miles * $.485/mile) |
| | 12/17/2005 | Audit Associate | $ 10.67 | Mileage in excess of normal commute weekend trip to office (22 miles * $.485/mile) |
| | 12/19/2005 | Audit Associate | $ 15.52 | Mileage in excess of normal commute (43-11 miles * $.485/mile) |
| | 12/21/2005 | Audit Associate | $ 15.52 | Mileage in excess of normal commute (43-11 miles * $.485/mile) |

| Name | Date | Role | Amount | Description |
|---|---|---|---|---|
| | 12/22/2005 | Audit Associate | $ 31.04 | Mileage in excess of normal commute (86-22 miles * $.485/mile) |
| | 12/19/2005 | Audit Associate | $ 14.12 | Postage Legal & Corporate Confirmations |
| | | | **$ 366.23** | |
| Francois Barnard | 12/16/05 | Audit Manager | $ 36.86 | Travel to client to perform audit |
| | 12/5/05 | Audit Manager | $ 36.86 | Travel to client to perform audit |
| | | | **$ 73.72** | |
| Nicole Heisler | 12/12/2005 | Audit Associate | $ 27.16 | 56 miles roundtrip (another client to Grace and from Grace home) less normal commute |
| | | Audit Associate | $ 7.72 | Overtime meal |
| | 12/13/2005 | Audit Associate | $ 37.85 | 78 miles round trip |
| | | Audit Associate | $ 4.73 | Overtime meal |
| | 12/14/2005 | Audit Associate | $ 37.85 | 78 miles round trip (home to Grace, Grace to home) less normal commute |
| | 12/15/2005 | Audit Associate | $ 37.85 | 78 miles round trip (home to Grace, Grace to home) less normal commute |
| | 12/16/2005 | Audit Associate | $ 37.83 | 78 miles round trip (home to Grace, Grace to home) less normal commute |
| | | | **$ 190.98** | |
| Michael Barry | 12/9/05 | Audit Associate | $ 50.00 | Protective Footwear |
| | 12/15/05 | Audit Associate | $ 69.20 | Flight to Chicago |
| | 12/15/05 | Audit Associate | $ 10.00 | AMEX Travel Booking Fee |
| | 12/15/05 | Audit Associate | $ 5.00 | Hotel Gratuity |
| | 12/16/05 | Audit Associate | $ 30.00 | Dinner (12/16) |
| | 12/19/05 | Audit Associate | $ 37.00 | Dinner (12/19) |
| | 12/20/05 | Audit Associate | $ 132.00 | Parking at Airport |
| | 12/20/05 | Audit Associate | $ 3.00 | Tolls |
| | 12/20/05 | Audit Associate | $ 13.80 | Lunch (12/19) |
| | 12/20/05 | Audit Associate | $ 780.55 | Hotel Room |
| | 12/20/05 | Audit Associate | $ 21.00 | Dinner (12/20) |
| | 12/20/05 | Audit Associate | $ 109.20 | Flight to Boston |
| | 12/20/05 | Audit Associate | $ 8.73 | Mileage To & From Airport |
| | 12/22/05 | Audit Associate | $ 23.54 | Breakfast (12/16, 12/19, 12/20) |
| | | | **$ 1,293.02** | |
| Sean P Robinson | 12/1/2005 | Audit Associate | $ 220.19 | 1 Night stay at Courtyard Midway Airport in Chicago for Physical Inventory Observation 12/1-12/2 |
| | 12/2/2005 | Audit Associate | $ 28.62 | Mileage from T.F. Greem Airport in Providence to Boston. |
| | 12/2/2005 | Audit Associate | $ 18.94 | Breakfast for Sean Robinson and Lyndsay Signori at hotel |
| | 12/2/2005 | Audit Associate | $ 8.42 | Meal at Midway airport while traveling |
| | 12/2/2005 | Audit Associate | $ 30.00 | Parking at T.F. Green Airport from 11/30/05-12/2/05. |
| | 12/5/2005 | Audit Associate | $ 407.40 | Round Trip Airfare (Providence - Chicago) on Southwest Airlines for PIO 12/7-12/8 |
| | 12/6/2005 | Audit Associate | $ 156.11 | 1 Night stay at Courtyard Midway Airport in Chicago for Physical Inventory Observation 12/7-12/8 |
| | 12/7/2005 | Audit Associate | $ 27.59 | Breakfast for Sean Robinson and Joseph Bergeron at hotel |
| | 12/7/2005 | Audit Associate | $ 54.00 | Americsn Express Service Fee related to additional purchase of plane ticket after earlier flight was cancelled. |
| | 12/7/2005 | Audit Associate | $ 156.11 | 1 Night stay at Courtyard Midway Airport in Chicago for Physical Inventory Observation 12/7-12/8 |
| | 12/8/2005 | Audit Associate | $ 16.24 | Breakfast for Sean Robinson and Joseph Bergeron at hotel |
| | 12/9/2005 | Audit Associate | $ 35.00 | Taxi charge for ride from hotel to Midway Airport in Chicago |
| | 12/12/2005 | Audit Associate | $ 10.00 | American Express Service Fee related to travel for Grace PIO 12/7 - 12/8. |
| | | | **$ 1,168.62** | |
| Joseph Bergeron | 12/8/2005 | Audit Associate | $ 177.93 | Budget rental car for transportation from 12/6-12/8. |
