IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly-Administered)   RE 11740 |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Melissa Pallett-Vásquez, Esquire, to represent The Official Committee of Asbestos Property Damage Claimants in this matter.

FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 904
Wilmington, DE 19801
Telephone: 302.575.1555
*Local Counsel for the Official Committee of Asbestos Property Damage Claimants*

Dated: February 7, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standard Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

DATED: February 7, 2006

Melissa Pallett-Vásquez (FL Bar No. 715816)
BILZIN SUMBERG BAENA PRICE
& AXELROD, LLP
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 374-7580
*Proposed Co-Counsel for the Official Committee of Asbestos Property Damage Claimants*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

DATED: 2/13/06

Judith K. Fitzgerald
United States Bankruptcy Judge