IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
In re:                                          :
                                                :    In Chapter 11
W.R. GRACE & CO., et al.,                       :
                                                :    Case No. 01-01139 (JKF)
            Debtors                             :    (Jointly Administered)
---------------------------------------------------x
                                                     Re 11740

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, Counsel moves the admission *pro hac vice* of Joseph DiGiuseppe, Deputy City Solicitor, to represent creditor, The City of Philadelphia, in the captioned action.

_____
Michael W. Yurkewicz, Esquire
KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS, LLP
919 Market Street
Suite 1000
Wilmington, DE 19801-3062
Telephone: 302-426-1189
Facsimile: 302-426-9193

Dated: 1/30/06

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
JOSEPH DIGIUSEPPE
Deputy City Solicitor
City of Philadelphia Law Department
Tax Unit
One Parkway Building
1515 Arch Street
15th Floor
Philadelphia, Pennsylvania, 19102-1595
Phone:(215) 683-5350
Facsimile: (215) 683-5298

Dated: 1/18/06

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: 2/13/06                    _____
                                 The Honorable Judith K. Fitzgerald,
                                 United States Bankruptcy Judge