# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u>,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: December 19, 2005 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## SUMMARY OF APPLICATION OF REED SMITH LLP
## FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
## EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE
## COUNSEL TO DEBTORS FOR THE FIFTY-SECOND MONTHLY INTERIM
## <u>PERIOD FROM OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005</u>

Name of Applicant:  Reed Smith LLP

Authorized to Provide Professional Services to:  W. R. Grace & Co., *et al.*, Debtors and Debtors-in-Possession

Date of Retention:  July 19, 2001, effective as of April 2, 2001

Period for which compensation and reimbursement is sought:  October 1, 2005 through October 31, 2005

Amount of fees sought as actual, reasonable and necessary:  $100,140.00

Amount of expenses sought as actual, reasonable and necessary  $2,209.06

This is an: <u>X</u> monthly  ___ interim  ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



Docket No. 11169
Date Filed 11/28/05

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |

| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
|--------|------------------------|-------------|-----------|--------------------------------|--------------------------------|
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the fifty-second application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 15 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $3,000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|-----------------------------|-----------------------------|--------------------------------|------------|---------------------|--------------------|--------------------|
| James J. Restivo, Jr. | Partner | 34 Years | Litigation | $525.00 | 2.40 | $1,260.00 |
| Douglas E. Cameron | Partner | 21 Years | Litigation | $490.00 | 182.00 | $89,180.00 |
| Thomas M. Freeman | Partner | 22 Years | Litigation | $435.00 | 2.60 | $1,131.00 |
| Andrew J. Muha | Associate | 4 Years | Litigation | $260.00 | 1.60 | $416.00 |
| Dana A. Blanton | Associate | 2 Years | Litigation | $250.00 | 13.20 | $3,300.00 |
| Evelien Verpeet | New Associate | 1 Year | Litigation | $250.00 | 4.20 | $1,050.00 |
| Kevin L. Jayne | New Associate | 1 Year | Litigation | $215.00 | 5.90 | $1,268.50 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 13 Years | Bankruptcy | $175.00 | 2.70 | $472.50 |
| Maureen Atkinson | Paralegal | 29 Years | Litigation | $165.00 | 2.80 | $462.00 |
| Sharon A. Ament | Paralegal | 1 Year | Bankruptcy | $125.00 | 12.80 | $1,600 |

Total Fees:  $100,140.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation and Litigation Counseling | 149.80 | $71,590.50 |
| Travel – Nonworking | 2.30 | $1,127.00 |
| ZAI Science Trial | 9.60 | $4,788.00 |
| Fee Applications | 11.50 | $2,050.50 |
| Montana Grand Jury Investigation | 23.10 | $10,409.00 |
| Hearings | 13.90 | $4,694.00 |
| Records Retention Project | 20.00 | $5,481.00 |
| **Total:** | **230.20** | **$100,140.00** |

### EXPENSE SUMMARY

| Description | Litigation and Litigation Consulting | ZAI Science Trial |
|---|---:|---:|
| Telecopy Expense | 45.00 | ---- |
| Telephone Expense | 25.90 | .95 |
| Duplicating/Printing/Scanning | 822.30 | 18.45 |
| Transportation | 17.00 | ---- |
| Meal Expense | 184.13 | ---- |
| PACER | 16.56 | ---- |
| Binding Charge | 6.00 | ---- |
| Mileage Expense | 23.28 | ---- |
| Taxi Expense | 3.00 | |
| Air Travel Expense | 948.39 | ---- |
| Postage Expense | 8.40 | ---- |
| Courier Service – Outside | 26.60 | ---- |
| IKON Copy Services | 63.10 | ---- |
| SUBTOTAL | $2,189.66 | $19.40 |
| TOTAL | | **$2,209.06** |

Dated: November 28, 2005
     Wilmington, Delaware

REED SMITH LLP

By: /s/ Kurt F. Gwynne
    Kurt F. Gwynne (No. 3951)
    1201 Market Street, Suite 1500
    Wilmington, DE 19801
    Telephone: (302) 778-7500
    Facsimile: (302) 778-7575
    E-mail: kgwynne@reedsmith.com

      and

    James J. Restivo, Jr., Esquire
    Lawrence E. Flatley, Esquire
    Douglas E. Cameron, Esquire
    435 Sixth Avenue
    Pittsburgh, PA 15219
    Telephone: (412) 288-3131
    Facsimile: (412) 288-3063

    Special Asbestos Products Liability Defense
    Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1342328
One Town Center Road                     Invoice Date        11/22/05
Boca Raton, FL   33486                   Client Number        172573


================================================================================
Re: W. R. Grace & Co.
(60026)  Litigation and Litigation Consulting

    Fees                        71,590.50
    Expenses                         0.00

            TOTAL BALANCE DUE UPON RECEIPT        $71,590.50
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number    1342328
One Town Center Road                     Invoice Date     11/22/05
Boca Raton, FL    33486                  Client Number     172573
                                         Matter Number      60026
================================================================================
Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2005

| Date | Name | | Hours |
|------|------|---|-------|

10/01/05 Cameron        Prepare for Oct. 5 meeting with      1.80
                        K&E, Grace in-house counsel and
                        consultants (1.10); review revised
                        draft of expert disclosure and
                        disclosures from other cases (.70).

10/02/05 Cameron        Additional review of witness         1.50
                        disclosure and comment (.60);

                        review of consultant material for
                        meeting (.90).

10/03/05 Cameron        Review of materials from expert      4.60
                        files for meeting with
                        consultants, K&E and Grace (2.8);

                        review of material from R. Finke
                        re:  property damage claims
                        estimation issues (1.8).

10/04/05 Cameron        Review of expert testimony and       4.40
                        reports from prior litigation in
                        preparation for meeting with K&E
                        and Grace (2.8); review
                        constructive notice materials for
                        meeting with consultant (1.6).

10/05/05 Cameron        Prepare for and attend meeting       6.90
                        with K&E, R. Finke and consultants
                        (4.80); follow-up review of expert
                        testimony materials (0.9); review
                        of constructive notice research
                        materials (1.20).

