# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: January 23, 2006 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

### SUMMARY OF APPLICATION OF REED SMITH LLP
### FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
### EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE
### COUNSEL TO DEBTORS FOR THE FIFTY-THIRD MONTHLY INTERIM
### PERIOD FROM NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005

Name of Applicant:                                  Reed Smith LLP

Authorized to Provide Professional Services to:  W. R. Grace & Co., *et al.*, Debtors and
                                                 Debtors-in-Possession

Date of Retention:                               July 19, 2001, effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:                         November 1, 2005 through November 30, 2005

Amount of fees sought as actual,
reasonable and necessary:                        $73,829.00

Amount of expenses sought as actual,
reasonable and necessary                         $2,476.74

This is an: __X__ monthly    ___ interim    ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Docket No. 11462

Date Filed 12/29/05

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |

| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the fifty-third application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 18 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $3,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 34 Years | Litigation | $525.00 | 5.60 | $2,940.00 |
| Lawrence E. Flatley | Partner | 30 years | Litigation | $495.00 | 5.80 | $2,871.00 |
| Douglas E. Cameron | Partner | 21 Years | Litigation | $490.00 | 118.10 | $57,869.00 |
| Stephanie L. Mendelsohn | Partner | 14 Years | Litigation | $395.00 | .60 | $237.00 |
| Andrew J. Muha | Associate | 4 Years | Litigation | $260.00 | 3.70 | $962.00 |
| Dana A. Blanton | Associate | 2 Years | Litigation | $250.00 | 4.50 | $1,125.00 |
| Evelien Verpeet | New Associate | 1 Year | Litigation | $250.00 | 10.60 | $2,650.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 13 Years | Bankruptcy | $175.00 | 4.00 | $700.00 |
| Maureen Atkinson | Paralegal | 29 Years | Litigation | $165.00 | 20.00 | $3,300.00 |
| Sharon A. Ament | Paralegal | 1 Year | Bankruptcy | $125.00 | 9.40 | $1,175.00 |

Total Fees:  $73,829.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation and Litigation Counseling | 46.80 | $22,711.50 |
| ZAI Science Trial | 18.00 | $8,561.00 |
| Fee Applications | 17.80 | $3,400.50 |
| Hearings | .70 | $343.00 |
| Records Retention Project | 15.70 | $4,012.00 |
| Montana Grand Jury Investigation | 83.30 | $34,801.00 |
| **Total:** | **182.30** | **$73,829.00** |

**EXPENSE SUMMARY**

| Description | Litigation and Litigation Consulting | ZAI Science Trial |
|---|---:|---:|
| Telephone Expense | 4.80 | ---- |
| Duplicating/Printing/Scanning | 1,306.95 | 142.80 |
| PACER | 59.84 | ---- |
| Binding Charge | 6.00 | ---- |
| Postage Expense | .37 | .37 |
| Courier Service – Outside | 79.08 | 11.62 |
| IKON Copy Services | 781.80 | ---- |
| Miscellaneous Expense (meal/pantry allocation) | 76.81 | ---- |
| General Expense (8MM camcorder video cassettes; tabs) | 6.30 | ---- |
| SUBTOTAL | $2,321.95 | $154.79 |
| **TOTAL** | **$2,476.74** | |

Dated:  December 29, 2005           REED SMITH LLP
       Wilmington, Delaware

By: /s/ Kurt F. Gwynne
     Kurt F. Gwynne (No. 3951)
     1201 Market Street, Suite 1500
     Wilmington, DE  19801
     Telephone:  (302) 778-7500
     Facsimile:  (302) 778-7575
     E-mail: kgwynne@reedsmith.com

       and

     James J. Restivo, Jr., Esquire
     Lawrence E. Flatley, Esquire
     Douglas E. Cameron, Esquire
     435 Sixth Avenue
     Pittsburgh, PA  15219
     Telephone:  (412) 288-3131
     Facsimile:  (412) 288-3063

     Special Asbestos Products Liability Defense
     Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

```
W.R Grace & Co.                        Invoice Number      1353257
One Town Center Road                   Invoice Date      12/23/05
Boca Raton, FL    33486                Client Number       172573
```

========================================================================
Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

```
    Fees                               0.00
    Expenses                       2,321.95

              TOTAL BALANCE DUE UPON RECEIPT      $2,321.95
                                                 =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630
```

W.R Grace & Co.                          Invoice Number    1353257
One Town Center Road                     Invoice Date      12/23/05
Boca Raton, FL   33486                   Client Number      172573
                                         Matter Number       60026
================================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Miscellaneous (Pantry allocation)            6.30

