# EXHIBIT B

## (Preparation of Fee Application)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD   21044

January 23, 2006
Client/Matter #   01246-012629
Invoice # 108630
Federal ID# 52-1247549

For Legal Services Rendered Through 10/31/05 in Connection With:

**PLEASE REMIT PAYMENT TO :**    BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

Bankruptcy Fee Application

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 10/18/05 | P. Marks | 0.50 | Telephone conference with W.R. Grace counsel re process for applications to court; internal firm followup re same. |
| 10/19/05 | P. Marks | 0.25 | Coordinate with Grace re process for applications. |
| 10/24/05 | P. Marks | 0.50 | Coordinate with Grace re fee application process; directions to staff re same. |

Total Hours :    1.25

Total Fees :    $ 406.25

BEVERIDGE & DIAMOND, P.C.                                INVOICE #  108630
                                                         January 23, 2006
                                                         PAGE   2

Time Summary:

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 1.25 | $325.00 | $ 406.25 |
|  | Total Fees : |  | $ 406.25 |
|  | **TOTAL DUE :** |  | $ 406.25 |

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

January 23, 2006
Client/Matter #  01246-012629
Invoice # 108632
Federal ID# 52-1247549

For Legal Services Rendered Through 11/30/05 in Connection With:

**PLEASE REMIT PAYMENT TO :**    BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Bankruptcy Fee Application**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 11/07/05 | P. Marks | 2.00 | Prepare bills for filing. |
| 11/08/05 | P. Marks | 1.75 | Review court order and sample fee applications; coordinate with staff re application process and past billing. |
| 11/09/05 | P. Marks | 1.00 | Evaluate and work on system for billing and preparing fee applications. |
| 11/15/05 | P. Marks | 1.00 | Prepare fee applications. |
| 11/22/05 | P. Marks | 0.50 | Prepare fee applications (May through October). |
| 11/23/05 | P. Marks | 1.50 | Prepare fee applications. |

Total Hours :    7.75

Total Fees :    $2,518.75

BEVERIDGE & DIAMOND, P.C.

INVOICE #  108632
January 23, 2006
PAGE  2

Time Summary:

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 7.75 | $325.00 | $2,518.75 |
|  | Total Fees : |  | $2,518.75 |
|  | TOTAL DUE : |  | $2,518.75 |