IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: March 6, 2006 at 4:00 p.m. |

## FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S MONTHLY FEE APPLICATION FOR THE PERIOD DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

January 23, 2006  
Client/Matter #  01246-011548  
Invoice # 108629  
Federal ID# 52-1247549

For Legal Services Rendered Through 12/31/05 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.  
SUITE 700  
1350 I STREET, N.W.  
WASHINGTON, D.C. 20005-3311

**Curtis Bay FUSRAP Bankruptcy Claim Resolution**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 12/01/05 | K. Bourdeau | 0.50 | Conference with P. Marks re allocation paper; review draft transmittal letter to U.S. |
| 12/01/05 | P. Marks | 5.00 | Conference with K. Bourdeau re allocation paper; prepare allocation memorandum, attachments and correspondence re same. |
| 12/02/05 | P. Marks | 3.00 | Prepare allocation memorandum, attachments and correspondence re same; evaluate next steps. |
| 12/15/05 | P. Marks | 1.00 | Communications re allocation memorandum followup and scheduling. |
| 12/19/05 | P. Marks | 0.25 | Communications with K. Bourdeau re status and tasks. |
| 12/20/05 | K. Bourdeau | 0.25 | Email exchange with P. Marks re status, tasks and legal issues. |
| 12/20/05 | P. Marks | 2.25 | Telephone conference with client re tasks and strategy; followup re same; communications with opposing counsel. |
| 12/21/05 | P. Marks | 1.00 | Research. |
| 12/22/05 | P. Marks | 2.50 | Research; handle case administrative tasks. |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  108629
                                                             January 23, 2006
                                                             PAGE   2



                          Total Hours :                 15.75

                          Total Fees  :            $5,238.75










BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  108629
                                                             January 23, 2006

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  108629
                                                             January 23, 2006
                                                             PAGE   3

**Disbursements:**

| | |
|---|---:|
| Long Distance Telephone | 5.76 |
| Duplicating | 318.30 |
| Express Delivery | 80.93 |
| Lexis/Westlaw Research | 824.11 |
| Information Service - VENDOR:LEXISNEXIS COURT LINK-Invoice #EA203803 dated 12/1/05 for product usage | 79.31 |

                              Total Disbursements :          $1,308.41

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K. Bourdeau | 0.75 | $485.00 | $ 363.75 |
| P. Marks | 15.00 | $325.00 | $4,875.00 |

                              Total Fees :                   $5,238.75

                              Total Disbursements :          $1,308.41

                              **TOTAL DUE :**                $6,547.16