# EXHIBIT B

# (Preparation of Fee Application)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD 21044

January 23, 2006  
Client/Matter # 01246-012629  
Invoice # 108631  
Federal ID# 52-1247549

For Legal Services Rendered Through 12/31/05 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Bankruptcy Fee Application**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 12/19/05 | P. Marks | 1.00 | Revise fee application and finalize (1st and 2nd quarterly and one monthly). |
| 12/20/05 | P. Marks | 0.50 | Work on fee applications. |

Total Hours :  1.50

Total Fees :  $ 487.50

BEVERIDGE & DIAMOND, P.C.

INVOICE #  108631
January 23, 2006
PAGE  2

Time Summary:

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 1.50 | $325.00 | $ 487.50 |
|  | Total Fees : |  | $ 487.50 |
|  | **TOTAL DUE** : |  | $ 487.50 |