# EXHIBIT B
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

January 25, 2006

Bill Number 89121
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through December 31, 2005

FEDERAL EXPRESS

| Date | Description | Amount |
|---|---|---|
| 12/05/05 | To 400 L'Ambiance Circle, Robert Murphy from Casner & Edwards on 11/17/05 by MB. | 20.29 |
| 12/27/05 | To One Thomas Cir, Caplin & Drysdale from Casner & Edwards on 12/13/05 by MTM. | 915.40 |
| 12/27/05 | To 3000 K St., Swidler Berlin LLP, Debbie Felder from Casner & Edwards on 12/15/05 by MTM | 24.16 |
| 12/27/05 | To One Thomas Cir, Caplin & Drysdale, Nathan Finch from Casner & Edwards on 12/15/05 by MTM. | 53.06 |
| 12/27/05 | To 180 Maiden Ln, Stroock Stroock & Lavan, Arlene Krieger from Casner & Edwards on 12/15/05 by MTM. | 20.17 |

$1,033.08

PACER ONLINE SEARCH

| Date | Description | Amount |
|---|---|---|
| 12/30/05 | Pacer Transactions dated 7/6-7/8, 7/12-7/13, 7/15, 7/20, 7/22, 7/26, 7/28, 8/03-8/04, 8/10, 8/17, 8/29, 9/7, 9/9, 9/12, 9/14 & 9/28/05 for documents filed in the Delaware Bankruptcy Court. | 143.92 |

$143.92

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through December 31, 2005

PHOTOCOPYING

| | | |
|---|---|---:|
| 12/07/05 | 126 copies at .12 per copy | 15.12 |
| 12/07/05 | 578 copies at .12 per copy | 69.36 |
| 12/09/05 | 1 copies at .12 per copy | 0.12 |
| 12/13/05 | 276 copies at .12 per copy | 33.12 |
| 12/13/05 | 520 copies at .12 per copy | 62.40 |
| 12/15/05 | 33 copies at .12 per copy | 3.96 |
| 12/15/05 | 92 copies at .12 per copy | 11.04 |
| 12/15/05 | 366 copies at .12 per copy | 43.92 |
| 12/15/05 | 585 copies at .12 per copy | 70.20 |
| 12/15/05 | 102 copies at .12 per copy | 12.24 |
| 12/15/05 | 223 copies at .12 per copy | 26.76 |
| 12/15/05 | 615 copies at .12 per copy | 73.80 |
| 12/22/05 | 17 copies at .12 per copy | 2.04 |
| 12/27/05 | 1 copies at .12 per copy | 0.12 |
| | | **$424.20** |

TELEPHONE

| | | | |
|---|---|---|---:|
| 12/02/05 | 329 | 4435358439 | 24.75 |
| 12/07/05 | 329 | 4122883094 | 1.43 |
| 12/09/05 | 329 | 2696959676 | 0.55 |
| 12/13/05 | 329 | 2028795933 | 1.21 |
| 12/13/05 | 329 | 2028795933 | 0.44 |
| 12/14/05 | 329 | 4435358439 | 11.00 |
| 12/14/05 | 329 | 2028795933 | 0.99 |
| | | | **$40.37** |

RENT REIMBURSEMENT

| | | |
|---|---|---:|
| 12/08/05 | RREEF AMERICA REIT III CORP-Rent and utilities for document repository at One Winthrop Square-December 2005 | 11,118.93 |
| | | **$11,118.93** |

MISCELLANEOUS

| | | |
|---|---|---:|
| 12/19/05 | RECORDKEEPER ARCHIVE-Storage 11/01/05-11/30/05 | 409.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through December 31, 2005

MISCELLANEOUS

| | | |
|---|---|---|
| 12/28/05 | RECORDKEEPER ARCHIVE-November 2005 Delivery Charges | 54.00 |
| | | $463.00 |
| | TOTAL DISBURSEMENTS | $13,223.50 |
| | TOTAL THIS BILL | $13,223.50 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

January 25, 2006

Bill Number 89122
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through December 31, 2005

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 12/05/05 | To 919 N. Market Street, Pachulski Stang Ziehl Young-Scotta McFarland from Casner & Edwards on 11/08/05 by RAM. | 20.17 | |
| 12/27/05 | To 919 N. Market St., Pachulski Stang Ziehl, Scotta McFarland from Casner & Edwards on 12/15/05 by RAM. | 14.46 | |
| | | | $34.63 |

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 12/01/05 | 357 | 4105314545 | 2.20 | |
| | | | | $2.20 |
| | | TOTAL DISBURSEMENTS | | $36.83 |

Page 1

Mark A. Shelnitz

| | |
|---|---:|
| TOTAL THIS BILL | $36.83 |