## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: March 6, 2005 |
| | : | Hearing Date:  TBD, if necessary |

## FEE DETAIL FOR PITNEY HARDIN LLP'S
## FIFTY-SIXTH INTERIM FEE APPLICATION FOR THE PERIOD
## FROM DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## EXHIBIT A

## FEES FOR THE FEE PERIOD DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005[2]

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| | | | |
|---|---|---|---|
| 12/07/05 | Address cemetery documents from trial/appeal. | | |
| 14 | W. Hatfield | 0.2 | 67.00 |
| 12/07/05 | Letter to client on Jersey City issues and memos on DEP issues. | | |
| 14 | W. Hatfield | 0.3 | 100.50 |
| 12/07/05 | Address additional documents to be indexed and sent to storage. | | |
| 3 | F. Stella | 0.5 | 130.00 |
| 12/07/05 | Review index for certain documents. | | |
| 3 | F. Stella | 0.3 | 78.00 |
| 12/08/05 | Address document issues. | | |
| 14 | W. Hatfield | 0.2 | 67.00 |
| 12/08/05 | Follow up on indexing documents and organizing files for cemetery. | | |
| 3 | F. Stella | 0.5 | 130.00 |
| 12/16/05 | Call with client on case issues | | |
| 14 | W. Hatfield | 0.1 | 33.50 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| W. Hatfield | 14 | 0.8 | 335.00 | 268.00 |
| F. Stella | 3 | 1.3 | 260.00 | 338.00 |
| TOTAL | | 2.1 | | 606.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| | |
|---|---|
| 12/07/05 | Follow up re: document request by Property Damage Plaintiffs re: insurance |

---

[2] Legend for Pitney Hardin LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

|  |  |  |  |
|---|---|---|---|
| 14 | documents.<br>A. Marchetta | 0.6 | 315.00 |
| 12/08/05<br>14 | Follow up re: insurance documents from Property Damage counsel and telephone call with Property Damage counsel re: DEP Claim.<br>A. Marchetta | 1.1 | 577.50 |
| 12/09/05<br>14 | Follow up re: request of client re: insurance litigation information.<br>A. Marchetta | 0.5 | 262.50 |
| 12/19/05<br>14 | Work on audit letter repose.<br>A. Marchetta | 0.3 | 157.50 |
| 12/23/05<br>18 | Review docket and recent court orders to determine year end payments.<br>K. Jasket | 1.0 | 235.00 |
| 12/28/05<br>18 | Drafted fee application for October 2005.<br>K. Jasket | 1.5 | 352.50 |
| 12/29/05<br>18 | Drafted fee application for November 2005.<br>K. Jasket | 1.5 | 352.50 |
| 12/30/05<br>18 | Review and revise PH's November, 2005 Fee Application.<br>S. Zuber | 0.3 | 112.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK<br>CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 2.5 | 525.00 | 1,312.50 |
| S. Zuber | 18 | 0.3 | 375.00 | 112.50 |
| K. Jasket | 18 | 4.0 | 235.00 | 940.00 |
| | TOTAL | 6.8 | | 2,365.00 |

Client: 030423 GLOUCESTER NEW COMMUNITIES CO
Matter: 066958 Landfill Closure Issues (Gloucester)

| 11/01/05<br>14 | Memo to B. Bowe on deed notice and subdivision<br>W. Hatfield | 0.2 | 67.00 |
|---|---|---|---|
| 12/07/05<br>14 | Memos with client on deed notice and subdivision issues<br>W. Hatfield | 0.3 | 100.50 |
| 12/16/05<br>14 | Call with client on case issues<br>W. Hatfield | 0.1 | 33.50 |

3

| 12/20/05 14 | Address deed notice issues.<br>W. Hatfield | 0.4 | 134.00 |
|---|---|---|---|
| 12/20/05 14 | Memo with clients on matter.<br>W. Hatfield | 0.3 | 100.50 |
| 12/20/05 14 | Call B. Bowe.<br>W. Hatfield | 0.3 | 100.50 |
| 12/21/05 14 | Address subdivision issues<br>W. Hatfield | 0.3 | 100.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| W. Hatfield | 14 | 1.9 | 335.00 | 636.50 |
| TOTAL | | 1.9 | | 636.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 114715 NJDEP v. W.R. Grace et al.

| 11/18/05 3 | Begin researching plant site history and ownership (including title to property, leaseholds, historic usage).<br>M. Morgan | 2.6 | 520.00 |
|---|---|---|---|
| 11/21/05 3 | Further research of plant site history and ownership (including title, leaseholds and historic usage).<br>M. Morgan | 1.8 | 360.00 |
| 11/22/05 3 | Further research plant site history and ownership (including title to property, leaseholds, historic usage).<br>M. Morgan | 2.4 | 480.00 |
| 11/23/05 3 | Begin researching state and local government and federal knowledge of use of asbestos (and asbestos in vermiculite) at the site (including RTK/Sara Tier II Reports, OSHA Inspections, Board of Health visits, submission of waste surveys, etc).<br>M. Morgan | 2.8 | 560.00 |
| 12/01/05 3 | Review DEP response letter to PAS.<br>P. Herzberg | 0.4 | 158.00 |
| 12/01/05 14 | Work with M. Morgan re: issues concerning production and witnesses.<br>A. Marchetta | 0.8 | 420.00 |

1382522A01020306

| 12/01/05 | Work with M. Morgan and Y. Day re: assembling additional documents to send to K&E re: 1982 USEPA reports on potential risks of expansion plants. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.3 | 103.50 |

| 12/01/05 | Continued to review documents and prepare chronology concerning air monitoring at Hamilton Plant. | | |
|---|---|---|---|
| 3 | J. Spielberg | 1.5 | 360.00 |

| 12/01/05 | Review of waste disposal documents in preparation of topic summary concerning same. | | |
|---|---|---|---|
| 3 | M. Meyer | 3.4 | 663.00 |

| 12/01/05 | Further identify witnesses for interviewing and work with A. Marchetta re: same. | | |
|---|---|---|---|
| 3 | M. Morgan | 1.6 | 320.00 |

| 12/01/05 | Work with Billy Jacobson at K&E regarding scheduling of witness interviews and completion of tasks. | | |
|---|---|---|---|
| 3 | M. Morgan | 1.1 | 220.00 |

| 12/01/05 | Review and synthesize USEPA/Versar report concerning W.R. Grace Hamilton vermiculite expansion facility and circulate same to K&E. | | |
|---|---|---|---|
| 3 | M. Morgan | 3.4 | 680.00 |

| 12/01/05 | Receipt and review of NJ DEP letter concerning Supplemental PA/SI report and preparation of work schedule. Follow up with A. Marchetta and P. Herzberg regarding same. | | |
|---|---|---|---|
| 3 | M. Morgan | 1.5 | 300.00 |

| 12/01/05 | Begin drafting topic summary concerning history of Hamilton Township Vermiculite Expansion facility. Research document database for additional documents concerning same. | | |
|---|---|---|---|
| 3 | M. Morgan | 2.3 | 460.00 |

| 12/01/05 | Reviewed and analyzed client's document sets, and focused on Industrial Hygiene documents in order to aid with the summarization of the Industrial hygiene document file, and creation of a detailed chronology of corporate position and information on the subject. | | |
|---|---|---|---|
| 3 | A. Stahl | 0.1 | 19.00 |

| 12/01/05 | Assist in reviewing of documents concerning government's knowledge of Grace's use of asbestos and preparation of topic summaries. | | |
|---|---|---|---|
| 3 | J. Mandel | 3.6 | 972.00 |

| 12/01/05 | Reviewed documents and drafted topical summary regarding workplace | | |

