# EXHIBIT B

# EXHIBIT B

## EXPENSES FOR THE FEE PERIOD
## DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005

Engagement Costs – Weja, Inc.

| | | |
|---|---|---|
| 11/29/05 | PD UPS TO COLUMBIA MD; WSH; CK# 281188 | 7.74 |
| | Matter Total Engagement Cost | 7.74 |

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---|
| 11/16/05 | PD UPS TO BOCA RATON FL; AJM; CK# 280873 | 10.47 |
| 11/18/05 | PD UPS TO WILMINGTON DE; KMJ; CK# 280873 | 10.94 |
| 11/22/05 | PD UPS TO WILMINGTON DE; KMJ; CK# 281187 | 13.12 |
| 11/26/05 | REC UPS CREDIT ADJUSTMENT; KMJ; CK# 281187 | -1.45 |
| 11/26/05 | REC UPS CREDIT ADJUSTMENT; KMJ; CK# 281187 | -1.45 |
| | Matter Total Engagement Cost | 31.63 |

Engagement Costs – NJDEP v. WR Grace, et al

| | | |
|---|---|---|
| 09/30/05 | PD TRAVEL EXPENSE; SAM; UH&P7P; 12/15/05[3] | 59.70 |
| 11/13/05 | PD AMEX FOR TRAVEL EXPENSE; AJM; CK# 280895[4] | 50.00 |
| 11/13/05 | PD AMEX FOR TRAVEL EXPENSE; AJM; CK# 280895[5] | 329.00 |
| 11/16/05 | PD UPS TO WASHINGTON DC; BEM; CK# 280873 | 24.37 |
| 11/23/05 | PD UPS TO TRENTON NJ; MSM; CK# 281187 | 13.44 |
| 12/07/05 | PD UPS TO WASHINGTON, DC; MSM; CK# 281289 | 13.12 |
| 12/07/05 | PD UPS TO WASHINGTON, DC; MSM; CK# 281289 | 13.12 |
| 12/13/05 | PD UPS TO WASHINGTON DC; MSM; CK# 281416 | 18.12 |
| 12/13/05 | PD UPS TO BOSTON MA; MSM; CK# 281416 | 13.12 |
| 12/13/05 | PD UPS TO NEW YORK NY; MSM; CK# 281416 | 12.50 |
| 12/19/05 | PD UPS TO WASHINGTON, DC; MSM; CK# 281723 | 15.31 |
| 12/22/05 | PD UPS TO TRENTON NJ; MSM; CK# 281723 | 12.97 |
| | Computer Assisted Research | 569.52 |
| | Duplicating | 753.20 |
| | Matter Total Engagement Cost | 1,897.49 |

---

[3] Direct Reimbursement Expense Report for Steven Muhlstock, Esq. attached hereto as Exhibit 1.
[4] Travel Agency Service charge information attached hereto as Exhibit 2.
[5] Id.

33

Engagement Costs - Wright Electrical Distributors, Inc.

| | | |
|---|---|---|
| | Computer Assisted Research | 193.81 |
| | Matter Total Engagement Cost | 193.81 |

Engagement Costs – Tahari, Ltd.

| | | |
|---|---|---|
| 12/21/05 | Pd Fedex for delivery to New York City; HG; CK# 281601 | 25.80 |
| 12/28/05 | Paid Clerk of the Court/New York County for fee to file order to show cause #10507; S#7316; hck#158199[6] | 45.00 |
| | Computer Assisted Research | 105.04 |
| | Duplicating | 182.84 |
| | Matter Total Engagement Cost | 358.68 |

---

[6] Pitney, Hardin, Kipp & Szuch LLP Check Requisition dated 12/21/05 attached hereto as Exhibit 3.

