Exhibit A

WR Grace & Co., ET AL.,
Time Detail- Conway, Del Genio, Gries & Co., LLC
For the Period of November 1, 2005 through December 31, 2005

Summary of Services Rendered by Project Category

| Category Code | Category Description | Nov.-Dec. 2005 Hours | Bankruptcy Case Cumulative Hours | Adversary Proceeding Cumulative Hours | Total Case Cumulative Hours |
|---|---|---|---|---|---|
| 7 | Committee (All) | 7.7 | 467.6 | 0.0 | 467.6 |
| 11 | Fee Applications, Applicant | 15.0 | 773.6 | 249.0 | 1,022.6 |
| 14 | Hearings | 7.2 | 53.6 | 0.0 | 53.6 |
| 20 | Travel - Non-working | 6.0 | 200.8 | 0.0 | 200.8 |
| 24 | Other | 5.0 | 135.6 | 5,058.2 | 5,193.8 |
| 26 | Business Analysis (for financial advisors) | 25.3 | 960.1 | 0.0 | 960.1 |
| 27 | Corporate Finance (for financial advisors) | 10.7 | 2,091.4 | 0.0 | 2,091.4 |
| 28 | Data Analysis (for financial advisors) | 0.0 | 507.2 | 0.0 | 507.2 |
|  | **TOTAL** | 76.9 | 5,189.9 | 5,307.2 | 10,497.1 |

## Exhibit A

### WR Grace & Co., ET AL.,
### Time Detail- Conway, Del Genio, Gries & Co., LLC
### For the Period of November 1, 2005 through December 31, 2005

#### Summary of Services Rendered by Professional

| *Name* | *Hours* |
| --- | --- |
| Gregory Boyer, Managing Director | 48.4 |
| Stephanie Jones, Associate | 13.0 |
| Michael Healy, Analyst | 15.5 |
| **TOTAL** | **76.9** |

*Bankruptcy Time Reporting Log (AP)*

Client Name: WR Grace
Professional: All
Date: For the Period of November 1, 2005 through December 31, 2005

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 11/01/05 | 11 | 3.0 | Fee Application |
| WR Grace | S. Jones | 11/01/05 | 11 | 3.0 | Fee Application |
| WR Grace | G. Boyer | 11/02/05 | 11 | 3.0 | Fee Application |
| WR Grace | S. Jones | 11/02/05 | 11 | 3.0 | Fee Application |
| WR Grace | G. Boyer | 11/03/05 | 7 | 0.5 | Committee Conference Call |
| WR Grace | S. Jones | 11/03/05 | 7 | 1.0 | Committee Conference Call |
| WR Grace | S. Jones | 11/03/05 | 11 | 2.5 | Fee Application: revise 18th Monthly and Interim Fee Application and forward to FJ for filing |
| WR Grace | S. Jones | 11/04/05 | 11 | 0.4 | Fee Application: finalize 19th Monthly Fee Application and forward to FJ for filing |
| WR Grace | G. Boyer | 11/07/05 | 27 | 0.2 | Correspondence with Committee member |
| WR Grace | G. Boyer | 11/10/05 | 7 | 0.6 | Committee Conference Call |
| WR Grace | S. Jones | 11/10/05 | 7 | 0.6 | Committee Conference Call |
| WR Grace | G. Boyer | 11/10/05 | 26 | 0.1 | Correspondence with Company re: 3rd quarter operating results conference call |
| WR Grace | G. Boyer | 11/17/05 | 7 | 1.0 | Committee Conference Call |
| WR Grace | G. Boyer | 11/17/05 | 26 | 3.0 | Preparation for conference call with the Company re: 3rd quarter operating results |
| WR Grace | G. Boyer | 11/18/05 | 26 | 2.5 | Preparation for and participation on conference call with the Company re: 3rd quarter operating results |
| WR Grace | G. Boyer | 11/22/05 | 24 | 2.5 | transition planning with SJ |
| WR Grace | S. Jones | 11/22/05 | 24 | 2.5 | transition planning with GB |
| WR Grace | G. Boyer | 11/22/05 | 26 | 3.0 | review information on Ludox royalty and discuss with counsel |
| WR Grace | G. Boyer | 11/22/05 | 27 | 0.5 | correspondence with JS |
| WR Grace | G. Boyer | 11/23/05 | 26 | 1.0 | review information on Ludox royalty and discuss with counsel |
| WR Grace | G. Boyer | 11/23/05 | 27 | 0.5 | Correspondence with Committee member |
| WR Grace | G. Boyer | 11/25/05 | 27 | 4.0 | preparation of analyses as requested by Committee member |
| WR Grace | G. Boyer | 11/25/05 | 27 | 0.5 | correspondence with JS and SB |
| WR Grace | G. Boyer | 11/25/05 | 27 | 1.5 | Correspondence with Committee member |
| WR Grace | G. Boyer | 11/28/05 | 11 | 0.1 | correspondence with local counsel re: fee applications |
| WR Grace | G. Boyer | 11/29/05 | 27 | 0.3 | Correspondence with Committee member |
| WR Grace | G. Boyer | 11/30/05 | 27 | 0.2 | correspondence with JS |
| WR Grace | G. Boyer | 12/01/05 | 7 | 1.0 | Committee Conference Call |
| WR Grace | G. Boyer | 12/01/05 | 7 | 0.5 | correspondence with JS re: committee conference call |
| WR Grace | G. Boyer | 12/01/05 | 7 | 1.5 | preparation for committee conference call |
| WR Grace | G. Boyer | 12/02/05 | 27 | 1.0 | Correspondence with Committee member |
| WR Grace | G. Boyer | 12/02/05 | 27 | 0.5 | correspondence with JS |
| WR Grace | G. Boyer | 12/06/05 | 26 | 0.2 | correspondence with Blackstone re: Ludox |
| WR Grace | G. Boyer | 12/07/05 | 27 | 1.5 | meeting with MK |
| WR Grace | G. Boyer | 12/13/05 | 14 | 0.2 | Call with JS re: upcoming Omnibus hearing |
| WR Grace | G. Boyer | 12/15/05 | 7 | 0.5 | Committee Conference Call |
| WR Grace | G. Boyer | 12/22/05 | 7 | 0.5 | Committee Conference Call |
| WR Grace | M. Healy | 11/16/06 | 26 | 4.0 | Review of internal and external historical analyses |
| WR Grace | M. Healy | 12/10/06 | 26 | 2.5 | News run, competitor analysis, various financial analysis |
| WR Grace | M. Healy | 12/14/06 | 26 | 2.5 | Various financial analysis |
| WR Grace | G. Boyer | 12/18/05 | 14 | 3.0 | Preparation for Omnibus hearing and possible testimony |
| WR Grace | G. Boyer | 12/19/05 | 20 | 6.0 | Travel to and from Pittsburgh for Omnibus court hearing |
| WR Grace | G. Boyer | 12/19/05 | 14 | 4.0 | Attend Omnibus court hearing |
| WR Grace | M. Healy | 12/19/06 | 26 | 3.5 | Read through latest financial reports |
| WR Grace | M. Healy | 12/20/06 | 26 | 3.0 | Updated WR Grace comp report |

