Exhibit A

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of October 1, 2005 through December 31, 2005**

Summary of Services Rendered by Project Category

| Category Code | Category Description | Oct.-Dec. 2005 Hours | Bankruptcy Case Cumulative Hours | Adversary Preceding Cumulative Hours | Total Case Cumulative Hours |
|---|---|---|---|---|---|
| 7 | Committee (All) | 16.7 | 467.6 | 0.0 | 467.6 |
| 11 | Fee Applications, Applicant | 28.1 | 773.6 | 249.0 | 1,022.6 |
| 14 | Hearings | 7.2 | 53.6 | 0.0 | 53.6 |
| 20 | Travel - Non-working | 14.2 | 200.8 | 0.0 | 200.8 |
| 24 | Other | 6.4 | 135.6 | 5,058.2 | 5,193.8 |
| 26 | Business Analysis (for financial advisors) | 26.2 | 960.1 | 0.0 | 960.1 |
| 27 | Corporate Finance (for financial advisors) | 147.2 | 2,091.4 | 0.0 | 2,091.4 |
| 28 | Data Analysis (for financial advisors) | 0.0 | 507.2 | 0.0 | 507.2 |
| | **TOTAL** | **246.0** | **5,189.9** | **5,307.2** | **10,497.1** |

## Exhibit A

### WR Grace & Co., ET AL.,
### Time Detail- Conway, Del Genio, Gries & Co., LLC
### For the Period of October 1, 2005 through December 31, 2005

#### Summary of Services Rendered by Professional

| *Name* | *Hours* |
|---|---|
| Gregory Boyer, Managing Director | 116.4 |
| Stephanie Jones, Associate | 51.3 |
| Michael Healy, Analyst | 78.3 |
| **TOTAL** | **246.0** |

Exhibit A

## *Bankruptcy Time Reporting Log (AP)*

Client Name: WR Grace
Professional: All
Date: For the Period of October 1, 2005 through December 31, 2005

