Exhibit B

WR Grace
Expense Detail - Conway, Del Genio, Gries & Co., LLC
For the Period of October 1, 2005 through December 31, 2005

| Name | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|
| G. Boyer * | | | 26.52 | | | | 26.52 |
| G. Boyer * | | | 33.66 | | | | 33.66 |
| G. Boyer * | | | 26.52 | | | | 26.52 |
| G. Boyer (Austin, TX)* | | | 113.22 | | | | 113.22 |
| G. Boyer (Austin, TX)* | | | 71.40 | | | | 71.40 |
| G. Boyer * | | | 33.66 | | | | 33.66 |
| G. Boyer | | | 11.00 | | | | 11.00 |
| G. Boyer | | | 11.00 | | | | 11.00 |
| G. Boyer (Pittsburgh, PA) | | | 185.82 | 972.90 | | | 1,158.72 |
| G. Boyer (Austin, TX) | 24.16 | 251.85 | | 643.45 | | | 919.46 |
| G. Boyer (Austin, TX) | 24.16 | | | 643.45 | 0.54 | | 668.15 |
| G. Boyer Total | 48.32 | 251.85 | 512.80 | 2,259.80 | 0.54 | 0.00 | 3,073.31 |
| M. Healy | 31.46 | | | | | | 31.46 |
| M. Healy | 24.98 | | 10.20 | | | | 35.18 |
| M. Healy | | | 9.40 | | | | 9.40 |
| M. Healy | | | 11.00 | | | | 11.00 |
| M. Healy | 28.95 | | | | | | 28.95 |
| M. Healy Total | 85.39 | 0.00 | 30.60 | 0.00 | 0.00 | 0.00 | 115.99 |
| Federal Express | | | | | | 12.58 | 12.58 |
| Federal Express | | | | | | 10.58 | 10.58 |
| Federal Express Total | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23.16 | 23.16 |
| Research | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 525.00 | 525.00 |
| Grand Total | 133.71 | 251.85 | 543.40 | 2,259.80 | 0.54 | 548.16 | 3,737.46 |

* Expenses not previously submitted.

## LEGEND

| | |
|---|---|
| AD | Allyn Danzeisen, Associate -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| Bilzin | Bilzen Sumberg Dunn Baena Price & Axelrod LLP -- Counsel for the PD Committee |
| DK | Dan Katz, Associate -- CDG |
| FJ | Ferry Joseph & Pearce PA |
| FR | Francine Rabinovitz, PI Asbestos Expert--Hamilton Rabinovitz |
| GB | Gregory Boyer, Managing Director -- CDG |
| JH | James Hass, PD Asbestos Expert |
| JM | James Moon -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| JOC | Jamie O'Connel -- Blackstone |
| JS | Jay Sakalo, Associate -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| KG | Kevin Glodowski, Intern -- CDG |
| MG | Michael Gries, Member -- CDG |
| MK | Matthew Kramer -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| MW | Michael Wolf, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| OH | Omar Haynes, Analyst -- CDG |
| POR | Plan of Reorganization |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RT | Robert Turken, Of Counsel -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SB | Scott Baena, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SJ | Stephanie Jones, Associate -- CDG |
| SW | Steven Weiler, Associate -- Ferry Joseph & Pearce |
| TT | Ted Taconelli, Partner -- Ferry, Joseph & Pearce PA |
| WHS | Warren Smith Associates, fee examiner |