# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                                  EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

|  |  |
|---|---|
| c/o Peter Vanlockwood, Esq. | DATE:      November 28, 2005 |
| Caplin & Drysdale | MATTER:         100055.WRG01 |
| One Thomas Circle | INVOICE:                 204527 |
| Washington, DC 20005 |  |

**MATTER:** CLAIMANTS COMMITTEE                                              Robert M Horkovich

## INVOICE SUMMARY

| | |
|---|---:|
| Professional Services: | 1,995.00 |
| Costs: | 20.31 |
| Total Current Invoice: | $2,015.31 |
| Outstanding Balance From Prior Invoices (See Listing): | 16,397.64 |
| **TOTAL AMOUNT DUE:** | **$18,412.95** |

{D0051697:1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

November 28, 2005                                    INVOICE:            204527

**MATTER:**  CLAIMANTS COMMITTEE

## INVOICE LIST

| INVOICE | DATE | INVOICE TOTAL |
|---|---|---|
| 202173 | 08/31/05 | 11,192.50 |
| 202839 | 09/27/05 | 5,205.14 |
| **OUTSTANDING BALANCE FROM PRIOR INVOICES:** | | **$    16,397.64** |

{D0051697:1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:   100055.WRG01 |
| November 28, 2005 | INVOICE:        204527 |

MATTER:  CLAIMANTS COMMITTEE

**PROFESSIONAL SERVICES through 10/31/05**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/17/05 | Review proposed PI Estimation Order.  Provide comments. | W001 | RMH | **0.80** |
| 10/19/05 | Conference with insurance companies regarding proposed estimate order.  Review material in preparation for same. | W001 | RMH | **1.00** |
| 10/25/05 | Updated chart for payment of fee applications | W011 | KSF | **0.20** |
| 10/26/05 | Attention to PI Estimation Order. | W001 | RMH | **1.00** |
| 10/28/05 | Final edits to accounting bill, communicated same to Campbell and Levine for preparation of fee application | W011 | KSF | **0.50** |

**TOTAL FEES:**                                                                                      **1,995.00**

**FEE SUMMARY**

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| Karen S Frankel | 150.00 | 0.70 | **105.00** |
| Robert M Horkovich | 675.00 | 2.80 | **1,890.00** |
| **TOTAL FEES:** | | | **1,995.00** |

**SUMMARY OF SERVICES BY ACTIVITY**

**THIS BILLING PERIOD**

ACTIVITY CODE: W001        Asset Analysis and Recovery

| | HOURS | TOTALS |
|---|---|---|
| Robert M Horkovich | 2.80 | **1,890.00** |
| **TOTAL:** | **2.80** | **1,890.00** |

ACTIVITY CODE: W011        Fee Applications (Applicant)

{D0051697:1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000                                        EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

W.R. GRACE/CLAIMANTS COMMITTEE          MATTER:      100055.WRG01

November 28, 2005                                        INVOICE:            204527

MATTER:  CLAIMANTS COMMITTEE

|  | HOURS | TOTALS |
|---|---|---|
| Karen S Frankel | 0.70 | 105.00 |
| **TOTAL:** | **0.70** | **105.00** |

**COSTS through 10/31/05**

| DATE | DESCRIPTION OF COSTS | AMOUNT |
|---|---|---|
| 09/13/05 | AP - PHOTOCOPYING - - - VENDOR: COMPLETE  E101 COPY CENTER INC. Color xerox reproductions of insurance coverage charts | 17.11 |
| 10/25/05 | CLIENT - ON-LINE COMP SVC - - VENDOR: PACER  E106 AK0345 Pacer net charges | 3.20 |
| **TOTAL COSTS:** | | **20.31** |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---|
| CM | CLIENT - ON-LINE COMP SVC | 3.20 |
| XX | AP - PHOTOCOPYING - | 17.11 |
|  | **TOTAL COSTS:** | **20.31** |
|  | **TOTAL DUE:** | **$2,015.31** |

{D0051697:1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                               **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                              MATTER:        100055.WRG01

November 28, 2005                                                                      INVOICE:              204527

**MATTER:**  CLAIMANTS COMMITTEE

## REMITTANCE COPY

| | |
|---|---:|
| Professional Services: | 1,995.00 |
| Costs: | 20.31 |
| Total Current Invoice: | $2,015.31 |
| Outstanding Balance From Prior Invoices: | 16,397.64 |
| **TOTAL AMOUNT DUE:** | **$18,412.95** |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

{D0051697:1 }