# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                       **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

|  |  |
|---|---|
| c/o Peter Vanlockwood, Esq. | DATE:      December 21, 2005 |
| Caplin & Drysdale | MATTER:         100055.WRG01 |
| One Thomas Circle | INVOICE:                 205321 |
| Washington, DC 20005 |  |

**MATTER:** CLAIMANTS COMMITTEE                                             Robert M Horkovich

### INVOICE SUMMARY

| | |
|---|---:|
| Professional Services: | 4,493.50 |
| Costs: | 59.25 |
| Total Current Invoice: | $4,552.75 |
| Outstanding Balance From Prior Invoices (See Listing): | 18,412.95 |
| **TOTAL AMOUNT DUE:** | **$22,965.70** |

{D0052356:1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

December 21, 2005                                              INVOICE:            205321

**MATTER:**  CLAIMANTS COMMITTEE

## INVOICE LIST

| INVOICE | DATE | INVOICE TOTAL |
|---|---|---|
| 202173 | 08/31/05 | 11,192.50 |
| 202839 | 09/27/05 | 5,205.14 |
| 204527 | 11/28/05 | 2,015.31 |
| **OUTSTANDING BALANCE FROM PRIOR INVOICES:** | | **$    18,412.95** |

{D0052356:1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

December 21, 2005                                 INVOICE:          205321

MATTER:  CLAIMANTS COMMITTEE

**PROFESSIONAL SERVICES through 11/30/05**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/01/05 | Attention to proposed estimation order. | W001 | RMH | **2.00** |
| 11/02/05 | Attention to proposed order regarding scope and impact of estimation proceeding. | W001 | RMH | **0.30** |
| 11/04/05 | Reviewed and prepared new documents for Records Department. | W001 | NJB | **1.00** |
| 11/04/05 | Attention to neutrality stipulation. Confer with Debtor's counsel and Future Representatives' counsel. | W001 | RMH | **0.50** |
| 11/14/05 | Hearing follow-up. | W001 | RMH | **3.50** |
| 11/28/05 | Edited October invoice for preparation of fee application | W011 | KSF | **0.30** |
| 11/29/05 | Finalized October invoice and communicated same to Campbell & Levine for preparation of the fee application | W011 | KSF | **0.30** |

**TOTAL FEES:**                                                           **4,493.50**

**FEE SUMMARY**

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Karen S Frankel | 185.00 | 0.60 | **111.00** |
| Nicholas J Balsdon | 130.00 | 1.00 | **130.00** |
| Robert M Horkovich | 675.00 | 6.30 | **4,252.50** |
| **TOTAL FEES:** | | | **4,493.50** |

**SUMMARY OF SERVICES BY ACTIVITY**

**THIS BILLING PERIOD**

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                       EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

| | | |
|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| December 21, 2005 | INVOICE: | 205321 |

MATTER:  CLAIMANTS COMMITTEE

ACTIVITY CODE: W001     Asset Analysis and Recovery

| | HOURS | TOTALS |
|---|---:|---:|
| Nicholas J Balsdon | 1.00 | **130.00** |
| Robert M Horkovich | 6.30 | **4,252.50** |
| **TOTAL:** | **7.30** | **4,382.50** |

ACTIVITY CODE: W011     Fee Applications (Applicant)

| | HOURS | TOTALS |
|---|---:|---:|
| Karen S Frankel | 0.60 | **111.00** |
| **TOTAL:** | **0.60** | **111.00** |

**COSTS through 11/30/05**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 11/04/05 | DI - FAX CHARGES - | E104 | **15.00** |
| 11/07/05 | DI - FAX CHARGES - | E104 | **6.00** |
| 11/08/05 | DI - FAX CHARGES - | E104 | **33.00** |
| 11/08/05 | DI - PHOTOCOPYING - | E101 | **5.25** |
| **TOTAL COSTS:** | | | **59.25** |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| FX | DI - FAX CHARGES - | **54.00** |
| XE | DI - PHOTOCOPYING - | **5.25** |
| | **TOTAL COSTS:** | **59.25** |

**TOTAL DUE:**                                **$4,552.75**

{D0052356:1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

December 21, 2005                                 INVOICE:        205321

**MATTER:**  CLAIMANTS COMMITTEE

## REMITTANCE COPY

| | |
|---|---:|
| Professional Services: | 4,493.50 |
| Costs: | 59.25 |
| Total Current Invoice: | $4,552.75 |
| Outstanding Balance From Prior Invoices: | 18,412.95 |
| **TOTAL AMOUNT DUE:** | **$22,965.70** |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

{D0052356:1 }