# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| January 20, 2006 | INVOICE: | ****** |

| c/o Peter Vanlockwood, Esq. | DATE: | January 20, 2006 |
|---|---|---|
| Caplin & Drysdale | MATTER: | 100055.WRG01 |
| One Thomas Circle | INVOICE: | ****** |
| Washington, DC 20005 | | |

### PROFESSIONAL SERVICES through 12/31/05

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/01/05 | Attention to action with AIG. | W001 | RMH | 0.30 |
| 12/07/05 | Retrieved copies of filed AKO fee applications from Pacer (1.10); review all applications re receipt of payment (.80); phone conversation with K. Hemming at Campbell & Levine re status of payments for fee applications (.40); e-mail correspondence with W. Sparks at WR Grace per R. Horkovich re payment for past billing (.20). | W011 | KSF | 2.50 |
| 12/08/05 | Follow-up e-mail to R. Horkovich and R. Chung re payment information from WR Grace | W011 | KSF | 0.20 |
| 12/21/05 | Proofed edits to November invoice (.40); communicated same to K. Hemming at Campbell & Levine for preparation and filing of fee application (.10). | W011 | KSF | 0.50 |

**TOTAL FEES:**                                                                 $794.50

### FEE SUMMARY

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| Karen S Frankel | 185.00 | 3.20 | 592.00 |
| Robert M Horkovich | 675.00 | 0.30 | 202.50 |
| **TOTAL FEES:** | | | **$794.50** |

NYDOCS1-809250.1

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                             EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:    100055.WRG01

January 20, 2006                               INVOICE:         ******

## SUMMARY OF SERVICES BY ACTIVITY

**THIS BILLING PERIOD**

ACTIVITY CODE: W001    Asset Analysis and Recovery

|  | HOURS | TOTALS |
|---|---|---|
| Robert M Horkovich | 0.30 | 202.50 |
| **TOTAL:** | **0.30** | **202.50** |

ACTIVITY CODE: W011    Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---|---|
| Karen S Frankel | 3.20 | 592.00 |
| **TOTAL:** | **3.20** | **592.00** |

**TOTAL LEGAL FEES**                                                  **$794.50**

NYDOCS1-809250.1

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:    100055.WRG01

January 20, 2006                                  INVOICE:        ******

## COSTS through 12/31/05

| DATE     | DESCRIPTION OF COSTS   |      | AMOUNT |
|----------|------------------------|------|--------|
| 12/06/05 | DI - FAX CHARGES -     | E104 | 12.00  |
| 12/14/05 | DI - FAX CHARGES -     | E104 | 24.00  |
| 12/14/05 | DI - FAX CHARGES -     | E104 | 13.50  |
| **TOTAL COSTS:** |             |      | **$49.50** |

| WORK | DESCRIPTION          | AMOUNT |
|------|----------------------|--------|
| FX   | DI - FAX CHARGES -   | 49.50  |
|      | **TOTAL COSTS:**     | **$49.50** |

NYDOCS1-809250.1