```
Date: 11/28/05            Legal Analysis Systems, Inc.
Time: 3:00pm                                                          Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                   HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 10/07/05  Peterson  / (07) Committee, Creditors'              0.2     120.00
 #2101     Telephone Relles re: questions from Jeff Liesemer  600.00
           (Caplin-Drysdale) re: resolutions

 10/07/05  Relles    / (07) Committee, Creditors'              0.5     187.50
 #2301     Respond to question from Jeff Liesemer             375.00
           (Caplin-Drysdale) re: resolutions (.3) ; telephone
           Peterson (.2) re: same

 10/07/05  Relles    / (07) Committee, Creditors'              0.3     112.50
 #2302     Respond to question from Jeff Liesemer re:         375.00
           information sources for WRG resolutions
```

{D0051710:1 }

```
Date: 11/28/05              Legal Analysis Systems, Inc.
Time: 3:00pm                                                          Page 2

                         W. R. Grace


Date/Slip#  Description                                    HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
 10/17/05   Peterson  / (28) Data Analysis                      3.8    2280.00
  #2102     Review claims data collection proposal            600.00
-----------------------------------------------------------------------------
```

{D0051710:1 }

```
Date: 11/28/05            Legal Analysis Systems, Inc.
Time: 3:00pm                                                        Page 3

                      W. R. Grace

              Summary Of Time Charges, By Month and Activity
                     October 2005 - October 2005

   MONTH       ACTIVITY                                    HOURS     AMOUNT
   ----------------------------------------------------------------------
   October   - (07) Committee, Creditors'                    1.0     420.00
   October   - (28) Data Analysis                            3.8    2280.00
   October   - (99) Total                                    4.8    2700.00

   Total     - (07) Committee, Creditors'                    1.0     420.00
   Total     - (28) Data Analysis                            3.8    2280.00
   Total     - (99) Total                                    4.8    2700.00

   ----------------------------------------------------------------------
```

{D0051710:1 }

```
Date: 11/28/05              Legal Analysis Systems, Inc.
Time: 3:00pm                                                          Page 4

                    W. R. Grace

               Summary Of Time Charges, By Month and Person
                      October 2005 - October 2005

   MONTH       PERSON                                         HOURS    AMOUNT
   ---------------------------------------------------------------------------
   October   - Relles                                           0.8    300.00
   October   - Peterson                                         4.0   2400.00
   October   - Total                                            4.8   2700.00

   Total     - Relles                                           0.8    300.00
   Total     - Peterson                                         4.0   2400.00
   Total     - Total                                            4.8   2700.00

   ---------------------------------------------------------------------------
```

{D0051710:1 }

```
Date: 11/28/05              Legal Analysis Systems, Inc.
Time: 3:00pm                                                            Page 5

                    W. R. Grace

            Summary Of Time Charges, By Activity, Month, and Person
                        October 2005 - October 2005

  MONTH     PERSON                                    HOURS    RATE    AMOUNT
  ---------------------------------------------------------------------------
  (07) Committee, Creditors'

  October   - Relles                                   0.8    375.     300.00
  October   - Peterson                                 0.2    600.     120.00

  (28) Data Analysis

  October   - Peterson                                 3.8    600.    2280.00

  ---------------------------------------------------------------------------
```

{D0051710:1 }