```
Date: 01/09/05            Legal Analysis Systems, Inc.
Time: 8:00pm                                                            Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                    HOURS/RATE     AMOUNT
-------------------------------------------------------------------------------
 12/07/05  Peterson  / (07) Committee, Creditors'                1.0     600.00
 #2802     telephone conference Finch re: Libby claims,       600.00
           forecast methods

 12/08/05  Peterson  / (07) Committee, Creditors'                1.1     660.00
 #2803     conference call Cohn, Eberling, Finch re: Libby    600.00
           liabilities

 12/09/05  Peterson  / (07) Committee, Creditors'                1.0     600.00
 #2806     Telephone Finch re: data collection issues and     600.00
           discovery
```

{D0053396:1 }

```
Date: 01/09/05            Legal Analysis Systems, Inc.
Time: 8:00pm                                                              Page 2

                    W. R. Grace


Date/Slip#  Description                                     HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 12/06/05   Peterson  / (28) Data Analysis                       2.5    1500.00
 #2801      Respond to inquiries about billing entries         600.00

 12/06/05   Relles    / (28) Data Analysis                       2.1     787.50
 #3001      receive data cdrom and compare to data received in 375.00
            2002

 12/08/05   Peterson  / (28) Data Analysis                       1.5     900.00
 #2804      review materials on Libby liabilities to prepare for 600.00
            conference call

 12/09/05   Peterson  / (28) Data Analysis                       3.5    2100.00
 #2805      Review issues re: data collection and coding and   600.00
            discovery about those issues

 12/16/05   Peterson  / (28) Data Analysis                       0.3     180.00
 #2807      Review data dictionary                             600.00

 12/16/05   Peterson  / (28) Data Analysis                       4.8    2880.00
 #2808      Review discovery documents re: settlement history  600.00

 12/18/05   Peterson  / (28) Data Analysis                       5.8    3480.00
 #2809      Review discovery documents re: settlement history  600.00

 12/20/05   Peterson  / (28) Data Analysis                       2.4    1440.00
 #2810      Review discovery documents re: settlement history  600.00

 12/23/05   Peterson  / (28) Data Analysis                       3.6    2160.00
 #2811      Review discovery documents re: settlement history  600.00

 12/26/05   Peterson  / (28) Data Analysis                       4.1    2460.00
 #2812      Review discovery documents re: settlement history  600.00

 12/27/05   Peterson  / (28) Data Analysis                       5.6    3360.00
 #2813      Review discovery documents re: settlement history  600.00

 12/28/05   Peterson  / (28) Data Analysis                       4.4    2640.00
 #2814      Review discovery documents re: settlement history  600.00

 12/28/05   Peterson  / (28) Data Analysis                       4.7    2820.00
 #2815      Review discovery documents re: settlement history  600.00

 12/29/05   Peterson  / (28) Data Analysis                       2.1    1260.00
 #2816      Review discovery documents re: settlement history  600.00
```

{D0053396:1 }

```
Date: 01/09/05              Legal Analysis Systems, Inc.
Time: 8:00pm                                                              Page 3

                            W. R. Grace


Date/Slip# Description                                        HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
 12/30/05  Peterson  / (28) Data Analysis                           4.8   2880.00
  #2817    Review discovery documents re: settlement history      600.00
--------------------------------------------------------------------------------
```

{D0053396:1 }

```
Date: 01/09/05              Legal Analysis Systems, Inc.
Time: 8:00pm                                                             Page 4

                   W. R. Grace

               Summary Of Time Charges, By Month and Activity
                      December 2005 - December 2005

  MONTH       ACTIVITY                                         HOURS     AMOUNT
  ------------------------------------------------------------------------------
  December  - (07) Committee, Creditors'                          3.1    1860.00
  December  - (28) Data Analysis                                 52.2   30847.50
  December  - (99) Total                                         55.3   32707.50

  Total     - (07) Committee, Creditors'                          3.1    1860.00
  Total     - (28) Data Analysis                                 52.2   30847.50
  Total     - (99) Total                                         55.3   32707.50

  ------------------------------------------------------------------------------
```

{D0053396:1 }

```
Date: 01/09/05              Legal Analysis Systems, Inc.
Time: 8:00pm                                                             Page 5

                    W. R. Grace

              Summary Of Time Charges, By Month and Person
                    December 2005 - December 2005

   MONTH       PERSON                                         HOURS    AMOUNT
   ---------------------------------------------------------------------------
   December  - Relles                                           2.1    787.50
   December  - Peterson                                        53.2  31920.00
   December  - Total                                           55.3  32707.50

   Total     - Relles                                           2.1    787.50
   Total     - Peterson                                        53.2  31920.00
   Total     - Total                                           55.3  32707.50

   ---------------------------------------------------------------------------
```

{D0053396:1 }

```
Date: 01/09/05              Legal Analysis Systems, Inc.
Time: 8:00pm                                                            Page 6

                    W. R. Grace

             Summary Of Time Charges, By Activity, Month, and Person
                         December 2005 - December 2005

  MONTH       PERSON                                  HOURS     RATE     AMOUNT
  ---------------------------------------------------------------------------
  (07) Committee, Creditors'

  December  - Peterson                                  3.1     600.    1860.00

  (28) Data Analysis

  December  - Relles                                    2.1     375.     787.50
  December  - Peterson                                 50.1     600.   30060.00

  ---------------------------------------------------------------------------
```

{D0053396:1 }