**EXHIBIT B**

**Asset Analysis and Recovery (.2 Hours; $ 152.00)**

      Services rendered in this category pertain to the effort to analyze and recover the Debtors' assets for the benefit of the estate.

**Total Task Code .01**               .2

**Business Operations (.1 Hours; $ 76.00)**

      Services rendered in this category pertain to analysis and monitoring of the Debtors' business operations.

**Total Task Code .03**               .1

**Case Administration (104.8 Hours; $ 27,715.50)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**               104.8

**Claim Analysis Objection & Resolution (Asbestos) (37.7 Hours; $ 28,652.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against Debtors' estates.

**Total Task Code .05**               37.7

**Claim Analysis Objection & Resolution (Non-Asbestos) (.4 Hours; $ 304.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against Debtors' estates.

**Total Task Code .06**               .4

**Committee, Creditors', Noteholders' or Equity Holders' (8.8 Hours; $ 6,635.50)**

Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**            **8.8**

**Fee Applications, Applicant (11.6 Hours; $ 3,296.00)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**            **11.6**

**Fee Applications, Others (4.8 Hours; $ 2,543.50)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13**            **4.8**

**Hearings (9.9 Hours; $ 7,584.00)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15**        **9.9**

**Litigation and Litigation Consulting (852.0 Hours; $ 306,816.50)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16  852.0**

**Plan & Disclosure Statement (10.3 Hours; $ 5,787.50)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

{D0054039:1 }

**Total Task Code .17  10.3**

**Travel Non-working (46.3 Hours; $ 9,472.75)**

      Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21  46.3**

**Valuation (.2 Hours; $ 85.00)**

      Services rendered in this category pertain to the analysis of the Debtors' assets and any claims filed against the estate.

**Total Task Code .22                   .2**

**Fee Auditor Matters (2.3 Hours; $ 1,000.50)**

      Services rendered in this category pertain to the review of and response to reposts by the fee auditor.

**Total Task Code .32                2.3**