## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | $561.81 |
| Outside Local Deliveries | $163.02 |
| Research Material | $110.88 |
| Professional Fees & Expert Witness Fees | $2,920.00 |
| Air & Train Transportation | $5,922.33 |
| Meals Related to Travel | $94.87 |
| Conference Meals | $368.60 |
| Outside Photocopying/Duplication Service | $3,882.41 |
| Travel Expenses - Hotel Charges | $352.12 |
| Travel Expenses - Ground Transportation | $989.48 |
| Travel Expenses - LD Calls on Hotel Bill | $0.91 |
| Local Transportation - DC | $112.92 |
| Database Research | $6,598.87 |
| Xeroxing | $2,309.25 |
| Postage | $15.96 |
| Telecopier/Equitrac | $112.20 |
| Long Distance-Equitrac In-House | $32.47 |
| NYO Long Distance Telephone | $883.15 |
| **Total for Report** | **$25,431.25** |

{D0054040:1 }