IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al, | : | Case No. 01-1139 (JJF) |
| | : | |
| Debtor | : | Jointly Administered |

**NOTICE OF NINETEENTH INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD OCTOBER 1, 2005 THROUGH DECEMBER 31, 2005**

Name of Applicant:  Caplin & Drysdale, Chartered

Authorized to Provide Professional Services to:  The Official Committee of Asbestos Personal Injury Claimants

Date of Retention:  April 12, 2001

Period for which Compensation and Reimbursement is sought:  October 1, 2005 through December 31, 2005

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period: $400,120.75

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: $25,431.25

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: $320,096.60

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period: $25,431.25

Total Amount of Holdback Fees Sought for applicable period:  $80,024.15

{D0054042:1 }
DOC# - 170098

# EXHIBIT D

### CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS FOR THE PERIOD OCTOBER 1, 2005 THROUGH DECEMBER 31, 2005

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

|  |  | **Requested** |  | **Paid** |  |
|---|---|---|---|---|---|
| **Date Filed; Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 11/30/05; 11220 | 10/1/05-10/31/05 | $103,164.80 (80% of $128,956.00) | $6,941.72 | $103,164.80 (80% of $128,956.00) | $6,941.72 |
| 12/28/05; 11451 | 11/1/05-11/30/05 | $88,191.00 (80% of $110,238.75) | $4,785.22 | $88,191.00 (80% of $110,238.75) | $4,785.22 |
| 1/31/06; 11674 | 12/1/05-12/31/05 | $128,740.80 (80% of $160,926.00) | $13,704.31 | **Pending** | **Pending** |

### CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category (Examples) | Cumulative October to December, 2005 Hours | Cumulative October to December, 2005 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Asset Analysis and Recovery | .2 | $ 152.00 | 2.1 | $ 1,419.50 |
| Asset Disposition | .0 | .00 | 2.6 | 1,668.00 |
| Business Operations | .1 | 76.00 | 17.2 | 7,459.00 |
| Case Administration | 104.8 | 27,715.50 | 2,240.2 | 529,810.50 |
| Claim Analysis Objection & Resolution (Asbestos) | 37.7 | 28,652.00 | 1,497.8 | 480,295.50 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .4 | 304.00 | 6.8 | 4,212.50 |
| Committee, Creditors', Noteholders' or Equity Holders' | 8.8 | 6,635.50 | 99.8 | 58,404.00 |
| Employee Benefits/Pension | .0 | .00 | 11.3 | 6,465.00 |
| Employment Applications, Applicant | .0 | .00 | 45.1 | 11,352.50 |

| | | | | |
|---|---:|---:|---:|---:|
| Employment Applications, Others | .0 | .00 | 42.3 | 17,345.00 |
| Fee Applications, Applicant | 11.6 | 3,296.00 | 336.5 | 86,847.00 |
| Fee Applications, Others | 4.8 | 2,543.50 | 116.0 | 44,009.50 |
| Financing | .0 | .00 | .3 | 221.50 |
| Hearings | 9.9 | 7,584.00 | 88.0 | 52,458.00 |
| Litigation and Litigation Consulting | 852.0 | 306,816.50 | 3,084.7 | 1,091,826.50 |
| Plan & Disclosure Statement | 10.3 | 5,787.50 | 598.6 | 274,974.50 |
| Relief from Stay Proceedings | .0 | .00 | .7 | 481.50 |
| Tax Issues | .0 | .00 | 68.9 | 22,747.50 |
| Tax Litigation | .0 | .00 | 28.6 | 9,693.50 |
| Travel-Non-Working | 46.3 | 9,472.75 | 406.2 | 86,383.00 |
| Valuation | .2 | 85.00 | 5.5 | 3,775.00 |
| ZAI Science Trial | .0 | .00 | 5.9 | 1,688.00 |
| ZAI Science Trial – Expenses | .0 | .00 | .0 | .00 |
| Other | .0 | .00 | .0 | .00 |
| Accounting/Auditing (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Business Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Corporate Finance (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Data Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance Adv. Proceeding | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance – Expenses | .0 | .00 | .0 | .00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | 170.00 |
| Fee Auditor Matters | 2.3 | 1,000.50 | 10.6 | 4,313.00 |
| **Totals** | **1,089.4** | **$400,120.75** | **8,716.2** | **$2,798,020.00** |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category (Examples) | Total Expenses For The Period 10/1/05 – 12/31/05 | Total Expense From The Petition Date |
|---|---|---|
| | | |

| | | |
|---|---:|---:|
| Computer Assisted Research | $ 6.598.87 | $ 107,323.47 |
| Research Material | 110.88 | 3,025.95 |
| Air Freight & Express Mail | 561.81 | 8,825.29 |
| Outside Local Deliveries | 163.02 | 912.95 |
| Filing Fees | .00 | 144.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | 368.60 | 1,721.86 |
| Outside Photocopy Service | 3,882.41 | 28,598.14 |
| Professional Fees & Expert Witness Fees | 2,920.00 | 22,684.46 |
| Court Reporting/Transcript Service | .00 | 4,555.52 |
| Miscellaneous Client Advances | .00 | 746.77 |
| Air & Train Transportation | 5,922.33 | 52,478.67 |
| Meals Related to Travel | 94.87 | 4,160.12 |
| Travel Expenses – Hotel Charges | 352.12 | 15,665.82 |
| Travel Expenses – Ground Transportation | 989.48 | 8,314.28 |
| Travel Expenses – Miscellaneous | .00 | 113.77 |
| Travel Expenses – LD Calls on Hotel Bill | .91 | 1,104.01 |
| Local Transportation - DC | 112.92 | 366.63 |
| Local Transportation – NY | .00 | 267.09 |
| Xeroxing | 2,309.25 | 49,185.00 |
| Postage | 15.96 | 171.99 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | 112.20 | 1,956.10 |
| Long Distance –Credit Card | .00 | 1,080.99 |
| Long Distance Telephone - DC | 32.47 | 1,902.48 |
| NYO Long Distance Telephone | 883.15 | 3,863.80 |
| Use of Cell/Home Phone | .00 | 530.51 |
| **TOTAL** | **$ 25,431.25** | **$ 319,738.62** |