# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Docket No. _____ |

**ORDER AUTHORIZING THE EXPANSION OF THE EMPLOYMENT OF
STEPTOE & JOHNSON LLP AS SPECIAL TAX COUNSEL TO THE DEBTORS**

Upon the motion (the "Motion") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") seeking entry of an order under sections 327(e) and {328}[330](a) of title 11 of the United States Code (as amended, the "Bankruptcy Code") authorizing the Debtors to expand the scope of employment of Steptoe & Johnson LLP ("Steptoe") as special counsel to include tax law and tax litigation matters; and it appearing that the relief requested is in the best interest of the Debtors' estates and their creditors and other parties in interest; and it appearing that this is a core matter under 28 U.S.C. § 157; and it appearing that Steptoe does not represent any interest adverse to the Debtors or their estates with respect to the matters on which Steptoe is to be employed, and meets all requirements for retention set forth in the Bankruptcy Code; and it appearing that the terms and conditions of Steptoe's employment as further described in the Motion are reasonable; and adequate notice having been given of the Motion; and good and sufficient cause existing to grant the Motion;

IT IS HEREBY ORDERED, FOUND AND DETERMINED THAT:

1.    The Motion is GRANTED.

2.    Pursuant to sections 327(e) and {328}[330](a) of the Bankruptcy Code the scope of employment of Steptoe as special counsel to the Debtors is expanded to include tax law and tax litigation matters.

91100-001\DOCS_DE:115417.2

3.      Steptoe shall be compensated under sections 330 and 331 of the Bankruptcy Code and any further or other Orders of this Court concerning compensation of professionals in these cases, and in accordance with the terms set forth in the Motion, and shall be reimbursed for all allowed necessary, actual and reasonable expenses.

4.      The allowed fees and expenses of Steptoe shall an be administrative expense of the Debtors' estates.

5.      This Order shall become effective immediately upon its entry.

6.      This Court shall retain jurisdiction to hear and determine any matters arising from the implementation of this Order.

Dated: _____, 2006

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge