**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*, | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: March 6, 2006 |
| | : | Hearing Date: June 19, 2006 |

**SUMMARY COVERSHEET TO NINETEENTH QUARTERLY FEE APPLICATION OF PITNEY HARDIN LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR OCTOBER 1, 2005 THROUGH DECEMBER 31, 2005**

| | |
|---|---|
| Name of Applicant: | **Pitney Hardin LLP** |
| Authorized to Provide Professional Services to: | **W. R. GRACE & CO., *et al.*** |
| Date of Retention: | **May 30, 2001 (*nunc pro tunc to* April 2, 2001)** |
| Period for which compensation and reimbursement is sought: | **October 1, 2005 – December 31, 2005** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$495,478.50** |
| Amount of Expense Reimbursement Sought as actual, reasonable and necessary | **$36,861.26** |

This is a: ___ monthly _X_ quarterly interim __final application

The total time expended for fee application preparation is approximately 10 hours and the corresponding compensation requested is approximately $2,000.00.[1]

[1] Applicant will apply to recover compensation relating to this Fee Application in a subsequent application.

1384367A01020306

| | | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| **Date Filed Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| August 14, 2001 #793 CNO filed September 20, 2001 #943 | 4/2/01 – 4/30/01 | $13,859.50 | $7,239.68 | Approved @ 80% ($11,087.60) | Approved @ 100% |
| August 14, 2001 #794 CNO filed September 20, 2001 #944 | 5/1/01 – 5/31/01 | $37,837.50 | $10,539.48 | Approved @ 80% ($30,270.00) | Approved @ 100% |
| August 14, 2001 #795 CNO filed September 20, 2001 #946 | 6/1/01 – 6/30/01 | $29,079.00 | $10,548.57 | Approved @ 80% ($23,263.20) | Approved @ 100% |
| August 14, 2001 #796; Approved 11/25/02 #3091 | 4/2/01 – 6/30/01 | $80,776.00 | $28,327.73 | Approved @ 100% | Approved @ 100% |
| September 27, 2001 #967<br><br>Amended Exhibit B October 30, 2001 #1050<br><br>CNO filed October 31, 2001 #1062 | 7/1/01 – 7/31/01 | $33,349.00<br><br>Voluntarily Reduced to $32,429.00 | $11,075.18 | Approved @ 80% ($25,943.20) | Approved @ 100% |
| October, 31, 2001 #1046 CNO filed November 28,2001 #1259 | 8/1/01 – 8/31/01 | $60,105.00 | $8,715.77 | Approved @ 80% ($48,084.00) | Approved @ 100% |

| | | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| November, 30, 2001 #1292 CNO filed 12/21/01 #1419 | 9/1/01 – 9/30/01 | $94,112.50 | $10,714.88 | Approved @ 80% ($75,290.00) | Approved @ 100% |
| December 4, 2001 #1305 CNO filed 12/27/01 #1423 | 4/2/01 – 12/3/01 | $240,000.00 | $0.00 | Contingency Matter Approved @80% ($192,000.00) | N/A |
| December, 11, 2001 #1331 CNO filed 1/9/02 #1477 | 10/1/01 – 10/31/01 | $68,805.50 | $23,481.14 | Approved @ 80% ($55,044.40) | Approved @ 100% |
| January 9, 2002 #1481; Approved 11/25/02 #3091 | 7/1/01 – 9/30/01 | $186,646.50 | $30,505.83 | Approved @ 100% | Approved @ 100% |
| February 26, 2001 #1723 CNO filed 4/17/02 #1936 | 11/1/01 – 11/30/01 | $62,334.50 | $7,507.05 | Approved @ 80% ($49,867.60) | Approved @ 100% |
| February 26, 2001 #1722 CNO filed 4/17/02 #1937 | 12/1/01 – 12/31/01 | $85,347.50 | $10,019.15 | Approved @ 80% ($68,278.00) | Approved @ 100% |
| March 27, 2002 #1868 CNO filed 4/18/02 #1942 | 1/1/02 – 1/31/02 | $38,823.00 | $11,182.95 | Approved @ 80% ($31,058.40) | Approved @ 100% |
| March 28, 2002 #1871; Approved 11/25/02 #3091 | 10/1/01 – 12/31/01 | $456,487.00 | $28,241.08 | Approved @ 100% | Approved @ 100% |

| | | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| **Date Filed Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| April 17, 2002 #1938 CNO filed 5/9/02 #2031 | 2/1/02 – 2/28/02 | $67,270.10 | $8,972.08 | Approved @ 80% ($53,816.08) | Approved @ 100% |
| May 6, 2002 #2061 CNO filed 6/7/02 #2187 | 3/1/02 – 3/31/02 | $30,424.00 | $6,076.45 | Approved @ 80% ($24,339.20) | Approved @ 100% |
| June 19, 2002 #2259-60 | 1/1/02 – 3/31/02 | $136,517.10 | $26,231.48 | Approved @ $130,255.00 | Approved @ 100% |
| June 12, 2002 # 2208 CNO filed 7/9/02 #2349 | 4/1/02 – 4/30/02 | $33,180.00 | $1,119.59 | Approved @ 80% ($26,544.00) | Approved @ 100% |
| July 9, 2002 #2349 CNO filed 7/30/02 #2468 | 5/1/02 – 5/31/02 | $10,995.50 | $9,230.90 | Approved @ 80% ($8,796.40) | Approved @ 100% |
| August 23, 2002 #2596 CNO filed 9/17/02 #2696 | 6/1/02 – 6/30/02 | $28,403.00 | $3,922.05 | Approved @ 80% ($22,722.40) | Approved @ 100% |
| September 20, 2002 #2719 and 2721; Approved 11/25/02 #3092 | 4/1/02 – 6/30/02 | $72,578.50 | $14,272.56 | Approved @ 100% | Approved @ 100% |
| October 22, 2002 #2858 CNO filed 11/13/02 #2971 | 7/1/02 – 7/31/02 | $102,925.00 | $17,692.88 | Approved @ 80% ($82,340.00) | Approved @ 100% |
| November 14, 2002 #2977 CNO Filed 12/11/02 # 3139 | 8/1/02 – 8/31/02 | $51,745.50 | $7,075.39 | Approved @ 80% ($41,396.40) | Approved @ 100% |
| November 20, 2002 #3039 CNO filed 12/11/02 # 3135 | 9/1/02 – 9/30/02 | $29,291.10 | $4,744.95 | Approved @ 80% ($23,432.88) | Approved @ 100% |
| November 27, 2002 #3084 & #3087 Order | 7/1/02 – 9/30/02 | $183,969.60 | $29,513.22 | Approved for $182,143.10 | Approved |

1384367A01020306

| | | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| **Date Filed Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| filed 3/14/03; #3511 | | | | | |
| December 16, 2002 #3165 CNO filed 1/14/03 #3250 | 10/1/02 – 10/31/02 | $26,061.00 | $5,340.26 | Approved @ 80% ($20,848. 80) | Approved @ 100% |
| December 27, 2002 #3198 Order signed 3/3/03 # 3446 | 4/4/01 – 12/3/01 | $240,000.00 | N/A | Approved | N/A |
| January 13, 2003 #3238 CNO filed 2/6/03 #3227 | 11/1/02 – 11/30/02 | $28,150.50 | $4,980.91 | Approved @ 80% ($22,520. 40) | Approved @ 100% |
| February 6, 2003 #3345 CNO filed 3/27/03 #3557 | 12/1/02 – 12/31/02 | $21,414.00 | $3,594.17 | Approved @ 80% ($17,131. 20 ) | Approved @ 100% |
| February 14, 2003 Order signed on 7/28/03 | 10/1/03 – 12/31/03 | $75,625.50 | $13,915.34 | Approved for $72,625.50 | Approved @ 100% |
| March 21, 2003 # 3536 CNO filed 4/15/03 #3666 | 1/1/03 – 1/31/03 | $77,836.00 | $6,477.81 | Approved @ 80% ($62,268.80) | Approved @ 100% |
| April 22, 2003 #3701 CNO filed 5/15/03 #3794 | 2/1/03 – 2/28/03 | $28,050.00 | $3,923.92 | Approved @ 80% ($22,440.00) | Approved @ 100% |
| May 28, 2003 #3836 CNO filed 7/3/03 #3999 | 3/1/03 – 3/31/03 | $14,142.00 | $471.79 | Approved @ 80% ($11,313.60) | Approved @ 100% |
| June 3, 2003 #3864 Order signed 9/22/03 #4480 | 1/1/03 – 3/31/03 | $120,028.00 | $10,873.52 | Approved for $118,379.00 | Approved @ 100% |
| June 18, 2003 #3912 CNO filed 7/11/03 #4054 | 4/1/03 – 4/30/03 | $21,507.50 | $370.10 | Approved @ 80% ($17,206.00) | Approved @ 100% |
| August 7, 2003 #4181 CNO filed 9/24/03 #4475 | 5/1/03 – 5/31/03 | $22,184.50 | $864.72 | Approved @ 80% ($17,747.60) | Approved @ 100% |
| September 9, | 6/1/03 – | $28,764.50 | $9,472.70 | Approved @ | Approved @ |

