IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al., ) | Case No. 01-01139 (JKF) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | **Request for Expedited Telephonic Hearing** |
| ) | |
| ) | **Hearing Date: To Be Determined.** |
| ) | **Objection Deadline: To Be Determined.** |

## NOTICE OF MOTION

TO:   All Parties on the attached Service List

PLEASE TAKE NOTICE that on February 14, 2006, the attached **Official Committee of Asbestos Property Damage Claimants' Motion to Compel and Supporting Memorandum of Law** ("Motion") was filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that objections or responses, if any, to the Motion must be filed **on a Date to Be Determined** with the United States Bankruptcy Court for the District of Delaware and at the same time be served upon the undersigned counsel.

A HEARING ON THE MOTION WILL BE HELD ON **A DATE TO BE DETERMINED.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: February 14, 2006                    FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No.2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

-and-

Scott L. Baena, Esquire
William K. Hill, Esquire
Jay M. Sakalo, Esquire
Bilzin, Sumberg, Baena, Price
& Axelrod, LLP
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131-2336
(305) 374-7580
Counsel for the Official Committee
of Asbestos Property Damage Claimants