**EXHIBIT "3"**

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

To Call Writer Directly:
312 861-2162
jbaer@kirkland.com

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200

Dir. Fax: 312 861-2200

December 28, 2005

**VIA E-MAIL AND US MAIL**

Mr. Scott L. Baena.
Ms. Mindy Mora
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Blvd.
Miami, FL 33131

    Re:  Grace PD Estimation Discovery

Dear Scott and Mindy,

  This letter is in further response to the letter Mindy sent to me dated November 23, 2005. In that letter, Mindy made specific inquiries with respect to the CMS data base previously produced to you by Grace. The inquiries and Grace's responses are as follows:

1. Please reconcile the 370 settled cases Grace refers to in its filings, and the 509 cases in the database provided on May 18, 2005. For all cases that are excluded from the former, please provide the reason for the exclusion.

   The 509 "cases" referred to in the question are more properly termed database entries. Grace's database tracks information concerning litigation and claims through the use of a field known as the "case id." Claims-related matters were assigned a "case id" number and entered in the database under one of the following "case types": (1) a filed lawsuit (coded under "case type" as "SU"); (2) a threatened or asserted claim not filed as a lawsuit ("CL"); or (3) a group of lawsuits and/or claims that were settled as part of a package settlement ("PS").

   The 509 entries in the database are comprised of 370 lawsuits, 124 claims not asserted in litigation, and 15 package settlements. The "package settlement" entry was used solely to group related cases/claims. The cases/claims underlying these package settlements are already included in the 494 database entries for suits and claims.

2. How was the amount of ACM calculated for the buildings in the database?

   In general, the database reflects the best information available in pleadings and/or obtained through discovery concerning the amount of alleged Grace ACM.

London  Los Angeles  Munich  New York  San Francisco  Washington, D.C.

Scott L. Baena, Esq.
December 28, 2005
Page 2

3. In cases with multiple defendants, is the amount of ACM presented from Grace products or from the products of all defendants?

   In general, the database reflects the best information available in pleadings and/or obtained through discovery concerning the amount of alleged Grace ACM.

4. In cases where the ACM is from all defendants, please provide the amount from Grace products.

   See responses to Questions 2 and 3.

5. In the database, how was the number of buildings in a case determined?

   In general, the database reflects the best information available in pleadings and/or obtained through discovery concerning the number of buildings alleged to contain Grace ACM.

6. When the description of the case identified the number of buildings as different than the building number affected by the settlement, what accounts for the difference? For example, a case may say that the lawsuit pertains to 250 buildings in Los Angeles, but the number of buildings in the settlement is only 12.

   The description of the case is taken from the initial complaint. The number of buildings at issue may be modified during the discovery process. Only buildings allegedly containing Grace product were included in settlements.

7. How were defense costs estimated and assigned for each case?

   The database field for estimated costs was not used by Grace. The database tracks actual defense and indemnity payments.

8. What were the actual defense costs in the cases with zero values for defense costs? Please provide details for each case.

   Actual defense costs will be shown as zero when the case: (1) was resolved prior to the creation of the database; (2) had its defense costs included in the defense costs for an associated or lead case; (3) had defense costs reimbursed; or (4) incurred no direct costs.

   To provide detailed invoice data for all cases reflecting zero defense costs, Grace would have to review all of its financial files. These files are voluminous, and reviewing and producing such materials would be unduly burdensome. In further response, see Grace's

Scott L. Baena, Esq.
December 28, 2005
Page 3

Responses and Objections to the PD Committee's First Set of Requests for Production dated December 16, 2005.

9. In cases where the description has been redacted, please provide all redacted information or a privilege log.

   To the best of Grace's knowledge, electronically produced versions of the database descriptions were not redacted.

10. What was the basis for the case description? Please provide case litigation summaries with supporting documents for each case, if available.

    The case description was based on the allegations in the complaint. To the extent we understand the phrase "case litigation summaries," any such documents are protected from disclosure by the attorney-client privilege and/or the attorney work product doctrine.

11. Provide the documentation described for each case/building supporting the product identification as listed in the building "case_building_dates/cbd_desc" variable of the Grace Property Damage historical databases.

    To provide all responsive documents, Grace would have to review and produce its litigation case files. Those files are voluminous, and reviewing and producing such materials would be unduly burdensome. In further response, see Grace's Responses and Objections to the PD Committee's First Set of Requests for Production dated December 16, 2005.

12. How were indemnity amounts listed in the database determined?

    The database stores indemnity amounts based on the settlement payment. However, with package settlements, Grace generally distributed the indemnity amount evenly to each of the cases/claims that was part of the package settlement. The actual distribution to each plaintiff was not provided to Grace.

13. For the cases with the product marked "unknown," provide all data for product identification.

    Where the product field is marked "Unknown", no Grace product was identified in the pleadings or through the discovery process.

Scott L. Baena, Esq.
December 28, 2005
Page 4


I believe that we have responded to each of your inquiries. If you have any questions with respect to the enclosed, please feel free to contact me.

Sincerely,

Janet S. Baer


JSB/dme

Cc: Richard Finke