# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| W. R. GRACE & CO., et al., | Case No. 01-1139 (JKF) |
|  | (Jointly Administered) |
| Debtors. |  |
|  | **RE: DOCKET NO. _____** |

## ORDER SETTING HEARING DATE AND OBJECTION DEADLINE REGARDING THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS' MOTION TO COMPEL AND SUPPORTING MEMORANDUM OF LAW

AND NOW this _____ day of _____, 2006, upon consideration of the request of the Official Committee of Asbestos Property Damage Claimants (the "**PD Committee**") for an Expedited Telephonic Hearing on the PD Committee's Motion to Compel and Supporting Memorandum of Law (the "Motion") and after due deliberation and sufficient cause appearing therefore; it is hereby **ORDERED THAT:**

1. A telephonic hearing on the Motion will be held on _____, 2006 at _____; and

2. Responses or objections to the Motion must be filed and served on or before _____, 2006.

_____
UNITED STATES BANKRUPTCY COURT JUDGE