**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------)
In re                                                 )   Chapter 11
                                                      )
W. R. GRACE & CO., et al.,                            )   Case No.  01-1139 (JKF)
                                                      )   (Jointly Administered)
                                                      )
                    Debtors.                          )
                                                      )   **RE: DOCKET NO. _____**
------------------------------------------------------)

**ORDER REGARDING THE OFFICIAL COMMITTEE OF ASBESTOS**
**PROPERTY DAMAGE CLAIMANTS' MOTION TO**
**COMPEL AND SUPPORTING MEMORANDUM OF LAW**

AND NOW this _____ day of _____, 2006, upon consideration of the PD Committee's[1] Motion to Compel and Supporting Memorandum of Law (the "Motion"), any Objection thereto, and any hearing thereon and after due deliberation and sufficient cause appearing therefore; it is hereby **ORDERED THAT:**

1. The Motion is Granted; and

2. The Debtors shall produce documents responsive to Requests Nos. 7, 8, 9, 12 and 17 on or before _____, 2006.

_____
UNITED STATES BANKRUPTCY COURT JUDGE

---

[1] Capitalized terms shall have the meaning ascribed to them in the Motion unless otherwise defined herein.