EXHIBIT "A"

**Protiviti Inc.**
**W. R. Grace & Co. Time Tracking Summary**
**Period Covered: February 2005**

| Name | Position | Number of Years in Profession | Hourly Billing Rate | | Total Hours Billed | Total Fees | |
|---|---|---|---|---|---|---|---|
| Haggard, Cary | Senior Manager, IT | 10 | $ | 240.00 | 4.5 | $ | 1,080.00 |
| | | | Totals | | 4.5 | $ | 1,080.00 |

Protiviti Inc.
W. R. Grace & Co. Detailed Time Report
Month Ended February 28, 2005

Name:    Cary Haggard
Level:    Senior Manager, IT

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 3-Feb-05 | Researched, prepared and discussed SOD security issue and rememdiation strategies | $   240 | 4.5 | $   1,080.00 |
| | Totals | | 4.5 | $   1,080.00 |