EXHIBIT "B"

**Protiviti Inc.**
**W. R. Grace & Co. Preparation of Monthly Fee Applications**
**Period Covered: February 2005**

Name: Matthew Petito
Level: Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 2-Feb-05 | Reviewed bankruptcy court/lawyers objections to WR Grace fees and expenses for July - September 2004 | $ 240.00 | 2 | $ 480.00 |
| 2-Feb-05 | Drafted objection responses for July - September 2004; submitted to Marie Hendrixson for review | $ 240.00 | 2 | $ 480.00 |
| 6-Feb-05 | Prepared the WR Grace January 2005 fee application | $ 240.00 | 2 | $ 480.00 |
| 8-Feb-05 | Finalized January 2005 monthly fee application; submitted to Marie Hendrixson for review | $ 240.00 | 0.5 | $ 120.00 |
| | Totals | | 6.5 | $ 1,560.00 |