Protiviti Inc.
W. R. Grace & Co. Detailed Time Report
Month Ended March 31, 2005

**Name:** Cheryl Mathieu
**Level:** Senior Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 7-Mar-05 | Installed and upgraded the existing Sarbox Portal; ongoing discussions with W.R. Grace IT and Barb Summerson | $ 240 | 4.0 | $960.00 |
| | **Totals** | | **4.0** | **$960.00** |