**EXHIBIT "B"**

**Protiviti Inc.**
**W. R. Grace & Co. Preparation of Monthly Fee Applications**
**Period Covered:  March 2005**
**Incurred During October 2004; Inadvertently Omitted from Quarterly Fee Application--Per Bankruptcy Court**

**Name:**    Matthew Petito
**Level:**    Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 18-Oct-04 | Prepare monthly invoice and fee application for August 2004, in accordance with bankruptcy policy.  Submitted to Marie Hendrixson for review. | $    240 | 5.0 | $    1,200.00 |
| 19-Oct-04 | Prepare monthly invoice and fee application for September 2004, in accordance with bankruptcy policy. | $    240 | 5.0 | $    1,200.00 |
| 20-Oct-04 | Prepare monthly invoice and fee application for September 2004, in accordance with bankruptcy policy. | $    240 | 2.0 | $    480.00 |
| 1-Mar-05 | Prepared the February 2005 monthly fee application for WR Grace | $    240 | 2.0 | $    480.00 |
| 2-Mar-05 | Finalized the February 2005 monthly fee application for WR Grace; submitted to Marie Hendrixson for review | $    240 | 1.0 | $    240.00 |
| | **Totals** | | **15.0** | **$    3,600.00** |