EXHIBIT "C"

Protiviti Inc.
W. R. Grace & Co. Expense Summary
Period Covered: March 2005

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 308.03 |
| Lodging | N/A | $ - |
| Sundry | N/A | $ - |
| Business Meals | N/A | $ - |
| Total | | $ 308.03 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: March 2005

**Name:** Cheryl Mathieu
**Level:** Senior Manager

| Expense Detail | | Expense Category | | | | |
|---|---|---|---|---|---|---|
| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
| 7-Mar-05 | Airline from Chicago Illinois to Baltimore Maryland for upgrade of Sarbox Portal in Columbia Maryland | $ 308.03 | $ 308.03 | | | | $ 308.03 |
| | Totals | $ 308.03 | $ 308.03 | $ - | $ - | $ - | $ 308.03 |

| | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|
| Grand Totals | $ 308.03 | $ 308.03 | $ - | $ - | $ - | $ 308.03 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: March 2005

Name: Cheryl Mathieu
Level: Senior Manager

| | | Expense Detail | | | Expense Category | | | |
|---|---|---|---|---|---|---|---|---|
| Date | | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
| 7-Mar-05 | | Airline from Chicago Illinois to Baltimore Maryland for upgrade of Sarbox Portal in Columbia Maryland | $ 308.03 | $ 308.03 | | | | $ 308.03 |
| | | Totals | $ 308.03 | $ 308.03 | $ - | $ - | $ - | $ 308.03 |

| | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|
| Grand Totals | $ 308.03 | $ 308.03 | $ - | $ - | $ - | $ 308.03 |