EXHIBIT "A"

Protiviti Inc.
W. R. Grace & Co. Time Tracking Summary
Period Covered: July - August 2005

| Name | Position | Number of Years in Profession | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Hendrixson, Marie | Managing Director | 18 | $ 300.00 | 2.7 | $ 810.00 |
| Petito, Matt | Manager | 7 | $ 240.00 | 9.0 | $ 2,160.00 |
| Brozzeti, Michael | Senior Consultant, IT | 4.5 | $ 188.00 | 102.5 | $ 19,260.60 |
| | | | Totals | 114.2 | $ 22,230.60 |