Protiviti Inc.
W. R. Grace & Co. Detailed Time Report
Month Ended August 31, 2005

**Name:** Marie Hendrixson
**Level:** Managing Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 5-Jul-05 | Discussed project planning with Mike Brozzeti | $ 300 | 0.2 | $ 60.00 |
| 12-Aug-05 | Finalized statement of work contract for SOA Year 2 testing; submitted to Marie Hendrixson, Brian Kenny and Barb Summerson for approval | $ 300 | 2 | $ 600.00 |
| 15-Aug-05 | Discussed project timing with Marie Hendrixson | $ 300 | 0.5 | $ 150.00 |
| | Totals | | 2.7 | $ 810.00 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended August 31, 2005**

**Name:** Matthew Petito
**Level:** Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 13-Jul-05 | Drafted statement of work contract for SOA Year 2 testing | $ 240 | 4 | $ 960.00 |
| 13-Jul-05 | Discussed project setup for SOA Year 2 IT testing with Mike Brozzeti | $ 240 | 1 | $ 240.00 |
| 27-Jul-05 | Discussed contract and related scope with Barb Summerson; expectations and timing | $ 240 | 1 | $ 240.00 |
| 12-Aug-05 | Finalized statement of work contract for SOA Year 2 testing; submitted to Marie Hendrixson, Brian Kenny and Barb Summerson for approval | $ 240 | 2.5 | $ 600.00 |
| 15-Aug-05 | Discussed project timing with Marie Hendrixson | $ 240 | 0.5 | $ 120.00 |
|  | **Totals** |  | **9.0** | **$ 2,160.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended August 31, 2005**

**Name:** Michael Brozzeti
**Level:** Senior Consultant, IT

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 5-Jul-05 | Discuss project planning with Marie Hendrixson | $ 188.00 | 0.2 | $ 37.60 |
| 6-Jul-05 | Call regarding project scope and planning with Barb Summerson, Grace IT Audit Manager. | $ 188.00 | 1 | $ 188.00 |
| 7-Jul-05 | Conference call with Barb Summerson & Christine Saxon to discuss scope, approach, and timing. | $ 188.00 | 0.5 | $ 94.00 |
| 12-Aug-05 | Coordination of Travel to meet with Barb Summerson for Columbia MD | $ 188.00 | 0.2 | $ 37.60 |
| 12-Aug-05 | Download and documentation preparation for IT controls testing for Ceridian, SOAR, WAN, LAN, and Operating System control testing. | $ 188.00 | 1.8 | $ 338.40 |
| 15-Aug-05 | Kick-off meetings with Renee Schoff, George Bollock, Val Mrozek, Augie Barquin, and Marty Krist to discuss changes to IT controls within respective areas of each process owners. | $ 188.00 | 8.5 | $ 1,598.00 |
| 16-Aug-05 | SOX Portal Download of Lead Sheets and Supporting Testing Documentation for Ceridian Security, Ceridian Change Management, SOAR Application Security, SOAR Change Management, Wide Area Network, and Local Area Network. Preparation of client request items for test meetings scheduled for August 17th, 2005. | $ 188.00 | 8.5 | $ 1,598.00 |
| 17-Aug-05 | Initial control testing meetings with Marty Krist, Renee Schoff, and Augie B. Discussed changes to controls and test procedures for the following SOX defined risk areas; Ceridian, SOAR, LAN, & WAN. | $ 188.00 | 9 | $ 1,692.00 |
| 18-Aug-05 | Performed audit testing and documentation of controls in the SOAR application area. Met with Marty Krist to perform observation testing for SOAR Change Management. | $ 188.00 | 8 | $ 1,504.00 |
| 19-Aug-05 | Review of UNIX Operating System and Infrastructure risk and control matrices, downloading of matrices from Sarbanes portal, and preparation of client request list. | $ 188.00 | 7 | $ 1,316.00 |
| 22-Aug-05 | Meeting with Vladimir Polyakov to discuss firewall controls. Updated and documented control tests regarding firewall security and monitoring. | $ 188.00 | 8.75 | $ 1,645.00 |
| 23-Aug-05 | Meeting with Srini V. to discuss updates to the SAP Security environment. Documentation of key SAP application level security controls and tests of operating effectiveness. | $ 188.00 | 9 | $ 1,692.00 |
| 24-Aug-05 | Meeting with Renee Shoff in regard to LAN and Network changes, Documentation of LAN/WAN controls. | $ 188.00 | 8.5 | $ 1,598.00 |

| Date | Description | Rate | Hours | Total |
|---|---|---|---|---|
| 25-Aug-05 | Documentation of Firewall Controls in the WAN Process. | $ 188.00 | 6 | $ 1,128.00 |
| 29-Aug-05 | Meeting with Pete Wood to kick off UNIX O/S control testing. Documentation of LAN control tests in Columbia including termination testing, administration testing, access changes to LAN resources. Also documented SAP general password controls and configuration settings. | $ 188.00 | 8.5 | $ 1,598.00 |
| 30-Aug-05 | Conference call with Frank LaPerriere for SAP testing. Documentation of LAN/WAN control tests including remote VPN access, account authorizations, and SAP controls in regard to new account approvals. | $ 188.00 | 8.5 | $ 1,598.00 |
| 31-Aug-05 | Meeting with Marty Krist to test SAP SOAR Change Management Controls. Testing and Documentation of Change Controls. | $ 188.00 | 8.5 | $ 1,598.00 |
| | Totals | | 102.5 | $ 19,260.60 |