EXHIBIT "C"

Protiviti Inc.
W. R. Grace & Co. Expense Summary
Period Covered: July - August 2005

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 198.00 |
| Lodging | N/A | $ 739.20 |
| Sundry | N/A | $ - |
| Business Meals | N/A | $ 406.85 |
| Total | | $ 1,344.05 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: July - August 2005

**Name:** Michael Brozzeti
**Level:** Senior Consultant, IT

### Expense Detail — Expense Category

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 15-Aug-05 | Mileage in excess of normal commute from Philadelphia PA to Columbia MD (110 miles *.36 per mile) | $ 39.60 | $ 39.60 | | | | $ 39.60 |
| 15-Aug-05 | Dinner at Uno's Pizzeria in Columbia MD for myself | $ 17.10 | | | | $ 17.10 | $ 17.10 |
| 16-Aug-05 | Lunch at Chicken Out in Columbia MD for myself | $ 9.90 | | | | $ 9.90 | $ 9.90 |
| 16-Aug-05 | Dinner at Olive Grove Restaurant in Linthicum MD for myself and Matt Petito to get further acclimated with project and company | $ 47.00 | | | | $ 47.00 | $ 47.00 |
| 17-Aug-05 | Breakfast at Einsteins Bagels in Columbia MD for myself | $ 6.50 | | | | $ 6.50 | $ 6.50 |
| 17-Aug-05 | Lunch at Grace Café for myself | $ 7.50 | | | | $ 7.50 | $ 7.50 |
| 17-Aug-05 | Dinner at Friday's in Hanover MD for myself | $ 18.50 | | | | $ 18.50 | $ 18.50 |
| 18-Aug-05 | Breakfast at Einsteins Bagels in Columbia MD for myself | $ 7.50 | | | | $ 7.50 | $ 7.50 |
| 18-Aug-05 | Lunch at Grace cafe for myself | $ 7.25 | | | | $ 7.25 | $ 7.25 |
| 18-Aug-05 | Dinner at Apple Bee's in Columbia MD for myself | $ 25.00 | | | | $ 25.00 | $ 25.00 |
| 19-Aug-05 | Lunch at Baja Fresh in Columbia MD for myself | $ 10.25 | | | | $ 10.25 | $ 10.25 |
| 19-Aug-05 | Mileage in excess of normal commute from Columbia MD to Philadelphia PA (110 miles *.36 per mile) | $ 39.60 | $ 39.60 | | | | $ 39.60 |
| 19-Aug-05 | Hotel Lodging at Hampton Inn in Columbia MD (4 nights) for myself | $ 422.40 | | $ 422.40 | | | $ 422.40 |
| 22-Aug-05 | Mileage in excess of normal commute from Philadelphia PA to Columbia MD (110 miles *.36 per mile) | $ 39.60 | $ 39.60 | | | | $ 39.60 |
| 22-Aug-05 | Lunch at Grace Café for myself | $ 9.75 | | | | $ 9.75 | $ 9.75 |
| 22-Aug-05 | Dinner at Carraba's in Columbia MD for myself | $ 25.50 | | | | $ 25.50 | $ 25.50 |
| 23-Aug-05 | Breakfast at Einsteins Bagels in Columbia MD for myself | $ 8.00 | | | | $ 8.00 | $ 8.00 |
| 23-Aug-05 | Lunch at Baja Fresh in Columbia MD for myself | $ 9.35 | | | | $ 9.35 | $ 9.35 |
| 23-Aug-05 | Dinner at Fridays in Columbia MD for myself | $ 22.50 | | | | $ 22.50 | $ 22.50 |
| 24-Aug-05 | Breakfast at Einsteins Bagels in Columbia MD for myself | $ 8.00 | | | | $ 8.00 | $ 8.00 |
| 24-Aug-05 | Lunch at Columbia Mall in Columbia MD for myself | $ 10.50 | | | | $ 10.50 | $ 10.50 |
| 24-Aug-05 | Dinner at Pizzeria UNOS in Columbia MD for myself | $ 22.00 | | | | $ 22.00 | $ 22.00 |
| 24-Aug-05 | Mileage in excess of normal commute from Columbia MD to Philadelphia PA (110 miles *.36 per mile) | $ 39.60 | $ 39.60 | | | | $ 39.60 |
| 24-Aug-05 | Hotel Lodging at Hampton Inn in Columbia MD (3 nights) for myself | $ 316.80 | | $ 316.80 | | | $ 316.80 |
| 29-Aug-05 | Mileage in excess of normal commute from Philadelphia PA to Columbia MD (110 miles *.36 per mile) | $ 39.60 | $ 39.60 | | | | $ 39.60 |
| 29-Aug-05 | Breakfast at Einsteins Bagels in Columbia MD for myself | $ 8.00 | | | | $ 8.00 | $ 8.00 |
| 29-Aug-05 | Lunch at Fridays in Columbia MD for myself | $ 17.50 | | | | $ 17.50 | $ 17.50 |
| 29-Aug-05 | Dinner at Outback Steakhouse in Columbia MD for myself | $ 25.50 | | | | $ 25.50 | $ 25.50 |
| 30-Aug-05 | Breakfast at Einsteins Bagels in Columbia MD for myself | $ 8.00 | | | | $ 8.00 | $ 8.00 |
| 30-Aug-05 | Lunch at Columbia Mall in Columbia MD for myself | $ 12.00 | | | | $ 12.00 | $ 12.00 |
| 30-Aug-05 | Dinner at That's Amore in Columbia MD for myself | $ 26.00 | | | | $ 26.00 | $ 26.00 |
| 31-Aug-05 | Breakfast at Einsteins Bagels in Columbia MD for myself | $ 8.00 | | | | $ 8.00 | $ 8.00 |
| 31-Aug-05 | Lunch at Grace cafe for myself | $ 7.75 | | | | $ 7.75 | $ 7.75 |
| 31-Aug-05 | Dinner at Olive Garden in Columbia MD for myself | $ 22.00 | | | | $ 22.00 | $ 22.00 |
| | **Totals** | $ 1,344.05 | $ 198.00 | $ 739.20 | - | $ 406.85 | $ 1,344.05 |

| | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|
| **Grand Totals** | $ 1,344.05 | $ 198.00 | $ 739.20 | - | $ 406.85 | $ 1,344.05 |