EXHIBIT "A"

Protiviti Inc.
W. R. Grace & Co. Time Tracking Summary
Period Covered: September 2005

| Name | Position | Number of Years in Profession | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Hendrixson, Marie | Managing Director | 18 | $ 300.00 | 1.0 | $ 300.00 |
| Petito, Matt | Manager | 7 | $ 240.00 | 5.0 | $ 1,200.00 |
| Brozzeti, Michael | Senior Consultant, IT | 4.5 | $ 188.00 | 172.0 | $ 32,336.00 |
|  |  |  | Totals | 178.0 | $ 33,836.00 |