**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended September 30, 2005**

**Name:** Marie Hendrixson
**Level:** Managing Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 12-Sep-05 | Reviewed and approved July/August 2005 monthly fee application | $ 300 | 1 | $ 300.00 |
| | Totals | | 1.0 | $ 300.00 |

Exhibit B

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended September 30, 2005**

**Name:** Matthew Petito
**Level:** Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 12-Sep-05 | Prepared the monthly fee application for July and August 2005; submitted to Brian Kenny, Barb Summerson and Marie Hendrixson for review; ongoing discussions with John Port on current billing status | $ 240 | 5 | $1,200.00 |
| | **Totals** | | **5.0** | **$1,200.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended September 30, 2005**

**Name:** Michael Brozzeti
**Level:** Senior Consultant, IT

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Sep-05 | Completed documentation of SAP SOAR Change Management controls. Met with Marty Krist to discuss controls related to user acceptance testing for sample selected. Completed SAP SOAR Security Administration control testing and documentation for all controls that reside in the Columbia location. | $ 188.00 | 9 | $ 1,692.00 |
| 5-Sep-05 | Meeting with George Bullock, Val Mrozek, Barb Summerson, and Renee Schoff to discuss SOX 404 Scope. Documentation of key UNIX controls in regard to authentication configuration and administrative access controls. | $ 188.00 | 7 | $ 1,316.00 |
| 6-Sep-05 | Meeting with Chuck Tremblay and Jim Broderick to identify change in Data Center, Backup Scheduling & Recovery, and Infrastructure controls. Downloaded and documented request items for future meetings. | $ 188.00 | 8 | $ 1,504.00 |
| 7-Sep-05 | Meeting with Jim Broderick to provide request items for Data Center and Back Up Scheduling and Recovery control tests. Documented UNIX control tests in regard to user accountability and monitoring controls. Performed SAP testing for Batch Administration operator access. | $ 188.00 | 9 | $ 1,692.00 |
| 8-Sep-05 | Meeting with Mark Hank to provide request items for Infrastructure change management control tests. Met with Jim Broderick to collect preliminary request items and began control testing for Data Center operations. | $ 188.00 | 9 | $ 1,692.00 |
| 9-Sep-05 | Upload Completed Test of Controls for SOAR Application Security and SOAR Change Management into the Portal. Download and review of Database Security controls to prepare for Monday meeting with Donna Wilson. | $ 188.00 | 6 | $ 1,128.00 |
| 12-Sep-05 | Met with Donna Wilson and provided preliminary request list for Database control testing. Documented UNIX controls in regard to new user authorization and Security Baseline report monitoring. Documented SAP SOAR Administration controls in regard to monitoring the fire fighting IDs and the monitoring of accounts to be deleted. | $ 188.00 | 8 | $ 1,504.00 |

| Date | Description | Rate | Hours | Total |
|---|---|---|---|---|
| 13-Sep-05 | Met with Chuck Tremblay to discuss UNIX questions and items in the baseline security reports. Completion of UNIX Control Testing. Final upload of SAP SOAR control testing documentation for management review. Down load of all SAP Change Management and Application Security controls for planning purposes. | $ 188.00 | 8 | $ 1,504.00 |
| 14-Sep-05 | Discussion with Pete Wood about UNIX Security Report Anomalies. Documentation of UNIX response of management and upload of all completed UNIX control documentation and work papers into Portal. Met with Mark Hank to discuss remote access controls and performed testing of controls of these controls. Documented remote user terminations testing. | $ 188.00 | 8 | $ 1,504.00 |
| 15-Sep-05 | Meeting with Chuck Tremblay to discuss Batch Administration issues. Meeting with Jim Broderick to discuss SAP job scheduling request process. Conducted testing and documentation of 4 key controls in the area of Data Center Operations. | $ 188.00 | 8 | $ 1,504.00 |
| 16-Sep-05 | Conference call with Srini Vanga to follow-up investigation on the consultant with Batch Administration privileges. Documentation of key control tests related to Batch Administration and Monitoring of batch jobs. | $ 188.00 | 8 | $ 1,504.00 |
| 19-Sep-05 | Completion of control testing, documentation, and upload of Cambridge Data Center control section. Met with Chuck Tremblay to discuss Logicalis monitoring of HPUX and Oracle environments. Tested, documented, and uploaded results into the portal. | $ 188.00 | 8 | $ 1,504.00 |
| 20-Sep-05 | Met with Jim Broderick to discuss follow up items for Data Center controls. Documentation and upload of key data center controls. Completion of control testing, documentation, and upload of Oracle database control section. | $ 188.00 | 8 | $ 1,504.00 |
| 21-Sep-05 | Met with Jim Broderick for data center tour and follow-up of control testing questions. Completion, of control testing, documentation, and upload of Data Center control section. Review and preparation of SAP Security Request list for Greg Covington and Srini Vanga. SAP data gathering on users with admin capabilities and sample selection for access request testing. | $ 188.00 | 10 | $ 1,880.00 |
| 22-Sep-05 | Met with Chuck Tremblay to discuss Sungard issue with 2005 DR test plan. Documented issue and completed other control tests for Backup & Recovery. Uploaded all documentation into SOX portal. Reviewed prior year testing for SAP Change Management, prepared, and distributed request list to Greg Covington and Srini Vanga to prepare for next weeks audit interviews and testing. | $ 188.00 | 9 | $ 1,692.00 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 23-Sep-05 | Completion of control testing, documentation, and upload of WAN control section. Review of SAP Change Management & Security Documentation to prepare for next week. | $ 188.00 | 7 | $ 1,316.00 |
| 26-Sep-05 | Met with Greg Covington to discuss SAP Security and Change Management Controls. Tested and Documented SAO password controls, SAP BASIS Administration, and Monitoring of Firefighting Ids from Data Center Operations. | $ 188.00 | 9 | $ 1,692.00 |
| 27-Sep-05 | Documentation of controls regarding SAP Security Policy and Procedures, SAP Monitoring Controls including Firefighter Access. Review and preparation of Infrastructure meetings with Richard Lewis and Augie Barquin. | $ 188.00 | 9 | $ 1,692.00 |
| 28-Sep-05 | Documentation of Infrastructure Change Management Control Testing in regard to Management Policy & Procedures. Modifications of Data Center Operations controls in response to the addition of Columbia Data Center Controls. Met with Richard Lewis, Manager of Columbia Data Center, to discuss data center access controls, environmental controls, and identification of key infrastructure changes to select change sample. Documented data center test results. | $ 188.00 | 9 | $ 1,692.00 |
| 29-Sep-05 | Met with Augie Barquin to test infrastructure change management controls, including failover & fault tolerance and patch management for firewall software. Met with Dave Hemp Hill and Debbie Dunn to discuss data center access. Documented all Columbia data center controls including access management and environmental controls. | $ 188.00 | 9 | $ 1,692.00 |
| 30-Sep-05 | Documentation and upload of Infrastructure Change Management and Data Center Controls (Columbia). Conference call with Chuck Tremblay discussing sampling methods for production locks and unlocks. | $ 188.00 | 6 | $ 1,128.00 |
| | Totals | | 172 | $ 32,336.00 |