**EXHIBIT "C"**

Protiviti Inc.
W. R. Grace & Co. Expense Summary
Period Covered: September 2005

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 1,109.72 |
| Lodging | N/A | $ 2,044.38 |
| Sundry | N/A | $ - |
| Business Meals | N/A | $ 433.20 |
| Total | | $ 3,587.30 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: September 2005

| | Expense Detail | | | Expense Category | | | |
|---|---|---|---|---|---|---|---|

Name: Michael Brozzeti
Level: Senior Consultant, IT

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 13-Sep-05 | Dinner at Double Tree Hotel in Cambridge MA w/ self | $ 24.00 | | | | $ 24.00 | $ 24.00 |
| 14-Sep-05 | Breakfast at Grace Café w/ self | $ 6.75 | | | | $ 6.75 | $ 6.75 |
| 14-Sep-05 | Lunch at Grace Café w/self | $ 8.50 | | | | $ 8.50 | $ 8.50 |
| 14-Sep-05 | Dinner at Double Tree Hotel in Cambridge MA w/ self | $ 22.00 | | | | $ 22.00 | $ 22.00 |
| 15-Sep-05 | Breakfast at Grace Café w/ self | $ 6.25 | | | | $ 6.25 | $ 6.25 |
| 15-Sep-05 | Lunch at Grace Café w/self | $ 7.75 | | | | $ 7.75 | $ 7.75 |
| 15-Sep-05 | Dinner at Grace Café w/self | $ 14.00 | | | | $ 14.00 | $ 14.00 |
| 16-Sep-05 | Breakfast at Grace Café for myself | $ 6.50 | | | | $ 6.50 | $ 6.50 |
| 16-Sep-05 | Lunch at Grace Café for myself | $ 8.00 | | | | $ 8.00 | $ 8.00 |
| 16-Sep-05 | Dinner at Deli at Logan Airport for myself | $ 14.00 | | | | $ 14.00 | $ 14.00 |
| 16-Sep-05 | Philadelphia Airport Parking for myself for 5 days | $ 85.00 | $ 85.00 | | | | $ 85.00 |
| 16-Sep-05 | Hertz Rental Car for one week for myself in Cambridge MA | $ 312.49 | $ 312.49 | | | | $ 312.49 |
| 16-Sep-05 | Lodging at Double Tree Hotel in Cambridge MA for myself for 4 nights | $ 802.99 | | $ 802.99 | | | $ 802.99 |
| 16-Sep-05 | Rental Car Gas Fill-Up | $ 15.37 | $ 15.37 | | | | $ 15.37 |
| 19-Sep-05 | Roundtrip Flight Philadelphia to/from Boston for myself | $ 256.90 | $ 256.90 | | | | $ 256.90 |
| 19-Sep-05 | Breakfast at Philadelphia Airport deli for myself | $ 5.50 | | | | $ 5.50 | $ 5.50 |
| 19-Sep-05 | Lunch at Grace Café for myself | $ 6.75 | | | | $ 6.75 | $ 6.75 |
| 19-Sep-05 | Dinner at Double Tree Hotel in Cambridge MA w/ self | $ 24.00 | | | | $ 24.00 | $ 24.00 |
| 20-Sep-05 | Breakfast at Grace Café for myself | $ 4.25 | | | | $ 4.25 | $ 4.25 |
| 20-Sep-05 | Lunch at Grace Café for myself | $ 8.50 | | | | $ 8.50 | $ 8.50 |
| 20-Sep-05 | Dinner at Maria's Restaurant in Cambridge MA for myself | $ 24.00 | | | | $ 24.00 | $ 24.00 |
| 21-Sep-05 | Breakfast at Grace Café for myself | $ 6.75 | | | | $ 6.75 | $ 6.75 |
| 21-Sep-05 | Lunch at Grace Café for myself | $ 8.50 | | | | $ 8.50 | $ 8.50 |
| 21-Sep-05 | Dinner at Double Tree Hotel in Cambridge MA w/ self | $ 24.00 | | | | $ 24.00 | $ 24.00 |
| 22-Sep-05 | Breakfast at Grace Café for myself | $ 6.50 | | | | $ 6.50 | $ 6.50 |
| 22-Sep-05 | Lunch at Grace Café for myself | $ 8.70 | | | | $ 8.70 | $ 8.70 |
| 22-Sep-05 | Dinner at Double Tree Hotel in Cambridge MA w/ self | $ 18.00 | | | | $ 18.00 | $ 18.00 |
| 23-Sep-05 | Breakfast at Grace Café for myself | $ 5.25 | | | | $ 5.25 | $ 5.25 |
| 23-Sep-05 | Lunch at Grace Café for myself | $ 8.25 | | | | $ 8.25 | $ 8.25 |
| 23-Sep-05 | Lodging at Double Tree Hotel in Cambridge MA for 4 nights | $ 818.99 | | $ 818.99 | | | $ 818.99 |
| 23-Sep-05 | Hertz Rental Car for one week for myself in Cambridge MA | $ 248.57 | $ 248.57 | | | | $ 248.57 |
| 23-Sep-05 | Car Rental - GAS | $ 15.19 | $ 15.19 | | | | $ 15.19 |
| 23-Sep-05 | Philadelphia Airport Parking (5 days @ $17/day) | $ 85.00 | $ 85.00 | | | | $ 85.00 |
| 26-Sep-05 | Mileage in excess of normal commute from Philadelphia to Columbia (110 miles* .36) | $ 39.60 | $ 39.60 | | | | $ 39.60 |
| 26-Sep-05 | Tolls to/from Philadelphia/Columbia | $ 6.00 | $ 6.00 | | | | $ 6.00 |
| 26-Sep-05 | Breakfast at Maryland House Restaurant for myself | $ 6.50 | | | | $ 6.50 | $ 6.50 |

