IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LIBBY CLAIMANTS, | : | CIVIL ACTION NO. 06-26 |
| Appellants, | : | |
| v. | : | BANKRUPTCY CASE NO. 01-1139 |
| W.R. GRACE, et al., | : | |
| Appellees. | : | |

## ORDER

AND NOW, this 15th day of February, 2006, upon consideration of Appellee Grace's Motion for Extension of Time (Docket No. 16) and the Joinder of the State of Montana in Debtors' Motion for Extension of Time (Docket No. 19), it is hereby **ORDERED** that Grace's Motion is **GRANTED**. Grace and the State of Montana shall file their responses by March 3, 2006.

BY THE COURT:

RONALD L. BUCKWALTER, S.J.