# EXHIBIT C

SSL-DOCS1 1657098v2

## WR GRACE & CO
## COMPENSATION BY PROJECT CATEGORY
## OCTOBER 1, 2005 - DECEMBER 31, 2005

| MATTER CODE | PROJECT CATEGORY | HOURS | TOTAL FEES |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 148.4 | $74,454.50 |
| 0008 | Asset Analysis and Recovery | 0.8 | 440.00 |
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 13.3 | 7,315.00 |
| 0013 | Business Operations | 14.3 | 6,715.00 |
| 0014 | Case Administration | 17.8 | 30,764.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 3.0 | 1,650.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 122.1 | 71,591.50 |
| 0018 | Fee Application, Applicant | 48.9 | 16,276.50 |
| 0019 | Creditor Inquiries | 2.7 | 1,584.00 |
| 0020 | Fee Application, Others | 7.8 | 1,138.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 5.8 | 3,375.00 |
| 0032 | Litigation (Non-Bankruptcy/General) | 42.2 | 23,316.50 |
| 0035 | Travel - Non Working | 11.5 | 7,334.50 |
| 0036 | Plan and Disclosure Statement | 25.4 | 13,112.50 |
| 0037 | Hearings | 61.2 | 34,485.00 |
| 0040 | Employment Applications - Others | 15.0 | 8,190.00 |
| 0041 | Relief from Stay Proceedings | 3.2 | 1,300.00 |
| | SUB TOTAL | 643.4 | $303,042.00 |
| | LESS 50% TRAVEL | (5.7) | (3,622.25) |
| | TOTAL | 637.7 | $299,419.75 |

SSL-DOCS1 1657098v2

# EXHIBIT D

## WR GRACE & CO
## DISBURSEMENT SUMMARY
## OCTOBER 1, 2005 - DECEMBER 31, 2005

| | |
|---|---|
| Outside Messenger Service | $399.01 |
| Meals | 36.63 |
| Local Transportation | $283.75 |
| Long Distance Telephone | 284.75 |
| Duplicating Costs-in House | 177.30 |
| Filing Fees | 120.00 |
| In House Messenger Service | 81.93 |
| O/S Information Services | 713.84 |
| Facsimile Charges | 8.00 |
| Travel Expenses - Transportation | 496.69 |
| Travel Expenses - Lodging | 231.37 |
| Westlaw | 2,235.01 |
| Lexis/Nexis | 26.00 |
| Word Processing | 126.00 |
| Word Processing - Logit | 618.00 |
| | |
| TOTAL | $5,838.28 |

SSL-DOCS1 1657098v2