IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Objection Deadline: March 7, 2006 at 4:00 p.m. |
| | ) | Hearing: Schedule if Necessary (Negative Notice) |

COVER SHEET TO SEVENTH MONTHLY APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered December 21, 2004) |
| Period for which compensation is sought: | December 1, 2005 through December 31, 2005 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $4,836.00 |
| 80% of fees to be paid: | $3,868.80 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,245.00 |
| Total Fees @ 80% and 100% Expenses: | $5,113.80 |

This is an:  ___ interim   X  monthly   ___ final application.

## COMPENSATION SUMMARY
### December 2005

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (17 years) FCAS | 560 | 5.6 | 3,136.00 |
| Greg Poirier | Consulting Actuary (6 years) FCAS | 425 | 4.0 | 1,700.00 |
| Total Blended Rate: $503.75 | | | 9.6 | $4,836.00 |

### COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Insurance | 9.6 | $4,836.00 |

### EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| Travel Expense (trip from St. Louis to office of Swidler in D.C., including change fees and increase in airfare due to rescheduling meeting) | $1,245.00 |

| December 2005 – Grand Total | $6,081.00 |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: *Jennifer L. Biggs*
Jennifer L. Biggs, FCAS, MAAA
101 S. Hanley Rd.
St. Louis, MO 63105
(314) 719-5843

Dated: Feb. 14, 2006