# EXHIBIT A

**W.R. Grace (Bankruptcy)**
**Towers Perrin Time Records**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| | | | | |

### Dec-05

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Greg Poirier | 12/16/2005 | 4 | Meeting | Meeting and Follow-Up |
| Jenni Biggs | 12/6/2005 | 0.2 | Project Planning | Discuss confidentiality of information |
| Jenni Biggs | 12/7/2005 | 0.2 | Project Planning | Discuss confidentiality of information |
| Jenni Biggs | 12/8/2005 | 0.2 | Project Planning | Discuss confidentiality of information |
| Jenni Biggs | 12/16/2005 | 4 | Meeting | Meeting and Follow-Up |
| Jenni Biggs | 12/19/2005 | 0.5 | Project Planning | Project Planning/Methods |
| Jenni Biggs | 12/21/2005 | 0.5 | Project Planning | Discussion regarding discovery |
| | Total | 9.6 | | |