IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                    CHAPTER 11

W. R. GRACE & CO., et al.,                                Case No. 00-01139 (JFK)
                                                          (Jointly Administered)
                Debtors.
_____/

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Pursuant to Bankruptcy Rule 3006, the undersigned hereby withdraws the proof of claim that was filed on behalf of Coca-Cola Enterprises Inc. –Cathedral City Sales Center, Cathedral City, CA (Claim No. 12381). No adversary proceeding has been filed against this claimant; and the claimant has not voted on a plan or otherwise participated significantly in this case.

DATED: February 15, 2006

                              _____
                              Christopher D. Loizides (No. 3968)
                              Michael J. Joyce (No. 4563)
                              LOIZIDES & ASSOCIATES
                              1225 King Street, Suite 800
                              Wilmington, DE 19801
                              Telephone:  (302) 654-0248
                              Facsimile:  (302) 654-0728
                              E-mail:      loizides@loizides.com

                                      -and-

                              Daniel A. Speights (SC Bar No. 4252)
                              SPEIGHTS & RUNYAN
                              200 Jackson Avenue, East
                              P.O. Box 685
                              Hampton, SC 29924
                              Telephone:  (803) 943-4444
                              Facsimile:  (803) 943-4599

                              *Co-Counsel for the Speights & Runyan Claimants*

060215155509.DOC