IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                              CHAPTER 11

W. R. GRACE & CO., et al.,                          Case No. 00-01139 (JFK)
                                                                   (Jointly Administered)

                            Debtors.

_____/

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Pursuant to Bankruptcy Rule 3006, the undersigned hereby withdraws the proof of claim

that was filed on behalf of Coca-Cola Enterprises Inc. – Downey / Lakewood Building, Downey,

CA (Claim No. 12383). No adversary proceeding has been filed against this claimant; and the

claimant has not voted on a plan or otherwise participated significantly in this case.

DATED: February 15, 2006

                                        Christopher D. Loizides (No. 3968)
                                        Michael J. Joyce (No. 4563)
                                        LOIZIDES & ASSOCIATES
                                        1225 King Street, Suite 800
                                        Wilmington, DE 19801
                                        Telephone:    (302) 654-0248
                                        Facsimile:    (302) 654-0728
                                        E-mail:       loizides@loizides.com

                            -and-

                                        Daniel A. Speights (SC Bar No. 4252)
                                        SPEIGHTS & RUNYAN
                                        200 Jackson Avenue, East
                                        P.O. Box 685
                                        Hampton, SC 29924
                                        Telephone:    (803) 943-4444
                                        Facsimile:    (803) 943-4599

                                        *Co-Counsel for the Speights & Runyan Claimants*