IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                         CHAPTER 11

W. R. GRACE & CO., et al.,                                     Case No. 00-01139 (JFK)
                                                               (Jointly Administered)
                    Debtors.
_____/

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Pursuant to Bankruptcy Rule 3006, the undersigned hereby withdraws the proof of claim that was filed on behalf of Coca-Cola Enterprises Inc. – Niles Division Office, Niles, IL (Claim No. 12384). No adversary proceeding has been filed against this claimant; and the claimant has not voted on a plan or otherwise participated significantly in this case.

DATED: February 15, 2006

Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:      loizides@loizides.com

-and-

Daniel A. Speights (SC Bar No. 4252)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924
Telephone:   (803) 943-4444
Facsimile:   (803) 943-4599

*Co-Counsel for the Speights & Runyan Claimants*

060215155752.DOC