UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | |
| | ) | Jointly Administered |
| Debtors | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on the 15th day of February, 2006, I did cause to be served true and correct copies of the foregoing **Notices of Withdrawal of Proof of Claim**:

(1) **Coca-Cola Enterprises Inc. – Ukiah Sales Center, Ukiah, CA (Claim No. 12318);**

(2) **Coca-Cola Enterprises Inc., Amarillo, TX (Claim No. 12371);**

(3) **Coca-Cola Enterprises Inc., Bissonnet Facility, Houston, TX (Claim No. 12373);**

(4) **Coca-Cola Enterprises Inc. –Cathedral City Sales Center, Cathedral City, CA (Claim No. 12381);**

(5) **Coca-Cola Enterprises Inc. – Colorado Springs Sales Center, Colorado Springs, CO (Claim No. 12319);**

(6) **Coca-Cola Enterprises Inc., Dothan, AL (Claim No. 12370);**

(7) **Coca-Cola Enterprises Inc. – Downey / Lakewood Building, Downey, CA (Claim No. 12383);**

(8) **Coca-Cola Enterprises Inc. – Goodland Sales Center, Goodland, KS (Claim No. 12382);**

(9) **Coca-Cola Enterprises Inc. – Kauai Sales Center, Kauai, HI**

(Claim No. 12320);

(10) Coca-Cola Enterprises Inc., Laredo (Main Warehouse), Laredo, TX (Claim No. 12374);

(11) Coca-Cola Enterprises Inc., Midland, TX (Claim No. 12372);

(12) Coca-Cola Enterprises Inc. – Niles Division Office, Niles, IL (Claim No. 12384);

(13) Coca-Cola Enterprises Inc. – Santa Maria Sales Center, Santa Maria, CA (Claim No. 12321);

(14) Coca-Cola Enterprises Inc. – Shreveport Main Building, Shreveport, LA (Claim No. 12369);

(15) Coca-Cola Enterprises Inc., N. Texas Division HDQ – Lemmon Avenue Facility, Dallas, TX (Claim No. 12380).

on the parties listed on the attached service list as indicated thereon.

Dated: February 15, 2006

Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:        loizides@loizides.com

*Co-counsel for the Speights & Runyan Claimants*

**SERVICE LIST**

**VIA FIRST CLASS MAIL**

Laura Davis Jones, Esquire
David Carickhoff, Jr., Esquire
Pachulski Stang Ziehl Young Jones & Weintraub
919 No. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
*(Counsel to Debtors and Debtors-in-Possession)*

Steven Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
*(Counsel to DIP Lender)*

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 No. King Street, Suite 300
Wilmington, DE 19801
*(Counsel to Asbestos PI Committee)*

Robert Dehney, Esquire
Michael Busenkill, Esquire
Morris Nichols Arsht & Tunnell
1201 No. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
*(Counsel to Travelers Casualty and Surety Company)*

Mark Collins, Esquire
Deborah Spivack, Esquire
Richards Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
*(Counsel to Chase Manhattan Bank)*

Michael Joseph, Esquire
Theodore Tacconelli, Esquire
Ferry Joseph & Pearce, PA
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351
*(Counsel to Asbestos PD Committee)*

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
*(Counsel to Official Committee of Unsecured Creditors)*

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
*(United States Trustee)*

Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling, P.C.
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397
*(Counsel to Equity Committee)*

James Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
*(Counsel to Debtor)*

David B. Siegel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
*(Debtor)*

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022
*(Counsel to Asbestos PI Committee)*

Lewis Kruger, Esquire
Stroock Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038-4982
*(Counsel to Official Committee of Unsecured Creditors)*

Scott Baena, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
First Union Financial Center
200 So. Biscayne Bl., Suite 2500
Miami, FL 33131-2336
*(Counsel to Official Committee of Property Damage Claimants)*

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022-3852
*(Counsel to Equity Committee)*

David Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
*(Counsel to DIP Lender)*