**EXHIBIT "B"**

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD**
October 1, 2005 through December 31, 2005

1.  Asbestos: Claims Analysis & Evaluation – 30.5 hours ($9,505.00)

During the Application Period, the Applicant reviewed memorandum of law in opposition to proposed methodology issue for estimation and the Debtors' brief in support of estimation. In addition, the Applicant also reviewed and addressed issues regarding the 15th omnibus objection to claims and responses thereto. Applicant also attended weekly conferences with PD Committee members and counsel. Additionally, the Applicant reviewed the documents and databases provided by counsel.