# EXHIBIT "C"

# HR&A                           INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

November 11, 2005

Invoice No. HRA20051111

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz &
Alschuler, Inc. in connection with expert services to the
Official Committee of Asbestos Property Damage Claimants in the
bankruptcy of W.R. Grace & Co., et al.  For the month of October,
2005.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>1.8 hours @ $ 550 per hour | $    990.00 |
| Joshua S. Katz<br>7.2 hours @ $ 200 per hour | 1,440.00 |
| Megan V. Heath<br>0.6 hours @ $ 125 per hour | 75.00 |
| **TOTAL DUE:** | **$ 2,505.00** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922 TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA         LOS ANGELES         WASHINGTON DC   NEW YORK

OCTOBER, 2005 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

DATE        TIME        TASK

10/19/05    1.0         Quick review of Memo of law of official PD
                        claimants in opposition to consideration of the debtors
                        proposed methodology issue for estimation.

10/27/05    0.8         Update on committee call.

TOTAL:                  1.8

OCTOBER, 2005 TIME LOG OF JOSHUA S. KATZ (JSK)

DATE       TIME      TASK

10/06/05   0.7       Weekly Grace conference call.

10/17/05   1.2       Review of revised exhibits to the 15 omnibus
           objection.

10/20/05   0.9       Weekly Grace conference call.

10/21/05   2.5       Review of two key documents: Debtors Brief in
           Support of an Estimation Hearing on Constructive Notice
           (0.8) and Memo of Law of PD Committee regarding Estimation
           of PD Claims (1.7).

10/27/05   1.6       E-mail to Francine F. Rabinovitz detailing
           recent developments during weekly calls (0.5).; weekly
           Grace call (0.8); discussion with Francine F. Rabinovitz
           about state of play of Grace and likely future
           developments (0.3).

10/31/05   0.3       Review of Grace news release on earnings.

TOTAL:               7.2

OCTOBER, 2005 TIME LOG OF MEGAN V. HEATH (MVH)

DATE      TIME    TASK

10/18/05   0.6    Print and assemble TDPS and memorandum in
         opposition documents.

TOTAL:            0.6

# HR&A                                        INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

December 13, 2005

Invoice No. HRA20051213

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al. For the month of November, 2005.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>2.8 hours @ $ 550 per hour | $ 1,540.00 |
| Robert H. Sims<br>0.8 hours @ $ 400 per hour | 320.00 |
| Joshua S. Katz<br>4.5 hours @ $ 200 per hour | 900.00 |
| **TOTAL DUE:** | **$ 2,760.00** |

*Please remit to corporate address below:*

P.O. Box 222681 CARMEL, CALIFORNIA 93922 TEL: (831) 626-1350 FAX: (831) 626-1351
NORTHERN CALIFORNIA          LOS ANGELES          NEW YORK

NOVEMBER, 2005 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|------|------|------|
| 11/09/05 | 0.8 | Conference call with Scott Baena and Bilzin staff re: starting pi estimation. |
| 11/11/05 | 1.0 | First review of materials sent by M. Kramer of Bilzin. |
| 11/14/05 | 0.5 | Update on Committee call. |
| 11/28/05 | 0.5 | Review and answer M. Kramer memo re: document requests etc. |
| TOTAL: | 2.8 | |

NOVEMBER, 2005 TIME LOG OF ROBERT H. SIMS (RHS)

DATE       TIME    TASK

11/09/05   0.8     Participate in conference call with Bilzin
           attorneys.

TOTAL:             0.7

NOVEMBER, 2005 TIME LOG OF JOSHUA S. KATZ (JSK)

DATE        TIME      TASK

11/03/05    0.8       Weekly Grace conference call.

11/10/05    0.7       Weekly Grace conference call.

11/11/05    0.5       Review of National Law Journal article on
            recent changes in asbestos landscape; distribution to
            Francine F. Rabinovitz and Robert H. Sims.

11/14/05    0.7       Note to Francine F. Rabinovitz about previous
            Grace call.

11/17/05    1.5       Weekly Grace conference call (1.0); review of
            notes and e-mail to Francine F. Rabinovitz regarding call.

11/23/05    0.3       Review of articles on activity in Canadian
            courts,  dissemination to Francine F. Rabinovitz.

TOTAL:                4.5

# HR&A                                    INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

January 11, 2006

Invoice No. HRA20050111

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz &
Alschuler, Inc. in connection with expert services to the
Official Committee of Asbestos Property Damage Claimants in the
bankruptcy of W.R. Grace & Co., et al.    For the month of
December, 2005.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>4.3 hours @ $ 550 per hour | $ 2,365.00 |
| Robert H. Sims<br>0.5 hours @ $ 400 per hour | 200.00 |
| Paul K. Honig<br>1.0 hours @ $ 275 per hour | 275.00 |
| Joshua S. Katz<br>7.0 hours @ $ 200 per hour | 1,400.00 |
| **TOTAL DUE:** | **$ 4,240.00** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922 TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA        LOS ANGELES        NEW YORK

DECEMBER, 2005 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

DATE        TIME    TASK

12/01/05    0.5     Update on Committee call from Joshua S. Katz.

12/16/05    1.0     Review data dictionary.

12/22/05    0.3     Discussion with Joshua S. Katz regarding
                    Committee call and Grace case moving forward (0.3).

12/26/05    2.0     Read Debtors' Reply in Support of 15th omnibus
                    objections to asbestos property damage claims and
                    exhibits.

12/27/05    0.5     Update call on data base issues with Paul K.
                    Honig, Joshua S. Katz, Robert H. Sims.

TOTAL:              4.3

DECEMBER, 2005 TIME LOG OF ROBERT H. SIMS (RHS)

DATE      TIME    TASK

12/27/05   0.5    Project status discussion/teleconference  with
                  Francine F. Rabinovitz, Joshua S. Katz and Paul K. Honig.

TOTAL:             0.5

DECEMBER, 2005 TIME LOG OF PAUL K. HONIG (PKH)

DATE       TIME      TASK

12/16/05   0.5       Review files to see if I have the recent Grace
      data.

12/27/05   0.5       Update call on data base issues with Francine
      F. Rabinovitz, Robert H. Sims, Joshua S. Katz.

TOTAL:               1.0

DECEMBER, 2005, TIME LOG OF JOSHUA S. KATZ (JSK)

DATE       TIME     TASK

12/01/05   2.0      Weekly conference call (0.8); discuss with
                    Francine F. Rabinovitz (0.5); review of memos from Matt
                    Kramer at Bilzin (0.4); review of recent news pertaining
                    to Grace (0.3).

12/15/05   1.4      Weekly Grace conference call (0.8); per Matt
                    Kramer's instruction, review of Dr. Flynn deposition
                    (0.6).

12/16/05   0.5      Review of Grace data dictionary re: personal
                    injury forecast.

12/19/05   1.5      Review of database CDs from Wanda Roman in
                    preparation for BI model.

12/22/05   1.0      Weekly Grace conference call (0.6); discussion
                    with Francine F. Rabinovitz about call and Grace case
                    moving forward (0.3); review of Grace news (0.1).

12/27/05   0.6      Update call on data base issues with Francine
                    F. Rabinovitz, Robert H. Sims, Paul K. Honig (0.5); quick
                    follow up correspondence with Paul K. Honig (0.1).

TOTAL:              7.0