# EXHIBIT "B"

## SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD OCTOBER 1, 2005 THROUGH DECEMBER 31, 2005

1.  Claims Administration/Objections (Asbestos) –60.05 hours ($20,571.25)

During the Application Period, the Applicant studied the expert's report and affidavit on constructive notice. In addition, the Application researched archives and newspaper articles and prepared an analysis on the research.

The Applicant attended various telephone conference calls with PD Committee and counsel to discuss research and analysis and prepared for and attended the hearing on Constructive Notice.