# EXHIBIT "C"



**Hilsoft Notifications**
123 E. Broad St
Souderton, PA 18964

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/30/2005 | 44319 |

| BILL TO |
|---|
| Bilzin Sumberg Dunn Baena Price & Axelrod<br>Luisa Flores<br>First Union Financial Center, Suite 2501<br>Miami, Florida 33131 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| S. Baena | Due on receipt | W.R. Grace Bankrup... |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | | Staff time and out of pocket expenses in connection with the W. R. Grace Bankruptcy. TH: Todd Hilsee, BC: Barbara Coyle, GI: Gina Intrepido, CP: Carla Peak, JK: JoAnn King, SW: Shannon Wheatman, JAK: Judith Kooker | | |
| GI | 1.6 | 10/19/2005 | Staff meeting to discuss background of case and strategies for critiquing the ideas of the architect expert; research the reach of 260 placements in the New York Times. | 300.00 | 480.00 |
| TH | 3.8 | 11/1/2005 | Review affidavit by Morse on constructive notice. | 425.00 | 1,615.00 |
| TH | 3.1 | 11/2/2005 | Study debtor's expert report on constructive notice; call with Baena and Sakalo, re: constructive notice issues and potential testimony and analysis. | 425.00 | 1,317.50 |
| SW | 2.9 | 11/3/2005 | Review pleadings. | 300.00 | 870.00 |
| TH | 1.4 | 11/3/2005 | Meet with staff, re: background information on defendants motion re: constructive notice; study and initial review of defendants papers. | 425.00 | 595.00 |
| SW | 2.8 | 11/7/2005 | Review pleadings. | 300.00 | 840.00 |
| SW | 1.2 | 11/8/2005 | Research articles on asbestos listed in Morse affidavit. | 300.00 | 360.00 |
| GI | 2.9 | 11/9/2005 | Review four cases sent by client; begin newspaper analysis on research articles that ran between 1970 to 1995. | 300.00 | 870.00 |
| SW | 2.1 | 11/9/2005 | Review cases on discovery rules and asbestos property damage. | 300.00 | 630.00 |
| TH | 4.1 | 11/10/2005 | Review documents on knowledge; meet with staff, re: study circulation data on newspapers. | 425.00 | 1,742.50 |

Fed. ID 23-2785427 Thank You

**Total**



**Hilsoft Notifications**
123 E. Broad St
Souderton, PA 18964

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/30/2005 | 44319 |

**BILL TO**

Bilzin Sumberg Dunn Baena Price & Axelrod
Luisa Flores
First Union Financial Center, Suite 2501
Miami, Florida 33131

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| S. Baena | Due on receipt | W.R. Grace Bankrup... |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| CP | 1.75 | 11/10/2005 | Research Audit Bureau of Circulations for latest Audit Report on each paper in notice plan. | 125.00 | 218.75 |
| GI | 3.8 | 11/10/2005 | Analyze the circulation of newspapers included in the Defendant's Expert's Affidavit; research the population of the newspaper state and county to calculate the circulation coverage; calculate the reach and frequency of different newspaper plan options to demonstrate the low percentage reach among adults and target job titles; review information for Friday's conference call. | 300.00 | 1,140.00 |
| SW | 3.8 | 11/10/2005 | Research articles cited by defendant's expert on asbestos. | 300.00 | 1,140.00 |
| GI | 1.1 | 11/11/2005 | Conference call with client to discuss strategies for critiquing Defendant's Expert. | 300.00 | 330.00 |
| SW | 3.2 | 11/11/2005 | Conference call with clients to discuss defendant's motions; research articles cited by defendant's expert on asbestos. | 300.00 | 960.00 |
| TH | 2.4 | 11/11/2005 | Study constructive notice materials; call, re: hearing on Monday concerning overview of issues, research available to analyze reach and value of prior information published or made available publicly regarding asbestos. | 425.00 | 1,020.00 |
| SW | 3.8 | 11/14/2005 | Review asbestos articles and evaluate content of message. | 300.00 | 1,140.00 |
| TH | 1.4 | 11/14/2005 | Study materials and motion papers; prepare for hearing on constructive notice issue. | 425.00 | 595.00 |
| TH | 4.2 | 11/14/2005 | Travel to and from hearing in Delaware | 425.00 | 1,785.00 |
| TH | 2.5 | 11/14/2005 | Hearing in Delaware; meet with attorneys following hearing. | 425.00 | 1,062.50 |
| SW | 0.4 | 11/22/2005 | Talk with claims administrator about claimant database. | 300.00 | 120.00 |
| Reimb Group | | | | | |

Fed. ID 23-2785427    Thank You

**Total**



**Hilsoft Notifications**
123 E. Broad St
Souderton, PA 18964

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/30/2005 | 44319 |

**BILL TO**

Bilzin Sumberg Dunn Baena Price & Axelrod
Luisa Flores
First Union Financial Center, Suite 2501
Miami, Florida 33131

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| S. Baena | Due on receipt | W.R. Grace Bankrup... |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | 11/10/2005 | S. Wheatman-Research archived articles on asbestos. | 7.95 | 7.95 |
| | | 11/10/2005 | S. Wheatman-Research archived NY Times articles for asbestos articles. | 15.95 | 15.95 |
| | | 11/10/2005 | S. Wheatman-Research archived files for asbestos articles. | 5.95 | 5.95 |
| | | 11/11/2005 | Research archived news articles on asbestos. | 2.50 | 2.50 |
| | | 11/28/2005 | T. Hilsee-Mileage to Wilmington, DE from Souderton. | 20.51 | 20.51 |
| | | 11/28/2005 | T. Hilsee-Mileage back to Souderton from Wilmington. | 20.51 | 20.51 |
| | | 11/28/2005 | T. Hilsee-Lunch in Wilmington. | 7.77 | 7.77 |
| | | 11/28/2005 | T. Hilsee-Parking in Wilmington during meeting. | 10.00 | 10.00 |
| | | | Total Reimbursable Expenses | | 91.14 |
| COPY | 240 | | Photocopies of Documents through 111/30/05. | 0.04 | 9.60 |

Fed. ID 23-2785427    Thank You

**Total** $18,931.99



**Hilsoft Notifications**
123 E. Broad St
Souderton, PA 18964

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/30/2005 | 44349 |

**BILL TO**

Bilzin Sumberg Dunn Baena Price & Axelrod
Luisa Flores
First Union Financial Center, Suite 2501
Miami, Florida  33131

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| L. Flores | Due on receipt | W.R. Grace Bankrup... |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | | Staff time and out of pocket expenses in connection with the W. R. Grace Bankruptcy. TH: Todd Hilsee, BC: Barbara Coyle, GI: Gina Intrepido, CP: Carla Peak, JK: JoAnn King, SW: Shannon Wheatman, JAK: Judith Kooker | | |
| SW | 2.9 | 12/27/2005 | Review database on claims; determine number of claimants per city/state; research newspaper articles cited by debtors' expert. | 300.00 | 870.00 |
| SW | 2.9 | 12/30/2005 | Research articles sited defendant's expert. | 300.00 | 870.00 |
| Teleconference | 1 | 12/13/2005 | Teleconference charges | 150.52 | 150.52 |
| Reim. meal | 1 | 12/29/2005 | Meals Expense | 7.77 | 7.77 |
| COPY | 240 | | Photocopies of Documents through 12/30/05. | 0.04 | 9.60 |
| MCI | 1 | 12/30/2005 | Telephone charges from 11/15/05 to 11/22/05. | 0.43 | 0.43 |

Fed. ID 23-2785427
Thank You

**Total**  $1,908.32