IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. Grace, *et al*.                                    Bankruptcy No. 01-1139-JKF
                                                        Jointly Administered
    Debtors)                                            Chapter 11

                                                        **Related to Dkt. No. 11824, Motion to Shorten re Dkt. No. 11787**

### ORDER DENYING MOTION TO SHORTEN

**AND NOW**, this **16th** day of **February, 2006**, it is **ORDERED** that the motion filed on behalf of the Official Committee of Asbestos Property Damage Claimants to shorten notice with respect to the motion to compel filed at Dkt. No. 11787 is **DENIED**. A separate order regarding the motion to compel will be entered.

*Judith K. Fitzgerald*                                  rmab
Judith K. Fitzgerald
United States Bankruptcy Judge