# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : **Jointly Administered** |
| **KAISER ALUMINUM CORPORATION,** | : **Case No. 02-10429 (JKF)** |
| a Delaware corporation, et al., | : |
| | : **Chapter 11** |
| Debtors. | : |
| | : **Re:  Docket No. 4677 and 4893** |
| | : |

**REVISED ORDER AUTHORIZING DEBTOR AND DEBTOR IN POSSESSION KAISER ALUMINUM & CHEMICAL CORPORATION TO (A) SELL CERTAIN SURPLUS PROPERTY LOCATED IN PRYOR, OKLAHOMA AND (B) PAY CERTAIN PREPETITION PROPERTY TAXES RELATED THERETO**

This matter having originally come before the Court on the Motion of Debtor and Debtor in Possession Kaiser Aluminum & Chemical Corporation ("KACC") for an Order Authorizing (A) the Sale of Certain Surplus Property located in Pryor, Oklahoma and (B) the Payment of Certain Prepetition Property Taxes Related Thereto (D.I. 4677) (the "Motion"); the Court having entered an order granting the Motion and authorizing KACC to (A) sell certain surplus property located in Pryor, Oklahoma and (B) pay certain related prepetition property taxes (the "Prior Order") (D.I. 4893); KACC having entered into a revised purchase and sale agreement and a related amendment thereto (collectively, the "Revised Purchase Agreement"), which, among other things, substitutes Amerex Acquisition Corp. as the Purchaser, provides for an increased purchase price of $700,000 and requires the purchaser to deposit $400,000 into an escrow account to secure certain of its obligations, but otherwise contains no material changes from the previous purchase and sale agreement; the Court having been advised that the committees and legal representatives have no objection to KACC consummating the sale of the property pursuant to the Revised Purchase Agreement or the form of this order; the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334;

DLI-5975235v1

-2-

(b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) the sale of the Pryor Property (as defined in the Motion) pursuant to the Revised Purchase Agreement is a reasonable exercise of the business judgment of KACC, complies with section 363 of the Bankruptcy Code and is in the best interest of KACC's estate; (d) payment of the Prepetition Taxes in connection with the sale is a reasonable and valid exercise of KACC's business judgment; and (e) KACC and Amerex Acquisition Corp. have acted in good faith within the meaning of section 363(m) of the Bankruptcy Code; and the Court having determined that there is just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1.  This Order shall supercede and replace the Prior Order (D.I. 4893) in its entirety.

2.  KACC is authorized, pursuant to section 363 of the Bankruptcy Code, to enter into and consummate the transaction contemplated by the Revised Purchase Agreement, a copy of which is attached hereto as Exhibit A.

3.  KACC is authorized to consummate the transactions contemplated by the Revised Purchase Agreement, and enter into any and all other agreements or transactions that it deems necessary or appropriate to carry out the proposed sale of the Pryor Property and the terms of this Order without further application to this Court.

4.  KACC shall apply the net proceeds of the sale of the Pryor Property in accordance with the Order (I) Authorizing Debtors to Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 362, 363, 364(c)(1), 364(c)(2), 364(c)(3) and 364(e), and (II) Granting Liens, Security Interests and Superpriority Claims dated February 11, 2005.

-3-

5. KACC is authorized, pursuant to sections 105(a) and 363(b) of the Bankruptcy Code, to pay the Prepetition Taxes from the sale proceeds and its general operating funds as necessary to consummate the sale.

6. Pursuant to Bankruptcy Rule 6004(g), this Order is effective upon its entry, and the parties to the Revised Purchase Agreement are authorized to take all actions and enter into all transactions authorized by this Order immediately.

Dated: Dated: 2/16/2006
15:47:48

*Judith K. Fitzgerald*
UNITED STATES BANKRUPTCY JUDGE