# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. Grace & Co., *et al.*　　　　　　　　　　Bankruptcy No. 01-1139-JKF
　　　　　　　　　　　　　　　　　　　　　　　Jointly Administered
　　　　Debtors)　　　　　　　　　　　　　　　Chapter 11

　　　　　　　　　　　　　　　　　　　　　　　**Related to Dkt. No. 11787, Official Committee of Asbestos Property Damage Claimants' Motion to Compel**

**ORDER**

**AND NOW**, this **16th** day of **February, 2006**, it is **ORDERED** that on or before **March 3, 2006,** Debtor shall file a response to the motion to compel filed at Docket No. 11787 and shall attach thereto copies of any of the requests enumerated in the motion [Requests 7, 8, 9, 12, and 17] to which Debtor objects.

It is **FURTHER ORDERED** that Debtor shall attach a brief, limited to 10 pages, only with respect to those requests to which it objects.

It is **FURTHER ORDERED** that on or before **March 13, 2006,** movant shall file a response to any objection. The response shall be accompanied by a brief, limited to 10 pages, which shall have attached thereto a copy of the disputed objection(s).

It is **FURTHER ORDERED** that the Court shall decide the matter in Chambers.

　　　　　　　　　　　　　　　　　　　　　　　*Judith K. Fitzgerald*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　rmab
　　　　　　　　　　　　　　　　　　　　　　　Judith K. Fitzgerald
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge