# EXHIBIT A

## SUMMARY OF THE PRINCIPAL SERVICES PERFORMED BY THE APPLICANT ON BEHALF OF THE COMMITTEE BY WORK/LITIGATION TASK CODE FOR THE PERIOD FROM OCTOBER 1, 2005 THROUGH DECEMBER 31, 2005

I. **BUSINESS OPERATIONS (TASK CODE NO. 003)**

Applicant reviewed monthly operating reports and a motions filed by the Debtors.

II. **CASE ADMINISTRATION (TASK CODE NO. 004)**

Applicant maintained case files, reviewed pleadings and monitored the docket. Further, Applicant responded to inquiries from interested parties as to the status of various matters.

III. **CLAIM ANALYSIS, OBJECTION, RESOLUTION & ESTIMATION (ASBESTOS)(TASK CODE NO. 005)**

Applicant reviewed numerous pleadings.

IV. **CLAIM ANALYSIS, OBJECTION, RESOLUTION & ESTIMATION (NON-ASBESTOS)(TASK CODE NO. 006)**

Applicant reviewed Debtor's motion for authority to enter into settlement agreement with Bank of America.

V. **COMMITTEE - ALL - CREDITORS', NOTEHOLDERS', EQUITY HOLDERS' (TASK CODE NO. 007)**

Applicant attendance at committee conference calls.

VI. **EMPLOYMENT APPLICATIONS, APPLICANTS (TASK CODE NO. 009)**

Applicant reviewed its retention application.

VII. **EMPLOYMENT APPLICATIONS (OTHERS) (TASK CODE NO. 010)**

Applicant reviewed retention applications filed by other parties.

VIII. **FEE APPLICATIONS (APPLICANT) (TASK CODE NO. 012)**

Applicant prepared and coordinated the service and filing of its fees applications in the case. Applicant also responded to inquiries of the Fee Auditor and the Court regarding these fee applications.

DM3\304732.1

IX. **FEE APPLICATIONS (OTHERS) (TASK CODE NO. 013)**

Applicant assisted in the preparation, and coordinated the service and filing of fee applications of other professionals, including Stroock & Stroock & Lavan, Capstone Corporate Recovery, and Guiliani Capital Advisors.

X. **HEARINGS (TASK CODE NO. 015)**

Applicant prepared for and attended various hearings for the benefit of the Committee as necessary.

XI. **LITIGATION AND LITIGATION CONSULTING (TASK CODE NO. 016)**

From its appointment, Applicant has provided critical services to the Committee with regards to litigation, and helped to coordinate the actions of several of the other professionals retained by the Committee in order to achieve a unified and organized response to all outstanding litigation.

XII. **PLAN AND DISCLOSURE STATEMENT (TASK CODE NO. 017)**

Applicant spent time reviewing plan issues and status of plan negotiations and issues.

XIII. **RELIEF FROM STAY PROCEEDINGS (TASK CODE NO. 018)**

Applicant reviewed various Motions for Relief from the Automatic Stay.

XIV. **OTHER**

Applicant reviewed and retrieved miscellaneous pleadings and memos.