# EXHIBIT B

DM3\304732.1

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

November 17, 2005

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1134169                          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 10/31/2005 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 25.20 | hrs. at | $525.00 | /hr. = | $13,230.00 |
| RW RILEY | PARTNER | 4.20 | hrs. at | $415.00 | /hr. = | $1,743.00 |
| WS KATCHEN | PARTNER | 2.00 | hrs. at | $575.00 | /hr. = | $1,150.00 |
| MF HAHN | ASSOCIATE | 1.70 | hrs. at | $290.00 | /hr. = | $493.00 |
| DM SOSNOSKI | PARALEGAL | 1.60 | hrs. at | $160.00 | /hr. = | $256.00 |
| VL AKIN | PARALEGAL | 6.10 | hrs. at | $185.00 | /hr. = | $1,128.50 |
| AT ASH | LEGAL ASSISTAN | 0.10 | hrs. at | $135.00 | /hr. = | $13.50 |

$18,014.00

DISBURSEMENTS
MESSENGER SERVICE                                    5.00
OVERNIGHT MAIL                                      30.27
PRINTING & DUPLICATING                               4.95
TOTAL DISBURSEMENTS                                              $40.22

BALANCE DUE THIS INVOICE                                        $18,054.22

PREVIOUS BALANCE                                                $50,076.10

TOTAL BALANCE DUE                                               $68,130.32

DUANE MORRIS LLP

File # K0248-00001                                        INVOICE #  1134169
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/5/2005 | 003 | MR LASTOWSKI | REVIEW AUGUST MONTHLY OPERATING REPORTS | 0.50 | $262.50 |
| 10/21/2005 | 003 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO LEASE FOR WOBURN, MASSACHUISETTS PROPERTY | 0.30 | $157.50 |
| | | | Code Total | 0.80 | $420.00 |

File # K0248-00001                                      INVOICE #  1134169
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/3/2005 | 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.20 | $37.00 |
| 10/10/2005 | 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL | 0.40 | $74.00 |
| 10/18/2005 | 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.20 | $37.00 |
| 10/20/2005 | 004 | VL AKIN | CALENDAR UPCOMING COURT DEADLINES | 0.10 | $18.50 |
| 10/24/2005 | 004 | WS KATCHEN | REVIEW DEBTOR'S BRIEF ON HEARING P.D. CLAIMS; REVIEW NOTICE OF MOTIONS REGARDING CLASS CERTIFICATION; | 0.70 | $402.50 |
| 10/25/2005 | 004 | DM SOSNOSKI | MONITOR DOCKET AND SEND EMAIL TO MHAHN AND WKATCHEN REGARDING STATUS | 0.50 | $80.00 |
| 10/25/2005 | 004 | WS KATCHEN | REVIEW COMMITTEE MEMORANDUM - STROOCK; | 0.10 | $57.50 |
| 10/27/2005 | 004 | DM SOSNOSKI | MONITOR DOCKET AND PROVIDE STATUS REPORT | 0.70 | $112.00 |
| 10/27/2005 | 004 | VL AKIN | BILLING MATTERS | 0.20 | $37.00 |
| 10/27/2005 | 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL | 0.10 | $18.50 |
| 10/28/2005 | 004 | DM SOSNOSKI | MONITOR DOCKET AND PROVIDE STATUS REPORT | 0.40 | $64.00 |
| 10/28/2005 | 004 | WS KATCHEN | REVIEW DEBTOR'S REPLY BRIEF REGARDING SPEIGHTS & RUNYON | 0.20 | $115.00 |
| 10/31/2005 | 004 | AT ASH | RETRIEVE UPDATED DOCKET FOR M. LASTOWSKI'S REVIEW. | 0.10 | $13.50 |
| 10/31/2005 | 004 | WS KATCHEN | REVIEW MOTION OF ACC TO CLARIFY CMO; REVIEW OPPOSITION OF ACC TO MOTION FOR BAR DATES; REVIEW DEBTOR'S OPPOSITION TO MOTION TO DISMISS NJ DEP | 0.70 | $402.50 |
| | | | Code Total | 4.60 | $1,469.00 |

