# EXHIBIT C

DM3\304732.1

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

December 13, 2005

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1139393                                IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 11/30/2005 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 3.50 hrs. at | $525.00 /hr. = | $1,837.50 |
| RW RILEY | PARTNER | 7.20 hrs. at | $415.00 /hr. = | $2,988.00 |
| WS KATCHEN | PARTNER | 6.10 hrs. at | $575.00 /hr. = | $3,507.50 |
| MF HAHN | ASSOCIATE | 2.50 hrs. at | $290.00 /hr. = | $725.00 |
| DM SOSNOSKI | PARALEGAL | 5.00 hrs. at | $160.00 /hr. = | $800.00 |
| VL AKIN | PARALEGAL | 17.60 hrs. at | $185.00 /hr. = | $3,256.00 |
|  |  |  |  | $13,114.00 |

DISBURSEMENTS

| | |
|---|---|
| MEETING EXPENSE | 15.69 |
| MESSENGER SERVICE | 145.00 |
| OVERNIGHT MAIL | 58.34 |
| PRINTING & DUPLICATING | 95.85 |
| TELECOPY | 23.75 |
| WESTLAW LEGAL RESEARCH | 27.01 |
| TOTAL DISBURSEMENTS | $365.64 |

BALANCE DUE THIS INVOICE                                                 $13,479.64

PREVIOUS BALANCE                                                          $44,378.83

TOTAL BALANCE DUE                                                         $57,858.47

DUANE MORRIS LLP

File # K0248-00001                                              INVOICE # 1139393
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/1/2005 | 004 | DM SOSNOSKI | MONITOR DOCKET | 0.40 | $64.00 |
| 11/2/2005 | 004 | DM SOSNOSKI | MONITOR DOCKET AND PREPARE STATUS REPORT | 0.50 | $80.00 |
| 11/3/2005 | 004 | DM SOSNOSKI | MONITOR DOCKET IN MAIN CASE AND ADVERSARY CASE AND PROVIDE STATUS REPORT | 0.40 | $64.00 |
| 11/3/2005 | 004 | DM SOSNOSKI | MONITOR DOCKET AND PROVIDE STATUS REPORT | 0.30 | $48.00 |
| 11/3/2005 | 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL | 0.20 | $37.00 |
| 11/4/2005 | 004 | DM SOSNOSKI | MONITOR DOCKET IN MAIN CASE AND ADVERSARY PROCEEDING, RETRIEVE PLEADINGS AND PROVIDE STATUS REPORT OF SAME | 0.70 | $112.00 |
| 11/4/2005 | 004 | DM SOSNOSKI | MONITOR DOCKET AND PROVIDE STATUS REPORT | 0.30 | $48.00 |
| 11/8/2005 | 004 | DM SOSNOSKI | MONITOR DOCKET | 0.40 | $64.00 |
| 11/9/2005 | 004 | DM SOSNOSKI | MONITOR DOCKET | 0.40 | $64.00 |
| 11/10/2005 | 004 | WS KATCHEN | REVIEW DEBTOR'S RESPONSE TO ACC MOTION AND PROPOSED ORDER | 0.20 | $115.00 |
| 11/10/2005 | 004 | WS KATCHEN | REVIEW OF CERTIFICATION AND PROPOSED ORDER ON INSURER'S MOTION | 0.10 | $57.50 |
| 11/11/2005 | 004 | WS KATCHEN | REVIEW ACC CLAIMANT'S CERTIFICATION | 0.10 | $57.50 |
| 11/14/2005 | 004 | VL AKIN | EDIT, FILE AND SERVE COMMITTEE'S JOINDER OF DEBTORS EXPERT CATEGORIES. EDIT SAME. CONFERENCES WITH A. KRUEGER REGARDING FILING AND SERVICE OF SAME. PREPARE CERTIFICATE OF SERVICE. | 2.00 | $370.00 |
| 11/14/2005 | 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.20 | $37.00 |
| 11/14/2005 | 004 | VL AKIN | FORWARD PLEADING TO D. MOHAMAD | 0.10 | $18.50 |
| 11/15/2005 | 004 | WS KATCHEN | REVIEW COMMITTEE MEMO, DEBTOR'S SECTION 1121(D) MOTION AND E-MAIL A. KRIEGER | 0.30 | $172.50 |
| 11/15/2005 | 004 | WS KATCHEN | REVIEW STIPULATION REGARDING BANK OF AMERICA, DEBTOR AND REVISED STIPULATION | 0.20 | $115.00 |
| 11/16/2005 | 004 | WS KATCHEN | REVIEW COMMITTEE MEMO REGARDING NJDEP; REVIEW COMMITTEE MEMO ON BAR DATE MOTION | 0.40 | $230.00 |
| 11/17/2005 | 004 | VL AKIN | FILE ORGANIZATION | 0.20 | $37.00 |

