# EXHIBIT D

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

January 31, 2006

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1149194                          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 12/31/2005 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 24.60 | hrs. at | $525.00 /hr. = | $12,915.00 | |
| RW RILEY | PARTNER | 0.90 | hrs. at | $415.00 /hr. = | $373.50 | |
| WS KATCHEN | PARTNER | 9.60 | hrs. at | $575.00 /hr. = | $5,520.00 | |
| VL AKIN | PARALEGAL | 7.30 | hrs. at | $185.00 /hr. = | $1,350.50 | |
| | | | | | | $20,159.00 |

| | | |
|---|---|---|
| DISBURSEMENTS | | |
| COURT COSTS | 25.00 | |
| DINNER - LOCAL | 139.24 | |
| LEXIS LEGAL RESEARCH | 264.97 | |
| MESSENGER SERVICE | 181.00 | |
| PRINTING & DUPLICATING | 15.00 | |
| PRINTING & DUPLICATING - EXTERNAL | 1246.63 | |
| TOTAL DISBURSEMENTS | | $1,871.84 |

BALANCE DUE THIS INVOICE                                              $22,030.84

PREVIOUS BALANCE                                                     $35,818.95

TOTAL BALANCE DUE                                                    $57,849.79

Duane Morris
January 31, 2006
Page 2

File # K0248-00001                                        INVOICE #  1149194
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 11/30/2005 | 003 | MR LASTOWSKI | REVIEW SEPTEMBER MONTHLY OPERATING REPORT | 0.30 | $157.50 |
| 12/6/2005 | 003 | MR LASTOWSKI | REVIEW OCTOBER MONTHLY OPERATING REPORT | 2.20 | $1,155.00 |
| | | | Code Total | 2.50 | $1,312.50 |

Duane Morris
January 31, 2006
Page 3

File # K0248-00001                                        INVOICE #  1149194
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 12/2/2005 | 004 | VL AKIN | CORRESPONDENCE TO E. LAWLER REGARDING PRO HAC MOTION. REVIEW SAME | 0.30 | $55.50 |
| 12/2/2005 | 004 | WS KATCHEN | REVIEW DECLARATION HENNINGSEN IN RESPONSE OF §362(D) MOTION REGARDING MONDAVI, ET AL. | 0.30 | $172.50 |
| 12/5/2005 | 004 | VL AKIN | FILE AND FORWARD TO CHAMBERS THE PRO HAC VICE MOTION OF RYAN PAPIR | 0.40 | $74.00 |
| 12/6/2005 | 004 | WS KATCHEN | REVIEW COMMITTEE MEMO ON PLAN ISSUE. | 0.10 | $57.50 |
| 12/12/2005 | 004 | RW RILEY | REVIEWING MATTERS FOR DECEMBER OMNIBUS HEARING | 0.80 | $332.00 |
| 12/13/2005 | 004 | WS KATCHEN | REVIEW COMMITTEE MEMO REGARDING PLAN ISSUE. | 0.20 | $115.00 |
| 12/14/2005 | 004 | VL AKIN | REVIEW DOCKET REGARDING HEARING ON 12/19/05 | 0.20 | $37.00 |
| 12/14/2005 | 004 | WS KATCHEN | REVIEW DEBTOR'S REPLY ON §1121(D). | 0.20 | $115.00 |
| 12/15/2005 | 004 | WS KATCHEN | REVIEW CAPSTONE FINANCIALS (.2); REVIEW DEBTOR'S REPORT ON CAPSTONE FINANCIALS (.3) | 0.50 | $287.50 |
| 12/16/2005 | 004 | VL AKIN | EDIT COMMITTEE'S PRELIMINARY EXPERT WITNESS DISCLOSURES | 0.20 | $37.00 |
| 12/19/2005 | 004 | VL AKIN | FILE AND SERVE COMMITTEE'S PRELIMINARY EXPERT WITNESS DISCLOSURES | 0.50 | $92.50 |
| 12/19/2005 | 004 | WS KATCHEN | TELEPHONE CALL TO ARLENE KRIEGER (.1); TELEPHONE CALL TO KEN PASQUALE (.1); TWO TELEPHONE CALLS TO TOM MAHER (.3); EMAIL STATUS TO K. PASQUALE (.2) | 0.70 | $402.50 |
| 12/21/2005 | 004 | MR LASTOWSKI | REVIEW PROPOSED MODIFICATIONS TO CASE MANAGEMENT ORDER | 0.40 | $210.00 |
| 12/21/2005 | 004 | VL AKIN | ORGANIZE FILE | 0.20 | $37.00 |
| 12/22/2005 | 004 | VL AKIN | CALENDAR UPCOMING COURT DEADLINES | 0.10 | $18.50 |

