IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Docket No. _____ |

**ORDER AUTHORIZING THE DEBTORS TO RETAIN BOWE & FERNICOLA LLC
AS SPECIAL NEW JERSEY REAL ESTATE COUNSEL**

Upon the application (the "Application") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") seeking entry of an order under sections 327(e) and 330 of Title 11 of the United States Code (as amended, the "Bankruptcy Code") authorizing the Debtors to employ and retain Bowe & Fernicola LLC ("Bowe") as special counsel for the Debtors with respect to the specific matters set forth in the Application; and upon the Affidavit of William J. Bowe submitted in support of the Application; and it appearing that the relief requested is in the best interest of the Debtors' estates and their creditors and other parties in interest; and it appearing that this is a core matter under 28 U.S.C. § 157; and it appearing that Bowe does not represent any interest adverse to the Debtors or their estates with respect to the matters on which Bowe is to be employed, and meets all requirements for retention set forth in the Bankruptcy Code; and it appearing that the terms and conditions of Bowe's employment as further described in the Application are reasonable and appropriate; and adequate notice having been given of the Application; and good and sufficient cause existing to grant the Application;

IT IS HEREBY ORDERED, FOUND AND DETERMINED THAT:

1. The Application is GRANTED.

1

2. Pursuant to Sections 327(e) and 330 of the Bankruptcy Code, the retention and employment of Bowe as special counsel for the Debtors for the purposes set forth in the Application is hereby approved.

3. Bowe shall be compensated under Sections 330 and 331 of the Bankruptcy Code and any further or other Orders of this Court concerning compensation of professionals in these cases, and in accordance with the terms set forth in the Application, and shall be reimbursed for all allowed necessary, actual and reasonable expenses.

4. The allowed fees and expenses of Bowe shall be administrative expense of the Debtors' estates.

5. This Order shall be effective immediately upon its entry.

6. This Court shall retain jurisdiction to hear and determine any matters arising from the implementation of this Order.

Dated: _____, 2006

                                                        The Honorable Judith K. Fitzgerald
                                                       United States Bankruptcy Judge

NY\1114134.2DOCS_DE:115529.1