UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | |
| | ) | Jointly Administered |
| Debtors | ) | |
| | ) | |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Pursuant to Bankruptcy Rule 3006, the undersigned hereby withdraws the proof of claim that was filed on behalf of Scott & White Memorial Hospital – Scott & White Inn (Claim No. 13965). No adversary proceeding has been filed against this claimant, and the claimant has not voted on a plan or otherwise participated significantly in this case.

DATED: February 17, 2006

_____
Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:   loizides@loizides.com

-and-

Martin Dies
DIES & HILE, L.L.P.
1601 Rio Grande, Suite 330
Austin, TX 78701-1149
Telephone:   (512) 476-4394
Facsimile:   (512) 476-4397

*Counsel for the Dies & Hile Claimants*

060217150257.DOC