**EXHIBIT "B"**

# SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD OCTOBER 1, 2005 THROUGH DECEMBER 31, 2005

1. **Case Administration – 15537 – 80.9 hours ($17,092.00)**

   This matter covers the attention given to routine motions and pleadings, and preparation of responses thereto, the preparation of summaries and analyses of such papers for the PD Committee, and meetings with the Debtors or their professionals.

   The Applicant's focus on the administration of these consolidated cases during the Application Period continued to permit the PD Committee to remain fully informed about all on-going matters pending in these consolidated cases.

   During the Application Period, the Applicant spent time keeping track and researching of developments that implicate property damage claims specifically, and asbestos issues generally.

2. **Debtors' Business Operations – 15538 – 3.6 hours ($1,080.00)**

   This matter covers the attention given to review and analysis of the Debtors' statement of affairs, schedules of assets and liabilities and monthly reports of operation.

3. **Creditors Committee – 15539 – 42.9 hours ($16,541.00)**

   This matter covers formation and membership issues of the PD Committee. It also covers attendance at PD Committee meetings and conference calls, and preparation of materials for and presentations thereon to the PD Committee.

   During the Application Period, the Applicant convened weekly telephonic meetings of the PD Committee. The Applicant prepared detailed agendas for each meeting, reviewed pending matters and issues in preparation therefor, and counseled the members in formulating a position on such matters.

   Throughout its representation of the PD Committee, the Applicant has aggressively and attentively represented the interests of the PD Committee. Assuming the role of liaison, the Applicant has continued to maintain continuous communications with the Debtors' counsel and

PD Committee members and, at times, counsel to the personal injury claimants committee, counsel to the unsecured creditors' committee, counsel to the future claimants representative, and counsel to the equity committee. The Applicant timely and professionally relayed information to PD Committee members through in-person meetings, telephone conference calls, e-mail and correspondence.

4. **Retention of Professionals – 15540 – 1.9 hours ($345.00)**

The Applicant reviewed retention pleadings for other professionals. During the Application period, the Applicant addressed the Application and objection regarding Bear Stearns. In addition, the Applicant assisted Dies & Hile's office with preparation of pro hac vice motions.

5. **Applicant's Fee Applications – 15543 – 40.4 hours ($7,980.00)**

This matter covers time expended preparing monthly and quarterly fee applications for the Applicant. During the Application Period, the Applicant expended time preparing, drafting and filing its monthly fee applications, and interim quarterly fee application. In addition, the Applicant reviewed the report by the Fee Auditor and prepared its response thereto.

6. **Hearings – 15544 – 139.5 hours ($37,151.00)**

This matter covers preparation for and attendance at hearings.

7. **Claims Analysis, Objection (asbestos) – 15545 – 3,541.0 hours ($986,988.50)**

This matter covers the review and analysis of asbestos claims filed against the estates and objections thereto and research of historical property damage testimony. The matter also covers all aspects of the Applicant's involvement in the estimations of asbestos property damage claims, and personal injury claims.

During the Application Period, the Applicant prepared an extensive analysis of property damage claims and estimation issues including a state by state analysis of several defenses

purported raised by the Debtors, including alleged time bar and constructive notice issues. The Applicant also extensively reviewed and analyzed documents related to the estimations.

The Applicant conducted extensive research on methodology, Daubert and other estimation issues and prepared and filed memoranda of law in opposition to consideration of the Debtors' proposed methodology and constructive notice issues. The Applicant also drafted a response to the Debtors' 15th omnibus objection to claims.

In addition, the Applicant attended meetings, conducted research and review of disclosures, objections, expert reports, scheduling issues, personal injury estimation issues, property damage liability issues and statute of limitations.

8. **Travel – 15546 – 24.7 hours ($8,824.25)**

The Applicant traveled to New Jersey, Wilmington. DE and Pittsburgh, PA to attend omnibus hearings and depositions. In accordance with Local Rule 2016-2(d)(viii), all such time is being billed at fifty percent (50%) of regular hourly rates, to the extent work was not being performed en route.

9. **Plan and Disclosure Statement – 15554 – 30.9 hours ($9,622.50)**

During the Application Period, the Applicant reviewed and attended to issues regarding motion to extend exclusivity. The Applicant further reviewed objections to exclusivity motion, and researched and prepared an objection on behalf of the PD Committee.

10. **Litigation Consulting – 15563 – 83.9 hours ($14,516.50)**

The Applicant attended to issues regarding the New Jersey complaint. The Applicant also reviewed Pacificorp pleadings and notice of appeal and prepared a memorandum for same. In addition, the Applicant reviewed and analyzed the Libby claimants' opposition to the motion to extend preliminary injunction to State of Montana Claims.

The Applicant further prepared, sorted and indexed documents produced in preparation for expert review.

11.  **Fee Applications of Others – 17781 – 22.7 hours ($4,625.00)**

The Applicant attended to preparation of monthly statements and quarterly application for Hamilton Rabinovitz & Alschuler. In addition, Applicant reviewed various applications and reports from the fee auditor and assisted PD Committee experts in processing their fees.

12.  **Relief from Stay – 15561 – 4.7 hours ($1,036.00)**

During the Application Period, the Applicant reviewed the motion of BDM Construction to lift automatic stay and conducted research in preparation for objection.

13.  **ZAI Science Trial –17905- 1.0 hours ($300.00)**

During the Application Period, the Applicant attended a status conference.