# EXHIBIT B

# BULK SAMPLE ANALYSIS

September 5, 1990

| | |
|---|---|
| Project No.: | LB-H-911193 |
| Building: | Mount Carmel Academy |
| Client Sample #: | 891550 FP1 B |
| Sample No.: | 60745 |

| Constituents | Wt. % |
|---|---|
| Gypsum | 50-60 |
| Vermiculite | 25-35 |
| Chrysotile | 5-10 |
| Calcite | 2-4 |

**Analytical Methods Used:**

Stereo Optical Microscopy
Polarized Light Microscopy
Starch Test
Bulk Weight Loss
Ion Chromatography
Atomic Absorption

Conclusion: Consistent with a Grace formula

# BULK SAMPLE ANALYSIS

August 8, 1990

| | |
|---|---|
| Project No.: | LB-H-911193 |
| Building: | Mount Carmel Academy |
| Client Sample #: | 891550 FP1 B |
| Sample No.: | 60745 |

| Constituents | Wt. % |
|---|---|
| Gypsum | 50-60 |
| Vermiculite | 25-35 |
| Anhydrite | 5-10 |
| Chrysotile | 5-10 |
| Calcite | 2-4 |

**Analytical Methods Used:**

Stereo Optical Microscopy
Polarized Light Microscopy
Starch Test

RJ Lee Group, Inc.  •  350 Hochberg Road  •  Monroeville, PA 15146
412/325-1776  •  412/733-1799-FAX

RJ Lee Group, Inc.
## MATERIALS CHARACTERIZATION
### USING POLARIZED LIGHT MICROSCOPY

Sample: 60745BHPL
Job: LBH911193-1
W. R. Grace
891550 FP1 B
Mount Carmel Academy

Analyst: W. Powers
Scope: 2
Date: 7-27-90

Building Name: _____

Sample Gross Appearance: Vermiculite and Fibers in a Gray Matrix

| Components | | | Comments |
|---|---|---|---|
| Vermiculite | 25-35 | | |
| Perlite | | | |
| Chrysotile | 5-10 | | |
| Amphibole | | | |
| Gypsum | 50-60 | | |
| Calcite | 2-4 | | |
| Mixed Clays | | | |
| Feldspar | | | |
| Quartz | | | |
| Titania | | | |
| Cellulose | | | |
| Magnesite | | | |
| Opaques | | | |
| Others | 5-10 | | Anhydrite |

Sufficient Material for further analysis?   Yes ✓   No ___

# Starch Test

Project Number __LBH-911193__        Date __7/28/90__

Sample Number __60745__              Client Number __891550 FP1 B__


Number of grains counted by PLM __0__


Iodine Test __Negative Test__


Initials __G, HP__

RJ Lee Group, Inc.

# Bulk Weight Loss

| Project No.: | LRH 91193 |
|---|---|
| Date: | 8-23-93 |
| Analyst: | FH |
| Client Sample No.: | |
| Lab Sample No.: | 60745 |
| Original Wt.: | .1005 |
| Box + Filter + Residue | 14.5128 |
| Box + Filter | 14.4783 |
| Residue | .0345 |
| % Loss | 65.7 |
| Effervescence | None _____<br>Mild _____<br>Heavy _____ |
| Comments | 2.6094 before<br>2.5971 after<br>-- .0123 |

# RJ Lee Group, Inc.

## Bulk Analysis

Project No.: _LBH911193_      Sample No.: _60745_
Date: _8-25-90_      Analyst: _DLS_

| Element | Weight Percent | Analytical Method |
|---|---|---|
| Ca | 18.92 | A.A. |
| Mg | 1.92 | A.A. |
| $SO_4$ | 30.01 | I.C. |
| | | |
| | | |
| | | |
| | | |
| | | |

I.C.  Ion Chromatography by Dionex 2120i
A.A.  Atomic Absorption by Varian Spectraa 300
A.E.  Atomic Emission by D.C.P. Spectraspan III
Leco  Sulfur Analyses