UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I, Michael J. Joyce, hereby certify that on the 17th day of February, 2006, I did cause to be served a true and correct copy of the foregoing **Response of Mount Carmel Academy of New Orleans, Louisiana to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims** on the parties on the attached service list in the manner indicated thereon.

Dated: February 17, 2006

_____
Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:  (302) 654-0248
Facsimile:  (302) 654-0728
E-mail:  loizides@loizides.com

060217155807.doc

## SERVICE LIST

## VIA HAND-DELIVERY

David Carickhoff, Jr., Esquire
Pachulski Stang Ziehl Young Jones & Weintraub
919 No. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
*(Counsel to Debtors and Debtors-in-Possession)*

## VIA EMAIL

Janet Baer, Esquire (jbaer@kirkland.com)
Michael Rosenberg (mrosenberg@kirkland.com)
Kathleen Cawley (kcawley@kirkland.com)
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
*(Counsel to Debtor)*