# EXHIBIT A

Nicholas J. DeNovio
Direct Dial: (202) 637-1034
Nicholas.J.DeNovio@lw.com

# LATHAM&WATKINS<sup>LLP</sup>

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: (202) 637-2200  Fax: (202) 637-2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Boston | New York |
| Brussels | Northern Virginia |
| Chicago | Orange County |
| Frankfurt | Paris |
| Hamburg | San Diego |
| Hong Kong | San Francisco |
| London | Shanghai |
| Los Angeles | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| New Jersey | Washington, D.C. |

December 6, 2005

Elyse Filon
Vice President - Finance
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

Re: <u>Engagement Letter</u>

Dear Elyse:

We are pleased to welcome W.R. Grace & Co. as a client of Latham & Watkins LLP and certain affiliates as discussed in item 9 below, (collectively called "Latham & Watkins" or "our firm" in this letter). This letter will confirm the terms of your engagement of the firm.

1. **Legal Services.**

We appreciate the opportunity to serve you. Our goals are to provide you with legal services of the highest quality and efficiency and to help you accomplish your business objectives. Please let me know promptly if you have questions at any time regarding any aspect of our firm's work for you.

You have asked us to represent you in connection with U.S. Federal and International Tax Planning.

The scope of our work may evolve in accordance with discussions or correspondence with you from time to time. To the extent that additional services are requested by you, the terms in this letter will apply to such additional services, unless superseded by another written agreement between us.

2. **Identity of the Client.**

Our client in this matter will be W.R. Grace & Co. and its U.S. and non-U.S. affiliates.

DC\813411.1

Elyse Filon
December 2, 2005

LATHAM&WATKINS LLP

     3.    Persons Responsible.

Within our firm, I will be primarily responsible for this engagement. My direct dial number here at the office is (202) 637-1034. My home telephone number is (301) 229-5182. My assistant is Edith ("Shawnee") Parker and her direct dial number here at the office is (202) 350-5039.

We have adopted a Statement to Clients Regarding Staffing and Billing, in which we set out our policies regarding staffing and also express our commitments to you regarding billing practices and procedures. A copy of the Statement is attached to this letter.

Please let me know if any questions arise about the services provided to you by anyone at our firm, or about any billing that you receive from us, so that we can act appropriately. In addition, if you determine a need to talk to an attorney other than me about any matter for any reason, please do not hesitate to call the Managing Partner of our firm, Robert M. Dell, the Managing Partner of our office, Eric Bernthal, or Jerry Kafka, who is the Chair of our Tax Department here in Washington.

     4.    Rates, Fees and Charges.

Our fees are based primarily on the amount of time spent by our lawyers and paralegals on your behalf. Each lawyer and paralegal assigned to this matter will have an hourly billing rate, and the rate multiplied by the number of hours spent, measured in tenths of an hour, will be the initial basis for determining our fee.

Our attorneys' billing rates range from $235 per hour to $850 per hour, depending upon the seniority and expertise of the attorney involved. For paralegal and analyst time, our rates range from $85 to $370 per hour.

In addition to fees, you agree to pay for disbursements and other charges, as set out in detail in the attached Statement to Clients Regarding Staffing and Billing. It is important that you understand our charges. We will act reasonably and prudently in incurring them.

Our billing rates and charges are usually revised annually, but we reserve the right to revise them at other times during the course of our representation. Following any such revision, our new rates and charges will be applied to your account, and this letter constitutes written notice to you of our right to make such revisions. From time to time, you may request estimates of the fees and charges that we anticipate incurring on your behalf. These estimates are subject to unforeseen circumstances and are by their nature inexact. While we may provide estimates for your general planning purposes, such estimates are subordinate to our regular billing procedures, absent an express written agreement to the contrary. Additional information about our billing practices appears in the attached Statement.

2

DC\813411.1

Elyse Filon
December 2, 2005

**LATHAM&WATKINS**LLP

     5.     Roles of Attorney and Client.

Our responsibilities under this agreement are to provide legal counsel and assistance to you in accordance with this letter, and to provide statements to you that clearly state the basis for our fees and charges. I assure you that you will be kept fully informed of the details of the work being done.

During the course of this engagement, we may express opinions or beliefs to you about the effectiveness of various courses of action or about the results that might be anticipated. Such statements are expressions of opinion only, and should not be construed as promises or guaranties, particularly with respect to the treatment of a matter by the Internal Revenue Service.

