# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## SECOND SUPPLEMENTAL AFFIDAVIT OF LATHAM & WATKINS LLP AS SPECIAL COUNSEL TO THE DEBTORS

STATE OF _____ )
                    )  ss:
COUNTY OF _____ )

NICHOLAS J. DeNOVIO, being duly sworn, deposes and says:

1. I am a partner in the firm of Latham & Watkins LLP ("Latham"), which maintains offices at 555 Eleventh Street, NW, Suite 1000, Washington, D.C. 20004-1304, and elsewhere. I am familiar with the matters set forth herein and submit this Second Supplemental Affidavit in further support of the retention of Latham as special counsel to the Debtors in these cases.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## BACKGROUND

2. On May 19, 2004, the Debtors filed their application for entry of an order authorizing the retention of Latham as special environmental counsel for the Debtors (the "Original Retention Application," Docket No. 5618).

3. On June 16, 2004, this Court entered an Order approving the Original Retention Application (the "Retention Order," Docket No. 5823) authorizing the retention of Latham as special environmental counsel to perform certain environmental and strategic legal services required by the Debtors in these Chapter 11 cases.

4. By the attached Motion of the Debtors for Entry of an Order Expanding the Scope of the Employment of Latham & Watkins LLP as Special Counsel to the Debtors (the "Motion"),[2] the Debtors seek entry of an order expanding the retention of Latham to include services relating to domestic and international tax planning, and any matters related thereto, pursuant to the terms and conditions set forth in the Engagement Letter attached to the Motion as Exhibit A.

5. I am filing this Second Supplemental Affidavit to disclose certain facts relevant to Latham's continued retention which have recently come to my attention.

## DISCLOSURE REGARDING BEAR, STEARNS & CO.

6. It was recently brought to my attention that in August 2005, Latham was retained to represent Bear, Stearns & Co. ("Bear Stearns") in connection with their retention as investment bankers for the Debtors in these cases. While Latham's work for Bear Stearns is ongoing, none of the services being provided to Bear Stearns are related to either (a) the matters

---

[2] Capitalized terms used but not otherwise defined herein shall have those meanings ascribed to them in the Motion.

2

for which Latham has been retained as special counsel to the Debtors or (b) the matters for which the Debtors seek the expansion of Latham's retention.

### DISCLOSURES REGARDING LATHAM & WATKINS' PRIOR SERVICES TO THE DEBTORS, AND PRIOR CONNECTIONS BETWEEN NICHOLAS J. DENOVIO AND THE DEBTORS

7. As set forth in the Motion, Latham has in the past provided tax-related research for the Debtors in connection with a Belgian tax controversy.

8. In addition, I have personally worked on numerous tax issues for the Debtors while a principal at PricewaterhouseCoopers LLP (from July 1999 - December 2002) and a partner at Baker & McKenzie LLP (from 1996 - 1999).

9. From December 2002 until August 2005, I held senior posts, including Deputy Chief Counsel, at the Department of the Treasury, IRS Office of Chief Counsel, in Washington, D.C. (the "Agency"). Upon joining the Agency, I identified the Debtors as one of my former clients and recused myself from all matters involving the Debtors. I was not personally involved in any matters concerning the Debtors while employed by the Agency between December 2002 and August 2005.

EXECUTED this 16 day of February 2006 at Washington, D.C.

/s/ Nicholas J. DeNovio
Nicholas J. DeNovio

Sworn to before me this
16th day of February 2006

Notary Public
Edith L. B. Parker
Notary Public, District of Columbia
My Commission Expires 3-31-2010

3