# Exhibit 8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO., et al.,** | ) | **Case No. 01-1139 (JKF)** |
| | ) | **(Jointly Administered)** |
| _____Debtors._____ | ) | |

### AFFIDAVIT OF DR. ALFRED FRANZBLAU

DR. ALFRED FRANZBLAU, first being duly sworn, deposes on his oath and states as follows:

1.      I am Dr. Alfred Franzblau.  My address is 1801 Greenview Dr., Ann Arbor, MI 48103-5903.  I am executing this affidavit on behalf of W.R. Grace in the bankruptcy proceeding styled _In re W.R. Grace & Co. et al._, Case No. 01-1139 (JKF).  I have personal knowledge of all statements made in this affidavit.  I would be willing to testify at trial and under oath as to all statements contained in this affidavit.

**1.      Qualifications**

2.      I specialize in Internal Medicine and Occupational and Environmental Medicine. I currently serve as Professor of Environmental Health Sciences at the University of Michigan School of Public Health and Associate Professor of Emergency Medicine at the University of Michigan Medical School.

3.      My curriculum vitae is attached as exhibit A.

4.      My research has included a focus on occupational respiratory disease, including asbestos-related disease.  I currently serve as the Principal Investigator in an evaluation of digital chest radiographs for pneumoconiosis sponsored by the Association of Schools of Public Health and Centers for Disease Control and Prevention.

5.      In tandem with my roles as professor and researcher, I practice clinical occupational medicine. In the course of my clinical practice, I have diagnosed patients with non-malignant asbestos-related diseases. I am also a certified NIOSH B-reader.

**2.      The Whitehouse Progression Study**

6.      I offer a preliminary view on a recently published study by Alan Whitehouse, M.D., *Asbestos-Related Pleural Disease Due to Tremolite Associated with Progressive Loss of Lung Function: Serial Observations in 123 Miners, Family Members, and Residents of Libby Montana* (43 Am. J. Indus. Med. 219 (2004)) (the "Whitehouse Progression Study"). The opinions expressed in this affidavit are in no way exhaustive, nor have I had the opportunity to review the data that underlies the Whitehouse Progression Study. Despite numerous flaws that are apparent in the published study, many of Dr Whitehouse's assertions cannot be fully critiqued without reviewing the underlying medical documents upon which Dr. Whitehouse based the Whitehouse Progression Study. Please note that I will supplement my opinion on the validity of the Whitehouse Progression Study upon further review of Dr. Whitehouse's underlying medical documents.

7.      The Whitehouse Progression Study claims to demonstrate that a progressive or excessive loss of pulmonary function occurs in patients exposed to tremolite asbestos, particularly those with predominantly pleural changes and minimal to no interstitial disease. However, because of flaws in the study design, execution and analyses, no valid conclusions about progressive or excessive loss of pulmonary function can be drawn from the study. Despite numerous flaws that are apparent in the published study, one would need to review the underlying medical documents for all of Dr. Whitehouse's patients to fully assess the validity to his contention that a progressive or excessive loss of pulmonary function occurs in patients exposed to tremolite asbestos.

8.    The study subjects were derived from the clinical practice of the author, Dr. Whitehouse, not a random selection of workers from the vermiculite facility, family members of workers, or residents of Libby. There were 491 subjects initially considered; we are not told whether this represents all patients in Dr. Whitehouse's practice, or, if not, how or why some patients were excluded from consideration. Only patients with two or more sets of pulmonary function tests were considered further in analyses (n = 153), and 30 of these were excluded from the study for various reasons (COPD, previous chest surgery, unacceptable pulmonary function tests, or presence of some other "significant" non-asbestos disease) resulting in a final study group of 123 patients. The paper asserts that "These subjects are representative of the Libby area population and the practice group of 491 patients"; this is a sweeping and unsupported generalization. There are no data or comparisons provided about age, gender, occupation, smoking history, medical history or other potentially pertinent factors for the 123 patients, the 491 patients, all patients in Dr. Whitehouse's practice, or for residents of Libby. Only by reviewing the medical records for the 123 patients in the study group and comparing them to the medical records for all 491 of Dr Whitehouse's initially considered subjects could one begin to assess whether this sweeping generalization is scientifically supportable.

9.    An unknown number of the 123 subjects had other significant pulmonary disease as indicated by the fact that "Many subjects used a variety of bronchodilators prescribed by their personal physicians although none carried a diagnosis of bronchial asthma and there was no evidence of significant changes in FEV1 following bronchodilators." Clearly, all such subjects were considered by their personal physicians to have a pulmonary disease that warranted prescription bronchodilator medication. The fact that the patients were not diagnosed with bronchial asthma, and the FEV1 did not improve acutely with bronchodilator, is not relevant.

For example, it is common practice to treat patients with chronic obstructive pulmonary disease (COPD), such as from smoking, with bronchodilators even if there is no significant acute improvement in the FEV1. (Ninety-six subjects (78%) were current or ex-smokers.) Because "many" of the subjects had another non-asbestos pulmonary disease, the entire study is confounded and/or flawed since these other diseases were not considered in the statistical analyses, and much or all of the observed excess decline in pulmonary function may be attributable to non-asbestos pulmonary disease, such as smoking. Only by reviewing Dr. Whitehouse's medical records for the 123 individuals in this study could one determine whether the alleged decrement in pulmonary function was caused by asbestos exposure as opposed to smoking.

10.    There is another source of selection bias that may confound results. As noted above, subjects were not invited randomly to participate in this study. Only subjects who had at least two sets of pulmonary function tests were eligible; some subjects had more than two sets of test results. Pulmonary function tests were performed for clinical reasons, not as part of a research study protocol. Subjects who had more tests performed are likely to have had worse pulmonary disease, and yet they would have been preferentially selected to be in the study group. This is another potential source of confounding and bias that was not accounted for but could be ascertained based on a review of Dr. Whitehouse's medical records. If an individual were suffering from a non-asbestos related pulmonary condition such information would be included in Dr. Whitehouse's medical records and would be relevant to determining whether the alleged loss of lung function was caused by an asbestos-related disease or some other pulmonary condition.

11.    The spirometry test equipment changed in 1998. Despite calibration, there can still be differences in results due to differences in equipment, which would confound the assessment of change in spirometry parameters over time. The paper fails to identify the number of subjects in whom the baseline tests were performed with the Sensormedics model 6200 and the follow-up measurements were performed with the Medgraphics model 1085. There were no statistical analyses to assess the impact of this circumstance and the potential for confounding or bias. Even a slight change in measurements resulting from switching equipment could have a substantial effect on Dr. Whitehouse's ultimate conclusion that there was an excessive loss of lung function due to asbestos-related disease among members of the study group. Only by reviewing the pulmonary function tests could one determine whether the change in equipment had an effect on the data that support Dr. Whitehouse's conclusion.

12.    The choice of pulmonary function parameters to present is incomplete and not justified. "The parameters that were felt to be most valuable for analysis were forced vital capacity (FVC), (taking the best available and valid number from each set), total lung capacity (TLC), and the single breath diffusion capacity (DLCO)." There is no justification provided for this choice of pulmonary parameters, and there is no justification for leaving out others, such as FEV1. FEV1 is one of the most effective and reliable lung function measurements, particularly for assessing obstructive lung disease. Andersson, G., Cocchiarella, L., *AMA Guides to the Evaluation of Permanent Impairment*, § 5.4(d) (5th ed. 2000) ("AMA Guidelines"). Dr. Whitehouse's decision to ignore FEV1 and rely on DLCO is especially problematic given that most of the individuals in his study group had pleural disease with minimal interstitial lung disease. Even Dr. Whitehouse acknowledges that "pleural changes alone are unlikely to cause a decrease in DLCO." Smoking, on the other hand, is recognized as a major cause of reduced

diffusion capacity. Smoking is also recognized as a major cause of chronic obstructive

pulmonary disease (COPD). Reviewing the medical records for the study group, including all

pulmonary function test results for each patient, would give a clearer picture about the nature of

the alleged impairment and whether it is caused by exposure to asbestos or other diseases.

13.     Pulmonary function results are presented in terms of change in the percent

predicted, rather than change in the original units of measurement (e.g., milliliters per year for

FVC), as is common practice in the literature. Expressing the results in terms of percent

predicted is confusing and unorthodox for a longitudinal study, and makes is difficult to compare

results directly with other studies. Also, expressing results in terms of percent predicted might

have had another potential adverse effect on the study. It is stated that "if differences in height

were present they were adjusted to match across study dates". While this adjustment/correction

of height may appear reasonable on first glance, it would have the potential effect of serving to

bias the follow-up results to appear lower in terms of percent predicted. The height parameter in

pulmonary regression equations should be the height measured at the time of testing. People

tend to lose height over time; if the baseline height were used to calculate the predicted values at

follow-up then the follow-up predicted values would tend to be overestimated, thus biasing the

results to appear like there had been a greater than expected decline in pulmonary function. If all

pulmonary results were reported in units of the original measurements rather than percent

predicted, this problem with height would not exist. Only by reviewing the medical records and

recalculating results based on the original units of measurement could one determine whether

bias skewed Dr. Whitehouse's ultimate conclusion regarding the loss of pulmonary function.

14.     The investigator used a novel method to create a continuous parameter to describe

the 'dose' or extent of pleural disease. ("The percentage of the lateral chest wall involved with

pleural changes was measured and the average of both sides of the chest calculated.") However, when this continuous pleural parameter was used in analyses "there was no statistical correlation between the extent of pleural changes measured on the chest X-ray and the loss of pulmonary function", which would appear to contradict the other analyses. Dr. Whitehouse ignored this finding in his conclusions, and provided no explanation to justify ignoring this result.

15.    Overall, there are numerous problems with the study design, execution and analyses that are likely to create unknown effects of confounding and potential bias, and so no valid scientific conclusions can be drawn from this study. Determining whether individuals exposed to tremolite asbestos from Libby do in fact have a highly progressive pleural disease would require a detailed re-analysis of Dr. Whitehouse's medical records.

