# Exhibit 9

SUE ELLEN WOOLDRIDGE
Assistant Attorney General, ENRD
DAVID M. UHLMANN
Chief, Environmental Crimes Section
KEVIN M. CASSIDY
Trial Attorney
Environmental Crimes Section

WILLIAM W. MERCER
United States Attorney
KRIS A. MCLEAN
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CR 05-07-M-DWM |
| vs. | |
| W.R. GRACE, ALAN R. STRINGER, HENRY A. ESCHENBACH, JACK W. WOLTER, WILLIAM J. McCAIG, ROBERT J. BETTACCHI, O. MARIO FAVORITO, ROBERT C. WALSH, | SUPPLEMENTAL EXPERT WITNESS DISCLOSURE DR. ALAN C. WHITEHOUSE |
| Defendants. | |

Comes now the United States, by and through Kris A. McLean, Assistant United States Attorney, for the State and District of Montana and Kevin Cassidy, Trial Attorney, Environmental Crimes Section, United States Department of Justice, pursuant to F.R.Crim.P. 16 and this Court's order filed December 5, 2005, gives notice to the Court

1

S:\crim\04r0395\Expert Witness Info\Whitehouse Supp Expert Witness Disclosure.wpd

and the defendants that the government will call Alan C. Whitehouse, M.D. at trial as a fact witness and to render an expert opinion on several issues in this case. Dr. Whitehouse's qualifications are attached hereto as Exhibit A. A detailed statement of Dr. Whitehouse's opinion testimony is attached as Exhibit B. Dr. Whitehouse will also offer an expert opinion regarding his diagnosis of certain government witnesses as suffering from an asbestos related disease. Dr. Whitehouse's opinion regarding his diagnosis of certain government witnesses as suffering from an asbestos related disease is attached as Exhibit C.

The documents or other information Dr. Whitehouse reviewed in preparing the reports attached as Exhibit B and Exhibit C are:[1]

1. Referenced in the reports;

2. Contained in the CD's Attached as Exhibit D-1 thru D-25;

3. Were disclosed on January 6, 2006 bearing Bates numbers WRG-MED-000001 through WRG-MED-001688 pursuant to this Court's November 23, 2005 order concerning medical records; and

4. Contained in Exhibit E attached bearing Bates numbers 001 thru 306.

A list of Dr. Whitehouse's prior deposition and trial testimony is attached as Exhibit F.

The letter of agreement or contract for services relating to Dr. Whitehouse's involvement in this case is attached as Exhibit G.

At page 4 of Exhibit B attached, Dr. Whitehouse references data that he possesses "on over 550 patients from Libby and elsewhere. . . ". This data includes

---

[1] In the course of his education and training, Dr. Whitehouse has read and reviewed hundreds of articles and studies containing general and background information related to issues raised in this case. Those articles and studies form the basis of Dr. Whitehouse's expertise in this area, and therefore are incorporated into his qualifications. To the extent that Dr. Whitehouse has reviewed specific articles and studies or other information in preparation for his testimony in this case, they have been identified pursuant to the Court's order.

voluminous private medical records. The volume and nature of these medical records makes copying for disclosure to the defendants impractical and cost prohibited. Therefore, the government and Dr. Whitehouse will make these medical records available for review by the defendants at a mutually convenient time and location. Disclosure of these private medical records is subject to this Court's protective order concerning medical records. See, November 23, 2005 Order (Medical Records at 19 - 21).

The government will continue to investigate this case through close of all evidence at trial. Therefore, the government reserves its right to submit information obtained subsequent to this filing, including any expert disclosures filed by the defendants in this case, to Dr. Whitehouse for his review. Any supplementation of Dr. Whitehouse's expert opinion required by review of such materials will be provided to the defendants.

As disclosed herein, the basis for Dr. Whitehouse's expert testimony includes private medical information. Therefore, all private medical information referenced and disclosed as a part of this expert witness disclosure are made subject to this Court's protective order concerning medical records. See, November 23, 2005 (protective order concerning medical records. See, November 23, 2005 Order (Medical Records at 19 - 21).

DATED this 13th day of January, 2006.

