# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> W.R. GRACE & CO., et al. ) <br> ) <br> Debtors. ) <br> ) | Chapter 11 <br><br> Case No. 01-1139 (JKF) <br><br> Objection Deadline: March 10, 2006 at 4:00 p.m. <br> Hearing: March 27, 2006 at 12:00 p.m. |

## COVER SHEET TO FIRST QUARTERLY APPLICATION OF TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2004 THROUGH DECEMBER 30, 2004

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered December 21, 2004) |
| Period for which compensation is sought: | October 1, 2004 through December 30, 2004 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $25,002.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0 |

This is an:   __X__ interim   ____ monthly   ____ final application.

## COMPENSATION SUMMARY
### December 2004

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Michael E. Angelina | Principal of Towers Perrin ACAS – 1993 (20 years) | 575 | 15.00 | 8,625 |
| Gregory Poirier | Consulting Actuary (5.5 years) FCAS – 2000 | 425 | 3.00 | 1,275 |
| Atul Malhotra | Consulting Actuary (4 years) FCAS, ACAS 2000 | 360 | 38.50 | 13,860 |
| Liz Scott | Analyst – (Towers Perrin 10 years) | 180 | .2 | 36 |
| Yan Lap Fung | Analyst – (Towers Perrin 1 year) | 180 | 6.7 | 1,206 |
| Total Blended Rate: $394.35 | | | 63.40 | $25,002 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Insurance | 63.4 | $25,002 |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |

| October – December 2004 – Grand Total | $25,002 |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: *Jennifer L. Biggs*
Jennifer L. Biggs, FCAS, MAAA
101 S. Hanley Rd.
St. Louis, MO 63105
(314) 719-5843

Dated: Feb 15, 2006