IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Objection Deadline: March 10, 2006 at 4:00 p.m. |
| | ) | Hearing: March 27, 2006 at 12:00 p.m. |

**COVER SHEET TO SECOND QUARTERLY APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
JANUARY 1, 2005 THROUGH MARCH 31, 2005**

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered December 21, 2004) |
| Period for which compensation is sought: | January 1, 2005 through March 31, 2005 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $78,723.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $270.00 |

This is an:   __X__  interim      ___ monthly      ___ final application.

## COMPENSATION SUMMARY
January 1, 2005 through March 31, 2005

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Michael E. Angelina | Principal of Towers Perrin ACAS – 1993 (20 years) | 575 | 66.4 | $38,180.00 |
| Greg Poirier | Consulting Actuary (6 years) FCAS | 425 | 0.9 | 382.50 |
| Lisa Balatbat | Project Manager (Towers Perrin 7.5 years) | 400 | 14 | 5,600.00 |
| Atul Malhotra | Consulting Actuary (4 years) FCAS, ACAS 2000 | 360 | 83.4 | 38,024.00 |
| Yan Lap Fung | Analyst – (Towers Perrin 1 year) | 180 | 25.2 | 4,536.00 |
| Total | | | | |
| Blended Rate: $414.55 | | | 189.9 | $78,723.00 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Insurance | 189.9 | $78,723.00 |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| Travel | $270.00 |

| | |
|---|---|
| January through March 2005 – Grand Total | $78,993.00 |

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: *Jennifer L. Biggs*
Jennifer L. Biggs, FCAS, MAAA
101 S. Hanley Rd.
St. Louis, MO 63105
(314) 719-5843

Dated: Feb. 15, 2006