# EXHIBIT B TO

# SECOND QUARTERLY

# FEBRUARY 2005 MONTHLY FEE APPLICATION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
|  | ) |  |
| **Debtors.** | ) | Objection Deadline: January 26, 2006 at 4:00 p.m. |
|  | ) | Hearing: Schedule if Necessary (Negative Notice) |

## COVER SHEET TO THIRD MONTHLY APPLICATION OF
## TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
## TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
## COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
## FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005

Name of Applicant:                                     Towers Perrin Tillinghast

Authorized to Provide Professional
Services to:                                           David T. Austern, Future Claimants' Representative
                                                       (the "FCR")

Date of Retention:                                     December 21, 2004

Period for which compensation is
sought:                                                February 1, 2005 through February 28, 2005

Amount of Compensation (100%) sought
as actual, reasonable, and necessary:                  $29,710.00

80% of fees to be paid:                                $23,768.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:                   $0

Total Fees @ 80% and 100%
Expenses:                                              $23,768.00

This is an:    __    interim    __X__    monthly    __    final application.

## COMPENSATION SUMMARY
### February 2005

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Michael E. Angelina | Principal of Towers Perrin ACAS – 1993 (20 years) | 575 | 15.20 | 8,740 |
| Atul Malhotra | Consulting Actuary (4 years) FCAS, ACAS 2000 | 360 | 50.50 | 18,180 |
| Yan Lap Fung | Analyst – (Towers Perrin 1 year) | 180 | 15.50 | 2,790 |
| Total | | | 81.20 | $29,710 |
| Blended Rate: $365.89 | | | | |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Insurance | 81.20 | $29,710 |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |

| February 2005 – Grand Total | $29,710 |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: _____
Greg J. Poirier, FCAS, MAAA
2107 Wilson Boulevard
Arlington, VA 22201-3062
(703) 351-4700

Dated: Dec 23, , 2005

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

## VERIFICATION

**STATE OF VIRGINIA**

**COUNTY OF** _ARLINGTON_ **, TO WIT:**

Greg J. Poirier, after being duly sworn according to law, deposes and says:

1.    I am an actuarial consultant of the applicant consulting firm Towers Perrin Tillinghast.

2.    I am familiar with the services rendered by Towers Perrin Tillinghast, actuarial consultants to David T. Austern as Future Claimants' Representative ("FCR"). The work performed on behalf of the FCR by professionals of the firm is described in the invoices attached as Exhibit A hereto.

3.    I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_____
GREG J. POIRIER

SWORN AND SUBSCRIBED TO BEFORE ME

THIS _23_ DAY OF _DEC_ , 2005

_____
Notary Public

My commission expires: _OCT. 31 , 2008_

# EXHIBIT A

# TOWERS PERRIN TILLINGHAST

# INVOICES FOR THE TIME PERIOD

# <u>FEBRUARY 1-28, 2005</u>

**W.R. Grace (Bankruptcy)**
**Towers Perrin Time Records**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| | | | | |

### Feb-05

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Atul Malhotra | 2/3/2005 | 2.50 | Analysis | Model setup |
| Atul Malhotra | 2/8/2005 | 2.00 | Analysis | Model setup |
| Atul Malhotra | 2/9/2005 | 7.00 | Analysis | Exhibits |
| Atul Malhotra | 2/10/2005 | 7.30 | Analysis | Exhibits |
| Atul Malhotra | 2/11/2005 | 6.00 | Analysis | Exhibits |
| Atul Malhotra | 2/14/2005 | 2.50 | Analysis | Exhibits |
| Atul Malhotra | 2/16/2005 | 4.50 | Analysis | Exhibits |
| Atul Malhotra | 2/16/2005 | 4.50 | Analysis | Exhibits |
| Atul Malhotra | 2/17/2005 | 1.20 | Analysis | Exhibits |
| Atul Malhotra | 2/18/2005 | 7.00 | Analysis | Exhibits |
| Atul Malhotra | 2/21/2005 | 2.50 | Analysis | Exhibits |
| Atul Malhotra | 2/23/2005 | 2.50 | Analysis | Exhibits |
| Atul Malhotra | 2/24/2005 | 1.00 | Analysis | Exhibits |
| | **Total** | **50.50** | | |
| | | | | |
| Mike Angelina | 2/2/2005 | 2.00 | Assumptions | Review and change assumptions and parameters |
| Mike Angelina | 2/7/2005 | 1.00 | Assumptions | Review and change assumptions and parameters |
| Mike Angelina | 2/11/2005 | 2.00 | Assumptions | Review and change assumptions and parameters |
| Mike Angelina | 2/13/2005 | 1.00 | Assumptions | Review and change assumptions and parameters |
| Mike Angelina | 2/15/2005 | 4.00 | Assumptions | Review and change assumptions and parameters |
| Mike Angelina | 2/16/2005 | 1.00 | Assumptions | Review and change assumptions and parameters |
| Mike Angelina | 2/17/2005 | 2.00 | Assumptions | Review and change assumptions and parameters |
| Mike Angelina | 2/18/2005 | 0.20 | Assumptions | Review and change assumptions and parameters |
| Mike Angelina | 2/19/2005 | 2.00 | Assumptions | Review and change assumptions and parameters |
| | **Total** | **15.2** | | |
| | | | | |
| Yan Lap Fung | 2/7/2005 | 4.00 | Analysis | Data Validation |
| Yan Lap Fung | 2/8/2005 | 7.50 | Analysis | Data Validation |
| Yan Lap Fung | 2/11/2005 | 0.50 | Analysis | Data Validation |
| Yan Lap Fung | 2/25/2005 | 3.50 | Analysis | Data Validation |
| | **Total** | **15.50** | | |

| | | | |
|---|---|---|---|
| **Grand Total** | | **81.20** | |