# EXHIBIT C TO

# SECOND QUARTERLY

# MARCH 2005 MONTHLY FEE APPLICATION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Objection Deadline: January 26, 2006 at 4:00 p.m. |
| ) | Hearing: Schedule if Necessary (Negative Notice) |

## COVER SHEET TO FORTH MONTHLY APPLICATION OF TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2005 THROUGH MARCH 31, 2005

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | December 21, 2004 |
| Period for which compensation is sought: | March 1, 2005 through March 31, 2005 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $38,788.00 |
| 80% of fees to be paid: | $31,030.40 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $270.00 |
| Total Fees @ 80% and 100% Expenses: | $31,300.40 |

This is an:  __ interim   X  monthly   __ final application.

## COMPENSATION SUMMARY
### March 2005

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Michael E. Angelina | Principal of Towers Perrin ACAS – 1993 (20 years) | 575 | 35.50 | 20,413 |
| Atul Malhotra | Consulting Actuary (4 years) FCAS, ACAS 2000 | 360 | 30.40 | 10,944 |
| Yan Lap Fung | Analyst – (Towers Perrin 1 year) | 180 | 9.70 | 1,746 |
| Lisa Balatbat | Project Manager (Towers Perrin 7.5 years) | 400 | 14.00 | 5,600 |
| Gregory Poirier | Consulting Actuary (5.5 years) FCAS – 2000 | 425 | .20 | 85 |
| **Total** | | | 89.80 | $38,788 |
| **Blended Rate: $431.94** | | | | |

### COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Insurance | 89.80 | $38,788 |

### EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| Travel | $270 |

| March 2005 – Grand Total | $39,058 |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: *[signature]*
Greg J. Poirier, FCAS, MAAA
2107 Wilson Boulevard
Arlington, VA 22201-3062
(703) 351-4700

Dated: Dec. 23, 2005

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## VERIFICATION

**STATE OF VIRGINIA**

**COUNTY OF** ARLINGTON , **TO WIT:**

Greg J. Poirier, after being duly sworn according to law, deposes and says:

1. I am an actuarial consultant of the applicant consulting firm Towers Perrin Tillinghast.

2. I am familiar with the services rendered by Towers Perrin Tillinghast, actuarial consultants to David T. Austern as Future Claimants' Representative ("FCR"). The work performed on behalf of the FCR by professionals of the firm is described in the invoices attached as Exhibit A hereto.

3. I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_____
GREG J. POIRIER

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 23 DAY OF DEC - , 2005

_____
Notary Public

My commission expires: OCT. 31, 2007

# EXHIBIT A

# TOWERS PERRIN TILLINGHAST

# INVOICES FOR THE TIME PERIOD

# MARCH 1-31, 2005

**W.R. Grace (Bankruptcy)**
**Towers Perrin Time Records**

## Mar-05

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Atul Malhotra | 3/2/2005 | 6.00 | Analysis | Text |
| Atul Malhotra | 3/3/2005 | 6.00 | Analysis | Text |
| Atul Malhotra | 3/7/2005 | 4.00 | Analysis | Text |
| Atul Malhotra | 3/8/2005 | 0.50 | Analysis | Text |
| Atul Malhotra | 3/9/2005 | 1.40 | Analysis | Exhibits |
| Atul Malhotra | 3/10/2005 | 1.00 | Analysis | Exhibits |
| Atul Malhotra | 3/11/2005 | 1.00 | Analysis | Exhibits |
| Atul Malhotra | 3/15/2005 | 2.00 | Analysis | Exhibits |
| Atul Malhotra | 3/16/2005 | 2.50 | Analysis | Exhibits |
| Atul Malhotra | 3/31/2005 | 6.00 | Analysis | Text |
| | Total | 30.40 | | |
| Mike Angelina | 3/1/2005 | 1.00 | Assumptions | Review and change assumptions and parameters |
| Mike Angelina | 3/3/2005 | 1.50 | Assumptions | Review and change assumptions and parameters |
| Mike Angelina | 3/4/2005 | 3.00 | Assumptions | Review and change assumptions and parameters |
| Mike Angelina | 3/7/2005 | 1.00 | Assumptions | Review and change assumptions and parameters |
| Mike Angelina | 3/8/2005 | 2.00 | Meeting | Prepare discussion document |
| Mike Angelina | 3/9/2005 | 2.00 | Meeting | Prepare discussion document |
| Mike Angelina | 3/11/2005 | 3.00 | Meeting | Preparation for meeting |
| Mike Angelina | 3/15/2005 | 1.00 | Meeting | Preparation for meeting |
| Mike Angelina | 3/16/2005 | 8.00 | Meeting | Preparation for meeting |
| Mike Angelina | 3/17/2005 | 8.00 | Meeting | Meeting and meeting mrep |
| Mike Angelina | 3/24/2005 | 1.00 | Assumptions | Meeting and meeting prep |
| Mike Angelina | 3/28/2005 | 2.00 | Assumptions | Meeting and meeting prep |
| Mike Angelina | 3/31/2005 | 2.00 | Assumptions | Meeting and meeting prep |
| | Total | 35.50 | | |
| Yan Lap Fung | 3/1/2005 | 1.75 | Analysis | Tech review |
| Yan Lap Fung | 3/2/2005 | 0.75 | Analysis | Tech review |
| Yan Lap Fung | 3/11/2005 | 0.2 | Analysis | Tech review |
| Yan Lap Fung | 3/16/2005 | 4.50 | Analysis | Tech review |
| Yan Lap Fung | 3/16/2005 | 0.50 | Analysis | Tech review |
| Yan Lap Fung | 3/31/2005 | 2.00 | Analysis | Tech review |
| | Total | 9.7 | | |
| Lisa Balatbat | 3/1/2005 | 14.00 | Assumptions | Documentation |
| Greg Poirier | 3/31/2005 | 0.20 | Model set up | Model Setup |
| | Grand Total | 89.80 | | |