# EXHIBIT A TO

# THIRD QUARTERLY

# JUNE 2005 MONTHLY FEE APPLICATION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al. | Case No. 01-1139 (JKF) |
| Debtors. | Objection Deadline: January 26, 2006 at 4:00 p.m. |
| | Hearing: Schedule if Necessary (Negative Notice) |

### COVER SHEET TO FIFTH MONTHLY APPLICATION OF TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 1, 2005 THROUGH JUNE 30, 2005

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | December 21, 2004 |
| Period for which compensation is sought: | June 1, 2005 through June 30, 2005 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $432.00 |
| 80% of fees to be paid: | $345.60 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0 |
| Total Fees @ 80% and 100% Expenses: | $345.60 |

This is an:  __ interim   X  monthly   __ final application.

## COMPENSATION SUMMARY
### June 2005

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Atul Malhotra | Consulting Actuary (4 years) FCAS, ACAS 2000 | 360 | 1.2 | 432 |
| Total | | | 1.2 | $432 |
| Blended Rate: $360 | | | | |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Insurance | 1.2 | $432 |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |

| | |
|---|---|
| June 2005 – Grand Total | $432 |

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: _(signature)_
Greg J. Poirier, FCAS, MAAA
2107 Wilson Boulevard
Arlington, VA 22201-3062
(703) 351-4700

Dated: Dec. 23, 2005

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | |

### VERIFICATION

STATE OF VIRGINIA

COUNTY OF ARLINGTON, TO WIT:

Greg J. Poirier, after being duly sworn according to law, deposes and says:

1. I am an actuarial consultant of the applicant consulting firm Towers Perrin Tillinghast.

2. I am familiar with the services rendered by Towers Perrin Tillinghast, actuarial consultants to David T. Austern as Future Claimants' Representative ("FCR"). The work performed on behalf of the FCR by professionals of the firm is described in the invoices attached as Exhibit A hereto.

3. I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_____
GREG J. POIRIER

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 27 DAY OF DEC., 2005

_____
Notary Public

My commission expires: OCT. 31, 2008

# EXHIBIT A

# TOWERS PERRIN TILLINGHAST

# INVOICES FOR THE TIME PERIOD

# JUNE 1-30, 2005

## W.R. Grace (Bankruptcy)
## Towers Perrin Time Records

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| **Jun-05** | | | | |
| Atul Malhotra | 6/2/2005 | **1.2** | Analysis | Documentation |
| Grand Total | | 1.20 | | |