IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> W.R. GRACE & CO., et al. ) <br> ) <br> Debtors. ) <br> ) | Chapter 11 <br><br> Case No. 01-1139 (JKF) <br><br> Objection Deadline: March 10, 2006 at 4:00 p.m. <br> Hearing: March 27, 2006 at 12:00 p.m. |

### COVER SHEET TO FOURTH QUARTERLY APPLICATION OF TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2005 THROUGH DECEMBER 31, 2005

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered December 21, 2004) |
| Period for which compensation is sought: | October 1, 2005 through December 31, 2005 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $12,740.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $2,246.00 |

This is an:   __X__ interim   ___ monthly   ___ final application.

## COMPENSATION SUMMARY
### October 1, 2005 through December 31, 2005

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| | | | | |
| Jenni Biggs | Consulting Actuary (17 years) FCAS | 560 | 16.3 | $9,128.00 |
| Greg Poirier | Consulting Actuary (6 years) FCAS | 425 | 8.5 | 3,612.50 |
| Total Blended Rate: $513.73 | | | 24.8 | $12,740.50 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Insurance | 24.8 | $12,740.50 |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| Travel Expense (4 trips to office of Swidler in D.C.) | $2,246.00 |

| | |
|---|---|
| October – December 2005 – Grand Total | $14,986.50 |

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: *Jennifer L. Biggs*
Jennifer L. Biggs, FCAS, MAAA
101 S. Hanley Rd.
St. Louis, MO 63105
(314) 719-5843

Dated: Feb 15, 2006