# EXHIBIT B TO

# FOURTH QUARTERLY

# DECEMBER 2005 MONTHLY FEE APPLICATION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
|  | ) |  |
| Debtors. | ) | Objection Deadline: March 7, 2006 at 4:00 p.m. |
|  | ) | Hearing: Schedule if Necessary (Negative Notice) |

## COVER SHEET TO SEVENTH MONTHLY APPLICATION OF TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005

Name of Applicant:                                 Towers Perrin Tillinghast

Authorized to Provide Professional
Services to:                                       David T. Austern, Future Claimants' Representative
                                                   (the "FCR")

Date of Retention:                                 As of October 29, 2004 (pursuant to this Court's
                                                   Order entered December 21, 2004)

Period for which compensation is
sought:                                            December 1, 2005 through December 31, 2005

Amount of Compensation (100%) sought
as actual, reasonable, and necessary:              $4,836.00

80% of fees to be paid:                            $3,868.80

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:               $1,245.00

Total Fees @ 80% and 100%
Expenses:                                          $5,113.80

This is an:    __   interim      X    monthly     ___    final application.

## COMPENSATION SUMMARY
### December 2005

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (17 years) FCAS | 560 | 5.6 | 3,136.00 |
| Greg Poirier | Consulting Actuary (6 years) FCAS | 425 | 4.0 | 1,700.00 |
| Total Blended Rate: $503.75 | | | 9.6 | $4,836.00 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Insurance | 9.6 | $4,836.00 |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| Travel Expense (trip from St. Louis to office of Swidler in D.C., including change fees and increase in airfare due to rescheduling meeting) | $1,245.00 |

| December 2005 – Grand Total | |
|---|---|
| | $6,081.00 |

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: *Jennifer L. Biggs*
Jennifer L. Biggs, FCAS, MAAA
101 S. Hanley Rd.
St. Louis, MO 63105
(314) 719-5843

Dated: _Feb. 14_, 2006

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al. | Case No. 01-1139 (JKF) |
| Debtors. | |

## VERIFICATION

STATE OF MISSOURI

COUNTY OF St. Louis , TO WIT:

Jennifer L. Biggs, after being duly sworn according to law, deposes and says:

1.     I am an actuarial consultant of the applicant consulting firm Towers Perrin Tillinghast.

2.     I am familiar with the services rendered by Towers Perrin Tillinghast, actuarial consultants to David T. Austern as Future Claimants' Representative ("FCR"). The work performed on behalf of the FCR by professionals of the firm is described in the invoices attached as Exhibit A hereto.

3.     I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

JENNIFER L. BIGGS

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 14th DAY OF February , 2006

Notary Public Diana M. Niemeyer

My commission expires: April 25, 2009

# EXHIBIT A

# TOWERS PERRIN TILLINGHAST

# INVOICES FOR THE TIME PERIOD

# <u>DECEMBER 1-31, 2005</u>

**W.R. Grace (Bankruptcy)**
**Towers Perrin Time Records**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| | | | | |

## Dec-05

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Greg Poirier | 12/16/2005 | 4 | Meeting | Meeting and Follow-Up |
| Jenni Biggs | 12/6/2005 | 0.2 | Project Planning | Discuss confidentiality of information |
| Jenni Biggs | 12/7/2005 | 0.2 | Project Planning | Discuss confidentiality of information |
| Jenni Biggs | 12/8/2005 | 0.2 | Project Planning | Discuss confidentiality of information |
| Jenni Biggs | 12/16/2005 | 4 | Meeting | Meeting and Follow-Up |
| Jenni Biggs | 12/19/2005 | 0.5 | Project Planning | Project Planning/Methods |
| Jenni Biggs | 12/21/2005 | 0.5 | Project Planning | Discussion regarding discovery |
| | Total | 9.6 | | |