## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |

**Objection Deadline: March 13, 2006 at 4:00 p.m.**
**Hearing Date: March 27, 2006 at 2:00 p. m.**

## NINETEENTH QUARTERLY FEE APPLICATION
## OF KLETT ROONEY LIEBER & SCHORLING,
## CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
## COMPENSATION AND REIMBURSEMENT OF EXPENSES
## <u>FOR THE PERIOD FROM OCTOBER 1, 2005 THROUGH DECEMBER 25, 2005</u>

| | |
|---|---|
| Name of Applicant: | Klett Rooney Lieber & Schorling, a Professional Corporation |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | October 1, 2005 through December 25, 2005 |
| Amount of fees to be approved as actual, reasonable and necessary: | $62,973.50 |
| Amount of expenses sought as actual, reasonable and necessary: | $639.67 |

This is a(n):      _x_ interim      ___ final application.

The total time expended for the preparation of this application will be included in the next interim fee application.

**Prior Monthly Applications for the period October 1, 2005 through December 25, 2005:**

| Date Filed and <u>Docket No.</u> | <u>Period Covered</u> | Requested Fees/ Expenses | Approved Fees/ Expenses | <u>CNO/ Docket No.</u> |
|---|---|---|---|---|
| November 29, 2005 [11194] | October1, 2005 through October 31, 2005 | $22,006.50/ $73.99 | $17,605.20 $73.99 | 12/22/05 [11406] |
| December 29, 2005 [11455] | November 1, 2005 through November 30, 2005 | $17,553.00/ $186.38 | $14,042.40/ $186.38 | 1/20/06 [11600] |
| January 30, 2005 [11648] | December 1, 2005 through December 25, 2005 | $17,414.00/ $379.30 | $13,931.20/ $379.30 | **OD 2/20/06** |

## SUMMARY OF TIME FOR BILLING PERIOD
## <u>OCTOBER 1, 2005 THROUGH DECEMBER 25, 2005</u>

| Name, Position, Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Teresa K.D. Currier Shareholder; admitted DE 1992 and PA 1985 | $470 | 109.2 | $51,324.00 |
| Mary F. Caloway Shareholder; admitted DE 1992 | $375 | .4 | $150.00 |
| Frances A. Panchak Paralegal | $145 | 1.1 | $159.50 |
| Melissa N. Flores Paralegal | $135 | 84 | $11,340.00 |
| **TOTAL** | | **194.7** | **$62,973.50** |

## SUMMARY OF TIME BY PROJECT CATEGORY[1] FOR BILLING PERIOD
## OCTOBER 1, 2005 THROUGH DECEMBER 25, 2005

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 1.5 | $705.00 |
| Business Operations | 3.0 | $1,410.00 |
| Case Administration | 43.1 | $5,818.50 |
| Claims Analysis Objections & Resolution (Asbestos) | 9.8 | $2,799.00 |
| Claims Analysis Objections & Resolution (Non-Asbestos) | 53.0 | $24,608.50 |
| Committee, Creditors', Noteholders', or Equity Holders | 3.2 | $1,504.00 |
| Employment Applications, Others | .8 | $376.00 |
| Fee Applications/Applicant | 26.5 | $4,773.50 |
| Fee Applications/ Others | 14.0 | $2,273.00 |
| Hearings | 3.2 | $1,504.00 |
| Litigation and Litigation Consulting | 31.7 | $14,899.00 |
| Plan and Disclosure Statement | 4.9 | $2,303.00 |
| **TOTAL** | **194.7** | **$62,973.50** |

---

[1]     Due to changes to the project categories required by the Court which occurred after the filing of the monthly fee application, but prior to the filing of this interim fee application, the number of hours and fees in certain categories may have been moved since the filing of the monthly fee applications. Specifically, at the beginning of this application period, Klett Rooney did not maintain a separate category for its fee applications, hearings, the ZAI science trial, objections to asbestos claims, or the fraudulent transfer action. Because Warren Smith, the Court appointed fee auditor, requested a chart detailing time entries in the new categories, the amounts of time and fees have been retroactively moved to the appropriate category.

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
## OCTOBER 1, 2005 THROUGH DECEMBER 25, 2005

| Expense Category | Total Expenses |
|---|---|
| Federal Express | $149.20 |
| Professional Services | $12.24 |
| Messenger Services (Courier) | $52.50 |
| Reproduction of Documents | $134.70 |
| Telecopy Expenses | $29.35 |
| Duplicating Services | $261.68 |
| **TOTAL** | **$639.67** |

The foregoing summaries are submitted to the Court pursuant to the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Amended Administrative Order").

Pursuant to the Amended Administrative Order, Klett Rooney respectfully requests that, for the period October 1, 2005 through December 25, 2005, it be allowed the total amount of fees of 62,973.50 and expenses in the total amount of $639.67.

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

By: _____
Teresa K. D. Currier (No. 3080)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200

Dated: February 20, 2006

Co-Counsel to the Official Committee of Equity Holders

KRLSWIL64937