**EXHIBIT "A"**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: October 3, 2005 by 4:00 p.m.** |
| | | **Hearing Date:  TBD only if necessary** |

## SUMMARY OF THE APPLICATION OF BUCHANAN INGERSOLL PC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM JULY 1, 2005 THROUGH JULY 31, 2005

| | |
|---|---|
| Name of Applicant: | Buchanan Ingersoll PC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002[1] |
| Period for which compensation and Reimbursement is sought: | July 1, 2005 through July 31, 2005 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 477.50 |
| Amount of Expenses Reimbursement: | $ 110.26 |

This is a:  X monthly    _ quarterly   _ final application

Prior Application filed:  Yes.

---

[1] Buchanan Ingersoll PC presently serves as Delaware Bankruptcy Counsel to the ZAI Claimants.  Elzufon, Austin, Reardon, Tarlov and Mondell, P.A. ("EARTM") previously served as Delaware Bankruptcy Counsel through September 20, 2004.  The matter was transferred when William D. Sullivan, the attorney representing the ZAI Claimants at EARTM, moved his practice to Buchanan Ingersoll PC.

1

This is the tenth application of Buchanan Ingersoll PC ("BIPC") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The BIPC attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Shareholder | 15 | Bankruptcy | $260.00 | 0.2 | $52.00 |
| Ian D. Lindley | Associate | 2 | Bankruptcy | $185.00 | 2.3 | $425.50 |
| TOTALS | | | | | 2.5 | $477.50 |

No paraprofessional rendered professional services in these cases during the Fee Period.

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications, Applicant | 2.3 | $425.50 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 0.2 | $52.00 |
| TOTALS | 2.5 | $477.50 |

11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Courier Service (copies and hand deliveries) | $69.94 |
| Computer Assisted Legal Research (and CM/ECF) | $20.80 |
| Total | $110.26 |

Dated: September 13, 2005        BUCHANAN INGERSOLL PC

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801-1236
Telephone: (302) 428-5500
Facsimile: (302) 428-3996

Delaware Counsel for the ZAI Claimants

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et</u> <u>al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: October 3, 2005 by 4:00 p.m.** |
| | | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF BUCHANAN INGERSOLL PC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM
<u>JULY 1, 2005 THROUGH JULY 31, 2005</u>**

# Buchanan Ingersoll PC
ATTORNEYS

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

ZAI PLAINTIFFS
C/O RICHARDSON, PATRICK, WESTBROOK & BRICKMAN
ATTN: ED WESTBROOK, ESQ
1037 CHUCK DAWLEY BLVD BUILDING A
MT. PLEASANT, SC 29464

August 8, 2005
Invoice No. 9857111

For Legal Services Rendered in Connection With:

W.R. GRACE
C.A #01-01139
ZONOLITE

Reference #51677-000001

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 07/05/05 | W.D. Sullivan | 0.20 | 52.00 | Review request for production issued to Debtors regarding termination of exclusivity |
| 07/07/05 | I. D. Lindley | 2.20 | 407.00 | Prepare quarterly fee application for Buchanan Ingersoll as local counsel to ZAI claimants. |
| 07/29/05 | I. D. Lindley | 0.10 | 18.50 | Correspondence with V. Dobson, W. Sullivan re: recent entry of revised orders regarding 2019 motions and compliance with same. |

Total Hours   2.50

Total Legal Services   $477.50

Disbursements

| Date | Description | | |
|---|---|---|---|
| 05/03/05 | On-Line Search Service | 1.00 | 16.80 |
| 05/09/05 | On-Line Search Service | 1.00 | 2.72 |

Pennsylvania :: New York :: Washington, DC :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

```
ZAI PLAINTIFFS                                         August 8, 2005
W.R. GRACE                                             Invoice No. 9857111
Ref. No. 51677-000001                                  Page    2

05/09/05   On-Line Search Service                              1.00        3.12
05/18/05   On-Line Search Service                              1.00       17.68
07/07/05   Messenger/Delivery Service Parcels, Inc             1.00       69.94

                            Disbursements                    $110.26


                      Total Due this Invoice                 $587.76
```

ZAI PLAINTIFFS                                         August 8, 2005
W.R. GRACE                                             Invoice No. 9857111
Ref. No. 51677-000001                                  Page    2

```
ZAI PLAINTIFFS                                      August 8, 2005
W.R. GRACE                                          Invoice No. 9857111
Ref. No. 51677-000001                               Page    3
```

* * * * *  ATTORNEY SUMMARY  * * * * *

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| William D. Sullivan | 0.20 | 260.00 | 52.00 |
| I. D. Lindley | 2.30 | 185.00 | 425.50 |
| Total All Attorneys | 2.50 |  | 477.50 |