**<u>EXHIBIT "B"</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: October 4, 2005 by 4:00 p.m.** |
| | ) | **Hearing Date:  TBD only if necessary** |

**SUMMARY OF THE APPLICATION OF BUCHANAN INGERSOLL PC**
**FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF**
**EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD**
**FROM AUGUST 1, 2005 THROUGH AUGUST 31, 2005**

| | |
|---|---|
| Name of Applicant: | Buchanan Ingersoll PC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002[1] |
| Period for which compensation and Reimbursement is sought: | August 1, 2005 through August 31, 2005 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 5,127.50 |
| Amount of Expenses Reimbursement: | $ 3,184.52 |

This is a: <u>X</u> monthly    _ quarterly   _ final application

Prior Application filed:  Yes.

---

[1] Buchanan Ingersoll PC presently serves as Delaware Bankruptcy Counsel to the ZAI Claimants.  Elzufon, Austin, Reardon, Tarlov and Mondell, P.A. ("EARTM") previously served as Delaware Bankruptcy Counsel through September 20, 2004.  The matter was transferred when William D. Sullivan, the attorney representing the ZAI Claimants at EARTM, moved his practice to Buchanan Ingersoll PC.

This is the eleventh application of Buchanan Ingersoll PC ("BIPC") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The BIPC attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Shareholder | 15 | Bankruptcy | $260.00 | 3.0 | $780.00 |
| Ian D. Lindley | Associate | 2 | Bankruptcy | $185.00 | 23.5 | $4,347.50 |
| TOTALS | | | | | 26.5 | $5,127.50 |

No paraprofessional rendered professional services in these cases during the Fee Period.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications, Applicant | 25.7 | $4,919.50 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 0.8 | $208.00 |
| TOTALS | 26.5 | $5,127.50 |

## 11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Courier Service (copies and hand deliveries) | $3,107.75 |
| Computer Assisted Legal Research (and CM/ECF) | $53.60 |
| Photocopying ($0.07 per page) | $23.17 |
| Total | $3,184.52 |

Dated: September 14, 2005

BUCHANAN INGERSOLL PC

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington,  DE  19801-1236
Telephone: (302) 428-5500
Facsimile: (302) 428-3996

Delaware Counsel for the ZAI Claimants

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: October 4, 2005 by 4:00 p.m.** |
| | ) | **Hearing Date:  TBD only if necessary** |

## FEE DETAIL FOR THE APPLICATION OF BUCHANAN INGERSOLL PC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM <u>AUGUST 1, 2005 THROUGH AUGUST 31, 2005</u>

# Buchanan Ingersoll PC

ATTORNEYS

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

ZAI PLAINTIFFS
C/O RICHARDSON, PATRICK, WESTBROOK & BRICKMAN
ATTN: ED WESTBROOK, ESQ
1037 CHUCK DAWLEY BLVD BUILDING A
MT. PLEASANT, SC 29464

September 12, 2005
Invoice No. 9862880

**For Legal Services Rendered in Connection With:**

W.R. GRACE
C.A #01-01139
ZONOLITE

Reference #51677-000001

| Date | Attorney | Hours | Amount | Description |
|------|----------|-------|--------|-------------|
| 08/01/05 | I. D. Lindley | 0.10 | 18.50 | Correspondence with V. Dobson, W. Sullivan re: revisions to 2019 statements. |
| 08/02/05 | I. D. Lindley | 0.70 | 129.50 | Review supplementary order regarding 2019 statements in W.R. Grace case. (0.2) Correspondence with Richardson, Patrick firm regarding requirements of supplementary order regarding 2019 statements and requirements for compliance. (0.2) Correspondence from Zamler firm re: assistance in filing same, confer with W. Sullivan re: assistance and correspondence to Zamler firm regarding requirements of new order. (0.3) |

ZAI PLAINTIFFS                                      September 12, 2005
W.R. GRACE                                          Invoice No. 9862880
Ref. No. 51677-000001                               Page    2

| 08/09/05 | I. D. Lindley | 3.60 | 666.00 | Review fee invoices and draft interim fee applications for Buchanan Ingersoll for May and June, 2005 (2.7). Attention to filing and service of same and correspondence to fee auditor, counsel, re: filing and service of same. (0.9) |
|---|---|---|---|---|
| 08/10/05 | I. D. Lindley | 3.30 | 610.50 | Revise Fifteenth Quarterly fee application of BIPC per W. Sullivan (1.3). Prepare Sixteenth Quarterly BIPC fee application with reference to prior applications. (2.0) |
| 08/12/05 | I. D. Lindley | 3.00 | 555.00 | Final revisions to and attention to filing of 15th & 16th quarterly period fee applications for Buchanan Ingersoll, notices of hearing on same. (2.5) Attention to service of same (0.5) |
| 08/12/05 | W.D. Sullivan | 0.50 | 130.00 | Review, revise and approve for filing the BI Fifteenth Quarterly Fee Application |
| 08/12/05 | W.D. Sullivan | 0.50 | 130.00 | Review, revise and approve for filing the BI Sixteenth Quarterly Fee Application |
| 08/15/05 | I. D. Lindley | 0.30 | 55.50 | Correspondence to counsel enclosing as-filed copies of fee applications. (0.1) Prepare non-pdf versions of fee applications for fee auditor and correspondence to same enclosing same. (0.2) |

```
ZAI PLAINTIFFS                                    September 12, 2005
W.R. GRACE                                        Invoice No. 9862880
Ref. No. 51677-000001                             Page   3
```

