**EXHIBIT "C"**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: January 17, 2005, 4:00 p.m.** |
| | ) | **Hearing Date: TBD only if necessary** |

**SUMMARY OF THE APPLICATION OF BUCHANAN INGERSOLL PC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD
FROM SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005**

| | |
|---|---|
| Name of Applicant: | Buchanan Ingersoll PC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002[1] |
| Period for which compensation and Reimbursement is sought: | September 1, 2005 through September 30, 2005 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 7,404.50 |
| Amount of Expenses Reimbursement: | $ 1,110.57 |

This is a:  X monthly    _ quarterly   _ final application

Prior Application filed:  Yes.

---

[1] Buchanan Ingersoll PC presently serves as Delaware Bankruptcy Counsel to the ZAI Claimants. Elzufon, Austin, Reardon, Tarlov and Mondell, P.A. ("EARTM") previously served as Delaware Bankruptcy Counsel through September 20, 2004. The matter was transferred when William D. Sullivan, the attorney representing the ZAI Claimants at EARTM, moved his practice to Buchanan Ingersoll PC.

1

This is the twelfth application of Buchanan Ingersoll PC ("BIPC") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The BIPC attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Shareholder | 15 | Bankruptcy | $260.00 | 8.6 | $2,236.00 |
| Margaret M. Manning | Associate | 4 | Bankruptcy | $220.00 | 0.2 | $44.00 |
| Ian D. Lindley | Associate | 3 | Bankruptcy | $185.00 | 27.7 | $5,124.50 |
| TOTALS | | | | | 36.50 | $7,404.50 |

No paraprofessional rendered professional services in these cases during the Fee Period.

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications, Applicant | 30.0 | $5,797.50 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 6.5 | $1,607.00 |
| TOTALS | 0.0 | $7,404.50 |

11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Courier Service (copies and hand deliveries) | $1,071.69 |
| Computer Assisted Legal Research (and CM/ECF) | $38.88 |
| Total | $1,110.57 |

Dated: December 27, 2005         **BUCHANAN INGERSOLL PC**

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
1007 North Orange Street, Suite 1110
Wilmington, DE 19801-1236
Telephone: (302) 428-5500
Facsimile: (302) 428-3996

Delaware Counsel for the ZAI Claimants

2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: January 17, 2005, 4:00 p.m.** |
| | ) | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF BUCHANAN INGERSOLL PC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM
SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005**

Buchanan Ingersoll PC
  Attorneys

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

ZAI PLAINTIFFS
C/O RICHARDSON, PATRICK, WESTBROOK & BRICKMAN
ATTN: ED WESTBROOK, ESQ
1037 CHUCK DAWLEY BLVD BUILDING A
MT. PLEASANT, SC 29464

November 22, 2005
Invoice No. 9874143

For Legal Services Rendered in Connection With:

W.R. GRACE
C.A #01-01139
ZONOLITE

Reference #51677-000001

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 09/02/05 | W.D. Sullivan | 0.50 | 130.00 | Review pleadings re: Zonolite background and scope of injunction |
| 09/06/05 | W.D. Sullivan | 0.60 | 156.00 | Review Case Management Orders for various claims' resolution procedures |
| 09/06/05 | W.D. Sullivan | 0.50 | 130.00 | Review claims objection incorporating ZAI and medical monitoring claims |
| 09/06/05 | W.D. Sullivan | 0.30 | 78.00 | E-mail co-counsel re: handling of 15th omnibus objection |
| 09/09/05 | W.D. Sullivan | 0.50 | 130.00 | Review miscellaneous pleadings; review fee auditor reports |
| 09/12/05 | I. D. Lindley | 1.60 | 296.00 | Per request from Richardson Patrick firm, review previously-filed 2019 statements to determine docket numbers of all prior 2019 statements filed; confer with L. Smeltzer re: tabulation of same. (1.2) Review |

| | | | |
|---|---|---|---|
| ZAI PLAINTIFFS | | | November 22, 2005 |
| W.R. GRACE | | | Invoice No. 9874143 |
| Ref. No. 51677-000001 | | | Page   2 |

