# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Geoffrey Zbicowski | 12/1/2005 | 3 75 | Financial review | Perform financial analysis on markets |
| Jonathan Brownstein | 12/2/2005 | 3 25 | Business Operations | Review monthly financial packet; Review case docket documents |
| Ritwik Chatterjee | 12/2/2005 | 4 00 | Business Operations | Review case docket docs and Company's results packet |
| Geoffrey Zbicowski | 12/2/2005 | 3 50 | Business Operations | Monthly results packet |
| Joseph Radecki | 12/5/2005 | 1 75 | Business Operations | Review financial update for the month |
| Jonathan Brownstein | 12/5/2005 | 1 75 | Financial review | Review various financial analysis and industry data |
| Ritwik Chatterjee | 12/5/2005 | 3 75 | Financial review | Perform financial analysis on markets |
| Geoffrey Zbicowski | 12/5/2005 | 2 00 | Financial review | Financial analysis Company and industry |
| Joseph Radecki | 12/7/2005 | 2 00 | Business Operations | Review exclusivity motion |
| Jonathan Brownstein | 12/7/2005 | 2 00 | Business Operations | Review motion to extend exclusivity |
| Ritwik Chatterjee | 12/7/2005 | 1 25 | Business Operations | Review motion to extend exclusivity |
| Ritwik Chatterjee | 12/9/2005 | 3 50 | Financial review | Perform various financial analysis |
| Geoffrey Zbicowski | 12/9/2005 | 4 00 | Financial review | Financial analysis Company and industry |
| Ritwik Chatterjee | 12/12/2005 | 4 00 | Financial review | Perform various financial analysis |
| Jonathan Brownstein | 12/13/2005 | 1 00 | Financial review | Review various financial analysis and industry data |
| Joseph Radecki | 12/14/2005 | 1 75 | Financial review | Industry and market information review |
| Jonathan Brownstein | 12/14/2005 | 2 25 | Financial review | Review various financial analysis and industry data |
| Joseph Radecki | 12/21/2005 | 14 75 | Hearing attendance | Hearing attendance (incl travel time) |
| Jonathan Brownstein | 12/21/2005 | 4 75 | Hearing attendance | Hearing attendance via telephone |
| Ritwik Chatterjee | 12/22/2005 | 2 50 | Financial review | Perform financial analysis on markets |
| Geoffrey Zbicowski | 12/22/2005 | 5 75 | Financial review | Financial analysis Company and industry |
| Joseph Radecki | 12/202005 | 1 25 | Business Operations | Internal discussions re case; review financial analysis |
| Jonathan Brownstein | 12/202005 | 1 00 | Business Operations | Internal discussions re case |
| Ritwik Chatterjee | 12/202005 | 1 00 | Business Operations | Internal discussions re case |
| Geoffrey Zbicowski | 12/202005 | 0 75 | Business Operations | Internal discussions re case |

# EXHIBIT B

## W.R. Grace & Co.
## CIBC Expense Detail Report (December 1, 2005 – December 31, 2005)
## (Dates represent expense posting date)

Research
Standard & Poor's                    12/08/05                    $158.13

**TOTAL EXPENSES:**                                              **$158.13**