# EXHIBIT A

# EXHIBIT A

# BROTHER MARTIN HIGH SCHOOL

| NO. | CLAIM # | ENTITY / BUILDING | EX. C-1(c) | EX. C-1(d) | EX. C-2 | EX. C-3(f) | EX. C-4 | EX. D-1(b) | EX. D-1(c) | EX. D-2 | EX. D-4 | EX. D-5 | EX. D-6 | EX. E-1 | EX. E-3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8361 | BROTHER MARTIN HIGH SCHOOL - located at 4401 Elysian Fields Avenue, New Orleans, Louisiana 70122 – (High School – Classrooms, Hallways, Study Area, etc.) | X | X | X | X | | | | X | X | | X | X | |