# EXHIBIT B

LBH911193.9/5/90

# BULK SAMPLE ANALYSIS

September 5, 1990

Project No.:         LB-H-911193

Building:            Brother Martin

Client Sample #:     893170A BMB 1 B

Sample No.:          60735

| Constituents | Wt. % |
|---|---|
| Gypsum | 55-65 |
| Vermiculite | 25-35 |
| Chrysotile | 5-10 |

**Analytical Methods Used:**

Stereo Optical Microscopy
Polarized Light Microscopy
Starch Test
Bulk Weight Loss
Ion Chromatography
Atomic Absorption

Conclusion: Consistent with a Grace formula

LBH911193.2/8/90

## BULK SAMPLE ANALYSIS

August 8, 1990

| | |
|---|---|
| Project No.: | LB-H-911193 |
| Building: | Brother Martin |
| Client Sample #: | 893170A BMB 1 B |
| Sample No.: | 60735 |

| Constituents | Wt. % |
|---|---|
| Gypsum | 55-65 |
| Vermiculite | 25-35 |
| Chrysotile | 5-10 |

**Analytical Methods Used:**

Stereo Optical Microscopy
Polarized Light Microscopy
Starch Test

RJ Lee Group, Inc.  
MATERIALS CHARACTERIZATION  
USING POLARIZED LIGHT MICROSCOPY

F04385.6/2

Sample: 60735BHPL  
Job: LBH911193-1  
W. R. Grace   4/5/00 cut  
893170A BMB 3 B  
Brother Martin

Analyst W. Pones

2   Scope 7-24-00

Building Name _____

Sample Gross Appearance: Vermiculite and Fibers in a Gray Matrix

| Components | | | Comments |
|---|---|---|---|
| Vermiculite | 25-35 | | |
| Perlite | | | |
| Chrysotile | 5-10 | | |
| Amphibole | | | |
| Gypsum | 55-65 | | |
| Calcite | | | |
| Mixed Clays | | | |
| Feldspar | | | |
| Quartz | | | |
| Titania | | | |
| Cellulose | | | |
| Magnesite | | | |
| Opaques | | | |
| Others | | | |

Yes   No  
Sufficient Material for further analysis?  ✓  ___

# Starch Test

| | |
|---|---|
| Project Number  LBH-911193 | Date  7/28/90 |
| Sample Number  60735 | Client Number  893170A BMB 1 B |

Number of grains counted by PLM  0

Iodine Test  Negative Test

Initials  WHP

RJ Lee Group, Inc.

F04188.8/31

# Bulk Weight Loss

| Project No.: | LBH 91193 |
|---|---|
| Date: | 8-23-90 |
| Analyst: | EM |
| Client Sample No.: | |
| Lab Sample No.: | 60725 |
| Original Wt.: | .1003 |
| Box + Filter + Residue | 14.5185 |
| Box + Filter | 14.4775 |
| Residue | .0410 |
| % Loss | 59.1 |
| Effervescence | None _____ <br> Mild _____ <br> Heavy _____ |
| Comments | 2.8199 before <br> 2.8018 after <br> .0151 |

# RJ Lee Group, Inc.

## Bulk Analysis

Project No.: LBH911193          Sample No.: 60735
Date: 8-25-90                   Analyst: DLS

| Element | Weight Percent | Analytical Method |
|---------|----------------|-------------------|
| Ca      | 18.69          | A.A.              |
| Mg      | 1.75           | A.A.              |
| $SO_4$  | 30.19          | I.C.              |
|         |                |                   |
|         |                |                   |
|         |                |                   |
|         |                |                   |
|         |                |                   |

I.C.   Ion Chromatography by Dionex 2120i
A.A.   Atomic Absorption by Varian Spectraa 300
A.E.   Atomic Emission by D.C.P. Spectraspan III
Leco   Sulfur Analyses

LB-H-911193.9/5/90

# BULK SAMPLE ANALYSIS

September 5, 1990

| | |
|---|---|
| Project No.: | LB-H-911193 |
| Building: | Brother Martin |
| Client Sample #: | 893170A BMB 3 B |
| Sample No.: | 60736 |

| Constituents | Wt. % |
|---|---|
| Gypsum | 50-60 |
| Vermiculite | 30-40 |
| Chrysotile | 5-10 |
| Calcite | 1-2 |

Analytical Methods Used:

Stereo Optical Microscopy
Polarized Light Microscopy
Starch Test
Bulk Weight Loss
Ion Chromatography
Atomic Absorption

Conclusion: Consistent with a Grace formula

## BULK SAMPLE ANALYSIS

August 8, 1990

Project No.:        LB-H-911193

Building:           Brother Martin

Client Sample #:    893170A BMB 3 B

Sample No.:         60736

| Constituents | Wt. % |
|---|---|
| Gypsum | 50-60 |
| Vermiculite | 30-40 |
| Chrysotile | 5-10 |
| Calcite | 1-2 |

Analytical Methods Used:

Stereo Optical Microscopy
Polarized Light Microscopy
Starch Test

RJ Lee Group, Inc.
## MATERIALS CHARACTERIZATION
## USING POLARIZED LIGHT MICROSCOPY

Sample: 60736BHPL
Job: LBH911193-1
W. R. Grace
893170A BMB 3 B
Brother Martin

Analyst _W. Powers_

_3_ Scope _8-1-90_

Building Name _____

Sample Gross Appearance _Vermiculite and fibers in a Gray Matrix_

| Components | | | Comments |
|---|---|---|---|
| Vermiculite | 30-40 | | |
| Perlite | | | |
| Chrysotile | 5-10 | | |
| Amphibole | | | |
| Gypsum | 50-60 | | |
| Calcite | 1-2 | | |
| Mixed Clays | | | |
| Feldspar | | | |
| Quartz | | | |
| Titania | | | |
| Cellulose | | | |
| Magnesite | | | |
| Opaques | | | |
| Others | | | |

Sufficient Material for further analysis?   Yes ✓   No ___

_Negative Stain Test / Check grains in PLM mount_

RJ Lee Group, Inc.

# Bulk Weight Loss

F04188.8/31

| | |
|---|---|
| Project No.: | LBH 91119? |
| Date: | 8-23-9? |
| Analyst: | EM |
| Client Sample No.: | |
| Lab Sample No.: | 60736 |
| Original Wt.: | .1023 |
| Box + Filter + Residue | 14.5376 |
| Box + Filter | 14.4974 |
| Residue | .0402 |
| % Loss | 60.7 |
| Effervescence | None _____<br>Mild _____<br>Heavy _____ |
| Comments | 2.3527 before<br>2.3279 after<br>-.0248 |

# RJ Lee Group, Inc.

## Bulk Analysis

Project No.: **LBH911193**     Sample No.: **60736**
Date: **8-25-90**     Analyst: **DLS**

| Element | Weight Percent | Analytical Method |
|---|---|---|
| Ca | 16.16 | A.A. |
| Mg | 2.54 | A.A. |
| $SO_4$ | 23.76 | I.C. |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I.C.  Ion Chromatography by Dionex 2120i
A.A.  Atomic Absorption by Varian Spectraa 300
A.E.  Atomic Emission by D.C.P. Spectraspan III
Leco  Sulfur Analyses