# EXHIBIT A

# EXHIBIT A

## CONGREGATION ST. RAYMOND ROMAN CATHOLIC CHURCH

| NO. | CLAIM # | ENTITY / BUILDING | EX. C-1(d) | EX. C-2 | EX. C-3(f) | EX. C-4 | EX. D-1(b) | EX. D-1(c) | EX. D-2 | EX. D-4 | EX. D-5 | EX. D-6 | EX. E-1 | EX. E-3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8377 | CONGREGATION ST. RAYMOND ROMAN CATHOLIC CHURCH - 3720 Paris Ave., New Orleans, Louisiana 70122 – Classroom / Cafeteria Building | X | X |  | X |  | X | X | X |  | X | X |  |

060220113255.doc