IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

Chapter 11
Case No. 01-01139 (JKF)
(Jointly Administered)

**Response Deadline:  March 1, 2006**
**Hearing Date:  TBD**
**Re:  Docket No.  9315**

In re:

W. R. GRACE & CO., et al.,

                                    Debtors.

| PD CLAIM # | ENTITY / BUILDING |
|---|---|
| 8377 | CONGREGATION ST. RAYMOND ROMAN CATHOLIC CHURCH - 3720 Paris Ave., New Orleans, Louisiana 70122 – School Classroom / Cafeteria Building |

## CERTIFICATE OF SERVICE

I, Michael J. Joyce, hereby certify that on the 20th day of February, 2006, I did cause to be served true and correct copies of the foregoing **Response of Congregation St. Raymond Roman Catholic Church to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims** on the parties listed on the attached service list as indicated thereon.

Dated: February 20, 2006

Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:     (302) 654-0248
Facsimile:      (302) 654-0728
E-mail:          loizides@loizides.com

060220113255.doc

**SERVICE LIST**

**VIA HAND DELIVERY**

David Carickhoff, Jr., Esquire
Pachulski Stang Ziehl Young Jones & Weintraub
919 No. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
*(Counsel to Debtors and Debtors-in-Possession)*
*Facsimile 302- 652-4400*


**VIA EMAIL**

Janet Baer, Esquire (jbaer@kirkland.com)
Michael Rosenberg (mrosenberg@kirkland.com)
Kathleen Cawley (kcawley@kirkland.com)
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601
*(Counsel to Debtor)*