IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>(Jointly Administered)<br><br>Hearing Date: March 27, 2006 at 12:00 p.m. (ET)<br>Objection Deadline: March 10, 2006 at 4:00 p.m (ET) |

## NOTICE OF MOTION

TO: The United States Trustee for the District of Delaware, Counsel to the Debtors, Counsel to the Official Committee of Equity Holders, Counsel to the Official Committee of Unsecured Creditors, Counsel the Official Committee of Property Damage Claimants, Counsel to the Official Committee of Personal Injury Claimants, Counsel to the Future Claimants' Representative and the parties on the attached service list.

Claimants injured by exposure to tremolite asbestos from the Debtors' operations in and near Libby, Montana (the "Libby Claimants")[1] and their counsel, Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP have filed the attached **Libby Claimants' Motion for Payment of Certain Expenses in Connection with Claims Estimation and Plan Process** (the "Motion").

Objections, if any, to the relief requested in the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **March 10, 2006 at 4:00 p.m. (ET)**.

At the same time, you must also serve a copy of the objection upon the undersigned Libby Counsel so as to be **received no later than 4:00 p.m. (ET) on March 10, 2006.**

A HEARING, IF NECESSARY, ON THE MOTION WILL BE HELD BEFORE THE HONORABLE JUDITH K. FITZGERALD, UNITED STATES BANKRUPTCY COURT JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, WILMINGTON, DELAWARE 19801, ON **MARCH 27, 2004 AT 12:00 P.M.**

---

[1] As identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [Docket No. 11624], as it may be amended and restated from time to time.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: February 20, 2006

LANDIS RATH & COBB LLP

/s/ Kerri Mumford
Adam G. Landis (No. 3407)
Kerri Mumford (No. 4186)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

-and-

Daniel C. Cohn, Esq.
Christopher M. Candon, Esq.
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

Counsel for the Libby Claimants

2