IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Ref. No. 11865 |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the Libby Claimants' Motion for Payment of Certain Expenses in Connection With Claims Estimation and Plan Process [Docket No. 11865] is hereby withdrawn.

Dated: February 20, 2006

LANDIS RATH & COBB LLP

_/s/ Adam G. Landis_
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Daniel C. Cohn
Christopher M. Candon
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

Counsel to the Libby Claimants

393.001-11216.DOC