IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. Grace & Co., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Ref No. _____ |

ORDER AUTHORIZING PAYMENT OF
CERTAIN EXPENSES OF LIBBY CLAIMANTS
IN CONNECTION WITH CLAIMS ESTIMATION AND PLAN PROCESS

This matter having come before the Court upon consideration of the Libby Claimants' Motion for Payment of Certain Expenses in Connection with Claims Estimation and Plan Process (the "Motion");[1] and after due deliberation and sufficient cause appearing therefor,

**THE COURT FINDS AND CONCLUDES THAT:**

A.  This Court has jurisdiction over these cases under 28 U.S.C. § 1334(b).

B.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

C.  Due and adequate notice has been given to all parties entitled thereto, and no other or further notice is necessary or required.

D.  The relief requested in the Motion is necessary and in the best interests of the Debtors and the Debtors' estates.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.  The Motion is granted.

2.  In accordance with the procedures of the Fee Order, there shall be filed,

---

[1] All terms used in this Order with initial capitalization and not defined herein shall have the same meaning as in the Motion.

and upon allowance paid by the Debtors, (a) applications for compensation and reimbursement of expenses by Libby Claimants' Counsel for services representing the Libby Claimants in connection with the PI Claims Estimation and the Chapter 11 plan process in this case, and (b) applications for compensation and reimbursement of expenses by the Libby Expert Witnesses for their services in connection with the PI Claims Estimation (collectively, the "Compensable Services"), in each case computed at the hourly rates of such professionals in effect when the services are rendered, *provided, however,* that such applications shall not include services (or expenses related to services) beyond the scope of the Compensable Services and specifically shall not include services in relation to any pending or future request of the Debtors to expand the Preliminary Injunction in Adversary Proceeding No. No. 01-771.

      3.    This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2006
Wilmington, Delaware

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

393.001-11212.doc