# EXHIBIT A

# EXHIBIT A
# ROMAN CATHOLIC CHURCH ARCHDIOCESE NEW ORLEANS

| NO. | CLAIM # | ENTITY / BUILDING | EX. C-1(d) | EX. C-2 | EX. C-3(f) | EX. C-4 | EX. D-1(c) | EX. D-2 | EX. D-4 | EX. D-6 | EX. E-1 | EX. E-3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8359 | ROMAN CATHOLIC CHURCH ARCHDIOCESE OF NEW ORLEANS - St. Raphael Archangel School (Classrooms / Gymnasium)– 2221 Mendez Street, New Orleans, Louisiana 70122 | | | X | | | X | X | X | | X |
| 2 | 8363 | ROMAN CATHOLIC CHURCH ARCHDIOCESE OF NEW ORLEANS - Archbishop Shaw High School (Classrooms / Gymnasium) – 1000 Barataria Blvd., Marrero, Louisiana 70072 | X | X | X | | | X | X | X | | X |
| 3 | 8365 | ROMAN CATHOLIC CHURCH ARCHDIOCESE NEW ORLEANS - Archbishop Chapelle High School (Classrooms / Administration / Gymnasium) – 8800 Veterans Memorial Blvd., Metairie, Louisiana 70003 | X | X | X | | X | X | X | X | | X |
| 4 | 8367 | ROMAN CATHOLIC CHURCH ARCHDIOCESE OF NEW ORLEANS – Corpus Christi School (Gymnasium / Cafeteria / Classroom) - 2022 St. Bernard Ave., New Orleans, Louisiana 70166 | | | | X | X | X | X | X | X | |
| 5 | 8372 | ROMAN CATHOLIC CHURCH ARCHDIOCESE OF NEW ORLEANS - St. Angela Merici School (Classroom / Worship Room) - 835 Melody Drive, Metairie, Louisiana 70002 | | X | X | | | X | X | X | X | |

060222125006.doc