IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

W. R. GRACE & CO., et al.,

Debtors.

Chapter 11
Case No. 01-01139 (JKF)
(Jointly Administered)
**Response Deadline: March 1, 2006**
**Hearing Date: TBD**
**Re: Docket No. 9315**

| PD CLAIM # | ENTITY / BUILDING |
|---|---|
| 8359 | ROMAN CATHOLIC CHURCH ARCHDIOCESE OF NEW ORLEANS - St. Raphael Archangel School Building (Classrooms / Gymnasium) – 2221 Mendez Street, New Orleans, Louisiana 70122 |
| 8363 | ROMAN CATHOLIC CHURCH ARCHDIOCESE OF NEW ORLEANS - Archbishop Shaw High School Building (Classrooms / Gymnasium) – 1000 Barataria Blvd., Marrero, Louisiana 70072 |
| 8365 | ROMAN CATHOLIC CHURCH ARCHDIOCESE OF NEW ORLEANS - Archbishop Chapelle High School Building (Classrooms / Administration / Gymnasium ) – 8800 Veterans Memorial Blvd., Metairie, Louisiana 70003 |
| 8367 | ROMAN CATHOLIC CHURCH ARCHDIOCESE OF NEW ORLEANS – Corpus Christi School (Gymnasium / Cafeteria / Classroom) - 2022 St. Bernard Ave., New Orleans, Louisiana 70166 |
| 8372 | ROMAN CATHOLIC CHURCH ARCHDIOCESEOF NEW ORLEANS - St. Angela Merici School (Classroom s/ Worship Room) - 835 Melody Drive, Metairie, Louisiana 70002 |

## CERTIFICATE OF SERVICE

I, Michael J. Joyce, hereby certify that on the 22nd day of February, 2006, I did cause to

be served true and correct copies of the foregoing **Response of Roman Catholic Church**

**Archdiocese of New Orleans to Debtors' Fifteenth Omnibus Objection (Substantive) to**

**Asbestos Property Damage Claims** on the parties listed on the attached service list as indicated

thereon.

Dated: February 22, 2006

Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:    loizides@loizides.com

060222125006.doc

**SERVICE LIST**

**VIA HAND DELIVERY**

David Carickhoff, Jr., Esquire
Pachulski Stang Ziehl Young Jones & Weintraub
919 No. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
*(Counsel to Debtors and Debtors-in-Possession)*
*Facsimile 302- 652-4400*


**VIA EMAIL**

Janet Baer, Esquire (jbaer@kirkland.com)
Michael Rosenberg (mrosenberg@kirkland.com)
Kathleen Cawley (kcawley@kirkland.com)
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601
*(Counsel to Debtor)*