# EXHIBIT A

# EXHIBIT A

## CONGREGATION OF IMMACULATE CONCEPTION CHURCH

| NO. | CLAIM # | ENTITY / BUILDING | EX. C-1(d) | EX. C-2 | EX. C-3(f) | EX. C-4 | EX. D-1(b) | EX. D-1(c) | EX. D-2 | EX. D-4 | EX. D-5 | EX. D-6 | EX. E-1 | EX. E-3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8376 | Congregation of Immaculate Conception Church School Facility located at 601 Avenue C, Marrero, La. 70072 | | X | | X | | | X | X | | X | X | |

060222123148.doc