IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

Chapter 11
Case No. 01-01139 (JKF)
(Jointly Administered)

**Response Deadline: March 1, 2006**
**Hearing Date: TBD**
**Re: Docket No. 9315**

In re:

W. R. GRACE & CO., et al.,

                              Debtors.

| PD CLAIM # | ENTITY / BUILDING |
|---|---|
| 8376 | CONGREGATION OF IMMACULATE CONCEPTION CHURCH - Immaculate Conception School -(Administration / Cafeteria / Gym), 601 Avenue C, Marrero, La., 70072 |

## CERTIFICATE OF SERVICE

I, Michael J. Joyce, hereby certify that on the 22nd day of February, 2006, I did cause to

be served true and correct copies of the foregoing **Response of Congregation of Immaculate**

**Conception Church to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos**

**Property Damage Claims** on the parties listed on the attached service list as indicated thereon.

Dated: February 22, 2006

Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:       loizides@loizides.com

060222123148.doc

## SERVICE LIST

## VIA HAND DELIVERY

David Carickhoff, Jr., Esquire
Pachulski Stang Ziehl Young Jones & Weintraub
919 No. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
*(Counsel to Debtors and Debtors-in-Possession)*
*Facsimile 302- 652-4400*

## VIA EMAIL

Janet Baer, Esquire (jbaer@kirkland.com)
Michael Rosenberg (mrosenberg@kirkland.com)
Kathleen Cawley (kcawley@kirkland.com)
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601
*(Counsel to Debtor)*