# EXHIBIT A

# EXHIBIT A

# CONGREGATION ST. LOUISE DE MARILLAC CHURCH

| NO. | CLAIM # | ENTITY / BUILDING | EX. C-1(d) | EX. C-2 | EX. C-3(f) | EX. C-4 | EX. D-1(b) | EX. D-1(c) | EX. D-2 | EX. D-4 | EX. D-5 | EX. D-6 | EX. E-1 | EX. E-3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8364 | CONGRGATION OF ST. LOUISE DE MARILLAC HURCH - 1914 Aycock, Arabi, Louisiana 70032 School Building (Administration / Classrooms / Cafeteria) | | | X | | | | X | X | | X | X | |

060222121333.doc