# EXHIBIT A

# EXHIBIT A

# CONGREGATION OF ST. FRANCIS XAVIER CHURCH

| NO. | CLAIM # | ENTITY / BUILDING | EX. C-1(d) | EX. C-2 | EX. C-3(f) | EX. C-4 | EX. D-1(b) | EX. D-1(c) | EX. D-2 | EX. D-4 | EX. D-5 | EX. D-6 | EX. E-1 | EX. E-3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8362 | CONGREGATION OF ST. FRANCIS XAVIER CHURCH - 215 Betz Place, Metairie, Louisiana 70005 – School Building (Classrooms / Cafeteria / Auditorium) | X | | X | | | | X | X | | X | | X |

060222143311.doc