IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: March 14, 2006 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR PROTIVITI INC.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

EXHIBIT "A"

Protiviti Inc.
W. R. Grace & Co. Time Tracking Summary
Period Covered: October 2005

| Name | Position | Number of Years in Profession | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Hendrixson, Marie | Managing Director | 18 | $ 300.00 | 5.5 | $ 1,650.00 |
| Petito, Matt | Manager | 7 | $ 240.00 | 3.0 | $ 720.00 |
| Brozzeti, Michael | Senior Consultant, IT | 4.5 | $ 188.00 | 42.0 | $ 7,896.00 |
| | | | Totals | 50.5 | $ 10,266.00 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended October 31, 2005**

**Name:** Marie Hendrixson
**Level:** Managing Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 12-Oct-05 | Reviewed, discussed and approved the monthly fee application for September 2005 and the quarterly fee application for the period July - September 2005 | $ 300 | 4 | $1,200.00 |
| 25-Oct-05 | Discussed scope and timing of information technology and internal audit work with Matt Petito | $ 300 | 1.5 | $ 450.00 |
| | Totals | | 5.5 | $1,650.00 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended October 31, 2005**

**Name:** Matthew Petito
**Level:** Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 7-Oct-05 | Prepared the monthly fee application for September 2005 and the quarterly fee application for the period July - September 2005; submitted both applications to Brian Kenny, Barb Summerson and Marie Hendrixson for review | $ 240 | 1.5 | $ 360.00 |
| 25-Oct-05 | Discussed scope and timing of information technology and internal audit work with Marie Hendrixson | $ 240 | 1.5 | $ 360.00 |
| | Totals | | 3.0 | $ 720.00 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended October 31, 2005**

**Name:** Michael Brozzeti
**Level:** Senior Consultant, IT

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 3-Oct-05 | Performed test of key controls and documentation of results for SAP Application Controls; including BASIS Administration, Help Desk Function, and other powerful users. | $ 188.00 | 8 | $ 1,504.00 |
| 4-Oct-05 | Performed test of key controls and documentation of results for SAP Change Management Controls; including change authorization, classification of change, testing of change, and production move approval. | $ 188.00 | 9.5 | $ 1,786.00 |
| 5-Oct-05 | Performed test of key controls and documentation of results for SAP Change Management Controls; including change authorization, classification of change, testing of change, and production move approval. | $ 188.00 | 9.5 | $ 1,786.00 |
| 6-Oct-05 | Upload of SAP test results and documentation into the SARBOX Portal. | $ 188.00 | 9 | $ 1,692.00 |
| 7-Oct-05 | Upload of test results and documentation for WAN controls and general documentation clean up. Exit interview and final meeting with engagement manager Barb Summerson. | $ 188.00 | 6 | $ 1,128.00 |
|  | Totals |  | 42 | $ 7,896.00 |

**EXHIBIT "C"**

Protiviti Inc.
W. R. Grace & Co. Expense Summary
Period Covered: October 2005

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 972.85 |
| Lodging | N/A | $ 1,638.60 |
| Sundry | N/A | $ 68.00 |
| Business Meals | N/A | $ 337.39 |
| Total | | $ 3,016.84 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: October 2005

## Expense Detail

Name: Marie Hendrixson
Level: Managing Director

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 12-Oct-05 | Mileage in excess of normal commute to/from Philadelphia PA - Columbia MD | $ 85.14 | $ 85.14 | | | | $ 85.14 |
| | Totals | $ 85.14 | $ 85.14 | $ - | $ - | $ - | $ 85.14 |

Name: Michael Brozzetti
Level: Senior Consultant, IT
NOTE: Expenses for 9/1-9/13 not previously billed; accidentally omitted from prior application.

