IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: March 14, 2006 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR PROTIVITI INC.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:88049.1

**EXHIBIT "A"**

Protiviti Inc.
W. R. Grace & Co. Time Tracking Summary
Period Covered: November 2005

| Name | Position | Number of Years in Profession | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Petito, Matt | Manager | 7 | $ 240.00 | 2.0 | $ 480.00 |
| McDowell, Michele | Senior Consultant | 5 | $ 200.00 | 133.5 | $ 26,700.00 |
| | | | Totals | 135.5 | $ 27,180.00 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended November 30, 2005**

| Date | Detailed Task / Activity | Fees |
|---|---|---|
| 30-Nov-05 | Renewal of Sarbox Portal maintenance agreement for a one year period | $ 10,000.00 |
| | Totals | $ 10,000.00 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended November 30, 2005**

**Name:** Matthew Petito
**Level:** Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Nov-05 | Prepared the monthly fee application for October 2005 and submitted to Brian Kenny for review | $ 240 | 2 | $ 480.00 |
| | Totals | | 2.0 | $ 480.00 |

Protiviti Inc.
W. R. Grace & Co. Detailed Time Report
Month Ended November 30, 2005

**Name:** Michele McDowell
**Level:** Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 31-Oct-05 | Meeting with Greg Demory, IA manager to discuss SOA project, workpaper guidelines and assignment | $ 200.00 | 2.5 | $ 500.00 |
| 31-Oct-05 | Preparing by Site request listing for Curtis Bay - all locations. Hydro, FCC, Poly, Silicas and Central | $ 200.00 | 4.5 | $ 900.00 |
| 31-Oct-05 | Selecting populations for Curtis Bay Testing | $ 200.00 | 2 | $ 400.00 |
| 1-Nov-05 | Preparing by Site request listing for Curtis Bay - all locations. Hydro, FCC, Poly, Silicas and Central | $ 200.00 | 2 | $ 400.00 |
| 1-Nov-05 | Selecting populations for Curtis Bay Testing | $ 200.00 | 1 | $ 200.00 |
| 1-Nov-05 | Preparing Curtis Bay Test plans | $ 200.00 | 2.5 | $ 500.00 |
| 1-Nov-05 | Preparing Cambridge Test plan | $ 200.00 | 1 | $ 200.00 |
| 1-Nov-05 | Preparing Lake Charles Test Plan | $ 200.00 | 2 | $ 400.00 |
| 1-Nov-05 | Preparing site request for Lake Charles | $ 200.00 | 1 | $ 200.00 |
| 2-Nov-05 | Creating test workpapers for Curtis Bay sites - including Hydro, Poly, Silicas, FCC and Central to document test results | $ 200.00 | 2 | $ 400.00 |
| 2-Nov-05 | Creating test workpapers for Lake Charles | $ 200.00 | 0.75 | $ 150.00 |
| 2-Nov-05 | Creating test workpapers for Cambridge | $ 200.00 | 1 | $ 200.00 |
| 2-Nov-05 | Pulling samples for Cambridge site visit for asset additions, asset disposals, credit memos and general ledger reconciliations | $ 200.00 | 4 | $ 800.00 |
| 2-Nov-05 | Preparing Site request for Cambridge | $ 200.00 | 2 | $ 400.00 |
| 3-Nov-05 | Meeting with Greg Demory about WORMS Testing | $ 200.00 | 0.5 | $ 100.00 |
| 3-Nov-05 | Performed AP Testing for Lake Charles | $ 200.00 | 2 | $ 400.00 |
| 3-Nov-05 | Preparing WORMS Prepared By Client listing, including sample populations | $ 200.00 | 3 | $ 600.00 |
| 3-Nov-05 | Credit memo Test for Lake Charles | $ 200.00 | 0.5 | $ 100.00 |
| 3-Nov-05 | Documented test results for Lake Charles | $ 200.00 | 2 | $ 400.00 |
| 4-Nov-05 | Preparing WORMS PBC including sample populations | $ 200.00 | 3 | $ 600.00 |
| 4-Nov-05 | Preparing WORMS test papers and Test plans | $ 200.00 | 1.5 | $ 300.00 |
| 7-Nov-05 | Testing at Elkridge - Goods receipts. Goods Issue and Physical Inventory | $ 200.00 | 4 | $ 800.00 |
| 7-Nov-05 | Testing at Curtis Bay - raw materials | $ 200.00 | 1.75 | $ 350.00 |
| 7-Nov-05 | Meeting with FCC to get supporting documentation | $ 200.00 | 0.75 | $ 150.00 |
| 7-Nov-05 | Testing of raw materials - all locations | $ 200.00 | 0.5 | $ 100.00 |
| 7-Nov-05 | Testing of goods receipts - Central Tank and FCC | $ 200.00 | 1.25 | $ 250.00 |
| 7-Nov-05 | Testing Inventory Adjustments | $ 200.00 | 0.75 | $ 150.00 |
