# EXHIBIT A

# Claims Not Responding to January 30, 2006 Response Date
## *4 Claims*

| Claim Number | Claimant Name | Counsel | Firm Name | Property Address | State of Prop. | Objection Exhibit |
|---|---|---|---|---|---|---|
| 002322 | Port Of Slidell Llc Po Box 24597 New Orleans, La | No Counsel Specified | No Counsel Specified | 999 Canulette Rd Slidell LA 70458 | LA | C-2, D-2, D-3, D-6, E-1, |
| 003185 | Foss, Alden L 10 Briarwood Fargo, Nd 58072 | James M Hughes | Motley Rice LLC | 256 Central Avenue North Valley City, ND 58072 | ND | C-2, C-3 (d), D-1 (c), D-2, D-4, D-6, E-1 |
| 004701 | Nguyen, Keith N 5523 N Galvez St New Orleans, LA | No Counsel Specified | No Counsel Specified | 5523 N Galvez St New Orleans, LA 70117 | LA | C-2, C-3 (d), C-3 (f), D-2, D-3, D-6, E-1, |
| 011313 | City of Philadelphia | Joseph Digiuseppe | Law Department City Of Philadelphia One Parkway | Philadelphia, PA 19153 | PA | C-1 (d), C-3 (d), D-2, D-6, E-1, |