IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W. R. GRACE & CO., et al. ) | Case No. 01-01139 (JKF) |
| ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **NO ORDER REQUIRED** |
| ) | |
| ) | **Rel. D.I. 11655** |

### CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 11655

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Fifty-Seventh Monthly Fee Application of Stroock & Stroock & Lavan LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period December 1, 2005 Through December 31, 2005 (the "Application") [Docket No. 11655] filed on January 20, 2006.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than February 21, 2006 at 4:00 p.m.

DM3\342703.1

Pursuant to the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committees and Consideration of Fee Applications signed November 20, 2001, the Debtors are hereby authorized to immediately pay eighty percent (80%) of requested compensation ($77,484.00) and one hundred percent (100%) of expenses of $1,379.53 (Stroock) and $20,317.49 (Navigant) without further order from the court.

Dated:  February 23, 2006
        Wilmington, DE             /s/Michael R. Lastowski
                                   Michael R. Lastowski (DE I.D. No. 3892)
                                   Richard W. Riley (DE I.D. No. 4052)
                                   DUANE MORRIS LLP
                                   1100 N. Market Street, Suite 1200
                                   Wilmington, DE 19801-1246
                                   Telephone:   (302)-657-4900
                                   Facsimile:   (302)-657-4901
                                   Email:       mlastowski@duanemorris.com

                                   *Co-Counsel for the Official*
                                   *Committee of Unsecured Creditors*

DM3\342703.1