# EXHIBIT A

# EXHIBIT A

# CONGREGATION OF ST. RITA ROMAN CATHOLIC CHURCH

| NO. | CLAIM # | ENTITY / BUILDING | EX. C-1(d) | EX. C-2 | EX. C-3(f) | EX. C-4 | EX. D-1(b) | EX. D-1(c) | EX. D-2 | EX. D-4 | EX. D-5 | EX. D-6 | EX. E-1 | EX. E-3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8375 | Congregation of St. Rita Roman Catholic Church School Facility located at 65 Fontainebleau Drive, New Orleans, La. 70125 | | | X | | | | X | X | | X | X | |

060222152259.doc