# EXHIBIT A

# EXHIBIT A

## CONGREGATION OF ST. JOAN OF ARC CATHOLIC CHURCH

| NO. | CLAIM # | ENTITY / BUILDING | EX. C-1(d) | EX. C-2 | EX. C-3(f) | EX. C-4 | EX. D-1(b) | EX. D-1(c) | EX. D-2 | EX. D-4 | EX. D-5 | EX. D-6 | EX. E-1 | EX. E-3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8373 | Congregation of St. Joan of Arc Catholic Church School Facility located at 919 Cambronne St, New Orleans, La. 70118 | | | X | | | | X | X | | X | X | |

060223105442.doc