# EXHIBIT A

# EXHIBIT A

## CONGREGATION OF ST. PIUS X ROMAN CATHOLIC CHURCH

| NO. | CLAIM # | ENTITY / BUILDING | EX. C-1(d) | EX. C-2 | EX. C-3(f) | EX. C-4 | EX. D-1(b) | EX. D-1(c) | EX. D-2 | EX. D-4 | EX. D-5 | EX. D-6 | EX. E-1 | EX. E-3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8368 | Congregation of St. Pius X Roman Catholic Church School Building (Classrooms / Cafeteria) located at 6600 Spanish Fort, New Orleans, La. 70124 | | | | | | | X | X | | X | | X |

060223112012.doc