# EXHIBIT A

# EXHIBIT A

## ST. MARY'S ACADEMY OF THE HOLY FAMILY

| NO. | CLAIM # | ENTITY / BUILDING | EX. C-1(d) | EX. C-2 | EX. C-3(f) | EX. C-4 | EX. D-1(b) | EX. D-1(c) | EX. D-2 | EX. D-4 | EX. D-5 | EX. D-6 | EX. E-1 | EX. E-3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8360 | ST MARY'S ACADEMY OF THE HOLY FAMILY - 6905 Chef Menteur Hwy., New Orleans, Louisiana 70126 – School Building (Classroom / Cafeteria / Gym) | X | | | X | | X | X | X | | X | X | |