THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

W. R. GRACE & CO., et al.,

Debtors.

Chapter 11
Case No. 01-01139 (JKF)
(Jointly Administered)

Response Deadline: March 1, 2006
Hearing Date: TBD
Re: Docket No. 9315

| PD CLAIM # | ENTITY / BUILDING |
|---|---|
| 8360 | ST. MARY'S ACADEMY OF THE HOLY FAMILY - 6905 Chef Menteur Hwy., New Orleans, Louisiana 70126 – School (Classroom / Cafeteria / Gym) |

## CERTIFICATE OF SERVICE

I, Michael J. Joyce, hereby certify that on the 23rd day of February, 2006, I did cause to be served true and correct copies of the foregoing **Response of Congregation of St. Mary's Academy of the Holy Family to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims** on the parties listed on the attached service list as indicated thereon.

Dated: February 23, 2006

_____
Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:       loizides@loizides.com

060223143320.doc

**SERVICE LIST**

**VIA HAND DELIVERY**

David Carickhoff, Jr., Esquire
Pachulski Stang Ziehl Young Jones & Weintraub
919 No. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
*(Counsel to Debtors and Debtors-in-Possession)*

**VIA EMAIL**

Janet Baer, Esquire (jbaer@kirkland.com)
Michael Rosenberg (mrosenberg@kirkland.com)
Kathleen Cawley (kcawley@kirkland.com)
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601
*(Counsel to Debtors)*