**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Due by: February 22, 2006 at 4:00 p.m**. |

**CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 11701**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Fifth Interim Application of Hilsoft Notifications (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Experts to the Official Committee of Asbestos Property Damage Claimants for the Period of December 1, 2005 through December 31, 2005 (the "Application"). The undersigned further certifies that she caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than February 22, 2006.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay Hilsoft Notifications $1,392.00 which represents 80% of the fees ($1,740.00) and $168.32 which represents 100% of the expenses requested in the Application for

the period December 1, 2005 through December 31, 2005, upon the filing of this certification and without the need for entry of a Court order approving the Application.

| | |
|---|---|
| Dated: February 23, 2006 | Scott L. Baena, Esquire<br>Jay M. Sakalo, Esquire<br>BILZIN, SUMBERG, BAENA, PRICE<br> & AXELROD, LLP<br>2500 Wachovia Financial Center<br>200 South Biscayne Boulevard<br>Miami, FL 33131-2336<br>Tel:   (305) 374-7580<br>Fax:   (305) 374-7593<br><br>-and-<br><br>FERRY, JOSEPH & PEARCE, P.A.<br><br> /s/ Lisa L. Coggins<br>Michael B. Joseph (No. 392)<br>Theodore J. Tacconelli (No. 2678)<br>Lisa L. Coggins (No. 4234)<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, DE. 19899<br>Tel:   (302) 575-1555<br>Fax:   (302) 575-1714<br><br>*Co-Counsel to the Official Committee of Asbestos Property Damage Claimants* |