**<u>NO ORDER REQUIRED</u>**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: February 22, 2006 at 4:00 p.m.** |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 11703

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Fifty-Fourth Interim Application of Bilzin Sumberg Baena Price & Axelrod, LLP (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from December 1, 2005 through December 31, 2005 ("the Application"). The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than February 22, 2006 at 4:00 p.m.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Applicant $218,285.00 which represents 80% of the fees ($272,856.25) and $281,047.74 which represents 100% of the expenses requested in the Application for the

period December 1, 2005 through December 31, 2005 upon the filing of this certification and without the need for entry of a Court order approving the Application.

Dated:  February 23, 2006	Scott L. Baena, Esquire
	Jay M. Sakalo, Esquire
	BILZIN, SUMBERG, BAENA, PRICE
	 & AXELROD, LLP
	2500 Wachovia Financial Center
	200 South Biscayne Boulevard
	Miami, FL 33131-2336
	Tel:    (305) 374-7580
	Fax:    (305) 374-7593

	-and-

	FERRY, JOSEPH & PEARCE, P.A.

	 /s/ Lisa L. Coggins
	Michael B. Joseph (No. 392)
	Theodore J. Tacconelli (No. 2678)
	Lisa L. Coggins (No. 4234)
	824 Market Street, Suite 904
	P.O. Box 1351
	Wilmington, DE. 19899
	Tel:    (302) 575-1555
	Fax:    (302) 575-1714

	Co-Counsel to the Official Committee of Asbestos Property Damage Claimants