# **EXHIBIT B**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et. al.,* | Case No. 01-1139 (JKF)<br>Jointly Administered |
| Debtors. | Objection deadline: March 6, 2006 at 4:00 p.m. |

### TWENTY THIRD MONTHLY FEE APPLICATION OF PROTIVITI INC. AS DEBTORS' SARBANES OXLEY COMPLIANCE ADVISORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SEPTEMBER 2005

| | |
|---|---|
| Name of Applicant: | Protiviti Inc. |
| Authorized to Provide Services to: | Debtors |
| Date of Retention: | Order dated November 17, 2003,<br>*nunc pro tunc* to June 30, 2003 |
| Period for which compensation and reimbursement is sought: | September 1, 2005 through September 30, 2005 |
| Amount of Compensation sought as actual, reasonable and necessary | $33,836.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary | $3,587.30 |
| This is a(n):    X  interim | ___ Final application |

Prior applications:    None.

Local Form 102
(Page 1 of 3 Pages)

## TIMEKEEPER SUMMARY

| Name of Professional | Position of the Applicant / Number of Years Experience in Profession | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Hendrixson, Marie | Managing Director 18 years | $300 | 1.0 | $300.00 |
| Petito, Matthew | Manager 7 years | $240 | 5.0 | $1,200.00 |
| Brozzeti, Michael | Senior Consultant, Information Tech. 4.5 years | $188 | 172.0 | $32,336.00 |
| | | Totals | 178.0 | $33,836.00 |

1

Local Form 102
(Page 2 of 3 Pages)

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery | 0 | 0 |
| Asset Disposition | 0 | 0 |
| Business Operations | 0 | 0 |
| Case Administration | 0 | 0 |
| Claims Administration and Objections | 0 | 0 |
| Employee Benefits/Pension | 0 | 0 |
| Retention of Professionals | 0 | 0 |
| Fee Applications | 178.0 | $33,836.00 |
| Fee Application Objections | 0 | 0 |
| Financing | 0 | 0 |
| Security Issues | 0 | 0 |
| Litigation | 0 | 0 |
| Plan and Disclosure Statement | 0 | 0 |
| Relief from Stay Proceedings | 0 | 0 |
| Other (Explain)<br>• Sarbanes-Oxley Compliance Services | 0 | 0 |
| Other (Explain) | 0 | 0 |
| Accounting/Auditing | 0 | 0 |
| Business Analysis | 0 | 0 |
| Corporate Finance | 0 | 0 |
| Data Analysis | 0 | 0 |
| **Total** | 178.0 | $33,836.00 |

2

Fee Application Narrative

Local Form 102
(Page 3 of 3 Pages)

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transportation | N/A | $1,109.72 |
| Lodging | N/A | $2,044.38 |
| Sundry | N/A | $0 |
| Business Meals / Entertainment | N/A | $433.20 |
| Total Expenses | | $3,587.30 |

3

Fee Application Narrative

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et. al.,* | Case No. 01-1139 (JKF)<br>Jointly Administered |
| Debtors. | |
| | Objection deadline: March 6, 2006 at 4:00 p.m. |

## CERTIFICATION OF MARIE HENDRIXSON

I, Marie Hendrixson, hereby certify that:

1. I am a managing director with Protiviti Inc. ("Protiviti"). Protiviti was retained by W.R. Grace & Co. and the other above-captioned debtors (collectively, the "Debtors") as Sarbanes Oxley Compliance Advisors for the Debtors pursuant to Section 327(a) of Title 11 of the United States Code, 11 U.S.C. § 101 and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure. The nature and scope of Protiviti's services are described in the *Monthly Fee Application of Protiviti Inc., Sarbanes Oxley Compliance Advisors for the Debtors, For Allowance of Compensation and Reimbursement of Expenses for September 2005* (the "Application"), which is being submitted contemporaneously with this Certification to this Court. This Certification is made in support of the Application and in compliance with the *Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members* (the "Amended Administrative Order").

2. I have read the Application and I certify as follows:

(a) The expenses for which reimbursement is requested by Protiviti in the Application are reasonable and were necessary and incidental to the services performed by and for the Debtors.

(b) To the best of my knowledge, information, and belief, formed after

reasonable inquiry, except as expressly stated to the contrary, the Application complies with the mandatory provisions set forth in the Amended Administrative Order.

(c)    To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Administrative Procedures Guidelines.

