# SIGN-IN SHEET

CASE NAME: WR Grace
CASE NO.: 01-1139
COURTROOM NO.: 6
DATE: 2/21/06

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Lewis Kruger | Stroock & Stroock & Lavan | Official Unsec. Committee |
| Sus Brsha, Jr | | |
| Salato, Matt Kramer | Bilzin | PD |
| Martin Dies | Self | PD |
| Richard L. Schepacarter | UST | UST |
| Savoy Essenmal | | |
| Peter Lockwood | Stutzman Bromberg Esserman Plifka | Unsecured |
| Michael Lastowski | C&D | |
| Marc Casarino | White and Williams LLP | Official Unsec Committee |
| Rest T. Hurford | Campbell + Levine | ACE |
| Dan Glosband | Goodwin Procter | CNA |
| Michelle Browdy | K&E (KWELJB SUS) | Debtor |
| JS Baer | K&E | Debtor |
| David Bernick | " | " |

**PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

# SIGN-IN SHEET

CASE NAME: _____  COURTROOM NO.: _____

CASE NO.: _____  DATE: _____

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Gary M. Becker | Kramer Levin Naftalis & Frankel LLP | Equity Committee |
| Marc Phillips | Connolly Bove Lodge & Hutz | Maryland Casualty Company |
| A. Wmfree | Ashby + Geddes | BDM Construction |
| Jms E. O'Neill | BZ&W | DuPotors |
| Theodore Tacconelli | FaP | PD Committee |
| Kevin Mangan | Monzack and Monaco | State of Montana + Cenata |
| Jack Phillips | Phillips Goldman & Spence | FCR |

**PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

# Court Conference

Calendar Date: 02/21/2006
Calendar Time: 02:00 PM

bmc 2-21

## U.S. Bankruptcy Court-Delaware
### Confirmed Telephonic Appearance Schedule
### Honorable Judith Fitzgerald
### Courtroom (Visiting)

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1268303 | George Calhoun | 202-429-6226 | Steptoe & Johnson LLP | US Fire Insurance Company / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1269574 | Stephen B. Vogel | 212-728-8961 ext. 00 | Willkie Farr & Gallagher LLP | DK Acquisition Partners / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1269688 | Sarah Edwards | 212-490-3000 ext. 2133 | Wilson, Elser, Moskowitz, Edelman & D | Royal Insurance / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1269814 | Jacob C. Cohn | 215-665-2147 | Cozen O'Connor | Federal Insurance Company / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1269866 | David Liebman | 215-665-2147 | Cozen O'Connor | Federal Insurance Company / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1269896 | David J. Parsons | 214-969-4900 | Stutzman, Shomberg, Esserman & Plifk | Baron & Budd P.C., et al / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1269929 | Edward J. Westbrook | 843-727-6513 | Richardson Patrick Westbrook | Property Damage Claimants / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1270050 | Marti Murray | 212-582-5505 | Murray Capital Management, Inc. | Murray Capital Management, Inc. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1270132 | Michael Insalaco | 212-826-5322 | Zeichner Ellman & Krause, LLP | AIG / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1270156 | Michael Davis | 212-826-5311 | Zeichner Ellman & Krause, LLP | AIG / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1270368 | Richard M. Park | 213-896-6610 | Sidley Austin (900873) | Federal-Mogul / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1271402 | Robert Phillips | 618-259-2222 | Simmons Cooper, LLC | Tort Claimants / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1267413 | Richard Finke | 410-531-4355 | W. R. Grace & Co. | W. R. Grace & Co. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1267588 | Curtis Plaza | 973-451-8488 | Riker, Danzig, Scherer, Hyland & Perret | Prudential Insurance / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1268056 | John O'Connell | 212-583-5677 | The Blackstone Group | The Blackstone Group / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1268588 | Sara Gooch | 212-933-3180 | Bank of America Securities | Bank of America Securities / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1268606 | Tiffany Cobb | 614-464-8322 | Vorys, Sater, Seymour & Pease, LLP | Scotts Company / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1268622 | Andrew Craig | 973-734-3200 | Cuyler Burk, LLP | Allstate Insurance Company / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1268635 | Peter Shawn | 212-698-0822 | Tocqueville Asset Management | Shareholders / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | | 1268742 | Brian L. Kasprzak | 302-658-6538 | Marks, O'Neill, O'Brien & Courtney, P.C. | Everest Reinsurance Co. & McKinley Insurance Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1268746 | Leslie A. Epley | 202-624-2500 | Crowell & Moring, LLP | Everest Reinsurance Co. & McKinley Insurance Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1268754 | Christopher M. Candon | 617-951-2505 | Cohn Whitesell & Goldberg, LLP | Libby Claimants / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1268770 | Michael Lastowski | 302-657-4942 | Duane Morris, LLP | Official Committee of Unsecured Creditors / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1268812 | Barbara Seniawski | 212-455-3835 | Simpson Thacher & Bartlett LLP (9040 | Travelers Casualty Insurance / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1268867 | Darrell Scott | 509-455-3966 | Scott Law Group | Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1268935 | Richard H. Wyron | 202-339-8514 ext. 00 | Orrick Herrington & Sutcliffe LLP (90159 | David T. Austern, Future Claimants Rep. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1289044 | Monique Almy | 202-339-8554 ext. 00 | Orrick Herrington & Sutcliffe LLP (90159 | Future Claimants Representatives / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1289028 | Stuart Kovensky | 212-610-2662 | GK Capital | GK Capital / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1289224 | Jonathan Brownstein | 212-284-9575 | Piper Jaffray & Co. | Future Claimants Representatives / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1289276 | Saul Bianca | 312-861-2248 | Kirkland & Ellis (CC-913) | W. R. Grace & Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1289278 | Barbara Harding | 202-879-5081 | Kirkland & Ellis (CC-913) | W. R. Grace & Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1257698 | Christina J. Kang | 212-478-7410 | Hahn & Hessen | State of California Department of General Service / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1259272 | Brenda Dilugi | 212-903-9060 | Linklaters | Linklaters / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1266286 | Elizabeth DeCristofaro | 212-269-4900 | Ford & Marrin | Continental Casualty Company / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1266949 | Barry West | 917-705-5569 | Barry West (Pro Se) | Barry West / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1267399 | Mark Shelnitz | 410-531-4212 | W. R. Grace & Co. | W. R. Grace & Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1267403 | David Siegel | 802-253-9264 | W. R. Grace & Co. | W. R. Grace & Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1267404 | Paul J. Norris | 410-531-4404 | W. R. Grace & Co. | W. R. Grace & Co. / LISTEN ONLY |