**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX 75201
Tax Id# 01-0584406

---

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

October 31, 2005

In Reference To:     Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #     10532

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/3/2005 | JAW | detailed review of Kirkland & Ellis May, 2005, monthly invoice (9.0) | 9.00 | 1,215.00 |
|  | CCO | Update database with 08.05 Monthly Invoice of Anderson (.10); 08.05 Monthly Invoice of Reed (.10); 04.01.05 through 06.30.05 Interim Fee Application of Scott (.10); 08.05 Monthly Invoice of Caplin (.10); 08.05 Monthly Invoice of LAS (.10); 08.05 Monthly Invoice of Tersigni (.10); 08.05 Monthly Invoice of Campbell (.10); 08.05 Monthly Invoice of Duane (.10) | 0.80 | 32.00 |
|  | DTW | research regarding hotel survey (.6) (1/6th = .10) | 0.10 | 14.50 |
|  | JBA | Update database with Casner 6.05 and 7.05 e-detail | 0.10 | 4.00 |
|  | SLB | begin review of 17th Interim application - Tersigni (6.9) | 6.90 | 897.00 |
|  | SLB | draft e-mail to M. Petitio re 17th Interim application for Protiviti (.3) | 0.30 | 39.00 |
|  | JBA | Update database with PWC 17th Interim app/e-detail | 0.10 | 4.00 |
| 10/4/2005 | DTW | Drafting memorandum regarding NYC hotel rates (2.4) (1/6th = .40) | 0.40 | 58.00 |

W.R. Grace & Co.                                                                                                    Page     2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/4/2005 | DTW | Research several travel related publications regarding NYC hotel rates (3.6) (1/6th = .60) | 0.60 | 87.00 |
|  | DTW | Review and revise Duane Morris and Stroock initial reports (.2). | 0.20 | 29.00 |
|  | JBA | Update database with Bilzin 7.05 e-detail | 0.10 | 4.00 |
|  | JBA | Update database with Stroock Amended 8.05 e-detail | 0.10 | 4.00 |
|  | SLB | complete review of 17th Interim Tersigni application and begin draft of initial report (7.3) | 7.30 | 949.00 |
| 10/5/2005 | JBA | Update database with K&E 4.05-6.05 e-detail, and K&E 17th Interim app/e-detail | 0.10 | 4.00 |
|  | DTW | Revision to memorandum regarding hotel rates (.6) (1/6th = .10). | 0.10 | 14.50 |
|  | SLB | complete draft of 17th Interim initial report - Tersigni (3.5) ; begin review of 17th Interim application and draft of initial report - Woodcock (2.7) | 6.20 | 806.00 |
|  | CCO | Update database with 04.01.05 through 06.30.05 Interim Fee Application of Richardson (.10); 08.05 amended Monthly Invoice of Stroock (.10); 07.05 Monthly Invoice of Pachulski (.10); 07.05 Monthly Invoice of Pitney (.10); 08.05 Monthly Invoice of Casner (.10) | 0.50 | 20.00 |
| 10/6/2005 | SLB | complete draft of 17th Interim inital report - Woodcock (5.8) | 5.80 | 754.00 |
| 10/7/2005 | CCO | Update database with 07.05 Monthly Invoice of Bilzin (.10); 07.05 Monthly Invoice of Swidler (.10) | 0.20 | 8.00 |
|  | SLB | begin review of 17th Interim application - K&E (6.7) | 6.70 | 871.00 |
| 10/10/2005 | JAW | detailed review of Kirkland & Ellis May, 2005, monthly inovice (5.00); draft summary of same (1.1) | 6.10 | 823.50 |
|  | JBA | Update database with Swidler 7.05 e-detail pdf | 0.10 | 4.00 |

