**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX 75201
Tax Id# 01-0584406

---

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


November 30, 2005

In Reference To:     Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #      10532


Professional Services

|  |  |  | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---:|---:|
| 11/1/2005 | SLB | PACER research regarding missing or incomplete 17th Interim apps. (Protiviti, Baker Donelson, Deloitte) - (2.7) | 2.70 | 351.00 |
|  | SLB | begin draft of 17th Interim final report - K&E (4.7) | 4.70 | 611.00 |
| 11/2/2005 | SLB | complete draft of 17th Interim final report - K&E (7.2) | 7.20 | 936.00 |
| 11/3/2005 | JBA | Update database with e-response re: K&E 17th Interim IR | 0.10 | 4.00 |
|  | CCO | Update database with 09.05 Monthly Invoice of Klett (.10); 09.05 Monthly Invoice of Latham (.10); 09.05 Monthly Invoice of Kramer (.10); 09.05 Monthly Invoice of Foley (.10); 04.05, 05.05, 06.05 Monthly Invoices of BMC (.10); 09.05 Monthly Invoice of Capstone (.10); 09.05 Monthly Invoice of Stroock (.10); 09.05 Monthly Invoice of Campbell (.10); 09.05 Monthly Invoice of LAS (.10); 09.05 Monthly Invoice of Caplin (.10) | 1.00 | 40.00 |
|  | SLB | review of 17th Interim app - CDG (1.6) | 1.60 | 208.00 |
|  | JBA | Update database with Stroock 9.05 e-detail and Capstone 9.05 e-detail | 0.10 | 4.00 |
|  | JBA | Update database with 9.05 e-detail for: Campbell, Caplin, and LAS | 0.10 | 4.00 |

W.R. Grace & Co.  Page  2

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/3/2005 | SLB | complete draft of 17th Interim final report - Capstone (3.1) ; complete draft of 17th Intereim final report - CDG (1.8) | 4.90 | 637.00 |
| 11/4/2005 | SLB | complete review of 17th Interim app. and draft of final report - David Austern (3.3) ; begin draft of 17th Interim final report - Bilzin (3.9) | 7.20 | 936.00 |
| 11/6/2005 | JBA | draft 17th Interim Project Category Spreadsheet | 3.50 | 140.00 |
| 11/7/2005 | SLB | complete draft of 17th Interim final report - Bilzin (3.2) ; complete review of app. and draft of 17th Interim final report - Ferry Joseph (3.7) | 6.90 | 897.00 |
|  | JBA | Update database with Conway 18th Interim app/e-detail and Conway 10.05 e-detail | 0.10 | 4.00 |
|  | JBA | Update database with Kramer 9.05 Amended e-detail | 0.10 | 4.00 |
|  | JBA | Update database with e-response re: Bilzin 17th Interim IR, and Bilzin 8.05 and 9.05 e-detail | 0.10 | 4.00 |
|  | CCO | Update database with 04.01.05 through 06.30.05 and 07.01.05 through 09.31.05 Interim Applications of Conway (.10) | 0.10 | 4.00 |
| 11/8/2005 | SLB | telephone conference with T. Taconelli @ Ferry Joseph re 17th Interim quarterly (.2) ; telephone conference with J. Sakalo @ Bilzin re 17th Interim filings (.1) | 0.30 | 39.00 |
|  | SLB | draft e-mails (3) to L. Flores @ Bilzin re 17th Interim app. Bilzin, LEGC, HRA and Asbestos Prop. Damage Comm. (.3) | 0.30 | 39.00 |
|  | SLB | begin draft of 17th Interim final report - BMC (2.2) | 2.20 | 286.00 |
|  | WHS | receive and review agenda | 0.10 | 27.50 |
|  | SLB | complete review of 17th Interim app. and draft of final report - Latham (4.3) | 4.30 | 559.00 |
|  | PGS | Electronic filing with court of CNO for September 2005 | 0.10 | 8.00 |

