# Warren H. Smith & Associates, P.C.
325 North St. Paul Street
Suite 1275
Dallas, TX 75201
Tax Id# 01-0584406

---

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

December 31, 2005

In Reference To:     Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #     10532

Professional Services

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 12/1/2005 | JBA | Update database with AKO 10.05 e-detail, and LAS 10.05 e-detail | 0.10 | 4.00 |
|  | JBA | Update database with Swidler 10.05 e-detail pdf | 0.10 | 4.00 |
|  | SLB | complete draft of first (Exhibit A) fee and expense chart for 17th Interim (4.7) | 4.70 | 611.00 |
| 12/2/2005 | SLB | draft of second fee and expense chart for 17th Interim (7.3) | 7.30 | 949.00 |
|  | JBA | Update database with Bilzin 10.05 e-detail | 0.10 | 4.00 |
| 12/5/2005 | JBA | Update database with Tersigni 10.05 e-detail | 0.10 | 4.00 |
|  | SLB | draft e-mail to all W.R. Grace 17th Interim applicants requesting review of fee and expenses and Project Category Spreadsheet (.7) | 0.70 | 91.00 |
|  | SLB | complete draft of 17th Interim fee and expense chart - Exhibit A (with recommendations) - (6.6) | 6.60 | 858.00 |
|  | JBA | draft Corrections and Final version of 17th Interim Project Category Spreadsheet | 0.10 | 4.00 |

W.R. Grace & Co. Page 2

| Date | Init | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/5/2005 | JBA | Update database with Ferry Joseph 10.05 e-detail | 0.10 | 4.00 |
| | CCO | Update database with 10.05 Monthly Invoice of Bilzin (.10); 10.05 Monthly Invoice of Reed (.10); 10.05 Monthly Invoice of Swidler (.10) | 0.30 | 12.00 |
| 12/6/2005 | JAW | detailed review of Pitney Hardin July 2005 monthly invoice (1.0) | 1.00 | 135.00 |
| | SLB | draft e-mails to K&E (.2) ; Pachulski (.2) and Woodcock (.3) re changes in 17th Interim Project Category Spreadsheet (.7) | 0.70 | 91.00 |
| 12/7/2005 | CCO | Update database with 10.05 Monthly Invoice of Anderson (.10); 10.05 Monthly Invoice of LAS (.10); 10.05 Monthly Invoice of Campbell (.10); 10.05 Monthly Invoice of Caplin (.10) | 0.40 | 16.00 |
| | JAW | detailed review of Pitney Hardin July 2005 monthly invoice (5.0); draft summary of same (0.1). | 5.10 | 688.50 |
| | SLB | draft e-mail to Pachulski re 17th Interim fee and expense charts (.4) | 0.40 | 52.00 |
| 12/8/2005 | JAW | detailed review of Kirkland July 2005 monthly invoice (5.0) | 5.00 | 675.00 |
| | JBA | draft and organize 18th Interim Project Category Spreadsheet | 4.00 | 160.00 |
| 12/9/2005 | SLB | draft e-mail to M. Petito @ Protiviti re 18th Interim app. (.3) ; e-mail to Pachulski re 17th Interim fee charts (.4) | 0.70 | 91.00 |
| | CCO | Update database with 10.05 Monthly Invoice of Ferry (.10) | 0.10 | 4.00 |
| | SLB | telephone conference with J. ONeill @ Pachulski re 17th Interim charts and fee hearing (.3) | 0.30 | 39.00 |
| | PGS | Preparation of November 2005 Monthly Invoice of WHS | 0.70 | 56.00 |
| | JAW | detailed review of Kirkland July 2005 invoice (6.0) | 9.30 | 1,255.50 |

