# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et. al.*, | Case No. 01-1139 (JKF)<br>Jointly Administered |
| Debtors. | Objection deadline: 3/14/06 at 4:00 p.m. |

### TWENTY FOURTH MONTHLY FEE APPLICATION OF PROTIVITI INC. AS DEBTORS' SARBANES OXLEY COMPLIANCE ADVISORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR OCTOBER 2005

| | |
|---|---|
| Name of Applicant: | Protiviti Inc. |
| Authorized to Provide Services to: | Debtors |
| Date of Retention: | Order dated November 17, 2003, *nunc pro tunc* to June 30, 2003 |
| Period for which compensation and reimbursement is sought: | October 1, 2005 through October 31, 2005 |
| Amount of Compensation sought as actual, reasonable and necessary | $10,266.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary | $3,016.84 |
| This is a(n):    X interim | ___ Final application |

Prior applications:    None.

Local Form 102
(Page 1 of 3 Pages)

## TIMEKEEPER SUMMARY

| Name of Professional | Position of the Applicant / Number of Years Experience in Profession | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Hendrixson, Marie | Managing Director<br>18 years | $300 | 5.5 | $1,650.00 |
| Petito, Matthew | Manager<br>7 years | $240 | 3.0 | $720.00 |
| Brozzeti, Michael | Senior Consultant, Information Tech.<br>4.5 years | $188 | 42.0 | $7,896.00 |
|  |  | Totals | 50.5 | $10,266.00 |

Local Form 102
(Page 2 of 3 Pages)

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Fees |
|---|---:|---:|
| Asset Analysis and Recovery | 0 | 0 |
| Asset Disposition | 0 | 0 |
| Business Operations | 0 | 0 |
| Case Administration | 0 | 0 |
| Claims Administration and Objections | 0 | 0 |
| Employee Benefits/Pension | 0 | 0 |
| Retention of Professionals | 0 | 0 |
| Fee Applications | 50.5 | $10,266.00 |
| Fee Application Objections | 0 | 0 |
| Financing | 0 | 0 |
| Security Issues | 0 | 0 |
| Litigation | 0 | 0 |
| Plan and Disclosure Statement | 0 | 0 |
| Relief from Stay Proceedings | 0 | 0 |
| Other (Explain)<br>• Sarbanes-Oxley Compliance Services | 0 | 0 |
| Other (Explain) | 0 | 0 |
| Accounting/Auditing | 0 | 0 |
| Business Analysis | 0 | 0 |
| Corporate Finance | 0 | 0 |
| Data Analysis | 0 | 0 |
| **Total** | **50.5** | **$10,266.00** |

Fee Application Narrative

Local Form 102
(Page 3 of 3 Pages)

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transportation | N/A | $972.85 |
| Lodging | N/A | $1,638.60 |
| Sundry | N/A | $68.00 |
| Business Meals / Entertainment | N/A | $337.39 |
| **Total Expenses** |  | **$3,016.84** |

3

Fee Application Narrative

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re:  W.R. GRACE & CO., et. al.,  Debtors. | Chapter 11  Case No. 01-1139 (JKF)  Jointly Administered  Objection deadline: 11/18/05 at 4:00 p.m. |
|---|---|

## CERTIFICATION OF MARIE HENDRIXSON

I, Marie Hendrixson, hereby certify that:

1. I am a managing director with Protiviti Inc. ("Protiviti"). Protiviti was retained by W.R. Grace & Co. and the other above-captioned debtors (collectively, the "Debtors") as Sarbanes Oxley Compliance Advisors for the Debtors pursuant to Section 327(a) of Title 11 of the United States Code, 11 U.S.C. § 101 and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure. The nature and scope of Protiviti's services are described in the *Monthly Fee Application of Protiviti Inc., Sarbanes Oxley Compliance Advisors for the Debtors, For Allowance of Compensation and Reimbursement of Expenses for October 2005* (the "Application"), which is being submitted contemporaneously with this Certification to this Court. This Certification is made in support of the Application and in compliance with the *Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members* (the "Amended Administrative Order").

2. I have read the Application and I certify as follows:

(a) The expenses for which reimbursement is requested by Protiviti in the Application are reasonable and were necessary and incidental to the services performed by and for the Debtors.

