# **EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et. al.*, | Case No. 01-1139 (JKF) <br> Jointly Administered |
| Debtors. | Objection deadline: 3/14/06 at 4:00 p.m. |

**TWENTY FIFTH MONTHLY FEE APPLICATION OF
PROTIVITI INC. AS DEBTORS' SARBANES OXLEY
COMPLIANCE ADVISORS FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
NOVEMBER 2005**

| | |
|---|---|
| Name of Applicant: | Protiviti Inc. |
| Authorized to Provide Services to: | Debtors |
| Date of Retention: | Order dated November 17, 2003, *nunc pro tunc* to June 30, 2003 |
| Period for which compensation and reimbursement is sought: | November 1, 2005 through November 30, 2005 |
| Amount of Compensation sought as actual, reasonable and necessary | $37,180.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary | $3,012.55 |
| This is a(n):   X interim | ___ Final application |

Prior applications:   None.

Local Form 102
(Page 1 of 3 Pages)

## TIMEKEEPER SUMMARY

| Name of Professional | Position of the Applicant / Number of Years Experience in Profession | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Petito, Matthew | Manager<br>7 years | $240 | 2.0 | $480.00 |
| McDowell, Michele | Senior Consultant,<br>5 years | $200 | 133.5 | $26,700.00 |
|  |  | Totals | 135.5 | $27,180.00 |

1

Fee Application Narrative

Local Form 102
(Page 2 of 3 Pages)

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery | 0 | 0 |
| Asset Disposition | 0 | 0 |
| Business Operations | 0 | 0 |
| Case Administration | 0 | 0 |
| Claims Administration and Objections | 0 | 0 |
| Employee Benefits/Pension | 0 | 0 |
| Retention of Professionals | 0 | 0 |
| Fee Applications | 135.5 | $27,180.00 |
| Fee Application Objections | 0 | 0 |
| Financing | 0 | 0 |
| Security Issues | 0 | 0 |
| Litigation | 0 | 0 |
| Plan and Disclosure Statement | 0 | 0 |
| Relief from Stay Proceedings | 0 | 0 |
| Other (Explain)<br>• Renewal of Sarbox Portal Maintenance | 0 | $10,000 |
| Other (Explain) | 0 | 0 |
| Accounting/Auditing | 0 | 0 |
| Business Analysis | 0 | 0 |
| Corporate Finance | 0 | 0 |
| Data Analysis | 0 | 0 |
| **Total** | **135.5** | **37,180.00** |

2

Fee Application Narrative

Local Form 102
(Page 3 of 3 Pages)

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transportation | N/A | $568.45 |
| Lodging | N/A | $2,213.26 |
| Sundry | N/A | $40.00 |
| Business Meals / Entertainment | N/A | $190.84 |
| Total Expenses | | $3,012.55 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et. al.*, | Case No. 01-1139 (JKF)<br>Jointly Administered |
| Debtors. | Objection deadline: 1/18/06 at 4:00 p.m. |

## CERTIFICATION OF MARIE HENDRIXSON

I, Marie Hendrixson, hereby certify that:

1. I am a managing director with Protiviti Inc. ("Protiviti"). Protiviti was retained by W.R. Grace & Co. and the other above-captioned debtors (collectively, the "Debtors") as Sarbanes Oxley Compliance Advisors for the Debtors pursuant to Section 327(a) of Title 11 of the United States Code, 11 U.S.C. § 101 and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure. The nature and scope of Protiviti's services are described in the *Monthly Fee Application of Protiviti Inc., Sarbanes Oxley Compliance Advisors for the Debtors, For Allowance of Compensation and Reimbursement of Expenses for November 2005* (the "Application"), which is being submitted contemporaneously with this Certification to this Court. This Certification is made in support of the Application and in compliance with the *Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members* (the "Amended Administrative Order").

2. I have read the Application and I certify as follows:

    (a) The expenses for which reimbursement is requested by Protiviti in the Application are reasonable and were necessary and incidental to the services performed by and for the Debtors.

    (b) To the best of my knowledge, information, and belief, formed after

reasonable inquiry, except as expressly stated to the contrary, the Application complies with the mandatory provisions set forth in the Amended Administrative Order.

(c) To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Administrative Procedures Guidelines.

(d) The fees and disbursements for which reimbursement is sought in this Application are billed at rates and in accordance with practices customarily employed by Protiviti and generally accepted by the clients of Protiviti.

(e) Protiviti does not make a profit on the expenses for which it seeks reimbursement in the Application.

