# **EXHIBIT C**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et. al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br>Jointly Administered<br><br>Objection deadline: 3/14/06 at 4:00 p.m. |

TWENTY SIXTH MONTHLY FEE APPLICATION OF
PROTIVITI INC. AS DEBTORS' SARBANES OXLEY
COMPLIANCE ADVISORS FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
DECEMBER 2005

| | |
|---|---|
| Name of Applicant: | Protiviti Inc. |
| Authorized to Provide Services to: | Debtors |
| Date of Retention: | Order dated November 17, 2003, *nunc pro tunc* to June 30, 2003 |
| Period for which compensation and reimbursement is sought: | December 1, 2005 through December 31, 2005 |
| Amount of Compensation sought as actual, reasonable and necessary | $41,440.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary | $2,627.85 |
| This is a(n):    X  interim | ___ Final application |

The total time expended for preparation of applications for the month of December 2005 is approximately 3 hours by all professionals for a total of $720.00.

Prior applications:    None.

Local Form 102
(Page 1 of 3 Pages)

## TIMEKEEPER SUMMARY

| Name of Professional | Position of the Applicant / Number of Years Experience in Profession | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Petito, Matthew | Manager<br>7 years | $240 | 53.5 | $12,840.00 |
| McDowell, Michele | Senior Consultant,<br>5 years | $200 | 143.0 | $28,600.00 |
| | | Totals | 196.5 | $41,440.00 |

Local Form 102
(Page 2 of 3 Pages)

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery | 0 | 0 |
| Asset Disposition | 0 | 0 |
| Business Operations | 0 | 0 |
| Case Administration | 0 | 0 |
| Claims Administration and Objections | 0 | 0 |
| Employee Benefits/Pension | 0 | 0 |
| Retention of Professionals | 0 | 0 |
| Fee Applications | 3.0 | $720.00 |
| Fee Application Objections | 0 | 0 |
| Financing | 0 | 0 |
| Security Issues | 0 | 0 |
| Litigation | 0 | 0 |
| Plan and Disclosure Statement | 0 | 0 |
| Relief from Stay Proceedings | 0 | 0 |
| Other (Explain)<br>• Sarbanes Oxley Compliance Services | 196.5 | $41,440.00 |
| Other (Explain) | 0 | 0 |
| Accounting/Auditing | 0 | 0 |
| Business Analysis | 0 | 0 |
| Corporate Finance | 0 | 0 |
| Data Analysis | 0 | 0 |
| **Total** | **199.5** | **$42,160.00** |

Local Form 102
(Page 3 of 3 Pages)

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transportation | N/A | $424.41 |
| Lodging | N/A | $2,076.80 |
| Sundry | N/A | $0 |
| Business Meals / Entertainment | N/A | $126.64 |
| **Total Expenses** | | **$2,627.85** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et. al., | Case No. 01-1139 (JKF) <br> Jointly Administered |
| Debtors. | Objection deadline: 2/18/06 at 4:00 p.m. |

## CERTIFICATION OF MARIE HENDRIXSON

I, Marie Hendrixson, hereby certify that:

1. I am a managing director with Protiviti Inc. ("Protiviti"). Protiviti was retained by W.R. Grace & Co. and the other above-captioned debtors (collectively, the "Debtors") as Sarbanes Oxley Compliance Advisors for the Debtors pursuant to Section 327(a) of Title 11 of the United States Code, 11 U.S.C. § 101 and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure. The nature and scope of Protiviti's services are described in the *Monthly Fee Application of Protiviti Inc., Sarbanes Oxley Compliance Advisors for the Debtors, For Allowance of Compensation and Reimbursement of Expenses for December 2005* (the "Application"), which is being submitted contemporaneously with this Certification to this Court. This Certification is made in support of the Application and in compliance with the *Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures/or Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members* (the "Amended Administrative Order").

2. I have read the Application and I certify as follows:

    (a) The expenses for which reimbursement is requested by Protiviti in the Application are reasonable and were necessary and incidental to the services performed by and for the Debtors.

    (b) To the best of my knowledge, information, and belief, formed after

reasonable inquiry, except as expressly stated to the contrary, the Application complies with the mandatory provisions set forth in the Amended Administrative Order.

