## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO , et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) |  |

## VERIFICATION OF JOHN C. PHILLIPS, JR.

State of Delaware    :

              : ss

New Castle County    :

John C. Phillips, Jr., after being duly sworn according to law, deposes and says:

    1.    I am senior director of the applicant law firm Phillips, Goldman & Spence, P.A. ("PG&S") and am a member in good standing of the Delaware Bar Association and am authorized to appear before this Court.

    2.    I am familiar with the work performed on behalf of David T. Austern as Future Claimants' Representative by the lawyers, legal assistants, and other professionals of PG&S as set forth in the attached invoices.

    3.    I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order, and I believe the Application to be in compliance therewith.

                        JOHN C. PHILLIPS, JR., ESQUIRE (#110)
                        Co-counsel to David T. Austern,

SWORN AND SUBSCRIBED TO BEFORE ME THIS 27th DAY OF FEBRUARY, 2006.

Notary Public
My commission expires: _____

ANN MARIE MILLER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Nov 18, 2009