# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

## FOR THE TIME PERIOD
## JANUARY 1, 2006
## THROUGH JANUARY 31, 2006

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE   19806
(302) 655-4200
EI #: 51-0328786

February 24, 2006

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC   20007--5135

File   WRG-AUS/JCP
Invoice number   61113

Re:   W. R. Grace & Co.
      David T. Austern
Case No.:   01-01139 (RLB)

```
         Subtotal for FEES only: 01/31/06     $8,479.50
         Subtotal for COSTS only: 01/31/06      $371.71
                                             -------------
   CURRENT PERIOD FEES AND COSTS: 01/31/06     $8,851.21
                                             -------------
```

*************************************************************

Please remit duplicate copy with payment.  Thank you.

*************************************************************

Phillips, Goldman & Spence, P.A.

February 24, 2006

Orrick, Herrington & Sutcliffe, LLP

File  WRG-AUS/JCP
Invoice number  61113

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 10.3 | 2,100.00 |
| LITIGATION | 16.9 | 6,337.50 |
| CASE ADMINISTRATION | 0.3 | 42.00 |
| Subtotal for FEES only: 01/31/06 | 27.5 | $8,479.50 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 375.00 | JCP | 19.70 | 19.70 | 7,387.50 | 0.00 | 0.00 |
| 140.00 | CAH | 7.80 | 7.80 | 1,092.00 | 0.00 | 0.00 |
| Totals | | 27.50 | 27.50 | 8,479.50 | 0.00 | 0.00 |

LEGALMASTER MIRC For Transactions
-Fees-

02/24/06   Page 4

| WRG-AUS | | | | | Billable | Billable | Grp |
|---|---|---|---|---|---|---|---|
| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | | Hours | Dollars | Cd |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 01/02/06 | Draft Phillips, Goldman & Spence Monthly Fee Application for October 2005. | | 0.70 | 98.00 | fa |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 01/02/06 | Draft Phillips, Goldman & Spence Monthly Fee Application for November 2005. | | 0.70 | 98.00 | |
| HWRG FEE/EMPLOYMENT APPLICATIONS | CAH | 01/02/06 | Review of and revise last 3 months of Fee Applications for Phillips, Goldman & Spence after review by John C. Phillips, Jr. | | 0.30 | 42.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 01/03/06 | File July, August, September, 6th Quarterly, October and November Fee Applications for Phillips, Goldman & Spence and serve same. | | 1.80 | 252.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 01/10/06 | File November Fee Applications for Towers Tillinghast and Swidler Berlin. | | 0.40 | 56.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 01/18/06 | Review of and revise prebill to conform to local Rules. | | 0.20 | 28.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 01/24/06 | Download, print and file 18th Monthly Application for CIBC. | | 0.40 | 56.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 01/24/06 | Draft Certificate of No Objection for July through November Fee Applications of Phillips, Goldman & Spence. | | 0.80 | 112.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 01/27/06 | Download and file Certificates of No Objections for Towers, Perrin, Tillinghast for 1st through 5th Monthly Fee Applications. | | 0.60 | 84.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 01/27/06 | Download and attempt to file 6th Quarterly Fee Application for Swidler Berlin; phone conference with S. McKee on wrong information in Notice. | | 0.50 | 70.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 01/30/06 | Review of and revise Certificates of No Objections for July through November Phillips, Goldman & Spence Fee Application; file and serve same. | | 0.80 | 112.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 01/30/06 | Download, print and file corrected Quarterly Fee Application for Swidler Berlin. | | 0.30 | 42.00 | |
| | | | | | 7.50 | 1,050.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 01/02/06 | Review of, revise and execute 14th, 15th, 16th, 17th, and 18th Monthly Fee Applications for Phillips, Goldman & Spence; review of, revise and execute 6th Quarterly Fee Application for Phillips, Goldman & Spence; conference with Celeste A. Hartman. | | 1.90 | 712.50 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 01/05/06 | E-mail from Debbie Fullem re: Towers Perrin Fee Application; conference with paralegal re: materials received insufficient. | | 0.20 | 75.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 01/06/06 | Review of and revise Towers Perrin Tillinghast's (TPCR's actuarial consultants) 1st, 2nd, 3rd, 4th and 5th Monthly | | 0.50 | 187.50 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

02/24/06   Page 5

| C1 Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 01/16/06 | Review of and revise prebill for 12/05. | 0.20 | 75.00 | |
| | | | Fee Applications; conference with paralegal re: corrections. | | | |
| | | | | 2.80 | 1,050.00 | |
| | | | | 10.30 | 2,100.00 | |
| | | | | 27.50 | 8,479.50 | |

36 records printed.

