IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Re: Docket No 11851

**NOTICE OF FILING OF EXHIBIT TO THE
MOTION OF DEBTORS FOR AUTHORITY TO FURTHER
EXTEND AND MODIFY DEBTOR-IN-POSSESSION FINANCING**

PLEASE TAKE NOTICE that on February 17, 2006 the above captioned debtors and

debtors in possession filed and served the *Motion Of Debtors For Authority To Further Extend*

*And Modify Debtor-In-Possession Financing* (the "Motion") [Docket No. 11851].

PLEASE TAKE FURTHER NOTICE that Exhibit A to the Motion titled "Amendment

No. 4 and Limited Waiver to Post-Petition Loan and Security Agreement" was to contain, as its

Annex II, a certain fee letter (the "Fee Letter"). A copy of Fee Letter was not available at the

time of filing the Motion but is being served on those parties originally served with the

Motion.

Dated: February 27, 2006

KIRKLAND & ELLIS LLP
James H.M. Sprayregen
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB P.C.

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel for the Debtors and Debtors in
Possession