**NO ORDER REQUIRED**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: February 27, 2006, at 4:00 p.m.** |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 11731

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Amended Fifty-Fifth Monthly Application of Ferry, Joseph & Pearce, P.A. (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from November 1, 2005 through November 30, 2005 ("the Application"). The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than February 27, 2006 at 4:00 p.m.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Applicant $21,144.00[1] which represents 80% of the fees ($26,430.00) and $4,385.98 which represents 100% of the expenses requested in the Application for the period

---

[1] Applicant has already received $19,552.00 for fees and $4,385.98 for expenses. An amended fee application for this period was filed with regard to the amount of fees requested. Accordingly, the "80%" amount currently due to Applicant for this period is $1,592.00.

November 1, 2005 through November 30, 2005, upon the filing of this certification and without the need for entry of a Court order approving the Application.

Dated: February 28, 2006                FERRY, JOSEPH & PEARCE, P.A.

                                                    /s/ Lisa L. Coggins
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555

*Counsel to the Official Committee of Asbestos Property Damage Claimants*

2