# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   FEBRUARY 16, 2006
                                              MATTER :  W9600-002
                                              INVOICE :  204899


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/06    T C

     RE:  ASSET DISPOSITION
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/17/06 | TC | REVIEWED MOTION OF WRGRACE FOR AN OMNIBUS PROCEDURE FOR SETTLING CAUSES OF ACTION BROUGHT AGAINST WRGRACE IN A JUDICIAL PROCEEDING | .80 |
| 01/17/06 | TC | REVIEWED DEBTORS' 18TH REPORT OF QUARTERLY ASSET DISPOSITIONS | .50 |
| 01/17/06 | TC | REVIEWED DEBTORS' 18TH REPORT OF QUARTERLY SETTLEMENTS | .60 |

```
                    T I M E   S U M M A R Y
                    ----------------------

                         RATE    HOURS         TOTALS
                         ----    -----         ------

     T CURRIER          475.00   1.90          902.50
                 TOTALS          1.90          902.50


            TOTAL FEES :                        902.50

            TOTAL DUE  :                        902.50
```

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   FEBRUARY 16, 2006
                                              MATTER : W9600-003
                                              INVOICE : 204900
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/06    T C

RE:  BUSINESS OPERATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/02/06 | TC | REVIEWED OPERATING REPORTS | 1.60 |
| 01/06/06 | TC | REVIEWED STATEMENT OF AMOUNTS PAID TO ORDINARY COURSE PROFESSIONALS | .60 |
| 01/17/06 | TC | REVIEWED APPLICATION OF DEBTORS TO EXPAND THE SCOPE OF EMPLOYMENT OF STEPTOE AND JOHNSON | .60 |
| 01/17/06 | TC | REVIEWED DEBTORS' APPLICATION TO EXPAND THE SCOPE OF EMPLOYMENT OF BAKER DONELSON | .60 |

### T I M E   S U M M A R Y

```
                        RATE    HOURS         TOTALS
                        ----    -----         ------
T CURRIER             475.00     3.40        1615.00
            TOTALS               3.40        1615.00
```

TOTAL FEES :                1,615.00

TOTAL DUE  :                1,615.00

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    FEBRUARY 16, 2006
                                              MATTER :  W9600-004
                                              INVOICE : 204901


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/06   T C

      RE:  CASE ADMINISTRATION
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/27/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 12/30/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 01/04/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 01/05/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.30 |
| 01/09/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.30 |

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   FEBRUARY 16, 2006
MATTER : W9600-004
INVOICE : 204901

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/06    T C

RE:  CASE ADMINISTRATION

| | | |
|---|---|---|
| 01/10/06 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 01/11/06 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 01/12/06 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADING'S AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 01/13/06 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 01/17/06 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 01/18/06 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADING'S AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.20 |

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 16, 2006
MATTER :  W9600-004
INVOICE : 204901

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/06    T C

RE:  CASE ADMINISTRATION

| | | |
|---|---|---|
| 01/24/06 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 01/26/06 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 01/27/06 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 01/30/06 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 01/31/06 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.40 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

```
DATE    :  FEBRUARY 16, 2006
MATTER  :  W9600-004
INVOICE :  204901
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/06    T C

RE:  CASE ADMINISTRATION

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| M N FLORES | 140.00 | 17.20 | 2408.00 |
| TOTALS | | 17.20 | 2408.00 |

TOTAL FEES :                    2,408.00

TOTAL DUE  :                    2,408.00

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    FEBRUARY 16, 2006
                                              MATTER :  W9600-005
                                              INVOICE : 204902


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/06    T C

     RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)



  DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                   HOURS
  ----  ----   -------------------------------                    -----

01/17/06 TC    REVIEWED ORDER FOR THE WITHDRAWL AND                 .50
               EXPUNGEMENT OF 50 ASBESTOS PROPERTY DAMAGE
               CLAIMS

01/17/06 TC    REVIEWED MODIFIED ORDER FOR THE CLARIFICATION        .40
               OF ASBESTOS PROPERTY DAMAGE CLAIMS ESTIMATION

01/20/06 TC    REVIEWED SURREPLY OF PRUDENTIAL RELATING TO          .80
               ASBESTOS PROPERTY DAMAGE CLAIMS


                    T I M E   S U M M A R Y
                    -----------------------

                          RATE    HOURS         TOTALS
                          ----    -----         ------

   T CURRIER             475.00    1.70         807.50
                 TOTALS            1.70         807.50


             TOTAL FEES :                            807.50


             TOTAL DUE  :                            807.50
```

