```
alp_132rc:  Client Analysis Sheet                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    1
                                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/13/06 15:20:49                         Worked : 12/31/99 thru 02/13/06
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

 Matter                                                                                                  Resp Partners
 Number   Name                              Hours        Fees         Disbursements   Total Charges                           Class    Freq   Stat
 ------   ----                              -----        ----         -------------   -------------                           -----    ----   ----
 00001    CASE ADMINISTRATION                0.10       63.00              115.36           178.36      BENTLEY PHILIP - 02495          M      B
 00002    CREDITOR COMMITTEE                 6.70    3,618.00               60.30         3,678.30      BENTLEY PHILIP - 02495          M      B
 00005    BANKR. MOTIONS                     1.30      702.00                0.00           702.00      BENTLEY PHILIP - 02495          M      B
 00007    REORGANIZATION PLAN                1.00      540.00                0.00           540.00      BENTLEY PHILIP - 02495          M      B
 00008    FEE APPLICATIONS, APPLIC           5.20    1,240.00                8.21         1,248.21      BENTLEY PHILIP - 02495          M      B
 00012    CLAIM ANALYSIS OBJECTION           2.90    1,476.00             -170.10         1,305.90      BENTLEY PHILIP - 02495          M      B
 00015    PLAN AND DISCLOSURE STAT           0.00        0.00                0.00             0.00      BENTLEY PHILIP - 02495          M      B
 00019    HEARINGS                           1.20      648.00            1,162.40         1,810.40      BENTLEY PHILIP - 02495          M      B

          Client Total                      18.40    8,287.00            1,176.17         9,463.17
```

```
alp_132c: Client Summary                                                                                    PAGE   1
Run Date & Time: 02/13/2006 15:19:56

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions:

-------------------------------------------------------------------------------------------------------------------
                                                PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------

                                         FEES                                    COSTS
                                       -------                                  -------
    UNBILLED TIME FROM:   01/03/2006                      TO:  01/31/2006
    UNBILLED DISB FROM:   11/16/2005                      TO:  01/27/2006

    GROSS BILLABLE AMOUNT:         8,287.00                                    1,176.17
    AMOUNT WRITTEN DOWN:
                 PREMIUM:
       ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
           AMOUNT BILLED:
              THRU DATE:   01/31/2006                                         01/27/2006
  CLOSE MATTER/FINAL BILLING?  YES   OR   NO
  EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:
                                                                  WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
    BILLING COMMENTS:



-------------------------------------------------------------------------------------------------------------------
                                              ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH
-------------------------------------------------------------------------------------------------------------------
                    FEES:                 0.00
         DISBURSEMENTS:                   0.00    UNIDENTIFIED RECEIPTS:         0.00
            FEE RETAINER:                 0.00        PAID FEE RETAINER:         0.00
           DISB RETAINER:                 0.00       PAID DISB RETAINER:         0.00
        TOTAL OUTSTANDING:                0.00      TOTAL AVAILABLE FUNDS:       0.00
                                                         TRUST BALANCE:
                                                       BILLING HISTORY
-------------------------------------------------------------------------------------------------------------------
        DATE OF LAST BILL:        01/31/06            LAST PAYMENT DATE:     02/06/06
        LAST BILL NUMBER:         429349  ACTUAL FEES BILLED TO DATE:    1,611,106.50
                                              ON ACCOUNT FEES BILLED TO DATE:         0.00
        LAST BILL THRU DATE:      12/31/05    TOTAL FEES BILLED TO DATE:    1,611,106.50
                                                FEES WRITTEN OFF TO DATE:      164,668.18

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:
     (1) Exceeded Fixed Fee          (4) Excessive Legal Time        (7) Fixed Fee
     (2) Late Time & Costs Posted    (5) Business Development        (8) Premium
     (3) Pre-arranged Discount       (6) Summer Associate            (9) Rounding                (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132c: Client Summary                                     KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    2
Run Date & Time: 02/13/2006 15:20:48                              *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

U N B I L L E D   T I M E   S U M M A R Y  ------------------- Total Unbilled -------------------
Emp Id Employee Name              Group              Oldest      Latest         Total            Total
