alp_132r: Matter Detail

Run Date & Time: 02/13/2006 15:19:53

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    16

Matter No: 056772-00008                                    Orig Prtnr : CRED. RGTS - 06975           Proforma Number:    2046581
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status     : ACTIVE

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| MESSENGER/COURIER FE | 0932 | | | | | | |
| FEDERAL EXPRESS CORPORAT | | GAVIGAN, J C | 01/18/06 | 8.21 | 7313636 | 371360 | 02/02/06 |
| Klett Rooney Lieber & Shorling | | | | | | | |
| 0932 MESSENGER/COURIER FE Total : | | | | 8.21 | | | |

Costs Total :                                              8.21

alp_132r: Matter Detail

Run Date & Time: 02/13/2006 15:19:53

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    17

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    2046581
Bill Frequency: M

Status    : ACTIVE

**BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 0.30 | 162.00 | | | | | |
| GAVIGAN, JAMES C. | 4.90 | 1,078.00 | | | | | |
| Total: | 5.20 | 1,240.00 | | | | | |

**BILLING INSTRUCTIONS FOR UNBILLED COSTS SUMMARY**

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0932 MESSENGER/COURIER FED EX | 8.21 | | | | | |
| Costs Total : | 8.21 | | | | | |

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                          PAGE    18
Run Date & Time: 02/13/2006 15:19:53                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:   2046582
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                Status      : ACTIVE

Special Billing Instructions:
----------------------------------------------------------------------------------------------------------------
                                                 PRE-BILLING SUMMARY REPORT

        UNBILLED TIME FROM:   01/09/2006          TO:   01/30/2006
        UNBILLED DISB FROM:   11/16/2005          TO:   11/16/2005

                                                 FEES                           COSTS
                                                 ----                           -----
    GROSS BILLABLE AMOUNT:               1,476.00                            -170.10
    AMOUNT WRITTEN DOWN:
                PREMIUM:
      ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
          AMOUNT BILLED:
             THRU DATE:      01/30/2006                                   11/16/2005
    CLOSE MATTER/FINAL BILLING?  YES  OR  NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:

    BILLING COMMENTS:       BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

                                                 ACCOUNTS RECEIVABLE TOTALS                 UNAPPLIED CASH
                              FEES:      0.00    UNIDENTIFIED RECEIPTS:      0.00
                     DISBURSEMENTS:      0.00         PAID FEE RETAINER:      0.00
                     FEE RETAINER:      0.00        PAID DISB RETAINER:      0.00
                     DISB RETAINER:      0.00      TOTAL AVAILABLE FUNDS:      0.00
                  TOTAL OUTSTANDING:     0.00           TRUST BALANCE:
                                                 BILLING HISTORY
                                 01/31/06  LAST PAYMENT DATE:     02/06/06
    DATE OF LAST BILL:            429349 ACTUAL FEES BILLED TO DATE:   515,706.00
    LAST BILL NUMBER:                 ON ACCOUNT FEES BILLED TO DATE:        0.00
    LAST BILL THRU DATE:  12/31/05 TOTAL FEES BILLED TO DATE:     515,706.00
                                        FEES WRITTEN OFF TO DATE:     4,417.50

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee        (4) Excessive Legal Time    (7) Fixed Fee
    (2) Late Time & Costs Posted  (5) Business Development     (8) Premium
    (3) Pre-arranged Discount     (6) Summer Associate         (9) Rounding       (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

alp_132r: Matter Detail

Run Date & Time: 02/13/2006 15:19:53

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 19

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    2046582
Bill Frequency: M

Status : ACTIVE

### UNBILLED TIME SUMMARY

| Emp Id | Employee Name | Group | Oldest | Latest | Total Unbilled Hours | Amount |
|--------|---------------|-------|--------|--------|---------------------|--------|
| 02495 | BENTLEY, PHILIP | CRED | 01/16/06 | 01/19/06 | 0.20 | 126.00 |
| 05292 | BECKER, GARY M. | CRED | 01/09/06 | 01/30/06 | 2.10 | 1,134.00 |
| 06228 | KOEVARY, JONATHAN T | CRED | 01/12/06 | 01/12/06 | 0.60 | 216.00 |
| | Total: | | | | 2.90 | 1,476.00 |

Sub-Total Hours :  0.20 Partners    2.10 Counsels    0.60 Associates    0.00 Legal Assts    0.00 Others

### UNBILLED COSTS SUMMARY

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| | ------ Total Unbilled ------ | | | |
| 0950 | OUT-OF-TOWN TRAVEL | 11/16/05 | 11/16/05 | -170.10 |
| | Total | | | -170.10 |

