IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| W.R. GRACE & CO., et al. | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) Objection Deadline: 3/20/06 |
| | ) Hearing Date: To be determined |

### NOTICE OF APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR AUTHORIZATION TO EMPLOY PIPER JAFFRAY & CO. AS FINANCIAL ADVISOR TO THE FUTURE CLAIMANTS' REPRESENTATIVE

David T. Austern, the Court-appointed legal representative for future asbestos claimants against the above-captioned Debtors (the "Future Claimants' Representative" or "FCR"), has submitted an application for authorization to employ Piper Jaffray & Co. as his financial advisor pursuant to Section 1103(a) of the Bankruptcy Code (the "Application").

You are required to file a response to the attached Application on or before March 20, 2006, and serve it on the following:

Roger Frankel
Richard H. Wyron
Orrick, Herrington & Sutcliffe LLP
3050 K Street, N.W.
Washington, DC 20007
*Proposed Bankruptcy Counsel to David T. Austern*
*as Future Claimants' Representative*

John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
*Bankruptcy Counsel to David T. Austern*
*As Future Claimants' Representative*

David M. Bernick, P.C.
Janet S. Baer
James W Kapp
Samuel L. Blatnick
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
*Counsel to the Debtors*

Laura Davis Jones
James E. O'Neill
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
*Counsel to the Debtors*

David M. Klauder
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

    IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 1, 2006

Respectfully submitted,

By: _____
JOHN C. PHILLIPS, JR., ESQUIRE (#110)
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
*Bankruptcy Counsel to David T Austern
as Future Claimants' Representative*

Roger Frankel
Richard H. Wyron
Orrick, Herrington & Sutcliffe LLP
3050 K Street, N.W.
Washington, DC 20007
(202) 339-8400
*Proposed Bankruptcy Counsel to David T.
Austern as Future Claimants' Representative*

2