# STROOCK

## INVOICE

| DATE | February 24, 2006 |
|---|---|
| INVOICE NO. | 373508 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through January 31, 2006, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) 699843 0003 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/03/2006 | Attend to PI Committee's submission and the Debtors' submission re: compensation of discovery mediator (.3); attend to Debtors' motion to compel disclosure of PD Committee's fact witnesses, and deposition and subpoenas of Dr. Ballard and N&M, Inc. (.1); attend to BNSF's PI CMO clarification motion (.2); attend to Debtors' brief in support of PD objections (.8); attend to Libby claimants' appeal notice (.1). | Krieger, A. | 1.5 |
| 01/03/2006 | Attend to order re: Debtors' fifth omnibus claims objection (.1). | Krieger, A. | 0.1 |
| 01/03/2006 | Reviewed documents re: Property Damage Committee's fact witnesses (.2); Fifteenth Omnibus Objection (.3) and expert reports (.8). | Papir, R. | 1.3 |
| 01/09/2006 | Exchanged memoranda with KP re: stipulation of dismissal re: Smolker action (.1); attend to N. Finch and R. Wyron correspondence re: comments to amended CMO draft (.1). | Krieger, A. | 0.2 |
| 01/10/2006 | Attend to B. Harding , N. Finch memoranda on a revised CMO and related discovery matters | Krieger, A. | 0.5 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.3); attend to debtors' objection to Anderson Memorial's motion for limited stay relief (.1); attend to Anderson Memorial's response to Debtors' motion to quash (.1). | | |
| 01/10/2006 | Review estimation correspondence. | Kruger, L. | 0.4 |
| 01/10/2006 | Attention to estimation discovery issues and recent correspondence re: same (1.3). | Pasquale, K. | 1.3 |
| 01/11/2006 | Attend to proposed order modifying PD CMO dates (.1). | Krieger, A. | 0.1 |
| 01/12/2006 | Exchanged memoranda with R. Papir re: Andrew Harron's deposition and refusal of counsel to permit telephonic participation (.3); attend to Nate Finch's discovery related correspondence (.4); office conference DW re: plan/asbestos negotiations (.2). | Krieger, A. | 0.9 |
| 01/12/2006 | Participated in conf. call re: deposition of Dr. Andrew Harron (.5); drafted e-mail to K. Pasquale re: same (.1). | Papir, R. | 0.6 |
| 01/13/2006 | Attend to PD Committees objection to Debtors' motion re: fact witnesses (.2); memo to R. Papir re: January 24-26, 2006 hearings (.1); attend to estimation brief filed by Committee in OC case for application to Grace (1.3); attend to Harding letter re: Harron deposition (.1). | Krieger, A. | 1.7 |
| 01/13/2006 | Reviewed documents re: Anderson Memorial Hospital (.5); case management order (.2); PD Committee's fact witnesses (.3) and expert reports re: dust sampling (1.3). | Papir, R. | 2.3 |
| 01/13/2006 | Attention to PD claims issues in advance of court hearings (2.0). | Pasquale, K. | 2.0 |
| 01/17/2006 | Attend to further information from Jan Baer re: Smolker litigation. | Krieger, A. | 0.1 |
| 01/17/2006 | Attention to transcript of deposition of Dr. Andrew Harron. | Papir, R. | 0.5 |
| 01/17/2006 | Attention to estimation discovery issues (.3); attention to transcripts of B-reader depositions (.4); attention to PD pleadings for upcoming hearings (1.2). | Pasquale, K. | 1.9 |
| 01/18/2006 | Attend to Grace's 12/19/05 presentation re: | Krieger, A. | 0.6 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Speights claims (.2); attend to Grace's brief re: legal meaning of publication notice (.2); attend to amended PI CMO (.2). | | |
| 01/18/2006 | Further attention to transcript of deposition of Dr. Andrew Harron and attention to transcript of deposition of Dr. Ray Harron in connection w/ same. | Papir, R. | 1.2 |
| 01/18/2006 | Telephone conference R. Cantor re: estimation issues (.2); attention to revised CMO for estimation proceedings (.3). | Pasquale, K. | 0.5 |
| 01/19/2006 | Attend to pleading re: class certification motion (.1); attend to transcript of Andrew Harron deposition (.6); attend to M. Murphy correspondence to N. Finch re: discovery (.1). | Krieger, A. | 0.8 |
| 01/19/2006 | Attention to Fuller Austin ruling re: 524(g) and excess coverage (.8). | Pasquale, K. | 0.8 |
| 01/20/2006 | Attend to Fuller-Austin decision on impact of 524(g) plan on insurers' asbestos indemnity obligations (.6); attend to Anderson Memorial motion to continue hearing on class action and sur reply to Debtors 13th and 15th claims objection (.2); attend to 1/18/06 correspondence from M. Murphy to N. Finch re: PI discovery (.1). | Krieger, A. | 0.9 |
| 01/20/2006 | Reviewed recently filed documents re: property damage claims. | Papir, R. | 0.5 |
| 01/20/2006 | Attention to Debtors' and Speights "notice" briefs re: Anderson class (.4); attention to Grace's rebuttal expert reports re: PD estimation (.7); attention to Speight's sur-reply on 15th omnibus objection (.3); attention to correspondence re: PI estimation discovery (.2). | Pasquale, K. | 1.6 |
| 01/22/2006 | Attend to Fuller-Austin decision re: impact of plan confirmed under section 524(g) on excess insurers' asbestos related insurance obligations (1.8). | Krieger, A. | 1.8 |
| 01/23/2006 | Attend to supplemental report of Morton Corn re: PD experts' reports (.3); rebuttal report of W. Hughson re: PD expert reports (.1); Debtors' limited reply to support their motion to strike PD Committee's Phase 1 fact | Krieger, A. | 0.5 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | witnesses (.1). | | |
| 01/23/2006 | Reviewed amended notice of agenda for hearing. | Papir, R. | 0.1 |
| 01/23/2006 | Attention to most recent pleadings re: PD hearings (.6). | Pasquale, K. | 0.6 |
| 01/24/2006 | Reviewed sur-reply of Prudential Insurance and opinion attached thereto (.3); reviewed filings re: Speights and Runyan claims (.3) and docket (.1). | Papir, R. | 0.7 |
| 01/24/2006 | Confer R. Papir re: PD claims hearing (.2); telephone conference R. Cantor re: PI estimation issues (.2); attention to same (.8). | Pasquale, K. | 1.2 |
| 01/25/2006 | Attend to Anderson Memorial reply to Debtors' notice program (.5); office conference K. Pasquale and related memoranda re: data base query (.2). | Krieger, A. | 0.7 |
| 01/25/2006 | Reviewed recent filings re: Speights & Runyan claims (.5). | Papir, R. | 0.5 |
| 01/25/2006 | Attention to estimation expert issues (3.5). | Pasquale, K. | 3.5 |
| 01/27/2006 | Drafted summary of property damage hearing and reviewed notes re: hearing in connection with same (2.9); reviewed docket entries in connection with same (.2). | Papir, R. | 3.1 |
| 01/31/2006 | Exchanged memoranda with KP re: meeting with Navigant Consulting to discuss estimation issues (.1). | Krieger, A. | 0.1 |
| 01/31/2006 | T/c w/ A. Krieger re: memo to Committee re: property damage hearing (.6); reviewed and revised memo (1.7); t/c w/ A. Krieger re: revisions to memo (.1). | Papir, R. | 2.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 10.5 | $ 575 | $ 6,037.50 |
| Kruger, Lewis | 0.4 | 825 | 330.00 |
| Papir, Ryan M. | 13.2 | 395 | 5,214.00 |
| Pasquale, Kenneth | 13.4 | 650 | 8,710.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 20,291.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 20,291.50 |
|---|---|

