## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**Objection Date: March 22, 2006 at 4:00 p.m.**
**Hearing Date: To be determined.**

**FORTY-EIGHTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM JANUARY 1, 2006 THROUGH JANUARY 31, 2006**

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **January 1, 2006 through January 31, 2006** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$21,162.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$517.90** |

This is an: ☒ monthly ☐ interim ☐ final application

This is the forty-eighth monthly fee application of Duane Morris LLP.

DM3\344962.1

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |

| | Requested | | Approved for Payment | |
|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |

3

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |

4

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | Pending | Pending |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | Pending | Pending |

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Partner/41 years | 615.00 | 2.80 | $ 1,722.00 |
| Michael R. Lastowski | Partner/26 years | 550.00 | 29.80 | 16,390.00 |
| Riley W. Riley | Partner/18 years | 440.00 | 4.80 | 2,112.00 |
| Christopher M. Winter | Associate/5 years | 330.00 | 0.70 | 231.00 |
| Virginia L. Akin | Paralegal/10 years | 200.00 | 1.60 | 320.00 |
| Stephanie Lenkiewicz | Legal Assistant | 125.00 | 3.10 | 387.50 |

Total Fees:     $21,162.50
Total Hours:    42.80

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Business Operations (03) | 0.80 | 440.00 |
| Case Administration (04) | 5.80 | 2,245.50 |
| Claim Analysis Objection Resolution and Estimation (Asbestos) (05) | 16.60 | 9,130.00 |
| Employee Applications, Applicant (09) | 0.60 | 120.00 |
| Employment Application, Others (10) | 0.60 | 245.00 |
| Fee Applications, Applicant (12) | 1.20 | 202.50 |
| Fee Applications, Others (13) | 1.10 | 222.50 |
| Hearings (15) | 12.90 | 6,680.00 |
| Relief from Stay Proceedings (18) | 1.40 | 770.00 |
| Other (25) | 1.80 | 1,107.00 |
| **TOTAL** | **42.80** | **$21,162.50** |

DM3\344962.1

**EXPENSE SUMMARY**

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Telephone | | 160.00 |
| Overnight Mail | Federal Express | 30.94 |
| Legal Research | LexisNexis | 292.87 |
| Messenger Service | Parcels, Inc. | 10.00 |
| Postage | | 5.04 |
| Printing & Duplicating (Internal) | | 19.05 |
| **TOTAL** | | **$517.90** |

WHEREFORE, Duane Morris LLP respectfully requests that, for the period January 1,

2006 through January 31, 2006, an interim allowance be made to Duane Morris LLP for

compensation in the amount of $21,162.50 and actual and necessary expenses in the amount of

$517.90, for a total allowance of $21,680.40, and payment of $16,930.00 (80% of allowed fees)

and reimbursement of $517.90 (100% of the allowed expenses) be authorized for a total payment

of $17,447.90, and for such other and further relief as this Court may deem just and proper.

Dated:  March 2, 2006

Michael R. Lastowski (DE I.D. No. 3892)
Richard W. Riley (DE I.D. No. 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801
Telephone:     (302) 657-4900
Facsimile:      (302) 657-4901
E-mail:          mlastowski@duanemorris.com
E-mail:          rwriley@duanemorris.com
*Co-Counsel to the Official Committee*
*of Unsecured Creditors*

DM3\344962.1

# EXHIBIT A

DM3\344962.1

## DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

February 28, 2006

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1156571                          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 01/31/2006 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 29.80 | hrs. at | $550.00 | /hr. = | $16,390.00 |
| RW RILEY | PARTNER | 4.80 | hrs. at | $440.00 | /hr. = | $2,112.00 |
| WS KATCHEN | PARTNER | 2.80 | hrs. at | $615.00 | /hr. = | $1,722.00 |
| CM WINTER | ASSOCIATE | 0.70 | hrs. at | $330.00 | /hr. = | $231.00 |
| VL AKIN | PARALEGAL | 1.60 | hrs. at | $200.00 | /hr. = | $320.00 |
| S LENKIEWICZ | LEGAL ASSISTAN | 3.10 | hrs. at | $125.00 | /hr. = | $387.50 |

$21,162.50

DISBURSEMENTS
| | |
|---|---|
| LEXIS LEGAL RESEARCH | 292.87 |
| MESSENGER SERVICE | 10.00 |
| OVERNIGHT MAIL | 30.94 |
| POSTAGE | 5.04 |
| PRINTING & DUPLICATING | 19.05 |
| TELEPHONE | 160.00 |
| TOTAL DISBURSEMENTS | $517.90 |

