**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING**
**FEE APPLICATION OF PACHULSKI, STANG, ZIEHL,**
**YOUNG, JONES & WEINTRAUB P.C. FOR THE EIGHTEENTH INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the <u>Interim Fee Application of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. for the Eighteenth Interim Period</u>.

**BACKGROUND**

1.  Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. ("Pachulski") was retained as local counsel to the debtors. In the Application, Pachulski seeks approval of fees totaling $111,948.50 and costs totaling $112,008.91 for its services from July 1, 2005, through September 30, 2005.

2.  In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued

January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served on Pachulski an initial report based on our review, and received a response from Pachulski, portions of which response are quoted herein.

## DISCUSSION

3.   In our initial report, we noted that the application contains five sets of possible duplicate time entries by PEC ($85).

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/05 | PEC | Review docket | 0.10 | 140.00 | $14.00 |
| 07/01/05 | PEC | Review docket | 0.10 | 140.00 | $14.00 |
| 07/05/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 07/05/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 07/13/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | 42.00 |
| 07/13/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | 42.00 |
| 07/18/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 07/18/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 08/11/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 08/11/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |

We recognize the possibility that these entries may reflect the performance of the same nominal activity more than once on the same day. We asked Pachulski to review the entries above and to explain whether they are duplicate billing of the same time. Pachulski responded as follows:

> Para 3. The entries questioned are duplicates and should be corrected so they appear only once in the application.

**FEE AUDITOR'S FINAL REPORT** - Page 2
wrg FR Pachulski 18int 7-9.05.wpd

We appreciate the response and thus recommend a reduction of $154.00 in fees.

    4.    We noted the following three time entries which may also indicate duplication.

| | | | | | |
|---|---|---|---|---|---|
| 07/12/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 140.00 | $56.00 |
| 07/12/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 07/12/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 1.30 | 140.00 | $182.00 |

We asked the firm to review these billing records and explain whether any duplication occurred.

Pachulski responded as follows:

> Para 4. The first entry for $56.00 is correct. The other two entries for $42.00 and $182.00 were entered in error.

We appreciate the response and thus recommend a reduction of $224.00 in fees.

    5.    We noted the following meal expense which requires further information.

| | | | |
|---|---|---|---|
| 08/31/05 | BM | Business Meal [E111] (Cavanaghs Restaurant)(LDJ) | $95.00 |

We asked Pachulski to provide more information regarding this expense. The firm responded as follows:

> Para 5 - This was an in office meal (lunch) for approximately 8 clients and co-counsel attending a hearing in the Grace case.

We appreciate the response and offer no objection to this expense.

## CONCLUSION

    6.    Thus we recommend approval of fees totaling $111,570.50 ($111,948.50 minus $378.00) and costs totaling $112,008.91 for Pachulski's services from July 1, 2005, through September 30, 2005.

**FEE AUDITOR'S FINAL REPORT** - Page 3
wrg FR Pachulski 18int 7-9.05.wpd

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
      Warren H. Smith
      Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 3rd day of March, 2006.

_____
Warren H. Smith

## SERVICE LIST
<u>Notice Parties</u>

**The Applicant**

Laura Davis Jones
Patty Cuniff
PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801