Date: 02/18/06          Legal Analysis Systems, Inc.


Notice of Rate Increase

Legal Analysis Systems (LAS) adjusted its rates for professional compensation as of January 1, 2006.  LAS had maintained its prior rates without change for two years.  During this period our professionals have continued to add to their professional and technical skills further increasing the value of services that we provide to our clients and we have continued to add efficiencies that allow us to provide our professional services at reduced expenditures of time and charges to our clients.

The table below shows our previous and current hourly rates for key professionals, along with the annualized rates of increase.

|                    | Jan 2004 Rates | Jan 2006 Rates | Annualized Increase |
|--------------------|----------------|----------------|---------------------|
| William Brelsford  | $200           | $220           | 4.9                 |
| Patricia Ebener    | 275            | 300            | 4.4                 |
| Mark Peterson      | 600            | 700            | 8.0                 |
| Daniel Relles      | 375            | 425            | 6.5                 |

{D0054218:1 }