Date: 02/18/06          Legal Analysis Systems, Inc.
Time: 8:00am                                                    Page 1


              W. R. Grace, Inc. % Elihu Inselbuch
              Caplin & Drysdale
              399 Park Avenue, 27th Floor
              New York, New York 10022


Date/Slip# Description                                HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
01/02/06  Peterson  / (28) Data Analysis                    3.2   2240.00
#3101     Review documents on estimation                 700.00

01/03/06  Peterson  / (28) Data Analysis                    2.8   1960.00
#3102     Review documents on estimation                 700.00

01/08/06  Peterson  / (28) Data Analysis                    4.1   2870.00
#3103     Review materials on Grace's estimates of its   700.00
          asbestos liabilities

01/09/06  Peterson  / (28) Data Analysis                    3.6   2520.00
#3104     Review materials on Grace's estimates of its   700.00
          asbestos liabilities

01/14/06  Peterson  / (28) Data Analysis                    3.4   2380.00
#3105     Review forecasts and reports from Sealed Air   700.00
          litigation

01/19/06  Peterson  / (28) Data Analysis                    3.3   2310.00
#3106     Review debtor's documents re: claims values    700.00
-----------------------------------------------------------------------------

```
Date: 02/18/06           Legal Analysis Systems, Inc.
Time: 8:00am                                                   Page 2

        W. R. Grace

        Summary Of Time Charges, By Month and Activity
              January 2006 - January 2006

MONTH      ACTIVITY                                 HOURS   AMOUNT
---------------------------------------------------------------------
January    - (28) Data Analysis                     20.4  14280.00
January    - (99) Total                             20.4  14280.00

Total      - (28) Data Analysis                     20.4  14280.00
Total      - (99) Total                             20.4  14280.00

------------------------------------------------------------------------------
```

```
Date: 02/18/06          Legal Analysis Systems, Inc.
Time: 8:00am                                                   Page 3

             W. R. Grace

          Summary Of Time Charges, By Month and Person
                January 2006 - January 2006

MONTH       PERSON                                  HOURS    AMOUNT
----------------------------------------------------------------------
January    - Peterson                                20.4  14280.00
January    - Total                                   20.4  14280.00

Total      - Peterson                                20.4  14280.00
Total      - Total                                   20.4  14280.00

--------------------------------------------------------------------------------
```

Date: 02/18/06          Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 4

                    W. R. Grace

            Summary Of Time Charges, By Activity, Month, and Person
                    January 2006 - January 2006

MONTH       PERSON                              HOURS    RATE     AMOUNT
-----------------------------------------------------------------------
(28) Data Analysis

January    - Peterson                            20.4    700.   14280.00

--------------------------------------------------------------------------------