## **EXHIBIT A**

### **Case Administration (49.10 Hours; $ 11,668.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.70 | $760 | 1,292.00 |
| Rita C. Tobin | .40 | $435 | 174.00 |
| Kimberly N. Brown | .20 | $425 | 85.00 |
| Sheila A. Clark | 2.10 | $220 | 462.00 |
| David B. Smith | 40.40 | $220 | 8,888.00 |
| Andrew D. Katznelson | 1.50 | $185 | 277.50 |
| Samira A. Taylor | 2.80 | $175 | 490.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/14/05 | SAT | 175.00 | 0.10 | Searched and compiled trustee database and tracking chart. |
| 12/15/05 | SAT | 175.00 | 0.10 | Searched and compiled trustee database and tracking chart. |
| 12/23/05 | SAT | 175.00 | 0.10 | Updated KNB Trustee, TAC tracking chart. |
| 01/03/06 | PVL | 760.00 | 0.10 | Review 6 miscellaneous filings. |
| 01/03/06 | RCT | 435.00 | 0.20 | Review docket and local counsel recommendation re: EI update. |
| 01/03/06 | SAT | 175.00 | 0.10 | Updated trustee tracking chart; created KNB case chart. |
| 01/03/06 | DBS | 220.00 | 2.50 | Compile transcripts and pleadings for attorney review. |
| 01/04/06 | DBS | 220.00 | 1.50 | Compile transcripts, pleadings, and other documents for attorney review. |
| 01/05/06 | PVL | 760.00 | 0.20 | Review Baer e-mail and reply re prop stip. |
| 01/05/06 | DBS | 220.00 | 1.20 | Compile documents for attorney review. |
| 01/05/06 | SAC | 220.00 | 0.40 | Review, annotate and manage electronic and hard copies of case documents for distribution and inventory. |

{D0054692:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 01/06/06 | PVL | 760.00 | 0.30 | Review Baer e-mail and PANYNJ stip (.1); review e-mail (.1); confer NDF (.1). |
| 01/06/06 | DBS | 220.00 | 1.50 | Compile transcripts, pleadings, and other documents for attorney review. |
| 01/09/06 | RCT | 435.00 | 0.20 | Review docket and local counsel recommendation re: EI update. |
| 01/09/06 | DBS | 220.00 | 5.20 | Compile information re Boston document review and subsequent document production (3.2); research designated experts (2.0). |
| 01/10/06 | PVL | 760.00 | 0.20 | Review 2 miscellaneous orders (.1); teleconference Hurford (.1);. |
| 01/10/06 | DBS | 220.00 | 4.10 | Compile pleadings and other documents for attorney review (.8); review coding specifications for documents produced from Boston document review (1.5); research designated experts for attorney review (1.8). |
| 01/11/06 | ADK | 185.00 | 0.50 | Retrieved and duplicated court documents for RCT. |
| 01/11/06 | DBS | 220.00 | 2.50 | Compile pleadings and other documents for attorney review (2.0); review coding specifications for documents produced from Boston document review (.5). |
| 01/11/06 | SAC | 220.00 | 0.30 | Review, annotate and manage electronic and physical case file inventory. |
| 01/12/06 | SAT | 175.00 | 0.10 | Retrieved, scanned and emailed Trustee info to E. Harron as per KNB's request. |
| 01/12/06 | SAT | 175.00 | 0.30 | Researched and compiled trustee compensation comparison chart. |
| 01/12/06 | DBS | 220.00 | 0.30 | Compile pleadings and other documents for attorney review. |
| 01/12/06 | SAC | 220.00 | 0.40 | Review, annotate and manage electronic and hard copies of case documents for distribution and inventory. |
| 01/13/06 | DBS | 220.00 | 0.60 | Compile pleadings and other documents for attorney review. |

