**EXHIBIT B**

**Case Administration (49.1 Hours; $ 11,668.50)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**   49.1

**Claim Analysis Objection & Resolution (Asbestos) (1.5 Hours; $ 1,124.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**   1.5

**Claim Analysis Objection & Resolution (Non-Asbestos) (.8 Hours; $ 395.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .06**   .8

**Fee Applications, Applicant (2.0 Hours; $ 495.00)**

      Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdales's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**   2.0

**Fee Applications, Others (.1 Hours; $ 76.00)**

      Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13**   .1

**Litigation and Litigation Consulting (322.7 Hours; $ 119,152.50)**

{D0054693:1 }
DOC#151898

- 2 -

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16        322.7**

**Plan & Disclosure Statement (1.9 Hours; $ 1,466.50)**

Services rendered in this category pertain to the efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17        1.9**

**Travel Non-Working (44.0 Hours; $ 7,424.00)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21        44.0**