## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 6,164.27 |
| Air Freight & Express Mail | 79.35 |
| Conference Meals | 39.15 |
| Court Reporting/Transcript Service | 1,670.10 |
| Database Research | 10,659.57 |
| Local Transportation - DC | 25.00 |
| Long Distance-Equitrac In-House | 6.96 |
| Meals Related to Travel | 1,770.28 |
| NYO Long Distance Telephone | 942.89 |
| Outside Local Deliveries | 14.43 |
| Outside Photocopying/Duplication Service | 865.37 |
| Postage | 2.59 |
| Research Material | 254.13 |
| Travel Expenses - Ground Transportation | 1,306.51 |
| Travel Expenses - Hotel Charges | 2,640.08 |
| Travel Expenses - Miscellaneous | 28.98 |
| Xeroxing | 176.25 |
| **Total:** | **$26,645.91** |