```
Client Number:   4642              Grace Asbestos Personal Injury Claimants                                              Page:    1
Matter      000                    Disbursements                                                                         2/22/2006
                                                                                                                    Print Date/Time:
                                                                                                                         02/22/2006
                                                                                                                         10:55:28AM
Attn:                                                                                                                    Invoice #

                                              PREBILL  / CONTROL   REPORT
                                                   Trans Date Range:   1/1/1950  to: 1/31/2006
Matter      000
Disbursements
Bill Cycle:       Monthly         Style:      i1         Start:      4/16/2001
                                                   Last Billed : 1/30/2006                                   13,655
```

Trust Amount Available

Total Expenses Billed To Date    $319,738.62

```
                                                            Billing Empl:         0120      Elihu  Inselbuch
                                                            Responsible Empl:     0120      Elihu  Inselbuch
                                                            Alternate Empl:       0120      Elihu  Inselbuch
                                                            Originating Empl:     0120      Elihu  Inselbuch
```

**Summary  by Employee**

|  |  |  | ---------- A C T U A L ---------- |  | ---------- B I L L I N G--------- |  |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 49.81 | 0.00 | 49.81 |
| 0122 | SME | Stacie M Evans | 0.00 | 880.61 | 0.00 | 880.61 |
| 0187 | NDF | Nathan D Finch | 0.00 | 2,731.91 | 0.00 | 2,731.91 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 33.75 | 0.00 | 33.75 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 0.75 | 0.00 | 0.75 |
| 0238 | SLC | Stacey L Colson | 0.00 | 1.50 | 0.00 | 1.50 |
| 0245 | PT | Paula  Taylor-Brooks | 0.00 | 10.80 | 0.00 | 10.80 |
| 0251 | JO | Joan  O'Brien | 0.00 | 2.70 | 0.00 | 2.70 |
| 0308 | DBS | David B Smith | 0.00 | 2,863.80 | 0.00 | 2,863.80 |
| 0310 | DKG | Danielle K Graham | 0.00 | 3,080.87 | 0.00 | 3,080.87 |
| 0317 | JAL | Jeffrey A Liesemer | 0.00 | 1,652.23 | 0.00 | 1,652.23 |
| 0325 | SAC | Sheila A Clark | 0.00 | 37.01 | 0.00 | 37.01 |
| 0327 | ALV | Adam L VanGrack | 0.00 | 1,583.42 | 0.00 | 1,583.42 |
| 0334 | JPW | James P Wehner | 0.00 | 1,723.09 | 0.00 | 1,723.09 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 11,993.66 | 0.00 | 11,993.66 |
|  |  |  | **0.00** | **26,645.91** | **0.00** | **26,645.91** |

**Total Fees**

**Summary  by Employee**

|  |  |  | ---------- A C T U A L ---------- |  |  | ---------- B I L L I N G--------- |  |  |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense  by  Date**

|  |  |  |  |  | ---------- A C T U A L ---------- |  |  | ---------- B I L L I N G--------- |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                                    Page:   1
Matter     000                    Disbursements                                                                               2/22/2006
                                                                                                                          Print Date/Time:
