**L TERSIGNI CONSULTING, P.C.**

**Certified Public Accountant**

1010 Summer Street - Suite 201
Stamford, CT. 06905
Telephone:  203-252-2564
Facsimile: 203-252-2562

February 19, 2006

| Invoice No. 01506 |

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

## RE:    W.R.Grace

For services rendered in connection with the above-captioned matter during the period
January 1, 2006 through January 31, 2006 as per the attached analysis.

| Professional Fees  (see Schedule A) | Hours | Amount |
|---|---|---|
| Loreto T. Tersigni  - President | 6.20 | $3,472.00 |
| James Sinclair - Senior Managing Director | 43.10 | $22,843.00 |
| Robert Mathews  - Managing Director | 6.70 | $3,450.50 |
| Michael Berkin  - Managing Director | 23.30 | $11,999.50 |
| Susan Plotzky  - Managing Director | 6.80 | $3,502.00 |
| Peter Rubsam  - Managing Director | 20.30 | $10,454.50 |
| Aaron Prills - Senior Manager | 27.10 | $9,756.00 |
| Cheryl Wright - Senior Manager | 5.30 | $1,908.00 |
| Dottie-Jo Collins - Manager | 8.50 | $2,550.00 |

| Expenses   (see Schedule C) | | |
|---|---|---|
| Telephone,  Research,  Xerox | | $116.82 |

|  | **T O T A L** | $70,052.32 |
|---|---|---|

Please Note:  Schedule B (attached) reflects Professional Services Summary
by Task Codes for Court Approved Professionals

**L TERSIGNI CONSULTING, P.C.**
**Certified Public Accountant**

1010 Summer Street - Suite 201
Stamford, CT. 06905
Telephone:  203-252-2564
Facsimile: 203-252-2562

February 19, 2006

| **Invoice No. 01506** |

Marla R. Eskin, Esq.
Campbell & Levine LLC
800 N. King Street
Suite 300
Wilmington, DE.  19801

# RE:    W.R.Grace

Summary of Professional Services Rendered:   January 1-31, 2006

| Name | Position | Schedule | Rate (2006) | Hours | Amount |
|------|----------|----------|-------------|-------|--------|
| Loreto T. Tersigni | President | Schedule A | $560 | 6.20 | $3,472.00 |
| James Sinclair | Senior Managing Director | Schedule A | $530 | 43.10 | $22,843.00 |
| Robert Mathews | Managing Director | Schedule A | $515 | 6.70 | $3,450.50 |
| Michael Berkin | Managing Director | Schedule A | $515 | 23.30 | $11,999.50 |
| Susan Plotzky | Managing Director | Schedule A | $515 | 6.80 | $3,502.00 |
| Peter Rubsam | Managing Director | Schedule A | $515 | 20.30 | $10,454.50 |
| Aaron Prills | Senior Manager | Schedule A | $360 | 27.10 | $9,756.00 |
| Cheryl Wright | Senior Manager | Schedule A | $360 | 5.30 | $1,908.00 |
| Dottie-Jo Collins | Manager | Schedule A | $300 | 8.50 | $2,550.00 |
| **Total  Professional  Services- Schedule A:** | | | | 147.30 | $69,935.50 |
| **Total Out of Pocket Expenses- Schedule C:** | | | | | $116.82 |
| **TOTAL   DUE   THIS   INVOICE** | | | | | $70,052.32 |

Please Note:  Schedule B (attached) reflects Professional Services Summary
              by Task Codes for Court Approved Professionals

# W.R. Grace

**Schedule A**

## Services Rendered during the Period:  January 1, 2006 through January 31, 2006

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|------|---|---------|-----------|-------|-----------|-------|
| **Loreto Tersigni - President** | | | | | | |
| 1/3/06 | LT | Review status of financial analysis requested by ACC and timetable for completion | 07 | 0.80 | $560.00 | $448.00 |
| 1/5/06 | LT | Review financial analyses in progress and determine timetable for completion | 26 | 0.70 | $560.00 | $392.00 |
| 1/9/06 | LT | Analysis and comments regarding recent precedent transaction requested by ACC counsel | 07 | 0.60 | $560.00 | $336.00 |
| 1/12/06 | LT | Review supplement to November 2005 monthly operating report | 26 | 0.30 | $560.00 | $168.00 |
| 1/13/06 | LT | Review weekly recommendations memorandum from ACC counsel | 26 | 1.00 | $560.00 | $560.00 |
| 1/20/06 | LT | Review monthly fee application for the month of December 2005 including daily timekeeper entries | 11 | 1.00 | $560.00 | $560.00 |
| 1/27/06 | LT | Review calendar of upcoming events from ACC counsel | 26 | 1.10 | $560.00 | $616.00 |
| 1/30/06 | LT | Review press release and related exhibits re operating results for year end 2005 and fourth quarter | 26 | 0.70 | $560.00 | $392.00 |
| | | Sub-Total | | 6.20 | | $3,472.00 |
| **James Sinclair - Senior Managing Director** | | | | | | |
| 1/3/06 | JS | Review, analyze Monthly Operating Report for November 2005 for due diligence and valuation. | 21 | 3.00 | $530.00 | $1,590.00 |
| 1/3/06 | JS | Review recent issues of Chemical Week for market information and outlook for specialty chemicals for due diligence and valuation. | 21 | 2.10 | $530.00 | $1,113.00 |
| 1/3/06 | JS | Review terms of announced BASF bid for Engelhard for precedent transaction analysis for valuation. | 21 | 0.50 | $530.00 | $265.00 |
| 1/4/06 | JS | Further review and analysis of BASF offer for Engelhard, review Engelhard 2004 and LTM operations for precedent transaction analysis for valuation. | 21 | 1.80 | $530.00 | $954.00 |
| 1/4/06 | JS | Further review and analysis of November 2005 Monthly Operating Report and Year to Date Operating Results for valuation. | 21 | 0.70 | $530.00 | $371.00 |
| 1/5/06 | JS | Planning meeting with Tersigni for work to be done and assignments. | 26 | 0.90 | $530.00 | $477.00 |
| 1/6/06 | JS | Review Weekly Recommendations from counsel and Court calendar for planning of work and assignments. | 26 | 1.70 | $530.00 | $901.00 |
| 1/9/06 | JS | Review BASF Corporate Financial Presentation for tender offer for Engelhard for precedent transaction analysis for valuation. | 21 | 2.90 | $530.00 | $1,537.00 |
| 1/9/06 | JS | Review 14D filings, Notice of Tender, etc., of BASF for Engelhard for precedent transaction analysis for valuation. | 21 | 2.50 | $530.00 | $1,325.00 |
| 1/9/06 | JS | Review, revise comparable company data on specialty chemical peer group for Engelhard precedent transaction analysis for valuation. | 21 | 2.10 | $530.00 | $1,113.00 |
| 1/9/06 | JS | Discuss with Rubsam comparable company data on specialty chemical peer group for Engelhard precedent transaction analysis for valuation. | 21 | 0.40 | $530.00 | $212.00 |
| 1/9/06 | JS | Review, analyze, revise product review memorandum on Engelhard and Grace for precedent transaction analysis for valuation at request of ACC counsel. | 21 | 1.00 | $530.00 | $530.00 |
| 1/9/06 | JS | Write analysis to ACC counsel re BASF tender offer for Engelhard for valuation at request of ACC counsel. | 21 | 1.60 | $530.00 | $848.00 |
| 1/10/06 | JS | Discuss analysis to ACC counsel re BASF tender offer for Engelhard with Tersigni and Berkin for valuation at request of ACC counsel | 21 | 0.40 | $530.00 | $212.00 |
| 1/10/06 | JS | Revise analysis to ACC counsel re BASF tender offer for Engelhard for valuation at request of ACC counsel. | 21 | 1.90 | $530.00 | $1,007.00 |
| 1/12/06 | JS | Review Revised Order re CMO for Estimation and Extension of Time form Questionnaire Response for planning of work for possible appeal and for mediation and estimation hearings. | 26 | 0.80 | $530.00 | $424.00 |
| 1/13/06 | JS | Review, analyze analysts' (JP Morgan, CSFB, et al.) reports analyzing BASF tender offer for Engelhard for precedent transaction analysis for valuation for settlement and POR. | 21 | 1.80 | $530.00 | $954.00 |

