# EXHIBIT B

**Exhibit B (The "Exhibit") to the** *Notice of Deposition and Subpoena* **is not included herein. This Exhibit can be obtained by contacting Debtors' counsel in writing at Pachulski, Stang, Ziehl, Young, Jones & Weintraub LLP, 919 North Market Street, 16th Floor, P.O. Box 8705, Wilmington, DE 19899-8705.**