## CERTIFICATE OF SERVICE

I, Kristina Bunker, certify that I am not less than 18 years of age, and that service of the foregoing Notice of Intent to Purchase, Acquire or Otherwise Accumulate Equity Securities was caused to be made on March 3, 2006, in the manner indicated upon the entity listed below.

VIA FACSIMILE and U.S. MAIL:

Janet S. Baer, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
Facsimile: (312) 861-2200

March 3, 2006

*Kristina Bunker*

Kristina Bunker
(Non-Attorney)
GOLDBERG, KOHN, BELL, BLACK,
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3700
Chicago, Illinois 60603
(312) 201-4000