IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al., | Case No. 01-01139(JKF) |
| Debtors. | Jointly Administered |

## SUBSTITUTION OF COUNSEL

PLEASE ENTER the appearance of CARMELLA P. KEENER, ESQUIRE, as attorney for CNA Financial Corporation and its subsidiaries in the above captioned matter.

*Carmella P. Keener*
Carmella P. Keener (DSBA No. 2810)
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
*Attorney for CNA Financial Corporation and its subsidiaries*

PLEASE WITHDRAW the appearance of KEVIN GROSS, ESQUIRE as attorney for CNA Financial Corporation and its subsidiaries, who will hereinafter be represented by Ms. Keener, who has entered her appearance.

*Kevin Gross*
Kevin Gross (DSBA No. 209)
Rosenthal, Monhait, Gross & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, Esquire do hereby certify that on this 3rd day of March, 2006, I caused the foregoing Substitution of Counsel to be served in the manner indicated on the below-listed counsel of record:

| **VIA FIRST CLASS MAIL** | **VIA email in PDF format** |
| --- | --- |
| David B. Siegal<br>Senior Vice President<br>General Counsel<br>W.R. Grace & Co.<br>7500 Grace Drive<br>Columbia, MD 21044 | william.sparks@grace.com<br>james_kapp@chicago.kirkland.com<br>dcarickhoff@pszyj.com<br>syoder@bayardfirm.com<br>mlastowski@duanemorris.com<br>jsakalo@bilzin.com<br>ttacconelli@ferryjoseph.com |
| Warren H. Smith<br>Warren H. Smith and Associates<br>Republic Center<br>325 N. St. Paul, Suite 4080<br>Dallas, TX 75201 | pvnl@capdale.com<br>mhurford@del.camlev.com<br>pbentley@kramerlevin.com<br>currier@klettrooney.com<br>brost@klettrooney.com<br>david.heller@lw.com<br>carol.hennessey@lw.com |
| Office of the United States Trustee<br>844 King Street, Suite 2311<br>Wilmington, DE 19801 | |
| Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801 | |

_Carmella P. Keener_
Carmella P. Keener (DSBA No. 2810)