IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Objection Deadline: March 26, 2006 at 4:00p.m. |
| ) | Hearing: Schedule if Necessary (Negative Notice) |

**COVER SHEET TO TWENTY-FIRST MONTHLY INTERIM APPLICATION OF
SWIDLER BERLIN LLP, BANKRUPTCY COUNSEL
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
JANUARY 1, 2006 THROUGH FEBRUARY 5, 2006**

| | |
|---|---|
| Name of Applicant: | Swidler Berlin LLP ("Swidler") |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | Swidler Retention Order entered September 27, 2004 |
| Period for which compensation is sought: | January 1, 2006 through February 5, 2006[1] |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $20,998.50 |
| 80% of fees to be paid: | $16,798.80[2] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 3,483.45 |
| Total Fees @ 80% and 100% | |

---

[1] The Swidler lawyers responsible for this representation have withdrawn from Swidler, and as of February 6, 2006 joined Orrick, Herrington & Sutcliffe LLP ("Orrick"). I understand that the FCR is filing an application to employ Orrick as his bankruptcy counsel. Swidler is filing a motion to leave to withdraw counsel for FCR as of February 5, 2006.

[2] Pursuant to the Administrative Order entered March 17, 2003, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses.

Expenses:                              $20,282.25

This is an:     ___ interim     _X_ monthly     ___ final application.

    The total time expended for fee application preparation during this time period is 10.20 hours and the corresponding fees are $1,868.00 and $1,021.91 in expenses for Swidler's fee applications and 7.9 hours and $929.00 in fees and $452.65 in expenses for the FCR and/or is other professional's fee applications. Any additional time spent for this matter will be requested in subsequent monthly interim applications.

    This is Swidler's twenty-first interim fee application for the period January 1, 2006-February 5, 2006. Swidler has previously filed the following fee applications in the case this year:

- Twentieth interim fee application for the period December 1-31, 2005 in the amount of $56,789.40 (80% of $76,812.84) in fees and expenses of $5,826.09
- Nineteenth interim fee application for the period November 1-30, 2005 in the amount of $70,115.20 (80% of $87,644.00) in fees and expenses of $7,031.68
- Eighteenth interim fee application for the period October 1-31, 2005 in the amount of $30,216.00 (80% of $37,770.00) in fees and expenses of $2,719.36
- Seventeenth interim fee application for the period September 1-30, 2005 in the amount of $11,134.60 (80% of $13,918.25) in fees and expenses of $288.43
- Sixteenth interim fee application for the period August 1-31, 2005 in the amount of $81,593.60 (80% of $101,992.00) in fees and expenses of $249.19
- Fifteenth interim fee application for the period July 1-31, 2005 in the amount of $82,748.00 (80% of $103,435.00) in fees and expenses of $9,524.96
- Fourteenth interim fee application for the period June 1-30, 2005 in the amount of $81,593.60 (80% of $101,992.00) in fees and expenses of $249.19
- Thirteenth interim fee application for the period May 1-31, 2005 in the amount of $53,489.60 (80% of $66,862.00) in fees and expenses of $852.77
- Twelfth interim fee application for the period April 1-30, 2005 in the amount of $21,802.60 (80% of $27,253.25) in fees, expenses of $1,560.48
- Eleventh interim fee application for the period March 1-31, 2005 in the amount of $67,870.00 (80% of $54,296.00) in fees, expenses of $4,114.49
- Tenth interim fee application for the period February 1-28, 2005 in the amount of $92,370.80 (80% of $115,463.50) in fees, expenses of $2,097.16
- Ninth interim fee application for the period January 1-31, 2005 in the amount of $50,702.60 (80% of $63,378.25) in fees, expenses of $7,490.31

    To date, Swidler has received payments from the Debtors during this year in the following amounts:

- $157,379.89 representing 80% of fees and expenses for November and December 2004

- $58,642.05 representing 20% holdback on fees for the time period October through December 2004
- $58,192.91 representing 80% of fees and 100% expenses for January 2005
- $94,467.96 representing 80% of fees and 100% expenses for February 2005
- $58,410.49 representing 80% of fees and 100% expenses for March 2005
- $23,363.08 representing 80% of fees and 100% expenses for April 2005
- $54,342.37 representing 80% of fees and 100% expenses for May 2005
- $81,842.79 representing 80% of fees and 100% expenses for June 2005
- $39,221.45 representing 20% holdback on fees for the time period April-June 2005
- $138,813.93 representing 80% of fees and 100% of expenses July-September 2005
- $32,935.36 representing 80% of fees and 100% of expenses October 2005

## COMPENSATION SUMMARY

### JANUARY 1, 2006-FEBRUARY 5, 2006

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Roger Frankel | Partner, 23 years in position; 35 years relevant experience; 1971, Bankruptcy | $725 | .6 | $435.00 |
| Richard H. Wyron | Partner, 17 years in position; 27 years relevant experience; 1979, Bankruptcy | $625 | 9.2 | $5,750.00 |
| Julie A. Weisman | Of Counsel, 11 years in position; 24 years relevant experience; 1982, Environmental | $430 | 4.8 | $2,064.00 |
| Debra L. Felder | Associate, 4 years in position; 4 years relevant experience; 2002, Bankruptcy | $295 | 23.9 | $7,050.50 |
| Rachael M. Barainca | Legal Assistant | $110 | 22.6 | $2,486.00 |
| Debra O. Fullem | Senior Legal Assistant | $210 | 15.3 | $3,213.00 |
| Total | | | 76.4 | $20,998.50 |
| Blended Rate: $274.8 | | | | |

## COMPENSATION BY PROJECT CATEGORY

### JANUARY 1, 2006-FEBRUARY 5, 2006

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 13.50 | $2,225.00 |
| Compensation of Professionals-Swidler | 10.20 | $1,868.00 |
| Compensation of Professionals-Other | 7.90 | $929.00 |
| Litigation | 31.20 | $12,755.00 |
| Retention of Professionals-Other | 13.60 | $3,221.50 |
| TOTAL | 76.40 | $20,998.50 |

## EXPENSE SUMMARY

### JANUARY 1, 2006-FEBRUARY 5, 2006

| Expense Category | Total |
|---|---|
| Photocopying/Printing | $1,117.76 |
| Postage/Federal Express/Courier Fees | $869.06 |
| Phone | $0.97 |
| Computerized Legal Research | $1427.66 |
| Meal Charges | $37.40 |
| Ground Transportation/Taxis/Tolls | $21.00 |
| Secretarial/Staff Overtime | $9.60 |
| TOTAL | $3,483.45 |

Respectfully submitted,

SWIDLER BERLIN LLP

Dated: February 28, 2006

Warren Anthony Fitch
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7500