# EXHIBIT A

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

CLIENT/CASE: 25369.0001

INVOICE DATE: 02/15/06
INVOICE NUMBER: 298740

RE: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 3, 2006

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 01/03/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.20 |
| 01/03/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.10 |
| 01/03/06 | Debra L. Felder | Review docket and recently filed pleadings and update calendar of hearings and deadlines. | 0.50 |
| 01/04/06 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.10 |
| 01/04/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.10 |
| 01/05/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.20 |
| 01/05/06 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.30 |
| 01/06/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.20 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co.)
02/15/06
Page 2

CLIENT:  25369
MATTER: .0001
INVOICE: 298740

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 01/09/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.20 |
| 01/09/06 | Debra L. Felder | Review docket and pleadings and update calendar of hearings and deadlines. | 0.30 |
| 01/10/06 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.10 |
| 01/10/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.20 |
| 01/11/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.20 |
| 01/11/06 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.20 |
| 01/13/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.20 |
| 01/13/06 | Rachael M. Barainca | Update pleadings files. | 1.50 |
| 01/17/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.30 |
| 01/17/06 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.40 |
| 01/18/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.30 |
| 01/18/06 | Rachael M. Barainca | Update pleadings files. | 3.50 |
| 01/19/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.20 |
| 01/19/06 | Debra L. Felder | Review docket and recently filed pleadings and update calendar of hearings and deadlines. | 0.80 |
| 01/20/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.20 |
| 01/23/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.20 |
| 01/24/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.20 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)                                    CLIENT:  25369
02/15/06                                                                      MATTER: .0001
Page 3                                                                        INVOICE: 298740

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 01/24/06 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.40 |
| 01/26/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.20 |
| 01/27/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.20 |
| 01/30/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.20 |
| 01/31/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.20 |
| 02/01/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.30 |
| 02/02/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.20 |
| 02/02/06 | Debra L. Felder | Review docket and recently filed pleadings and update calendar of hearings and deadlines. | 0.90 |
| 02/03/06 | Rachael M. Barainca | Review Court docket, download documents and distribute. | 0.20 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Debra L. Felder | $295.00 | 4.00 | $1,180.00 |
| Rachael M. Barainca | $110.00 | 9.50 | $1,045.00 |
| **TOTAL HOURS & FEES** | | **13.50** | **$2,225.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 63.30 |
| Telephone | 0.85 |
| Postage | 0.78 |
| Westlaw Legal Research | 35.94 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
02/15/06
Page 4

CLIENT:  25369
MATTER: .0001
INVOICE: 298740

| OTHER CHARGES | AMOUNT |
|---|---|
| DC Secretarial/Staff Overtime | 9.60 |
| Computerized Legal Research | 1,073.44 |
| **TOTAL OTHER CHARGES** | **$1,183.91** |

**CURRENT INVOICE DUE**..............................................................**$3,408.91**

PREVIOUS BALANCE  (Breakdown attached if applicable)...............................................$6,732.26

**TOTAL AMOUNT DUE**..............................................................**$10,141.17**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO: 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0001

INVOICE DATE: 02/15/06
INVOICE NUMBER: 298740

## INVOICE SUMMARY

TOTAL FEES.................................................................................$2,225.00

TOTAL OTHER CHARGES .................................................$1,183.91

**TOTAL AMOUNT DUE** ...............................................................**$3,408.91**

_REMITTANCE INFORMATION:_

**U.S. Mail:**

Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**

| | |
|---|---|
| Name of Bank: | Wachovia Bank, N.A. Washington, DC |
| Account Title: | Swidler Berlin LLP |
| Account No.: | 2000024531692 |
| ABA Routing No.: | 054001220 |

**International Electronic Funds Transfer:**

| | |
|---|---|
| Name of Bank: | Wachovia Bank, N.A. Washington, DC |
| Account Title: | Swidler Berlin LLP |
| Account No.: | 2000024531692 |
| Swift Code: | PNBPUS33 |
| CHIPS: | 0509 |
| ABA Routing No.: | 026005092 |

