REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1363449
One Town Center Road                     Invoice Date       01/31/06
Boca Raton, FL    33486                  Client Number        172573


=============================================================================
Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

        Fees                          38,781.00
        Expenses                           0.00


                TOTAL BALANCE DUE UPON RECEIPT        $38,781.00
                                                     =============

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R Grace & Co.                        Invoice Number    1363449
One Town Center Road                   Invoice Date     01/31/06
Boca Raton, FL    33486                Client Number     172573
                                       Matter Number       60026
```

==============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2005

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 12/01/05 | Atkinson | Emails to D. Cameron re: teleconference call and production of ZAI documents, for upcoming production to PD claimants. | .30 |
| 12/01/05 | Atkinson | Review database and Grace files re: ZAI disks produced to claimants, pursuant to M. Murphy (Casner & Edwards) email. | 1.10 |
| 12/01/05 | Atkinson | Draft letter to court reporter re: deposition transcript. | .30 |
| 12/01/05 | Cameron | Multiple e-mails regarding asbestos PD discovery issues (0.6); review materials in preparation for telephone call with Grace and K&E (1.2); review materials relating to 15th omnibus objections and potential responses (0.8). | 2.60 |
| 12/01/05 | Turkaly | Tag select documents to generate W. R. Grace database document CDs that will be provided to Kirkland & Ellis per their request (2.20); review and verify network paths (2.10). | 4.30 |
| 12/01/05 | Worobij | Tag select documents to generate W. R. Grace database documents CDs that will be provided to Kirkland & Ellis per their request. | 1.50 |

```
172573 W. R. Grace & Co.                        Invoice Number   1363449
60026  Litigation and Litigation Consulting     Page    2
       January 31, 2006
```

| Date | Name | | Hours |
|------|------|------|------|
| 12/02/05 | Atkinson | Meet with D. Cameron re: teleconference on PD Claimants discovery (0.40); meet with D. Cameron re:  production of ZAI documents to PD claimants (0.40); review J. Bentz files re: ZAI production (1.0). | 1.80 |
| 12/02/05 | Cameron | Prepare for conference call with Grace and K&E regarding discovery requests (0.9); participate in conference call with K&E and Grace regarding asbestos PD claims discovery (3.2); review product ID information regarding same (0.7). | 4.80 |
| 12/02/05 | Turkaly | Tag select documents to generate W. R. Grace database documents CDs that will be provided to Kirkland & Ellis per their request (1.70); modify load file, import document images and data into database (.80); comparison of images located on CD to images in database (1.70). | 4.20 |
| 12/02/05 | Worobij | Tag select documents to generate W. R. Grace database documents CDs that will be provided to Kirkland & Ellis per their request. | 2.00 |
| 12/03/05 | Cameron | Review materials for responses to discovery requests. | .90 |
| 12/04/05 | Cameron | Review product ID materials for objections (0.9); review 15th omnibus objections (0.7). | 1.60 |
| 12/05/05 | Atkinson | EPA website information to D. Cameron (0.40); e-mail, meetings, review of files re: production of ZAI documents to PD Claimants (1.60). | 2.00 |
| 12/05/05 | Turkaly | Continued work on generating CDs for production. | .90 |

172573 W. R. Grace & Co.                        Invoice Number  1363449
60026  Litigation and Litigation Consulting     Page    3
       January 31, 2006

| Date | Name | | Hours |
|------|------|------|------|

12/06/05 Atkinson        Review J. Bentz correspondence        1.00
                         files re: supplemental production
                         (0.40); meet with C. Turkaly to
                         review CD's from electronic ZAI
                         document production (0.60).

12/06/05 Cameron         E-mails regarding product ID issues.   .30

12/06/05 Muha            Docket research and multiple          1.00
                         e-mails to and from D. Cameron re:
                         requests for docket information.

12/06/05 Turkaly         Continued work on generating CDs       .60
                         for production.

12/07/05 Atkinson        Meet with J. Worobij and C.           1.70
                         Turkaly re: providing database of
                         ZAI documents to plaintiff
                         creditors (0.60); meet with D.
                         Cameron to discuss providing ZAI
                         documents to plaintiff creditors
                         (0.30); telephone call to M.
                         Murphy (Casner & Edwards) re:
                         form of database to provide to
                         claimants' counsel (0.20); review
                         Reed Smith correspondence files
                         re:  Fall 2002 production to ZAI
                         claimants and send letters to M.
                         Murphy (0.60).

12/07/05 Cameron         Review draft responses to            3.20
                         discovery requests (1.7); review
                         issues relating to documents
                         produced in ZAI action (0.9);
                         review product ID materials (0.6).

12/07/05 Turkaly         Continued work on generating CDs      1.60
                         for production (.90); office
                         conference with D. Cameron, J.
                         Worobij and M. Atkinson re:
                         copying of CDs for co-counsel
                         (.40); office conference with J.
                         Worobij and M. Atkinson re: CDs to
                         be copied for co-counsel (.30).

12/07/05 Worobij         Office conference with D. Cameron,     .70
                         C. Turkaly and M. Atkinson re: copying
                         of CDs for co-counsel (.40); office
                         conference with C. Turkaly and M. Atkinson
                         re: CDs to be copied for co-counsel (.30)

