REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1374361
One Town Center Road                     Invoice Date      02/28/06
Boca Raton, FL    33486                   Client Number       172573

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

       Fees                           27,359.50
       Expenses                            0.00

                    TOTAL BALANCE DUE UPON RECEIPT       $27,359.50
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                        Invoice Number      1374361
One Town Center Road                   Invoice Date      02/28/06
Boca Raton, FL    33486                Client Number        172573
                                       Matter Number         60026

========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 01/02/06 | Cameron | Review materials relating to dust methodology reports (1.40); e-mails from M. Browdy regarding same (.40). | 1.80 |
| 01/03/06 | Cameron | Prepare for and participate in conference call with K & E and R. Finke regarding expert reports for Phase I (.80); review materials relating to same (1.40); review materials regarding potential expert witness (.70). | 2.90 |
| 01/04/06 | Cameron | Telephone call with R. Finke regarding issues relating to dust methodology rebuttal report (.30); attend to e-mails regarding same (.20); review materials relating to hearing on 15th omnibus objections (1.50); review product identification objection data (.90). | 2.90 |
| 01/05/06 | Cameron | Review materials relating to dust methodology report issues (.80); review documents relating to product identification objections (.90). | 1.70 |
| 01/05/06 | Flatley | Review experts reports and outline issues to discuss with R. Senftleben for Phase I property damage estimation. | 1.40 |

172573  W. R. Grace & Co.                        Invoice Number  1374361
60026  Litigation and Litigation Consulting      Page    2
       February 28, 2006

| Date | Name | | Hours |
|------|------|--|-------|
| 01/05/06 | Thorp | Call with J. Worobij re database setup. | .20 |
| 01/06/06 | Cameron | Multiple e-mails and phone calls with counsel regarding dust methodology reports (.60); review materials relating to same (.90); review materials relating to 15th omnibus objections (.80). | 2.30 |
| 01/06/06 | Lord | Research docket and update 2002 Service List. | .40 |
| 01/08/06 | Cameron | Review claimants' experts' dust methodology reports and potential rebuttal issues. | 1.90 |
| 01/09/06 | Atkinson | Review Science Trial deposition, per request from counsel for copy. | .20 |
| 01/09/06 | Cameron | Continued review of materials for dust methodology reports (.90); review materials relating to 15th omnibus objections (.80). | 1.70 |
| 01/09/06 | Thorp | Review CD with proprietary SAS database received from client. | 1.10 |
| 01/10/06 | Cameron | Attention to dust methodology report issues. | .80 |
| 01/11/06 | Atkinson | E-mail attaching deposition from Grace Science Trial matter. | .20 |
| 01/12/06 | Atkinson | Review M. Murphy e-mail re: request to provide DVDs of ZAI attic material to PD Committee. | .70 |
| 01/12/06 | Cameron | Prepare for (.30) and participate in call with R. Finke and consultant regarding dust report issues (.80); review materials for discovery conference with PD Committee (.60). | 1.70 |
| 01/13/06 | Atkinson | E-mail to M. Murphy (Casner & Edwards) re:  DVD of ZAI documents. | .10 |

172573  W. R. Grace & Co.                          Invoice Number   1374361
60026   Litigation and Litigation Consulting       Page    3
        February 28, 2006

| Date | Name | | Hours |
|------|------|---|-------|

01/13/06 Cameron        Participate in conference call        3.80
                        with PD Committee regarding
                        discovery confer and consult
                        (2.10); follow-up call with Grace
                        lawyers (.30); review materials
                        relating to dust methodology
                        issues (.80); e-mails regarding
                        same (.60).

01/13/06 Flatley        Messages and with R. Senftleben         .30
                        regarding supplemental report.

01/16/06 Cameron        E-mails regarding expert report        .70
                        issues (.40); review materials
                        relating to discovery issues (.30).

01/17/06 Atkinson       Arrange to have ZAI production          .60
                        discs copied to provide to M.
                        Murphy (Casner & Edwards) to
                        forward to PD Committee.

01/17/06 Cameron        Meet with R. Finke regarding          1.30
                        expert reports for PD estimation
                        (.40); e-mails re: same (.40);
                        revise e-mail re: discovery issues
                        (.50).

01/17/06 Flatley        E-mails and responses regarding        .60
                        revisions to witness statement

01/18/06 Atkinson       Review Grace files re:                1.10
                        settlements, per R. Finke request.

01/18/06 Cameron        Prepare for (.40) and participate     3.90
                        in conference call with Grace
                        lawyers regarding discovery issues
                        (1.10); follow-up e-mails and
                        calls regarding same (.60); attend
                        to issue relating to rebuttal
                        reports (.90); multiple e-mails
                        and telephone calls with R. Finke
                        regarding same (.90).

01/19/06 Atkinson       Continue review of files re:           .80
                        settlements per R. Finke request.

