TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

| | Account No: | 016-001257 |
|---|---|---|
| | Statement Start Date: | 16 DEC 2005 |
| | Statement End Date: | 30 DEC 2005 |
| | Statement Code: | S00-USA-22 |
| | Statement No: | 024 |
| | | Page 4 of 21 |

| Ledger Date | Adj Ledger Date | Value Date | References | F T | Credit / Debit | Description | Date | Closing Balances | Amount |
|---|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | Value Date | References | F T | Credit / Debit | Description |
|---|---|---|---|---|---|
| 20DEC | 20DEC | USD YOUR: O/B BKAM IL CG0<br>OUR: 0335602354FF | | 2,672,501.69 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA,ILLINOIS<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B<br>BKAM IL CG0 BBI=/TIME/11:51<br>IMAD: 1220G1QFGY2C000440 |
| 21DEC | 21DEC | USD OUR: 0016020114XF | | 585,857.96 | AUTOMATIC DOLLAR TRANSFER<br>FROM ACCOUNT 000304616494 |
| 21DEC | 21DEC | USD YOUR: CAP OF 05/12/21<br>OUR: 2682900355J0 | | 935,151.70 | BOOK TRANSFER CREDIT<br>B/O, GRACE INTERNATIONAL HOLDINGS,I<br>COLUMBIA MD 21044-4098 |
| 21DEC | 21DEC | USD YOUR: O/B WACHOVIA BK<br>OUR: 0220809355FF | | 1,091,719.22 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC, NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO<br>IMAD: 1221E3B75D1C001966 |
| 21DEC | 21DEC | USD YOUR: O/B BKAM IL CG0<br>OUR: 0222609355FF | | 2,520,376.47 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA,ILLINOIS<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B<br>BKAM IL CG0 BBI=/TIME/11:26<br>IMAD: 1221G1QFGY2C000419 |
| 21DEC 09DEC | 09DEC | USD YOUR: PEG OF 05/12/21<br>OUR: 1246200355II | | 3,248,223.63 | BOOK TRANSFER CREDIT<br>B/O, FX USD OUTGOING\FEDCHIPS\DDA<br>BOURNEMOUTH UNITED KINGDOM BH7 7-DB<br>ORG, WR GRACE AFRICA PTY LTD<br>CNR MILL AND ISCOR STREET<br>REF, BEING PAYMENT BACKVALUED TO 09<br>DECO 5/BNF/OUR REF.JPM5617-06DECO5 |
| 21DEC | 21DEC | USD YOUR: MAESTRO<br>OUR: 0688509355FF | | 8,400,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

Account No:      016-001257
Statement Start Date:   16 DEC 2005
Statement End Date:    30 DEC 2005
Statement Code:     S00-USA-22
Statement No:       024
Page 5 of 21

| Ledger Date | Adj Ledger Date | Value Date | F/t | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | Value Date | References | Credit / Debit | Description |
|---|---|---|---|---|
| | 22DEC | USD YOUR: SHF OF 05/12/22<br>OUR: 30500000356JS | 4,995.87 | /011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-0000000000160 RFB=MAE<br>STRO ODI-FUND-318-S-1 ML PREMIE<br>TMAD: 1205I4IQ02QC001798<br>BOOK TRANSFER CREDIT<br>LIMA BANCO CREDITO DEL PERU,LIMA<br>LIMA PERU<br>ORG: W R GRACE + CO SUCURSAL DE LIM<br>BCP: SAN ISIDRO CASILLA 118 LIMA<br>OGB: BANK OF NEW YORK AS TRUSTEE AN<br>BANCO: BANK-CREDIT DEL PERU AS SVCER<br>REF: INSURANCE(CHGS/USD30,00/ |
| | 22DEC | USD OUR: 0016400114XF | 15,184.46 | AUTOMATIC DOLLAR TRANSFER<br>FROM ACCOUNT 00030404616494 |
| | 22DEC | USD YOUR: O/B WACHOVIA BK<br>OUR: 0201601356FF | 27,958.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-0000000000160 RFB=O/B<br>WACHOVIA BK OBT=FOR GRACE GMBH BBI<br>IMAD: 1222E3B75D1C001608 |
| | 22DEC | USD YOUR: O/B WACHOVIA BK<br>OUR: 0203107356FF | 383,585.70 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-0000000000160 RFB=O/B<br>WACHOVIA BK OBI=FUND TRANSFER FRO<br>IMAD: 1222E3B75D1C001612 |
| | 22DEC | USD YOUR: O/B WACHOVIA BK<br>OUR: 0204707356FF | 456,149.35 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA OF FLORIDA<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.-CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

Account No: 016-001257
Statement Start Date: 16 DEC 2005
Statement End Date: 30 DEC 2005
Statement Code: S00-USA-22
Statement No: 024
Page 6 of 21

## CREDITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| 22DEC | | 22DEC | USD | YOUR: O/B BKAM IL CG0<br>OUR: 0204803356FF | 2,867,779.63 | ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-00000000160 RFB=0/B WACHOVIA BK BBI=/TIME/11:10 IMAD: 1222E3B75D2C000971 FEDWIRE CREDIT VIA; BANK OF AMERICA,ILLINOIS /071000039 B/O; W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF;CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-00000000160 RFB=0/B BKAM IL CG0 BBI=/TIME/11:12 |
| 23DEC | | 23DEC | USD | YOUR: SWF OF 05/12/22<br>OUR: 0584500357FC | 4,691.50 | IMAD: 1222G1QFGY2C000475 CHIPS CREDIT VIA; BARCLAYS BANK PLC /0257 B/O; INEOS SILICAS LIMITED REF; NBNF=W.R. GRACE AND CO SYRACUS E FDNG ACC COLUMBIA MD 21044-4098/A C-00000000160 ORG=INEOS SILICAS LI MITED OGB=BARCLAYS BANK PLC LONDON ENGLAND EC3 NHJ OBI=ROYALTY QTR3 BB |
| 23DEC | | 23DEC | USD | YOUR: 60083541265000 01<br>OUR: 1650100357FC | 295,516.22 | SSN; 004387 CHIPS CREDIT VIA; BANK OF AMERICA N.A. /0959 B/O; GRACE COLLECTION INC. REF; NBNF=W.R. GRACE AND CO SYRACUS E FDNG ACC COLUMBIA MD 21044-4098/A C-00000000160 ORG=/6008325611137 GR ACE COLLECTION INC. OGB=/0065503605 64 P.O. BOX 407 SSN; 0095778 |
| 23DEC | | 23DEC | USD | OUR: 0016400114XF | 411,035.17 | AUTOMATIC DOLLAR TRANSFER FROM ACCOUNT 0003046 16494 |
| 23DEC | | 23DEC | USD | YOUR: O/B WACHOVIA BK<br>OUR: 0291901357FF | 1,437,379.05 | FEDWIRE CREDIT VIA; WACHOVIA BANK BANK OF NC, NA /053000219 B/O; W.R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF;CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-00000000160 RFB=0/B |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

Account No: 016-001257
Statement Start Date: 16 DEC 2005
Statement End Date: 30 DEC 2005
Statement Code: S00-USA-22
Statement No: 024
Page 7 of 21

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | Value Date | | References | Credit / Debit | Description |
|---|---|---|---|---|---|
| 23DEC | 23DEC | USD | YOUR: O/B BKAM IL CGO OUR: 0283514357FF | 1,491,129.56 | WACHOVIA BK OBI=FUNDS TRANSFER FRO IHAD:1223E3B75D1C002243 FEDWIRE CREDIT VIA: BANK OF AMERICA, ILLINOIS /071000039 B/O:W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF.:CHASE NYC/CTR/BNF=W.R. GRACE A 21044-4098/AC-00000000160 RFB=O/B BKAM IL CGO BBI=/TIME/11:58 |
| 23DEC | 23DEC | USD | YOUR: 6008354125700001 OUR: 1630400357FC | 13,626,109.28 | IHAD: I23G1QF6Y2C000468 CHIPS CREDIT VIA: BANK OF AMERICA N.A. /0959 B/O: GRACE COLLECTION INC. REF, NBNF=W.R. GRACE AND CO SYRACUS C-FDNG ACC COLUMBIA MD 21044-4098/A C-00000000160 ORG=/60083256l137 GR ACE COLLECTION INC. OGB=/0065503605 SSN: 0109792 REF. 0 BOX 407 |
| 23DEC | 23DEC | USD | YOUR: O/B WACHOVIA BK OUR: 0274203357FF | 19,958,954.05 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA /063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF.:CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-00000000160 RFB=O/B WACHOVIA BK BBI=/TIME/11:53 |
| 27DEC | | USD | YOUR: CAP OF 05/12/27 OUR: 1054800361J0 | 67,510.30 | IHAD:I223E3B75D2C001399 BOOK TRANSFER CREDIT B/O. GRACE INTERNATIONAL HOLDINGS, I COLUMBIA MD 21044-4098 |
| 27DEC | | USD | OUR: 0015700114XF | 244,185.26 | REF:GIHI 4Q2005 INTEREST TO CONN AUTOMATIC DOLLAR TRANSFER FROM ACCOUNT 0005041616494 |
| 27DEC | | USD | YOUR: CAP OF 05/12/27 OUR: 1266300361J0 | 1,048,371.09 | BOOK TRANSFER CREDIT B/O, GRACE INTERNATIONAL HOLDINGS, I COLUMBIA MD 21044-4098 |
| 27DEC | | USD | YOUR: CAP OF 05/12/27 OUR: 1266200361J0 | 2,287,677.20 | BOOK TRANSFER CREDIT B/O: W R GRACE & CO (DELAWARE) COLUMBIA MD 21044-4098 |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.-CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

Account No: 016-001257
Statement Start Date: 16 DEC 2005
Statement End Date: 30 DEC 2005
Statement Code: S00-USA-22
Statement No: 024
Page 8 of 21

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 27DEC | | 27DEC | | USD YOUR: O/B BKAM IL CGO OUR: 0250102361FF | 3,326,314.49 | REF: FUNDS MOVEMENT FROM GRACE DE T O GRACE CONN FEDWIRE CREDIT VIA: BANK OF AMERICA,ILLINOIS /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B BKAM IL CGO BBI=/TIME/10:53 IMAD: 1227Q1QFGYZC000199 | | |
| 27DEC | | 27DEC | | USD YOUR: O/B WACHOVIA BK OUR: 0495207361FF | 10,000,000.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK OF NC, NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 1227E3B75DICO02785 | | |
| 27DEC | | 27DEC | | USD YOUR: O/B WACHOVIA BK OUR: 0497113361FF | 17,569,999.45 | FEDWIRE CREDIT VIA: WACHOVIA BANK OF NC, NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 1227E3B75DICO02780 | | |
| 28DEC | | 28DEC | | USD YOUR: 6217362250170001 OUR: 1521400352FC | 2,997.54 | CHIPS CREDIT VIA: BANK OF AMERICA N.A. /0959 B/O: GRACE SPECIALTY CHEMICALS INDO INDONESIA REF: NBNF=W.R. GRACE AND CO SYRACUS E FDNG ACC COLUMBIA MD 21044-4098/A C-000000000160 ORG=GRACE SPECIALTY CHEMICALS INDDNESIA INDONESIA OGB=/ SSN: 0089746 | | |
| 28DEC | | 28DEC | | USD YOUR: 6008362009690001 OUR: 4648700352FC | 41,624.73 | CHIPS CREDIT VIA: BANK OF AMERICA N.A. | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.-CONN
ATTN: GLENN HERNDON-FINANCE DEPT.
7500 GRACE DRIVE, BLDG 25
COLUMBIA   MD  21044-4098

Account No: 016-001257
Statement Start Date: 16 DEC 2005
Statement End Date: 30 DEC 2005
Statement Code: S00-USA-22
Statement No: 024
Page 9 of 21

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| | | | | | | | |
|---|---|---|---|---|---|---|---|

28DEC — USD YOUR: 200007895TEPTOEA  OUR: 0607203362FF — 50,000.00

/0959
B/O: GRACE COLLECTIONS INC
COLUMBIA MD 21044 USA
REF: NBNF=W.R. GRACE AND CO SYRACUS
E FDNG ACC COLUMBIA MD 21044-4098/A
C-000000000160 ORG=/60083256137 CO
LUMBIA MD 21044 USA OGB=/0065503605
SSN: 0257731
FEDWIRE CREDIT
VIA: WACHOVIA BANK NA OF WASHINGTON
/054001220
B/O: STEPTOE AND JOHNSON
WASHINGTON, DC 20036
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND CO SYRACUSE FDNG ACC COLUMBIA MD
21044-4098/AC-000000000160 RFB=200
00789STEPTOEA OBI=STEPTOE AND JOHNS
IMAD: 1228E3B75D9C000232

28DEC — USD OUR: 0017920114XF — 463,002.79

AUTOMATIC DOLLAR TRANSFER
FROM ACCOUNT 00030461 6494

28DEC — USD YOUR: O/B WACHOVIA BK  OUR: 0471513362FF — 1,926,543.25

/0553O0O219
FEDWIRE CREDIT
VIA: WACHOVIA BANK BANK OF NC,NA
B/O: W R GRACE & CO-CONN
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND CO SYRACUSE FDNG ACC COLUMBIA MD
21044-4098/AC-000000000160 RFB=O/B
WACHOVIA BK OBI=FUNDS TRANSFER FRO
IMAD: 1228E3B75D1C003916

28DEC — USD YOUR: O/B BKAM IL CGO  OUR: 0493014362FF — 3,203,851.50

/071000039
FEDWIRE CREDIT
VIA: BANK OF AMERICA, ILLINOIS
B/O: W.R. GRACE & CO.-CONN.
COLUMBIA, MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND CO SYRACUSE FDNG ACC COLUMBIA MD
21044-4098/AC-000000000160 RFB=O/B
BKAM IL CGO BBI=/TIME/14,24
IMAD: 1228G1QFGY2C001199

29DEC — USD OUR: 0016120114XF — 95,783.98

AUTOMATIC DOLLAR TRANSFER
FROM ACCOUNT 00030461 6494

29DEC — USD YOUR: O/B WACHOVIA BK  OUR: 0178901363FF — 1,148,606.07

FEDWIRE CREDIT
VIA: WACHOVIA BANK BANK OF NC,NA

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.-CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

| | | | | | | Account No: | 016-001257 |
|---|---|---|---|---|---|---|---|
| | | | | | | Statement Start Date: | 16 DEC 2005 |
| | | | | | | Statement End Date: | 30 DEC 2005 |
| | | | | | | Statement Code: | S00-USA-22 |
| | | | | | | Statement No: | 024 |
| | | | | | | | Page 10 of 21 |

