# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| W.R. Grace & CO., et al., | ) Case No: 01-01139(JKF) |
| Debtors. | ) (Jointly Administered) |

The Claimant, Samuel Johnson, objects to providing the information sought in Part I, Part II, Part III, Part IV, Part V, Part VI, Part VII, Part VIII, Part IX on the basis that this information has been provided. A lawsuit against various asbestos manufactures was filed by claimant in the state of Florida. The case is in Miami Dade County and has number 98-18818. Pursuant to the omnibus order governing discovery that was entered by the court, the claimant provided the requested information to all defendants. The debtor was either a party to the suit at the time the discovery was produced or it has the ability to gather the information.

To the best of my knowledge and belief, the information contained herein is true, accurate and complete.

## CERTIFICATE OF MAILING

I certify that a true and accurate copy has been served by US Mail on this 28th day of February, 2006 on Rust Consulting, INC. Claims Processing Agent Re: WR. Grace & Co. Bankruptcy P.O. Box 1620 Faribault, MN 55021.

FITZGERALD & ASSOCIATES, P.A.
1484 Greenbrier Place
Charlottesville, Virginia 22901
Telephone: (434) 984-4694
Fax: (305) 735-8843

BY: _____
J. MICHAEL FITZGERALD
FBN: 127103