<u>NO ORDER REQUIRED</u>

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: March 6, 2006 at 4:00 p.m.** |

**CERTIFICATION OF NO OBJECTION
<u>REGARDING DOCKET NO. 11775</u>**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Twentieth Monthly Fee Application of Conway, Del Genio, Gries & Co., LLC (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisors to the Official Committee of Asbestos Property Damage Claimants for the Period from November 1, 2005 through December 31, 2005 ("the Application"). The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than March 6, 2006 at 4:00 p.m.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Applicant $80,000.00 which represents 80% of the fees ($100,000.00) and $1,540.32 which represents 100% of the expenses requested in the Notice of Application for

the period November 1, 2005 through December 31, 2005, upon the filing of this certification and without the need for entry of a Court order approving the Application.

Dated: March 7, 2006

    Scott L. Baena, Esquire
    Jay M. Sakalo, Esquire
    Allyn S. Danziesen, Esquire
    BILZIN SUMBERG BAENA PRICE &
     AXELROD, LLP
    2500 Wachovia Financial Center
    200 South Biscayne Boulevard
    Miami, FL 33131-2336
    (305) 374-7580

    -and-

    FERRY, JOSEPH & PEARCE, P.A.

    /s/ Lisa L. Coggins
    Michael B. Joseph (No. 392)
    Theodore J. Tacconelli (No. 2678)
    Lisa L. Coggins (No. 4234)
    824 Market Street, Suite 904
    P.O. Box 1351
    Wilmington, DE 19899
    (302) 575-1555

    *Co-Counsel to the Official Committee of Asbestos Property Damage Claimants*