**<u>EXHIBIT "A"</u>**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: January 17, 2005, 4:00 p.m.** |
| | ) | **Hearing Date:  TBD only if necessary** |

**SUMMARY OF THE APPLICATION OF BUCHANAN INGERSOLL PC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD
FROM OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005**

Name of Applicant:                                     Buchanan Ingersoll PC

Authorized to Provide Professional Services to:     Zonolite Attic Insulation Claimants

Date of Appointment:                                   July 22, 2002[1]

Period for which compensation and
Reimbursement is sought:                             October 1, 2005 through
                                                      October 31, 2005

Amount of Compensation sought as actual,
Reasonable, and necessary:                           $ 2,729.00

Amount of Expenses Reimbursement:                    $ 00.00

This is a:  X monthly    _ quarterly  _ final application

Prior Application filed:  Yes.

---

[1] Buchanan Ingersoll PC presently serves as Delaware Bankruptcy Counsel to the ZAI Claimants.  Elzufon, Austin, Reardon, Tarlov and Mondell, P.A. ("EARTM") previously served as Delaware Bankruptcy Counsel through September 20, 2004.  The matter was transferred when William D. Sullivan, the attorney representing the ZAI Claimants at EARTM, moved his practice to Buchanan Ingersoll PC.

This is the thirteenth application of Buchanan Ingersoll PC ("BIPC") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The BIPC attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Shareholder | 15 | Bankruptcy | $260.00 | 5.8 | $1,508.00 |
| Ian D. Lindley | Associate | 3 | Bankruptcy | $185.00 | 6.6 | $1,221.00 |
| TOTALS | | | | | 12.4 | $2,729.00 |

No paraprofessionals rendered professional services in these cases during the Fee Period.

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications, Applicant | 7.5 | $1,455.00 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 4.9 | $1,274.00 |
| TOTALS | 12.4 | $2,729.00 |

Dated: December 27, 2005          **BUCHANAN INGERSOLL PC**

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
1007 North Orange Street, Suite 1110
Wilmington,  DE  19801-1236
Telephone: (302) 428-5500
Facsimile: (302) 428-3996

Delaware Counsel for the ZAI Claimants

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.,</u> | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: January 17, 2005, 4:00 p.m.** |
| | ) | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF BUCHANAN INGERSOLL PC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM
<u>OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005</u>**

# Buchanan Ingersoll PC
Attorneys

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

November 22, 2005
Invoice No. 9874143

ZAI PLAINTIFFS
C/O RICHARDSON, PATRICK, WESTBROOK & BRICKMAN
ATTN: ED WESTBROOK, ESQ
1037 CHUCK DAWLEY BLVD BUILDING A
MT. PLEASANT, SC 29464

For Legal Services Rendered in Connection With:

W.R. GRACE
C.A #01-01139
ZONOLITE

Reference #51677-000001

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 10/10/05 | I. D. Lindley | 0.40 | 74.00 | Review fee applications filed to date and correspondence to W. Sullivan re: same. (0.2) Review 2019 statements filed to date and correspondence to Richardson, Patrick firm re: same. (0.2) |
| 10/11/05 | W.D. Sullivan | 0.50 | 130.00 | Review miscellaneous pleadings in case |
| 10/14/05 | I. D. Lindley | 0.20 | 37.00 | Correspondence with Richardson, Patrick firm regarding Notices of Service for 2019 statements. (0.2) |
| 10/18/05 | I. D. Lindley | 3.80 | 703.00 | Review pending fee applications and docket for objections (0.4) Preparation of certificates of no objection for 2 |

ZAI PLAINTIFFS                                    November 22, 2005
W.R. GRACE                                        Invoice No. 9874143
Ref. No. 51677-000001                             Page   2

|  |  |  |  |
|---|---|---|---|
|  |  |  | Buchanan Ingersoll monthly fee applications and attention to filing, service of same. (2.0) Begin drafting September '05 fee application of Buchanan Ingersoll and correspondence to W. Sullivan re: same. (0.6) Begin drafting 18th interim period quarterly fee application for Buchanan Ingersoll and correspondence to W. Sullivan re: same. (0.8) |
| 10/20/05 | W.D. Sullivan | 0.30 | 78.00 | Review agenda for October 24, 2005 status conference, e-mail co-counsel |
| 10/20/05 | W.D. Sullivan | 0.60 | 156.00 | Review objection status and e-mail co-counsel re: no need to respond to 15th omnibus objection to ZAI claim |
| 10/20/05 | W.D. Sullivan | 0.60 | 156.00 | Review order setting omnibus hearings, forward to co-counsel, calendar all filing deadlines |
| 10/24/05 | W.D. Sullivan | 3.50 | 910.00 | Attend hearing on ZAI status; Court to set up teleconference with ZAI counsel |
| 10/25/05 | I. D. Lindley | 2.20 | 407.00 | Review, revise, prepare and attention to e-filing and service of Richardson Patrick firm's July 2005 fee application. (2.2) |
| 10/25/05 | W.D. Sullivan | 0.30 | 78.00 | Review and approve July fee application for RPWB; e-mail co-counsel re: same |

