**<u>EXHIBIT "A"</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: February 13, 2006** |
| | ) | **Hearing Date:  TBD only if necessary** |

**SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON
PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL
COUNSEL FOR THE INTERIM PERIOD FROM OCTOBER 1, 2005 THROUGH
<u>OCTOBER 31, 2005</u>**

Name of Applicant:    Richardson Patrick Westbrook
& Brickman, LLC

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:    July 22, 2002

Period for which compensation and
Reimbursement is sought:    October 1, 2005 through
October 31, 2005

Amount of Compensation sought as actual,
Reasonable, and necessary:    $ 4,630.00

Amount of Expenses Reimbursement:    $ 0

This is a:  <u>X</u> monthly    _ interim    _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004- 4/30/2003 | $327.50 | $ 0 | No objection served on counsel | No objections served on counsel |
| 8/17/2004 | 5/1/2004- 5/31/2004 | $4,432.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 8/17/2004 | 6/1/2004- 6/30/2004 | $24,797.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 7/1/2004- 7/31/2004 | $12,247.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 10/25/2004 | 8/1/2004- 8/31/2004 | $13,955.00 | $0 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 9/1/2004- 9/30/2004 | $31,334.00 | $374.29 | No objections served on counsel | No objection served on counsel |
| 11/23/2004 | 10/1/2004- 10/31/2004 | $210,386.00 | $23,723.43 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 11/1/2004- 11/30/2004 | $23,932.50 | $13,414.72 | No objections served on counsel | No objections served on counsel |
|  |  |  |  |  |  |

2

| 1/12/2005 | 12/1/2004-12/31/2004 | $9,507.50 | $145.53 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 2/28/2005 | 1/1/2005-1/31/2005 | $14,257.50 | $1,109.11 | No objections served on counsel | No objections served on counsel |
| 3/29/2005 | 2/1/2005-2/28/2005 | $7,082.50 | $33.46 | No objections served on counsel | No objections served on counsel |
| 5/10/2005 | 3/1/2005-3/31/2005 | $13,675.00 | $954.22 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 4/1/2005-4/30/2005 | $7,500.00 | $7.60 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 5/1/2005-5/31/2005 | $7,662.50 | $29.60 | No objections served on counsel | No objections served on counsel |
| 8/25/2005 | 6/1/2005-6/30/2005 | $5,187.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/05 | 7/1/2005-7/30/2005 | $2,595.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/10/05 | 8/1/2005-8/31/2005 | $7,430.00 | $ 401.08 | No objections served on counsel | No objections served on counsel |
| 11/10/05 | 9/1/2005-9/30/2005 | $6,562.50 | $ 0 | No objections served on counsel | No objections served on counsel |

This is the thirty-eighth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 26 | Litigation | $650 | .8 | $520.00 |
| Robert M. Turkewitz | Partner | 18 | Litigation | $400 | 3.4 | $1,360.00 |
| TOTALS | | | | | 4.2 | $1,880.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 22.0 | $2,750.00 |
| TOTALS | | | | | 22.0 | $2,750.00 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
| --- | --- | --- |
| 11-Fee Applications, Applicant | | |
| 20-Travel–Non-working | | |
| 22-ZAI Science Trial | 26.2 | $4,630.00 |
| | | |
| TOTALS | 26.2 | $4,630.00 |

23-ZAI Science Trial Expenses

| Description | Amount |
| --- | --- |
| | - 0 - |
| | |
| Total | - 0 - |

Dated:  January 20, 2006
Wilmington, Delaware

**BUCHANAN INGERSOLL PC**

/s/      *William D. Sullivan*
William D. Sullivan (No. 2820)
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE  19801
Phone: (302) 428-5500
FAX: (302) 428-3996

-and-

**RICHARDSON, PATRICK
WESTBROOK & BRICKMAN**

Edward J. Westbrook, Esq.
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC  29464
Phone: (843) 727-6513
FAX: (843) 727-6688

