**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX  75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

February 28, 2006

In Reference To:      Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #        10533

Professional Services

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 2/1/2006 | JBA | Update database with 12.05 e-detail for: Campbell, Caplin, Tersigni, LAS | 0.10 | 4.00 |
|  | WHS | left detailed telephone voicemail for Jan Baer re hotel rates | 0.10 | 27.50 |
|  | BSR | research regarding hotel rates in Washington DC (6.0) (1/6th = 1.0) | 1.00 | 230.00 |
| 2/2/2006 | BSR | telephone conference with Warren Smith re research on hotel rates in Washington DC and London and best way to communicate guidelines to applicants (.4); draft email to Doreen Williams and Amber Willingham re same (.2) (1/6th = .10) | 0.10 | 23.00 |
|  | BSR | research regarding hotel rates in Washington DC (1.2) (1/6th = .20) | 0.20 | 46.00 |
|  | JAW | detailed review of Kirkland October 2005 monthly invoice (3.4) | 3.40 | 459.00 |
| 2/3/2006 | JBA | Update database with Reed Smith 12.05 e-detail | 0.10 | 4.00 |
|  | CCO | Update database with 12.05 Monthly Invoice of Tersigni (.10); 12.05 Monthly Invoice of Campbell (.10); 12.05 Monthly Invoice of Caplin (.10); 12.05 Monthly Invoice of LAS (.10); 12.05 Monthly Invoice of Swider (.10); 11.05 revised Monthly Invoice of Woodcock (.10); 12.05 Monthly Invoice of Foley (.10); 11.05 Monthly Invoice of Casner (.10); 10.05 and 11.05 | 1.00 | 40.00 |

214 698-3868

W.R. Grace & Co.                                                                                           Page     2

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| | | Monthly Invoices of Pitney (.10); 08.05, 09.05, 07.05 Monthly Invoices of BMC (.10) | | |
| 2/3/2006 | JBA | Update database with Swidler 12.05 e-detail pdf | 0.10 | 4.00 |
| | JBA | Update database with 12.05 e-detail for: Hilsoft, HRA, and Bilzin | 0.10 | 4.00 |
| | BSR | draft memo regarding results of hotel rate research for Washington DC (.60) (1/6 = .10) | 0.10 | 23.00 |
| | JAW | detailed review of Kirkland October 2005 monthly invoice (8.9) | 8.90 | 1,201.50 |
| 2/6/2006 | BSR | research regarding hotel rates in London (.60) (1/6th = .10) | 0.10 | 23.00 |
| | JBA | Update database with Phillips Goldman 12.05 e-detail pdf, and Duane Morris 12.05 e-detail | 0.10 | 4.00 |
| | JAW | detailed review of Kirkland October 2005 monthly invoice (9.2) | 9.20 | 1,242.00 |
| 2/7/2006 | SLB | begin draft of 18th Interim initial report - K&E (2.3) | 2.30 | 310.50 |
| | SLB | PACER research regarding 18th Interim applications (2.6) | 2.60 | 351.00 |
| | JBA | Update database with Amended Ferry Joseph 11.05 e-detail | 0.10 | 4.00 |
| | JAW | detailed review of Kirkland October 2005 monthly invoice (4.9) | 4.90 | 661.50 |
| | DTW | Review summaries for Campbell, Caplin, Pitney and Tersigni prior to drafting initial reports (.5); reviewing C&L expenses for the 18th period (.3); reviewing Caplin expenses for the same period (1.1); telephone call with S. Bossay regarding Caplin issues (.1); drafting Caplin initial report for the 18th period (2.9); review expenses for Pitney July & September invoices (.4); draft final report for Campbell (.3). | 5.60 | 812.00 |

W.R. Grace & Co.                                                                                                          Page    3

