**EXHIBIT "A"**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: February 23, 2006** |
| | ) | **Hearing Date: TBD only if necessary** |

**SUMMARY OF THE VERIFIED APPLICATION OF THE SCOTT LAW
GROUP, P.S. FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL
COUNSEL FOR THE INTERIM PERIOD FROM
<u>OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005</u>**

Name of Applicant:                                      The Scott Law Group, P.S.

Authorized to Provide Professional Services to:   Zonolite Attic Insulation Claimants

Date of Appointment:                               July 22, 2002

Period for which compensation and
Reimbursement is sought:                          October 1, 2005 through
                                                   October 31, 2005

Amount of Compensation sought as actual,
Reasonable, and necessary:                        $   10,012.00

Amount of Expenses Reimbursement:                 $    1,365.27

This is a: <u>X</u> monthly     _ interim     _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | No Objections served on counsel | No Objections served on counsel |
|  |  |  |  |  |  |

2

| 2/14/05 | 12/16/04– 12/31/04 | $314.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/11/05 | 02/1/05– 02/28/05 | $463.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 04/1/05– 04/30/05 | $1,257.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 05/1/05– 05/31/05 | $562.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 06/1/05– 06/30/05 | $2,810.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 07/1/05– 07/31/05 | $7,791.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 08/1/05-08/31/05 | $7,217.50 | $1,729.71 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 09/1/05-09/30/05 | 983.50 | 0 | No Objections served on counsel | No Objections served on counsel |

This is the thirty-fourth Scott Law Group application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $500.00.

The Scott Law Group attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 15 | Litigation | $415 | 26.4 | $7,636.00 |
| TOTALS | | | | | 26.4 | $7,636.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 25 | Litigation | $165 | 1.5 | $247.50 |
| Samantha Simatos | Legal Asst. | 12 | Litigation | $95 | .3 | $28.50 |
| Gabriel Scott | Research Asst. | 1 | Litigation | $60 | 35.0 | $2,100.00 |
| TOTALS | | | | | 36.8 | $2,376.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 20-Travel–Non-working | 16.0 Hours | $3,320.00 |
| 22-ZAI Science Trial | 47.2 Hours | $6,692.00 |
| TOTALS | 63.2 Hours | $10,012.00 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | $      10.00 |
| Telephone Expense – Outside | $    120.00 |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | |
| In-House Duplicating / Printing ($.15 per page) | |
| Outside Duplicating / Printing (color photocopies) | |
| Lodging | |
| Transportation | |
| Air Travel Expense | $  1,202.80 |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | $      16.97 |
| Parking | $      15.50 |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Other (Explain): | |
| Total: | $ 1,365.27 |

Dated:   February 2, 2006
Wilmington, Delaware

**BUCHANAN INGERSOLL PC**

/s/      *William Sullivan*
William D. Sullivan (No. 2820)
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE  19801
Phone: (302) 428-5500
FAX: (302) 428-3996

**THE SCOTT LAW GROUP, P.S.**

Darrell W. Scott, Esq.
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201
Phone: (509) 455-3966
FAX: (509) 455-3906

*Additional Special Counsel*
*to the ZAI Claimants*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: February 23, 2006** |
| | ) | **Hearing Date: TBD only if necessary** |

**FEE DETAIL FOR THE VERIFIED APPLICATION OF THE SCOTT LAW
GROUP, P.S. FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL
COUNSEL FOR THE INTERIM PERIOD FROM
OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005**

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA  99201
### PHONE:  509-455-3966

