IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Re: Docket No. 11067 |
| | ) | 2/21/06 Agenda Item No. 5 |

**REVISED CERTIFICATION OF COUNSEL REGARDING ORDER EXTENDING DEBTORS' EXCLUSIVE PERIODS IN WHICH TO FILE A CHAPTER 11 PLAN AND SOLICIT VOTES THEREON AND APPOINTING A PLAN MEDIATOR**

1. On February 21, 2006, the Court considered the Debtors' Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon (the "Motion"). *See* Docket No. 11067.

2. At the hearing on the Debtors' Motion, the Debtors, with the support of the Asbestos Personal Injury Committee, the Future Claimants' Representative and the Unsecured Creditors Committee, requested that the Motion be granted and the exclusive periods be extended at this time for 60 days and that the Court appoint a Mediator for this 60 days only, to mediate consensual plan discussions among the parties and report to the Court with respect to the general status but not substance of those plan discussions.

3. At the request of the parties, the Court gave the parties 7 days to reach consensus on the selection of a Mediator or inform the Court that consensus could not be reached and that the Court would have to select such Mediator.

DOCS_DE:116137.1

4.  The parties, consisting of the four Official Committees, the FCR, various Insurers, the State of Montana, the Canadian government and the Libby Claimants, have conferred, reached consensus and jointly nominate Sam C. Pointer, Jr. a former United States District Judge for the Northern District of Alabama as the Plan Mediator.

5.  The parties have also agreed on the attached form of Order appointing Judge Pointer as Plan Mediator. Judge Pointer has confirmed that he has no conflicts and is a disinterested person within the meaning of section 327 of the Bankruptcy Code and can make the representations required under Bankruptcy Rules 2014(a) and 5002. As a result, the parties request entry of the attached Order appointing Judge Pointer as Plan Mediator.

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

and

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession