# HR&A

# INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

February 10, 2006

Invoice No. HRA20050210

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of January, 2006.

**FEES**

| | |
|---|---:|
| Francine F. Rabinovitz<br>2.0 hours @ $ 550 per hour | $ 1,100.00 |
| Robert H. Sims<br>0.5 hours @ $ 400 per hour | 200.00 |
| Paul K. Honig<br>2.0 hours @ $ 275 per hour | 550.00 |
| **TOTAL DUE:** | **$ 1,850.00** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922   TEL: (831) 626-1350   FAX: (831) 626-1351
NORTHERN CALIFORNIA        LOS ANGELES              NEW YORK

JANUARY, 2006 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| 01/06/06 | 1.5 | Review CDs received, data dictionaires, identify questions (1.0); conference call with J. Hass, Paul K. Honig, Robert H. Sims, M. Kramer re: data and questions (0.5). |
| 01/12/06 | 0.5 | Participate in Committee phone call. |
| TOTAL: | 2.0 | |

JANUARY, 2006 TIME LOG OF ROBERT H. SIMS (RHS)

<u>DATE</u>     <u>TIME</u>     <u>TASK</u>

01/06/06   0.5      Participate in teleconference re: project status and schedule.

TOTAL:     0.5

JANUARY, 2006 TIME LOG OF PAUL K. HONIG (PKH)

<u>DATE</u>      <u>TIME</u>      <u>TASK</u>

01/06/06    1.0      Examine the CD with data files & email picture of directory to Matt Kramer; conference call regarding data.

01/11/06    1.0      Spoke with Wanda regarding data disk contents, sent e-mail picture of directory structure.

TOTAL:             2.0