IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 11781** |

**CERTIFICATION OF NO OBJECTION REGARDING THE NINETEENTH INTERIM APPLICATION OF CAMPBELL & LEVINE, LLC, FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS DELAWARE AND ASSOCIATED COUNSEL TO THE OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS FOR THE PERIOD OF OCTOBER 1, 2005 THROUGH DECEMBER 31, 2005 <u>(DOCKET NO. 11781)</u>**

I, Kathleen Campbell Davis, of Campbell & Levine, LLC, hereby certify the following:

1.  Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), Campbell & Levine, LLC ("Campbell & Levine"), submitted on February 14, 2006 a nineteenth interim application ("Application") [Docket No. 11781] for services rendered and reimbursement of expenses incurred as counsel to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

{D0054850:1 }

2. Objections to the Application were to be filed and served on or before March 6, 2006. No objections to the Application have been received by the undersigned. Moreover, the Court's docket reflects that no objections to the Application were filed.

            CAMPBELL & LEVINE, LLC

            */s/Kathleen Campbell Davis*
            Kathleen Campbell Davis (I.D. #4229)
            800 North King Street
            Wilmington, DE  19899
            (302) 426-1900

            Counsel for the Official Committee
              of Asbestos Personal Injury Claimants

Dated:  March 8, 2006

{D0054850:1 }