IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 11779** |

**CERTIFICATION OF NO OBJECTION REGARDING
THE NINETEENTH INTERIM APPLICATION OF LEGAL ANALYSIS
SYSTEMS, INC., FOR COMPENSATION OF SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS ASBESTOS-RELATED BODILY
INJURY CONSULTANT TO THE OFFICIAL COMMITTEE OF PERSONAL
INJURY CLAIMANTS OF W.R. GRACE & CO., *et al.* FOR THE PERIOD OF
OCTOBER 1, 2005 THROUGH DECEMBER 31, 2005 (DOCKET NO. 11779)**

I, Kathleen Campbell Davis, of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), Legal Analysis Systems, Inc., submitted on February 14, 2006 a nineteenth interim application ("Application") [Docket No. 11779] for services rendered and reimbursement of expenses incurred as asbestos-related bodily injury consultant to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

2. Objections to the Application were to be filed and served on or before March 6, 2006. No objections to the Application have been received by the undersigned. Moreover, the Court's docket reflects that no objections to the Application were filed.

{D0054857:1 }

        CAPLIN & DRYSDALE, CHARTERED
        Elihu Inselbuch
        375 Park Avenue, 35th Floor
        New York, NY  10152-3500
        (212) 319-7125

          -and-

        CAPLIN & DRYSDALE, CHARTERED
        Peter Van N. Lockwood
        One Thomas Circle, N.W.
        Washington, D.C.  20005
        (202) 862-5000

          - and -

        CAMPBELL & LEVINE, LLC


        */s/Kathleen Campbell Davis*
        Kathleen Campbell Davis (I.D. #4229)
        800 North King Street
        Suite 300
        Wilmington, DE  19899
        (302) 426-1900

        Counsel for the Official Committee
          of Asbestos Personal Injury Claimants

Dated: March 8, 2006