## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO., et al.,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| Debtors. | § | |
| | § | |

### FEE AUDITOR'S FINAL REPORT REGARDING
### FEE APPLICATION OF CAPSTONE CORPORATE RECOVERY, LLC
### FOR THE EIGHTEENTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the <u>Fee Application of Capstone Corporate Recovery, LLC for the Eighteenth Interim Period</u> (the "Application").

### BACKGROUND

1.    Capstone Corporate Recovery, LLC ("Capstone") was retained as financial advisors to the Official Committee of Unsecured Creditors. In the Application, Capstone seeks approval of fees totaling $292,231.00 and costs totaling $2,635.52 for its services from July 1, 2005, through September 30, 2005.

2.    In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued

January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the

United States Bankruptcy Court for the District of Delaware, the United States District Court for the

District of Delaware, and the Third Circuit Court of Appeals.  We served on Baker Capstone an

initial report based on our review, and received a response from Capstone, portions of which

response are quoted herein.

## DISCUSSION

3.      In our initial report, we noted that the application contains two sets of possible

duplicate time entries by N. Backer ($85).

| | | | |
|---|---|---|---|
| 8/9/2005 | N. Backer | 2.00 | Prepared Sixth Quarterly Fee application. |
| 8/9/2005 | N. Backer | 2.00 | Prepared Sixth Quarterly Fee application. |
| 8/17/2005 | N. Backer | 2.00 | Prepared June fee application. |
| 8/17/2005 | N. Backer | 2.00 | Prepared June fee application. |

We asked Capstone to review these billing records and explain whether any duplication occurred.

Capstone responded as follows:

> Upon our review of time entries, we have determined that the fees described above
> are, indeed, duplicate entries.
>
> Based on the above, we accept the Fee Auditor's adjustment of 4 hours @$85 per
> hour for a total of $340.00 for the Eighteenth Interim Period. We apologize for any
> inconvenience this may have caused and will correct our database accordingly.

We appreciate the response and thus recommend a reduction of $340.00 in fees.

## CONCLUSION

4.      Thus we recommend approval of fees totaling $291,891.00 ($292,231.00 minus

$340.00) and costs totaling $2,635.52 for Capstone's services from July 1, 2005, through September

30, 2005.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____

       Warren H. Smith
       Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

### CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 9th day of March, 2006.

_____

       Warren H. Smith

## SERVICE LIST
### Notice Parties

**The Applicant**

Libby Hamilton
Capstone Corporate Recovery, LLC
Park 80 West, Plaza One
Saddle Brook, N.J. 07663

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones,
P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of
Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of
Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price &
Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of
Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**FEE AUDITOR'S FINAL REPORT** - Page 4
wrg FR Capstone 18int 7-9.05.wpd

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801