**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING**
**FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP**
**FOR THE EIGHTEENTH INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the <u>Fee Application of Pricewaterhouse Coopers LLP for the Eighteenth Interim Period</u> (the "Application").

**BACKGROUND**

1.      PricewaterhouseCoopers LLP ("PwC") was retained as independent accountants and auditors for the Debtors and Debtors in Possession. In the Application, PwC seeks approval of fees totaling $454,583.30 and costs totaling $26,569.73 for its services from July 1, 2005, through September 30, 2005.

2.      In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued

January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served on PwC an initial report based on our review, and received a response from PwC, portions of which response are quoted herein.

## DISCUSSION

3.   In our initial report, we noted that on September 28, 2005, four professionals attended a meeting in Fort Lauderdale. The total time spent including any preparation and travel time was 34.30 hours for a total fee of $13,281.50. The entries are provided below.

| Date | Initials | Hours | Description |
|---|---|---|---|
| 09/28/05 | WTB | 4.00 | Travel to Fort Lauderdale |
| 09/28/05 | WTB | 3.00 | Discuss income tax accounting and issues with E. Filon, J. Gibbs, D Nagashike (Grace), P Woolf, J Underhill, D Lloyd and R Grady (PwC) |
| 09/29/05 | WTB | 3.00 | Travel back from Fort Lauderdale. |
| 09/28/05 | DL | 4.00 | Travel to Ft. Lauderdale for meeting with Grace and PwC tax personnel |
| 09/28/05 | DL | 4.00 | Discuss income tax accounting and issues with E Filon, J Gibbs, D Nagashike (Grace), P Woolf, J Underhill, B Bishop and R Grady (PwC) |
| 09/29/05 | DL | 3.80 | Travel from Ft. Lauderdale |
| 09/13/05 | JBU | 1.00 | Follow up e/mails and telephone conversations regarding year end planning meeting to be held on September 28 in Boca Raton, FL. |
| 09/28/05 | JBU | 7.00 | Interim audit and tax planning meeting for year end and review of other tax related matters. Included various meetings with B. Bishop, D. Lloyd, R Grady, P Woolf, E Filon, and J Gibbs. Included preliminary time to review the |

|  |  |  |  |
|---|---|---|---|
|  |  |  | prior year workpapers, SEC filings and current year 10Q's. |
| 09/28/05 | RG | 3.00 | Discuss income tax accounting and issues with E Filon, J Gibbs, D Nagasgike (Grace), P Woolf, J Underhill, D Lloyd and B Bishop (PwC). |
| 09/29/05 | RG | 1.50 | Travel from Ft Lauderdale at 50% of time incurred. |

We asked PwC to explain why it was necessary for four professionals to attend this meeting. PwC responded as follows:

> The purpose of this meeting was to bring the PwC core audit engagement team and the PwC tax engagement team together to discuss planning procedures for the year end audit work. It is a requirement within our audit procedures that the core engagement team understand and "own" the work of our tax specialist team, and as a result, meetings of this nature are necessary.

We appreciate the response and offer no objection to these fees.

4. We noted that during the application period WTB, DL and LK traveled. The total time spent was 19.80 hours for a total fee of $7,632.00. The entries are provided below.

| 09/28/05 | WTB | 4.00 | Travel to Fort Lauderdale |
|---|---|---|---|
| 09/29/05 | WTB | 3.00 | Travel back from Fort Lauderdale. |
| 09/28/05 | DL | 4.00 | Travel to Ft. Lauderdale for meeting with Grace and PwC tax personnel |
| 09/29/05 | DL | 3.80 | Travel from Ft. Lauderdale |
| 09/28/05 | LK | 5.00 | Travel Time from leaving hotel to arrival back from Chicago during business hours. |

Pursuant to the Local Rules, time spent traveling when no work is done is to be billed at 50%. None of the timekeepers in question appeared to work or to make any allowance in the travel time for this discount. We asked PwC to explain why the cited travel hours should not be billed at one-half the usual billing rate.

**FEE AUDITOR'S FINAL REPORT** - Page 3
 wrg FR PwC 18int 7-9.05.wpd

PwC responded as follows:

> We agree with your comment and therefore a corresponding fee reduction of 50% or $3,816.00.

We appreciate the response and thus recommend a reduction of $3,816.00 in fees.

## CONCLUSION

5.    Thus we recommend approval of fees totaling $450,767.30 ($454,583.30 minus $3,816.00) and costs totaling $26,569.73 for PwC's services from July 1, 2005, through September 30, 2005.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
     Warren H. Smith
     Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 9th day of March, 2006.

                                                          Warren H. Smith

# SERVICE LIST
## Notice Parties

**The Applicant**

Ryan Grady
PricewaterhouseCoopers LLP
1751 Pinnacle Drive
11th Floor
McLean, VA 22102-3811

**Counsel for the Applicant**

OF COUNSEL
John C. Goodchild, III
Christine M. Lipski
MORGAN LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103

Kathleen M. Miller
SMITH, KATZENSTEIN & FURLOW LLP
The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801