IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline: March 27, 2006 at 4:00 p.m.<br>Hearing: To be determined |

## MOTION OF SWIDLER BERLIN LLP FOR LEAVE TO WITHDRAW AS BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

Swidler Berlin LLP ("Swidler") hereby submits this motion (the "Motion") for entry of an order authorizing Swidler to withdraw as bankruptcy counsel to David T. Austern, Future Claimants' Representative (the "FCR") appointed in the above-referenced cases. In support of the Motion, Swidler respectfully represents as follows:

### BACKGROUND

1. On April 2, 2001 (the "Petition Date"), W.R. Grace & Co. and 61 affiliated entities (collectively, the "Debtors") each filed a petition for relief under chapter 11 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code").

2. Pursuant to Sections 1107 and 1108 of the Bankruptcy Code, the Debtors are continuing in the management of their respective businesses and possession of their respective properties as Debtors-in-Possession.

3. On September 27, 2004, this Court entered an order authorizing the FCR to employ Swidler as his bankruptcy counsel effective as of the May 24, 2004.

## **RELIEF REQUESTED AND BASIS THEREFOR**

4.      Effective February 6, 2006, the principal lawyers at Swidler who represent the FCR joined the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"). The FCR has asked these lawyers to continue to represent him, and has engaged Orrick as his counsel to replace Swidler, subject to the Court's approval.

5.      In conjunction with the filing of this Motion, the FCR is filing an application for authority to employ Orrick as his bankruptcy counsel in these cases.

6.      Accordingly, by this Motion, Swidler seeks leave to withdraw its appearance in these proceedings. If such leave is granted, Swidler intends promptly to file its final fee application.

7.      Notice of this Motion has been given to Debtors' counsel, counsel for the official committees appointed in these cases, the United States Trustee, and all parties requesting notice pursuant to Bankruptcy Rule 2002.

## CONCLUSION

WHEREFORE, Swidler respectfully prays that this Court consider this Motion, grant it leave to withdraw its appearance in these cases as bankruptcy counsel to R. Scott Williams, Future Claimants Representative, and grant such other and further relief as is appropriate.

Respectfully submitted,

SWIDLER BERLIN LLP

By: *Warren Anthony Fitch*
Warren Anthony Fitch
3000 K Street, N.W., Suite 300
Washington, D.C. 20007
(202) 424-7500

Dated: February 27, 2006

3