IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 01-00139 (JKF) |
| W.R. GRACE & CO., et al. ) | Jointly Administered |
| ) | |
| Debtors. ) | Objection Deadline: March 27, 2006 at 4:00 p.m. |
| ) | Hearing: To be determined |

## NOTICE OF FILING OF
## MOTION OF SWIDLER BERLIN LLP FOR LEAVE TO
## WITHDRAW AS BANKRUPTCY COUNSEL TO
## DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

Swidler Berlin LLP ("Swidler"), has filed and served its Motion for Leave to Withdraw as Bankruptcy Counsel to David T. Austern, Future Claimants' Representative (the "Motion").

Objections or responses to the Motion, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **March 27, 2006 at 4:00 p.m., Eastern Time,** and copies served on the following:

Roger Frankel
Richard H. Wyron
Orrick, Herrington & Sutcliffe LLP
3050 K Street, N.W.
Washington, DC 20007
*Proposed Bankruptcy Counsel to David T. Austern
as Future Claimants' Representative*

John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
*Bankruptcy Counsel to David T. Austern
As Future Claimants' Representative*
David M. Bernick, P.C.
Janet S. Baer

James W. Kapp
Samuel L. Blatnick
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
*Counsel to the Debtors*

Laura Davis Jones
James E. O'Neill
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
*Counsel to the Debtors*

David M. Klauder
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

PHILLIPS, GOLDMAN & SPENCE, P.A.

Dated: March 9, 2006

By: _____
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
*Bankruptcy Counsel to David T. Austern
as Future Claimants' Representative*

Roger Frankel
Richard H. Wyron
Orrick, Herrington & Sutcliffe LLP
3050 K Street, N.W.
Washington, DC 20007
(202) 339-8400
*Proposed Bankruptcy Counsel to
David T. Austern as Future Claimants'
Representative*

66285784-1