IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al. | Case No. 01-01139 (JKF) |
| Debtors | Jointly Administered |

NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned counsel[1] for David Austern, the Future Claimants' Representative for these cases, hereby files this Notice of Appearance and requests, pursuant to Section 1109(b) of the United States Bankruptcy Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices (including those required by Bankruptcy Rule 2002) given or required to be given, and all papers served or required to be served, in this case or any related adversary proceeding be given to, and served upon:

> ORRICK, HERRINGTON & SUTCLIFFE LLP
> The Washington Harbour
> 3050 K Street, N.W., Suite 200
> Washington, DC 20007-5135
> Tel: (202) 339-8400
> Fax: (202) 339-8500
> Attn: Roger Frankel
> Richard H. Wyron
> Email: rfrankel@orrick.com
> rwyron@orrick.com

---

[1] Please note that the principal lawyers to the FCR from Swidler Berlin LLP have joined Orrick, Herrington & Sutcliffe LLP. In conjunction with this Notice, the FCR is filing an Application to Employ Orrick, Herrington & Sutcliffe LLP as his Bankruptcy Counsel, and Swidler Berlin LLP is filing a Motion for Leave to Withdraw as Bankruptcy Counsel to the FCR.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002 but also includes, without limitation, notices of any applications, motions, orders, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, telex or otherwise.

Dated: Washington, D.C.
      February 28, 2006

                                      ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
      Roger Frankel
      Richard H. Wyron
      The Washington Harbour
      3050 K Street, N.W., Suite 200
      Washington, DC 20007-5135
      (202) 339-8400