## CERTIFICATE OF SERVICE

I, CELESTE A. HARTMAN, do hereby certify that I am over the age of 18, and that on March 10, 2006, I caused a copy of the *Certification of Counsel Regarding Sixth Quarterly Fee Application of Swidler Berlin LLP [Docket No. 11653] and proposed Order* to be served upon those persons listed below via U.S. First Class Mail.

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
*Counsel to the Debtors*

David M. Bernick, P.C.
Janet S. Baer, Esquire
James W Kapp, Esquire
Samuel L. Blatnick, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
*Counsel to the Debtors*

David M. Klauder, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Mr. Stephen L. Bossay
Warren H. Smith & Associates, P.C.
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201

*[signature]*
Celeste A. Hartman, Senior Paralegal