IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline: 3/30/06 at 4:00 p.m. |

## FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Scott Whittier
7500 Grace Drive
Columbia, MD  21044

December 16, 2005
Invoice 717473  Page 1

Our Matter #          02399/01527                    For Services Through 11/30/05
Docket No.           2005-CP-02-879
Name of Matter:      Quality Maintenance, Inc.


| Date | Description | | | |
|------|-------------|---|---|---|
| 11/11/05 | Review discovery responses from defendant; e-mail Mr. Fishel regarding same. | | | |
| | C.E. MANNING | 0.40 hrs. | 250.00/hr | $100.00 |
| 11/15/05 | Teleconference with Mr. Fishel regarding discovery responses. | | | |
| | C.E. MANNING | 0.60 hrs. | 250.00/hr | $150.00 |
| 11/16/05 | Review letter from Ms. Lil Ann Gray. | | | |
| | C.E. MANNING | 0.20 hrs. | 250.00/hr | $50.00 |
| 11/21/05 | Telephone conversation with Ms. Lil Ann Gray regarding discovery issues (0.3); draft letter to Ms. Gray regarding the same (0.2). | | | |
| | C.E. MANNING | 0.50 hrs. | 250.00/hr | $125.00 |

**Fees for Legal Services** ................................................................................. **$425.00**


## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|--|-------|---------|---------|
| C.E. MANNING | 1.70 | 250.00 | 425.00 |
| TOTAL | 1.70 | 250.00 | 425.00 |

**Net current billing for this invoice** ............................................................... **$425.00**

**GRAND TOTAL**................................................................................................ **$425.00**

W. R. Grace & Co.

December 16, 2005
Invoice 717473  Page 2

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN:  Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 11/30/05

W. R. Grace & Co.
Quality Maintenance, Inc.
Our Matter # 02399/01527

| | |
|---|---|
| Fees for Professional Services | $425.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** ................................................................. | **$425.00** |
| **GRAND TOTAL**................................................................................................... | **$425.00** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

**WIRING INSTRUCTIONS**
CB&T
**ABA#**: 061100606
**Beneficiary Bank**:  National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**:  Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**:  Columbia Operating Account
**Beneficiary Account Number**:  00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

December 16, 2005
Invoice 717470  Page  1

| | | |
|---|---|---|
| Our Matter # | 02399/06032 | For Services Through 11/30/05 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/05 | Review status report, proposed correspondence on excavation and water table issues, lab data and drawing (0.4); reply to Mr. Bucens regarding proposal (0.2). | N.J. SMITH | 0.60 hrs. | 290.00/hr | $174.00 |
| 11/01/05 | Review questions and discuss soil management issues with Ms. Duff. | B.F. HAWKINS, JR. | 0.50 hrs. | 290.00/hr | $145.00 |
| 11/08/05 | Review Mr. Bucens comments to mitigation plan, and recent permit for ditch work in right of way. | N.J. SMITH | 0.50 hrs. | 290.00/hr | $145.00 |
| 11/08/05 | Provide materials for Attorney Hawkins' review. | K. TURNER | 0.10 hrs. | 75.00/hr | $7.50 |
| 11/14/05 | Review comment responses from Mr. Hanley on mitigation plan. | N.J. SMITH | 0.20 hrs. | 290.00/hr | $58.00 |
| 11/23/05 | Review message from Mr. Bucens regarding proposed site visit, agenda and slide presentation of issues. | N.J. SMITH | 0.30 hrs. | 290.00/hr | $87.00 |

**Fees for Legal Services** ................................................................................................ **$616.50**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 1.60 | 290.00 | 464.00 |
| B.F. HAWKINS, JR. | 0.50 | 290.00 | 145.00 |
| K. TURNER | 0.10 | 75.00 | 7.50 |
| TOTAL | 2.20 | $280.23 | $616.50 |

**Net current billing for this invoice** .......................................................................... **$616.50**

