IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: 3/30/06 at 4:00p.m. |

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005

---

[2] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Intercat v. Nol-Tec*
**Civil Action No.: 0:03CV4886**
**United States District Court**
**District of Minnesota**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 12/01/2005 | GHL | Development of protocol for loader programming and operation; | 1.50 |
| 12/06/2005 | GHL | Telephone conference with Intercat counsel regarding identification of Settled Loaders to be included in Agreement; telephone conference with Mr. Maggio regarding same; review of comments from counsel for creditors on proposed Agreement as received from Mr. Maggio and conference regarding same; | 0.70 |
| 12/07/2005 | KMW | Summary of loader interrogatory discovery. | 0.80 |
| 12/08/2005 | GHL | Review of proposed additions for Loader Protocol as suggested by Mr. Maggio; further work on developing finalized list of Licensed Loaders, including investigation of status of Clemtex fresh catalyst loaders and Pneumix loaders, and telephone conference with Mr. Maggio regarding same; | 0.80 |
| 12/08/2005 | KMW | Analysis of depositions and summary of loader testimony. | 0.60 |
| 12/09/2005 | GHL | Review of communications relating ot Settled Loader list, and review of record citations to correlate to loaders on list; review of further communications from Mr. Maggio regarding loader protocol and royalty calculations, and telephone conference with Mr. Maggio regarding same; | 1.40 |
| 12/13/2005 | GHL | Work on revisions to Settlement Agreement and identification and characterization of pre-settlement loaders, telephone conference with Messrs. Maggio and Jordan regarding same, negotiation with Intercat counsel regarding identification of Settled Loaders | 1.80 |
| 12/14/2005 | GHL | Further work on Settlement Agreement, review of final versions of the agreements, responding to questions from counsel for creditors' committee, with consultation with Grace representatives for same; telephone conference with Nol-Tec counsel regarding agreement finalization | 1.00 |

SERVICES    $    3,857.00

GHL        GARY H. LEVIN            7.20   hours at $   490.00

| | | | | |
|---|---|---|---|---|
| KMW | KAREN MILLANE WHITNEY | 1.40 hours at $ | 235.00 | |

**DISBURSEMENTS:**

| | |
|---|---|
| POSTAGE & DELIVERY | 12.38 |
| DISBURSEMENT TOTAL | $    12.38 |
| SERVICE TOTAL | $ 3,857.00 |
| **INVOICE TOTAL** | **$ 3,869.38** |

## WRG-0071
## STUDY OF THIRD PARTY PATENTS DIRECTED
## TO CEMENT COMPOSITION PLASTICIZER

| 12/01/2005 | GHL | Telephone conference with Mr. Baker regarding strategy for plasticizer patents.0.30 | 0.60 |
|---|---|---|---|

|  |  | SERVICES |  |  | $ | 147.00 |
|---|---|---|---|---|---|---|

| GHL | GARY H. LEVIN | 0.30 | hours @ | $490.00 |
|---|---|---|---|---|

**INVOICE TOTAL**    $    **147.00**