IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850


W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

January 23, 2006
Client/Matter #  01246-011548
Invoice # 108628
Federal ID# 52-1247549

For Legal Services Rendered Through 12/31/05 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Curtis Bay FUSRAP Bankruptcy Claim Resolution</u>

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 11/01/05 | P. Marks | 6.75 | Prepare white paper for negotiations by updating several sections and checking law and documents re same. |
| 11/02/05 | K. Bourdeau | 0.50 | Research re U.S. briefing on relevant issues. |
| 11/02/05 | P. Marks | 6.25 | Prepare white paper for negotiations, continuing to revise and check law and documents; email exchange with S. Platt; telephone conference with L. Duff re strategy and tasks; telephone conference with S. Platt and J. Freeman re Corps process for negotiating allocation and re potential meeting; client email re same. |
| 11/03/05 | P. Marks | 0.75 | Email exchange re negotiations and scheduling. |
| 11/04/05 | K. Bourdeau | 0.50 | Further research re US briefings on relevant issues; email exchange with P. Marks re same. |
| 11/04/05 | P. Marks | 3.50 | Review research materials and perform additional research; email exchange with K. Bourdeau re research. |
| 11/07/05 | P. Marks | 3.25 | Coordinate research and analysis of legal issues; direct staff re research. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 108628
January 23, 2006
PAGE 2

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/07/05 | L. Grimm | 1.00 | Research per P. Marks' direction. |
| 11/08/05 | K. Bourdeau | 0.25 | Email exchange with P. Marks re research. |
| 11/08/05 | P. Marks | 4.00 | Research and legal analysis. |
| 11/09/05 | P. Marks | 4.50 | Research and analysis of legal issues; telephone conference with L. Duff re same. |
| 11/10/05 | K. Bourdeau | 0.75 | Research and analysis of case law. |
| 11/10/05 | P. Marks | 6.00 | Research and analysis. |
| 11/11/05 | K. Bourdeau | 1.00 | Legal research and analysis; prepare email to P. Marks re legal issues. |
| 11/11/05 | P. Marks | 4.25 | Prepare allocation memorandum. |
| 11/14/05 | K. Bourdeau | 2.75 | Legal research and analysis; conference with P. Marks re same. |
| 11/14/05 | P. Marks | 3.75 | Prepare allocation memorandum and prepare for meeting with DOJ and Corps; conference with K. Bourdeau. |
| 11/15/05 | K. Bourdeau | 2.75 | Further review of case law; conference with P. Marks re edits to response allocation white paper; further research; email exchange with P. Marks re same. |
| 11/15/05 | P. Marks | 6.50 | Research and prepare Grace positions on legal issues; telephone conference with client re strategy; communications with S. Platt and J. Freeman re agenda for meeting; email exchange and telephone conference with K. Bourdeau. |
| 11/16/05 | K. Bourdeau | 3.00 | Legal research and analysis; conference with S. Jawetz re same; prepare email to P. Marks re same; review P. Marks memo; prepare email to P. Marks re same; evaluate legal issues. |
| 11/16/05 | S. Jawetz | 0.25 | Conference with K. Bourdeau re legal analysis. |
| 11/16/05 | P. Marks | 5.00 | Communications with L. Duff and K. Bourdeau re legal issues and strategy; prepare memorandum re same. |
| 11/17/05 | K. Bourdeau | 3.00 | Prepare draft allocation paper. |
| 11/17/05 | P. Marks | 3.50 | Prepare for meeting with DOJ and Corps; research on legal issue. |

BEVERIDGE & DIAMOND, P.C.                                       INVOICE #  108628
                                                                January 23, 2006
                                                                PAGE   3

