IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
JANUARY 1, 2006 THROUGH JANUARY 31, 2006

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (Matter)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

February 22, 2006  
Client/Matter #  01246-011548  
Invoice # 109078  
Federal ID# 52-1247549

For Legal Services Rendered Through 01/31/06 in Connection With:

**PLEASE REMIT PAYMENT TO :**    BEVERIDGE & DIAMOND, P.C.  
SUITE 700  
1350 I STREET, N.W.  
WASHINGTON, D.C. 20005-3311

<u>Curtis Bay FUSRAP Bankruptcy Claim Resolution</u>

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 01/03/06 | K. Bourdeau | 0.50 | Review P. Marks email communication re legal issues and needed research; evaluate same; email to P. Marks re legal developments. |
| 01/03/06 | P. Marks | 2.50 | Research, including reviewing recent rulings and CERCLA related issues. |
| 01/04/06 | K. Bourdeau | 0.50 | Review audit letter; conference with P. Marks re same, status of matter and path forward. |
| 01/04/06 | P. Marks | 1.50 | Correspondence and telephone conference with client re status and developments; review cases and handle billing and audit letter related inquiries; telephone conference with K. Bourdeau re status. |
| 01/05/06 | P. Marks | 3.00 | Research re legal developments; telephone conference with government counsel and client; Followup communications re same. |
| 01/06/06 | K. Bourdeau | 0.25 | Review P. Marks email re conversation with DOJ/ACE; conference with P. Marks re same. |
| 01/06/06 | P. Marks | 0.50 | Communications with client. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  109078
February 22, 2006
PAGE   2

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 01/09/06 | P. Marks | 0.50 | Conference with L. Duff re administrative issues regarding matter; Followup re same. |
| 01/11/06 | P. Marks | 0.50 | Telephone conference with P. Bucens re coordination with Corps; evaluate tasks. |
| 01/13/06 | P. Marks | 2.00 | Research and evaluate case law. |
| 01/24/06 | P. Marks | 3.50 | Research related to allocation issues. |
| 01/24/06 | L. Grimm | 1.25 | Research per request of P. Marks. |
| 01/25/06 | K. Bourdeau | 0.50 | Email exchange with P. Marks re case law developments. |
| 01/25/06 | P. Marks | 3.00 | Research allocation issues; prepare email summary for client; coordinate with K. Bourdeau; followup email correspondence with client re research and other case development issues. |
| 01/27/06 | P. Marks | 1.00 | Telephone conference with client; prepare for and conduct telephone conference with J. Freeman and client re settlement negotiations; research. |
| 01/28/06 | K. Bourdeau | 0.50 | Review materials from P. Marks re legal developments; prepare email to P. Marks re same. |
| 01/30/06 | K. Bourdeau | 0.25 | Communications with P. Marks re issues posed by legal developments and research re same. |
| 01/30/06 | P. Marks | 3.75 | Research re allocation issues and coordination with K. Bourdeau re same; research re bankruptcy issues. |
| 01/31/06 | K. Bourdeau | 1.25 | Conference with P. Marks re legal developments; research re same; review email re same. |
| 01/31/06 | P. Marks | 2.00 | Research re allocation issues; email memorandum to client re same; telephone conference with K. Bourdeau re same. |

Total Hours :            28.75

Total Fees :        $10,487.50

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  109078
                                                             February 22, 2006
                                                             PAGE   3

**Disbursements:**

    Long Distance Telephone                                 22.06
    Duplicating                                             11.80
    Information Service - VENDOR:LEXISNEXIS COURT          122.14
    LINK-Invoice #EA207126 dated 1/1/06 for
    database usage during Dec 05

                                                   Total Disbursements :                $ 156.00

**Time Summary:**

|              | Hours Worked | Billed Per Hour | Bill Amount |
|--------------|-------------:|----------------:|------------:|
| K. Bourdeau  | 3.75         | $525.00         | $1,968.75   |
| P. Marks     | 23.75        | $350.00         | $8,312.50   |
| L. Grimm     | 1.25         | $165.00         | $ 206.25    |

                                        Total Fees :                        $10,487.50

                            Total Disbursements :                $   156.00

                                          TOTAL DUE :                         $10,643.50

# EXHIBIT B

**(Preparation of Fee Application)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

February 22, 2006  
Client/Matter #  01246-012629  
Invoice # 109079  
Federal ID# 52-1247549

For Legal Services Rendered Through 01/31/06 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Bankruptcy Fee Application</u>

| | | | |
|---|---|---|---|
| 01/11/06 | P. Marks | 1.00 | Prepare fee applications. |
| 01/18/06 | P. Marks | 1.00 | Prepare fee applications for prior two months. |

Total Hours :          2.00

Total Fees :       $ 700.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  109079
February 22, 2006
PAGE  2

**Disbursements:**

    Express Delivery                     17.56

                    **Total Disbursements :**       $17.56

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 2.00 | $350.00 | $ 700.00 |
|  | **Total Fees :** |  | $ 700.00 |
|  | **Total Disbursements :** |  | $17.56 |
|  | **TOTAL DUE :** |  | $ 717.56 |