# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | |
| | ) | Case no. 01-01139 (JFK) |
| W.R. GRACE & CO., et al., | ) | Jointly Administered |
| | ) | Re: Docket Nos. 9301, 11023, 11403, |
| Debtors | ) | 11515, 11549, 11756 |

## ORDER MODIFYING THE CASE MANAGEMENT ORDER FOR THE ESTIMATION OF ASBESTOS PERSONAL INJURY LIABILITIES REGARDING THE EXTENSION OF TIME FOR CLAIMANTS TO RESPOND TO QUESTIONNAIRES

WHEREAS, on August 29, 2005 the Court entered a Case Management Order for the Estimation of Asbestos Personal Injury Liabilities ("PI CMO") (Docket No. 9301); and

WHEREAS, on December 21, 2005 the Court entered an order providing holders of Asbestos PI Pre-Petition Litigation Claims[1] with an additional sixty (60) days to respond to the W.R. Grace Asbestos Personal Injury Questionnaire ("Questionnaire") (Docket No. 11403)[2]; and

WHEREAS, the Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities ("Amended PI CMO") (Docket No. 11549), provides that all holders of Asbestos PI Pre-Petition Litigation Claims are required to complete and return the Questionnaire on or before March 13, 2006; and

WHEREAS, the Official Committee of Asbestos Personal Injury Claimants has requested that the time for holders of Asbestos PI Pre-Petition Litigation Claims be extended by an additional sixty (60) days;

---

[1] All capitalized terms shall retain the meaning they held in the PI CMO.

[2] A revised Amended PI CMO was subsequently entered on January 10, 2006 in order to correct certain typographical errors. See Revised Order Modifying the Case Management Order for the Estimation of Asbestos Personal Injury Liabilities (Docket No. 11515

91100-001\DOCS_DE:112474.1

IT IS HEREBY:

1. ORDERED that the time for holders of Asbestos PI Pre-Petition Litigation Claims to complete and serve the Questionnaire is extended to May 12, 2006 at 5:00 p.m. Eastern Standard Time; and it is further

2. ORDERED that an additional order modifying the PI CMO will be submitted, modifying the future dates accordingly; and it is further

3. ORDERED that within ten (10) days of entry of this Order, the Debtors will serve the Order on all parties who have received the Questionnaire.

**SO ORDERED**

Dated: __2/21__, 2006

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

2