# EXHIBIT A

DM3\347034.1

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

March 10, 2006

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1158975                                                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 02/28/2006 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 13.30 hrs. at | $550.00 /hr. = | $7,315.00 |
| WS KATCHEN | PARTNER | 5.90 hrs. at | $615.00 /hr. = | $3,628.50 |
| S LENKIEWICZ | LEGAL ASSISTAN | 2.60 hrs. at | $125.00 /hr. = | $325.00 |

                                                                                              $11,268.50

PREVIOUS BALANCE                                                                              $68,673.35

TOTAL BALANCE DUE                                                                             $79,941.85

DUANE MORRIS LLP

Duane Morris
March 10, 2006
Page 2

File # K0248-00001  INVOICE # 1158975
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/10/2006 | 003 | MR LASTOWSKI | REVIEW DECEMBER MONTHLY OPERATING REPORT | 0.20 | $110.00 |
| | | | Code Total | 0.20 | $110.00 |

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1158975

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/3/2006 | 004 | WS KATCHEN | W.R. GRACE CONFERENCE CALL COMMITTEE FROM M. HAHN, RE: 524(G) ISSUE. | 0.50 | $307.50 |
| 2/6/2006 | 004 | WS KATCHEN | REVIEW P.I. COMMITTEE DESIGNATION OF NON-EXPERT WITNESSES. | 0.10 | $61.50 |
| 2/6/2006 | 004 | WS KATCHEN | REVIEW STATE OF MONTANA'S COUNTER-DESIGNATION OF RECORD ON APPEAL. | 0.10 | $61.50 |
| 2/6/2006 | 004 | WS KATCHEN | REVIEW DEBTORS' DESIGNATION OF NON-EXPERT WITNESSES. | 0.20 | $123.00 |
| 2/6/2006 | 004 | WS KATCHEN | REVIEW LIBBY PLAINTIFFS APPEAL BRIEF AND COMPENDIUM. | 1.60 | $984.00 |
| 2/13/2006 | 004 | MR LASTOWSKI | REVIEW STATUS REPORT | 0.20 | $110.00 |
| 2/14/2006 | 004 | MR LASTOWSKI | REVIEW PROPERTY DAMAGE COMMITTEE'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS | 0.20 | $110.00 |
| | | | Code Total | 2.90 | $1,757.50 |

File # K0248-00001 INVOICE # 1158975
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/7/2006 | 005 | MR LASTOWSKI | REVIEW RESPONSES TO THE DEBTOR'S FIFTEENTH OMNIBUS OBJECTION TO CLAIMS | 1.20 | $660.00 |
| 2/7/2006 | 005 | MR LASTOWSKI | REVIEW EXPERT WITNESS DESIGNATIONS FOR PERSONAL INJURY CLAIM ESTIMATION | 0.20 | $110.00 |
| 2/10/2006 | 005 | MR LASTOWSKI | REVIEW SPEIGHTS AND RUNYON WITHDRAWAL OF CLAIMS | 0.20 | $110.00 |
| | | | Code Total | 1.60 | $880.00 |

File # K0248-00001        INVOICE # 1158975
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/7/2006 | 010 | MR LASTOWSKI | REVIEW DEBTOR'S CERTIFICATION RE: BEAR STEARNS RETENTION | 1.20 | $660.00 |
| 2/7/2006 | 010 | MR LASTOWSKI | REVIEW ANDERSON MEMORIAL HOSPITAL'S RESPONSE TO 13TH OMNIBUS OBJECTION TO CLAIMS | 0.20 | $110.00 |
| 2/7/2006 | 010 | MR LASTOWSKI | REVIEW DEBTOR'S BRIEF IN FURTHER SUPPORT OF DISALLOWANCE OF CLAIMS FILED BY SPEIGHT & RUNYON WITHOUT CLIENT AUTHOLRIZATION | 0.20 | $110.00 |
| 2/10/2006 | 010 | MR LASTOWSKI | MULTIPLE E-MAILS TO AND FROM A. KRIEGER AND J. MCNEIL DEBTOR'S COUNSEL) RE: STEPTOE RETENTION | 0.20 | $110.00 |
| | | | Code Total | 1.80 | $990.00 |

File # K0248-00001 INVOICE # 1158975
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/2/2006 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS MONTHLY FEE AND EXPENSE INVOICE FOR DECEMBER 2005 | 0.30 | $37.50 |
| 2/15/2006 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS LLP'S 19TH QUARTERLY FEE APPLICATION, NOTICE AND EXHIBITS | 0.50 | $62.50 |
| 2/15/2006 | 012 | S LENKIEWICZ | PREPARE CERTIFICATES OF SERVICE REGARDING DUANE MORRIS' 19TH INTERIM FEE APPLICATION | 0.20 | $25.00 |
| 2/17/2006 | 012 | S LENKIEWICZ | FINALIZE, E-FILE AND SERVE DUANE MORRIS LLP'S 19TH INTERIM FEE APPLICATION | 0.30 | $37.50 |
| | | | Code Total | 1.30 | $162.50 |