| | 12/5/2005 | Audit Associate | $ 50.00 | Boots from Sears required to perform warehouse Physical Inventory Observation. |
| | 12/2/2005 | Audit Associate | $ 410.60 | Southwest roundtrip airfare from Providence, RI to Chicago, IL for PIO 12/7-12/8. |
| | 12/6/2005 | Audit Associate | $ 156.11 | 1 Night stay at Courtyard Midway Airport in Chicago for Physical Inventory Observation 12/7-12/8 |
| | 12/7/2005 | Audit Associate | $ 156.11 | 1 Night stay at Courtyard Midway Airport in Chicago for Physical Inventory Observation 12/7-12/8 |
| | 12/7/2005 | Audit Associate | $ 122.06 | Lunch and Dinner on 12/7 for Joseph Bergeron (PwC) and Sean Robinson (PwC) |
| | 12/6/2005 | Audit Associate | $ 28.95 | Dinner on 12/6/05 at the Providence Airport for Joseph Bergeron (PwC) and Sean Robinson (PwC) |
| | 12/8/2005 | Audit Associate | $ 47.09 | Lunch at Midway (Chicago) Airport for Joseph Bergeron (PwC) and Sean Robinson (PwC) |
| | 12/9/2005 | Audit Associate | $ 71.26 | 58 miles each way from Boston to Providence Airport. Please note mileage from home to the Boston office has already been subtracted from the total. |
| | 12/8/2005 | Audit Associate | $ 218.11 | Lodging at the Wyndham Hotel in downtown Chicago as a result of closure of Midway and O'Hare airports. This was the first hotel we could locate that was not booked which had vacancies as a result of the airport closures. Room for Joseph Bergeron (PwC) |
| | 12/8/2005 | Audit Associate | $ 218.11 | Lodging at the Wyndham Hotel in downtown Chicago as a result of closure of Midway and O'Hare airports. This was the first hotel we could locate that was not booked which had vacancies as a result of the airport closures. Room for Sean Robinson (PwC) |
| | 12/9/2005 | Audit Associate | $ 16.82 | Breakfast for Joseph Bergeron (PwC) and Sean Robinson (PwC) as a result of Chicago airport closure. |
| | 12/8/2005 | Audit Associate | $ 56.22 | Dinner for Joseph Bergeron (PwC) and Sean Robinson (PwC) as a result of Chicago airport closure. |
| | 12/9/2005 | Audit Associate | $ 59.18 | Dinner for Joseph Bergeron (PwC) and Sean Robinson (PwC) as a result of Chicago airport closure and late arrival of return flight into Providence. |
| | 12/9/2005 | Audit Associate | $ 51.00 | Parking at Providence airport for 3 days 12/6-12/9 at a rate of $17 per day. |
| | 12/8/2005 | Audit Associate | $ 28.00 | Bus taken out of Midway Airport to hotel for Joseph Bergeron (PwC) and Sean Robinson (PwC) as a result of the airport closure due to weather conditions. Please note a group rate of $14 per person was obtained. |
| | 12/9/2005 | Audit Associate | $ 10.95 | Airfare transaction charge for roundtrip flight from Providence, RI to Chicago, IL for Joseph Bergeron (PwC). |
| | 12/6/2005 | Audit Associate | $ (3.20) | Credit to American Express Card for Overcharge of Round trip airfare for Joseph Bergeron (PwC) from Providence, RI to Chicago, IL. |
| | | | **$ 1,875.30** | |
| David Lloyd | 12/15/05 | | $9.70 | Mileage from Grace to Office |
| | 12/15/05 | | $ 12.00 | Second park |
| | 12/15/05 | | $ 3.00 | Third park |
| | 12/19/05 | | $ 38.41 | Out of town lunch in Mainz Germany with B Bishop, D Lloyd and J Newstead (PwC) |
| | 12/19/05 | | $ 20.41 | Hotel parking in Mainz Germany |
| | 12/21/05 | | $ 437.51 | Lodging at Hyatt Regency in Mainz Germany |
| | 12/21/05 | | $ 18.00 | Parking at Charlotte airport for trip to Germany. |
| | 12/21/05 | | $ 23.09 | Hotel meal in Mainz Germany for B Bishop, D Lloyd and J Newstead (PwC) |
| | 12/21/05 | | $ 19.44 | Hotel parking in Mainz Germany |
| | 12/21/05 | | $ 21.88 | Internet access costs at hotel in Mainz Germany |
| | | | **$603.44** | |
| Maria J. Afuang | 12/15/05 | | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 12/16/05 | | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 12/19/05 | | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 12/20/05 | | $ 26.68 | Mileage from Tysons to Grace {55*.485} |
| | 12/21/05 | | $ 14.55 | Mileage in exces of normal commute {(62-32)*.485} |
| | 12/22/05 | | $ 26.68 | Mileage from Tysons to Grace {55*.485} |
| | | | $ 67.00 | PwC Groups Meals (Maria Afuang, Erica Margolius, Chris Park, Lynda Keorlet) |

|  |  |
|---|---|
|  | $ 164.01 |
| Grand Total | $ 20,180.16 |