172573 W. R. Grace & Co.                          Invoice Number  1342328
60026  Litigation and Litigation Consulting       Page    2
       November 22, 2005

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 10/06/05 | Cameron | Review consultant materials and prior testimony and expert reports (1.9); e-mails with R. Finke regarding same (0.7); continue review of constructive notice research and summaries (2.8). | 5.40 |
| 10/07/05 | Cameron | E-mails regarding expert materials for P.D. estimation (0.4); review constructive notice research and summaries (1.3); review materials relating to dust sampling critiques (1.1); review prior testimony and reports regarding same (1.4); review materials from R. Finke regarding EPA publications (0.5). | 4.70 |
| 10/09/05 | Cameron | Review materials for expert reports for P.D. estimation proceeding (1.6); review Armstrong hearing materials (0.9). | 2.50 |
| 10/10/05 | Cameron | Prepare e-mail and attached comments to R. Finke regarding dust sampling issues (1.4); review materials relating to constructive notice research, summaries and supporting documentation (2.9); review e-mail from M. Browdy regarding Phase II witness disclosures and respond (0.3); review disclosures and possible replies (0.7); review EPA pronouncements (0.4); review notes of meetings with consultants and materials regarding dust sampling (0.9). | 6.60 |
| 10/11/05 | Cameron | Review of consultant materials relating to research on constructive notice issues (3.4); review of dust sample analysis materials (1.9); multiple telephone calls and e-mails to R. Finke regarding same (0.9). | 6.20 |

```
172573  W. R. Grace & Co.                        Invoice Number  1342328
60026   Litigation and Litigation Consulting     Page    3
        November 22, 2005
```

| Date | Name | | Hours |
|------|------|--|-------|

| | | | |
|------|------|--|-------|
| 10/12/05 | Cameron | Extensive work with respect to expert witness disclosures and Phase I issues (5.3); multiple e-mails and telephone call with R. Finke and K&E regarding same (3.1); telephone calls with consultants regarding same (0.6); review constructive notice research materials (1.1). | 10.10 |
| 10/13/05 | Cameron | Prepare for and participate in conference call with R. Finke and consultants regarding on-going research and documentation issues (2.7); review of materials for expert reports (4.7); telephone calls and e-mails with R. Finke regarding same (1.4); review and comment on draft brief relating to procedural issues (2.7). | 11.50 |
| 10/14/05 | Cameron | Continued work on research materials and expert report issues (5.7); continued review and work on procedural brief materials (1.2); multiple telephone calls with R. Finke and K&E regarding same (1.8); telephone calls with consultants regarding same (0.9). | 9.60 |
| 10/15/05 | Cameron | Multiple e-mails and telephone calls with R. Finke and K&E regarding expert report issues (2.1); review materials for same (2.3); telephone calls with consultants regarding same (0.9). | 5.30 |
| 10/16/05 | Cameron | Multiple e-mails and telephone calls with R. Finke and K&E regarding expert report issues (1.6); telephone call with consultants regarding same (1.4); review multiple expert reports and supporting materials for filing (3.9); review procedural brief (0.9); review draft witness disclosures and telephone call regarding same (0.4). | 8.20 |

```
172573  W. R. Grace & Co.                      Invoice Number  1342328
60026   Litigation and Litigation Consulting   Page    4
            November 22, 2005
     Date   Name                                               Hours
     -------- -----------                                      -----
```

| Date | Name | | Hours |
|------|------|------|------|
| 10/17/05 | Cameron | Multiple telephone calls and e-mails with R. Finke and K&E attorneys regarding briefs, witness disclosures and expert reports to be filed (2.8); review multiple expert reports and back-up materials for filing (4.8); telephone call with consultants regarding final reports (1.1); review drafts of witness disclosure (0.5). | 9.20 |
| 10/18/05 | Cameron | Review of expert reports filed with the court (1.4); review of brief and disclosures as filed (0.7); telephone call with R. Finke regarding same (0.4); review back-up materials for expert reports (0.9); review materials relating to D. Speights' claims (0.6); e-mails regarding product ID issues (0.3). | 4.30 |
| 10/19/05 | Cameron | Attend to product ID issues raised by claimants' counsel (1.9); meet with K. Jayne regarding expert report review and comparisons (0.2); review constructive notice research (1.7); review P.D. committee brief regarding dust sampling and e-mails regarding same (1.1). | 4.90 |
| 10/20/05 | Cameron | Review bulk sample summaries and telephone call with R. Finke regarding same (1.7); review materials received from K&E regarding expert reports and briefing issues (0.9); prepare for 10/21 telephone call with K&E and telephone call with R. Finke regarding same. (0.8) | 3.40 |
| 10/20/05 | Jayne | Review of expert reports per request of D. Cameron. | 2.30 |
| 10/21/05 | Cameron | Prepare for and participate in multiple telephone calls with consultant regarding product ID work (0.9); follow-up telephone call with R. Finke (0.2); prepare | 3.40 |

172573 W. R. Grace & Co.                          Invoice Number  1342328
60026  Litigation and Litigation Consulting       Page   5
       November 22, 2005

| Date | Name | | Hours |
|------|------|---|-------|

|  |  | for and participate in telephone call with K&E and R. Finke regarding briefing schedule and response to methodology brief (1.1); e-mails regarding same (0.3); review constructive notice materials (0.9). |  |
| 10/21/05 | Jayne | Continue review and comparison of expert report materials (3.1); meet with D. Cameron to analyze and review findings (0.5). | 3.60 |
| 10/22/05 | Cameron | Review materials relating to 15th omnibus objections and responses thereto (1.6); review product ID summaries (0.9). | 2.50 |
| 10/23/05 | Cameron | E-mail from M. Browdy regarding responses to 15th omnibus objection (0.4); review materials relating to same (1.3); attention to expert witness materials (0.9). | 2.60 |
| 10/24/05 | Cameron | Attend to product ID issues (0.9); e-mails regarding hearing and changes in schedule (0.4); attend to 15th Omnibus objection issues (1.4); review materials for potential affidavits and supporting materials (0.8); review dust sample reports and related issues (0.7); additional e-mails regarding hearing and changes in schedule (0.1);  continued attention to 15th omnibus objection issues (0.3). | 4.60 |
| 10/25/05 | Cameron | Review supplemental witness list (0.9); e-mails regarding changes in schedule (0.4); review product ID materials (0.8). | 2.10 |
| 10/26/05 | Cameron | Begin review of draft brief regarding dust sampling methodology and supporting materials (1.5); e-mails regarding same (0.5); review materials from M. Browdy regarding constructive notice issues (0.5); e-mails regarding same (0.2); additional | 3.90 |