    Binding Charge                               6.00

    Telephone Expense                            4.80

    IKON Copy Services                         781.80

    PACER                                       59.84

    Duplicating/Printing/Scanning            1,306.95

    Postage Expense                              0.37

    Courier Service - Outside                   79.08

    General Expense (8MM Camcorder cassettes; tabs)   76.81

                    CURRENT EXPENSES                    2,321.95
                                                    --------------
                    TOTAL BALANCE DUE UPON RECEIPT      $2,321.95
                                                    ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1353257
One Town Center Road                     Invoice Date       12/23/05
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60026
================================================================================
Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:
| Date | Description | Amount |
|---|---|---|
| 10/04/05 | PACER | 8.40 |
| 10/07/05 | PACER | 3.68 |
| 10/13/05 | General Expense - - 8MM CAMCORDER VIDEO CASSETTES | 63.33 |
| 10/24/05 | PACER | 8.80 |
| 10/25/05 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to Tyler D. Mace, Esq., Kirkland & Ellis (WASHINGTON DC 20005). | 4.81 |
| 10/25/05 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to Tyler D. Mace, Esq., Kirkland & Ellis (WASHINGTON DC 20005). | 11.62 |
| 10/25/05 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to Tyler D. Mace, Esq., Kirkland & Ellis (WASHINGTON DC 20005). | 4.64 |
| 10/25/05 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to Tyler D. Mace, Esq., Kirkland & Ellis (WASHINGTON DC 20005). | -11.62 |
| 10/31/05 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from   to SAM BLATNICK, Esq. KIRKLAND & ELLIS LLP (CHICAGO IL 60601). | 43.31 |
| 11/01/05 | Duplicating/Printing/Scanning ATTY # 0856; 48 COPIES | 7.20 |

172573  W. R. Grace & Co.                          Invoice Number  1353257
60026  Litigation and Litigation Consulting        Page    2
       December 23, 2005


| 11/02/05 | Duplicating/Printing/Scanning<br>ATTY # 4810; 4 COPIES | .60 |
|----------|------------------------------------------------------|------|
| 11/02/05 | Duplicating/Printing/Scanning<br>ATTY # 4810; 4 COPIES | .60 |
| 11/07/05 | Duplicating/Printing/Scanning<br>ATTY # : 12 COPIES | 1.80 |
| 11/08/05 | Telephone Expense<br>443-535-8439/COLUMBIA, MD/38 | 1.85 |
| 11/09/05 | Duplicating/Printing/Scanning<br>ATTY # 0887: 46 COPIES | 6.90 |
| 11/09/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 1290 COPIES | 193.50 |
| 11/09/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 358 COPIES | 53.70 |
| 11/10/05 | IKON Copy Services - - Copying for service of<br>CNO for Sept. 2005 monthly fee application. | 63.10 |
| 11/10/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 19 COPIES | 2.85 |
| 11/10/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 480 COPIES | 72.00 |
| 11/10/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 444 COPIES | 66.60 |
| 11/10/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 121 COPIES | 18.15 |
| 11/10/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 16 COPIES | 2.40 |
| 11/10/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 152 COPIES | 22.80 |
| 11/10/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 370 COPIES | 55.50 |
| 11/10/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 7 COPIES | 1.05 |
| 11/10/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 15 COPIES | 2.25 |

172573  W. R. Grace & Co.                                    Invoice Number  1353257
60026   Litigation and Litigation Consulting                 Page    3
        December 23, 2005


| 11/10/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 367 COPIES | 55.05 |
| 11/10/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 61 COPIES | 9.15 |
| 11/10/05 | Duplicating/Printing/Scanning<br>ATTY # 3984; 155 COPIES | 23.25 |
| 11/10/05 | Duplicating/Printing/Scanning<br>ATTY # 3984; 388 COPIES | 58.20 |
| 11/10/05 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Douglas Cameron, Reed<br>Smith LLP - Pittsburgh to Katheryn Coggan,<br>Esq.,  Holme Roberts & Owen (DENVER CO 80203). | 9.69 |
| 11/10/05 | Binding Charge | 3.00 |
| 11/10/05 | PACER--Electronic docket access/retrieval<br>charges. | 17.28 |
| 11/11/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 376 COPIES | 56.40 |
| 11/11/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 60 COPIES | 9.00 |
| 11/11/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 172 COPIES | 25.80 |
| 11/11/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 12 COPIES | 1.80 |
| 11/11/05 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Maureen Atkinson, Reed<br>Smith LLP - Pittsburgh to TERRELL STANSBURY,<br>KIRKLAND &  ELLIS LLP (WASHINGTON DC 20005). | 4.25 |
| 11/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 864 COPIES | 129.60 |
| 11/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 538 COPIES | 80.70 |
| 11/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 112 COPIES | 16.80 |
| 11/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 797 COPIES | 119.55 |

172573  W. R. Grace & Co.                          Invoice Number  1353257
60026   Litigation and Litigation Consulting       Page   4
        December 23, 2005

| | | |
|---|---|---|
| 11/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 8 COPIES | 1.20 |
| 11/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 8 COPIES | 1.20 |
| 11/14/05 | Telephone Expense<br>303-866-0408/DENVER, CO/35 | 1.75 |
| 11/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0856: 2 COPIES | .30 |
| 11/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0856: 2 COPIES | .30 |
| 11/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0856: 2 COPIES | .30 |
| 11/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0856: 2 COPIES | .30 |
| 11/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0856: 6 COPIES | .90 |
| 11/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 9 COPIES | 1.35 |
| 11/14/05 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Maureen Atkinson, Reed<br>Smith LLP - Pittsburgh to Joan Sherman, Holme<br>Roberts & Owen LLP (DENVER CO 80203). | 12.38 |
| 11/15/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 4 COPIES | .60 |
| 11/15/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 149 COPIES | 22.35 |
| 11/15/05 | Duplicating/Printing/Scanning<br>ATTY # 0856: 2 COPIES | .30 |
| 11/15/05 | Postage Expense | .37 |
| 11/16/05 | Postage Expense: ATTY # 0856 User: MILLER, JASON<br>Telephone Expense<br>617-783-0090/BRIGHTON, MA/2 | .10 |
| 11/16/05 | Telephone Expense<br>304-232-6810/WHEELING, WV/10 | .50 |
| 11/21/05 | Telephone Expense<br>302-652-5340/WILMINGTON, DE/6 | .25 |