5

|          |                                                                                                                                                                                                                      |      |        |
|----------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|--------|
|          | safety and knowledge of dangers of asbestos in general and of tremolite.                                                                                                                                              |      |        |
| 46       | J. Varone                                                                                                                                                                                                            | 1.7  | 340.00 |
| 12/01/05 | Respond to attorney M. Morgan request for complete USEPA/Versar report for forwarding to co-counsel.                                                                                                                  |      |        |
| 14       | Y. Day                                                                                                                                                                                                               | 0.3  | 33.00  |
| 12/01/05 | Compile Hamilton historical documents for attorney M. Morgan review and synthesis of same.                                                                                                                           |      |        |
| 14       | Y. Day                                                                                                                                                                                                               | 0.4  | 44.00  |
| 12/01/05 | Further search and compile documents for attorney M. Meyer concerning waste disposal.                                                                                                                                |      |        |
| 14       | Y. Day                                                                                                                                                                                                               | 1.4  | 154.00 |
| 12/02/05 | Review DEP correspondence concerning Supplemental PA/SI Report and preparation of workplan and meeting with A. Marchetta concerning same.                                                                             |      |        |
| 3        | P. Herzberg                                                                                                                                                                                                          | 0.3  | 118.50 |
| 12/02/05 | Work with M. Morgan re: DEP issues; telephone calls to clients re: same and follow up re: production issues.                                                                                                          |      |        |
| 14       | A. Marchetta                                                                                                                                                                                                         | 1.3  | 682.50 |
| 12/02/05 | Telephone call with R. Marriam re: URS Plan.                                                                                                                                                                          |      |        |
| 14       | A. Marchetta                                                                                                                                                                                                         | 0.5  | 262.50 |
| 12/02/05 | Work with M. Morgan and review of his e-mail to A. Marchetta re: selecting most-favorable documents to be forwarded to federal prosecutor and re: summary of available information concerning worker safety issues; confer with J. Varone re: same. |      |        |
| 3        | B. Moffitt                                                                                                                                                                                                           | 0.3  | 103.50 |
| 12/02/05 | Continue preparation of industrial hygiene narrative.                                                                                                                                                                 |      |        |
| 3        | S. Muhlstock                                                                                                                                                                                                         | 0.9  | 243.00 |
| 12/02/05 | Assist in reviewing of documents and preparation of topic summary concerning air sampling at Hamilton Plant.                                                                                                          |      |        |
| 3        | J. Mandel                                                                                                                                                                                                            | 2.7  | 729.00 |
| 12/02/05 | Discuss case status with B. Moffitt and M. Morgan.                                                                                                                                                                    |      |        |
| 14       | J. Varone                                                                                                                                                                                                            | 0.3  | 60.00  |
| 12/02/05 | Review of waste disposal correspondence and 40 CFR Part 61 (NESHAPs).                                                                                                                                                 |      |        |
| 3        | M. Meyer                                                                                                                                                                                                             | 0.8  | 156.00 |
| 12/02/05 | Further research and draft topic summary on waste disposal at Hamilton                                                                                                                                                |      |        |

6

|   |   |   |   |
|---|---|---|---|
|   | Plant. |   |   |
| 3 | M. Meyer | 3.6 | 702.00 |
| 12/02/05 | Further prepare topic summary concerning history of Hamilton Township Vermiculite Expansion facility. |   |   |
| 3 | M. Morgan | 2.6 | 520.00 |
| 12/02/05 | Further prepare and coordinate interviews of witnesses concerning Hamilton Plant with N. Susalis. |   |   |
| 3 | M. Morgan | 1.0 | 200.00 |
| 12/02/05 | Further work on summary of history of Hamilton Plant and insert end notes regarding same. |   |   |
| 3 | M. Morgan | 2.7 | 540.00 |
| 12/02/05 | Work with Peter Herzberg and Bob Marriam concerning the NJ DEP 11/29 letter concerning supplemental PA/SI and work plan. |   |   |
| 3 | M. Morgan | 0.5 | 100.00 |
| 12/02/05 | Prepare summary of Leo Fletcher interview and forward same to Grace counsel. |   |   |
| 3 | M. Morgan | 1.0 | 200.00 |
| 12/02/05 | Conference with W. Jacobson regarding coordination of on-going tasks to be completed including witness interviews and document proffer to AUSA Calcagni. |   |   |
| 3 | M. Morgan | 0.5 | 100.00 |
| 12/02/05 | Work with B. Moffitt on document proffer to AUSA Calcagni |   |   |
| 3 | M. Morgan | 0.2 | 40.00 |
| 12/02/05 | Work with Y. Day on compiling supplemental production to counsel for Bettacchi, Burrill, Cintani, and Cardinal. |   |   |
| 3 | M. Morgan | 0.5 | 100.00 |
| 12/02/05 | Prepare for conference with W. Jacobson regarding witness interviews and AUSA Calcagni proffer. |   |   |
| 3 | M. Morgan | 1.2 | 240.00 |
| 12/02/05 | Update production of documents to co-counsel - all documents authored and received by R. Bettacchi. |   |   |
| 14 | Y. Day | 3.6 | 396.00 |
| 12/02/05 | Respond to attorney M. Morgan request for documents from and to J. Wolter in preparation for proffer to AUSA Calcagni. |   |   |
| 14 | Y. Day | 2.0 | 220.00 |

| | | | |
|---|---|---|---|
| 12/03/05 | Further draft summary of plant history concerning the Hamilton Vermiculite Expansion Plant and incorporate documents retrieved from PH and K&E databases. | | |
| 3 | M. Morgan | 2.3 | 460.00 |
| | | | |
| 12/05/05 | Review DEP letter re: RIWP and work with A. Marchetta re: RIWP. | | |
| 3 | P. Herzberg | 0.5 | 197.50 |
| | | | |
| 12/05/05 | E-mails and follow up re: DEP response. | | |
| 14 | A. Marchetta | 0.7 | 367.50 |
| | | | |
| 12/05/05 | Follow up on documents for proffer and AUSA and interviews. | | |
| 14 | A. Marchetta | 0.8 | 420.00 |
| | | | |
| 12/05/05 | Work with S. Muhlstock re: summaries of historical documents concerning specific liability issues. | | |
| 3 | B. Moffitt | 0.1 | 34.50 |
| | | | |
| 12/05/05 | Work with M. Morgan re: review of documents forwarded by M. Waller prior to his departure. | | |
| 3 | B. Moffitt | 0.1 | 34.50 |
| | | | |
| 12/05/05 | Continue preparation of industrial hygiene narrative. | | |
| 3 | S. Muhlstock | 2.8 | 756.00 |
| | | | |
| 12/05/05 | Further review documents and prepare chronology concerning air sampling at plant. | | |
| 3 | J. Spielberg | 2.5 | 600.00 |
| | | | |
| 12/05/05 | Receipt and review of expert reports of Lee, Corn and Morse.  Cross-reference expert observations with Hamilton facility. | | |
| 3 | M. Morgan | 2.4 | 480.00 |
| | | | |
| 12/05/05 | Work with N. Susalis concerning the scheduling of J. Ashworth's interview in Union, KY.  Obtain authority from R. Senftleben regarding same. | | |
| 3 | M. Morgan | 0.5 | 100.00 |
| | | | |
| 12/05/05 | Receipt and review of tolling agreement entered into by and between Grace and AUSA Tom Calcagni. | | |
| 3 | M. Morgan | 0.2 | 40.00 |
| | | | |
| 12/05/05 | Further research and preparation of topic summary concerning government's knowledge that Grace used asbestos in its products in Hamilton. | | |
| 3 | M. Morgan | 2.4 | 480.00 |

8

| 12/05/05 | Receipt and review of Cardinal interview summary from Scott Thompson, Esq. | | |
|---|---|---|---|
| 3 | M. Morgan | 1.0 | 200.00 |
| | | | |
| 12/05/05 | Compile and review documents concerning Jack Ashworth in anticipation of interview. | | |
| 3 | M. Morgan | 1.8 | 360.00 |
| | | | |
| 12/05/05 | Further compile and review documents concerning John Kozarovich and forward same to Adrian Mebane, Esq. (counsel for Kozarovich) in anticipation of interview.  Forward copy of same to K&E. | | |
| 3 | M. Morgan | 1.7 | 340.00 |
| | | | |
| 12/05/05 | Reviewed and analyzed client's document sets, and focused on Industrial Hygiene documents in order to aid with the summarization of the hygiene document file, and creation of a detailed chronology of corporate position and information on the subject. | | |
| 3 | A. Stahl | 1.8 | 342.00 |
| | | | |
| 12/05/05 | Research and compile for M. Morgan additional documents which indicate Federal or State agency knowledge of vermiculite or asbestos at Hamilton. | | |
| 14 | Y. Day | 5.4 | 594.00 |
| | | | |
| 12/05/05 | Research dates during which J. Ashworth was Hamilton plant manager for attorney M. Morgan. | | |
| 14 | Y. Day | 0.3 | 33.00 |
| | | | |
| 12/06/05 | Telephone conference with M. Morgan and M. Meyer re: GROWS waste. | | |
| 3 | P. Herzberg | 0.2 | 79.00 |
| | | | |
| 12/06/05 | Follow up re: witness interviews and status of document review and issue analysis. | | |
| 14 | A. Marchetta | 0.8 | 420.00 |
| | | | |
| 12/06/05 | Confer with J. Spielberg re: summaries of historical documents concerning specific liability issues. | | |
| 3 | B. Moffitt | 0.2 | 69.00 |
| | | | |
| 12/06/05 | Continue preparation of summary concerning industrial hygiene. | | |
| 3 | S. Muhlstock | 3.5 | 945.00 |
| | | | |
| 12/06/05 | Review permit summary to determine necessity of incorporating additional documents. | | |
| 3 | J. Mandel | 0.4 | 108.00 |