1382522A01020306

# EXHIBIT 1

DIRECT REIMBURSEMENT EXPENSE REPORT
NAME: Steven Mumock

Period From: September 9, 2005
To: November 8, 2005

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses Miles | Auto Expenses Amount | Parking or Tolls | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
|---|---|---|---|---|---|---|---|---|---|
| 9/9/2005 | Travel to and from Newark, NJ; parking | 40.00 | $19.40 | $12.00 | | | | $31.40 | 099998.00005 |
| 9/30/2005 | Travel to and from Newark, NJ; cab fare from Boston Airport to client | 20.00 | $9.70 | | | | $50.00 | $59.70 | 082910.114715 |
| 10/6/2005 | Parking in Newark, NJ for train to NYC; train fair | | | $20.00 | | | $7.50 | $27.50 | 046480.107066 |
| 10/18/2005 | Travel to and from Edison, NJ | 50.00 | $24.25 | | | | | $24.25 | 002789.109038 |
| 11/3/2005 | Parking at Morris County Courthouse | | | $5.00 | | | | $5.00 | |
| 11/8/2005 | Travel to and from Clifton, NJ | 40.00 | $19.40 | | | | | $19.40 | 046480.112674 |

Expenses Reported $ 167.25

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature _____ Date 11/17/05

ENTERED IN COMPUTER BY: _____

RECEIVED NOV 18 2005

PAID DEC 15 2005

10501 - 135.85
55004 - 31.40

11/17/2005

# EXHIBIT 2

| Date | Description | | Ref | | Amount |
|---|---|---|---|---|---|
| 11/14/05 | TRAVEL AGENCY SERVICE CORAL GABLES FL<br>TKT# 8908110761847                     11/13<br>MISC CHARGE ORDER/PREPAID TICKET AUTHORITY<br>MARCHETTA/ANTHONY         TRAVEL AGENCY SERVICE F<br>THE TRAVEL SOURCE         CORAL GABLES   FL<br>FROM<br>  NOT RECORDED<br>TO                    CARRIER CLASS<br>  NOT RECORDED | 06591260000 | 10501 | 082910·114715 | 50:00 |
| 11/14/05 | AMTRAK                   RIVERSIDE CA CA<br>TKT# 5547605061228                 11/13<br>VENDOR SALE<br>MARCHETTA/ANTHONY       AMTRAK<br>AMTRAK                  RIVERSIDE CA  CA<br>FROM<br>  NOT RECORDED<br>TO                    CARRIER CLASS<br>  NOT RECORDED | 04950050000 | 10501 | | 329:00 |

# EXHIBIT 3

082910.102292
Fee to File Order to Show Cause
$45.00
12/21/05

PAID.....................
APPROVED.............
12/28/05
ALREADY ENTERED   VENDOR NO. 03111
IN COMPUTER   CHECK NO. ..............
CHARGE....... 10507

#13

### PITNEY HARDIN LLP
P.O. BOX 1945
MORRISTOWN, NEW JERSEY 07962-1945

No 158199

55-760 (006)
312

PNC Bank, N.A.
NEW JERSEY 060
161 MADISON AVENUE, MORRISTOWN, NJ 07960

PAY  Forty Five Dollars and Zero Cents

TO THE ORDER OF    Clerk of the Court, New York County

**ACCOUNTS PAYABLE FILE COPY**

| DATE | AMOUNT |
|---|---|
| 12/21/05 | $45.00 |

PITNEY HARDIN LLP

NOT-NEGOTIABLE
AUTHORIZED SIGNATURE

⑈158199⑈ ⑈031207607⑈ 8100460510⑈

---

### PITNEY, HARDIN, KIPP & SZUCH LLP
### CHECK REQUISITION

PAYEE  Clerk of the Court, New York County         DATE 12/21/05
CLIENT 1114 Trzechahn-Swig                          NO: 082910
MATTER W.R. Grace                                   NO: 102292
DESCRIPTION Fee to File Order to Show Cause

AMOUNT $ 45.00                              AUTHORIZED SIGNATURE

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* : | Chapter 11 |
| : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*,[1] : | (Jointly Administered) |
| : | |
| Debtors. : | Objection Deadline: March 6, 2006 |
| : | Hearing Date: TBD, if necessary |

## **VERIFICATION**

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Pitney Hardin LLP, and am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2. I have personally performed certain of, and overseen, the legal services rendered by Pitney Hardin LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey
Dated: February 6, 2006

Respectfully submitted,
PITNEY HARDIN LLP

_____
Anthony J. Marchetta, Esq.
(Mail) P.O. Box 1945
Morristown, NJ 07962-1945
(Delivery) 200 Campus Drive
Florham Park, NJ 07932-0950

2

1382397A01020306