76.9 Total Hours

2/14/2006

**WR Grace**
**Expense Detail - Conway, Del Genio, Gries & Co., LLC**
**For the Period of November 1, 2005 through December 31, 2005**

| Name | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|
| G. Boyer * | | | 26.52 | | | | 26.52 |
| G. Boyer * | | | 33.66 | | | | 33.66 |
| G. Boyer * | | | 26.52 | | | | 26.52 |
| G. Boyer (Austin, TX)* | | | 113.22 | | | | 113.22 |
| G. Boyer (Austin, TX)* | | | 71.40 | | | | 71.40 |
| G. Boyer * | | | 33.66 | | | | 33.66 |
| G. Boyer | | | 11.00 | | | | 11.00 |
| G. Boyer | | | 11.00 | | | | 11.00 |
| G. Boyer (Pittsburgh, PA) | | | 185.82 | 972.90 | | | 1,158.72 |
| G. Boyer Total | 0.00 | 0.00 | 512.80 | 972.90 | 0.00 | 0.00 | 1,485.70 |
| M. Healy | 31.46 | | | | | | 31.46 |
| M. Healy Total | 31.46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 31.46 |
| Federal Express | | | | | | 12.58 | 12.58 |
| Federal Express | | | | | | 10.58 | 10.58 |
| Federal Express Total | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23.16 | 23.16 |
| Grand Total | 31.46 | 0.00 | 512.80 | 972.90 | 0.00 | 23.16 | 1,540.32 |

*Expenses not previously submitted.*

| | LEGEND |
|---|---|
| AD | Allyn Danzeisen, Associate -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| Bilzin | Bilzen Sumberg Dunn Baena Price & Axelrod LLP -- Counsel for the PD Committee |
| DK | Dan Katz, Associate -- CDG |
| FJ | Ferry Joseph & Pearce PA |
| FR | Francine Rabinovitz, PI Asbestos Expert--Hamilton Rabinovitz |
| GB | Gregory Boyer, Managing Director -- CDG |
| JH | James Hass, PD Asbestos Expert |
| JM | James Moon -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| JOC | Jamie O'Connel -- Blackstone |
| JS | Jay Sakalo, Associate -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| KG | Kevin Glodowski, Intern -- CDG |
| MG | Michael Gries, Member -- CDG |
| MK | Matthew Kramer -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| MW | Michael Wolf, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| OH | Omar Haynes, Analyst -- CDG |
| POR | Plan of Reorganization |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RT | Robert Turken, Of Counsel -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SB | Scott Baena, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SJ | Stephanie Jones, Associate -- CDG |
| SW | Steven Weiler, Associate -- Ferry Joseph & Pearce |
| TT | Ted Taconelli, Partner -- Ferry, Joseph & Pearce PA |
| WHS | Warren Smith Associates, fee examiner |