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 10/05/05 | 26 | 0.1 | Review correspondence from JOC re: delay in 3rd quarter operating results |
| WR Grace | S. Jones | 10/05/05 | 26 | 0.1 | Receive and review e-mail from JOC re: delay in 3rd quarter operating results and hurricane damage to Debtors' Lake Charles Facility |
| WR Grace | G. Boyer | 10/06/05 | 7 | 1.0 | Committee Conference Call |
| WR Grace | S. Jones | 10/06/05 | 7 | 1.0 | Committee Conference Call |
| WR Grace | G. Boyer | 10/07/05 | 26 | 0.5 | Review motion for the leasing of a Grace property |
| WR Grace | S. Jones | 10/07/05 | 26 | 0.2 | Receive and review e-mail from JOC re: Debtors' leasing of Woburn property |
| WR Grace | G. Boyer | 10/10/05 | 27 | 5.0 | Preparation of report for committee member; conversations with MH re: same |
| WR Grace | M. Healy | 10/10/05 | 27 | 7.0 | Perform financial analysis for report to committee member; conversations with GB re: same |
| WR Grace | G. Boyer | 10/11/05 | 7 | 1.0 | Committee Conference Call |
| WR Grace | S. Jones | 10/11/05 | 7 | 1.0 | Committee Conference Call |
| WR Grace | G. Boyer | 10/11/05 | 27 | 0.7 | Various conversations with SJ and MH re: committee report |
| WR Grace | M. Healy | 10/11/05 | 27 | 2.5 | Perform financial analysis for report to committee member; conversations with GB re: same |
| WR Grace | S. Jones | 10/11/05 | 27 | 5.2 | Prepare updated analyses/report in preparation for meeting with committee member; conversations with GB re: same |
| WR Grace | S. Jones | 10/11/05 | 27 | 0.3 | Review and compile Blackstone documents related to plan of reorganization discussions and identified claims; conversations with GB re: same |
| WR Grace | G. Boyer | 10/12/05 | 27 | 12.0 | Preparation of report for committee member; conversations with SJ re: same |
| WR Grace | S. Jones | 10/12/05 | 27 | 3.0 | Prepare updated analyses/report in preparation for meeting with committee member |
| WR Grace | S. Jones | 10/12/05 | 27 | 2.5 | Review and update historical equity markets analysis; conversations with GB re: same |
| WR Grace | G. Boyer | 10/13/05 | 27 | 12.0 | Preparation of report for committee member; conversations with SJ re: same |
| WR Grace | S. Jones | 10/13/05 | 27 | 2.0 | Review and update historical equity markets analysis; conversations with GB re: same |
| WR Grace | G. Boyer | 10/14/05 | 27 | 8.0 | Preparation of report for committee member |
| WR Grace | G. Boyer | 10/15/05 | 7 | 0.5 | Correspondence with committee member regarding CDG's report; conversations with MH re: same |
| WR Grace | M. Healy | 10/15/05 | 27 | 0.3 | Conversations with GB re: financial analyses status |
| WR Grace | M. Healy | 10/15/05 | 27 | 10.0 | Prepare updated analyses/report in preparation for meeting with committee member |
| WR Grace | M. Healy | 10/16/05 | 27 | 10.0 | Prepare updated analyses/report in preparation for meeting with committee member; conversations with GB re: same |
| WR Grace | G. Boyer | 10/16/05 | 20 | 0.2 | Conversations with MH re: financial analyses for committee member meeting |
| WR Grace | G. Boyer | 10/17/05 | 20 | 4.0 | Travel from NYC to Austin, Texas for meeting with committee member |
| WR Grace | S. Jones | 10/17/05 | 24 | 0.4 | Receive and review various e-mails from Bilzin re: PI claims bar dates and constructive notice provisions |
| WR Grace | M. Healy | 10/17/05 | 27 | 10.0 | Perform financial analyses/prepare report in preparation for meeting with committee member |
| WR Grace | G. Boyer | 10/18/05 | 7 | 2.0 | Meeting with committee member |
| WR Grace | G. Boyer | 10/18/05 | 7 | 0.5 | Conversations with SJ re: equity market analyses |
| WR Grace | S. Jones | 10/18/05 | 11 | 0.1 | Correspondence with Debtors re: outstanding fees to be paid |
| WR Grace | G. Boyer | 10/18/05 | 20 | 4.0 | Travel from Austin, Texas to NYC after meeting with committee member |
| WR Grace | S. Jones | 10/18/05 | 27 | 3.0 | Research re: Debtors' equity markets activity; conversations with GB re: same |
| WR Grace | G. Boyer | 10/19/05 | 7 | 0.5 | Correspondence with SJ regarding meeting with committee member |
| WR Grace | S. Jones | 10/19/05 | 7 | 0.2 | Correspondence with GB re: meeting with committee member |
| WR Grace | G. Boyer | 10/19/05 | 24 | 1.0 | Review committee's memorandum on methodology |
| WR Grace | G. Boyer | 10/19/05 | 27 | 0.5 | Correspondence with MK regarding Bear Stearns retention |
| WR Grace | G. Boyer | 10/19/05 | 27 | 5.0 | Review various financial analyses as follow-up to committee member meeting |
| WR Grace | M. Healy | 10/19/05 | 27 | 12.0 | Update report for committee member |
| WR Grace | S. Jones | 10/19/05 | 27 | 2.1 | Research re: Debtors' equity markets activity; conversations with GB re: same |
| WR Grace | S. Jones | 10/20/05 | 7 | 0.6 | Committee Conference Call |
| WR Grace | G. Boyer | 10/20/05 | 27 | 0.5 | Review of stock chart for Grace; conversations with SJ re: same |
| WR Grace | M. Healy | 10/20/05 | 27 | 10.0 | Update report for committee member |
| WR Grace | S. Jones | 10/20/05 | 27 | 2.6 | Research re: Debtors' equity markets activity; conversations with GB re: same |
| WR Grace | G. Boyer | 10/21/05 | 27 | 1.0 | Review analysis of Grace equity ownership |
| WR Grace | S. Jones | 10/21/05 | 27 | 2.3 | Prepare schedule of Debtors' equity markets activity |
| WR Grace | S. Jones | 10/24/05 | 7 | 0.7 | Committee Conference Call |
| WR Grace | G. Boyer | 10/24/05 | 27 | 3.0 | Preparation of analysis of equity ownership as requested by committee member |
| WR Grace | M. Healy | 10/24/05 | 27 | 1.0 | Revise analysis of Grace equity ownership |
| WR Grace | G. Boyer | 10/27/05 | 27 | 3.0 | Compile time detail for 17th, 18th and October fee applications; review expenses |
| WR Grace | S. Jones | 10/30/05 | 11 | 5.0 | Fee Application: prepare 17th Interim Fee Application |
| WR Grace | G. Boyer | 10/31/05 | 11 | 2.0 | Review and revise 17th Interim Fee Application; discussions with SJ re: same |
| WR Grace | S. Jones | 10/31/05 | 11 | 6.0 | Fee Application: prepare 18th Interim Fee Application; discussion with GB re: 17th Interim Fee Application; revise and forward to FJ for filing |
| WR Grace | G. Boyer | 11/01/05 | 11 | 3.0 | Fee Application |
| WR Grace | S. Jones | 11/01/05 | 11 | 3.0 | Fee Application |
| WR Grace | G. Boyer | 11/02/05 | 11 | 3.0 | Fee Application |
| WR Grace | S. Jones | 11/02/05 | 11 | 3.0 | Fee Application |
| WR Grace | G. Boyer | 11/03/05 | 7 | 0.5 | Committee Conference Call |
| WR Grace | S. Jones | 11/03/05 | 7 | 1.0 | Committee Conference Call |
| WR Grace | S. Jones | 11/03/05 | 11 | 2.5 | Fee Application: revise 18th Monthly and Interim Fee Application and forward to FJ for filing |
| WR Grace | S. Jones | 11/04/05 | 11 | 0.4 | Fee Application: finalize 19th Monthly Fee Application and forward to FJ for filing |
| WR Grace | G. Boyer | 11/07/05 | 27 | 0.2 | Correspondence with Committee member |
| WR Grace | G. Boyer | 11/10/05 | 7 | 0.6 | Committee Conference Call |
| WR Grace | S. Jones | 11/10/05 | 7 | 0.6 | Committee Conference Call |
| WR Grace | G. Boyer | 11/15/05 | 26 | 0.1 | Correspondence with Company re: 3rd quarter operating results conference call |
| WR Grace | G. Boyer | 11/17/05 | 7 | 1.0 | Committee Conference Call |
| WR Grace | G. Boyer | 11/17/05 | 26 | 3.0 | Preparation for conference call with the Company re: 3rd quarter operating results |
| WR Grace | G. Boyer | 11/18/05 | 26 | 2.5 | Preparation for and participation on conference call with the Company re: 3rd quarter operating results |
| WR Grace | G. Boyer | 11/22/05 | 24 | 2.5 | transition planning with SJ |