1384367A01020306

| | | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| **Date Filed Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 2003 #4407 CNO filed 10/2/03 #4524 | 6/30/03 | | | 80% ($23,011.60) | 100% |
| September 26, 2003 #4495 & 4496 | 4/1/03 – 6/30/03 | $72,456.50 | $10,707.52 | Approved for $72,456.50 | Approved @ 100% |
| October 17, 2003 #4583 CNO filed 11/12/03 #4685 | 7/1/03 – 7/31/03 | $11,104.50 | $2,829.93 | Approved @ 80% ($8,883.60) | Approved @ 100% |
| November 6, 2003 #4666 CNO filed 12/9/03 #4798 | 8/1/03 – 8/31/03 | $3,427.50 | $2,242.92 | Approved @ 80% ($2,742.00) | Approved @ 100% |
| November 25, 2003 #4751 CNO filed 12/16/03 #4813 | 9/1/03 – 9/30/03 | $9,912.00 | $2,311.40 | Approved @ 80% ($7,929.60) | Approved @ 100 % |
| December 16, 2003 #4822 & 4823 Order filed 4/26/04 | 7/1/03- 9/30/03 | $24,444.00 | $7,370.04 | Approved for $24,440.00 | Approved @ 100% |
| November 25, 2003 # 4752 CNO filed 12/16/03 #4814 | 10/1/03- 10/31/03 | $6,779.00 | $3,507.88 | Approved @ 80% ($5,423.20) | Approved @ 100% |
| December 31, 2003 #4893 CNO filed 2/3/04 #5052 | 11/1/03 – 11/30/03 | $16,464.50 | $2,478.06 | Approved @ 80% ($13,171.60) | Approved @ 100% |
| February 20, 2004 #5144 CNO filed 4/1/04 #5459 | 12/1/03 – 12/31/03 | $18,088.50 | $2,839.22 | Approved @ 80% ($14,470.80) | Approved @ 100% |
| February 25, 2004 #5165 Order filed 6/16/04 #5822 | 10/1/04 – 12/31/04 | $41,332.00 | $8,825.16 | Approved for $41,332.00 | Approved @ 100% |
| March 29, 2004 #5362 CNO filed 4/22/04 | 1/1/04 – 1/31/04 | $39,097.50 | $2,315.38 | Approved @ 80% ($31,278.00) | Approved @ 100% |
| April 20, 2004 #5464 CNO filed 6/22/04 #5872 | 2/1/04 – 2/29/04 | $61,379.50 | $2,435.48 | Approved @ 80% ($49,103.60) | Approved @ 100% |

| | | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| **Date Filed Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| June 1, 2004 #5678 CNO filed 6/22/04 #5873 | 3/1/04 – 3/31/04 | $266,775.00 | $9,819.15 | Approved @ 80% ($213,420.00) | Approved @ 100% |
| June 9, 2004 #5766 & 5767 Order filed 9/27/04 #6465 | 1/1/04 – 3/31/04 | $367,258.00 | $14,570.01 | Approved @ 100% ($367,258.00) | Approved @ 100% |
| July 1, 2004 #5915 CNO filed 7/28/04 | 4/1/04 – 4/30/04 | $242,320.50 | $33,506.28 | Approved @ 80% ($293,806.40) | Approved @ 100% |
| July 29, 2004 #6066 CNO filed 8/19/04 #6219 | 5/1/04 – 5/31/04 | $205,386.50 | $3,393.87 | Approved @ 80% ($164,309.20) | Approved @ 100% |
| August 12, 2004 #6162 CNO filed 9/7/04 #6325 | 6/1/04 – 6/30/04 | $181,394.50 | $41,141.14 | Approved @ 80% ($145,115.60) | Approved @ 100% |
| September 1, 2004 ## 6302; 6303 Order filed 1/26/05 #7622 | 4/1/04 – 6/30/04 | $629,101.50 | $78,003.35 | Approved for $629,101.50 | Approved @ 100% |
| September 17, 2004 #6416 CNO filed 10/13/04 #6609 | 7/1/04- 7/31/04 | $22,957.00 | $8,896.12 | Approved @ 80% ($18,365.60) | Approved @ 100% |
| October 14, 2004 #6631 CNO filed 11/9/04 #6854 | 8/1/04- 8/31/04 | $28,122.50 | $2,338.02 | Approved @ 80% (22,490.00) | Approved @ 100% |
| November 16, 2004 #6943 CNO filed 12/13/04 #7152 | 9/1/2004- 9/30/2004 | $25,615.50 | $3,246.99 | Approved @ 80% (20,492.40) | Approved @ 100% |
| November 17, 2004 #6966 Order filed 3/22/05 #8081 | 7/1/04- 9/30/04 | $76,695.00 | $14,481.13 | Approved for $76,695.00 | Approved @ 100% |
| December 16, 2004 #7198 CNO filed 1/25/05 #7621 | 10/1/04 – 10/31/04 | $27,632.50 | $4,766.94 | Approved @ 80% (22,106.00) | Approved @ 100% |
| January 10, 2005 #7521 CNO filed 2/2/05 #7670 | 11/1/04 – 11/30/04 | $31,261.00 | $11,977.87 | Approved @ 80% (25,008.80) | Approved @ 100% |
| February 11, | 12/1/04- | $112,852.00 | $4,502.70 | Approved @ | Approved @ |

| | | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| **Date Filed Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 2005 #7745 CNO filed 3/8/05 #7992 | 12/31/04 | | | 80% ($90,281.60) | 100% |
| March 16, 2005 ##8051-52 Order filed 6/29/05 #8728 | 10/1/04-12/31/04 | $171,475.50 | $21,247.51 | Approved for $171,475.50 | Approved @ 100% |
| March 18, 2005 #8076 CNO filed 4/26/05 #8286 | 1/1/05-1/31/05 | $44,219.00 | $3,351.01 | Approved @ 80% ($35,375.50) | Approved @ 100% |
| May 10, 2005 #8391 CNO filed 6/24/05 #8683 | 2/1/05-2/28/05 | $38,780.50 | $7,826.47 | Approved @ 80% ($31,024.40) | Approved @ 100% |
| May 16, 2005 #8443 CNO filed 6/24/05 #8684 | 3/1/05 – 3/31/05 | $42,702.00 | $3,222.62 | Approved @ 80% ($34,161.60) | Approved @ 100% |
| May 26, 2005 ##8511-12 Order filed 9/27/05 #9513 | 1/1/05 – 3/31/05 | $125,701.50 | $14,400.10 | Approved for $125,701.50 | Approved @ 100% |
| June 27, 2005 #8691 CNO filed 7/26/05 #9090 | 4/1/05-4/30/05 | $76,920.50 | $3,699.77 | Approved @ 80% ($61, 536.40) | Approved @ 100% |
| July 20, 2005 #9035 CNO filed 8/19/05 #9220 | 5/1/05-5/31/05 | $73,041.00 | $4,608.05 | Approved @ 80% ($57,112.80) | Approved @ 100% |
| August 11, 2005 #9175 CNO filed 9/8/05 #9360 | 6/1/05 – 6/30/05 | $246,447.50 | $5,298.28 | Approved @ 80% ($197,158.00) | Approved @ 100% |
| August 19, 2005 #9210 Order filed 12/21/05 #11402 | 4/1/05 – 6/30/05 | $396,409.00 | $13,606.10 | Approved for $396, 409.00 | Approved @ 100% |
| October 4, 2005 #9572 CNO filed 10/31/05 #10938 | 7/1/05 – 7/31/05 | $363,936.00 | $10,742.66 | Approved @ 80% ($291,148.80) | Approved @ 100% |
| October 20, 2005 #9708 CNO filed 11/15/05 #11091 | 8/1/05 – 8/31/05 | $276,504.50 | $21,554.17 | Approved @ 80% ($221,203.60) | Approved @ 100% |
| November 23, 2005 #11156 CNO filed December 16, | 9/1/05 – 9/30/05 | $243,011.00 | $7,658.60 | Approved @ 80% ($194,408.80) | Approved @ 100% |

| | | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| **Date Filed Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 2005 #11359 | | | | | |
| November 23, 2005 #11162 (Objections due 12/19/05; Hearing 3/27/06) | 7/1/05 – 9/30/05 | $883,451.50 | $39,955.43 | Pending | Pending |
| January 31, 2006 #11681 (Objections due 2/21/06) | 10/1/05 – 10/31/05 | $189,747.50 | $9,364.24 | Pending | Pending |
| January 31, 2006 #11677 (Objections due 2/21/06) | 11/1/05 – 11/30/05 | $170,059.00 | $25,007.67 | Pending | Pending |
| Pending | 12/1/05 – 12/31/05 | $135,672.00 | $2,489.35 | Pending | Pending |
| Pending | 10/1/05 – 12/31/05 | $495,478.50 | $36,861.26 | Pending | Pending |

**SUMMARY OF COMPENSATION FOR THE FEE PERIOD**
**OCTOBER 1, 2005 THROUGH DECEMBER 31, 2005**

| Name of Professional Person | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Anthony J. Marchetta | 1974 | 525.00 | 74.7 | $39,217.50 |
| William S. Hatfield | 1993 | 335.00 | 7.8 | $2,613.00 |
| Michael E. Waller | 1990 | 375.00 | 167.9 | $62,962.50 |
| Peter J. Herzberg | 1975 | 395.00 | 3.7 | $1,461.50 |
| Barry M. Benjamin | 1993 | 390.00 | 11.0 | $4,290.00 |
| Scott A. Zuber | 1987 | 375.00 | 12.9 | $4,837.50 |
| John J. O'Reilly | 1973 | 450.00 | 2.5 | $1,125.00 |
| Colleen Donovan | 1987 | 395.00 | 1.8 | $711.00 |
| Richard Meth | 1973 | 440.00 | 0.4 | $176.00 |
| Robert G. Rose | 1974 | 425.00 | 0.2 | $85.00 |
| Roger R. Gottilla | 1973 | 365.00 | 2.7 | $985.50 |
| **COUNSEL** | | | | |
| Brian E. Moffitt | 1992 | 345.00 | 124.3 | $42,883.50 |
| **ASSOCIATES** | | | | |
| Mark S. Morgan | 2002 | 200.00 | 433.4 | $86,680.00 |
| Kristen M. Jasket | 2000 | 235.00 | 19.0 | $4,465.00 |
| Michael H. Levison | 2000 | 300.00 | 10.3 | $3,090.00 |
| Frances B. Stella | 1991 | 260.00 | 1.3 | $338.00 |
| Steven A. Muhlstock | 1999 | 270.00 | 77.5 | $20,925.00 |
| James Phillip Spielberg | 1999 | 240.00 | 69.2 | $16,608.00 |
| Jeffrey Mandel | 1999 | 270.00 | 148.9 | $40,203.00 |
| Joanna Steinberg Varone | 2002 | 200.00 | 93.2 | $18,640.00 |
| Gary George Michael | 1993 | 290.00 | 20.2 | $5,858.00 |
| Marc A. Meyer | 2004 | 195.00 | 33.4 | $6,513.00 |
| R. McCaffrey | 1983 | 170.00 | 198.1 | $33,677.00 |
| Aaron J. Stahl | 2004 | 190.00 | 52.9 | $10,051.00 |

| | | | | |
|---|---|---|---|---|
| G. Hammoud | 2002 | 195.00 | 72.9 | $14,215.50 |
| **PARAPROFESSIONALS** | | | | |
| H. Gonzalez | N/A | 150.00 | 1.1 | $165.00 |
| Y. Day | N/A | 110.00 | 311.5 | $34,265.00 |
| M. Gironde | N/A | 115.00 | 165.2 | $18,998.00 |
| N. Jaouen | N/A | 90.00 | 22.2 | $1,998.00 |
| A. Lebria | N/A | 75.00 | 29.7 | $2,227.50 |
| C. Atkins | N/A | 85.00 | 34.5 | $2,932.50 |
| K. Yates | N/A | 90.00 | 78.1 | $7,029.00 |
| D. Florence | N/A | 115.00 | 12.7 | $1,460.50 |
| S. Parker | N/A | 125.00 | 7.8 | $975.00 |
| K. Stehnacs | N/A | 115.00 | 23.2 | $2,668.00 |
| M. Steen | N/A | 165.00 | 0.9 | $148.50 |
| **Grand Total Time Reports (Hours and Dollars) for the Fee Period October 1, 2005 through December 31, 2005** | | | **2327.1 Total Hours** | **$495,478.50** |