| Date | Description | Amount | | |
|---|---|---|---|---|
| 26-Sep-05 | Lunch at Grace Café for myself | $ | 7.50 | $ 7.50 |
| 26-Sep-05 | Dinner at Apple Bee's in Columbia for myself | $ | 23.00 | $ 23.00 |
| 27-Sep-05 | Breakfast at Grace Café for myself | $ | 5.75 | $ 5.75 |
| 27-Sep-05 | Lunch at Grace Café for myself | $ | 7.50 | $ 7.50 |
| 27-Sep-05 | Dinner at Outback Steakhouse in Columbia MD for myself | $ | 24.00 | $ 24.00 |
| 28-Sep-05 | Breakfast at Grace Café for myself | $ | 5.25 | $ 5.25 |
| 28-Sep-05 | Lunch at Grace Café for myself | $ | 7.25 | $ 7.25 |
| 28-Sep-05 | Dinner at Outback Steakhouse in Columbia MD for myself | $ | 23.00 | $ 23.00 |
| 29-Sep-05 | Breakfast at Grace Café for myself | $ | 4.50 | $ 4.50 |
| 29-Sep-05 | Lunch at Grace Café for myself | $ | 7.75 | $ 7.75 |
| 29-Sep-05 | Dinner at Apple Bee's in Columbia for myself | $ | 23.00 | $ 23.00 |
| 30-Sep-05 | Breakfast at Grace Café for myself | $ | 4.25 | $ 4.25 |
| 30-Sep-05 | Lunch at Baja Fresh in Columbia for myself | $ | 7.25 | $ 7.25 |
| 30-Sep-05 | Tolls to/from Philadelphia/Columbia | $ | 6.00 | $ 6.00 |
| 30-Sep-05 | Mileage in excess of normal commute from Philadelphia to Columbia (110 miles*.36) | $ | 39.60 | $ 39.60 |
| 30-Sep-05 | Lodging at Hampton Inn in Columbia MD for myself for 3 nights | $ | 422.40 | $ 422.40 |
| | Totals | $ | 3,587.30 | $ 3,587.30 |

| | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|
| Grand Totals | $ 3,587.30 | $ 1,109.72 | $ 2,044.38 | $ - | $ 433.20 | $ 3,587.30 |