File # K0248-00001                                          INVOICE #  1134169
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/5/2005 | 005 | MR LASTOWSKI | REVIEW RESPONSES TO DEBTOR'S FOURTEENTH OMNIBUS OBJECTION TO CLAIMS | 0.90 | $472.50 |
| 10/5/2005 | 005 | MR LASTOWSKI | REVIEW DENIAL OF PACIFORP MOTION TO FILE LATE PROOF OF CLAIM AND RELATED NOTICE OF APPEAL | 0.20 | $105.00 |
| 10/5/2005 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S BRIEF IN SUPPORT OF DISALLWANCE OF SPICE AND RUNYAN CLAIMS | 1.20 | $630.00 |
| 10/5/2005 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S PRELIMINARY DISCLOSURES RE: ASBESTOS PROPERTY DAMAGE CLAIMS | 0.40 | $210.00 |
| 10/15/2005 | 005 | MR LASTOWSKI | REVIEW ASBESTOS PERSONAL INJURY COMMITTEE'S OPPOSITION TO DEBTOR'S MOTION TO CONDUCT DEPOSITIONS OF CLAIMANT'S COUNSEL | 1.40 | $735.00 |
| 10/15/2005 | 005 | MR LASTOWSKI | REVIEW RESPONSES TO DEBTOR'S MOTION FOR LEAVE TO DEPOSE CLAIMANT'S COUNSEL | 0.60 | $315.00 |
| 10/15/2005 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S RESPONSES TO MOTION FOR CLARIFICATION OF CASE MANAGEMENT ORDER | 0.60 | $315.00 |
| 10/19/2005 | 005 | WS KATCHEN | REVIEW CAPSTONE ANALYSIS FINANCIAL RESULTS. | 0.30 | $172.50 |
| 10/20/2005 | 005 | MR LASTOWSKI | REVIEW SPEAIGHTS AND RUNYAN RESPONSE TO THIRTEENTH OMNIBUS OBJECTION TO CLAIMS | 1.30 | $682.50 |
| 10/21/2005 | 005 | MR LASTOWSKI | REVIEW ASBESTOS PERSONAL INJURY COMMITTEE'S FIRST SET OF DISCOVERY REQUESTS (INGTERROGATORIES AND REQUESTS FOR PRODUCTION) ADDRESSED TO THE DEBTOR | 0.40 | $210.00 |
| 10/21/2005 | 005 | MR LASTOWSKI | REVIEW LIBBY PLAINTIFFS' CERTIFICATION RE: NON-DERIVATIVE NATURE OF CLAIMS | 0.20 | $105.00 |
| 10/21/2005 | 005 | MR LASTOWSKI | REVIEW OPPOSITION TO DEBTOR'S MOTION TO TAKE DEPOSITIONS OF CLAIMANT'S ATTORNEYS. | 0.40 | $210.00 |
| 10/21/2005 | 005 | MR LASTOWSKI | REVIEW ASBESTOS PROPERTY DAMAGE COMMITTEE'S OPPOSITION TO DEBTOR'S "METHODOLOGY ISSUE" AS IT RELATES TO PROPERTY DAMAGE CLAIMS | 1.40 | $735.00 |
| 10/21/2005 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S FACT AND EXPERT DISCLOSURE RELATING TO PHASE I OF THE PD ESTIMATION HEARING | 1.20 | $630.00 |