File # K0248-00001  INVOICE # 1139393
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/17/2005 | 004 | WS KATCHEN | REVIEW SECTION 1121(D) MOTION; PREPARATION FOR COMMITTEE CONFERENCE CALL ON 11/18/05; REVIEW F REPRESENTATIVE DESIGNATION | 1.20 | $690.00 |
| 11/18/2005 | 004 | VL AKIN | CALENDAR UPCOMING COURT DEADLINES | 0.10 | $18.50 |
| 11/18/2005 | 004 | WS KATCHEN | REVIEW ORDER REGARDING WOBURN LEASE; REVIEW ACC INITIAL DESIGNATION FOR EXPERT TESTIMONY ON ESTIMATION | 0.30 | $172.50 |
| 11/18/2005 | 004 | WS KATCHEN | REVIEW ORDER DENYING ACCESS TO INSURERS TO EXHIBITS | 0.20 | $115.00 |
| 11/22/2005 | 004 | WS KATCHEN | REVIEW ORDER RE SECTIONS 105 AND 362 V. NJ DEP; REVIEW CERTIFICATION | 0.20 | $115.00 |
| 11/23/2005 | 004 | MF HAHN | REVIEW DEBTOR'S MEMO OF LAW IN OPPOSITION TO SUMMARY JUDGMENT MOTION OF P.PEARSON | 0.40 | $116.00 |
| 11/23/2005 | 004 | RW RILEY | REVIEWING RECENT PLEADING RE: ESTIMATIONS AND INITIAL DESIGNATION OF EXPERTS. | 0.20 | $83.00 |
| 11/25/2005 | 004 | WS KATCHEN | REVIEW MEMO BY DEBTOR REGARDING PEARSON'S MOTION FOR SUMMARY JUDGMENT | 0.30 | $172.50 |
| 11/28/2005 | 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.20 | $37.00 |
| 11/29/2005 | 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.20 | $37.00 |
| 11/29/2005 | 004 | VL AKIN | CALENDAR UPCOMING COURT DEADLINES | 0.10 | $18.50 |
| 11/29/2005 | 004 | WS KATCHEN | COMMITTEE CONFERENCE CALL; REVIEW CAPSTONE ANALYSIS | 0.80 | $460.00 |
| 11/29/2005 | 004 | WS KATCHEN | REVIEW COMMITTEE E-MAIL; TELEPHONE CALL WITH KEVIN KELLEY REGARDING COMMITTEE MEETING | 0.20 | $115.00 |
| | | | Code Total | 11.80 | $3,941.00 |

Duane Morris
December 13, 2005
Page 4

File # K0248-00001  
    W.R. GRACE & CO.

INVOICE # 1139393

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/10/2005 | 005 | WS KATCHEN | REVIEW DEBTOR'S REPLY ON BAR DATE ISSUE | 0.20 | $115.00 |
| 11/11/2005 | 005 | MR LASTOWSKI | REVIEW ISSUES RE: INITIAL DISCLOSURES IN ASBESTOS PERSONAL INJURY ESTIMATION PROCEEDINGS | 0.60 | $315.00 |
| 11/14/2005 | 005 | WS KATCHEN | REVIEW EQUITY COMMITTEE RESPONSE ON BAR DATE; REVIEW DEBTOR'S REPLY ON BAR DATE; REVIEW FCR OBJECTION; REVIEW BARON BUDD RESPONSE ON BAR DATE; REVIEW ACC OPPOSITION | 0.70 | $402.50 |
| | | | Code Total | 1.50 | $832.50 |

File # K0248-00001     INVOICE # 1139393
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/18/2005 | 007 | WS KATCHEN | CONFERENCE CALL COMMITTEE L. KRUGER, K. PASQUALE, A. KRIEGER AND CAPSTONE | 0.70 | $402.50 |
| | | | Code Total | 0.70 | $402.50 |

Duane Morris
December 13, 2005
Page 6

File # K0248-00001  
    W.R. GRACE & CO.