File # K0248-00001                                                      INVOICE #  1149194
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 12/27/2005 | 004 | WS KATCHEN | REVIEW LIBBY CLAIMANTS DESIGNATION OF EXPERTS (.1); REVIEW CERTIFICATION AND ORDER DENYING DISCOVERY (.1); REVIEW SUPPLEMENTAL SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS (.2); REVIEW GRACE APPEAL BRIEF AND APPENDIX REGARDING PACIFICCORP APPEAL (.6); REVIEW DEBTORS RESPONSE AND OBJECTIONS TO P.D. COMMITTEE REQUEST FOR PRODUCTION OF DOCUMENTS (.3); REVIEW DEBTOR'S MOTION FOR PROTECTIVE ORDER - SPEIGHTS & RUNYON (ANDERSON MEMORIAL) (.2); REVIEW DEBTOR'S PRELIMINARY EXPERT WITNESS DISCLOSURE (.2); REVIEW FUTURE CLAIMANTS DESIGNATION (.1) | 1.80 | $1,035.00 |
| 12/27/2005 | 004 | WS KATCHEN | REVIEW CERTIFICATION AND ORDER MODIFICATION CMO FOR EXAMINATION P1 INJURY CLAIMS (.1); ADDITIONAL REVIEW OF DEBTOR'S RESPONSE TO PD COMMITTEE (.2) | 0.30 | $172.50 |
| 12/28/2005 | 004 | MR LASTOWSKI | REVIEW BURLINGTON NORTHERN'S MOTION FOR CLARIFICATION OF CASE MANAGEMENT ORDER | 0.20 | $105.00 |
| 12/29/2005 | 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.20 | $37.00 |
| | | | Code Total | 7.60 | $3,393.00 |

Duane Morris
January 31, 2006
Page 5

File # K0248-00001                                          INVOICE #  1149194
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 11/4/2005 | 005 | MR LASTOWSKI | REVIEW BRIEFING RE: ESTABLISHING A BAR DATE FOR ASBESTOS PERSONAL INJURY CLAIMS | 0.50 | $262.50 |
| 11/4/2005 | 005 | MR LASTOWSKI | REVIEW BRIEFING RE: DEBTOR'S MOTION FOR AN ESTIMATION HEARING ON CONSTRUCTIVE NOTICE ON PROPERTY DAMAGE CLAIMS | 0.50 | $262.50 |
| 11/23/2005 | 005 | MR LASTOWSKI | REVIEW STATUS OF ENTRY OF ORDERS AND CERTIFICATIONS OF COUNSEL RE: FIFTEENTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) | 0.50 | $262.50 |
| 12/6/2005 | 005 | MR LASTOWSKI | REVIEW FUTURE CLAIM REPRESTATIVE'S SUPPLEMENTAL WITNESS DESIGNATION | 0.20 | $105.00 |
| 12/8/2005 | 005 | MR LASTOWSKI | REVIEW ASBESTOS PROPERTY DAMAGE COMMITTEE'S EXPERT REPORTS | 2.30 | $1,207.50 |
| 12/9/2005 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR A PROTECTIVE ORDER (ANDERSON MEMORIAL HOSPITAL'S REQUEST FOR DEPOSITIONS AND DOCUMENT DISCOVERY) | 0.60 | $315.00 |
| 12/13/2005 | 005 | MR LASTOWSKI | REVIEW MOTION TO EXTEND TIME TO SERVE PERSONAL INJURY QUESTIONNAIRE | 0.10 | $52.50 |
| 12/15/2005 | 005 | MR LASTOWSKI | REVIEW DISCOVERY ADDRESSED TO THE DEBTOR IN CONNECTION WITH THE DEBTOR'S FIFTEENTH OMNIBUS OBJECTION TO CLAIMS | 0.60 | $315.00 |
| 12/22/2005 | 005 | MR LASTOWSKI | REVIEW REVIEW WITNESS DESIGNATIONS FOR ASBESTOS PERSONAL INJURY CLAIMS ESTIMATION HEARING | 0.60 | $315.00 |
| 12/28/2005 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S MEMORANDA IN SUPPORT OF ITS FIFTEENTH OMNIBUS OBJECTION TO ASBESTOS PROPERTY DAMAGE CLAIMS (SUBSTANTIVE) | 1.90 | $997.50 |
| 12/28/2005 | 005 | MR LASTOWSKI | REVIEW PERSONAL INJURY COMMITTEE'S PROPOSED ORDER RE: COMPENSATION OF ASBESTOS DISCOVERY MEDIATOR | 0.60 | $315.00 |
| | | | Code Total | 8.40 | $4,410.00 |