You also agree to keep us informed of developments related to this representation and to pay our statements in a timely manner.

We take very seriously the obligations of confidentiality that we owe to you and to every other client of the firm. Naturally we will not disclose any confidential information of yours to any other client, even where that information might have some bearing on their interests. Likewise, we will not disclose the confidences of any other client to you, even where that information might have some bearing on your interests, and you agree that we are under no obligation to do so.

     6.     Client Files and Retention.

In the course of your representation, we shall maintain a file. In such file we may place correspondence, pleadings, deposition transcripts, exhibits, physical evidence, expert's reports, and other items reasonably necessary to your representation ("Client File"). The Client File shall be and remain your property. We may also place in such file documents containing our attorney work product, mental impressions or notes and drafts of documents ("Work Product"). You agree that the Work Product shall be and remain our property. In addition, electronic documents such as e-mail and documents prepared on our word processing system, but which have not been printed in hard copy, shall be and remain our property and shall not be considered part of your Client File. You agree that we may enact and implement reasonable retention policies for such electronic documents and our firm has discretion to delete such documents.

At the conclusion of our representation (which shall be defined as the time that our work on the project specified in this letter has been completed), your Client File (but not including the Work Product) shall be made available to you, and you shall have the right to take possession of the original file as your property. We will be entitled to make copies if we choose. You also agree at the conclusion of your representation (whether or not you take possession of the Client File) to take possession of any and all original contracts, wills, stockholders certificates, and other such important documents that may

3

Elyse Filon
December 2, 2005

## LATHAM&WATKINS LLP

be in the Client File and we shall have no further responsibility with regard to such documents.

If you do not take possession of the Client File at the conclusion of the representation, we shall store such file for you for a period of seven (7) years. During the entire time that we store your Client File for you, you shall have the right to take possession of it at any time that you choose. At the conclusion of such seven (7) year period, we shall send you a notice by First Class or equivalent mail to the last address that you have provided us advising of our intention to dispose of the Client File. You shall have sixty (60) days from the date of such notice to take possession of your Client File. If you do not take possession of the Client File during such time, you agree that we may dispose of the Client File without further notice to you.

      7.    Conflicts of Interest.

Of course, without your consent, we will not represent any other party in a matter in which we represent you, nor any other matter substantially related to it. As with any other client and any other matter, you will have our complete loyalty with respect to this matter.

We are asking for your consent to Latham & Watkins' undertaking matters for other clients across from you or in which you are another (possibly adverse) party or witness. This consent includes but is not limited to being adverse to you in any non-litigation matters such as transactions and being adverse to you in any regulatory, administrative, legislative or rulemaking proceeding. This consent does not include our representation adverse to you of any other client in a matter substantially related to any work we have done for you nor does it include our representing another client in a lawsuit adverse to you.

In addition, we are asking you to consent to Latham & Watkins' undertaking unrelated matters for any party to whom you are adverse in one or more of the matters we may handle for you from time to time. As one example, if you engage us to represent you in a financing transaction across from a commercial bank or investment bank, we would be able to represent the bank on any matter unrelated to our work for you. As a second example, if you engage us to represent you in a lawsuit against an entity, such as an insurance company, we would be able to represent such entity on any matter unrelated to our work for you.

Because you are consenting only to our taking matters unrelated to anything we have handled for W.R. Grace & Co., we will not have obtained any confidential information from W.R. Grace & Co. that would be pertinent to any matter on which we will be representing these other clients. Nevertheless, we take very seriously our obligations to maintain the confidentiality of information we receive from all of our clients, including W.R. Grace & Co. and any other clients covered by this consent.

4

Elyse Filon
December 2, 2005

**LATHAM&WATKINS**LLP

Accordingly, we will continue to maintain the confidences of both W.R. Grace & Co. and our other clients.

You should feel completely free to consult other counsel concerning these matters and we encourage you to do so.