Dr. Alfred Franzblau

SUBSCRIBED AND SWORN to me before this 17 day of February, 2006.

Notary Public for the State of Michigan
Residing at: Washtenaw, City
My Commission Expires: 3/9/2007

Alfred Franzblau, MD
Professor of Occupational and Environmental Medicine
Department Environmental Health Sciences
University of Michigan School of Public Health
1420 Washington Heights
Ann Arbor, Michigan  48109-2029
(734) 936-0758  voice
(734) 763-8095  fax
afranz@umich.edu
February 12, 2006

## EDUCATION

High School:     Livingston High School, Livingston, New Jersey, 1968-1971
Undergraduate: Northwestern University, 1971-1975, B.A., M.S.
Graduate:        Stanford University, 1975-1978, M.S. (Mathematics)
Medical:          UC San Diego, School of Medicine, 9/79-6/83, M.D.

## TRAINING & PROFESSIONAL EXPERIENCE

6/83-6/86     Resident in Internal Medicine.  University of Washington,
              Seattle, Washington.

1/86-6/86     Chief Medicine Resident.  Providence Medical Center, Seattle,
              Washington.

7/86-6/88     Resident in Occupational and Environmental Medicine.  Mount
              Sinai Medical Center, New York, NY.

7/88-6/89     Charles A. Dana Fellow in Environmental Epidemiology.
              Division of Environmental and Occupational Medicine, The
              Mount Sinai School of Medicine, New York, NY.

7/88-6/89     Senior Clinical Assistant.  Department of Community Medicine,
              The Mount Sinai Hospital, New York, NY.

7/88-6/89     Instructor.  Department of Community Medicine, Division of
              Environmental and Occupational Medicine, The Mount Sinai
              School of Medicine, New York, NY.

9/89-8/00     Assistant Professor of Internal Medicine.  University of Michigan
              Medical School, Ann Arbor, Michigan.

9/89-8/96     Assistant Professor of Occupational Medicine.  University of
              Michigan School of Public Health, Ann Arbor, Michigan.

Alfred Franzblau, MD
February 12, 2006
Page 2

| | |
|---|---|
| 5/90-10/97 | Consultant Physician, Dept. of Internal Medicine, Ann Arbor Veterans Administration Hospital, Ann Arbor, Michigan. |
| 9/96-8/03 | Associate Professor of Occupational Medicine. University of Michigan School of Public Health, Ann Arbor, Michigan. |
| 1/97-present | Associate Research Scientist, Center for Ergonomics, Dept. of Industrial and Operations Engineering, University of Michigan School of Engineering. |
| 9/97-8/98 | Visiting Associate Professor, Department of Environmental Health, University of Washington School of Public Health and Community Medicine, Seattle, Washington |
| 9/00-2/02 | Associate Professor of Internal Medicine. University of Michigan Medical School, Ann Arbor, Michigan. |
| 2/02-present | Associate Professor of Emergency Medicine. University of Michigan Medical School, Ann Arbor, Michigan. |
| 9/03-present | Professor of Occupational Medicine. University of Michigan School of Public Health, Ann Arbor, Michigan. |

## PROFESSIONAL CERTIFICATIONS

Board Certified Internal Medicine (#110450; September 10, 1986)
Board Certified Preventive Medicine - Occupational (#22968; February 3, 1992)
Licensed to practice medicine in State of Michigan (#055331, August 1989).
Certified "B" Reader (12/1/88 - 11/30/08)
Fellow, American College of Occupational and Environmental Medicine (April 30, 1998)

## PROFESSIONAL ACTIVITIES

Member of Board of Directors Michigan Occupational and Environmental Medicine Association (MOEMA), 1994-99

Member of Course Planning Committee for Annual Scientific Conference of the Michigan Occupational and Environmental Medicine Association (MOEMA), 1996-1999

Alternate Delegate for MOEMA to American College of Occupational and Environmental Medicine, 1995-1998

Director, University of Michigan Occupational Medicine Residency Program. 9/1/95-7/31/2003.

Director, Occupational Medicine Program, Education and Research Center
(ERC) at the University of Michigan.  9/1/98-7/31/2003.

Director, Education and Reseach Center (ERC) at the University of Michigan.
7/1/00 to 7/31/01.

Director, Occupational Injury Prevention Research Training Program at the
University of Michigan.  9/1/2001-6/30/2003.

Representative of American College of Occupational and Environmental
Medicine at OSHA Ergonomics Stakeholder Meeting.
Washington, DC.  February 4, 1998.

Co-Chair, University of Michigan IRB Health.  9/2003-present

Associate Department Chair, Environmental Health Sciences.  University of
Michigan School of Public Health.  2004-2005.

Interim Director, Occupational and Environmental Epidemiology Program.
University of Michigan School of Public Health.  2004-2005.

## SCIENTIFIC ACTIVITIES

Contributing Editor.  American Journal of Industrial Medicine.  1989-present.

Reviewer:    American Industrial Hygiene Association Journal
American Journal of Managed Care
American Public Health Association Journal
Annals of Occupational Hygiene
Archives of Family Medicine
Chest
Clinical Toxicology
Environmental Research
Journal of Occupational and Environmental Medicine
Journal of the American Medical Association
Muscle & Nerve
New England Journal of Medicine
Occupational and Environmental Medicine
Scandinavian Journal of Work, Environment & Health

American Board of Preventive Medicine, Committee on Examination Questions,
Occupational Medicine:  1992-2000

Alfred Franzblau, MD
February 12, 2006
Page 4

Invited Participant in "Workshop on Research Methods for Field Studies on VDT & Musculoskeletal Disorders". The Johns Hopkins University Center for VDT & Health Research. San Francisco, CA. December 2-3, 1994.

Session Chair, Annual Scientific Meeting of the Michigan Occupational and Environmental Medicine Association, June 9, 1995. "Practical Ergonomics for the Primary Care Physician".

Session Chair, Annual Scientific Meeting of the Michigan Occupational and Environmental Medicine Association, June 7, 1996. "Managed Care and the Occupational Physician".

Course Planner, Annual Scientific Meeting of the Michigan Occupational and Environmental Medicine Association, June 6-7, 1997.

Conference Co-Director. International Conference on Occupational Disorders of the Upper Extremities. Ann Arbor, Michigan. October 24-25, 1996.

Invited Participant in "Workshop on Diagnosis of Musculoskeletal Disorders of the Upper Limb". The Johns Hopkins University Center for VDT & Health Research. Baltimore, Maryland. November 15-16, 1996.

Session Moderator. Midwest Regional Epidemic Intelligence Service Conference. Centers for Disease Control and Prevention, The Michigan Department of Community Health, and the University of Michigan School of Public Health. Ann Arbor, Michigan. March 13, 1997.

Scientific Peer Reviewer. US Environmental Protection Agency's Arsenic Health Effects Research Peer Review Panel. Washington, DC. July 7-8, 1997.

Scientific Peer Reviewer. Agency for Health Care Policy and Research: Health Care Technology Study Section. Washington, DC. November, 1997.

Member of the Ergonomics Committee of the American College of Occupational and Environmental Medicine. 1997-present.

Scientific Peer Reviewer. Gulf War Illness Study Section (Dept. of Defense/American Institute of Biological Sciences). Washington, DC. March 29-31, 1998.

Invited Participant in "Workshop on Work-Related Musculoskeletal Injuries: Examining the Research Base." August 20-21, 1998, National Academy of Sciences, Washington, D.C.

Alfred Franzblau, MD
February 12, 2006
Page 5

Invited Participant: Workshop on the National Occupational Research Agenda (NORA) for work-related musculoskeletal disorders. Houston, Texas. March 8, 1999. Sponsored by NIOSH.

Invited by OSHA to testify about the scientific foundation for the OSHA proposed Ergonomics Program Standard. Washington, DC. March 16, 2000.

Reviewer for Panel on Musculoskeletal Disorders and the Workplace. September, 1999 - July, 2000. National Academy of Sciences, Washington, D.C.

Conference Co-Director: Health and the American Workforce: Challenges and Opportunities. Ann Arbor, Michigan. May 8, 2000.

Consultant to Michigan Arthritis Scientific Forum/Michigan Arthritis Action Plan 2000

Reviewer, Tuberculosis in the Workplace. Edited by MJ Field, Institute of Medicine. National Academy of Sciences Press, Washington, DC. 2001.

Member, Occupational Health Advisory Board of United Automobile Workers-General Motors Corporation/Delphi Corporation. 2001-present.

Reviewer, "Biologic Monitoring of Arsenic in Children: An assessment of exposure near the Baird and McGuire superfund site hazardous waste incinerator, Holbrook, Massachusetts", draft final report. ATSDR. September, 2001.

ERC Site Visitor for NIOSH, November 8-9, 2001. University of Washington Education and Research Center, Seattle, Washington.

Scientific Peer Reviewer. Agency for Toxic Substances and Disease Registry. "Survey of Soil Exposure among residents of the VBI70 Study Population". March 2002.

ERC Site Visitor for NIOSH, November 3-5, 2002. Harvard University Education and Research Center, Boston, Massachusetts.

Course Co-Director. "The Future of Occupational Health Research: NORA in the 21[st] Century". Held at the Michigan Safety Conference, Lansing, Michigan, April 16, 2003. Jointly sponsored by: University of Michigan Center for Occupational Health and Safety Engineering; Michigan Safety Conference Industrial Hygiene Division; Wayne State University Division of Occupational and Environmental Medicine; College of Human Medicine, Michigan State University.

Study Section Member: RFA for World Trade Center Responder Health Consortium. National Institute for Occupational Safety and Health (NIOSH). Washington, DC. March 3-4, 2004.

Moderator and Author of Invited Paper. "NIOSH B Reader Certification Program: Looking to the Future". ("Digital X-ray imaging in Pneumoconiosis Screening: Future Challenges for the NIOSH B Reader Program"). McLean, Virginia. March 5, 2004.