> WILLIAM W. MERCER
> United States Attorney
>
> /s/ Kris A. McLean
> KRIS A. McLEAN
> Assistant United States Attorney
>
> /s/ Kevin M. Cassidy
> KEVIN M. CASSIDY

3

Trial Attorney
Environmental Crimes Section
U.S. Department of Justice

CERTIFICATE OF SERVICE
L.R. 5.2(b)

I hereby certify that on January 13, 2006, a copy of the foregoing document was served on the following persons by the following means:

1.     1 - 8             CM/ECF

2.     6a                Mail

### 1. Attorneys for WR Grace

Larry Urgenson
William B. Jacobson
Tyler D. Mace
Kirkland & Ellis, LLP
655 Fifteenth St., NW,
Washington DC 20005
FAX: (202) 879-5200
lurgenson@kirkland.com
wjacobson@kirkland.com
tmace@kirkland.com

Stephen R. Brown
Charles E. McNeil
Kathleen Desoto
Attorney at Law
P.O. Box 7909
Missoula, MT 59807
FAX: (406) 523-2595
srbrown@garlington.com
cemcneil@garlington.com
kldesoto@garlington.com

### 2. Attorneys for Alan Stringer

Angelo Calfo
Michelle Peterson
Yarmuth Wilsdon Calfo PLLC
925 Fourth Avenue, Suite 2500
Seattle, WA 98104
FAX: (206) 516-3888
acalfo@yarmuth.com
mpeterson@yarmuth.com

Mr. Michael F. Bailey
Attorney at Law
P.O. Box 8597
Missoula, MT 59807
FAX: (406) 721-5912
bai-ant@bigsky.net

### 3. Attorneys for Henry Eschenbach

David Krakoff
Gary Winters
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006
FAX: (202) 263-5370
dkrakoff@mayerbrownrowe.com
gwinters@mayerbrownrowe.com

Ronald F. Waterman
Gough, Shanahan, Johnson & Waterman
P.O. Box 1715
Helena, MT 59624-1715
FAX: (406) 442-8783
rfw@gsjw.com

### 4. Attorneys for Jack Wolter

Mark Holscher
Jeremy Maltby
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071
FAX: (213) 430-6407
mholscher@omm.com

Michael J. Milodragovich
W. Adam Duerk
Attorney at Law
P.O. Box 4947
Missoula, MT 59806-4947
FAX: (406) 549-7077

**5. Attorneys for William McCaig**

William Coates
Roe Cassidy Coates & Price
PO Box 10529
Greenville, SC 29603
FAX: (864) 349-0303
wac@roecassidy.com

Elizabeth Van Doren Gray
Sowell, Gray, Stepp & Laffitte, LLC
1310 Gadsden Street
PO Box 11449
Columbia, SC 29211
FAX: (803) 929-0300

Palmer A. Hoovestal
Attorney at Law
P.O. Box 747
Helena, MT 59624
FAX: (406) 457-0475
palmer@hoovestal-law.com

**6. Attorneys for Robert Bettacchi**

Thomas C. Frongillo
Wiel, Gotshal & Manges
100 Federal St., 34th Floor
Boston, MA 02110
FAX: (617) 772-8333
thomas.frongillo@weil.com

Brian K. Gallik
Goetz, Gallik, Baldwin, P.C.
P.O. Box 6580
Bozeman, MT 59771-0428
FAX: (406) 587-5144

**6a. Attorney for Robert Bettacchi**

Vernon Broderick
Weil, Gotshal and Manges
767 Fifth Avenue
New York, NY 10153

**7. Attorneys for O. Mario Favorito**

Stephen Jonas
Wilmer Cutler Pickering Hale and Dorr
60 State Street
Boston, MA 02109
FAX: (617) 526-5000
stephen.jonas@wilmerhale.com

CJ Johnson
Kalkstein Law Firm
P.O. Box 8568
Missoula, MT 59807
FAX: (406) 721-9896
cj@kalksteinlaw.com

**8. Attorneys for Robert C. Walsh**

Stephen R. Spivack
Bradley Arant Rose & White
1133 Connecticut Ave. NW
Washington, DC 20036
FAX: (202) 719-8334
sspivack@bradleyarant.com

Catherine A. Laughner
Aimee M. Grmoljez
Browning, Kaleczyc, Berry & Hoven, PC
P.O. Box 1697
Helena, MT 59624
FAX: (406) 443-6883

/s/ Sheryl L. Nordahl
Sheryl L. Nordahl, Paralegal Specialist