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 08/19/05 | I. D. Lindley | 6.40 | 1,184.00 | Preparation, filing, service and electronic notice to counsel for the following applications:  Scott Law Group 16th Quarterly application (1.9) Richardson, Patrick, Westbrook & Brickman April (1.3) and May (1.3) interim monthly fee applications; Richardson Patrick 16th quarterly fee application (1.9). |
| 08/19/05 | W.D. Sullivan | 0.50 | 130.00 | Review and approve filing of Quarterly Fee Applications for RPWB and Scott Law |
| 08/20/05 | W.D. Sullivan | 0.50 | 130.00 | Review miscellaneous pleadings regarding litigation of asbestos claims |
| 08/23/05 | I. D. Lindley | 0.30 | 55.50 | Calls and correspondence with S. Bossay at fee auditor's offices to confirm BIPC's prior e-mailing of Scott and Richardson Patrick 16th quarterly applications to designated auditor mailbox and confirm correct address. (0.3) |
| 08/25/05 | I. D. Lindley | 1.50 | 277.50 | Revise, prepare for e-filing, e-file and attention to service and electronic delivery of Richardson Patrick firm's June 2005 monthly fee application (1.5) |

```
ZAI PLAINTIFFS                                    September 12, 2005
W.R. GRACE                                        Invoice No. 9862880
Ref. No. 51677-000001                             Page    4
```

```
08/29/05 I. D. Lindley          4.30    795.50   Revisions to, filing
                                                  and attention to
                                                  service, electronic
                                                  service of four monthly
                                                  fee applications for
                                                  the Scott Law Group --
                                                  April to July, 2005.
                                                  (4.3)
08/29/05 W.D. Sullivan          0.50    130.00   Review monthly and
                                                  quarterly fee
                                                  applications of Scott
                                                  Law Group for filing
08/29/05 W.D. Sullivan          0.30     78.00   Review agenda for
                                                  hearing, review status
                                                  of matters
08/30/05 W.D. Sullivan          0.20     52.00   Review Scott Law Group
                                                  Quarterly Fee
                                                  Application
```

```
                          Total Hours          26.50

                     Total Legal Services        $5,127.50
```

**Disbursements**

```
06/21/05   On-Line Search Service                        1.00     18.00
06/22/05   On-Line Search Service                        1.00     15.92
06/27/05   On-Line Search Service                        1.00     11.68
06/27/05   On-Line Search Service                        1.00      8.00
08/09/05   Messenger/Delivery Service Parcels, Inc.      1.00     35.50
08/09/05   Messenger/Delivery Service Parcels, Inc.      1.00     41.70
08/09/05   Photocopies I. D. Lindley                     1.00      0.07
08/09/05   Photocopies I. D. Lindley                    14.00      0.98
08/09/05   Photocopies I. D. Lindley                    10.00      0.70
08/09/05   Messenger/Delivery Service Parcels, Inc.      1.00      5.00
08/09/05   Messenger/Delivery Service Parcels, Inc.      1.00      5.00
08/09/05   Messenger/Delivery Service Parcels, Inc.      1.00      5.00
08/09/05   Messenger/Delivery Service Parcels, Inc.      1.00      5.00
08/09/05   Messenger/Delivery Service Parcels, Inc.      1.00      5.00
08/09/05   Messenger/Delivery Service Parcels, Inc.      1.00      5.00
08/09/05   Messenger/Delivery Service Parcels, Inc.      1.00      5.00
08/09/05   Messenger/Delivery Service Parcels, Inc.      1.00      5.00
08/09/05   Messenger/Delivery Service Parcels, Inc.      1.00      5.00
```

ZAI PLAINTIFFS                                    September 12, 2005
W.R. GRACE                                        Invoice No. 9862880
Ref. No. 51677-000001                             Page    5

| 08/09/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
|---|---|---|---|
| 08/09/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/09/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/09/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/09/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/09/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/09/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/12/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 2,116.56 |
| 08/12/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 279.99 |
| 08/12/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/12/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/12/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/12/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/12/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/12/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/12/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/12/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/12/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 170.00 |
| 08/12/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 16.50 |
| 08/12/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 16.50 |
| 08/12/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 16.50 |
| 08/19/05 | Photocopies W. Sullivan | 2.00 | 0.14 |
| 08/19/05 | Photocopies W. Sullivan | 2.00 | 0.14 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 145.00 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 16.50 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 16.50 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 16.50 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |

```
ZAI PLAINTIFFS                                September 12, 2005
W.R. GRACE                                    Invoice No. 9862880
Ref. No. 51677-000001                         Page   6

08/25/05  Photocopies I. D. Lindley                   12.00       0.84
08/25/05  Photocopies I. D. Lindley                  252.00      17.64
08/29/05  Photocopies I. D. Lindley                   11.00       0.77
08/29/05  Photocopies I. D. Lindley                   12.00       0.84
08/29/05  Photocopies I. D. Lindley                   13.00       0.91
08/29/05  Photocopies I. D. Lindley                    2.00       0.14

                            Disbursements          $3,184.52

                      Total Due this Invoice       $8,312.02
```

ZAI PLAINTIFFS
W.R. GRACE
Ref. No. 51677-000001

September 12, 2005
Invoice No. 9862880
Page   7

**\* \* \* \* \*   ATTORNEY SUMMARY   \* \* \* \* \***

|                              | Hours Worked | Billed Per Hour | Bill Amount |
|------------------------------|--------------|-----------------|-------------|
| William D. Sullivan          | 3.00         | 260.00          | 780.00      |
| I. D. Lindley                | 23.50        | 185.00          | 4,347.50    |
| Total All Attorneys          | 26.50        |                 | 5,127.50    |