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | 17th Quarterly application from Richardson Patrick firm, confirm prior filing and certificate of no objection dates and provide same to Richardson Patrick firm. (0.4) |
| 09/12/05 | W.D. Sullivan | 0.40 | 104.00 | E-mail from co-counsel; review and revise 17th Quarterly Fee Application for RPWB |
| 09/13/05 | I. D. Lindley | 2.30 | 425.50 | Prepare BIPC's July fee application, review and revise per W. Sullivan and attention to filing, service, electronic service of same per Court's administrative Orders. (2.3) |
| 09/13/05 | W.D. Sullivan | 0.30 | 78.00 | Review report approving BI fees, follow-up issues for payment |
| 09/13/05 | W.D. Sullivan | 0.50 | 130.00 | Review pleadings re: discovery sought from Plaintiff's attorney, impact on administration of case |
| 09/13/05 | W.D. Sullivan | 0.30 | 78.00 | Review and approve BI fee applications for July and August |
| 09/14/05 | I. D. Lindley | 5.50 | 1,017.50 | Draft BIPC's August 2005 fee application, review with W. Sullivan and attention to preparation for filing, filing, service and electronic delivery of fee application per Court's administrative Order. (1.8) Prepare, revise and file Certificates of No |

```
ZAI PLAINTIFFS                                         November 22, 2005
W.R. GRACE                                             Invoice No. 9874143
Ref. No. 51677-000001                                  Page   3
```

|  |  |  |  |  |
|---|---|---|---|---|
| | | | | Objection to Richardson Patrick firm's April and May 2005 interim fee applications and attention to e-filing and service of same. (1.6) Begin preparation of BIPC's 17th Quarterly Fee Application and correspondence to K. Brennan re: fees due for same. (0.4) Prepare, revise and file Certificates of No Objection to BIPC's May and June 2005 interim fee applications and attention to e-filing and service of same (1.4). Confer and correspond with ZAI counsel regarding supplemental 2019 filings (0.3) |
| 09/16/05 | W.D. Sullivan | 0.30 | 78.00 | Review motion related to 2019 access by insurers |
| 09/21/05 | I. D. Lindley | 2.50 | 462.50 | Prepare BIPC's 17th quarterly fee application (2.5) |
| 09/22/05 | I. D. Lindley | 3.10 | 573.50 | Prepare certificate of no objection to Richardson Patrick's June 2005 fee application, review with W. Sullivan, e-file same and attention to filing and service of same. (0.9) Final revisions to Richardson Patrick firm's seventeenth quarterly application and notice of hearing per W. Sullivan, |

```
ZAI PLAINTIFFS                                          November 22, 2005
W.R. GRACE                                              Invoice No. 9874143
Ref. No. 51677-000001                                   Page    4
```

|            |              |      |          |                                                                                                                                                                                                                                                                                                                                                   |
|------------|--------------|------|----------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |              |      |          | prepare and assemble complete electronic copy of all parts of application, including constituent monthly applications, attention to filing and service of same. (2.2)                                                                                                                                                                             |
| 09/22/05   | W.D. Sullivan | 0.30 | 78.00    | Review and approve for filing RPWB 17th Quarterly Fee Application                                                                                                                                                                                                                                                                                 |
| 09/22/05   | W.D. Sullivan | 0.40 | 104.00   | Review and revise BI 17th Quarterly Fee Application                                                                                                                                                                                                                                                                                               |
| 09/23/05   | I. D. Lindley | 1.00 | 185.00   | Retrieve Motion to Approve Settlement and related orders and correspondence to E. Westbrook re: same. (0.4) Research Central Weslyan claim, correspondence to E. Westbrook enclosing claim form, claim information. (0.6)                                                                                                                         |
| 09/26/05   | M. A. Manning | 0.20 | 44.00    | Discuss hearing agenda with B. Sullivan.                                                                                                                                                                                                                                                                                                          |
| 09/26/05   | I. D. Lindley | 8.10 | 1,498.50 | Prepare, file and attention to service of Certificates of No Objection for Scott Law Group's April, May, June fee applications and prepare certificate of no objection for July fee application. (3.0) Review, revise, assemble and prepare Scott Law Group's third quarterly application for compensation and review same with W. Sullivan (1.8) Identify, review and retrieve amounts |

| | | | | |
|---|---|---|---|---|
| ZAI PLAINTIFFS | | | | November 22, 2005 |
| W.R. GRACE | | | | Invoice No. 9874143 |
| Ref. No. 51677-000001 | | | | Page   5 |