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 1-Sep-05 | Dinner at Austin Grille for myself in Columbia MD | $ 20.00 | | | | $ 20.00 | $ 20.00 |
| 1-Sep-05 | Lunch at Grace Café for myself in Columbia MD | $ 5.75 | | | | $ 5.75 | $ 5.75 |
| 2-Sep-05 | Lodging at Hampton Inn for 8/29 - 9/2 for 4 nights for myself | $ 538.00 | | $ 538.00 | | | $ 538.00 |
| 2-Sep-05 | Mileage in excess of normal commute from Philadelphia to Columbia (110 miles*.36) | $ 39.60 | $ 39.60 | | | | $ 39.60 |
| 2-Sep-05 | Tolls (PA to MD) | $ 4.00 | $ 4.00 | | | | $ 4.00 |
| 2-Sep-05 | Lunch at Grace Café for myself in Columbia MD | $ 6.25 | | | | $ 6.25 | $ 6.25 |
| 6-Sep-05 | Massachusetts Turnpike Toll | $ 3.00 | $ 3.00 | | | | $ 3.00 |
| 6-Sep-05 | Round trip airfare for myself (Philadelphia to Logan Airport) | $ 236.90 | $ 236.90 | | | | $ 236.90 |
| 6-Sep-05 | Breakfast at Grace Café w/ self | $ 5.75 | | | | $ 5.75 | $ 5.75 |
| 6-Sep-05 | Lunch at Grace Café w/self | $ 8.25 | | | | $ 8.25 | $ 8.25 |
| 6-Sep-05 | Dinner at Double Tree Hotel in Cambridge MA w/ self | $ 22.00 | | | | $ 22.00 | $ 22.00 |
| 7-Sep-05 | Breakfast at Grace Café w/ self | $ 5.50 | | | | $ 5.50 | $ 5.50 |
| 7-Sep-05 | Lunch at Grace Café w/self | $ 7.50 | | | | $ 7.50 | $ 7.50 |
| 7-Sep-05 | Dinner at Double Tree Hotel in Cambridge MA w/ self | $ 24.00 | | | | $ 24.00 | $ 24.00 |
| 8-Sep-05 | Breakfast at Grace Café w/ self | $ 6.20 | | | | $ 6.20 | $ 6.20 |
| 8-Sep-05 | Lunch at Grace Café w/self | $ 8.20 | | | | $ 8.20 | $ 8.20 |
| 8-Sep-05 | Dinner at Joe's Grille in Boston MA for myself | $ 22.14 | | | | $ 22.14 | $ 22.14 |
| 9-Sep-05 | Breakfast at Grace Café w/self | $ 5.60 | | | | $ 5.60 | $ 5.60 |
| 9-Sep-05 | Lunch at Grace Café w/self | $ 6.80 | | | | $ 6.80 | $ 6.80 |
| 9-Sep-05 | Philadelphia Airport parking for myself for 4 days | $ 68.00 | | | $ 68.00 | | $ 68.00 |
| 9-Sep-05 | Hertz Rental Car for one week for myself in Cambridge MA | $ 252.11 | $ 252.11 | | | | $ 252.11 |
| 9-Sep-05 | Lodging at Double Tree Hotel in Cambridge MA for myself for 4 nights | $ 572.60 | | $ 572.60 | | | $ 572.60 |
| 9-Sep-05 | Gas for Rental Car | $ 17.00 | $ 17.00 | | | | $ 17.00 |
| 12-Sep-05 | Mass Turnpike Toll | $ 3.00 | $ 3.00 | | | | $ 3.00 |
| 12-Sep-05 | Round trip airfare for myself (Philadelphia to Logan Airport) | $ 236.90 | $ 236.90 | | | | $ 236.90 |
| 12-Sep-05 | Lunch at Grace Café for myself | $ 7.25 | | | | $ 7.25 | $ 7.25 |