| 8-Nov-05 | Testing of Cambridge Purchase Orders | $ 200.00 | 2 | $ 400.00 |
| 8-Nov-05 | Wrapping up Lake Charles tests and document test results in the portal | $ 200.00 | 2 | $ 400.00 |
| 8-Nov-05 | Documented test results for Worms and upload to portal | $ 200.00 | 1.5 | $ 300.00 |
| 8-Nov-05 | Updating Test Plans to reflect additional sample criteria for Curtis Bay Divisions | $ 200.00 | 1 | $ 200.00 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 8-Nov-05 | Updates to Portal for Curtis bay test steps | $ 200.00 | 1.5 | $ 300.00 |
| 9-Nov-05 | Document test results and updating Portal for Lake Charles | $ 200.00 | 1 | $ 200.00 |
| 9-Nov-05 | Creating workpapers and test plans for Dueren | $ 200.00 | 1.5 | $ 300.00 |
| 9-Nov-05 | Pulling samples for Dueren Germany | $ 200.00 | 1 | $ 200.00 |
| 9-Nov-05 | Preparing Prepared by Client listing for Dueren Germany | $ 200.00 | 4.5 | $ 900.00 |
| 9-Nov-05 | Performed Purchase order testing for Duren | $ 200.00 | 1.5 | $ 300.00 |
| 10-Nov-05 | Testing of manufacturing variances for FCC | $ 200.00 | 1 | $ 200.00 |
| 10-Nov-05 | Testing of platinum movement for FCC | $ 200.00 | 1 | $ 200.00 |
| 10-Nov-05 | Selection of general ledger account reconciliation sample for WORMS | $ 200.00 | 1.75 | $ 350.00 |
| 10-Nov-05 | Collecting support from various individuals at Curtis bay for testing; discussed documents with process owners | $ 200.00 | 2.25 | $ 450.00 |
| 10-Nov-05 | Logging new requests in to Status Update for Curtis Bay divisions | $ 200.00 | 0.75 | $ 150.00 |
| 10-Nov-05 | Testing manufacturing variances for Hydro | $ 200.00 | 0.5 | $ 100.00 |
| 10-Nov-05 | Testing FCC Production Postings | $ 200.00 | 0.5 | $ 100.00 |
| 10-Nov-05 | Testing Goods Issue, Receipts, Production for Silicas | $ 200.00 | 2 | $ 400.00 |
| 10-Nov-05 | Testing FCC Goods Issue | $ 200.00 | 0.75 | $ 150.00 |
| 10-Nov-05 | Testing Goods Issue, Receipts, Production for Poly | $ 200.00 | 1.5 | $ 300.00 |
| 11-Nov-05 | Testing Productions and Goods Receipts for Hydro | $ 200.00 | 1 | $ 200.00 |
| 11-Nov-05 | Update to PBS for new docs received | $ 200.00 | 0.5 | $ 100.00 |
| 11-Nov-05 | Review of FCC create/change PO order report | $ 200.00 | 0.25 | $ 50.00 |
| 11-Nov-05 | Davison Purchase order review | $ 200.00 | 1 | $ 200.00 |
| 11-Nov-05 | Meeting with Shaun to go over progress and ask questions related to Curtis Bay. | $ 200.00 | 1 | $ 200.00 |
| 11-Nov-05 | Final Update to PBS for Curtis Bay for 11/11/05 | $ 200.00 | 0.5 | $ 100.00 |
| 17-Nov-05 | Cambridge reviewed of fixed assets additions and disposals and capital projects report | $ 200.00 | 3 | $ 600.00 |
| 17-Nov-05 | Columbia purchase order/pricing testing for Shaun | $ 200.00 | 1.5 | $ 300.00 |
| 17-Nov-05 | Silicas testing of requested items | $ 200.00 | 2 | $ 400.00 |
| 17-Nov-05 | Poly testing of requested items | $ 200.00 | 1.5 | $ 300.00 |
| 17-Nov-05 | Updates to PBS's for all locations | $ 200.00 | 2 | $ 400.00 |
| 18-Nov-05 | Discussion with Shaun on current status, open items and next steps | $ 200.00 | 1.5 | $ 300.00 |
| 18-Nov-05 | Poly Sales Order status report testing | $ 200.00 | 1.25 | $ 250.00 |
| 18-Nov-05 | Silicas Sales Order status report testing | $ 200.00 | 1.25 | $ 250.00 |
| 18-Nov-05 | WORMS AP testing | $ 200.00 | 2 | $ 400.00 |
| 21-Nov-05 | Worms review of credit limit approvals | $ 200.00 | 2 | $ 400.00 |
| 21-Nov-05 | Worms review of general ledger | $ 200.00 | 1.5 | $ 300.00 |
| 21-Nov-05 | Worms review of Credit and Collections | $ 200.00 | 2.5 | $ 500.00 |
| 28-Nov-05 | Duren Fixed Assets – Additions and disposals | $ 200.00 | 4 | $ 800.00 |
| 28-Nov-05 | Duren Procurement testing | $ 200.00 | 2 | $ 400.00 |
| 28-Nov-05 | Duren Inventory Management Testing | $ 200.00 | 2 | $ 400.00 |
| 28-Nov-05 | Duren Payroll testing | $ 200.00 | 2 | $ 400.00 |
| 29-Nov-05 | Cambridge reconciliation testing | $ 200.00 | 9.5 | $ 1,900.00 |
| 30-Nov-05 | Cambridge reconciliation testing | $ 200.00 | 8.5 | $ 1,700.00 |
| | Totals | | 133.5 | $ 26,700.00 |