(d)    The fees and disbursements for which reimbursement is sought in this Application are billed at rates and in accordance with practices customarily employed by Protiviti and generally accepted by the clients of Protiviti.

(e)    Protiviti does not make a profit on the expenses for which it seeks reimbursement in the Application.

(f)    In charging for a particular service, Protiviti does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay.

(g)    In seeking reimbursement for a service, which Protiviti justifiably purchased from a third party, Protiviti requests reimbursement only for the actual amount billed to Protiviti by the third party vendor and paid by Protiviti to such vendor.

Marie Hendrixson
_____
Marie Hendrixson

Dated:    October 7, 2005
         Philadelphia, PA

2

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: March 6, 2006 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR PROTIVITI INC.'S MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT "A"

**Protivitl Inc.**
**W. R. Grace & Co. Time Tracking Summary**
**Period Covered:  September 2005**

| Name | Position | Number of Years in Profession | Hourly Billing Rate | Total Hours Billed | Total Fees |
|------|----------|-------------------------------|---------------------|--------------------|------------|
| Hendrixson, Marie | Managing Director | 18 | $  300.00 | 1.0 | $  300.00 |
| Petito, Matt | Manager | 7 | $  240.00 | 5.0 | $  1,200.00 |
| Brozzeti, Michael | Senior Consultant, IT | 4.5 | $  188.00 | 172.0 | $  32,336.00 |
| | | | Totals | 178.0 | $  33,836.00 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended September 30, 2005**

Name:    Marie Hendrixson
Level:    Managing Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 12-Sep-05 | Reviewed and approved July/August 2005 monthly fee application | $    300 | 1 | $    300.00 |
| | Totals | | 1.0 | $    300.00 |

Exhibit B

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended September 30, 2005**

**Name:** Matthew Petito
**Level:** Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 12-Sep-05 | Prepared the monthly fee application for July and August 2005; submitted to Brian Kenny, Barb Summerson and Marie Hendrixson for review; ongoing discussions with John Port on current billing status | $   240 | 5 | $1,200.00 |
| | Totals | | 5.0 | $1,200.00 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended September 30, 2005**

Name:     Michael Brozzeli
Level:     Senior Consultant, IT

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Sep-05 | Completed documentation of SAP SOAR Change Management controls. Met with Marty Krist to discuss controls related to user acceptance testing for sample selected. Completed SAP SOAR Security Administration control testing and documentation for all controls that reside in the Columbia location. | $ 188.00 | 9 | $  1,692.00 |
| 5-Sep-05 | Meeting with George Bullock, Val Mrozek, Barb Summerson, and Renee Schoff to discuss SOX 404 Scope. Documentation of key UNIX controls in regard to authentication configuration and administrative access controls. | $ 188.00 | 7 | $  1,316.00 |
| 6-Sep-05 | Meeting with Chuck Tremblay and Jim Broderick to identify change in Data Center, Backup Scheduling & Recovery, and Infrastructure controls. Downloaded and documented request items for future meetings. | $ 188.00 | 8 | $  1,504.00 |
| 7-Sep-05 | Meeting with Jim Broderick to provide request items for Data Center and Back Up Scheduling and Recovery control tests. Documented UNIX control tests in regard to user accountability and monitoring controls. Performed SAP testing for Batch Administration operator access. | $ 188.00 | 9 | $  1,692.00 |
| 8-Sep-05 | Meeting with Mark Hank to provide request items for Infrastructure change management control tests. Met with Jim Broderick to collect preliminary request items and began control testing for Data Center operations. | $ 188.00 | 9 | $  1,692.00 |
| 9-Sep-05 | Upload Completed Test of Controls for SOAR Application Security and SOAR Change Management into the Portal. Download and review of Database Security controls to prepare for Monday meeting with Donna Wilson. | $ 188.00 | 6 | $  1,128.00 |
| 12-Sep-05 | Met with Donna Wilson and provided preliminary request list for Database control testing. Documented UNIX controls in regard to new user authorization and Security Baseline report monitoring. Documented SAP SOAR Administration controls in regard to monitoring the fire fighting IDs and the monitoring of accounts to be deleted. | $ 188.00 | 8 | $  1,504.00 |