| W.R. Grace & Co. | | | | Page | 3 |
|---|---|---|---|---:|---:|
| | | | | **Hours** | **Amount** |
| 10/10/2005 | SLB | telephone conference with T. Roberts @ K&E re 17th Interim quarterly application (.2) | | 0.20 | 26.00 |
| | SLB | continue review of 17th Interim application - K&E (2.4) | | 2.40 | 312.00 |
| | SLB | draft e-mail to J. Baer @ K&E re 17th Interim application (.3) | | 0.30 | 39.00 |
| 10/11/2005 | SLB | continue review of 17th Interim application and begin draft of initial report - K&E (4.3) | | 4.30 | 559.00 |
| | PGS | Preparation of CNO for August 2005 | | 0.10 | 8.00 |
| | PGS | Preparation of September 2005 Monthly Invoice of WHS | | 0.60 | 48.00 |
| 10/12/2005 | JBA | Update database with Capstone 8.05 e-detail | | 0.10 | 4.00 |
| | SLB | continue draft of 17th Interim initial report - K&E (6.8) | | 6.80 | 884.00 |
| 10/13/2005 | SLB | complete draft of 17th Interim initial report - K&E (3.3) ; begin draft of 17th Interim final report - Stroock (3.8) | | 7.10 | 923.00 |
| | PGS | Electronic filing with court of CNO for August 2005 | | 0.10 | 8.00 |
| | PGS | Electronic filing with court of of September 2005 Monthly Invoice of WHS | | 0.10 | 8.00 |
| | JBA | draft 17th Interim Project Category Spreadsheet | | 1.00 | 40.00 |
| 10/14/2005 | CCO | Update database with 08.05 Monthly Invoice of Capstone (.10); 08.05 Monthly Invoice of Latham (.10); 08.05 Monthly Invoice of Woodcock (.10); 08.05 Monthly Invoice of Nelson (.10) | | 0.40 | 16.00 |
| | SLB | complete draft of 17th Interim final report - Stroock (5.2) | | 5.20 | 676.00 |

W.R. Grace & Co. Page 4

| Date | Init | Description | Hours | Amount |
|---|---|---|---:|---:|
| 10/14/2005 | JBA | Update database with Ferry Joseph 9.05 e-detail | 0.10 | 4.00 |
| 10/15/2005 | JBA | draft 17th Interim Project Category Spreadsheet | 4.00 | 160.00 |
| 10/17/2005 | SLB | review of 17th Interim application - Campbell & Levine (6.4) | 6.40 | 832.00 |
| | JBA | Update database with PWC 8.05 e-detail | 0.10 | 4.00 |
| | JBA | Update database with e-response re: Stroock 17th Interim IR | 0.10 | 4.00 |
| | CCO | Update database with 09.05 Monthly Invoice of Ferry (.10) | 0.10 | 4.00 |
| | DTW | Review and revise K&E initial report for the 17th period (.1). | 0.10 | 14.50 |
| | WHS | receive and review agenda | 0.10 | 27.50 |
| 10/18/2005 | BSR | draft memo re hotel rates (1.8) (1/6th = .30) | 0.30 | 67.50 |
| | BSR | receive and review information from Warren Smith and Doreen Williams re hotel rates in New York City (.40); telephone conference with Warren Smith re hotel survey memo to be drafted (.20) (1/6th = .10) | 0.10 | 22.50 |
| 10/19/2005 | WHS | receive and review amended agenda | 0.10 | 27.50 |
| | SLB | complete draft of 17th Interim final report - Campbell (4.4) | 4.40 | 572.00 |
| | SLB | complete review of 17th Interim app. - Campbell & Levine (2.3); begin review of 17th Interim app. - PwC (.9) | 3.20 | 416.00 |
| | BSR | draft e-mail to Warren Smith and Jeff Allgood re exhibits to hotel rate memo (.20); telephone conference with Warren Smith and with Doreen Williams re revisions to memo re hotel rate survey (.40) (1/6th = .10) | 0.10 | 22.50 |