W.R. Grace & Co.     Page 3

| Date | Init | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/8/2005 | PGS | Preparation of CNO for September 2005 | 0.10 | 8.00 |
| | JBA | Update database with Tersigni 9.05 e-detail | 0.10 | 4.00 |
| | JBA | Update database with CIBC 8.05 and 9.05 e-detail pdf | 0.10 | 4.00 |
| 11/9/2005 | JBA | Update database with Ferry Joseph 17th Interim app/e-detail | 0.10 | 4.00 |
| | JBA | Update database with 17th Interim apps/e-detail for: Bilzin, Hamilton and LECG | 0.10 | 4.00 |
| | WHS | detailed review of Capstone 17th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Buchanan 17th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Richardson 17th Int FR | 0.10 | 27.50 |
| | JAW | detailed review of Kirkland June, 2005, monthly invoice (9.0) | 9.00 | 1,215.00 |
| | PGS | Preparation of October 2005 Monthly Invoice of WHS | 0.60 | 48.00 |
| | CCO | Update database with 08.05 and 09.05 Monthly Invoices of Bilzin (.10); 09.05 and 08.05 Monthly Invoices of CIBC (.10); 09.05 Monthly Invoice of Nelson (.10); 05.05 Monthly Invoice of Steptoe (.10) | 0.40 | 16.00 |
| | SLB | complete draft of 17th Interim final report - BMC (3.5) ; complete draft of revised 17th Interim final report - Bilzin (1.7) ; complete draft of 17th Interim final report - Reed Smith (2.1) | 7.30 | 949.00 |
| | SLB | telephone conference with S. Davis @ Ferry Joseph re filings of 17th Interim apps. of Bilzin, Hamilton, LEGC and Ferry Joseph (.2) ; telephone conference with Darrell Scott @ Scott Law re expenses as member of Asbestos Property Damage Committee (.2) | 0.40 | 52.00 |

W.R. Grace & Co.                                                                                                                    Page     4

|            |     |                                                                                                                                                                                                                                                                                                                                   | Hours | Amount |
|------------|-----|---|---|---|
| 11/10/2005 | PGS | Electronic filing with court of October 2005 Monthly Invoice of WHS | 0.10 | 8.00 |
|            | JAW | detailed review of Kirkland June, 2005, monthly invoice (9.7) | 9.70 | 1,309.50 |
|            | SLB | draft e-mails to A. Moran @ Steptoe and A. Marchetta @ Pitney Hardin re filing of 17th Interim app. (.3) ; e-mails to M. Lastowski @ Duane Morris, R. Tobin @ Caplin and R. Grady @ PwC re responses to 17th Interim initial reports (.4) | 0.70 | 91.00 |
|            | SLB | telephone conference with J. Sakalo @ Bilzin re LECG 17th Interim application (.2) ; telephone conference with F. Childress @ Baker Donelson re 17th Interim app. (.2) ; telephone conference with Darrell Scott @ Scott Law Group re Property Damage Comm. expenses (.1); telephone conference with A. Marchetta @ Pitney Hardin re 17th Interim appl (.1) | 0.60 | 78.00 |
|            | SLB | review of app and draft of 17th Interim final report - LECG (3.3) ; draft of 17th Interim final report - Asbestos Property Damage Comm. (1.8) ; draft of 17th Interim final report - Pachulski (1.5) | 6.60 | 858.00 |
| 11/11/2005 | CCO | Update database with 08.05 and 09.05 Monthly Invoices of Hamilton (.10) | 0.10 | 4.00 |
|            | PGS | Preparation of the 18th Interim Fee Application of WHS | 1.60 | 128.00 |
|            | JBA | Update database with Austern 17th Interim app/e-detail and Swidler 17th Interim app/e-detail | 0.10 | 4.00 |
|            | SLB | complete drafts of 17th Interim final reports Duane Morris (2.4) ; Scott Law (1.7) ; Steptoe (1.3) | 5.40 | 702.00 |
|            | JAW | detailed review of Stroock July, 2005, monthly invoice (1.9); draft summary of same (0.1). | 2.00 | 270.00 |
|            | JAW | detailed review of Caplin July, 2005, monthly invoice (1.8); draft summary of same (0.4). | 2.20 | 297.00 |
|            | JAW | draft summary of Kirkland June, 2005, monthly invoice (2.8) | 2.80 | 378.00 |

W.R. Grace & Co.                                                                                                                    Page    5