W.R. Grace & Co. Page 3

| Date | Init | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/12/2005 | JAW | detailed review of Kirkland July 2005 monthly invoice (8.1) | 8.10 | 1,093.50 |
| | SLB | PACER research regarding possible filings or objections for 17th Interim fee hearing (1.8) | 1.80 | 234.00 |
| | CCO | Update database with 10.05 Monthly Invoice of Tesigni (.10) | 0.10 | 4.00 |
| | JBA | Update database with CIBC 10.05 e-detail pdf | 0.10 | 4.00 |
| | JBA | Update database with Ferry Joseph 11.05 e-detail | 0.10 | 4.00 |
| | PGS | Electronic filing with court of November 2005 Monthly Invoice of WHS | 0.10 | 8.00 |
| 12/13/2005 | CCO | Update database with 10.05 Monthly Invoice of CIBC (.10); 11.05 Monthly Invoice of Ferry (.10) | 0.20 | 8.00 |
| | JAW | detailed review of Kirkland July 2005 monthly invoice (1.5); draft summary of same (6.0) | 7.50 | 1,012.50 |
| 12/15/2005 | JAW | detailed review of Stroock August 2005 monthly invoice (1.8); draft summary of same (0.8) | 2.60 | 351.00 |
| | PGS | Electronic filing with court of CNO for October 2005 | 0.10 | 8.00 |
| | PGS | Preparation of CNO for October 2005 | 0.10 | 8.00 |
| 12/19/2005 | WHS | prepare for and attend fee app hearing by phone | 0.40 | 110.00 |
| | CCO | Update database with 07.01.05 through 09.30.05 Interim Fee Application of Pachulski (.10); 07.01.05 through 09.30.05 Interim Fee Application of Woodcock (.10); 10.05 Monthly Invoice of Nelson (.10); 07.01.05 through 08.31.05 Interim Fee Application of Proviti (.10) | 0.40 | 16.00 |
| 12/20/2005 | JAW | detailed review of Capstone August 2005 fee application (1.0); draft summary of same (0.1) | 1.10 | 148.50 |

W.R. Grace & Co.                                                                                                      Page     4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/20/2005 | JBA | Update database with Duane Morris 11.05 e-detail pdf | 0.10 | 4.00 |
|  | JBA | Update database with PWC 10.05 e-detail | 0.10 | 4.00 |
| 12/21/2005 | JAW | detailed review of Bilzin August 2005 monthly invoice (1.0) | 1.00 | 135.00 |
| 12/22/2005 | JBA | Update database with Capstone 10.05 e-detail | 0.10 | 4.00 |
|  | JAW | detailed review of Bilzin August 2005 monthly invoice (2.8); draft summary of same (1.3). | 4.10 | 553.50 |
| 12/23/2005 | JAW | detailed review of Pitney August 2005 monthly invoice (4.5); draft summary of same (0.1). | 4.60 | 621.00 |
| 12/28/2005 | JBA | draft 18th Inteirm Project Category Spreadsheet | 1.00 | 40.00 |
| 12/30/2005 | JBA | Update database with Hilsoft 11.05 e-detal, and Bilzin 11.05 e-detail | 0.10 | 4.00 |
|  | JBA | Update database with Reed Smith 11.05 e-detail | 0.10 | 4.00 |
|  | JBA | Update database with Klett 11.05 e-detail, and Kramer 11.05 e-detail | 0.10 | 4.00 |
|  | JBA | Update database with 11.05 e-detail for: Campbell, Caplin, LAS, AKO | 0.10 | 4.00 |
| 12/31/2005 | JBA | draft 18th Interim Project Category Spreadsheeet | 3.50 | 140.00 |

**For professional services rendered**                                                                **85.50 $10,335.00**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Courtney C. Orent | 1.50 | 40.00 | $60.00 |
| James A. Wehrmann | 49.40 | 135.00 | $6,669.00 |
| Jeff B. Allgood | 10.00 | 40.00 | $400.00 |

W.R. Grace & Co.                                                                                      Page      5

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Priscilla G Stidham | 1.00 | 80.00 | $80.00 |
| Stephen L. Bossay | 23.20 | 130.00 | $3,016.00 |
| Warren H Smith | 0.40 | 275.00 | $110.00 |