(b) To the best of my knowledge, information, and belief, formed after

reasonable inquiry, except as expressly stated to the contrary, the Application complies with the mandatory provisions set forth in the Amended Administrative Order.

(c) To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Administrative Procedures Guidelines.

(d) The fees and disbursements for which reimbursement is sought in this Application are billed at rates and in accordance with practices customarily employed by Protiviti and generally accepted by the clients of Protiviti.

(e) Protiviti does not make a profit on the expenses for which it seeks reimbursement in the Application.

(f) In charging for a particular service, Protiviti does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay.

(g) In seeking reimbursement for a service, which Protiviti justifiably purchased from a third party, Protiviti requests reimbursement only for the actual amount billed to Protiviti by the third party vendor and paid by Protiviti to such vendor.

*Marie Hendrixson*
Marie Hendrixson

Dated: November 5, 2005
       Philadelphia, PA

2

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline: March 14, 2006 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

**FEE DETAIL FOR PROTIVITI INC.'S MONTHLY FEE APPLICATION
FOR THE PERIOD FROM OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:88049.1

EXHIBIT "A"

Protiviti Inc.
W. R. Grace & Co. Time Tracking Summary
Period Covered: October 2005

| Name | Position | Number of Years in Profession | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Hendrixson, Marie | Managing Director | 18 | $ 300.00 | 5.5 | $ 1,650.00 |
| Petito, Matt | Manager | 7 | $ 240.00 | 3.0 | $ 720.00 |
| Brozzeti, Michael | Senior Consultant, IT | 4.5 | $ 188.00 | 42.0 | $ 7,896.00 |
| | | | Totals | 50.5 | $ 10,266.00 |

Protiviti Inc.
W. R. Grace & Co. Detailed Time Report
Month Ended October 31, 2005

**Name:** Marie Hendrixson
**Level:** Managing Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 12-Oct-05 | Reviewed, discussed and approved the monthly fee application for September 2005 and the quarterly fee application for the period July - September 2005 | $ 300 | 4 | $1,200.00 |
| 25-Oct-05 | Discussed scope and timing of information technology and internal audit work with Matt Petito | $ 300 | 1.5 | $ 450.00 |
| | Totals | | 5.5 | $1,650.00 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended October 31, 2005**

**Name:** Matthew Petito
**Level:** Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 7-Oct-05 | Prepared the monthly fee application for September 2005 and the quarterly fee application for the period July - September 2005; submitted both applications to Brian Kenny, Barb Summerson and Marie Hendrixson for review | $ 240 | 1.5 | $ 360.00 |
| 25-Oct-05 | Discussed scope and timing of information technology and internal audit work with Marie Hendrixson | $ 240 | 1.5 | $ 360.00 |
| | Totals | | 3.0 | $ 720.00 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended October 31, 2005**

**Name:** Michael Brozzeti
**Level:** Senior Consultant, IT

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 3-Oct-05 | Performed test of key controls and documentation of results for SAP Application Controls; including BASIS Administration, Help Desk Function, and other powerful users. | $ 188.00 | 8 | $ 1,504.00 |
| 4-Oct-05 | Performed test of key controls and documentation of results for SAP Change Management Controls; including change authorization, classification of change, testing of change, and production move approval. | $ 188.00 | 9.5 | $ 1,786.00 |
| 5-Oct-05 | Performed test of key controls and documentation of results for SAP Change Management Controls; including change authorization, classification of change, testing of change, and production move approval. | $ 188.00 | 9.5 | $ 1,786.00 |
| 6-Oct-05 | Upload of SAP test results and documentation into the SARBOX Portal. | $ 188.00 | 9 | $ 1,692.00 |
| 7-Oct-05 | Upload of test results and documentation for WAN controls and general documentation clean up. Exit interview and final meeting with engagement manager Barb Summerson. | $ 188.00 | 6 | $ 1,128.00 |
| | Totals | | 42 | $ 7,896.00 |

EXHIBIT "C"