(f) In charging for a particular service, Protiviti does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay.

(g) In seeking reimbursement for a service, which Protiviti justifiably purchased from a third party, Protiviti requests reimbursement only for the actual amount billed to Protiviti by the third party vendor and paid by Protiviti to such vendor.

*Marie Hendrixson*
Marie Hendrixson

Dated: December 12, 2005
       Philadelphia, PA

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline: March 14, 2006 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

**FEE DETAIL FOR PROTIVITI INC.'S MONTHLY FEE APPLICATION
FOR THE PERIOD FROM NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:88049.1

EXHIBIT "A"

Protiviti Inc.
W. R. Grace & Co. Time Tracking Summary
Period Covered: November 2005

| Name | Position | Number of Years in Profession | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Petito, Matt | Manager | 7 | $ 240.00 | 2.0 | $ 480.00 |
| McDowell, Michele | Senior Consultant | 5 | $ 200.00 | 133.5 | $ 26,700.00 |
| | | | Totals | 135.5 | $ 27,180.00 |

Protiviti Inc.
W. R. Grace & Co. Detailed Time Report
Month Ended November 30, 2005

| Date | Detailed Task / Activity | Fees |
|---|---|---|
| 30-Nov-05 | Renewal of Sarbox Portal maintenance agreement for a one year period | $ 10,000.00 |
| | Totals | $ 10,000.00 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended November 30, 2005**

**Name:** Matthew Petito
**Level:** Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Nov-05 | Prepared the monthly fee application for October 2005 and submitted to Brian Kenny for review | $ 240 | 2 | $ 480.00 |
| | Totals | | 2.0 | $ 480.00 |

Protiviti Inc.
W. R. Grace & Co. Detailed Time Report
Month Ended November 30, 2005