(c)  To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Administrative Procedures Guidelines.

(d)  The fees and disbursements for which reimbursement is sought in this Application are billed at rates and in accordance with practices customarily employed by Protiviti and generally accepted by the clients of Protiviti.

(e)  Protiviti does not make a profit on the expenses for which it seeks reimbursement in the Application.

(f)  In charging for a particular service, Protiviti does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay.

(g)  In seeking reimbursement for a service, which Protiviti justifiably purchased from a third party, Protiviti requests reimbursement only for the actual amount billed to Protiviti by the third party vendor and paid by Protiviti to such vendor.

*Marie Hendrixson*
Marie Hendrixson

Dated:  January 7, 2006
        Philadelphia, PA

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: March 14, 2006 at 4:00 p.m.
Hearing Date: TBD only if necessary

**FEE DETAIL FOR PROTIVITI INC.'S MONTHLY FEE APPLICATION
FOR THE PERIOD FROM DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

EXHIBIT "A"

Protiviti Inc.
W. R. Grace & Co. Time Tracking Summary
Period Covered: December 2005

| Name | Position | Number of Years in Profession | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Petito, Matt | Manager | 7 | $ 240.00 | 53.5 | $ 12,840.00 |
| McDowell, Michele | Senior Consultant | 5 | $ 200.00 | 143.0 | $ 28,600.00 |
| | | | Totals | 196.5 | $ 41,440.00 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended December 31, 2005**

Name:    Matthew Petito
Level:    Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 2-Dec-05 | Discussed Sarbanes Oxley fourth quarter transition with Shaun Landers and reviewed open items for testing | $ 240 | 4 | $ 960 |
| 2-Dec-05 | Discussed listing of open items for testing with Michelle McDowell | $ 240 | 1 | $ 240 |
| 2-Dec-05 | Discussed current status on fourth quarter progress/testing with Brian Kenny | $ 240 | 1 | $ 240 |
| 7-Dec-05 | Discussed current status on fourth quarter progress/testing with Brian Kenny | $ 240 | 2 | $ 480 |
| 7-Dec-05 | Discussed current status and open items with Michele McDowell | $ 240 | 2 | $ 480 |
| 7-Dec-05 | Reviewed documentation and testing results for Curtis Bay and made appropriate changes in the Portal | $ 240 | 3 | $ 720 |
| 9-Dec-05 | Reviewed documentation and testing results for Curtis Bay and Duren and made appropriate changes in the Portal | $ 240 | 6 | $ 1,440 |
| 9-Dec-05 | Discussed current status of project with Marie Hendrixson | $ 240 | 2 | $ 480 |
| 12-Dec-05 | Discussed current status on fourth quarter progress/testing with Brian Kenny | $ 240 | 0.5 | $ 120 |
| 13-Dec-05 | Discussed current status of fourth quarter testing with Brian Kenny, Barb Summerson and Greg Demory | $ 240 | 1 | $ 240 |
| 13-Dec-05 | Discussed Curtis Bay testing results and open items with Michelle McDowell | $ 240 | 1 | $ 240 |
| 13-Dec-05 | Prepare and analyze open items listing for Brian Kenny per his request | $ 240 | 2 | $ 480 |
| 13-Dec-05 | Discuss Cambridge reconciliations with Michael Brown for testing and exception items | $ 240 | 0.5 | $ 120 |
| 14-Dec-05 | Reviewed documentation and testing results for Curtis Bay, Duren and Columbia order entry and made appropriate changes in the Portal | $ 240 | 3 | $ 720 |
| 14-Dec-05 | Discussed Cambridge reconciliations with Internal Audit team, and briefed Michael Brown on progress | $ 240 | 0.5 | $ 120 |
| 15-Dec-05 | Prepared open listing report of controls and discussed with Internal Audit team | $ 240 | 3 | $ 720 |
| 20-Dec-05 | Discuss current status with Greg Demory | $ 240 | 1.5 | $ 360 |
| 20-Dec-05 | Meeting with Brian Kenny, Greg Demory and Barb Summerson on open items/staffing | $ 240 | 1.5 | $ 360 |
| 20-Dec-05 | Review documentation and testing for Curtis Bay, Duren, Lake Charles, Columbia Order Entry | $ 240 | 3 | $ 720 |
| 27-Dec-05 | Discussed open testing and access/SOD's with Greg Demory, Femi Esoieme and Chris Udoji | $ 240 | 1 | $ 240 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 27-Dec-05 | Review documentation and testing for Curtis Bay, Duren, Lake Charles, Columbia Order Entry | $ 240 | 3 | $ 720 |
| 28-Dec-05 | Performed SAP access/SOD testing and documented test results | $ 240 | 4 | $ 960 |
| 28-Dec-05 | Update and current status meeting with Internal Audit team | $ 240 | 2 | $ 480 |
| 29-Dec-05 | Performed SAP access/SOD testing and documented test results | $ 240 | 4 | $ 960 |
| 29-Dec-05 | Update and current status meeting with Internal Audit team | $ 240 | 1 | $ 240 |
| | Totals | | 53.5 | $12,840.00 |