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

02/24/06   Page 1

Sort Fields:
    Grouping code                    (Paginate)
    Client code
    Actual employee code
    Transaction date

Range Fields:
    Client code          I    WRG - WRG
    Invoice Number       I    61113 -    61113

| WRG | | | | | | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|---|
| Cl Code Grouping code description | | Act Emp | Trans Date | Trans | Transaction description | | | |
| CASE ADMINISTRATION | | CAH | 01/10/06 | | Merge original signatures into filed documents. | 0.30 | 42.00 | Ca |
| | | | | | | 0.30 | 42.00 | |
| | | | | | | 0.30 | 42.00 | |

LEGALMASTER MIRC For Transactions
-Fees-

02/24/06   Page 2

| WRG-AUS | Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 01/03/06 | Review of miscellaneous pleadings (.2); review of 12/12/05 Hearing Transcript (.2); review of 12/19/05 Hearing Transcript (voluminous)(.4); review of Libby Claimants' Notice of Appeal (.1). | 0.80 | 300.00 | Li |
| WRG | LITIGATION | JCP | 01/05/06 | Review of miscellaneous pleadings. | 0.10 | 37.50 | |
| WRG | LITIGATION | JCP | 01/09/06 | Review of Debtors' Notice of Modification of Hearing, Dates and Objections to be heard with 3 Exhibits; memorandum to file. | 0.40 | 150.00 | |
| WRG | LITIGATION | JCP | 01/10/06 | Review of Order re: Compensating Discovery Mediator; review of Certification of Counsel re: Stipulation Withdrawing Spaghts and Runyan Claims; review of miscellaneous pleadings. | 0.50 | 187.50 | |
| WRG | LITIGATION | JCP | 01/11/06 | Review of Certification of Counsel re: Motion to Extend Time to Serve Personal Injury Questionaires (.1); review of Revised Order Extending Time to Respond to Personal Injury Questionaires (.1); review of Certification of Counsel re: Amending Property Damage CMO and proposed Order (.1); review of Debtors' Objection to Anderson Memorial's Motion for Relief from Stay (.1); review of miscellaneous pleadings (.2). | 0.60 | 225.00 | |
| WRG | LITIGATION | JCP | 01/13/06 | Review of Property Damage Committee's Objection to Debtors' Motion to Strike P.C. Committee's Fact Witnesses; review of miscellaneous pleadings and Order. | 0.40 | 150.00 | |
| WRG | LITIGATION | JCP | 01/14/06 | Review of Anderson Memorial's Response to Debtors' Motion for Protective Order; review of Debtors' Brief re: Publication Notice; review of miscellaneous pleadings. | 0.40 | 150.00 | |
| WRG | LITIGATION | JCP | 01/17/06 | Review of miscellaneous pleadings; review of 1st Order and multiple Exhibits Granting Relief under 15th Omnibus Objection to Claims; review of 2 Orders Approving Stipulations Withdrawing Claims. | 0.40 | 150.00 | |
| WRG | LITIGATION | JCP | 01/18/06 | Review of Agenda for 1/24, 25 and 26/06 Hearings (.1); letter to Court Conference Call re: participating by phone (.1); fax from Court Conference (3x) re: call in information for 1/24, 25 and 26/06 (.1); review of miscellaneous pleadings and Order (.1); review of Order withdrawing and Expunging 50 Property Damage Claims (.1); review of modified Order Amending Property Damage CMO; memorandum to file (.1). | 0.70 | 262.50 | |
| WRG | LITIGATION | JCP | 01/19/06 | Review of 11/14/05 Hearing Transcript (voluminous). | 0.60 | 225.00 | |
| WRG | LITIGATION | JCP | 01/20/06 | Review of miscellaneous pleadings; review of Debtors' Motion for Leave to File Reply and Reply re: Property Damage Committee's Objection to Debtors' Motion to Strike Property Damage Committee's Witnesses. | 0.30 | 112.50 | |