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    FEBRUARY 16, 2006
                                            MATTER :  W9600-006
                                            INVOICE : 204903


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/06   T C

     RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/16/06 | TC | REVIEWED ORDER GRANTING RELIEF SOUGHT IN DEBTORS' 15TH OMNIBUS OBJECTION TO CLAIMS | .50 |
| 01/19/06 | TC | REVIEWED DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL FILED BY LIBBY CLAIMANTS | .50 |
| 01/20/06 | TC | REVIEWED CERTAIN SPEIGHTS AND RYAN CLAMAINTS' SUR REPLY TO DEBTORS' CLAIM OBJECTIONS | 1.40 |
| 01/22/06 | TC | REVIEWED DEBTORS' SURREPLY IN SUPPORT OF DISALLOWANCE OF 71 SPEIGHTS AND RUNYAN CLAIMS | .50 |
| 01/25/06 | TC | REVIEWED SUR-REPLY OF CALIFORNIA GENERAL SERVICES TO CLAIMS OBJECTIONS | .60 |
| 01/25/06 | TC | REVIEWED RESPONSE OF NORTHEAST MINN RESIDENTS TO 15TH OMNIBUS CLAIMS OBJECTIONS | .70 |
| 01/27/06 | TC | REVIEWED RESPONSE TO 15TH OMNIBUS CLAIM OBJECTION FILED BY LAFAYETTE PARISH SCHOOL BOARD | .60 |
| 01/27/06 | TC | REVIEWED RESPONSE TO 15TH OMNIBUS CLAIM OBJECTION FILED BY LASALLE PARISH SCHOOL BOARD | .50 |
| 01/30/06 | TC | REVIEWED RESPONSE TO 15TH OMNIBUS CLAIMS OBJECTION FILED BY ST MARTIN PARISH SCHOOL BOARD | .70 |
| 01/30/06 | TC | REVIEWED RESPONSE TO 15TH OMNIBUS CLAIMS OBJECTION FILED BY EAST BATON ROUGE PARISH SCHOOL BOARD | .50 |

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    FEBRUARY 16, 2006
                                            MATTER :  W9600-006
                                            INVOICE : 204903


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/06    T C

      RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)


01/30/06 TC    REVIEWED RESPONSE TO 15TH OMNIBUS CLAIMS              .60
               OBJECTION FILED BY LAFOURCHE PARISH SCHOOL
               BOARD

01/30/06 TC    REVIEWED RESPONSE TO 15TH OMNIBUS CLAIMS              .60
               OBJECTION FILED BY NATICHOTCKES PARISH SCHOOL
               BOARD

01/30/06 TC    REVIEWED RESPONSE TO 15TH OMNIBUS CLAIMS              .60
               OBJECTION FILED BY CADDO PARISH SCHOOL BOARD

01/30/06 TC    REVIEWED RESPONSE TO 15TH OMNIBUS CLAIMS              .50
               OBJECTION FILED BY ACACIA PARISH SCHOOL BOARD

01/30/06 TC    REVIEWED RESPONSE TO 15TH OMNIBUS CLAIMS              .50
               OBJECTION FILED BY JEFFERSON DAVIS PARISH
               SCHOOL BOARD
```

### T I M E   S U M M A R Y

```
                       RATE     HOURS          TOTALS
                       ----     -----          ------
  T CURRIER           475.00     9.30         4417.50
             TOTALS               9.30         4417.50