                                                                                Hours            Amount
------ ---------------             -----              ------      ------        ------           --------
02495  BENTLEY, PHILIP             PARTNER            01/18/06    01/27/06         0.30            189.00
05292  BECKER, GARY M.             SPEC COUNSEL       01/03/06    01/31/06        12.60          6,804.00
06228  KOEVARY, JONATHAN T         ASSOCIATE          01/12/06    01/12/06         0.60            216.00
                    PARAPROFESSIONALS
06451  GAVIGAN, JAMES C            PARALEGAL          01/12/06    01/30/06         4.90          1,078.00

                                           Total:                                 18.40          8,287.00


U N B I L L E D   C O S T S   S U M M A R Y  ------------- Total Unbilled -------------
Code   Description                         Oldest      Latest                  Total
                                           Entry       Entry                   Amount
------ -----------                          ------      ------                 --------
0820   PHOTOCOPYING                        01/18/06    01/27/06                 36.30
0932   MESSENGER/COURIER FED EX            01/18/06    01/18/06                  8.21
0950   OUT-OF-TOWN TRAVEL                  11/16/05    12/18/05                992.30
0977   PACER RETRIEVAL FEES                12/31/05    12/31/05                139.36

                                       Total                                 1,176.17

                                  Grand Total                                9,463.17
                                                                            ==========
```

```
alp_132r: Matter Detail                                                                                                   PAGE    1
Run Date & Time: 02/13/2006 15:19:52

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                   Orig Prtnr : CRED. RGTS   - 06975           Proforma Number:  2046577
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr  : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                         Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status      : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

-------------------------------------------------------------------------------------------------------------------------------
                                               PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------------

                      UNBILLED TIME FROM:    01/31/2006    TO:    01/31/2006
                      UNBILLED DISB FROM:    12/31/2005    TO:    12/31/2005

                                        FEES                COSTS
                                        ----                -----
       GROSS BILLABLE AMOUNT:          63.00               115.36
       AMOUNT WRITTEN DOWN:
              PREMIUM:
       ON ACCOUNT BILLED:
 DEDUCTED FROM PAID RETAINER:
       AMOUNT BILLED:
       THRU DATE:                 01/31/2006          12/31/2005
 CLOSE MATTER/FINAL BILLING?     YES OR NO
 EXPECTED DATE OF COLLECTION:

 BILLING PARTNER APPROVAL:       BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

 BILLING COMMENTS:


-------------------------------------------------------------------------------------------------------------------------------
                               ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH
-------------------------------------------------------------------------------------------------------------------------------

       FEES:                    0.00          UNIDENTIFIED RECEIPTS:          0.00
       DISBURSEMENTS:            0.00          PAID FEE RETAINER:             0.00
       FEE RETAINER:             0.00          PAID DISB RETAINER:            0.00
       DISB RETAINER:            0.00          TOTAL AVAILABLE FUNDS:         0.00
       TOTAL OUTSTANDING:        0.00          TRUST BALANCE:

                                               BILLING HISTORY
                                               ---------------

       DATE OF LAST BILL:       01/31/06      LAST PAYMENT DATE:           02/06/06
       LAST BILL NUMBER:        429349        ACTUAL FEES BILLED TO DATE:  251,185.50
                                              ON ACCOUNT FEES BILLED TO DATE:    0.00
                                              TOTAL FEES BILLED TO DATE:   251,185.50
       LAST BILL THRU DATE:     12/31/05      FEES WRITTEN OFF TO DATE:     79,053.50

                                               Write Down/Up Reason Codes:
FOR ACCTG USE ONLY:             (4) Excessive Legal Time        (7) Fixed Fee
   (1) Exceeded Fixed Fee       (5) Business Development        (8) Premium
   (2) Late Time & Costs Posted (6) Summer Associate            (9) Rounding
   (3) Pre-arranged Discount                                    (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE     2
Run Date & Time: 02/13/2006 15:19:52                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                              Orig Prtnr : CRED. RGTS - 06975          Proforma Number: 2046577
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status     : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y  ------------- Total Unbilled --------------
Emp Id Employee Name               Group              Oldest      Latest       Total      Amount
                                                      Entry       Entry        Hours