Grand Total    1,305.90

### UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task | Act |
|---------------|-----------|-------------|-------|--------|--------|-----------|------|-----|
| BENTLEY, PHILIP | 01/16/06 | Review emails re asbestos | 0.10 | 63.00 | 6099557 | 02/01/2006 | | |
| BENTLEY, PHILIP | 01/19/06 | Review emails re asbestos | 0.10 | 63.00 | 6099558 | 02/01/2006 | | |
| Total For BENTLEY P - 02495 | | | 0.20 | 126.00 | | | | |
| BECKER, GARY M. | 01/09/06 | review CMO pleadings | 0.30 | 162.00 | 6106837 | 02/01/2006 | | |
| BECKER, GARY M. | 01/13/06 | review Herron depo transcript | 0.50 | 270.00 | 6107576 | 02/01/2006 | | |
| BECKER, GARY M. | 01/19/06 | review revised PI CMO; email debtor re same; email Bentley | 0.60 | 324.00 | 6110870 | 02/01/2006 | | |
| BECKER, GARY M. | 01/23/06 | Review Fair Act | 0.10 | 54.00 | 6100698 | 02/01/2006 | | |
| BECKER, GARY M. | 01/30/06 | review revised Pd CMO (.2); conf Baer re speights issues and re mediation (.4) | 0.60 | 324.00 | 6120672 | 02/01/2006 | | |
| Total For BECKER G - 05292 | | | 2.10 | 1,134.00 | | | | |
| KOEVARY, JONATHAN T | 01/12/06 | Prepare for/attend scheduled call re: Herron deposition. | 0.60 | 216.00 | 6096072 | 02/01/2006 | | |
| Total For KOEVARY J - 06228 | | | 0.60 | 216.00 | | | | |

alp_132r: Matter Detail

Run Date & Time: 02/13/2006 15:19:54

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    20

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    2046582
Bill Frequency: M

Status       : ACTIVE

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date Task Act |
|---|---|---|---|---|---|---|

Fee Total                                    2.90      1,476.00

UNBILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| OUT-OF-TOWN TRAVEL         0950 | | | | | | |
| CITICORP DINERS CLUB | BENTLEY, P | 11/16/05 | -170.10 | 7319314 | 371826 | 02/08/06 |
| OUT-OF-TOWN TRAVEL - VENDOR- CITICORP DINERS CLUB | | | | | | |

0950 OUT-OF-TOWN TRAVEL Total :           -170.10

Costs Total :                             -170.10

alp_132r: Matter Detail

Run Date & Time: 02/13/2006 15:19:54

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    21

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    2045582
Bill Frequency: M

Status    : ACTIVE

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 0.20 | 126.00 | | | | | |
| BECKER, GARY M. | 2.10 | 1,134.00 | | | | | |
| KOEVARY, JONATHAN T | 0.60 | 216.00 | | | | | |
| Total: | 2.90 | 1,476.00 | | | | | |

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0950 | OUT-OF-TOWN TRAVEL | -170.10 | | | | | |
| | Costs Total : | -170.10 | | | | | |

alp_132r: Matter Detail

Run Date & Time: 02/13/2006 15:19:54

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    22

PRE-BILLING SUMMARY REPORT

Matter No: 056772-00015
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : PLAN AND DISCLOSURE STATEMENT
Matter Opened : 09/28/2001

Orig Prtnr : CRED. RGTS. - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:     2046583
Bill Frequency: M

Status        : ACTIVE

Special Billing Instructions:

| | FEES | COSTS |
|---|---|---|
| UNBILLED TIME FROM: | | |
| UNBILLED DISB FROM: | | |
| TO: | | |
| TO: | | |

GROSS BILLABLE AMOUNT:                    0.00              0.00
AMOUNT WRITTEN DOWN:
    PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
    AMOUNT BILLED:
    THRU DATE:
CLOSE MATTER/FINAL BILLING?         YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:           BENTLEY PHILIP - 02495              WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH |
|---|---|---|
| FEES: | 0.00 | |
| DISBURSEMENTS: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | 0.00 |

BILLING HISTORY

DATE OF LAST BILL:        01/31/06        LAST PAYMENT DATE:        08/08/05
LAST BILL NUMBER:         429349   ACTUAL FEES BILLED TO DATE:      8,881.00
                                   ON ACCOUNT FEES BILLED TO DATE:      0.00
LAST BILL THRU DATE:      12/31/05   TOTAL FEES BILLED TO DATE:     8,881.00
                                   FEES WRITTEN OFF TO DATE:            0.00

FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:

    (1)  Exceeded Fixed Fee            (4)  Excessive Legal Time      (7)  Fixed Fee
    (2)  Late Time & Costs Posted      (5)  Business Development       (8)  Premium
    (3)  Pre-arranged Discount         (6)  Summer Associate           (9)  Rounding          (10)  Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____    Processed by:_____    FRC:_____    CRC:_____

alp_132r: Matter Detail

Run Date & Time: 02/13/2006 15:19:54

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    23

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    2046584
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions:

---

PRE-BILLING SUMMARY REPORT

| | | | |
|---|---|---|---|
| UNBILLED TIME FROM: | 01/30/2006 | TO: | 01/30/2006 |
| UNBILLED DISB FROM: | 12/18/2005 | TO: | 12/18/2005 |

FEES    COSTS

GROSS BILLABLE AMOUNT:                            648.00              1,162.40
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                           01/30/2006          12/18/2005
CLOSE MATTER/FINAL BILLING?          YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:            BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

---

ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH

FEES:                            0.00              UNIDENTIFIED RECEIPTS:          0.00
DISBURSEMENTS:                   0.00              PAID FEE RETAINER:             0.00
FEE RETAINER:                    0.00              PAID DISB RETAINER:            0.00
DISB RETAINER:                   0.00              TOTAL AVAILABLE FUNDS:         0.00
TOTAL OUTSTANDING:               0.00

                                                  TRUST BALANCE:
BILLING HISTORY
                                                  BILLING HISTORY

DATE OF LAST BILL:       01/31/06      LAST PAYMENT DATE:          02/06/06
LAST BILL NUMBER:        429349 ACTUAL FEES BILLED TO DATE:      120,787.50
                         ON ACCOUNT FEES BILLED TO DATE:              0.00
                         PAID DISB BILLED TO DATE:                    0.00
                         TOTAL FEES BILLED TO DATE:             120,787.50
LAST BILL THRU DATE:     12/31/05      FEES WRITTEN OFF TO DATE:    5,087.68

FOR ACCTG USE ONLY:                    Write Down/Up Reason Codes:

              (1)  Exceeded Fixed Fee          (4)  Excessive Legal Time     (7)  Fixed Fee
              (2)  Late Time & Costs Posted     (5)  Business Development     (8)  Premium
              (3)  Pre-arranged Discount        (6)  Summer Associate         (9)  Rounding
                                                                             (10) Client Arrangement

BILL NUMBER: _____       DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132r: Matter Detail

Run Date & Time: 02/13/2006 15:19:54

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    24

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    2045584
Bill Frequency: M

Status    : ACTIVE

UNBILLED TIME SUMMARY ----------------- Total Unbilled -------------------

| Emp Id | Employee Name | Group | Oldest Entry | Latest Entry | Total Hours | Amount |
|---|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | CRED | 01/30/06 | 01/30/06 | 1.20 | 648.00 |
| | Total: | | | | | |

Sub-Total Hours  :    0.00 Partners    1.20 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

UNBILLED COSTS SUMMARY ----------------- Total Unbilled -------------------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0950 | OUT-OF-TOWN TRAVEL | 12/18/05 | 12/18/05 | 1,162.40 |
| | Total | | | 1,162.40 |
| | Grand Total | | | 1,810.40 |

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch No | Batch Date | Task | Act |
|---|---|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 01/30/06 | Prepare for and appear telephonically for omnibus hearing | 1.20 | 648.00 | 6126673 | 02/01/2006 | | | |
| Total For BECKER G - 05292 | | Fee Total | 1.20 | 648.00 | | | | | |

UNBILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| OUT-OF-TOWN TRAVEL 0950 | | | | | | |
| CITICORP DINERS CLUB | BECKER, G M | 12/18/05 | 1,162.40 | 7319324 | 371826 | 02/08/06 |
| OUT-OF-TOWN TRAVEL - VENDOR- CITICORP DINERS CLUB Pittsburgh | | | | | | |
| 0950 OUT-OF-TOWN TRAVEL Total : | | | 1,162.40 | | | |

Costs Total :    1,162.40

alp_132r: Matter Detail

Run Date & Time: 02/13/2006 15:19:54

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE   25

Matter No: 056772-00019

Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Matter Name : HEARINGS

Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS. - 06975

Bill Prtnr : BENTLEY PHILIP - 02495

Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    2046584

Bill Frequency: M

Status          : ACTIVE

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 1.20 | 648.00 | | | | | |
| Total: | 1.20 | 648.00 | | | | | |

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0950 | OUT-OF-TOWN TRAVEL | 1,162.40 | | | | | |
| | Costs Total : | 1,162.40 | | | | | |