| RE | Business Operations<br>699843  0013 |
|----|--------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/03/2006 | Memorandum to L. Hamilton re: status of Project Omega (.1). | Krieger, A. | 0.1 |
| 01/04/2006 | Telephone call L. Hamilton re: business plan meeting, project omega, other pending matters (.3). | Krieger, A. | 0.3 |
| 01/17/2006 | Exchanged subsequent memoranda with Jack McFarland, upcoming Akzo/Grace conference call (.2); memorandum to L. Hamilton re: same (.1). | Krieger, A. | 0.3 |
| 01/18/2006 | Attend to quarterly report on asset sales and settlements (.1). | Krieger, A. | 0.1 |
| 01/31/2006 | Telephone conference re: Grace's China activities, business plan review, other (.2); telephone call J. Baer re: movement of cash in existing money market fund (.2); memo to LK re: same (.2). | Krieger, A. | 0.6 |
| 01/31/2006 | Email from Baer re: possible deposit in Chase (.2); telephone calls Maher re: same (.2); office conference with AK re: same (.1). | Kruger, L. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 1.4 | $ 575 | $ 805.00 |
| Kruger, Lewis | 0.5 | 825 | 412.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,217.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 1,217.50 |
|-----------------------|------------|

| RE | Case Administration |
|---|---|
| | 699843  0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/03/2006 | Telephone call M. Shelnitz re: status conference call and office conference KP re: same; (.2); attend to claims-related orders filed recently (.3). | Krieger, A. | 0.5 |
| 01/03/2006 | Office conference with K. Pasquale, Arlene Krieger and by phone with M. Shelnitz and J. Baer regarding January 30 hearing agenda, current status of POR negotiations and related matters. | Kruger, L. | 0.5 |
| 01/03/2006 | Review recently filed pleadings. | Lawler, E. | 0.2 |
| 01/03/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings for attorney review in main case (.7). | Mohamed, D. | 1.0 |
| 01/04/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.5). | Mohamed, D. | 0.8 |
| 01/05/2006 | Review and update case docket no. 01-1139 (.4). | Mohamed, D. | 0.4 |
| 01/06/2006 | Attend to coverage and filing matter with local counsel (.3); memorandum to L. Hamilton re: revisions to PD estimation schedule (.1). | Krieger, A. | 0.4 |
| 01/06/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.6). | Mohamed, D. | 0.9 |
| 01/09/2006 | Memorandum to KP, E. Lawler re: paralegal change at local counsel (.1). | Krieger, A. | 0.1 |
| 01/09/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.5). | Mohamed, D. | 0.8 |
| 01/10/2006 | Review newly filed pleadings. | Lawler, E. | 0.2 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/10/2006 | Review and update case docket no. 01-1139 (.2); retrieve and distribute recently filed pleadings in main case (.8); review adversary proceeding case docket nos. 01-771 and 05-52724 (.4). | Mohamed, D. | 1.4 |
| 01/11/2006 | Memorandum to L. Hamilton re: modifications to the PD CMO time frame (.1); office conference KP re: telephonic participation for January 24-26, 2006 PD hearings (.1); exchanged memoranda with J. Baer re: PD hearings (.1). | Krieger, A. | 0.3 |
| 01/11/2006 | Review recently filed pleadings. | Lawler, E. | 0.2 |
| 01/11/2006 | Retrieve and distribute recently filed pleadings in main case (.7); review and update case docket no. 01-1139 (.3); attention to retrieval of certain pleadings for attorney review (.4). | Mohamed, D. | 1.4 |
| 01/12/2006 | Memorandum to KP re: PD hearings (.1); exchanged memoranda with E. Lawler re: telephonic participation at January 24-26, 2006 PD hearings (.3); memorandum to R. Papir re: January PD hearings (.1); attend to Siegel time reports (.1). | Krieger, A. | 0.6 |
| 01/12/2006 | Review and update case docket no. 01-1139 (.2); retrieve and distribute recently filed pleadings in main case (.6); retrieve appellant's brief from District Court adversary proceeding case docket no. 05-764 for attorney review (.3). | Mohamed, D. | 1.1 |
| 01/13/2006 | Retrieve and distribute recently filed pleadings re: case docket no. 01-1139 (.7). | Mohamed, D. | 0.7 |
| 01/17/2006 | Conference call with Jan Baer and Grace representatives re: motions to be filed and other pending matters (.5); telephone call L. Hamilton re: advice regarding upcoming and pending matters (.3). | Krieger, A. | 0.8 |
| 01/17/2006 | Conference call with debtor and professionals regarding status (.5). | Kruger, L. | 0.5 |