BALANCE DUE THIS INVOICE                                             $21,680.40

PREVIOUS BALANCE                                                     $46,992.95

TOTAL BALANCE DUE                                                    $68,673.35

DUANE MORRIS LLP

Duane Morris
February 28, 2006
Page 2

File # K0248-00001                                    INVOICE #  1156571
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/4/2006 | 003 | MR LASTOWSKI | REVIEW MONTHLY OPERATING REPORTS | 0.80 | $440.00 |
| | | | Code Total | 0.80 | $440.00 |

Duane Morris
February 28, 2006
Page 3

File # K0248-00001                                     INVOICE #  1156571
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/4/2006 | 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.20 | $40.00 |
| 1/4/2006 | 004 | VL AKIN | CALENDAR UPCOMING COURT DEADLINES | 0.10 | $20.00 |
| 1/5/2006 | 004 | WS KATCHEN | REVIEW NOTICE OF APPEAL - LIBBY CLAIMANTS. | 0.10 | $61.50 |
| 1/10/2006 | 004 | S LENKIEWICZ | RECEIPT OF NOTICE OF REMOVAL FROM 2002 SERVICE LIST; UPDATE SAME | 0.20 | $25.00 |
| 1/12/2006 | 004 | S LENKIEWICZ | REVIEW DOCKET RE: CORE GROUP SERVICE LIST; REVISE SAME | 0.30 | $37.50 |
| 1/12/2006 | 004 | WS KATCHEN | REVIEW DEBTOR'S CERTIFICATION REGARDING SPEIGHTS AND RUNYAN STIPULATION (.1); REVIEW ORDER FOR WITHDRAWAL ASBESTOS P.D CLAIMS (.1) | 0.20 | $123.00 |
| 1/13/2006 | 004 | S LENKIEWICZ | REVIEW CASE MANAGEMENT ORDER; REVISE CORE GROUP SERVICE LIST RE: CNO'S | 0.30 | $37.50 |
| 1/16/2006 | 004 | RW RILEY | REVIEWING RECENT PLEADINGS IN CASE RE JANUARY OMNIBUS HEARING | 1.20 | $528.00 |
| 1/17/2006 | 004 | WS KATCHEN | REVIEW DEBTOR'S BRIEF REGARDING PUBLICATION NOTICE. | 0.20 | $123.00 |
| 1/19/2006 | 004 | S LENKIEWICZ | REVIEW AMENDED ORDER SCHEDULING OMNIBUS HEARING DATES FOR 2006 AND CALENDAR SAME | 0.30 | $37.50 |
| 1/20/2006 | 004 | WS KATCHEN | REVIEW DEBTOR'S REPORT ON ASSET SALES ENDED 12/31/05 (.1) REVIEW SETTLEMENTS (.1); REVIEW NOTICE OF MOTION TO AUTHORIZATIONS TO EXPAND RETENTION OF SPECIAL COUNSEL (.1) | 0.30 | $184.50 |
| 1/26/2006 | 004 | S LENKIEWICZ | REVISE AND UPDATE CERTIFICATIONS OF NO OBJECTION TO CONFORM TO THIRD ORDER AMENDING EXISTING FEE AUDITOR ORDER | 0.20 | $25.00 |
| 1/27/2006 | 004 | RW RILEY | REVIEWING AGENDA AND MATTERS FOR 1/30/06 OMNIBUS HEARING | 2.00 | $880.00 |
| 1/27/2006 | 004 | WS KATCHEN | CONFERENCE WITH L. KRUGER AND K. PASQUALE REGARDING PLAN STATUS. | 0.20 | $123.00 |
| | | | Code Total | 5.80 | $2,245.50 |

Duane Morris
February 28, 2006
Page 4

File # K0248-00001                                          INVOICE #  1156571
        W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/18/2006 | 005 | MR LASTOWSKI | REVIEW BRIEFING RE: DEBTOR'S MOTION TO STRIKE PROPERTY DAMAGE COMMITTEE'S DESIGNATION OF PHASE I FACT WITNESSES | 1.50 | $825.00 |
| 1/18/2006 | 005 | MR LASTOWSKI | REVIEW ANDERSON MEMORIAL HOSPITAL'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND THE DEBTOR'S OBJECTION THERETO | 0.90 | $495.00 |
| 1/18/2006 | 005 | MR LASTOWSKI | REVIEW BRIEFING RE: PETER PETERSON'S CROSS MOTION FOR SUMMARY JUDGMENT AND RE UNDERLYING SUMMARY JUDGMENT MOTION | 0.90 | $495.00 |
| 1/19/2006 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S MEMORANDUM RE: PUBLICATION NOTICE | 0.70 | $385.00 |
| 1/22/2006 | 005 | MR LASTOWSKI | REVIEW BRIEFING RE: FIFTEENTH OMNIBUS OBJECTION TO CLAIMS | 3.20 | $1,760.00 |
| 1/23/2006 | 005 | MR LASTOWSKI | REVIEW AGENDA ITEMS FOR 1/24/06 HEARING | 2.20 | $1,210.00 |
| 1/24/2006 | 005 | MR LASTOWSKI | REVIEW AGENDA ITEMS FOR 1/25/06 HEARING | 2.20 | $1,210.00 |
| 1/25/2006 | 005 | MR LASTOWSKI | REVIEW REPLY BRIEFS RE: FIFTEENTH OMNIBUS OBJECTION TO CLAIMS | 3.20 | $1,760.00 |
| 1/25/2006 | 005 | MR LASTOWSKI | REVIEW AGENDA ITEMS FOR 1/25/06 HEARING | 1.80 | $990.00 |
| | | | Code Total | 16.60 | $9,130.00 |