{D0054692:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 01/16/06 | PVL | 760.00 | 0.20 | Review 5 miscellaneous filings (.1); review WRG opposition to BDM lift stay (.1). |
| 01/17/06 | PVL | 760.00 | 0.10 | Review 2 miscellaneous filings. |
| 01/17/06 | SAT | 175.00 | 0.40 | Searched for reorganization documents in various bankruptcies for compilation of chart listing all documents. |
| 01/17/06 | DBS | 220.00 | 1.20 | Compile pleadings and other documents for attorney review. |
| 01/18/06 | SAT | 175.00 | 1.00 | Searched for reorganization documents in various bankruptcies for compilation of chart listing all documents. |
| 01/18/06 | ADK | 185.00 | 0.50 | Review, classify and annotate relevant material from Committee meeting for EI. |
| 01/18/06 | DBS | 220.00 | 1.50 | Compile pleadings and other documents for attorney review. |
| 01/19/06 | DBS | 220.00 | 1.30 | Compile pleadings and other documents for attorney review (.5); compile information re Boston document review and subsequent document production (.8). |
| 01/20/06 | PVL | 760.00 | 0.10 | Review 4 miscellaneous filings. |
| 01/20/06 | DBS | 220.00 | 1.40 | Compile research results for designated experts. |
| 01/23/06 | SAT | 175.00 | 0.50 | Compiled chart of reorganization documents and their references in various asbestos cases. |
| 01/23/06 | DBS | 220.00 | 1.00 | Compile documents for attorney review. |
| 01/24/06 | PVL | 760.00 | 0.10 | Review BDM reply re lift stay. |
| 01/24/06 | KNB | 425.00 | 0.20 | Review EI memo re: Committee meeting (.2) |
| 01/24/06 | DBS | 220.00 | 1.10 | Compile documents for attorney review (.6); attend meeting re Boston document review (.5). |
| 01/25/06 | ADK | 185.00 | 0.50 | Review, classify and annotate relevant material from Committee meeting for EI. |
| 01/25/06 | DBS | 220.00 | 7.10 | Review documents at Grace document repository in Boston. |
| 01/26/06 | DBS | 220.00 | 1.30 | Compile documents for case files. |

{D0054692:1 }

| Date | Init | Rate | Hours | Narrative |
|---|---|---|---|---|
| 01/27/06 | DBS | 220.00 | 1.50 | Compile documents for case files. |
| 01/30/06 | PVL | 760.00 | 0.40 | Attend omni hearing. |
| 01/30/06 | SAT | 175.00 | 0.10 | Correspondence with Phillip Milch re collecting reorganization documents in Word format. |
| 01/30/06 | DBS | 220.00 | 1.20 | Compile information re Boston document review and subsequent document production. |
| 01/30/06 | SAC | 220.00 | 1.00 | Organize paid invoices and expert reports (.6); annotate, review and manage electronic and hard copies of case file inventory (.4). |
| 01/31/06 | DBS | 220.00 | 2.40 | Compile documents and witness information for attorney review and case files. |

**Total Task Code .04        49.10**


**Claim Analysis Objection & Resolution (Asbestos) (1.50 Hours; $ 1,124.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.40 | $760 | 1,064.00 |
| Trevor W. Swett | .10 | $600 | 60.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/12/06 | TWS | 600.00 | 0.10 | TC from tort counsel re discovery (.1) |
| 01/18/06 | PVL | 760.00 | 0.20 | Review WRG brief re PD notice (.1); review e-mail (.1). |
| 01/23/06 | PVL | 760.00 | 0.10 | Review WRG opposition to Speights ext. motion. |
| 01/24/06 | PVL | 760.00 | 0.10 | Review WRG surreply re Speights late claims. |
| 01/25/06 | PVL | 760.00 | 0.70 | Review Lee, Morse, Corn, Houghton rebuttal expert reports. |
| 01/27/06 | PVL | 760.00 | 0.30 | Review e-mail (.1); review Anderson reply re class cert (.2). |

{D0054692:1 }

**Total Task Code .05          1.50**


**Claim Analysis Objection & Resolution (Non-Asbestos)(.80 Hours; $ 395.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $760 | 152.00 |
| James P. Wehner | .60 | $405 | 243.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/14/06 | PVL | 760.00 | 0.10 | Review Baer e-mail re PANYNJ settlement. |
| 01/24/06 | JPW | 405.00 | 0.60 | Meeting to prepare for Boston document review (.6) |
| 01/25/06 | PVL | 760.00 | 0.10 | Review Baer e-mail and draft PANYNJ stip. |

**Total Task Code .06          .80**


**Fee Applications, Applicant (2.00 Hours; $ 495.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | .50 | $435 | 217.50 |
| Andrew D. Katznelson | 1.50 | $185 | 277.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/03/06 | RCT | 435.00 | 0.10 | Review fee app schedule for January. |
| 01/04/06 | RCT | 435.00 | 0.20 | Conference ADK/review 2006 fee schedules. |
| 01/05/06 | RCT | 435.00 | 0.20 | Review fee record for 2005. |
| 01/25/06 | ADK | 185.00 | 1.00 | Worked on fee application. |
| 01/26/06 | ADK | 185.00 | 0.50 | Worked on fee application. |