                                                                                                                             02/22/2006
                                                                                                                             10:55:28AM
Attn:                                                                                                                         Invoice #

1897803   DBS;  Travel expenses to Boston on 12/19-22  for    E  01/04/2006   0308   DBS    0.00    $588.54    0.00    $588.54      588.54
          meals
1897804   DBS;  Travel expenses to Boston on 12/19-22 for     E  01/04/2006   0308   DBS    0.00    $401.43    0.00    $401.43      989.97
          Omni Parker House hotel
1897805   DBS;  Travel expenses to Boston on 12/19-22 for     E  01/04/2006   0308   DBS    0.00     $40.00    0.00     $40.00    1,029.97
          cabs
1899087   DKG;  Travel expenses to Boston for document        E  01/05/2006   0310   DKG    0.00    $213.55    0.00    $213.55    1,243.52
          review on 12/19-21 for meals
1899088   DKG;  Travel expenses to Boston for document        E  01/05/2006   0310   DKG    0.00    $267.62    0.00    $267.62    1,511.14
          review on 12/19-21 for Omni Parker house hotel
1899089   DKG;  Travel expenses to Boston for document        E  01/05/2006   0310   DKG    0.00     $41.00    0.00     $41.00    1,552.14
          review on 12/19-21 for cabs
1899096   Federal Express to Harold Simmons from EI on        E  01/05/2006   0120   EI     0.00     $17.58    0.00     $17.58    1,569.72
          12/19
1899097   Federal Express to John Cooney from EI on 12/19     E  01/05/2006   0120   EI     0.00     $27.02    0.00     $27.02    1,596.74
1899103   Federal Express to Katie Hemming from EI on 12/22   E  01/05/2006   0120   EI     0.00      $2.81    0.00      $2.81    1,599.55
1899110   NDF;  Travel expenses to Boston for document        E  01/05/2006   0187   NDF    0.00     $25.31    0.00     $25.31    1,624.86
          review on 12/20 for meals
1899111   NDF;  Travel expenses to Boston for document        E  01/05/2006   0187   NDF    0.00     $35.00    0.00     $35.00    1,659.86
          review on 12/20 for cabs
1899121   Federal Express to Jeff Liesemer on 12/21           E  01/05/2006   0999   C&D    0.00     $31.94    0.00     $31.94    1,691.80
1899656   Equitrac - Long Distance to 3604797707              E  01/06/2006   0999   C&D    0.00      $0.33    0.00      $0.33    1,692.13
1899682   Equitrac - Long Distance to 3024261900              E  01/06/2006   0999   C&D    0.00      $0.05    0.00      $0.05    1,692.18
1899704   Equitrac - Long Distance to 6175420300              E  01/09/2006   0999   C&D    0.00      $0.12    0.00      $0.12    1,692.30
1899726   Equitrac - Long Distance to 3053756156              E  01/09/2006   0999   C&D    0.00      $0.09    0.00      $0.09    1,692.39
1899916   Photocopy                                           E  01/09/2006   0251   JO     0.00      $0.30    0.00      $0.30    1,692.69
1899935   Photocopy                                           E  01/09/2006   0220   SKL    0.00      $0.45    0.00      $0.45    1,693.14
1899636   Petty Cash  Late night dinner for NDF on            E  01/09/2006   0187   NDF    0.00     $39.15    0.00     $39.15    1,732.29
          12/13/05  (split with 2814)
1900088   BostonCoach  for NDF from LaGuardia airport in      E  01/10/2006   0187   NDF    0.00    $120.00    0.00    $120.00    1,852.29
          NY on 12/12