# W.R. Grace

**Schedule A**

## Services Rendered during the Period:  January 1, 2006 through January 31, 2006

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|---|---|---|---|---|---|---|
| 1/13/06 | JS | Review, analyze "Global Outlook" articles in 1/4-1/11/06 issue of Chemical Week for chemicals and specialty chemicals, markets/demand, costs for valuation for settlement and POR. | 21 | 1.70 | $530.00 | $901.00 |
| 1/18/06 | JS | Review Court calendar and recommendations from counsel for planning of work and assignments. | 26 | 1.40 | $530.00 | $742.00 |
| 1/18/06 | JS | Review, analyze new financial analysts' reports (Sal.Oppenheim, Bear Stearns) on BASF tender offer for Engelhard for precedent transaction analysis for valuation. | 21 | 1.70 | $530.00 | $901.00 |
| 1/23/06 | JS | Review, revise estimates of distributable value and claims for recovery analysis at request of counsel (Finch). | 16 | 2.80 | $530.00 | $1,484.00 |
| 1/23/06 | JS | Discuss with Plotzky estimates of distributable value and claims for recovery analysis at request of counsel. | 16 | 0.30 | $530.00 | $159.00 |
| 1/24/06 | JS | Review, analyze status of BASF tender offer for Engelhard, Engelhard's rejection of the offer for precedent transaction analysis for valuation. | 21 | 1.20 | $530.00 | $636.00 |
| 1/24/06 | JS | Review Court calendar and recommendations from counsel, materials on estimation hearings for planning of work and assignments. | 26 | 1.80 | $530.00 | $954.00 |
| 1/24/06 | JS | Review ACC Committee Minutes of 12/16/05 for review and comment at request of counsel. | 26 | 0.60 | $530.00 | $318.00 |
| 1/25/06 | JS | Commence review and analysis of 8K press release of financial report for 2005 for due diligence and valuation. | 21 | 0.70 | $530.00 | $371.00 |
| 1/25/06 | JS | Review report in Chemical Week of planned sale by Degussa AG of its construction chemical business for precedent transaction analysis for valuation. | 21 | 0.90 | $530.00 | $477.00 |
| 1/25/06 | JS | Call with counsel re POR and precedent transaction  valuation for revisions to POR. | 16 | 0.30 | $530.00 | $159.00 |
| 1/25/06 | JS | Review Prills' memorandum on Degussa and analyze product line financial information on Grace Performance Chemicals Division for precedent transaction analysis for valuation. | 21 | 1.80 | $530.00 | $954.00 |
| 1/26/06 | JS | Draft outline for memorandum to ACC counsel for alternative to current POR. | 16 | 1.80 | $530.00 | $954.00 |
| | | Sub-Total | | 43.10 | | $22,843.00 |

### Robert Mathews - Managing Director

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|---|---|---|---|---|---|---|
| 1/5/06 | RM | General review and discussion of financial status, financing and Chapter 11 case status | 26 | 0.20 | $515.00 | $103.00 |
| 1/6/06 | RM | Weekly review, monitor and analyze bond and bank loan market and prices for specific issuer and comparables in the markets for DIP/Exit financing | 16 | 1.10 | $515.00 | $566.50 |
| 1/11/06 | RM | Review Loan Pricing Corporation webcast and presentation on 2005 loan and bond markets large corporate for purpose of periodic reports to counsel | 16 | 0.50 | $515.00 | $257.50 |
| 1/13/06 | RM | Weekly review, monitor and analyze bond and bank loan market and prices for specific issuer and comparables in the markets for DIP/Exit financing | 16 | 1.00 | $515.00 | $515.00 |
| 1/20/06 | RM | Weekly review, monitor and analyze bond and bank loan market and prices for specific issuer and comparables in the markets for DIP/Exit financing | 16 | 1.00 | $515.00 | $515.00 |
| 1/26/06 | RM | Review numerous sources of economic indicators and forecasts as of January 27,2006 | 16 | 0.80 | $515.00 | $412.00 |
| 1/27/06 | RM | Prepare written analysis of Economic forecast as of January 27, 2006 for various valuation purposes used in discussions with counsel | 16 | 0.90 | $515.00 | $463.50 |
| 1/27/06 | RM | Weekly review, monitor and analyze bond and bank loan market and prices for specific issuer and comparables in the markets for DIP/Exit financing | 16 | 1.20 | $515.00 | $618.00 |
| | | Sub-Total | | 6.70 | | $3,450.50 |