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0001

INVOICE DATE: 02/15/06
INVOICE NUMBER: 298740

## PREVIOUS BALANCE BREAKDOWN

| Inv. Date | Inv. No. | Invoice Amount | Credits | Balance |
|---|---|---|---|---|
| 01/27/06 | 297995 | $2,950.70 | $0.00 | $2,950.70 |
| 08/19/05 | 290908 | $4,165.21 | ($3,628.21) | $537.00 |
| 09/30/05 | 293043 | $3,729.54 | ($3,328.84) | $400.70 |
| 10/21/05 | 293538 | $2,127.75 | ($1,704.15) | $423.60 |
| 11/28/05 | 295213 | $3,496.34 | ($2,997.44) | $498.90 |
| 12/20/05 | 296369 | $1,921.36 | $0.00 | $1,921.36 |
| Total | | $18,390.90 | ($11,658.64) | $6,732.26 |

REMITTANCE INFORMATION:

U.S. Mail:
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

U.S. Electronic Funds Transfer:
Name of Bank:        Wachovia Bank, N.A. Washington, DC
Account Title:       Swidler Berlin LLP
Account No.:         2000024531692
ABA Routing No.:     054001220

International Electronic Funds Transfer:
Name of Bank:        Wachovia Bank, N.A. Washington, DC
Account Title:       Swidler Berlin LLP
Account No.:         2000024531692
Swift Code:          PNBPUS33
CHIPS:               0509
ABA Routing No.:     026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 02/15/06
INVOICE NUMBER: 298741

CLIENT/CASE: 25369.0007

RE: Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY, 2006

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 01/03/06 | Debra L. Felder | Review letter from B. Harding and prepare response (.7); begin reviewing December 19, 2005 hearing transcript (1.0). | 1.70 |
| 01/04/06 | Debra L. Felder | Continue drafting response letter to B. Harding (.3); review CMO and order amending same (.2); conference call regarding CMO with R. Wyron, B. Harding and N. Finch and follow-up conference with R. Wyron regarding same (.4). | 0.90 |
| 01/04/06 | Richard H. Wyron | Call on discovery and PI CMO, and follow-up notes and emails. | 0.80 |
| 01/05/06 | Richard H. Wyron | Review stipulation regarding G-1 Holdings claim and respond. | 0.30 |
| 01/05/06 | Debra L. Felder | Review BDM's Motion for Order Modifying Automatic Stay (.5); review Debtors' motion to strike or compel full disclosure of PD Committee's Phase I Fact Witnesses (.5); prepare email summary to R. Wyron regarding same (.6); conference with R. Wyron regarding upcoming deadlines and status (.2). | 1.80 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)                                 CLIENT:  25369
02/15/06                                                                                              MATTER: .0007
Page 2                                                                                                INVOICE: 298741

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 01/06/06 | Debra L. Felder | Review stipulation regarding expert discovery and prepare for call with P. Brooks (.3); review Debtors' amended CMO and prepare chart and email to R. Frankel and R. Wyron (1.6). | 1.90 |
| 01/06/06 | Richard H. Wyron | Review draft CMO. | 0.20 |
| 01/08/06 | Richard H. Wyron | Review CMO proposal and D. Felder's analysis (.7); draft email response on open issues (.4); review proposed stipulation from J. Baer on Smolher, G-1 and Port Authority matters (.6). | 1.70 |
| 01/09/06 | Debra L. Felder | Review Debtors' amended CMO and email from R. Wyron regarding same (.3); telephone conference with J. Biggs regarding same (.1); telephone conference with J. Liesemer regarding same (.1); telephone conference with vendor regarding status of document production (.1); emails to D. Smith and J. Liesemer regarding same (.1); telephone conference with P. Brooks regarding stipulation on expert discovery (.2). | 0.90 |
| 01/10/06 | Debra L. Felder | Review order regarding compensation for mediator. | 0.10 |
| 01/10/06 | Julie A. Weisman | Conference with R. Wyron regarding stipulation (.2); review same and draft comments regarding same (.6); review additional materials from R. Wyron (.5); conferences with B. Emmett regarding same (.2); review additional materials from B. Emmett (.5). | 2.00 |
| 01/11/06 | Julie A. Weisman | Draft revisions to stipulation; draft note to R. Wyron regarding same; draft memorandum to B. Emmett regarding same. | 1.00 |
| 01/11/06 | Rachael M. Barainca | Determine the bar date for Proofs of Claim in the G-1 Holdings case. | 1.10 |
| 01/11/06 | Rachael M. Barainca | Meet with D. Felder to determine if the bar date has been set to file Proofs of Claim in the G-1 Holdings case. | 0.30 |
| 01/11/06 | Debra L. Felder | Conference with R. Barainca and review docket regarding bar date for GI Holdings. | 0.90 |
| 01/12/06 | Debra L. Felder | Telephone conference with Debtors and others regarding A. Harron's deposition. | 0.50 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
02/15/06
Page 3