```
172573 W. R. Grace & Co.                        Invoice Number  1363449
60026  Litigation and Litigation Consulting     Page    4
       January 31, 2006
```

| Date | Name | | Hours |
|------|------|------|------|
| 12/08/05 | Cameron | Additional review of draft discovery responses (0.9); review claimants' expert disclosures (0.8); e-mails regarding same (0.4); review discovery correspondence from J. Baer (0.3). | 2.40 |
| 12/09/05 | Atkinson | E-mail to/from Matt Murphy and to Litigation Support re:  production of ZAI documents to claimants, including review of J. Bentz correspondence files. | .50 |
| 12/09/05 | Cameron | Review PD Committee's expert reports regarding dust methodology (2.4); telephone call to consultants regarding same (0.4). | 2.80 |
| 12/11/05 | Cameron | Additional review of PD Committee's expert reports (1.9); review materials from M. Browdy regarding Prudential issues (0.9). | 2.80 |
| 12/12/05 | Atkinson | Draft correspondence to Litigation Support, M. Murphy (Casner & Edwards) re:  production of ZAI documents to Property Damage Claimants (0.60); review 2002 correspondence (0.20). | .80 |
| 12/12/05 | Cameron | Attend to issues relating to product identification discovery (.80); review PD Committee dust method reports and witness lists from various claimants (1.60); communications with experts regarding rebuttal reports (.30); review draft discovery responses (.90); multiple e-mails regarding dust methodology reports (.50). | 4.10 |
| 12/12/05 | Turkaly | Generate CD labels for production CDs. | .20 |
| 12/12/05 | Worobij | Export Testing documents and load files onto DVD per M. Atkinson's request. | 1.50 |

172573  W. R. Grace & Co.                              Invoice Number   1363449
60026   Litigation and Litigation Consulting          Page    5
        January 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 12/13/05 | Atkinson | Meet with Litigation Support re: DVDs of ZAI documents to produce to PD Claimants, and e-mail to Matt Murphy (Casner & Edwards) re same (0.80); searches re: trade secret, confidential medical documents (0.80). | 1.60 |
| 12/13/05 | Cameron | Prepare for and participate in telephone call with K & E lawyers and R. Finke regarding dust methodology expert reports (.70); review draft discovery responses in preparation for call (.90); E-mails regarding the same (.20); multiple e-mail and telephone calls regarding dust methodology reports (1.30). | 3.10 |
| 12/13/05 | Turkaly | Burn load files and document images onto DVDs and generate DVD labels per M. Atkinson's request. | 2.60 |
| 12/13/05 | Worobij | Burn load files and document images onto DVDs per M. Atkinson's request | 2.90 |
| 12/14/05 | Atkinson | E-mail to D. Cameron re: ZAI discovery production of DVDs (0.30); participate in part of teleconference with D. Cameron, M. Murphy, Kirkland & Ellis re: PD Committee discovery requests (0.30); review databases for documents (0.30); search files re: Notice/Privileged/Medical Confidential documents and e-mail to M. Murphy (Casner) re: same (0.80); prepare DVDs, microfilm documents, privilege to forward to Casner & Edwards for PD claimants (1.10). | 2.80 |
| 12/14/05 | Cameron | Prepare for discovery response conference call (.80); participate in discovery issues conference call (1.60); multiple e-mails and telephone calls regarding dust reports (.90); meet with M. Atkinson regarding document production issues (.60). | 3.90 |

172573  W. R. Grace & Co.                           Invoice Number   1363449
60026  Litigation and Litigation Consulting        Page    6
       January 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|

| 12/14/05 | Turkaly | Verify load files and image files copied to DVDs. | .10 |
| 12/15/05 | Cameron | Review revised draft of discovery responses and provide comments (.90); multiple e-mails regarding same (.50); review material for dust methodology reports (1.10); conference call with consultant and R. Finke regarding same (.60); prepare for 12/16 telephone call regarding same (1.30). | 4.40 |
| 12/16/05 | Cameron | Prepare for telephone calls with consultants regarding dust methodology reports (.80); participate in multiple conference calls with consultants, K & E and R. Finke regarding dust methodology reports (2.30); review final draft of discovery responses and e-mails regarding same (.70); review draft response brief regarding 15th omnibus objection (.60). | 4.40 |
| 12/17/05 | Cameron | Further review of draft response brief regarding 15th omnibus objection (.70); review of materials for dust methodology reports (1.90). | 2.60 |
| 12/18/05 | Cameron | Review of dust methodology reports and supporting materials  filed by property damage claimants' experts (1.90); review of PI witness disclosures (.60); revised brief regarding 15th omnibus objection (.70). | 3.20 |
| 12/19/05 | Atkinson | Review D. Cameron Asbestos PD Claim Estimation files re: witness disclosure for expert witness. | .40 |
| 12/19/05 | Cameron | Review and provide comments to draft PI expert disclosure list (.90); review revised draft of brief relating to 15th omnibus objection (1.10); review dust | 3.90 |

172573 W. R. Grace & Co.                           Invoice Number   1363449
60026  Litigation and Litigation Consulting        Page   7
       January 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|

| | | sample methodology report and backup materials (1.90). | |
| 12/20/05 | Atkinson | Review Agenda, pleadings index list re: witness list, as requested by Kirkland & Ellis. | .60 |
| 12/20/05 | Cameron | Telephone call with R. Finke regarding dust methodology report issues (.40); telephone call to consultants regarding same (.40); review historical report and testimony materials for supplemental reports (1.90); review request for information for witness lists for PI estimation (.80). | 3.50 |
| 12/21/05 | Cameron | Review materials relating to dust methodology reports for telephone call with K & E lawyers and R. Finke (.90); participate in conference call regarding same (1.20); review materials relating to product identification objections to PD claims (.80); e-mails regarding same (.40). | 3.30 |
| 12/22/05 | Cameron | Prepare for and participate in conference call with R. Finke and consultant regarding expert report issues (.60); participate in conference call with expert and R. Finke regarding report scheduling and open issues (.90); e-mails from K & E regarding scheduling issues (.20); review release material summary (.80). | 2.50 |
| 12/22/05 | Lord | Research docket and update 2002 list. | .30 |
| 12/23/05 | Cameron | Multiple calls and e-mails concerning rebuttal dust sample report (.60); review materials from consultants (.70). | 1.30 |
| 12/26/05 | Cameron | Prepare and revise summaries of testimony and reports for work on dust methodology reports. | 1.60 |