01/19/06 Cameron        Mutliple e-mails and telephone        6.10
                        calls with K&E and R. Finke
                        regarding rebuttal expert reports
                        (1.90); review supporting
                        materials regarding same (2.30);

172573  W. R. Grace & Co.                          Invoice Number  1374361
60026   Litigation and Litigation Consulting        Page    4
        February 28, 2006


     Date    Name                                                    Hours
     ------- -----------                                             -----

                              telephone call regarding experts
                              (.90) review draft reply brief
                              (.50); attend to audit issues
                              (.50).

01/20/06 Cameron              Work with K&E regarding filing          4.40
                              expert rebuttal reports (.80);
                              multiple calls with experts
                              regarding same (1.60); review
                              materials relating to 15th omnibus
                              objections (.80); review materials
                              regarding document reproduction
                              issues (.80); review product ID
                              materials (.40).

01/23/06 Cameron              Follow-up with issues relating to       1.50
                              dust reports (.60); revise
                              materials regarding request for
                              documents relating to product ID
                              objections (.90).

01/24/06 Atkinson             Telephone conference with Terrell        .50
                              Stansbury (Kirkland) re:  testing
                              database (.10); meet with C.
                              Turkaly to confirm December 2005
                              and January 2006 productions of
                              DVDs to plaintiffs of ZAI
                              documents (.30); e-mail to D.
                              Cameron re: settlements (.10).

01/24/06 Cameron              Review materials relating to dust       1.60
                              methodology reports (.90); review
                              product ID objection materials
                              (.70).

01/24/06 Thorp                Conference call with M. Atkinson         .40
                              re: status of production of
                              database and verification of data
                              and files that were sent to
                              plaintiffs.

01/24/06 Turkaly              Office conference with M. Atkinson       .40
                              re: status of production of
                              databases and verification of data
                              and files that were sent to
                              plaintiffs

01/25/06 Atkinson             Per D. Cameron e-mail, review J.         .20
                              Bentz file for settlement
                              agreement.

172573  W. R. Grace & Co.                         Invoice Number  1374361
60026   Litigation and Litigation Consulting      Page    5
        February 28, 2006


| Date | Name | | Hours |
|------|------|---|-------|

01/26/06 Atkinson      Prepare collection of ZAI database      .20
                       materials originally produced in
                       Fall 2002, and requested by PI
                       Plaintiffs in December 2005 and by
                       PD Committee in January 2006.

01/26/06 Restivo       Meeting with R. Finke, et al. re:       .50
                       follow-up to hearing.

01/27/06 Cameron       Follow-up on issues relating to        2.60
                       product ID objections (.80);
                       review materials relating to same
                       (.90); review materials relating
                       to dust reports and Phase I issues
                       (.90).

01/28/06 Cameron       Review materials from R. Finke         .90
                       regarding ZAI claims.

01/30/06 Cameron       Attend to product identification      1.80
                       objection issues (.50); review
                       data regarding same (.40); review
                       expert files regarding dust
                       reports and Phase I issues (.90).

                                              ------
                              TOTAL HOURS      56.20


| TIME SUMMARY | Hours | | | Rate | | Value |
|--------------|-------|---|---|------|---|-------|
| James J. Restivo Jr. | 0.50 | at | $ | 600.00 | = | 300.00 |
| Lawrence E. Flatley | 2.30 | at | $ | 535.00 | = | 1,230.50 |
| Douglas E. Cameron | 46.30 | at | $ | 530.00 | = | 24,539.00 |
| John B. Lord | 0.40 | at | $ | 190.00 | = | 76.00 |
| Maureen L. Atkinson | 4.60 | at | $ | 180.00 | = | 828.00 |
| Christine H. Turkaly | 0.40 | at | $ | 115.00 | = | 46.00 |
| Aaron Thorp | 1.70 | at | $ | 200.00 | = | 340.00 |

                       CURRENT FEES                       27,359.50


                                                      ------------
                       TOTAL BALANCE DUE UPON RECEIPT     $27,359.50
                                                      ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number      1374362
5400 Broken Sound Blvd., N.W.            Invoice Date      02/28/06
Boca Raton, FL 33487                     Client Number      172573

================================================================================

Re: W. R. Grace & Co.