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Description | Credit / Debit | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | Value Date | References | Description | Credit / Debit |
|---|---|---|---|---|
| | 29DEC | USD YOUR: O/B BKAM IL CG0<br>OUR: 0188207363FF | /053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=O/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO<br>IMAD: 1229E3B75D1C001670 | 1,892,227.31 |
| | | | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA,ILLINOIS<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=O/B<br>BKAM IL CG0 BBI=/TIME/10.41<br>IMAD: 1229010FGY2C000466 | |
| | 29DEC | USD YOUR: CAP OF 05/12/29<br>OUR: 1709600363J0 | BOOK TRANSFER CREDIT<br>B/O: GRACE INTERNATIONAL HOLDINGS,I<br>COLUMBIA MD 21044-4098 | 2,000,000.00 |
| | 29DEC | USD YOUR: MAESTRO<br>OUR: 0405114363FF | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=MAE<br>STRO OBI=FUND-318-P 1-S 1 ML PREMIE<br>IMAD: 1229A1002GC000830 | 9,200,000.00 |
| | 30DEC | USD OUR: 0016960114XF | AUTOMATIC DOLLAR TRANSFER<br>FROM ACCOUNT 000304616494 | 603,149.10 |
| | 30DEC | USD YOUR: O/B WACHOVIA BK<br>OUR: 0456607364FF | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC, NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=O/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO<br>IMAD: 1230E3B75D1C006153 | 1,199,751.00 |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.-CONN
ATTN. GLENN HERNDON FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

016-001257
16 DEC 2005
30 DEC 2005
S00-USA-22
024
Page 11 of 21

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Description | Credit / Debit | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 30DEC | | | | USD YOUR: O/B BKAM IL CG0 | FEDWIRE CREDIT | 2,381,664.64 | | |
| | | | | OUR: 0460107364FF | VIA: BANK OF AMERICA,ILLINOIS | | | |
| | | | | | /071000039 | | | |
| | | | | | B/O: W.R. GRACE & CO.-CONN. | | | |
| | | | | | COLUMBIA, MD 21044-4098 | | | |
| | | | | | REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | | |
| | | | | | ND CO SYRACUSE FDNG ACC COLUMBIA MD | | | |
| | | | | | 21044-4098/AC-00000000160 RFB=O/B | | | |
| | | | | | BKAM IL CG0 BBI=/TIME/11:21 | | | |
| | | | | | IMAD: 1230G1GFGY2C000471 | | | |

**DEBITS**

| 16DEC | | | | USD OUR: 0031690114XF | AUTOMATIC DOLLAR/FLOAT TRANSFER | 2,960.41 | | |
| | | | | | TO ACCOUNT 00032381963 | | | |
| 16DEC | | | | USD YOUR: NONREF | FEDWIRE DEBIT | 5,400,000.00 | | |
| | | | | OUR: 2782300350J0 | VIA: WACHOVIA BK NA NC | | | |
| | | | | | /053000219 | | | |
| | | | | | A/C: W.R. GRACE & CO. - CONN | | | |
| | | | | | REF: W.R. GRACE PAYMENT FOR CONTROLL | | | |
| | | | | | ED DISBURSEMENT ACCOUNTS | | | |
| | | | | | IMAD: 1216B1OGC01C007670 | | | |
| 16DEC | | | | USD YOUR: NONREF | BOOK TRANSFER DEBIT | 10,500,000.00 | | |
| | | | | OUR: 0648900350J0 | A/C: E I DUPONT DE NEMOURS & CO | | | |
| | | | | | WILMINGTON DE 19898 | | | |
| | | | | | REF: W.R. GRACE PAYING PER TERMS OF | | | |
| | | | | | 12-16-205 LETTER AGREEMENT | | | |
| 19DEC | | | | USD YOUR: NONREF | FEDWIRE DEBIT | 1,150.00 | | |
| | | | | OUR: 3604700353J0 | VIA: FIFTH THIRD CINCI | | | |
| | | | | | /042000314 | | | |
| | | | | | A/C: OWENSBORO SPECIALTY POLYMERS L | | | |
| | | | | | REF: /TIME/16:01 | | | |
| | | | | | IMAD: 1219B1QGC01C006478 | | | |
| 19DEC | | | | USD OUR: 0015110114XF | AUTOMATIC DOLLAR/FLOAT TRANSFER | 17,980.52 | | |
| | | | | | TO ACCOUNT 00032319705 | | | |
| 19DEC | | | | USD OUR: 0031990114XF | AUTOMATIC DOLLAR/FLOAT TRANSFER | 128,476.44 | | |
| | | | | | TO ACCOUNT 00032381963 | | | |
| 19DEC | | | | USD YOUR: ACH OF 05/12/19 | BOOK TRANSFER DEBIT | 230,358.00 | | |
| | | | | OUR: 0014000353HP | A/C: CB/EPTS PRE-FUNDING CLEARING A | | | |
| | | | | | TAMPA FL 33634- | | | |
| 19DEC | | | | USD YOUR: NONREF | FEDWIRE DEBIT | 4,403,649.09 | | |
| | | | | OUR: 3604600353J0 | VIA: BK NOVA SCOTIA NYC | | | |
| | | | | | /026002532 | | | |
| | | | | | A/C: THE BANK OF NOVA SCOTIA | | | |
| | | | | | TRANSIT 24042 | | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.-CONN
ATTN: GLENN HERNDON-FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

Account No: 016-001257
Statement Start Date: 16 DEC 2005
Statement End Date: 30 DEC 2005
Statement Code: S00-USA-22
Statement No: 024
Page 12 of 21

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| Ledger Date | References | Credit / Debit | Description |
|---|---|---|---|
| 19DEC | USD YOUR: NONREF<br>OUR: 3604500353J0 | 7,400,000.00 | BEN, GRACE CANADA, INC.<br>MONEY MOBILIZATION DIVISION<br>REF: W.R GRACE - VALLEYFIELD SETTLE<br>MENT ATTN: PIERRE LEBOURDAIS<br>IMAD: 1219B1QGC05C006279 |
| 20DEC | USD OUR: 3537677187TC | 76.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 1219B1QGC03C007500<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:051220<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000002767187 EED:051220<br>IND ID:SS6800 01727<br>IND NAME:STATE OF ALABAMA |
| 20DEC | USD OUR: 0014350114XF | 254.31 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003251196705 |
| 20DEC | USD OUR: 3537677192TC | 438.00 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC.DATE:051220<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000002767192 EED:051220<br>IND ID:371005709G |
| 20DEC | USD OUR: 0030710114XF | 462.50 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>IND NAME:TREASURER, STATE OF CO<br>TO ACCOUNT 0003235881963 |
| 20DEC | USD OUR: 3537677202TC | 467.00 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:051220<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000002767202 EED:051220<br>IND ID:13511423000<br>IND NAME:STATE OF NEW JERSEY |
| 20DEC | USD OUR: 3537677188TC | 812.00 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:051220<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000002767188 EED:051220<br>IND ID:SC9500S06836<br>IND NAME:STATE OF ALABAMA |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.-CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA  MD  21044-4098

Account No: 016-001257
Statement Start Date: 16 DEC 2005
Statement End Date: 30 DEC 2005
Statement Code: S00-USA-22
Statement No: 024
Page 13 of 21

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | References | F T | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| 20DEC | | | USD OUR: 3557677194TC | | 1,595.00 | ELECTRONIC FUNDS TRANSFER ORIG ID:9016001257 DESC DATE:051220 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000027677194 EED:051220 IND ID:0000201365 IND NAME:IDAHO STATE TAX COMMIS | | |
| 20DEC | | | USD OUR: 3557677189TC | | 1,785.00 | ELECTRONIC FUNDS TRANSFER ORIG ID:9016001257 DESC DATE:051220 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000027677189 EED:051220 IND ID:SU68SU 04883 IND NAME:STATE OF ALABAMA | | |
| 20DEC | | | USD OUR: 3557677199TC | | 1,797.00 | ELECTRONIC FUNDS TRANSFER ORIG ID:9016001257 DESC DATE:051220 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000027677199 EED:051220 IND ID:00929750 IND NAME:STATE OF MARYLAND | | |
| 20DEC | | | USD OUR: 3557677203TC | | 1,816.00 | ELECTRONIC FUNDS TRANSFER ORIG ID:9016001257 DESC DATE:051220 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000027677203 EED:051220 IND ID:990043895 IND NAME:STATE OF OHIO | | |
| 20DEC | | | USD OUR: 3557677201TC | | 2,244.00 | ELECTRONIC FUNDS TRANSFER ORIG ID:9016001257 DESC DATE:051220 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000027677201 EED:051220 IND ID:8748206 IND NAME:STATE OF MINNESOTA | | |
| 20DEC | | | USD OUR: 3557677197TC | | 3,529.00 | ELECTRONIC FUNDS TRANSFER ORIG ID:9016001257 DESC DATE:051220 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000027677197 EED:051220 IND ID:00104866000007 IND NAME:STATE OF INDIANA | | |
| 20DEC | | | USD OUR: 3557677206TC | | 4,914.00 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN. GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA  MD  21044-4098

TS

Account No:          016-001257
Statement Start Date:  16 DEC 2005
Statement End Date:   30 DEC 2005
Statement Code:       S00-USA-22
Statement No:         024

Page 14 of 21

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| 20DEC | | | | USD OUR: 3537677191TC | 4,955.00 | ORIG ID:9016001257 DESC DATE:051220 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000027677206 EED:051220 IND ID:409013810 IND NAME:STATE OF WASHINGTON ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID | | |
| 20DEC | | | | USD OUR: 3537677204TC | 5,029.00 | ORIG ID:9016001257 DESC DATE:051220 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000027677191 EED:051220 IND ID:3710057096 IND NAME:TREASURER, STATE OF CO ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID | | |
| 20DEC | | | | USD OUR: 3537677200TC | 7,367.00 | ORIG ID:9016001257 DESC DATE:051220 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000027677204 EED:051220 IND ID:99528935 IND NAME:STATE OF PENNSYLVANIA ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID | | |
| 20DEC | | | | USD OUR: 3537677195TC | 7,632.00 | ORIG ID:9016001257 DESC DATE:051220 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000027677200 EED:051220 IND ID:135114230 IND NAME:MASS DEPT OF REVENUE ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID | | |
| 20DEC | | | | USD OUR: 3537677205TC | 9,185.00 | ORIG ID:9016001257 DESC DATE:051220 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000027677195 EED:051220 IND ID:200008456 IND NAME:DEPARTMENT OF REVENUE ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID | | |
| 20DEC | | | | USD OUR: 3537677207TC | 11,153.00 | ORIG ID:9016001257 DESC DATE:051220 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000027677205 EED:051220 IND ID:11351142309 IND NAME:STATE OF TEXAS ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA  MD  21044-4098

Account No: 016-001257
Statement Start Date: 16 DEC 2005
Statement End Date: 30 DEC 2005
Statement Code: S00-USA-22
Statement No: 024

Page 15 of 21

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| | | 20DEC | | USD OUR: 3537677198TC | 14,343.00 | TRACE#:02100002767707207 EED:051220<br>IND ID:C66068<br>IND NAME:STATE OF UTAH<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:051220<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:02100002767198 EED:051220<br>IND ID:6016356000 | | |
| | | 20DEC | | USD OUR: 3537677193TC | 15,910.00 | IND NAME:LA DEPT. OF REVENUE<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:051220<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:02100002767193 EED:051220<br>IND ID:080002316 | | |
| | | 20DEC | | USD OUR: 3537677196TC | 15,938.00 | IND NAME:STATE OF FLORIDA<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:051220<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:02100002767196 EED:051220<br>IND ID:03188132<br>IND NAME:STATE OF ILLINOIS | | |
| | | 20DEC | | USD YOUR: NONREF<br>OUR: 2645400354J0 | 24,627.58 | FEDWIRE DEBIT<br>VIA: CITIZENS PROV<br>/011500120<br>A/C: TUFTS HEALTH PLAN<br>REF: ATTN: TOTAL HEALTH PLAN W. R.<br>GRACE/TIME/15:33<br>IMAD: 122BI0GC06C006775 | | |
| | | 20DEC | | USD YOUR: NONREF<br>OUR: 2524500354J0 | 112,359.41 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA MD<br>/055003201<br>A/C: W. R. GRACE & CO. EMPLOYEES DI<br>RELIEF FOUNDATION<br>REF: GRACE MATCHING FUNDS DONATED<br>IMAD: 122BI0GC05C005819 | | |
| | | 20DEC | | USD OUR: 3537677190TC | 119,373.00 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:051220<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:02100002767190 EED:051220<br>IND ID:98038849 | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN. GLENN HERNDON-FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA   MD 21044-4098

Account No: 016-001257
Statement Start Date: 16 DEC 2005
Statement End Date: 30 DEC 2005
Statement Code: S00-USA-22
Statement No: 024
Page 16 of 21

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 20DEC | | 20DEC | USD | YOUR: NONREF<br>OUR: 0290900354J0 | 120,100.00 | IND NAME:STATE OF CALIFORNIA<br>FEDWIRE DEBIT<br>VIA: AMSOUTH<br>/062000019<br>A/C: TENNESSEE BAR FOUNDATION IOLTA<br>FOR WALLER LANSDEN DORTCH AND DAVIS<br>REF: GRACE PAYING DEPOSIT FOR ACQUI<br>SITION WITH AGC AUTOMOTIVE TENNESSE<br>E, INC./TIME/09.31<br>IMAD: 1220B1QGC01C001779 | | |
| 20DEC | | 20DEC | USD | YOUR: NONREF<br>OUR: 2550600354J0 | 2,200,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R. GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 1220B1QGC02C005842 | | |
| 20DEC | | 20DEC | USD | YOUR: NONREF<br>OUR: 2550700354J0 | 2,300,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>REF: FFC TO ACCOUNT 3323755 ND WR G<br>RACE & CO. - CONN ATTN:MERRILL GROU<br>P (TRANSFER FUNDS)<br>IMAD: 1220B1QGC03SC006260 | | |
| 21DEC | | 21DEC | USD | YOUR: NONREF<br>OUR: 2714700355J0 | 27,958.00 | CHIPS DEBIT<br>VIA: COMMERZBANK AKTIENGESELLSCHAFT<br>/0804<br>A/C: ACCOBADEFF553<br>COMMERZBANK WORMS<br>BEN. GRACE GMBH AND CO. KG<br>REF: INVOICE 92626323<br>SSN: 0300770 | | |
| 21DEC | | | USD | OUR: 0030410114XF | 86,598.09 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003523881963 | | |
| 21DEC | | 21DEC | USD | YOUR: NONREF<br>OUR: 3289800355J0 | 957,639.80 | FEDWIRE DEBIT<br>VIA: DBTCO AMERICAS NYC<br>/021001033<br>A/C: FPRS DEPOSITORY<br>REF: FFC TO PLAN 89994 W.R. GRACE &<br>CO. ATTN. FPRS<br>IMAD: 1221B1QGC06C007635 | | |
| 21DEC | 13DEC | 13DEC | USD | YOUR: PEG OF 05/12/21<br>OUR: 1246100355II | 3,248,223.63 | BOOK TRANSFER DEBIT<br>A/C: FX USD INCOMING/FED/CHIPS/DDA | | |