                    Total Hours        12.40

                              Total Legal Services    $2,729.00

```
ZAI PLAINTIFFS                          November 22, 2005
W.R. GRACE                              Invoice No. 9874143
Ref. No. 51677-000001                   Page   3
```

```
        * * * * *   ATTORNEY SUMMARY  * * * * *

                          Hours      Billed       Bill
                          Worked    Per Hour     Amount
        _____   _____   _____

William D. Sullivan          5.8     260.00      1,508.00
I. D. Lindley                6.60    185.00      1,221.00
============================ ========   =============
Total All Attorneys         12.40                2,729.00
```

**<u>EXHIBIT "B"</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: February 7, 2006, 4:00 p.m.** |
| | ) | **Hearing Date:  TBD - only if necessary** |

**SUMMARY OF THE APPLICATION OF BUCHANAN INGERSOLL PC**
**FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF**
**EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD**
**FROM NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005**

Name of Applicant:                               Buchanan Ingersoll PC

Authorized to Provide Professional Services to:   Zonolite Attic Insulation Claimants

Date of Appointment:                             July 22, 2002[1]

Period for which compensation and
Reimbursement is sought:                         November 1, 2005 through
                                                 November 30, 2005

Amount of Compensation sought as actual,
Reasonable, and necessary:                       $ 1,948.00

Amount of Expenses Reimbursement:                $ 754.67

This is a: X monthly    _ quarterly   _ final application

Prior Application filed:  Yes.

---

[1] Buchanan Ingersoll PC presently serves as Delaware Bankruptcy Counsel to the ZAI Claimants.  Elzufon, Austin, Reardon, Tarlov and Mondell, P.A. ("EARTM") previously served as Delaware Bankruptcy Counsel through September 20, 2004.  The matter was transferred when William D. Sullivan, the attorney representing the ZAI Claimants at EARTM, moved his practice to Buchanan Ingersoll PC.

This is the fourteenth application of Buchanan Ingersoll PC ("BIPC") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The BIPC attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Shareholder | 15 | Bankruptcy | $260.00 | 1.8 | $468.00 |
| Ian D. Lindley | Associate | 3 | Bankruptcy | $185.00 | 8.0 | $1,480.00 |
| TOTALS | | | | | 9.8 | $1,948.00 |

No paraprofessional rendered professional services in these cases during the Fee Period.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications, Applicant | 9.3 | $1,818.00 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 0.5 | $130.00 |
| TOTALS | 0.0 | $1,948.00 |

## 11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Courier Service (copies and hand deliveries) | $734.43 |
| Computer Assisted Legal Research (and CM/ECF) | $20.24 |
| Total | $754.67 |

Dated: January 17, 2006

**BUCHANAN INGERSOLL PC**

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
1007 North Orange Street, Suite 1110
Wilmington, DE 19801-1236
Telephone: (302) 428-5500
Facsimile: (302) 428-3996

Delaware Counsel for the ZAI Claimants

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: February 7, 2006, 4:00 p.m.** |
| | ) | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF BUCHANAN INGERSOLL PC**
**FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF**
**EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM**
<u>**NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005**</u>

# Buchanan Ingersoll PC

ATTORNEYS

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

ZAI PLAINTIFFS
C/O RICHARDSON, PATRICK, WESTBROOK & BRICKMAN          January 12, 2006
ATTN: ED WESTBROOK, ESQ                               Invoice No. 9881392
1037 CHUCK DAWLEY BLVD BUILDING A
MT. PLEASANT, SC 29464


**For Legal Services Rendered in Connection With:**


W.R. GRACE
C.A #01-01139
ZONOLITE

Reference #51677-000001


| | | | | |
|---|---|---|---|---|
| 11/09/05 | I. D. Lindley | 0.60 | 111.00 | Revise and prepare August and September applications for Richardson Patrick firm, review same with W. Sullivan. (0.6) |
| 11/10/05 | I. D. Lindley | 2.20 | 407.00 | Attention to filing and service of Richardson Patrick August and September interim fee applications, including revisions and updates to electronic service list. (2.2) |
| 11/10/05 | W.D. Sullivan | 0.20 | 52.00 | Review and approve for filing RPWR's August application |
| 11/10/05 | W.D. Sullivan | 0.20 | 52.00 | Review and approve for filing RPWB's September application |
| 11/14/05 | I. D. Lindley | 1.20 | 222.00 | Review and revise tracking chart for all ZAI fee applications and confer with W. Sullivan re: Scott Law Group fee applications |