LEAD COUNSEL FOR
ZAI CLAIMANTS

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: February 13, 2006 |
| | ) | Hearing Date:  TBD only if necessary |

## FEE DETAIL FOR THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM OCTOBER 1, 2005 THROUGH <u>OCTOBER 31, 2005</u>

# Time report

### 10/01/2005 - 10/31/2005

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |

**Transaction:**    **L106**

**Day:**    **10/03/2005**

| 10/03/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Adding state tags to ZAI jobsites database (4); email responses to vermiculite website inquiry (1) | | | |

**Day:**    **10/04/2005**

| 10/04/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Organizing new jobsites for inclusion in ZAI jobsites database | | | |

**Day:**    **10/05/2005**

| 10/05/2005 | 200106 | Zonolite Science Trial | L106 | $400.00 | 0.10 | $40.00 |
|---|---|---|---|---|---|---|
| rturkewitz | 0000 | | Received from EPA and forwarded to Lizzie Kerrison documents provided to us in response to our FOIA request (.1) | | | |

**Day:**    **10/06/2005**

| 10/06/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Adding additional jobsites to ZAI database (3); review EPA FOIA disc received from EPA regarding ZAI removal from Libby homes (2) | | | |

**Day:**    **10/10/2005**

| 10/10/2005 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.80 | $520.00 |
|---|---|---|---|---|---|---|
| ewestbrook | 0000 | | Conversation with Darrell Scott regarding status, Canadian ZAI class action, involvement of ZAI in estimation and review emails regarding ZAI class action | | | |

**Day:**    **10/12/2005**

| 10/12/2005 | 200106 | Zonolite Science Trial | L106 | $400.00 | 3.00 | $1,200.00 |
|---|---|---|---|---|---|---|
| rturkewitz | 0000 | | Reviewed documents produced by EPA in response to our FOIA request regarding ZAI removal techniques and costs; Forwarded email to Ed Westbrook and Lizzie Kerrison, summarizing documents (2.5); Email to homeowner re ZAI (.5) | | | |

**Day:**    **10/18/2005**

| 10/18/2005 | 200106 | Zonolite Science Trial | L106 | $400.00 | 0.10 | $40.00 |
|---|---|---|---|---|---|---|
| rturkewitz | 0000 | | Email to Ed Westbrook re Grace's objections to ZAI claims (.1) | | | |

**Day:**    **10/21/2005**

| 10/21/2005 | 200106 | Zonolite Science Trial | L106 | $400.00 | 0.20 | $80.00 |
|---|---|---|---|---|---|---|

01/17/2006

2

# Time report

### 10/01/2005 - 10/31/2005

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| rturkewitz | 0000 | | Received and reviewed ZAI Proof of Claims (.2) | | | |
| **Day:** | | **10/27/2005** | | | | |
| 10/27/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | 0000 | | Review O.M. Scott ATSDR reports (1); coding ZAI database memos that were undated (4) | | | |
| **Day:** | | **10/31/2005** | | | | |
| 10/31/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 3.00 | $375.00 |
| lkerrison | 0000 | | Responses to ZAI homeowners website inquiries through emails and calls | | | |

|  |  |
|---|---|
| **Grand Total:** | **$4,630.00** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$4,630.00** |
| **Total Hours/Report:** | **26.20** |
| **Count:** | **10** |

01/18/2006                                                                                          1

# Expense report

### 10/01/2005 - 10/31/2005

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | **E124** | | | | | |
| **Day:** | **10/31/2005** | | | | | |
| 10/31/2005<br>kjones | 200106<br>0000 | Zonolite Science Trial | E124<br>No Expenses for the October 2005 | $0.00 | 1.00 | $0.00 |

| | | |
|---|---|---|
| **Grand Total:** | | **$0.00** |
| **Expense Grand Total:** | | **$0.00** |
| **Time Grand Total:** | | **$0.00** |
| **Total Hours/Report:** | | **0.00** |
| **Count:** | | **1** |