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 2/8/2006 | PGS | Preparation of the January 2006 Monthly Invoice of WHS | 0.60 | 48.00 |
|  | JAW | draft summary of Kirkland October 2005 monthly invoice (7.2) | 7.20 | 972.00 |
|  | SLB | continue draft of 18th Interim initial report - K&E (5.4) | 5.40 | 729.00 |
|  | DTW | Conference with S. Bossay regarding Caplin and status of 18th interim period (.2); updating status report regarding 18th period (.8); Pacer research regarding Pitney August 05 invoice (.8); review Pitney August 05 invoice (.7); draft initial report for Pitney Hardin (.7). | 3.20 | 464.00 |
| 2/9/2006 | PGS | Preparation of the CNO for December 2005 of WHS | 0.10 | 8.00 |
|  | SLB | complete draft of 18th Interim initial report - K&E (7.3) | 7.30 | 985.50 |
|  | SLB | draft e-mails to K&E, Caplin, Pitney Hardin re 18th Interim initial reports (.4) | 0.40 | 54.00 |
|  | JAW | draft summary of PwC July 2005 monthly invoice (0.4); draft summary of same (0.1) | 0.50 | 67.50 |
|  | JAW | draft summary of PwC August 2005 monthly invoice (1.9); draft summary of same (0.1) | 2.00 | 270.00 |
|  | CCO | Update database with 07.01.05 through 09.30.05 Interim Fee Application of Steptoe (.10); 07.01.05 through 09.30.05 Interim Fee Application of BMC (.10); 12.05 Monthly Invoice of Bilzin (.10); 12.05 Monthly Invoice of Reed (.10); 11.05 Monthly Invoice of Ferry (.10); 12.05 Monthly Invoice of Philips (.10) | 0.60 | 24.00 |
|  | JAW | draft summary of PwC September 2005 monthly invoice (2.4); draft summary of same (0.6) | 3.00 | 405.00 |
|  | JAW | draft summary of Swidler 6th Quarterly Fee Application (July 1, 2005 - September 30, 2005) (2.6); draft summary of same (0.9) | 3.50 | 472.50 |
| 2/10/2006 | PGS | Electronic filing with court of January 2006 Monthly Invoice of WHS | 0.10 | 8.00 |

W.R. Grace & Co.                                                                                                                                      Page    4

|            |     |                                                                                                                                                           | Hours | Amount |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 2/10/2006  | JBA | Update database with Phillips 19th Interim app/e-detail pdf                                                                                               | 0.10  | 4.00   |
|            | DTW | Telephone call with J. Allgood regarding status of applications on file for the 18th period (.3).                                                         | 0.30  | 43.50  |
|            | CCO | Update database with 10.05, 11.05, and 12.05 Monthly Invoices of Scott (.10)                                                                              | 0.10  | 4.00   |
|            | JAW | draft summary of BMC Group July 2005 monthly invoice (2.5)                                                                                                | 2.50  | 337.50 |
|            | JAW | draft summary of BMC Group September 2005 monthly invoice (5.5); draft summary of same (0.1)                                                              | 5.60  | 756.00 |
|            | PGS | Electronic filing with court of CNO for December 2005 of WHS                                                                                              | 0.10  | 8.00   |
| 2/11/2006  | DTW | Review Ferry Joseph 18th interim application (1.2); review same regarding Duane Morris (.6); review Capstone 18th interim application (.8); review same regarding Tersigni (.5). | 3.10  | 449.50 |
|            | JAW | draft summary of BMC Group July 2005 monthly invoice (5.2); draft summary of same (0.2)                                                                   | 5.40  | 729.00 |
| 2/12/2006  | BSR | research regarding hotel rates in London (2.40) (1/6th = .40)                                                                                             | 0.40  | 92.00  |
| 2/13/2006  | JAW | draft summary of BMC Group August 2005 monthly invoice (9.1)                                                                                              | 9.10  | 1,228.50 |
|            | JBA | Update database with PWC 12.05 e-detail                                                                                                                   | 0.10  | 4.00   |
|            | BSR | research regarding hotel rates in London (1.20) (1/6th = .20)                                                                                             | 0.20  | 46.00  |
|            | DTW | Research regarding PwC July 05 application and office conference with J. Allgood regarding same (.5); drafting final report for Ferry Joseph 18th (.4); same regarding Duane Morris (.6). | 1.50  | 217.50 |
| 2/14/2006  | JBA | Update database with e-response re: Ferry Joseph 19th Interim IR                                                                                          | 0.10  | 4.00   |