**Re:**    **1.5**    **Grace - Special Counsel**                          **FOR TIME PERIOD ENDED 10/31/2005**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 10/4/2005 | DWS<br>Darrell W. Scott<br>Principal | Analyze compilation of ZAI damages materials and estimates. in preparation for settlement discussions (1.5); meeting with co-special counsel re case status matters (3.5). | 5.0 | $415.00 | $2,075.00 |
| 10/5/2005 | GS<br>Gabriel Scott<br>Research Assistant | Begin review of images exhibits (CD01) and work re database fields for analysis of key documents. | 1.5 | $60.00 | $90.00 |
| 10/6/2005 | GS<br>Gabriel Scott<br>Research Assistant | Review of imaged exhibits, compile key exhibits and prepare summaries of same (CD01 folder 00-80). | 4.0 | $60.00 | $240.00 |
| 10/8/2005 | GS<br>Gabriel Scott<br>Research Assistant | Review of imaged exhibits, compile key exhibits re ZAI sales/production/distribution and prepare exhibit summaries of same (CD01 through folder 01-10). | 4.5 | $60.00 | $270.00 |
| 10/10/2005 | GS<br>Gabriel Scott<br>Research Assistant | Review of imaged exhibits, compile key exhibits and prepare summaries of key ZAI exhibits (CD01 through folder 01-53). | 5.0 | $60.00 | $300.00 |
| 10/11/2005 | GS<br>Gabriel Scott<br>Research Assistant | Review of imaged exhibits, compile trial exhibits and prepare summaries of same (CD01 through folder 02-37). | 3.0 | $60.00 | $180.00 |
| 10/13/2005 | SS<br>Samantha Simatos<br>Legal Assistant | Review Baer stipulation for accuracy as clients named. | .1 | $95.00 | $9.50 |
| 10/14/2005 | DWS<br>Darrell W. Scott<br>Principal | Review of Grace objections to PD proofs of claims (.4); identify ZAI objections and unrepresented ZAI claimants (.3); prepare communication to Grace counsel re withdrawl of ZAI objections pending science trial determinations (.2). | .9 | $415.00 | $373.50 |

# THE SCOTT LAW GROUP, P.S.

**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA  99201**
**PHONE:  509-455-3966**

Re: __1.5__   **Grace - Special Counsel**                          **FOR TIME PERIOD ENDED 10/31/2005**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 10/14/2005  SS<br>Samantha Simatos<br>Legal Assistant | | Prepare letter to Baer re additional ZAI claimants not represented. | .2 | $95.00 | $19.00 |
| 10/14/2005  GS<br>Gabriel Scott<br>Research Assistant | | Continued review of imaged ZAI exhibits, compile key exhibits re sales/production/installation and prepare data summaries of same (CD01 through folder 06-23). | 2.5 | $60.00 | $150.00 |
| 10/16/2005  GS<br>Gabriel Scott<br>Research Assistant | | Review of imaged exhibits, compile key exhibits and prepare exhibit summaries of same (CD01 through folder 06). | 5.5 | $60.00 | $330.00 |
| 10/18/2005  DWS<br>Darrell W. Scott<br>Principal | | Draft letter to Grace re identification of and withdrawl of objections to ZAI proofs of claim (.1); review response re same (.1); work re stipulation to withdraw of ZAI objections (.2); email to co-counsel re same (.1). | .5 | $415.00 | $207.50 |
| 10/21/2005  GS<br>Gabriel Scott<br>Research Assistant | | Continued review of imaged exhibits, compile key exhibits and prepare eZAI exhibit summaries of same (CD01 through folder 07-08, including 02-41 through 06-23). | 3.0 | $60.00 | $180.00 |
| 10/23/2005  GS<br>Gabriel Scott<br>Research Assistant | | Review of imaged exhibits, identify and compile key exhibits and prepare exhibit summaries of same (CD01 through folder 07-57). | 2.0 | $60.00 | $120.00 |
| 10/24/2005  DWS<br>Darrell W. Scott<br>Principal | | Attend omnibus hearing re ZAI science trial status conference (2.5); phone call to ZAI co-special counsel re same (.4). | 2.9 | $415.00 | $1,203.50 |
| 10/25/2005  GS<br>Gabriel Scott<br>Research Assistant | | Continued review of select imaged exhibits, compile key ZAI exhibits and prepare database summaries of same (CD01 through folder 08-86). | 4.0 | $60.00 | $240.00 |