**GRAND TOTAL**................................................................................................................ **$616.50**

W. R. Grace & Co.

December 16, 2005
Invoice 717470 Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 11/30/05

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

---

Fees for Professional Services                          $616.50
Charges for Other Services Provided/Expenses Incurred    $0.00

**Net current billing for this invoice** ................................................... **$616.50**

**GRAND TOTAL**............................................................................................ **$616.50**

---

| Terms of Payment: Balance due within thirty days of invoice date |
| --- |

## WIRING INSTRUCTIONS
CB&T
**ABA#**: 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

December 16, 2005
Invoice 717471  Page  1

Our Matter #              02399/06091                    For Services Through 11/30/05
Name of Matter:           Fee Applications

| | | | | |
|---|---|---|---|---|
| 11/03/05 | Analyze bills and draft 18th Quarterly Fee Application and Summary for attorney review. | | | |
| | A.R. PRICE | 3.20 hrs. | 105.00/hr | $336.00 |
| 11/08/05 | Provide materials for Attorney Hawkins' review. | | | |
| | K. TURNER | 0.10 hrs. | 75.00/hr | $7.50 |
| 11/29/05 | Analyze October 2005 bills and draft fee application for attorney review. | | | |
| | A.R. PRICE | 2.90 hrs. | 105.00/hr | $304.50 |

**Fees for Legal Services** ...................................................................................... **$648.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| A.R. PRICE | 6.10 | 105.00 | 640.50 |
| K. TURNER | 0.10 | 75.00 | 7.50 |
| TOTAL | 6.20 | 104.52 | 648.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 11/03/2005 | Federal Express charge | 11.78 |
| 11/16/2005 | Federal Express charge | 12.24 |

**Total Charges for Other Services Provided/Expenses Incurred** .................................. **$24.02**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Fed Ex | 24.02 |
| TOTAL | $24.02 |

**Net current billing for this invoice** ........................................................................... **$672.02**

**GRAND TOTAL**........................................................................................................ **$672.02**

W. R. Grace & Co.

December 16, 2005
Invoice 717471  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 11/30/05

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | |
|---|---|
| Fees for Professional Services | $648.00 |
| Charges for Other Services Provided/Expenses Incurred | $24.02 |
| **Net current billing for this invoice** ................................................................. | **$672.02** |
| **GRAND TOTAL** ................................................................................................... | **$672.02** |

---

**Terms of Payment:  Balance due within thirty days of invoice date**

---

## WIRING INSTRUCTIONS
CB&T
**ABA#**: 061100606
**Beneficiary Bank**:  National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**:  Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**:  Columbia Operating Account
**Beneficiary Account Number**:  00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Vicki B. Finkelstein
7500 Grace Drive
Columbia, MD  21044

December 16, 2005
Invoice 717472  Page  1

Our Matter #          02399/09007                         For Services Through 11/30/05
Name of Matter:      Alchem Chemical Co.

11/07/05   Follow up on termination agreement.
           J.E. HOLMES                     0.50 hrs.   260.00/hr          $130.00

**Fees for Legal Services** ................................................................................ **$130.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.E. HOLMES | 0.50 | 260.00 | 130.00 |
| TOTAL | 0.50 | 260.00 | 130.00 |

**Net current billing for this invoice** ................................................. **$130.00**

**GRAND TOTAL** ................................................................................ **$130.00**

W. R. Grace & Co.

December 16, 2005
Invoice 717472  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 11/30/05

W. R. Grace & Co.
Alchem Chemical Co.
Our Matter # 02399/09007

| | |
|---|---|
| Fees for Professional Services | $130.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

**Net current billing for this invoice** ..................................................... **$130.00**

**GRAND TOTAL**.......................................................................................... **$130.00**

| |
|---|
| **Terms of Payment:  Balance due within thirty days of invoice date** |

## WIRING INSTRUCTIONS
CB&T
**ABA#**: 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701