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 11/18/05 | P. Marks | 4.50 | Client email exchange; attend meeting in Columbia offices with client and government negotiating teams; post meeting discussion with client; associated travel time. |
| 11/20/05 | P. Marks | 1.00 | Evaluate K. Bourdeau comments re allocation memorandum; email to K. Bourdeau re same. |
| 11/21/05 | K. Bourdeau | 0.25 | Email exchange with P. Marks re allocation issues. |
| 11/22/05 | K. Bourdeau | 1.50 | Conference with P. Marks re allocation paper. |
| 11/22/05 | P. Marks | 3.00 | Review and evaluate legal positions; telephone conference with K. Bourdeau re same. |
| 11/23/05 | K. Bourdeau | 1.50 | Review legal research; conference with P. Marks re same; begin review of and comments on final draft of allocation paper. |
| 11/23/05 | P. Marks | 1.75 | Prepare allocation memorandum; telephone conference with K. Bourdeau re same. |
| 11/25/05 | K. Bourdeau | 4.75 | Final review and edit of, and comment on, portions of draft allocation paper; conference with P. Marks re same. |
| 11/25/05 | P. Marks | 0.25 | Coordination with K. Bourdeau re preparation of allocation memorandum. |
| 11/27/05 | P. Marks | 4.50 | Prepare allocation memorandum. |
| 11/28/05 | P. Marks | 8.00 | Prepare allocation memorandum. |
| 11/29/05 | P. Marks | 9.50 | Prepare allocation memorandum. |
| 11/30/05 | P. Marks | 9.50 | Prepare attachments to allocation memorandum; prepare allocation memorandum; telephone conference with client re same. |

                                        Total Hours :                123.75

                                        Total Fees  :           $43,662.50

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  108628
                                                             January 23, 2006
                                                             PAGE   4

**Disbursements:**

    Long Distance Telephone                      33.86
    Local Transportation                          23.76

                                        **Total Disbursements :**                 **$57.62**

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 22.50 | $485.00 | $10,912.50 |
| S. Jawetz | 0.25 | $400.00 | $ 100.00 |
| P. Marks | 100.00 | $325.00 | $32,500.00 |
| L. Grimm | 1.00 | $150.00 | $ 150.00 |

                                    **Total Fees :**              **$43,662.50**

                       **Total Disbursements :**              **$57.62**

                                    **TOTAL DUE :**            **$43,720.12**

# EXHIBIT B

# (Preparation of Fee Application)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD   21044

January 23, 2006
Client/Matter #  01246-012629
Invoice # 108630
Federal ID# 52-1247549

For Legal Services Rendered Through 10/31/05 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Bankruptcy Fee Application**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 10/18/05 | P. Marks | 0.50 | Telephone conference with W.R. Grace counsel re process for applications to court; internal firm followup re same. |
| 10/19/05 | P. Marks | 0.25 | Coordinate with Grace re process for applications. |
| 10/24/05 | P. Marks | 0.50 | Coordinate with Grace re fee application process; directions to staff re same. |

Total Hours :   1.25

Total Fees :   $ 406.25

BEVERIDGE & DIAMOND, P.C.

INVOICE #  108630
January 23, 2006
PAGE  2

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 1.25 | $325.00 | $ 406.25 |
|  | Total Fees : |  | $ 406.25 |
|  | **TOTAL DUE :** |  | **$ 406.25** |

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD 21044

January 23, 2006  
Client/Matter #  01246-012629  
Invoice # 108632  
Federal ID# 52-1247549

For Legal Services Rendered Through 11/30/05 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.  
SUITE 700  
1350 I STREET, N.W.  
WASHINGTON, D.C. 20005-3311

### Bankruptcy Fee Application

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 11/07/05 | P. Marks | 2.00 | Prepare bills for filing. |
| 11/08/05 | P. Marks | 1.75 | Review court order and sample fee applications; coordinate with staff re application process and past billing. |
| 11/09/05 | P. Marks | 1.00 | Evaluate and work on system for billing and preparing fee applications. |
| 11/15/05 | P. Marks | 1.00 | Prepare fee applications. |
| 11/22/05 | P. Marks | 0.50 | Prepare fee applications (May through October). |
| 11/23/05 | P. Marks | 1.50 | Prepare fee applications. |

Total Hours :     7.75

Total Fees :     $2,518.75

BEVERIDGE & DIAMOND, P.C.

INVOICE #  108632
January 23, 2006
PAGE   2

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 7.75 | $325.00 | $2,518.75 |
|  | Total Fees : |  | $2,518.75 |
|  | **TOTAL DUE** : |  | $2,518.75 |