File # K0248-00001    INVOICE # 1158975
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/1/2006 | 013 | S LENKIEWICZ | PREPARE, E-FILE AND SERVE CERTIFICATION OF NO OBJECTION REGARDING NOVEMBER 2005 MONTHLY APPLICATION OF STROOCK & STROOCK & LAVAN | 0.30 | $37.50 |
| 2/15/2006 | 013 | S LENKIEWICZ | RECEIPT OF STROOCK & STROOCK & LAVAN'S NINETEENTH QUARTERLY FEE APPLICATION VIA EMAIL (.1); FINALIZE AND E-FILE SAME (.2) | 0.30 | $37.50 |
| 2/17/2006 | 013 | S LENKIEWICZ | RECEIPT OF CAPSTONE'S TWENTY-THIRD MONTH FEE APPLICATION; REVISE AND CORRECT SAME | 0.30 | $37.50 |
| 2/17/2006 | 013 | S LENKIEWICZ | E-FILE AND SERVE CAPSTONE'S TWENTY-THIRD MONTHLY FEE APPLICATION FOR PERIOD DECEMBER 2005 | 0.20 | $25.00 |
| 2/21/2006 | 013 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' APPLICATION FOR REIMBURSEMENT OF CERTAIN FEES AND EXPENSES | 0.20 | $110.00 |
| 2/23/2006 | 013 | MR LASTOWSKI | REVIEW RESPONSES TO DEBTOR'S FIFTEENTH OMNIBUS OBJECTION TO CLAIMS | 0.80 | $440.00 |
| 2/23/2006 | 013 | S LENKIEWICZ | PREPARE AND E-FILE CNO REGARDING STROOCK & STROOCK & LAVAN'S DECEMBER 2005 MONTHLY FEE AND EXPENSE INVOICE | 0.20 | $25.00 |
| 2/27/2006 | 013 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION TO COMPEL DISCOVERY FROM DR. WHITEHOUSE | 0.80 | $440.00 |
| | | | Code Total | 3.10 | $1,152.50 |

Duane Morris
March 10, 2006
Page 8

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1158975

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/7/2006 | 015 | MR LASTOWSKI | REVIEW 12/26/06 HEARING TRANSCRIPT | 0.20 | $110.00 |
| 2/7/2006 | 015 | MR LASTOWSKI | REVIEW MOTION TO DISMISS CHAKARIAN APPEAL AND REPLY IN SUPPORT THEREOF | 0.20 | $110.00 |
| 2/10/2006 | 015 | MR LASTOWSKI | REVIEW 1/30/06 HEARING TRANSCRIPT | 0.20 | $110.00 |
| 2/19/2006 | 015 | MR LASTOWSKI | REVIEW MATTERS TO BE HEARD AT FEBRUARY OMNIBUS HEARING | 3.70 | $2,035.00 |
| 2/20/2006 | 015 | MR LASTOWSKI | ATTEND OMNIBUS HEARING | 2.30 | $1,265.00 |
| 2/23/2006 | 015 | MR LASTOWSKI | REVIEW ORDER MODIFYING ORDER SCHEDULING ESTIMATION HEARING | 0.10 | $55.00 |
| | | | Code Total | 6.70 | $3,685.00 |

File # K0248-00001   INVOICE # 1158975
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/10/2006 | 018 | MR LASTOWSKI | REVIEW MOTION TO DISMISS LIBBY APPEAL AND RESPONSE THERETO | 0.70 | $385.00 |
| 2/10/2006 | 018 | MR LASTOWSKI | REVIEW STATE OF MONTANA'S OBJECTION TO DEBTOR'S MOTION TO EXTEND EXCLUSIVE PERIODS | 0.10 | $55.00 |
| | | | Code Total | 0.80 | $440.00 |

File # K0248-00001	INVOICE # 1158975
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/2/2006 | 025 | WS KATCHEN | REVIEW SETTLEMENT PROPOSAL. | 0.20 | $123.00 |
| 2/2/2006 | 025 | WS KATCHEN | SCHEDULING COMMITTEE CALL. | 0.20 | $123.00 |
| 2/9/2006 | 025 | WS KATCHEN | REVIEW DEBTOR'S SUPPLEMENTAL BRIEF REGARDING PRUDENTIAL (P.D. CLAIMS) | 0.30 | $184.50 |
| 2/16/2006 | 025 | WS KATCHEN | REVIEW CONFIDENTIAL PLAN MATERIALS/PREP COMMITTEE CONFERENCE CALL. | 1.20 | $738.00 |
| 2/16/2006 | 025 | WS KATCHEN | COMMITTEE CONFERENCE CALL. | 0.70 | $430.50 |
| 2/17/2006 | 025 | WS KATCHEN | REVIEW STROOCK MEMO. | 0.10 | $61.50 |
| 2/21/2006 | 025 | WS KATCHEN | REVIEW RESEARCH CONTINGENT OFFER TO P1 AND FUTURE REP. WITH ECONOMIC RISK TO EQUITY. | 0.10 | $61.50 |
| 2/21/2006 | 025 | WS KATCHEN | REVIEW SETTLEMENT OUTLINE. | 0.20 | $123.00 |
| 2/23/2006 | 025 | WS KATCHEN | REVIEW DRAFT LETTER TO KIRKLAND AND ELLIS. | 0.20 | $123.00 |
| 2/23/2006 | 025 | WS KATCHEN | REVIEW COMMITTEE MEMO - STATUS SECTION 1121(D) AND MEDIATOR. | 0.20 | $123.00 |
| | | | Code Total | 3.40 | $2,091.00 |

File # K0248-00001  INVOICE # 1158975
    W.R. GRACE & CO.

|  | TOTAL SERVICES | 21.80 | $11,268.50 |
|---|---|---|---|