172573 W. R. Grace & Co.                     Invoice Number   1342328
60026  Litigation and Litigation Consulting  Page    6
       November 22, 2005

| Date | Name | | Hours |
|------|------|---|-------|

|      |      | review of witness list from P.D. claimants (0.6); review constructive notice research (0.6). | |
| 10/27/05 | Cameron | Review draft dust sampling brief and provide comments (1.9); multiple e-mails regarding same (0.8); review product ID materials (0.9). | 3.60 |
| 10/28/05 | Cameron | Review materials relating to dust sampling brief and product ID. | .90 |
| 10/28/05 | Lord | E-file and perfect service of 51st monthly fee application. | .60 |
| 10/29/05 | Cameron | Review materials from R. Finke regarding draft dust sampling brief (0.9); e-mails regarding same (0.6). | 1.50 |
| 10/30/05 | Cameron | Review revised draft of brief regarding dust sampling issues and additional comments to same (1.3); multiple e-mails regarding open issues regarding experts for bodily injury estimation (0.5); e-mails regarding property damage schedule and proposed outline (0.8). | 2.60 |
| 10/31/05 | Cameron | Meet with R. Finke and M. Browdy regarding issues relating to property damage estimation, experts and omnibus objection scheduling (2.8); participate in conference call with K&E lawyers and in-house W.R. Grace lawyers regarding discovery and other issues relating to bodily injury estimation (0.8); meet with R. Finke regarding product identification document requests (0.5); review materials and | 4.50 |

172573  W. R. Grace & Co.
60026   Litigation and Litigation Consulting
        November 22, 2005

Invoice Number   1342328
Page    7

                      telephone call with consultant
                      regarding same (0.4).
                                                        ------
                                        TOTAL HOURS     149.80


| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Douglas E. Cameron | 143.30 | at $ | 490.00 | = | 70,217.00 |
| Kevin L. Jayne | 5.90 | at $ | 215.00 | = | 1,268.50 |
| John B. Lord | 0.60 | at $ | 175.00 | = | 105.00 |

                      CURRENT FEES                      71,590.50
                                                      ------------
                      TOTAL BALANCE DUE UPON RECEIPT   $71,590.50
                                                      ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                                Invoice Number    1342329
5400 Broken Sound Blvd., N.W.              Invoice Date      11/22/05
Boca Raton, FL 33487                       Client Number      172573
                                           Matter Number       60027


===============================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2005

   Date   Name                                                 Hours
  -------- -----------                                         -----


10/05/05 Cameron          Travel to and from Pittsburgh         2.30
                          airport and to and from Baltimore
                          (one-half time).

                                                               ------
                                         TOTAL HOURS            2.30


TIME SUMMARY              Hours        Rate        Value
------------------------- ----------------------   -------
Douglas E. Cameron        2.30  at  $  490.00  =   1,127.00

                          CURRENT FEES                       1,127.00


                                                            ------------
                          TOTAL BALANCE DUE UPON RECEIPT       $1,127.00
                                                            ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                           Invoice Number     1342330
5400 Broken Sound Blvd., N.W.          Invoice Date       11/22/05
Boca Raton, FL 33487                   Client Number      172573


===============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

    Fees                        4,788.00
    Expenses                        0.00

            TOTAL BALANCE DUE UPON RECEIPT        $4,788.00
                                                =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                        Invoice Number      1342330
5400 Broken Sound Blvd., N.W.      Invoice Date       11/22/05
Boca Raton, FL 33487               Client Number        172573
                                   Matter Number         60028


===========================================================================

Re: (60028)   ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2005

   Date   Name                                               Hours
-------- -----------                                         -----

10/05/05 Cameron          Review materials re:  ZAI class      .90
                          action claims in Canada.

10/06/05 Cameron          Review materials from R. Finke      2.10
                          regarding Canadian claims (1.9);
                          e-mails regarding same (0.2).

10/07/05 Cameron          Continued review of materials from  1.40
                          R. Finke regarding Canadian claims.

10/13/05 Cameron          E-mails and telephone calls          .50
                          regarding historical air testing
                          data.

10/17/05 Cameron          Review materials relating to         .70
                          Canadian claims.

10/25/05 Restivo          Telephone calls with W. Sparks and   .60
                          J. Baer re: ZAI-related issues.

10/26/05 Cameron          E-mails and telephone call with J.   .90
                          Restivo regarding ZAI science
                          trial (0.7); follow-up
                          communications (0.2).

10/26/05 Restivo          Telephone calls with W. Sparks and   .80
                          D. Cameron (0.4); receipt of
                          emails, correspondence and
                          pleadings (0.4).