172573  W. R. Grace & Co.                          Invoice Number   1353257
60026   Litigation and Litigation Consulting       Page    5
        December 23, 2005

| Date | Description | Amount |
|---|---|---|
| 11/22/05 | IKON Copy Services - - Copying and postage for hard-copy service of quarterly fee application on core list. | 312.95 |
| 11/22/05 | IKON Copy Services - - Copying and postage for hard-copy service of notice of quarterly application on notice list parties. | 405.75 |
| 11/23/05 | Duplicating/Printing/Scanning ATTY # 4810; 1 COPIES | .15 |
| 11/23/05 | Duplicating/Printing/Scanning ATTY # 0396; 486 COPIES | 72.90 |
| 11/23/05 | Binding Charge | 3.00 |
| 11/28/05 | Telephone Expense 410-531-4355/COLUMBIA, MD/7 | .35 |
| 11/28/05 | Duplicating/Printing/Scanning ATTY # 4810; 7 COPIES | 1.05 |
| 11/28/05 | Duplicating/Printing/Scanning ATTY # 0718; 204 COPIES | 30.60 |
| 11/28/05 | Duplicating/Printing/Scanning ATTY # 0559; 477 COPIES | 71.55 |
| 11/28/05 | Duplicating/Printing/Scanning ATTY # 0559: 18 COPIES | 2.70 |
| 11/28/05 | Duplicating/Printing/Scanning ATTY # 0559: 9 COPIES | 1.35 |
| 11/28/05 | Duplicating/Printing/Scanning ATTY # 0559: 9 COPIES | 1.35 |
| 11/28/05 | Duplicating/Printing/Scanning ATTY # 0559: 9 COPIES | 1.35 |
| 11/28/05 | Duplicating/Printing/Scanning ATTY # 0559: 9 COPIES | 1.35 |
| 11/28/05 | Duplicating/Printing/Scanning ATTY # 0396: 2 COPIES | .30 |
| 11/28/05 | PACER | 21.68 |
| 11/29/05 | General Expense- VENDOR: ALL-STATE INTERNATIONAL, INC.TABS | 4.49 |

172573 W. R. Grace & Co.                          Invoice Number  1353257
60026  Litigation and Litigation Consulting       Page    6
       December 23, 2005

| | | |
|---|---|---|
| 11/29/05 | General Expense- VENDOR: ALL-STATE INTERNATIONAL, INC. TABS | 8.99 |
| 11/30/05 | MEAL EXPENSE- PANTRY ALLOCATION MEETING WITH R. COGGAN AND POTENTIAL CONSULTANT IN PITTSBURGH ON 11/29/05. | 6.30 |
| | CURRENT EXPENSES | 2,321.95 |
| | | ------------ |
| | TOTAL BALANCE DUE UPON RECEIPT | $2,321.95 |
| | | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1353258
5400 Broken Sound Blvd., N.W.            Invoice Date        12/23/05
Boca Raton, FL 33487                     Client Number        172573


===============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

    Fees                           0.00
    Expenses                     154.79

              TOTAL BALANCE DUE UPON RECEIPT        $154.79
                                                ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W. R. Grace | Invoice Number     1353258 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date    12/23/05 |
| Boca Raton, FL 33487 | Client Number     172573 |
| | Matter Number      60028 |

==========================================================================

Re: ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Duplicating/Printing/Scanning | 142.80 |
| Postage Expense | 0.37 |
| Courier Service - Outside | 11.62 |
| CURRENT EXPENSES | 154.79 |
| | ------------- |
| TOTAL BALANCE DUE UPON RECEIPT | $154.79 |
| | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1353258
5400 Broken Sound Blvd., N.W.        Invoice Date        12/23/05
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60028

==============================================================================

Re: ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Duplicating/Printing/Scanning          142.80
    Postage Expense                          0.37
    Courier Service - Outside               11.62

            CURRENT EXPENSES                               154.79
                                                       -------------

            TOTAL BALANCE DUE UPON RECEIPT              $154.79
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W. R. Grace                                    Invoice Number      1353258
5400 Broken Sound Blvd., N.W.                  Invoice Date       12/23/05
Boca Raton, FL 33487                           Client Number       172573
                                               Matter Number        60028

===============================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 11/08/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 5 COPIES | .75 |
| 11/08/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 743 COPIES | 111.45 |
| 11/08/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 175 COPIES | 26.25 |
| 11/08/05 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Douglas Cameron, Esq.,<br>Reed Smith LLP - Pittsburgh to William B.<br>Jacobson, Esq., Kirkland & Ellis LLP<br>(WASHINGTON DC 20005). | 11.62 |
| 11/09/05 | Postage Expense<br>Postage Expense: ATTY # 0559 User: MILLER, JASON | .37 |
| 11/10/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 2 COPIES | .30 |
| 11/15/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 15 COPIES | 2.25 |
| 11/18/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 11 COPIES | 1.65 |
| 11/21/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |

                              CURRENT EXPENSES                    154.79
                                                              ------------
                        TOTAL BALANCE DUE UPON RECEIPT          $154.79
                                                              ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL   33486

Invoice Number     1353251
Invoice Date     12/23/05
Client Number      172573

========================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

          Fees                              22,711.50
          Expenses                              0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $22,711.50
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                              Invoice Number      1353251
One Town Center Road                         Invoice Date        12/23/05
Boca Raton, FL    33486                      Client Number         172573
                                             Matter Number          60026