1382522A01020306

| | | | |
|---|---|---|---|
| 12/06/05 | Review additional documents concerning permit information. | | |
| 3 | J. Mandel | 0.5 | 135.00 |
| 12/06/05 | Continued to review documents and prepare chronology concerning air sampling. | | |
| 3 | J. Spielberg | 3.7 | 888.00 |
| 12/06/05 | Continued drafting topic summary of waste disposal documents. | | |
| 3 | M. Meyer | 3.7 | 721.50 |
| 12/06/05 | Review and synthesize Judge McKeown's Ninth Circuit Opinion concerning EPA remediation of Libby in anticipation of similar arguments in NJ. | | |
| 3 | M. Morgan | 1.5 | 300.00 |
| 12/06/05 | Prepare for phone call with Matt Coglianese concerning pending litigation in NJ. | | |
| 3 | M. Morgan | 0.5 | 100.00 |
| 12/06/05 | Coordinate scheduling of Ashworth and Wright interviews with K&E. | | |
| 3 | M. Morgan | 0.2 | 40.00 |
| 12/06/05 | Further work on topic summary concerning government's knowledge of Grace's use of asbestos in its products.  Research and compile documents from database concerning same. | | |
| 3 | M. Morgan | 2.4 | 480.00 |
| 12/06/05 | Work with M. Meyer concerning EPA FOIA request and obtaining documents. | | |
| 3 | M. Morgan | 0.4 | 80.00 |
| 12/06/05 | Further research documents concerning topic summaries and coordinate same among Grace team. | | |
| 3 | M. Morgan | 1.8 | 360.00 |
| 12/06/05 | Further research government's knowledge concerning Grace's use of asbestos in products at Hamilton. | | |
| 3 | M. Morgan | 0.8 | 160.00 |
| 12/06/05 | Research and compile additional documents which indicate Federal or State agency knowledge of vermiculite or asbestos processing at Hamilton. | | |
| 14 | Y. Day | 1.6 | 176.00 |
| 12/06/05 | Research and compile additional documents re: Industrial Hygiene. | | |
| 14 | Y. Day | 4.9 | 539.00 |
| 12/07/05 | Review documents concerning interoffice conference (P. Herzberg, Y. Day) | | |

| | | | |
|---|---|---|---|
| | re: documents. | | |
| 3 | P. Herzberg | 0.3 | 118.50 |
| | | | |
| 12/07/05 | Worked with S. Muhlstock regarding industrial hygiene narrative. | | |
| 3 | A. Stahl | 0.1 | 19.00 |
| | | | |
| 12/07/05 | Reviewed and analyzed client's documents, and focused on Industrial Hygiene documents in order to aid with the summarization of the hygiene document file, and creation of a detailed chronology on the subject. | | |
| 3 | A. Stahl | 3.7 | 703.00 |
| | | | |
| 12/07/05 | Continue preparation of industrial hygiene narrative. | | |
| 3 | S. Muhlstock | 2.2 | 594.00 |
| | | | |
| 12/07/05 | Work with A. Stahl regarding industrial hygiene narrative. | | |
| 3 | S. Muhlstock | 0.1 | 27.00 |
| | | | |
| 12/07/05 | Assist with reviewing documents for master summaries. | | |
| 3 | J. Mandel | 1.5 | 405.00 |
| | | | |
| 12/07/05 | Reviewed documents and drafted topical summary regarding workplace safety and knowledge of dangers of asbestos and of tremolite. | | |
| 46 | J. Varone | 3.2 | 640.00 |
| | | | |
| 12/07/05 | Continued to review documents and prepare chronology. | | |
| 3 | J. Spielberg | 5.8 | 1,392.00 |
| | | | |
| 12/07/05 | Received call from B. Carr explaining status of FOIA requests; discussed call with M. Morgan and drafted e-mail to B. Carr memorializing our conversation. | | |
| 3 | M. Meyer | 1.1 | 214.50 |
| | | | |
| 12/07/05 | Proofread and finalized topic summary and forwarded to M. Morgan. | | |
| 3 | M. Meyer | 0.8 | 156.00 |
| | | | |
| 12/07/05 | Further work with M. Meyer concerning EPA FOIA Request with B. Carr. | | |
| 3 | M. Morgan | 0.5 | 100.00 |
| | | | |
| 12/07/05 | Work with Y. Day concerning document database research for updates on Burrill, Bettacchi, O'Connell, Cardinal, Kozarovich, Cintani, Ashworth, Kaluzny and others. | | |
| 3 | M. Morgan | 2.6 | 520.00 |
| | | | |
| 12/07/05 | Review and revise topic summary concerning waste disposal at the Hamilton plant. | | |
| 3 | M. Morgan | 2.1 | 420.00 |

11

| | | | |
|---|---|---|---|
| 12/07/05 | Update production of documents to co-counsel - all documents authored and received by J. Burrill. | | |
| 14 | Y. Day | 1.3 | 143.00 |
| | | | |
| 12/07/05 | Further search and compile documents referenced in Civil Complaint. | | |
| 14 | Y. Day | 0.7 | 77.00 |
| | | | |
| 12/07/05 | Further research and compile documents which indicate Federal or State agency knowledge of vermiculite or asbestos processing at Hamilton and provide to M. Morgan for review and synthesis of same. | | |
| 14 | Y. Day | 2.3 | 253.00 |
| | | | |
| 12/07/05 | Assist M. Morgan with memo to Kirkland & Ellis regarding inventory of W.R. Grace documents. | | |
| 14 | Y. Day | 1.7 | 187.00 |
| | | | |
| 12/08/05 | Follow up re: FOIA issue on EPA documents and work with M. Morgan re: same. | | |
| 14 | A. Marchetta | 0.7 | 367.50 |
| | | | |
| 12/08/05 | Reviewed and analyzed client's document sets, and focused on Industrial Hygiene documents in order to aid with the summarization of the hygiene document file, and creation of a detailed chronology on the subject. | | |
| 3 | A. Stahl | 4.8 | 912.00 |
| | | | |
| 12/08/05 | Continue preparation of industrial hygiene narrative. | | |
| 3 | S. Muhlstock | 2.3 | 621.00 |
| | | | |
| 12/08/05 | Assist with reviewing and synthesizing documents concerning master summaries. | | |
| 3 | J. Mandel | 1.0 | 270.00 |
| | | | |
| 12/08/05 | Continued to review documents and prepare chronology concerning air sampling at Hamilton Plant. | | |
| 3 | J. Spielberg | 6.0 | 1,440.00 |
| | | | |
| 12/08/05 | Proofread and revise topic summary on waste disposal, incorporating comments from M. Morgan. | | |
| 3 | M. Meyer | 0.6 | 117.00 |
| | | | |
| 12/08/05 | Follow-up with M. Morgan regarding questions about FOIA status from A. Marchetta; drafted e-mail for A. Marchetta's review and submission to W.R. Grace counsel. | | |
| 3 | M. Meyer | 0.2 | 39.00 |

| 12/08/05 | Finalized correspondence to B. Carr regarding outstanding FOIA request and memorializing conversation from 12/7/05; copied A. Marchetta and M. Morgan. | | |
|---|---|---|---|
| 3 | M. Meyer | 0.3 | 58.50 |
| 12/08/05 | Further preparation of summary concerning government's knowledge of use of asbestos at Hamilton Plant. | | |
| 3 | M. Morgan | 2.6 | 520.00 |
| 12/08/05 | Further research through stratify concerning documents for Burrill, Bettacchi, O'Connell, Cintani and others. | | |
| 3 | M. Morgan | 3.4 | 680.00 |
| 12/08/05 | Further prepare topic summaries concerning government knowledge of use of asbestos at Hamilton Plant and coordinate same among Grace team. | | |
| 3 | M. Morgan | 2.1 | 420.00 |
| 12/08/05 | Update production of documents to co-counsel - all documents authored and received by Kozarovich. | | |
| 14 | Y. Day | 5.8 | 638.00 |
| 12/08/05 | Update production of documents to co-counsel - all documents authored or received by J. Cintani. | | |
| 14 | Y. Day | 0.9 | 99.00 |
| 12/09/05 | Telephone calls and follow up re: schedule v. work plan re: site work. | | |
| 14 | A. Marchetta | 0.5 | 262.50 |
| 12/09/05 | Work with M. Morgan re: witness interviews and documents for AUSA presentation. | | |
| 14 | A. Marchetta | 1.0 | 525.00 |
| 12/09/05 | Further review and analyze client's document sets, and focused on Industrial Hygiene documents in order to aid with the summarization of the hygiene document file, and creation of a detailed chronology on the subject. | | |
| 3 | A. Stahl | 3.7 | 703.00 |
| 12/09/05 | Continue preparation of industrial hygiene narrative. | | |
| 3 | S. Muhlstock | 2.7 | 729.00 |
| 12/09/05 | Further review documents and draft topical summary regarding workplace safety and knowledge of dangers of asbestos in general and of tremolite. | | |
| 46 | J. Varone | 3.6 | 720.00 |
| 12/09/05 | Continued review of documents and prepare chronology concerning work place safety at Hamilton. | | |