Exhibit A

*Bankruptcy Time Reporting Log (AP)*

Client Name: WR Grace
Professional: All
Date: For the Period of October 1, 2005 through December 31, 2005

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | S. Jones | 11/22/05 | 24 | 2.5 | transition planning with GB |
| WR Grace | G. Boyer | 11/22/05 | 26 | 3.0 | review information on Ludox royalty and discuss with counsel |
| WR Grace | G. Boyer | 11/22/05 | 27 | 0.5 | correspondence with JS |
| WR Grace | G. Boyer | 11/23/05 | 26 | 1.0 | review information on Ludox royalty and discuss with counsel |
| WR Grace | G. Boyer | 11/23/05 | 27 | 0.5 | Correspondence with Committee member |
| WR Grace | G. Boyer | 11/25/05 | 27 | 4.0 | preparation of analyses as requested by Committee member |
| WR Grace | G. Boyer | 11/25/05 | 27 | 0.5 | correspondence with JS and SB |
| WR Grace | G. Boyer | 11/25/05 | 27 | 1.5 | Correspondence with Committee member |
| WR Grace | G. Boyer | 11/28/05 | 11 | 0.1 | correspondence with local counsel re: fee applications |
| WR Grace | G. Boyer | 11/29/05 | 27 | 0.3 | Correspondence with Committee member |
| WR Grace | G. Boyer | 11/30/05 | 27 | 0.2 | correspondence with JS |
| WR Grace | G. Boyer | 12/01/05 | 7 | 1.0 | Committee Conference Call |
| WR Grace | G. Boyer | 12/01/05 | 7 | 0.5 | correspondence with JS re: committee conference call |
| WR Grace | G. Boyer | 12/01/05 | 7 | 1.5 | preparation for committee conference call |
| WR Grace | G. Boyer | 12/02/05 | 27 | 1.0 | Correspondence with Committee member |
| WR Grace | G. Boyer | 12/02/05 | 27 | 0.5 | correspondence with JS |
| WR Grace | G. Boyer | 12/06/05 | 26 | 0.2 | correspondence with Blackstone re: Ludox |
| WR Grace | G. Boyer | 12/07/05 | 27 | 1.5 | meeting with MK |
| WR Grace | G. Boyer | 12/13/05 | 14 | 0.2 | Call with JS re: upcoming Omnibus hearing |
| WR Grace | G. Boyer | 12/15/05 | 7 | 0.5 | Committee Conference Call |
| WR Grace | G. Boyer | 12/22/05 | 7 | 0.5 | Committee Conference Call |
| WR Grace | M. Healy | 11/16/06 | 26 | 4.0 | Review of internal and external historical analyses |
| WR Grace | M. Healy | 12/10/06 | 26 | 2.5 | News run, competitor analysis, various financial analysis |
| WR Grace | M. Healy | 12/14/06 | 26 | 2.5 | Various financial analysis |
| WR Grace | G. Boyer | 12/18/05 | 14 | 3.0 | Preparation for Omnibus hearing and possible testimony |
| WR Grace | G. Boyer | 12/19/05 | 20 | 6.0 | Travel to and from Pittsburgh for Omnibus court hearing |
| WR Grace | G. Boyer | 12/19/05 | 14 | 4.0 | Attend Omnibus court hearing |
| WR Grace | M. Healy | 12/19/06 | 26 | 3.5 | Read through latest financial reports |
| WR Grace | M. Healy | 12/20/06 | 26 | 3.0 | Updated WR Grace comp report |

246.0 Total Hours