1384367A01020306

**SUMMARY OF EXPENSES FOR THE FEE PERIOD**
**OCTOBER 1, 2005 THROUGH DECEMBER 31, 2005**

| TYPE OF EXPENSE | |
|---|---|
| | |
| Duplicating | $246.54 |
| Computer Assisted Research | $359.72 |
| PD UPS TO WILMINGTON DE; KMJ; INV# 81207415 | $11.87 |
| REC UPS CREDIT ADJUSTMENT; KMJ; INV# 81207415 | $-1.45 |
| Paid Skyline Duplication #10501 S#7121 | $416.37 |
| Paid Merrill Communications #10501 S#7121 | $630.53 |
| Paid Merrill Communications #10501 S#7121 | $2,206.22 |
| Paid Document Technologies, Inc. for services rendered #10501; S#7117 | $59.15 |
| Paid Document Technologies, Inc. for services rendered #10501; S#7117 | $174.37 |
| PD GENESYS CONFERENCING INC FOR CONFERENCING; AJM; CK# 279043 | $73.08 |
| Paid Document Technologies, Inc. for services rendered #10501; S#7117 | $328.75 |
| Paid Romanelli's #10504 S#7121 | $49.19 |
| PD INTEGRITY EXPRESS TO FLORHAM PARK NJ; MEW; CK# 279208 | $67.35 |
| PD INTEGRITY EXPRESS TO TRENTON NJ; MEW; CK# 279208 | $59.00 |
| PD INTEGRITY EXPRESS TO FLORHAM PARK NJ; MEW; CK# 279208 | $41.00 |
| PD INTEGRITY EXPRESS TO TRENTON NJ; MEW; CK# 279208 | $105.95 |
| PD AMEX FOR TRAVEL EXPENSE; MEW; CK# 278774 | $628.00 |
| PD UPS TO TRENTON NJ; MEW; INV# 81207395 | $7.74 |
| PD UPS TO TRENTON NJ; MSM; INV# 81207395 | $10.00 |
| PD TRAVEL EXPENSE; MSM; UH&P7P; 10/15/05 | $30.55 |
| PD AMEX FOR MEAL EXPENSE; MEW; CK# 278774 | $38.48 |
| PD AMEX FOR TRAVEL EXPENSE; MEW; CK# 278774 | $11.00 |
| PD UPS TO FLEMINGTON NJ; MSM; INV# 81207405 | $10.78 |
| PD TRAVEL EXPENSE; MSM; UH&P7P; 10/15/05 | $1,925.81 |
| PD INTEGRITY EXPRESS TO TRENTON NJ; MEW; CK# 279208 | $99.95 |
| PD TRAVEL EXPENSES TO NEWARK, NJ; GH; CK# 279422 | $52.31 |
| PD UPS ADJUSTMENT; MSM; INV# 81207405 | $1.41 |
| PD UPS TO NEW YORK NY; AJM; INV# 81207415 | $7.74 |
| PD UPS TO NEWARK NJ; AJM; INV# 81207415 | $7.74 |
| PD UPS TO TRENTON NJ; AJM; INV# 81207415 | $7.74 |