File # K0248-00001                                              INVOICE # 1134169
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|------|-------|-------|
| 10/21/2005 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S BRIEF IN SUPPORT OF CONTSTRUCTIVE NOTICE IN PROPERTY DAMAGE CLAIMS | 0.60 | $315.00 |
| 10/21/2005 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S PROPOSED REPLY BRIEF IN SUPPORT OF EXPANDING CHAKARIAN INJUNCTION | 0.20 | $105.00 |
| 10/21/2005 | 005 | MR LASTOWSKI | REVIEW STATUS REPORT FOR FOURTEENTH OMNIBUS OBJECTION TO CLAIMS | 0.40 | $210.00 |
| 10/21/2005 | 005 | MR LASTOWSKI | REVIEW PACIFICORP FILINGS RE: PERFECTION OF APPEAL | 0.30 | $157.50 |
| 10/21/2005 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR THE ENTRY OF A BAR DATE ORDER FOR PRE-PETITION ASBESTOS PERSONAL INJURY CLAIMS | 0.40 | $210.00 |
| 10/28/2005 | 005 | MR LASTOWSKI | REVIEW OBJECTIONS TO FIFTEENTH OMNIBUS OBJECTION TO CLAIMS (ASBESTOS PROPERTY DAMAGE) FILED BY THE LEWIS, SLOVAK AND KOVACICH LAW FIRM, INCLUDING RELATED APPENDICES | 2.30 | $1,207.50 |
| 10/28/2005 | 005 | MR LASTOWSKI | REVIEW ASBESTOS PROPERTY DAMAGE COMMITTEE'S OBJECTION TO FIFTEENTH OMNIBUS OBJECTION TO CLAIMS | 0.20 | $105.00 |
| 10/28/2005 | 005 | MR LASTOWSKI | REVIEW SPEIGHTS AND RUNYON'S BRIEF IN SUPPORT OF OBJECTION TO DEBTOR'S 13TH OMNIBUS OBJECTION TO CLAIMS | 0.50 | $262.50 |
| 10/28/2005 | 005 | MR LASTOWSKI | REVIEW ANDERSON HOSPITAL'S MOTION FOR CLASS CERTIFICATION | 0.80 | $420.00 |
| 10/28/2005 | 005 | MR LASTOWSKI | REVIEW ASBESTOS PERSONAL INJURY COMMITTEE'S MOTION TO MODIFY/CLARIFY CASE MANAGEMENT ORDER | 0.40 | $210.00 |
| 10/28/2005 | 005 | MR LASTOWSKI | REVIEW EQUITY COMMITTEE'S RESPONSE IN SUPPORT OF DEBTOR'S MOTION FOR PRE PETITION LITIGATION CLAIM BAR DATE | 0.20 | $105.00 |
| 10/28/2005 | 005 | MR LASTOWSKI | REVIEW ADDITIONAL OBJECTIONS TO DEBTOR'S FIFTEENTH OMNIBUS OBJECTION TO CLAIMS | 0.20 | $105.00 |
| 10/31/2005 | 005 | MF HAHN | REVIEW OPPOSITION OF COMMITTEE TO DEBTORS' MOTION FOR ORDER ESTABLISHING BAR DATE; REVIEW OPPOSITION OF BARON & BUDD, ET AL., TO DEBTORS' MOTION FOR BAR DATE; REVIEW DEBTORS' OPPOSITION TO NEW JERSEY'S MOTION TO DISMISS ACTION FOR PRELIMINARY INJUNCTION | 1.70 | $493.00 |

File # K0248-00001                                              INVOICE #  1134169
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/31/2005 | 005 | MR LASTOWSKI | REVIEW OPPOSITIONS TO DEBTOR'S MOTION TO ESTABLISH PRE PETITION LITIGATION BAR DATE | 0.60 | $315.00 |
| 10/31/2005 | 005 | MR LASTOWSKI | REVIEW PERSONAL INJURY COMMITTEE'S OPPOSITION TO DEBTOR'S MOTION TO ESTABLISH A BAR DATE FOR PRE PETITION LITIGATION CLAIMS | 0.60 | $315.00 |
| | | | Code Total | 19.90 | $10,063.00 |

File # K0248-00001                                          INVOICE #  1134169
    W.R. GRACE & CO.

| DATE TASK TIMEKEEPER | | | HOURS | VALUE |
|---|---|---|---|---|
| 10/21/2005 006 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO SETTLEMENT AGREEMENT WITH BANK OF AMERICA | 0.50 | $262.50 |
| | | Code Total | 0.50 | $262.50 |

File # K0248-00001                                                    INVOICE #  1134169
        W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/17/2005 | 010 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: TERMS OF DEBTOR'S PROPOSED RETENTION OF ADDITIONAL PROFESSIONAL | 0.10 | $52.50 |
| 10/21/2005 | 010 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AUTHORITY TO RETAIN BEAR STEARNS | 0.50 | $262.50 |
| | | | Code Total | 0.60 | $315.00 |

DUANE MORRIS LLP

File # K0248-00001                                              INVOICE # 1134169
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/7/2005 | 012 | VL AKIN | BILLING MATTERS REGARDING SEPTEMBER 2005 FEE APPLICATION OF DUANE | 0.30 | $55.50 |
| 10/19/2005 | 012 | VL AKIN | REVIEW SEPTEMBER 2005 BILL FOR FEE APPLICATION | 0.50 | $92.50 |
| 10/20/2005 | 012 | RW RILEY | REVIEWING AND EXECUTING SEPTEMBER FEE APPLICATION FOR DUANE MORRIS. | 0.10 | $41.50 |
| 10/20/2005 | 012 | VL AKIN | PREPARE SEPTEMBER 2005 FEE APPLICATION OF DUANE | 0.80 | $148.00 |
| 10/20/2005 | 012 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING AUGUST 2005 FEE APPLICATION OF DUANE | 0.20 | $37.00 |
| 10/20/2005 | 012 | VL AKIN | SCAN, FILE AND SERVE SEPTEMBER 2005 FEE APPLICATION OF DUANE MORRIS | 0.60 | $111.00 |
| 10/21/2005 | 012 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING THE AUGUST 2005 FEE APPLICATION OF DUANE MORRIS | 0.30 | $55.50 |
| 10/27/2005 | 012 | VL AKIN | BILLING MATTERS REGARDING RECENT PAYMENTS MADE BY THE COMPANY. REVIEW 15TH AND 16TH QUARTERLY FEE APPLICATIONS OF DUANE. | 0.50 | $92.50 |
| | | | Code Total | 3.30 | $633.50 |

Duane Morris
November 17, 2005
Page 10

File # K0248-00001

W.R. GRACE & CO.