INVOICE # 1139393

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/1/2005 | 010 | MR LASTOWSKI | REVIEW ISSUES RE: BEAR STEARNS RETENTION | 0.50 | $262.50 |
| 11/1/2005 | 010 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: BEAR STEARNS RETENTION | 0.10 | $52.50 |
| 11/28/2005 | 010 | VL AKIN | PREPARE CERTIFICATE OF SERVICE AND NOTICE FOR SEVENTH INTERIM FEE APPLICATION OF CAPSTONE | 0.40 | $74.00 |
| 11/28/2005 | 010 | VL AKIN | FILE SEVENTH QUARTERLY FEE APPLICATION OF CAPSTONE. SERVE NOTICE OF SAME. | 0.50 | $92.50 |
| 11/29/2005 | 010 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING SEPTEMBER 2005 FEE APPLICATION OF CAPSTONE | 0.20 | $37.00 |
| | | | Code Total | 1.70 | $518.50 |

Duane Morris
December 13, 2005
Page 7

File # K0248-00001　　　　　　　　　　　　　　　　　　　　　　　　　　INVOICE # 1139393
　　W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/1/2005 | 012 | VL AKIN | PREPARE EIGHTEENTH QUARTERLY FEE APPLICATION OF DUANE | 3.20 | $592.00 |
| 11/1/2005 | 012 | VL AKIN | BILLING MATTERS RE PREPARATION OF FEE APPLICATION | 0.40 | $74.00 |
| 11/2/2005 | 012 | VL AKIN | EDIT AND FINALIZE EIGHTEENTH QUARTERLY FEE APPLICATION OF DUANE | 3.00 | $555.00 |
| 11/8/2005 | 012 | VL AKIN | BILLING MATTERS REGARDING OCTOBER 2005 FEE APPLICATION OF DUANE | 0.40 | $74.00 |
| 11/11/2005 | 012 | MR LASTOWSKI | SIGN CNO RE: DUANE MORRIS 44TH MONTHLY FEE APPLICATION | 0.10 | $52.50 |
| 11/11/2005 | 012 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING SEPTEMBER 2005 FEE APPLICATION OF DUANE | 0.20 | $37.00 |
| 11/11/2005 | 012 | VL AKIN | FILE CERTIFICATIONS OF NO OBJECTION | 0.40 | $74.00 |
| 11/11/2005 | 012 | VL AKIN | FORWARD TO INTERESTED PARTIES CERTIFICATIONS OF NO OBJECTION FILED ON 11/11/05 | 0.10 | $18.50 |
| 11/11/2005 | 012 | VL AKIN | BILLING MATTERS REGARDING OCTOBER 2005 FEE APPLICATION OF DUANE | 0.30 | $55.50 |
| 11/16/2005 | 012 | VL AKIN | FILE AND SERVE EIGHTEENTH QUARTERLY FEE APPLICATION OF DUANE | 0.80 | $148.00 |
| 11/17/2005 | 012 | VL AKIN | REVIEW BILL IN PREPARATION OF OCTOBER 2005 FEE APPLICATION | 0.50 | $92.50 |
| 11/17/2005 | 012 | VL AKIN | PREPARE OCTOBER 2005 FEE APPLICATION OF DUANE | 0.50 | $92.50 |
| 11/18/2005 | 012 | RW RILEY | REVIEWING AND EXECUTING MONTHLY FEE APPLICATION FOR DUANE MORRIS FOR OCTOBER, 2005 | 0.20 | $83.00 |
| 11/18/2005 | 012 | VL AKIN | REVIEW FINAL FEE AUDITOR REPORT FOR APRIL 2005 THROUGH JUNE 2005. FORWARD TO INTERESTED PARTIES. PREPARE MEMO TO ACCOUNTING REGARDING SAME. | 0.40 | $74.00 |
| 11/18/2005 | 012 | VL AKIN | FILE AND SERVE OCTOBER 2005 FEE APPLICATION OF DUANE | 0.60 | $111.00 |
| | | | Code Total | 11.10 | $2,133.50 |

Duane Morris
December 13, 2005
Page 8

File # K0248-00001  
    W.R. GRACE & CO.