Duane Morris
January 31, 2006
Page 6

File # K0248-00001                                         INVOICE #  1149194
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/3/2005 | 006 | MR LASTOWSKI | REVIEW BRIEFING RE: MOTION TO STRIKE DESIGNATION OF ISSUES ON PACIFICORP APPEALS | 0.50 | $262.50 |
| 11/30/2005 | 006 | MR LASTOWSKI | REVIEW APPELLATE BRIEFING IN PACIFCORP APPEAL (LATE FILED PROOF OF CLAIM) | 0.30 | $157.50 |
| 12/15/2005 | 006 | MR LASTOWSKI | REVIEW DEBTOR'S APPELLATE MEMORANDUM RE: PACIFICORP.'S APPEAL (LATE FILED PROOF OF CLAIM) | 0.60 | $315.00 |
| 12/28/2005 | 006 | MR LASTOWSKI | REVIEW REVIEW PACIFICORP.'S REPLY BRIEF IN SUPPORT OF ITS APPEAL (LATE FILING OF PROOF OF CLAIM) | 0.40 | $210.00 |
| 12/28/2005 | 006 | MR LASTOWSKI | REVIEW SETTLEMENT WITH INTERCAT, INC. | 0.30 | $157.50 |
| | | | Code Total | 2.10 | $1,102.50 |

Duane Morris
January 31, 2006
Page 7

File # K0248-00001
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 12/5/2005 | 009 | RW RILEY | REVIEWING AND EXECUTING CNO FOR DUANE MORRIS 17TH QUARTERLY FEE APPLICATION | 0.10 | $41.50 |
| | | | Code Total | 0.10 | $41.50 |

Duane Morris
January 31, 2006
Page 8

File # K0248-00001                                          INVOICE #  1149194
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 11/10/2005 | 010 | MR LASTOWSKI | REVIEW US TRUSTEE'S OBJECTION TO BEAR STEARNS' RETENTION | 0.30 | $157.50 |
| 12/13/2005 | 010 | MR LASTOWSKI | REVIEW KIRKLAND AND ELLIS'S SUPPLEMENTAL RETENTION AFFIDAVIT | 0.20 | $105.00 |
| 12/22/2005 | 010 | VL AKIN | FILE OCTOBER 2005 FEE APPLICATION OF CAPSTONE | 0.40 | $74.00 |
| | | | Code Total | 0.90 | $336.50 |