      8.    Arbitration of Disputes.

Any controversy or claim arising out of or relating to the client relationship between W.R. Grace & Co., its affiliates or successors (the "Client Arbitration Parties") and Latham & Watkins, its attorneys and staff or any of their successors (the "Latham Arbitration Parties") or the services provided by the Latham Arbitration Parties pursuant to this engagement letter or otherwise to the Client Arbitration Parties shall be submitted to binding arbitration. By agreeing to arbitrate, you are agreeing to waive your right to a jury trial. The arbitration will be conducted in accordance with this document, the Federal Arbitration Act and the Commercial Arbitration Rules of the American Arbitration Association, as in effect on the date of this engagement letter ("AAA Rules"). In the event of a conflict, the provisions of the AAA Rules will control, except where those Rules conflict with this document, in which case this document will control. The arbitration shall be conducted before a panel of three arbitrators (all of whom shall be former state or federal judges, with at least five years judicial experience), regardless of the size of the dispute, to be selected as provided in the AAA Rules. The arbitration shall be commenced and held in the city and state in which the Latham & Watkins office is located whose attorneys spent the most amount of time on the matter in dispute. Any issue concerning the location of the arbitration, the extent to which any dispute is subject to arbitration, the applicability, interpretation, or enforceability of these procedures, including any contention that all or part of these procedures are invalid or unenforceable, and any discovery disputes, shall be resolved by all of the arbitrators. No potential arbitrator may serve on the panel unless he or she has agreed in writing to be bound by these procedures. To the extent state law is applicable, the arbitrators shall apply the substantive law of the state in which the Latham & Watkins office is located whose attorneys spent the most amount of time on the matter in dispute. Each party will, upon the written request of the other party, promptly provide the other with copies of all documents on which the producing party may rely in support of or in opposition to any claim or defense and a report of any expert whom the producing party may call as a witness in the arbitration hearing. At the request of a party, and upon the showing of good cause, the arbitrators shall have the discretion to order production by the other party or by a third party of other documents relevant to any claim or defense. Each party will be entitled to depose a maximum of three witnesses, plus all experts designated to be witnesses at the arbitration. The depositions shall be held within thirty (30) days of the making of a request and shall be limited to a maximum of six hours per deposition. All objections are reserved for the arbitration hearing, except for objections based on privilege and proprietary or confidential information. Additional depositions or deposition hours may be ordered by the arbitrators upon a showing of good cause. All

DC\813411.1

**LATHAM&WATKINS**LLP

aspects of the arbitration shall be treated as confidential and neither the parties nor the arbitrators may disclose the existence, content or results of the arbitration, except as necessary to comply with legal or regulatory requirements. Before making any such disclosure, a party shall give written notice to all other parties and shall afford such parties a reasonable opportunity to protect their interests. The result of the arbitration shall be binding on the parties and judgment on the arbitrators' award may be entered in any court having jurisdiction.

Prior to signing this agreement, you may choose to contact the Attorney-Client Arbitration Board ("ACAB"), 1250 H Street, N.W., Sixth Floor, Washington, D.C. 20005. The ACAB staff can provide counseling with regard to this agreement, provide you with a copy of its rules, and address any questions you may have. By signing and agreeing to this arbitration provision, you acknowledge that you have been afforded the full opportunity to review the agreement and have been afforded a full opportunity to seek the advice of independent counsel and have in fact consulted with such independent counsel.

9.    Limited Liability Partnership.

Latham & Watkins LLP is a limited liability partnership (LLP). Similar to the corporate form of business organization, the LLP form generally limits the liability of the individual partners of the firm to the capital they have invested in the firm for claims arising from services performed by the firm. The LLP format has become the norm for U.S.-based law firms. Our form of organization as an LLP will not diminish the ability of plaintiffs to recover damages from the firm or from any individuals who directly caused the loss.

Because of legal restrictions in those countries, work done out of our offices in England, France, and Italy will be carried out through affiliated partnerships registered locally, but the distinction will be largely transparent to you as a client.

10.    Reportable Transactions

W.R. Grace & Co. acknowledges that, under certain circumstances, L&W may be required to maintain certain information about U.S. Federal tax matters, including client identification information, in compliance with applicable Treasury Regulations, and to supply such information to the IRS upon lawful demand. W.R. Grace & Co. agrees that compliance with these requirements will not, in and of itself, be deemed to constitute a continuing attorney-client relationship.

11.    Entire Agreement

You and we understand that this letter constitutes our entire agreement pertaining to the engagement of Latham & Watkins, and that it shall not be modified by

Elyse Filon
December 2, 2005

**LATHAM&WATKINS** LLP

any policies, procedures, guidelines or correspondence from you or your representative unless agreed to in writing by Latham & Watkins.