Course Co-Director. "Addressing Work-Related Musculoskeletal Disorders Through Research and Workplae Ergonomic Programs". Michigan Safety Conference, Lansing, Michigan, April 20, 2004. Jointly sponsored by: University of Michigan Center for Occupational Health and Safety Engineering; Michigan Safety Conference Industrial Hygiene Division; Wayne State University Division of Occupational and Environmental Medicine; College of Human Medicine, Michigan State University.

Member, Michigan Department of Community Health Chemical Emergencies Expert Advisory Panel. 2004-present

Member, Special Emphasis Panel. Program Announcement for State-Based Occupational Safety and Health Surveillance (PAR-04-106). National Institute for Occupational Safety and Health. Washington, DC. December 1-3, 2004.

Course Co-Director. "Health Effects of Metalworking Fluids". Michigan Safety Conference, Lansing, Michigan. April 19, 2005. Jointly sponsored by: University of Michigan Center for Occupational Health and Safety Engineering; Michigan Safety Conference Industrial Hygiene Division; Consultation, Education and Training Division, MIOSHA; Wayne State University Division of Occupational and Environmental Medicine; College of Human Medicine, Michigan State University.

Scientific Peer Reviewer, "Genetics in the Workplace". NIOSH, February, 2006.

## AWARDS

Association of Academic Physiatrists Excellence in Research Writing Award for Best Paper of the Year (1995) in the American Journal of Physical Medicine and Rehabilitation: Werner RA, Franzblau A, Johnston E. Comparison of multiple frequency vibrometry testing and sensory nerve conduction measures in screening for carpal tunnel syndrome in an industrial setting. Am J Phys Med Rehab. 1995;74:101-106.

Physical Medicine & Rehabilitation Education and Research Fund Award for the Best Paper of the Year (1997): Werner RA, Franzblau A, Albers JW, Buchele H, Armstrong TJ. Use of screening nerve conduction studies for

predicting future carpal tunnel syndrome.  Occup Environ Med. 1997;54:96-100.

Visiting Professorship, The Marshfield Clinic.  Marshfield, Wisconsin.  February 4, 2000.

American College of Occupational and Environmental Medicine Adolph G. Kammer Merit in Authorship Award.  May 17, 2000.  For: Albers JW, Wald JJ, Werner RA, Franzblau A, Berent S.  Absence of polyneuropathy among workers previously diagnosed with solvent-induced toxic encephalopathy.  J Occup Environ Med.  1999;41(6):500-509.

## PRESENTATIONS

Franzblau A.  "Asbestos-Related Fibrosing Alveolitis: Early Pathophysiology". Pulmonary Grand Rounds, The Mount Sinai Hospital.  New York, NY.  July 8, 1988.

Franzblau A, Selikoff IJ.  "Asbestos-Associated Rounded Atelectasis in a Cohort of Insulation Workers".  VIIth International Conference on the Pneumoconioses, Pittsburgh, PA. August 25, 1988.

Franzblau A.  "The Scientific Basis of Evaluation of Asbestos-Associated Disease: Radiological Changes of Asbestosis and the ILO System of Classification of Radiographs of Pneumoconioses".  The Mount Sinai School of Medicine.  New York, NY.  March 7, 1989.

Franzblau A.  "The Scientific Basis of Evaluation of Asbestos-Associated Disease: Pseudotumors and Asbestosis".  The Mount Sinai School of Medicine. New York, NY.  March 9, 1989.

Franzblau A, Letz RE, Hershman D, Mason P, Wallace JI, Bekesi JG. "Quantitative Vibration Threshold Testing (QVTT) and Computer-Based Neurobehavioral Testing (NES) of Persons Infected with HIV".  Vth International Conference on AIDS, Montreal, Canada. June 8, 1989.

Moderator,  41st Annual Selby Discussional.  The University of Michigan.  Ann Arbor, Michigan.  Sept. 28, 1989.

Franzblau A.  "Asbestos-Associated Rounded Atelectasis".  Department of Medicine, University of Michigan Medical Center.  Ann Arbor, Michigan. February 5, 1990.

Franzblau A.  "Comprehensive Industrial Hygiene Review: Inhaled Chemical Health Hazards - Gases, Vapors, and Particulates".  Sponsored by The University of Michigan and the Michigan Industrial Hygiene Association.  Ann

Alfred Franzblau, MD
February 12, 2006
Page 8

Arbor, Michigan. April 3-6, 1990; September 17-20, 1990; April 23-24, 1991;
September 4-5, 1991; April 7-8, 1992; September 14-15, 1992; March 23-24,
1993; September 15, 1993; March 23, 1994; August 24, 1994; March 29, 1995;
August 29, 1995; March 13, 1996; September 10, 1996; March 19, 1997; August,
1998; March 21, 2000; September 26, 2000; March 29, 2001; September 11,
2001; April 11, 2002; September 12, 2002; April 1, 2003; July 29, 2003; April 1,
2004; September 21, 2004; April 5, 2005; September 21, 2005.

Franzblau A. "Occupational Lung Disease". Department of Medicine, University
of Michigan Medical Center. Ann Arbor, Michigan. September 18, 1990.

Franzblau A. "Upper extremity cumulative trauma disorders". Michigan State
Medical Society Scientific Conference. Dearborn, Michigan. November 7, 1990.

Moderator, 42nd Selby Discussional. The University of Michigan. Ann Arbor,
Michigan. November 8, 1990.

Franzblau A. "Cumulative trauma disorders of upper extremities". University of
Washington Northwest Center for Occupational Health and Safety. Seattle,
Washington. April 3-4, 1991.

Franzblau A. "Occupational Ergonomics I: Passive and active surveillance for
upper limb CTDs". University of Michigan, Center for Ergonomics. Ann Arbor,
Michigan. June 17-21, 1991.

Franzblau A, Flaschner D, Albers J, Blitz S, Werner R, Armstrong T. "Medical
screening of workers for the presence of upper extremity cumulative trauma
disorders". 11th Congress of the International Ergonomics Association, Paris,
France. July 1991.

Moderator, 43rd Selby Discussional. University of Michigan. Ann Arbor,
Michigan. September 12-13, 1991.

Franzblau A. "Upper extremity cumulative trauma disorders". Biscuit & Cracker
Manufacturer's Association Technical Conference, Kansas City, Missouri.
September 16, 1991.

Franzblau A. "Occupational Ergonomics: Upper extremity cumulative trauma
disorders". Conference entitled "Occupational Ergonomics: Work related upper
limb and low back disorders". Sponsored by the University of Michigan. Dallas,
Texas. October 21, 1991.

Franzblau A. "The ILO System for Classifying Radiographs of Pneumoconioses:
An Overview". University of Michigan Medical Center, Division of Chest
Radiology. Ann Arbor, Michigan. January 7, 1992.

Alfred Franzblau, MD
February 12, 2006
Page 9

Franzblau A. "Occupational Musculoskeletal Injuries: Scope of the Problem". Conference entitled "Occupational Musculoskeletal Injuries: Assessment to Reentry". Sponsored by The University of Michigan Center for Occupational Health and Safety Engineering. Ann Arbor, Michigan. February 11, 1992.

Franzblau A. "Medical Aspects of Ergonomics Related Injuries". Conference entitled "Introduction to Industrial Ergonomics", Sponsored by Michigan Department of Labor, Bureau of Safety and Regulation. Grand Rapids, Michigan March 17, 1992.

Franzblau A. "Surveillance for Upper Extremity Cumulative Disorders". Conference entitled "Occupational Ergonomics", Sponsored by The University of Michigan Center for Occupational Health and Safety Engineering. Ann Arbor, Michigan. April 24, 1992.

Franzblau A. "Upper Extremity Cumulative Trauma Disorders", and "Investigation of an Outbreak of Upper Extremity Cumulative Trauma Disorders: A Case Study". The Cleveland Clinic Foundation, Cleveland, Ohio. May 15, 1992.

Franzblau A. "Upper Extremity Cumulative Trauma Disorders". Allied-Signal Nurses' Conference, Kansas City, Missouri. May 20, 1992.

Franzblau A. "Occupational Ergonomics: Passive and Active Surveillance for Upper Limb Cumulative Trauma Disorders". University of Michigan, Center for Ergonomics. June 17, 1992.

Moderator, 44th Selby Discussional. The University of Michigan. Ann Arbor, Michigan. September 17-18, 1992.

Franzblau A. "Surveillance for Cumulative Trauma Disorders". International Conference on Occupational Disorders of the Upper Extremities. Ann Arbor, Michigan. October 1, 1992.

Franzblau A. "Occupational Ergonomics: Passive and Active Surveillance for Upper Limb Cumulative Trauma Disorders". University of Michigan, Center for Ergonomics and George Washington University. Arlington, Virginia. November 4, 1992.

Franzblau A. "Occupational Ergonomics: Passive and Active Surveillance for Upper Limb Cumulative Trauma Disorders". University of Michigan and the State of Michigan. Traverse City, Michigan. March 10-12, 1993.

Franzblau A, Lee EW, Schreck RM, D'Arcy JB, Santrock J, Levine SP. "Absence of Formic Acid Accumulation in Urine Following Five Days of Methanol

Alfred Franzblau, MD
February 12, 2006
Page 10

Exposure". American Industrial Hygiene Conference & Exposition. New Orleans. May 18, 1993.

Franzblau A. "Workplace Surveillance for Carpal Tunnel Syndrome". Annual Conference of the Occupational Medicine Association of Canada. Winnipeg, Canada. June 7, 1993.

Franzblau A. "Workplace Surveillance for Carpal Tunnel Syndrome". Engineering Summer Conference, University of Michigan. June 9-10, 1993.

Franzblau A. "Occupational Rheumatologic Syndromes of the Upper Extremity". Rheumatology Update 1993, Macomb Hospital Center, Warren, Michigan. June 26, 1993.