| | | | | |
|---|---|---|---|---|
| | | | | submitted under cert. of counsel as approved by examiner and compare to fees sought by Richardson Patrick, Scott Law Group, BIPC and correspondence to W. Sullivan re: same. (0.6) Update, revise and correct tracking chart for all firms' fee applications to ensure timely submission of same. (2.5) Correspondence with Richardson Patrick regarding Combustion Engineering 2019 statement to be filed. (0.2) |
| 09/26/05 | W.D. Sullivan | 0.40 | 104.00 | Review agenda for hearing and prepare pleadings |
| 09/26/05 | W.D. Sullivan | 0.50 | 130.00 | Review proposed order on fee application and e-mail co-counsel re: same |
| 09/26/05 | W.D. Sullivan | 1.60 | 416.00 | Attend hearing re: fee applications, 2019 statements and claims objection |
| 09/27/05 | W.D. Sullivan | 0.20 | 52.00 | Review and approve 17th Quarterly Fee Application of Scott Law Group |
| 09/27/05 | W.D. Sullivan | 0.30 | 78.00 | Review and revise 17th Quarterly Fee Application of BI, approve for filing |
| 09/28/05 | I. D. Lindley | 3.60 | 666.00 | Revise Buchanan Ingersoll's 17th quarterly fee application including creation of summary chart of all prior fee |

```
ZAI PLAINTIFFS                                    November 22, 2005
W.R. GRACE                                        Invoice No. 9874143
Ref. No. 51677-000001                             Page    6

                                                  applications for use in
                                                  this and future
                                                  applications and
                                                  creation of spreadsheet
                                                  summarizing fees by
                                                  project category for
                                                  same purpose.  (2.2)
                                                  Attention to filing and
                                                  service of same.  (1.2)
                                                  Attention to electronic
                                                  notice of same and of
                                                  Richardson Patrick
                                                  firm's 17th quarterly
                                                  filing to official
                                                  service parties.  (0.2)
09/28/05 W.D. Sullivan         0.30       78.00   Review Order entered on
                                                  fee applications,
                                                  forward to co-counsel
09/29/05 W.D. Sullivan         0.40      104.00   Phone call with counsel
                                                  for PD Committee
                                                  re:handling of
                                                  disclosures; review of
                                                  service issues



                     Total Hours            36.50

                     Total Legal Services       $7,404.50


Disbursements

08/18/05  On-Line Search Service                         1.00       38.88
08/19/05  Messenger/Delivery Service Parcels, Inc.       1.00       80.43
08/19/05  Messenger/Delivery Service Parcels, Inc.       1.00      655.40
08/19/05  Messenger/Delivery Service Parcels, Inc.       1.00      160.21
08/29/05  Messenger/Delivery Service Parcels Inc.        1.00      130.65
08/29/05  Messenger/Delivery Service Parcels Inc.        1.00        5.00
08/29/05  Messenger/Delivery Service Parcels Inc.        1.00        5.00
08/29/05  Messenger/Delivery Service Parcels Inc.        1.00        5.00
08/29/05  Messenger/Delivery Service Parcels Inc.        1.00        5.00
08/29/05  Messenger/Delivery Service Parcels Inc.        1.00        5.00
08/29/05  Messenger/Delivery Service Parcels Inc.        1.00        5.00
08/29/05  Messenger/Delivery Service Parcels Inc.        1.00        5.00
08/29/05  Messenger/Delivery Service Parcels Inc.        1.00        5.00
08/29/05  Messenger/Delivery Service Parcels Inc.        1.00        5.00

                     Disbursements              $1,110.57


                     Total Due this Invoice    $ 8,515.07
```

```
ZAI PLAINTIFFS                                      November 22, 2005
W.R. GRACE                                          Invoice No. 9874143
Ref. No. 51677-000001                               Page    7


                  * * * * *   ATTORNEY SUMMARY   * * * * *

                                 Hours      Billed       Bill
                                 Worked    Per Hour     Amount
_____  _____  _____  _____

William D. Sullivan                8.60     260.00       2,236.00
M. A. Manning                      0.20     220.00          44.00
I. D. Lindley                     27.70     185.00       5,124.50
==============================  ========              =============
Total All Attorneys               36.50                  7,404.50
```