| Date | Description | Amount | | |
|---|---|---|---|---|
| 12-Sep-05 | Dinner at Double Tree Hotel in Cambridge MA w/ self | $ | 24.00 | |
| 13-Sep-05 | Breakfast at Grace Café w/ self | $ | 6.20 | |
| 13-Sep-05 | Lunch at Grace Café w/self | $ | 7.50 | |
| 3-Oct-05 | Breakfast at Grace Café for myself | $ | 6.50 | |
| 3-Oct-05 | Lunch at Grace Café for myself | $ | 8.00 | |
| 3-Oct-05 | Dinner at Outback Steakhouse in Columbia MD for myself | $ | 14.00 | |
| 4-Oct-05 | Breakfast at Grace Café for myself | $ | 5.25 | |
| 4-Oct-05 | Lunch at Grace Café for myself | $ | 6.25 | |
| 4-Oct-05 | Dinner at Olive Garden in Columbia MD for myself | $ | 23.00 | |
| 5-Oct-05 | Lunch at Grace Café for myself | $ | 6.75 | |
| 5-Oct-05 | Dinner at Apple Bees in Columbia MD for myself | $ | 24.00 | |
| 6-Oct-05 | Breakfast at Grace Café for myself | $ | 4.50 | |
| 6-Oct-05 | Lunch at Grace Café for myself | $ | 7.25 | |
| 6-Oct-05 | Dinner at UNO's in Columbia MD for myself | $ | 22.00 | |
| 7-Oct-05 | Breakfast at Grace Café for myself | $ | 4.25 | |
| 7-Oct-05 | Lunch at Columbia Mall (Taco Grande) for myself | $ | 6.75 | |
| 3-Oct-05 | Tolls to/from Philadelphia PA - Columbia MD | $ | 8.00 | |
| 3-Oct-05 | 110 Miles in Excess of Normal Commute from Philadelphia to Columbia MD | $ | 39.60 | |
| 7-Oct-05 | 110 Miles in Excess of Normal Commute from Columbia MD to Philadelphia PA | $ | 39.60 | |
| 7-Oct-05 | Tolls to/from Philadelphia PA - Columbia MD | $ | 8.00 | |
| 7-Oct-05 | Lodging at Hampton Inn for 8/29 - 9/2 for 4 nights for myself | $ | 528.00 | |
| | Totals | $ | 2,931.70 | |

| | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|
| | | | | | | |

Row details:
- 12-Sep-05: Business Meals $24.00, Totals $24.00
- 13-Sep-05: Business Meals $6.20, Totals $6.20
- 13-Sep-05: Business Meals $7.50, Totals $7.50
- 3-Oct-05: Business Meals $6.50, Totals $6.50
- 3-Oct-05: Business Meals $8.00, Totals $8.00
- 3-Oct-05: Business Meals $14.00, Totals $14.00
- 4-Oct-05: Business Meals $5.25, Totals $5.25
- 4-Oct-05: Business Meals $6.25, Totals $6.25
- 4-Oct-05: Business Meals $23.00, Totals $23.00
- 5-Oct-05: Business Meals $6.75, Totals $6.75
- 5-Oct-05: Business Meals $24.00, Totals $24.00
- 6-Oct-05: Business Meals $4.50, Totals $4.50
- 6-Oct-05: Business Meals $7.25, Totals $7.25
- 6-Oct-05: Business Meals $22.00, Totals $22.00
- 7-Oct-05: Business Meals $4.25, Totals $4.25
- 7-Oct-05: Business Meals $6.75, Totals $6.75
- 3-Oct-05: Transportation $8.00, Totals $8.00
- 3-Oct-05: Transportation $39.60, Totals $39.60
- 7-Oct-05: Transportation $39.60, Totals $39.60
- 7-Oct-05: Transportation $8.00, Totals $8.00
- 7-Oct-05: Lodging $528.00, Totals $528.00
- Totals: Amount $2,931.70, Transportation $887.71, Lodging $1,638.60, Sundry $68.00, Business Meals/Entertainment $337.39, Totals $2,931.70

| | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|
| Grand Totals | $ 3,016.84 | $ 972.85 | $ 1,638.60 | $ 68.00 | $ 337.39 | $ 3,016.84 |