**EXHIBIT "C"**

Protiviti Inc.
W. R. Grace & Co. Expense Summary
Period Covered: November 2005

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 568.45 |
| Lodging | N/A | $ 2,213.26 |
| Sundry | N/A | $ 40.00 |
| Business Meals | N/A | $ 190.84 |
| Total | | $ 3,012.55 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: November 2005

Name: Michele McDowell
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 30-Oct-05 | Mileage in excess of normal commute- one way from Philadelphia PA to Columbia MD on 10/30 (approx 125 miles) | $ 58.20 | $ 58.20 | | | | $ 58.20 |
| 30-Oct-05 | Dinner at Ruby Tuesdays in Columbia MD for myself | $ 12.57 | | | | $ 12.57 | $ 12.57 |
| 31-Oct-05 | Dinner at Ruby Tuesdays in Columbia MD for myself | $ 8.74 | | | | $ 8.74 | $ 8.74 |
| 31-Oct-05 | Lunch at Rocky Run in Columbia MD for myself | $ 12.13 | | | | $ 12.13 | $ 12.13 |
| 1-Nov-05 | Dinner at Ruby Tuesdays in Columbia MD for myself | $ 18.90 | | | | $ 18.90 | $ 18.90 |
| 2-Nov-05 | Lodging at Ramada Inn in Columbia MD for 3 nights for myself | $ 309.06 | | $ 309.06 | | | $ 309.06 |
| 2-Nov-05 | Breakfast at WR Grace cafeteria for myself | $ 5.50 | | | | $ 5.50 | $ 5.50 |
| 2-Nov-05 | Lunch at WR Grace cafeteria for myself | $ 6.50 | | | | $ 6.50 | $ 6.50 |
| 2-Nov-05 | Dinner at Sheraton Hotel in Columbia MD for myself | $ 17.00 | | | | $ 17.00 | $ 17.00 |
| 3-Nov-05 | Breakfast at WR Grace cafeteria for myself | $ 5.13 | | | | $ 5.13 | $ 5.13 |
| 3-Nov-05 | Lunch at WR Grace cafeteria for myself | $ 7.00 | | | | $ 7.00 | $ 7.00 |
| 3-Nov-05 | Dinner at Sheraton Hotel in Columbia MD for myself | $ 25.00 | | | | $ 25.00 | $ 25.00 |
| 4-Nov-05 | Lodging at Sheraton Hotel in Columbia MD for 2 nights for myself | $ 393.80 | | $ 393.80 | | | $ 393.80 |
| 4-Nov-05 | Mileage in excess of normal commute- one way from Columbia MD to Philadelphia PA 11/4 (approx 125 miles) | $ 58.20 | $ 58.20 | | | | $ 58.20 |
| 7-Nov-05 | Mileage in excess of normal commute- one way from Philadelphia PA to Elkridge MD on 11/7 (approx 120 miles) | $ 57.60 | $ 57.60 | | | | $ 57.60 |
| 7-Nov-05 | Mileage in excess of normal commute - roundtrip to Curtis Bay Plant (approx 50 miles roundtrip) | $ 24.00 | $ 24.00 | | | | $ 24.00 |
| 7-Nov-05 | Dinner at Sheraton Hotel in Columbia MD for myself | $ 11.88 | | | | $ 11.88 | $ 11.88 |