| Date | Description | Rate | Hours | Total |
|---|---|---|---|---|
| 13-Sep-05 | Met with Chuck Tremblay to discuss UNIX questions and items in the baseline security reports. Completion of UNIX Control Testing. Final upload of SAP SOAR control testing documentation for management review. Down load of all SAP Change Management and Application Security controls for planning purposes. | $ 188.00 | 8 | $ 1,504.00 |
| 14-Sep-05 | Discussion with Pete Wood about UNIX Security Report Anomalies. Documentation of UNIX response of management and upload of all completed UNIX control documentation and work papers into Portal. Met with Mark Hank to discuss remote access controls and performed testing of controls of these controls. Documented remote user terminations testing. | $ 188.00 | 8 | $ 1,504.00 |
| 15-Sep-05 | Meeting with Chuck Tremblay to discuss Batch Administration issues. Meeting with Jim Broderick to discuss SAP job scheduling request process. Conducted testing and documentation of 4 key controls in the area of Data Center Operations. | $ 188.00 | 8 | $ 1,504.00 |
| 16-Sep-05 | Conference call with Srini Vanga to follow-up investigation on the consultant with Batch Administration privileges. Documentation of key control tests related to Batch Administration and Monitoring of batch jobs. | $ 188.00 | 8 | $ 1,504.00 |
| 19-Sep-05 | Completion of control testing, documentation, and upload of Cambridge Data Center control section. Met with Chuck Tremblay to discuss Logicalls monitoring of HPUX and Oracle environments. Tested, documented, and uploaded results into the portal. | $ 188.00 | 8 | $ 1,504.00 |
| 20-Sep-05 | Met with Jim Broderick to discuss follow up items for Data Center controls. Documentation and upload of key data center controls. Completion of control testing, documentation, and upload of Oracle database control section. | $ 188.00 | 8 | $ 1,504.00 |
| 21-Sep-05 | Met with Jim Broderick for data center tour and follow-up of control testing questions. Completion, of control testing, documentation, and upload of Data Center control section. Review and preparation of SAP Security Request list for Greg Covington and Srini Vanga. SAP data gathering on users with admin capabilities and sample selection for access request testing. | $ 188.00 | 10 | $ 1,880.00 |
| 22-Sep-05 | Met with Chuck Tremblay to discuss Sungard Issue with 2005 DR test plan. Documented issue and completed other control tests for Backup & Recovery. Uploaded all documentation into SOX portal. Reviewed prior year testing for SAP Change Management, prepared, and distributed request list to Greg Covington and Srini Vanga to prepare for next weeks audit interviews and testing. | $ 188.00 | 9 | $ 1,692.00 |

| | | | | |
|---|---|---|---|---|
| 23-Sep-05 | Completion of control testing, documentation, and upload of WAN control section. Review of SAP Change Management & Security Documentation to prepare for next week. | $ 188.00 | 7 | $ 1,316.00 |
| 26-Sep-05 | Met with Greg Covington to discuss SAP Security and Change Management Controls. Tested and Documented SAO password controls, SAP BASIS Administration, and Monitoring of Firefighting Ids from Data Center Operations. | $ 188.00 | 9 | $ 1,692.00 |
| 27-Sep-05 | Documentation of controls regarding SAP Security Policy and Procedures, SAP Monitoring Controls Including Firefighter Access. Review and preparation of Infrastructure meetings with Richard Lewis and Augie Barquin. | $ 188.00 | 9 | $ 1,692.00 |
| 28-Sep-05 | Documentation of Infrastructure Change Management Control Testing in regard to Management Policy & Procedures. Modifications of Data Center Operations controls in response to the addition of Columbia Data Center Controls. Met with Richard Lewis, Manager of Columbia Data Center, to discuss data center access controls, environmental controls, and identification of key infrastructure changes to select change sample. Documented data center test results. | $ 188.00 | 9 | $ 1,692.00 |
| 29-Sep-05 | Met with Augie Barquin to test infrastructure change management controls, including failover & fault tolerance and patch management for firewall software. Met with Dave Hemp Hill and Debbie Dunn to discuss data center access. Documented all Columbia data center controls including access management and environmental controls. | $ 188.00 | 9 | $ 1,692.00 |
| 30-Sep-05 | Documentation and upload of Infrastructure Change Management and Data Center Controls (Columbia). Conference call with Chuck Tremblay discussing sampling methods for production locks and unlocks. | $ 188.00 | 6 | $ 1,128.00 |
| | Totals | | 172 | $ 32,336.00 |