W.R. Grace & Co. Page 5

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 10/19/2005 | DTW | Compile cite information for hotel survey (1.2) (1/6th = .20) | 0.20 | 29.00 |
| 10/20/2005 | WHS | draft e-mail to Jay Sakalo re testifying expert | 0.20 | 55.00 |
| | WHS | detailed review of transcript re discussion of LECG | 0.20 | 55.00 |
| | WHS | conference with Steve Bossay re LECG | 0.10 | 27.50 |
| | WHS | left detailed telephone voicemail for Jay Sakalo re testifying expert | 0.10 | 27.50 |
| | WHS | telephone conference with Jay Sakalo re LECG | 0.20 | 55.00 |
| | BSR | draft revisions to hotel rate memo and chart (3.6) (1/6th (.60) | 0.60 | 135.00 |
| | SLB | complete review of 17th Interim app. - PwC (4.3) | 4.30 | 559.00 |
| | SLB | begin draft of 17th Interim initial report - PwC (2.8) | 2.80 | 364.00 |
| | JBA | research regarding PWC monthlies and 17th Interim application on Pacer, and Deloitte 17th Interim application (.1) | 0.40 | 16.00 |
| 10/21/2005 | BSR | research of additional travel sources for hotel rate information and explanations (1.8) (1/6th = .30) | 0.30 | 67.50 |
| | JBA | research regarding Bilzin 17th Interim application and 6.05 monthly (.1), and Caplin 17th Interim application and 6.05 monthly (.2) | 0.30 | 12.00 |
| | JBA | Update database with Duane 9.05 e-detail pdf | 0.10 | 4.00 |
| | JBA | Update database with Swidler 8.05 e-detail pdf | 0.10 | 4.00 |
| | JBA | Update database with Capstone 17th Interim app/e-detail and Casner 17th Interim app/e-detail | 0.10 | 4.00 |

W.R. Grace & Co.      Page   6

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 10/21/2005 | BSR | draft revisions to chart and memo concerning hotel rates (3.1); draft email memo to Warren Smith re same (.5) (1/6th = .60) | 0.60 | 135.00 |
| | SLB | continue draft of 17th Interim initial report - PWC (4.3) | 4.30 | 559.00 |
| 10/24/2005 | WHS | receive and review amended agenda | 0.10 | 27.50 |
| | WHS | receive and review agenda | 0.10 | 27.50 |
| | JAW | detailed review of Bilzin June 2005, monthly invoice (2.0); draft summary of same (0.3). | 2.30 | 310.50 |
| | CCO | Update database with 09.05 Monthly Invoice of Duane (.10); 08.05 Monthly Invoice of Swidler (.10); 08.05 Monthly Invoice of Pitney (.10) | 0.30 | 12.00 |
| | SLB | draft e-mail to R. Grady @ PwC re 17th interim app. (.4) | 0.40 | 52.00 |
| | SLB | telephone conference with R. Grady @ PwC re need for May 05 detail within 17th Interim app. (.3) | 0.30 | 39.00 |
| | SLB | complete draft of 17th Interim initial report - PwC (5.9) | 5.90 | 767.00 |
| 10/25/2005 | SLB | detailed review of 17th Interim app. - Bilzin (6.4) | 6.40 | 832.00 |
| | SLB | begin draft of 17th Interim initial report - Bilzin (1.3) | 1.30 | 169.00 |
| 10/26/2005 | WHS | receive and review amended agenda | 0.10 | 27.50 |
| | SLB | draft e-mail to R. Grady @ PwC re response to 17th Interim initial report (.2) ; draft e-mail to R. Flores @ Bilzin re response to 17th Interim initial report (.2) | 0.40 | 52.00 |
| | DTW | Review and revise PwC initial report 17th interim (.1); same regarding Bilzin (.1). | 0.20 | 29.00 |