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  | Hours | Amount |
|------------|-----|-----|------:|------:|
| 11/14/2005 | WHS | detailed review of Duane 17th Int FR | 0.10 | 27.50 |
|            | SLB | complete draft of 17th Interim final report - Caplin (3.3) | 3.30 | 429.00 |
|            | SLB | complete draft of 17th Interim final report - Pitney Hardine (2.8) | 2.80 | 364.00 |
|            | JBA | Update database with Ferry Joseph 18th Interim app/e-detail | 0.10 | 4.00 |
|            | JBA | Electronic filing with court of 17th Interim Final Reports re: Buchanan (.1), Capstone (.1), and Richardson (.1) | 0.30 | 12.00 |
|            | JBA | Update database with e-response re: Caplin 17th Interim IR | 0.10 | 4.00 |
|            | WHS | detailed review of Scott Law 17th Int FR | 0.10 | 27.50 |
| 11/15/2005 | SLB | complete draft of 17th Interim final report - Swidler (2.5) ; complete review of app and draft of 17th Interim final report - David T. Austern (1.6) | 4.10 | 533.00 |
|            | CCO | Update database with 10.05 Monthly Invoice of Holme (.10); 09.05 Monthly Invoice of Casner (.10); 08.05 and 09.05 Monthly Invoice of Steptoe (.10); 04.01.05 through 06.30.05 Interim Application of Bilzin (.10); 04.01.05 through 06.30.05 Interim Application of Hamilton (.10); 07.01.05 through 09.30.05 Interim Application of Reed (.10); 04.01.05 through 06.30.05 Interim Application of Ferry (.10); 09.05 and 08.05 Monthly Invoices of Richardson (.10); 04.01.05 through 06.30.05 Interim Application of Austern (.10); 09.05 Monthly Invoice of Tersigni (.10) | 1.10 | 44.00 |
|            | PGS | Electronic filing with court of 18th Interim Fee Application of WHS | 0.10 | 8.00 |
|            | SLB | review of 17th Interim application - Swidler (3.3) | 3.30 | 429.00 |
| 11/16/2005 | JBA | Update database with Duane Morris 18th Interim app/e-detail pdf | 0.10 | 4.00 |
|            | SLB | draft e-mail to T. Tuerff @ Deloitte re possible 17th Interim application (.2) ; e-mail to F. Childress @ Baker Donelson re 17th Interim application (.2) | 0.40 | 52.00 |

W.R. Grace & Co. Page 6

| Date | Init | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/16/2005 | SLB | review of 17th Interim app. of Baker Donelson (.7) | 0.70 | 91.00 |
| 11/17/2005 | WHS | conference with Steve Bossay re Caplin estimation charges | 0.10 | 27.50 |
| | WHS | detailed review of Stroock 17th Int FR | 0.10 | 27.50 |
| | SLB | draft e-mail to R. Tobin @ Caplin re 17th Interim response (.4) ; e-mail to J. Sakalo @ Bilzin re 17th Interim response (.3) | 0.70 | 91.00 |
| | SLB | draft 17th Interim final report - Baker Donelson (3.3) ; draft revised 17th Interim final report - K&E (2.9) | 6.20 | 806.00 |
| 11/18/2005 | CCO | Update database with 10.05 Monthly Invoice of Klett (.10); 10.05 Monthly Invoice of Kramer (.10); 10.05 Monthly Invoice of Stroock (.10); 10.05 Monthly Invoice of Kirkland (.10) | 0.40 | 16.00 |
| | SLB | draft revised 17th Interim final report - Caplin (2.7) ; draft revised 17th Interim final report - Bilzin (2.6) ; begin draft of 17th Interim final report of Applicants With No Objections (1.9) | 7.20 | 936.00 |
| | CCO | Update database with 07.01.05 through 09.30.05 Interim Application of Campbell (.10); 07.01.05 through 09.30.05 Interim Application of Klett (.10); 07.01.05 through 09.30.05 Interim Application of Kramer (.10); 07.01.05 through 09.30.05 Interim Application of Duane (.10); 07.01.05 through 09.30.05 Interim Application of CIBC (.10); 07.01.05 through 09.30.05 Interim Application of Ferry (.10); 07.01.05 through 09.30.05 Interim Application of the Official Committee (.10); 07.01.05 through 09.30.05 Interim Application of Tersigni (.10); 07.01.05 through 09.30.05 Interim Application of Caplin (.10); 07.01.05 through 09.30.05 Interim Application of Anderson (.10); 07.01.05 through 09.30.05 Interim Application of LAS (.10) | 1.10 | 44.00 |
| | JAW | detailed review of Reed Smith July 1, 2005 - September 30, 2005 interim fee application (3.7); draft summary of same (0.1). | 3.80 | 513.00 |
| | JAW | detailed review of Tersigni July, 2005, monthly invoice (3.3); draft summary of same (0.1) | 3.40 | 459.00 |
| | JAW | detailed review of Swidler July, 2005, monthly invoice (1.7); draft summary of same (0.5) | 2.20 | 297.00 |