Protiviti Inc.
W. R. Grace & Co. Expense Summary
Period Covered: October 2005

| Expense Category | Service Provider | Total Expenses |
|---|---|---:|
| Transportation | N/A | $ 972.85 |
| Lodging | N/A | $ 1,638.60 |
| Sundry | N/A | $ 68.00 |
| Business Meals | N/A | $ 337.39 |
| Total | | $ 3,016.84 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: October 2005

**Expense Detail** | **Expense Category**

Name: Marie Hendrixson
Level: Managing Director

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 12-Oct-05 | Mileage in excess of normal commute to/from Philadelphia PA - Columbia MD | $ 85.14 | $ 85.14 | | | | $ 85.14 |
| | Totals | $ 85.14 | $ 85.14 | $ - | $ - | $ - | $ 85.14 |

Name: Michael Brozzeti
Level: Senior Consultant, IT

NOTE: Expenses for 9/1-9/13 not previously billed; accidentally omitted from prior application.

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 1-Sep-05 | Dinner at Austin Grille for myself in Columbia MD | $ 20.00 | | | | $ 20.00 | $ 20.00 |
| 1-Sep-05 | Lunch at Grace Café for myself in Columbia MD | $ 5.75 | | | | $ 5.75 | $ 5.75 |
| 2-Sep-05 | Lodging at Hampton Inn for 8/29 - 9/2 for 4 nights for myself | $ 538.00 | | $ 538.00 | | | $ 538.00 |
| 2-Sep-05 | Mileage in excess of normal commute from Philadelphia to Columbia (110 miles*.36) | $ 39.60 | $ 39.60 | | | | $ 39.60 |
| 2-Sep-05 | Tolls (PA to MD) | $ 4.00 | $ 4.00 | | | | $ 4.00 |
| 2-Sep-05 | Lunch at Grace Café for myself in Columbia MD | $ 6.25 | | | | $ 6.25 | $ 6.25 |
| 6-Sep-05 | Massachusetts Turnpike Toll | $ 3.00 | $ 3.00 | | | | $ 3.00 |
| 6-Sep-05 | Round trip airfare for myself (Philadelphia to Logan Airport) | $ 236.90 | $ 236.90 | | | | $ 236.90 |
| 6-Sep-05 | Breakfast at Grace Café w/ self | $ 5.75 | | | | $ 5.75 | $ 5.75 |
| 6-Sep-05 | Lunch at Grace Café w/self | $ 8.25 | | | | $ 8.25 | $ 8.25 |
| 6-Sep-05 | Dinner at Double Tree Hotel in Cambridge MA w/ self | $ 22.00 | | | | $ 22.00 | $ 22.00 |
| 7-Sep-05 | Breakfast at Grace Café w/ self | $ 5.50 | | | | $ 5.50 | $ 5.50 |
| 7-Sep-05 | Lunch at Grace Café w/self | $ 7.50 | | | | $ 7.50 | $ 7.50 |
| 7-Sep-05 | Dinner at Double Tree Hotel in Cambridge MA w/ self | $ 24.00 | | | | $ 24.00 | $ 24.00 |
| 8-Sep-05 | Breakfast at Grace Café w/ self | $ 6.20 | | | | $ 6.20 | $ 6.20 |
| 8-Sep-05 | Lunch at Grace Café w/self | $ 8.20 | | | | $ 8.20 | $ 8.20 |
| 8-Sep-05 | Dinner at Joe's Grille in Boston MA for myself | $ 22.14 | | | | $ 22.14 | $ 22.14 |
| 9-Sep-05 | Breakfast at Grace Café w/self | $ 5.60 | | | | $ 5.60 | $ 5.60 |
| 9-Sep-05 | Lunch at Grace Café w/self | $ 6.80 | | | | $ 6.80 | $ 6.80 |
| 9-Sep-05 | Philadelphia Airport parking for myself for 4 days | $ 68.00 | | | $ 68.00 | | $ 68.00 |
| 9-Sep-05 | Hertz Rental Car for one week for myself in Cambridge MA | $ 252.11 | $ 252.11 | | | | $ 252.11 |
| 9-Sep-05 | Lodging at Double Tree Hotel in Cambridge MA for myself for 4 nights | $ 572.60 | | $ 572.60 | | | $ 572.60 |
| 9-Sep-05 | Gas for Rental Car | $ 17.00 | $ 17.00 | | | | $ 17.00 |
| 12-Sep-05 | Mass Turnpike Toll | $ 3.00 | $ 3.00 | | | | $ 3.00 |
| 12-Sep-05 | Round trip airfare for myself (Philadelphia to Logan Airport) | $ 236.90 | $ 236.90 | | | | $ 236.90 |
| 12-Sep-05 | Lunch at Grace Café for myself | $ 7.25 | | | | $ 7.25 | $ 7.25 |