**Name:** Michele McDowell
**Level:** Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 31-Oct-05 | Meeting with Greg Demory, IA manager to discuss SOA project, workpaper guidelines and assignment | $ 200.00 | 2.5 | $ 500.00 |
| 31-Oct-05 | Preparing by Site request listing for Curtis Bay - all locations. Hydro, FCC, Poly, Silicas and Central | $ 200.00 | 4.5 | $ 900.00 |
| 31-Oct-05 | Selecting populations for Curtis Bay Testing | $ 200.00 | 2 | $ 400.00 |
| 1-Nov-05 | Preparing by Site request listing for Curtis Bay - all locations. Hydro, FCC, Poly, Silicas and Central | $ 200.00 | 2 | $ 400.00 |
| 1-Nov-05 | Selecting populations for Curtis Bay Testing | $ 200.00 | 1 | $ 200.00 |
| 1-Nov-05 | Preparing Curtis Bay Test plans | $ 200.00 | 2.5 | $ 500.00 |
| 1-Nov-05 | Preparing Cambridge Test plan | $ 200.00 | 1 | $ 200.00 |
| 1-Nov-05 | Preparing Lake Charles Test Plan | $ 200.00 | 2 | $ 400.00 |
| 1-Nov-05 | Preparing site request for Lake Charles | $ 200.00 | 1 | $ 200.00 |
| 2-Nov-05 | Creating test workpapers for Curtis Bay sites - including Hydro, Poly, Silicas, FCC and Central to document test results | $ 200.00 | 2 | $ 400.00 |
| 2-Nov-05 | Creating test workpapers for Lake Charles | $ 200.00 | 0.75 | $ 150.00 |
| 2-Nov-05 | Creating test workpapers for Cambridge | $ 200.00 | 1 | $ 200.00 |
| 2-Nov-05 | Pulling samples for Cambridge site visit for asset additions, asset disposals, credit memos and general ledger reconciliations | $ 200.00 | 4 | $ 800.00 |
| 2-Nov-05 | Preparing Site request for Cambridge | $ 200.00 | 2 | $ 400.00 |
| 3-Nov-05 | Meeting with Greg Demory about WORMS Testing | $ 200.00 | 0.5 | $ 100.00 |
| 3-Nov-05 | Performed AP Testing for Lake Charles | $ 200.00 | 2 | $ 400.00 |
| 3-Nov-05 | Preparing WORMS Prepared By Client listing, including sample populations | $ 200.00 | 3 | $ 600.00 |
| 3-Nov-05 | Credit memo Test for Lake Charles | $ 200.00 | 0.5 | $ 100.00 |
| 3-Nov-05 | Documented test results for Lake Charles | $ 200.00 | 2 | $ 400.00 |
| 4-Nov-05 | Preparing WORMS PBC including sample populations | $ 200.00 | 3 | $ 600.00 |
| 4-Nov-05 | Preparing WORMS test papers and Test plans | $ 200.00 | 1.5 | $ 300.00 |
| 7-Nov-05 | Testing at Elkridge - Goods receipts. Goods issue and Physical Inventory | $ 200.00 | 4 | $ 800.00 |
| 7-Nov-05 | Testing at Curtis Bay - raw materials | $ 200.00 | 1.75 | $ 350.00 |
| 7-Nov-05 | Meeting with FCC to get supporting documentation | $ 200.00 | 0.75 | $ 150.00 |
| 7-Nov-05 | Testing of raw materials - all locations | $ 200.00 | 0.5 | $ 100.00 |
| 7-Nov-05 | Testing of goods receipts - Central Tank and FCC | $ 200.00 | 1.25 | $ 250.00 |
| 7-Nov-05 | Testing Inventory Adjustments | $ 200.00 | 0.75 | $ 150.00 |
| 8-Nov-05 | Testing of Cambridge Purchase Orders | $ 200.00 | 2 | $ 400.00 |
| 8-Nov-05 | Wrapping up Lake Charles tests and document test results in the portal | $ 200.00 | 2 | $ 400.00 |
| 8-Nov-05 | Documented test results for Worms and upload to portal | $ 200.00 | 1.5 | $ 300.00 |
| 8-Nov-05 | Updating Test Plans to reflect additional sample criteria for Curtis Bay Divisions | $ 200.00 | 1 | $ 200.00 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 8-Nov-05 | Updates to Portal for Curtis bay test steps | $ 200.00 | 1.5 | $ 300.00 |
| 9-Nov-05 | Document test results and updating Portal for Lake Charles | $ 200.00 | 1 | $ 200.00 |