Protiviti Inc.
W. R. Grace & Co. Detailed Time Report
Month Ended December 31, 2005

**Name:** Michele McDowell
**Level:** Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Dec-05 | Perform test of Cambridge reconciliations and document test results in the portal | $ 200.00 | 4 | $ 800.00 |
| 1-Dec-05 | Provide Greg Demory a WORMS update for outstanding items for WORMS | $ 200.00 | 2 | $ 400.00 |
| 1-Dec-05 | Discussions with PWC on samples sizes for Curtis bay | $ 200.00 | 1 | $ 200.00 |
| 1-Dec-05 | Discussions with Internal Audit team about Curtis bay testing/sample populations | $ 200.00 | 0.5 | $ 100.00 |
| 1-Dec-05 | Perform test of Cambridge reconciliations and document test results in the portal | $ 200.00 | 2.5 | $ 500.00 |
| 1-Dec-05 | Document test results of Cambridge site testing in the Portal | $ 200.00 | 0.5 | $ 100.00 |
| 2-Dec-05 | Perform test of Cambridge reconciliations and document test results in the portal | $ 200.00 | 6 | $ 1,200.00 |
| 2-Dec-05 | Perform test of Cambridge fixed assets and document test results in the Portal | $ 200.00 | 0.5 | $ 100.00 |
| 5-Dec-05 | Provide Greg Demory a WORMS update for outstanding items for WORMS | $ 200.00 | 4 | $ 800.00 |
| 5-Dec-05 | Curtis bay - Order Status report follow up and review for Poly | $ 200.00 | 1 | $ 200.00 |
| 5-Dec-05 | Cambridge reconciliation follow up = for flexible spending account | $ 200.00 | 1.5 | $ 300.00 |
| 5-Dec-05 | Tank Farm Inventory review for Curtis Bay | $ 200.00 | 1 | $ 200.00 |
| 5-Dec-05 | Discussion with PWC on sample sizes for Curtis Bay testing of productions - copying of support for External auditors | $ 200.00 | 1.5 | $ 300.00 |
| 6-Dec-05 | WORMS - GL Close testing and document test results in the Portal | $ 200.00 | 2 | $ 400.00 |
| 6-Dec-05 | Discussions with Audit management at Grace and PWC over sample sizes selected for Curtis Bay testing of productions, goods issued and good receipts | $ 200.00 | 2 | $ 400.00 |
| 6-Dec-05 | Updates made to Dueren PBS and resent to process owners for testing | $ 200.00 | 1 | $ 200.00 |
| 6-Dec-05 | Curtis Bay - testing of new support received for the following tests: productions, good receipts and goods issued. | $ 200.00 | 3 | $ 600.00 |
| 7-Dec-05 | Update portal for Dueren testing - including test plans risk/assertions and workpapers | $ 200.00 | 4 | $ 800.00 |
| 7-Dec-05 | WORMS additional sample selection of credit limits based upon PWC suggestion. Discussion with management about sample size, pulling/extracting sample out of SAP updating of WORMS PBS. | $ 200.00 | 2 | $ 400.00 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 7-Dec-05 | Discussion /walkthrough of Dueren Status with Matt Petito | $ 200.00 | 0.5 | $ 100.00 |
| 7-Dec-05 | Discussion/walkthrough of Curtis Bay status with Matt Petito | $ 200.00 | 0.5 | $ 100.00 |
| 7-Dec-05 | Performed Curtis Bay testing of inventory and documented test results in the Portal | $ 200.00 | 2 | $ 400.00 |