LEGALMASTER MIRC For Transactions
-Fees-

02/24/06    Page 3

| WRG-AUS | | | | | Billable | Billable | |
|---|---|---|---|---|---|---|---|
| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | | Hours | Dollars | Grp Cd |
| WRG LITIGATION | JCP | 01/21/06 | Review of Debtors' Rebuttal Expert Witness Disclosure for Property Damage Estimation; review of miscellaneous pleadings; review of Prudential Insurance Company's Sureply to Debtors' 15th Omnibus Objection to Property Damage Claims. | | 0.50 | 187.50 | |
| WRG LITIGATION | JCP | 01/23/06 | Review of Amended Agenda for 1/24, 25 and 26/06 Hearings; review of Debtors' Opposition to Anderson Memorial's Request for An Extension; review of miscellaneous pleadings; review of Libby Claimants' Amendment to Notice of Appeal; review of Anderson Memorial's Request for An Extension; review of Speights and Runyan's Sur-Reply to 13th and 15th Objections; review of Anderson's Corrected Motion for Extension; review of Anderson's Motion to Shorten Notice and Expedite Motion for Extension. | | 1.00 | 375.00 | |
| WRG LITIGATION | JCP | 01/24/06 | Phone conference with Judge Fitzgerald and all counsel re: Debtors' 15th Omnibus Objection (2.0); review of miscellaneous pleadings and Order (.3); review of Order Denying Anderson Memorial's Request for Extension (.2); review of Agenda for 1/30/06 Hearing (.1); letter to Court Call re: 1/30/06 Hearing; review of Debtors' Sur-Reply re: Disallowance of 71 Speights and Runyan Claims (.1); e-mail from counsel for Debtor with enclosure; review of Certification of Counsel re: Amending Personal Injury CMO and proposed Order (.1); e-mail to Roger Frankel and Rick Wyron (.1). | | 3.30 | 1,237.50 | |
| WRG LITIGATION | JCP | 01/25/06 | Review of Certification of Counsel re: BNSF Stipulation and Order re: Personal Injury CMO (.6); review of miscellaneous pleadings (.6); phone conference with Judge Fitzgerald and all counsel (1.6). | | 2.80 | 1,050.00 | |
| WRG LITIGATION | JCP | 01/26/06 | Phone conference with Judge Fitzgerald and all counsel. | | 2.60 | 975.00 | |
| WRG LITIGATION | JCP | 01/28/06 | Review of miscellaneous pleadings; review of Order Granting BNSF's Motion for Clarification of Personal Injury CMO; review of Amended Agenda for 1/30/06 Hearing. | | 0.30 | 112.50 | |
| WRG LITIGATION | JCP | 01/30/06 | Court appearance re: Omnibus Hearing. | | 1.10 | 412.50 | |
| WRG LITIGATION | JCP | 01/31/06 | Review of miscellaneous pleadings. | | 0.10 | 37.50 | |
| | | | | | 16.90 | 6,337.50 | |
| | | | | | 16.90 | 6,337.50 | |

# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# JANUARY 1, 2006
# THROUGH JANUARY 31, 2006

Phillips, Goldman & Spence, P.A.

February 24, 2006

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   61113

Re:   W. R. Grace & Co.
      David T. Austern

COSTS ADVANCED

| | | |
|---|---|---|
| 01/01/06 | Federal Express | 59.91 |
| 01/01/06 | Long distance phone charges | 2.28 |
| 01/01/06 | On-line docket research | 12.16 |
| 01/02/06 | Photocopies | 159.90 |
| 01/03/06 | Postage | 14.46 |
| 01/24/06 | Facsimile | 3.00 |
| 01/27/06 | Check No.: 30099 - John C. Phillips, Jr. - Court call telephonic appearance. | 120.00 |
| | Subtotal for COSTS only: 01/31/06 | $371.71 |