             TOTAL FEES :                          4,417.50

             TOTAL DUE  :                          4,417.50
```

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   FEBRUARY 16, 2006
MATTER : W9600-011
INVOICE : 204904

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/06    T C

RE:  FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/29/05 | MNF | E-FILE AND SERVE 49TH MONTHLY FEE APP OF KRLS(1.0); SCAN & EMAIL SAME TO FEE AUDITOR (.4); CALENDAR DATES(.1) | 1.50 |
| 12/29/05 | TC | REVIEWED FEE APPLICATION FOR KLETT ROONEY | .70 |
| 01/17/06 | MNF | REVIEW/MAKE EDITS TO DECEMBER 2005 PRE-BILLS | .50 |
| 01/18/06 | FAP | PREPARE MONTHLY FEE AND EXPENSE SUMMARIES FOR DECEMBER 2005 | .20 |
| 01/18/06 | MNF | REVIEW FINAL BILLS FOR DECEMBER 2005 (.3) DRAFT/PREPARE 50TH MONTHLY FEE APP OF KRLS FOR DECEMBER 2005 (1.5) | 1.80 |
| 01/19/06 | MNF | REVIEW DOCKET E: OBJECTIONS TO 49TH MONTHLY FEE APP OF KRLS (.2); DRAFT CNO RE: SAME (.4) | .60 |
| 01/20/06 | MNF | E-FILE AND SERVE CNO RE: 49TH MONTHLY FEE APP OF KRLS (1.0); E-FILE AND SERVE CNO RE: 52ND MONTHLY FEE APP OF KRAMER LEVIN(1.0) | 2.00 |
| 01/20/06 | TC | REVIEWED FEE APPLICATIONS FOR PREPARATION AND FILING OF OUR CNOS | .60 |
| 01/27/06 | TC | REVIEWED OUR FEE APPLICATION | .60 |
| 01/30/06 | MNF | E-FILE AND SERVE 50TH MONTHLY FEE APP OF KRLS (1.0); CALENDAR DATES(.2); SCAN TO FEE AUDITOR(.3) | 1.50 |

---

**PENNSYLVANIA     ●     DELAWARE     ●     NEW JERSEY     ●     WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :     FEBRUARY 16, 2006
                                             MATTER :   W9600-011
                                             INVOICE :  204904

      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/06    T C

      RE:  FEE APPLICATIONS, APPLICANT

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| F A PANCHAK | 150.00 | .20 | 30.00 |
| M N FLORES | 140.00 | 7.90 | 1106.00 |
| T CURRIER | 475.00 | 1.90 | 902.50 |
| TOTALS | | 10.00 | 2038.50 |

                TOTAL FEES :                      2,038.50

                TOTAL DUE  :                      2,038.50

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    FEBRUARY 16, 2006
                                              MATTER :  W9600-012
                                              INVOICE : 204905
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/06    T C

RE:  FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/29/05 | MNF | E-FILE AND SERVE 52ND MONTHLY FEE APP OF KRAMER LEVIN (1.0); SCAN & EMAIL SAME TO FEE AUDITOR(.4); CALENDAR DATES (.1) | 1.50 |
| 01/19/06 | MNF | REVIEW DOCKET E: OBJECTIONS TO 52ND MONTHLY FEE APP OF KRAMER LEVIN (.2); DRAFT CNO RE: SAME (.4) | .60 |
| 01/30/06 | MNF | E-FILE AND SERVE 53RD MONTHLY FEE APP OF KRAMER LEVIN (1.0); CALENDAR DATES(.2) ; SCAN TO FEE AUDITOR(.3) | 1.50 |

### T I M E   S U M M A R Y

|              | RATE   | HOURS | TOTALS |
|--------------|--------|-------|--------|
| M N FLORES   | 140.00 | 3.60  | 504.00 |
| TOTALS       |        | 3.60  | 504.00 |