02495 BENTLEY, PHILIP              CRED              01/31/06    01/31/06       0.10      63.00

                                   Total:                                       0.10      63.00

Sub-Total Hours :    0.10 Partners    0.00 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others


U N B I L L E D    C O S T S    S U M M A R Y ----------- Total Unbilled -----------
Code  Description                              Oldest       Latest          Total
                                               Entry        Entry          Amount

0977  PACER RETRIEVAL FEES                    12/31/05    12/31/05         115.36

                                   Total                                   115.36
                                   Grand Total                             178.36
                                                                         ==========


U N B I L L E D    T I M E    D E T A I L
Employee Name            Work Date     Description                                                  Hours    Amount    Index#    Batch No   Batch Date  Task Act

BENTLEY, PHILIP          01/31/06      Review voicemail and emails                                   0.10     63.00   6134751   02/06/2006

Total For BENTLEY P - 02495                                                                          0.10     63.00

                                                                                    Fee Total        0.10     63.00


U N B I L L E D    C O S T S    D E T A I L
Description/Code                                 Employee           Date        Amount         Index#    Batch No   Batch Date

PACER RETRIEVAL FEES             0977            PIZZARELLO, C     12/31/05      84.08        7295100   370692     01/20/06
PACER RETRIEVAL FEES                             PIZZARELLO, C     12/31/05      31.28        7295101   370692     01/20/06
PACER RETRIEVAL FEES                             0977 PACER RETRIEVAL FEES Total :            115.36

                                                                  Costs Total :                115.36
```

```
alp_132r: Matter Detail                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    3
Run Date & Time: 02/13/2006 15:19:52               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                             Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  2046577
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name                   Hours         Amount             Bill        W/o / W/u       Transfer To     Clnt/Mtr  Carry Forward
-------------------------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP                  0.10          63.00

         Total:                  0.10          63.00


B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                             Amount             Bill        W/o / W/u       Transfer To     Clnt/Mtr  Carry Forward
-------------------------------------------------------------------------------------------------------------------------------------
0977 PACER RETRIEVAL FEES                    115.36

         Costs Total :                       115.36
```

```
alp_132r: Matter Detail                                                                                                 PAGE    4
Run Date & Time: 02/13/2006 15:19:52

                                KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                    Orig Prtnr : CRED. RGTS - 06975       Proforma Number: 2046578
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status : ACTIVE

Special Billing Instructions:

                                    PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:   01/03/2006                    TO:  01/31/2006
UNBILLED DISB FROM:   12/31/2005                    TO:  01/27/2006

                       FEES                                     COSTS

GROSS BILLABLE AMOUNT:         3,618.00                                   60.30
AMOUNT WRITTEN DOWN:
    PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
    AMOUNT BILLED:
    THRU DATE:        01/31/2006                          01/27/2006
CLOSE MATTER/FINAL BILLING?    YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                                    ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH

           FEES:                    0.00         UNIDENTIFIED RECEIPTS:      0.00
  DISBURSEMENTS:                    0.00         PAID FEE RETAINER:          0.00
  FEE RETAINER:                     0.00         PAID DISB RETAINER:         0.00
  DISB RETAINER:                    0.00         TOTAL AVAILABLE FUNDS:      0.00
TOTAL OUTSTANDING:                  0.00         TRUST BALANCE:

                                         BILLING HISTORY

DATE OF LAST BILL:             01/31/06          LAST PAYMENT DATE:       02/06/06
LAST BILL NUMBER:              429349            ACTUAL FEES BILLED TO DATE:   195,406.50
                                                 ON ACCOUNT FEES BILLED TO DATE:     0.00
                                                 TOTAL FEES BILLED TO DATE:    195,406.50
LAST BILL THRU DATE:           12/31/05          FEES WRITTEN OFF TO DATE:      21,567.50

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:
 (1) Exceeded Fixed Fee           (4) Excessive Legal Time       (7) Fixed Fee
 (2) Late Time & Costs Posted     (5) Business Development       (8) Premium
 (3) Pre-arranged Discount        (6) Summer Associate           (9) Rounding    (10) Client Arrangement

BILL NUMBER:_____ DATE OF BILL:_____ Processed by:_____ FRC:_____ CRC:_____
```