| 01/18/2006 | Attend to newly filed pleadings, claims transfers, amended order setting omnibus hearing dates (.3); exchanged memoranda with J. Baer re: Molloy decision on Libby trial (.1); | Krieger, A. | 0.5 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | exchanged memoranda with KP re: estimation meeting (.1). | | |
| 01/18/2006 | Review criminal action venue decision (.2). | Kruger, L. | 0.2 |
| 01/19/2006 | Review and update case docket no. 01-1139 (.7); retrieve and distribute recently filed pleadings in main case (1.2); retrieve and distribute recently filed pleadings re: adversary proceeding case docket no. 01-771 (.5); retrieve and distribute recently filed pleading re: adversary proceeding case docket no. 05-52724 (.3); attention to retrieval of retention of experts motion for attorney review (.3). | Mohamed, D. | 3.0 |
| 01/20/2006 | Attend to memorandum to D. Klauder re: inquiry re: Navigant Consulting's role, background information and compensation process (1.8); exchange memoranda with KP, LK re: same and revise memorandum (.1). | Krieger, A. | 1.9 |
| 01/20/2006 | Review and update case docket no 01-1139 (.2); retrieve and distribute recently filed pleadings in main case (.9); review adversary proceeding case docket nos. 01-771 and 05-52724 (.4). | Mohamed, D. | 1.5 |
| 01/23/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.8); attention to retrieval of pleadings for attorney review (.5). | Mohamed, D. | 1.6 |
| 01/24/2006 | Retrieve and distribute recently filed pleadings re: case docket no. 01-1139 (.7). | Mohamed, D. | 0.7 |
| 01/25/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.6). | Mohamed, D. | 1.0 |
| 01/26/2006 | Review and update case docket no. 01-1139 (.5). | Mohamed, D. | 0.5 |
| 01/27/2006 | Exchanged memoranda with J. Baer re: amended hearing calendar, plan discussions, conference call with Debtors' representatives (.2); attend to newly filed applications (.2). | Krieger, A. | 0.4 |
| 01/27/2006 | Retrieve and distribute recently filed pleadings re: case docket no. 01-1139 (.6); attention to retrieval of professional fee application for | Mohamed, D. | 0.9 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | attorney review (.3). | | |
| 01/30/2006 | Attend to COC re: fee application, amended PI CMO order, newly filed responses (.3). | Krieger, A. | 0.3 |
| 01/30/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (1.3). | Mohamed, D. | 1.7 |
| 01/31/2006 | Exchanged memoranda with R. Papir re: SSL fee application and office conference D. Mohamed re: same (.2); attend to newly filed application (.3). | Krieger, A. | 0.5 |
| 01/31/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.8); retrieve and distribute recently filed pleadings re: adversary proceeding case docket no. 01-771 (.5); retrieve and distribute recently filed pleading re: adversary proceeding case docket no. 05-52724 (.3). | Mohamed, D. | 1.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 6.3 | $ 575 | $ 3,622.50 |
| Kruger, Lewis | 1.2 | 825 | 990.00 |
| Lawler, Elizabeth B. | 0.6 | 225 | 135.00 |
| Mohamed, David | 21.3 | 150 | 3,195.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,942.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 7,942.50 |
|---|---|

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) |
|---|---|
| | 699843  0015 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/05/2006 | Attend to proposed stipulation re: G-1 holdings' claims (.1). | Krieger, A. | 0.1 |
| 01/12/2006 | Attend to Pacific Corp. appellate briefs of appellants, Pacific Corp. & Vancott and portion of Debtors' appendix (2.3). | Krieger, A. | 2.3 |
| 01/13/2006 | Attend to Debtors' brief on appeal re: Pacific Corp. appeal (1.1) and Appellee's reply brief (.5). | Krieger, A. | 1.6 |
| 01/18/2006 | Attend to notice of proposed settlement of non-asbestos PI claim and prepare Committee memorandum thereon (.6). | Krieger, A. | 0.6 |
| 01/19/2006 | Attend to Debtors' reply in opposition to P. Pearson's summary judgment motion (.2). | Krieger, A. | 0.2 |
| 01/23/2006 | Attend to memorandum to S. Bianca re: questions on settlement authority sought in Drake, et al litigation (.1). | Krieger, A. | 0.1 |
| 01/24/2006 | Attend to Debtors' brief in opposition to Pearson's summary judgment motion (.7). | Krieger, A. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 5.6 | $ 575 | $ 3,220.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,220.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,220.00 |
|---|---|