Duane Morris
February 28, 2006
Page 5

File # K0248-00001                                        INVOICE #  1156571
        W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/4/2006 | 009 | VL AKIN | FILE NOVEMBER 2005 FEE APPLICATION OF CAPSTONE WITH THE COURT. | 0.60 | $120.00 |
| | | | Code Total | 0.60 | $120.00 |

Duane Morris
February 28, 2006
Page 6

File # K0248-00001                                    INVOICE #  1156571
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/9/2006 | 010 | S LENKIEWICZ | PREPARE, E-FILE AND SERVICE NOTICE OF DOCUMENT ENTERED IN ERROR (CAPSTONE TWENTY-SECOND INTERIM FEE APPLICATION) | 0.20 | $25.00 |
| 1/19/2006 | 010 | MR LASTOWSKI | REVIEW APPLICATION TO EXPAND RETENTION OF STEPTOE & JOHNSON | 0.20 | $110.00 |
| 1/19/2006 | 010 | MR LASTOWSKI | REVIEW APPLICATION TO EXPAND RETENTION OF BAKER DONALDSON | 0.20 | $110.00 |
| | | | Code Total | 0.60 | $245.00 |

Duane Morris
February 28, 2006
Page 7

File # K0248-00001                                    INVOICE #  1156571
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 1/5/2006 | 012 | VL AKIN | BILLING MATTERS REGARDING SEVENTEENTH INTERIM FEES | 0.70 | $140.00 |
| 1/12/2006 | 012 | S LENKIEWICZ | PREPARE CNO RE: DUANE MORRIS FORTY-SIXTH MONTHLY FEE APPLICATION FOR PERIOD NOVEMBER 2005 | 0.20 | $25.00 |
| 1/13/2006 | 012 | S LENKIEWICZ | E-FILE AND SERVE CERTIFICATION OF NO OBJECTION REGARDING DUANE MORRIS' FORTY-SIXTH MONTHLY APPLICATION FOR PERIOD NOVEMBER 2005 | 0.30 | $37.50 |
| | | | Code Total | 1.20 | $202.50 |

Duane Morris
February 28, 2006
Page 8

File # K0248-00001                                        INVOICE #  1156571
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 1/4/2006 | 013 | MR LASTOWSKI | SIGN NOTICE OF FILING OF CAPSTONE 22ND MONTHLY FEE APPLICATION | 0.20 | $110.00 |
| 1/9/2006 | 013 | S LENKIEWICZ | RECEIPT OF STROOCK & STROOCK & LAVAN LLP FIFTY-SIXTH MONTHLY FEE APPLICATION; E-FILE SAME | 0.30 | $37.50 |
| 1/26/2006 | 013 | S LENKIEWICZ | PREPARE AND E-FILE CERTIFICATION OF NO OBJECTION REGARDING TWENTY-SECOND INTERIM APPLICATION OF CAPSTONE | 0.30 | $37.50 |
| 1/30/2006 | 013 | S LENKIEWICZ | FINALIZE AND E-FILE FIFTY-SEVENTH MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN, LLP FOR PERIOD DECEMBER 2005 | 0.30 | $37.50 |
| | | | Code Total | 1.10 | $222.50 |