**Total Task Code .12          2.00**

{D0054692:1 }

**Fee Applications, Others (.10 Hours; $ 76.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $760 | 76.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/24/06 | PVL | 760.00 | 0.10 | Review 5 fee applications. |

**Total Task Code .13    .10**

**Litigation and Litigation Consulting (322.70 Hours; $ 119,152.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .80 | $835 | 668.00 |
| Nathan D. Finch | 38.40 | $525 | 20,160.00 |
| Rita C. Tobin | 17.10 | $435 | 7,438.50 |
| Jeffrey A. Liesemer | 108.70 | $425 | 46,197.50 |
| James P. Wehner | 37.30 | $405 | 15,106.50 |
| Danielle K. Graham | 28.90 | $290 | 8,381.00 |
| Adam L. VanGrack | 54.30 | $250 | 13,575.00 |
| Stacie M. Evans | 37.20 | $205 | 7,626.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/02/06 | ALV | 250.00 | 1.30 | Review Debtors' discovery related pleadings. |
| 01/03/06 | DKG | 290.00 | 0.70 | Attention to materials from document review (.5); attention to case status (.2). |
| 01/03/06 | JAL | 425.00 | 2.10 | Review and analysis of expert witness designations filed by parties to estimation proceeding, debtor's reply brief in support of its omnibus objection to property damage claims, debtors' notices of deposition and subpoenas related to estimation proceeding. |

{D0054692:1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 01/03/06 | JAL | 425.00 | 0.70 | Review and analysis of background materials and discovery information related to estimation hearing. |
| 01/03/06 | JAL | 425.00 | 3.40 | Review and analysis of December 19 hearing transcript and other materials relating to extension of the exclusive periods and claims estimation matters. |
| 01/04/06 | NDF | 525.00 | 2.50 | Work on asbestos estimation matters (fact and expert discovery). |
| 01/04/06 | JAL | 425.00 | 4.60 | Reviewed and analyzed deposition transcripts and related materials relating to claims estimation (1.50); drafted and revised memos to NDF regarding estimation-related issues (1.80); review of case management order and preparation for meet-and-confer teleconference with debtors' counsel regarding same (.40); meet-and-confer teleconference with NDF, debtors' counsel, and counsel for the future claims representative regarding proposed revisions to the case management order (.40); office conference with NDF regarding next steps in discovery and strategy issues (.30); telephone conference with NDF and counsel for the future claims representative regarding estimation-related issues (.20). |
| 01/05/06 | NDF | 525.00 | 1.50 | Work on expert matters (review of Grace experts' prior writings). |
| 01/05/06 | JAL | 425.00 | 3.30 | Drafted and revised memo to NDF regarding estimation-related discovery issues (2.80); review BNSF's motion to modify case management order (.20); review and analysis of materials relating to estimation issues (.30); |
| 01/05/06 | JPW | 405.00 | 3.80 | Draft motion to compel |
| 01/06/06 | NDF | 525.00 | 4.50 | Telephone conference regarding expert report on medical issues (0.5); review articles regarding same (1.0); review revised case management order (0.5); work on draft letter to Harding (1.0); work on discovery matters (1.5). |
| 01/06/06 | JAL | 425.00 | 1.50 | Further drafting and revisions of memo to NDF regarding discovery issues relating to estimation. |
| 01/06/06 | JPW | 405.00 | 3.40 | Revise Motion to Compel (1.3); review privilege logs and document production history (2.1) |
| 01/09/06 | EI | 835.00 | 0.30 | Memo and T/c NDF re: estimation (.3). |