1900092   BostonCoach for JAL from Logan airport in Boston    E  01/10/2006   0317   JAL    0.00    $131.67    0.00    $131.67    1,983.96
          on 12/19
1900093   BostonCoach  for NDF t/f Logan airport in Boston    E  01/10/2006   0187   NDF    0.00    $168.50    0.00    $168.50    2,152.46
          on 12/20
1900094   BostonCoach for NDF to Bethesda, MD from            E  01/10/2006   0187   NDF    0.00    $298.00    0.00    $298.00    2,450.46
          National airport in DC on 12/20
1900095   BostonCoach for DKG to Aledandria, VA from          E  01/10/2006   0310   DKG    0.00     $71.75    0.00     $71.75    2,522.21
          National airport in DC on 12/21
1900096   BostonCoach for DBS from Logan airport in Boston    E  01/10/2006   0308   DBS    0.00     $84.25    0.00     $84.25    2,606.46
          on 12/22
1900114   Lasership to Swidler Berlin on 12/29                E  01/10/2006   0999   C&D    0.00      $7.68    0.00      $7.68    2,614.14
1900119   National Depo;  Dr. Raymond Harron transcript       E  01/10/2006   0310   DKG    0.00    $839.45    0.00    $839.45    3,453.59
          and copies
1900343   Charge & Ride for DKG to 5th Avenue from            E  01/10/2006   0310   DKG    0.00     $64.77    0.00     $64.77    3,518.36
          LaGuardia airport in New York on 12/15
1900344   Charge & Ride to LaGuardia airport in New York      E  01/10/2006   0187   NDF    0.00     $54.57    0.00     $54.57    3,572.93
          on 12/19
1900458   Equitrac - Long Distance to 3024261900              E  01/10/2006   0999   C&D    0.00      $0.06    0.00      $0.06    3,572.99
1900460   Equitrac - Long Distance to 2123197125              E  01/10/2006   0999   C&D    0.00      $0.11    0.00      $0.11    3,573.10
1900461   Equitrac - Long Distance to 2123198797              E  01/10/2006   0999   C&D    0.00      $0.20    0.00      $0.20    3,573.30
1900472   Equitrac - Long Distance to 2123198797              E  01/10/2006   0999   C&D    0.00      $0.06    0.00      $0.06    3,573.36
1900565   Photocopy                                           E  01/10/2006   0220   SKL    0.00      $9.45    0.00      $9.45    3,582.81
1900569   Photocopy                                           E  01/10/2006   0220   SKL    0.00      $2.25    0.00      $2.25    3,585.06
1900665   Postage                                             E  01/10/2006   0187   NDF    0.00      $2.22    0.00      $2.22    3,587.28
1900738   Equitrac - Long Distance to 3053747580              E  01/11/2006   0999   C&D    0.00      $0.79    0.00      $0.79    3,588.07
1900745   Equitrac - Long Distance to 2123198797              E  01/11/2006   0999   C&D    0.00      $0.11    0.00      $0.11    3,588.18
1900356   Pacer Service Center for October-December period    E  01/11/2006   0999   C&D    0.00    $214.72    0.00    $214.72    3,802.90
1900369   Special Couriers  to 655 15th Street on 12/5        E  01/11/2006   0999   C&D    0.00      $6.75    0.00      $6.75    3,809.65
1901289   Equitrac - Long Distance to 3024261900              E  01/12/2006   0999   C&D    0.00      $0.07    0.00      $0.07    3,809.72
1901294   Equitrac - Long Distance to 2123198797              E  01/12/2006   0999   C&D    0.00      $0.61    0.00      $0.61    3,810.33
1901423   Photocopy                                           E  01/12/2006   0999   C&D    0.00      $3.30    0.00      $3.30    3,813.63
1901425   Photocopy                                           E  01/12/2006   0999   C&D    0.00     $36.15    0.00     $36.15    3,849.78