# W.R. Grace

**Schedule A**

## Services Rendered during the Period:  January 1, 2006 through January 31, 2006

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|------|---|---------|-----------|-------|-----------|-------|
| **Michael Berkin - Managing Director** | | | | | | |
| 1/3/06 | MB | Review 12/30/05 Calendar of Critical Events and plan for upcoming events | 26 | 0.50 | $515.00 | $257.50 |
| 1/4/06 | MB | Review open issues and evaluate engagement status in preparation for planning session | 26 | 0.70 | $515.00 | $360.50 |
| 1/5/06 | MB | Participate in planning session to discuss case status and required work | 26 | 0.50 | $515.00 | $257.50 |
| 1/9/06 | MB | Review terms of BASF tender offer for Engelhard in connection with enterprise valuation for Grace | 21 | 1.00 | $515.00 | $515.00 |
| 1/9/06 | MB | Review BASF reports detailing specifics of tender offer for Engelhard | 26 | 2.10 | $515.00 | $1,081.50 |
| 1/9/06 | MB | Review market research and analyst commentary on BASF tender offer for Engelhard | 26 | 1.20 | $515.00 | $618.00 |
| 1/9/06 | MB | Prepare commentary and analysis pertaining to BASF tender offer for Engelhard for ACC counsel | 26 | 2.00 | $515.00 | $1,030.00 |
| 1/9/06 | MB | Review 1/6/06 Calendar of Critical Events and plan for upcoming events | 26 | 0.50 | $515.00 | $257.50 |
| 1/10/06 | MB | Review debtors reply in support of asbestos property damage claims objection in connection with claims assessment and recovery analysis | 16 | 2.00 | $515.00 | $1,030.00 |
| 1/11/06 | MB | Review and analyze proposed stipulation for Port Authority at request of ACC counsel | 26 | 1.70 | $515.00 | $875.50 |
| 1/12/06 | MB | Develop issues for discussion with debtor pertaining to Port Authority stipulation at request of ACC counsel | 26 | 1.30 | $515.00 | $669.50 |
| 1/12/06 | MB | Discuss open issues with ACC counsel | 07 | 0.40 | $515.00 | $206.00 |
| 1/13/06 | MB | Review and analyze Port Authority issue response in connection with assessment of proposed stipulation | 26 | 1.50 | $515.00 | $772.50 |
| 1/16/06 | MB | Review 1/13/06 Calendar of Critical Events and plan for upcoming events | 26 | 0.50 | $515.00 | $257.50 |
| 1/23/06 | MB | Prepare information for ACC counsel pertaining to potential Trust contribution | 26 | 0.90 | $515.00 | $463.50 |
| 1/23/06 | MB | Review 1/20/06 Calendar of Critical Events and plan for upcoming events | 26 | 0.50 | $515.00 | $257.50 |
| 1/24/06 | MB | Review key industry forecasts and economic outlook in connection with assessment of 2006 business operations | 26 | 1.60 | $515.00 | $824.00 |
| 1/24/06 | MB | Review account status, open issues and calendar for engagement status and planning | 26 | 0.50 | $515.00 | $257.50 |
| 1/25/06 | MB | Review analyst and news reports on potential BASF acquisition in connection with debtor valuation | 21 | 1.70 | $515.00 | $875.50 |
| 1/25/06 | MB | Review comparable company operating structure in connection with valuation exercise | 21 | 1.60 | $515.00 | $824.00 |
| 1/30/06 | MB | Review 1/27/06 Calendar of Critical Events and plan for upcoming events | 26 | 0.60 | $515.00 | $309.00 |
| | | Sub-Total | | 23.30 | | $11,999.50 |
| **Susan Plotzky- Managing Director** | | | | | | |
| 1/19/06 | SP | Analyze the previous settlements in connection with the plan of reorganization | 16 | 1.50 | $515.00 | $772.50 |
| 1/19/06 | SP | Preparation of financial analyses related to the plan of reorganization | 16 | 2.30 | $515.00 | $1,184.50 |
| 1/20/06 | SP | Summarize financial analysis with regards to insurance recovery | 26 | 1.00 | $515.00 | $515.00 |
| 1/23/06 | SP | Prepare financial analyses as requested by counsel | 26 | 2.00 | $515.00 | $1,030.00 |
| | | Sub-Total | | 6.80 | | $3,502.00 |

# W.R. Grace

**Schedule A**

## Services Rendered during the Period:  January 1, 2006 through January 31, 2006

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|------|----|---------|-----------|-------|-----------|-------|
| **Peter Rubsam - Managing Director** | | | | | | |
| 1/9/06 | PR | Analyze and review CSFB December 2005 analyst report on BASF potential acquisition of Degussa construction chemical, terms, value and growth for comparable company review | 21 | 1.40 | $515.00 | $721.00 |
| 1/9/06 | PR | Review and research Fitch Ratings January 2005 ratings watch on Engelhard based on the potential takeover by BASF and deal structure for industry review | 26 | 1.10 | $515.00 | $566.50 |
| 1/9/06 | PR | Review and update Engelhard EBITDA and EBIT calculations based on restated YTD financials for valuation as requested by counsel | 21 | 1.60 | $515.00 | $824.00 |
| 1/9/06 | PR | Review and update Engelhard Thomson I/B/E/S projections for 2006 and 2007 and multiples for Engelhard for industry review | 26 | 1.40 | $515.00 | $721.00 |
| 1/10/06 | PR | Review and update WR Grace LTM EBITDA multiples based on revisions for updated valuation | 21 | 1.30 | $515.00 | $669.50 |
| 1/12/06 | PR | Analyze and review CSFB January 2005 equity research on BASF takeover of Engelhard, valuation, financials, terms and other buyers for comparable company review | 21 | 1.60 | $515.00 | $824.00 |
| 1/12/06 | PR | Review and analyze JP Morgan January 2005 equity report on Engelhard, BASF proposed takeover, stock price, valuation, company financials, terms of deal and outlook for comparable company review | 21 | 1.40 | $515.00 | $721.00 |
| 1/17/06 | PR | Review and analyze Oppenheim Research January 2006 analyst report on BASF tender offer to Engelhard, valuation, merger impact, market share, price offering, and estimates for comparable company review | 21 | 1.70 | $515.00 | $875.50 |
| 1/18/06 | PR | Review and analyze Morgan Stanley January 2006 analyst report on Chemical industry outlook, 4Q earnings preview, pricing, profitability and margins for industry review | 21 | 1.90 | $515.00 | $978.50 |
| 1/19/06 | PR | Review and analyze January 2006 PPG 8k on 4th qtr and full year operating results, comparison to 2004, business review, and 2006 outlook for comparable company review | 21 | 1.70 | $515.00 | $875.50 |
| 1/24/06 | PR | Review and analyze Engelhard January 2006 8k on BASF offer, rejection by board, synergies, control premium, and business review for comparable company review | 21 | 1.60 | $515.00 | $824.00 |
| 1/25/06 | PR | Analyze and review Degussa press release on company reorganization and restructuring and sale of chemical business for industry monitoring | 26 | 0.80 | $515.00 | $412.00 |
| 1/27/06 | PR | Review BASF press release on BASF recommendation for new BOD members for Engelhard which was rejected for  comparable company review | 21 | 0.60 | $515.00 | $309.00 |
| 1/31/06 | PR | Analyze and review Albemarle January 2006 8k on 4th qtr and full year operating results, segment review, cash flow and comparison to prior year for comparable company review | 21 | 1.50 | $515.00 | $772.50 |
| 1/31/06 | PR | Review and analyze HB Fuller January 2006 8k on acquisition of Roanoke Companies Group and terms and deal structure for valuation | 21 | 0.70 | $515.00 | $360.50 |
| | | Sub-Total | | 20.30 | | $10,454.50 |
| **Aaron Prills - Senior Manager** | | | | | | |
| 1/5/06 | AP | Reviewed the latest Grace claims recovery schedule to analyze the recoveries of each claimant group and how it compared with the model prepared for the meeting in September. | 16 | 0.70 | $360.00 | $252.00 |
| 1/6/06 | AP | Reviewed Grace's 2005 operating plan to analyze the projected EBIT for each business unit in order to analyze the LTM results for each business unit. | 28 | 0.50 | $360.00 | $180.00 |
| 1/9/06 | AP | Prepared updates to the Grace comparable transaction analysis to analyze the transaction and the impact on the estimated enterprise value for the Company. | 21 | 1.00 | $360.00 | $360.00 |
| 1/18/06 | AP | Reviewed the Grace claims recovery model to analyze the range of liability for the potential environmental claims. | 28 | 0.80 | $360.00 | $288.00 |
| 1/20/06 | AP | Updated the sealed air settlement value analysis to analyze the change in the value of the equity component. | 21 | 0.40 | $360.00 | $144.00 |
| 1/20/06 | AP | Prepared schedule to analyze Grace's YTD performance and the impact of certain items on the company's YTD results. | 26 | 1.10 | $360.00 | $396.00 |