CLIENT: 25369
MATTER: .0007
INVOICE: 298741

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 01/12/06 | Julie A. Weisman | Review comments from unsecured creditors; conference with B. Emmett regarding same; correspond with R. Wyron regarding same. | 0.50 |
| 01/12/06 | Richard H. Wyron | Meet with discovery mediator. | 1.80 |
| 01/13/06 | Richard H. Wyron | Review information on Bayonne claim and follow-up. | 0.80 |
| 01/13/06 | Julie A. Weisman | Review order from court re removing case; send note to R. Wyron re same | 0.80 |
| 01/13/06 | Julie A. Weisman | Review revised stipulation; correspond with R. Wyron re same | 0.20 |
| 01/17/06 | Debra L. Felder | Review Debtors' amended PI CMO (.8); review stipulation of dismissal and email to R. Wyron regarding same (1.0). | 1.80 |
| 01/18/06 | Debra L. Felder | Conference call with B. Harding, N. Finch and R. Wyron regarding revisions to PI CMO. | 0.20 |
| 01/18/06 | Richard H. Wyron | Follow-up call on PI CMO and notes regarding same. | 0.70 |
| 01/19/06 | Debra L. Felder | Review Debtors' motions to expand scope of employment of Steptoe & Johnson and Baker, Donelson, et al., brief describing the purpose that publication notice served in the Debtors' bar date notice program and notice of settlement (1.6); prepare email summary to R. Wyron regarding same (.4). | 2.00 |
| 01/22/06 | Richard H. Wyron | Review Grace's brief on PD claims notice program (.3); review PD hearing agenda (.2). | 0.50 |
| 01/24/06 | Richard H. Wyron | Review docket entries and agendas for upcoming hearings (.4); review bar date notice pleading (.2). | 0.60 |
| 01/25/06 | Debra L. Felder | Review certification of counsel and revised PI CMO and email to R. Wyron regarding same. | 0.30 |
| 01/26/06 | Julie A. Weisman | Review most recent enviromental finding on Bayonne property and transmit same to R. Wyron. | 0.30 |
| 01/30/06 | Debra L. Felder | Conference call with B. Harding, N. Finch and R. Wyron regarding estimation hearing discovery (.5); telephonic participation in omnibus hearing (.9). | 1.40 |
| 01/31/06 | Richard H. Wyron | Review emails on document production. | 0.30 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)  
02/15/06  
Page 4

CLIENT:  25369  
MATTER: .0007  
INVOICE: 298741

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 01/31/06 | Roger L. Frankel | Teleconference with D. Bernick regarding plan, exclusivity issues; teleconference with D. Austern regarding same. | 0.60 |
| 02/01/06 | Richard H. Wyron | Calls to and from N. Finch and B. Harding (.2); review plan term sheet draft (.6); call to CIBC and follow-up (.3). | 1.10 |
| 02/02/06 | Debra L. Felder | Review amended PI CMO and emails to R. Wyron regarding same (.3); review email from A. Besta regarding Rust Consulting protocols (.9). | 1.20 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $725.00 | 0.60 | $435.00 |
| Richard H. Wyron | $625.00 | 8.80 | $5,500.00 |
| Julie A. Weisman | $430.00 | 4.80 | $2,064.00 |
| Debra L. Felder | $295.00 | 15.60 | $4,602.00 |
| Rachael M. Barainca | $110.00 | 1.40 | $154.00 |
| **TOTAL HOURS & FEES** | | **31.20** | **$12,755.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 5.10 |
| Westlaw Legal Research | 232.12 |
| Delivery Service | 41.40 |
| Ground Transportation | 21.00 |
| Meal Charges | 37.40 |
| Outside Photocopying | 484.76 |
| **TOTAL OTHER CHARGES** | **$821.78** |

**CURRENT INVOICE DUE**...................................................................**$13,576.78**

PREVIOUS BALANCE  (Breakdown attached if applicable)......................................................$174,670.83

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)                    CLIENT:  25369
02/15/06                                                     MATTER: .0007
Page 5                                                       INVOICE: 298741