```
172573  W. R. Grace & Co.                          Invoice Number   1363449
60026   Litigation and Litigation Consulting       Page    8
        January 31, 2006
```

| Date | Name | | Hours |
|------|------|------|-------|
| 12/27/05 | Cameron | Multiple e-mails regarding discovery schedule for Phase I issues (.60); review proposed revised CMO (.40); review materials relating to consultants and rebuttal reports (.80). | 1.80 |
| 12/28/05 | Cameron | Multiple e-mails regarding dust methodology reports and Phase I issues (.80); review revised CMO (.20). | 1.00 |
| 12/29/05 | Cameron | Review e-mails from K & E and R. Finke regarding reliance materials. | .40 |
| 12/30/05 | Cameron | Review materials relating to dust methodology reports (.80); e-mails regarding same (.30). | 1.10 |
| 12/31/05 | Cameron | E-mails regarding expert reports for dust methodology issues (.30); review summaries and work papers regarding same (.80). | 1.10 |

```
                                                   ------
                                    TOTAL HOURS    107.90
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 68.60 | at $ | 490.00 | = | 33,614.00 |
| Andrew J. Muha | 1.00 | at $ | 260.00 | = | 260.00 |
| John B. Lord | 0.30 | at $ | 175.00 | = | 52.50 |
| Maureen L. Atkinson | 14.90 | at $ | 165.00 | = | 2,458.50 |
| Christine H. Turkaly | 14.50 | at $ | 100.00 | = | 1,450.00 |
| John B. Worobij | 8.60 | at $ | 110.00 | = | 946.00 |

```
                              CURRENT FEES                      38,781.00
                                                            ------------

                     TOTAL BALANCE DUE UPON RECEIPT           $38,781.00
                                                            =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number      1363450
5400 Broken Sound Blvd., N.W.            Invoice Date      01/31/06
Boca Raton, FL 33487                     Client Number       172573

===============================================================================

Re: W. R. Grace & Co.

(60027)  Travel-Nonworking

    Fees                              2,957.50
    Expenses                              0.00


        TOTAL BALANCE DUE UPON RECEIPT          $2,957.50
                                    =============

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
  W. R. Grace                        Invoice Number      1363450
  5400 Broken Sound Blvd., N.W.      Invoice Date       01/31/06
  Boca Raton, FL 33487               Client Number        172573
                                     Matter Number         60027
```
===============================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2005

| Date | Name | | Hours |
|------|------|--|-------|

| 12/05/05 | Cameron | Travel to and from Pittsburgh and Washington D.C., including wait-time airports, for meeting with K&E lawyers, HRO lawyers and Grace in-house counsel with respect to experts in the criminal matter (one-half time). | 2.50 |
| 12/05/05 | Flatley | Travel to and from Pittsburgh and Washington, DC, including wait-time airports, for meeting with K&E lawyers and Grace in-house lawyers with respect to experts in the criminal matter (one-half time). | 2.50 |
| 12/07/05 | Flatley | Travel to and from Washington, DC (one-half time). | 1.00 |

```
                                               ------
                              TOTAL HOURS        6.00
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Lawrence E. Flatley | 3.50 at $  495.00  = | | 1,732.50 |
| Douglas E. Cameron  | 2.50 at $  490.00  = | | 1,225.00 |