(60027)  Travel-Nonworking

      Fees                        10,136.00
      Expenses                         0.00

                   TOTAL BALANCE DUE UPON RECEIPT      $10,136.00
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number     1374362
5400 Broken Sound Blvd., N.W.        Invoice Date      02/28/06
Boca Raton, FL 33487                 Client Number       172573
                                     Matter Number        60027

========================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2006

| Date | Name | | Hours |
|------|------|------|-------|
| 01/05/06 | Flatley | Travel to San Francisco and Palo Alto, CA (one-half time). | 2.00 |
| 01/07/06 | Flatley | Return travel from California (one-half time). | 3.50 |
| 01/11/06 | Cameron | Travel to Washington, D.C. for criminal defense team meeting (one-half time). | 1.20 |
| 01/12/06 | Cameron | Travel to D.C. airport and return to Pittsburgh (one-half time). | 1.30 |
| 01/12/06 | Flatley | Trip from Washington, D.C. to Boca Raton, FL (one-half time). | 2.00 |
| 01/16/06 | Cameron | Portion of travel (non-working) from Pittsburgh to Washington D.C. for meeting with experts (one-half time). | 1.60 |
| 01/16/06 | Flatley | Travel time to Washington, D.C. (one-half time). | 2.50 |
| 01/17/06 | Cameron | Travel from Washington D.C. to Pittsburgh (one-half time). | 1.70 |
| 01/20/06 | Flatley | To Washington, DC and return (one-half time). | 2.00 |
| 01/31/06 | Flatley | Driving to Morgantown, West Virginia and return from Pittsburgh airport (one-half time). | 1.20 |

```
172573  W. R. Grace & Co.                    Invoice Number   1374362
60027   Travel-Nonworking                    Page    2
        February 28, 2006
```

```
                                                    ------
                                      TOTAL HOURS     19.00
```

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Lawrence E. Flatley | 13.20 at $ 535.00 = | | 7,062.00 |
| Douglas E. Cameron | 5.80 at $ 530.00 = | | 3,074.00 |
| | CURRENT FEES | | 10,136.00 |

```
                      TOTAL BALANCE DUE UPON RECEIPT      $10,136.00
                                                       =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                                    Invoice Number      1374363
5400 Broken Sound Blvd., N.W.                  Invoice Date        02/28/06
Boca Raton, FL 33487                           Client Number        172573

========================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

        Fees                            1,353.00
        Expenses                            0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $1,353.00
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number      1374363
5400 Broken Sound Blvd., N.W.            Invoice Date       02/28/06
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number        60028

==============================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 01/03/06 | Cameron | Attend to issues relating to ZAI. | .50 |
| 01/04/06 | Restivo | Telephone conference with Will Sparks relating to ZAI issues. | .40 |
| 01/09/06 | Cameron | Review material from R. Finke regarding cost issues related to ZAI Science Trial. | .80 |
| 01/31/06 | Cameron | Review materials relating to potential ZAI witness. | .80 |

                                                          ------
                                         TOTAL HOURS       2.50


| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| James J. Restivo Jr. | 0.40 at $ 600.00 = | | 240.00 |
| Douglas E. Cameron | 2.10 at $ 530.00 = | | 1,113.00 |

                    CURRENT FEES                           1,353.00


                                                       ------------
              TOTAL BALANCE DUE UPON RECEIPT             $1,353.00
                                                       ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                                    Invoice Number      1374364
5400 Broken Sound Blvd., N.W.                  Invoice Date        02/28/06
Boca Raton, FL 33487                           Client Number         172573

=============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

        Fees                          1,789.50
        Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT       $1,789.50
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1374364
5400 Broken Sound Blvd., N.W.        Invoice Date       02/28/06
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60029

===============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 01/04/06 | Ament | Review records for billing rates and prepare spreadsheet per D. Cameron request re: working timekeepers billing rates for fee application purposes and provide same to D. Cameron. | .90 |
| 01/18/06 | Muha | Review and revise DBR for preparation of December 2005 monthly fee application. | .90 |
| 01/19/06 | Muha | Additional revisions and corrections to DBR for December 2005 monthly application. | .50 |
| 01/23/06 | Lord | Research docket and draft CNO to Reed Smith November fee application. | .40 |
| 01/24/06 | Muha | Extensive revisions and provide additional descriptions for time and expense entries in December 2005 monthly application. | 1.30 |
| 01/25/06 | Lord | E-file and perfect service of CNO for Reed Smith November fee application (.4); correspondence to R. Finke re: same (.1). | .50 |
| 01/26/06 | Cameron | Attend to fee application issues. | .40 |
| 01/30/06 | Cameron | Final review of fee application materials. | .50 |

```
172573  W. R. Grace & Co.                        Invoice Number   1374364
60029   Fee Applications-Applicant               Page    2
        February 28, 2006
```

| Date | Name | | Hours |
|------|------|---|-------|

| 01/30/06 | Muha | Additional revisions to explanations used in fee and expense details for December 2005 monthly application. | .60 |
| 01/31/06 | Ament | E-mails with J. Lord re: Dec. monthly fee application. | .10 |
| 01/31/06 | Lord | E-mails with S. Ament re: monthly fee application issues. | .20 |