Ts

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

Account No: 016-001257
Statement Start Date: 16 DEC 2005
Statement End Date: 30 DEC 2005
Statement Code: S00-USA-22
Statement No: 024
Page 17 of 21

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| | | 21DEC | | USD YOUR: NONREF   OUR: 3296600355JO | 11,900,000.00 | BOURNEMOUTH UNITED KINGDOM BH7 7-DB REF:REVERSAL OF 5537400347FX/BNF/0 UR REF. JPM3617-06DEC05 FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 1221B1QGC04C007349 | | |
| | | 22DEC | | USD YOUR: NONREF   OUR: 2540000356JO | 5,072.42 | CHIPS DEBIT VIA: CITIBANK /0008 A/C: GRACE COLOMBIA S. A. REF: PAYING FOR RECEIPT OF CUSTOMER NO. 180330 FUNDS IN ERROR SSN: 0292585 | | |
| | | 22DEC | | USD OUR: 0030950114XF | 12,226.02 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 000323881963 | | |
| | | 22DEC | | USD YOUR: NONREF   OUR: 2466700356JO | 18,984.80 | CHIPS DEBIT VIA: CITIBANK /0008 A/C: SPECIERA, INC. SSN: 0291264 | | |
| | | 22DEC | | USD YOUR: NONREF   OUR: 2466600356JO | 50,000.00 | CHIPS DEBIT VIA: CITIBANK /0008 A/C: ACBDDABMIIH HAMILTON, BERMUDA BEN: MARSH & MCLENNAN GLOBAL BROKIN SSN: 0291259 | | |
| | | 22DEC | | USD YOUR: NONREF   OUR: 2466800356JO | 578,326.86 | FEDWIRE DEBIT VIA: CITIBANK WILM /031100209 A/C: CITIBANK SAMP AETNA HEALTH PLAN IMAD: I222B1QGC01C005575 | | |
| | | 22DEC | | USD YOUR: NONREF   OUR: 2466900356JO | 1,700,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: I222B1QGC03C005822 | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN. GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

016-001257
16 DEC 2005
30 DEC 2005
S00-USA-22
024
Page 18 of 21

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Description | Credit / Debit | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

### DEBITS CONTINUED

| 22DEC | | 22DEC | USD | YOUR: NONREF<br>OUR: 2467000356J0 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>REF: FFC TO ACCOUNT 3323735 NO WR G<br>RACE & CO.- CONN ATTN.MERRILL GROU<br>P (TRANSFER FUNDS)<br>IMAD: 1222B1QGC04C005548 | 2,000,000.00 | | |
| 23DEC | | 23DEC | USD | OUR: 0031250114XF | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003238196J | 2,331.82 | | |
| 23DEC | | 23DEC | USD | YOUR: NONREF<br>OUR: 1477200357J0 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>REF: W.R. GRACE & CO. - CONN<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 1223B1QGC02C003552 | 4,700,000.00 | | |
| 23DEC | | 23DEC | USD | YOUR: NONREF<br>OUR: 1477300357J0 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>REF: FFC TO ACCOUNT 3323735 NO WR G<br>RACE & CO.- CONN ATTN.MERRILL GROU<br>P (TRANSFER FUNDS)<br>IMAD: 1223B1QGC06C003584 | 32,100,000.00 | | |
| 27DEC | | 27DEC | USD | YOUR: NONREF<br>OUR: 0739600361J0 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO (DELAWARE)<br>COLUMBIA MD 21044-4098 | 6,558.75 | | |
| 27DEC | | 27DEC | USD | YOUR: NONREF<br>OUR: 2194900361J0 | FEDWIRE DEBIT<br>VIA: CENTIER WHITING<br>/071902878<br>A/C: NATIONAL BOND AND TRUST<br>REF: ATTN, CAROL HIGHSMITH<br>IMAD: 1227B1QGC08C005550 | 22,486.25 | | |
| 27DEC | | 27DEC | USD | YOUR: NONREF<br>OUR: 2194800361J0 | BOOK TRANSFER DEBIT<br>A/C: NATEXIS BANQUES POPULAIRES (CC<br>PARIS CEDEX 02 FRANCE 75060-<br>BEN: /30021530030409411501476<br>RHODIA TERRES RARERS | 37,307.21 | | |
| 27DEC | | 27DEC | USD | YOUR: NONREF<br>OUR: 2194700361J0 | REF: GRACE DAVISON ROYALTY PAYMENT<br>FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: /D500000016439 | 180,777.78 | | |

TS

Statement of Account

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. – CONN
ATTN. GLENN HERNDON– FINANCE DEPT.
7500 GRACE DRIVE – BLDG 25
COLUMBIA  MD  21044-4098

AN W.R. GRACE
016-001257
16 DEC 2005
30 DEC 2005
S00-USA-22
024

**Account No:**
**Statement Start Date:**
**Statement End Date:**
**Statement Code:**
**Statement No:**
Page 19 of 21

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances | Amount |
|---|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| Ledger Date | Value Date | F T | References | Credit / Debit | Description |
|---|---|---|---|---|---|
| 27DEC | 27DEC | USD | YOUR: NONREF<br>OUR: 219460036IJO | 2,700,000.00 | W.R GRACE & CO.<br>REF. FFC TO ACCOUNT 5040003339 W.R<br>GRACE<br>IMAD: 1227B1QGC06C005554<br>FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. – CONN<br>REF. W.R GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 1227B1QGC01C005533 |
| 27DEC | 27DEC | USD | YOUR: NONREF<br>OUR: 216080036IJO | 31,800,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>REF. FFC TO ACCOUNT 3323755 NO WR G<br>RACE & CO. – CONN ATTN:MERRILL GROU<br>P (TRANSFER FUNDS)<br>IMAD: 1227B1QGC07C005242 |
| 28DEC | | USD | OUR: 003465011 4XF | 8,076.79 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032381963 |
| 28DEC | 28DEC | USD | YOUR: NONREF<br>OUR: 268320036 2JO | 25,873.94 | FEDWIRE DEBIT<br>VIA: CITIZENS PROV<br>/011500120<br>A/C: TUFTS HEALTH PLAN<br>REF. ATTN. TOTAL HEALTH PLAN W. R.<br>GRACE/TIME/15:30<br>IMAD: 1228B1QGC03C006357 |
| 28DEC | 28DEC | USD | YOUR: NONREF<br>OUR: 268310036 2JO | 1,700,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>REF. FFC TO ACCOUNT 3323735 NO WR G<br>RACE & CO. – CONN ATTN:MERRILL GROU<br>P (TRANSFER FUNDS)<br>IMAD: 1228B1QGC02C006329 |
| 28DEC | 28DEC | USD | YOUR: NONREF<br>OUR: 268300036 2JO | 3,700,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. – CONN<br>REF. W.R GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 1228B1QGC08C006725 |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON - FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA  MD  21044-4098

Account No: 016-001257
Statement Start Date: 16 DEC 2005
Statement End Date: 30 DEC 2005
Statement Code: S00-USA-22
Statement No: 024
Page 20 of 21

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F T | Credit / Debit | References | Description |
|---|---|---|---|---|---|---|
| 29DEC | | 29DEC | | 186,583.39 | USD YOUR: NONREF OUR: 23071003563JO | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN: FPRS SSN: 0263075 |
| 29DEC | | 29DEC | | 289,507.69 | USD YOUR: NONREF OUR: 23072003563JO | FEDWIRE DEBIT VIA: CITIBANK WILM /031100209 A/C: CITIBANK SAMP AETNA HEALTH PLAN IMAD: 1229B1QGC03C005204 |
| 29DEC | | 29DEC | | 292,011.48 | USD OUR: 0030730114XF | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003235881963 |
| 29DEC | | 29DEC | | 405,568.70 | USD YOUR: NONREF OUR: 08693003563JO | FEDWIRE DEBIT VIA: NORTHERN CHGO /071000152 A/C: W.R GRACE & CO. RETIREMENT PLA REF: ATTN: MR. BRUCE HENIKEN/TIME/1 0:31 IMAD: 1229B1QGC08C002941 |
| 29DEC | | 29DEC | | 13,500,000.00 | USD YOUR: NONREF OUR: 23073003563JO | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 1229B1QGC04C004895 |
| 30DEC | | 30DEC | | 774.60 | USD OUR: 0015370114XF | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003231196705 |
| 30DEC | | 30DEC | | 1,700.00 | USD OUR: 0032330114XF | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003235881963 |
| 30DEC | | 30DEC | | 3,700,000.00 | USD YOUR: NONREF OUR: 14976003564JO | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS) IMAD: 1230B1QGC08C004395 |

STATEMENT OF ACCOUNT

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

**Account No:** 016-001257
**Statement Start Date:** 16 DEC 2005
**Statement End Date:** 30 DEC 2005
**Statement Code:** S00-USA-22
**Statement No:** 024
**Page 21 of 21**

**CHECKS**

*No Activity*

# JPMorganChase

## Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.-CONN
ATTN: GLENN HERNDON-FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA  MD  21044-4098

In US Dollars

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 01 DEC 2005 |
| Statement End Date: | 15 DEC 2005 |
| Statement Code: | S00-USA-22 |
| Statement No: | 023 |

Page 1 of 18

### TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 55 | 114,490,952.08 |
| Total Debits (incl. checks) | 60 | 114,085,541.46 |
| Total Checks Paid | 0 | 0.00 |

### BALANCES

| Opening (01 DEC 2005) | Closing (15 DEC 2005) |
|---|---|
| Ledger 238,128.25 | Ledger 643,538.87 |

### ENCLOSURES

| | |
|---|---|
| Credits | |
| Debits | |
| Checks | |

#### Closing Balances

| Date | Amount |
|---|---|
| | LEDGER BALANCES |
| 01DEC | 295,922.06 |
| 02DEC | 552,121.56 |
| 05DEC | 550,499.08 |
| 06DEC | 11,556,005.76 |
| 07DEC | 435,693.10 |
| 08DEC | 205,037.06 |
| 09DEC | 401,752.10 |
| 12DEC | 382,480.49 |
| 13DEC | 3,563,228.54 |
| 14DEC | 479,262.24 |
| 15DEC | 643,538.87 |

### CREDITS

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| 01DEC | | | | USD OUR: 3340759172TC | 653,673.65 | ELECTRONIC FUNDS TRANSFERS ORIG TO NAME:BENEFIT ORIG ID 911863030 DESC DATE: CO ENTRY DESCR:DFSYPMT SEC:PPD TRACE#:021000021 EED:051201 IND ID: 7663ACH A IND NAME:W R GRACE 0207-3001 BPP 9869 |
| 01DEC | | | | USD YOUR: O/B WACHOVIA BK OUR: 0347903335FF | 1,024,993.88 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC-COLUMBIA MD 21044-4098/AC-000000000166 RFB=O/B WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 1201E3875D1C002861 |
| 01DEC | | | | USD YOUR: MAESTRO OUR: 0865703335FF | 1,800,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC-COLUMBIA MD 21044-4098/AC-000000000166 RFB=MAE STRO OBI=FUND-318-P1-S1 ML PREMIE IMAD: 1201A1Q02CC002408 |

FT CODE:

| | | |
|---|---|---|
| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN
OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS NOTIFIED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING
OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO
DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JPMorgan Chase Bank, N.A.

JPMorganChase

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. CONN
ATTN. GLENN HERNDON-FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

In US Dollars
016-001257
01 DEC 2005
15 DEC 2005
S00-USA-22
023
Page 2 of 18

| | | Account No: | 016-001257 |
| Statement Start Date: | 01 DEC 2005 |
| Statement End Date: | 15 DEC 2005 |
| Statement Code: | S00-USA-22 |
| Statement No: | 023 |

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | | |
| 01DEC | | 01DEC | | USD YOUR: O/B BKAM IL CG0<br>OUR: 0402201335FF | 2,085,872.99 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA,ILLINOIS<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=0/B<br>BKAM IL CG0 BBI=/TIME/12:14<br>IMAD: 1201G1QFGY2C000597 | | |
| 02DEC | | 02DEC | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0195908336FF | 1,395,079.34 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=0/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO<br>IMAD: 1202E3B75D1C001877 | | |
| 02DEC | | 02DEC | | USD YOUR: O/B BKAM IL CG0<br>OUR: 0190314336FF | 2,543,212.74 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA,ILLINOIS<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=0/B<br>BKAM IL CG0 BBI=/TIME/11:12<br>IMAD: 1202G1QFGY2C000436 | | |
| 05DEC | | | | USD OUR: 0015600114XF | 0.25 | AUTOMATIC DOLLAR TRANSFER<br>FROM ACCOUNT 0003046I6494 | | |
| 05DEC | | | | USD OUR: 0030060114XF | 3,156.35 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>FROM ACCOUNT 0002338I963 | | |
| 05DEC | | 05DEC | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0165414339FF | 1,946,258.35 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=0/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO<br>IMAD: 1205E3B75D1C001785 | | |

**JPMorganChase**

**Statement of Account**

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.-CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