ZAI PLAINTIFFS                                        January 12, 2006
W.R. GRACE                                           Invoice No. 9881392
Ref. No. 51677-000001                                Page    2

                                                     outstanding. (0.3)
                                                     Draft, file and
                                                     attention to service of
                                                     Certificate of No
                                                     Objection for Scott Law
                                                     Group monthly fee
                                                     application. (0.9)
11/21/05 I. D. Lindley          4.00       740.00    Revise and draft
                                                     additional pleadings,
                                                     file and attention to
                                                     service of, Scott Law
                                                     Group's monthly fee
                                                     applications for August
                                                     and September 2005 and
                                                     18th quarterly fee
                                                     application.
11/21/05 W.D. Sullivan          0.20        52.00    Review Order removing
                                                     ZAI Claimants from 15th
                                                     Omnibus Objection
11/21/05 W.D. Sullivan          0.30        78.00    Review miscellaneous
                                                     pleadings and orders
                                                     entered by the Court
11/21/05 W.D. Sullivan          0.30        78.00    Review and approve fee
                                                     applications for August
                                                     and September for Scott
                                                     Law Group
11/21/05 W.D. Sullivan          0.30        78.00    Review and revise Scott
                                                     Law Group 18th
                                                     Quarterly Fee
                                                     Application, approve
                                                     for filing
11/22/05 W.D. Sullivan          0.10        26.00    Review Fee Auditor
                                                     report for BIPC; fees
                                                     approved.
11/30/05 W.D. Sullivan          0.20        52.00    Review miscellaneous
                                                     pleadings


                         Total Hours              9.80

                         Total Legal Services        $1,948.00


**Disbursements**

11/04/05  Parcels, Inc.- Posted 1 piece of mail              1.00      26.60

```
ZAI PLAINTIFFS                                    January 12, 2006
W.R. GRACE                                        Invoice No. 9881392
Ref. No. 51677-000001                             Page    3

11/10/05   Reliable Copy Services Inc. -                    1.00      27.43
           Duplicating documents - mailing
11/10/05   Messenger/Delivery Service PARCELS, INC.         1.00       5.00
11/10/05   Messenger/Delivery Service PARCELS, INC.         1.00       5.00
11/10/05   Messenger/Delivery Service PARCELS, INC.         1.00       5.00
11/10/05   Messenger/Delivery Service PARCELS, INC.         1.00       5.00
11/10/05   Messenger/Delivery Service PARCELS, INC.         1.00       5.00
11/10/05   Messenger/Delivery Service PARCELS, INC.         1.00       5.00
11/10/05   Messenger/Delivery Service PARCELS, INC.         1.00       5.00
11/10/05   Messenger/Delivery Service PARCELS, INC.         1.00       5.00
11/10/05   Messenger/Delivery Service PARCELS, INC.         1.00      18.00
11/21/05   Messenger/Delivery Service Parcels Inc.          1.00     394.40
11/21/05   Messenger/Delivery Service Parcels Inc.          1.00       7.50
11/21/05   Messenger/Delivery Service Parcels Inc.          1.00       7.50
11/21/05   Messenger/Delivery Service Parcels Inc.          1.00       7.50
11/21/05   Messenger/Delivery Service Parcels Inc.          1.00       7.50
11/21/05   Messenger/Delivery Service Parcels Inc.          1.00       7.50
11/21/05   Messenger/Delivery Service Parcels Inc.          1.00       7.50
11/21/05   Messenger/Delivery Service Parcels Inc.          1.00       7.50
11/21/05   Messenger/Delivery Service Parcels Inc.          1.00      18.00
11/21/05   Messenger/Delivery Service Parcels Inc.          1.00     145.00
11/21/05   On-Line Search Service Pacer                     1.00      20.24

                         Disbursements                 $754.67


                         Total Due this Invoice      $2,702.67
```

ZAI PLAINTIFFS                                   January 12, 2006
W.R. GRACE                                       Invoice No. 9881392
Ref. No. 51677-000001                            Page   4