**EXHIBIT "B"**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | Objection Deadline: February 13, 2006 |
| | ) | Hearing Date:  TBD only if necessary |

**SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005**

Name of Applicant:                                    Richardson Patrick Westbrook
                                                                & Brickman, LLC

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:                                  July 22, 2002

Period for which compensation and
Reimbursement is sought:                              November 1, 2005 through
                                                                November 30, 2005

Amount of Compensation sought as actual,
Reasonable, and necessary:                            $ 8,710.00

Amount of Expenses Reimbursement:                    $ 0

This is a: <u>X</u> monthly     _ interim     _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004- 4/30/2003 | $327.50 | $ 0 | No objection served on counsel | No objections served on counsel |
| 8/17/2004 | 5/1/2004- 5/31/2004 | $4,432.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 8/17/2004 | 6/1/2004- 6//30/2004 | $24,797.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 7/1/2004- 7/31/2004 | $12,247.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 8/1/2004- 8/31/2004 | $13,955.00 | $0 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 9/1/2004- 9/30/2004 | $31,334.00 | $374.29 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 10/1/2004- 10/31/2004 | $210,386.00 | $23,723.43 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 11/1/2004- | $23,932.50 | $13,414.72 | No objections served | No objections served |

2

|  | 11/30/2004 |  |  | on counsel | on counsel |
|---|---|---|---|---|---|
| 1/12/2005 | 12/1/2004-12/31/2004 | $9,507.50 | $145.53 | No objections served on counsel | No objections served on counsel |
| 2/28/2005 | 1/1/2005-1/31/2005 | $14,257.50 | $1,109.11 | No objections served on counsel | No objections served on counsel |
| 3/29/2005 | 2/1/2005-2/28/2005 | $7,082.50 | $33.46 | No objections served on counsel | No objections served on counsel |
| 5/10/2005 | 3/1/2005-3/31/2005 | $13,675.00 | $954.22 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 4/1/2005-4/30/2005 | $7,500.00 | $7.60 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 5/1/2005-5/31/2005 | $7,662.50 | $29.60 | No objections served on counsel | No objections served on counsel |
| 8/25/2005 | 6/1/2005-6/30/2005 | $5,187.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2005 | 7/1/2005-7/30/2005 | $2,595.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 8/1/2005-8/31/2005 | $7,430.00 | $ 401.08 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 9/1/2005-9/30/2005 | $6,562.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 10/1/2005-10/31/2005 | $4,630.00 | $ 0 | Pending | Pending |

This is the thirty-ninth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 26 | Litigation | $650 | 2.2 | $1,430.00 |
| Robert M. Turkewitz | Partner | 18 | Litigation | $400 | 1.2 | $480.00 |
| TOTALS | | | | | 3.4 | $1,910.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 54.4 | $6,800.00 |
| TOTALS | | | | | 54.4 | $6,800.00 |

3

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | | |
| 20-Travel–Non-working | | |
| 22-ZAI Science Trial | 57.8 | $8,710.00 |
| | | |
| TOTALS | 57.8 | $8,710.00 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| | - 0 - |
| | |
| Total | - 0 - |

Dated:  January 20, 2006
Wilmington, Delaware

**BUCHANAN INGERSOLL PC**

/s/      *William D. Sullivan*
William D. Sullivan (No. 2820)
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE  19801
Phone: (302) 428-5500
FAX: (302) 428-3996

-and-

**RICHARDSON, PATRICK**
**WESTBROOK & BRICKMAN**

Edward J. Westbrook, Esq.
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC  29464
Phone: (843) 727-6513
FAX: (843) 727-6688

LEAD COUNSEL FOR
ZAI CLAIMANTS

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: February 13, 2006 |
| | ) | Hearing Date:  TBD only if necessary |