| | | | Hours | Amount |
|---|---|---|---:|---:|
| W.R. Grace & Co. | | | | Page 5 |
| 2/14/2006 | JBA | Update database with CIBC 12.05 e-detail, Casner 10.05-12.05 e-detail | 0.10 | 4.00 |
| | BSR | research regarding hotel rates in London (6.60) (1/6th = 1.10) | 1.10 | 253.00 |
| | DTW | Continue review of Tersigni for multiple professional issues (.7); draft omnibus final report for Tersigni (.2); draft initial report for Capstone 18th (.3); review Pachulski 18th application (1.4); drafting initial report regarding same (.8); review AKO 18th interim application (.4); draft omnibus final report regarding same (.3); review CIBC 18th application (.2). | 4.30 | 623.50 |
| | JAW | draft summary of BMC Group August 2005 monthly invoice (2.2); draft summary of same (0.2) | 2.40 | 324.00 |
| 2/15/2006 | WHS | receive and review agenda | 0.10 | 27.50 |
| | BSR | research regarding hotel rates in London (3.0) (1/6th = .50) | 0.50 | 115.00 |
| | DTW | Continue review of CIBC 18th application (.3); and draft initial report regarding same (.7); review CDG application for the 18th interim (.2); review Baker 18th application (.3); draft initial report for same (.9); review and revise CIBC 18th initial report (.3); review and revise Capstone 18th initial report (.3); review and revise Tersigni, AKO and Ferry Joseph final reports for the 18th (.5); review and revise Duane Morris and Pachulski initial reports for the 18th (.5); draft lengthy memo to S. Bossay regarding status of initial reports and final reports for the 18th interim (.9); telephone call with Ferry Joseph regarding late filing (.1). | 5.00 | 725.00 |
| 2/16/2006 | DTW | Pacer research regarding Casner 18th interim application (.2). | 0.20 | 29.00 |
| | DTW | Pacer regarding Casner interim application and review of same (.2). | 0.20 | 29.00 |
| | CCO | Update database with 10.01.05 through 12.31.05 Interim Fee Application of Anderson (.10); 10.01.05 through 12.31.05 Interim Fee Application of LAS (.10); 10.01.05 through 12.31.05 Interim Fee Application of Tersigni (.10); 10.01.05 through 12.31.05 Interim Fee Application of Campbell (.10); 10.01.05 through 12.31.05 Interim Fee Application of Caplin (.10); 10.01.05 through 12.31.05 Interim Fee Application of Kirkland (.10); 10.01.05 through 12.31.05 Interim Fee Application of Pitney (.10); | 0.90 | 36.00 |

W.R. Grace & Co.                                                                                                           Page     6