# THE SCOTT LAW GROUP, P.S.
**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA  99201**
**PHONE:  509-455-3966**

Re: __1.5__   **Grace - Special Counsel**

**FOR TIME PERIOD ENDED 10/31/2005**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 10/27/2005 DWS<br>Darrell W. Scott<br>Principal | | Phone conference with co-counsel re ZAI status conference. | .2 | $415.00 | $83.00 |
| 10/27/2005 KLB<br>Kristy L. Bergland<br>Paralegal | | Internet research regarding information on Canada ZAI class actions and bankruptcy information (1.0); review Grace and Sealed Air recent SEC filings (.4); obtain medical article regarding California study on vermiculite (.1) | 1.5 | $165.00 | $247.50 |
| 10/28/2005 DWS<br>Darrell W. Scott<br>Principal | | Review proceeding re pending Canadian ZAI claims  in respect of ZAI science trial matters (.4); draft email to Co-counsel re same (.1). | .5 | $415.00 | $207.50 |
| 10/31/2005 DWS<br>Darrell W. Scott<br>Principal | | Phone call from special counsel re setting of status conference with Judge Fitzgerald (.2); review for signature additional stipulation re withdrawal of objections to ZAI claims (.2). | .4 | $415.00 | $166.00 |

**TOTAL THIS STATEMENT:**       $6,692.00

# THE SCOTT LAW GROUP, P.S.
**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA  99201**
**PHONE:  509-455-3966**

**Re:**   1.5.001   **Grace - Special Counsel Travel**                    **FOR TIME PERIOD ENDED 10/31/2005**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 10/3/2005 Darrell W. Scott Principal | DWS | Travel to Atlanta for settlement discussions (billed at half rate). | 8.0 | $207.50 | $1,660.00 |
| 10/4/2005 Darrell W. Scott Principal | DWS | Return from Atlanta from settlement talks (billed at half rate). | 8.0 | $207.50 | $1,660.00 |

**TOTAL THIS STATEMENT:**     $3,320.00

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., <u>et</u> <u>al.</u>,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline:  February 23, 2006** |
| | ) | **Hearing Date:  TBD only if necessary** |

**SUMMARY OF THE VERIFIED APPLICATION OF THE SCOTT LAW
GROUP, P.S. FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL
COUNSEL FOR THE INTERIM PERIOD FROM
<u>NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005</u>**

Name of Applicant:                                  The Scott Law Group, P.S.

Authorized to Provide Professional Services to:   Zonolite Attic Insulation Claimants

Date of Appointment:                               July 22, 2002

Period for which compensation and
Reimbursement is sought:                           November 1, 2005 through
                                                   November 30, 2005

Amount of Compensation sought as actual,
Reasonable, and necessary:              $      9,041.00

Amount of Expenses Reimbursement:       $             0

This is a:  <u>X</u> monthly     _ interim     _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/16/04– 12/31/04 | $314.50 | 0 | No Objections | No Objections |

| | | | | served on counsel | served on counsel |
|---|---|---|---|---|---|
| 4/11/05 | 02/1/05– 02/28/05 | $463.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 04/1/05– 04/30/05 | $1,257.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 05/1/05– 05/31/05 | $562.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 06/1/05– 06/30/05 | $2,810.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 07/1/05– 07/31/05 | $7,791.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 08/1/05-08/31/05 | $7,217.50 | $1,729.71 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 09/1/05-09/30/05 | $983.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 2/2/06 | 10/1/05-10/31/05 | $10,012.00 | $1365.27 | Pending | Pending |

This is the thirty-fifth Scott Law Group application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $500.00.