10/27/05 Cameron          Follow-up e-mails relating to ZAI    .40
                          issues.

```
172573 W. R. Grace & Co.                    Invoice Number  1342330
60028  ZAI Science Trial                    Page   2
       November 22, 2005
```

| Date | Name | | Hours |
|------|------|---|-------|
| 10/27/05 | Restivo | Emails and telephone calls re: ZAI conference with Court. | .60 |
| 10/31/05 | Cameron | Meet with J. Restivo and then with R. Finke regarding ZAI issues. | .30 |
| 10/31/05 | Restivo | Meeting with R. Finke, D. Cameron and W. Sparks re: status of ZAI proceeding. | .40 |

```
                                               ------
                                 TOTAL HOURS     9.60
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| James J. Restivo Jr. | 2.40 | at $ | 525.00 | = | 1,260.00 |
| Douglas E. Cameron | 7.20 | at $ | 490.00 | = | 3,528.00 |

```
                         CURRENT FEES                       4,788.00

                                                         ------------
              TOTAL BALANCE DUE UPON RECEIPT              $4,788.00
                                                         ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1342331
5400 Broken Sound Blvd., N.W.        Invoice Date       11/22/05
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60029


==============================================================================

Re: (60029)  Fee Applications-Applicant


     Fees                         2,050.50
     Expenses                         0.00

            TOTAL BALANCE DUE UPON RECEIPT        $2,050.50
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W. R. Grace | Invoice Number     1342331 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date     11/22/05 |
| Boca Raton, FL 33487 | Client Number     172573 |
| | Matter Number       60029 |

===========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2005

| Date | Name | | Hours |
|------|------|--|-------|
| 10/07/05 | Lord | Research docket and e-mail to D. Cameron re: quarterly fee order. | .30 |
| 10/08/05 | Cameron | Review materials for fee applications. | .80 |
| 10/16/05 | Muha | Revisions to September 2005 monthly fee application fee and expense details. | .70 |
| 10/20/05 | Muha | Revisions to fee and expense details for September 2005 monthly fee application. | .50 |
| 10/24/05 | Ament | Prepare spreadsheet and calculate fees and expenses for 51st monthly fee application (1.50); create summary for NJ matter (.20); draft summary for 51st monthly fee application (.50); revisions to same (.30). | 2.50 |
| 10/25/05 | Ament | Begin formatting invoices into Word documents. | .50 |
| 10/25/05 | Lord | Research docket and draft CNO for Reed Smith August fee application (.3); e-file and perfect service for same (.2); e-mail to Debtors re: same (.1). | .60 |
| 10/25/05 | Muha | Final review and revisions to September 2005 monthly application. | .40 |

172573  W. R. Grace & Co.                          Invoice Number   1342331
60029   Fee Applications-Applicant                 Page    2
        November 22, 2005

| Date | Name | | Hours |
|------|------|---|-------|
| 10/26/05 | Ament | Continue formatting invoices into Word documents and create fee and expense details (.70); revise 51st monthly fee application per A. Muha comments (.20); finalize and e-mail 51st monthly fee application summary and fee and expense details to J. Lord for DE filing (.20). | 1.10 |
| 10/26/05 | Lord | Review, revise and prepare RS 51st monthly (Sept.) fee application for e-filing and service. | 1.00 |
| 10/27/05 | Ament | Obtain and review July, August and September invoices in preparation for quarterly fee application (.30); review e-mail received from D. Cameron re: payments received 10/24/05 (.10); meet with A. Muha re: same (.20); begin preparation of spreadsheet re: 18th quarterly fee application (1.0). | 1.60 |
| 10/28/05 | Ament | Update pleadings file with 51st monthly fee application (.10); review e-mails from D. Cameron and A. Muha re: October monthly fee application and respond (.10). | .20 |
| 10/31/05 | Ament | Review invoices for July, August and September and begin spreadsheet re: 18th quarterly fee application. | 1.10 |
| 10/31/05 | Lord | Research and respond to e-mail from S. Ament re: Reed Smith quarterly fee application. | .20 |

                                            ------
                              TOTAL HOURS    11.50

```
172573 W. R. Grace & Co.                    Invoice Number   1342331
60029  Fee Applications-Applicant           Page    3
       November 22, 2005
```

| TIME SUMMARY | Hours | | | Rate | | Value |
|---|---|---|---|---|---|---|
| Douglas E. Cameron | 0.80 | at | $ | 490.00 | = | 392.00 |
| Andrew J. Muha | 1.60 | at | $ | 260.00 | = | 416.00 |
| John B. Lord | 2.10 | at | $ | 175.00 | = | 367.50 |
| Sharon A. Ament | 7.00 | at | $ | 125.00 | = | 875.00 |

```
                    CURRENT FEES                         2,050.50
                                                       ------------
                    TOTAL BALANCE DUE UPON RECEIPT      $2,050.50
                                                       ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number       1342332
One Town Center Road                     Invoice Date         11/22/05
Boca Raton, FL    33486                  Client Number         172573
                                         Matter Number          60030

=========================================================================

Re: (60030)  Hearings


    Fees                          4,694.00
    Expenses                          0.00

            TOTAL BALANCE DUE UPON RECEIPT       $4,694.00
                                                =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number    1342332
One Town Center Road                     Invoice Date      11/22/05
Boca Raton, FL    33486                  Client Number      172573
                                         Matter Number       60030

========================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2005

| Date | Name | | Hours |
|------|------|------|------|
| 10/12/05 | Ament | E-mails with D. Cameron and M. Browdy re: 10/31/05 hearing (.20); telephone calls to W. Kennelly and K. Murphy re: ELMO setup and usage for hearing (.20); e-mails with C. Miller and J. Trice re: technical assistance for K&E for said hearing (.30); e-mails with L. Mignogna and P. Bowersox re: conference room/meal setup for K&E (.10); e-mails with K. Phillips re: logistics of hearing (.20). | 1.00 |
| 10/17/05 | Ament | Telephone call from K. Murphy re: ELMO usage at 10/31/05 hearing. | .10 |
| 10/18/05 | Cameron | Review agenda and materials for 10/24 hearing (0.3); review materials for 10/31 hearing (0.5). | .80 |
| 10/19/05 | Ament | E-mails with J. Trice re: technical support for K&E re: 10/31/05 hearing. | .10 |
| 10/24/05 | Ament | E-mails to K. Phillips re: 10/31/05 hearing setup. | .10 |
| 10/26/05 | Ament | Telephone call to Judge Fitzgerald's office per J. Restivo request re: 10/31/05 hearing and e-mail to J. Restivo and W. Sparks re: same. | .10 |