=========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2005

| Date | Name | | Hours |
|------|------|---|-------|

| 11/01/05 | Cameron | Review draft scheduling order and comment (0.5); telephone call with R. Finke regarding same (0.2); telephone call with expert regarding follow-up from expert report and data (0.3); review back-up materials (0.5); review 15th omnibus objections (0.8); review materials for conference call regarding document production (0.8). | 3.10 |
| 11/01/05 | Muha | Review files for information summarizing document review and e-mail to D. Cameron re: same. | .80 |
| 11/02/05 | Cameron | Prepare for (0.8) and participate in conference call with W. R. Grace in-house and outside counsel regarding discovery requests and document production issues (1.9); follow-up e-mails and telephone calls regarding same (0.4); review product ID materials and e-mails regarding same (0.8); review proposed scheduling order from K&E (0.4); review and attend to internal due dates and planning document (0.8). | 5.10 |

172573 W. R. Grace & Co.                          Invoice Number  1353251
60026  Litigation and Litigation Consulting       Page    2
       December 23, 2005


| Date | Name | | Hours |
|------|------|--|-------|

| 11/03/05 | Cameron | Continued attention to strategy memo and deadlines (0.6); additional review of product identification materials and e-mails regarding same (0.9); review proposed scheduling order (0.5); follow-up review of materials relating to document production issues (0.7); attend to expert report issues (0.6). | 3.30 |
| 11/04/05 | Cameron | Attend to issues relating to 15th omnibus objections (0.9); e-mails regarding proposed order (0.7); review TV report transcript (0.3). | 1.90 |
| 11/06/05 | Cameron | Review product identification materials and affidavit regarding analysis (0.8); e-mails regarding same (0.1). | .90 |
| 11/07/05 | Cameron | Review briefs relating to constructive notice and dust sampling methodology (1.9); review product ID materials and possible supporting affidavit (1.3); review 15th omnibus objections for summary of claims regarding product ID objections (0.9); review transcript of television broadcast re: W.R. Grace products (0.4). | 4.50 |
| 11/08/05 | Cameron | Conference call with K&E and Grace regarding issues for November 14 hearing (0.2); review materials from K&E regarding November 14 hearing issues (1.9); review discovery requests relating to 15th omnibus objection (0.9). | 3.00 |
| 11/09/05 | Cameron | Telephone call with R. Finke regarding product ID issues (0.3); telephone call with R. Finke regarding expert witness issues (0.3); review of materials relating to dust sampling and constructive notice reports (0.8); review materials for 11/14 hearing | 2.40 |

172573 W. R. Grace & Co.                         Invoice Number   1353251
60026  Litigation and Litigation Consulting      Page    3
       December 23, 2005


| Date | Name | | Hours |
|------|------|---|-------|

(0.6); review bulk sample data
(0.4).

| 11/10/05 | Ament | Access PACER and download Agenda and exhibit at Document No. 11008 for D. Cameron. | .10 |
| 11/10/05 | Cameron | Attend to issues relating to product ID objections (0.8); telephone call with R. Finke regarding same (0.2); review order regarding argument schedule for omnibus objections (0.3); review expert reports for conference call (0.6). | 1.90 |
| 11/11/05 | Cameron | Prepare for and participate in conference call with R. Finke re: product identification objections (1.40); review materials for 11/14 hearing (.70); review dust sample report materials (.30). | 2.40 |
| 11/12/05 | Cameron | Review materials for product identification objections. | .90 |
| 11/14/05 | Cameron | E-mails regarding report on hearing (0.4); review dust sample report materials (0.8); review product ID materials (0.5). | 1.70 |
| 11/15/05 | Cameron | Follow-up with respect to report on hearings for omnibus objections (0.6); revise dust sampling reports (0.7). | 1.30 |
| 11/17/05 | Cameron | E-mails regarding response to request for product ID objection back-up (0.4); review data regarding same (0.9); review 15th omnibus objections (0.7); review dust sampling report materials (0.8). | 2.80 |
| 11/18/05 | Cameron | Review of materials relating to 15th omnibus objection and hearing schedule (0.9); review claimants requests for product | 2.60 |

172573  W. R. Grace & Co.                          Invoice Number  1353251
60026   Litigation and Litigation Consulting       Page    4
        December 23, 2005

| Date | Name | | Hours |
|------|------|--|-------|
| | | identification back-up (0.8); review bulk sample summaries (0.9). | |
| 11/21/05 | Cameron | Review draft Order from J. Baer (0.3); review 15th omnibus objections (0.8). | 1.10 |
| 11/22/05 | Cameron | Review draft scheduling order and comments thereto (0.5); e-mails regarding additional comments (0.4); review dust sampling report materials (0.7). | 1.60 |
| 11/23/05 | Cameron | Telephone call with R. Finke regarding dust sampling reports (0.1); review e-mails regarding 15th omnibus objections (0.6); telephone call with R. Finke regarding product ID analysis and discovery requests (0.3); review back-up documents regarding same (0.8). | 1.80 |
| 11/25/05 | Cameron | Review materials relating to 15th omnibus objections. | .80 |
| 11/27/05 | Cameron | Review materials from R. Finke regarding product identification objections and document requests regarding same (1.1); e-mails regarding same (0.3). | 1.40 |
| 11/30/05 | Cameron | Review materials relating to PD claimants' discovery requests. | 1.40 |