13

| | | | |
|---|---|---|---|
| 3 | J. Spielberg | 3.1 | 744.00 |
| 12/09/05 3 | Reviewed e-mail from A. Marchetta regarding FOIA request status. M. Meyer | 0.1 | 19.50 |
| 12/09/05 3 | Prepare supplemental production to Burrill and Bettacchi's counsel and review documents for privilege prior to dissemination. M. Morgan | 2.4 | 480.00 |
| 12/09/05 3 | Review of additional Kozarovich documents and forward same to Adrian Mebane at Crowell Moring. M. Morgan | 0.7 | 140.00 |
| 12/09/05 3 | Prepare memorandum to K&E concerning history of document conducted by Pitney Hardin. M. Morgan | 3.5 | 700.00 |
| 12/09/05 3 | Prepare for and phone call with Reed Wright concerning work at Hamilton Plant and coordinate interview regarding same in Wilmington, NC. M. Morgan | 1.4 | 280.00 |
| 12/09/05 14 | Research and compile documents related to rescission of No Further Action Letter for J. Spielberg. Y. Day | 1.3 | 143.00 |
| 12/09/05 14 | Supplement production of documents to co-counsel - all documents authored and received by J. Cintani Y. Day | 0.6 | 66.00 |
| 12/09/05 14 | Supplement production of documents to co-counsel - all documents authored and received by Cardinal. Y. Day | 1.5 | 165.00 |
| 12/09/05 14 | Review supplemental production to co-counsel for privilege. Y. Day | 2.8 | 308.00 |
| 12/11/05 3 | Reviewed and analyzed document, and focused on Industrial Hygiene documents in order to aid with the summarization of the hygiene document file, and creation of a detailed chronology on the subject. A. Stahl | 3.1 | 589.00 |
| 12/12/05 14 | Telephone call with Dickinson re: status in DEP action and work with M. Morgan re: document review; work on DEP response with P. Herzberg and M. Morgan; telephone call with co-counsel re: grand jury issues. A. Marchetta | 1.4 | 735.00 |

14

| | | | |
|---|---|---|---|
| 12/12/05 | Review URS draft correspondence; telephone conference with M. Morgan, R. Merriam and M. Ackelsberg re: URS draft correspondence. | | |
| 3 | P. Herzberg | 1.5 | 592.50 |
| 12/12/05 | Work with M. Morgan re: selecting most-favorable documents to be forwarded to federal prosecutor and re: summary of available information concerning worker safety issues; confer with J. Varone re: same. | | |
| 3 | B. Moffitt | 0.3 | 103.50 |
| 12/12/05 | Continue preparation of industrial hygiene summary re: Hamilton Plant. | | |
| 3 | S. Muhlstock | 2.6 | 702.00 |
| 12/12/05 | Further draft topic summary regarding workplace safety and employer/employee knowledge of use of asbestos at plant. | | |
| 46 | J. Varone | 4.0 | 800.00 |
| 12/12/05 | Continued to review documents and prepare chronology concerning workplace safety. | | |
| 3 | J. Spielberg | 3.1 | 744.00 |
| 12/12/05 | Further research and draft summary concerning government's knowledge that Grace used asbestos at Hamilton. Work with J. Mandel re: same. | | |
| 3 | M. Morgan | 2.7 | 540.00 |
| 12/12/05 | Further prepare summary of Grace Hamilton facility and further coordinate same among Grace team. | | |
| 3 | M. Morgan | 3.4 | 680.00 |
| 12/12/05 | Research and compile Cardinal documents in anticipation of witness interview. | | |
| 3 | M. Morgan | 1.8 | 360.00 |
| 12/12/05 | Further prepare summary concerning government's knowledge that Grace used asbestos at Hamilton Plant. | | |
| 3 | M. Morgan | 0.5 | 100.00 |
| 12/12/05 | Continue review and analyze documents, and focused on Industrial Hygiene documents in order to aid with the summarization of the hygiene document file, and creation of a detailed chronology on the subject. | | |
| 3 | A. Stahl | 6.1 | 1,159.00 |
| 12/12/05 | Prepare cover letters for supplemental document productions to co-counsel. | | |
| 14 | Y. Day | 0.5 | 55.00 |
| 12/12/05 | Compile and organize documents produced to DAG Bonanno on 11/23/2005. | | |

15

| | | | |
|---|---|---|---|
| 14 | Y. Day | 3.4 | 374.00 |
| 12/12/05 | Review documents (Cardinal production to co-counsel) to determine privilege status. | | |
| 14 | Y. Day | 1.6 | 176.00 |
| 12/13/05 | Follow up re: grand jury testimony issues; review DEP submission; work with M. Morgan re: discovery issues and FOIA problem with EPA. | | |
| 14 | A. Marchetta | 1.4 | 735.00 |
| 12/13/05 | Review correspondence to NJDEP re: AOC tasks; e-mail from and to A. Marchetta re: AOC tasks. | | |
| 3 | P. Herzberg | 0.5 | 197.50 |
| 12/13/05 | Review historical documents re: selecting most-favorable documents to be forwarded to federal prosecutor and re: summary of available information concerning worker safety issues. | | |
| 3 | B. Moffitt | 1.8 | 621.00 |
| 12/13/05 | Further research and draft summary concerning government's knowledge that Grace used asbestos at Hamilton. Work with J. Mandel re: same. | | |
| 3 | M. Morgan | 3.7 | 740.00 |
| 12/13/05 | Further prepare summary concerning government's knowledge that Grace used asbestos at Hamilton Plant. | | |
| 3 | M. Morgan | 3.7 | 740.00 |
| 12/13/05 | Review and analyze documents concerning Industrial Hygiene in order to aid with the summarization of the hygiene file, and creation of a detailed chronology on the subject. | | |
| 3 | A. Stahl | 3.3 | 627.00 |
| 12/13/05 | Continue preparation of industrial hygiene narrative. | | |
| 3 | S. Muhlstock | 3.1 | 837.00 |
| 12/13/05 | Review documents and narrative on industrial hygiene. | | |
| 3 | J. Mandel | 2.1 | 567.00 |
| 12/13/05 | Respond to attorney M. Morgan request for documents related to Brian O'Connell and search and compile same. | | |
| 14 | Y. Day | 1.3 | 143.00 |
| 12/13/05 | Review and organize documents related to remediation of other New Jersey sites receiving vermiculite. | | |
| 14 | Y. Day | 2.4 | 264.00 |