| | |
|---|---:|
| PD UPS TO TRENTON NJ; AJM; INV# 81207415 | $7.74 |
| PD UPS TO FLEMINGTON NJ; MEW; INV# 81207415 | $7.74 |
| PD UPS TO WASHINGTON DC; MEW; INV# 81207415 | $8.95 |
| Paid CDW Direct for services rendered #52504; S#7143 | $291.83 |
| PD UPS ADJUSTMENT; MEW; INV# 81207415 | $1.43 |
| Paid Merrill Communications #10501 S#7121 | $553.75 |
| PD UPS TO WASHINGTON DC; MEW; CK# 279561 | $13.12 |
| PD UPS TO FLEMINGTON NJ; MSM; CK# 279561 | $11.41 |
| Paid Document Technologies, Inc. for services rendered #10501; S#7117 | $168.39 |
| Paid Document Technologies, Inc. for services rendered #10501; S#7117 | $425.93 |
| PD UPS TO TRENTON NJ; MSM; CK# 279561 | $14.37 |
| PD UPS TO WASHINGTON DC; MSM; CK# 279561 | $73.11 |
| PD UPS ADJUSTMENT; MSM; CK# 279561 | $1.45 |
| Pd Aetna Central Judicial Services to submit motion; Inv# 39 | $10.00 |
| Pd Aetna Central Judicial Services for witness fee attorney paid; out of town service; waiting time and effort; Inv# 5671 | $75.00 |
| Pd UPS to Roslyn NY; MHL; Inv# 184488W425 | $6.69 |
| Pd UPS Adjustment; Inv# 184488W425 | $2.44 |
| Paid Patrusky, Mintz & Semel for subpoena fee #10501; S#7138; hck#158015 | $24.00 |
| PD UPS TO WILMINGTON, DE; KMJ; CK# 280097 | $11.87 |
| REC UPS CREDIT ADJUSTMENT; KMJ; CK# 280097 | $-1.45 |
| Pd Travel Expense; HEG; Ck# 279883 | $5.50 |
| Pd Fedex to New York NY; MHL; Ck# 280089 | $13.22 |
| Duplicating | $516.60 |
| Paid Skyline Duplication #10501 S#7212 | $620.86 |
| Paid Skyline Duplication #10501 S#7212 | $55.99 |
| Paid N. Susalis & Assoc #10501 S#7166 | $6,968.68 |
| PD UPS TO FLEMINGTON, NJ; LC; CK#280097 | $14.84 |
| PD UPS TO TRENTON, NJ; MSM; CK# 280097 | $7.74 |
| PD UPS TO NEWARK, NJ; MSM; CK# 280097 | $7.74 |
| PD UPS TO NEW YORK, NY; MSM; CK# 280097 | $7.74 |
| PD UPS TO TRENTON, NJ; M MORGAN CK#280097 | $9.22 |
| PD UPS ADJUSTMENT; LAC; CK# 280097 | $1.45 |
| PD INTEGRITY EXPRESS TO TRENTON NJ; MSM; CK# 279942 | $105.95 |
| PD UPS TO TRENTON NJ; MSM; CK# 280098 | $18.28 |
| Paid Merrill Communication LLC #10501 S#7166 | $2,040.29 |
| Paid Merrill Communication LLC #10501 S#7166 | $1,054.70 |
| Paid Investigative Consultants Int'l. for services rendered #10501; S#7159 | $912.50 |

| | |
|---|---|
| Paid Dweling Associates Inc #10501 S#7212 | $2,093.75 |
| PAID UPS TO WASHINGTON, DC; BEM; CHECK #280363 | $15.31 |
| PD TRAVEL EXPENSES TO DELAWARE, NJ; AJM; CK# 280341 | $83.35 |
| Computer Assisted Research | $102.75 |
| Vendor: Paid Document Technologies, Inc. for services rendered | $10,340.79 |
| PD UPS TO COLUMBIA MD; WSH; CK# 281188 | $7.74 |
| PD UPS TO BOCA RATON FL; AJM; CK# 280873 | $10.47 |
| PD UPS TO WILMINGTON DE; KMJ; CK# 280873 | $10.94 |
| PD UPS TO WILMINGTON DE; KMJ; CK# 281187 | $13.12 |
| REC UPS CREDIT ADJUSTMENT; KMJ; CK# 281187 | $-1.45 |
| REC UPS CREDIT ADJUSTMENT; KMJ; CK# 281187 | $-1.45 |
| PD TRAVEL EXPENSE; SAM; UH&P7P; 12/15/05 | $59.70 |
| PD AMEX FOR TRAVEL EXPENSE; AJM; CK# 280895 | $50.00 |
| PD AMEX FOR TRAVEL EXPENSE; AJM; CK# 280895 | $329.00 |
| PD UPS TO WASHINGTON DC; BEM; CK# 280873 | $24.37 |
| PD UPS TO TRENTON NJ; MSM; CK# 281187 | $13.44 |
| PD UPS TO WASHINGTON, DC; MSM; CK# 281289 | $13.12 |
| PD UPS TO WASHINGTON, DC; MSM; CK# 281289 | $13.12 |
| PD UPS TO WASHINGTON DC; MSM; CK# 281416 | $18.12 |
| PD UPS TO BOSTON MA; MSM; CK# 281416 | $13.12 |
| PD UPS TO NEW YORK NY; MSM; CK# 281416 | $12.50 |
| PD UPS TO WASHINGTON, DC; MSM; CK# 281723 | $15.31 |
| PD UPS TO TRENTON NJ; MSM; CK# 281723 | $12.97 |
| Computer Assisted Research | $868.37 |
| Duplicating | $936.04 |
| Pd Fedex for delivery to New York City; HG; CK# 281601 | $25.80 |
| Paid Clerk of the Court/New York County for fee to file order to show cause #10507; S#7316; hck#158199 | $45.00 |
| **Grand Total Expenses for the Fee Period October 1, 2005 through December 31, 2005** | **$36,861.26** |