INVOICE # 1134169

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/4/2005 | 013 | VL AKIN | FILE THE AMENDED AUGUST 2005 FEE APPLICATION OF STROOCK | 0.40 | $74.00 |
| 10/12/2005 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING JULY 2005 CAPSTONE FEE APPLICATION | 0.20 | $37.00 |
| 10/12/2005 | 013 | VL AKIN | FILE AUGUST 2005 FEE APPLICATION OF CAPSTONE | 0.40 | $74.00 |
| 10/13/2005 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING JULY 2005 FEE APPLICATION OF CAPSTONE | 0.20 | $37.00 |
| 10/26/2005 | 013 | RW RILEY | REVIEWING AND EXECUTING CERTIFICATION OF NO OBJECTION REGARDING STROOCK'S AMENDED FIFTY-THIRD MONTHLY FEE APPLICATION.. | 0.10 | $41.50 |
| 10/26/2005 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION FOR AMENDED AUGUST 2005 FEE APPLICATION OF STROOCK | 0.20 | $37.00 |
| 10/27/2005 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING THE AMENDED AUGUST 2005 FEE APPLICATION OF STROOCK | 0.30 | $55.50 |
| | | | Code Total | 1.80 | $356.00 |

File # K0248-00001                                                  INVOICE #  1134169
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/18/2005 | 015 | MR LASTOWSKI | REVIEW NOTICE OF AGENDA FOR OCTOBER OMNIBUS HEARING | 0.40 | $210.00 |
| 10/20/2005 | 015 | MR LASTOWSKI | REVIEW AGENDA ITEMS FOR 10/24/05 OMNIBUS HEARING | 2.70 | $1,417.50 |
| 10/21/2005 | 015 | MR LASTOWSKI | TELEPHONE CALL TO R. RILEY RE: ATTENDANCE AT 10/24/05 OMNIBUS HEARING | 0.10 | $52.50 |
| 10/24/2005 | 015 | RW RILEY | PREPARATION FOR AND ATTENDING OMNIBUS HEARING. | 4.00 | $1,660.00 |
| 10/28/2005 | 015 | MR LASTOWSKI | REVIEW OCTOBER 31, 2005 AGENDA ITEMS | 0.50 | $262.50 |
| | | | Code Total | 7.70 | $3,602.50 |

November 17, 2005
Page 12

File # K0248-00001                                                                         INVOICE #  1134169
        W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/5/2005 | 018 | MR LASTOWSKI | REVIEW RESPONSE TO DEBTOR'S MOTION TO EXPAND CHAKARIAN INJUNCTION | 0.20 | $105.00 |
| 10/15/2005 | 018 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' OPPOSITION TO MOTION TO EXPAND THE CHAKARIAN INJUNCTION | 0.90 | $472.50 |
| 10/31/2005 | 018 | MR LASTOWSKI | REVIEW DEBTOR'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE GRACE V. BRADLEY ACTION | 0.60 | $315.00 |
| | | | Code Total | 1.70 | $892.50 |

File # K0248-00001                                          INVOICE #  1134169
     W.R. GRACE & CO.

TOTAL SERVICES        40.90   $18,014.00

Duane Morris
November 17, 2005
Page 14

File # K0248-00001                                            INVOICE #  1134169
      W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 10/20/2005 | OVERNIGHT MAIL PACKAGE SENT TO STEVEBOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, D (TRACKING #790194405430) | | 23.10 |
| 10/20/2005 | OVERNIGHT MAIL PACKAGE SENT TO DAVIDSEIGEL AT WR GRACE - COLUMBIA, MD FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790194399166) | | 7.17 |
| | | Total: | $30.27 |
| 10/31/2005 | MESSENGER SERVICE | | 5.00 |
| | | Total: | $5.00 |
| 10/31/2005 | PRINTING & DUPLICATING | | 4.95 |
| | | Total: | $4.95 |
| | | TOTAL DISBURSEMENTS | $40.22 |