INVOICE # 1139393

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/1/2005 | 013 | VL AKIN | FILE SEPTEMBER 2005 FEE APPLICATION OF STROOCK | 0.40 | $74.00 |
| 11/1/2005 | 013 | VL AKIN | FILE SEPTEMBER 2005 FEE APPLICATION OF CAPSTONE | 0.40 | $74.00 |
| 11/11/2005 | 013 | MR LASTOWSKI | SIGN CNO RE: CAPSTONE 19TH INTERIM FEE APPLICATION | 0.10 | $52.50 |
| 11/11/2005 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING CAPSTONE FEE APPLICATION FOR AUGUST 2005. | 0.20 | $37.00 |
| 11/18/2005 | 013 | VL AKIN | FILE 18TH QUARTERLY FEE APPLICATION OF STROOCK. SERVE NOTICE OF APPLICATION. PREPARE CERTIFICATE OF SERVICE FOR NOTICE. | 0.60 | $111.00 |
| 11/28/2005 | 013 | VL AKIN | PREPARE FOR FILING 7TH INTERIM FEE APPLICATION OF CAPSTONE | 0.30 | $55.50 |
| 11/29/2005 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING SEPTEMBER 2005 FEE APPLICATION OF STROOCK | 0.20 | $37.00 |
| 11/29/2005 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATIONS OF NO OBJECTIONS FOR THE SEPTEMBER 2005 FEE APPLICATION OF STROOCK AND CAPSTONE | 0.30 | $55.50 |
| | | | Code Total | 2.50 | $496.50 |

Duane Morris
December 13, 2005
Page 9

File # K0248-00001  
    W.R. GRACE & CO.

INVOICE # 1139393

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/14/2005 | 015 | RW RILEY | ATTENDING OMNIBUS HEARING | 5.30 | $2,199.50 |
| 11/14/2005 | 015 | RW RILEY | PREPARATION FOR 11/14 OMNIBUS HEARING RE: REVIEWING MATTERS SCHEDULED FOR OMNIBUS HEARING | 1.40 | $581.00 |
| | | | Code Total | 6.70 | $2,780.50 |

DUANE MORRIS LLP

File # K0248-00001                                                              INVOICE # 1139393
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/14/2005 | 016 | RW RILEY | REVIEWING AND EXECUTING JOINDER IN DESIGNATION OF EXPERT CATEGORIES | 0.10 | $41.50 |
| | | | Code Total | 0.10 | $41.50 |

Duane Morris
December 13, 2005
Page 11

File # K0248-00001                                                                 INVOICE # 1139393
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/23/2005 | 017 | MF HAHN | REVIEW MESSAGE FROM W. KATCHEN REGARDING BABCOCK & WILCOX PLAN; OBTAIN AND REVIEW BABCOCK PROVISIONS; SEND SAME TO W. KATCHEN | 0.90 | $261.00 |
| 11/23/2005 | 017 | MR LASTOWSKI | REVIEW PLAN STATUS | 2.10 | $1,102.50 |
| | | | Code Total | 3.00 | $1,363.50 |

File # K0248-00001                                                                INVOICE # 1139393
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/22/2005 | 025 | DM SOSNOSKI | RECEIPT AND REVIEW OF STROOK MEMO, INCLUDING RETRIEVING PLEADINGS REQUESTED FROM BANKRUPTCY COURT AND US DISTRICT COURT OF NEW JERSEY | 1.60 | $256.00 |
| 11/22/2005 | 025 | MF HAHN | REVIEW PLEADINGS REGARDING NJDEP ACTION; RESEARCH POLICE POWERS EXCEPTION | 1.20 | $348.00 |
| | | | Code Total | 2.80 | $604.00 |

File # K0248-00001                                         INVOICE # 1139393
    W.R. GRACE & CO.

                        TOTAL SERVICES          41.90    $13,114.00

File # K0248-00001                                              INVOICE #  1139393
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | AMOUNT |
|---|---|---|
| 11/30/2005 | MEETING EXPENSE | 15.69 |
| | Total: | $15.69 |
| 11/16/2005 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAYESQUIRE AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791274812316) | 17.46 |
| 11/16/2005 | OVERNIGHT MAIL PACKAGE SENT TO DAVID BSIEGELESQUIRE AT SENIOR VICE PRESIDENT AND GENE - COLUMBIA, MD FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791274790281) | 9.94 |
| 11/18/2005 | OVERNIGHT MAIL PACKAGE SENT TO STEVEBOSSAY AT WAREN H. SMITH & ASSOCIATES - DALLAS, TX FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, D (TRACKING #790718140428) | 23.49 |
| 11/18/2005 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B.SIEGEL AT WR GRACE - COLUMBIA, MD FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790718144364) | 7.45 |
| | Total: | $58.34 |
| 11/18/2005 | WESTLAW LEGAL RESEARCH HAHN,MICHAEL F | 27.01 |
| | Total: | $27.01 |
| 11/30/2005 | MESSENGER SERVICE | 145.00 |
| | Total: | $145.00 |
| 11/30/2005 | TELECOPY | 23.75 |
| | Total: | $23.75 |
| 11/30/2005 | PRINTING & DUPLICATING | 95.85 |
| | Total: | $95.85 |
| | TOTAL DISBURSEMENTS | $365.64 |