Duane Morris
January 31, 2006
Page 9

File # K0248-00001                                                    INVOICE #  1149194
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 12/5/2005 | 012 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION FOR SEVENTEENTH INTERIM FEE APPLICATION OF DUANE | 0.20 | $37.00 |
| 12/5/2005 | 012 | VL AKIN | BILLING MATTERS REGARDING NOVEMBER 2005 FEE APPLICATION OF DUANE | 0.50 | $92.50 |
| 12/5/2005 | 012 | VL AKIN | FILE CERTIFICATION OF NO OBJECTION REGARDING SEVENTEENTH INTERIM FEE APPLICATION OF DUANE | 0.20 | $37.00 |
| 12/12/2005 | 012 | MR LASTOWSKI | REVIEW DEBTOR'S CERTIFICATION RE: COUNSEL FEES | 0.10 | $52.50 |
| 12/12/2005 | 012 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING OCTOBER 2005 FEE APPLICATION OF DUANE | 0.20 | $37.00 |
| 12/12/2005 | 012 | VL AKIN | REVIEW OCTOBER 2005 BILL REGARDING PREPARATION OF FEE APPLICATION FOR DUANE | 0.40 | $74.00 |
| 12/12/2005 | 012 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING THE OCTBOER 2005 FEE APPLICATION OF DUANE | 0.20 | $37.00 |
| 12/13/2005 | 012 | VL AKIN | BILLING MATTERS REGARDING NOVEMBER 2005 FEE APPLICATION OF DUANE | 0.30 | $55.50 |
| 12/13/2005 | 012 | VL AKIN | PREPARE NOVEMBER 2005 FEE APPLICATION OF DUANE | 0.70 | $129.50 |
| 12/19/2005 | 012 | VL AKIN | FILE AND SERVE NOVEMBER 2005 FEE APPLICATION OF DUANE MORRIS | 0.70 | $129.50 |
| 12/21/2005 | 012 | MR LASTOWSKI | REVIEW ORDER APPROVING FEES | 0.20 | $105.00 |
| 12/21/2005 | 012 | MR LASTOWSKI | REVIEW ORDER GRANTING FIFTEEN OMNIBUS OBJECTION TO CLAIMS | 0.20 | $105.00 |
| | | | Code Total | 3.90 | $891.50 |

Duane Morris
January 31, 2006
Page 10

File # K0248-00001                                              INVOICE #  1149194
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 12/12/2005 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING 6TH INTERIM FEE APPLICATION OF STROOCK | 0.20 | $37.00 |
| 12/12/2005 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING 17TH INTERIM FEE APPLICATION OF STROOCK | 0.20 | $37.00 |
| 12/14/2005 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING 6TH QUARTERLY FEE APPLICATION OF CAPSTONE | 0.30 | $55.50 |
| 12/14/2005 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING THE 17TH INTERIM FEE APPLICATION OF STROOCK | 0.30 | $55.50 |
| 12/20/2005 | 013 | VL AKIN | PREPARE, FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING THE OCTOBER 2005 FEE APPLICATION OF STROOCK | 0.40 | $74.00 |
| | | | Code Total | 1.40 | $259.00 |

File # K0248-00001                                        INVOICE #  1149194
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/22/2005 | 015 | MR LASTOWSKI | REVIEW ORDERS ENTERED ON NOVEMBER 15, 2005 | 0.30 | $157.50 |
| 12/12/2005 | 015 | MR LASTOWSKI | REVIEW NOTICE OF NOVEMBER OMNIBUS HEARING AND ITEMS IDENTIFIED THEREON | 3.40 | $1,785.00 |
| 12/15/2005 | 015 | MR LASTOWSKI | MULTIPLE E-MAILS RE: RE-SCHEDULING OMNIBUS HEARING | 0.10 | $52.50 |
| | | | Code Total | 3.80 | $1,995.00 |

Duane Morris
January 31, 2006
Page 12

File # K0248-00001                                                INVOICE #  1149194
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 12/6/2005 | 017 | MR LASTOWSKI | REVIEW OBJECTIONS TO DEBTOR'S MOTION TO EXTEND EXCLUSIVITY | 2.20 | $1,155.00 |
| 12/19/2005 | 017 | MR LASTOWSKI | ATTENDANCE AT 12/19/05 OMNIBUS HEARING (TELEPHONICALLY) | 3.70 | $1,942.50 |
| | | | Code Total | 5.90 | $3,097.50 |