      12.    Approval and Return of Letter.

If this letter meets with your approval, please sign and return the enclosed copy.

We look forward to working with you.

                Very truly yours,

                _____
                Nicholas J. DeNovio
                of LATHAM & WATKINS LLP

Elyse Filon
December 2, 2005

**LATHAM&WATKINS**LLP

## Approval of Engagement

We have read the enclosed letter and we agree to its terms, effective as of the date on which Latham & Watkins first provided services to us.

BY SIGNING THE RETAINER AGREEMENT, WE ARE AGREEING TO HAVE ANY ISSUE ARISING OUT OF OR RELATING TO LATHAM & WATKINS' SERVICES (INCLUDING ANY CLAIM FOR PROFESSIONAL LIABILITY) DECIDED IN ARBITRATION AND WE ARE GIVING UP OUR RIGHT TO A JURY OR COURT TRIAL.  WE ACKNOWLEDGE THE ARBITRATION PROVISION IN SECTION 8 ABOVE.

Date: _____, 2005.

W.R. Grace & Co.

By: _____
   Name: _____
   Title: _____

8

DC\813411.1

# LATHAM&WATKINS LLP

### EXHIBIT I

**STATEMENT TO CLIENTS RE: STAFFING AND BILLING**
The following is the firm's standard policy statement regarding staffing and billing:
Our goals are to provide first-rate legal services at a fair and reasonable price and to develop client relationships based on mutual respect, confidence and trust. To accomplish these goals, we believe there should be open and candid discussions about our clients' expectations and about our billing procedures and practices. While these conversations should occur when we are first retained, we also expect our clients to be fully involved in staffing, strategy and cost decisions throughout the course of our representation. With that in mind, we wish to share with you our philosophy and our procedures.
**Staffing**

- When we are first retained on a matter, we will want to have a full discussion regarding your expectations, your objectives and your cost considerations. At the same time, we will advise you of our proposed staffing assignments. While we have a lean staffing philosophy, there are occasions when we will use additional personnel for discrete tasks or when a matter's size or time demands require greater staffing. While our goal is to staff matters with maximum efficiency and minimum cost in mind, we also want to be able to meet your needs and expectations.

- We recognize that our clients do not view every matter as a "bet the company case"; however, we also understand that there are often small matters that are extremely important to your company. Accordingly, it is important that we jointly arrive at a "game plan" for each matter at the outset. We intend to keep you apprised of developments throughout our representation and to discuss with you whether the "game plan" needs adjustment. We will also talk to you before we begin any major project or incur any large expense. Once approved however, we expect to be compensated for those services or costs.

- If requested, we are prepared to give estimates or establish budgets for matters. Those estimates or budgets would identify the work we jointly believe needs to be done and the anticipated costs. Obviously, those figures may need to be adjusted upwards or downwards as changes occur. To be workable, budgets need to be realistic from both of our standpoints. It would be foolhardy to establish an unrealistically low budget that fails to take into account anticipated discovery, likely due diligence or other such items. On the other hand, a budget that is set artificially high promotes waste and inefficiency. Another essential ingredient of any budget is the help we can expect to receive from your staff. To

**LATHAM&WATKINS**LLP

the extent that company personnel can be utilized to assist in the gathering of information or the assimilation of materials, savings can occur.

- We understand that some clients desire to restrict the number of lawyers who attend meetings, depositions and court appearances. In our view, it is often not only helpful, but necessary to have more than one attorney or paralegal in attendance. We will talk to you about this issue in the context of your particular matter.

- In sum, our goal is to address your needs with maximum efficiency. We believe our representation should be a team effort and that each of us should be fully involved in the important decisions along the way. We want to know when you are unhappy with the progress of a matter or the way in which it is being handled. Likewise, we want to feel free to tell you if your personnel are not fulfilling their responsibilities or if we feel we are receiving inconsistent directions.

**LATHAM&WATKINS**LLP

**Billing Matters**

- We bill monthly and our rates are based on receiving payment within thirty days. While we are agreeable to longer payment terms if necessary, we believe that our rates should be adjusted in that event. Our experience, however, indicates that prompt billing and prompt payment enhances the working relationship.

- While some clients do not require great detail in their billing statements, others request fuller descriptions of our services. We are generally able to meet most demands and are happy to provide the bill in the format that is most helpful to you.