Franzblau A. "Occupational Lung Disease - Asbestos". 6th Annual Emergency Services Seminar, Catherine McAuley Health System, Ann Arbor, Michigan. September 24, 1993.

Franzblau A. "Workplace Surveillance for Carpal Tunnel Syndrome". Telemedicine Canada (a nationwide teleconference at six sites across Canada, coordinated via the University of Toronto, Toronto General Hospital). October 5, 1993.

Werner R, Franzblau A. Comparison of vibrometry and electrophysiologic assessment in evaluation of carpal tunnel syndrome. American Association of Electrodiagnostic Medicine. New Orleans. October 8, 1993.

Franzblau A. "Occupational Ergonomics: Passive and Active Surveillance for Upper Limb Cumulative Trauma Disorders". University of Michigan, Center for Ergonomics and George Washington University. Arlington, Virginia. November 2, 1993.

Franzblau A. "Occupational Dust Disease - Pneumoconioses". St. Joseph Mercy Hospital, Ann Arbor, Michigan. December 14, 1993.

Franzblau A. "Occupational Ergonomics: Passive and Active Surveillance for Upper Limb Cumulative Trauma Disorders". University of Michigan, Center for Ergonomics. San Diego, California. February 21, 1994.

Franzblau A. "Cumulative Trauma Disorders: Practical Considerations for Diagnosis and Treatment. Screening for Carpal Tunnel Syndrome in the Workplace". American Occupational Health Conference, Chicago, Illinois. April 21, 1994.

Alfred Franzblau, MD
February 12, 2006
Page 11

Franzblau A. "New and/or Non-traditional Tools for Workplace Screening for Carpal Tunnel Syndrome: The Scientific Basis". American Occupational Health Conference, Chicago, Illinois. April 22, 1994.

Franzblau A. "Workplace Surveillance for Carpal Tunnel Syndrome". Sponsored by the Safety, Engineering and Training (SET) Program of the State of Michigan, and the University of Michigan. Grand Rapids, Michigan. May 10, 1994.

Franzblau A. "Health Effects of Asbestos". Union of Bricklayers and Allied Craftsmen National Conference, South Bend, Indiana. May 24, 1994.

Franzblau A, Batterman S, Xiao H, Lee EW, Schreck RW, D'arcy JB, Santrock J. "Biological Monitoring Of Exposure To Water-Soluble Compounds Using Alveolar Air: Methanol". American Industrial Hygiene Conference & Exposition. Anaheim, CA. May 25, 1994.

Franzblau A. "New and/or Non-traditional Tools for Workplace Screening for Carpal Tunnel Syndrome: The Scientific Basis." Michigan Occupational Medicine Association. Lansing, Michigan. June 3, 1994.

Franzblau A. "Workplace Surveillance for Carpal Tunnel Syndrome". Engineering Summer Conference, University of Michigan. June 8, 1994.

Franzblau A. "Treatment Strategies for Upper Extremity Cumulative Trauma Disorders". Sponsored by the Safety, Engineering and Training (SET) Program of the State of Michigan, and the University of Michigan. Toledo, Ohio. September 8, 1994.

Franzblau A. "Diagnostic evaluation procedures for carpal tunnel syndrome". Occupational Medicine Update, sponsored by the Deep South Educational Resource Center, University of Alabama. Destin, Florida. September 16, 1994.

Franzblau A. "Evaluation of Screening Techniques for Carpal Tunnel Syndrome Among Active Industrial Workers". General Motors Corporation Ergonomics Conference, Ypsilanti, MI. October 11, 1994.

Moderator, 45th Selby Discussional. The University of Michigan. Ann Arbor, Michigan. October 13, 1994.

Franzblau A. "Evaluation of Workplace Screening Methods for Carpal Tunnel Syndrome: Implications for Future Research and Regulatory Action". Conference on Treatment and Prevention of Upper Extremity Disorders: Challenges in Outcomes Research. Denver, Colorado. October 25-26, 1994.

Franzblau A. "Human response to bioaerosols". Conference on 'Bioaerosols: Health Effects, Exposure Assessment and Control'. The University of Michigan

Center for Occupational Health and Safety Engineering. Ann Arbor, MI. November 14, 1994.

Franzblau A. "Pros and Cons of Pre-Placement Screening Techniques for Carpal Tunnel Syndrome". Conference entitled 'Cumulative Trauma Disorders: Considerations in Cost-Effective Assessment, Management and Ergonomic Intervention', Michigan Capital Medical Center, Lansing, Michigan. November 18, 1994.

Franzblau A. "An Evaluation of Workplace Screening Methods for Carpal Tunnel Syndrome". International Conference on Occupational Disorders of the Upper Extremities. San Francisco, CA. December 1-2, 1994.

Franzblau A. "Medical Aspects of Ergonomics Related Injuries". Introduction to Ergonomics. Sponsored by the University of Michigan and Michigan Department of Labor. Ann Arbor, MI. March 29, 1995.

Franzblau A. "Medical and Scientific Views: Screening Methods for Carpal Tunnel Syndrome". Repetitive Stress Injuries: Keying Into the Legal Issues, sponsored by Andrew's Publications. Philadelphia, PA. April 7, 1995.

Franzblau A. "Medical Aspects of Cumulative Trauma Disorders". Medical Grand Rounds, Michigan State University. East Lansing, MI. April 18, 1995.

Franzblau A. "Screening for Carpal Tunnel Syndrome in the Work Place". EBI Companies. Grand Rapids, Michigan. April 26, 1995.

Franzblau A. "Challenges in Screening for Upper Extremity Cumulative Trauma Disorders". Department of Epidemiology, The Johns Hopkins University School of Hygiene and Public Health. Baltimore, MD, May 5, 1995.

Franzblau A. "Workplace Surveillance for Carpal Tunnel Syndrome". Engineering Summer Conference, University of Michigan. May 10, 1995.

Franzblau A, Batterman S, Stepien C, Nakfoor B, D'Arcy JB, Sargent NE, Gross KB, Schreck RM. Evaluation of methanol and formate in urine as biological exposure indices of methanol exposure. AIHC&E, May 24, 1995. Kansas City, Missouri.

Franzblau A. Arsenic Toxicity: Case studies and overview. Department of Internal Medicine, St. Joseph Mercy Hospital, Pontiac, Michigan. May 30, 1995.

Franzblau A. "Screening and Surveillance of Workers for Cumulative Trauma Disorders". Annual Scientific Meeting of the Michigan Occupational and Environmental Medicine Association. June 9, 1995. Ypsilanti, Michigan.

Alfred Franzblau, MD
February 12, 2006
Page 13

Franzblau A. "Medical Aspects of Ergonomics Related Injuries". Sponsored by the Safety, Engineering and Training (SET) Program of the State of Michigan, and the University of Michigan. Grand Rapids, Michigan. September 8, 1995.

Franzblau A. "Surveillance for Occupational Musculoskeletal Disorders". Selby Discussional, University of Michigan, Ann Arbor, Michigan. September 21, 1995.

Franzblau A, Werner R, Armstrong T, Albers J, Ulin S, Latko W, Finholt T. "Upper Extremity Cumulative Trauma Disorders in a Cross-Sectional Field Study of Industrial Workers". PREMUS95, Montreal, Canada. September 25, 1995.

Franzblau A. "Screening for Carpal Tunnel Syndrome - What Should We be Doing?". American Academy of Orthopaedic Surgeons Course Entitled: "Impairment and Disability in the Upper Extremities: The Workers' Compensation Milieu". Chicago, Illinois. October 14, 1995.

Franzblau A. "Screening for Upper Extremity Musculoskeletal Disorders". Atlanta, Georgia. November 17, 1995.

Franzblau A. "Screening for Carpal Tunnel Syndrome". Wayne State School of Medicine/Detroit Medical Center, Detroit, Michigan. November 21, 1995.

Franzblau A, Armstrong T, Werner R, Ulin S, Latko W, Finholt T, Grant C. "A study of upper extremity musculoskeletal disorders among keyboard users". Marconi Computer Input Device Research Conference 1996, Marconi Conference Center, Marshall, California. January 5, 1996.

Franzblau A, Werner RA, Albers JW. Screening workers for carpal tunnel syndrome (CTS) and other upper extremity musculoskeletal disorders (UEMSDs): What should we be doing? International Course and Workshop on Active Health Surveillance for Work-related Musculoskeletal Disorders. February 2-4, 1996, Eilat, Israel.

Franzblau A. "Medical Aspects of Ergonomics Related Injuries". Introduction to Industrial Ergonomics, Traverse City, Michigan. March 21, 1996. Michigan Department of Labor, Bureau of Safety and Regulation.

Franzblau A. "Research in Clinical Practice: Symposium 1996". Walter Reed Army Medical Center, Washington, DC. March 28, 1996.

Franzblau A. "Occupational Lung Disease". Department of Medicine, St. Joseph Mercy Hospital, Pontiac, Michigan. April 2, 1996.

Franzblau A. "Screening and Diagnostic Procedures for Carpal Tunnel Syndrome". Occupational & Industrial Orthopaedic Center/New York University, New York, New York. April 10, 1996.

Franzblau A.  "Overview of Occupational Medicine".  Department of Medicine, St. Joseph Mercy Hospital, Pontiac, Michigan.  April 23, 1996.

Franzblau A.  "Workplace Surveillance for Carpal Tunnel Syndrome".  Engineering Summer Conference, University of Michigan.  June 5, 1996.

Franzblau A.  "Managed Care and the Occupational Physician: An Overview".  Current Topics in Occupational and Environmental Medicine, the Annual Scientific Meeting of the Michigan Occupational and Environmental Medicine Association.  Grand Rapids, Michigan.  June 7, 1996.

Franzblau A.  "Medical Aspects of Ergonomics Related Injuries".  Sponsored by the Safety, Engineering and Training (SET) Program of the State of Michigan, and the University of Michigan.  Grand Rapids, Michigan.  September 6, 1996.