| 8-Nov-05 | Dinner at Subway in Columbia MD for myself | $ 6.70 | | | | $ 6.70 | $ 6.70 |
| 9-Nov-05 | Dinner at Panera Bread in Columbia MD for myself | $ 6.64 | | | | $ 6.64 | $ 6.64 |
| 10-Nov-05 | Mileage in excess of normal commute - roundtrip to Curtis Bay Plant (approx 50 miles roundtrip) | $ 24.25 | $ 24.25 | | | | $ 24.25 |
| 10-Nov-05 | Dinner at Sheraton Hotel in Columbia MD for myself | $ 12.15 | | | | $ 12.15 | $ 12.15 |
| 11-Nov-05 | Lodging at Hilton Hotel in Columbia MD for 4 nights for myself | $ 919.60 | | $ 919.60 | | | $ 919.60 |
| 11-Nov-05 | Mileage in excess of normal commute from Columbia MD to Philadelphia PA (approx. 125 miles) | $ 58.20 | $ 58.20 | | | | $ 58.20 |
| 17-Nov-05 | Mileage in excess of normal commute from Philadelphia PA to Columbia MD (approx. 125 miles) | $ 58.20 | $ 58.20 | | | | $ 58.20 |
| 17-Nov-05 | Dinner at WR Grace cafeteria for myself | $ 8.74 | | | | $ 8.74 | $ 8.74 |
| 18-Nov-05 | Mileage in excess of normal commute from Columbia MD to Philadelphia PA (approx. 125 miles) | $ 58.20 | $ 58.20 | | | | $ 58.20 |
| 18-Nov-05 | Lodging at Hilton Hotel for 1 night for myself in Columbia MD | $ 207.90 | | $ 207.90 | | | $ 207.90 |
| 28-Nov-05 | Mileage in excess of normal commute from Philadelphia PA to Columbia MD (approx. 125 miles) | $ 58.20 | $ 58.20 | | | | $ 58.20 |
| 28-Nov-05 | Dinner at WR Grace cafeteria for myself | $ 7.89 | | | | $ 7.89 | $ 7.89 |

| Date | Description | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 29-Dec-05 | Breakfast at dunkin donuts in Boston for myself | $ 4.37 | | | | $ 4.37 | $ 4.37 |
| 29-Nov-05 | Roundtrip flight airfare - from Philadelphia PA to Boston MA for myself to audit Cambridge facility | $ 113.40 | $ 113.40 | | | | $ 113.40 |
| 29-Nov-05 | Lodging at Hilton Hotel for 1 night for myself in Columbia MD | $ 174.90 | | $ 174.90 | | | $ 174.90 |
| 30-Nov-05 | Lodging at Courtyard Marriott Hotel in Boston MA for myself for 1 night | $ 208.00 | | $ 208.00 | | | $ 208.00 |
| 30-Nov-05 | Parking at Logan airport for 2 days | $ 40.00 | | | $ 40.00 | | $ 40.00 |
| 30-Nov-05 | Dinner at Deli in Logan airport for myself | $ 14.00 | | | | $ 14.00 | $ 14.00 |
| | Totals | $ 3,012.55 | $ 568.45 | $ 2,213.26 | $ 40.00 | $ 190.84 | $ 3,012.55 |

| | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|
| Grand Totals | $ 3,012.55 | $ 568.45 | $ 2,213.26 | $ 40.00 | $ 190.84 | $ 3,012.55 |