| | | | Hours | Amount |
|---|---|---|---:|---:|
| W.R. Grace & Co. | | | | Page 7 |
| 10/26/2005 | SLB | complete draft of 17th Interim initial report - Bilzin (4.7) | 4.70 | 611.00 |
| | SLB | review of 17th Interim application - Casner (2.4) | 2.40 | 312.00 |
| 10/27/2005 | SLB | complete draft of 17th Interim final report - Casner (2.2) | 2.20 | 286.00 |
| | SLB | review of 17th Interim application of Capstone (4.9) | 4.90 | 637.00 |
| 10/28/2005 | JAW | detailed review of Swidler June, 2005, monthly invoice (1.7); draft summary of same (0.1) | 1.80 | 243.00 |
| | JBA | Update database with Reed Smith 9.05 e-detail | 0.10 | 4.00 |
| | JBA | Update database with Holme Roberts 9.05 e-detail pdf | 0.10 | 4.00 |
| | JAW | detailed review of Woodcock June, 2005, monthly invoice (1.4); draft summary of same (0.2) | 1.60 | 216.00 |
| | CCO | Update database with 09.05 Monthly Invoice of Kaye (.10); 09.05 Monthly Invoice of Tersigni (.10); 09.05 Monthly Invoice of LAS (.10); 09.05 Monthly Invoice of Campbell (.10); 09.05 Monthly Invoice of Caplin (.10) | 0.50 | 20.00 |
| | CCO | Update database with 07.05 Monthly Invoice of Richardson (.10) | 0.10 | 4.00 |
| | SLB | complete draft of 17th Interim initial report - Capstone (5.3) | 5.30 | 689.00 |
| 10/29/2005 | JAW | detailed review of Pitney June, 2005, monthly invoice (1.0) | 1.00 | 135.00 |
| | JAW | detailed review of Stroock June, 2005, monthly invoice (1.9); draft summary of same (0.3) | 2.20 | 297.00 |
| 10/30/2005 | JAW | detailed review of Pitney June, 2005, monthly invoice (3.1); draft summary of same (0.1) | 3.20 | 432.00 |

W.R. Grace & Co.   Page 8

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 10/31/2005 | SLB | review of 17th Interim application - Caplin (3.7) | 3.70 | 481.00 |
| | JBA | Update database with Kramer 9.05 e-detail pdf, and Klett 9.05 e-detail pdf | 0.10 | 4.00 |
| | CCO | Update database with 09.05 Monthly Invoice of Reed (.10); 09.05 Monthly Invoice of Kirkland (.10); 08.05 Monthly Invoice of Pachulski (.10); 09.05 Monthly Invoice of Swidler (.10); 09.05 Monthly Invoice of Holme (.10) | 0.50 | 20.00 |
| | SLB | complete draft of 17th Interim initial report - Caplin (4.1) | 4.10 | 533.00 |
| | DTW | Review and revise initial reports for Capstone and Caplin for the 17th interim (.2). | 0.20 | 29.00 |

**For professional services rendered**   **171.10 $21,781.00**

Additional Charges :

| Description | Price | Amount |
|---|---:|---:|
| Third party copies & document prep/setup of Initial Report of Duane Morris, Carella and Blackstone for the period 01/01/05-03/31/05 | 2.67 | 2.67 |
| Third party copies & document prep/setup of Initial Report of Pachulski, Tersigni and Stroock for the period 01/01/05-03/31/05 | 6.56 | 6.56 |
| Third party copies & document prep/setup of Initial Report of PWC for the period 01/01/05-03/31/05 | 6.87 | 6.87 |
| Third party copies & document prep/setup of July 2005 Monthly Invoice of WHS | 21.65 | 21.65 |
| Third party copies & document prep/setup of 17th Fee Application of WHS | 74.85 | 74.85 |
| Pacer Charges 07/01/05-09/30/05 | 102.00 | 102.00 |
| Court Call | 120.00 | 120.00 |

W.R. Grace & Co.                                                                                                              Page    9

|  | Amount |
|---|---|
| **Total costs** | **$334.60** |
| **Total amount of this bill** | **$22,115.60** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Bobbi S. Ruhlander | 2.00 | 225.00 | $450.00 |
| Courtney C. Orent | 3.40 | 40.00 | $136.00 |
| Doreen T Williams | 2.10 | 145.00 | $304.50 |
| James A. Wehrmann | 27.20 | 135.00 | $3,672.00 |
| Jeff B. Allgood | 7.30 | 40.00 | $292.00 |
| Priscilla G Stidham | 0.90 | 80.00 | $72.00 |
| Stephen L. Bossay | 126.90 | 130.00 | $16,497.00 |
| Warren H Smith | 1.30 | 275.00 | $357.50 |