W.R. Grace & Co.                                                                                                    Page      7

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/18/2005 | JBA | Electronic filing with court of 17th Interim Final Reports re: Duane (.1), K&E (.2), Scott Law (.2), and Stroock (.1) | 0.60 | 24.00 |
|  | WHS | detailed review of Caplin final report - 17th Grace | 0.10 | 27.50 |
|  | WHS | detailed review of K&E Fee App for 17th Interim Period | 0.10 | 27.50 |
| 11/21/2005 | SLB | telephone conference with K&E re expense change in 17th Interim final report (.1) | 0.10 | 13.00 |
|  | SLB | draft e-mail to R. Grady @ PwC re response to 17th Interim initial report (.2) | 0.20 | 26.00 |
|  | SLB | complete draft of 17th Interim revised final report - Bilzin (2.3) ; complete draft of 17th Interim Amended Final Report - K&E (2.6) ; continue draft of 17th Interim final report Applicants With No Objections (2.1) | 7.00 | 910.00 |
|  | JBA | Electronic filing with court of Final Report re: Caplin 17th Interim (.2) | 0.20 | 8.00 |
|  | CCO | Update database with 07.01.05 through 09.30.05 Interim Application of Stroock (.10) | 0.10 | 4.00 |
| 11/22/2005 | SLB | complete draft of 17th Interim final report - PwC (2.7) ; continue draft of 17th Interim final report - Applications with No Objections (4.7) | 7.40 | 962.00 |
|  | CCO | Update database with 09.05 Monthly Invoice of Woodcock (.10); 04.05, 05.05, 06.05 Monthly Invoices of Baker (.20) | 0.30 | 12.00 |
|  | JBA | Update database with Bilzin 18th Interim app/e-detail and Stroock 18th Interim app/e-detail | 0.10 | 4.00 |
|  | JBA | Update database with Hamilton 18th Interim app/e-detail | 0.10 | 4.00 |
|  | JBA | Electronic filing with court of 17th Interim Final Reports re: Amended K&E (.1), and Bilzin (.1) | 0.20 | 8.00 |
|  | JBA | Update database with 18th Interim app/e-detail for: Campbell, Caplin, AKO, and Tersigni | 0.10 | 4.00 |