| Date | Description | Amount | Transportation | Lodging | | Business Meals/Entertainment | |
|---|---|---|---|---|---|---|---|
| 12-Sep-05 | Dinner at Double Tree Hotel in Cambridge MA w/ self | $ 24.00 | | | | $ 24.00 | $ 24.00 |
| 13-Sep-05 | Breakfast at Grace Café w/ self | $ 6.20 | | | | $ 6.20 | $ 6.20 |
| 13-Sep-05 | Lunch at Grace Café w/self | $ 7.50 | | | | $ 7.50 | $ 7.50 |
| 3-Oct-05 | Breakfast at Grace Café for myself | $ 6.50 | | | | $ 6.50 | $ 6.50 |
| 3-Oct-05 | Lunch at Grace Café for myself | $ 8.00 | | | | $ 8.00 | $ 8.00 |
| 3-Oct-05 | Dinner at Outback Steakhouse in Columbia MD for myself | $ 14.00 | | | | $ 14.00 | $ 14.00 |
| 4-Oct-05 | Breakfast at Grace Café for myself | $ 5.25 | | | | $ 5.25 | $ 5.25 |
| 4-Oct-05 | Lunch at Grace Café for myself | $ 6.25 | | | | $ 6.25 | $ 6.25 |
| 4-Oct-05 | Dinner at Olive Garden in Columbia MD for myself | $ 23.00 | | | | $ 23.00 | $ 23.00 |
| 5-Oct-05 | Lunch at Grace Café for myself | $ 6.75 | | | | $ 6.75 | $ 6.75 |
| 5-Oct-05 | Dinner at Apple Bees in Columbia MD for myself | $ 24.00 | | | | $ 24.00 | $ 24.00 |
| 6-Oct-05 | Breakfast at Grace Café for myself | $ 4.50 | | | | $ 4.50 | $ 4.50 |
| 6-Oct-05 | Lunch at Grace Café for myself | $ 7.25 | | | | $ 7.25 | $ 7.25 |
| 6-Oct-05 | Dinner at UNO's in Columbia MD for myself | $ 22.00 | | | | $ 22.00 | $ 22.00 |
| 7-Oct-05 | Breakfast at Grace Café for myself | $ 4.25 | | | | $ 4.25 | $ 4.25 |
| 7-Oct-05 | Lunch at Columbia Mall (Taco Grande) for myself | $ 6.75 | | | | $ 6.75 | $ 6.75 |
| 3-Oct-05 | Tolls to/from Philadelphia PA - Columbia MD | $ 8.00 | $ 8.00 | | | | $ 8.00 |
| 3-Oct-05 | 110 Miles in Excess of Normal Commute from Philadelphia to Columbia MD | $ 39.60 | $ 39.60 | | | | $ 39.60 |
| 7-Oct-05 | 110 Miles in Excess of Normal Commute from Columbia MD to Philadelphia PA | $ 39.60 | $ 39.60 | | | | $ 39.60 |
| 7-Oct-05 | Tolls to/from Philadelphia PA - Columbia MD | $ 8.00 | $ 8.00 | | | | $ 8.00 |
| 7-Oct-05 | Lodging at Hampton Inn for 8/29 – 9/2 for 4 nights for myself | $ 528.00 | | $ 528.00 | | | $ 528.00 |
| | Totals | $ 2,931.70 | $ 887.71 | $ 1,638.60 | | $ 337.39 | $ 2,931.70 |

| | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|
| Grand Totals | $ 3,016.84 | $ 972.85 | $ 1,638.60 | $ 68.00 | $ 337.39 | $ 3,016.84 |