| 9-Nov-05 | Creating workpapers and test plans for Dueren | $ 200.00 | 1.5 | $ 300.00 |
| 9-Nov-05 | Pulling samples for Dueren Germany | $ 200.00 | 1 | $ 200.00 |
| 9-Nov-05 | Preparing Prepared by Client listing for Dueren Germany | $ 200.00 | 4.5 | $ 900.00 |
| 9-Nov-05 | Performed Purchase order testing for Duren | $ 200.00 | 1.5 | $ 300.00 |
| 10-Nov-05 | Testing of manufacturing variances for FCC | $ 200.00 | 1 | $ 200.00 |
| 10-Nov-05 | Testing of platinum movement for FCC | $ 200.00 | 1 | $ 200.00 |
| 10-Nov-05 | Selection of general ledger account reconciliation sample for WORMS | $ 200.00 | 1.75 | $ 350.00 |
| 10-Nov-05 | Collecting support from various individuals at Curtis bay for testing; discussed documents with process owners | $ 200.00 | 2.25 | $ 450.00 |
| 10-Nov-05 | Logging new requests in to Status Update for Curtis Bay divisions | $ 200.00 | 0.75 | $ 150.00 |
| 10-Nov-05 | Testing manufacturing variances for Hydro | $ 200.00 | 0.5 | $ 100.00 |
| 10-Nov-05 | Testing FCC Production Postings | $ 200.00 | 0.5 | $ 100.00 |
| 10-Nov-05 | Testing Goods Issue, Receipts, Production for Silicas | $ 200.00 | 2 | $ 400.00 |
| 10-Nov-05 | Testing FCC Goods Issue | $ 200.00 | 0.75 | $ 150.00 |
| 10-Nov-05 | Testing Goods Issue, Receipts, Production for Poly | $ 200.00 | 1.5 | $ 300.00 |
| 11-Nov-05 | Testing Productions and Goods Receipts for Hydro | $ 200.00 | 1 | $ 200.00 |
| 11-Nov-05 | Update to PBS for new docs received | $ 200.00 | 0.5 | $ 100.00 |
| 11-Nov-05 | Review of FCC create/change PO order report | $ 200.00 | 0.25 | $ 50.00 |
| 11-Nov-05 | Davison Purchase order review | $ 200.00 | 1 | $ 200.00 |
| 11-Nov-05 | Meeting with Shaun to go over progress and ask questions related to Curtis Bay. | $ 200.00 | 1 | $ 200.00 |
| 11-Nov-05 | Final Update to PBS for Curtis Bay for 11/11/05 | $ 200.00 | 0.5 | $ 100.00 |
| 17-Nov-05 | Cambridge reviewed of fixed assets additions and disposals and capital projects report | $ 200.00 | 3 | $ 600.00 |
| 17-Nov-05 | Columbia purchase order/pricing testing for Shaun | $ 200.00 | 1.5 | $ 300.00 |
| 17-Nov-05 | Silicas testing of requested items | $ 200.00 | 2 | $ 400.00 |
| 17-Nov-05 | Poly testing of requested items | $ 200.00 | 1.5 | $ 300.00 |
| 17-Nov-05 | Updates to PBS's for all locations | $ 200.00 | 2 | $ 400.00 |
| 18-Nov-05 | Discussion with Shaun on current status, open items and next steps | $ 200.00 | 1.5 | $ 300.00 |
| 18-Nov-05 | Poly Sales Order status report testing | $ 200.00 | 1.25 | $ 250.00 |
| 18-Nov-05 | Silicas Sales Order status report testing | $ 200.00 | 1.25 | $ 250.00 |
| 18-Nov-05 | WORMS AP testing | $ 200.00 | 2 | $ 400.00 |
| 21-Nov-05 | Worms review of credit limit approvals | $ 200.00 | 2 | $ 400.00 |
| 21-Nov-05 | Worms review of general ledger | $ 200.00 | 1.5 | $ 300.00 |
| 21-Nov-05 | Worms review of Credit and Collections | $ 200.00 | 2.5 | $ 500.00 |
| 28-Nov-05 | Duren Fixed Assets - Additions and disposals | $ 200.00 | 4 | $ 800.00 |
| 28-Nov-05 | Duren Procurement testing | $ 200.00 | 2 | $ 400.00 |
| 28-Nov-05 | Duren Inventory Management Testing | $ 200.00 | 2 | $ 400.00 |
| 28-Nov-05 | Duren Payroll testing | $ 200.00 | 2 | $ 400.00 |
| 29-Nov-05 | Cambridge reconciliation testing | $ 200.00 | 9.5 | $ 1,900.00 |
| 30-Nov-05 | Cambridge reconciliation testing | $ 200.00 | 8.5 | $ 1,700.00 |
| | Totals | | 133.5 | $ 26,700.00 |