| 7-Dec-05 | Performed WORMS treasury testing and documented test results in the Portal | $ 200.00 | 0.5 | $ 100.00 |
| 7-Dec-05 | Completed reviewer comments related to WORMS testing; made appropriate changes in the Portal | $ 200.00 | 1.5 | $ 300.00 |
| 7-Dec-05 | Dueren - completion of asset deletions testing | $ 200.00 | 1 | $ 200.00 |
| 8-Dec-05 | Monthly Order Status report review - Curtis Bay - Silicas; ongoing discussions with Greg Demory | $ 200.00 | 1 | $ 200.00 |
| 8-Dec-05 | Follow up on Cambridge reconciliations - support received from Cambridge - prior period freight accruals and testing/tie out in SAP with Dewa Mahendra. Other support for reconciliations received as well | $ 200.00 | 4 | $ 800.00 |
| 8-Dec-05 | Cambridge follow up on Capital Asset management Open capital Projects review with Jack McGee | $ 200.00 | 1 | $ 200.00 |
| 8-Dec-05 | Curtis Bay - Silicas change PO report testing; documented test results in the Portal | $ 200.00 | 1 | $ 200.00 |
| 8-Dec-05 | Dueren - follow up on Payroll testing - requesting an additional items for testing | $ 200.00 | 1 | $ 200.00 |
| 9-Dec-05 | Analysis of Curtis Bay test areas: Productions, Goods Issued and Good Receipts for Brian Kenny | $ 200.00 | 1.75 | $ 350.00 |
| 9-Dec-05 | Dueren - Payroll question follow up with process owners | $ 200.00 | 0.5 | $ 100.00 |
| 9-Dec-05 | Dueren - asset deletion follow up questions with process owners | $ 200.00 | 0.5 | $ 100.00 |
| 9-Dec-05 | PO change reports review for Poly and Silicas; documented test results in the Portal | $ 200.00 | 1 | $ 200.00 |
| 9-Dec-05 | Begin to pull additional samples for Cutis bay - productions, goods issued, goods receipt based upon analysis | $ 200.00 | 1.25 | $ 250.00 |
| 12-Dec-05 | Testing of remaining open Cambridge reconciliations not completed by Shaun Landers including follow up requests being sent to Cambridge for support and review of support received by Shaun. | $ 200.00 | 8 | $ 1,600.00 |
| 13-Dec-05 | Testing of remaining open Cambridge reconciliations not completed by Shaun Landers including follow up requests being sent to Cambridge for support and review of support received by Shaun. | $ 200.00 | 6 | $ 1,200.00 |
| 13-Dec-05 | Dureren - Communication with Dueren management on errors noted for Payroll testing of timesheets | $ 200.00 | 0.5 | $ 100.00 |
| 13-Dec-05 | Updates to Curtis Bay PBS and pulled additional samples for testing | $ 200.00 | 1 | $ 200.00 |
| 13-Dec-05 | Complete additional sample selections for Curtis Bay and submit to process owners | $ 200.00 | 1.5 | $ 300.00 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 14-Dec-05 | PO Change report follow up for Poly and Silicas Curtis Bay | $ 200.00 | 0.75 | $ 150.00 |
| 14-Dec-05 | Cambridge reconciliations - Follow up on Shaun Landers test items | $ 200.00 | 5 | $ 1,000.00 |