```
                        TOTAL FEES :              504.00

                        TOTAL DUE  :              504.00
```

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    FEBRUARY 16, 2006
                                              MATTER :  W9600-014
                                              INVOICE : 204906


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/06   T C

     RE:  HEARINGS
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/29/05 | TC | REVIEWED AGENDA FOR HEARINGS | .60 |
| 01/06/06 | TC | REVIEWED NOTICE OF MODIFICATION OF HEARING DATES | .60 |
| 01/17/06 | TC | REVIEWED AGENDA NOTICE | .40 |
| 01/18/06 | TC | REVIEWED AGENDA FOR HEARING ON 1/24 | .50 |
| 01/19/06 | TC | REVIEWED ORDER SETTING OMNIBUS HEARING DATES FOR CASE | .50 |
| 01/22/06 | TC | REVIEWED AGENDA OF MATTERS SCHEDULED FOR HEARING ON 1/30 | .70 |

```
                    T I M E   S U M M A R Y
                    -----------------------

                         RATE     HOURS         TOTALS
                         ----     -----         ------
     T CURRIER          475.00     3.30         1567.50
                 TOTALS            3.30         1567.50

                 TOTAL FEES :                      1,567.50

                 TOTAL DUE  :                      1,567.50
```

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 16, 2006
MATTER :  W9600-015
INVOICE :  204907

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/06    T C

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/29/05 | TC | REVIEWED EXPERT REPORTS FOR ASBESTOS LITIGATION | 2.20 |
| 01/02/06 | TC | REVIEWED EXPERT REPORT OF DR. WILLIAM LONGO | 1.20 |
| 01/02/06 | TC | REVIEWED NOTICE OF DEPOSITION AND SUBPOENA FOR DR. ANDREW HARRON | .50 |
| 01/02/06 | TC | REVIEWED OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS INITIAL DISCLOSURES AND LIST OF WITNESSES | .40 |
| 01/02/06 | TC | REVIEWED EXPERT REPORT OF WILLIAM EWING | 1.30 |
| 01/03/06 | TC | REVIEWED EXPERT REPORT OF LAURA WELCH FOR PROPERTY DAMAGE COMMITTEE | .80 |
| 01/03/06 | TC | REVIEWED EXPERT REPORT OF HENRY ANDERSON FOR PROPERTY DAMAGE COMMITTEE | 1.60 |
| 01/03/06 | TC | REVIEWED OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY SUPPLEMENT SET OF REQUESTS FOR PRODUCTION | .40 |
| 01/03/06 | TC | REVIEWED DEBTORS' MOTION FOR A PROTECTIVE ORDER AGAINST ANDERSEN MEMORIAL'S REQUESTS FOR DEPOSITIONS AND DOCUMENTS | .80 |
| 01/03/06 | TC | REVIEWED DEBTOR'S RESPONSES AND OBJECTIONS TO ASBESTOS PROPERTY DAMAGE COMMITEE DISCOVERY | .50 |
| 01/04/06 | TC | REVIEWED DEBTORS' PRELIMINARY EXPERT WITNESS DISCLOSURE FOR ESTIMATION | .80 |

---

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 16, 2006
MATTER :  W9600-015
INVOICE :  204907

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/06    T C

RE:  LITIGATION AND LITIGATION CONSULTING

| Date | | Description | Hours |
|------|------|-------------|-------|
| 01/04/06 | TC | REVIEWED FUTURE CLAIMANT REPRESENTATIVE DESIGNATION OF EXPERT AND NONEXPERT WITNESSES | .30 |
| 01/04/06 | TC | REVIEWED LIBBY CLAIMANTS DESIGNATION OF EXPERTS | .60 |
| 01/04/06 | TC | REVIEWED OFFICIAL COMMITEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS' DISCLOSURES OF POTENTIAL EXPERTS | .40 |