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    5
Run Date & Time: 02/13/2006 15:19:53                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                        Orig Prtnr : CRED. RGTS   - 06975         Proforma Number:   2046578
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y  ---------------- Total Unbilled ----------------
                                                   Group         Oldest       Latest        Total           Total
Emp Id  Employee Name                                            Entry        Entry         Hours           Amount
05292   BECKER, GARY M.                            CRED          01/03/06     01/31/06      6.70            3,618.00

                      Total:                                                                6.70            3,618.00

Sub-Total Hours :    0.00 Partners     6.70 Counsels     0.00 Associates     0.00 Legal Assts     0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y  ---------------- Total Unbilled ----------------
Code    Description                                              Oldest       Latest        Total
                                                                 Entry        Entry         Amount
0820    PHOTOCOPYING                                             01/18/06     01/27/06      60.30
0977    PACER RETRIEVAL FEES                                     12/31/05     12/31/05      24.00

                       Total:                                                               3,678.30
                                                                                          =========
                 Grand Total

U N B I L L E D   T I M E   D E T A I L
Employee Name        Work Date   Description                                                    Hours    Amount     Index#    Batch Date   Task Act

BECKER, GARY M.      01/03/06    conf shareholder re case issues                                0.30     162.00     6103772   02/01/2006
BECKER, GARY M.      01/04/06    Conf shareholder re case issues (0.5); conf 2nd                1.00     540.00     6103773   02/01/2006
                                 shareholder re case issues
BECKER, GARY M.      01/05/06    conf shareholder re case issues                                0.50     270.00     6103774   02/01/2006
BECKER, GARY M.      01/17/06    conf shareholder                                               0.30     162.00     6108787   02/01/2006
BECKER, GARY M.      01/18/06    conf shareholder                                               0.30     162.00     6110868   02/01/2006
BECKER, GARY M.      01/19/06    conf shareholder re case issues                                0.90     486.00     6100697   02/01/2006
BECKER, GARY M.      01/23/06    Shareholder re case issues                                     0.30     162.00     6112789   02/01/2006
BECKER, GARY M.      01/25/06    conf w/shareholder re case issues                              0.40     216.00     6112789   02/01/2006
BECKER, GARY M.      01/27/06    Conf shareholder case issues (0.4); conf. 2nd                  0.70     378.00     6117625   02/01/2006
                                 shareholder re same (0.3)
BECKER, GARY M.      01/30/06    conf shareholder re case issues                                0.60     324.00     6120671   02/01/2006
BECKER, GARY M.      01/31/06    conf shareholder re case issues (0.5); prepare                 1.70     918.00     6125250   02/01/2006
                                 memo to Cmtee re status (1.0); emails to/from
                                 Wechsler (0.2)

Total For BECKER G - 05292                                              Fee Total               6.70     3,618.00
```

```
alp_132r: Matter Detail                                                                                           PAGE    6
Run Date & Time: 02/13/2006 15:19:53
                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                      Orig Prtnr : CRED. RGTS   - 06975      Proforma Number:   2046578
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status     : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code            Employee                      Date             Amount      Index#  Batch No  Batch Date
-------------------         --------                      ----             ------      ------  --------  ----------

PHOTOCOPYING         0820
     PHOTOCOPYING           BENTLEY, P                    01/18/06            3.00    7294383   370667   01/20/06
     PHOTOCOPYING           BENTLEY, P                    01/20/06           16.20    7297642   370785   01/24/06
     PHOTOCOPYING           BENTLEY, P                    01/23/06            2.10    7299313   370875   01/25/06
     PHOTOCOPYING           BENTLEY, P                    01/24/06           10.95    7300851   370943   01/26/06
     PHOTOCOPYING           BENTLEY, P                    01/27/06            3.30    7306517   371273   02/01/06
     PHOTOCOPYING           BENTLEY, P                    01/27/06            0.75    7306518   371273   02/01/06
                                                    0820 PHOTOCOPYING Total :  36.30

PACER RETRIEVAL FEES 0977
     PACER RETRIEVAL FEES   PIZZARELLO, C                 12/31/05           24.00    7295102   370692   01/20/06
                                             0977 PACER RETRIEVAL FEES Total :  24.00

                                                              Costs Total :  60.30
```

```
alp_132r: Matter Detail                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                             PAGE      7
Run Date & Time: 02/13/2006 15:19:53                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                                    Orig Prtnr : CRED. RGTS - 06975           Proforma Number:    2046578
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                          Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours          Amount                 Bill            W/o / W/u       Transfer To        Clnt/Mtr       Carry Forward