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
|----|---------------------------------------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/03/2006 | Conference call with Debtors, professionals re: status (.5). | Pasquale, K. | 0.5 |
| 01/04/2006 | Attend to memorandum to the Committee re: BDM Construction lift stay motion (1.5). | Krieger, A. | 1.5 |
| 01/05/2006 | Attend to memorandum re results of 12/19/05 hearings (.8). | Krieger, A. | 0.8 |
| 01/06/2006 | Exchanged memoranda with KP re: BDM pleading and Committee's position thereon (.2). | Krieger, A. | 0.2 |
| 01/12/2006 | Exchange memoranda with Committee member re: status of plan discussions (.2). | Krieger, A. | 0.2 |
| 01/17/2006 | Conference call with Debtors' and professionals re: status (.5). | Pasquale, K. | 0.5 |
| 01/18/2006 | Prepare memorandum to the Committee re: proposed expanded retention of Baker, Donelson (.7). | Krieger, A. | 0.7 |
| 01/19/2006 | Attend to memorandum to the Committee re: Steptoe & Johnson retention motion (.3). | Krieger, A. | 0.3 |
| 01/19/2006 | Review motion to expand Steptoe & Johnson's role (.3); review memo to Committee regarding same (.2). | Kruger, L. | 0.5 |
| 01/23/2006 | Attend to memorandum to the Committee re: Debtors' opposition to BDM Construction's stay relief motion and BDM's reply (1.2); attend to memorandum to the Committee re: proposed settlement of Drake, et al and related litigation (.6); attend to memorandum to the Committee re: motions to expand scope of retention of Baker, Donelson, and Steptoe firms (.9). | Krieger, A. | 2.7 |
| 01/24/2006 | Attend to memorandum to the committee re: response and reply to BDM's lift stay motion (1.4); attend to memorandum re: motions to expand retention of Baker, Donelson and | Krieger, A. | 1.6 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Steptoe & Johnson (.2). | | |
| 01/30/2006 | Exchanged memoranda with T. Maher re: proposed Baker Donelson firm-retention. | Krieger, A. | 0.3 |
| 01/31/2006 | Attend to draft memorandum to the Committee re: 1/24 - 1/26/06 hearings before the Court on PD claims and office conference R. Papir re: same (2.2); attend to memorandum to the Committee re: claims settlement authority sought by the Debtors (.5); memorandum to T. Maher re: settlement authority sought by the Debtors (.1). | Krieger, A. | 2.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 11.1 | $ 575 | $ 6,382.50 |
| Kruger, Lewis | 0.5 | 825 | 412.50 |
| Pasquale, Kenneth | 1.0 | 650 | 650.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,445.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 7,445.00 |
|-----------------------|-----------|

| | |
|---|---|
| RE | Fee Application, Applicant<br>699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/03/2006 | Attend to revised November 2005 bill (1.1); office conferences E. Lawler re: same (.1); exchanged memoranda with KP re: fee statement (.1). | Krieger, A. | 1.3 |
| 01/04/2006 | Revisions to Nov. 2005 fee application. | Lawler, E. | 0.6 |
| 01/05/2006 | Discussions with A. Krieger and with accounting re: posting of November billing. | Lawler, E. | 0.3 |
| 01/05/2006 | Initial review & revisions to December invoice to begin preparation of fee application. | Lawler, E. | 1.2 |
| 01/06/2006 | Attend to December 2005 fee statement (1.0). | Krieger, A. | 1.0 |
| 01/06/2006 | Attend to review and revisions of December invoice. | Lawler, E. | 0.6 |
| 01/06/2006 | Review Stroock's November 2005 fee statement in preparation for filing (.4); prepare affidavit of service for same and forward both to local counsel for filing (.5). | Mohamed, D. | 0.9 |
| 01/09/2006 | Complete reviews of December 2005 fee statement (.3); office conference E. Lawler re: filing of same (.1). | Krieger, A. | 0.4 |
| 01/09/2006 | Preparation of service re: Stroock's November 2005 fee statement (.8). | Mohamed, D. | 0.8 |
| 01/17/2006 | Prepare December 2005 fee application. | Lawler, E. | 1.0 |
| 01/20/2006 | Revisions to December 2005 fee application. | Lawler, E. | 1.8 |
| 01/23/2006 | Attend to December 2005 fee statement and office conference E. Lawler re: same (.9). | Krieger, A. | 0.9 |
| 01/23/2006 | Attend to revisions to December fee application. | Lawler, E. | 0.3 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/25/2006 | Office conference D. Mohamed re: finalization of December fee statement for filing (.2). | Krieger, A. | 0.2 |
| 01/25/2006 | Review Stroock's December 2005 fee statement in preparation for filing (.8); prepare affidavit of service for same (.2). | Mohamed, D. | 1.0 |
| 01/30/2006 | Preparation of service re: Stroock's December 2005 fee statement (.8). | Mohamed, D. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 3.8 | $ 575 | $ 2,185.00 |
| Lawler, Elizabeth B. | 5.8 | 225 | 1,305.00 |
| Mohamed, David | 3.5 | 150 | 525.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,015.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 4,015.00 |
|-----------------------|------------|

| RE | Creditor Inquiries<br>699843  0019 |
|----|-------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/18/2006 | Telephone call creditor re: plan, case status (.1). | Krieger, A. | 0.1 |
| 01/19/2006 | Telephone conference bank debt holder re: status and asbestos issues (.6). | Pasquale, K. | 0.6 |
| 01/23/2006 | Telephone call creditor re: case status (.5). | Krieger, A. | 0.5 |
| 01/25/2006 | Telephone conference bank debt holder re: status (.3). | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.6 | $ 575 | $ 345.00 |
| Pasquale, Kenneth | 0.9 | 650 | 585.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 930.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 930.00 |
|-----------------------|----------|