Duane Morris
February 28, 2006
Page 9

File # K0248-00001                                    INVOICE #  1156571
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/19/2006 | 015 | S LENKIEWICZ | ARRANGE FOR TELEPHONIC APPEARANCE AT JANUARY 24, JANUARY 25 AND JANUARY 26 HEARING | 0.20 | $25.00 |
| 1/24/2006 | 015 | CM WINTER | TELEPHONICALLY ATTENDING OMNIBUS HEARING UNTIL RELIEVED BY MICHAEL LASTOWSKI | 0.70 | $231.00 |
| 1/24/2006 | 015 | MR LASTOWSKI | ATTEND HEARING (TETLEPHONICALLY) | 2.10 | $1,155.00 |
| 1/25/2006 | 015 | MR LASTOWSKI | ATTEND HEARING (TELEPHONICALLY) | 2.80 | $1,540.00 |
| 1/26/2006 | 015 | MR LASTOWSKI | ATTEND HEARING (TELEPHONICALLY) | 2.30 | $1,265.00 |
| 1/29/2006 | 015 | MR LASTOWSKI | REVIEW ITEMS TO BE HEARD AT THE 1/30/06 OMNIBUS HEARING | 3.20 | $1,760.00 |
| 1/30/2006 | 015 | RW RILEY | ATTENDING OMNIBUS HEARING | 1.60 | $704.00 |
| | | | Code Total | 12.90 | $6,680.00 |

Duane Morris
February 28, 2006
Page 10

File # K0248-00001                                    INVOICE #  1156571
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/18/2006 | 018 | MR LASTOWSKI | REVIWE BDM CONSTRUCTION'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND THE DEBTOR'S OBJECTION THERETO | 1.10 | $605.00 |
| 1/18/2006 | 018 | MR LASTOWSKI | REVIEW MODIFICATIONS TO CASE MANAGEMENT ORDER | 0.30 | $165.00 |
| | | | Code Total | 1.40 | $770.00 |

Duane Morris
February 28, 2006
Page 11

File # K0248-00001                                          INVOICE #  1156571
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/23/2006 | 025 | WS KATCHEN | REVIEW NOTICE OF AGENDA FOR JANUARY 24 CALENDAR. | 0.20 | $123.00 |
| 1/24/2006 | 025 | WS KATCHEN | REVIEW DEBTOR'S (1) REBUTTAL EXPERT WITNESS DISCLOSURE FOR ASBESTOS P.D. ESTIMATION. | 0.10 | $61.50 |
| 1/24/2006 | 025 | WS KATCHEN | LIMITED REPLY. | 0.10 | $61.50 |
| 1/24/2006 | 025 | WS KATCHEN | REVIEW REPLY OF BDM COURT. | 0.20 | $123.00 |
| 1/24/2006 | 025 | WS KATCHEN | REVIEW DEBTOR'S REBUTTAL EXPERT REPORT. | 0.70 | $430.50 |
| 1/24/2006 | 025 | WS KATCHEN | REVIEW NOTICE OF AGENDA 1/30/06. | 0.10 | $61.50 |
| 1/24/2006 | 025 | WS KATCHEN | REVIEW DEBTOR'S SURREPLY REGARDING SPEIGHTS AND RUNYAN CLAIMS. | 0.10 | $61.50 |
| 1/24/2006 | 025 | WS KATCHEN | REVIEW DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL REGARDING LIBBY CLAIM COUNTS. | 0.10 | $61.50 |
| 1/26/2006 | 025 | WS KATCHEN | E-MAIL TO K. PASQUALE REGARDING PLEURAL PLAQUE DECISION. | 0.20 | $123.00 |
| | | | Code Total | 1.80 | $1,107.00 |

Duane Morris
February 28, 2006
Page 12

File # K0248-00001                                      INVOICE #  1156571
    W.R. GRACE & CO.


                              TOTAL SERVICES              42.80    $21,162.50

Duane Morris
February 28, 2006
Page 13

File # K0248-00001                                    INVOICE #  1156571
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|------|--------|
| 1/31/2006 | TELEPHONE | | 160.00 |
| | | Total: | $160.00 |
| | | | |
| 1/31/2006 | POSTAGE | | 5.04 |
| | | Total: | $5.04 |
| | | | |
| 1/6/2006 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 0.87 |
| 1/6/2006 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 7.00 |
| 1/6/2006 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 30.00 |
| 1/9/2006 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 3.50 |
| 1/9/2006 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 17.50 |
| 1/9/2006 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 234.00 |
| | | Total: | $292.87 |
| | | | |
| 12/19/2005 | OVERNIGHT MAIL PACKAGE SENT TO STEVEBOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, D (TRACKING #791311299765) | | 23.49 |
| 12/19/2005 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SEIGEL AT WR GRACE - COLUMBIA, MD FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791311292624) | | 7.45 |
| | | Total: | $30.94 |
| | | | |
| 1/31/2006 | MESSENGER SERVICE | | 10.00 |
| | | Total: | $10.00 |
| | | | |
| 1/31/2006 | PRINTING & DUPLICATING | | 13.50 |
| 1/31/2006 | PRINTING & DUPLICATING | | 5.55 |
| | | Total: | $19.05 |
| | | | |
| | TOTAL DISBURSEMENTS | | $517.90 |