{D0054692:1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 01/09/06 | NDF | 525.00 | 6.50 | Meet with Wehner, et al. regarding expert discovery (1.0); review outstanding discovery and draft letter to Harding regarding same (4.0); review Peterson report from 2002 (0.5); review specifics regarding BASF-Engelhard transaction (0.5); telephone conference with EI regarding case issues (0.5). |
| 01/09/06 | DKG | 290.00 | 2.60 | Meeting with NDF, JAL, and JPW re Grace experts (1.0); attention to issues (1.0); meeting with DBS, JAL and JPW re Grace experts (.6). |
| 01/09/06 | JAL | 425.00 | 4.90 | Review of debtors' draft revisions of the case management order governing estimation (.20); review and analysis of parties' expert witness designations in the estimation proceeding (1.00); conference with NDF, JPW, and DKG regarding the expert witness disclosures and related issues in the estimation proceeding (.80); office conference with NDF regarding the debtors' draft proposed revisions to the case management order (.20); office conference with DKG regarding document review in Boston (.10); drafted and revised memo to DKG regarding same (.10); drafted and revised memo to D. Mendelson and called and left voice message for D. Mendelson regarding proposed meeting with the discovery mediator (.10); drafted and revised memo to DBS (2x) regarding Boston document review and anticipated production (.20); telephone call with D. Felder, FCR's counsel, regarding Boston document production and related discovery matters (.20); drafted and revised memo to NDF regarding comments on the draft revisions to the CMO (.10); drafted and revised memo to NDF, JPW, and DKG regarding Boston document review and anticipated production (.10); telephone call with D. Mendelson, debtors' counsel, regarding the upcoming meeting with the discovery mediator (.10); telephone call with D. Mendelson and the discovery mediator, former Judge Whelan, regarding upcoming meeting with the parties (.10); drafted and revised memo to NDF and D. Felder regarding parties' upcoming meeting with discovery mediator (.10); reviewed revised draft of the modified CMO (.10); office conference with JPW, DKG and DBS regarding experts designated in estimation proceeding (.50); drafted and revised memo regarding same (.50); reviewed and edited draft motion to compel discovery responses (.40). |

{D0054692:1 }

| 01/09/06 | JPW | 405.00 | 3.30 | Meeting with NDF, JAL and DKG regarding expert disclosure (0.8); review expert disclosures (2.0); meeting with JAL, DKG and DBS regarding expert disclosures (0.5) |
|---|---|---|---|---|
| 01/10/06 | RCT | 435.00 | 2.70 | Telecon JAL re: research (.2); review court papers and order re: mediation (.5); research re: appeal issues (2.0). |
| 01/10/06 | EI | 835.00 | 0.20 | T/c Hurford re: schedule (.2). |
| 01/10/06 | NDF | 525.00 | 4.80 | Draft, edit and revise letter to Harding regarding discovery (3.5); review draft motion to compel (0.5); review correspondence regarding discovery matters (0.5); telephone conference with Harding regarding CMO (0.3). |
| 01/10/06 | JAL | 425.00 | 6.10 | Telephone call and voice message to discovery mediator, former Judge Whelan regarding confirmation of meeting (.10); telephone call and voice message to D. Mendelson, debtors' counsel regarding preliminary meeting with mediator (.10); review of court's order governing mediator compensation (.10); telephone call with discovery mediator confirming preliminary meeting with him and the parties (.10); telephone call with debtors' counsel, D. Mendelson, regarding preliminary meeting with discovery mediator (.10); drafted and revised memo to NDF and counsel for the FCR regarding preliminary meeting with discovery mediator (.10); review of message from NDF regarding potential appeal of mediator compensation order (.10); brief legal research and drafting of response memo to NDF regarding potential appeal of mediator compensation order (.20); review of materials in preparation for depositions in estimation proceeding (.40); drafted and revised memo to R. Wyron, FCR's counsel, regarding preliminary meeting with discovery mediator (.10); revised list of attorneys assigned to cover certain estimation depositions and circulated revised list (.10); analysis of potential appeal of mediator compensation order (.80); telephone call with RCT regarding potential appeal of mediator compensation order (.20); drafted memo to RCT regarding legal research to be done regarding potential appeal of mediator order (.20); legal research re: potential appeal of the mediator compensation order (2.20); telephone call with M. |