1902564   Equitrac - Long Distance to 2123198797              E  01/13/2006   0999   C&D    0.00      $0.17    0.00      $0.17    3,849.95
1902600   Photocopy                                           E  01/13/2006   0220   SKL    0.00      $0.90    0.00      $0.90    3,850.85
1903962   Equitrac - Long Distance to 2123198797              E  01/19/2006   0999   C&D    0.00      $0.19    0.00      $0.19    3,851.04
1903978   Equitrac - Long Distance to 2123198797              E  01/19/2006   0999   C&D    0.00      $0.32    0.00      $0.32    3,851.36
1903985   Equitrac - Long Distance to 3024261900              E  01/19/2006   0999   C&D    0.00      $0.27    0.00      $0.27    3,851.63
1903989   Equitrac - Long Distance to 6177214001              E  01/19/2006   0999   C&D    0.00      $0.05    0.00      $0.05    3,851.68
1904078   Photocopy                                           E  01/19/2006   0220   SKL    0.00      $1.50    0.00      $1.50    3,853.18
1904333   Equitrac - Long Distance to 6177725800              E  01/20/2006   0999   C&D    0.00      $0.30    0.00      $0.30    3,853.48
```

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | | 2/22/2006 |

Print Date/Time: 02/22/2006 10:55:28AM

| Attn: | | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1904337 | Equitrac - Long Distance to 6172278600 | | E | 01/20/2006 | 0999 | C&D | 0.00 | $0.14 | 0.00 | $0.14 | 3,853.62 |
| 1904414 | Photocopy | | E | 01/20/2006 | 0220 | SKL | 0.00 | $0.45 | 0.00 | $0.45 | 3,854.07 |
| 1904431 | Photocopy | | E | 01/20/2006 | 0999 | C&D | 0.00 | $35.55 | 0.00 | $35.55 | 3,889.62 |
| 1904435 | Photocopy | | E | 01/20/2006 | 0238 | SLC | 0.00 | $1.50 | 0.00 | $1.50 | 3,891.12 |
| 1904438 | Photocopy | | E | 01/20/2006 | 0308 | DBS | 0.00 | $3.60 | 0.00 | $3.60 | 3,894.72 |
| 1904564 | Equitrac - Long Distance to 2032522553 | | E | 01/23/2006 | 0999 | C&D | 0.00 | $0.17 | 0.00 | $0.17 | 3,894.89 |
| 1904574 | Equitrac - Long Distance to 2123197125 | | E | 01/23/2006 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 3,894.94 |
| 1904616 | Photocopy | | E | 01/23/2006 | 0999 | C&D | 0.00 | $2.55 | 0.00 | $2.55 | 3,897.49 |
| 1904718 | Photocopy | | E | 01/23/2006 | 0245 | PT | 0.00 | $8.10 | 0.00 | $8.10 | 3,905.59 |
| 1904719 | Photocopy | | E | 01/23/2006 | 0245 | PT | 0.00 | $2.70 | 0.00 | $2.70 | 3,908.29 |
| 1904831 | Petty Cash  Working late cabs for NDF on January 12 and 17   (split with 4018) | | E | 01/24/2006 | 0187 | NDF | 0.00 | $25.00 | 0.00 | $25.00 | 3,933.29 |
| 1904850 | Jane Rose Reporting;  Deposition of Dr. James J. Flynn on 11/17/05 | | E | 01/24/2006 | 0187 | NDF | 0.00 | $830.65 | 0.00 | $830.65 | 4,763.94 |
| 1905422 | Landmark Document;  Copying:heavy litigation | | E | 01/24/2006 | 0308 | DBS | 0.00 | $865.37 | 0.00 | $865.37 | 5,629.31 |
| 1905491 | Photocopy | | E | 01/24/2006 | 0999 | C&D | 0.00 | $13.50 | 0.00 | $13.50 | 5,642.81 |
| 1906263 | CourtLink usage for December | | E | 01/25/2006 | 0325 | SAC | 0.00 | $37.01 | 0.00 | $37.01 | 5,679.82 |
| 1906273 | Pacer Servvice Center;  NYO usage 10/1/05 thru 12/31/05 | | E | 01/26/2006 | 0120 | EI | 0.00 | $2.40 | 0.00 | $2.40 | 5,682.22 |
| 1906280 | NDF;  Travel expenses to Boston for document review on 1/25  Breakfast and dinner plus lunch with DKG,JPW,JAL,DBS,SDM,ALV | | E | 01/26/2006 | 0187 | NDF | 0.00 | $182.53 | 0.00 | $182.53 | 5,864.75 |
| 1906281 | NDF;  Travel expenses to Boston for document review on 1/25 for cabs | | E | 01/26/2006 | 0187 | NDF | 0.00 | $70.00 | 0.00 | $70.00 | 5,934.75 |
| 1906403 | Photocopy | | E | 01/26/2006 | 0220 | SKL | 0.00 | $0.60 | 0.00 | $0.60 | 5,935.35 |