# W.R. Grace

**Schedule A**

## Services Rendered during the Period:  January 1, 2006 through January 31, 2006

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|------|---|---------|-----------|-------|-----------|-------|
| 1/20/06 | AP | Prepared the Grace October monthly operating report review schedules for the consolidated business to analyze the monthly and YTD results. | 26 | 1.30 | $360.00 | $468.00 |
| 1/20/06 | AP | Prepared the October 2005 monthly and year-to-date business line review schedule to analyze margins and year-over-year variances. | 26 | 0.80 | $360.00 | $288.00 |
| 1/20/06 | AP | Reviewed management's notes that accompany the October monthly operating report to analyze any material changes during the month. | 28 | 0.70 | $360.00 | $252.00 |
| 1/20/06 | AP | Prepared the Grace November monthly operating report review  for the consolidated business to analyze the monthly and YTD results. | 26 | 1.50 | $360.00 | $540.00 |
| 1/20/06 | AP | Prepared the November 2005 monthly and YTD review schedule, by business line, to analyze margins and year-over-year variances. | 26 | 0.70 | $360.00 | $252.00 |
| 1/20/06 | AP | Reviewed the notes to the November 2006 monthly operating report to analyze any changes within the company during the month. | 28 | 0.90 | $360.00 | $324.00 |
| 1/20/06 | AP | Prepared schedule to analyze Grace's potential fourth quarter results for each business and how it might compare with the 2005 plan. | 26 | 0.80 | $360.00 | $288.00 |
| 1/23/06 | AP | Prepared updates to the Grace YTD performance schedule to analyze the results versus the full-year plan. | 26 | 0.90 | $360.00 | $324.00 |
| 1/23/06 | AP | Reviewed EPA website regarding information on the expense associated with remediation at certain Grace sites. | 28 | 0.50 | $360.00 | $180.00 |
| 1/24/06 | AP | Reviewed press releases and industry articles regarding the potential Grace comparable transactions to analyze the impact on the company's enterprise value. | 21 | 1.00 | $360.00 | $360.00 |
| 1/24/06 | AP | Reviewed banking analyst reports to analyze the Grace comparable transactions as research regarding the most recent transaction. | 28 | 1.10 | $360.00 | $396.00 |
| 1/25/06 | AP | Reviewed website of company with comparable business to Grace's to analyze the product offering and the similarities of the business units. | 28 | 1.30 | $360.00 | $468.00 |
| 1/25/06 | AP | Reviewed banking analyst reports regarding comparable company for Grace to analyze the marketplace position regarding the company and the potential acquisition of certain assets of the business. | 28 | 1.00 | $360.00 | $360.00 |
| 1/25/06 | AP | Reviewed recent periodicals regarding the proposed chemicals acquisition to analyze the potential sales price for the deal and the assets that are to be included in the deal. | 28 | 0.90 | $360.00 | $324.00 |
| 1/25/06 | AP | Prepared summary of the comparable company's construction chemicals business unit to analyze the financials for the business. | 26 | 1.90 | $360.00 | $684.00 |
| 1/25/06 | AP | Prepared qualitative overview of the comparable company's construction chemicals business to analyze the components of the business. | 26 | 0.90 | $360.00 | $324.00 |
| 1/25/06 | AP | Prepared 2005 year-end projections for the comparable company using the banking analyst reports to analyze the potential sales price of the business. | 26 | 0.80 | $360.00 | $288.00 |
| 1/25/06 | AP | Reviewed management's comments associated with the fourth quarter results press release to analyze the quarter and YTD results of the company. | 28 | 1.00 | $360.00 | $360.00 |
| 1/26/06 | AP | Reviewed the fourth quarter financial statements for Grace to analyze the quarter and full-year results. | 28 | 0.90 | $360.00 | $324.00 |
| 1/26/06 | AP | Prepared schedule to analyze Grace's quarterly EBIT and EBITDA versus the prior year and plan. | 26 | 1.40 | $360.00 | $504.00 |
| 1/26/06 | AP | Prepared schedule to analyze Grace's full-year financials versus prior years and to compare results versus the plan. | 26 | 1.00 | $360.00 | $360.00 |
| 1/26/06 | AP | Reviewed additional materials relating to the Grace Construction Chemicals comparable company to analyze the variance in margins between the businesses. | 28 | 1.30 | $360.00 | $468.00 |
| | | Sub-Total | | 27.10 | | $9,756.00 |