**TOTAL AMOUNT DUE**..................,,..............................................**$188,247.61**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0007

INVOICE DATE: 02/15/06
INVOICE NUMBER: 298741

## INVOICE SUMMARY

TOTAL FEES.................................................................................$12,755.00

TOTAL OTHER CHARGES ...............................................................$821.78

**TOTAL AMOUNT DUE** ...............................................................**$13,576.78**

***REMITTANCE INFORMATION:***

| U.S. Mail: | U.S. Electronic Funds Transfer: | | International Electronic Funds Transfer: | |
|---|---|---|---|---|
| Swidler Berlin LLP | Name of Bank: | Wachovia Bank, N.A. Washington, DC | Name of Bank: | Wachovia Bank, N.A. Washington, DC |
| Attn: Accounting Department | Account Title: | Swidler Berlin LLP | Account Title: | Swidler Berlin LLP |
| P.O. Box 3766 | Account No.: | 2000024531692 | Account No.: | 2000024531692 |
| Washington, DC 20027-3766 | ABA Routing No.: | 054001220 | Swift Code: | PNBPUS33 |
| | | | CHIPS: | 0509. |
| | | | ABA Routing No.: | 026005092 |

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0007

INVOICE DATE: 02/15/06
INVOICE NUMBER: 298741

## PREVIOUS BALANCE BREAKDOWN

| Inv. Date | Inv. No. | Invoice Amount | Credits | Balance |
|-----------|----------|----------------|---------|---------|
| 01/27/06 | 297996 | $60,416.70 | $0.00 | $60,416.70 |
| 08/19/05 | 290910 | $104,826.98 | ($85,450.98) | $19,376.00 |
| 09/30/05 | 293044 | $34,071.43 | ($27,560.13) | $6,511.30 |
| 10/21/05 | 293539 | $8,732.65 | ($7,031.05) | $1,701.60 |
| 11/28/05 | 295215 | $32,439.76 | ($26,254.06) | $6,185.70 |
| 12/20/05 | 296370 | $80,479.53 | $0.00 | $80,479.53 |
| **Total** | | **$320,967.05** | **($146,296.22)** | **$174,670.83** |

***REMITTANCE INFORMATION:***

**U.S. Mail:**

Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**

Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:      Swidler Berlin LLP
Account No.:        2000024531692
ABA Routing No.:   054001220

**International Electronic Funds Transfer:**

Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:      Swidler Berlin LLP
Account No.:        2000024531692
Swift Code:        PNBPUS33
CHIPS:             0509
ABA Routing No.:   026005092

*Please Note Our Reference and Invoice Numbers When Making Payment*

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

CLIENT/CASE: 25369.0010

INVOICE DATE: 02/15/06
INVOICE NUMBER: 298738

RE: Retention of Professionals--Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 3, 2006

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 01/24/06 | Debra O. Fullem | Review and revise draft application to employ. | 2.50 |
| 01/26/06 | Debra O. Fullem | Confer with R. Wyron and R. Barainca regarding conflict lists. | 0.20 |
| 01/27/06 | Debra O. Fullem | Work on conflict lists. | 1.00 |
| 01/29/06 | Debra O. Fullem | Work on updating conflict lists. | 1.00 |
| 01/30/06 | Debra O. Fullem | Work on updating conflict lists. | 1.60 |
| 01/30/06 | Debra L. Felder | Conference with R. Wyron regarding application to employ bankruptcy counsel (.1); review previous application and begin drafting same (3.0). | 3.10 |
| 01/31/06 | Debra L. Felder | Conference with R. Wyron regarding revised application to employ bankruptcy counsel and prepare declaration and application regarding same. | 1.20 |
| 01/31/06 | Debra O. Fullem | Work on updating conflict lists. | 3.00 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
02/15/06
Page 2

CLIENT:  25369
MATTER: .0010
INVOICE: 298738

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Debra L. Felder | $295.00 | 4.30 | $1,268.50 |
| Debra O. Fullem | $210.00 | 9.30 | $1,953.00 |
| **TOTAL HOURS & FEES** | | **13.60** | **$3,221.50** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Computerized Legal Research | 3.20 |
| **TOTAL OTHER CHARGES** | **$3.20** |

**CURRENT INVOICE DUE**.................................................................$3,224.70

PREVIOUS BALANCE  (Breakdown attached if applicable).................................................$2,102.00