```
                      CURRENT FEES                       2,957.50
                                                      ------------

              TOTAL BALANCE DUE UPON RECEIPT           $2,957.50
                                                      ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                                  Invoice Number      1363451
5400 Broken Sound Blvd., N.W.                Invoice Date       01/31/06
Boca Raton, FL 33487                         Client Number        172573



===============================================================================
Re: W. R. Grace & Co.

(60028)  ZAI Science Trial

        Fees                      157.50
        Expenses                    0.00


            TOTAL BALANCE DUE UPON RECEIPT              $157.50
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

| W. R. Grace | | Invoice Number | 1363451 |
|---|---|---|---|
| 5400 Broken Sound Blvd., N.W. | | Invoice Date | 01/31/06 |
| Boca Raton, FL 33487 | | Client Number | 172573 |
| | | Matter Number | 60028 |

========================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2005

| Date | Name | | Hours |
|---|---|---|---|
| 12/11/05 | Restivo | Receipt and review of new communications. | .30 |
| | | TOTAL HOURS | .30 |

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| James J. Restivo Jr. | 0.30 at $ 525.00 = | | 157.50 |
| | CURRENT FEES | | 157.50 |
| | TOTAL BALANCE DUE UPON RECEIPT | | $157.50 |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                            Invoice Number      1363452
5400 Broken Sound Blvd., N.W.          Invoice Date       01/31/06
Boca Raton, FL 33487                   Client Number        172573

================================================================================
Re: W. R. Grace & Co.

(60029)  Fee Applications-Applicant

     Fees                        1,621.50
     Expenses                        0.00


          TOTAL BALANCE DUE UPON RECEIPT      $1,621.50
                                              =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W. R. Grace | Invoice Number    1363452 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date    01/31/06 |
| Boca Raton, FL 33487 | Client Number    172573 |
| | Matter Number    60029 |

===============================================================================

Re: (60029)   Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2005

| Date | Name | | Hours |
|------|------|---|-------|
| 12/07/05 | Ament | Review Fee Auditor's spreadsheet re: fees and expenses, confirm amounts compared to internal records and report findings to A. Muha. | .30 |
| 12/07/05 | Lord | Research docket and draft CNO for Reed Smith 18th monthly fee application (.4); scan Reed Smith 17th monthly fee application and respond to S. Ament re: same (.4). | .40 |
| 12/08/05 | Ament | E-mails with A. Muha re: 17th quarterly totals. | .10 |
| 12/08/05 | Lord | E-file and perfect service of CNO re: Grace 18th quarterly. | .40 |
| 12/14/05 | Lord | Respond to e-mail from D. Cameron re: CNO issues and payments. | .20 |
| 12/16/05 | Muha | Revisions to Nov. 2005 monthly fee and expense details. | 1.10 |
| 12/19/05 | Lord | Research docket and draft CNO for Reed Smith October fee application. | .40 |
| 12/20/05 | Muha | Review and revise fee and expense detail for November 2005 monthly application, including research of rates to charge for additional attorneys. | .70 |

```
172573 W. R. Grace & Co.                      Invoice Number  1363452
60029  Fee Applications-Applicant             Page    2
       January 31, 2006
```

| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 12/21/05 | Lord | Research docket, e-file and perfect service of Reed Smith October fee application (.4); e-mail to D. Cameron re: same (.1). | .50 |
| 12/28/05 | Ament | Review invoices and begin preparation of spreadsheet re: 53rd monthly fee application (.60); begin formatting invoices into Word documents in preparation for filing (.50); draft narrative for 53rd monthly fee application (.70). | 1.80 |
| 12/29/05 | Ament | Complete draft of narrative to 53rd monthly fee application and provide to A. Muha (.30); complete formatting of invoices into Word documents (.20); revisions to narrative (.10); e-mail Word versions of narrative, fee and expense detail to J. Lord for DE filing (.10); maintain pleadings file (.10). | .80 |
| 12/29/05 | Lord | Review, revise, e-file and perfect service of Reed Smith November fee application. | 1.30 |
| 12/29/05 | Muha | Make final comments and revisions to November 2005 fee application. | .60 |
| 12/30/05 | Ament | Finalize fee application and update materials and provide report re: same to D. Cameron and A. Muha. | .50 |

```
                                        TOTAL HOURS    9.10
```

```
172573  W. R. Grace & Co.                    Invoice Number   1363452
60029   Fee Applications-Applicant           Page    3
        January 31, 2006
```