```
                                                       ------
                                      TOTAL HOURS        6.30
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 0.90 | at $ | 530.00 | = | 477.00 |
| Andrew J. Muha | 3.30 | at $ | 295.00 | = | 973.50 |
| John B. Lord | 1.10 | at $ | 190.00 | = | 209.00 |
| Sharon A. Ament | 1.00 | at $ | 130.00 | = | 130.00 |

```
                      CURRENT FEES                         1,789.50


                                                        ------------
                      TOTAL BALANCE DUE UPON RECEIPT       $1,789.50
                                                        ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                           Invoice Number      1374365
One Town Center Road                      Invoice Date      02/28/06
Boca Raton, FL    33486                   Client Number       172573

===============================================================================

Re: W. R. Grace & Co.


(60030)  Hearings

        Fees                        6,969.00
        Expenses                        0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $6,969.00
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                              Invoice Number    1374365
One Town Center Road                         Invoice Date     02/28/06
Boca Raton, FL    33486                      Client Number      172573
                                             Matter Number       60030

===========================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2006

| Date | Name | | Hours |
|------|------|------|-------|
| 01/04/06 | Ament | Review e-mail received from M. Rosenberg of K&E re: Jan. hearings and meet with T. Martin re: coordinating same. | .10 |
| 01/05/06 | Cameron | Review materials for January 24 hearing. | .90 |
| 01/06/06 | Ament | Meet with J. Trice re: assisting K&E with Jan. hearings in Pittsburgh and e-mail to T. Martin re: same. | .10 |
| 01/06/06 | Cameron | Review material for January 24 hearing in Pittsburgh. | .80 |
| 01/20/06 | Cameron | Review materials for hearing on objections. | .90 |
| 01/22/06 | Cameron | Review materials for 1/24-1/26 hearings. | .90 |
| 01/23/06 | Cameron | Review materials for 1/24-1/26 hearings (.70); meet with K&E lawyers regarding same (.40). | 1.10 |
| 01/24/06 | Cameron | Meet with R. Finke and K&E lawyers re: hearing issues (.80); attend portions of hearing with respect to objections to PD claims (1.50); follow up meetings with R. Finke and K&E lawyers (.50). | 2.80 |

```
172573  W. R. Grace & Co.                    Invoice Number  1374365
60030   Hearings                             Page    2
        February 28, 2006
```

| Date | Name | | Hours |
|------|------|--|-------|

```
01/25/06 Cameron      Attend portion of hearing relating    2.60
                      to objections to PD claims (1.70);
                      meet with Grace counsel regarding
                      same (.90).

01/26/06 Cameron      Meet with R. Finke concerning         3.10
                      hearing issues (.30); attend
                      portions of hearing (2.40); meet
                      with R. Finke and M. Browdy
                      regarding hearing issues (.40).
                                                          ------
                                         TOTAL HOURS      13.30
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 13.10 at $ 530.00 = | | 6,943.00 |
| Sharon A. Ament | 0.20 at $ 130.00 = | | 26.00 |
| | CURRENT FEES | | 6,969.00 |
| | TOTAL BALANCE DUE UPON RECEIPT | | $6,969.00 |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1374366
One Town Center Road                     Invoice Date      02/28/06
Boca Raton, FL    33486                  Client Number       172573


================================================================================
Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

        Fees                            131,885.75
        Expenses                             0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $131,885.75
                                                       ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number    1374366
One Town Center Road                     Invoice Date      02/28/06
Boca Raton, FL   33486                   Client Number      172573
                                         Matter Number       60035

=============================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 01/01/06 | Flatley | Reviewing materials on potential expert witness and outlining (1.9); preparation for 1/3/06 meeting (0.3). | 2.20 |
| 01/02/06 | Cameron | Review literature and materials relating to several expert witnesses (1.90); e-mails regarding same (.40); begin preparation for meetings in Washington, D.C. regarding expert witness outlines (1.30). | 3.60 |
| 01/03/06 | Aten | Conference with L. Flatley, C. Gatewood and M. DiChiera re: background information and status of litigation and "health" team assignment. | 1.60 |
| 01/03/06 | Cameron | Multiple e-mails regarding scheduling issues and strategy meeting (.60); telephone call with several potential expert witnesses (.70); review materials for strategy meeting in D.C. (.90); review consultants' literature and prior testimony (1.80); review government's expert witness disclosures (.90). | 4.90 |

172573  W. R. Grace & Co.                                Invoice Number   1374366
60035   Grand Jury Investigation                         Page    2
        February 28, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 01/03/06 | DiChiera | Meeting with L. Flately, C. Gatewood and R. Aten regarding case status, key players and discussion regarding potential experts as well as a strategy regarding new assignments of review of Whitehouse medical records received. | 1.50 |
| 01/03/06 | Flatley | Preparation for health expert interviews (1.2); meet with C. Gatewood, R. Aten and M. DiChiera regarding organizing document reviews (1.5). | 2.70 |
| 01/03/06 | Gatewood | Prepare for meeting with L. Flatley including review of summary materials in connection with litigation (0.9); meet with L. Flatley, M. DiChiera and R. Aten concerning strategy and outstanding issues (1.5); review materials provided by L. Flatley (2.5). | 4.50 |
| 01/04/06 | Atkinson | Review Grace files re: medical experts. | .40 |
| 01/04/06 | Cameron | Multiple e-mails regarding meetings with potential experts (.70); prepare for telephone call with K & E and HRO regarding expert witness issues (.90); review materials relating to several potential experts (2.3); telephone call with R. Finke regarding same (.30); telephone call with potential expert (.40). | 4.60 |
| 01/04/06 | DiChiera | Confer with M. Atkinson regarding location of expert file (0.2); forward material to L. Flatley per request in connection with the preparation of meeting with Dr. Fiengold (0.2). | .40 |
| 01/04/06 | Flatley | E-mails regarding expert witness preparation and preparation for California trip (1.3); call with R. Senftleben regarding Florida and California meetings (0.3). | 1.60 |