In US Dollars

016-001257
01 DEC 2005
15 DEC 2005 -
S00-USA-22
023
Page 3 of 18

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 05DEC | | 05DEC | | USD YOUR: SWF OF 05/12/05 OUR: 3873000339JS | 2,182,513.23 | BOOK TRANSFER CREDIT B/O: KOREA EXCHANGE BANK SEOUL KOREA REPUBLIC OF ORG: GRACE KOREA INC REF: DIVIDEND PAYMENT | | |
| 05DEC | | | | USD YOUR: 0/B BKAM IL CGO OUR: 0168914339FF | 3,348,962.67 | FEDWIRE CREDIT VIA: BANK OF AMERICA,ILLINOIS /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=0/B BKAM IL CGO BBI=/TIME/11:04 IMAD: 1205G1QFGY2C000293 | | |
| 05DEC | | | | USD YOUR: MAESTRO OUR: 0503609339FF | 5,500,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=MAE STRO OBI=FUND-318-P 1-S 1 ML PREMIE IMAD: 1205A1Q002BC001194 | | |
| 06DEC | | | | USD OUR: 0014900114XF | 37,158.43 | AUTOMATIC DOLLAR TRANSFER FROM ACCOUNT 00030461649 | | |
| 06DEC | | | | USD YOUR: 0/B WACHOVIA BK OUR: 0278008340FF | 2,154,329.54 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=0/B WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 1206E3B75DIC002332 | | |
| 06DEC | | | | USD YOUR: 0/B BKAM IL CGO OUR: 0275814340FF | 2,620,314.50 | FEDWIRE CREDIT VIA: BANK OF AMERICA,ILLINOIS /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD | | |

**JPMorganChase**

## Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.-CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

Account No:                016-001257
Statement Start Date:      01 DEC 2005
Statement End Date:        15 DEC 2005
Statement Code:            S00-USA-22
Statement No:              023
Page 4 of 18
In US Dollars

Chase Bank, N.A.

| Ledger Date | Adj Ledger Date | Value Date | F. T. | References | Credit / Debit | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| Ledger Date | Value Date | References | Credit / Debit | Description |
|---|---|---|---|---|
| | 06DEC | USD YOUR: SNF OF 05/12/06 OUR: 3134600340FS | 11,243,925.00 | 21044-4098/AC-000000000160 RFB=0/B BKAM IL CGO BBI=/TIME/12:49 IMAD: 1206G10FGY2C000434 BOOK TRANSFER CREDIT B/O: MAYBANK/MENARA MAYBANK KUALA LUMPUR MALAYSIA 50050 ORG: WR GRACE SPECIALTY CHEMICALS M OGB: MAYBANK KUANTAN MAIN REF: /CHGS/USD15,00/OCMT/USD11124394 |
| | 06DEC | USD YOUR: NONREF OUR: 10880003401I | 11,243,925.00 | 0,00/ BOOK TRANSFER CREDIT B/O: CB FUNDS TRANS SAMEDAY CDT RET TAMPA FL 33610- ORG: MBR/0001 BANK OF NEW YORK REF: REVERSAL OF ENTRY DD12/06/05 T RN137225034OJOBECAUSE UNABLE TO APP LY./BNF/OUR REF:JPM8465-06DEC05 JP MORGAN CHASEREF0402109340FF REFNONR EF |
| | 07DEC | USD YOUR: O/B CITIBANK NYC OUR: 0672803341FF | 10,000.00 | FEDWIRE CREDIT VIA: CITIBANK /021000089 B/O: KELLER DE SCHMID VERENA DORIS CALI COLOMBIA REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=0/B CITIBANK NYC OBI=PAYMENT INVOICE B IMAD: 1207B108023C006926 |
| | 07DEC | USD OUR: 0014820114XF | 212,913.02 | AUTOMATIC DOLLAR TRANSFER FROM ACCOUNT 00030461649 |
| | 07DEC | USD YOUR: O/B BKAM IL CGO OUR: 0238008341FF | 625,815.51 | FEDWIRE CREDIT VIA: BANK OF AMERICA,ILLINOIS /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=0/B BKAM IL CGO BBI=/TIME/11:59 IMAD: 1207G1QFGY2C000464 |
| | 07DEC | USD YOUR: O/B WACHOVIA BK OUR: 0228101341FF | 987,501.15 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA |

JPMorganChase

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - B1DG 25
COLUMBIA MD 21044-4098

In US Dollars

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 01 DEC 2005 |
| Statement End Date: | 15 DEC 2005 |
| Statement Code: | S00-USA-22 |
| Statement No: | 023 |
| | Page 5 of 18 |

## CREDITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| 07DEC | | | | USD YOUR: CHAS337606CHAS33 OUR: 3338600341FX | 1,163,995.70 | /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-00000000160 RFB=0/B WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 1207E3B751C002064 BOOK TRANSFER CREDIT B/O: FX USD OUTGOING\FED\CHIPS\DDA BOURNEMOUTH UNITED KINGDOM BH7 7-DB ORG: FX OPERATIONS NEW YORK NY | | |
| 07DEC | | | | USD YOUR: CAP OF 05/12/07 OUR: 0966800341J0 | 1,233,099.96 | REF: /BNF/HKD9033305.00 B/O: W R GR ACE LTD DIVIDEND PMT BOOK TRANSFER CREDIT B/O: GRACE INTERNATIONAL HOLDINGS,I COLUMBIA MD 21044-4098 | | |
| 07DEC | | | | USD YOUR: MAESTRO OUR: 0609913541FF | 4,300,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-00000000160 RFB=MAE STRO OBI=FUND-318-P 1-S 1 ML PREMIE IMAD: 1207A1Q002GC001571 | | |
| 08DEC | | | | USD OUR: 0015180114XF | 1.17 | AUTOMATIC DOLLAR TRANSFER FROM ACCOUNT 000304616494 | | |
| 08DEC | | | | USD YOUR: 6062342250040001 OUR: 0415600342FC | 5,348.66 | VIA: BANK OF AMERICA N.A. /0959 B/O: W.R. GRACE TAIWAN, INC. TAOYUAN, TAIWAN REF: NBNF=W.R. GRACE AND CO SYRACUS E FDNG ACC COLUMBIA MD 21044-4098/A C-00000000160 ORG=/60622751503S TA OYUAN, TAIWAN OGB=/00655039783G 2ND SSN: 0029775 | | |
| 08DEC | | | | USD YOUR: SWF OF 05/12/08 OUR: 2990400342FS | 25,519.46 | BOOK TRANSFER CREDIT B/O: DRESDNER BANK AG FRANKFURT FRANKFURT GERMANY D-60301 ORG: /DE40670800500180199500 | | |

JPMorganChase

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.-CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE,- BLDG 25
COLUMBIA MD 21044-4098

Account No: 016-001257
Statement Start Date: 01 DEC 2005
Statement End Date: 15 DEC 2005
Statement Code: S00-USA-22
Statement No: 023

In US Dollars
Page 6 of 18

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| | | 08DEC | | USD YOUR: O/B WACHOVIA BK OUR: 0320808342FF | 1,016,792.52 | ADVANCED REFINING TECHNOLOGIE OGB: DRESDNER BANK A.G. WORMS WEST GERMANY REF: 16000869/CHGS/USD25,00/OCMT/US D25544,46/ FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 1208E3B75D1C002285 | | |
| | | 08DEC | | USD YOUR: O/B BKAM IL CGO OUR: 0316802342FF | 1,863,994.04 | FEDWIRE CREDIT VIA: BANK OF AMERICA,ILLINOIS /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B BKAM IL CGO BBI=/TIME/13:06 IMAD: 1208G1QFGY2C000703 | | |
| | | 08DEC | | USD YOUR: MAESTRO OUR: 0571209342FF | 15,800,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=MAE STRO OBI=FUND-318-P 1-S 1 ML PREMIE IMAD: 1208A1Q002BC001493 | | |
| | | 09DEC | | USD OUR: 0029960114XF | 53.36 | AUTOMATIC DOLLAR/FLOAT TRANSFER FROM ACCOUNT 0032588I963 | | |
| | | 09DEC | | USD YOUR: O/B WACHOVIA BK OUR: 0198913343FF | 152,271.03 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA /063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD | | |

JPMorganChase

Statement of Account

TS

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN, GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

Account No: 016-001257
Statement Start Date: 01 DEC 2005
Statement End Date: 15 DEC 2005
Statement Code: S00-USA-22
Statement No: 023
Page 7 of 18

## CREDITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| 09DEC | | | | USD OUR: 0015740114XF | 167,602.00 | AUTOMATIC DOLLAR TRANSFER<br>FROM ACCOUNT 00030461649<br>IMAD: 1209E3B75D2C000996<br>WACHOVIA BK BBT=/TIME/11:20<br>21044-4098/AC-00000000160 RFB=0/B | | |
| 09DEC | | | | USD YOUR: O/B WACHOVIA BK OUR: 0193914343FF | 1,878,888.98 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=0/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO<br>IMAD: 1209E3B75D1C001702 | | |
| 09DEC | | | | USD YOUR: O/B BKAM IL CGO OUR: 0384303343FF | 3,407,065.29 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA,ILLINOIS<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA. MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=0/B<br>BKAM IL CGO BBT=/TIME/14:01<br>IMAD: 12091O1FGY2C000886 | | |
| 09DEC | | | | USD YOUR: O/B WACHOVIA BK OUR: 0427407343FF | 12,825,888.14 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=0/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO<br>IMAD: 1209E3B75D1C003447 | | |
| 12DEC | | | | USD OUR: 0015640114XF | 88,148.90 | AUTOMATIC DOLLAR TRANSFER<br>FROM ACCOUNT 00030461649 | | |
| 12DEC | | | | USD YOUR: O/B WACHOVIA BK OUR: 0279113346FF | 1,518,887.86 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD | | |

JPMorganChase          Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA  MD  21044-4098

In US Dollars
016-001257
01 DEC 2005
15 DEC 2005
S00-USA-22
023
**Page  8  of  18**

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | Value Date | References | Credit / Debit | Description |
|---|---|---|---|---|
| 12DEC | 12DEC | USD YOUR: O/B BKAM IL CGO OUR: 0282313346FF | 2,176,449.35 | 21044-4098/AC-00000000160 RFB=0/B WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 1212E8B75D1C002164 FEDWIRE CREDIT VIA: BANK OF AMERICA,ILLINOIS /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-00000000160 RFB=0/B BKAM IL CGO BBI=/TIME/12:41 |
| 13DEC | 13DEC | USD OUR: 0015140114XF | 51,877.00 | IMAD: 1212G1QFGY2C000584 AUTOMATIC DOLLAR TRANSFER FROM ACCOUNT 00030461649 |
| 13DEC | 13DEC | USD YOUR: MAESTRO OUR: 0652301347FF | 1,100,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-00000000160 RFB=MAE STRO OBI=FUND-318-P 1-S 1 ML PREMIE IMAD: 1213A1Q00ZCC001903 |
| 13DEC | 13DEC | USD YOUR: O/B WACHOVIA BK OUR: 0542107347FF | 1,147,880.80 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC, NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-00000000160 RFB=0/B WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 1213E8B75D1C003755 |
| 13DEC | 13DEC | USD YOUR: O/B BKAM IL CGO OUR: 0555708347FF | 1,478,833.80 | FEDWIRE CREDIT VIA: BANK OF AMERICA,ILLINOIS /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-00000000160 RFB=0/B BKAM IL CGO BBI=/TIME/15:43 |

JPMorganChase

Statement of Account

TS

In US Dollars

Account No: 016-001257
Statement Start Date: 01 DEC 2005
Statement End Date: 15 DEC 2005
Statement Code: S00-USA-22
Statement No: 023
Page 9 of 18

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO - CONN
ATTN. GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

| Ledger Date | Adj Ledger Date | Value Date | F:T: | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | **CREDITS CONTINUED** | | | | |
| 13DEC | | | | USD YOUR: CHAS33405CHAS33 OUR: 5537400347FX | 3,248,223.63 | IMAD: 1213G1QFGY2C000839 BOOK TRANSFER CREDIT B/O: FX USD OUTGOING%FED%CHIPS%DDA BOURNEMOUTH UNITED KINGDOM BH7 7-DB ORG: FX OPERATIONS NEW YORK NY REF:/BNF/ZAR20800000.00 B/O: WR GR ACE AFRICA PTY LTD DIVIDENDS | | |
| 14DEC | | | | USD OUR: 0016080114XF | 224,853.99 | AUTOMATIC DOLLAR TRANSFER FROM ACCOUNT 00030461649 | | |
| 14DEC | | | | USD YOUR: O/B WACHOVIA BK OUR: 0245514548FF | 982,467.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B WACHOVIA BK OBI=FUNDS TRANSFER FRO | | |
| 14DEC | | | | USD YOUR: MAESTRO OUR: 0586801548FF | 1,100,000.00 | IMAD: 1214E3B7501C002745 FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=MAE STRO OBIFFUND-318-P1-5 1 ML PREMIE | | |
| 14DEC | | | | USD YOUR: O/B BKAM IL CG0 OUR: 0236408548FF | 1,527,197.19 | IMAD: 1214A1Q002DC001377 FEDWIRE CREDIT VIA: BANK OF AMERICA,ILLINOIS /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B BKAM IL CG0 BBI=/TIME/11:44 | | |
| 15DEC | | | | USD OUR: 3480703052TC | 13,391.00 | IMAD: 1214G1QFGY2C000485 ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:OFFSET CO ENTRY DESCR:TAXEPAYMNTSEC:CCD | | |

JPMorganChase

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

Account No: 016-001257
Statement Start Date: 01 DEC 2005
Statement End Date: 15 DEC 2005
Statement Code: S00-USA-22
Statement No: 023