## * * * * *  ATTORNEY SUMMARY  * * * * *

|                              | Hours Worked | Billed Per Hour | Bill Amount |
|------------------------------|--------------|-----------------|-------------|
| William D. Sullivan          | 1.80         | 260.00          | 468.00      |
| I. D. Lindley                | 8.00         | 185.00          | 1,480.00    |
| Total All Attorneys          | 9.80         |                 | 1,948.00    |

**EXHIBIT "C"**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: February 13, 2006, 4:00 p.m.** |
| | ) | **Hearing Date:  TBD - only if necessary** |

**SUMMARY OF THE APPLICATION OF BUCHANAN INGERSOLL PC**
**FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF**
**EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD**
**FROM DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005**

Name of Applicant:                                    Buchanan Ingersoll PC

Authorized to Provide Professional Services to:       Zonolite Attic Insulation Claimants

Date of Appointment:                                  July 22, 2002[1]

Period for which compensation and
Reimbursement is sought:                              December 1, 2005 through
                                                      December 31, 2005

Amount of Compensation sought as actual,
Reasonable, and necessary:                            $ 4,906.00

Amount of Expenses Reimbursement:                     $ 313.37

This is a: X monthly    _ quarterly  _ final application

Prior Application filed:  Yes.

---

[1] Buchanan Ingersoll PC presently serves as Delaware Bankruptcy Counsel to the ZAI Claimants, pursuant to the designation submitted by Edward Westbrok, who was appointed Lead Special counsel to the ZAI Claimants by Order dated August 26, 2002.  That Order was made retroactive to July 22, 2002.

This is the fifteenth application of Buchanan Ingersoll PC ("BIPC") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The BIPC attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Shareholder | 15 | Bankruptcy | $260.00 | 7.2 | $1,872.00 |
| Ian D. Lindley | Associate | 3 | Bankruptcy | $185.00 | 16.40 | $3,034.00 |
| TOTALS | | | | | 23.60 | $4,906.00 |

No paraprofessional rendered professional services in these cases during the Fee Period.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications, Applicant | 19.2 | $3,762.00 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 4.4 | $1,144.00 |
| TOTALS | 0.0 | $4,906.00 |

## 11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Copying - In-house ($0.07 per page) | $83.37 |
| Courier Service (copies and hand deliveries) | $150.00 |
| Telephonic Conference Fees | $80.00 |
| Total | $313.37 |

Dated: January 20, 2006

**BUCHANAN INGERSOLL PC**

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
1007 North Orange Street, Suite 1110
Wilmington,  DE  19801-1236
Telephone: (302) 428-5500
Facsimile: (302) 428-3996

Delaware Counsel for the ZAI Claimants

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: February 13, 2006, 4:00 p.m.** |
| | ) | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF BUCHANAN INGERSOLL PC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM
<u>DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005</u>**

# Buchanan Ingersoll PC
ATTORNEYS

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

ZAI PLAINTIFFS
C/O RICHARDSON, PATRICK, WESTBROOK & BRICKMAN          January 12, 2006
ATTN: ED WESTBROOK, ESQ                               Invoice No. 9881396
1037 CHUCK DAWLEY BLVD BUILDING A
MT. PLEASANT, SC 29464


**For Legal Services Rendered in Connection With:**


W.R. GRACE
C.A #01-01139
ZONOLITE

Reference #51677-000001


| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 12/05/05 | W.D. Sullivan | 0.50 | 130.00 | Review pleadings in opposition to Debtors' motion for further extension of plan process |
| 12/08/05 | I. D. Lindley | 4.00 | 740.00 | Review docket and update fee tracking chart for all ZAI counsel. (1.0) Prepare, file, and attention to service of certificates of no objection for Richardson Patrick firm's July, August and September fee applications. (3.0) |
| 12/09/05 | W.D. Sullivan | 0.60 | 156.00 | Review fee status and begin preparation of outstanding fee applications |
| 12/12/05 | W.D. Sullivan | 0.30 | 78.00 | Review miscellaneous pleadings |