## FEE DETAIL FOR THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005

01/10/2006

1

# Time report

### 11/01/2005 - 11/30/2005

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | **L106** | | | | | |
| **Day:** | | **11/01/2005** | | | | |
| 11/01/2005<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Adding new ZAI jobsites in jobsites database (4); talking to ZAI website inquiries and responding to their emails (1) | $125.00 | 5.00 | $625.00 |
| **Day:** | | **11/03/2005** | | | | |
| 11/03/2005<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Add ZAI homeowners' facts to ZAI jobsites database from Grace POCs (4) | $125.00 | 4.00 | $500.00 |
| 11/03/2005<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Prepare for and attend ZAI court conference call | $650.00 | 1.50 | $975.00 |
| **Day:** | | **11/07/2005** | | | | |
| 11/07/2005<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Add ZAI homeowners' facts to ZAI jobsites database from Grace POCs (3); Talking to ZAI website inquiries and responding to their emails (2) | $125.00 | 5.00 | $625.00 |
| **Day:** | | **11/08/2005** | | | | |
| 11/08/2005<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review all ZAI jobsites and tag for product id (ZAI, possible ZAI and non-ZAI) (4); email responses regarding request for ZAI information (1) | $125.00 | 5.00 | $625.00 |
| **Day:** | | **11/09/2005** | | | | |
| 11/09/2005<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Respond to various emails regarding conference with court | $650.00 | 0.70 | $455.00 |
| **Day:** | | **11/10/2005** | | | | |
| 11/10/2005<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Talking to ZAI website inquiries and responding to their emails (2); update ZAI jobsites database (3) | $125.00 | 5.00 | $625.00 |
| **Day:** | | **11/15/2005** | | | | |
| 11/15/2005<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Talking to ZAI website inquiries and responding to their emails (2); update ZAI jobsites database (3) | $125.00 | 5.00 | $625.00 |

01/10/2006

2

# Time report

## 11/01/2005 - 11/30/2005

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
| Timekeeper | Matter No. | | Description | | | |
|---|---|---|---|---|---|---|
| **Day:** | | **11/17/2005** | | | | |
| 11/17/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | 0000 | | Responses to ZAI homeowner website inquiries through email and calls (2); review ZAI database for invoices, coding for state and year and reviewing individual ZAI homeowners' invoices (3) | | | |
| **Day:** | | **11/21/2005** | | | | |
| 11/21/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year and reviewing individual ZAI homeowners' invoices (4); draft letter to potential ZAI claimants for Rob Turkewitz (1) | | | |
| **Day:** | | **11/22/2005** | | | | |
| 11/22/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.20 | $650.00 |
| lkerrison | 0000 | | Finish updating ZAI jobsites database product id tags (ZAI, possible ZAI and non-ZAI); review ZAI database for invoices, coding for state and year and reviewing individual ZAI homeowners' invoices (3); conference with co-counsel regarding certification of ZAI-Canada class (.2) | | | |
| **Day:** | | **11/28/2005** | | | | |
| 11/28/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.20 | $650.00 |
| lkerrison | 0000 | | Responses to ZAI homeowner website inquiries through emails and calls (1); conference with Rob Turkewitz, homeowners and expert (1.2); review ZAI database for invoices, coding for state and year and reviewing individual ZAI homeowners' invoices (3) | | | |
| 11/28/2005 | 200106 | Zonolite Science Trial | L106 | $400.00 | 1.20 | $480.00 |
| rturkewitz | 0000 | | Conference with Lizzie Kerrison, ZAI homeowners and expert | | | |
| **Day:** | | **11/29/2005** | | | | |
| 11/29/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | 0000 | | Responses to ZAI homeowner website inquiries through emails and calls (1); update ZAI homeowner database (3); review ZAI database for invoices, coding for state and year and reviewing individual ZAI homeowners' invoices (1) | | | |