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | 10.01.05 through 12.31.05 Interim Fee Application of Stroock (.10); 11.05 Monthly Invoice of Beverdige (.10) | | |
| 2/16/2006 | BSR | research regarding hotel rates in London (3.2); draft memo to Warren Smith re same (1.0) (1/6th = .70) | 0.70 | 161.00 |
| 2/20/2006 | JAW | detailed review of Pitney October 2005 monthly invoice (1.0) | 1.00 | 135.00 |
| | JBA | Update database with PD Comm. 19th Interim app/e-detail | 0.10 | 4.00 |
| | JBA | Update database with Buchanan 1.06 e-detail | 0.10 | 4.00 |
| | SLB | review and edit 18th Interim initial reports - Duane Morris, Pachulski, CIBC, Baker, Tersigni, Capstone and Anderson Kill (4.2) | 4.20 | 567.00 |
| | SLB | complete review and draft of 18th Interim final report - BMC (4.3) | 4.30 | 580.50 |
| | JBA | Update database with 19th Interim app/e-detail for: Campbell, Caplin, Tersigni, LAS, and AKO | 0.10 | 4.00 |
| | JBA | Update database with 19th Interim app/e-detail for: Hilsoft, Hamilton, and Stroock pdf | 0.10 | 4.00 |
| | JBA | Update database with Capstone 12.05 e-detail and Bilzin 19th Interim app/e-detail | 0.10 | 4.00 |
| | JBA | Update database with Duane Morris 19th Interim app/e-detail pdf | 0.10 | 4.00 |
| 2/21/2006 | SLB | complete review and draft of 18th Interim final report - Foley Hoag (3.9) | 3.90 | 526.50 |
| | DTW | Reviewing Casner 18th application (.4); draft final report regarding same (.1); review Woodcock 18th application (1.2); draft final report regarding same (.2). | 1.90 | 275.50 |
| | JAW | detailed review of Pitney October 2005 monthly invoice (2.1); draft summary of same (0.1) | 2.20 | 297.00 |

W.R. Grace & Co.                                                                                                          Page    7

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 2/21/2006 | CCO | Update database with 10.01.05 through 12.31.05 Interim Fee Application of Reed (.10); 10.01.05 through 12.31.05 Interim Fee Application of Hamilton (.10); 10.01.05 through 12.31.05 Interim Fee Application of Hilsoft (.10); 10.01.05 through 12.31.05 Interim Fee Application of the Official Committee (.10); 01.06 Monthly Invoice of Buchanan (.10); 01.06 Monthly Invoice of Proviti (.10); 12.05 Monthly Invoice of Capstone (.10); 10.01.05 through 12.31.05 Interim Fee Application of Duane (.10); 11.01.05 through 12.31.05 Monthly Invoice and 10.01.05 through 12.31.05 Interim Fee Application of Conway (.10); 10.01.05 through 12.31.05 Interim Fee Application of Ferry (.10); 10.01.05 through 12.31.05 Interim Fee Application of Klett (.10); 10.01.05 through 12.31.05 Interim Fee Application of Kramer (.10); 01.01.05 through 03.31.05 Interim Fee Application and 04.01.05 through 06.30.05 Interim Fee Application and 10.01.05 through 12.31.05 Interim Fee Application of Towers (.20) | 1.40 | 56.00 |
|  | SLB | complete review of app and draft of 18th Interim final report - Towers Perrin (2.2) | 2.20 | 297.00 |
|  | SLB | PACER research regarding 18th Interim fee apps of PwC, Towers Perrin, CBBG and Protiviti (1.6) | 1.60 | 216.00 |
| 2/22/2006 | SLB | complete review and draft of 18th Interim initial report - PwC (4.5) ; begin review and draft of 18th Interim initial report - Swidler (2.8) ; update 18th Interim status chart (.3) | 7.60 | 1,026.00 |
|  | JBA | Update database with Capstone 12.05 Amended e-detail | 0.10 | 4.00 |
| 2/23/2006 | SLB | complete draft of 18th Interim initial report - Swidler (1.9) ; complete draft of 18th Interim initial report - Bilzin (5.4) | 7.30 | 985.50 |
|  | PGS | Preparation of 19th Interim Fee Application of WHS | 2.40 | 192.00 |
|  | CCO | Update database with 10.01.05 through 12.31.05 Interim Fee Application of Bilzin (.10) | 0.10 | 4.00 |
| 2/24/2006 | BSR | telephone conference with Warren Smith and Doreen Williams re results of hotel research and drafting letter to the Honorable Judith K. Fitzgerald (.60) (1/6th = .10) | 0.10 | 23.00 |
|  | BSR | draft letter to Judge Fitzgerald incorporating previous memos and research (1.80) (1/6th = .30) | 0.30 | 69.00 |