The Scott Law Group attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 15 | Litigation | $415 | 5.5 | $2,282.50 |
| TOTALS | | | | | 5.5 | $2,282.50 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 25 | Litigation | $165 | 26.4 | $4,356.00 |
| Samantha Simatos | Legal Asst. | 12 | Litigation | $95 | 3.5 | $332.50 |
| Gabriel Scott | Research Asst. | 1 | Litigation | $60 | 34.5 | $2,070.00 |
| TOTALS | | | | | 64.4 | $6,758.50 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 69.9 Hours | $9,041.00 |
| TOTALS | 69.9 Hours | $9,041.00 |

Dated:   February 2, 2006
Wilmington, Delaware

**BUCHANAN INGERSOLL PC**

/s/      *William Sullivan*
William D. Sullivan (No. 2820)
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE  19801
Phone: (302) 428-5500
FAX: (302) 428-3996

-and-

**THE SCOTT LAW GROUP, P.S.**

Darrell W. Scott, Esq.
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201
Phone: (509) 455-3966
FAX: (509) 455-3906

*Additional Special Counsel*
*to the ZAI Claimants*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., <u>et al.</u>,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline:  February 23, 2006** |
| | ) | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR THE VERIFIED APPLICATION OF THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM <u>NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005</u>**

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA  99201
### PHONE:  509-455-3966

| Re: | 1.5 | Grace - Special Counsel |
|---|---|---|

**FOR TIME PERIOD ENDED 11/30/2005**

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 11/3/2005 | KLB<br>Kristy L. Bergland<br>Paralegal | Emails and telephone call to Bilzen Sumberg regarding transcripts and preparation for ZAI teleconference (.2); legal research regarding bankruptcy procedures in respect to ZAI science trial issues (1.8); begin compilation of key dates/events and preparation of key timeline graph (2.5). | 4.5 | $165.00 | $742.50 |
| 11/4/2005 | KLB<br>Kristy L. Bergland<br>Paralegal | Begin review of court transcripts and work on summary of key rulings relating to ZAI in preparation for teleconference with Judge Fitzgerald (7.0); emails to and from Jay Sakalo regarding same (.2). | 7.2 | $165.00 | $1,188.00 |
| 11/5/2005 | KLB<br>Kristy L. Bergland<br>Paralegal | Continue analysis of various court transcripts and preparation of summary of key provisions relating to ZAI science trial procedures in preparation for teleconference with Judge Fitzgerald. | 1.5 | $165.00 | $247.50 |
| 11/6/2005 | DWS<br>Darrell W. Scott<br>Principal | Review transcript summaries in preparation for ZAI status conference. | 1.1 | $415.00 | $456.50 |
| 11/6/2005 | KLB<br>Kristy L. Bergland<br>Paralegal | Continue review of court transcripts and preparation of summary of key rulings relating to ZAI in preparation for teleconference (3.0); prepare ZAI Hearing Excerpts for main hearings (4.5). | 7.5 | $165.00 | $1,237.50 |
| 11/7/2005 | KLB<br>Kristy L. Bergland<br>Paralegal | Revisions to ZAI Hearings Excerpts in preparation for Teleconference with Judge (.4); office conference with Darrell Scott regarding same (.1). | .5 | $165.00 | $82.50 |
| 11/7/2005 | DWS<br>Darrell W. Scott<br>Principal | Analyze court transcript summaries in preparation for ZAI hearing (2.2); phone call to special counsel re same (.3); review and respond to ZAI science trial claimant re status of science trial determinations (.3). | 2.8 | $415.00 | $1,162.00 |
| 11/8/2005 | DWS<br>Darrell W. Scott<br>Principal | Preparation for ZAI hearing and Conference with Judge Fitzgerald re status of ZAI claims (1.0); phone conference with special counsel re same (.2). | 1.2 | $415.00 | $498.00 |

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA  99201
### PHONE:  509-455-3966

| Re: | 1.5 | Grace - Special Counsel | | | FOR TIME PERIOD ENDED 11/30/2005 |
|---|---|---|---|---|---|