```
172573 W. R. Grace & Co.                    Invoice Number   1342332
60030  Hearings                             Page    2
       November 22, 2005
```

| Date | Name | | Hours |
|------|------|---|-------|
| 10/27/05 | Ament | Review e-mail from M. Browdy re: 10/31/05 hearing and respond (.10); telephone call to K. Murphy re: PowerPoint setup in Judge Fitzgerald's Courtroom and e-mails re: same (.20); arrange for food service on date of hearing and e-mails and telephone calls re: same (.20); e-mail to J. Trice re: Reed Smith computer setup (.10); e-mails with M. Browdy and D. Cameron re: logistics of hearing (.20); additional e-mails with M. Browdy, S. Blatnick and K. Phillips re: logistics of hearing (.20). | 1.00 |
| 10/27/05 | Cameron | Review materials for 10/31 hearing. | .80 |
| 10/28/05 | Ament | Prepare for and meet with J. Trice re: technical support for 10/31/05 hearing and follow-up e-mails re: same (.40); e-mails with M. Browdy re: technical support (.10); telephone calls with K. Murphy re: courtroom technology setup (.20); telephone call and e-mails with R. Baker re: Judge Fitzgerald courtroom accessibility prior to hearing (.20); e-mail to M. Browdy, S. Blatnick, K. Phillips and D. Cameron re: logistics of same (.20); review W. Sparks e-mail (.10). | 1.20 |
| 10/29/05 | Ament | Review e-mail and PowerPoint presentation from M. Browdy. | .20 |
| 10/29/05 | Cameron | E-mails regarding hearing preparation issues (0.7); review materials relating to same (0.4). | 1.10 |
| 10/30/05 | Cameron | Multiple e-mails regarding hearing issues (0.5); review agenda (0.3). | .80 |
| 10/31/05 | Ament | Forward K&E PowerPoint presentation to Judge Fitzgerald's office via e-mail (.10); e-mail to K. Murphy re: same (.10); e-mails | 2.00 |

```
172573 W. R. Grace & Co.                    Invoice Number   1342332
60030  Hearings                             Page    3
       November 22, 2005
```

| Date | Name | | Hours |
|------|------|--|-------|

|  |  | with J. Trice re: technical assistance (.10); assist D. | |
|  |  | Cameron, M. Browdy and S. Blatnick with hearing preparation (.20); accompany M. Browdy and S. Blatnick to Judge Fitzgerald's Courtroom and assist with PowerPoint setup (.50); attend beginning of hearing (1.0). | |
| 10/31/05 | Cameron | Prepare for meeting with R. Finke and M. Browdy and for hearing (1.5); attend hearing regarding D. Speights' P.D. claims (3.1) | 4.60 |

```
                                                     ------
                                     TOTAL HOURS     13.90
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| Douglas E. Cameron | 8.10 | at | $ 490.00 | = | 3,969.00 |
| Sharon A. Ament | 5.80 | at | $ 125.00 | = | 725.00 |

```
                     CURRENT FEES                    4,694.00


                                                  ------------
            TOTAL BALANCE DUE UPON RECEIPT          $4,694.00
                                                  ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                           Invoice Number      1342333
One Town Center Road                      Invoice Date       11/22/05
Boca Raton, FL    33486                   Client Number        172573
                                          Matter Number         60034

==============================================================================

Re: (60034)  Records Retention Project

        Fees                              5,481.00
        Expenses                              0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $5,481.00
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R Grace & Co. | Invoice Number | 1342333 |
| One Town Center Road | Invoice Date | 11/22/05 |
| Boca Raton, FL   33486 | Client Number | 172573 |
| | Matter Number | 60034 |

==========================================================================

Re: (60034)  Records Retention Project

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2005

| Date | Name | | Hours |
|------|------|--|-------|
| 10/10/05 | Blanton | Office conference with Ms. Mendelsohn regarding review and analysis of client's record retention policy (0.3); draft emails re: best practices (0.4); review client request and client's record retention policy (0.5). | 1.20 |
| 10/11/05 | Blanton | Office conference with Mr. Freeman regarding document retention schedule for W.R. Grace. | .40 |
| 10/11/05 | Freeman | Review e-mail from Mr. Whittier (W.R. Grace) and prepare response for outline of project. | .50 |
| 10/11/05 | Freeman | Office conference with Ms. Blanton re: record schedule review. | .30 |
| 10/12/05 | Freeman | Preparation of email to Mr. Whittier re review of record retention schedule. | .20 |
| 10/13/05 | Blanton | Review client's record retention schedule to verify retention periods (0.3); research and analysis of applicable laws and regulations regarding retention periods for specific types of documents (0.8); begin drafting memorandum addressing retention periods (0.3). | 1.40 |

```
172573 W. R. Grace & Co.                    Invoice Number  1342333
60034  Records Retention Project            Page    2
       November 22, 2005
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 10/24/05 | Blanton | Continue review and drafting of memorandum regarding client's document retention schedule. | 4.20 |
| 10/25/05 | Blanton | Continue legal research regarding retention requirements for specific types of records and drafting memorandum regarding same (4.0); office conference with Mr. Freeman regarding issues arising during research (0.7). | 4.70 |
| 10/25/05 | Freeman | Office conference with Ms. Blanton re analysis of record schedule from Mr. Whittier. | .60 |
| 10/27/05 | Blanton | Prepare for and attend telephone conference with Mr. Whittier (W.R. Grace) and Mr. Freeman. | 1.00 |
| 10/27/05 | Freeman | Office conference with Ms. Blanton and telephone conference with Mr. Whittier (W.R. Grace) re: record retention schedule. | 1.00 |
| 10/31/05 | Blanton | Office conference with Ms. Verpeet regarding verification of industrial states' retention requirements. | .30 |
| 10/31/05 | Verpeet | Conducted research re retention obligations in various states including California, New York, Illinois, Michigan, Florida, Ohio, and Colorado. | 4.20 |

```
                                            ------
                            TOTAL HOURS      20.00
```

```
172573  W. R. Grace & Co.                    Invoice Number   1342333
60034   Records Retention Project            Page    3
        November 22, 2005
```