                                              ------
                              TOTAL HOURS     46.80

```
172573  W. R. Grace & Co.                        Invoice Number  1353251
60026   Litigation and Litigation Consulting     Page    5
        December 23, 2005
```

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Douglas E. Cameron | 45.90 | at $ | 490.00 | = | 22,491.00 |
| Andrew J. Muha | 0.80 | at $ | 260.00 | = | 208.00 |
| Sharon A. Ament | 0.10 | at $ | 125.00 | = | 12.50 |

```
                          CURRENT FEES                       22,711.50


                                                          ------------
              TOTAL BALANCE DUE UPON RECEIPT               $22,711.50
                                                          ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number    1353252
5400 Broken Sound Blvd., N.W.            Invoice Date      12/23/05
Boca Raton, FL 33487                     Client Number       172573


==============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

        Fees                        8,561.00
        Expenses                        0.00

                TOTAL BALANCE DUE UPON RECEIPT        $8,561.00
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1353252 |
| Invoice Date | 12/23/05 |
| Client Number | 172573 |
| Matter Number | 60028 |

==========================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2005

| Date | Name | | Hours |
|------|------|---|-------|
| 11/01/05 | Atkinson | Per D. Cameron e-mail, review ZAI Science Trial correspondence files re:  production of documents in ZAI Science Trial. | .80 |
| 11/01/05 | Cameron | Meet with J. Restivo regarding court conference (0.2); e-mails regarding same (0.1). | .30 |
| 11/01/05 | Restivo | Telephone calls with Finke and D. Cameron re: file materials. | .40 |
| 11/02/05 | Cameron | Telephone call regarding planning meeting for conference call with court (0.2); meet with J. Restivo regarding same (0.1); e-mails regarding same (0.2). | .50 |
| 11/03/05 | Cameron | E-mails regarding ZAI testing (0.3); review materials for conference call (0.2); review ZAI Science Trial record (0.7). | 1.20 |
| 11/04/05 | Atkinson | Judge Fitzgerald binder index re: ZAI Science hearing per D. Cameron request. | .60 |
| 11/04/05 | Cameron | Prepare for and participate in conference call with K&E lawyers and Grace in-house lawyers regarding ZAI conference with Court (0.8); meet with J. Restivo regarding same (0.2); review pending motion materials for | 1.90 |

```
172573  W. R. Grace & Co.                      Invoice Number  1353252
60028   ZAI Science Trial                      Page    2
        December 23, 2005
```

| Date | Name | | Hours |
|------|------|--|-------|
| | | follow-up meeting (0.9). | |
| 11/04/05 | Restivo | Prepare for and client conference call. | .70 |
| 11/06/05 | Cameron | Review Canadian ZAI claims materials. | .40 |
| 11/07/05 | Cameron | Meet with J. Restivo regarding issues for call with Judge Fitzgerald (0.5); review briefs and documents regarding same (0.9). | 1.40 |
| 11/07/05 | Restivo | Prepare for client call on 11/8 (1.40); meeting with D. Cameron (.20); telephone call with R. Finke (.4). | 2.00 |
| 11/08/05 | Cameron | Prepare for and meet with J. Restivo regarding conference call with Court (0.4); participate in call with Judge Fitzgerald and other constituencies (0.8); multiple telephone calls regarding reports to clients (1.0); follow-up telephone calls and e-mails regarding same (0.4). | 2.60 |
| 11/08/05 | Restivo | Court conference call (.8); report to clients (.3); telephone call with J. Baer (.4); receipt and review of new pleadings (.5). | 2.00 |
| 11/12/05 | Cameron | Review ZAI issues per conference with court (.50); review EPA pronouncement materials (.90). | 1.40 |
| 11/14/05 | Restivo | Receipt and review of recent correspondence, pleadings and emails. | .50 |
| 11/21/05 | Cameron | Review W. Sparks' e-mail regarding ZAI testing (0.3); telephone call with W. Sparks regarding same (0.2); review testing data (0.8). | 1.30 |

```
                                              ------
                               TOTAL HOURS     18.00
```

```
172573 W. R. Grace & Co.                    Invoice Number   1353252
60028  ZAI Science Trial                    Page    3
       December 23, 2005
```

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| James J. Restivo Jr. | 5.60 | at $ 525.00 = | 2,940.00 |
| Douglas E. Cameron | 11.00 | at $ 490.00 = | 5,390.00 |
| Maureen L. Atkinson | 1.40 | at $ 165.00 = | 231.00 |
| | | CURRENT FEES | 8,561.00 |
| | | | ------------ |
| | | TOTAL BALANCE DUE UPON RECEIPT | $8,561.00 |
| | | | ============ |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number    1353253
5400 Broken Sound Blvd., N.W.        Invoice Date      12/23/05
Boca Raton, FL 33487                 Client Number      172573

===========================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

      Fees                         3,400.50
      Expenses                         0.00

                  TOTAL BALANCE DUE UPON RECEIPT      $3,400.50
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1353253
5400 Broken Sound Blvd., N.W.            Invoice Date        12/23/05
Boca Raton, FL 33487                     Client Number        172573
                                         Matter Number         60029


========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2005

   Date   Name                                              Hours
 -------- -----------                                       -----

11/01/05 Ament          Calculate fees and expenses for      3.80
                        18th quarterly fee application
                        (2.0); meet with A. Muha re: same
                        (.10); prepare spreadsheet
                        calculating totals for July,
                        August and September invoices
                        (1.0); draft narrative re: same
                        (.50); begin drafting summary re:
                        same (.20).

11/02/05 Ament          Calculate expenses for July,         1.40
                        August and September (.50);
                        continue drafting summary re: 18th
                        quarterly fee application (.50);
                        revisions to narrative and summary
                        (.20); provide draft of summary
                        and narrative to A. Muha (.10);
                        meet with A. Muha re: finalizing
                        same (.10).

11/02/05 Muha           Review and make final revisions to    .90
                        18th Quarterly fee application.

11/03/05 Ament          Finalize summary and narrative re:    .50
                        18th quarterly fee application
                        (.30); e-mails with J. Lord re: DE
                        filing (.10); maintain file (.10).

11/05/05 Cameron        Attend to fee application             .80
                        materials, including review and
                        revisions thereto.