1382522A01020306

| 12/13/05 | Compile and organize documents in database to DAG on 11/23/2005. | | |
| 14 | Y. Day | 2.3 | 253.00 |

| 12/14/05 | Work with M. Morgan and follow up re: letter to Carr and FOIA request. | | |
| 14 | A. Marchetta | 1.1 | 577.50 |

| 12/14/05 | Review documents selected by M. Morgan for inclusion as attachments to letter to federal prosecutors; review additional documents re: potential inclusion as same; work with M. Morgan re: same. | | |
| 3 | B. Moffitt | 4.2 | 1,449.00 |

| 12/14/05 | Reviewed documents and further drafted topical summary re: workplace safety and knowledge of dangers of asbestos in general and of tremolite. | | |
| 46 | J. Varone | 5.1 | 1,020.00 |

| 12/14/05 | Continued to review documents and prepare chronology. | | |
| 3 | J. Spielberg | 2.1 | 504.00 |

| 12/14/05 | Received call from B. Carr at USEPA regarding FOIA request; discussed conversation with M. Morgan; drafted e-mail to B. Carr regarding times to view requested documents. | | |
| 3 | M. Meyer | 0.3 | 58.50 |

| 12/14/05 | Further research and draft summary concerning Hamilton Plant work place safety. Work with J. Varonne and B. Moffitt regarding same. | | |
| 3 | M. Morgan | 3.2 | 640.00 |

| 12/14/05 | Further prepare summary concerning government's knowledge that Grace used asbestos at Hamilton Plant. | | |
| 3 | M. Morgan | 4.2 | 840.00 |

| 12/14/05 | Further review of Cintani documents and forward same to Scott Thompson at Lowenstein Sandler. | | |
| 3 | M. Morgan | 0.6 | 120.00 |

| 12/14/05 | Continue preparation of industrial hygiene narrative. | | |
| 3 | S. Muhlstock | 3.7 | 999.00 |

| 12/14/05 | Work with A. Stahl regarding industrial hygiene narrative. | | |
| 3 | S. Muhlstock | 0.2 | 54.00 |

| 12/14/05 | Review and organize documents referencing other NJ environmental remediation sites receiving vermiculite. | | |
| 14 | Y. Day | 2.7 | 297.00 |

| 12/14/05 | Become familiar with retrieving WR Grace documents from the newly | | |

1382522A01020306

| | | | |
|---|---|---|---|
| 14 | received Kirkland & Ellis database.<br>Y. Day | 0.9 | 99.00 |
| 12/14/05<br>14 | Access and search Kirkland & Ellis database for supplemental J. Burill documents regarding the definition of vermiculite.<br>Y. Day | 1.7 | 187.00 |
| 12/15/05<br>3 | Continue drafting of industrial hygiene narrative.<br>S. Muhlstock | 3.5 | 945.00 |
| 12/15/05<br>3 | Complete review of documents and narrative on industrial hygiene.<br>J. Mandel | 1.0 | 270.00 |
| 12/15/05<br>46 | Reviewed documents and drafted topical summary regarding workplace safety and knowledge of dangers of asbestos in general and of tremolite.<br>J. Varone | 4.1 | 820.00 |
| 12/15/05<br>3 | Review and analyze documents, on Industrial Hygiene in order to aid with the summarization of the hygiene document file, and creation of a detailed chronology on the subject.<br>A. Stahl | 1.1 | 209.00 |
| 12/15/05<br>3 | Continued to review documents and prepare chronology concerning work place safety.<br>J. Spielberg | 0.5 | 120.00 |
| 12/15/05<br>3 | Further research and draft summary concerning Industrial Hygiene at Hamilton Plant. Work with S. Muhlstock and A. Stahl concerning same.<br>M. Morgan | 3.1 | 620.00 |
| 12/15/05<br>3 | Further revise and prepare summary concerning regulatory history of Hamilton Plant. Work with J. Mandel regarding same.<br>M. Morgan | 3.7 | 740.00 |
| 12/15/05<br>14 | Review workers compensation documents code and enter into Summation.<br>Y. Day | 4.0 | 440.00 |
| 12/16/05<br>14 | Telephone calls re: Grand Jury Testimony; work with M. Morgan re: discovery issues.<br>A. Marchetta | 0.9 | 472.50 |
| 12/16/05<br>3 | Review M. Morgan's proposed letter to federal prosecutors and various documents referenced therein and provide comments and proposed revisions; confer with M. Morgan re: same.<br>B. Moffitt | 1.9 | 655.50 |

18

| 12/16/05 | Further revise and draft summary concerning Hamilton plant shutdown and remediation operations. | | |
|---|---|---|---|
| 3 | M. Morgan | 3.7 | 740.00 |

| 12/16/05 | Research and compile documents concerning industrial hygiene, air sampling, and medical monitoring at Hamilton Plant in anticipation of proffer to AUSA Calcagni. | | |
|---|---|---|---|
| 3 | M. Morgan | 1.5 | 300.00 |

| 12/16/05 | Further research industrial hygiene, air sampling and medical monitoring at Hamilton Plant in anticipation of AUSA Calcagni Proffer. | | |
|---|---|---|---|
| 3 | M. Morgan | 2.7 | 540.00 |

| 12/16/05 | Continue preparation of industrial hygiene narrative. | | |
|---|---|---|---|
| 3 | S. Muhlstock | 2.9 | 783.00 |

| 12/16/05 | Review and code workers compensation documents into Summation database. | | |
|---|---|---|---|
| 14 | Y. Day | 4.4 | 484.00 |

| 12/17/05 | Further review and analyze documents on Industrial Hygiene in order to aid with the summarization of the hygiene document file, and creation of a detailed chronology on the subject. | | |
|---|---|---|---|
| 3 | A. Stahl | 0.8 | 152.00 |

| 12/17/05 | Further review documents and draft topical summary regarding workplace safety and knowledge of dangers of asbestos and of tremolite. | | |
|---|---|---|---|
| 46 | J. Varone | 4.1 | 820.00 |

| 12/18/05 | Review historical documents re: selecting most-favorable documents to be forwarded to federal prosecutor and re: summary of available information concerning worker safety issues. | | |
|---|---|---|---|
| 3 | B. Moffitt | 2.6 | 897.00 |

| 12/18/05 | Further review documents and draft topical summary regarding workplace safety and knowledge of dangers of asbestos and of tremolite. | | |
|---|---|---|---|
| 46 | J. Varone | 4.4 | 880.00 |

| 12/18/05 | Review and analyze documents on Industrial Hygiene in order to aid with the summarization of the hygiene document file, and creation of a detailed chronology on the subject. | | |
|---|---|---|---|
| 3 | A. Stahl | 0.6 | 114.00 |

| 12/19/05 | Telephone call from Attorney General and follow up with M. Morgan re: requests; work on issues re: production; review Calcagni letter; follow up with M. Morgan re: information to DEP re: settlement; e-mails re: same. | | |

19

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 2.1 | 1,102.50 |
| 12/19/05 3 | Further review and revise industrial hygiene narrative. S. Muhlstock | 0.8 | 216.00 |
| 12/19/05 46 | Reviewed documents and drafted topical summary regarding workplace safety and knowledge of dangers of asbestos in general and of tremolite. J. Varone | 6.4 | 1,280.00 |
| 12/19/05 3 | Review and analyze documents on Industrial Hygiene documents in order to aid with the summarization of the hygiene document file, and creation of a detailed chronology on the subject. A. Stahl | 0.9 | 171.00 |
| 12/19/05 3 | Continued to finalize narrative concerning workplace safety. J. Spielberg | 3.5 | 840.00 |
| 12/19/05 3 | Further compile documents concerning industrial hygiene, air sampling and medical monitoring in preparation for second proffer to AUSA Calcagni. M. Morgan | 2.4 | 480.00 |
| 12/19/05 3 | Further prepare letter proffer to AUSA Calcagni concerning air sampling, industrial hygiene, and medical monitoring. M. Morgan | 3.5 | 700.00 |
| 12/19/05 3 | Further review and synthesis of documents for incorporation into document proffer to AUSA Calcagni. M. Morgan | 2.1 | 420.00 |
| 12/19/05 14 | Update and organize Grace Document index. Y. Day | 0.6 | 66.00 |
| 12/20/05 14 | Work on issues re: potential settlement with DEP and letter to Calcagni. A. Marchetta | 1.3 | 682.50 |
| 12/20/05 3 | Work with M. Morgan regarding miscellaneous issues related to grand jury indictment and disadvantages of production. J. Mandel | 0.3 | 81.00 |
| 12/20/05 3 | Review narrative of plant shutdown. J. Mandel | 0.3 | 81.00 |
| 12/20/05 3 | Work with M. Morgan regarding correspondence to AUSA Calcagni and review same. J. Mandel | 0.5 | 135.00 |