COMPENSATION BY PROJECT CATEGORY FOR THE FEE PERIOD

| PROJECT CATEGORIES | Total of October 1, 2005 - October 31, 2005 | Total of November 1- November 30, 2005 | Total of December 1, 2005 - December 31, 2005 | Total of October 1, 2005 - December 1, 2005 | Total of April 2, 2001 - December 31, 2005 |
|---|---|---|---|---|---|
| | | | | | |
| 01 - Asset Analysis and Recovery | | | | | $ 3,888.50 |
| 02 - Asset Disposition | | | | | $ 13,881.00 |
| 03 - Business Operations | | | | | $ 381,336.50 |
| 04 - Case Administration | $ 92,021.50 | $ 47,133.00 | $ 36,242.50 | $ 175,397.00 | $ 1,025,648.60 |
| 05 - Claims Analysis, Objection, & Resolution (Asbestos) | | | | | $ 6,449.00 |
| 06 - Claims Analysis, Objection, & Resolution (Non-asbestos) | | | | | |
| 07 - Committee, Creditors', Noteholders' or Equity Holders' | | | | | $ 1,830.00 |
| 08 - Employee Benefits/ Pension | | | | | |
| 09 - Employment Applications, Applicant | | | | | $ 882.00 |
| 10 - Employment Applications, Others | | | | | |
| 11 - Fee Applications, Applicant | $ 1,992.50 | $ 1,945.00 | $ 1,052.50 | $ 4,990.00 | $ 95,038.00 |
| 12 - Fee Applications, Others | | | | | $ 1,179.00 |
| 13 - Financing | | | | | $ 201.00 |
| 14 - Hearings | | | | | $ 72,325.50 |
| 15 - Litigation and Litigation Consulting. | $ 95,733.50 | $ 120,981.00 | $ 98,377.00 | $ 315,091.50 | $ 2,929,986.60 |
| 16 - Plan and Disclosure Statement | | | | | $ 41,393.00 |
| 17 - Relief from Stay Proceedings | | | | | $ 185.50 |
| 18 - Tax Issues | | | | | $ 4,247.00 |
| 19 - Tax Litigation | | | | | |
| 20 - Travel – Non Working | | | | | |
| 21 - Valuation | | | | | |
| 22 - ZAI Science Trial | | | | | |
| 23 - ZAI Science Trial – Expenses | | | | | |
| 24 - Other | | | | | $ 11,459.00 |
| 25 - Accounting/Auditing | | | | | |
| 26 - Business Analysis | | | | | |
| 27 - Corporate Finance | | | | | |
| 28 - Data Analysis | | | | | |
| **TOTAL - FEES** | $ 189,747.50 | $ 170,059.00 | $ 135,672.00 | $ 495,478.50 | $ 4,589,930.20 |
| **TOTAL - EXPENSES** | $ 9,364.24 | $ 25,007.67 | $ 2,489.35 | $ 36,861.26 | $ 442,013.29 |
| | | | | | |
| **TOTAL FEES AND EXPENSES** | $ 199,111.74 | $ 195,066.67 | $ 138,161.35 | $ 532,339.76 | $ 5,031,943.49 |