Duane Morris
January 31, 2006
Page 13

File # K0248-00001                                          INVOICE #  1149194
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 12/28/2005 | 018 | MR LASTOWSKI | REVIEW ANDERSON MEMORIAL HOSPITAL'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY | 0.30 | $157.50 |
| | | | Code Total | 0.30 | $157.50 |

Duane Morris
January 31, 2006
Page 14

File # K0248-00001                                          INVOICE # 1149194
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 12/2/2005 | 025 | WS KATCHEN | REVIEW COMMITTEE MEMO PLAN ISSUES. | 0.10 | $57.50 |
| 12/2/2005 | 025 | WS KATCHEN | REVIEW SUPPLEMENTAL DESIGNATION EXPENSES CATEGORIES. | 0.10 | $57.50 |
| 12/2/2005 | 025 | WS KATCHEN | REVIEW MOTION OF BOM CONSERVATION CO. §362(D) STAY RELIEF. | 0.30 | $172.50 |
| 12/2/2005 | 025 | WS KATCHEN | TWO EMAILS TO MR. STROOCK. | 0.30 | $172.50 |
| 12/2/2005 | 025 | WS KATCHEN | REVIEW E-MAIL FROM COMMITTEE. | 0.10 | $57.50 |
| 12/6/2005 | 025 | WS KATCHEN | REVIEW RESPONSE BY BARON & BUDD, ET AL. | 0.50 | $287.50 |
| 12/6/2005 | 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH T. MAHER REGARDING §1121(D) MOTION. | 0.20 | $115.00 |
| 12/6/2005 | 025 | WS KATCHEN | REVIEW LATEST THIRD CIRCUIT 1104(A) OPINION CITED BY ACC 105 FED. APPELLATE. 428. | 0.20 | $115.00 |
| 12/6/2005 | 025 | WS KATCHEN | REVIEW ADDITIONAL EXHIBITS SUBMITTED BY ACC & BARON & BUDD ON 1121(D) OPPOSITION. | 1.30 | $747.50 |
| 12/6/2005 | 025 | WS KATCHEN | REVIEW STROOCK MEMO/CAPSTONE MEMO REGARDING LUDOX AGREEMENT. | 0.20 | $115.00 |
| 12/6/2005 | 025 | WS KATCHEN | REVIEW ACC OBJECTION TO §1121(D) MOTION NO. 9. | 0.40 | $230.00 |
| 12/6/2005 | 025 | WS KATCHEN | REVIEW EXHIBITS. | 0.90 | $517.50 |
| 12/7/2005 | 025 | WS KATCHEN | REVIEW HEARING TRANSCRIPTS. | 0.90 | $517.50 |
| | | | Code Total | 5.50 | $3,162.50 |

Duane Morris
January 31, 2006
Page 15

File # K0248-00001                                    INVOICE #  1149194
    W.R. GRACE & CO.

|  | TOTAL SERVICES | 42.40 | $20,159.00 |
| --- | --- | --- | --- |

Duane Morris
January 31, 2006
Page 16

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1149194

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 12/31/2005 | PRINTING & DUPLICATING - EXTERNAL | | 1,246.63 |
| | | Total: | $1,246.63 |
| 12/31/2005 | DINNER - LOCAL | | 139.24 |
| | | Total: | $139.24 |
| 12/31/2005 | COURT COSTS | | 25.00 |
| | | Total: | $25.00 |
| 12/6/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 2.12 |
| 12/6/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 3.50 |
| 12/6/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 25.00 |
| 12/6/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 0.87 |
| 12/12/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 0.87 |
| 12/12/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 3.50 |
| 12/13/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 96.00 |
| 12/14/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 2.12 |
| 12/14/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 10.50 |
| 12/14/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 25.00 |
| 12/14/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 0.87 |
| 12/16/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 2.12 |
| 12/16/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 14.00 |
| 12/16/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 75.00 |
| 12/16/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 3.50 |
| | | Total: | $264.97 |
| 12/31/2005 | MESSENGER SERVICE | | 181.00 |
| | | Total: | $181.00 |
| 12/31/2005 | PRINTING & DUPLICATING | | 15.00 |
| | | Total: | $15.00 |
| | TOTAL DISBURSEMENTS | | $1,871.84 |