- We log time in six-minute increments (1/10 of an hour), and we attempt to segregate our time by discrete tasks where possible. Our attorneys are asked to provide ample descriptions on their time records.

- Our attorneys and paralegals charge for travel time. Obviously, if an attorney works on another client matter while traveling for you, you will not be charged for that time.

- We occasionally write off time before sending you a bill when the billing attorney believes our efforts were inefficient or duplicative. On the other hand, we will never "bonus bill" you on a matter without prior discussion with you.

**Other Charges**

- Our personnel are instructed to be reasonable and prudent in dealing with client reimbursable expenses. We recognize that other charges can often become a major cost factor in a matter, and we recognize our obligation to help you control them. We will discuss any major expense with you before it is incurred, and we would prefer that any expense over $1,500 be billed directly to you.

- When our personnel travel, we utilize coach class for flights within the country in which the traveler resides unless the client has authorized business or first-class travel or the reimbursement of purchased upgrade coupons. Generally, we utilize business-class for international flights in excess of four hours with the exception of some shorter flights in central Europe where the combination of competitive business fares, congested coach class security lines, and local custom often make business class a more efficient option. Based on dollar volume and market-share performance, we have negotiated incentive discounts for certain air, rail and hotel rates. The entire value of these incentives is passed on to our clients in the form of time-of-ticketing discounts on air and rail fares and discounted hotel room rates. The discount levels may vary from year-to-year based on volume

**LATHAM&WATKINS**LLP

and market-share performance. Through a third-party travel management company, in-house travel services are provided for our U.S. offices for the convenience and confidentiality of our personnel and clients. A ticketing fee of $30 will be charged for fares up to $300 (generally rail and shuttle fares) and $75 will be charged for fares over $300. There are no additional charges for changes to reservations or for reimbursement of unused tickets. Our offices located in Europe and Asia employ the services of off-site travel agencies. The actual cost of travel, reflecting all discounts we receive and a transaction fee, is charged to clients. Clients will be responsible to reimburse us for only reasonable lodging, meal and incidental travel costs.

- We bill for overtime secretarial costs at $60 an hour plus a meal allowance ($80 an hour for double time), only if your specific demands require late night work. We may also charge for late night transportation for staff members, where dictated by safety reasons.

- We maintain an on-site photocopying service for convenience and confidentiality reasons. Our current charge for copies is 17 cents per page. We are willing to send documents out to an outside service with your consent. We also have an on-site fax service, and our current charge is $1.25 per page for <u>outgoing</u> documents only. We do not charge for the telephone time or domestic long distance costs in addition to the per-page charge. We charge 25 cents per page to scan documents to electronic databases.

- Our Lexis computerized legal research time is billed at 90% of the standard Lexis charge rate. All other computerized legal research time is billed at our actual (and volume discounted) cost times 1.25 to cover our direct and indirect costs.

- We do not charge for office supplies unless we have to purchase an inordinate amount of materials for a trial or large transaction. If so, we charge our actual costs.

- We have large volume discounts with all major courier and air freight services. We pass along our discounted rates to our clients; however, we multiply those costs by 1.10 to cover our direct and indirect costs. We do not charge for regular first class mail except in instances of high volume in which case we charge only our cost.

- Variable long distance phone charges, made from our domestic offices, are billed at AT&T standard rates without a mark-up. We are billed by AT&T at a volume discounted rate and the difference from the standard rate and our rate is used to cover our administrative and fixed operating costs. We do not bill for local telephone charges. Credit card calls are charged at 1.25 times our discounted cost. Charges made from our international offices may vary from our domestic

4

**LATHAM&WATKINS**LLP

> offices. If charges from international offices are expected we will be happy to provide the specific rates for the applicable office upon request.
>
> - To serve the needs of many of our clients, we have established extensive word processing capability. Our rates do not include the cost of these services since we believe they should be allocated to actual users. We charge $60 an hour for this service ($80 an hour for double time). With our computer capability, we are also able to do the printing of most briefs and transactional documents at far less cost than most financial printers, and we will discuss the charges for these services with you in advance.
>
> - Our general disbursement policy is to be client specific and matter specific so as not to penalize all clients with higher rates. We understand, however, that some clients would prefer to eliminate some or all the other charges discussed above, and they would accept a slightly higher billing rate instead. We are willing to discuss such arrangements and to tailor a billing proposal that meets each client's individual requests.

5

DC\813411.1