Franzblau A, Salerno DF, Armstrong TJ.  Test-retest reliability of an upper extremity discomfort survey.  Nordic Satellite Conference, Copenhagen, Denmark.  September 13, 1996.

Franzblau A, Armstrong TJ, Ulin SS, Latko WA, Werner RA, Albers JW, Finholt TA.  The Relationship Between Carpal Tunnel Syndrome, Hand Symptoms, Nerve Conduction Studies and Hand Repetition Among Workers.  International Congress on Occupational Health.  Stockholm, Sweden.  September 17, 1996.

Franzblau A, Salerno D, Werner R, Albers J, Armstrong T, Bromberg M.  Sensory Nerve Testing for CTS Among Active Workers: What is Normal?  International Conference on Occupational Disorders of the Upper Extremities.  Ann Arbor, Michigan.  October 24, 1996.

Franzblau A.  "Occupational Medicine Update".  Department of Medicine, St. Joseph Mercy Hospital, Pontiac, Michigan.  May 7, 1997.

Franzblau A.  "Surveillance for Upper Limb Disorders".  Engineering Summer Conference, University of Michigan.  June 2, 1997.

Alfred Franzblau, Wendi A. Latko, Thomas J. Armstrong, Sheryl S. Ulin, Robert A. Werner, James W. Albers, James A. Foulke, Gary D. Herrin, Randy A Rabourn.  "A Cross-Sectional Study of the Relationship Between Repetitive Work and Upper Extremity Musculoskeletal Disorders".  Managing Ergonomics in the 1990's.  Sponsored by the Center for Office Technology and the American Automobile Manufacturers Association.  Cincinnati, Ohio.  June 18, 1997.

Franzblau A.  Use of screening nerve conduction studies for predicting future carpal tunnel syndrome.  Washington State Department of Labor & Industries, Olympia, Washington.  October 13, 1997.

Franzblau A.  Repetitive Use Disorders: Prevention & Management.  Everett Employer Forum, Everett, Washington.  October 22, 1997.

Franzblau A, Salerno D, Werner R, Albers J, Armstrong T, Bromberg M. Sensory Nerve Testing for CTS Among Active Workers: What is Normal?  Boeing Airplane Company, Seattle, Washington.  December 3, 1997.

Franzblau A, Chamblin D, Smith A.  Reducing Workers' Compensation Costs and Improving Outcomes with Early Return to Work: A New Option.  Washington Self-Insured Association Winter Conference, Bellevue, Washington.  January 15, 1998.

Franzblau A.  "Workplace Surveillance for Carpal Tunnel Syndrome", University of Michigan.  San Diego, CA.  February 2, 1998.

Franzblau A.  "What is Carpal Tunnel Syndrome?"  Department of Environmental Health Grand Rounds, University of Washington School of Public Health and Community Medicine.  Seattle, WA.  February 19, 1998.

Franzblau A.  "Health Effects of Metal Working Fluids".  University of Washington Department of Environmental Health and Oregon OSHA.  Portland, OR.  March 19, 1998.

Batterman S, Franzblau A, D'Arcy JB, Sargent NE, Gross KB, Schreck RM. Breath, Urine and Blood Measurements as Biological Exposure Indices of Short-term Inhalation Exposures to Methanol.  American Industrial Hygiene Conference & Exposition.  Atlanta, Georgia.  May 12, 1998.

Franzblau A.  "Farm Health and Safety: Musculoskeletal Disorders".  University of Washington Northwest Center for Occupational Health and Safety.  Yakima, WA.  May 21, 1998.

Franzblau A.  Carpal Tunnel Syndrome: Clinical Implications of Epidemiological Findings.  Department of Neurosurgery, University of Washington.  Seattle, WA. June 3, 1998.

Franzblau A.  Carpal Tunnel Syndrome: Clinical Implications of Epidemiological Findings.  Oregon Health Sciences University Center for Research on Occupational and Environmental Toxicology (OHSU/CROET) and the Northwest Occupational & Environmental Medicine Association.  Portland, Oregon.  June 23, 1998.

Franzblau A.  The Epidemiology of Workplace Factors and Musculoskeletal Disorders: An Assessment of the NIOSH Review.  National Academy of Sciences, Washington, D.C. August 20, 1998.

Franzblau A, Salerno DF, Werner RA, Albers JW, Becker MP, Armstrong TJ. Reliability of Nerve Conduction Studies.  International Conference on Occupational Disorders of the Upper Extremities.  Burlingame, California. December 10, 1998.

Franzblau A.  Screening for Upper Extremity Musculoskeletal Disorders: Carpal Tunnel Syndrome.  2nd Annual Applied Ergonomics Conference.  Houston, Texas, March 9, 1999.  Sponsored by the Institute of Industrial Engineers, NIOSH, and OSHA.

Franzblau A.  What is Occupational Medicine?  Department of Physical Medicine and Rehabilitation, University of Michigan Medical Center.  March 19, 1999.

Franzblau A.  Screening for Upper Extremity Musculoskeletal Disorders. Department of Physical Medicine and Rehabilitation, University of Michigan Medical Center.  April 9, 1999.

Franzblau A.  Assessment of Populations: Surveillance for Musculoskeletal Disabilities.  Ergonomic Barriers to Rehabilitation and Employment: Identification and Control.  University of Michigan Center for Occupational Health and Safety Engineering and Rehabilitation Engineering Research Center.  May 17, 1999.

Franzblau A.  "Health Effects of Machining Fluids".  Department of Medicine, St. Joseph Mercy Hospital, Pontiac, Michigan.  May 28, 1999.

Franzblau A.  "Epidemiology of Carpal Tunnel Syndrome: Implications for Clinical Diagnosis and Management".  Department of Medicine, St. Joseph Mercy Hospital, Pontiac, Michigan.  June 1, 1999.

Franzblau A.  "Assessment of Populations: Surveillance for Musculoskeletal Disorders".  Engineering Summer Conference, University of Michigan. June 18, 1999.

Franzblau A.  "Screening for musculoskeletal disorders. Research and practice". Nordic Institute for Advanced Training in Occupational Health (NIVA).  Marina di Ravenna, Italy.  September 16, 1999.

Franzblau A, Armstrong TJ.  "Clinical Case Management and Rehabilitation of Workers with Upper Extremity Musculoskeletal Disorders: A Model for Integration of Medical and Ergonomic Approaches."  Nordic Institute for Advanced Training in Occupational Health (NIVA).  Marina di Ravenna, Italy.  September 18, 1999.

Armstrong TJ, Franzblau A, Werner R.  "Case Studies: Combining Worker and Workplace Information".  University of Michigan Center for Occupational Health and Safety Engineering, University of Michigan Rehabilitation Engineering

Research Center, and University of California Center for Occupational and Environmental Health. Burlingame, California. December 10, 1999.

Franzblau A. "History and Epidemiology of Carpal Tunnel Syndrome: Implications for Screening, Clinical Diagnosis, and Management". Visiting Professorship, The Marshfield Clinic, Marshfield, Wisconsin. February 4, 2000.

Franzblau A. "Health Surveillance for Preventing Cumulative Trauma Disorders". University of Michigan Center for Occupational Health and Safety Engineering. Los Angeles, California. February 28, 2000.

Franzblau A. "Ergonomics: The Proposed OSHA Standard and State of the Science". Western Ohio Occupational & Environmental Medical Association. Springfield, Ohio. March 4, 2000.

Franzblau A, Ulin SS. "Integrating Ergonomics and Clinical Information for Worker Placement". University of Michigan COHSE & RERC. Ann Arbor, Michigan. March 14, 2000.

Franzblau A. "Comments on the Proposed OSHA Ergonomics Program Standard". Dept. of Labor, OSHA, Washington, DC. March 16, 2000.

Franzblau A. "Ergonomics: The Proposed OSHA Standard and State of the Science". Department of Internal Medicine, St. Joseph Mercy-Oakland Hospital, Pontiac, Michigan. March 17, 2000.

Franzblau A. "The Impact of Musculoskeletal Disorders on Workers in Michigan and Future Challenges". The Michigan Arthritis Scientific Forum. Michigan Department of Community Health. Ann Arbor, Michigan. May 12, 2000.

Franzblau A. "The Social Context of Disability". Grand Rounds, Dept. of Physical Medicine & Rehabilitation, Univesity of Michigan Medical Center. Ann Arbor, Michigan. May 25, 2000.

Franzblau A. "Medical Surveillance for Upper Limb Disorders". University of Michigan College of Engineering. Ann Arbor, Michigan. June 16, 2000.

Franzblau A, Werner RA, Armstrong TJ, Gell N, Ulin SS. Longitudinal assessment of workers for upper extremity musculoskeletal disorders. International Ergonomics Association and Human Factors and Ergonomics Society. San Diego, California. August 3, 2000.

Franzblau A. Screening for, and interventions to prevent, upper extremity musculoskeletal disorders among workers. The Prudential Insurance Company of America. Newark, New Jersey. October 6, 2000.

Armstrong T, Franzblau A. Ergonomic Solutions for Employment. State of the Art Conference, American College of Occupational and Environmental Medicine. Nashville, Tennessee. October 30, 2000.

Franzblau A. Ergonomics in the Workplace. State of the Art Conference, American College of Occupational and Environmental Medicine. Nashville, Tennessee. October 31, 2000.

Armstrong T, Franzblau A. Integrating Ergonomics and Clinical Information for Worker Placement. The 2000 Michigan Rehabilitation Conference and Exposition. Traverse City, Michigan. November 2, 2000.

Franzblau A. Occupational Lung Disease: Asbestos. University of Michigan Medical School. Ann Arbor, Michigan. November 20, 2000.

Franzblau A. Occupational Injuries & Fatalities in the United States. Grand Rounds, Department of Emergency Medicine, University of Michigan Medical School. Ann Arbor, Michigan. November 30, 2000.