| | | | Hours | Amount |
|---|---|---|---:|---:|
| W.R. Grace & Co. | | | Page | 8 |
| 11/22/2005 | JBA | Update database with Hamilton 8.05 and 9.05 e-detail | 0.10 | 4.00 |
| | JBA | Update database with CIBC 18th Interim app/e-detail | 0.10 | 4.00 |
| | JBA | Update database with Duane 10.05 e-detail pdf, and Casner 9.05 e-detail | 0.10 | 4.00 |
| 11/23/2005 | SLB | complete draft of 17th Interim final report - Applications with No Objections (3.2) ; begin draft of 17th Interim fee and expenses charts (2.9) | 6.10 | 793.00 |
| | WHS | detailed review of PWC 17th Int R | 0.10 | 27.50 |
| | JBA | Electronic filing with court of Final Report re: PWC 17th Interim (.1) | 0.10 | 4.00 |
| 11/28/2005 | JBA | draft 17th Interim Project Category Spreadsheet | 1.00 | 40.00 |
| | JAW | detailed review of Bilzin July, 2005, monthly invoice (3.9); draft summary of same (0.8) | 4.70 | 634.50 |
| | SLB | draft of revised 17th Interim final report - CDG (2.4) ; continue draft of 17th Interim fee and expense charts (4.4) | 6.80 | 884.00 |
| | JBA | Update database with Reed Smith 10.05 e-detail | 0.10 | 4.00 |
| | CCO | Update database with 08.05 and 09.05 Monthly Invoices and 07.01.05 through 09.30.05 Interim Application of The Scott Law Group (.10); 10.05 Monthly Invoice and 07.01.5 through 09.30.05 Interim Application of Hamilton (.10); 07.01.05 through 09.30.05 Interim Application of Bilzin (.10); 09.05 Monthly Invoice of Pitney (.10) | 0.40 | 16.00 |
| | JBA | Electronic filing with court of Final Report re: Omnibus No Objections 17th Interim (.2) | 0.20 | 8.00 |
| | WHS | conference with Steve Bossay re Conway | 0.10 | 27.50 |
| 11/29/2005 | JBA | Update database with Stroock 10.05 e-detail | 0.10 | 4.00 |

W.R. Grace & Co. Page 9

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/29/2005 | CCO | Update database with 07.01.05 through 09.30.05 Interim Application of Pitney (.10); 07.01.05 through 09.30.05 Interim Application of Nelson (.10); 04.01.05 through 06.30.05 Interim Application of Baker (.10); 07.01.05 through 09.30.05 Interim Application of Capstone (.10); 10.05 Monthly Invoice of Foley (.10); 09.05 Monthly Invoice of Capstone (.10) | 0.60 | 24.00 |
| | JBA | Update database with Capstone 18th Interim app/e-detail, Klett 10.05 e-detail pdf, and Kramer 10.05 e-detail pdf | 0.10 | 4.00 |
| | JBA | Update database with PWC 9.05 e-detail | 0.10 | 4.00 |
| 11/30/2005 | SLB | complete draft of 17th Interim Amended Final Report - Bilzin (1.7) ; complete draft of 17th Interim revised final report - CDG (2.2) ; continue draft of 17th Interim fee and expense charts (.6) | 4.50 | 585.00 |
| | JBA | Update database with Campbell 10.05 e-detail, and Caplin 10.05 e-detail | 0.10 | 4.00 |
| | JBA | draft 17th Interim Project Catergory Spreadsheet | 2.00 | 80.00 |
| | JBA | Update database with Final Reports re: Amended Bilzin 17th Interim (.1), and Conway 17th Interim (.1) | 0.20 | 8.00 |
| | WHS | detailed review of Conway final | 0.10 | 27.50 |

**For professional services rendered**     **184.20 $22,727.50**

Additional Charges :

| | Price | |
|---|---|---|
| Third party copies & document prep/setup of August 2005 Monthly Invoice of WHS | 33.86 | 33.86 |
| Third party copies & document prep/setup of Final Report of Pachulski, Carella, Capstone, Conway, Blackstone, Richardson, PwC and K&E for the period 01/01/05-03/31/05 | 193.19 | 193.19 |
| Third party copies & document prep/setup of Final Report of Bilzin, Duane Morris, Caplin, Buchanan for the period 01/01/05-03/31/05 | 55.05 | 55.05 |

W.R. Grace & Co.                                                                                                         Page    10

|  | **Price** | **Amount** |
|---|---:|---:|
| Third party copies & document prep/setup of Final Report of Tersigni, Scott Law, Austern and Stroock for the period 01/01/05-03/31/05 | 145.45 | 145.45 |
| **Total costs** |  | **$427.55** |
| **Total amount of this bill** |  | **$23,155.05** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Courtney C. Orent | 5.60 | 40.00 | $224.00 |
| James A. Wehrmann | 39.80 | 135.00 | $5,373.00 |
| Jeff B. Allgood | 10.80 | 40.00 | $432.00 |
| Priscilla G Stidham | 2.60 | 80.00 | $208.00 |
| Stephen L. Bossay | 124.10 | 130.00 | $16,133.00 |
| Warren H Smith | 1.30 | 275.00 | $357.50 |