EXHIBIT "C"

Protiviti Inc.
W. R. Grace & Co. Expense Summary
Period Covered: November 2005

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 568.45 |
| Lodging | N/A | $ 2,213.26 |
| Sundry | N/A | $ 40.00 |
| Business Meals | N/A | $ 190.84 |
| Total | | $ 3,012.55 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: November 2005

Name: Michele McDowell
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 30-Oct-05 | Mileage in excess of normal commute- one way from Philadelphia PA to Columbia MD on 10/30 (approx 125 miles) | $ 58.20 | $ 58.20 | | | | $ 58.20 |
| 30-Oct-05 | Dinner at Ruby Tuesdays in Columbia MD for myself | $ 12.57 | | | | $ 12.57 | $ 12.57 |
| 31-Oct-05 | Dinner at Ruby Tuesdays in Columbia MD for myself | $ 8.74 | | | | $ 8.74 | $ 8.74 |
| 31-Oct-05 | Lunch at Rocky Run in Columbia MD for myself | $ 12.13 | | | | $ 12.13 | $ 12.13 |
| 1-Nov-05 | Dinner at Ruby Tuesdays in Columbia MD for myself | $ 18.90 | | | | $ 18.90 | $ 18.90 |
| 2-Nov-05 | Lodging at Ramada Inn in Columbia MD for 3 nights for myself | $ 309.06 | | $ 309.06 | | | $ 309.06 |
| 2-Nov-05 | Breakfast at WR Grace cafeteria for myself | $ 5.50 | | | | $ 5.50 | $ 5.50 |
| 2-Nov-05 | Lunch at WR Grace cafeteria for myself | $ 6.50 | | | | $ 6.50 | $ 6.50 |
| 2-Nov-05 | Dinner at Sheraton Hotel in Columbia MD for myself | $ 17.00 | | | | $ 17.00 | $ 17.00 |
| 3-Nov-05 | Breakfast at WR Grace cafeteria for myself | $ 5.13 | | | | $ 5.13 | $ 5.13 |
| 3-Nov-05 | Lunch at WR Grace cafeteria for myself | $ 7.00 | | | | $ 7.00 | $ 7.00 |
| 3-Nov-05 | Dinner at Sheraton Hotel in Columbia MD for myself | $ 25.00 | | | | $ 25.00 | $ 25.00 |
| 4-Nov-05 | Lodging at Sheraton Hotel in Columbia MD for 2 nights for myself | $ 393.80 | | $ 393.80 | | | $ 393.80 |
| 4-Nov-05 | Mileage in excess of normal commute- one way from Columbia MD to Philadelphia PA 11/4 (approx 125 miles) | $ 58.20 | $ 58.20 | | | | $ 58.20 |
| 7-Nov-05 | Mileage in excess of normal commute- one way from Philadelphia PA to Elkridge MD on 11/7 (approx 120 miles) | $ 57.60 | $ 57.60 | | | | $ 57.60 |
| 7-Nov-05 | Mileage in excess of normal commute - roundtrip to Curtis Bay Plant (approx 50 miles roundtrip) | $ 24.00 | $ 24.00 | | | | $ 24.00 |
| 7-Nov-05 | Dinner at Sheraton Hotel in Columbia MD for myself | $ 11.88 | | | | $ 11.88 | $ 11.88 |
| 8-Nov-05 | Dinner at Subway in Columbia MD for myself | $ 6.70 | | | | $ 6.70 | $ 6.70 |
| 9-Nov-05 | Dinner at Panera Bread in Columbia MD for myself | $ 6.64 | | | | $ 6.64 | $ 6.64 |
| 10-Nov-05 | Mileage in excess of normal commute - roundtrip to Curtis Bay Plant (approx 50 miles roundtrip) | $ 24.25 | $ 24.25 | | | | $ 24.25 |
| 10-Nov-05 | Dinner at Sheraton Hotel in Columbia MD for myself | $ 12.15 | | | | $ 12.15 | $ 12.15 |
| 11-Nov-05 | Lodging at Hilton Hotel in Columbia MD for 4 nights for myself | $ 919.60 | | $ 919.60 | | | $ 919.60 |
| 11-Nov-05 | Mileage in excess of normal commute from Columbia MD to Philadelphia PA (approx. 125 miles) | $ 58.20 | $ 58.20 | | | | $ 58.20 |
| 17-Nov-05 | Mileage in excess of normal commute from Philadelphia PA to Columbia MD (approx. 125 miles) | $ 58.20 | $ 58.20 | | | | $ 58.20 |
| 17-Nov-05 | Dinner at WR Grace cafeteria for myself | $ 8.74 | | | | $ 8.74 | $ 8.74 |
| 18-Nov-05 | Mileage in excess of normal commute from Columbia MD to Philadelphia PA (approx. 125 miles) | $ 58.20 | $ 58.20 | | | | $ 58.20 |
| 18-Nov-05 | Lodging at Hilton Hotel for 1 night for myself in Columbia MD | $ 207.90 | | $ 207.90 | | | $ 207.90 |
| 28-Nov-05 | Mileage in excess of normal commute from Philadelphia PA to Columbia MD (approx. 125 miles) | $ 58.20 | $ 58.20 | | | | $ 58.20 |
| 28-Nov-05 | Dinner at WR Grace cafeteria for myself | $ 7.89 | | | | $ 7.89 | $ 7.89 |

| Date | Description | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 29-Dec-05 | Breakfast at dunkin donuts in Boston for myself | $ 4.37 | | | | $ 4.37 | $ 4.37 |
| 29-Nov-05 | Roundtrip flight airfare - from Philadelphia PA to Boston MA for myself to audit Cambridge facility | $ 113.40 | $ 113.40 | | | | $ 113.40 |
| 29-Nov-05 | Lodging at Hilton Hotel for 1 night for myself in Columbia MD | $ 174.90 | | $ 174.90 | | | $ 174.90 |
| 30-Nov-05 | Lodging at Courtyard Marriott Hotel in Boston MA for myself for 1 night | $ 208.00 | | $ 208.00 | | | $ 208.00 |
| 30-Nov-05 | Parking at Logan airport for 2 days | $ 40.00 | | | $ 40.00 | | $ 40.00 |
| 30-Nov-05 | Dinner at Deli in Logan airport for myself | $ 14.00 | | | | $ 14.00 | $ 14.00 |
| | Totals | $ 3,012.55 | $ 568.45 | $ 2,213.26 | $ 40.00 | $ 190.84 | $ 3,012.55 |

| | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|
| Grand Totals | $ 3,012.55 | $ 568.45 | $ 2,213.26 | $ 40.00 | $ 190.84 | $ 3,012.55 |