| 14-Dec-05 | WORMS - Pulled SAP reports for 6 months for consignments based upon PWC's exception to the population size tested at interim | $ 200.00 | 1.5 | $ 300.00 |
| 14-Dec-05 | Sample additional selections and sent request for WORMS testing | $ 200.00 | 0.5 | $ 100.00 |
| 14-Dec-05 | Provided samples to PWC for Curtis Bay testing | $ 200.00 | 0.5 | $ 100.00 |
| | WORMS - updates made to portal for test areas | $ 200.00 | 0.75 | $ 150.00 |
| 15-Dec-05 | Cambridge - Additional Acct Reconciliation selections pulled and requested for testing | $ 200.00 | 1 | $ 200.00 |
| 15-Dec-05 | Dueren - Asset Deletions wrap up with process owners; documented test results in the portal | $ 200.00 | 0.5 | $ 100.00 |
| 15-Dec-05 | Updated Curtis Bay PBS - and sent with additional requests as approved by Brian Kenny | $ 200.00 | 0.75 | $ 150.00 |
| 15-Dec-05 | Cambridge - GL questions for process owners to finalize reconciliation testing | $ 200.00 | 2 | $ 400.00 |
| 15-Dec-05 | Curtis Bay testing of inventory; documented test results in the portal | $ 200.00 | 4.75 | $ 950.00 |
| 16-Dec-05 | Cambridge reconciliation selection follow up for additional testing | $ 200.00 | 0.5 | $ 100.00 |
| 16-Dec-05 | Curtis Bay testing - Including of results and follow up with site employees | $ 200.00 | 5.5 | $ 1,100.00 |
| 19-Dec-05 | WORMS - FCC Commissions - pulled separate population for FCC commissions based upon PWC. Sampled population and sent out request | $ 200.00 | 2 | $ 400.00 |
| 19-Dec-05 | Cambridge Account reconciliation follow up testing | $ 200.00 | 2.5 | $ 500.00 |
| 19-Dec-05 | Curtis Bay testing of productions, goods receipts and goods issued on site | $ 200.00 | 5.5 | $ 1,100.00 |
| 20-Dec-05 | Columbia - Sales Order Questions/follow up on rebate calculations | $ 200.00 | 1 | $ 200.00 |
| 20-Dec-05 | WORMS - Credit limit changes testing and documented test results in the portal | $ 200.00 | 1 | $ 200.00 |
| 20-Dec-05 | Curtis Bay testing of productions, goods receipts and goods issued on site | $ 200.00 | 5.5 | $ 1,100.00 |
| 20-Dec-05 | Cambridge Acct Reconciliation testing follow up with process owners | $ 200.00 | 3 | $ 600.00 |
| 21-Dec-05 | Testing at Curtis Bay site - collection of support from individuals and going over questions with process owners; continued testing of inventory | $ 200.00 | 7.5 | $ 1,500.00 |
| 22-Dec-05 | Curtis Bay testing of productions, goods receipts and goods issued | $ 200.00 | 4 | $ 800.00 |
| 22-Dec-05 | Documentation of Curtis Bay inventory testing; communicated test results to the process owners | $ 200.00 | 4 | $ 800.00 |
| 28-Dec-05 | Finalized Curtis Bay inventory testing and documented test results in the Portal | $ 200.00 | 4 | $ 800.00 |
| 28-Dec-05 | Documentation of Curtis Bay Inventory testing; communicated test results to the process owners | $ 200.00 | 2.5 | $ 500.00 |
| 28-Dec-05 | Communicated final Curtis Bay test results to Internal Audit team | $ 200.00 | 0.5 | $ 100.00 |