| 01/04/06 | TC | REVIEWED OFFICIAL COMMITEE OF UNSECURED CREDITORS DISCLOSURES OF POTENTIAL EXPERTS | .40 |
| 01/04/06 | TC | REVIEWED APPELLANTS REPLY BRIEF (PACIFICORP) | .80 |
| 01/05/06 | TC | REVIEWED PACIFICORP AND BAGLEY BRIEF AND APPENDIX ON APPEAL | 1.50 |
| 01/05/06 | TC | REVIEWED NOTICES OF RULE 30(B)(6) DEPOSITIONS BY ANDERSON HOSPITAL | .60 |
| 01/05/06 | TC | REVIEWED REVISED PROPOSED SCHEDULING ORDER ON 15TH OMNIBUS OBJECTION TO CLAIMS | 1.80 |
| 01/05/06 | TC | REVIEWED SUBMISSIONS ON HOW TO COMPENSATE DISCOVERY MEDIATOR | .90 |
| 01/05/06 | TC | REVIEWED LIBBY CLAIMANTS NOTICE OF APPEAL | .40 |
| 01/06/06 | TC | REVIEWED CERTIFICATION OF COUNSEL RE SPEIGHTS AND RYAN WITHDRAWN CLAIMS | .90 |
| 01/11/06 | TC | REVIEWED DEBTORS' OBJECTION TO ANDERSON MEMORIAL'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY | .60 |
| 01/11/06 | TC | REVIEWED DEBTORS' MOTION FOR A PROTECTIVE ORDER AGAINST DISCOVERY SOUGHT BY ANDERSON MEMORIAL | .50 |

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    FEBRUARY 16, 2006
                                             MATTER :  W9600-015
                                             INVOICE : 204907


        FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/06   T C

        RE:  LITIGATION AND LITIGATION CONSULTING


| Date | | Description | Hours |
|------|------|-------------|-------|
| 01/11/06 | TC | REVIEWED OBJECTION TO THE MOTION OF BDM CONSTRUCTION COMPANY FOR RELIEF FROM THE AUTOMATIC STAY | .70 |
| 01/11/06 | TC | REVIEWED DEBTORS' REPLY IN OPPOSITION TO PETER PEARSON'S MOTION FOR SUMMARY JUDGMENT | .70 |
| 01/13/06 | TC | REVIEWED OBJECTION OF OFFICIAL COMMITTEE OF PROPERTY DAMAGE CLAIMANTS TO DEBTORS' MOTION TO STRIKE OR COMPEL FULL DISCLOSURE OF THE PROPERTY DAMAGE COMMITTEE'S PHASE I FACT WITNESSES | .80 |
| 01/13/06 | TC | REVIEWED ANDERSON MEMORIAL HOSPITAL'S RESPONSE TO DEBTORS' MOTION FOR PROTECTIVE ORDER FOR 30(B)(6) DEPOSITIONS AND DOCUMENTS | .50 |
| 01/16/06 | TC | REVIEWED ORDER GRANTING APPELLANTS' REQUEST FOR ORAL ARGUMENT | .40 |
| 01/17/06 | TC | REVIEWED ORDER CLARIFYING THE CASE MANAGEMENT ORDER WITH RESPECT TO PERSONAL INJURY CLAIMS | .50 |
| 01/20/06 | TC | REVIEWED MOTION TO CONTINUE HEARING FILED BY ANDERSON MEMORIAL | .60 |
| 01/20/06 | TC | REVIEWED ANDERSON MEMORIAL'S MOTION FOR EXTENSION OF TIME TO RESPOND TO BAR DATE BRIEF | .50 |
| 01/20/06 | TC | REVIEWED LIBBY CLAIMANTS AMENDMENT TO NOTICE OF APPEAL | .30 |
| 01/20/06 | TC | REVIEWED DEBTORS' MOTION FOR LEAVE TO FILE LIMITED REPLY TO FACT WITNESSES | .70 |
| 01/20/06 | TC | REVIEWED AMENDED MOTION FOR EXTENSION OF TIME FILED BY ANDERSON MEMORIAL | .50 |

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   FEBRUARY 16, 2006
MATTER :  W9600-015
INVOICE :  204907

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/06   T C

RE:  LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 01/20/06 TC | REVIEWED AMENDED AGENDA NOTICE FOR HEARINGS 1/24 AND 1/25 | .50 |
| 01/20/06 TC | REVIEWED REPLY OF BDM CONSTRUCTION TO DEBTORS' OBJECTION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY | .80 |
| 01/20/06 TC | REVIEWED EXPEDITED MOTION FOR EMERGENCY CONSIDERATION OF ANDERSON MEMORIAL MOTION | .50 |
| 01/20/06 TC | REVIEWED DEBTORS' OPPOSITION TO ANDERSON REQUEST FOR AN EXTENSION | .50 |