BECKER, GARY M.             6.70         3,618.00
       Total:               6.70         3,618.00

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                        Amount                   Bill            W/o / W/u       Transfer To        Clnt/Mtr       Carry Forward

0820 PHOTOCOPYING                        36.30
0977 PACER RETRIEVAL FEES                24.00

       Costs Total :                     60.30
```

```
alp_132r: Matter Detail                                       KRAMER LEVIN NAFTALIS & FRANKEL LLP                               PAGE    8
Run Date & Time: 02/13/2006 15:19:53                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                      Orig Prtnr : CRED. RGTS     - 06975        Proforma Number:   2046579
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : BANKR. MOTIONS                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status     : ACTIVE

Special Billing Instructions:

                                           PRE-BILLING SUMMARY REPORT

        UNBILLED TIME FROM:    01/25/2006              TO:     01/27/2006
        UNBILLED DISB FROM:                            TO:
                                         FEES                  COSTS

GROSS BILLABLE AMOUNT:                   702.00                  0.00
AMOUNT WRITTEN DOWN:
        PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
        THRU DATE:              01/27/2006
CLOSE MATTER/FINAL BILLING?      YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                                 BENTLEY PHILIP - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:




                                          ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

            FEES:                     0.00      UNIDENTIFIED RECEIPTS:       0.00
   DISBURSEMENTS:                     0.00      PAID FEE RETAINER:           0.00
   FEE RETAINER:                      0.00      PAID DISB RETAINER:          0.00
   DISB RETAINER:                     0.00      TOTAL AVAILABLE FUNDS:       0.00
TOTAL OUTSTANDING:                    0.00      TRUST BALANCE:
                                          BILLING HISTORY

DATE OF LAST BILL:         01/31/06          LAST PAYMENT DATE:        02/06/06
LAST BILL NUMBER:          429349 ACTUAL FEES BILLED TO DATE:      123,645.00
                                  ON ACCOUNT FEES BILLED TO DATE:       0.00
                                  PAID DISB RETAINER:                   0.00
                                  TOTAL FEES BILLED TO DATE:       123,645.00
LAST BILL THRU DATE:      12/31/05 FEES WRITTEN OFF TO DATE:           444.00

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:
  (1) Exceeded Fixed Fee             (4) Excessive Legal Time     (7) Fixed Fee
  (2) Late Time & Costs Posted       (5) Business Development     (8) Premium
  (3) Pre-arranged Discount          (6) Summer Associate         (9) Rounding         (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                                                                                                    PAGE    9
Run Date & Time: 02/13/2006 15:19:53

                                               KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                  Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    2046579
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : BANKR. MOTIONS                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y              ------------ Total Unbilled -----------
Emp Id Employee Name          Group               Oldest      Latest        Hours         Amount
05292   BECKER, GARY M.       CRED              01/25/06     01/27/06        1.30         702.00
                              Total:                                         1.30         702.00

Sub-Total Hours :   0.00 Partners   1.30 Counsels   0.00 Associates   0.00 Legal Assts   0.00 Others

U N B I L L E D   T I M E   D E T A I L
Employee Name         Work Date      Description                                         Hours   Amount   Index#      Batch Date Task Act

BECKER, GARY M.       01/25/06       review agenda and motions related to same            0.50   270.00   6112790     02/01/2006
BECKER, GARY M.       01/27/06       review motion on for hearing (0.6); email            0.80   432.00   6117626     02/01/2006
                                     exchange Baer re hearing (0.2)