| RE | Fee Application, Others<br>699843  0020 |
|----|------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/04/2006 | Review Capstone Nov. 2005 fee application for filing with the Court. | Lawler, E. | 0.2 |
| 01/04/2006 | Review Capstone Advisory Group November 2005 fee statement in preparation for filing (.4); prepare affidavit of service and notice and forward to local counsel for filing (.6); preparation of service re: fee statement (.7). | Mohamed, D. | 1.7 |
| 01/05/2006 | Attend to Navigant bill and telephone call M. Lyman Navigant re: same (.5); office conferences E. Lawler re: same (.1). | Krieger, A. | 0.6 |
| 01/06/2006 | Exchanged memoranda and office conferences E. Lawler re: Navigant bill (.2). | Krieger, A. | 0.2 |
| 01/06/2006 | Attend to revisions to Navigant invoice re: November 2005 fee application (.3); discussions with Navigant re: same (.1); conferences with A. Krieger re: same (.2). | Lawler, E. | 0.6 |
| 01/10/2006 | Attend to fee applications including those by Towers Perrin Tillinghest, Zwidler Berlin (.7). | Krieger, A. | 0.7 |
| 01/12/2006 | Attend to newly filed fee applications (.4). | Krieger, A. | 0.4 |
| 01/20/2006 | Attend to recently filed compensation applications of other firms (.3). | Krieger, A. | 0.3 |
| 01/24/2006 | Attend to recently filed compensation applications. | Krieger, A. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 3.0 | $ 575 | $ 1,725.00 |

SSL-DOCS1 1662255v1

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Lawler, Elizabeth B. | 0.8 | 225 | 180.00 |
| Mohamed, David | 1.7 | 150 | 255.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,160.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 2,160.00 |

| RE | Environmental Matters/Regulations/Litigation 699843 0022 |
|----|----------------------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/06/2006 | Attend to proposed settlement of environmental claim with Port Authority and memorandum to P. McGrath, M. Berg re: same (.6); attend to proposed settlement of Smolker appeal and exchanged multiple memoranda with J. Baer re: questions regarding same (.3). | Krieger, A. | 0.9 |
| 01/08/2006 | Attend to draft stipulation with the Port Authority (.2). | Krieger, A. | 0.2 |
| 01/09/2006 | Review stipulation re: settlement with Pennsylvania, New York, New Jersey; e-mail to A. Krieger. | Berg, M. | 0.4 |
| 01/09/2006 | Memorandum to P. McGrath, M. Berg re: follow-up questions on draft Port Authority stipulation (.4); exchange memoranda with M. Berg and P. McGrath re: same (.2); exchanged memoranda with J. Baer re: request for information on proposed Port Authority settlement Stipulation, conference call to discuss (.2). | Krieger, A. | 0.8 |
| 01/10/2006 | Review Debtors' response to questions re: Pennsylvania, New York, New Jersey stipulation; e-mail re: further questions. | Berg, M. | 0.7 |
| 01/10/2006 | Attend to information from Grace on Port Authority settlement and exchange memoranda with M. Berg re: outstanding points (.6); memorandum to L. Hamilton re: proposed stipulation (.2). | Krieger, A. | 0.8 |
| 01/11/2006 | Further comments on Pennsylvania, New York, New Jersey stipulation; attention to HSR issues. | Berg, M. | 0.4 |
| 01/11/2006 | Exchanged memoranda with M. Berg re: proposed Port Authority stipulation and comments/concerns thereon (.4); prepare | Krieger, A. | 0.9 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | memorandum to J. Baer, Grace representatives re: requested modifications to the stipulation (.3); memoranda to P. McGrath, L. Hamilton re: Port Authority stipulation comments (.2). | | |
| 01/12/2006 | E-mails A. Krieger; conference call with consultants re: stipulation re: Pennsylvania, New York, New Jersey. | Berg, M. | 0.9 |
| 01/12/2006 | Attend to P. McGrath memorandum re: Port Authority stipulation and follow-up questions (.1); further memorandum to J. Baer, Grace representatives (.2); further exchange of memoranda with P. McGrath, L. Hamilton, M. Berg re: additional questions (.5); attend to review of Port Authority's proof of claim (.2); conference call with P. McGrath, M. Berg, L. Hamilton re: further questions (.8); exchanged further memoranda with J. Baer, Grace representatives re: same (.2). | Krieger, A. | 2.0 |
| 01/13/2006 | Review Debtors responses to questions re: PA stipulation; review revised stipulation; e-mail re: revisions and responses. | Berg, M. | 0.3 |
| 01/13/2006 | Attend to Debtors' responses to further inquiries on Port Authority stipulation and revised stipulation (.1); exchanged memoranda with P. McGrath re: above (.3). | Krieger, A. | 0.4 |
| 01/16/2006 | Exchange memoranda with L. Hamilton re: Port Authority settlement provision (.1). | Krieger, A. | 0.1 |
| 01/17/2006 | Review draft Port Authority Stipulation and follow-up memorandum to L. Hamilton re: inquiry raised (.2). | Krieger, A. | 0.2 |
| 01/17/2006 | Attention to Libby/EPA decision (.8). | Pasquale, K. | 0.8 |
| 01/26/2006 | Review revised Stipulation re: Pennsylvania, New York, New Jersey work; e-mail to A. Krieger and P. McGrath. | Berg, M. | 0.9 |
| 01/26/2006 | Attend to proposed revised stipulation with the Port Authority of NY/NJ and exchanged memoranda with M. Berg re: same (.6); memorandum to L. Hamilton re: same (.1). | Krieger, A. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Berg, Madelaine | 3.6 | $ 595 | $ 2,142.00 |
| Krieger, Arlene G. | 7.0 | 575 | 4,025.00 |
| Pasquale, Kenneth | 0.8 | 650 | 520.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,687.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 6,687.00 |
|---|---|