{D0054692:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| | | | | Hurford, local counsel, regarding research and memo pertaining to potential appeal of mediator compensation order (.50); second telephone call with RCT regarding research for memo on potential appeal of mediator compensation order (.10); drafted memo to M. Hurford regarding potential appeal of mediator compensation order (.10); review of NDF's letter to debtors' counsel regarding outstanding discovery issues (.50); |
| 01/10/06 | JPW | 405.00 | 1.80 | Review discovery correspondence (0.7); expert research (1.1) |
| 01/11/06 | JAL | 425.00 | 6.20 | Drafting of memo re: potential appeal of mediator compensation order (3.80); office conference with TWS regarding potential appeal of mediator compensation order (.30); drafted and revised memo to RCT regarding research on potential appeal of mediator compensation order (.20); legal research pertaining to potential appeal of mediator compensation order (1.10); office conference with SAT regarding research on potential appeal of mediator compensation order (.10); drafted memo to RCT regarding research on potential appeal of mediator compensation order (.30); drafted memo to M. Hurford regarding research on potential appeal of mediator compensation order (.20); drafted and revised second memo to M. Hurford regarding potential appeal of mediator compensation order (.20). |
| 01/11/06 | ALV | 250.00 | 2.90 | Review Debtors' discovery related pleadings and transcripts. |
| 01/12/06 | RCT | 435.00 | 3.80 | Telecon JAL re: research (.3); research re: appeal issues (3.5). |
| 01/12/06 | NDF | 525.00 | 2.00 | Meet with discovery mediator (1.5); conference with Harding regarding discovery issues (0.5). |
| 01/12/06 | DKG | 290.00 | 1.00 | Attention to issues re Andrew Harron deposition and being denied telephonic access despite previous agreement. |
| 01/12/06 | JAL | 425.00 | 8.00 | Further drafting and revisions to memo re: potential appeal of mediator compensation order (3.90); telephone call with RCT regarding drafting of memo re: potential appeal of mediator compensation order and related legal research (.40); legal research |

{D0054692:1 }

|            |     |        |      | relating to memo re: potential appeal of mediator compensation order (1.40); preliminary meeting with the discovery mediator, NDF, debtors' counsel, and counsel for the FCR (1.50); meeting with NDF, debtors' counsel, and FCR's counsel regarding outstanding discovery issues (.40); meeting with NDF regarding discovery developments and next steps in case (.40). |
|------------|-----|--------|------|---|
| 01/13/06 | RCT | 435.00 | 2.50 | Research draft memo re: appeal and order. |
| 01/13/06 | SME | 205.00 | 0.50 | Review overview of asbestos litigation and pending development. |
| 01/13/06 | JAL | 425.00 | 7.70 | Further legal research on potential appeal of mediator compensation (3.80); further drafting and editing of memo re: potential appeal of mediator compensation order (3.60); telephone conference with RCT re: potential appeal of mediator compensation order (.10); review of memo from RCT re: potential appeal of mediator compensation order (.20). |
| 01/13/06 | ALV | 250.00 | 2.00 | Review mediator and motion to compel related materials. |
| 01/13/06 | JPW | 405.00 | 1.00 | Review discovery responses |
| 01/14/06 | JAL | 425.00 | 6.50 | Further drafting and revisions to memo re: potential appeal of mediator compensation order. |
| 01/15/06 | JAL | 425.00 | 3.90 | Further drafting and revisions to memo re: potential appeal of mediator compensation order. |
| 01/16/06 | JAL | 425.00 | 4.90 | Telephone call with M. Hurford regarding legal research and preparation of memo concerning potential appeal of mediator compensation order (.20); further drafting and revisions to memo re: potential appeal of mediator compensation order (4.50); second telephone call with M. Hurford re: legal research and preparation of memo concerning potential appeal of mediator compensation order (.20). |
| 01/17/06 | RCT | 435.00 | 1.00 | Review JAL memo; insert comments. |
| 01/17/06 | NDF | 525.00 | 0.90 | Review revised CMO (0.3); telephone conference with Wyron regarding same (0.1); review financial information regarding possible settlement (0.5). |