| 1906419 | Photocopy | | E | 01/26/2006 | 0220 | SKL | 0.00 | $11.55 | 0.00 | $11.55 | 5,946.90 |
| 1906445 | Photocopy | | E | 01/26/2006 | 0220 | SKL | 0.00 | $5.55 | 0.00 | $5.55 | 5,952.45 |
| 1906493 | Photocopy | | E | 01/26/2006 | 0999 | C&D | 0.00 | $19.80 | 0.00 | $19.80 | 5,972.25 |
| 1906496 | Photocopy | | E | 01/26/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 5,972.55 |
| 1906524 | Postage | | E | 01/26/2006 | 0187 | NDF | 0.00 | $0.37 | 0.00 | $0.37 | 5,972.92 |
| 1907671 | Equitrac - Long Distance to 8054993572 | | E | 01/27/2006 | 0999 | C&D | 0.00 | $0.46 | 0.00 | $0.46 | 5,973.38 |
| 1907766 | Photocopy | | E | 01/27/2006 | 0251 | JO | 0.00 | $1.50 | 0.00 | $1.50 | 5,974.88 |
| 1907938 | ADA Travel   Coach fare for NDF to Boston on 1/25 | | E | 01/30/2006 | 0187 | NDF | 0.00 | $840.61 | 0.00 | $840.61 | 6,815.49 |
| 1907939 | ADA Travel    agency fee on Coach fare for NDF to Boston on 1/25 | | E | 01/30/2006 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 6,855.49 |
| 1907940 | ADA Travel    Coach fare for DBS travel to Boston on 1/25 | | E | 01/30/2006 | 0308 | DBS | 0.00 | $840.61 | 0.00 | $840.61 | 7,696.10 |
| 1907941 | ADA Travel   AGency fee on  Coach fare for DBS travel to Boston on 1/25 | | E | 01/30/2006 | 0308 | DBS | 0.00 | $40.00 | 0.00 | $40.00 | 7,736.10 |
| 1907942 | ADA Travel    Coach fare for DKG to Boston on 1/25 | | E | 01/30/2006 | 0310 | DKG | 0.00 | $840.61 | 0.00 | $840.61 | 8,576.71 |
| 1907943 | ADA Travel   AGency fee on  Coach fare for DKG to Boston on 1/25 | | E | 01/30/2006 | 0310 | DKG | 0.00 | $40.00 | 0.00 | $40.00 | 8,616.71 |
| 1907944 | ADA Travel    Coach fare for JAL to Boston on 1/25 | | E | 01/30/2006 | 0317 | JAL | 0.00 | $840.61 | 0.00 | $840.61 | 9,457.32 |
| 1907945 | ADA Travel    AGency fee on Coach fare for JAL to Boston on 1/25 | | E | 01/30/2006 | 0317 | JAL | 0.00 | $40.00 | 0.00 | $40.00 | 9,497.32 |
| 1907946 | ADA Travel    Coach fare for JPW to Boston on 1/25 | | E | 01/30/2006 | 0334 | JPW | 0.00 | $840.61 | 0.00 | $840.61 | 10,337.93 |
| 1907947 | ADA Travel   Agency fee on  Coach fare for JPW to Boston on 1/25 | | E | 01/30/2006 | 0334 | JPW | 0.00 | $40.00 | 0.00 | $40.00 | 10,377.93 |
| 1907948 | ADA Travel    Coach fare for SME to Boston on 1/25 | | E | 01/30/2006 | 0122 | SME | 0.00 | $840.61 | 0.00 | $840.61 | 11,218.54 |
| 1907949 | ADA Travel   Agency fee on  Coach fare for SME to Boston on 1/25 | | E | 01/30/2006 | 0122 | SME | 0.00 | $40.00 | 0.00 | $40.00 | 11,258.54 |
| 1907950 | ADA Travel   Coach fare for ALV to Boston on 1/25 | | E | 01/30/2006 | 0327 | ALV | 0.00 | $840.61 | 0.00 | $840.61 | 12,099.15 |
| 1907951 | ADA Travel   Agency fee on Coach fare for ALV to Boston on 1/25 | | E | 01/30/2006 | 0327 | ALV | 0.00 | $40.00 | 0.00 | $40.00 | 12,139.15 |
| 1908025 | JAL;  Travel expenses to Boston for document review on 1/25-26 for meals | | E | 01/30/2006 | 0317 | JAL | 0.00 | $113.48 | 0.00 | $113.48 | 12,252.63 |
| 1908026 | JAL;  Travel expenses to Boston for document review on 1/25-26 for Nine Zero hotel | | E | 01/30/2006 | 0317 | JAL | 0.00 | $493.47 | 0.00 | $493.47 | 12,746.10 |
| 1908027 | JAL;  Travel expenses to Boston for document review on 1/25-26 for cabs | | E | 01/30/2006 | 0317 | JAL | 0.00 | $33.00 | 0.00 | $33.00 | 12,779.10 |
| 1908033 | ALV;  Travel expenses to Boston for document review on 1/25-26 for meals | | E | 01/30/2006 | 0327 | ALV | 0.00 | $159.29 | 0.00 | $159.29 | 12,938.39 |