## Cheryl Wright - Senior Manager

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|------|---|---------|-----------|-------|-----------|-------|
| 1/16/06 | CW | Review and analyze 9/30/05 10K for Cabot Corp for use in WR Grace comparable companies valuation | 21 | 3.30 | $360.00 | $1,188.00 |

# W.R. Grace

### Schedule A

**Services Rendered during the Period:  January 1, 2006 through January 31, 2006**

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|------|---|---------|-----------|-------|-----------|-------|
| 1/16/06 | CW | Prepare historical financial statements for Cabot Corp for the LTM ended 09/30/05 for valuation purposes | 21 | 1.10 | $360.00 | $396.00 |
| 1/16/06 | CW | Update WR Grace market multiples for the LTM ended 09/30/05 to include the updated operating data for Cabot Corp | 21 | 0.30 | $360.00 | $108.00 |
| 1/16/06 | CW | Review and analyze WR Grace market multiples, comparing operating data to Reuters financial statements as well as historical financial statements in order to insure accuracy | 21 | 0.60 | $360.00 | $216.00 |
| | | Sub-Total | | 5.30 | | $1,908.00 |

**Dottie-Jo Collins  -  Manager**

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|------|---|---------|-----------|-------|-----------|-------|
| 1/30/06 | DC | Compilation and consolidation of services rendered in the month of January 2006 | 11 | 4.00 | $300.00 | $1,200.00 |
| 1/31/06 | DC | Compilation and consolidation of services rendered in the month of January 2006 | 11 | 3.00 | $300.00 | $900.00 |
| 1/31/06 | DC | Category coding and preparation of January 2006 fee application | 11 | 1.50 | $300.00 | $450.00 |
| | | Sub-Total | | 8.50 | | $2,550.00 |

### TOTAL   Schedule A:            147.30            $69,935.50

# W.R. Grace
### Schedule B

## Services Rendered during the Period:  January 1, 2006 through January 31, 2006

| Date | | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 1/3/06 | LT | Review status of financial analysis requested by ACC and timetable for completion | 07 | 0.80 | $560.00 | $448.00 |
| 1/9/06 | LT | Analysis and comments regarding recent precedent transaction requested by ACC counsel | 07 | 0.60 | $560.00 | $336.00 |
| 1/12/06 | MB | Discuss open issues with ACC counsel | 07 | 0.40 | $515.00 | $206.00 |
| | | **TOTAL  Category 07: Committee, Creditors, Noteholders** | | **1.80** | | **$990.00** |
| 1/20/06 | LT | Review monthly fee application for the month of December 2005 including daily timekeeper entries | 11 | 1.00 | $560.00 | $560.00 |
| 1/30/06 | DC | Compilation and consolidation of services rendered in the month of January 2006 | 11 | 4.00 | $300.00 | $1,200.00 |
| 1/31/06 | DC | Compilation and consolidation of services rendered in the month of January 2006 | 11 | 3.00 | $300.00 | $900.00 |
| 1/31/06 | DC | Category coding and preparation of January 2006 fee application | 11 | 1.50 | $300.00 | $450.00 |
| | | **TOTAL  Category 11: Fee Application-Applicant** | | **9.50** | | **$3,110.00** |
| 1/5/06 | AP | Reviewed the latest Grace claims recovery schedule to analyze the recoveries of each claimant group and how it compared with the model prepared for the meeting in September. | 16 | 0.70 | $360.00 | $252.00 |
| 1/6/06 | RM | Weekly review, monitor and analyze bond and bank loan market and prices for specific issuer and comparables in the markets for DIP/Exit financing | 16 | 1.10 | $515.00 | $566.50 |
| 1/10/06 | MB | Review debtors reply in support of asbestos property damage claims objection in connection with claims assessment and recovery analysis | 16 | 2.00 | $515.00 | $1,030.00 |
| 1/11/06 | RM | Review Loan Pricing Corporation webcast and presentation on 2005 loan and bond markets large corporate for purpose of periodic reports to counsel | 16 | 0.50 | $515.00 | $257.50 |
| 1/13/06 | RM | Weekly review, monitor and analyze bond and bank loan market and prices for specific issuer and comparables in the markets for DIP/Exit financing | 16 | 1.00 | $515.00 | $515.00 |
| 1/19/06 | SP | Analyze the previous settlements in connection with the plan of reorganization | 16 | 1.50 | $515.00 | $772.50 |
| 1/19/06 | SP | Preparation of financial analyses related to the plan of reorganization | 16 | 2.30 | $515.00 | $1,184.50 |
| 1/20/06 | RM | Weekly review, monitor and analyze bond and bank loan market and prices for specific issuer and comparables in the markets for DIP/Exit financing | 16 | 1.00 | $515.00 | $515.00 |
| 1/23/06 | JS | Review, revise estimates of distributable value and claims for recovery analysis at request of counsel (Finch). | 16 | 2.80 | $530.00 | $1,484.00 |
| 1/23/06 | JS | Discuss with Plotzky estimates of distributable value and claims for recovery analysis at request of counsel. | 16 | 0.30 | $530.00 | $159.00 |
| 1/25/06 | JS | Call with counsel re POR and precedent transaction  valuation for revisions to POR. | 16 | 0.30 | $530.00 | $159.00 |
| 1/26/06 | JS | Draft outline for memorandum to ACC counsel for alternative to current POR. | 16 | 1.80 | $530.00 | $954.00 |
| 1/26/06 | RM | Review numerous sources of economic indicators and forecasts as of January 27,2006 | 16 | 0.80 | $515.00 | $412.00 |
| 1/27/06 | RM | Prepare written analysis of Economic forecast as of January 27, 2006 for various valuation purposes used in discussions with counsel | 16 | 0.90 | $515.00 | $463.50 |
| 1/27/06 | RM | Weekly review, monitor and analyze bond and bank loan market and prices for specific issuer and comparables in the markets for DIP/Exit financing | 16 | 1.20 | $515.00 | $618.00 |
| | | **TOTAL  Category 16: POR and Disclosure Statement** | | **18.20** | | **$9,342.50** |
| 1/3/06 | JS | Review, analyze Monthly Operating Report for November 2005 for due diligence and valuation. | 21 | 3.00 | $530.00 | $1,590.00 |
| 1/3/06 | JS | Review recent issues of Chemical Week for market information and outlook for specialty chemicals for due diligence and valuation. | 21 | 2.10 | $530.00 | $1,113.00 |
| 1/3/06 | JS | Review terms of announced BASF bid for Engelhard for precedent transaction analysis for valuation. | 21 | 0.50 | $530.00 | $265.00 |
| 1/4/06 | JS | Further review and analysis of BASF offer for Engelhard, review Engelhard 2004 and LTM operations for precedent transaction analysis for valuation. | 21 | 1.80 | $530.00 | $954.00 |