**TOTAL AMOUNT DUE**.................................................................$5,326.70

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0010

INVOICE DATE: 02/15/06
INVOICE NUMBER: 298738

## INVOICE SUMMARY

TOTAL FEES.................................................................................$3,221.50

TOTAL OTHER CHARGES .........................................................$3.20

**TOTAL AMOUNT DUE** ..........................................................**$3,224.70**

***REMITTANCE INFORMATION:***

| U.S. Mail: | U.S. Electronic Funds Transfer: | | International Electronic Funds Transfer: | |
| --- | --- | --- | --- | --- |
| Swidler Berlin LLP | Name of Bank: | Wachovia Bank, N.A. Washington, DC | Name of Bank: | Wachovia Bank, N.A. Washington, DC |
| Attn: Accounting Department | Account Title: | Swidler Berlin LLP | Account Title: | Swidler Berlin LLP |
| P.O. Box 3766 | Account No.: | 2000024531692 | Account No.: | 2000024531692 |
| Washington, DC 20027-3766 | ABA Routing No.: | 054001220 | Swift Code: | PNBPUS33 |
| | | | CHIPS: | 0509 |
| | | | ABA Routing No.: | 026005092 |

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0010

INVOICE DATE: 02/15/06
INVOICE NUMBER: 298738

## PREVIOUS BALANCE BREAKDOWN

| Inv. Date | Inv. No. | Invoice Amount | Credits | Balance |
|-----------|----------|----------------|---------|---------|
| 01/27/06 | 297998 | $127.50 | $0.00 | $127.50 |
| 12/20/05 | 296372 | $1,974.50 | $0.00 | $1,974.50 |
| **Total** | | **$2,102.00** | **$0.00** | **$2,102.00** |

**_REMITTANCE INFORMATION:_**

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**
Name of Bank:     Wachovia Bank, N.A. Washington, DC
Account Title:     Swidler Berlin LLP
Account No.:      2000024531692
ABA Routing No.:  054001220

**International Electronic Funds Transfer:**
Name of Bank:     Wachovia Bank, N.A. Washington, DC
Account Title:     Swidler Berlin LLP
Account No.:      2000024531692
Swift Code:       PNBPUS33
CHIPS:            0509
ABA Routing No.:  026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 02/15/06
INVOICE NUMBER: 298742

CLIENT/CASE: 25369.0011

RE: Compensation of Professionals--Swidler

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 3, 2006

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 01/03/06 | Debra O. Fullem | Prepare list of payments received from 11/30-12/31. | 0.50 |
| 01/05/06 | Debra O. Fullem | Confer with R. Wyron regarding status of fee applications, timing of finalizing and filing. | 0.20 |
| 01/05/06 | Debra O. Fullem | Review fee summary spreadsheet. | 0.20 |
| 01/06/06 | Debra O. Fullem | Confer with R. Barainca regarding service list for fee application. | 0.50 |
| 01/09/06 | Debra O. Fullem | Prepare November fee application. | 1.00 |
| 01/09/06 | Debra O. Fullem | Review and respond to email from accounting regarding status of payment for October invoices. | 0.20 |
| 01/10/06 | Debra O. Fullem | Revise and print Swidler's November fee application; obtain R. Frankel's signature; coordinate filing and serving of Swidler's November fee application. | 0.50 |
| 01/13/06 | Debra O. Fullem | Prepare email to R. Wyron regarding status of filing of fee application and correction to litigation time entry; review and respond to email from R. Wyron regarding same. | 0.30 |
| 01/19/06 | Debra O. Fullem | Review December prebills. | 0.50 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
02/15/06
Page 2