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Andrew J. Muha | 2.40 | at | $ 260.00 | = | 624.00 |
| John B. Lord | 3.20 | at | $ 175.00 | = | 560.00 |
| Sharon A. Ament | 3.50 | at | $ 125.00 | = | 437.50 |

```
                        CURRENT FEES                       1,621.50
                                                        ------------

                        TOTAL BALANCE DUE UPON RECEIPT     $1,621.50
                                                        =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1363453
One Town Center Road                     Invoice Date        01/31/06
Boca Raton, FL    33486                  Client Number         172573



===========================================================================
Re: W. R. Grace & Co.

(60030)  Hearings

    Fees                           4,037.50
    Expenses                           0.00

            TOTAL BALANCE DUE UPON RECEIPT          $4,037.50
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W.R Grace & Co. | Invoice Number    1363453 |
| One Town Center Road | Invoice Date    01/31/06 |
| Boca Raton, FL    33486 | Client Number    172573 |
| | Matter Number    60030 |

===============================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2005

| Date | Name | | Hours |
|------|------|--|-------|
| 12/12/05 | Ament | E-mails with K. Phillips and D. Cameron re: coordinating hearing preparation for Dec. and Jan. hearings. | .10 |
| 12/13/05 | Ament | E-mails with K. Phillips to coordinate hearing preparation for 12/19/05 hearing (.20); contact J. Trice re: technology assistance for Kirkland & Ellis (.10). | .30 |
| 12/13/05 | Cameron | Review agenda for 12/19 hearing (.40); e-mails regarding same (.20). | .60 |
| 12/14/05 | Ament | E-mails with K. Phillips and D. Cameron re: hearing preparation for 12/19/05 hearing (.20); coordinate hearing preparation for Kirkland & Ellis re: conference rooms, setup, etc. (.20); e-mail to M. Browdy re: technology needs (.10); follow-up e-mails and telephone calls to coordinate secretarial and technology assistance for K&E (.40); follow-up e-mails with M. Browdy re: meeting after hearing (.10); return telephone call to L. DeVault re: hearing preparation (.10). | 1.10 |
| 12/14/05 | Cameron | Telephone calls and e-mails regarding logistics and planning for 12/19 hearing. | .70 |

```
172573  W. R. Grace & Co.                    Invoice Number   1363453
60030  Hearings                              Page    2
       January 31, 2006
   Date   Name                                              Hours
-------- -----------                                        -----
```

| Date | Name | | Hours |
|------|------|---|-------|
| 12/15/05 | Ament | Continue working with RS departments to coordinate hearing preparation for K&E arrival on 12/17/05 (.20); e-mails with L. Devault re: logistics of same (.10); work with Pgh. Systems Dept. at Reed Smith and Judge Fitzgerald's courtroom re: technology (.20). | .50 |
| 12/16/05 | Ament | E-mails with J. Baer, M. Browdy and L. DeVault re: logistics of hearing preparation (.20); telephone calls with L. Mignogna re: meals (.10); telephone call to K. Rehak re: K&E use of easel during hearing and meet with D. Castello re: same (.10); coordinate 12/18/05 K&E arrival with RS guards (.10). | .50 |
| 12/16/05 | Cameron | Review materials for 12/19 hearing (.40); telephone call with W. Sparks and e-mail regarding same (.20). | .60 |
| 12/18/05 | Ament | Work with System Administrator re: technical assistance for Kirkland & Ellis re: hearing preparation (.90); greet S. Michaels and assist with setup (.50); greet J. Baer and J. O'Neill and assist with setup (1.0); e-mails with M. Browdy re: use of ELMO (.20); e-mail to K. Murphy re: same (.10); assist K&E counsel with hearing preparation (2.0); assist J. O'Neill with hearing preparation (.30). | 5.00 |
| 12/18/05 | Cameron | Meet with paralegal and K & E lawyers regarding hearing preparation. | .50 |

```
172573 W. R. Grace & Co.                         Invoice Number   1363453
60030  Hearings                                  Page    3
       January 31, 2006
```

| Date | Name | | Hours |
|------|------|------|-------|
| 12/19/05 | Ament | Greet D. Bernick and assist with setup (.50); assist K&E attorneys re: hearing preparation (2.50); attend hearing and assist K&E attorneys (2.0). | 5.00 |
| 12/19/05 | Cameron | Prepare for hearing and meeting with K & E lawyers (.30); attend portions of omnibus hearing (2.30). | 2.60 |
| 12/20/05 | Ament | Respond to e-mail from L. DeVault re: Jan. hearing preparation (.10); arrange for pickup of K&E documents from Judge Fitzgerald's chambers per request of J. O'Neill (.10). | .20 |