172573  W. R. Grace & Co.
60035  Grand Jury Investigation
     February 28, 2006

Invoice Number  1374366
Page    3

| Date | Name | | Hours |
|------|------|---|-------|

01/05/06 Cameron     Prepare for (.80) and participate    5.90
in conference call with K & E, HRO
and L. Flatley regarding expert
witness issues (.60); review
summaries of meetings with various
expert witnesses (1.80); prepare
for (.20) and participate in
conference call with K. Coggon
regarding revisions to summary
outline and planning issues (1.0);
review multiple e-mails from B.
Jacobson regarding expert witness
issues (.70); prepare summary of
calls with potential experts (.80).

01/05/06 Flatley     Review B. Jacobson outline and    6.20
other preparation for conference
call (1.6); call with R.
Senftleben (0.2); conference call
with B. Jacobson, K. Coggon and D.
Cameron (0.5); follow-up on
conference call (0.9); preparation
for expert witness meetings in
California (3.0).

01/05/06 Worobij     Per K & E request, copy over    .40
document image and load data files
from CDs to network litigation
server.

01/06/06 Cameron     Prepare for meetings and calls    4.40
with potential expert witnesses
(2.90); e-mails regarding summary
outlines for same (.30); review
government's expert disclosures
and proposed testimony (1.20).

01/06/06 DiChiera     Telephone call to the systems    .60
department re: ATSDR material CD
database issues.

01/06/06 Flatley     Meet with R. Senftleben to prepare    7.00
for meeting (2.5); meeting with R.
Senftleben et al. in California
(2.5); follow-up work after
meeting with R. Senftleben (2.0).

172573  W. R. Grace & Co.                          Invoice Number   1374366
60035   Grand Jury Investigation                   Page    4
        February 28, 2006

| Date | Name | | Hours |
|------|------|------|------|

| 01/08/06 | Aten | Read expert disclosure of Spear and began reading Whitehouse materials. | .60 |
| 01/08/06 | Cameron | Extensive review and revisions to attorney work product strategy outline of expert witness issues (1.10); telephone call with K. Coggon regarding same (.50); review of additional materials in preparation for strategy meetings in D.C. (2.40); various e-mails regarding same (.40). | 4.40 |
| 01/08/06 | Flatley | Preparation for expert conference call to be held on 1/9/06 (3.4); reorganizing after California (0.4). | 3.80 |
| 01/09/06 | Aten | Continue to read and analyze Whitehouse materials. | .40 |
| 01/09/06 | Cameron | Review and comment on outline for meeting with criminal defense team (.80); conference call regarding same (.30); preparation for meeting with criminal defense team (3.60); communications with potential experts regarding defense issues (.90). | 5.60 |
| 01/09/06 | DiChiera | Draft email to L. Flatley regarding ATSDR Study (0.20); research regarding Dr. Whitehouse's paper in the American Journal of Industrial Medicine (1.0). | 1.20 |
| 01/09/06 | Flatley | Review and revise Kirkland & Ellis outline for 1/11 and 1/12 meetings (2.0); conference call regarding Kirkland & Ellis outline revisions (0.4); reviewing and revising outline for 1/13 expert witness meeting (2.0); preparation for 1/11 and 1/12 meetings in Washington, D.C. (3.4); conference call with potential expert witness, Grace lawyers and Kirkland & Ellis (1.0); follow-up with R. Senftleben regarding | 9.10 |