Page 10 of 18

| Ledger Date | Adj Ledger Date | Value Date | F. T. | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | TRACE#:0210000207703052  EED:051215 | | |
| | | | | | | IND ID:9016001257 | | |
| | | | | | | IND NAME:EFT FILE NAME, RP3480U | | |
| | | | | | | EFT/ACH CREATED OFFSET FOR ORIGIN#: | | |
| | | | | | | 81343Z199    CO EFF DATE: 05/12/15 | | |
| 15DEC | | | | USD OUR: 001648011&XF | 15,728.06 | 051214 RP3480 | | |
| | | | | | | AUTOMATIC DOLLAR TRANSFER | | |
| | | | | | | FROM ACCOUNT 00304616494 | | |
| 15DEC | | | | USD YOUR: O/B BKAM IL CGO | 45,000.00 | FEDWIRE CREDIT | | |
| | | | | OUR: 0471907549FF | | VIA: BANK OF AMERICA,ILLINOIS | | |
| | | | | | | /071000039 | | |
| | | | | | | B/O: ADVANCED REFINING TECHNOLOGIES | | |
| | | | | | | COLUMBIA, MD 21044-4098 | | |
| | | | | | | REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |
| | | | | | | ND CO SYRACUSE FDNG ACC COLUMBIA MD | | |
| | | | | | | 21044-4098/AC-0000000000160 RFB=O/B | | |
| | | | | | | BKAM IL CGO OBI=ART  LLC PAYING IN | | |
| | | | | | | IMAD: 1215GIQFGY2C00 1762 | | |
| 15DEC | | | | USD OUR: 349396148ITC | 373,964.63 | ELECTRONIC FUNDS TRANSFER | | |
| | | | | | | ORIG CO NAME:AON CORPORATION | | |
| | | | | | | ORIG ID.9005551498 DESC DATE:051214 | | |
| | | | | | | CO ENTRY DESCR:ACH PYMT SEC:CCD | | |
| | | | | | | TRACE#:0210000239961481 EED:051215 | | |
| | | | | | | IND ID: | | |
| | | | | | | IND NAME:W R GRACE AND CO CONN | | |
| | | | | | | REF*RETIREEDB\ | | |
| 15DEC | | | | USD YOUR: O/B WACHOVIA BK | 741,289.68 | FEDWIRE CREDIT | | |
| | | | | OUR: 0448413349FF | | VIA: WACHOVIA BANK BANK OF NC,NA | | |
| | | | | | | /053000219 | | |
| | | | | | | B/O: W R GRACE & CO-CONN | | |
| | | | | | | COLUMBIA MD 21044-4098 | | |
| | | | | | | REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |
| | | | | | | ND CO SYRACUSE FDNG ACC COLUMBIA MD | | |
| | | | | | | 21044-4098/AC-0000000000160 RFB=O/B | | |
| | | | | | | WACHOVIA BK OBI=FUNDS TRANSFER FRO | | |
| | | | | | | IMAD: 1215E3B75DIC003203 | | |
| 15DEC | | | | USD YOUR: MAESTRO | 1,500,000.00 | FEDWIRE CREDIT | | |
| | | | | OUR: 0554108349FF | | VIA: STATE STREET BANK & TRUST COMP | | |
| | | | | | | /011000028 | | |
| | | | | | | B/O: W R GRACE & CO - CONN | | |
| | | | | | | COLUMBIA MD 21044-4029 | | |
| | | | | | | REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |
| | | | | | | ND CO SYRACUSE FDNG ACC COLUMBIA MD | | |
| | | | | | | 21044-4098/AC-0000000000160 RFB=MAE | | |

CREDITS CONTINUED

JPMorganChase

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. — CONN
ATTN: GLENN HERNDON — FINANCE DEPT.
7500 GRACE DRIVE — BLDG 25
COLUMBIA MD 21044-4098

In US Dollars
016-001257
01 DEC 2005
15 DEC 2005
S00-USA-22
023
Page 11 of 18

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Description | Credit / Debit | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| *CREDITS CONTINUED* | | | | | | | | |
| 15DEC | | 15DEC | | USD YOUR: O/B BKAM IL CGO  OUR: 0463913549FF | STRO OBI=FUND-318-P 1-S 1 ML PREMIE  IMAD: 1215A1Q02G6C001283  FEDWIRE CREDIT  VIA: BANK OF AMERICA,ILLINOIS  /071000039  B/O: W.R. GRACE & CO.-CONN.  COLUMBIA, MD 21044-4098  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND CO SYRACUSE FDNG ACC COLUMBIA MD  21044-4098/AC-000000000160 RFB=O/B  BKAM IL CGO BBI=/TIME/13:17  IMAD: 1215G1QFGY2C000760 | 1,696,633.80 | | |
| *DEBITS* | | | | | | | | |
| 01DEC | | | | USD OUR: 0031490118XF | AUTOMATIC DOLLAR/FLOAT TRANSFER  TO ACCOUNT 0005323381963 | 743.85 | | |
| 01DEC | | | | USD YOUR: NONREF  OUR: 3188300335J0 | CHIPS DEBIT  VIA: DEUTSCHE BANK TRUST CO AMERICA  /0103  A/C: FPRS DEPOSITORY  REF: FFC TO PLAN 89994 W.R. GRACE &  CO. ATTN: FPRS  SSN: 0295956 | 188,940.09 | | |
| 01DEC | | | | USD YOUR: NONREF  OUR: 3188600335J0 | CHIPS DEBIT  VIA: BANK OF AMERICA N.A.  /0959  A/C: FLEET NATIONAL BANK  HARTFORD CT 06115-2001  BEN: FLEET CAPITAL CORPORATION  REF: BANK OF AMERICA BUSINESS CAPIT  AL W.R. GRACE & CO. — CONN.  SSN: 0296957 | 190,185.05 | | |
| 01DEC | | | | USD YOUR: NONREF  OUR: 3188400335J0 | FEDWIRE DEBIT  VIA: CITIBANK WILM  /031100209  A/C: CITIBANK SAMP  AETNA HEALTH PLAN  IMAD: 1201B1Q6C01C008090 | 326,877.72 | | |
| 01DEC | | | | USD YOUR: NONREF  OUR: 3188500335J0 | FEDWIRE DEBIT  VIA: WACHOVIA BK NA NC  /053000219  A/C: W.R. GRACE & CO. — CONN  REF: W.R.GRACE PAYMENT FOR CONTROLL  ED DISBURSEMENT ACCOUNTS | 4,800,000.00 | | |

JPMorganChase

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN. GLENN HERNDON - FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA    MD    21044-4098

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

In US Dollars
016-001257
01 DEC 2005
15 DEC 2005
S00-USA-22
023
Page 12 of 18

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Description | Credit / Debit | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| Ledger Date | Value Date | | References | Description | Credit / Debit |
|---|---|---|---|---|---|
| 02DEC | 02DEC | USD | YOUR: NONREF OUR: 24898003536J0 | IMAD: 1201B1Q6C05C008037 CHIPS DEBIT VIA: BANK OF NEW YORK /0001 A/C: MARSH USA INC., NEW YORK REF: W.R. GRACE SSN: 0270627 | 512.00 |
| 02DEC | 02DEC | USD | OUR: 0030430114XF | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00052388196 | 637.50 |
| 02DEC | 02DEC | USD | YOUR: NONREF OUR: 25586003536J0 | BOOK TRANSFER DEBIT A/C: NATEXIS BANQUES POPULAIRES (CC PARIS CEDEX 02 FRANCE 75060- BEN: /8421508057 DIRECT INDUSTRY.COM | 3,851.00 |
| 02DEC | 02DEC | USD | YOUR: NONREF OUR: 24899003536J0 | REF: GRACE PAYING INVOICE 4906 FEDWIRE DEBIT VIA: FIFTH THIRD CINCI /042000314 A/C: OWENSBORO SPECIALTY POLYMERS L REF: /TIME/15:50 | 27,986.73 |
| 02DEC | 02DEC | USD | YOUR: NONREF OUR: 25587003536J0 | IMAD: 1202B1Q6C04C005900 CHIPS DEBIT VIA: CITIBANK /0008 A/C: FABRICA DE ENVASES S.A. FADESA REF: REIMBURSEMENT FOR CREDIT MEMO 92705367 AGAINST INVOICE 92436237 SSN: 0273026 | 66,889.75 |
| 02DEC | 02DEC | USD | YOUR: NONREF OUR: 24897003536J0 | BOOK TRANSFER DEBIT A/C: SINGER & FRIEDLANDER LTD LONDON UNITED KINGDOM EC2M-4HR REF: /BNF/GRACE DAVISON PAYMENT OF INVOICES REF A&M MINERALS LTD | 82,215.60 |
| 02DEC | 02DEC | USD | YOUR: NONREF OUR: 24896003536J0 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 1202B1Q6C06C005945 | 3,500,000.00 |
| 05DEC | 05DEC | USD | YOUR: NONREF OUR: 14089003539J0 | FEDWIRE DEBIT VIA: BK OF NYC /021000018 A/C: /IOC5696SCSMIC | 2,182,513.23 |

JPMorganChase

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.-CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7501 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

In US Dollars
016-001257
Account No:
Statement Start Date: 01 DEC 2005
Statement End Date: 15 DEC 2005
Statement Code: S00-USA-22
Statement No: 023
Page 13 of 18

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 05DEC | | 05DEC | | USD YOUR: NONREF<br>OUR: 1895500339JO | 10,800,000.00 | BANC OF AMERICA SECURITIES LLC<br>REF: FBO ACCT 22330134 W.R. GRACE A<br>ND CO. CONN<br>IMAD: 1205B1Q6C04C003996<br>FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 1205B1Q6C03C005747 | | |
| 06DEC | | | | USD OUR: 0013550114XF | 1,139.02 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032319670S | | |
| 06DEC | | | | USD YOUR: NONREF<br>OUR: 2665500340JO | 25,108.16 | FEDWIRE DEBIT<br>VIA: CITIZENS PROV<br>/011500120<br>A/C: TUFTS HEALTH PLAN<br>REF: ATTN: TOTAL HEALTH PLAN W. R.<br>GRACE/TIME/16:52 | | |
| 06DEC | | | | USD OUR: 0028870114XF | 47,773.61 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032388196 3 | | |
| 06DEC | | | | USD YOUR: NONREF<br>OUR: 2665700340JO | 100,000.00 | CHIPS DEBIT<br>VIA: BANK OF NEW YORK<br>/0001<br>A/C: MARSH USA INC., NEW YORK<br>SSN: 0272423<br>REF: W.R. GRACE | | |
| 06DEC | | | | USD YOUR: NONREF<br>OUR: 2665800340JO | 676,200.00 | FEDWIRE DEBIT<br>VIA: BK OF NYC<br>/021000018<br>A/C: MARSH USA INC., NEW YORK<br>REF: W.R. GRACE | | |
| 06DEC | | | | USD YOUR: NONREF<br>OUR: 2665400340JO | 2,000,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 1206B1Q6C07C006565 | | |
| 06DEC | | | | USD YOUR: NONREF<br>OUR: 2665600340JO | 2,200,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028 | | |

JPMorganChase

Statement of Account

TS

W. R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON - FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA  MD  21044-4098

In US Dollars
016-001257
01 DEC 2005
15 DEC 2005
S00-USA-22
023
Page 14 of 18

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## DEBITS CONTINUED

| 06DEC | | | | USD YOUR: NONREF<br>OUR: 1372500340J0 | 11,243,925.00 | A/C: MERRILL LYNCH PREMIER INSTITUT<br>REF: FFC TO ACCOUNT 332735 NO WR G<br>RACE & CO. - CONN ATTN:MERRILL GROU<br>P (TRANSFER FUNDS)<br>IMAD: 1206B1QGC03C005954<br>FEDWIRE DEBIT<br>VIA: BK OF NYC<br>/021000018<br>A/C: /IOC569GSCSMIC | |
| 07DEC | | | | USD OUR: 0013430114XF | 406.11 | BANC OF AMERICA SECURITIES LLC<br>REF: FBO ACCT 22330134 W.R. GRACE A<br>ND CO. CONN<br>IMAD: 1206B1QGC06C003216<br>AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00352319705 | |
| 07DEC | | | | USD OUR: 0028650114XF | 12,211.23 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032881963 | |
| 07DEC | | | | USD YOUR: NONREF<br>OUR: 0966900341J0 | 1,163,995.70 | FEDWIRE DEBIT<br>VIA: BK OF NYC<br>/021000018<br>A/C: /IOC569GSCSMIC<br>BANC OF AMERICA SECURITIES LLC<br>REF: FBO ACCT 22330134 W.R. GRACE A<br>ND CO. CONN<br>IMAD: 1207B1QGC02C002828 | |
| 07DEC | | | | USD YOUR: NONREF<br>OUR: 1493300341J0 | 1,233,099.96 | FEDWIRE DEBIT<br>VIA: BK OF NYC<br>/021000018<br>A/C: /IOC569GSCSMIC<br>BANC OF AMERICA SECURITIES LLC<br>REF: FBO ACCT 22330134 W.R. GRACE A<br>ND CO. CONN<br>IMAD: 1207B1QGC03C003670 | |
| 07DEC | | | | USD YOUR: NONREF<br>OUR: 2815700341J0 | 6,000,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 1207B1QGC08C006836 | |
| 07DEC | | | | USD YOUR: NONREF<br>OUR: 0143100341J0 | 11,243,925.00 | FEDWIRE DEBIT<br>VIA: BK OF NYC<br>/021000018<br>A/C: /IOC569GSCSMIC | |

JPMorganChase

TS

Statement of Account

In US Dollars

Account No:                016-001257
Statement Start Date:      01 DEC 2005
Statement End Date:        15 DEC 2005
Statement Code:            S00-USA-22
Statement No:              023

Page 15 of 18

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA  MD  21044-4098

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| 08DEC | | | | USD OUR: 0013690114XF | 18.10 | BANC OF AMERICA SECURITIES LLC<br>REF: FBO ACCT 22330134 W.R. GRACE A<br>ND CO. CONN<br>IMAD: 1207B1QGC06C001106 | | |
| 08DEC | | | | USD OUR: 0029070114XF | 2,813.48 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032319670S<br>AUTOMATIC DOLLAR/FLOAT TRANSFER | | |
| 08DEC | | | | USD YOUR: NONREF<br>OUR: 2644400342J0 | 11,028.50 | TO ACCOUNT 0005238B1963<br>CHIPS DEBIT<br>VIA: BANK OF NEW YORK<br>/0001<br>A/C: ACADCBAEAAA064<br>PO BOX 4377 SHARJAH, U.A.E.<br>BEN: LEADER FREIGHT FORWARDERS<br>REF: DEPOSIT FOR 2 VILLA'S<br>SSN: 025719G | | |
| 08DEC | | | | USD YOUR: NONREF<br>OUR: 2512700342J0 | 181,286.43 | CHIPS DEBIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/0103<br>A/C: FPRS DEPOSITORY<br>REF: FFC TO PLAN 89994 W.R. GRACE &<br>CO. ATTN: FPRS<br>SSN: 0255072 | | |
| 08DEC | | | | USD YOUR: NONREF<br>OUR: 2512800342J0 | 347,165.38 | FEDWIRE DEBIT<br>VIA: CITIBANK WILM<br>/031100209<br>A/C: CITIBANK SAMP<br>AETNA HEALTH PLAN<br>IMAD: 1208B1QGC01C005777 | | |
| 08DEC | | | | USD YOUR: NONREF<br>OUR: 2584800342J0 | 18,400,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 1208B1QGC07C006241 | | |
| 09DEC | | | | USD OUR: 0014330114XF | 1,233.95 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032319670S | | |
| 09DEC | | | | USD YOUR: NONREF<br>OUR: 1924500343J0 | 54,000.00 | FEDWIRE DEBIT<br>VIA: FIRST LIBBY<br>/092102851<br>A/C: KOOTENAI DEVELOPMENT CORPORATI<br>REF: CAPITAL CONTRIBUTION<br>IMAD: 1209B1QGC06C004732 | | |