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

ZAI PLAINTIFFS
W.R. GRACE
Ref. No. 51677-000001

January 12, 2006
Invoice No. 9881396
Page    2

| | | | |
|---|---|---|---|
| 12/13/05 W.D. Sullivan | 0.20 | 52.00 | Review agenda for hearing; fee applications subject to approval on December 19, 2005 |
| 12/13/05 W.D. Sullivan | 0.30 | 78.00 | Review status of fees and proposed order approving |
| 12/13/05 W.D. Sullivan | 0.20 | 52.00 | Review Debtors' proposed Reply re: Plan status |
| 12/15/05 W.D. Sullivan | 0.30 | 78.00 | Review notice of revised time of hearing; e-mail co-counsel re: same |
| 12/15/05 W.D. Sullivan | 0.50 | 130.00 | Review expert reports re: PD Phase I |
| 12/15/05 W.D. Sullivan | 0.20 | 52.00 | Review notice of omnibus hearing dates, no order entered |
| 12/19/05 W.D. Sullivan | 2.80 | 728.00 | Attend Court hearing by telephone on fee applications and status of exclusivity of Plan process |
| 12/20/05 I. D. Lindley | 0.40 | 74.00 | Review correspondence and revised fee statements for BIPC received from W. Sullivan; revise and continue drafting BIPC interim applications for September, October 2005. (0.4) |
| 12/20/05 W.D. Sullivan | 0.30 | 78.00 | Review pleadings filed by parties re: witness disclosures |
| 12/21/05 W.D. Sullivan | 0.20 | 52.00 | Review and approve BI's September fee application |
| 12/21/05 W.D. Sullivan | 0.20 | 52.00 | Review pleadings related to estimation hearing |

ZAI PLAINTIFFS                                    January 12, 2006
W.R. GRACE                                        Invoice No. 9881396
Ref. No. 51677-000001                             Page    3

| | | | |
|---|---|---|---|
| 12/27/05 I. D. Lindley | 5.50 | 1,017.50 | Confer with W. Sullivan re: review of BIPC September interim fee application, revise and attention to filing and service of same.  (1.2) Prepare BIPC October interim fee application and review same with W. Sullivan; attention to filing and service of same (2.2) Analysis and breakdown of expenses incurred during October 2005 to permit fee application (2.1) |
| 12/27/05 W.D. Sullivan | 0.30 | 78.00 | Review Orders entered at December 19, 2005 hearing |
| 12/27/05 W.D. Sullivan | 0.30 | 78.00 | Review and revise BI October fee application |
| 12/29/05 I. D. Lindley | 6.50 | 1,202.50 | Review docket and revise fee application tracking chart to show current status of ZAI fee applications, confer with W. Sullivan re: applications not yet received from co-counsel and need to notify same, need to file certificates of no objection.  (1.3) Prepare, file and serve certificates of no objection with respect to Scott Law Group's August and September fee applications. (2.7) Confer with W. Sullivan re: recalculation of ZAI counsel 2019 expenses and recalculate same based on multiple 2019 filings.  (2.5) |

```
ZAI PLAINTIFFS                              January 12, 2006
W.R. GRACE                                  Invoice No. 9881396
Ref. No. 51677-000001                       Page   4
```

Total Hours          23.60

Total Legal Services      $4,906.00

**Disbursements**

| Date | Description | | |
|------|-------------|------|------|
| 12/06/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 15.00 |
| 12/08/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 7.50 |
| 12/08/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 7.50 |
| 12/08/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 7.50 |
| 12/08/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 7.50 |
| 12/08/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 7.50 |
| 12/08/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 7.50 |
| 12/08/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 7.50 |
| 12/08/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 7.50 |
| 12/08/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 7.50 |
| 12/08/05 | Photocopies I. D. Lindley | 396.00 | 27.72 |
| 12/14/05 | Photocopies W. Sullivan | 3.00 | 0.21 |
| 12/14/05 | Court Conference Bankruptcy Courts-<br>telephonic conference | 1.00 | 50.00 |
| 12/23/05 | Expense Account Reimbursement -  Court<br>Conference Bankruptcy Courts-<br>Telephonic conferences | 1.00 | 30.00 |
| 12/27/05 | Photocopies I. D. Lindley | 308.00 | 21.56 |
| 12/27/05 | Photocopies I. D. Lindley | 220.00 | 15.40 |
| 12/27/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 7.50 |
| 12/27/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 7.50 |
| 12/27/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 7.50 |
| 12/27/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 7.50 |
| 12/27/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 7.50 |
| 12/27/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 7.50 |
| 12/27/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 7.50 |
| 12/27/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 7.50 |
| 12/29/05 | Photocopies I. D. Lindley | 264.00 | 18.48 |

Disbursements        $313.37

Total Due this Invoice      $5,219.37

ZAI PLAINTIFFS                                          January 12, 2006
W.R. GRACE                                             Invoice No. 9881396
Ref. No. 51677-000001                                  Page   5


                  * * * * *   ATTORNEY SUMMARY   * * * * *

                                  Hours      Billed        Bill
                                  Worked     Per Hour      Amount
        _____ _____ _____  _____

William D. Sullivan                7.20      260.00        1,872.00
I. D. Lindley                     16.40      185.00        3,034.00
=============================    ========                =============
Total All Attorneys               23.60                    4,906.00