# Time report

### 11/01/2005 - 11/30/2005

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |

|  |  |
|--|--|
| Grand Total: | $8,710.00 |
| Expense Grand Total: | $0.00 |
| Time Grand Total: | $8,710.00 |
| Total Hours/Report: | 57.80 |
| Count: | 14 |

01/18/2006

1

# Expense report

**11/01/2005 - 11/30/2005**

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | **E124** | | | | | |
| **Day:** | | **11/30/2005** | | | | |
| 11/30/2005 | 200106 | Zonolite Science Trial | E124 | $0.00 | 1.00 | $0.00 |
| kjones | 0000 | | No Expenses for the November 2005 | | | |

| | |
|---|---|
| **Grand Total:** | **$0.00** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$0.00** |
| **Total Hours/Report:** | **0.00** |
| **Count:** | **1** |

**EXHIBIT "C"**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: February 13, 2006** |
| | ) | **Hearing Date:  TBD only if necessary** |

**SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON
PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL
COUNSEL FOR THE INTERIM PERIOD FROM DECEMBER 1, 2005
THROUGH DECEMBER 31, 2005**

Name of Applicant:                                     Richardson Patrick Westbrook
                                                                   & Brickman, LLC

Authorized to Provide Professional Services to:   Zonolite Attic Insulation Claimants

Date of Appointment:                                  July 22, 2002

Period for which compensation and
Reimbursement is sought:                           December 1, 2005 through
                                                                  December 31, 2005

Amount of Compensation sought as actual,
Reasonable, and necessary:                         $ 4,312.50

Amount of Expenses Reimbursement:               $ 0

This is a: <u>X</u> monthly     _ interim     _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004- 4/30/2003 | $327.50 | $ 0 | No objection served on counsel | No objections served on counsel |
| 8/17/2004 | 5/1/2004- 5/31/2004 | $4,432.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 8/17/2004 | 6/1/2004- 6//30/2004 | $24,797.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 7/1/2004- 7/31/2004 | $12,247.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 8/1/2004- 8/31/2004 | $13,955.00 | $0 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 9/1/2004- 9/30/2004 | $31,334.00 | $374.29 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 10/1/2004- 10/31/2004 | $210,386.00 | $23,723.43 | No objection served on counsel | No objection served on counsel |
| 1/12/2005 | 11/1/2004- 11/30/2004 | $23,932.50 | $13,414.72 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 12/1/2004- | $9,507.50 | $145.53 | No objections served | No objections served |

| | 12/31/2004 | | | on counsel | on counsel |
|---|---|---|---|---|---|
| 2/28/2005 | 1/1/2005-1/31/2005 | $14,257.50 | $1,109.11 | No objections served on counsel | No objections served on counsel |
| 3/29/2005 | 2/1/2005-2/28/2005 | $7,082.50 | $33.46 | No objections served on counsel | No objections served on counsel |
| 5/10/2005 | 3/1/2005-3/31/2005 | $13,675.00 | $954.22 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 4/1/2005-4/30/2005 | $7,500.00 | $7.60 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 5/1/2005-5/31/2005 | $7,662.50 | $29.60 | No objections served on counsel | No objections served on counsel |
| 8/25/2005 | 6/1/2005-6/30/2005 | $5,187.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2005 | 7/1/2005-7/30/2005 | $2,595.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 8/1/2005-8/31/2005 | $7,430.00 | $ 401.08 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 9/1/2005-9/30/2005 | $6,562.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 10/1/2005-10/31/2005 | $4,630.00 | $ 0 | Pending | Pending |
| 1/20/2006 | 11/1/2005-11/30/2005 | $8,710.00 | $ 0 | Pending | Pending |

This is the fortieth RPWB application for monthly interim compensation for services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 34.5 | $4,312.50 |
| TOTALS | | | | | 34.5 | $4,312.50 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant 20-Travel–Non-working 22-ZAI Science Trial | 34.5 | $4,312.50 |
| TOTALS | 34.5 | $4,312.50 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| | - 0 - |
| Total | - 0 - |