W.R. Grace & Co.   Page 8

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 2/24/2006 | BSR | research regarding New York hotel rates (from web sites) (.60) (1/6th = .10) | 0.10 | 23.00 |
| | PGS | Electronic filing with court of 19th Interim Fee Application of WHS | 0.10 | 8.00 |
| | DTW | conference call with W. Smith and B. Ruhlander regarding hotel survey (.60) (1/6th = .10) | 0.10 | 14.50 |
| | SLB | begin draft of 18th Interim final report - K&E (6.8) | 6.80 | 918.00 |
| 2/26/2006 | SLB | review of 18th Interim apps. Steptoe (1.3) ; Buchanan (1.1) and Beveridge (1.5) | 3.90 | 526.50 |
| 2/27/2006 | JBA | draft 18th Interim Project Category Spreadsheet additions and corrections | 2.00 | 80.00 |
| | JBA | Update database with Phillips 1.06 e-detail pdf | 0.10 | 4.00 |
| | SLB | draft e-mail to F. Childress @ Baker Donelson re 18th Interim response (.3) | 0.30 | 40.50 |
| | SLB | complete drafts of 18th Interim final reports Duane Morris (1.3) ; Swidler (2.4) ; Holme Roberts (2.7) ; Steptoe (.9) | 7.30 | 985.50 |
| | BSR | draft letter to Judge Fitzgerald re hotel rates in NY, Washington and London (2.4) (1/6th = .40) | 0.40 | 92.00 |
| | BSR | research regarding hotels in Washington DC under $300 per night (1.80) (1/6th = .30) | 0.30 | 69.00 |
| | DTW | Review and revise 18th interim initial reports for Bilzin and Swidler (.3). | 0.30 | 43.50 |
| 2/28/2006 | WHS | detailed review of Duane 18th Int FR | 0.10 | 27.50 |
| | CCO | Update database with 10.01.05 through 12.31.05 Interim Fee Application of Pachulski (.10); 07.01.05 through 09.30.05 Interim Fee Application of Buchanan (.10); 01.06 Monthly Invoice of Philips (.10) | 0.30 | 12.00 |

W.R. Grace & Co.      Page 9

| Date | TK | Description | Hours | Amount |
|---|---|---|---:|---:|
| 2/28/2006 | JBA | draft corrections to database/18th Interim Project Category Spreadsheet | 3.00 | 120.00 |
| | SLB | complete review of app. and draft of 18th Interim final report - Beveridge (2.2) ; complete draft of 18th Interim final report - Phillips Goldman (1.9) ; begin draft of 18th Interim final report - Baker Donelson (3.6) | 7.70 | 1,039.50 |
| | BSR | draft letter to Judge Fitzgerald re hotel rates in New York, Washington DC, and London (2.10); draft email to Warren Smith re same (.3) (1/6th = .40) | 0.40 | 92.00 |

**For professional services rendered**     **192.50 $25,605.50**

Additional Charges :

| | Price | |
|---|---:|---:|
| Research Books for Hotel Survey (117.84) (1/6th = 19.64) | 19.64 | 19.64 |

**Total costs**     **$19.64**

**Total amount of this bill**     **$25,625.14**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Bobbi S. Ruhlander | 6.00 | 230.00 | $1,380.00 |
| Courtney C. Orent | 4.40 | 40.00 | $176.00 |
| Doreen T Williams | 25.70 | 145.00 | $3,726.50 |
| James A. Wehrmann | 70.80 | 135.00 | $9,558.00 |
| Jeff B. Allgood | 6.80 | 40.00 | $272.00 |
| Priscilla G Stidham | 3.40 | 80.00 | $272.00 |
| Stephen L. Bossay | 75.10 | 135.00 | $10,138.50 |
| Warren H Smith | 0.30 | 275.00 | $82.50 |