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 11/10/2005 | GS<br>Gabriel Scott<br>Research Assistant | Review of image ZAI exhibits, compile key exhibit re select issues and prepare data summaries of same. | 1.0 | $60.00 | $60.00 |
| 11/11/2005 | GS<br>Gabriel Scott<br>Research Assistant | Review of images documents, compile key exhibits and prepare summaries of same. | 1.5 | $60.00 | $90.00 |
| 11/13/2005 | GS<br>Gabriel Scott<br>Research Assistant | Continued review of imaged ZAI exhibits, identify and compile key ZAI exhibits and prepare summaries of same. | 1.5 | $60.00 | $90.00 |
| 11/14/2005 | DWS<br>Darrell W. Scott<br>Principal | Phone call from special counsel officer re attendance at omnibus hearing (.1); review materials from local counsel re fee issues (.1). | .2 | $415.00 | $83.00 |
| 11/14/2005 | GS<br>Gabriel Scott<br>Research Assistant | Review of image exhibits, compile key exhibits re sale/production, and prepare summaries of same. | 2.5 | $60.00 | $150.00 |
| 11/15/2005 | DWS<br>Darrell W. Scott<br>Principal | Review time and billing materials re ZAI science trial submisisons. | .2 | $415.00 | $83.00 |
| 11/15/2005 | SS<br>Samantha Simatos<br>Legal Assistant | Prepare August and September Monthly Fee Applications; prepare 18th Quarterly Application and Summary. | 3.5 | $95.00 | $332.50 |
| 11/18/2005 | KLB<br>Kristy L. Bergland<br>Paralegal | Import document summaries into database and attach exhibit images (2.8); email to Gabriel regarding database project (.2). | 3.0 | $165.00 | $495.00 |

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA  99201
### PHONE:  509-455-3966

| Re: | 1.5 | Grace - Special Counsel |
|-----|-----|-------------------------|

**FOR TIME PERIOD ENDED 11/30/2005**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 11/19/2005 | GS<br>Gabriel Scott<br>Research Assistant | Review of additional imaged ZAI exhibits, identify and compile key trial materials and exhibits and prepare database summaries of same. | 1.0 | $60.00 | $60.00 |
| 11/20/2005 | GS<br>Gabriel Scott<br>Research Assistant | Review of imaged ZAI exhibits, compile additional primary exhibits and prepare summaries of same - through CD01-09. | 2.5 | $60.00 | $150.00 |
| 11/22/2005 | GS<br>Gabriel Scott<br>Research Assistant | Review of imaged exhibits, identify and compile key exhibits and prepare database summaries of same through CD01 - 10-07. | 2.5 | $60.00 | $150.00 |
| 11/23/2005 | KLB<br>Kristy L. Bergland<br>Paralegal | Updates to Grace Exhibit database (.7); import additional document summaries and attach images (.5). | 1.2 | $165.00 | $198.00 |
| 11/23/2005 | GS<br>Gabriel Scott<br>Research Assistant | Review of imaged ZAI documents, compile key exhibits re sale/production and prepare summaries of same. | 4.0 | $60.00 | $240.00 |
| 11/25/2005 | GS<br>Gabriel Scott<br>Research Assistant | Review of images, compile exhibits and prepare summaries of same, through CD01, 10-29. | 2.5 | $60.00 | $150.00 |
| 11/26/2005 | GS<br>Gabriel Scott<br>Research Assistant | Review of imaged ZAI exhibits, compile key exhibits re select trial issues and prepare database summaries of same. | 5.0 | $60.00 | $300.00 |
| 11/27/2005 | GS<br>Gabriel Scott<br>Research Assistant | Review of images, compile key ZAI exhibits and prepare summaries of same. | 3.0 | $60.00 | $180.00 |

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA  99201
### PHONE:  509-455-3966

**Re:**  **1.5**  **Grace - Special Counsel**

**FOR TIME PERIOD ENDED 11/30/2005**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 11/28/2005 | KLB<br>Kristy L. Bergland<br>Paralegal | Updates to witness database (.2); download  import, and key in additional Zonolite images and summary (.3). | .5 | $165.00 | $82.50 |
| 11/28/2005 | KLB<br>Kristy L. Bergland<br>Paralegal | Email updates to two clients and update to database regarding same. | .5 | $165.00 | $82.50 |
| 11/28/2005 | GS<br>Gabriel Scott<br>Research Assistant | Continued review and analysis of select ZAI documents, compile key exhibits and prepare database summaries of same. | 5.0 | $60.00 | $300.00 |
| 11/29/2005 | GS<br>Gabriel Scott<br>Research Assistant | Review of images, compile exhibits and prepare summaries of same, through CD01, 12-67. | 2.5 | $60.00 | $150.00 |