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Thomas M. Freeman | 2.60 | at $ | 435.00 | = | 1,131.00 |
| Dana A. Blanton | 13.20 | at $ | 250.00 | = | 3,300.00 |
| Evelien Verpeet | 4.20 | at $ | 250.00 | = | 1,050.00 |

```
                         CURRENT FEES                      5,481.00
                                                         ------------
                 TOTAL BALANCE DUE UPON RECEIPT          $5,481.00
                                                         ============
```

REED SMITH LLP

PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1342334
One Town Center Road                     Invoice Date      11/22/05
Boca Raton, FL    33486                  Client Number      172573
                                         Matter Number       60035

===============================================================================

Re: (60035)  Grand Jury Investigation

        Fees                        10,409.00
        Expenses                         0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $10,409.00
                                                     =============

```
                           REED SMITH LLP
                           PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
   W.R Grace & Co.                        Invoice Number     1342334
   One Town Center Road                   Invoice Date      11/22/05
   Boca Raton, FL    33486                Client Number       172573
                                          Matter Number        60035
```

=========================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2005

| Date | Name | | Hours |
|------|------|---|-------|

| 10/02/05 | Cameron | Review of documents per request from B. Jacobson. | 1.40 |
| 10/03/05 | Cameron | Continued review of files and documents per K&E request. | 1.70 |
| 10/06/05 | Cameron | Continued review of file materials per K&E request. | 1.60 |
| 10/10/05 | Cameron | Continued review of files and documents per K&E request. | 1.60 |
| 10/14/05 | Cameron | Review files to respond to inquiries from K&E regarding historical testing issues. | 1.90 |
| 10/17/05 | Cameron | Review government brief regarding change of venue. | .90 |
| 10/18/05 | Cameron | Review materials relating to government brief (0.6); review documents per K&E request for witness information (0.7); review materials relating to historical testing (0.8). | 2.10 |
| 10/19/05 | Cameron | Continued attention to product testing documents. | 1.80 |
| 10/20/05 | Atkinson | Meet with D. Cameron and review files re: requests from Kirkland & Ellis concerning historical testing materials. | 1.20 |

172573 W. R. Grace & Co.                          Invoice Number   1342334
60035  Grand Jury Investigation                   Page   2
       November 22, 2005

| Date | Name | | Hours |
|------|------|---|-------|

| 10/20/05 | Cameron | Review materials from historical files regarding testing (0.9); meet with M. Atkinson regarding same (0.2); telephone call with R. Finke regarding same (0.3). | 1.40 |
| 10/21/05 | Atkinson | Review Grace testing materials per request from Kirkland & Ellis, including searches of Grace database on Summation, and e-mail summary to D. Cameron re: same. | 1.40 |
| 10/21/05 | Cameron | Review work product relating to historical testing (2.6); e-mails regarding same (0.3). | 2.90 |
| 10/23/05 | Cameron | Review of additional documents regarding historical testing. | .90 |
| 10/24/05 | Cameron | E-mails regarding historical testing documents (0.6); review testing documents and work product regarding same (0.9). | 1.50 |
| 10/24/05 | Cameron | Additional e-mails regarding historical testing documents. | .20 |
| 10/26/05 | Cameron | E-mails regarding product testing issues. | .40 |
| 10/28/05 | Atkinson | Review binders and send index for work product relating to testing to T. Stansbury (Kirkland & Ellis), per his request. | .20 |

                                          ------
                            TOTAL HOURS    23.10

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 20.30 | at | $ 490.00 | = | 9,947.00 |
| Maureen L. Atkinson | 2.80 | at | $ 165.00 | = | 462.00 |

                    CURRENT FEES                        10,409.00


                                                     ------------
            TOTAL BALANCE DUE UPON RECEIPT              $10,409.00
                                                     ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1342335
One Town Center Road                     Invoice Date       11/22/05
Boca Raton, FL    33486                  Client Number       172573


========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                              0.00
        Expenses                      2,189.66

                    TOTAL BALANCE DUE UPON RECEIPT      $2,189.66
                                                        =============

```
                            REED SMITH LLP
                            PO Box 360074M
                       Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630
```

W.R Grace & Co.                          Invoice Number      1342335
One Town Center Road                     Invoice Date       11/22/05
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60026