```
172573 W. R. Grace & Co.                    Invoice Number  1353253
60029  Fee Applications-Applicant           Page    2
       December 23, 2005
```

| Date | Name | | Hours |
|------|------|---|-------|

| 11/06/05 | Cameron | Additional review of fee application materials. | .30 |
| 11/09/05 | Lord | Review and revise RS 18th quarterly fee application. | 1.10 |
| 11/10/05 | Lord | Discussion with L.Lankford re: e-filing of quarterly fee application (.1); prepare fee application for e-filing and service (.3). | .40 |
| 11/10/05 | Muha | Revise and make substantial revisions to October 2005 monthly fee and expense details. | 1.30 |
| 11/17/05 | Muha | Review and revise fee and expense detail for October monthly fee application. | .30 |
| 11/18/05 | Lord | Research and respond to e-mails from Grace October fee application and CNO for Sept. fee application. | .30 |
| 11/19/05 | Cameron | Review and revise fee application materials. | .50 |
| 11/21/05 | Lord | Research docket and draft CNO for RS September fee application. | .40 |
| 11/22/05 | Ament | Prepare spreadsheet and calculate totals for fees and expenses re: 52nd monthly fee application (1.0); draft 52nd monthly fee application (1.0). | 2.00 |
| 11/23/05 | Ament | Format invoices into Word documents (.50); revisions to monthly fee application (.30); provide draft of monthly fee application to A. Muha for review (.10). | .90 |
| 11/23/05 | Lord | E-file and perfect service of CNO for RS September fee application (.3); prepare correspondence to R Finke re same (.2). | .50 |

172573 W. R. Grace & Co.                    Invoice Number  1353253
60029  Fee Applications-Applicant           Page   3
       December 23, 2005

| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| 11/23/05 | Muha | Make final revisions to October 2005 monthly fee application materials. | .40 |
| 11/28/05 | Ament | Review e-mails from D. Cameron, A. Muha and J. Lord re: filing of October monthly fee application (.10); revisions to 52nd monthly fee application (.30); e-mail Word versions of invoices and 52nd monthly fee application to J. Lord for DE filing (.10); maintain pleadings file with CNO re: 52nd monthly fee application (.10); update internal chart and provide to D. Cameron and A. Muha (.10). | .70 |
| 11/28/05 | Lord | Review, revise, e-file and perfect service of RS Grace October monthly fee application. | 1.30 |

                                                          ------
                                    TOTAL HOURS           17.80

| TIME SUMMARY | Hours | | Rate | | Value |
| ------------------------ | --------------------- | | | | ------- |
| Douglas E. Cameron | 1.60 | at $ | 490.00 | = | 784.00 |
| Andrew J. Muha | 2.90 | at $ | 260.00 | = | 754.00 |
| John B. Lord | 4.00 | at $ | 175.00 | = | 700.00 |
| Sharon A. Ament | 9.30 | at $ | 125.00 | = | 1,162.50 |

                    CURRENT FEES                          3,400.50

                                                       ------------
            TOTAL BALANCE DUE UPON RECEIPT               $3,400.50
                                                       ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W.R Grace & Co. | Invoice Number | 1353254 |
|---|---|---|
| One Town Center Road | Invoice Date | 12/23/05 |
| Boca Raton, FL   33486 | Client Number | 172573 |

==============================================================================

Re: W. R. Grace & Co.


(60030)  Hearings

        Fees                              343.00
        Expenses                            0.00

              TOTAL BALANCE DUE UPON RECEIPT        $343.00
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1353254
One Town Center Road                     Invoice Date        12/23/05
Boca Raton, FL   33486                   Client Number        172573
                                         Matter Number         60030


========================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2005

    Date   Name                                           Hours
    -------- -----------                                  -----

11/10/05 Cameron        Review agenda for November 14       .70
                        hearing and supporting materials.

                                                          ------
                                        TOTAL HOURS         .70


TIME SUMMARY            Hours        Rate         Value
----------------------  ---------------------    -------
Douglas E. Cameron      0.70  at $  490.00  =     343.00

                        CURRENT FEES                          343.00


                                                          ------------
                        TOTAL BALANCE DUE UPON RECEIPT      $343.00
                                                          ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1353255
One Town Center Road                     Invoice Date      12/23/05
Boca Raton, FL    33486                  Client Number        172573

================================================================================

Re: W. R. Grace & Co.


(60034)  Records Retention Project

        Fees                          4,012.00
        Expenses                          0.00

                   TOTAL BALANCE DUE UPON RECEIPT        $4,012.00
                                                    =============