1382522A01020306

| 12/20/05 | Finalize industrial hygiene narrative and forward to M. Morgan and B. Moffitt. | | |
| 3 | S. Muhlstock | 1.8 | 486.00 |
| | | | |
| 12/20/05 | Reviewed documents and drafted topical summary regarding workplace safety and knowledge of dangers of asbestos in general and of tremolite. | | |
| 46 | J. Varone | 7.5 | 1,500.00 |
| | | | |
| 12/20/05 | Further finalize narrative concerning work place safety. | | |
| 3 | J. Spielberg | 0.8 | 192.00 |
| | | | |
| 12/20/05 | Correspondence with B. Carr re: FOIA document review at EPA HQ on 12/21/05. | | |
| 3 | M. Meyer | 0.6 | 117.00 |
| | | | |
| 12/20/05 | Further coordinate document proffer to AUSA Calcagni with K&E. | | |
| 3 | M. Morgan | 0.4 | 80.00 |
| | | | |
| 12/20/05 | Further prepare letter proffer to AUSA Calcagni concerning air sampling, industrial hygiene, and medical monitoring. | | |
| 3 | M. Morgan | 4.2 | 840.00 |
| | | | |
| 12/20/05 | Further review and synthesize documents for incorporation into document proffer to AUSA Calcagni. | | |
| 3 | M. Morgan | 3.4 | 680.00 |
| | | | |
| 12/20/05 | Further compile and organize documents produced to co-counsel for Betacchi and Burrill. | | |
| 14 | Y. Day | 2.9 | 319.00 |
| | | | |
| 12/20/05 | Search for documents in Stratify for Docs concerning Industrial Hygiene and workplace safety at Hamilton. | | |
| 14 | Y. Day | 2.8 | 308.00 |
| | | | |
| 12/21/05 | Work with M. Morgan and follow up re: information to DEP attorneys re: plan and information to grand jury re: Grace procedures and testimony of Burrill and O'Connell; follow up on results of FOIA requests. | | |
| 14 | A. Marchetta | 2.0 | 1,050.00 |
| | | | |
| 12/21/05 | Analyze documents regarding employee safety and medical monitoring re: potential inclusion in narrative. | | |
| 3 | B. Moffitt | 6.6 | 2,277.00 |
| | | | |
| 12/21/05 | Review J. Varone's draft narrative re: employee safety and related issues; confer with M. Morgan and J. Steinberg re: proposed revisions to same. | | |
| 3 | B. Moffitt | 0.9 | 310.50 |

21

| 12/21/05 | Met with USEPA to review documents provided by Region II in response to FOIA request. | | |
| 3 | M. Meyer | 5.1 | 994.50 |

| 12/21/05 | Further prepare and revise letter proffer to AUSA Calcagni including documents concerning air sampling, medical monitoring and industrial hygiene. | | |
| 3 | M. Morgan | 3.2 | 640.00 |

| 12/21/05 | Attend and conduct primary review of documents at the EPA. | | |
| 3 | M. Morgan | 5.0 | 1,000.00 |

| 12/21/05 | Further organize and compile documents produced to co-counsel. | | |
| 14 | Y. Day | 2.2 | 242.00 |

| 12/22/05 | Work with M. Morgan re: letter to Calcagni, assembling documents re: Trenton plant for final chronology and presentation to Bonanno; e-mails to Attorney General and follow up re: plan documents. | | |
| 14 | A. Marchetta | 1.6 | 840.00 |

| 12/22/05 | Analyze documents regarding employee safety and medical monitoring re: potential inclusion in narrative. | | |
| 3 | B. Moffitt | 2.8 | 966.00 |

| 12/22/05 | Further review of documents related to government interaction and which mention asbestos/vermiculite for preparation of a master chronology of same. | | |
| 3 | J. Mandel | 1.0 | 270.00 |

| 12/22/05 | Call to Xact Duplicating Services, Inc to arrange scanning of EPA Region II production. | | |
| 3 | M. Meyer | 0.3 | 58.50 |

| 12/22/05 | Correspondence with B. Carr at US EPA to arrange for scanning of documents; call to H. Gonzalez to arrange scanning vendor. | | |
| 3 | M. Meyer | 0.2 | 39.00 |

| 12/22/05 | Review and incorporate ASTDR studies into letter proffer to AUSA Calcagni. | | |
| 3 | M. Morgan | 2.4 | 480.00 |

| 12/22/05 | Further prepare letter proffer to AUSA Calcagni concerning air sampling, industrial hygiene, and medical monitoring. | | |
| 3 | M. Morgan | 3.7 | 740.00 |

1382522A01020306

| 12/22/05 | Further review and synthesize documents for incorporation into document proffer to AUSA Calcagni. | | |
| 3 | M. Morgan | 4.2 | 840.00 |

| 12/22/05 | Further compile and organize documents produced to co-counsel. | | |
| 14 | Y. Day | 3.2 | 352.00 |

| 12/23/05 | Follow up re: air monitoring with M. Morgan; review documents re: "knowledge" issue re: employees; follow up re: plan documents to DEP; work with M. Morgan and follow up re: Bonanno information; conference with B. Moffitt re: document review. | | |
| 14 | A. Marchetta | 1.4 | 735.00 |

| 12/23/05 | Analyze documents regarding employee safety and medical monitoring re: potential inclusion in narrative; confer with A. Marchetta and M. Morgan re: additional documents for potential inclusion in submission to federal prosecutors, concerning employee knowledge re: presence of potential dangers of asbestos. | | |
| 3 | B. Moffitt | 6.5 | 2,242.50 |

| 12/23/05 | Work with M. Morgan and review email regarding air sampling issue. | | |
| 3 | S. Muhlstock | 0.2 | 54.00 |

| 12/23/05 | Call from E. Ramos re: EPA scan job; discussed potential vendors with A. Marchetta, S. Parker and H. Gonzalez. | | |
| 3 | M. Meyer | 0.4 | 78.00 |

| 12/23/05 | Further prepare letter proffer to AUSA Calcagni concerning air sampling, industrial hygiene, and medical monitoring. | | |
| 3 | M. Morgan | 2.8 | 560.00 |

| 12/23/05 | Further review and synthesize documents for incorporation into document proffer to AUSA Calcagni. | | |
| 3 | M. Morgan | 1.8 | 360.00 |

| 12/23/05 | Further compile and organize documents produced to co-counsel. | | |
| 14 | Y. Day | 4.0 | 440.00 |

| 12/26/05 | Review "picture perfect" and other documents re: same and e-mail exchange with W. Jacobsen re: same. | | |
| 3 | B. Moffitt | 4.1 | 1,414.50 |

| 12/26/05 | Analyze documents regarding employee safety and medical monitoring re: potential inclusion in narrative and re: inclusion in submission to federal prosecutors. | | |
| 3 | B. Moffitt | 4.1 | 1,414.50 |

23

| 12/27/05 | Follow up on various issues re DEP and "look" on site; work with M. Morgan re: same. | | |
|---|---|---|---|
| 14 | A. Marchetta | 1.2 | 630.00 |

| 12/27/05 | Analyze documents regarding employee safety and medical monitoring re: potential inclusion in narrative and re: inclusion in submission to federal prosecutors and work with A. Marchetta and M. Morgan re: same. | | |
|---|---|---|---|
| 3 | B. Moffitt | 7.0 | 2,415.00 |

| 12/27/05 | Further review of documents related to government interaction and which mention asbestos/vermiculite for preparation of a aster chronology of same. | | |
|---|---|---|---|
| 3 | J. Mandel | 1.0 | 270.00 |

| 12/27/05 | Discussed needs and vendors for scan/copy job at US EPA with S. Parker and M. Morgan. | | |
|---|---|---|---|
| 3 | M. Meyer | 0.3 | 58.50 |

| 12/27/05 | Further research Grace Picture Perfect program in anticipation of proffer to AUSA Calcagni. Further revise letter to Calcagni regarding same. | | |
|---|---|---|---|
| 3 | M. Morgan | 3.2 | 640.00 |

| 12/27/05 | Continue to work on document proffer to AUSA Calcagni. | | |
|---|---|---|---|
| 3 | M. Morgan | 2.5 | 500.00 |

| 12/27/05 | Further work on document proffer to AUSA Calcagni. | | |
|---|---|---|---|
| 3 | M. Morgan | 2.1 | 420.00 |

| 12/27/05 | Prepare copies of all production disks and draft cover letter for co-counsel Kirkland & Ellis. | | |
|---|---|---|---|
| 14 | Y. Day | 1.4 | 154.00 |

| 12/27/05 | Further compile and organize documents produced to co-counsel. | | |
|---|---|---|---|
| 14 | Y. Day | 1.8 | 198.00 |

| 12/28/05 | Work with B. Moffitt and M. Morgan re: safety issues, employee training, etc., follow up re: DEP settlement; conference with J. O'Reilly re: information to Bonanno and grand jury presentation. | | |
|---|---|---|---|
| 14 | A. Marchetta | 1.8 | 945.00 |

| 12/28/05 | Review employees public statements and work with A. Marchetta and M. Morgan re: same. | | |
|---|---|---|---|
| 3 | B. Moffitt | 3.7 | 1,276.50 |

| 12/28/05 | Preparation of memo to M. Morgan identifying Trenton Plant employees that admitted knowledge of alleged dangers of tremolite asbestos no later | | |
|---|---|---|---|