Franzblau A. Active and Passive Surveillance Methods for Upper Limb Disorders. University of Michigan. Los Angeles, California. March 15, 2001.

Franzblau A, Armstrong T. Consideration of Job Demands for Worker Placement and Return to Work. University of Michigan. Los Angeles, California. March 15, 2001.

Werner RA, Gell N, Franzblau A, Armstrong TJ. "Sensory Nerve Conduction Studies as a Predictor of Future Carpal Tunnel Syndrome: A 6 year follow-up". American Occupational Health Conference. San Francisco, California. April 23, 2001.

Franzblau A. "Medical Surveillance for Upper Limb Disorders: Research and Practice". University of Michigan College of Engineering. Ann Arbor, Michigan. May 15, 2001.

Franzblau A. "Occupational Injuries & Fatalities in the United States". Departments of Internal Medicine and Pediatrics, St. Joseph Mercy Oakland Hospital, Pontiac, Michigan. June 8, 2001.

Franzblau A. "The On Job/On Campus (OJOC) Program at the University of Michigan School of Public Health - A Distance Learning Model for Physicians". Associations of Schools of Public Health - Sustaining the Environmental Health Workforce. Seattle, Washington. August 3, 2001.

Alfred Franzblau, MD
February 12, 2006
Page 19

Armstrong TJ, Franzblau A. "Ergonomic Solutions for Employment". Michigan Occupational & Environmental Medicine Association. Mt. Pleasant, Michigan. September 14, 2001.

Franzblau A. "Upper Extremity Musculoskeletal Disorders: Anatomy, Diagnosis, and Current Research". Delphi Physician and Nurses Medical Conference. Palm Springs, California. January 4, 2002.

Franzblau A. "Upper Extremity Musculoskeletal Disorders in the Workplace: An Overview". Sauder Woodworking Company, Archbold, Ohio. March 28, 2002.

Franzblau A. "Medical Surveillance for Upper Limb Disorders: Research and Practice". University of Michigan College of Engineering. Ann Arbor, Michigan. June 12, 2002.

Franzblau A. "Upper Extremity Musculoskeletal Disorders: Anatomy, Diagnosis, and Treatment". United Automobile Workers-DaimlerChrysler Health and Safety Conference. Sterling Heights, Michigan. October 23, 2002.

Franzblau A. Occupational Lung Disease: Asbestos. University of Michigan Medical School. Ann Arbor, Michigan. November 14, 2002.

Franzblau A. Research on Musculoskeletal Disorders: Carpal Tunnel Syndrome. Interdisciplinary Committee on Organizational Studies (ICOS), University of Michigan. November 22, 2002.

Franzblau A. Evaluation of Digital Chest Radiographs for Pneumoconioses. National Institute for Occupational Safety and Health (NIOSH). Morgantown, West Virginia. December 13, 2002.

Franzblau A. "A Critical Review of a Randomized Clinical Trial of Surgery versus Conservative Therapy for Carpal Tunnel Syndrome". Delphi Physician and Nurses Medical Conference. Palm Springs, California. January 25, 2003

Franzblau A. "Splinting versus Surgery in the Treatment of Carpal Tunnel Syndrome: A Randomized Controlled Trial. A Critical Review". American Occupational Health Conference. Atlanta, Georgia. May 6, 2003.

Franzblau A, Armstrong T, Werner R, Ulin S. "An Assessment of the ACGIH TLV for Hand Activity Level". American Industrial Hygiene Conference & Exposition. Dallas, Texas. May 13, 2003.

Franzblau A. "Health Effects of Metalworking Fluids". TRW Automotive. Jackson, Michigan. November 6, 2003.

Alfred Franzblau, MD
February 12, 2006
Page 20

Franzblau A. "Pre-placement nerve testing for carpal tunnel syndrome: Is it cost-effective?" UAW-Delphi Medical Conference. Palm Springs, CA. January 16, 2004.

Franzblau A, Kazerooni E, Goodsitt M. "Digital X-ray imaging in Pneumoconiosis Screening: Future Challenges for the NIOSH B Reader Program". National Institute for Occupational Safety and Health (NIOSH). McLean, Virginia. March 5, 2004.

Franzblau A. "Pre-placement nerve testing for carpal tunnel syndrome: Is it cost-effective?" University of Washington School of Public Health and Community Medicine. Seattle, WA. April 8, 2004.

Franzblau A, Werner RA, Yihan J. "Pre-placement nerve testing for carpal tunnel syndrome: Is it cost-effective?" PREMUS 2004. Zurich, Switzerland. July 13, 2004.

Franzblau A. "Overview of Occupational and Environmental Medicine". Department of Physical Medicine and Rehabilitation, University of Michigan Medical School. Ann Arbor, Michigan. October 14, 2004.

Franzblau A. "Upper Extremity Musculoskeletal Disorders: Anatomy, Diagnosis, and Treatment". United Automobile Workers-DaimlerChrysler Health and Safety Conference. Sterling Heights, Michigan. October 14, 2004.

Franzblau A. Pre-employment Screening. Michigan Department of Community Health. Lansing, Michigan. January 20, 2005.

Franzblau A. B-reading: An Overview and Future Challenges for Occupational Physicians. Wayne State University School of Medicine, Occupational Medicine Program. Detroit, Michigan. July 22, 2005.

Franzblau A. Preplacement Screening Exams and Carpal Tunnel Syndrome. Michigan Occupational and Environmental Medicine Association. Lansing, Michigan. September 23, 2005.

Franzblau A. Pre-Placement Screening: Is it Effective? Examination of Pre-Placement Nerve Testing to Prevent CTS. Washington University, St. Louis, MO. October 31, 2005.

## PUBLICATIONS

1.  Franzblau A, Criqui MH. Characteristics of persons with marked hypocholesterolemia. A population-based study. J Chron Dis 1984;37:387-395.

Alfred Franzblau, MD
February 12, 2006
Page 21

2.  Franzblau A. The effects of occupation and smoking on respiratory disease mortality (letter to the editor). Am Rev Resp Dis 1987;135:1219-1220.

3.  Franzblau A, Lilis R. The diagnosis of nonmalignant asbestos-related disease (letter to the editor). Am Rev Resp Dis 1987;136:790-791.

4.  Franzblau A. Book review of "Environmental Toxicity and the Aging Processes". Baker SR and Rogul M, editors. Am J Ind Med 1987;12:643-644.

5.  Franzblau A, Rosenstock L, Eaton DL. Use of inductively coupled plasma-atomic emission spectroscopy (ICP-AES) in screening for trace metal exposures in an industrial population. Environmental Research 1988;46:15-24.

6.  Franzblau A, Miller A. Occupation-Related fibrosing alveolitis: Asbestosis and Silicosis. IM-Int Med for the Specialist 1988;9:159.

7.  Marino PE, Franzblau A, Lilis R, Landrigan PJ. Acute lead poisoning in construction workers: The failure of current protective standards. Arch Environ Health 1989;44:140-145.

8.  Franzblau A. Asbestos-associated rounded atelectasis: a case report and review of the literature. Mt Sinai J Med 1989;56:321-325.

9.  Franzblau A, Letz RE, Hershman D, Mason P, Wallace J, Bekesi JG. Quantitative vibration threshold testing (QVTT) and computer-based neurobehavioral testing (NES) of persons infected with HIV. Proceedings of Int Conf AIDS (1989 Jun 4-9) 5:462 (abstract no. Th.B.P.276).

10. Franzblau A, Lilis R. Acute arsenic intoxication from environmental arsenic exposure. Arch Environ Health 1989;44:385-390.

11. Franzblau A, Selikoff IJ. Asbestos-associated rounded atelectasis in a cohort of insulation workers. Proceedings of the VIIth International Conference on the Pneumoconioses. DHHS (NIOSH) Publication Number 90-108, Part II. pp 1505-1508 (1990).

12. Kern DG, Christiani DC, Kelsey KT, Frumkin H, Kreiss K, Rose C, Newman LS, Jarvis J, Garabrant D, Robins TG, Franzblau A, et al. Asbestos Related Diseases (letter to the editor). New Eng J Med 1991;324(3):195-196.

13. Franzblau A, Letz R, Hershman D, Mason P, Wallace JI, Bekesi G. Quantitative neurologic and neurobehavioral testing of persons infected with human immunodeficiency virus type 1. Arch Neurol 1991;48:263-268.

Alfred Franzblau, MD
February 12, 2006
Page 22

14. Franzblau A, Flaschner D, Albers J, Blitz S, Werner R, Armstrong T. Medical screening of workers for the presence of upper extremity cumulative trauma disorders (CTDs). Proceedings of the 11th Congress of the International Ergonomics Association. edited by Y Queinnec and F Daniellou. Taylor & Francis, London. 1991, pp147-149.

15. Brozgold AZ, Franzblau A, Borod JC. Cognitive and affective aspects of multiple chemical sensitivities: A case report. Neuropsychology 1992;6(1):59-70.

16. Franzblau A, Levine SP, Burgess LA, Qu QS, Schreck RM, D'Arcy JB. The use of transportable Fourier transform infrared (FTIR) spectrometer for the direct measurement of solvents in breath and ambient air-I: methanol. Am Ind Hyg Assoc J 1992;53(4):221-227.

17. Franzblau A, Levine SP, Schreck RM, D'Arcy JB, Qu QS. Use of urinary formic acid as a biologic exposure index of methanol exposure. Applied Occup Environ Hyg 1992;7(7):467-471.

18. Franzblau A, Flaschner D, Albers J, Blitz S, Werner R, Armstrong T. Medical screening of office workers for upper extremity cumulative trauma disorders. Archives of Environmental Health. 1993;48(3):164-170.

19. Ulin SS, Armstrong TJ, Snook SH, Franzblau A. Effect of tool shape and work location on perceived exertion for work on horizontal surfaces. AIHAJ. 1993;54(7):383-391.