| | Totals | | 143.0 | $ 28,600.00 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended December 31, 2005**

**Name:** Matthew Petito
**Level:** Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 12-Dec-05 | Prepare monthly fee application for November 2005 and submitted to Brian Kenny and Marie Hendrixson for review | $ 240 | 3 | $ 720 |
| | Totals | | 3.0 | $ 720.00 |

EXHIBIT "C"

Protiviti Inc.
W. R. Grace & Co. Expense Summary
Period Covered: December 2005

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 424.41 |
| Lodging | N/A | $ 2,076.80 |
| Sundry | N/A | $ - |
| Business Meals | N/A | $ 126.64 |
| Total | | $ 2,627.85 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: December 2005

Name: Michele McDowell
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 1-Dec-05 | Dinner at Hilton Hotel in Columbia MD for myself | $ 13.00 | | | | $ 13.00 | $ 13.00 |
| 2-Dec-05 | Mileage in excess of normal commute - one way from Columbia MD to Philadelphia PA (approx 125 miles) | $ 60.63 | $ 60.63 | | | | $ 60.63 |
| 2-Dec-05 | Lodging at Hilton Hotel in Columbia MD for two nights for myself - checking in on 11/30 and checking out on 12/1. $174.95/night | $ 349.80 | | $ 349.80 | | | $ 349.80 |
| 5-Dec-05 | Mileage in excess of normal commute - one way from Philadelphia PA to Columbia Maryland (approx 125 miles) | $ 60.63 | $ 60.63 | | | | $ 60.63 |
| 5-Dec-05 | Dinner at Hilton Hotel in Columbia MD for myself | $ 22.18 | | | | $ 22.18 | $ 22.18 |
| 6-Dec-05 | Dinner at Quiznos in Columbia MD for myself | $ 8.68 | | | | $ 8.68 | $ 8.68 |
| 7-Dec-05 | Dinner at Quiznos in Columbia MD for myself | $ 6.29 | | | | $ 6.29 | $ 6.29 |
| 8-Dec-05 | Breakfast at Starbucks in Columbia MD for myself | $ 5.09 | | | | $ 5.09 | $ 5.09 |
| 8-Dec-05 | Dinner at Hilton Hotel in Columbia MD for myself | $ 10.55 | | | | $ 10.55 | $ 10.55 |
| 9-Dec-05 | Mileage in excess of normal commute - one way from Columbia MD to Philadelphia PA (approx 125 miles) | $ 60.63 | $ 60.63 | | | | $ 60.63 |
| 9-Dec-05 | Lodging at Hilton Hotel in Columbia MD for 4 nights for myself - checking in on 12/05/05 and checking out on 12/9/05 - $169.40/night | $ 677.60 | | $ 677.60 | | | $ 677.60 |
| 12-Dec-05 | Mileage in excess of normal commute - one way from Philadelphia PA to Columbia Maryland (approx 125 miles) | $ 60.63 | $ 60.63 | | | | $ 60.63 |
| 12-Dec-05 | Breakfast at Dunkin Donuts for myself in Columbia MD | $ 4.64 | | | | $ 4.64 | $ 4.64 |
| 12-Dec-05 | Dinner at Chipotle for myself in Columbia MD | $ 8.87 | | | | $ 8.87 | $ 8.87 |
| 13-Dec-05 | Dinner at Panera Bread for myself in Columbia MD | $ 7.67 | | | | $ 7.67 | $ 7.67 |
| 14-Dec-05 | Dinner at Quiznos in Columbia MD for myself | $ 6.29 | | | | $ 6.29 | $ 6.29 |
| 15-Dec-05 | Dinner at Hilton Hotel in Columbia MD for myself | $ 11.88 | | | | $ 11.88 | $ 11.88 |
| 16-Dec-05 | Lodging at Hilton Hotel in Columbia MD for myself for 4 nights- checking in on 12/12/05 and checking out on 12/16/05 - $169.40/night | $ 699.60 | | $ 699.60 | | | $ 699.60 |
| 16-Dec-05 | Mileage in excess of normal commute - one way from Columbia MD to Philadelphia PA (approx 125 miles) | $ 60.63 | $ 60.63 | | | | $ 60.63 |
| 19-Dec-05 | Mileage in excess of normal commute - one way from Philadelphia PA to Columbia Maryland (approx 125 miles) | $ 60.63 | $ 60.63 | | | | $ 60.63 |
| 19-Dec-05 | Dinner at Hilton Hotel in Columbia MD for myself | $ 12.15 | | | | $ 12.15 | $ 12.15 |
| 20-Dec-05 | Dinner at Chipotle for myself in Columbia MD | $ 9.35 | | | | $ 9.35 | $ 9.35 |
| 21-Dec-05 | Mileage in excess of normal commute - one way from Columbia MD to Philadelphia PA (approx 125 miles) | $ 60.63 | $ 60.63 | | | | $ 60.63 |
| 21-Dec-05 | Lodging at Hilton Hotel in Columbia MD for myself for 2 nights - checking in on 12/19/05 and checking out on 12/21/05 | $ 349.80 | | $ 349.80 | | | $ 349.80 |
| | Totals | $ 2,627.85 | $ 424.41 | $ 2,076.80 | - | $ 126.64 | $ 2,627.85 |

| | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|
| Grand Totals | $ 2,627.85 | $ 424.41 | $ 2,076.80 | $ - | $ 126.64 | $ 2,627.85 |