| 01/25/06 TC | REVIEWED REPLY MEMORANDUM OF ANDERSON TO BRIEF SUPPORTING NOTICE PROGRAM | .70 |
| 01/25/06 TC | REVIEWED REBUTTAL WITNESS DISCLOSURE OF WILLIAM HUGHSON M.D. | .40 |
| 01/25/06 TC | REVIEWED REBUTTAL EXPERT REPORT ON LIMITATION OF DUST SAMPLING METHODOLOGY | .80 |
| 01/25/06 TC | REVIEWED REBUTTAL REPORT OF ROGER MORSE | .60 |
| 01/26/06 TC | REVIEWED EXPERT REPORT OF MORTON CORN | .80 |
| 01/26/06 TC | REVIEWED DEBTORS' REBUTTAL WITNESS DISCLOSURES | .40 |
| 01/26/06 TC | REVIEWED REPLY OF BDM CONSTRUCTION COMPANY ON MOTION FOR RELIEF FROM STAY | 1.20 |
| 01/27/06 TC | REVIEWED ORDER GRANTING MOTION TO AUTHORIZE CHANGES TO CASE MANAGEMENT ORDER FOR BNSF ISSUES | .50 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :      FEBRUARY 16, 2006
                                              MATTER :   W9600-015
                                              INVOICE :   204907
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/06    T C

RE:  LITIGATION AND LITIGATION CONSULTING

## T I M E   S U M M A R Y
-----------------------

|  | | RATE | HOURS | TOTALS |
|---|---|---|---|---|
| T CURRIER | | 475.00 | 34.10 | 16197.50 |
| | TOTALS | | 34.10 | 16197.50 |

TOTAL FEES :                16,197.50

TOTAL DUE  :                16,197.50

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 16, 2006
MATTER :  W9600-016
INVOICE : 204908

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/06    T C

RE:  PLAN AND DISCLOSURE STATEMENT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/16/06 | TC | REVIEWED BRIEF DESCRIBING THE PURPOSE THAT PUBLICATION NOTICE SERVED IN THIS CASE | 1.10 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| T CURRIER | 475.00 | 1.10 | 522.50 |
| TOTALS | | 1.10 | 522.50 |

TOTAL FEES :                     522.50

TOTAL DUE  :                     522.50

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    FEBRUARY 16, 2006
                                              MATTER :  W9600-000
                                              INVOICE : 204898


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/06    T C

     RE:  EXPENSES




          DESCRIPTION OF EXPENSE ADVANCES                  AMOUNT
          -------------------------------                  ------

12/29/05 REPRODUCTION OF DOCUMENTS                          20.70
12/29/05 REPRODUCTION OF DOCUMENTS                           6.30
01/03/06 FEDERAL EXPRESS  -  FEDEX  - # 3-268-86845         24.96
01/04/06 FEDERAL EXPRESS  -  FEDEX  - # 3-257-34256         15.58
01/24/06 MESSENGER SERVICES -  PARCELS, INC.  - # 34524      7.50
01/24/06 DUPLICATING SERVICES -  PARCELS, INC.  - # 6091   289.39
01/24/06 MESSENGER SERVICES -  PARCELS, INC.  - # 33616      7.50
01/24/06 MESSENGER SERVICES -  PARCELS, INC.  - # 34654    100.00
01/24/06 MESSENGER SERVICES -  PARCELS, INC.  - # 34654      7.50
01/24/06 MESSENGER SERVICES -  PARCELS, INC.  - # 34798      7.50
01/25/06 PROFESSIONAL SERVICES - PACER 4TH QUARTER           1.60
01/25/06 PROFESSIONAL SERVICES - PACER 4TH QUARTER          20.56

                    TOTAL EXPENSE ADVANCES :               509.09

                    TOTAL DUE   :                          509.09
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**