 Total For BECKER G - 05292                                                 Fee Total     1.30   702.00
```

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    10
Run Date & Time: 02/13/2006 15:19:53                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                        Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  2046579
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : BANKR. MOTIONS                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001
                                                                                                                  Status   : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name                Hours           Amount         Bill         W/o / W/u   Transfer To   Clnt/Mtr    Carry Forward
------------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.               1.30           702.00

           Total:             1.30           702.00
```

```
alp_132r: Matter Detail                                                                                                         PAGE    11
Run Date & Time: 02/13/2006 15:19:53

                                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007                                         Orig Prtnr : CRED. RGTS   - 06975             Proforma Number:  2046580
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : REORGANIZATION PLAN                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status     : ACTIVE

Special Billing Instructions:
=================================================================================================================================
                                                           PRE-BILLING SUMMARY REPORT
=================================================================================================================================

   UNBILLED TIME FROM:      01/27/2006           TO:   01/31/2006
   UNBILLED DISB FROM:                           TO:

                                       FEES                      COSTS
                                      ------                    ------
   GROSS BILLABLE AMOUNT:             540.00                      0.00
   AMOUNT WRITTEN DOWN:
        PREMIUM:
   ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
   AMOUNT BILLED:
        THRU DATE:                  01/31/2006
   CLOSE MATTER/FINAL BILLING?   YES OR NO
   EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:

   BILLING COMMENTS:                BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)


=================================================================================================================================
                                  ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH
=================================================================================================================================

   FEES:                                    0.00          UNIDENTIFIED RECEIPTS:           0.00
   DISBURSEMENTS:                           0.00          PAID FEE RETAINER:               0.00
   FEE RETAINER:                            0.00          PAID DISB RETAINER:              0.00
   DISB RETAINER:                           0.00          TOTAL AVAILABLE FUNDS:           0.00
   TOTAL OUTSTANDING:                       0.00          TRUST BALANCE:
                                                          BILLING HISTORY
   DATE OF LAST BILL:                 08/25/05             LAST PAYMENT DATE:             08/25/05
   LAST BILL NUMBER:                   418305 ACTUAL FEES BILLED TO DATE:               105,395.50
                                              ON ACCOUNT FEES BILLED TO DATE:                0.00
                                              TOTAL FEES BILLED TO DATE:               105,395.50
   LAST BILL THRU DATE:               04/30/05             FEES WRITTEN OFF TO DATE:        0.00

FOR ACCTG USE ONLY:   Write Down/Up Reason Codes:
   (1) Exceeded Fixed Fee        (4) Excessive Legal Time       (7) Fixed Fee
   (2) Late Time & Costs Posted  (5) Business Development       (8) Premium
   (3) Pre-arranged Discount     (6) Summer Associate           (9) Rounding         (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                                                                                                                  PAGE   12
Run Date & Time: 02/13/2006 15:19:53

                                                       KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007                                                        Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  2046580
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                            Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y  ---------------- Total Unbilled -------------------
Emp Id Employee Name                  Group         Oldest      Latest       Hours         Amount
05292  BECKER, GARY M.                CRED          01/27/06    01/31/06      1.00         540.00

                                Total:                                        1.00         540.00

Sub-Total Hours :  0.00 Partners  1.00 Counsels  0.00 Associates  0.00 Legal Assts  0.00 Others

U N B I L L E D   T I M E   D E T A I L
Employee Name              Work Date    Description                                                Hours    Amount    Index#      Batch Date  Task Act

BECKER, GARY M.            01/27/06     research USG plan affect on Grace                           0.40    216.00    6117627    02/01/2006
BECKER, GARY M.            01/31/06     exchange emails with Baer re plan meeting                   0.60    324.00    6125251    02/01/2006
                                        (0.2); review USG plan structure (0.4)

                                                                                       Fee Total    1.00    540.00

Total For BECKER G - 05292                                                                          1.00    540.00
```

```
alp_132r: Matter Detail
Run Date & Time: 02/13/2006 15:19:53

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    13
                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007                                 Orig Prtnr : CRED. RGTS - 06975         Proforma Number:   2046580