| RE | Investigations<br>699843  0031 |
|----|--------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/18/2006 | Attend to 1/11/06 decision by Montana District Court re: Libby criminal trial venue motion (1.1). | Krieger, A. | 1.1 |
| 01/18/2006 | Attention to Montana criminal action venue ruling (.4). | Pasquale, K. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 1.1 | $ 575 | $ 632.50 |
| Pasquale, Kenneth | 0.4 | 650 | 260.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 892.50 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 892.50 |
|-----------------------|----------|

| RE | Plan and Disclosure Statement<br>699843 0036 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/03/2006 | Conference call M. Shelnitz, other Grace representatives re: plan discussions, other pending matters (.5). | Krieger, A. | 0.5 |
| 01/05/2006 | Attend to section 524(g) issues (.8); attend to plan-related issues (3.8). | Krieger, A. | 4.6 |
| 01/06/2006 | Attend to plan-related issues (1.6). | Krieger, A. | 1.6 |
| 01/06/2006 | Review POR and disclosure document. | Kruger, L. | 0.7 |
| 01/31/2006 | Memorandum with KP, LK re: 2/1/05 conference call with Grace representatives (.1); attend to review of selected sections of 12/29/05 hearing transcript and plan provisions (1.2). | Krieger, A. | 1.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 8.0 | $ 575 | $ 4,600.00 |
| Kruger, Lewis | 0.7 | 825 | 577.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,177.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 5,177.50 |
|---|---|

| RE | Hearings<br>699843 0037 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/03/2006 | Attend to transcript of December 19, 2005 hearing (1.4). | Krieger, A. | 1.4 |
| 01/04/2006 | Attend to transcript of December 19, 2005 hearing (.8); office conference L. Kruger re: same (.1). | Krieger, A. | 0.9 |
| 01/04/2006 | Office conference with A. Krieger regarding 12/19 hearing (.1). | Kruger, L. | 0.1 |
| 01/05/2006 | Attend to transcript of December 19, 2005 hearing (2.7). | Krieger, A. | 2.7 |
| 01/24/2006 | Attend to agenda notice of 1/30/06 omnibus hearings (.1). | Krieger, A. | 0.1 |
| 01/24/2006 | Attended (telephonically) Court hearing on property damage claims (2.1). | Papir, R. | 2.1 |
| 01/25/2006 | Attended (telephonically) Court hearing re: property damage claims (2.0). | Papir, R. | 2.0 |
| 01/26/2006 | Attended (telephonically) Court hearing re: property damage claims. | Papir, R. | 2.0 |
| 01/26/2006 | Court hearing re: Anderson class certification issues (solely) (2.0). | Pasquale, K. | 2.0 |
| 01/27/2006 | Attend to amended agenda for 01/30/06 hearing (.1). | Krieger, A. | 0.1 |
| 01/27/2006 | Review agenda for court hearing. | Kruger, L. | 0.2 |
| 01/30/2006 | Attend court hearing re: Pearson claim (.8); travel time (1.5). | Kruger, L. | 2.3 |
| 01/30/2006 | Participated in omnibus Court hearing (.7). | Pasquale, K. | 0.7 |
| 01/31/2006 | Exchanged memoranda with KP re: 1/30/06 hearing before the Court (.1). | Krieger, A. | 0.1 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 5.3 | $ 575 | $ 3,047.50 |
| Kruger, Lewis | 2.6 | 825 | 2,145.00 |
| Papir, Ryan M. | 6.1 | 395 | 2,409.50 |
| Pasquale, Kenneth | 2.7 | 650 | 1,755.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 9,357.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 9,357.00 |
|-----------------------|------------|

SSL-DOCS1 1662255v1

| RE | Employment Applications - Others |
|----|----------------------------------|
|    | 699843  0040                     |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/17/2006 | Attend to proposed COC and order re: retention of Bear Stearns, and exchanged memoranda with J. Baer re: modifications to proposed form of order which were to be made to the orders (.6). | Krieger, A. | 0.6 |
| 01/18/2006 | Attend to Debtors' motion to expand scope of retention of Baker, Donelson firm (.3). | Krieger, A. | 0.3 |
| 01/19/2006 | Attend to Debtors' motion to expand scope of retention of Steptoe and Johnson, and prior application and memo to S. Bianca regarding outstanding questions (.9); memorandum to S. Bianca re: inquiry regarding Baker, Donelson services (.1). | Krieger, A. | 1.0 |
| 01/24/2006 | Attend to follow up memoranda with S. Bianca re: questions/comments forwarded on retention applications for Baker, Donelson, and Steptoe & Johnson (.3). | Krieger, A. | 0.3 |
| 01/26/2006 | Attend to Debtor's proposed Order and COC re: retention of Bear Stearns, November 14 hearing transcript and related materials and prepare memorandum to J. Baer and John Weiss re: comments to proposed order and COC (1.6). | Krieger, A. | 1.6 |
| 01/27/2006 | Attend to prior Steptoe applications and memorandum to the Committee re: pending retention motions (.5). | Krieger, A. | 0.7 |
| 01/30/2006 | Attend to memoranda to S. Bianca re: outstanding questions regarding Baker, Donelson motion, Drake settlement (.3). | Krieger, A. | 0.3 |
| 01/31/2006 | Attend to memorandum on Baker Donelson services and memoranda to S. Bianca re: the same (.2); memorandum to L. Hamilton re: same (.1). | Krieger, A. | 0.3 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
|      |             |      |       |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 5.1 | $ 575 | $ 2,932.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,932.50 |
|-------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 2,932.50 |
|-----------------------|------------|