{D0054692:1 }

| | | | | |
|---|---|---|---|---|
| 01/17/06 | JAL | 425.00 | 6.60 | Further drafting and revisions to memo re: potential appeal of mediator compensation order (6.20); legal research regarding potential appeal of mediator compensation order (.20); drafted and revised memo to RCT regarding potential appeal of mediator compensation order (.20). |
| 01/17/06 | ALV | 250.00 | 0.30 | Review discovery related material and responses from Grace. |
| 01/18/06 | RCT | 435.00 | 2.00 | Research re appeal jurisdiction. |
| 01/18/06 | NDF | 525.00 | 1.00 | Review revised CMO (0.5); telephone conference with debtor regarding same (0.3); review JAL memo regarding appeal of mediator order (0.2). |
| 01/18/06 | JAL | 425.00 | 3.80 | Further revisions, editing, and finalizing of memo regarding potential appeal of mediator compensation order (2.20); telephone call with RCT regarding potential appeal of mediator compensation order (.20); drafted and revised memo re: last week's meeting with the discovery mediator and outstanding discovery issues in the estimation proceeding (1.10); reviewed e-mail from D. Mendelson, debtors' counsel, regarding additional background materials to send to mediator (.10); telephone call w/D. Mendelson regarding additional background materials to send to mediator (.10); drafted and revised memo to NDF regarding same (.10); |
| 01/18/06 | ALV | 250.00 | 2.20 | Review discovery related material and responses from Grace. |
| 01/19/06 | RCT | 435.00 | 4.90 | Review pre bills; telephone conference with JAL re research memo; jurisdiction; research re memo; draft memo. |
| 01/19/06 | DKG | 290.00 | 0.50 | Attention to issues re Grace document review. |
| 01/19/06 | JAL | 425.00 | 0.90 | Drafted and revised memo to D. Mendelson regarding materials to send to discovery mediator. |
| 01/19/06 | JAL | 425.00 | 0.10 | Drafted memo to DKG and DBS regarding Grace document review. |
| 01/19/06 | JAL | 425.00 | 0.10 | Telephone call with RCT regarding research pertaining to potential appeal of mediator compensation order. |

{D0054692:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 01/19/06 | JAL | 425.00 | 1.30 | Review analysis of RCT's research regarding potential appeal issues vis-a-vis mediator compensation order. |
| 01/19/06 | JAL | 425.00 | 0.20 | Second telephone call with RCT regarding potential appeal of mediator compensation order. |
| 01/19/06 | JAL | 425.00 | 0.40 | Office conference with NDF regarding potential notice of appeal. |
| 01/19/06 | JAL | 425.00 | 0.20 | Telephone call with M. Hurford regarding potential appeal of mediator compensation order. |
| 01/19/06 | JAL | 425.00 | 1.10 | Drafted and revised memo to EI regarding potential appeal of mediator compensation order. |
| 01/19/06 | JAL | 425.00 | 0.20 | Telephone call with EI regarding potential appeal of mediator compensation order (.10); drafted e-mail to PVNL and NDF regarding same (.10). |
| 01/19/06 | JAL | 425.00 | 0.20 | Review and analysis of materials relating to estimation and plan confirmation issues. |
| 01/19/06 | JAL | 425.00 | 0.70 | Review and analysis of memo from RCT regarding mediator compensation order. |
| 01/20/06 | JAL | 425.00 | 0.10 | Reviewed debtors' objections to latest document requests and interrogatories. |
| 01/20/06 | ALV | 250.00 | 1.00 | Review Debtors' discovery related pleadings and transcripts. |
| 01/21/06 | NDF | 525.00 | 1.50 | Consideration of expert materials sent by B&B. |
| 01/23/06 | DKG | 290.00 | 1.20 | Attention to issues re document review and related preparation. |
| 01/23/06 | JAL | 425.00 | 0.30 | Drafted and revised memo to document review team regarding the upcoming document review in Boston. |
| 01/23/06 | JAL | 425.00 | 0.90 | Review and analysis of research materials pertaining to experts designated in estimation proceeding. |
| 01/23/06 | ALV | 250.00 | 2.00 | Review Judge Jack/Silica material (1.0); review material and notes related to December review of documents produced by Grace (1.0). |
| 01/24/06 | SME | 205.00 | 0.50 | Meeting w/NDF and others re: procedure for document review in Boston. |