| 1908034 | ALV;  Travel expenses to Boston for document review on 1/25-26  for Hotel Nine Zero | | E | 01/30/2006 | 0327 | ALV | 0.00 | $492.52 | 0.00 | $492.52 | 13,430.91 |
| 1908035 | ALV;  Travel expenses to Boston for document review on 1/25-26 for cabs | | E | 01/30/2006 | 0327 | ALV | 0.00 | $45.00 | 0.00 | $45.00 | 13,475.91 |
| 1908036 | ALV;  Travel expenses to Boston for document review on 1/25-26 for miscellaneous tips | | E | 01/30/2006 | 0327 | ALV | 0.00 | $6.00 | 0.00 | $6.00 | 13,481.91 |
| 1908470 | Equitrac - Long Distance to 3129276420 | | E | 01/30/2006 | 0999 | C&D | 0.00 | $2.24 | 0.00 | $2.24 | 13,484.15 |
| 1908508 | Photocopy | | E | 01/30/2006 | 0220 | SKL | 0.00 | $0.60 | 0.00 | $0.60 | 13,484.75 |
| 1908510 | Photocopy | | E | 01/30/2006 | 0220 | SKL | 0.00 | $0.15 | 0.00 | $0.15 | 13,484.90 |
| 1908521 | Photocopy | | E | 01/30/2006 | 0237 | SRB | 0.00 | $0.75 | 0.00 | $0.75 | 13,485.65 |

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                                    Page:  1
Matter     000                    Disbursements                                                                               2/22/2006
                                                                                                                         Print Date/Time:
                                                                                                                              02/22/2006
                                                                                                                             10:55:28AM
Attn:                                                                                                                          Invoice #
```

| ID | Description | | Date | Code | Init | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1908540 | Photocopy | E | 01/30/2006 | 0251 | JO | 0.00 | $0.90 | 0.00 | $0.90 | 13,486.55 |
| 1909463 | Database Research/Lexis Charges for 1/1/06-1/30/06 By DBS | E | 01/30/2006 | 0999 | C&D | 0.00 | $692.47 | 0.00 | $692.47 | 14,179.02 |
| 1909464 | Database Research/Lexis Charges for 1/1/06-1/30/06 By DBS | E | 01/30/2006 | 0999 | C&D | 0.00 | $1,598.91 | 0.00 | $1,598.91 | 15,777.93 |
| 1909465 | Database Research/Lexis Charges for 1/1/06-1/30/06 By TWS | E | 01/30/2006 | 0999 | C&D | 0.00 | $2,973.52 | 0.00 | $2,973.52 | 18,751.45 |
| 1910564 | Database Research - WESTLAW - By RCT on 1/12-18 | E | 01/31/2006 | 0999 | C&D | 0.00 | $2,227.73 | 0.00 | $2,227.73 | 20,979.18 |
| 1910593 | Database Research - WESTLAW - By MLR on 1/31 S on 1/6-12 | E | 01/31/2006 | 0999 | C&D | 0.00 | $61.46 | 0.00 | $61.46 | 21,040.64 |
| 1910595 | Database Research - WESTLAW - By JAL on 1/11-17 S on 1/6-12 | E | 01/31/2006 | 0999 | C&D | 0.00 | $150.02 | 0.00 | $150.02 | 21,190.66 |
| 1910596 | Database Research - WESTLAW - By CRK on 1/27 S on 1/6-12 | E | 01/31/2006 | 0999 | C&D | 0.00 | $221.35 | 0.00 | $221.35 | 21,412.01 |
| 1910597 | Database Research - WESTLAW - By DBS/MLR on 1/10 & 31 $433.68 S on 1/6-12 | E | 01/31/2006 | 0999 | C&D | 0.00 | $433.68 | 0.00 | 21,845.69 | 0.00 |
| 1910598 | Database Research - WESTLAW - By JAL on 1/10 & 30 S on 1/6-12 | E | 01/31/2006 | 0999 | C&D | 0.00 | $1,519.66 | 0.00 | $1,519.66 | 23,365.35 |
| 1910599 | Database Research - WESTLAW - By TWS/NR on 1/30 S on 1/6-12 | E | 01/31/2006 | 0999 | C&D | 0.00 | $780.77 | 0.00 | $780.77 | 24,146.12 |
| 1908765 | DKG; Travel expenses to Boston for document review on 1/25-27 for meals | E | 01/31/2006 | 0310 | DKG | 0.00 | $193.61 | 0.00 | $193.61 | 24,339.73 |
| 1908766 | DKG; Travel expenses to Boston for document review on 1/25-27 for Nine Zero hotel | E | 01/31/2006 | 0310 | DKG | 0.00 | $492.52 | 0.00 | $492.52 | 24,832.25 |