# W.R. Grace

## Schedule B

**Services Rendered during the Period:  January 1, 2006 through January 31, 2006**

| Date | | Comments | Task Code | Hours | Rate | Total |
|------|----|----------|-----------|-------|------|-------|
| 1/4/06 | JS | Further review and analysis of November 2005 Monthly Operating Report and Year to Date Operating Results for valuation. | 21 | 0.70 | $530.00 | $371.00 |
| 1/9/06 | JS | Review BASF Corporate Financial Presentation for tender offer for Engelhard for precedent transaction analysis for valuation. | 21 | 2.90 | $530.00 | $1,537.00 |
| 1/9/06 | JS | Review 14D filings, Notice of Tender, etc., of BASF for Engelhard for precedent transaction analysis for valuation. | 21 | 2.50 | $530.00 | $1,325.00 |
| 1/9/06 | JS | Review, revise comparable company data on specialty chemical peer group for Engelhard precedent transaction analysis for valuation. | 21 | 2.10 | $530.00 | $1,113.00 |
| 1/9/06 | JS | Discuss with Rubsam comparable company data on specialty chemical peer group for Engelhard precedent transaction analysis for valuation. | 21 | 0.40 | $530.00 | $212.00 |
| 1/9/06 | JS | Review, analyze, revise product review memorandum on Engelhard and Grace for precedent transaction analysis for valuation at request of ACC counsel. | 21 | 1.00 | $530.00 | $530.00 |
| 1/9/06 | JS | Write analysis to ACC counsel re BASF tender offer for Engelhard for valuation at request of ACC counsel. | 21 | 1.60 | $530.00 | $848.00 |
| 1/9/06 | MB | Review terms of BASF tender offer for Engelhard in connection with enterprise valuation for Grace | 21 | 1.00 | $515.00 | $515.00 |
| 1/9/06 | PR | Analyze and review CSFB December 2005 analyst report on BASF potential acquisition of Degussa construction chemical, terms, value and growth for comparable company review | 21 | 1.40 | $515.00 | $721.00 |
| 1/9/06 | PR | Review and update Engelhard EBITDA and EBIT calculations based on restated YTD financials for valuation as requested by counsel | 21 | 1.60 | $515.00 | $824.00 |
| 1/9/06 | AP | Prepared updates to the Grace comparable transaction analysis to analyze the transaction and the impact on the estimated enterprise value for the Company. | 21 | 1.00 | $360.00 | $360.00 |
| 1/10/06 | JS | Discuss analysis to ACC counsel re BASF tender offer for Engelhard with Tersigni and Berkin for valuation at request of ACC counsel | 21 | 0.40 | $530.00 | $212.00 |
| 1/10/06 | JS | Revise analysis to ACC counsel re BASF tender offer for Engelhard for valuation at request of ACC counsel. | 21 | 1.90 | $530.00 | $1,007.00 |
| 1/10/06 | PR | Review and update WR Grace LTM EBITDA multiples based on revisions for updated valuation | 21 | 1.30 | $515.00 | $669.50 |
| 1/12/06 | PR | Analyze and review CSFB January 2005 equity research on BASF takeover of Engelhard, valuation, financials, terms and other buyers for comparable company review | 21 | 1.60 | $515.00 | $824.00 |
| 1/12/06 | PR | Review and analyze JP Morgan January 2005 equity report on Engelhard, BASF proposed takeover, stock price, valuation, company financials, terms of deal and outlook for comparable company review | 21 | 1.40 | $515.00 | $721.00 |
| 1/13/06 | JS | Review, analyze analysts' (JP Morgan, CSFB, et al.) reports analyzing BASF tender offer for Engelhard for precedent transaction analysis for valuation for settlement and POR. | 21 | 1.80 | $530.00 | $954.00 |
| 1/13/06 | JS | Review, analyze "Global Outlook" articles in 1/4-1/11/06 issue of Chemical Week for chemicals and specialty chemicals, markets/demand, costs for valuation for settlement and POR. | 21 | 1.70 | $530.00 | $901.00 |
| 1/16/06 | CW | Review and analyze 9/30/05 10K for Cabot Corp for use in WR Grace comparable companies valuation | 21 | 3.30 | $360.00 | $1,188.00 |
| 1/16/06 | CW | Prepare historical financial statements for Cabot Corp for the LTM ended 09/30/05 for valuation purposes | 21 | 1.10 | $360.00 | $396.00 |
| 1/16/06 | CW | Update WR Grace market multiples for the LTM ended 09/30/05 to include the updated operating data for Cabot Corp | 21 | 0.30 | $360.00 | $108.00 |
| 1/16/06 | CW | Review and analyze WR Grace market multiples, comparing operating data to Reuters financial statements as well as historical financial statements in order to insure accuracy | 21 | 0.60 | $360.00 | $216.00 |
| 1/17/06 | PR | Review and analyze Oppenheim Research January 2006 analyst report on BASF tender offer to Engelhard, valuation, merger impact, market share, price offering, and estimates for comparable company review | 21 | 1.70 | $515.00 | $875.50 |
| 1/18/06 | JS | Review, analyze new financial analysts' reports (Sal.Oppenheim, Bear Stearns) on BASF tender offer for Engelhard for precedent transaction analysis for valuation. | 21 | 1.70 | $530.00 | $901.00 |
| 1/18/06 | PR | Review and analyze Morgan Stanley January 2006 analyst report on Chemical industry outlook, 4Q earnings preview, pricing, profitability and margins for industry review | 21 | 1.90 | $515.00 | $978.50 |