CLIENT: 25369
MATTER: .0011
INVOICE: 298742

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 01/22/06 | Richard H. Wyron | Review December pre-bill and provide comments. | 0.40 |
| 01/24/06 | Debra O. Fullem | Review status of October payment; follow up with accounting department. | 0.20 |
| 01/26/06 | Debra O. Fullem | Finalize and assemble sixth quarterly fee application. | 1.00 |
| 01/31/06 | Rachael M. Barainca | Prepare December 2005 Fee Application. | 0.50 |
| 01/31/06 | Debra O. Fullem | Confer with R. Barainca regarding preparation of December fee application. | 0.20 |
| 02/01/06 | Rachael M. Barainca | Prepare the Twentieth Monthly Interim Application of Swidler Berlin LLP. | 2.00 |
| 02/01/06 | Debra O. Fullem | Telephone call from R. Barainca regarding questions on fee application filing for December time period. | 0.10 |
| 02/02/06 | Rachael M. Barainca | Revise the Twentieth Monthly Interim Application of Swidler Berlin LLP. | 1.90 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Richard H. Wyron | $625.00 | 0.40 | $250.00 |
| Rachael M. Barainca | $110.00 | 4.40 | $484.00 |
| Debra O. Fullem | $210.00 | 5.40 | $1,134.00 |
| **TOTAL HOURS & FEES** | | **10.20** | **$1,868.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 433.35 |
| Postage | 468.84 |
| Federal Express | 119.72 |
| **TOTAL OTHER CHARGES** | **$1,021.91** |

**CURRENT INVOICE DUE**................................................................**$2,889.91**

PREVIOUS BALANCE  (Breakdown attached if applicable)...................................$7,043.81

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)                    CLIENT:  25369
02/15/06                                                     MATTER: .0011
Page 3                                                       INVOICE: 298742

**TOTAL AMOUNT DUE**...................................................................**$9,933.72**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0011

INVOICE DATE: 02/15/06
INVOICE NUMBER: 298742

## INVOICE SUMMARY

TOTAL FEES.................................................................................................................$1,868.00

TOTAL OTHER CHARGES ...........................................................................................$1,021.91

**TOTAL AMOUNT DUE** ...........................................................................................**$2,889.91**

**REMITTANCE INFORMATION:**

<u>U.S. Mail:</u>

Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

<u>U.S. Electronic Funds Transfer:</u>

Name of Bank:     Wachovia Bank, N.A. Washington, DC
Account Title:     Swidler Berlin LLP
Account No.:       2000024531692
ABA Routing No.:   054001220

<u>International Electronic Funds Transfer:</u>

Name of Bank:     Wachovia Bank, N.A. Washington, DC
Account Title:     Swidler Berlin LLP
Account No.:       2000024531692
Swift Code:        PNBPUS33
CHIPS:             0509
ABA Routing No.:   026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0011

INVOICE DATE: 02/15/06
INVOICE NUMBER: 298742

## PREVIOUS BALANCE BREAKDOWN

| Inv. Date | Inv. No. | Invoice Amount | Credits | Balance |
|-----------|----------|----------------|---------|---------|
| 01/27/06 | 297999 | $1,782.91 | $0.00 | $1,782.91 |
| 08/19/05 | 290912 | $1,459.62 | ($1,186.62) | $273.00 |
| 09/30/05 | 293045 | $3,535.03 | ($2,842.93) | $692.10 |
| 10/21/05 | 293541 | $1,609.48 | ($1,289.78) | $319.70 |
| 11/28/05 | 295217 | $2,887.76 | ($2,349.06) | $538.70 |
| 12/20/05 | 296373 | $3,437.40 | $0.00 | $3,437.40 |
| **Total** | | **$14,712.20** | **($7,668.39)** | **$7,043.81** |

*REMITTANCE INFORMATION:*

**U.S. Mail:**

Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**

| | |
|---|---|
| Name of Bank: | Wachovia Bank, N.A. Washington, DC |
| Account Title: | Swidler Berlin LLP |
| Account No.: | 2000024531692 |
| ABA Routing No.: | 054001220 |

**International Electronic Funds Transfer:**

| | |
|---|---|
| Name of Bank: | Wachovia Bank, N.A. Washington, DC |
| Account Title: | Swidler Berlin LLP |
| Account No.: | 2000024531692 |
| Swift Code: | PNBPUS33 |
| CHIPS: | 0509 |
| ABA Routing No.: | 026005092 |

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

<table>
<tr><td>

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

</td><td>

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

</td></tr>
</table>

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

CLIENT/CASE: 25369.0012

INVOICE DATE: 02/15/06
INVOICE NUMBER: 298739

RE:  Compensation of Professionals--Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 3, 2006