```
                                                          ------
                                        TOTAL HOURS        17.70
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|------|------|-------|
| Douglas E. Cameron | 5.00 | at $ | 490.00 | = | 2,450.00 |
| Sharon A. Ament | 12.70 | at $ | 125.00 | = | 1,587.50 |

```
                       CURRENT FEES                        4,037.50
                                                         ------------

                       TOTAL BALANCE DUE UPON RECEIPT      $4,037.50
                                                         ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1363454
One Town Center Road                     Invoice Date        01/31/06
Boca Raton, FL    33486                  Client Number        172573


================================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

        Fees                          85,154.00
        Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $85,154.00
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1363454 |
| Invoice Date | 01/31/06 |
| Client Number | 172573 |
| Matter Number | 60035 |

========================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2005

| Date | Name | | Hours |
|------|------|---|-------|
| 12/01/05 | Cameron | Review materials relating to expert witness disclosures (1.3); review indictment and responses in preparation for meeting in DC (1.4); review summary outlines (0.9). | 3.60 |
| 12/02/05 | Cameron | Review materials relating to supplemental expert disclosures (0.7); review risk assessment materials (0.9). | 1.60 |
| 12/03/05 | Cameron | Review agenda and revised agenda for 12/5 meeting (0.7); review indictment and summary of expert testimony (1.5); review expert disclosures (1.9). | 4.10 |
| 12/03/05 | Flatley | Preparation for 12/5 meeting at K&E in Washington, including reviewing the governments' experts' reports in detail (5.2); call regarding scheduling (0.3). | 5.50 |
| 12/04/05 | Cameron | Telephone call with R. Finke regarding meetings in DC (0.2); review materials from R. Finke and K. Coggon for upcoming meeting (0.6); review expert disclosure agenda and additional expert materials in preparation for meeting in DC at K&E regarding strategy and experts (2.40). | 3.20 |

172573  W. R. Grace & Co.                        Invoice Number   1363454
60035  Grand Jury Investigation                  Page    2
       January 31, 2006

| Date | Name | | Hours |
|------|------|------|-------|
| 12/05/05 | Cameron | Meet with Larry Flatley in preparation for meeting with K&E, HRO, and Grace-in-house lawyers in Washington D.C. (1.00); meet with K&E, HRO and Grace-in-house lawyers (by phone and in person) to discuss expert witnesses (7.00); follow-up emails and call to R. Finke re: meeting (.40); review of meeting notes (.50). | 8.90 |
| 12/05/05 | Flatley | Preparation for meeting in Washington, DC (1.0); meet with Doug Cameron in preparation for meeting with K&E and Grace lawyers in Washington, DC (1.0); meet with K&E lawyers and Grace in-house lawyers (by telephone and in person) to discuss expert witnesses (7.0). | 9.00 |
| 12/06/05 | Cameron | Prepare for telephone call with K&E, HRO and Grace in-house counsel regarding expert witness meeting (0.6); participate in call-in meeting with multiple consultants (7.5); e-mails regarding scheduling orders (0.2). | 8.30 |
| 12/06/05 | Flatley | Reorganizing files and notes after DC trip and follow-up on trip (0.8); preparation for 12/7 witness meeting in DC (1.3) | 2.10 |
| 12/07/05 | Cameron | Follow-up to meeting in Washington, DC and conference calls with consultants (1.9); review materials from K. Coggon, B. Jacobson and L. Decker regarding same (1.4); review of government's expert disclosures (1.1); review of materials from consultant meetings (0.9). | 5.30 |
| 12/07/05 | Flatley | Preparation for K&E meeting, including reviewing testimony summaries and e-mails regarding them (2.5); meeting at K&E and follow-up e-mails (6.0). | 8.50 |

172573  W. R. Grace & Co.                                  Invoice Number   1363454
60035   Grand Jury Investigation                           Page    3
        January 31, 2006


| Date | Name | | Hours |
|------|------|---|-------|

12/08/05 Cameron        Multiple telephone calls and           2.20
                        e-mails regarding expert witness
                        meetings and strategy issues
                        (0.8); review materials relating
                        to risk assessment issues (1.4).

12/08/05 Flatley        Reorganizing and follow-up on DC       3.30
                        trip (0.8); calls and e-mails with
                        R. Senftleben, R. Finke and .
                        Hughes and preparation for medical
                        issues (2.5).

12/09/05 Cameron        Multiple e-mails regarding witness     3.10
                        meetings and conference calls
                        (0.8); review materials received
                        from HRO regarding consultant work
                        (1.9); e-mail and telephone call
                        with L. Flatley and J. Restivo
                        regarding scheduling (0.4).

12/09/05 Flatley        E-mails to/from R. Senftleben and      2.50
                        R. Finke regarding medical issues
                        and follow-up on them (0.6); meet
                        with D. Cameron regarding
                        medical/IH issues (0.3); e-mails
                        regarding scheduling meetings and
                        conference calls (0.2);
                        preparation for 12/12 meetings in
                        Washington, D.C. (1.4).

12/10/05 Cameron        Review of expert witness              3.30
                        disclosures and reports (0.8);
                        review materials for meeting and
                        telephone calls with potential
                        experts (1.6); begin production of
                        summary outline (0.9).

12/12/05 Cameron        Prepare for telephone call with K     2.60
                        & E, Grace and HRO lawyers
                        regarding expert witness retention
                        and preparation of expert case
                        (1.30); participate in conference
                        call (.70); follow-up telephone
                        call with K. Coggon regarding same
                        (.40); follow-up telephone call
                        with L. Flatly (.20).