172573  W. R. Grace & Co.                         Invoice Number   1374366
60035   Grand Jury Investigation                  Page    5
        February 28, 2006


| Date | Name | | Hours |
|------|------|------|------|
| | | conference call (0.3). | |
| 01/10/06 | Aten | Conference with L. Flatley re: document review issues (0.6); conference with M. DiChiera re: Concordance database and documents (1.2); reviewed Protective Order (0.8). | 2.60 |
| 01/10/06 | Atkinson | Review Grace expert files per L. Flatley request. | .30 |
| 01/10/06 | Cameron | Prepare for meeting with criminal defense team. | 2.60 |
| 01/10/06 | DiChiera | Prepare for and attend meeting with L. Flatley and R. Aten regarding  document review issues (0.8); teleconference with the Falls Church office regarding the Concordance database (0.4); review material received and prepare report for meeting (2.9). | 4.10 |
| 01/10/06 | Flatley | Preparation for 1/11 and 1/12 D.C. meetings, including drafting and revising detailed outline (6.1); meet with D. Cameron regarding strategy meetings (0.2). | 6.30 |
| 01/11/06 | Cameron | Prepare for (.90) and attend meeting with criminal defense team (8.40); prepare for second day of meetings (.60). | 9.90 |
| 01/11/06 | Flatley | Preparation for 1/11 and 1/12 meetings at office and on trip to Washington (3.5); attend meeting at Kirkland & Ellis in Washington (6.5). | 10.00 |
| 01/12/06 | Cameron | Prepare for (.80) and participate in meeting (2nd day) with defense team (5.0). | 5.80 |
| 01/12/06 | Flatley | Preparation for 1/12 meeting (2.5); meeting at Kirkland & Ellis and follow-up (4.0); follow-up on Kirkland & Ellis meeting (1.5). | 8.00 |

172573  W. R. Grace & Co.                          Invoice Number   1374366
60035   Grand Jury Investigation                   Page    6
        February 28, 2006

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 01/13/06 | Cameron | Review of literature and prior reports relating to Libby amphibole (1.60); prepare for 1/17 meeting with experts (2.20); multiple e-mails regarding same (.40). | 4.20 |
| 01/13/06 | Flatley | Preparation for meeting (1.5); meet with R. Senftleben and B. Jacobson regarding meeting with potential consultant (2.5); meeting with R. Senftleben and B. Jacobson, et al. (3.0). | 7.00 |
| 01/14/06 | Cameron | Review materials for meetings in Washington, DC with defense team members (1.70); review materials from 1/11-12/06 meetings and action items (.90). | 2.60 |
| 01/15/06 | Cameron | Review of government supplemental disclosures (1.90); continued preparation for 1/17 meeting in Washington, DC (1.60). | 3.50 |
| 01/16/06 | Cameron | Prepare for meeting in Washington D.C. with potential expert witnesses and Grace counsel (3.20); meet with R. Finke and potential report witness (.80); working dinner (part) with potential experts and Grace Counsel (.80). | 4.80 |
| 01/16/06 | Flatley | E-mails and responses re: meetings with co-counsel. | .50 |
| 01/17/06 | Aten | Continue to review and analyze expert disclosures. | 1.90 |
| 01/17/06 | Cameron | Prepare for (.90) and meet with potential expert witnesses, in-house counsel for Grace, K&E and HRO regarding defense issues (5.70); meet with R. Finke and expert witnesses (.50); meet with two expert witnesses following general meeting (.60). | 7.70 |

172573  W. R. Grace & Co.                          Invoice Number  1374366
60035   Grand Jury Investigation                   Page    7
        February 28, 2006


| Date | Name | | Hours |
|------|------|---|-------|
| 01/17/06 | DiChiera | Meeting with R. Aten regarding re: Study (0.1); prepare memo attached to binder to be fowarded to L. Flatley, C. Gatewood and R. Aten for reference and information (0.3). | .40 |
| 01/17/06 | Flatley | Reorganizing after meetings regarding medical issues and responding to e-mails (1.0); preparation for 1/19 conference call (0.7). | 1.70 |
| 01/18/06 | Aten | Reviewed expert reports re: missing exhibits and e-mail to D. Kuchinsky re: same. | .30 |
| 01/18/06 | Cameron | E-mails and phone calls regarding follow-up to 1/17 meeting (.90); review Government supplemental expert materials (1.60); begin preparation of summary memo of meetings and action plan (1.20). | 3.70 |
| 01/19/06 | Aten | Reviewed supplemental expert reports and memo by D. Kuchinsky re: her review of medical records. | .90 |
| 01/19/06 | Cameron | Review e-mails relating to potential expert issues (.80); attend to follow up issues and memo relating to 1/17 meeting with experts (.90); review scientific literature relating to expert issues (.90). | 2.60 |
| 01/19/06 | DiChiera | Review and respond to emails from L. Flatley (0.1); prepare and arrange for expert reports and exhibits to be copied in preparation with request (0.1); meeting with R. Aten re: exhibits and supplemental expert reports (0.1); review and respond to emails from R. Aten regarding arrangements for copying of supplemental expert reports (0.1). | .40 |