JPMorganChase

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON-FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA   MD  21044-4098

Account No: 016-001257
Statement Start Date: 01 DEC 2005
Statement End Date: 15 DEC 2005
Statement Code: S00-USA-22
Statement No: 023

Page 16 of 18

In US Dollars

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | | |
| 09DEC | | 09DEC | | | USD YOUR: NONREF  OUR: 2118500343J0 | 779,819.81 | FEDWIRE DEBIT  VIA: DBTCO AMERICAS NYC  /021001033  A/C: FPRS DEPOSITORY  REF: FFC TO PLAN 89994 W.R. GRACE &  CO. ATTN: FPRS  IMAD: 1209B1QGC04C005077 | | |
| 09DEC | | 09DEC | | | USD YOUR: NONREF  OUR: 2118600343J0 | 17,400,000.00 | FEDWIRE DEBIT  VIA: STATE ST BOS  /011000028  A/C: MERRILL LYNCH PREMIER INSTITUT  REF: FFC TO ACCOUNT 323735 NO AR G  RACE & CO. - CONN ATTN:MERRILL GROU  P (TRANSFER FUNDS)  IMAD: 1209B1QGC07C005321 | | |
| 12DEC | | 12DEC | | | USD OUR: 0014210114XF | 191.90 | AUTOMATIC DOLLAR/FLOAT TRANSFER  TO ACCOUNT 00323196705 | | |
| 12DEC | | 12DEC | | | USD OUR: 0029750114XF | 2,565.82 | AUTOMATIC DOLLAR/FLOAT TRANSFER  TO ACCOUNT 00323196705 | | |
| 12DEC | | 12DEC | | | USD YOUR: NONREF  OUR: 2465100346J0 | 3,800,000.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER  TO ACCOUNT 00523881963  FEDWIRE DEBIT  VIA: WACHOVIA BK NA NC  /053000219  A/C: W.R. GRACE & CO. - CONN  REF: W.R GRACE PAYMENT FOR CONTROLL  ED DISBURSEMENT ACCOUNTS  IMAD: 1212B1QGC07C005881 | | |
| 13DEC | | 13DEC | | | USD OUR: 0013630114XF | 2,142.58 | AUTOMATIC DOLLAR/FLOAT TRANSFER  TO ACCOUNT 00523196705 | | |
| 13DEC | | 13DEC | | | USD OUR: 0028930114XF | 14,169.02 | AUTOMATIC DOLLAR/FLOAT TRANSFER  TO ACCOUNT 00523881963 | | |
| 13DEC | | 13DEC | | | USD YOUR: NONREF  OUR: 2884100347J0 | 26,958.85 | CHIPS DEBIT  VIA: CITIBANK  /0008  A/C: ACSPDBCNSHXXX  SHANGHAI 200002 CHINA  BEN: SHANGHAI LINKSTAR IMP AND EXP  SSN: 0269207 | | |
| 13DEC | | 13DEC | | | USD YOUR: NONREF  OUR: 2659700347J0 | 39,698.01 | FEDWIRE DEBIT  VIA: CITIZENS PROV  /011500120  A/C: TUFTS HEALTH PLAN  REF: ATTN: TOTAL HEALTH PLAN W. R.  GRACE/TIME/16.27  IMAD: 1213B1QGC04C006625 | | |

J.P. Morgan Bank, N A

JPMorganChase

Statement of Account

TS

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA  MD  21044-4098

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Account No:** | 016-001257 | |
| | | | | | **Statement Start Date:** | 01 DEC 2005 | |
| | | | | | **Statement End Date:** | 15 DEC 2005 | |
| | | | | | **Statement Code:** | S00-USA-22 | |
| | | | | | **Statement No:** | 023 | |
| | | | | | | Page 17 of 18 | |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| *DEBITS CONTINUED* | | | | | | | | |
| 13DEC | | 13DEC | USD | YOUR: NONREF<br>OUR: 2659800347J0 | 63,098.30 | FEDWIRE DEBIT<br>VIA: FIFTH THIRD CINCI<br>/042000314<br>A/C: OWENSBORO SPECIALTY POLYMERS L<br>REF: /TIME/16:27<br>IMAD: 1213B1QGC05C006717 | | |
| 13DEC | | 13DEC | USD | YOUR: NONREF<br>OUR: 2659600347J0 | 3,700,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 1213B1QGC06C006847 | | |
| 14DEC | | 14DEC | USD | OUR: 0014490114XF | 49.32 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032319670S | | |
| 14DEC | | 14DEC | USD | YOUR: ACH OF 05/12/14<br>OUR: 0039700348HP | 13,391.00 | BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634- | | |
| 14DEC | | 14DEC | USD | OUR: 0030290114XF | 156,820.53 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032388196S | | |
| 14DEC | | 14DEC | USD | YOUR: NONREF<br>OUR: 0844100348J0 | 3,248,223.63 | FEDWIRE DEBIT<br>VIA: BK OF NYC<br>/021000018<br>A/C: /IOC569GSCSMIC<br>BANC OF AMERICA SECURITIES LLC<br>REF: FBO ACCT 22330134 W.R. GRACE A<br>ND CO. CONN<br>IMAD: 1214B1QGC08C003149 | | |
| 14DEC | | 14DEC | USD | YOUR: NONREF<br>OUR: 5003700348J0 | 3,500,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 1214B1QGC06C006694 | | |
| 15DEC | | 15DEC | USD | OUR: 0014930114XF | 1,405.15 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032319670S | | |
| 15DEC | | 15DEC | USD | OUR: 3480867649TC | 5,432.00 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:051215<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000020867649 EED:051215<br>IND ID:ME-0100086<br>IND NAME:STATE OF MICHIGAN | | |

JPMorganChase

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. – CONN
ATTN: GLENN HERNDON— FINANCE DEPT.
7500 GRACE DRIVE.— BLDG 25
COLUMBIA  MD  21044-4098

In US Dollars
016-001257
01 DEC 2005
15 DEC 2005
S00-USA-22
023

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

Page 18  of  18

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|---|

*DEBITS CONTINUED*

| 15DEC | | | USD | OUR: 348086765OTC | 7,959.00 | ELECTRONIC FUNDS TRANSFER |
| | | | | | | ORIG CO NAME:COMPANYID |
| | | | | | | ORIG ID:9016001257 DESC DATE:051215 |
| | | | | | | CO ENTRY DESCR:TAXEPAYMNTSEC:CCD |
| | | | | | | TRACE#:021000020867650 EED:051215 |
| | | | | | | IND ID:10148551 |
| 15DEC | | | USD | OUR: 0031750114XF | 28,204.94 | IND NAME:STATE OF N. CAROLINA |
| | | | | | | AUTOMATIC DOLLAR/FLOAT TRANSFER |
| | | | | | | TO ACCOUNT 000323581963 |
| 15DEC | | | USD | YOUR: NONREF | 100,000.00 | BOOK TRANSFER DEBIT |
| | | | | OUR: 226100034JO | | A/C: W R GRACE & CO |
| | | | | | | COLUMBIA MD 21044-4098 |
| 15DEC | | | USD | YOUR: NONREF | 191,488.30 | REF: CHASE MEDICAL ACCT FUNDING |
| | | | | OUR: 226120034JO | | CHIPS DEBIT |
| | | | | | | VIA: DEUTSCHE BANK TRUST CO AMERICA |
| | | | | | | /0103 |
| | | | | | | A/C: FPRS DEPOSITORY |
| | | | | | | REF: FFC TO PLAN 89994 W.R. GRACE & |
| | | | | | | CO. ATTN: FPRS |
| 15DEC | | | USD | YOUR: NONREF | 487,241.15 | A/C: FPRS |
| | | | | OUR: 226110034JO | | SSN: 0304935 |
| | | | | | | FEDWIRE DEBIT |
| | | | | | | VIA: CITIBANK WILM |
| | | | | | | /031100209 |
| | | | | | | A/C: CITIBANK SAMP |
| | | | | | | AETNA HEALTH PLAN |
| 15DEC | | | USD | YOUR: NONREF | 3,400,000.00 | IMAD: 1215B1QGC07C006110 |
| | | | | OUR: 226090034JO | | FEDWIRE DEBIT |
| | | | | | | VIA: WACHOVIA BK NA NC |
| | | | | | | /053000219 |
| | | | | | | A/C: W.R. GRACE & CO. – CONN |
| | | | | | | REF: W.R GRACE PAYMENT FOR CONTROLL |
| | | | | | | ED DISBURSEMENT ACCOUNTS |
| | | | | | | IMAD: 1215B1QGC06C005738 |

*CHECKS*

*No Activity*

# Bank of America

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

H

| | |
|---|---|
| Account Number | 8188203114 |
| 01 01 142 01 M0000 E$ | 0 |
| Last Statement: | 11/30/2005 |
| This Statement: | 12/30/2005 |

**Customer Service**
1-800-325-6999

W.R. GRACE & CO. DIP
ATTN  CHARLES SEBESTYEN
62 WHITTEMORE AVE
CAMBRIDGE MA  02140

Page     1 of    5

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 12/01/2005 - 12/30/2005 | | Statement Beginning Balance | 2,004,971.72 |
| Number of Deposits/Credits | 43 | Amount of Deposits/Credits | 50,728,607.93 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 32 | Amount of Other Debits | 50,921,606.05 |
| | | Statement Ending Balance | 1,811,973.60 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 12/01 | | 149,553.69 | Zero Balance Transfer | TRSF FR 8188903106 | 00722182968 |
| 12/01 | | 937,757.55 | Zero Balance Transfer | TRSF FR 8188703107 | 00722182777 |
| 12/02 | | 67,493.16 | Zero Balance Transfer | TRSF FR 8188703107 | 00722187003 |
| 12/02 | | 2,882,808.13 | Zero Balance Transfer | TRSF FR 8188703107 | 00722186793 |
| 12/05 | | 287,045.74 | Zero Balance Transfer | TRSF FR 8188903106 | 00722314226 |
| 12/05 | | 4,314,730.64 | Zero Balance Transfer | TRSF FR 8188703107 | 00722314003 |
| 12/06 | | 67,442.00 | Zero Balance Transfer | TRSF FR 8188903106 | 00722212617 |
| 12/06 | | 210,841.58 | Zero Balance Transfer | TRSF FR 8188703107 | 00722212419 |
| 12/07 | | 258,234.98 | Zero Balance Transfer | TRSF FR 8188903106 | 00722174842 |
| 12/07 | | 2,015,547.15 | Zero Balance Transfer | TRSF FR 8188703107 | 00722174659 |
| 12/08 | | 832,830.12 | Zero Balance Transfer | TRSF FR 8188903106 | 00722181731 |
| 12/08 | | 2,394,474.49 | Zero Balance Transfer | TRSF FR 8188703107 | 00722181536 |
| 12/09 | | 100,534.03 | Zero Balance Transfer | TRSF FR 8188903106 | 00722181226 |
| 12/09 | | 1,020,322.61 | Zero Balance Transfer | TRSF FR 8188703107 | 00722181040 |
| 12/12 | | 115,314.96 | Zero Balance Transfer | TRSF FR 8188903106 | 00722310485 |
| 12/12 | | 2,033,300.91 | Zero Balance Transfer | TRSF FR 8188703107 | 00722310269 |
| 12/13 | | 1,034.82 | Zero Balance Transfer | TRSF FR 8188903106 | 00722210837 |
| 12/13 | | 1,980,857.99 | Zero Balance Transfer | TRSF FR 8188703107 | 00722210645 |
| 12/14 | | 207,781.62 | Zero Balance Transfer | TRSF FR 8188903106 | 00722178488 |
| 12/14 | | 245,768.32 | Zero Balance Transfer | TRSF FR 8188703107 | 00722178297 |
| 12/15 | | 10,202.24 | Zero Balance Transfer | TRSF FR 8188903106 | 00722188456 |
| 12/15 | | 4,250,790.05 | Zero Balance Transfer | TRSF FR 8188703107 | 00722188250 |
| 12/16 | | 80,465.78 | Zero Balance Transfer | TRSF FR 8188903106 | 00722186346 |
| 12/16 | | 1,780,906.00 | Zero Balance Transfer | TRSF FR 8188703107 | 00722186137 |
| 12/19 | | 258,656.87 | Zero Balance Transfer | TRSF FR 8188903106 | 00722313483 |
| 12/19 | | 4,431,307.24 | Zero Balance Transfer | TRSF FR 8188703107 | 00722313259 |
| 12/20 | | 238,168.65 | Zero Balance Transfer | TRSF FR 8188903106 | 00722216699 |
| 12/20 | | 1,796,752.02 | Zero Balance Transfer | TRSF FR 8188703107 | 00722216505 |
| 12/21 | | 212,610.60 | Zero Balance Transfer | TRSF FR 8188903106 | 00722180876 |
| 12/21 | | 2,526,181.00 | Zero Balance Transfer | TRSF FR 8188703107 | 00722180686 |
| 12/22 | | 133,383.39 | Zero Balance Transfer | TRSF FR 8188903106 | 00722188938 |
| 12/22 | | 782,199.97 | FX324390CR782199.97 USD  ə 0.0 0N20051220 | | 628301790300042 |
| 12/22 | | 1,408,560.58 | Zero Balance Transfer | TRSF FR 8188703107 | 00722188735 |
| 12/23 | | 60,474.52 | Zero Balance Transfer | TRSF FR 8188903106 | 00722185107 |
| 12/23 | | 1,642,047.54 | Zero Balance Transfer | TRSF FR 8188703107 | 00722184894 |
| 12/27 | | 306,817.68 | Zero Balance Transfer | TRSF FR 8188903106 | 00722341085 |
| 12/27 | | 4,664,953.27 | Zero Balance Transfer | TRSF FR 8188703107 | 00722340862 |
| 12/28 | | 65,180.05 | Zero Balance Transfer | TRSF FR 8188903106 | 00722194123 |

**Bank of America**

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

H

Account Number    8188203114
01 01 142 01 M0000 E#       0
Last Statement:    11/30/2005
This Statement:    12/30/2005

W.R. GRACE & CO. DIP

Customer Service
1-800-325-6999

Page    2 of    5

Bankruptcy Case Number:0101139

# ANALYZED CHECKING

## Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 12/28 | | 1,197,260.91 | Zero Balance Transfer | TRSF FR 8188703107 | 00722193927 |
| 12/29 | | 894,545.92 | Zero Balance Transfer | TRSF FR 8188903106 | 00722190611 |
| 12/29 | | 1,885,168.97 | Zero Balance Transfer | TRSF FR 8188703107 | 00722190429 |
| 12/30 | | 353,585.19 | Zero Balance Transfer | TRSF FR 8188903106 | 00722186229 |
| 12/30 | | 1,624,715.00 | Zero Balance Transfer | TRSF FR 8188703107 | 00722186028 |