Dated:   January 20, 2006
Wilmington, Delaware

**BUCHANAN INGERSOLL PC**

/s/      *William D. Sullivan*
William D. Sullivan (No. 2820)
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE  19801
Phone: (302) 428-5500
FAX: (302) 428-3996

-and-

**RICHARDSON, PATRICK**
**WESTBROOK & BRICKMAN**

Edward J. Westbrook, Esq.
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC  29464
Phone: (843) 727-6513
FAX: (843) 727-6688

LEAD COUNSEL FOR
ZAI CLAIMANTS

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: February 13, 2006 |
| | ) | Hearing Date:  TBD only if necessary |

**FEE DETAIL FOR THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM DECEMBER 1, 2005 <u>THROUGH DECEMBER 31, 2005</u>**

01/17/2006                                                                                                           1

# Time report

### 12/01/2005 - 12/31/2005

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | | **L106** | | | | |
| **Day:** | | **12/01/2005** | | | | |
| 12/01/2005<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Emails and phone conversations with ZAI homeowners (1); review ZAI database for invoices, coding for state and year and organizing individual ZAI homeowners' invoices (4) | $125.00 | 5.00 | $625.00 |
| **Day:** | | **12/05/2005** | | | | |
| 12/05/2005<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for invoices, coding for state and year and organizing individual homeowners' invoices (4); email to ZAI homeowner (1) | $125.00 | 5.00 | $625.00 |
| **Day:** | | **12/06/2005** | | | | |
| 12/06/2005<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for invoices, coding for state and year and organizing individual homeowners' invoices (1.5) | $125.00 | 1.50 | $187.50 |
| **Day:** | | **12/08/2005** | | | | |
| 12/08/2005<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for invoices, coding for state and year and organizing individual homeowners' invoices | $125.00 | 4.00 | $500.00 |
| **Day:** | | **12/12/2005** | | | | |
| 12/12/2005<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for invoices, coding for state and year and organizing individual homeowners' invoices | $125.00 | 2.00 | $250.00 |
| **Day:** | | **12/13/2005** | | | | |
| 12/13/2005<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for invoices, coding for state and year and organizing individual homeowners' invoices | $125.00 | 4.00 | $500.00 |
| **Day:** | | **12/15/2005** | | | | |
| 12/15/2005<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for invoices, coding for state and year and organizing individual homeowners' invoices | $125.00 | 2.00 | $250.00 |

# Time report

### 12/01/2005 - 12/31/2005

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name<br> | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **12/19/2005** | | | | |
| 12/19/2005<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for invoices, coding for state and year and organizing individual homeowners' invoices | $125.00 | 4.00 | $500.00 |
| **Day:** | | **12/20/2005** | | | | |
| 12/20/2005<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for invoices, coding for state and year and organizing individual homeowners' invoices | $125.00 | 3.00 | $375.00 |
| **Day:** | | **12/27/2005** | | | | |
| 12/27/2005<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for invoices, coding for state and year and organizing individual homeowners' invoices | $125.00 | 4.00 | $500.00 |

| | |
|---|---|
| **Grand Total:** | **$4,312.50** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$4,312.50** |
| **Total Hours/Report:** | **34.50** |
| **Count:** | **10** |

01/18/2006

1

# Expense report

**12/01/2005 - 12/31/2005**

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | **E124** | | | | | |
| **Day:** | **12/31/2005** | | | | | |
| 12/31/2005 | 200106 | Zonolite Science Trial | E124 | $0.00 | 1.00 | $0.00 |
| kjones | 0000 | | No Expenses for the December 2005 | | | |

| | |
|---|---|
| **Grand Total:** | **$0.00** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$0.00** |
| **Total Hours/Report:** | **0.00** |
| **Count:** | **1** |