**TOTAL THIS STATEMENT:**  **$9,041.00**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., <u>et</u> <u>al.</u>,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline:  February 23, 2005** |
| | ) | **Hearing Date:  TBD only if necessary** |

**SUMMARY OF THE VERIFIED APPLICATION OF THE SCOTT LAW
GROUP, P.S. FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL
COUNSEL FOR THE INTERIM PERIOD FROM
<u>DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005</u>**

Name of Applicant:  The Scott Law Group, P.S.

Authorized to Provide Professional Services to:  Zonolite Attic Insulation Claimants

Date of Appointment:  July 22, 2002

Period for which compensation and
Reimbursement is sought:  December 1, 2005 through
December 31, 2005

Amount of Compensation sought as actual,
Reasonable, and necessary:  $    4,682.00

Amount of Expenses Reimbursement:  $            0

This is a:  <u>X</u> monthly     _ interim     _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/16/04– 12/31/04 | $314.50 | 0 | No Objections | No Objections |

| | | | | served on counsel | served on counsel |
|---|---|---|---|---|---|
| 4/11/05 | 02/1/05– 02/28/05 | $463.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 04/1/05– 04/30/05 | $1,257.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 05/1/05– 05/31/05 | $562.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 06/1/05– 06/30/05 | $2,810.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 07/1/05– 07/31/05 | $7,791.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 08/1/05-08/31/05 | $7,217.50 | $1,729.71 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 09/1/05-09/30/05 | $983.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 2/2/06 | 10/1/05-10/31/05 | $10,012.00 | $1365.27 | Pending | Pending |
| 2/2/06 | 11/1/05-11/30/05 | $9,041.00 | 0 | Pending | Pending |

This is the thirty-sixth Scott Law Group application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $500.00.

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 26 | Litigation | $170 | 20.5 | $3,485.00 |
| Elizabeth I. Rutherford | Legal Asst. | 9 | Litigation | $90 | 13.3 | $1,197.00 |
| TOTALS | | | | | 33.8 | $4,682.00 |

### Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 33.8 Hours | $4,682.00 |
| TOTALS | 33.8 Hours | $4,682.00 |

Dated:   February 2, 2006
Wilmington, Delaware

**BUCHANAN INGERSOLL PC**

/s/      *William Sullivan*

William D. Sullivan (No. 2820)
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE  19801
Phone: (302) 428-5500
FAX: (302) 428-3996

- and -

**THE SCOTT LAW GROUP, P.S.**

Darrell W. Scott, Esq.
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201
Phone: (509) 455-3966
FAX: (509) 455-3906

*Additional Special Counsel*
*to the ZAI Claimants*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., <u>et al.</u>,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline:  February 23, 2005** |
| | ) | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR THE VERIFIED APPLICATION OF THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM <u>DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005</u>**

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA  99201
### PHONE:  509-455-3966

| Re: | 1.5 | Grace - Special Counsel | | | | |
|-----|-----|-------------------------|---|---|---|---|