===========================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    Binding Charge                              6.00
    Telephone Expense                          25.90
    IKON Copy Services                         63.10
    Telecopy Expense                           45.00
    PACER                                      16.56
    Duplicating/Printing/Scanning             822.30
    Postage Expense                             8.40
    Courier Service - Outside                  26.60
    Transportation                             17.00
    Air Travel Expense                        948.39
    Taxi Expense                                3.00
    Mileage Expense                            23.28
    Meal Expense                              184.13
```

                CURRENT EXPENSES                    2,189.66
                                                 -------------

                TOTAL BALANCE DUE UPON RECEIPT     $2,189.66
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number    1342335
One Town Center Road                     Invoice Date    11/22/05
Boca Raton, FL   33486                   Client Number     172573
                                         Matter Number      60026

=============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|------|-------------|--------|
| 09/26/05 | PACER--Electronic docket system charges. | 16.56 |
| 10/03/05 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/12 | .60 |
| 10/03/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 33 COPIES | 4.95 |
| 10/04/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 9 COPIES | 1.35 |
| 10/04/05 | Duplicating/Printing/Scanning<br>ATTY # 0718; 8 COPIES | 1.20 |
| 10/07/05 | Meal Expense - - VENDOR: DOUGLAS E. CAMERON<br>TRIP TO BALTIMORE, MD FOR MEETING WITH K&E,<br>W.R. GRACE AND CONSULTANTS (10/5/05)--ONE<br>LUNCH. | 11.00 |
| 10/07/05 | Taxi Expense- VENDOR: DOUGLAS E. CAMERON TRIP<br>TO BALTIMORE, MD FOR MEETING WITH K&E, W.R.<br>GRACE AND CONSULTANTS (10/5/05). | 3.00 |
| 10/07/05 | Transportation- VENDOR: DOUGLAS E. CAMERON<br>PARKING - TRIP TO BALTIMORE, MD FOR MEETING<br>WITH K&E, W.R. GRACE AND CONSULTANTS (10/5/05). | 17.00 |
| 10/07/05 | Mileage Expense - - VENDOR: DOUGLAS E. CAMERON<br>TRIP TO BALTIMORE, MD FOR MEETING WITH K&E,<br>W.R. GRACE AND CONSULTANTS--TRAVEL TO AND FROM<br>PITTSBURGH INTERNATIONAL AIRPORT (10/5/05). | 23.28 |
| 10/07/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 2 COPIES | .30 |

172573  W. R. Grace & Co.                          Invoice Number  1342335
60026  Litigation and Litigation Consulting        Page   2
       November 22, 2005

| 10/10/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 2 COPIES | .30 |
| 10/10/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 18 COPIES | 2.70 |
| 10/11/05 | Telephone Expense<br>518-283-7671/TROY, NY/9 | .45 |
| 10/11/05 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/40 | 2.00 |
| 10/11/05 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/4 | .15 |
| 10/12/05 | Telecopy Expense<br>Fax Number: 17247331799 | 29.00 |
| 10/12/05 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/2 | .10 |
| 10/12/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .90 |
| 10/12/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 26 COPIES | 3.90 |
| 10/12/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 10/12/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .45 |
| 10/12/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 26 COPIES | 3.90 |
| 10/12/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 10/13/05 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/14 | .70 |
| 10/13/05 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/10 | .45 |
| 10/13/05 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/72 | 3.55 |
| 10/13/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 12 COPIES | 1.80 |

172573  W. R. Grace & Co.                          Invoice Number  1342335
60026  Litigation and Litigation Consulting        Page    3
       November 22, 2005


10/13/05    Duplicating/Printing/Scanning                    .15
            ATTY # 0559: 1 COPIES

10/13/05    Duplicating/Printing/Scanning                    .15
            ATTY # 0559: 1 COPIES

10/13/05    Duplicating/Printing/Scanning                    .15
            ATTY # 0559: 1 COPIES

10/13/05    Duplicating/Printing/Scanning                    .30
            ATTY # 0559: 2 COPIES

10/13/05    Duplicating/Printing/Scanning                    .15
            ATTY # 0559: 1 COPIES

10/13/05    Duplicating/Printing/Scanning                    .15
            ATTY # 0559: 1 COPIES

10/13/05    Duplicating/Printing/Scanning                    .30
            ATTY # 0559: 2 COPIES

10/13/05    Duplicating/Printing/Scanning                   1.35
            ATTY # 0559: 9 COPIES

10/13/05    Duplicating/Printing/Scanning                   1.35
            ATTY # 0559: 9 COPIES

10/13/05    Duplicating/Printing/Scanning                   1.65
            ATTY # 0559: 11 COPIES

10/13/05    Duplicating/Printing/Scanning                   1.65
            ATTY # 0559: 11 COPIES

10/14/05    Air Travel Expense - - - VENDOR: DOUGLAS E.    948.39
            CAMERON TRAVEL TO BALTIMORE, MD FOR MEETING
            WITH K&E, WR GRACE AND CONSULTANT (10/5/05).

10/14/05    Telephone Expense                              2.20
            561-362-1533/BOCA RATON, FL/44

10/14/05    Telephone Expense                              2.20
            518-283-7671/TROY, NY/44

10/14/05    Telephone Expense                               .10
            518-283-7671/TROY, NY/2

10/14/05    Telephone Expense                               .25
            561-362-1533/BOCA RATON, FL/5

10/14/05    Telecopy Expense                              16.00
            Fax Number: 17247331799

172573  W. R. Grace & Co.                          Invoice Number   1342335
60026   Litigation and Litigation Consulting       Page    4
        November 22, 2005

| | | |
|---|---|---|
| 10/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 15 COPIES | 2.25 |
| 10/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 111 COPIES | 16.65 |
| 10/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 15 COPIES | 2.25 |
| 10/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 15 COPIES | 2.25 |
| 10/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 10/15/05 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/84 | 4.20 |
| 10/15/05 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/3 | .15 |
| 10/16/05 | Telephone Expense<br>518-283-7671/TROY, NY/3 | .15 |
| 10/16/05 | Telephone Expense<br>301-890-8919/LAYHILL, MD/16 | .80 |
| 10/16/05 | Telephone Expense<br>518-283-7671/TROY, NY/9 | .45 |
| 10/17/05 | Telephone Expense<br>518-283-7671/TROY, NY/26 | 1.30 |
| 10/17/05 | Telephone Expense<br>312-861-2460/CHICAGO, IL/16 | .80 |
| 10/17/05 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/16 | .80 |
| 10/17/05 | Telephone Expense<br>518-283-7671/TROY, NY/4 | .20 |
| 10/17/05 | Telephone Expense<br>518-283-7671/TROY, NY/2 | .10 |
| 10/17/05 | Telephone Expense<br>518-283-7671/TROY, NY/17 | .85 |
| 10/17/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 9 COPIES | 1.35 |

172573  W. R. Grace & Co.                              Invoice Number   1342335
60026   Litigation and Litigation Consulting          Page    5
        November 22, 2005


| | | |
|---|---|---:|
| 10/17/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 22 COPIES | 3.30 |