```
                              REED SMITH LLP
                               PO Box 360074M
                          Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630


    W.R Grace & Co.                       Invoice Number      1353255
    One Town Center Road                  Invoice Date       12/23/05
    Boca Raton, FL   33486                Client Number       172573
                                          Matter Number        60034
```

===========================================================================

Re: (60034)  Records Retention Project

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2005

| Date | Name | | Hours |
|------|------|---|-------|
| 11/01/05 | Verpeet | Continue research of retention statutes re: corporate records and securities. | 6.30 |
| 11/02/05 | Blanton | Office conference with Ms. Verpeet to discuss her verification work. | .10 |
| 11/02/05 | Verpeet | Finish research (2.1) and create spreadsheet describing retention statutes re corporate structure, shareholder voting, legal documents, etc. (2.2). | 4.30 |
| 11/03/05 | Blanton | Draft memorandum reflecting broader category of documents and retention period related to each. | 3.60 |
| 11/07/05 | Blanton | Office conference with Ms. Mendelsohn regarding memorandum reorganizing W.R. Grace document types. | .80 |
| 11/07/05 | Mendelsohn | Review Ms. Blanton's memo to Mr. Whittier and revise same. | .60 |
| | | TOTAL HOURS | 15.70 |

172573 W. R. Grace & Co.                          Invoice Number   1353255
60034  Records Retention Project                  Page    2
       December 23, 2005


TIME SUMMARY                 Hours        Rate          Value
-----------------------      ---------------------      -------
Stephanie L. Mendelsohn      0.60  at  $  395.00  =      237.00
Dana A. Blanton              4.50  at  $  250.00  =    1,125.00
Evelien Verpeet             10.60  at  $  250.00  =    2,650.00

                             CURRENT FEES                      4,012.00


                                                       ------------
               TOTAL BALANCE DUE UPON RECEIPT           $4,012.00
                                                       ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                         Invoice Number      1353256
One Town Center Road                    Invoice Date       12/23/05
Boca Raton, FL    33486                 Client Number       172573



================================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

        Fees                        34,801.00
        Expenses                         0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $34,801.00
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number     1353256
One Town Center Road                     Invoice Date      12/23/05
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60035


===========================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2005

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 10/25/05 | Atkinson | Review and copies made of testing materials to send to Tyler D. Mace, Esquire, (Kirkland & Ellis) per Kirkland & Ellis request. | 1.80 |
| 11/01/05 | Cameron | Telephone call with R. Finke regarding document request (0.2); meet with J. Restivo regarding same (0.3); e-mails to M. Atkinson regarding same (0.1); review historical testing materials (0.7). | 1.30 |
| 11/02/05 | Cameron | Attend to R. Finke request regarding document search. | .70 |
| 11/03/05 | Cameron | Attend to document search issues. | .50 |
| 11/04/05 | Cameron | Telephone call with R. Finke regarding document production and document review issues (0.3); review documents from litigation data base to provide to K&E (1.1); letter to K&E regarding same (0.4). | 1.80 |
| 11/05/05 | Cameron | Additional document review regarding production issues. | .80 |
| 11/07/05 | Atkinson | Review file contents reports and files re: request from Kirkland & Ellis for depositions taken in ZAI Science Trial matter. | 2.60 |

172573 W. R. Grace & Co.                          Invoice Number   1353256
60035  Grand Jury Investigation                   Page    2
       December 23, 2005


| Date | Name | | Hours |
|------|------|------|------|
| 11/08/05 | Atkinson | Review storage files re:  request from Kirkland & Ellis for depositions taken in ZAI Science Trial litigation (2.10); telephone call with T. Stansbury (Kirkland & Ellis) and pdf e-mail copy of expert deposition (0.30). | 2.40 |
| 11/09/05 | Atkinson | Review files re:  depositions taken per Kirkland & Ellis request. | 1.60 |
| 11/09/05 | Cameron | Meet with M. Atkinson regarding request for documents and depositions (0.4); review same (0.9); follow-up e-mails and telephone call with R. Finke (0.7). | 2.00 |
| 11/10/05 | Atkinson | Continue to review files, Repository re: depositions taken in ZAI Science trial matter per Kirkland & Ellis, and draft letter to Terrell Stansbury listing depositions. | 1.30 |
| 11/10/05 | Cameron | Attend to request from K. Coggan for expert materials (0.4); review deposition transcripts and reports regarding same (0.9); multiple e-mails regarding same (0.3); telephone call with R. Finke regarding same (0.1); meet with M. Atkinson regarding same (0.2); meet with L. Flatley regarding same (0.2). | 2.10 |
| 11/11/05 | Atkinson | Review files to compile copies of depositions per Kirkland & Ellis request (3.10); letter to T. Stansbury (Kirkland & Ellis) enclosing all depositions (0.60). | 3.70 |
| 11/11/05 | Cameron | Follow-up relating to expert witnesses (.70); review files re: same (.90). | 1.60 |
| 11/14/05 | Atkinson | Review materials from historical files to provide transcripts and expert reports requested by Holme Roberts & Owen LLP. | 2.80 |