24

|            |                                                                                                                                                                                                                                                    |     |          |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|----------|
|            | than 1985.                                                                                                                                                                                                                                          |     |          |
| 3          | B. Moffitt                                                                                                                                                                                                                                          | 0.7 | 241.50   |
| 12/28/05   | Analyze documents re: employee safety and medical monitoring re: potential inclusion in narrative and re: inclusion in submission to federal prosecutors.                                                                                          |     |          |
| 3          | B. Moffitt                                                                                                                                                                                                                                          | 3.7 | 1,276.50 |
| 12/28/05   | Begin review of documents related to government interaction and which mention asbestos/vermiculite for preparation of a aster chronology of same.                                                                                                  |     |          |
| 3          | J. Mandel                                                                                                                                                                                                                                           | 2.2 | 594.00   |
| 12/28/05   | Further research Grace Picture Perfect program in anticipation of proffer to AUSA Calcagni.  Further revise letter to Calcagni regarding same.                                                                                                     |     |          |
| 3          | M. Morgan                                                                                                                                                                                                                                           | 2.5 | 500.00   |
| 12/28/05   | Continue to work on document proffer to AUSA Calcagni.                                                                                                                                                                                             |     |          |
| 3          | M. Morgan                                                                                                                                                                                                                                           | 3.1 | 620.00   |
| 12/28/05   | Further work on document proffer to AUSA Calcagni.                                                                                                                                                                                                 |     |          |
| 3          | M. Morgan                                                                                                                                                                                                                                           | 2.4 | 480.00   |
| 12/28/05   | Identify and compile sections of the Preliminary Assessment and Site Investigation Report - referenced in the Civil Complaint.                                                                                                                    |     |          |
| 14         | Y. Day                                                                                                                                                                                                                                              | 0.7 | 77.00    |
| 12/28/05   | Search for any Trenton or Hamilton related documents in Stratify database.                                                                                                                                                                         |     |          |
| 14         | Y. Day                                                                                                                                                                                                                                              | 2.3 | 253.00   |
| 12/29/05   | Work with A. Marchetta and M. Morgan regarding witnesses in Grand Jury and immunity, strategy for production of documents to DAG Bonanno; discuss investigations to be done and employees to be interviewed; phone conference with L. Lustberg regarding immunity issue. |     |          |
| 7          | J. O'Reilly                                                                                                                                                                                                                                         | 1.0 | 450.00   |
| 12/29/05   | Follow up with J. O'Reilly re: immunity issue for Grace employees re: State grand jury; work with M. Morgan and conference with S. Muhlstock re: plant outline and witness interviews.                                                            |     |          |
| 14         | A. Marchetta                                                                                                                                                                                                                                        | 1.4 | 735.00   |
| 12/29/05   | Analyze documents regarding employee safety and medical monitoring re: potential inclusion in narrative and re: inclusion in submission to federal prosecutors; review employees' public statements re: same; work with M. Morgan re: same.       |     |          |
| 3          | B. Moffitt                                                                                                                                                                                                                                          | 3.6 | 1,242.00 |

25

| | | | |
|---|---|---|---|
| 12/29/05 3 | Work with S. Muhlstock regarding master chronologies. J. Mandel | 0.2 | 54.00 |
| 12/29/05 3 | Further research concerning government's knowledge of Grace's use of asbestos at Hamilton. M. Morgan | 1.1 | 220.00 |
| 12/29/05 3 | Work with S. Muhlstock on revising, completing and merging topic summaries. M. Morgan | 1.7 | 340.00 |
| 12/29/05 3 | Phone call with O'Connell's counsel concerning Grand Jury testimony. M. Morgan | 0.3 | 60.00 |
| 12/29/05 3 | Phone call with Burrill's counsel concerning Grand Jury testimony. M. Morgan | 0.1 | 20.00 |
| 12/29/05 3 | Work with J. O'Reilly and A. Marchetta concerning strategy for Grand Jury testimony of O'Connell and Burrill. M. Morgan | 0.5 | 100.00 |
| 12/29/05 3 | Further compile documents concerning Grace Picture Perfect program in anticipation of proffer to AUSA Calcagni. M. Morgan | 2.4 | 480.00 |
| 12/29/05 3 | Further research and compile documents for topic summaries. M. Morgan | 2.1 | 420.00 |
| 12/29/05 3 | Work with A. Marchetta and M. Morgan regarding compilation of topic area narratives. S. Muhlstock | 0.3 | 81.00 |
| 12/29/05 3 | Begin reviewing transcripts from interviews of former plant employees. S. Muhlstock | 3.8 | 1,026.00 |
| 12/30/05 14 | Work with M. Morgan re immunity agreement; follow up with S. Muhlstock re work on story line of Trenton plant; follow up re witness investigations; review binder of documents submitted and forward to client; follow up re EPA document review. A. Marchetta | 2.4 | 1,260.00 |
| 12/30/05 3 | Reviewed correspondence between M. Morgan and W. Jacobsen re: Picture Perfect Quiz-takers. M. Meyer | 0.1 | 19.50 |
| 12/30/05 | Review O'Connell documents for privilege and forward same to Adrian | | |

26

| | | | |
|---|---|---|---|
| 3 | Mebane at Crowell Moring.<br>M. Morgan | 1.7 | 340.00 |
| 12/30/05<br>3 | Research Picture Perfect Quizzes taken by former Trenton employees and compile same in anticipation of proffer to AUSA Calcagni.<br>M. Morgan | 1.7 | 340.00 |
| 12/30/05<br>3 | Research news articles concerning statements made by former Trenton employees regarding claim that they did not know they were working with asbestos.<br>M. Morgan | 2.8 | 560.00 |
| 12/30/05<br>3 | Draft e-mail to all Grace counsel concerning picture perfect quizzes cross-referenced with news articles concerning claim they employees did not know they were working with asbestos.<br>M. Morgan | 1.5 | 300.00 |
| 12/30/05<br>3 | Correspond with A. Mebane, E. McTiernan and W. Jacobson in anticipation of conference call concerning Bonanno's request for Burrill and O'Connell's testimony before the Grand Jury.<br>M. Morgan | 0.5 | 100.00 |
| 12/30/05<br>3 | Compile and forward to Mark Shelnitz and Rick Senftleben draft letter to Calcagni concerning air sampling, industrial hygiene, and medical monitoring. Include Picture Perfect Quizzes.<br>M. Morgan | 1.6 | 320.00 |
| 12/30/05<br>3 | Begin reviewing narratives regarding various key topics.<br>S. Muhlstock | 3.1 | 837.00 |
| 12/30/05<br>14 | Respond to attorney M. Morgan request for documents related to Grace Picture Perfect Program.<br>Y. Day | 1.1 | 121.00 |
| 12/30/05<br>14 | Prepare disks of all production to DAG E. Bonanno.<br>Y. Day | 2.3 | 253.00 |
| 12/31/05<br>3 | Review EPA Investigator Wendy Recketenwall's interviews and cross-reference with Picture Perfect Quizzes. Forward same to all Grace counsel.<br>M. Morgan | 2.1 | 420.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| P. Herzberg | 3 | 3.7 | 395.00 | 1,461.50 |

27

| | | | | |
|---|---|---|---|---|
| A. Marchetta | 14 | 27.1 | 525.00 | 14,227.50 |
| J. O'Reilly | 3 | 1.0 | 450.00 | 450.00 |
| M. Morgan | 3 | 184.4 | 200.00 | 36,880.00 |
| M. Meyer | 3 | 21.9 | 195.00 | 4,270.50 |
| B. Moffitt | 3 | 55.5 | 345.00 | 19,147.50 |
| S. Muhlstock | 3 | 40.5 | 270.00 | 10,935.00 |
| J. Varone | 14 | 44.4 | 200.00 | 8,880.00 |
| A. Stahl | 3 | 30.1 | 190.00 | 5,719.00 |
| J. Mandel | 3 | 18.3 | 270.00 | 4,941.00 |
| J. Spielberg | 3 | 32.6 | 240.00 | 7,824.00 |
| Y. Day | 14 | 89.3 | 110.00 | 9,823.00 |
| TOTAL | | 548.8 | | 124,559.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 116434 Quick-Wright Electrical Distributors, Inc.