20. Franzblau A. "Metals and Related Compounds: arsenic, cadmium, chromium, mercury, manganese, nickel, vanadium, copper, zinc, thallium", in Textbook of Clinical Occupational and Environmental Medicine, edited by Linda Rosenstock and Mark Cullen. W.B. Saunders, 1994. pp. 732-734, 736-740, 742-743, 754-765.

21. Franzblau A, Lee EW, Schreck RM, D'Arcy JB, Santrock J, Levine SP. Absence of formic acid accumulation in urine following five days of methanol exposure. Applied Occup Environ Hyg. 1993;8(10):883-888.

22. Franzblau A, Werner R, Valle J, Johnston E. Workplace Surveillance for Carpal Tunnel Syndrome: A Comparison of Methods. J Occup Rehab. 1993;3(1):1-14.

23. Saldana N, Herrin GD, Armstrong TJ, Franzblau A. A computerized method for assessment of musculoskeletal discomfort in the workforce: a tool for surveillance. Ergonomics. 1994;37(6):1097-1112.

24. Werner RA, Albers JW, Franzblau A, Armstrong TJ. The relationship between body mass index and the diagnosis of carpal tunnel syndrome. Muscle & Nerve. 1994;7:632-636.

25. Franzblau A, Werner RA, Johnston E, Torrey S. Evaluation of Current Perception Threshold Testing as a Screening Procedure for Carpal Tunnel Syndrome Among Industrial Workers. J Occup Med. 1994;36(9):1015-1021.

26. Werner RA, Franzblau A, Johnston E. Quantitative vibrometry and electrophysiological assessment in screening for carpal tunnel syndrome among industrial workers: A comparison. Arch Phys Med Rehab. 1994;75:1228-1232.

27. Werner RA, Albers JW, Franzblau A, Armstrong TJ. The relationship between body mass index and the diagnosis of carpal tunnel syndrome [letter to the editor]. Muscle Nerve. 1994;7:1492-1493.

28. Franzblau A, Werner RA, Albers JW, Grant CL, Olinski D, Johnston E. Workplace surveillance for carpal tunnel syndrome using hand diagrams. J Occup Rehab. 1994;4(4):185-198.

29. Werner RA, Franzblau A, Johnston E. Comparison of multiple frequency vibrometry testing and sensory nerve conduction measures in screening for carpal tunnel syndrome in an industrial setting. Am J Phys Med Rehab. 1995;74:101-106.

30. Franzblau A, Batterman S, D'Arcy JB, Sargent NE, Gross KB, Schreck RM. Breath Monitoring of Inhalation and Dermal Methanol Exposure. Applied Occup Environ Hyg. 1995;10(10):833-839.

31. Becklake MR, Bowes DR, Cotes JE, Davies JCA, Franzblau A, Greenberg M, Harrington JM, Izmerov NF, Kelsey KT, Lauwerys R, Lerman Y, Letz R, Merchant JA, Ribak J, Ringen K, Schneiderman MA, Upton AC. Disclosure of interest - a time for clarity. Am J Ind Med. 1995;28(5):629-633.

32. Batterman SA, Xiao H, Franzblau A. Blood and urine bioindicators for methanol exposure: Effect of chilled and frozen sample storage. Applied Occup Environ Hyg. 1996;11(1):25-29.

33. Simpson C, Garabrant D, Torrey S, Robins T, Franzblau A. Hypersensitivity pneumonitis-like reaction and occupational asthma associated with 1,3-bis(isocyanatomethyl) cyclohexane pre-polymer. Am J Ind Med 1996;30:48-55.

34. Franzblau A, Werner RA, Johnston E, Torrey S. Evaluation of Current Perception Threshold Testing as a Screening Procedure for Carpal Tunnel

Syndrome Among Industrial Workers (letter to the editor). J Occ Environ Med. 1995;37(7):792-793.

35. Armstrong TJ, Martin BJ, Franzblau A, Rempel DM, Johnson PW. "Mouse input devices and work-related upper limb disorders", in Work with Display Units 94, edited by A Greico, G Molteni, B Piccoli and E Occhipinti. Elsevier Science BV, 1995. pp375-380.

36. Franzblau A, Rock CL, Werner RA, Albers JW, Kelly MP, Johnston EC. The Relationship of Vitamin B6 Status to Median Nerve Function and Carpal Tunnel Syndrome Among Active Industrial Workers. J Occ Environ Med. 1996;38(5):485-491.

37. Franzblau A, Werner R, Armstrong T, Albers J, Ulin S, Latko W, Finholt T. "Upper Extremity Cumulative Trauma Disorders in a Cross-Sectional Field Study of Industrial Workers". Proceedings of PREMUS95, Montreal, Canada. 1995, pp78-80.

38. Latko W, Armstrong T, Franzblau A, Ulin S. "Comparison of three methods for assessing repetition in manual work". Proceedings of PREMUS95, Montreal, Canada. 1995, pp277-279.

39. Robins T, Seixas N, Franzblau A, Abrams L, Minick S, Burge H, Schork MA. Acute respiratory effects of machining fluid aerosols: Evidence for a role of bacteria. Proceedings of "The Industrial Metalworking Environment: Assessment and Control", Detroit, Michigan. November 13-16, 1995. American Automobile Manufacturing Association. 1996. pp130-139.

40. Werner RA, Franzblau A. Hand Dominance Effect on Median and Ulnar Sensory Evoked Amplitude and Latency in Asymptomatic Workers. Arch Phys Med Rehab. 1996;77:473-476.

41. Batterman SA, Franzblau A, Zhou N. Airborne emissions at skin surfaces: A potential biological exposure index. Int J Occup & Environ Health. 1996;68(4):268-274.

42. Roth VS, Franzblau A. RADS After Exposure to a Riot Control Agent: A Case Report (letter to the editor). J Occ Environ Med. 1996;38(9):863-865.

43. Bennion, JR, Franzblau, A. Chemical Pneumonitis Following Household Exposure to Hydrofluoric Acid. Am J Ind Med. 1997;31(4):474-478.

44. Robins T, Seixas N, Franzblau A, Abrams L, Minick S, Burge H, Schork MA. Acute Respiratory Effects on Workers Exposed to Metalworking Fluid Aerosols in an Automotive Transmission Plant. Am J Ind Med. 1997;31(5):510-524.

45. Franzblau A, Batterman SA, Zhou N, Stepien CJ, D'Arcy JB, Sargent NE, Gross KB, Schreck RM.  Evaluation of methanol and formate in urine as biological exposure indices of methanol exposure.  Applied Occup Environ Hyg.  1997;12(5):367-374.

46. Franzblau A. Rock CL, Werner RA, Albers JW.  Vitamin B6 in Carpal Tunnel Syndrome [letter to the editor].  J Occ Environ Med.  1996;38(10):960-961.

47. Werner RA, Franzblau A, Albers JW, Buchele H, Armstrong TJ.  Use of screening nerve conduction studies for predicting future carpal tunnel syndrome.  Occup Environ Med.  1997;54:96-100.

48. Werner RA, Franzblau A, Albers JW, Armstrong TJ.  Influence of body mass index and work activity on the prevalence of median mononeuropathy at the wrist.  Occup Environ Med.  1997;54:268-271.

49. Franzblau A, Salerno DF, Armstrong TJ, Werner RA.  Test-Retest Reliability of an Upper Extremity Discomfort Questionnaire in an Industrial Population.  Scand J Work Environ Health.  1997;23:299-307.

50. Batterman SA, Franzblau A.  Time resolved cutaneous absorption and permeation rates of methanol in human volunteers.  Int Arch Occup Environ Health.  1997;70(5):341-351.

51. Werner RA, Buchele H, Franzblau A, Armstrong TJ, Albers JW.  Use of screening nerve conduction studies for predicting future carpal tunnel syndrome [letter to the editor].  Occup Environ Med.  1997;54(8):622.

52. Werner RA, Franzblau A, Albers JW.  Use of screening nerve conduction studies for predicting future carpal tunnel syndrome [letter to the editor].  Occup Environ Med.  1997;54(10):765-766.

53. Franzblau A, Minoshima S, Robins TG, Garabrant DH.  Comparison of single photon emission computed tomography findings in cases of healthy adults and solvent-exposed adults by Fincher et al [letter to the editor].  Am J Ind Med.  1997;32(6):695-697.

54. Werner RA, Franzblau A, Albers JW, Armstrong TJ.  Median mononeuropathy among active workers: are there differences between symptomatic and asymptomatic workers?  Am J Ind Med.  1998;33(4):374-378.

55. Salerno DF, Franzblau A, Werner RA, Bromberg MB, Armstrong TJ, Albers JW.  Median and ulnar nerve conduction studies among workers: Normative values.  Muscle & Nerve.  1998;21(8):999-1005.

Alfred Franzblau, MD
February 12, 2006
Page 26

56. Franzblau A, Rock CL, Werner RA, Albers JW.  Vitamin B6, vitamin C, and carpal tunnel syndrome.  A cross-sectional study of 441 adults by Keniston et al.  [letter to the editor]  J Occ Environ Med.  1998;40(4):305-307.

57. Batterman SA, Franzblau A, D'Arcy JB, Sargent NE, Gross KB, Schreck RM.  Breath, Urine and Blood Measurements as Biological Exposure Indices of Short-term Inhalation Exposures to Methanol.  Int Arch Occup Environ Health.  1998;71(5):325-335.

58. Rempel D, Evanoff B, Amadio PC, de Krom M, Franklin G, Franzblau A, Gray R, Gerr F, Hagberg M, Hales T, Katz JN, Pransky G.  Consensus criteria for the classification of carpal tunnel syndrome in epidemiologic studies.  Am J Public Health.  1998;88(10):1447-1451.

59. Strasser PB, Lusk SL, Franzblau A, Armstrong TJ.  Perceived psychological stress and upper extremity cumulative trauma disorders.  AAOHN Journal.  1999;47(1):22-30.