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : REORGANIZATION PLAN                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status     : ACTIVE

B I L L I N G    I N S T R U C T I O N S    F O R    U N B I L L E D    T I M E    S U M M A R Y
Employee Name                    Hours           Amount           Bill        W/o / W/u     Transfer To      Clnt/Mtr    Carry Forward

BECKER, GARY M.                   1.00           540.00
                                ------         --------
                      Total:      1.00           540.00
```

```
alp_132r: Matter Detail                                                                                    PAGE   14
Run Date & Time: 02/13/2006 15:19:53

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                     Orig Prtnr : CRED. RGTS - 06975        Proforma Number: 2046581
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                         Status    : ACTIVE

Special Billing Instructions:

                                   PRE-BILLING SUMMARY REPORT

    UNBILLED TIME FROM:   01/10/2006       TO:  01/30/2006
    UNBILLED DISB FROM:   01/18/2006       TO:  01/18/2006

                                 FEES              COSTS
                               --------          --------
    GROSS BILLABLE AMOUNT:     1,240.00             8.21
    AMOUNT WRITTEN DOWN:
            PREMIUM:
    ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
            AMOUNT BILLED:
            THRU DATE:                           01/30/2006              01/18/2006
    CLOSE MATTER/FINAL BILLING?   YES OR NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:
                            BENTLEY PHILIP - 02495   WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:



                                  ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

     FEES:                          0.00    UNIDENTIFIED RECEIPTS:    0.00
     DISBURSEMENTS:                 0.00    PAID FEE RETAINER:        0.00
     FEE RETAINER:                  0.00    PAID DISB RETAINER:       0.00
     DISB RETAINER:                 0.00    TOTAL AVAILABLE FUNDS:    0.00
     TOTAL OUTSTANDING:             0.00    TRUST BALANCE:
                                            BILLING HISTORY
     DATE OF LAST BILL:           01/31/06     LAST PAYMENT DATE:              02/06/06
     LAST BILL NUMBER:            429349       ACTUAL FEES BILLED TO DATE:   97,442.00
                                               ON ACCOUNT FEES BILLED TO DATE:     0.00
                                               PAID DISB RETAINER:               0.00
                                               TOTAL FEES BILLED TO DATE:    97,442.00
     LAST BILL THRU DATE:         12/31/05     FEES WRITTEN OFF TO DATE:      4,424.50

FOR ACCTG USE ONLY:   Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee           (4) Excessive Legal Time        (7) Fixed Fee
    (2) Late Time & Costs Posted     (5) Business Development        (8) Premium
    (3) Pre-arranged Discount        (6) Summer Associate            (9) Rounding       (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   15
Run Date & Time: 02/13/2006 15:19:53                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                  Orig Prtnr  : CRED. RGTS  - 06975        Proforma Number:  2046581
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status      : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y   ------------- Total Unbilled ---------------
Emp Id Employee Name           Group              Oldest        Latest       Hours         Amount
              ------                              ------        ------       ------        ------
05292  BECKER, GARY M.         CRED               01/10/06      01/10/06      0.30         162.00
06451  GAVIGAN, JAMES C        CRED               01/12/06      01/30/06      4.90       1,078.00
                         PARAPROFESSIONALS
                                     Total:                                   5.20       1,240.00

0932 MESSENGER/COURIER FED EX                     01/18/06      01/18/06                    8.21

Sub-Total Hours :   0.00 Partners     0.30 Counsels    0.00 Associates   4.90 Legal Assts   0.00 Others

U N B I L L E D    C O S T S    S U M M A R Y   ------ Total Unbilled ------
Code Description                                  Oldest        Latest       Total
                                                  Entry         Entry        Amount
                                                  ------        ------       ------

                        Grand Total                                                       1,248.21

U N B I L L E D    T I M E    D E T A I L
Employee Name                  Work Date          Description                             Hours    Amount     Index#   Batch No  Batch Date  Task Act

BECKER, GARY M.                01/10/06  review and revise December invoice                0.30    162.00    6097017   02/01/2006

           Total For BECKER G - 05292                                                      0.30    162.00

GAVIGAN, JAMES C               01/12/06  producing 53rd monthly fee app                    1.00    220.00    6115998   02/01/2006
GAVIGAN, JAMES C               01/17/06  producing wr grace fee app                        1.50    330.00    6115999   02/01/2006
GAVIGAN, JAMES C               01/18/06  producing 53rd monthly fee app                    1.30    286.00    6116000   02/01/2006
GAVIGAN, JAMES C               01/24/06  Checking docket re fee app.                       0.30     66.00    6128017   02/01/2006
GAVIGAN, JAMES C               01/27/06  Checking docket and conf. accounting              0.30     66.00    6128018   02/01/2006
GAVIGAN, JAMES C               01/30/06  Conf. accounting re fee apps.                     0.50    110.00    6128019   02/01/2006

           Total For GAVIGAN J - 06451                                                     4.90   1,078.00

                                                  Fee Total                                5.20   1,240.00

U N B I L L E D    C O S T S    D E T A I L
Description/Code                                  Employee                                 Date    Amount    Index#   Batch No  Batch Date
```