| RE | Relief from Stay Proceedings<br>699843  0041 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/03/2006 | Attend to BDM Construction's stay relief motion (.8) and exchange memoranda with J. Baer re: Debtors' position in respect of BDM Construction's lift stay motion (.1). | Krieger, A. | 0.9 |
| 01/05/2006 | Attend to Debtors' draft objection to BDM Construction's lift stay motion (.3). | Krieger, A. | 0.3 |
| 01/06/2006 | Attend to draft pleading opposing BDM motion for stay relief (.2). | Krieger, A. | 0.2 |
| 01/23/2006 | Attend to BDM Construction Company's reply to Debtors' opposition to stay relief motion (.2). | Krieger, A. | 0.2 |
| 01/24/2006 | Attention to BDM lift stay pleadings and draft memo re: same (.3). | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 1.6 | $ 575 | $ 920.00 |
| Pasquale, Kenneth | 0.3 | 650 | 195.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,115.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 1,115.00 |
|-----------------------|-----------|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 73,383.00 |
|------------------------------------------|------------|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**JANUARY 1, 2006 - JANUARY 31, 2006**

| | |
|---|---|
| Outside Messenger Service | $    71.68 |
| Long Distance Telephone | 9.87 |
| Duplicating Costs-in House | 4.80 |
| Court Reporting Services | 1664.50 |
| Westlaw | 60.00 |
| | |
| **TOTAL** | **$ 1,810.85** |

SSL-DOCS1 1662255v1

i

# STROOCK

## Disbursement Register

| DATE | February 24, 2006 |
| --- | --- |
| INVOICE NO. | 373508 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through January 31, 2006, including:

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| **Outside Messenger Service** | | |
| 01/09/2006 | VENDOR: UPS; INVOICE#: 0000010X827016; DATE: 01/07/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Virginia Akin Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270195114399 on 01/04/2006 | 6.38 |
| 01/09/2006 | VENDOR: UPS; INVOICE#: 0000010X827016; DATE: 01/07/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 King Street Suite 2311, Wilmington, DE 19801 Tracking #:1Z10X8270195707810 on 01/04/2006 | 6.38 |
| 01/09/2006 | VENDOR: UPS; INVOICE#: 0000010X827016; DATE: 01/07/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270196978802 on 01/04/2006 | 8.46 |
| 01/09/2006 | VENDOR: UPS; INVOICE#: 0000010X827016; DATE: 01/07/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270198198580 on 01/04/2006 | 6.38 |
| 01/17/2006 | VENDOR: UPS; INVOICE#: 0000010X827026; DATE: 01/14/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270193449675 on 01/09/2006 | 8.46 |
| 01/17/2006 | VENDOR: UPS; INVOICE#: 0000010X827026; DATE: 01/14/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO | 6.38 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | Stephanie Lenkiewicz Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270194318457 on 01/09/2006 | |
| 01/17/2006 | VENDOR: UPS; INVOICE#: 0000010X827026; DATE: 01/14/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 King Street Suite 2311, Wilmington, DE 19801 Tracking #:1Z10X8270194424485 on 01/09/2006 | 6.38 |
| 01/17/2006 | VENDOR: UPS; INVOICE#: 0000010X827026; DATE: 01/14/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270194795665 on 01/09/2006 | 6.38 |
| 01/20/2006 | FedEx 12/15/05 791810302100 D Mohamed to Kenneth Pasquale | 16.48 |
| **Outside Messenger Service Total** | | **71.68** |

**Long Distance Telephone**

| | | |
|------|-------------|--------|
| 01/04/2006 | EXTN.6495, TEL.410-528-4811, S.T.11:10, DUR.00:00:24 | 0.43 |
| 01/06/2006 | EXTN.6495, TEL.410-528-4811, S.T.10:09, DUR.00:00:42 | 0.43 |
| 01/17/2006 | EXTN.5544, TEL.617-722-4024, S.T.11:16, DUR.00:16:24 | 7.29 |
| 01/18/2006 | EXTN.5544, TEL.310-622-2929, S.T.16:22, DUR.00:01:42 | 0.86 |
| 01/26/2006 | EXTN.5760, TEL.973-424-2037, S.T.09:51, DUR.00:00:18 | 0.43 |
| 01/26/2006 | EXTN.5760, TEL.973-424-2037, S.T.14:11, DUR.00:00:36 | 0.43 |
| **Long Distance Telephone Total** | | **9.87** |

**Duplicating Costs-in House**

| | | |
|------|-------------|--------|
| 01/05/2006 | | 0.80 |
| 01/06/2006 | | 3.60 |
| 01/20/2006 | | 0.40 |
| **Duplicating Costs-in House Total** | | **4.80** |

**Court Reporting Services**

| | | |
|------|-------------|--------|
| 01/20/2006 | VENDOR: Chase Card Services; INVOICE#: 010206; DATE: 1/2/2006 - visa charge 12/21/05 Court Call LLC | 200.00 |
| 01/23/2006 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1062259; DATE: 1/12/2006 - Deposition of: Dr. James Jay Flynn - November 17, 05 - | 615.05 |
| 01/26/2006 | VENDOR: National Depo; INVOICE#: DC2128; DATE: 12/31/2005 - Transcript copies - Witness: Dr. Raymond Harron - 12/15/05 | 849.45 |
| **Court Reporting Services Total** | | **1,664.50** |

**Westlaw**

| | | |
|------|-------------|--------|
| 01/06/2006 | Search By Krieger, Arlene G. | 54.00 |
| 01/24/2006 | Search By Papir, Ryan M. | 6.00 |
| **Westlaw Total** | | **60.00** |

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 71.68 |
| Long Distance Telephone | 9.87 |
| Duplicating Costs-in House | 4.80 |
| Court Reporting Services | 1664.50 |
| Westlaw | 60.00 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 1,810.85 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