{D0054692:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 01/24/06 | NDF | 525.00 | 0.50 | Meet with team regarding document review. |
| 01/24/06 | DKG | 290.00 | 0.60 | Attention to issues re document review and Boca Raton production. |
| 01/24/06 | JAL | 425.00 | 1.50 | Review of materials in preparation for document review in Boston. |
| 01/24/06 | JAL | 425.00 | 1.10 | Review and analysis relating to experts designated in estimation proceeding. |
| 01/24/06 | JAL | 425.00 | 0.70 | Review and analysis of materials relating to estimation and chapter 11 plan issues. |
| 01/24/06 | JAL | 425.00 | 0.70 | Meeting w/NDF, JPW, ALV, SME and DBS regarding upcoming document review in Boston. |
| 01/24/06 | JAL | 425.00 | 0.20 | Review and analysis of debtors' proposed certification of counsel and proposed amended CMO. |
| 01/24/06 | ALV | 250.00 | 3.10 | Review Judge Jack/Silica material (1.6); review material and notes related to December review of documents produced by Grace (1.0); meet with NDF, DKG, JAL, SME, JPW and DS to discuss upcoming document review in Boston (0.5). |
| 01/25/06 | SME | 205.00 | 1.00 | Review materials re: procedure for estimation of asbestos liabilities. |
| 01/25/06 | SME | 205.00 | 8.20 | Review documents produced from Grace's Boca Raton depository; prepare notes detailing results. |
| 01/25/06 | SME | 205.00 | 3.50 | Travel to Boston to review documents at Grace's repository. |
| 01/25/06 | NDF | 525.00 | 8.00 | Review documents produced by debtor (5.5); review expert reports from PD litigation for experts who may appear in PI litigation (2.5). |
| 01/25/06 | DKG | 290.00 | 8.00 | Document review. |
| 01/25/06 | JAL | 425.00 | 7.30 | Document review at Grace document repository in Boston in connection with estimation proceeding (7.20); review memo from ALV regarding Boston document review (.10). |
| 01/25/06 | ALV | 250.00 | 8.00 | Review of documents for relevance produced by Grace from Boca Raton and Boston Repository |

{D0054692:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 01/25/06 | JPW | 405.00 | 8.70 | Document review - Boston Repository (8.1); review document production memo (0.6) |
| 01/26/06 | SME | 205.00 | 8.90 | Review documents produced by Grace from Boca Raton; prepare notes detailing results. |
| 01/26/06 | SME | 205.00 | 1.50 | Review materials re: procedures for estimation of asbestos liabilities. |
| 01/26/06 | NDF | 525.00 | 2.00 | Estimation discovery - draft letter to mediator regarding Sealed Air (1.6); correspond with Harding regarding call regarding Sealed Air documents (0.3); message to Wyron regarding case issues (0.1). |
| 01/26/06 | DKG | 290.00 | 8.30 | Document review. |
| 01/26/06 | JAL | 425.00 | 7.10 | Further document review at Grace document repository in Boston in connection with estimation proceeding. |
| 01/26/06 | ALV | 250.00 | 8.30 | Review documents for relevance produced by Grace from Boca Raton and Boston Repository |
| 01/26/06 | JPW | 405.00 | 8.30 | Document review - Boston Repository |
| 01/27/06 | SME | 205.00 | 6.10 | Review documents produced from Brace's Boca Raton repository. |
| 01/27/06 | SME | 205.00 | 4.00 | Return to Washington after reviewing documents in Boston. |
| 01/27/06 | SME | 205.00 | 1.00 | Review materials re: procedure for estimation of asbestos liabilities. |
| 01/27/06 | NDF | 525.00 | 2.10 | Outline tasks for each expert regarding estimation discovery. |
| 01/27/06 | DKG | 290.00 | 6.00 | Document review. |
| 01/27/06 | JAL | 425.00 | 5.30 | Further document review at Grace document repository in Boston in connection with estimation proceeding. |
| 01/27/06 | ALV | 250.00 | 6.30 | Review documents for relevance produced by Grace from the Boca Raton and Boston repositories |
| 01/27/06 | JPW | 405.00 | 7.00 | Document review - Boston Repository |

{D0054692:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 01/30/06 | RCT | 435.00 | 0.20 | Review February fee application Schedule. |
| 01/30/06 | EI | 835.00 | 0.30 | T/c R. Budd re: status. |
| 01/30/06 | SME | 205.00 | 0.90 | Review materials re: estimation of asbestos liabilities. |
| 01/30/06 | NDF | 525.00 | 0.60 | Telephone conference with Harding regarding Sealed Air documents and other discovery (0.4); memo to Wyron regarding document review (0.2). |
| 01/30/06 | JAL | 425.00 | 0.10 | Review and analysis of memo from ALV regarding Boston document review. |
| 01/30/06 | JAL | 425.00 | 2.40 | Review and analysis of materials relating to estimation and plan confirmation issues. |
| 01/30/06 | ALV | 250.00 | 8.30 | Compile and review/report findings regarding review of documents produced by Grace in Boston (1.4); review historical interrogatory response documents produced by Grace (6.9). |
| 01/31/06 | SME | 205.00 | 0.10 | Prepare notes re: Boston document review. |
| 01/31/06 | SME | 205.00 | 1.00 | Review materials re: procedure for estimation of asbestos liabilities. |
| 01/31/06 | JAL | 425.00 | 0.30 | Office conference with JPW regarding estimation-related discovery issues (.10); reviewed e-mail from NDF regarding preparation of fact witness list for estimation hearing (.10); drafted memo to NDF regarding estimation-related discovery issues (.10). |
| 01/31/06 | JAL | 425.00 | 1.10 | Review and analysis of data export structure and form processing procedures proposed by Rust. |
| 01/31/06 | ALV | 250.00 | 8.60 | Review historical interrogatory response documents produced by Grace (7.0); draft disclosure of fact witnesses as required under Amended Case Management Order (1.6). |