| 1908767 | DKG; Travel expenses to Boston for document review on 1/25-27 for airport parking | E | 01/31/2006 | 0310 | DKG | 0.00 | $4.00 | 0.00 | $4.00 | 24,836.25 |
| 1908768 | DKG; Travel expenses to Boston for document review on 1/25-27 for hotel TV service | E | 01/31/2006 | 0310 | DKG | 0.00 | $11.99 | 0.00 | $11.99 | 24,848.24 |
| 1908769 | JPW; Travel expenses to Boston for document review on 1/25-27 for meals | E | 01/31/2006 | 0334 | JPW | 0.00 | $293.97 | 0.00 | $293.97 | 25,142.21 |
| 1908770 | JPW; Travel expenses to Boston for document review on 1/25-27 for Nine Zero hotel | E | 01/31/2006 | 0334 | JPW | 0.00 | $492.52 | 0.00 | $492.52 | 25,634.73 |
| 1908771 | JPW; Travel expenses to Boston for document review on 1/25-27 for airport parking | E | 01/31/2006 | 0334 | JPW | 0.00 | $45.00 | 0.00 | $45.00 | 25,679.73 |
| 1908772 | JPW; Travel expenses to Boston for document review on 1/25-27 for movie rental | E | 01/31/2006 | 0334 | JPW | 0.00 | $10.99 | 0.00 | $10.99 | 25,690.72 |
| 1909219 | Photocopy | E | 01/31/2006 | 0220 | SKL | 0.00 | $0.30 | 0.00 | $0.30 | 25,691.02 |
| 1909236 | Photocopy | E | 01/31/2006 | 0999 | C&D | 0.00 | $12.00 | 0.00 | $12.00 | 25,703.02 |
| 1910637 | NYO Long Distance Telephone for 12/1/06-12/30/06 Conf. Call re: Libby with EI, NDF, PVNL, Codney, Budd on 12/05 | E | 01/31/2006 | 0999 | C&D | 0.00 | $56.80 | 0.00 | $56.80 | 25,759.82 |
| 1910638 | NYO Long Distance Telephone for 12/1/06-12/30/06 Conf. Call re: Libby with EI, NDF, Codney, Budd, et al. on 12/05 | E | 01/31/2006 | 0999 | C&D | 0.00 | $107.21 | 0.00 | $107.21 | 25,867.03 |
| 1910642 | NYO Long Distance Telephone for 12/1/06-12/30/06 Committe Conf. Call on 12/16. | E | 01/31/2006 | 0999 | C&D | 0.00 | $768.83 | 0.00 | $768.83 | 26,635.86 |
| 1910647 | NYO Long Distance Telephone for 12/1/06-12/30/06 Conf. Call JWD, KNB, LMK, ACM, EI, Re: TDPs on 12/20. | E | 01/31/2006 | 0999 | C&D | 0.00 | $10.05 | 0.00 | $10.05 | 26,645.91 |
| **Total Expenses** | | | | | | 0.00 | $26,645.91 | 0.00 | $26,645.91 | |

```
            Matter Total Fees                                                    0.00                   0.00


            Matter Total Expenses                                           26,645.91              26,645.91


            Matter Total                                              0.00  26,645.91        0.00  26,645.91




            Prebill Total Fees
```

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | Page: 1 |
|---|---|---|---|---|
| **Matter    000** | **Disbursements** | | | 2/22/2006 |
| | | | | Print Date/Time: |
| | | | | 02/22/2006 |
| | | | | 10:55:28AM |
| Attn: | | | | Invoice # |

|  |  |  |  |  |
|---|---|---|---|---|
| Prebill Total Expenses | | | $26,645.91 | $26,645.91 |
| Prebill Total | | 0.00 | $26,645.91 | 0.00 | $26,645.91 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 1,414.09 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 46,677 | 08/27/2004 | 240.00 | 48.00 |
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 49,444 | 04/21/2005 | 38,706.00 | 232.00 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 50,598 | 07/15/2005 | 141,843.50 | 250.00 |
| 50,965 | 08/25/2005 | 111,659.75 | 22,331.95 |
| 51,203 | 09/30/2005 | 64,327.75 | 12,865.55 |
| 51,687 | 10/31/2005 | 74,385.75 | 14,877.15 |
| 51,900 | 11/28/2005 | 128,956.00 | 25,791.20 |
| 52,377 | 12/24/2005 | 110,238.75 | 22,047.75 |
| 52,667 | 01/30/2006 | 174,630.31 | 174,630.31 |
| | | 1,017,848.56 | 278,154.70 |