# W.R. Grace

Schedule B

## Services Rendered during the Period:  January 1, 2006 through January 31, 2006

| Date | | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 1/19/06 | PR | Review and analyze January 2006 PPG 8k on 4th qtr and full year operating results, comparison to 2004, business review, and 2006 outlook for comparable company review | 21 | 1.70 | $515.00 | $875.50 |
| 1/20/06 | AP | Updated the sealed air settlement value analysis to analyze the change in the value of the equity component. | 21 | 0.40 | $360.00 | $144.00 |
| 1/24/06 | JS | Review, analyze status of BASF tender offer for Engelhard, Engelhard's rejection of the offer for precedent transaction analysis for valuation. | 21 | 1.20 | $530.00 | $636.00 |
| 1/24/06 | PR | Review and analyze Engelhard January 2006 8k on BASF offer, rejection by board, synergies, control premium, and business review for comparable company review | 21 | 1.60 | $515.00 | $824.00 |
| 1/24/06 | AP | Reviewed press releases and industry articles regarding the potential Grace comparable transactions to analyze the impact on the company's enterprise value. | 21 | 1.00 | $360.00 | $360.00 |
| 1/25/06 | JS | Commence review and analysis of 8K press release of financial report for 2005 for due diligence and valuation. | 21 | 0.70 | $530.00 | $371.00 |
| 1/25/06 | JS | Review report in Chemical Week of planned sale by Degussa AG of its construction chemical business for precedent transaction analysis for valuation. | 21 | 0.90 | $530.00 | $477.00 |
| 1/25/06 | JS | Review Prills' memorandum on Degussa and analyze product line financial information on Grace Performance Chemicals Division for precedent transaction analysis for valuation. | 21 | 1.80 | $530.00 | $954.00 |
| 1/25/06 | MB | Review analyst and news reports on potential BASF acquisition in connection with debtor valuation | 21 | 1.70 | $515.00 | $875.50 |
| 1/25/06 | MB | Review comparable company operating structure in connection with valuation exercise | 21 | 1.60 | $515.00 | $824.00 |
| 1/27/06 | PR | Review BASF press release on BASF recommendation for new BOD members for Engelhard which was rejected for comparable company review | 21 | 0.60 | $515.00 | $309.00 |
| 1/31/06 | PR | Analyze and review Albemarle January 2006 8k on 4th qtr and full year operating results, segment review, cash flow and comparison to prior year for comparable company review | 21 | 1.50 | $515.00 | $772.50 |
| 1/31/06 | PR | Review and analyze HB Fuller January 2006 8k on acquisition of Roanoke Companies Group and terms and deal structure for valuation | 21 | 0.70 | $515.00 | $360.50 |
| | | **TOTAL  Category 21:  Valuation** | | **59.70** | | **$30,012.50** |
| 1/3/06 | MB | Review 12/30/05 Calendar of Critical Events and plan for upcoming events | 26 | 0.50 | $515.00 | $257.50 |
| 1/4/06 | MB | Review open issues and evaluate engagement status in preparation for planning session | 26 | 0.70 | $515.00 | $360.50 |
| 1/5/06 | LT | Review financial analyses in progress and determine timetable for completion | 26 | 0.70 | $560.00 | $392.00 |
| 1/5/06 | JS | Planning meeting with Tersigni for work to be done and assignments. | 26 | 0.90 | $530.00 | $477.00 |
| 1/5/06 | RM | General review and discussion of financial status, financing and Chapter 11 case status | 26 | 0.20 | $515.00 | $103.00 |
| 1/5/06 | MB | Participate in planning session to discuss case status and required work | 26 | 0.50 | $515.00 | $257.50 |
| 1/6/06 | JS | Review Weekly Recommendations from counsel and Court calendar for planning of work and assignments. | 26 | 1.70 | $530.00 | $901.00 |
| 1/9/06 | MB | Review BASF reports detailing specifics of tender offer for Engelhard | 26 | 2.10 | $515.00 | $1,081.50 |
| 1/9/06 | MB | Review market research and analyst commentary on BASF tender offer for Engelhard | 26 | 1.20 | $515.00 | $618.00 |
| 1/9/06 | MB | Prepare commentary and analysis pertaining to BASF tender offer for Engelhard for ACC counsel | 26 | 2.00 | $515.00 | $1,030.00 |
| 1/9/06 | MB | Review 1/6/06 Calendar of Critical Events and plan for upcoming events | 26 | 0.50 | $515.00 | $257.50 |
| 1/9/06 | PR | Review and research Fitch Ratings January 2005 ratings watch on Engelhard based on the potential takeover by BASF and deal structure for industry review | 26 | 1.10 | $515.00 | $566.50 |
| 1/9/06 | PR | Review and update Engelhard Thomson I/B/E/S projections for 2006 and 2007 and multiples for Engelhard for industry review | 26 | 1.40 | $515.00 | $721.00 |
| 1/11/06 | MB | Review and analyze proposed stipulation for Port Authority at request of ACC counsel | 26 | 1.70 | $515.00 | $875.50 |
| 1/12/06 | LT | Review supplement to November 2005 monthly operating report | 26 | 0.30 | $560.00 | $168.00 |