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 01/03/06 | Rachael M. Barainca | Revise Tillinghast Monthly Fee Applications. | 1.00 |
| 01/03/06 | Rachael M. Barainca | Prepare Tillinghast Monthly Fee Applications for filing. | 1.00 |
| 01/05/06 | Rachael M. Barainca | Prepare Tillinghast Fee Applications to be filed. | 0.80 |
| 01/05/06 | Debra O. Fullem | Confer with R. Barainca regarding Tillinghast fee application filings and exhibits to be corrected. | 0.20 |
| 01/05/06 | Debra O. Fullem | Email to T. Patterson and J. Phillips regarding filing of Tillinghast fee applications. | 0.20 |
| 01/06/06 | Rachael M. Barainca | Prepare Tillinghast Fee Applications to be filed. | 0.80 |
| 01/10/06 | Rachael M. Barainca | Prepare Tillinghast Sixth Monthly Fee Application and coordinate filing. | 2.50 |
| 01/10/06 | Debra O. Fullem | Confer with R. Barainca regarding Tillinghast November fee application. | 0.20 |
| 01/27/06 | Rachael M. Barainca | Prepare Certificates of No Objection to Tillinghast Monthly Fee Applications. | 1.20 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)          CLIENT:  25369
02/15/06          MATTER: .0012
Page 2          INVOICE: 298739

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Rachael M. Barainca | $110.00 | 7.30 | $803.00 |
| Debra O. Fullem | $210.00 | 0.60 | $126.00 |
| **TOTAL HOURS & FEES** | | **7.90** | **$929.00** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 131.25 |
| Telephone | 0.12 |
| Postage | 11.55 |
| Computerized Legal Research | 82.96 |
| Federal Express | 226.77 |
| **TOTAL OTHER CHARGES** | **$452.65** |

CURRENT INVOICE DUE......................................................................$1,381.65

PREVIOUS BALANCE  (Breakdown attached if applicable)...............................................$7,313.22

TOTAL AMOUNT DUE..........................................................$8,694.87

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 02/15/06
OUR REFERENCE: 25369.0012
INVOICE NUMBER: 298739

## INVOICE SUMMARY

TOTAL FEES.........................................................................................$929.00

TOTAL OTHER CHARGES.........................................................$452.65

**TOTAL AMOUNT DUE** ............................................................**$1,381.65**

*REMITTANCE INFORMATION:*

**U.S. Mail:**

Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**U.S. Electronic Funds Transfer:**

Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:      Swidler Berlin LLP
Account No.:      2000024531692
ABA Routing No.:      054001220

**International Electronic Funds Transfer:**

Name of Bank:      Wachovia Bank, N.A. Washington, DC
Account Title:      Swidler Berlin LLP
Account No.:      2000024531692
Swift Code:      PNBPUS33
CHIPS:      0509
ABA Routing No.:      026005092

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0012

INVOICE DATE: 02/15/06
INVOICE NUMBER: 298739

## PREVIOUS BALANCE BREAKDOWN

| Inv. Date | Inv. No. | Invoice Amount | Credits | Balance |
|-----------|----------|----------------|---------|---------|
| 01/27/06 | 298000 | $3,364.63 | $0.00 | $3,364.63 |
| 08/19/05 | 290913 | $646.65 | ($517.95) | $128.70 |
| 09/30/05 | 293046 | $243.64 | ($204.64) | $39.00 |
| 10/21/05 | 293542 | $619.55 | ($504.25) | $115.30 |
| 11/28/05 | 295218 | $163.50 | ($130.80) | $32.70 |
| 12/20/05 | 296374 | $3,632.89 | $0.00 | $3,632.89 |
| **Total** | | **$8,670.86** | **($1,357.64)** | **$7,313.22** |

**REMITTANCE INFORMATION:**

| U.S. Mail: | U.S. Electronic Funds Transfer: | | International Electronic Funds Transfer: | |
|------------|--------------------------------|---|------------------------------------------|---|
| Swidler Berlin LLP | Name of Bank: | Wachovia Bank, N.A. Washington, DC | Name of Bank: | Wachovia Bank, N.A. Washington, DC |
| Attn: Accounting Department | Account Title: | Swidler Berlin LLP | Account Title: | Swidler Berlin LLP |
| P.O. Box 3766 | Account No.: | 2000024531692 | Account No.: | 2000024531692 |
| Washington, DC 20027-3766 | ABA Routing No.: | 054001220 | Swift Code: | PNBPUS33 |
| | | | CHIPS: | 0509 |
| | | | ABA Routing No.: | 026005092 |

**Please Note Our Reference and Invoice Numbers When Making Payment**