```
172573 W. R. Grace & Co.                      Invoice Number   1363454
60035  Grand Jury Investigation               Page    4
       January 31, 2006
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 12/12/05 | Flatley | Preparation for Washington, D.C. meeting (3.5); meeting in Washington, D.C. with K&E lawyers, et al. (5.5); conference call regarding expert preparation and follow-up on conference call with R. Finke and R. Senftleben, including e-mails re: same (1.5). | 10.50 |
| 12/13/05 | Cameron | Meet with L. Flatley regarding meetings with K & E and Grace (.30); prepare for and participate in telephone call regarding mineralogy and testing issues (.60); multiple e-mails regarding same (.80); e-mails regarding scheduling of strategy meetings, witness meetings and telephone calls regarding same (.50). | 2.20 |
| 12/13/05 | Flatley | Reviewing correspondence and e-mails and reorganizing after D.C. trip (1.0); call with R. Senftleben (0.2); meet with D. Cameron (0.2); e-mails and responses regarding documents (0.2). | 1.60 |
| 12/13/05 | Restivo | Begin review of expert materials. | 1.60 |
| 12/14/05 | Cameron | Prepare for call with consultants regarding testing issues (.80); participate in call with consultants, R. Finke and K. Coggan, regarding testing issues (1.20); prepare for meeting/call with consultants relating to risk issues (.90); review data relating to risk issues (1.40). | 4.30 |
| 12/14/05 | Flatley | E-mails and replies (0.2); planning for California and Florida trips in January (0.5); calls regarding assistance on health issues (0.9). | 1.60 |
| 12/14/05 | Restivo | Review materials re: experts in relation to the grand jury investigation. | 1.50 |

172573  W. R. Grace & Co.                                Invoice Number   1363454
60035   Grand Jury Investigation                         Page    5
        January 31, 2006


| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 12/15/05 | Cameron | Prepare for telephone call with consultant, K & E, HRO and Grace in-house counsel (.50); participate in conference call (1.10); prepare for call with consultants, HRO and Grace in-house counsel (.70); participate in telephone call (1.20); telephone call and multiple e-mails with R. Finke regarding same (.60); prepare for meeting with J. Restivo and L. Flatley regarding strategy issues and expert witness organization (1.40). | 5.50 |
| 12/15/05 | DiChiera | Meeting with L. Flatley regarding new case assignment. | .30 |
| 12/15/05 | Flatley | E-mails and call (0.3); meet with M. DiChiera regarding medical issues (0.5); call with K. Coggon and follow-up (0.4); meet with D. Cameron (0.2); organizing regarding medical issues (2.6); review and reply to B. Stansbury regarding list (0.3); e-mail regarding California meeting (0.1); call with D. Cameron (0.2). | 4.60 |
| 12/16/05 | Cameron | Prepare for meeting with L. Flatley and J. Restivo (.40); meet with L. Flatley and J. Restivo regarding allocation of responsibilities and strategy issues (1.70); memorandum to R. Finke regarding same (.80); e-mail regarding meeting in Washington, D.C. with consultants (.50); revise memorandum regarding summary of meeting (.50). | 3.90 |
| 12/16/05 | Flatley | Meet with J. Restivo and D. Cameron regarding status and organization of effort on experts (1.7); call with R. Senftleben and follow-up on experts issues and logistics for meetings (0.8); e-mails and replies (0.2); beginning preparation of outline | 5.30 |

172573 W. R. Grace & Co.                        Invoice Number   1363454
60035  Grand Jury Investigation                 Page   6
       January 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| | | for Tuesday conference call with team (2.6). | |
| 12/16/05 | Restivo | Meeting with D. Cameron and L. Flatley (1.7); create chart of outstanding issues (0.8). | 2.50 |
| 12/17/05 | Cameron | Review of government expert witness materials and preparation of summary of strategy for expert witness presentation. | 2.20 |
| 12/18/05 | Cameron | Extensive review of file materials for 12/20/05 call regarding status of expert presentation (2.50); telephone call with R. Finke regarding same (.30). | 2.80 |
| 12/18/05 | Flatley | Preparing outline in preparation for 12/20/05 conference call. | 2.20 |
| 12/19/05 | Aten | Begin reviewing materials; conducted internet research re: various experts and conference with C. Gatewood re: same. | .70 |
| 12/19/05 | Cameron | Review L. Flatley's outline regarding open health issues for (.90); prepare outline for risk issues (1.80); review government expert disclosures (1.40); review notes of meetings and calls with consultants for follow up calls and meetings (.80). | 4.90 |
| 12/19/05 | Flatley | Reviewing, revising and circulating outline in preparation for 12/20/05 conference call (2.4); e-mails to/from R. Senftleben, D. Kuchinsky and C. Gatewood (0.5); preparation for 12/20/05 conference call (1.9). | 4.80 |
| 12/19/05 | Restivo | Receipt and review of new communications and planning documents. | 1.00 |

```
172573  W. R. Grace & Co.                        Invoice Number   1363454
60035   Grand Jury Investigation                 Page    7
        January 31, 2006
```