172573  W. R. Grace & Co.                              Invoice Number   1374366
60035   Grand Jury Investigation                       Page     8
        February 28, 2006

| Date | Name | | Hours |
| -------- | ----------- | --- | ----- |
| 01/19/06 | Flatley | Outline in preparation for status call on expert issues (2.1); conference call to discuss expert issues (2.0); preparation for 1/20/06 expert meeting in Washington (1.0). | 5.10 |
| 01/20/06 | Aten | Reviewed news articles re: wood smoke issues. | .40 |
| 01/20/06 | Cameron | Multiple e-mails relating to potential experts (.90); review materials from B. Jacobson (.70); review and revise memo re: strategy from expert meeting (1.30). | 2.90 |
| 01/20/06 | Flatley | Calls and e-mails regarding scheduling 1/31 expert witness meeting (1.0); drafting outline regarding 1/19/06 conference call decisions on experts, reviewing notes and evaluating plans (2.3); attend meeting with potential expert witness and follow-up on meeting (5.0). | 8.30 |
| 01/21/06 | Cameron | Work on materials relating to experts for constituent analysis. | 1.20 |
| 01/22/06 | Cameron | Review literature and other materials received from potential expert witness (1.50); revise summary memo regarding strategy meetings (1.20). | 2.70 |
| 01/23/06 | Aten | Reviewed slides from consultant, expert disclosures, and binders. | 1.60 |
| 01/23/06 | Cameron | Multiple e-mails regarding expert witness issues (1.10); review and revise summary and planning memo regarding experts (1.70); review materials regarding government disclosure (.60); meet with R. Finke regarding expert issues (.30). | 3.70 |

172573  W. R. Grace & Co.                          Invoice Number   1374366
60035   Grand Jury Investigation                   Page    9
        February 28, 2006

| Date | Name | | Hours |
|------|------|---|-------|

01/23/06 DiChiera        Prepare binders relating to the          3.10
                         Government's Supplemental Expert
                         Witness Disclosures (2.6); review
                         and respond to emails from R. Aten
                         regarding status of binders (0.5).

01/23/06 Flatley         Reviewing and responding to               .90
                         e-mails/correspondence and
                         reorganization after Washington
                         trip (0.7); calls re: same (0.2).

01/23/06 Restivo         Receipt and review of new                 .40
                         pleadings.

01/24/06 Aten            Conference with L. Flatley re:            .60
                         information re: air quality in
                         Libby (0.1); reviewed news reports
                         re: same (0.5).

01/24/06 Cameron         Review and revise memo relating to       4.70
                         potential expert witness meetings
                         (.90); multiple e-mails re: same
                         (.70); e-mails re: various
                         scheduling issues (.40); meet with
                         R. Finke re: expert witness issues
                         (2.10); telephone call with
                         potential consultants (.60).

01/24/06 Flatley         Review overview of health experts       1.30
                         issues (0.7); e-mails to/from B.
                         Jacobson, D. Kuchinsky et al.
                         (0.2); meet with R. Aten regarding
                         documents review and other issues
                         (0.4).

01/25/06 Atkinson        Searches re:  testing documents,         .40
                         per T. Mace request.

01/25/06 Cameron         Review and revise memo regarding        5.60
                         potential expert witness meetings
                         (1.10); meeting with R. Finke
                         regarding multiple expert witness
                         and related issues (1.80);
                         telephone call with B. Jacobson
                         regarding same (.80); telephone
                         call with consultants regarding
                         same (.60); prepare and revise
                         draft request for information to
                         government (.90); e-mails
                         regarding potential witness
                         meeting (.40).

172573  W. R. Grace & Co.                                Invoice Number   1374366
60035   Grand Jury Investigation                         Page   10
        February 28, 2006


        Date    Name                                                    Hours
        -------- -----------                                            -----


01/25/06 Flatley        Revisions to outline regarding          3.90
                        1/19 conference call and review B.
                        Jacobson outline (3.5); e-mail and
                        analysis of O.M. Scott issue (0.4).

01/26/06 Cameron        Finalize draft language for             3.90
                        samples request to government
                        (.80); telephone call with
                        potential consultants re same
                        (.40) attend to issues relating to
                        potential experts on industrial
                        hygiene issues (1.60);  revise
                        materials form K. Coggan (.60);
                        meet with R. Finke re expert
                        issues (.50).

01/27/06 Cameron        Extensive discussion with and          4.20
                        follow-up material review for
                        potential expert witness (1.60);
                        review materials to supplement
                        criminal defense outline (1.30);
                        telephone call with R. Finke
                        regarding same (.20); review
                        material from potential expert
                        (1.10).

01/27/06 Flatley        Preparation for witness meeting on     2.70
                        1/31 (2.5); e-mails and replies
                        (0.2).

01/28/06 Cameron        Review materials for defense           1.70
                        strategy outline (.80); review
                        literature and other materials for
                        potential experts (.90).

01/29/06 Aten           Reviewed documents and binders on      2.40
                        hand (0.6); prepared document
                        summarizing same (0.8); began
                        conducting Internet research re:
                        health issues (1.0).

01/29/06 Atkinson       E-mails from/to research                .70
                        librarians re: research on
                        prospective experts (.40);
                        Internet searches re: prospective
                        experts (.30).