## Withdrawals and Debits

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 12/01 | | 2,085,872.99 | WIRE TYPE:WIRE OUT DATE:120105 TIME:1112 CT TRN:051201031940 FDREF/SEQ:051201031940/000597 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 | 00370031940 |
| 12/02 | | 2,543,212.74 | WIRE TYPE:WIRE OUT DATE:120205 TIME:1010 CT TRN:051202026384 FDREF/SEQ:051202026384/000436 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 | 00370026384 |
| 12/05 | | 3,348,962.57 | WIRE TYPE:WIRE OUT DATE:120505 TIME:1002 CT TRN:051205022102 FDREF/SEQ:051205022102/000293 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 | 00370022102 |
| 12/06 | | 868.34 | Foreign Exchange Debit FX507682DR104400.00 JPY ∂ 120.23 ON20051202 | 01790300061 |
| 12/06 | | 21,730.12 | Foreign Exchange Debit FX507681DR18514.20 EUR ∂ 1.1737 ON20051202 | 01790300091 |
| 12/06 | | 2,620,314.50 | WIRE TYPE:WIRE OUT DATE:120605 TIME:1147 CT TRN:051206031111 FDREF/SEQ:051206031111/000434 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 | 00370031111 |
| 12/07 | | 625,815.51 | WIRE TYPE:WIRE OUT DATE:120705 TIME:1057 CT TRN:051207026344 FDREF/SEQ:051207026344/000464 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 | 00370026344 |
| 12/08 | | 1,863,994.04 | WIRE TYPE:WIRE OUT DATE:120805 TIME:1204 CT TRN:051208034368 FDREF/SEQ:051208034368/000703 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 | 00370034368 |
| 12/09 | | 3,407,065.29 | WIRE TYPE:WIRE OUT DATE:120905 TIME:1259 CT TRN:051209045333 FDREF/SEQ:051209045333/000886 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 | 00370045333 |
| 12/12 | | 632.21 | Foreign Exchange Debit FX578620DR3960.00 ZAR ∂ 6.2637 ON20051208 | 01790300211 |

**Bank of America**

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL 60697

H

```
Account Number    8188203114
01 01 142 01 M0000 E#        0
Last Statement:   11/30/2005
This Statement:   12/30/2005
```

W.R. GRACE & CO. DIP

Customer Service
1-800-325-6999

Page    3 of    5

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

**Withdrawals and Debits**

Other Debits - Continued

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 12/12 | | 2,000.00 | Foreign Exchange Debit<br>FX578617DR3332.20 SGD  @ 1.6661<br>ON20051208 | 01790300158 |
| 12/12 | | 2,176,449.35 | WIRE TYPE:WIRE OUT DATE:121205 TIME:1139 CT<br>TRN:051212030831 FDREF/SEQ:051212030831/000384<br>BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO<br>RGAN CHASE BANK ID:021000021 | 00370030831 |
| 12/13 | | 1,914.76 | Foreign Exchange Debit<br>FGN34704102 FX DEAL SEK 15,433.00<br>USD   1914.76      @ 1.0<br>OWI/BAFX215-13DEC05              ON 20051213<br>Effective Date is 12/05/2005 | 01790900021 |
| 12/13 | | 3,908.05 | Foreign Exchange Debit<br>FGN34704101 FX DEAL CHF 5,100.00<br>USD   3908.05      @ 1.0<br>OWI/BAFX214-13DEC05              ON 20051213<br>Effective Date is 12/05/2005 | 01790900011 |
| 12/13 | | 1,478,833.80 | WIRE TYPE:WIRE OUT DATE:121305 TIME:1442 CT<br>TRN:051213058943 FDREF/SEQ:051213058943/000839<br>BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO<br>RGAN CHASE BANK ID:021000021 | 00370058943 |
| 12/14 | | 1,294.02 | Foreign Exchange Debit<br>FX640165DR1486.18 CAD  @ 1.1485<br>ON20051213 | 01790300187 |
| 12/14 | | 1,527,197.19 | WIRE TYPE:WIRE OUT DATE:121405 TIME:1042 CT<br>TRN:051214027163 FDREF/SEQ:051214027163/000485<br>BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO<br>RGAN CHASE BANK ID:021000021 | 00370027163 |
| 12/15 | | 6,945.50 | Foreign Exchange Debit<br>FX640132DR5800.00 EUR  @ 1.1975<br>ON20051215 | 01790300043 |
| 12/15 | | 1,696,633.80 | WIRE TYPE:WIRE OUT DATE:121505 TIME:1215 CT<br>TRN:051215044921 FDREF/SEQ:051215044921/000760<br>BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO<br>RGAN CHASE BANK ID:021000021 | 00370044921 |
| 12/16 | | 2,889,922.00 | WIRE TYPE:WIRE OUT DATE:121605 TIME:1159 CT<br>TRN:051216039545 FDREF/SEQ:051216039545/000593<br>BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO<br>RGAN CHASE BANK ID:021000021 | 00370039545 |
| 12/19 | | 4,245,505.93 | WIRE TYPE:WIRE OUT DATE:121905 TIME:1306 CT<br>TRN:051219045471 FDREF/SEQ:051219045471/000582<br>BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO<br>RGAN CHASE BANK ID:021000021 | 00370045471 |
| 12/20 | | 2,672,501.69 | WIRE TYPE:WIRE OUT DATE:122005 TIME:1049 CT<br>TRN:051220028442 FDREF/SEQ:051220028442/000440<br>BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO<br>RGAN CHASE BANK ID:021000021 | 00370028442 |

## Bank of America

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

Account Number      8188203114
01 01 142 01 M0000 E#        0
Last Statement:  11/30/2005
This Statement:  12/30/2005

Customer Service
1-800-325-6999

W.R. GRACE & CO. DIP

Page    4 of    5

Bankruptcy Case Number:0101139

# ANALYZED CHECKING

### Withdrawals and Debits

**Other Debits - Continued**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 12/21 | | 1,206.84 | Foreign Exchange Debit FX727973DR9350.00 HKD  @ 7.7475 ON20051219 | 01790300020 |
| 12/21 | | 2,520,376.47 | WIRE TYPE:WIRE OUT DATE:122105 TIME:1024 CT TRN:051221025899 FDREF/SEQ:051221025899/000419 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK ID:021000021 | 00370025899 |
| 12/22 | | 2,867,779.63 | WIRE TYPE:WIRE OUT DATE:122205 TIME:1010 CT TRN:051222026229 FDREF/SEQ:051222026229/000475 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK ID:021000021 | 00370026229 |
| 12/23 | | 1,491,129.56 | WIRE TYPE:WIRE OUT DATE:122305 TIME:1056 CT TRN:051223032071 FDREF/SEQ:051223032071/000468 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK ID:021000021 | 00370032071 |
| 12/27 | | 3,326,314.49 | WIRE TYPE:WIRE OUT DATE:122705 TIME:0951 CT TRN:051227023014 FDREF/SEQ:051227023014/000199 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK ID:021000021 | 00370023014 |
| 12/28 | | 3,203,851.50 | WIRE TYPE:WIRE OUT DATE:122805 TIME:1322 CT TRN:051228052010 FDREF/SEQ:051228052010/001199 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK ID:021000021 | 00370052010 |
| 12/29 | | 7,661.69 | Foreign Exchange Debit FX807739DR10010.00 CHF  @ 1.3065 ON20051227 | 01790300148 |
| 12/29 | | 7,819.52 | Foreign Exchange Debit FX807713DR6560.00 EUR  @ 1.192 ON20051227 | 01790300050 |
| 12/29 | | 1,892,227.31 | WIRE TYPE:WIRE OUT DATE:122905 TIME:0939 CT TRN:051229023955 FDREF/SEQ:051229023955/000466 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK ID:021000021 | 00370023955 |
| 12/30 | | 2,381,664.64 | WIRE TYPE:WIRE OUT DATE:123005 TIME:1019 CT TRN:051230032716 FDREF/SEQ:051230032716/000471 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK ID:021000021 | 00370032716 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 11/30 | 2,004,971.72 | 143,348.44 | 12/08 | 3,307,137.33 | 109,904.67 |
| 12/01 | 1,006,409.97 | 39,073.19 | 12/09 | 1,020,928.68 | 171,096.80 |
| 12/02 | 1,413,498.52 | 42,062.85 | 12/12 | 990,462.99 | 5,822.81- |
| 12/05 | 2,660,489.52 | 71,612.32 | 12/13 | 1,493,522.00 | 28,543.00 |
| 12/06 | 295,860.14 | 20,905.47 | 12/14 | 418,580.73 | 22,266.74 |
| 12/07 | 1,943,826.76 | 99,149.59 | 12/15 | 2,975,993.72 | 228,584.98 |

**Bank of America**

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

H

Account Number    8188203114
01 01 142 01 M0000 E#        0
Last Statement:    11/30/2005
This Statement:    12/30/2005

Customer Service
1-800-325-6999

W.R. GRACE & CO. DIP

Page    5 of    5

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|------|----------------|-------------------|------|----------------|-------------------|
| 12/16 | 1,947,443.50 | 349,256.68 | 12/23 | 1,639,285.76 | 675,905.49 |
| 12/19 | 2,391,901.68 | 27,841.53 | 12/27 | 3,284,742.22 | 109,810.63 |
| 12/20 | 1,754,320.66 | 27,050.48 | 12/28 | 1,343,331.68 | 62,817.91 |
| 12/21 | 1,971,528.95 | 264,884.30 | 12/29 | 2,215,338.05 | 305,512.35 |
| 12/22 | 1,427,893.26 | 259,652.32 | 12/30 | 1,811,973.60 | 1,092,175.52 |

## Bank of America

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

H

Account Number    8188703107
01 01 142 01 M0000 E#    0
Last Statement:    11/30/2005
This Statement:    12/30/2005

Customer Service
1-800-699-7188

W.R. GRACE & CO.-CONN DIP
GCP LOCKBOX ACCOUNT
ATTN  CHARLIE SEBESTYEN
62 WHITTEMORE AVE
CAMBRIDGE MA  02140

Page    1 of  12

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 12/01/2005 - 12/30/2005 | Statement Beginning Balance | .00 |
| Number of Deposits/Credits    146 | Amount of Deposits/Credits | 45,247,399.68 |
| Number of Checks    0 | Amount of Checks | .00 |
| Number of Other Debits    24 | Amount of Other Debits | 45,247,399.68 |
| | Statement Ending Balance | .00 |
| Number of Enclosures    0 | | |
| | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 12/01 | | 2,633.01 | BOFA MS 1924    DES:MERCH SETL ID:4301330016277325333353350893863 INDN:GRACE GPC SCC    CO ID:1210001922 CCD REF:0081887031071211082500200533508938 6205120122 | |
| 12/01 | | 4,436.60 | BOFA MS 1924    DES:MERCH SETL ID:4301330016277325333353350893864 INDN:GRACE GPC SCC    CO ID:1210001922 CCD REF:0081887031071211082500200533508938 6405120122 | |
| 12/01 | | 6,117.27 | BOFA MS 1924    DES:MERCH SETL ID:4301330016277325333353350893862 INDN:GRACE GPC SCC    CO ID:1210001922 CCD REF:0081887031071211082500200533508938 6205120122 | |
| 12/01 | 96160000 | 924,843.30 | Lockbox Deposit | 612600052217986 |
| 12/02 | | 214.55 | BOFA MS 1924    DES:MERCH SETL ID:4301330016277325333353360714208 INDN:GRACE GPC SCC    CO ID:1210001922 CCD REF:0081887031071211082500200533607142 0805120222 | |
| 12/02 | | 429.00 | Wire In-International WIRE TYPE:INTL IN DATE:120205 TIME:0448 PT TRN:051202010554 SENDERS REF:2005120200013841 ORIG:YUASA AND HARA 0015-03800 ID:0015-03800062 ORIG BK:SUMITOMO MITSUI BANKING CORPO ID:006290993 558/BCS PMT DET: #15.00 FEE DEDUCT/RFB/015TTJ-2903 | 641200370010554 |
| 12/02 | | 6,234.95 | WIRE TYPE:WIRE IN DATE: 120205 TIME:1420 CT TRN:051202064460 FDREF/SEQ:1074900336ZO/005426 ORIG:SIPLAST MASTER ACCOUNT SND BK:JPMORGAN CHASE BANK ID:021000021 PMT DET:WIRE OF 05/12/02 | 641200370064460 |
| 12/02 | | 17,539.19 | WIRE TYPE:WIRE IN DATE: 120205 TIME:1637 CT TRN:051202088230 FDREF/SEQ:051202014601 23535/012335 ORIG:GRACE VENEZUELA S.A. SND BK:CORESTATES BANK I NTERNATIONAL ID:026005092 PMT DET:4587011110159326 SOL IMP 1172788 | 641200370088230 |
| 12/02 | | 18,288.71 | WIRE TYPE:WIRE IN DATE: 120205 TIME:1637 CT TRN:051202088227 FDREF/SEQ:051202014601 23333/012333 ORIG:GRACE VENEZUELA S.A. SND BK:CORESTATES BANK I NTERNATIONAL ID:026005092 PMT DET:4587011111554936 SOL IMP 1792778 | 641200370088227 |
| 12/02 | | 1,235,950.00 | Corporate Trade Credit BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000710978 INDN:W R GRACE & CO    CO ID:3820010960 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. REF:0081887031071211082500200533531564 9105120222 | 533355353156491 |

**Bank of America**

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

H

Account Number    8188703107
01 01 142 01 M0000 E#        0
Last Statement:   11/30/2005
This Statement:   12/30/2005