**FOR TIME PERIOD ENDED 12/31/2005**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 12/1/2005<br>Kristy L. Bergland<br>Paralegal | KLB | Telephone call from ZAI claimant Taylor regarding status of ZAI science trial proceedings and questions regarding receipt of memo relating to Omnibus objection. | .2 | $170.00 | $34.00 |
| 12/1/2005<br>Kristy L. Bergland<br>Paralegal | KLB | Review and prepare analyses of key WR Grace exhibits. | .5 | $170.00 | $85.00 |
| 12/2/2005<br>Kristy L. Bergland<br>Paralegal | KLB | Review, image and preare analysis of key exhibits reflecting Zonolite production/distribution. | 1.0 | $170.00 | $170.00 |
| 12/6/2005<br>Kristy L. Bergland<br>Paralegal | KLB | Work on database field design re key imaged Zonolite sales documents. | 1.0 | $170.00 | $170.00 |
| 12/7/2005<br>Kristy L. Bergland<br>Paralegal | KLB | Database design and entry work re imaged ZAI invoice and business plan exhibits (.6); begin summary of imaged documents into ZAI Exhibit database (.7). | 1.3 | $170.00 | $221.00 |
| 12/9/2005<br>Kristy L. Bergland<br>Paralegal | KLB | Email to co-counsel attaching information regarding ZAI Canada claims. | .2 | $170.00 | $34.00 |
| 12/20/2005<br>Kristy L. Bergland<br>Paralegal | KLB | Review and summarize Grace exhibits relating to ZAI (x45) into Exhibit Database [WRG0001A Folders 001 - 004.] | 3.5 | $170.00 | $595.00 |
| 12/21/2005<br>Kristy L. Bergland<br>Paralegal | KLB | Office conference with Darrell Scott regarding ZAI Exhibits (.1); continue work on summary of key ZAI Invoice Exhibits (2.5); review additional ZAI marketing exhibits and begin summary of same (1.7). | 4.3 | $170.00 | $731.00 |

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA  99201
### PHONE:  509-455-3966

**Re:**    **1.5**    **Grace - Special Counsel**                 **FOR TIME PERIOD ENDED 12/31/2005**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 12/21/2005 | BR<br>Bets Rutherford<br>Legal Assistant | Prepare summaries of select ZAI Exhibits in database. | 2.0 | $90.00 | $180.00 |
| 12/22/2005 | BR<br>Bets Rutherford<br>Legal Assistant | Continue summarizing and attaching images to the ZAI database (WRG documents). | 1.5 | $90.00 | $135.00 |
| 12/22/2005 | KLB<br>Kristy L. Bergland<br>Paralegal | Continue work on compilation of key ZAI exhibit images; and work on summaries of same (2.0); internet research regarding historic distribution of ZAI (.5). | 2.5 | $170.00 | $425.00 |
| 12/27/2005 | BR<br>Bets Rutherford<br>Legal Assistant | Enter key ZAI exhibit to database and prepare analysis of Grace exhibits. | 2.5 | $90.00 | $225.00 |
| 12/27/2005 | KLB<br>Kristy L. Bergland<br>Paralegal | Review, image and being summaries of additional Grace exhibits from CD WRG0001A (3.0); pull and review case law cited by Grace regarding stigma (.8) | 3.8 | $170.00 | $646.00 |
| 12/28/2005 | KLB<br>Kristy L. Bergland<br>Paralegal | Update to Exhibit database to include additional recent articles and agency reports relating to vermiculite (1.5); summarize Grace exhibits (.7). | 2.2 | $170.00 | $374.00 |
| 12/28/2005 | BR<br>Bets Rutherford<br>Legal Assistant | Analyze and summarize key ZAI images in the ZAI Exhibit database. | 2.0 | $90.00 | $180.00 |
| 12/29/2005 | BR<br>Bets Rutherford<br>Legal Assistant | Work on analytical and summary fields in ZAI exhibit database in reviewing select ZAI exhibits. | 2.0 | $90.00 | $180.00 |

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA  99201
### PHONE:  509-455-3966

**Re:**   **1.5**   **Grace - Special Counsel**

**FOR TIME PERIOD ENDED 12/31/2005**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 12/29/2005 | BR<br>Bets Rutherford<br>Legal Assistant | Continued preparation of summaries of key imaged ZAI exhibits. | .8 | $90.00 | $72.00 |
| 12/30/2005 | BR<br>Bets Rutherford<br>Legal Assistant | Summarize images in the Exhibit database. | 2.5 | $90.00 | $225.00 |

**TOTAL THIS STATEMENT:**   **$4,682.00**