| 10/17/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 22 COPIES | 3.30 |
| 10/17/05 | Binding Charge | 3.00 |
| 10/18/05 | IKON Copy Services - - Copying for service of<br>fee application materials. | 63.10 |
| 10/18/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 164 COPIES | 24.60 |
| 10/18/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 81 COPIES | 12.15 |
| 10/18/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 23 COPIES | 3.45 |
| 10/18/05 | Binding Charge | 3.00 |
| 10/18/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .45 |
| 10/20/05 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/30 | 1.50 |
| 10/21/05 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/37 | 1.85 |
| 10/21/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 265 COPIES | 39.75 |
| 10/21/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 251 COPIES | 37.65 |
| 10/21/05 | Duplicating/Printing/Scanning<br>ATTY # 0887: 4 COPIES | .60 |
| 10/24/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 318 COPIES | 47.70 |
| 10/24/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 46 COPIES | 6.90 |
| 10/24/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 120 COPIES | 18.00 |
| 10/24/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 493 COPIES | 73.95 |

172573 W. R. Grace & Co.                         Invoice Number  1342335
60026  Litigation and Litigation Consulting      Page    6
       November 22, 2005


| Date | Description | Amount |
|---|---|---|
| 10/24/05 | Duplicating/Printing/Scanning ATTY # 4810; 13 COPIES | 1.95 |
| 10/24/05 | Postage Expense | 1.98 |
| 10/25/05 | Courier Service - Outside - - VENDOR: PARCELS, INC. | 26.60 |
| 10/25/05 | Duplicating/Printing/Scanning | 1.65 |
| 10/25/05 | Duplicating/Printing/Scanning ATTY # 0856; 139 COPIES | 20.85 |
| 10/25/05 | Duplicating/Printing/Scanning ATTY # 0856; 259 COPIES | 38.85 |
| 10/25/05 | Duplicating/Printing/Scanning ATTY # 0856; 357 COPIES | 53.55 |
| 10/25/05 | Duplicating/Printing/Scanning ATTY # 0856; 559 COPIES | 83.85 |
| 10/25/05 | Duplicating/Printing/Scanning ATTY # 0856; 353 COPIES | 52.95 |
| 10/25/05 | Duplicating/Printing/Scanning ATTY # 0856; 121 COPIES | 18.15 |
| 10/25/05 | Duplicating/Printing/Scanning ATTY # 0856; 518 COPIES | 77.70 |
| 10/25/05 | Duplicating/Printing/Scanning ATTY # 0856; 541 COPIES | 81.15 |
| 10/25/05 | Duplicating/Printing/Scanning ATTY # 0856; 6 COPIES | .90 |
| 10/25/05 | Duplicating/Printing/Scanning ATTY # 0718; 8 COPIES | 1.20 |
| 10/25/05 | Duplicating/Printing/Scanning ATTY # 0718; 35 COPIES | 5.25 |
| 10/25/05 | Postage Expense | .37 |
| 10/25/05 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .30 |
| 10/26/05 | Duplicating/Printing/Scanning ATTY # 4810; 5 COPIES | .75 |

172573 W. R. Grace & Co.                          Invoice Number  1342335
60026  Litigation and Litigation Consulting       Page    7
       November 22, 2005

| | | |
|---|---|---:|
| 10/26/05 | Duplicating/Printing/Scanning<br>ATTY # 4810; 13 COPIES | 1.95 |
| 10/27/05 | Meal Expense - - VENDOR:TRANSFERS MARATHON<br>GRILL -LUNCH FOR FIVE PEOPLE ORDERED IN FOR<br>KIRKLAND & ELLIS MEETING AT REEDSMITH,<br>PHILADELPHIA OFFICE(08/15/05). | 99.96 |
| 10/27/05 | Meal Expense - - VENDOR:  TRANSFERS MARATHON<br>GRILL - BREAKFAST FOR FIVE PEOPLE ORDERED IN<br>FOR KIRKLAND & ELLIS MEETING AT REEDSMITH,<br>PHILADELPHIA OFFICE(08/15/05). | 61.17 |
| 10/27/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 8 COPIES | 1.20 |
| 10/27/05 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2 COPIES | .30 |
| 10/28/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 8 COPIES | 1.20 |
| 10/28/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 16 COPIES | 2.40 |
| 10/28/05 | Duplicating/Printing/Scanning<br>ATTY # 0718; 160 COPIES | 24.00 |
| 10/31/05 | Duplicating/Printing/Scanning<br>ATTY # 4810; 174 COPIES | 26.10 |
| 10/31/05 | Meal-- PITTSBURGH PANTRY ALLOCATIONS ON<br>10/31/05 FOR HEARING PREP. AND MEETING. | 12.00 |
| 10/31/05 | Postage Expense | 6.05 |

                              CURRENT EXPENSES            2,189.66
                                                        ------------
                    TOTAL BALANCE DUE UPON RECEIPT        $2,189.66
                                                        ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                            Invoice Number      1342336
5400 Broken Sound Blvd., N.W.          Invoice Date       11/22/05
Boca Raton, FL 33487                   Client Number        172573



========================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

        Fees                            0.00
        Expenses                       19.40

                TOTAL BALANCE DUE UPON RECEIPT            $19.40
                                                   ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1342336
5400 Broken Sound Blvd., N.W.        Invoice Date        11/22/05
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60028

================================================================================

Re: ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Telephone Expense                         0.95
    Duplicating/Printing/Scanning            18.45

                    CURRENT EXPENSES                    19.40
                                                   --------------

                    TOTAL BALANCE DUE UPON RECEIPT     $19.40
                                                   ==============

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
   W. R. Grace                         Invoice Number    1342336
   5400 Broken Sound Blvd., N.W.       Invoice Date     11/22/05
   Boca Raton, FL 33487                Client Number     172573
                                       Matter Number      60028
```

===========================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 10/04/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 10/04/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 10/04/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 10/06/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 44 COPIES | 6.60 |
| 10/06/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 42 COPIES | 6.30 |
| 10/06/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 10/06/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 10/07/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 3 COPIES | .45 |
| 10/07/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 10/17/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 5 COPIES | .75 |
| 10/17/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 14 COPIES | 2.10 |
| 10/25/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |

172573 W. R. Grace & Co.                          Invoice Number  1342336
60028  ZAI Science Trial                          Page   2
       November 22, 2005


10/25/05    Duplicating/Printing/Scanning                     1.05
            ATTY # 0856: 7 COPIES

10/25/05    Telephone Expense                                  .35
            917-319-2202/NEW YORK, NY/7

10/26/05    Telephone Expense                                  .60
            917-319-2202/NEW YORK, NY/12

                        CURRENT EXPENSES                       19.40
                                                         ------------
                        TOTAL BALANCE DUE UPON RECEIPT        $19.40
                                                         =============