172573 W. R. Grace & Co.                          Invoice Number   1353256
60035  Grand Jury Investigation                   Page    3
       December 23, 2005

| Date | Name | | Hours |
|------|------|--|-------|
| 11/14/05 | Cameron | Telephone call with K. Coggan regarding expert witnesses for criminal matter (0.8); review expert report and deposition regarding same (0.9); review government witness list (0.6). | 2.30 |
| 11/15/05 | Atkinson | Copies of Kirkland & Ellis and Holme Roberts request letters to R. Finke (Grace) (0.20); return depositions, reports to permanent files (0.70). | .90 |
| 11/15/05 | Cameron | E-mails regarding summary of expert issues (0.7); review various expert witness materials (1.9); review ZAI Science Trial record and historical testing records (0.8). | 3.40 |
| 11/16/05 | Cameron | Review e-mail from K. Coggan regarding experts (0.4); telephone call with R. Finke regarding same (0.3); review expert materials (0.4). | 1.10 |
| 11/17/05 | Cameron | Multiple telephone calls and e-mails regarding expert witnesses for criminal matter (0.9); review draft outline regarding same (0.8); review expert witness file materials (0.9). | 2.60 |
| 11/18/05 | Cameron | Continued attention to materials relating to expert witnesses for criminal investigation (1.2); review of prior reports from experts (1.8); e-mails regarding same (0.3). | 3.30 |
| 11/19/05 | Cameron | E-mails relating to expert witnesses (0.2); review expert witness summaries (0.7); review reports from property damage estimation (0.9). | 1.80 |
| 11/20/05 | Cameron | E-mails from R. Finke (0.2); review expert materials (0.6). | .80 |

172573  W. R. Grace & Co.                              Invoice Number   1353256
60035   Grand Jury Investigation                       Page    4
        December 23, 2005


| Date | Name | | Hours |
|------|------|---|------|

| 11/21/05 | Cameron | Review e-mails from K&E regarding expert witnesses (0.2); voicemail regarding same (0.1); review expert witness files and K. Coggan summary for comments (0.9). | 1.20 |
| 11/22/05 | Atkinson | E-mail to D. Cameron re: additional testing materials requested by Kirkland & Ellis. | .80 |
| 11/22/05 | Cameron | Telephone call with R. Finke regarding expert witness issues (0.3); review of e-mails and materials relating to product testing issues (0.9); review consultant testing and related materials for meetings on 11/19 (0.8); review government expert disclosures (1.1). | 3.10 |
| 11/23/05 | Cameron | Telephone call with R. Finke regarding witness meetings (0.4); telephone call with L. Flatley regarding same (0.2); review government expert witness disclosures (1.9); e-mails and telephone calls regarding meetings the week of 11/28 (0.4). | 2.90 |
| 11/23/05 | Flatley | Call with R. Finke and follow-up to preparation for 11/28 conference call (.8); call with D. Cameron (.3). | 1.10 |
| 11/25/05 | Cameron | Review portions of materials from K. Coggan regarding upcoming meeting with experts. | 2.00 |
| 11/26/05 | Cameron | Additional review of expert materials from K. Coggan in preparation for meetings in Pittsburgh. | 3.00 |
| 11/27/05 | Cameron | Review outline of trial preparation issues for call with defense team (0.9); review government witness disclosures regarding same (1.7). | 2.60 |

172573  W. R. Grace & Co.                          Invoice Number   1353256
60035   Grand Jury Investigation                   Page    5
        December 23, 2005


| Date | Name | | Hours |
|------|------|---|-------|

| 11/28/05 | Cameron | E-mails and telephone call with L. Flatley regarding upcoming meeting (0.2); review expert materials for meeting with K&E and Grace in-house counsel in Washington, DC (1.4); review materials from K. Coggan in preparation for expert meetings in Pittsburgh (3.8); telephone call with R. Finke regarding same (0.2). | 5.60 |
| 11/28/05 | Flatley | E-mails and preparation for conference call (1.8); meet with D. Cameron (0.1); conference call with R. Senftleben, D. Kuchinsky et al. (1.9); follow-up on conference call, including scheduling 12/5 meeting (0.4) | 4.20 |
| 11/29/05 | Atkinson | Searches for testing materials per request from Kirkland & Ellis. | .50 |
| 11/29/05 | Atkinson | E-mail to Litigation Support re: providing testing materials to Kirkland & Ellis. | .20 |
| 11/29/05 | Cameron | Prepare for (0.9) and meet with K. Coggan and potential consultant regarding expert work (4.5); follow-up review of testing data (0.8); conference call with R. Finke regarding same (0.3); e-mails regarding December 5 meeting with K&E (0.4); review expert witness disclosures and strategy memo regarding same (1.4). | 8.30 |
| 11/29/05 | Flatley | Emails regarding Monday meeting in Washington, DC (.2) and preparation for meetings (.3). | .50 |
| 11/30/05 | Cameron | Continued review of expert witness materials, including past reports, disclosures, summary outlines, etc. (3.2); preparation for strategy meeting in Washington, DC | 4.10 |

172573  W. R. Grace & Co.
60035   Grand Jury Investigation
        December 23, 2005

Invoice Number   1353256
Page   6

with K&E and Grace in-house
counsel (0.9).

```
                                      ------
                          TOTAL HOURS   83.30
```

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Lawrence E. Flatley | 5.80 | at $ | 495.00 | = | 2,871.00 |
| Douglas E. Cameron | 58.90 | at $ | 490.00 | = | 28,861.00 |
| Maureen L. Atkinson | 18.60 | at $ | 165.00 | = | 3,069.00 |
| | | | CURRENT FEES | | 34,801.00 |

```
                                         ------------
           TOTAL BALANCE DUE UPON RECEIPT   $34,801.00
                                         ============
```