| | | | |
|---|---|---|---|
| 12/01/05 | Prepare for call with opposing counsel. Outline discussion points on argument for reinstating unsecured claim. | | |
| 3 | G. Michael | 0.6 | 174.00 |
| 12/05/05 | Telephone conference with Lauren McCloskey, counsel for Plan Administrator. | | |
| 3 | G. Michael | 0.2 | 58.00 |
| 12/07/05 | Telephone conference with Jay Hughes. | | |
| 3 | G. Michael | 0.2 | 58.00 |
| 12/07/05 | Telephone conference with L. McCloskey, Plan Administrator's counsel. | | |
| 3 | G. Michael | 0.6 | 174.00 |
| 12/08/05 | Continued follow up on issues related to prior expungement of Grace's pre-petition claim and reinstatement as part of settlement of adversary proceeding. | | |
| 14 | S. Zuber | 0.4 | 150.00 |
| 12/12/05 | Telephone conference with Lauren McCloskey providing additional detail regarding W.R. Grace's on reinstating disallowed claim. | | |
| 3 | G. Michael | 0.2 | 58.00 |
| 12/15/05 | Prepare for, and participate in, conference call with R. Patella and L. McCloskey, along with G. Michael, regarding potential global settlement. | | |
| 14 | S. Zuber | 1.2 | 450.00 |
| 12/15/05 | Prepare for call with Ray Patella and Lauren McCloskey, Plan Administrator's counsel. | | |

1382522A01020306

| | | | |
|---|---|---|---|
| 3 | G. Michael | 0.4 | 116.00 |

| | | | |
|---|---|---|---|
| 12/15/05 | Telephone conference with Ray Patella and Lauren McCloskey. | | |
| 3 | G. Michael | 0.5 | 145.00 |

| | | | |
|---|---|---|---|
| 12/15/05 | Emails to/from Lauren McCloskey. | | |
| 3 | G. Michael | 0.3 | 87.00 |

| | | | |
|---|---|---|---|
| 12/22/05 | Confirm research and analysis of position based on questions raised by opposing counsel. | | |
| 3 | G. Michael | 0.8 | 232.00 |

| | | | |
|---|---|---|---|
| 12/22/05 | Telephone conference with L. McCloskey, counsel for the Plan Administrator. | | |
| 3 | G. Michael | 0.2 | 58.00 |

| | | | |
|---|---|---|---|
| 12/28/05 | Follow up on settlement negotiations and status. | | |
| 14 | S. Zuber | 0.2 | 75.00 |

| | | | |
|---|---|---|---|
| 12/28/05 | Telephone conference with Lauren McCloskey, counsel for the Plan Administrator. | | |
| 3 | G. Michael | 0.2 | 58.00 |

| | | | |
|---|---|---|---|
| 12/28/05 | Email to Lauren McCloskey, counsel for the Plan Administrator. | | |
| 3 | G. Michael | 0.2 | 58.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 14 | 1.8 | 375.00 | 675.00 |
| G. Michael | 3 | 4.4 | 290.00 | 1,276.00 |
| TOTAL | | 6.2 | | 1,951.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| | | | |
|---|---|---|---|
| 12/07/05 | Review/analysis Tahari response to Document Production Request. | | |
| 3 | B. Benjamin | 0.2 | 78.00 |

| | | | |
|---|---|---|---|
| 12/08/05 | Review executed letter agreement with Tahari and discuss same with B. Benjamin, including review of prior correspondence and analysis of whether bankruptcy court approval should be sought. | | |
| 3 | S. Zuber | 0.5 | 187.50 |

| | | | |
|---|---|---|---|
| 12/08/05 | Review/analysis of correspondence from A. Mack re: objections to | | |

29

|  |  |  |  |
|---|---|---|---|
|  | outstanding discovery demands. |  |  |
| 3 | M. Levison | 0.2 | 60.00 |
| 12/08/05 | Conduct research re: purported basis for Tahari's objections to Grace's document demands. |  |  |
| 3 | M. Levison | 0.9 | 270.00 |
| 12/08/05 | Preparation of correspondence to A. Mack re: response to A. Mack's 12/7/05 letter. |  |  |
| 3 | M. Levison | 1.1 | 330.00 |
| 12/09/05 | Follow up on agreement as to Chapter 11. |  |  |
| 14 | A. Marchetta | 0.2 | 105.00 |
| 12/16/05 | Attendance at Compliance Conference before Justice Tolub. |  |  |
| 3 | B. Benjamin | 3.2 | 1,248.00 |
| 12/16/05 | Analysis of issues re: requirement to file note of issue. |  |  |
| 3 | M. Levison | 0.2 | 60.00 |
| 12/19/05 | Draft correspondence to V. Finkelstein re appearance before Justice Tolub, request for extension of discovery cut off, motion to compel production, depositions and dates. |  |  |
| 3 | B. Benjamin | 0.3 | 117.00 |
| 12/19/05 | Draft correspondence to A. Mack, counsel for Tahari, re motion to compel production, lack of formal response to document demands, lack of production of privilege log, dates for depositions. |  |  |
| 3 | B. Benjamin | 0.4 | 156.00 |
| 12/19/05 | Follow up re: issues of correspondence requests. |  |  |
| 14 | A. Marchetta | 0.3 | 157.50 |
| 12/19/05 | Initial preparation of Order to Show Cause re: motion to compel, preclude and to strike. |  |  |
| 3 | M. Levison | 0.4 | 120.00 |
| 12/19/05 | Analysis of issues re: necessity for production of documents and for deposition prior to note of issue, possible motion to strike answer. |  |  |
| 3 | M. Levison | 0.3 | 90.00 |
| 12/20/05 | Telephone conference with C. Boubol re dates for depositions of Trizec representatives. |  |  |
| 3 | B. Benjamin | 0.1 | 39.00 |
| 12/20/05 | Preparation of OSC to Strike. |  |  |

30

| | | | |
|---|---|---|---|
| 3 | M. Levison | 0.7 | 210.00 |
| 12/21/05 | Work on and revise Motion to Compel Production of Documents or to Strike Pleading against Tahari. | | |
| 3 | B. Benjamin | 1.6 | 624.00 |
| 12/21/05 | Continued preparation of Order to Show Cause to Strike Tahari's claims; Preparation of Affirmation in Support of Order to Show Cause to Strike; Preparation of Emergency Affirmation in Support of Order to Show Cause to Strike. | | |
| 3 | M. Levison | 3.9 | 1,170.00 |
| 12/21/05 | Reviewed O/S/C and Affirmation of Emergency, drafted letter addressed to outside service with instructions on filing, sent papers to outside service via overnight for expediting. | | |
| 7 | H. Gonzalez | 0.3 | 45.00 |
| 12/22/05 | Entered future due dates into the PHK&S docket system. | | |
| 7 | H. Gonzalez | 0.1 | 15.00 |
| 12/23/05 | Review/analysis of signed Order to Show Cause; Preparation of correspondence to All Counsel re: enclosing Order to Show Cause; Coordinate Service of Order to Show Cause and supporting papers. | | |
| 3 | M. Levison | 0.5 | 150.00 |
| 12/23/05 | Obtained a copy of the order to show cause, forward to attorney, drafted blue backs for O/S/C and Affirmation of Emergency, sent papers via overnight delivery to opposing counsel. | | |
| 3 | H. Gonzalez | 0.4 | 60.00 |
| 12/27/05 | Telephone conference with C. Boubol re: stay. | | |
| 3 | M. Levison | 0.2 | 60.00 |
| 12/27/05 | Drafted affidavit of service and forward to attorney for submission on return date. | | |
| 3 | H. Gonzalez | 0.2 | 30.00 |
| 12/28/05 | Entered return date to out motion and responses to our motion due dates into the PHK&S docket system. | | |
| 3 | H. Gonzalez | 0.1 | 15.00 |
| 12/29/05 | Follow up re: court submission on Chapter 11 Agreement. | | |
| 14 | A. Marchetta | 0.3 | 157.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

1382522A01020306

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 0.8 | 525.00 | 420.00 |
| S. Zuber | 3 | 0.5 | 375.00 | 187.50 |
| B. Benjamin | 3 | 5.8 | 390.00 | 2,262.00 |
| M. Levison | 3 | 8.4 | 300.00 | 2,520.00 |
| H. Gonzalez | 3 | 1.1 | 150.00 | 165.00 |
| TOTAL | | 16.6 | | 5,554.50 |

1382522A01020306