60. Homan MM, Franzblau A, Werner RA, Albers JW, Armstrong TJ, Bromberg MB.  Agreement between symptom surveys, physical examination findings and electrodiagnostic testing for carpal tunnel syndrome.  Scand J Work Environ Health.  1999;25(2):115-124.

61. Albers JW, Wald JJ, Werner RA, Franzblau A, Berent S.  Absence of polyneuropathy among workers previously diagnosed with solvent-induced toxic encephalopathy.  J Occup Environ Med.  1999;41(6):500-509.

62. Latko WA, Armstrong TJ, Franzblau A, Ulin SS, Werner RA, Albers JW.  A cross-sectional study of the relationship between repetitive work and the prevalence of upper limb musculoskeletal disorders.  Am J Ind Med.  1999;36(2):248-259.

63. Franzblau A.  The Epidemiology of Workplace Factors and Musculoskeletal Disorders: An Assessment of the NIOSH Review.  In: Work-Related Musculoskeletal Disorders.  Report, Workshop Summary, and Workshop Papers.  National Academy Press.  1999.  Pages 155-158.

64. Franzblau A, Werner RA.  What is carpal tunnel syndrome?  JAMA.  1999;282(2):186-187.

65. Salerno DF, Werner RA, Albers JW, Becker MP, Armstrong TJ, Franzblau A.  Reliability of nerve conduction studies among active workers.  Muscle & Nerve.  1999;22(10):1372-1379.

66. Gerard MJ, Armstrong TJ, Franzblau A, Martin BJ, Rempel DM. The effects of keyswitch stiffness on typing force, finger electromyography, and subjective discomfort. Am Ind Hyg Assoc J. 1999;60(6):762-769.

67. Salerno DF, Franzblau A, Werner RA, Chung KC, Schultz JS, Becker MP, Armstrong TJ. Reliability of Physical Examination of the Upper Extremity among Keyboard Operators. Am J Ind Med. 2000;37(4):423-430.

68. Checkoway H, Franzblau A. Is Silicosis Required for Silica-Associated Lung Cancer? Am J Ind Med. 2000;37(3):252-259.

69. Armstrong TJ, Haig AJ, Franzblau A, Keyserling WM, Levine SP, Martin BA, Ulin SS, Werner RA. Medical management and rehabilitation in the workplace: Emerging issues. J Occup Rehab. 2000;10(1):1-6.

70. Katz JN, Stock SR, Evanoff BA, Rempel D, Moore JS, Franzblau A, Gray RH. Classification criteria and severity assessment in work-associated upper extremity disorders: Methods matter. Am J Ind Med. 2000;38(4):369-372.

71. Franzblau A. "Screening for Upper Extremity Musculoskeletal Disorders: Research and Practice", in Occupational Ergonomics. Work Related Musculoskeletal Disorders of the Upper Limb and Back. Edited by Violante F, Armstrong T, Kilbom A. Taylor & Francis, London. 2000. pp 105-111.

72. Franzblau A, Armstrong TJ. "Clinical Case Management and Rehabilitation of Workers with Upper Extremity Musculoskeletal Disorders: A Model for Integration of Medical and Ergonomic Approaches", in Occupational Ergonomics. Work Related Musculoskeletal Disorders of the Upper Limb and Back. Edited by Violante F, Armstrong T, Kilbom A. Taylor & Francis, London. 2000. pp 184-204.

73. Abrams L, Seixas N, Robins T, Burge H, Muilenberg M, Franzblau A. Characterization of Metalworking Fluid Exposure Indices for a Study of Acute Respiratory Effects. Applied Occupational and Environmental Hygiene. 2000;15(6):492-502.

74. Hamann C, Werner R, Franzblau A, Rodger P, Siew C, Gruninger S. Prevalence of carpal tunnel syndrome and median mononeuropathy among dentists. JADA. 2001;132(2):163-170.

75. Garabrant DG, Franzblau A. Incidence of Latex Sensitization [letter to the editor]. Am J Resp Crit Care Med. 2001;163(6):1501-1502.

76. Werner RA, Gell N, Franzblau A, Armstrong TJ: Prolonged median sensory latency as a predictor of future carpal tunnel syndrome. Muscle Nerve 2001;24:1462-1467.

Alfred Franzblau, MD
February 12, 2006
Page 28

77. Salerno DF, Franzblau A, Armstrong TJ, Werner RA, Becker MP. Test-Retest Reliability of the Upper Extremity Questionnaire among Keyboard Operators. Am J Ind Med. 2001;6:655-666.

78. Armstrong TJ, Franzblau A, Haig A, Keyserling WM, Levine S, Streilein K, Ulin S, Werner R. Developing ergonomic solutions for prevention of musculoskeletal disorder disability. Assistive Technology. 2001;13.2:78-87.

78. Batterman S, Zhang L, Wang S, Franzblau A. Partition Coefficients For Trihalomethanes Among Blood, Urine, Water, Milk and Air. Science of the Total Environment. 2002;284:237-247.

79. Werner RA, Hamann C, Franzblau A, Rodgers P: Prevalence of carpal tunnel syndrome and upper extremity tendinitis among dental hygienists. J Dent Hygiene. 2002;76(2):126-132.

80. Franzblau A, Sahakian N. Asthma Following Household Exposure to Hydrofluoric Acid. Am J Ind Med. 2003;44(3):321-324.

81. Trout D, Weissman DN, Lewis D, Brundage RA, Franzblau A, Remick D. Evaluation of Hypersensitivity Pneumonitis Among Workers Exposed to Metal Removal Fluids. Appl Occ Environ Hyg. 2003;18: 953-960.

82. Tong HC, Werner RA, Franzblau A. The Effect of Aging on Sensory Nerve Conduction Study Parameters. Muscle & Nerve. 2004;29:716-720.

83. Franzblau A. Mold and Respiratory Tract Illness in the First Year of Life. [letter to the editor]. Am J Resp Crit Care Med. 2004;169(11):1254.

84. Franzblau A, Werner RA, Yihan J. Pre-placement nerve testing for carpal tunnel syndrome: Is it cost-effective? J Occ Environ Med. 2004;46(7):714-719.

85. Franzblau A, Garabrant DH. Respiratory impairment due to asbestos exposure in brake-lining workers. [letter to the editor]. Environ Research. 2004;96:105-106.

86. Naidoo RN, Robins TG, Soloman A, White N, Franzblau A. Radiographic outcomes among South African coal miners. Int Arch Occup Environ Health. 2004;77(7):471-481.

87. Franzblau A, Werner RA. Preplacement nerve testing for carpal tunnel syndrome [letter to the editor]. J Occup Environ Med. 2004;46(11):1102.

Alfred Franzblau, MD
February 12, 2006
Page 29

88. Franzblau A, Gillespie B. Comparison of "B" readers' interpretations of chest radiographs for asbestos-related changes [letter to the editor]. Academic Radiology. 2004;11(12):1400-1402.

89. Franzblau A. "Arsenic" and "Cadmium"; Franzblau A and Garabrant DH. "Chromium" and "Nickel"; Franzblau A and Fromes MC. "Mercury" and "Copper, Manganese, Thallium, Vanadium, Zinc". In Textbook of Occupational and Environmental Medicine, 2nd edition. Edited by Rosenstock, Cullen, Brodkin, and Redlich. Elsevier Saunders. 2005 pp. 946-949, 955-963, 979-990.

90. Werner RA, Franzblau A, Gell N. Randomized controlled trial of nocturnal splinting for active workers with symptoms of carpal tunnel syndrome. Archives of Physical Medicine and Rehabilitation. 2005;86(1):1-7.

91. D'Souza JC, Franzblau A, Werner RA. Review of epidemiologic studies on occupational factors and lower extremity musculoskeletal and vascular disorders and symptoms. J Occup Rehab. 2005;15(2):129-165.

92. Franzblau A, Armstrong TJ, Werner RA, Ulin SS. A Cross-Sectional Assessment of the ACGIH TLV for Hand Activity Level. J Occup Rehab. 2005;15(1):57-67.

93. Werner RA, Franzblau A, Gell N, Ulin SS, Armstrong TJ. Predictors of Upper Extremity Discomfort: A Longitudinal Study of Industrial and Clerical Workers. J Occ Rehab. 2005;15(1):27-35.

94. Gell N, Werner RA, Franzblau A, Ulin SS, Armstrong TJ. A Longitudinal Study of Industrial and Clerical Workers: Incidence of Carpal Tunnel Syndrome and Assessment of Risk Factors. J Occ Rehab. 2005;15(1):47-55.

95. Werner RA, Gell N, Franzblau A, Ulin SS, Armstrong TJ: A Longitudinal Study of Industrial and Clerical Workers: Predictors of Upper Extremity Tendonitis. J Occ Rehab. 2005;15(1):37-46.

96. Werner RA, Franzblau A, Gell N, Hamann C, Rodgers PA, Caruso T, Perry F, Lamb C, Beaver S, Hinkamp D, Eklund K, Klausner CP. Prevalence of Upper Extremity Symptoms and Disorders among Dental and Dental Hygiene Students. J Cal Dental Assoc. 2005;33(2):123-131.

97. Werner RA, Franzblau A, Gell N, Hartigan AG, Ebersole M, Armstrong TJ. Predictors of persistent elbow tendonitis among auto assembly workers. J Occ Rehab. 2005;15(3):393-400.

Alfred Franzblau, MD
February 12, 2006
Page 30

98. Werner RA, Franzblau A, Gell N, Hartigan AG, Ebersole M, Armstrong TJ. Risk factors for visiting a medical department because of upper-extremity musculoskeletal disorders.  Scand J Work Environ Health.  2005;31(2):132-137.

99. Werner RA, Franzblau A, Gell N, Hartigan AG, Ebersole M, Armstrong TJ. Incidence of Carpal Tunnel Syndrome Among Auto Assembly Workers and Assessment of Risk Factors. JOEM  2005;47(10):1044-1050.