February 28, 2006

Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Attn: Kenneth Pasquale

### REVISED INVOICE

*For Services Rendered For*
*WR Grace Creditor's Committee - January 2006*

**Professional Fees:**

| | | | |
|---|---|---|---|
| LC | 2.00 hrs. @ $510 | $1,020.00 | |
| RC | 9.10 hrs. @ $450 | 4,095.00 | |
| PM | 8.40 hrs. @ $400 | 3,360.00 | |
| JH | 0.70 hrs. @ $275 | 192.50 | |
| KE | 4.40 hrs. @ $175 | 770.00 | |
| MW | 4.25 hrs. @ $170 | 722.50 | |
| MF | 5.50 hrs. @ $165 | 907.50 | |
| MO | 6.80 hrs. @ $150 | 1,020.00 | |
| MP | 12.50 hrs. @ $75 | 937.50 | |
| MB | 2.00 hrs. @ $60 | 120.00 | |

**Total Professional Fees** ................................................................................................. **$13,145.00**

**Expenses:**

| | | |
|---|---|---|
| Airfare | $ | 919.01 |
| Ground Transportation / Auto Expense | | 60.00 |

**Total Expenses**.................................................................................................................. **$979.01**

**Total Amount Due for January Services and Expenses**............................................. **$14,124.01**

**Outstanding Invoices:**

| | | | |
|---|---|---|---|
| Inv No. | 165972 | December 27, 2005 | 71,598.50 |
| Inv No. | 167432 | January 19, 2006 | 20,317.49 |

**Total Outstanding Invoices**......................................................................................... **$91,915.99**

**Total Amount Due For January Services, Expenses and Outstanding Invoices** ....... **$106,040.00**

Navigant Consulting, Inc. Project No.: 113758                    Invoice No.: 169084



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| BRIGHT, MICHELLE | 1/27/2006 | 2.00 | Printed and put together a binder of Briefing Papers for Letitia Chambers. |
| CANTOR, ROBIN | 1/18/2006 | 0.60 | Analyzed liability estimation issues. |
| CANTOR, ROBIN | 1/23/2006 | 2.60 | Analyzed liability estimation issues. |
| CANTOR, ROBIN | 1/24/2006 | 3.70 | Analyzed liability estimation issues. |
| CANTOR, ROBIN | 1/25/2006 | 0.30 | Analyzed liability estimation issues. |
| CANTOR, ROBIN | 1/28/2006 | 1.10 | Analyzed liability estimation issues. |
| CANTOR, ROBIN | 1/30/2006 | 0.20 | Analyzed liability estimation issues. |
| CANTOR, ROBIN | 1/31/2006 | 0.60 | Analyzed liability estimation issues. |
| CHAMBERS, LETITIA | 1/31/2006 | 2.00 | Estimation issues |
| ERTUG, KERIM CAN | 1/24/2006 | 1.20 | Review of documents. |
| ERTUG, KERIM CAN | 1/25/2006 | 1.40 | Database and document review. |
| ERTUG, KERIM CAN | 1/31/2006 | 1.80 | Analysis of claims data. |
| FRAGALE, MATTHEW | 1/6/2006 | 1.00 | Audited spreadsheets of filings and dismissal rates |
| FRAGALE, MATTHEW | 1/31/2006 | 4.50 | Reviewed 10-K's and created database |
| HOREWITZ, JESSICA | 1/30/2006 | 0.70 | Reviewed case status. |
| MCGRATH, PATRICK J. | 1/9/2006 | 0.30 | Review various asbestos PD claim materials provided by counsel, , review PANYNJ Claim settlement proposal |
| MCGRATH, PATRICK J. | 1/11/2006 | 3.20 | Review various asbestos PD claim materials provided by counsel, , review PANYNJ Claim settlement proposal |
| MCGRATH, PATRICK J. | 1/12/2006 | 1.50 | Review various asbestos PD claim materials provided by counsel, , review PANYNJ Claim settlement proposal |
| MCGRATH, PATRICK J. | 1/13/2006 | 1.10 | Review various asbestos PD claim materials provided by counsel, review PANYNJ Claim settlement proposal |
| MCGRATH, PATRICK J. | 1/26/2006 | 1.50 | Review various asbestos PD claim materials provided by counsel, Stipulation PANYNJ |

Navigant Consulting, Inc. Project No.: 113758                     Invoice No.: 169084



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MCGRATH, PATRICK J. | 1/27/2006 | 0.80 | Review various asbestos PD claim materials provided by counsel, Stipulation PANYNJ |
| OSBORN, MATTHEW | 1/4/2006 | 4.50 | Programmed analyses spreadsheet. |
| OSBORN, MATTHEW | 1/6/2006 | 2.30 | Programmed database and analyses spreadsheets. |
| POGAR, MATTHEW | 1/18/2006 | 2.00 | Reviewed case material. |
| POGAR, MATTHEW | 1/19/2006 | 2.00 | Reviewed case material. |
| POGAR, MATTHEW | 1/20/2006 | 1.50 | Reviewed case material. |
| POGAR, MATTHEW | 1/23/2006 | 2.00 | Reviewed case material. |
| POGAR, MATTHEW | 1/24/2006 | 3.00 | Reviewed case material. |
| POGAR, MATTHEW | 1/30/2006 | 1.00 | Reviewed case material. |
| POGAR, MATTHEW | 1/31/2006 | 1.00 | Reviewed case material. |
| WEISBURG, MATTHEW | 12/1/2005 | 0.25 | Reviewed case material. |
| WEISBURG, MATTHEW | 12/2/2005 | 4.00 | Reviewed case material. |

Navigant Consulting, Inc. Project No.: 113758          Invoice No.: 169084