**Total Task Code .16      322.70**

**Plan & Disclosure Statement (1.90 Hours; $ 1,466.50)**

{D0054692:1 }

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .30 | $835 | 250.50 |
| Peter Van N. Lockwood | 1.60 | $760 | 1,216.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/03/06 | EI | 835.00 | 0.10 | T/c Rice re: status. |
| 01/09/06 | PVL | 760.00 | 0.10 | Review e-mail. |
| 01/10/06 | PVL | 760.00 | 0.10 | Review LTC memo. |
| 01/11/06 | EI | 835.00 | 0.20 | Memos Rice re: meeting. |
| 01/30/06 | PVL | 760.00 | 1.10 | Teleconference Bernick. |
| 01/31/06 | PVL | 760.00 | 0.30 | Review e-mail (.1); confer NDF (.2). |

**Total Task Code .17    1.90**


**Travel – Non Working (44.00 Hours; $ 7,424.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Nathan D. Finch | 4.50 | $262.50 | 1,181.25 |
| Jeffrey A. Liesemer | 7.60 | $212.50 | 1,615.00 |
| James P. Wehner | 7.50 | $202.50 | 1,518.75 |
| Danielle K. Graham | 8.50 | $145.00 | 1,232.50 |
| Adam L. VanGrack | 8.50 | $125.00 | 1,062.50 |
| David B. Smith | 7.40 | $110.00 | 814.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/25/06 | NDF | 262.50 | 4.50 | Travel to Boston for document review (2.0); return to D.C. from Boston (2.5). |
| 01/25/06 | DBS | 110.00 | 7.40 | Travel to Boston to attend document review. |
| 01/25/06 | DKG | 145.00 | 4.00 | Travel DC to Boston for document review. |
| 01/25/06 | JAL | 212.50 | 3.50 | Travel to Boston for document review. |

{D0054692:1 }

| | | | | |
|---|---|---|---|---|
| 01/25/06 | ALV | 125.00 | 4.00 | Travel from Washington, DC to Boston for document review. |
| 01/25/06 | JPW | 202.50 | 3.50 | Travel to Boston |
| 01/27/06 | DKG | 145.00 | 4.50 | Travel Boston to DC. |
| 01/27/06 | JAL | 212.50 | 4.10 | Travel to D.C. from Boston document review. |
| 01/27/06 | ALV | 125.00 | 4.50 | Travel from Blston, MA to Washington, DC for review of documents produced by Grace |
| 01/27/06 | JPW | 202.50 | 4.00 | Travel to D.C. |

**Total Task Code .21**     **44.00**

{D0054692:1 }

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 6,164.27 |
| Air Freight & Express Mail | 79.35 |
| Conference Meals | 39.15 |
| Court Reporting/Transcript Service | 1,670.10 |
| Database Research | 10,659.57 |
| Local Transportation - DC | 25.00 |
| Long Distance-Equitrac In-House | 6.96 |
| Meals Related to Travel | 1,770.28 |
| NYO Long Distance Telephone | 942.89 |
| Outside Local Deliveries | 14.43 |
| Outside Photocopying/Duplication Service | 865.37 |
| Postage | 2.59 |
| Research Material | 254.13 |
| Travel Expenses - Ground Transportation | 1,306.51 |
| Travel Expenses - Hotel Charges | 2,640.08 |
| Travel Expenses - Miscellaneous | 28.98 |
| Xeroxing | 176.25 |
| **Total:** | **$26,645.91** |

{D0054692:1 }