# W.R. Grace

Schedule B

## Services Rendered during the Period:  January 1, 2006 through January 31, 2006

| Date | | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 1/12/06 | JS | Review Revised Order re CMO for Estimation and Extension of Time form Questionnaire Response for planning of work for possible appeal and for mediation and estimation hearings. | 26 | 0.80 | $530.00 | $424.00 |
| 1/12/06 | MB | Develop issues for discussion with debtor pertaining to Port Authority stipulation at request of ACC counsel | 26 | 1.30 | $515.00 | $669.50 |
| 1/13/06 | LT | Review weekly recommendations memorandum from ACC counsel | 26 | 1.00 | $560.00 | $560.00 |
| 1/13/06 | MB | Review and analyze Port Authority issue response in connection with assessment of proposed stipulation | 26 | 1.50 | $515.00 | $772.50 |
| 1/16/06 | MB | Review 1/13/06 Calendar of Critical Events and plan for upcoming events | 26 | 0.50 | $515.00 | $257.50 |
| 1/18/06 | JS | Review Court calendar and recommendations from counsel for planning of work and assignments. | 26 | 1.40 | $530.00 | $742.00 |
| 1/20/06 | SP | Summarize financial analysis with regards to insurance recovery | 26 | 1.00 | $515.00 | $515.00 |
| 1/20/06 | AP | Prepared schedule to analyze Grace's YTD performance and the impact of certain items on the company's YTD results. | 26 | 1.10 | $360.00 | $396.00 |
| 1/20/06 | AP | Prepared the Grace October monthly operating report review schedules for the consolidated business to analyze the monthly and YTD results. | 26 | 1.30 | $360.00 | $468.00 |
| 1/20/06 | AP | Prepared the October 2005 monthly and year-to-date business line review schedule to analyze margins and year-over-year variances. | 26 | 0.80 | $360.00 | $288.00 |
| 1/20/06 | AP | Prepared the Grace November monthly operating report review  for the consolidated business to analyze the monthly and YTD results. | 26 | 1.50 | $360.00 | $540.00 |
| 1/20/06 | AP | Prepared the November 2005 monthly and YTD review schedule, by business line, to analyze margins and year-over-year variances. | 26 | 0.70 | $360.00 | $252.00 |
| 1/20/06 | AP | Prepared schedule to analyze Grace's potential fourth quarter results for each business and how it might compare with the 2005 plan. | 26 | 0.80 | $360.00 | $288.00 |
| 1/23/06 | MB | Prepare information for ACC counsel pertaining to potential Trust contribution | 26 | 0.90 | $515.00 | $463.50 |
| 1/23/06 | MB | Review 1/20/06 Calendar of Critical Events and plan for upcoming events | 26 | 0.50 | $515.00 | $257.50 |
| 1/23/06 | SP | Prepare financial analyses as requested by counsel | 26 | 2.00 | $515.00 | $1,030.00 |
| 1/23/06 | AP | Prepared updates to the Grace YTD performance schedule to analyze the results versus the full-year plan. | 26 | 0.90 | $360.00 | $324.00 |
| 1/24/06 | JS | Review Court calendar and recommendations from counsel, materials on estimation hearings for planning of work and assignments. | 26 | 1.80 | $530.00 | $954.00 |
| 1/24/06 | JS | Review ACC Committee Minutes of 12/16/05 for review and comment at request of counsel. | 26 | 0.60 | $530.00 | $318.00 |
| 1/24/06 | MB | Review key industry forecasts and economic outlook in connection with assessment of 2006 business operations | 26 | 1.60 | $515.00 | $824.00 |
| 1/24/06 | MB | Review account status, open issues and calendar for engagement status and planning | 26 | 0.50 | $515.00 | $257.50 |
| 1/25/06 | PR | Analyze and review Degussa press release on company reorganization and restructuring and sale of chemical business for industry monitoring | 26 | 0.80 | $515.00 | $412.00 |
| 1/25/06 | AP | Prepared summary of the comparable company's construction chemicals business unit to analyze the financials for the business. | 26 | 1.90 | $360.00 | $684.00 |
| 1/25/06 | AP | Prepared qualitative overview of the comparable company's construction chemicals business to analyze the components of the business. | 26 | 0.90 | $360.00 | $324.00 |
| 1/25/06 | AP | Prepared 2005 year-end projections for the comparable company using the banking analyst reports to analyze the potential sales price of the business. | 26 | 0.80 | $360.00 | $288.00 |
| 1/26/06 | AP | Prepared schedule to analyze Grace's quarterly EBIT and EBITDA versus the prior year and plan. | 26 | 1.40 | $360.00 | $504.00 |
| 1/26/06 | AP | Prepared schedule to analyze Grace's full-year financials versus prior years and to compare results versus the plan. | 26 | 1.00 | $360.00 | $360.00 |
| 1/27/06 | LT | Review calendar of upcoming events from ACC counsel | 26 | 1.10 | $560.00 | $616.00 |

# W.R. Grace

Schedule B

## Services Rendered during the Period:  January 1, 2006 through January 31, 2006

| Date | | Comments | Task Code | Hours | Rate | Total |
|------|--|----------|-----------|-------|------|-------|
| 1/30/06 | LT | Review press release and related exhibits re operating results for year end 2005 and fourth quarter | 26 | 0.70 | $560.00 | $392.00 |
| 1/30/06 | MB | Review 1/27/06 Calendar of Critical Events and plan for upcoming events | 26 | 0.60 | $515.00 | $309.00 |
| | | **TOTAL  Category 26:  Business Analysis** | | **47.20** | | **$22,556.50** |
| 1/6/06 | AP | Reviewed Grace's 2005 operating plan to analyze the projected EBIT for each business unit in order to analyze the LTM results for each business unit. | 28 | 0.50 | $360.00 | $180.00 |
| 1/18/06 | AP | Reviewed the Grace claims recovery model to analyze the range of liability for the potential environmental claims. | 28 | 0.80 | $360.00 | $288.00 |
| 1/20/06 | AP | Reviewed management's notes that accompany the October monthly operating report to analyze any material changes during the month. | 28 | 0.70 | $360.00 | $252.00 |
| 1/20/06 | AP | Reviewed the notes to the November 2006 monthly operating report to analyze any changes within the company during the month. | 28 | 0.90 | $360.00 | $324.00 |
| 1/23/06 | AP | Reviewed EPA website regarding information on the expense associated with remediation at certain Grace sites. | 28 | 0.50 | $360.00 | $180.00 |
| 1/24/06 | AP | Reviewed banking analyst reports to analyze the Grace comparable transactions as research regarding the most recent transaction. | 28 | 1.10 | $360.00 | $396.00 |
| 1/25/06 | AP | Reviewed website of company with comparable business to Grace's to analyze the product offering and the similarities of the business units. | 28 | 1.30 | $360.00 | $468.00 |
| 1/25/06 | AP | Reviewed banking analyst reports regarding comparable company for Grace to analyze the marketplace position regarding the company and the potential acquisition of certain assets of the business. | 28 | 1.00 | $360.00 | $360.00 |
| 1/25/06 | AP | Reviewed recent periodicals regarding the proposed chemicals acquisition to analyze the potential sales price for the deal and the assets that are to be included in the deal. | 28 | 0.90 | $360.00 | $324.00 |
| 1/25/06 | AP | Reviewed management's comments associated with the fourth quarter results press release to analyze the quarter and YTD results of the company. | 28 | 1.00 | $360.00 | $360.00 |
| 1/26/06 | AP | Reviewed the fourth quarter financial statements for Grace to analyze the quarter and full-year results. | 28 | 0.90 | $360.00 | $324.00 |
| 1/26/06 | AP | Reviewed additional materials relating to the Grace Construction Chemicals comparable company to analyze the variance in margins between the businesses. | 28 | 1.30 | $360.00 | $468.00 |
| | | **TOTAL  Category 28: Data Analysis** | | **10.90** | | **$3,924.00** |
| | | **TOTAL   Schedule B:** | | **147.30** | | **$69,935.50** |

# W.R. Grace

**Schedule C**

**Summary of Expenses Incurred by L Tersigni Consulting P.C.**
**Accountant and Financial Advisor**

| Descriptions | Amount |
|---|---|
| Telephone | $36.40 |
| Research via ALACRA  1/9/06     1 Report @ $20.00 each | $20.00 |
| Research via PACER  4th Qtr'05 | $32.32 |
| Xerox   ( 281  @ $0.10 per page) | $28.10 |
| **Total Expenses incurred from January 1-31, 2006** | $116.82 |