| Date | Name | | Hours |
|------|------|--|-------|
| 12/20/05 | Aten | Read and analyze indictment (1.2); began reading background materials - preliminary reports, final report by ATSDR (2.1). | 3.30 |
| 12/20/05 | Cameron | Prepare for status report/strategy call with K & E, HRO, Reed Smith and Grace lawyers (.90); participate in telephone call regarding same (1.10); follow up calls and e-mails regarding same (.90); telephone call with consultants regarding same (.30); prepare for 12/21 telephone call with potential experts (.90). | 4.10 |
| 12/20/05 | Flatley | Team conference call and short follow-up on it with D. Cameron (1.3); e-mails on various subjects and review replies (0.7). | 2.00 |
| 12/21/05 | Aten | Continue to read background materials and reports. | .70 |
| 12/21/05 | Cameron | Participate in meeting (via phone) with K & E lawyers, HRO lawyers, Grace in-house lawyers and consultants concerning expert work (4.40); telephone call with other consultants regarding issues for criminal matter (.40); follow up e-mails with R. Finke regarding same (.30); review EPA materials from HRO (.80). | 5.90 |
| 12/21/05 | Flatley | E-mails regarding various subjects (0.2); call with R. Senftleben and follow-up regarding preparation for experts' meetings (1.2). | 1.40 |
| 12/22/05 | Cameron | Attention to government expert reports (1.1); meet with J. Restivo (.30); e-mails regarding meetings (.40); review of prior reports and testimony of several expert witnesses (.80). | 2.60 |

```
172573 W. R. Grace & Co.                        Invoice Number   1363454
60035  Grand Jury Investigation                 Page    8
       January 31, 2006
```

| Date | Name | | Hours |
|------|------|--|-------|
| 12/22/05 | Flatley | E-mails regarding preparation for health issues and replies. | .70 |
| 12/22/05 | Restivo | Review of R. Finke, D. Cameron and L. Flatley planning memos and meeting with D. Cameron. | 1.00 |
| 12/23/05 | Cameron | Review materials relating to consultants for criminal matter (.90); review summary/outlines regarding same (.80). | 1.70 |
| 12/26/05 | Cameron | Review of government expert reports and summary outline for preparation of expert defense. | 1.90 |
| 12/27/05 | Cameron | Multiple e-mails regarding burden of proof issues (.30); review summary/outline from W. Jacobson (.90); e-mails regarding various medical issues (.40). | 1.60 |
| 12/28/05 | Cameron | Multiple e-mails regarding scheduling issues (.20); review materials relating to expert defense (.90). | 1.10 |
| 12/29/05 | Cameron | Review material from R. Finke regarding expert witnesses. | .90 |
| 12/30/05 | Cameron | Review multiple e-mails and materials from K & E regarding expert preparation issues (.80); review government expert reports (.90). | 1.70 |
| 12/30/05 | Flatley | Reviewing correspondence and e-mails and reorganizing (2.0); e-mails regarding scheduling meeting (0.1); beginning preparation for California meeting (0.5). | 2.60 |
| 12/31/05 | Cameron | E-mails regarding expert witness preparation materials. | .80 |

```
                                                        ------
                                        TOTAL HOURS     175.10
```

```
172573 W. R. Grace & Co.                    Invoice Number   1363454
60035  Grand Jury Investigation             Page   9
       January 31, 2006
```

| Date | Name | | | | | | Hours |
|------|------|--|--|--|--|--|-------|

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| James J. Restivo Jr. | 7.60 | at $ | 525.00 | = | 3,990.00 |
| Lawrence E. Flatley | 68.20 | at $ | 495.00 | = | 33,759.00 |
| Douglas E. Cameron | 94.30 | at $ | 490.00 | = | 46,207.00 |
| Rebecca E. Aten | 4.70 | at $ | 245.00 | = | 1,151.50 |
| Maria E. DiChiera | 0.30 | at $ | 155.00 | = | 46.50 |

```
                    CURRENT FEES                              85,154.00

                                                           ------------
              TOTAL BALANCE DUE UPON RECEIPT                 $85,154.00
                                                           ============
```