172573  W. R. Grace & Co.                      Invoice Number  1374366
60035  Grand Jury Investigation                Page  11
       February 28, 2006

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 01/29/06 | Cameron | Review and organize materials for communications with potential experts (1.30); review materials relating to testing data (.90); follow-up with respect to information request from K&E (.70); emails regarding potential witness issues (.40). | 3.30 |
| 01/29/06 | DiChiera | Review and respond to emails from R. Aten regarding status memorandum of material received and needed in preparation for meeting on Monday with L. Flatley. | .20 |
| 01/29/06 | Flatley | E-mails regarding meeting scheduling and other issues (0.3); reviewing and outlining various memoranda, especially summaries of documents that are being reviewed (3.6). | 3.90 |
| 01/30/06 | Aten | Conference with L. Flatley re: documents and binders reviewed time for and highlighted areas to follow-up on. | 2.10 |
| 01/30/06 | Atkinson | E-mail and telephone call L. Lamphear re: research on potential experts (.20); Internet searches on potential experts (.30); meet with D. Cameron (.10). | .60 |
| 01/30/06 | Beswick | Background research on potential expert witnesses. | .25 |
| 01/30/06 | Bruce | Checked expert witness directories for entries, Internet searches and PubMed searches for certain experts. | 2.70 |
| 01/30/06 | Cameron | Follow up discussions with potential expert witness (.70); review materials relating to testing issues (1.70); review prior testimony and reports of potential expert witnesses (1.20); review summary outline regarding strategy (.60); memo regarding discussion with potential experts (.90). | 5.10 |

172573  W. R. Grace & Co.                          Invoice Number   1374366
60035   Grand Jury Investigation                   Page   12
        February 28, 2006

| Date | Name | | Hours |
|------|------|------|-------|
| 01/30/06 | DiChiera | Attend part of meeting with L. Flatley and R. Aten regarding preparation of government expert witness binder (0.9); prepare binder and transmittal letter in connection with service of binder to potential expert witness (0.2). | 1.10 |
| 01/30/06 | Flatley | Review various documents in preparation for meeting (1.2); meet with R. Aten regarding follow-up on documents (1.8); review and revise M. DiChiera letter and information to potential expert (0.3); preparation for 1/31/06 meeting (0.3). | 3.60 |
| 01/30/06 | Lanphear | Searched for background information on various potential expert witnesses, as requested by D. Cameron/M. Atkinson. | .90 |
| 01/31/06 | Aten | Prepared "to do" list based on meeting with L. Flatley (0.4); e-mails to K & E attorneys re: medical records (1.1); deposition transcripts, binders; compared materials received re: A. Frank and list of his depositions (0.7); continue to research wood smoke issue (1.7). | 3.90 |
| 01/31/06 | Atkinson | Performed Internet searches re: prospective experts, and prepare summary document/file on each potential expert. | 1.50 |
| 01/31/06 | Cameron | Multiple e-mails and calls relating to issues raised by potential experts (.90); review testing data received from K&E (1.40); review materials for upcoming meetings with potential experts (1.70); review government supplemental reports (.80). | 4.80 |

```
172573  W. R. Grace & Co.                        Invoice Number   1374366
60035   Grand Jury Investigation                 Page   13
        February 28, 2006
```

| Date | Name | | Hours |
|------|------|---|-------|
| 01/31/06 | Flatley | Preparation for meeting with potential expert witness (3.1); attending meeting with D. Kuchinsky, B. Jacobson et al. (2.5); follow-up meeting with D. Kuchinsky upon return to Pittsburgh (1.5). | 7.10 |

```
                                        TOTAL HOURS   272.85
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|----|------|---|-------|
| James J. Restivo Jr. | 0.40 | at $ | 600.00 | = | 240.00 |
| Lawrence E. Flatley | 102.90 | at $ | 535.00 | = | 55,051.50 |
| Douglas E. Cameron | 124.60 | at $ | 530.00 | = | 66,038.00 |
| Carol J. Gatewood | 4.50 | at $ | 380.00 | = | 1,710.00 |
| Rebecca E. Aten | 19.30 | at $ | 270.00 | = | 5,211.00 |
| Maureen L. Atkinson | 3.90 | at $ | 180.00 | = | 702.00 |
| Maria E. DiChiera | 13.00 | at $ | 180.00 | = | 2,340.00 |
| Louise A. Beswick | 0.25 | at $ | 165.00 | = | 41.25 |
| Leslie Lanphear | 0.90 | at $ | 170.00 | = | 153.00 |
| Sarah Bruce | 2.70 | at $ | 130.00 | = | 351.00 |
| John B. Worobij | 0.40 | at $ | 120.00 | = | 48.00 |

```
                CURRENT FEES                          131,885.75


                                                     ------------
                TOTAL BALANCE DUE UPON RECEIPT         $131,885.75
                                                     ============
```