Customer Service
1-800-699-7188

W.R. GRACE & CO.-CONN DIP

Page   2 of   12

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 12/02 | 96160000 | 181,192.57 | Lockbox Deposit | 612600052413029 |
| 12/02 | 96160000 | 1,422,959.16 | Lockbox Deposit | 612600052219289 |
| 12/05 | | 32.22 | AMERICAN EXPRESS DES:SETTLEMENT ID:2190622647<br>INDN:GRACE GPC SC2190622647  CO ID:1134992250 CCD<br>REF:008188703107121108250020053390332937 | 533353390332937 |
| 12/05 | | 1,885.68 | BOFA MS 1924   DES:MERCH SETL ID:4301330016277325<br>INDN:GRACE GPC SCC        CO ID:1210001922 CCD<br>REF:008188703107121108250020053393293705120522 | 533353392928815 |
| 12/05 | | 97,167.70 | Corporate Trade Credit<br>BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000711822<br>INDN:W R GRACE & CO       CO ID:3820100960 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:008188703107121108250020053390578694905120522 | 533353390578694 |
| 12/05 | 96160000 | 433,842.00 | Lockbox Deposit | 612600052422506 |
| 12/05 | 96160000 | 1,682,166.45 | Lockbox Deposit | 612600052231795 |
| 12/05 | 96160000 | 2,099,636.59 | Lockbox Deposit | 612600052839314 |
| 12/06 | | 146.43 | BOFA MS 1924   DES:MERCH SETL ID:4301330016277325<br>INDN:GRACE GPC SCC        CO ID:1210001922 CCD<br>REF:008188703107121108250020053400677114405120622 | 533353400677114 |
| 12/06 | | 525.00 | WIRE TYPE:WIRE IN DATE: 120605 TIME:0910 CT<br>TRN:051206016317 FDREF/SEQ:FTS051206B339500/002179<br>ORIG:ALEXANDER DENNIS LYD ID:I096373963523708<br>SND BK:THE BANK OF NEW YORK ID:021000018 PMT DET:A<br>LEXANDER DENNIS LESS OUR FEES | 641200370016317 |
| 12/06 | | 5,104.51 | WIRE TYPE:WIRE IN DATE: 120605 TIME:0801 CT<br>TRN:051206011778 FDREF/SEQ:7284100340FS/001050<br>ORIG:EMIRATES CHEMICALS LLC SND BK:JPMORGAN CHASE<br>BANK ID:021000021 PMT DET:SWF OF 05/12/06 | 641200370011778 |
| 12/06 | | 26,615.05 | Corporate Trade Credit<br>FLORIDA ROCK IND DES:CORP PYMNT ID:8000069410<br>INDN:W R GRACE & CO       CO ID:8590573002 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:008188703107121108250020053401647503505120622 | 533353401647503 |
| 12/06 | | 134,023.08 | Corporate Trade Credit<br>BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000712217<br>INDN:W R GRACE & CO       CO ID:3820100960 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:008188703107121108250020053395361754405120622 | 533353395361754 |
| 12/06 | 96160000 | 44,706.61 | Lockbox Deposit | 612600052218723 |
| 12/07 | | 259.44 | Corporate Trade Credit<br>RINKER MATERIALS DES:EPOSPYMNTS ID:2001209116<br>INDN:W.R. GRACE & CO.      CO ID:3010714616 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:008188703107121108250020053403360631105120722 | 533353403360631 |

## Bank of America

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

H

Account Number    8188703107
01 01 142 01 M0000 E#      0
Last Statement:    11/30/2005
This Statement:    12/30/2005

W.R. GRACE & CO.-CONN DIP

Customer Service
1-800-699-7188

Page    3 of  12

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 12/07 | | 1,802.79 | BOFA MS 1924    DES:MERCH SETL ID:4301330016277325333553410603819 INDN:GRACE GPC SCC         CO ID:1210001922 CCD REF:0081887031071211082500200534106038190512072 | |
| 12/07 | | 2,469.60 | WIRE TYPE:WIRE IN DATE: 120705 TIME:1414 CT TRN:051207054400 FDREF/SEQ:051207110737GS00/000209 ORIG:PANEL REY, S.A. SND BK:LAREDO NATIONAL BANK ID:114900513 | 641200370054400 |
| 12/07 | | 5,613.30 | BOFA MS 1924    DES:MERCH SETL ID:4301330016277325333553410603818 INDN:GRACE GPC SCC         CO ID:1210001922 CCD REF:0081887031071211082500200534106038180512072 | |
| 12/07 | | 44,913.54 | Wire In-international WIRE TYPE:INTL IN DATE:120705 TIME:0452 CT TRN:051207000741 SENDERS REF:2005120500086025 ORIG:FLEXITALLIC ROCHDALE ORIG BK:NATIONAL WESTMIN STER BANK PLC ID:0065500061300/BCN PMT DET: $25.00 FEE DEDUCT/RFB/EBANKG012153436 INVOICE 92687999 | 641200370000741 |
| 12/07 | 96160000 | 750,605.81 | Lockbox Deposit | 612600052221379 |
| 12/07 | 96160000 | 1,209,882.67 | Lockbox Deposit | 612600052412298 |
| 12/08 | | 624.43 | BOFA MS 1924    DES:MERCH SETL ID:4301330016277325333553420597062 INDN:GRACE GPC SCC         CO ID:1210001922 CCD REF:0081887031071211082500200534205970620512082 | |
| 12/08 | | 7,953.34 | WIRE TYPE:WIRE IN DATE: 120805 TIME:0937 CT TRN:051208019099 FDREF/SEQ:342IS08890300000/001888 ORIG:FRICCCIONES TECNICAS Y MA ID:8000366732 SND BK:HSBC BANK USA ID:021001088 PMT DET:PAGO DE LA FACTURA NO 92688063 E (BKCD)CRED | 641200370019099 |
| 12/08 | | 19,442.60 | CEMEX EL PASO, I DES:PYI2/08/05 ID:00WRGRCE INDN:W. R. GRACE & CO. - CO  CO ID:9742269557 CCD PMT INFO:contact payor for details 0000019442.600000000000.00 REF:0001887031071211082500200534223079705120822 | 533353422307097 |
| 12/08 | 96160000 | 495,930.34 | Lockbox Deposit | 612600052411727 |
| 12/08 | 96160000 | 1,870,523.78 | Lockbox Deposit | 612600052219119 |
| 12/09 | | 698.77 | BOFA MS 1924    DES:MERCH SETL ID:4301330016277325333553430474182 INDN:GRACE GPC SCC         CO ID:1210001922 CCD REF:0081887031071211082500200534304740182051209722 | |
| 12/09 | | 861.39 | AFFILIATED DIST DES:AP PAYMENT ID:3  -662321 INDN:Grace Construction Pro  CO ID:1232182931 CCD REF:0081887031071211082500200534223803080512092 | 533353422380308 |
| 12/09 | | 2,184.51 | BOFA MS 1924    DES:MERCH SETL ID:4301330016277325333553430474181 INDN:GRACE GPC SCC         CO ID:1210001922 CCD REF:0081887031071211082500200534304740741820512092 | |
| 12/09 | | 13,709.60 | Corporate Trade Credit RINKER MATERIALS DES:EPOSPYMNTS ID:2001210520 INDN:W.R. GRACE & CO.         CO ID:3010714616 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. REF:0081887031071211082500200534231533730512092 | 533353423153373 |

**Bankof America**

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

H

Account Number    8188703107
01 01 142 01 M0000 E#        0
Last Statement:    11/30/2005
This Statement:    12/30/2005

W.R. GRACE & CO.-CONN DIP

Customer Service
1-800-699-7188

Page    4 of  12

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 12/09 | | 14,213.16 | Wire In-international<br>WIRE TYPE:INTL IN DATE:120905 TIME:0509 CT<br>TRN:051209000147 SENDERS REF:2005120700074261<br>ORIG:S .D.L.H ORIG BK:B.I.C.S. BANQUE POPULAIRE MO<br>N ID:CCBPFRPPMTG PMT DET: $25.00 FEE DEDUCT/RFB/T8<br>11596/01 INV 92731469 11/21/05 /REC/CHICAGO IL | 641200370000147 |
| 12/09 | | 26,127.13 | WIRE TYPE:WIRE IN DATE: 120905 TIME:1147 CT<br>TRN:051209032297 FDREF/SEQ:0651500343Z0/003464<br>ORIG:SIPLAST MASTER ACCOUNT SND BK:JPMORGAN CHASE<br>BANK ID:021000021 PMT DET:WRE OF 05/12/09 | 641200370032297 |
| 12/09 | | 79,006.65 | WIRE TYPE:WIRE IN DATE: 120905 TIME:0840 CT<br>TRN:051209016723 FDREF/SEQ:FTS0512084867300/002108<br>ORIG:WR GRACE HOLDINGS SA DE C ID:0074081106010517<br>SND BK:THE BANK OF NEW YORK ID:021000018 PMT DET:S<br>WIFT CODE BOFAU.S.44 | 641200370016723 |
| 12/09 | | 173,296.93 | Corporate Trade Credit<br>BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000714386<br>INDN:W R GRACE & CO        CO ID:3820100960 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:0081887031071211082500200534224610240512092 2 | 533353422461024 |
| 12/09 | 96160000 | 331,594.88 | Lockbox Deposit | 612600052221396 |
| 12/09 | 96160000 | 378,629.59 | Lockbox Deposit | 612600052409537 |
| 12/12 | | 130.89 | BOFA MS 1924      DES:MERCH SETL ID:4301330016277325<br>INDN:GRACE GPC SCC        CO ID:1210001922 CCD<br>REF:0081887031071211082500200534622964960512122 2 | 533353462296496 |
| 12/12 | | 344.78 | AMERICAN EXPRESS DES:SETTLEMENT ID:2190622647<br>INDN:GRACE GPC SC2190622647    CO ID:1134992250 CCD<br>REF:0081887031071211082500200534311667190512122 2 | 533353431166719 |
| 12/12 | | 84,725.35 | Corporate Trade Credit<br>BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000715252<br>INDN:W R GRACE & CO        CO ID:3820100960 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:0081887031071211082500200534611074060512122 2 | 533353461107406 |
| 12/12 | 96160000 | 189,176.55 | Lockbox Deposit | 612600052839525 |
| 12/12 | 96160000 | 252,507.52 | Lockbox Deposit | 612600053021665 |
| 12/12 | 96160000 | 564,727.42 | Lockbox Deposit | 612600052426103 |
| 12/12 | 96160000 | 941,688.40 | Lockbox Deposit | 612600052235163 |
| 12/13 | | 4,283.09 | WIRE TYPE:WIRE IN DATE: 121305 TIME:1614 CT<br>TRN:051213073325 FDREF/SEQ:0512132902011428/011428<br>ORIG:GRACE DE VENEZUELA S.A. SND BK:CORESTATES BAN<br>K INTERNATIONAL ID:026005092 PMT DET:9915709790103<br>329/INVOICE 92657419 | 641200370073325 |
| 12/13 | | 11,000.00 | Corporate Trade Credit<br>FLORIDA ROCK IND DES:CORP PYMNT ID:8000070146<br>INDN:W R GRACE & CO        CO ID:8590573002 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:0081887031071211082500200534722381390512132 2 | 533353472238139 |

**Bank of America**

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL 60697

H

Account Number    8188703107
01 01 142 01 M0000 E#        0
Last Statement:   11/30/2005
This Statement:   12/30/2005

Customer Service
1-800-699-7188

W.R. GRACE & CO.-CONN DIP

Page    5 of    12

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 12/13 | | 12,485.52 | Wire In-international<br>WIRE TYPE:INTL IN DATE:121305 TIME:1327 CT<br>TRN:051213046239 SENDERS REF:2005121300133671<br>ORIG:FANACIF S.A. ORIG BK:BANKBOSTON N.A.,MONTEVID<br>EO ID:006550245101/BCF PMT DET:/RFB/ST 279828 INV<br>9211Z315 92663443 92663446 | 641200370046239 |
| 12/13 | | 57,846.81 | WIRE TYPE:WIRE IN DATE: 121305 TIME:0509 CT<br>TRN:051213002221 FDREF/SEQ:1213722608000152/000082<br>ORIG:UBA TEC UMWELTGERECHTE ID:718386600 SND BK:BA<br>NKERS TRUST COMPANY ID:021001033 PMT DET:703982527<br>1 FEES DEDUCTED #21.00INVOICE 92731470 2P DISCOUNT | 641200370002221 |
| 12/13 | | 290,291.13 | Corporate Trade Credit<br>BOISE CASCADE CO DES:EDI PAYMTS ID:MLCHC0000715719<br>INDN:W R GRACE & CO          CO ID:3820010960 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:0081887031071211082500200534646391600S121322 | 533353464639160 |
| 12/13 | 96160000 | 691,388.98 | Lockbox Deposit | 612600052220141 |
| 12/13 | 96160000 | 913,562.46 | Lockbox Deposit | 612600052412873 |
| 12/14 | | 554.86 | BOFA MS 1924      DES:MERCH SETL ID:430133001627732<br>INDN:GRACE GPC SCC          CO ID:1210001922 CCD<br>REF:0081887031071211082500200534806314820S121422 | 533353480631482 |
| 12/14 | | 1,185.05 | AFFILIATED DIST   DES:AP PAYMENT ID:3   -662321<br>INDN:Grace Construction Pro  CO ID:1232182931 CCD<br>REF:0081887031071211082500200534645794850S121422 | 533353464579485 |
| 12/14 | | 22,266.74 | WIRE TYPE:WIRE IN DATE: 121405 TIME:1347 CT<br>TRN:051214054201 FDREF/SEQ:0512140302008539/008539<br>ORIG:GRACE VENEZUELA S.A. SND BK:CORESTATES BANK I<br>NTERNATIONAL ID:026005092 PMT DET:4587011112449405<br>SOLIC.IMPORT.1870054 | 641200370054201 |
| 12/14 | 96160000 | 221,761.67 | Lockbox Deposit | 612600052219204 |
| 12/15 | | 4,826.75 | AFFILIATED DIST   DES:AP PAYMENT ID:3   -662321<br>INDN:Grace Construction Pro  CO ID:1232182931 CCD<br>REF:0081887031071211082500200534709601805121522 | 533353473096018 |
| 12/15 | | 22,500.00 | Corporate Trade Credit<br>RINKER MATERIALS DES:EPOSPYMNTS ID:2001213337<br>INDN:W.R. GRACE & CO.          CO ID:3010714616 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:0081887031071211082500200534901644770S121522 | 533353490164477 |
| 12/15 | | 28,899.98 | Corporate Trade Credit<br>RINKER MATERIALS DES:EPOSPYMNTS ID:2001213336<br>INDN:W.R. GRACE & CO.          CO ID:3010714616 CTX<br>ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.<br>CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.<br>REF:0081887031071211082500200534901644620S121522 | 533353490164462 |
| 12/15 | | 30,211.35 | WIRE TYPE:WIRE IN DATE: 121505 TIME:1250 CT<br>TRN:051215052986 FDREF/SEQ:051215122716ML00/000177<br>ORIG:BALATAS AMERICAN BRAKEBLO SND BK:LAREDO NATIO<br>NAL BANK ID:114900313 | 641200370052986 |