IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & Co., et al., | Case No. 01-01139 (JKF)<br>(Jointly Administered) |
| Debtor | Objection Deadline: To be Determined<br>Hearing Date: To be Determined |

**EIGHTH QUARTERLY INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM OCTOBER 1, 2005 THROUGH DECEMBER 31, 2005)**

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | October 1, 2005 through December 31, 2005 |
| Amount of Compensation sought as actual, reasonable and necessary during the Quarter (100%): | $ 335,823.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary during the Quarter (100%): | $    2,808.92 |

**Capstone Corporate Recovery, LLC changed its name to Capstone Advisory Group, LLC ("Capstone"), effective March 3, 2005.**

This is an: ___ X ___ interim ____ final application

This is the Eighth Quarterly application filed.  Disclosure for all periods is as follows:

**EIGHTH QUARTERLY INTERIM APPLICATION OF CAPSTONE ADVISORY
GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM OCTOBER 1, 2005 THROUGH DECEMBER 31, 2005)**

**ATTACHMENT A**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| July 2, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

2

**EIGHTH QUARTERLY INTERIM APPLICATION OF CAPSTONE ADVISORY
GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM OCTOBER 1, 2005 THROUGH DECEMBER 31, 2005)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 3, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $ 494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174.00** |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $ 435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |
| **Totals Sixth Quarterly** | **April 1, 2005 through June 30, 2005** | **$297,230.00** | **$2,252.85** | **$237,784.00** |

3

**EIGHTH QUARTERLY INTERIM APPLICATION OF CAPSTONE ADVISORY
GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM OCTOBER 1, 2005 THROUGH DECEMBER 31, 2005)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1 through September 30, 2005 | $75,983.50 | $482.03 | $60,786.80 |
| **Totals Seventh Quarterly** | **July 1, 2005 through September 30, 2005** | **$292,231.00** | **$2,635.52** | **$233,784.80** |
| December 16, 2005 | October 1, 2005 through October 31, 2005 | $95,742.50 | $750.36 | $76,594.00 |
| January 3, 2006 | November 1, 2005 through November 30, 2005 | $118,062.00 | $1,119.74 | $94,449.60 |
| February 16, 2006 | December 1, 2005 through December 31, 2005 | $122,018.50 | $938.82 | $97,614.80 |
| **Totals Eighth Quarterly** | **October 1, 2005 through December 31, 2005** | **$335,823.00** | **$2,808.92** | **$268,658.40** |

**EIGHTH QUARTERLY INTERIM APPLICATION OF CAPSTONE ADVISORY
GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM OCTOBER 1, 2005 THROUGH DECEMBER 31, 2005)**

**ATTACHMENT B**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Professional
## For the Period 10/1/05 through 12/31/05

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $530 | 43.90 | $23,267.00 |
| S. Cunningham | Member | $505 | 153.90 | $77,719.50 |
| R. Frezza | Consultant | $425 | 147.00 | $62,475.00 |
| L. Hamilton | Consultant | $350 | 485.10 | $169,785.00 |
| M. Desalvio | Research | $150 | 10.70 | $1,605.00 |
| M. Hakoun | Research | $150 | 2.00 | $300.00 |
| J. Woods | Paraprofessional | $85 | 7.90 | $671.50 |
| **For the Period 10/1/05 through 12/31/05** | | | **850.50** | **$335,823.00** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Task Code
## For the Period 10/1/05 through 10/31/05

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions | During the Fee Application period, the Applicant analyzed information pertaining to a proposed acquisition and prepared a report to the Committee. | 62.30 | $23,651.50 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant reviewed various memos prepared by counsel regarding personal injury claims. | 0.70 | $371.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed various issues, including the Woburn lease and Bear Stearns retention motions, with counsel and Committee members. | 6.00 | $2,216.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared Fee Statements for August and September. | 11.50 | $3,923.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant prepared cash flow and cash balance analyses, and read and analyzed the Debtors' Q3 earnings release. | 40.30 | $16,159.00 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant read and analyzed recent motions, and prepared reports to the Committee regarding the Woburn lease and Bear Stearns retention. | 130.70 | $47,948.00 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant read and analyzed information regardingProof of Claim and Bar Date procedures. | 0.80 | $424.00 |
| 26. Meetings with Debtors | During the Fee Application Period, the Applicant participated in calls with the Debtors and their advisors regarding the Woburn lease and proposed retention of Bear Stearns. | 3.00 | $1,050.00 |
| **For the Period 10/1/05 through 10/31/05** | | **255.30** | **$95,742.50** |

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Code**
**For the Period 11/01/05 through 11/30/05**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant reviewed various memos prepared by counsel regarding personal injury claims. | 3.70 | $1,688.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed various issues, including the Woburn lease and Bear Stearns retention motions, with counsel and Committee members. | 29.60 | $12,980.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared Fee Statements for August and September. | 20.60 | $6,489.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant prepared cash flow and cash balance analyses, and read and analyzed the Debtors' Q3 earnings release. | 93.70 | $39,031.50 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant read and analyzed recent motions, and prepared reports to the Committee regarding the Woburn lease and Bear Stearns retention. | 96.30 | $37,434.00 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant read and analyzed information regardingProof of Claim and Bar Date procedures. | 45.20 | $19,031.50 |
| 26. Meetings with Debtors | During the Fee Application Period, the Applicant participated in calls with the Debtors and their advisors regarding the Woburn lease and proposed retention of Bear Stearns. | 3.70 | $1,407.50 |
| **For the Period 11/01/05 through 11/30/05** | | **292.80** | **$118,062.00** |

**W.R. Grace & Co.**
Capstone Advisory Group, LLC
**Summary of Fees by Task Code**
**For the Period 12/1/2005 through 12/31/2005**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant finalized an analysis regarding value of equity portion of recovery. | 4.20 | $1,785.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed various issues, including the Ludox royalty, Bear Stearns retention, Q3 results, Intercat and POR with counsel and Committee members. | 4.00 | $1,621.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared Fee Statements for October and November. | 22.70 | $7,322.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant read and analyzed the Debtors' Q3 financial statements, and prepared detailed analyses of sales, EBITDA, gross margin, balance sheet and cash flow for inclusion in report to the Committee. In addition, the Applicant analyzed Debtors' results compared to Peer group results and industry trends. | 234.40 | $96,981.50 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant read and analyzed information pertaining to buyout of DuPont royalty. Additionally, the Applicant prepared a report to the Committee regarding the proposed Intercat litigation settlement. Applicant also read and analyzed recent court docket items and information regarding court hearing agenda items. | 30.20 | $11,067.00 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant read and analyzed Counsel's correspondence regarding negotiations for exclusivity and interest rate negotiations. The Applicant also prepared analyses of historical interest rates. | 6.60 | $3,136.00 |
| 26. Meetings with Debtors | During the Fee Application Period, the Applicant discussed Intercat and other case issues with Blackstone. | 0.30 | $105.00 |
| **For the Period 12/1/2005 through 12/31/2005** | | **302.40** | **$122,018.50** |

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Detailed Time Description by Task Code**
**For the Period 10/1/05 through 12/31/05**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| **01. Acquisitions** | | | |
| 10/3/2005 | L. Hamilton | 4.30 | Analyzed Lycra acquisition information provided by the Debtors. |
| 10/3/2005 | L. Hamilton | 3.50 | Obtained and analyzed industry data pertaining to Lycra acquisition. |
| 10/3/2005 | L. Hamilton | 1.20 | Analyzed model provided by Debtors regarding Lycra acquisition. |
| 10/3/2005 | S. Cunningham | 4.40 | Read information and prepared analysis of Project Lycra. |
| 10/4/2005 | L. Hamilton | 5.90 | Prepared/updated Lycra acquisition analyses. |
| 10/4/2005 | L. Hamilton | 2.10 | Gathered and analyzed construction markets forecast information pertaining to the Lycra acquisition. |
| 10/5/2005 | L. Hamilton | 4.10 | Updated analyses pertaining to Lycra acquisitions. |
| 10/5/2005 | L. Hamilton | 3.90 | Prepared report to the Committee regarding Lycra acquisition. |
| 10/6/2005 | L. Hamilton | 0.80 | Updated analyses pertaining to Lycra acquisition. |
| 10/6/2005 | L. Hamilton | 2.40 | Prepared analysis of valuation issues pertaining to Lycra acquisition. |
| 10/6/2005 | S. Cunningham | 2.60 | Analyzed valuation multiples pertaining to Project Lycra. |
| 10/6/2005 | M. Hakoun | 1.20 | Summarized financial information pertaining to the cement industry, including margin data. |
| 10/6/2005 | M. Hakoun | 0.80 | Obtained and summarized information regarding cement industry. |
| 10/7/2005 | L. Hamilton | 1.00 | Summarized valuation information with respect to proposed acquisition. |
| 10/7/2005 | S. Cunningham | 2.50 | Prepared analysis and reviewed information related to Project Lycra. |
| 10/9/2005 | L. Hamilton | 4.50 | Prepared industry valuation analysis pertaining to Lycra acquisition. |
| 10/10/2005 | L. Hamilton | 1.70 | Updated Lycra acquisition report to the Committee. |
| 10/10/2005 | L. Hamilton | 2.60 | Prepared NPV analysis of acquisition. |
| 10/10/2005 | E. Ordway | 0.40 | Analyzed industry peer group data to assess appropriateness of DCF assumptions. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 10/10/2005 | L. Hamilton | 1.20 | Continued to prepare industry valuation analysis pertaining to Lycra acquisition. |
| 10/11/2005 | L. Hamilton | 1.60 | Updated Lycra acquisition report. |
| 10/11/2005 | S. Cunningham | 2.50 | Prepared analysis and reviewed information related to Project Lycra. |
| 10/12/2005 | L. Hamilton | 2.40 | Updated NPV and IRR analyses pertaining to Lycra acquisition. |
| 10/12/2005 | L. Hamilton | 0.90 | Analyzed M&A fees pertaining to proposed acquisition. |
| 10/13/2005 | E. Ordway | 0.80 | Analyzed peer group data to develop valuation for Lycra. |
| 10/14/2005 | L. Hamilton | 0.40 | Updated Lycra acquisition report to reflect comments of counsel. |
| 10/14/2005 | S. Cunningham | 1.10 | Prepared update Lycra acquisition analysis. |
| 10/27/2005 | L. Hamilton | 1.50 | Prepared for call regarding acquisition and related retention agreement. |
| Subtotal | | 62.30 | |

**03. Claims Analysis & Valuation**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 10/25/2005 | E. Ordway | 0.70 | Read counsel's memo regarding pleading related to estimation of personal injury claims. |
| 11/9/2005 | E. Ordway | 1.10 | Prepared projection of claims, including interest, at various future dates. |
| 11/22/2005 | R. Frezza | 2.60 | Prepared general unsecured claims roll forward analysis, and coordinated with Blackstone regarding questions and additional data for same. |
| 12/14/2005 | R. Frezza | 1.40 | Responded to counsel request for data/analysis on value of equity portion of recovery. |
| 12/15/2005 | R. Frezza | 2.80 | Finalized analysis of value of equity portion of recovery. |
| Subtotal | | 8.60 | |

**04. Creditor Committee Matters**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 10/14/2005 | L. Hamilton | 0.60 | Discussed Lycra acquisition and Woburn lease issues with counsel. |
| 10/14/2005 | L. Hamilton | 1.50 | Discussed Q2 reporting issues with Committee member and prepared schedule in response to inquiry. |
| 10/17/2005 | L. Hamilton | 0.20 | Discussed additional information requirements with Committee member. |
| 10/20/2005 | L. Hamilton | 0.50 | Discussed current motions with counsel. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 10/21/2005 | L. Hamilton | 0.30 | Discussed Bear Stearns and Woburn motions with counsel. |
| 10/24/2005 | L. Hamilton | 0.50 | Discussed various motions with counsel. |
| 10/25/2005 | L. Hamilton | 0.40 | Discussed Woburn lease issues with counsel. |
| 10/27/2005 | L. Hamilton | 0.80 | Participated in call with counsel, Debtors and advisors. |
| 10/27/2005 | E. Ordway | 0.30 | Called Committee member to discuss Bear Stearns retention. |
| 10/28/2005 | L. Hamilton | 0.50 | Discussions with counsel regarding Bear Stearns fee. |
| 10/31/2005 | S. Cunningham | 0.40 | Discussed Bear Stearns motion with counsel. |
| 11/1/2005 | L. Hamilton | 0.60 | Participated in call with counsel regarding Bear Stearns |
| 11/3/2005 | L. Hamilton | 0.60 | Participated in discussions with counsel regarding objection to Bear Stearns retention. |
| 11/8/2005 | R. Frezza | 1.40 | Participated in meeting with Stroock and Committee chair. |
| 11/8/2005 | S. Cunningham | 1.40 | Met with Committee chair and counsel to discuss case issues. |
| 11/14/2005 | E. Ordway | 0.40 | Called Committee member to discuss near-term issues/exclusivity. |
| 11/16/2005 | L. Hamilton | 0.20 | Discussed case issues with counsel. |
| 11/17/2005 | L. Hamilton | 3.40 | Prepared for conference call with Committee. |
| 11/18/2005 | L. Hamilton | 1.00 | Participated in conference call with the Committee. |
| 11/18/2005 | E. Ordway | 0.40 | Participated in Committee conference call to discuss exclusivity issues. |
| 11/18/2005 | R. Frezza | 2.00 | Prepared for call with the Committee and counsel. |
| 11/18/2005 | E. Ordway | 0.90 | Prepared for Committee call by reviewing correspondence and analyses regarding interest rates. |
| 11/18/2005 | L. Hamilton | 3.30 | Prepared for conference call with the Committee. |
| 11/21/2005 | R. Frezza | 0.60 | Discussed results of interest rate analysis with Committee chair. |
| 11/22/2005 | L. Hamilton | 0.50 | Discussed interest rate assumptions and other issues with counsel. |
| 11/22/2005 | R. Frezza | 0.30 | Discussed interest rate report with Committee chair. |
| 11/23/2005 | R. Frezza | 0.70 | Participated in interest rate discussions internally and with counsel. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 11/23/2005 | L. Hamilton | 0.50 | Discussed interest rate recommendation and royalty payment with counsel. |
| 11/26/2005 | S. Cunningham | 0.50 | Discussed interest rate proposal with counsel. |
| 11/28/2005 | R. Frezza | 0.50 | Discussed interest rate analyses with Committee chair and counsel. |
| 11/28/2005 | E. Ordway | 1.30 | Prepared for Committee call by reviewing recent correspondence and reports. |
| 11/28/2005 | S. Cunningham | 4.00 | Reviewed historical interest calculations and participated in conference call with counsel and Committee chair regarding same. |
| 11/28/2005 | E. Ordway | 1.00 | Participated in Committee conference call to discuss exclusivity issues. |
| 11/29/2005 | S. Cunningham | 3.70 | Finalized interest analysis and participate in Committee call regarding same. |
| 11/30/2005 | L. Hamilton | 0.40 | Discussed Ludox royalty issues with counsel. |
| 12/1/2005 | L. Hamilton | 0.50 | Participated in calls with counsel regarding case issues. |
| 12/1/2005 | S. Cunningham | 0.50 | Discussed Ludox royalty with counsel. |
| 12/2/2005 | E. Ordway | 0.50 | Call with Committee member to discuss Ludox royalty report and exclusivity. |
| 12/5/2005 | L. Hamilton | 0.50 | Discussed Intercat and other issues with counsel. |
| 12/14/2005 | L. Hamilton | 0.50 | Discussed case issues including Bear Stearns retention, Intercat and POR with counsel. |
| 12/20/2005 | L. Hamilton | 0.70 | Discussed Q3 report and other case issues with counsel. |
| 12/21/2005 | L. Hamilton | 0.50 | Corresponded with counsel regarding various case issues. |
| 12/26/2005 | E. Ordway | 0.30 | Discussed 3rd quarter report with Committee member. |
| Subtotal | | 39.60 | |

**07. Fee Applications & Invoices**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 10/6/2005 | E. Ordway | 0.90 | Prepared fee application. |
| 10/6/2005 | L. Hamilton | 2.00 | Prepared August fee application. |
| 10/8/2005 | L. Hamilton | 1.40 | Prepared August fee application. |
| 10/11/2005 | J. Woods | 1.20 | Prepared fee statement. |
| 10/11/2005 | L. Hamilton | 1.20 | Prepared September fee application. |

**Capstone Advisory Group, LLC**
**Invoice for the Eighth Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 10/20/2005 | L. Hamilton | 0.40 | Prepared September fee application. |
| 10/25/2005 | L. Hamilton | 0.80 | Prepared September fee application. |
| 10/27/2005 | L. Hamilton | 0.90 | Prepared September fee application. |
| 10/28/2005 | L. Hamilton | 2.40 | Prepared September fee application. |
| 10/28/2005 | E. Ordway | 0.30 | Prepared September fee application. |
| 11/1/2005 | L. Hamilton | 1.20 | Prepared September fee application. |
| 11/1/2005 | E. Ordway | 0.60 | Prepared fee examiner correspondence. |
| 11/1/2005 | L. Hamilton | 2.60 | Prepared response to fee audit. |
| 11/2/2005 | J. Woods | 0.50 | Prepared fee application. |
| 11/3/2005 | E. Ordway | 0.40 | Prepared fee examiner response. |
| 11/3/2005 | L. Hamilton | 0.40 | Prepared quarterly fee application. |
| 11/7/2005 | L. Hamilton | 1.90 | Prepared quarterly fee application. |
| 11/8/2005 | J. Woods | 1.00 | Prepared fee application. |
| 11/9/2005 | L. Hamilton | 1.30 | Prepared quarterly fee application. |
| 11/10/2005 | L. Hamilton | 0.90 | Prepared quarterly fee application. |
| 11/14/2005 | L. Hamilton | 2.70 | Prepared quarterly fee application. |
| 11/16/2005 | L. Hamilton | 1.60 | Prepared quarterly fee application. |
| 11/16/2005 | J. Woods | 1.50 | Prepared fee application. |
| 11/17/2005 | J. Woods | 0.40 | Prepared fee application. |
| 11/17/2005 | L. Hamilton | 1.40 | Prepared quarterly fee application. |
| 11/21/2005 | L. Hamilton | 1.10 | Prepared quarterly fee application. |
| 11/28/2005 | L. Hamilton | 1.10 | Prepared October fee application. |
| 12/2/2005 | L. Hamilton | 2.40 | Prepared October fee application. |
| 12/13/2005 | J. Woods | 1.20 | Prepared fee statement. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 12/14/2005 | J. Woods | 1.40 | Prepared fee statement. |
| 12/14/2005 | L. Hamilton | 1.30 | Prepared October fee application. |
| 12/15/2005 | E. Ordway | 0.70 | Prepared fee application. |
| 12/15/2005 | J. Woods | 0.70 | Prepared fee statement |
| 12/15/2005 | L. Hamilton | 1.10 | Prepared October fee application. |
| 12/16/2005 | L. Hamilton | 2.10 | Prepared November fee application. |
| 12/19/2005 | E. Ordway | 0.50 | Prepared and finalized fee application. |
| 12/19/2005 | L. Hamilton | 0.50 | Updated October fee application. |
| 12/22/2005 | L. Hamilton | 1.40 | Prepared fee application. |
| 12/23/2005 | L. Hamilton | 1.50 | Prepared summary of fee information. |
| 12/27/2005 | L. Hamilton | 3.20 | Prepared November fee application. |
| 12/29/2005 | L. Hamilton | 2.10 | Prepared November fee application. |
| 12/30/2005 | L. Hamilton | 2.40 | Prepared November fee application and researched year-end billing issues. |
| 12/30/2005 | E. Ordway | 0.20 | Finalized November fee application. |
| Subtotal | | 54.80 | |

**08. Financial Analysis - Schedules & Statements**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 10/12/2005 | L. Hamilton | 1.10 | Prepared distribution of Debtors' monthly financial statements to the Committee. |
| 10/17/2005 | L. Hamilton | 1.20 | Prepared additional analysis requested by Committee member. |
| 10/18/2005 | S. Cunningham | 2.30 | Read and analyzed information pertaining to monthly financial performance. |
| 10/18/2005 | L. Hamilton | 3.40 | Revised templates for Q3 report. |
| 10/25/2005 | E. Ordway | 2.50 | Analyzed 3rd quarter financial data and summarized items for staff to investigate. |
| 10/25/2005 | L. Hamilton | 1.70 | Prepared summary of potential Q3 reporting issues. |
| 10/26/2005 | L. Hamilton | 2.10 | Updated industry data for Q3 report. |

**Capstone Advisory Group, LLC**
**Invoice for the Eighth Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 10/26/2005 | L. Hamilton | 1.80 | Prepared cash flow analysis. |
| 10/27/2005 | S. Cunningham | 2.50 | Read and analyzed historical Q3 and plan performance data. |
| 10/27/2005 | L. Hamilton | 2.10 | Updated Q3 report schedules. |
| 10/27/2005 | L. Hamilton | 2.20 | Analyzed cash balances per MOR. |
| 10/28/2005 | S. Cunningham | 2.20 | Read and analyzed Debtors' press release regarding Q3 earnings and compared results versus plan. |
| 10/28/2005 | L. Hamilton | 4.10 | Updated schedules for Q3 report. |
| 10/31/2005 | S. Cunningham | 3.00 | Read and analyzed Debtors' press release regarding Q3 earnings and compared results versus plan. |
| 10/31/2005 | L. Hamilton | 2.60 | Prepared summary and commentary of Q3 earnings. |
| 10/31/2005 | L. Hamilton | 5.20 | Read and analyzed Q3 news release from Debtors. |
| 10/31/2005 | E. Ordway | 0.30 | Directed staff in preparation of report to the Committee on 3rd quarter results. |
| 11/3/2005 | L. Hamilton | 2.80 | Read and analyzed industry reports regarding Q3. |
| 11/7/2005 | S. Cunningham | 0.80 | Read and analyzed information pertaining to Q3 performance. |
| 11/8/2005 | M. Desalvio | 1.10 | Retrieved analysts reports regarding Q3 performance and distributed same to case team members. |
| 11/8/2005 | L. Hamilton | 2.70 | Gathered, read and analyzed chemical industry reports pertaining to Q3 performance. |
| 11/8/2005 | S. Cunningham | 1.60 | Read and analyzed Debtors' information pertaining to Q3 performance vs. plan and prior year. |
| 11/9/2005 | S. Cunningham | 3.50 | Read and analyzed Debtors' information pertaining to Q3 performance vs. plan and prior year. |
| 11/10/2005 | L. Hamilton | 7.10 | Prepared peer group schedule for inclusion in Q3 report. |
| 11/11/2005 | L. Hamilton | 3.20 | Summarized peer group sales data for inclusion in Q3 report. |
| 11/11/2005 | L. Hamilton | 4.80 | Summarized peer group EBIT data for inclusion in Q3 report to the Committee. |
| 11/14/2005 | S. Cunningham | 2.50 | Read and analyzed Debtors' information pertaining to Q3 performance vs. plan and prior year. |
| 11/14/2005 | L. Hamilton | 1.50 | Prepared peer group analyses for inclusion in Q3 report. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 11/14/2005 | R. Frezza | 1.20 | Read and analyzed Debtors' Q3 financial package. |
| 11/15/2005 | R. Frezza | 4.40 | Continued analysis of Q3 financial package and summarized open points in preparation for call with Debtors. |
| 11/15/2005 | S. Cunningham | 2.50 | Read and analyzed Debtors' information pertaining to Q3 performance vs. plan and prior year. |
| 11/15/2005 | L. Hamilton | 5.10 | Read and analyzed industry reports regarding Q3 results. |
| 11/16/2005 | S. Cunningham | 5.00 | Read and analyzed industry information pertaining to Q3 performance. |
| 11/16/2005 | E. Ordway | 2.10 | Read and analyzed 3rd Quarter financial data and summarized issues for staff to review/investigate. |
| 11/16/2005 | L. Hamilton | 1.30 | Prepared distribution of financial statements to the Committee. |
| 11/16/2005 | L. Hamilton | 1.20 | Read and analyzed Q3 financial statement summary received from Debtors. |
| 11/16/2005 | R. Frezza | 1.60 | Continued detail analysis of Q3 05 financial results. |
| 11/17/2005 | R. Frezza | 3.80 | Read and analyzed the Debtors' Q3 Financial Briefing and developed questions to discuss with management. |
| 11/17/2005 | S. Cunningham | 5.00 | Read and analyzed industry information pertaining to Q3 performance. |
| 11/18/2005 | S. Cunningham | 4.30 | Reviewed and analyzed historical cash flow data. |
| 11/18/2005 | R. Frezza | 2.10 | Prepared Q3 peer analysis update. |
| 11/18/2005 | L. Hamilton | 2.90 | Prepared summary of issues pertaining to Q3 conference call for follow up. |
| 11/21/2005 | L. Hamilton | 3.20 | Prepared Q3 report outline incorporating industry outlook. |
| 11/22/2005 | L. Hamilton | 2.40 | Updated Q3 report outline. |
| 11/22/2005 | R. Frezza | 2.20 | Continued to read and analyze Q3 information provided by the Debtors. |
| 11/25/2005 | R. Frezza | 3.20 | Read and analyzed chemical industry data for inclusion in Q3 report. |
| 11/29/2005 | S. Cunningham | 2.50 | Summarized key issues regarding Q3 performance for followup by staff. |
| 11/29/2005 | R. Frezza | 2.90 | Read and analyzed October MOR. |
| 11/30/2005 | R. Frezza | 2.40 | Updated peer data analysis for Q3 report. |
| 11/30/2005 | L. Hamilton | 0.80 | Updated peer group data for Q3 report. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 12/1/2005 | R. Frezza | 1.80 | Prepared Q3 report analyses including research of Peer Group and industry issues. |
| 12/2/2005 | R. Frezza | 3.20 | Prepared Q3 report analyses including research of industry issues. Prepared update of Peer Group analyses. |
| 12/2/2005 | R. Frezza | 0.60 | Read/edited Intercat report to the Committee. |
| 12/2/2005 | L. Hamilton | 2.00 | Read and analyzed industry reports regarding Q3 performance. |
| 12/2/2005 | S. Cunningham | 2.40 | Prepared analysis of Q3 financials. |
| 12/5/2005 | R. Frezza | 3.40 | Prepared Q3 report analyses including research of industry issues. Prepared update of Peer Group analyses. |
| 12/5/2005 | L. Hamilton | 2.70 | Read and analyzed Debtors detailed Q3 financial statements and 10q report. |
| 12/5/2005 | L. Hamilton | 4.40 | Prepared sales analyses for Q3 report. |
| 12/5/2005 | S. Cunningham | 2.90 | Prepared analysis of Peer group data regarding Q3 performance |
| 12/5/2005 | S. Cunningham | 4.10 | Prepared/directed staff in analysis of Q3 results of operations. |
| 12/6/2005 | R. Frezza | 2.60 | Prepared Q3 report analyses including research of Peer Group and industry issues. |
| 12/6/2005 | L. Hamilton | 3.80 | Prepared sales bridges for Q3 report by division. |
| 12/6/2005 | S. Cunningham | 4.40 | Directed staff in preparation of report to the Committee regarding Q3 performance. |
| 12/6/2005 | L. Hamilton | 6.20 | Read and analyzed Debtors' detailed Q3 financial statements and 10Q report. |
| 12/7/2005 | L. Hamilton | 0.80 | Read and summarized communications from counsel regarding Intercat settlement. |
| 12/7/2005 | L. Hamilton | 3.30 | Prepared EBITDA analyses for Q3 report to the Committee. |
| 12/7/2005 | R. Frezza | 4.00 | Prepared update of Peer Group analyses including impact of natural gas trends. |
| 12/7/2005 | R. Frezza | 4.20 | Prepared Q3 report analyses including research of industry issues. |
| 12/7/2005 | E. Ordway | 0.60 | Read and analyzed the Debtors' 3rd quarter financial reporting package and listed key issues for further investigation by staff. |
| 12/7/2005 | L. Hamilton | 5.90 | Prepared gross margin rate analyses for Q3 report to the Committee. |
| 12/7/2005 | S. Cunningham | 4.10 | Prepared/directed staff in analysis of Q3 results of operations. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 12/8/2005 | R. Frezza | 2.30 | Continued to analyze impact of natural gas pricing trends.  Began balance sheet and cash flow analyses |
| 12/8/2005 | L. Hamilton | 2.20 | Prepared commentary for Q3 report to the Committee. |
| 12/8/2005 | L. Hamilton | 3.60 | Prepared comparisons of operating results to Plan and prior year. |
| 12/8/2005 | R. Frezza | 1.20 | Prepared Q3 report analyses including research of industry issues. |
| 12/8/2005 | L. Hamilton | 3.10 | Prepared additional gross margin rate analyses for Q3 report to the Committee. |
| 12/8/2005 | L. Hamilton | 1.60 | Prepared follow-up questions pertaining to the Q3 report. |
| 12/8/2005 | R. Frezza | 0.70 | Prepared balance sheet and cash flow analyses for Q3 report. |
| 12/9/2005 | L. Hamilton | 4.90 | Prepared sales and gross margin charts for Q3 report. |
| 12/9/2005 | L. Hamilton | 4.10 | Prepared commentary for Q3 report to the Committee. |
| 12/9/2005 | R. Frezza | 3.80 | Prepared balance sheet and cash flow analyses for Q3 report. |
| 12/9/2005 | R. Frezza | 2.50 | Read and analyzed monthly financial package provided by the Debtors. |
| 12/12/2005 | L. Hamilton | 4.60 | Analyzed cash flow issues pertaining to Q3 report. |
| 12/12/2005 | R. Frezza | 9.80 | Prepared balance sheet and cash flow analyses for Q3 report. |
| 12/12/2005 | S. Cunningham | 4.60 | Prepared/directed staff in analysis of Q3 results of operations. |
| 12/13/2005 | S. Cunningham | 3.90 | Prepared/directed staff in analysis of Q3 results of operations. |
| 12/13/2005 | R. Frezza | 4.80 | Prepared commentary for Q3 report regarding results of balance sheet and cash flow analyses. |
| 12/13/2005 | L. Hamilton | 3.90 | Prepared Q3 report to the Committee. |
| 12/14/2005 | S. Cunningham | 3.50 | Read/edited draft of Q3 report to the Committee. |
| 12/14/2005 | E. Ordway | 1.30 | Continued to read and analyze Debtors' 3rd quarter financial reporting package. |
| 12/14/2005 | R. Frezza | 3.80 | Prepared commentary for Q3 report regarding results of balance sheet and cash flow analyses. |
| 12/14/2005 | L. Hamilton | 6.40 | Prepared Q3 report to the Committee. |
| 12/15/2005 | R. Frezza | 5.20 | Continued to prepare Q3 report peer group analyses and commentary. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 12/15/2005 | E. Ordway | 0.70 | Directed staff in preparation of 3rd quarter report. |
| 12/15/2005 | S. Cunningham | 3.50 | Reviewed Q3 financial analysis compared to plan and prior periods. |
| 12/15/2005 | L. Hamilton | 2.00 | Updated schedules for Q3 report. |
| 12/15/2005 | S. Cunningham | 3.60 | Review draft report to committee regarding Q3 results- prepare additional analysis. |
| 12/15/2005 | L. Hamilton | 5.90 | Prepared commentary for Q3 report to the Committee. |
| 12/16/2005 | R. Frezza | 5.60 | Read/edited draft of Q3 report to the Committee. |
| 12/16/2005 | S. Cunningham | 3.30 | Reviewed and edited Q3 report to the Committee and prepared additional analysis. |
| 12/16/2005 | L. Hamilton | 4.70 | Prepared schedules for Q3 report. |
| 12/16/2005 | E. Ordway | 2.60 | Prepared/edited analyses regarding cash flow for inclusion in the 3rd quarter operating report to the Committee. |
| 12/16/2005 | L. Hamilton | 5.20 | Prepared commentary for Q3 report. |
| 12/17/2005 | L. Hamilton | 0.50 | Prepared Q3 report commentary. |
| 12/17/2005 | L. Hamilton | 2.10 | Analyzed data and corresponded with Debtors regarding Q3 information request. |
| 12/17/2005 | L. Hamilton | 1.40 | Read/edited Q3 report draft. |
| 12/19/2005 | S. Cunningham | 3.70 | Reviewed and edited Q3 report to the Committee and prepared additional analysis. |
| 12/19/2005 | L. Hamilton | 2.40 | Read/edited Q3 report to the Committee. |
| 12/19/2005 | R. Frezza | 6.80 | Prepared/updated cash flow bridge and balance sheet variance analyses for Q3. |
| 12/19/2005 | L. Hamilton | 6.60 | Prepared updates to Q3 report to the Committee from additional information provided by the Debtors. |
| 12/20/2005 | S. Cunningham | 3.20 | Prepared/finalized analyses pertaining to Q3 performance. |
| 12/20/2005 | E. Ordway | 0.60 | Prepared peer review analysis for inclusion in the 3rd quarter report. |
| 12/20/2005 | L. Hamilton | 7.30 | Prepared final draft of Q3 report. |
| 12/20/2005 | E. Ordway | 2.30 | Prepared/edited report to the Committee regarding 3rd quarter performance. |
| 12/21/2005 | L. Hamilton | 2.20 | Prepared Q3 report for distribution to the Committee. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 12/21/2005 | S. Cunningham | 3.50 | Prepared/finalized analyses pertaining to Q3 performance. |
| 12/22/2005 | S. Cunningham | 3.00 | Prepared/finalized analyses pertaining to Q3 performance. |
| 12/30/2005 | R. Frezza | 2.50 | Read and analyzed November financial package provided by the Debtors. |
| Subtotal | | 368.40 | |

### 11. Financial Analysis - Other

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 10/3/2005 | E. Ordway | 0.90 | Read counsel's memo regarding NJDEP issues. |
| 10/7/2005 | L. Hamilton | 1.40 | Read proposed motion regarding Woburn site and distributed same to counsel. |
| 10/7/2005 | L. Hamilton | 2.60 | Analyzed memo from counsel regarding NJ DEP motion. |
| 10/8/2005 | L. Hamilton | 1.00 | Updated work plan. |
| 10/10/2005 | L. Hamilton | 2.40 | Analyzed memo from counsel regarding NJ DEP motion and prepared summary of discussion points. |
| 10/10/2005 | L. Hamilton | 1.10 | Read and analyzed motion regarding Woburn site. |
| 10/11/2005 | L. Hamilton | 4.60 | Read and analyzed motion and related documents pertaining to proposed Woburn lease. |
| 10/12/2005 | L. Hamilton | 1.90 | Read and analyzed motion to retain Bear Stearns. |
| 10/12/2005 | L. Hamilton | 3.20 | Read Woburn lease documents and prepared follow up questions. |
| 10/13/2005 | L. Hamilton | 0.70 | Read recent court docket listing and updated work plan accordingly. |
| 10/13/2005 | L. Hamilton | 3.40 | Continue to analyze Woburn lease proposal. |
| 10/13/2005 | L. Hamilton | 1.50 | Read and analyzed settlement motion. |
| 10/14/2005 | L. Hamilton | 3.10 | Continued to analyze Woburn lease documents. |
| 10/14/2005 | L. Hamilton | 1.60 | Updated follow up questions and distributed same to Blackstone regarding Woburn lease. |
| 10/14/2005 | E. Ordway | 0.90 | Read and analyzed counsel's memo and accompanying court decision regarding Congoleum. |
| 10/14/2005 | S. Cunningham | 0.90 | Reviewed updated Woburn lease information. |
| 10/17/2005 | L. Hamilton | 3.20 | Prepared report to the Committee regarding Bear Stearns retention. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 10/17/2005 | L. Hamilton | 2.20 | Read and analyzed B of A settlement motion. |
| 10/17/2005 | L. Hamilton | 2.70 | Prepared Bear Stearns fee analysis. |
| 10/18/2005 | L. Hamilton | 1.80 | Read and analyzed recent court docket filings. |
| 10/18/2005 | L. Hamilton | 2.30 | Read and analyzed information provided by counsel regarding attorney conflicts in asbestos cases. |
| 10/19/2005 | L. Hamilton | 2.60 | Read and analyzed Woburn lease documents. |
| 10/19/2005 | L. Hamilton | 3.30 | Prepared additional analyses regarding Bear Stearns retention. |
| 10/19/2005 | L. Hamilton | 1.10 | Updated report to the Committee regarding Bear Stearns retention. |
| 10/19/2005 | L. Hamilton | 1.70 | Gathered and analyzed market data regarding use of ground leases. |
| 10/19/2005 | L. Hamilton | 1.30 | Updated work plan. |
| 10/19/2005 | E. Ordway | 0.70 | Prepared/discussed near term work plan. |
| 10/20/2005 | L. Hamilton | 1.30 | Finalized report regarding Bear Stearns retention. |
| 10/20/2005 | E. Ordway | 1.40 | Read data regarding Woburn, MA lease issue. |
| 10/20/2005 | L. Hamilton | 6.20 | Prepared analysis of Woburn lease. |
| 10/20/2005 | L. Hamilton | 0.60 | Read and analyzed recent court docket filings. |
| 10/21/2005 | S. Cunningham | 2.60 | Read and analyzed Bear Stearns retention application and comparative data. |
| 10/21/2005 | L. Hamilton | 4.20 | Prepared report to the Committee regarding Woburn lease. |
| 10/21/2005 | E. Ordway | 3.10 | Prepared/edited analysis of Woburn, MA lease issue. |
| 10/21/2005 | L. Hamilton | 1.00 | Summarized issues regarding motions with objection deadline of 10/28. |
| 10/22/2005 | L. Hamilton | 2.10 | Gathered and analyzed bond rate data in connection with Woburn lease. |
| 10/22/2005 | L. Hamilton | 2.10 | Updated Bear Stearns report for comments from counsel. |
| 10/22/2005 | L. Hamilton | 2.50 | Gathered and analyzed real estate transaction data in connection with Woburn lease. |
| 10/22/2005 | L. Hamilton | 2.30 | Prepared report to the Committee regarding Woburn lease. |
| 10/23/2005 | L. Hamilton | 6.50 | Prepared analyses for use in report to the Committee regarding Woburn lease. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/24/2005 | L. Hamilton | 1.40 | Provided input to Stroock for Committee report regarding Bear Stearns retention. |
| 10/24/2005 | L. Hamilton | 0.50 | Read portions of Bear Stearns retention motion and associated documents. |
| 10/24/2005 | L. Hamilton | 8.60 | Prepared report to the Committee regarding Woburn lease. |
| 10/25/2005 | L. Hamilton | 3.20 | Included additional remarks in Committee report regarding Woburn lease to reflect comments of counsel. |
| 10/25/2005 | L. Hamilton | 3.70 | Updated report to Committee regarding Woburn lease. |
| 10/25/2005 | M. Desalvio | 0.50 | Gathered and summarized long term rates on corporate bonds. |
| 10/25/2005 | L. Hamilton | 2.00 | Read/edited various drafts of report to the Committee regarding Bear Stearns' retention. |
| 10/25/2005 | S. Cunningham | 2.70 | Read and analyzed Woburn lease data and report to the Committee thereon. |
| 10/26/2005 | S. Cunningham | 2.90 | Analyzed data pertaining to comparable fee structures regarding Bear Stearns. |
| 10/26/2005 | M. Desalvio | 2.00 | Gathered industry reports and distributed same to case team members. |
| 10/26/2005 | L. Hamilton | 3.90 | Finalized report to Committee regarding Woburn lease. |
| 10/26/2005 | E. Ordway | 0.90 | Read counsel's memo regarding Bear Stearns retention. |
| 10/26/2005 | L. Hamilton | 1.20 | Prepared distribution of report to the Committee. |
| 10/28/2005 | M. Desalvio | 1.00 | Gathered analysts reports on Specialty Chemicals industry for use in Q3 report to the Committee. |
| 10/28/2005 | L. Hamilton | 2.40 | Prepared information for counsel related to Bear Stearns objection. |
| 10/31/2005 | S. Cunningham | 1.10 | Read and analyzed Debtors' motion regarding Bear Stearns retention. |
| 10/31/2005 | M. Desalvio | 0.50 | Obtained and distributed Debtors' press release regarding Q3 results. |
| 10/31/2005 | L. Hamilton | 2.20 | Prepared commentary for counsel pertaining to Bear Stearns objection. |
| 11/1/2005 | S. Cunningham | 3.00 | Read and prepared analysis of Bear Stearns retention. |
| 11/1/2005 | E. Ordway | 0.90 | Prepared work plan for discussion with chair and counsel. |
| 11/1/2005 | L. Hamilton | 3.60 | Prepared report to the Committee regarding Bear Stearns retention. |
| 11/1/2005 | L. Hamilton | 1.50 | Prepared additional analyses regarding Bear Stearns retention. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 11/2/2005 | L. Hamilton | 5.50 | Coordinated efforts with counsel and finalized report to the Committee regarding Bear Stearns retention. |
| 11/2/2005 | S. Cunningham | 2.30 | Discussed and reviewed information regarding Bear Stearns fee structure. |
| 11/3/2005 | L. Hamilton | 0.90 | Read and analyzed correspondence from counsel regarding Bear Stearns. |
| 11/3/2005 | S. Cunningham | 3.10 | Discussed and reviewed information regarding Bear Stearns fee structure. |
| 11/4/2005 | L. Hamilton | 1.70 | Read and analyzed recent court docket filings. |
| 11/4/2005 | L. Hamilton | 3.80 | Prepared summary of hearing issues. |
| 11/7/2005 | S. Cunningham | 2.10 | Read and analyzed information pertaining to current motions. |
| 11/7/2005 | L. Hamilton | 0.50 | Read correspondence from counsel regarding Bear Stearns and discussed same with case team member. |
| 11/7/2005 | L. Hamilton | 3.60 | Researched DIP documentation and provisions at request of counsel. |
| 11/7/2005 | S. Cunningham | 1.10 | Prepared update regarding various case issues in preparation for meeting with Committee chair. |
| 11/8/2005 | L. Hamilton | 1.60 | Researched DIP documentation and provisions at request of counsel. |
| 11/17/2005 | L. Hamilton | 1.00 | Updated work plan. |
| 11/17/2005 | R. Frezza | 4.40 | Read and analyzed motions/memos related to ZAI litigation and prepared a summary of issues. |
| 11/18/2005 | L. Hamilton | 1.80 | Prepared summary of Q3 and Committee issues. |
| 11/18/2005 | M. Desalvio | 1.40 | Retrieved historical interest rate data. |
| 11/21/2005 | M. Desalvio | 0.40 | Retrieved historical interest rate data. |
| 11/21/2005 | S. Cunningham | 3.00 | Analyzed and prepared analysis regarding Ludox royalty payments. |
| 11/21/2005 | L. Hamilton | 0.70 | Read and analyzed recent court docket filings. |
| 11/21/2005 | L. Hamilton | 1.50 | Prepared work plan. |
| 11/22/2005 | L. Hamilton | 0.70 | Analyzed royalty payment data provided by Debtors. |
| 11/22/2005 | L. Hamilton | 1.30 | Updated work plan |
| 11/22/2005 | S. Cunningham | 3.30 | Analyzed and prepared analysis regarding Ludox royalty payments. |
| 11/23/2005 | L. Hamilton | 0.90 | Read and analyzed correspondence regarding Intercat settlement. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 11/23/2005 | L. Hamilton | 6.60 | Analyzed royalty payment data provided by Debtors' advisors. |
| 11/28/2005 | L. Hamilton | 5.10 | Analyzed Ludox royalty rate information provided by Debtors' advisors and prepared draft report to the Committee. |
| 11/28/2005 | L. Hamilton | 1.10 | Prepared work plan. |
| 11/28/2005 | R. Frezza | 1.30 | Read/edited Ludox royalty report to the Committee. |
| 11/28/2005 | L. Hamilton | 0.70 | Analyzed Intercat settlement information. |
| 11/28/2005 | M. Desalvio | 0.60 | Retrieved forecast interest rate data for case team member. |
| 11/29/2005 | L. Hamilton | 4.80 | Prepared Ludox royalty analyses. |
| 11/29/2005 | L. Hamilton | 0.90 | Read and analyzed recent court docket filings. |
| 11/29/2005 | L. Hamilton | 4.30 | Prepared report to the Committee regarding Ludox royalties. |
| 11/30/2005 | L. Hamilton | 2.80 | Updated Ludox royalty analyses. |
| 11/30/2005 | L. Hamilton | 1.40 | Analyzed Intercat settlement information. |
| 11/30/2005 | R. Frezza | 1.20 | Read/edited final Ludox royalty report. |
| 11/30/2005 | L. Hamilton | 2.10 | Prepared report to the Committee regarding Intercat settlement. |
| 11/30/2005 | R. Frezza | 1.80 | Read and analyzed information pertaining to Intercat settlement. |
| 11/30/2005 | S. Cunningham | 4.00 | Read and analyzed Ludox royalty data and related memorandum from counsel. |
| 11/30/2005 | L. Hamilton | 2.00 | Updated Ludox royalty report to the Committee. |
| 12/1/2005 | E. Ordway | 1.30 | Prepared/edited report prepared by staff regarding Ludox/DuPont royalty issues. |
| 12/1/2005 | S. Cunningham | 4.20 | Read and analyzed information pertaining to buyout of DuPont Royalty. |
| 12/1/2005 | L. Hamilton | 4.50 | Prepared report to the Committee regarding Intercat settlement. |
| 12/1/2005 | L. Hamilton | 2.60 | Updated Intercat settlement analyses. |
| 12/5/2005 | L. Hamilton | 2.60 | Prepared Intercat update to the Committee. |
| 12/7/2005 | M. Desalvio | 0.70 | Natural Gas prices by month for last 2 years plus forecasted pricing for 2006 and beyond. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 12/7/2005 | E. Ordway | 0.80 | Read and analyzed information regarding the proposed Intercat litigation settlement. |
| 12/12/2005 | L. Hamilton | 2.40 | Prepared summary of key reports. |
| 12/12/2005 | L. Hamilton | 1.00 | Prepared work plan. |
| 12/15/2005 | E. Ordway | 0.40 | Read and analyzed counsel's update report regarding the Intercat settlement. |
| 12/15/2005 | L. Hamilton | 1.30 | Read and summarized hearing agenda information. |
| 12/15/2005 | M. Desalvio | 0.50 | Located and retrieved Disclosure Statement from court system |
| 12/19/2005 | E. Ordway | 0.20 | Read counsel's report regarding today's Omnibus hearing. |
| 12/21/2005 | L. Hamilton | 2.30 | Prepared summary/updates regarding various case issues including POR status and acquisition pipeline. |
| 12/23/2005 | L. Hamilton | 1.90 | Read and analyzed recent court docket filings. |
| 12/27/2005 | M. Desalvio | 1.50 | Retrieved court documents and obtain docket listing for case team member. |
| 12/29/2005 | M. Desalvio | 0.50 | Retrieved court documents and obtain docket listing for case team member. |
| 12/29/2005 | L. Hamilton | 1.30 | Read and analyzed recent court docket items. |
| 12/30/2005 | L. Hamilton | 0.20 | Read and analyzed recent court docket items. |
| Subtotal | | 257.20 | |

**15. Plan & Disclosure Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 10/24/2005 | E. Ordway | 0.80 | Read and analyzed counsel's memo regarding Proof of Claim and Bar Date Procedures. |
| 11/16/2005 | R. Frezza | 2.20 | Analyzed interest rates provided in POR for pre-petition debt and Class 9 claims |
| 11/16/2005 | R. Frezza | 1.00 | Read and analyzed POR and disclosure statement in preparation for discussion with Committee chair. |
| 11/17/2005 | E. Ordway | 1.70 | Reviewed files and prior correspondence regarding interest rate negotiation in 2004. |
| 11/17/2005 | L. Hamilton | 2.20 | Read and analyzed correspondence from counsel regarding POR and extension of exclusivity issues. |
| 11/18/2005 | R. Frezza | 1.10 | Continued to prepare POR interest rate analysis. |
| 11/21/2005 | R. Frezza | 2.30 | Continued to prepare POR interest rate analysis. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 11/21/2005 | R. Frezza | 6.00 | Prepared report to the Committee regarding POR interest rates in POR. |
| 11/21/2005 | L. Hamilton | 3.30 | Prepared interest rate analysis pertaining to pre-petition liabilities in response to request by Committee chair. |
| 11/22/2005 | E. Ordway | 0.40 | Directed staff in preparing interest rate analysis. |
| 11/22/2005 | L. Hamilton | 3.60 | Obtained and analyzed updated interest accrual data. |
| 11/22/2005 | R. Frezza | 3.10 | Prepared interest rate analysis report to the Committee. |
| 11/23/2005 | R. Frezza | 2.10 | Prepared additional interest rate analyses at the request of counsel. |
| 11/25/2005 | R. Frezza | 2.60 | Prepared additional interest rate analyses. |
| 11/28/2005 | R. Frezza | 6.60 | Prepared additional interest rate analyses. |
| 11/29/2005 | R. Frezza | 3.30 | Prepared additional interest rate analyses based on various assumptions provided by counsel. |
| 11/29/2005 | E. Ordway | 2.70 | Prepared/edited report to the Committee regarding interest rates for POR purposes. |
| 11/29/2005 | R. Frezza | 1.00 | Prepared for and participated in pre-call and Committee call regarding POR interest rates and exclusivity extension. |
| 12/2/2005 | S. Cunningham | 2.60 | Finalized three-year interest analysis. |
| 12/2/2005 | E. Ordway | 0.30 | Read counsel's correspondence regarding negotiations for exclusivity. |
| 12/13/2005 | E. Ordway | 0.90 | Read and analyzed counsel's memo regarding interest rate negotiations and other exclusivity issues. |
| 12/14/2005 | R. Frezza | 0.60 | Analyzed and discussed Debtor's counter-offer regarding interest rate applicable to general unsecured claims. |
| 12/14/2005 | L. Hamilton | 1.30 | Read and analyzed interest rate information pertaining to POR. |
| 12/23/2005 | E. Ordway | 0.90 | Analyzed interest rate history for three-year period. |
| Subtotal | | 52.60 | |

26. Meetings with Debtors

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 10/21/2005 | L. Hamilton | 2.50 | Prepared for and participated in call with Debtors and advisors regarding Woburn lease. |
| 10/25/2005 | L. Hamilton | 0.20 | Discussed open issues with Blackstone. |
| 10/28/2005 | L. Hamilton | 0.30 | Discussed Bear Stearns fee with Blackstone. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/18/2005 | R. Frezza | 1.20 | Prepared for and participated in call with the Debtors. |
| 11/18/2005 | L. Hamilton | 1.00 | Participated in call with Debtors regarding Q3 results. |
| 11/21/2005 | L. Hamilton | 0.20 | Discussed details of cash requirements with Blackstone. |
| 11/21/2005 | R. Frezza | 0.30 | Discussed Ludox royalties with Debtors' advisors. |
| 11/22/2005 | L. Hamilton | 0.50 | Discussed interest rate assumptions and other issues with Debtors' advisors. |
| 11/30/2005 | L. Hamilton | 0.50 | Discussed open issues regarding Ludox royalties with Debtors' and Debtors' advisors. |
| 12/5/2005 | L. Hamilton | 0.30 | Discussed Intercat and other issues with Blackstone. |
| Subtotal | | 7.00 | |
| **Total Hours** | | **850.50** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 10/1/05 through 12/31/05

| Date | Professional | Detail | Amount |
|------|-------------|--------|-------:|
| **Copies** | | | |
| 10/7/2005 | Capstone Expenses | October copies | $253.40 |
| 11/7/2005 | Capstone Expenses | November copies | $253.00 |
| 12/1/2005 | Capstone Expenses | November - not previously charged | $43.60 |
| 12/28/2005 | Capstone Expenses | December  charges | $60.75 |
| Subtotal - Copies | | | $610.75 |
| **Faxes** | | | |
| 10/7/2005 | Capstone Expenses | October Faxes | $6.25 |
| 12/31/2005 | Capstone Expenses | December  charges | $35.00 |
| Subtotal - Faxes | | | $41.25 |
| **Mileage** | | | |
| 11/16/2005 | Frezza, R | NYC office mileage | $15.00 |
| 11/30/2005 | Hamilton, L | Team meetings | $213.40 |
| Subtotal - Mileage | | | $228.40 |
| **Parking/Tolls** | | | |
| 11/16/2005 | Frezza, R | NYC office, parking $27.00, tolls $6.00 | $35.00 |
| 12/23/2005 | R. Frezza | Lunch meeting | $12.00 |
| Subtotal - Parking/Tolls | | | $47.00 |
| **Postage/FedEx** | | | |
| 10/10/2005 | Capstone Expenses | FedEx Inv# 3-126-20428 | $20.48 |
| 12/1/2005 | Capstone Expenses | Inv#3-199-00430 | $17.84 |
| 12/14/2005 | Capstone Expenses | Fed Ex Invoice# 3-210-66662 | $12.86 |
| Subtotal - Postage/FedEx | | | $51.18 |

| Date | Professional | Detail | Amount |
|------|-------------|--------|--------|
| **Postage/FedEx/Other** | | | |
| 11/18/2005 | Capstone Expenses | Parcels, Inc. | $171.60 |
| Subtotal - Postage/FedEx/Other | | | $171.60 |
| **Research** | | | |
| 12/31/2005 | Capstone Expenses | Bloomberg for December | $29.00 |
| Subtotal - Research | | | $29.00 |
| **Research-Billable** | | | |
| 10/31/2005 | Capstone Expenses | Bloomberg | $88.24 |
| Subtotal - Research-Billable | | | $88.24 |
| **Scans** | | | |
| 10/7/2005 | Capstone Expenses | October scans | $17.00 |
| 11/7/2005 | Capstone Expenses | November scans | $17.00 |
| 12/1/2005 | Capstone Expenses | November - not previously charged | $93.00 |
| 12/28/2005 | Capstone Expenses | December  charges | $154.00 |
| Subtotal - Scans | | | $281.00 |
| **Telecom Charges** | | | |
| 11/30/2005 | Capstone Expenses | November Telephone | $379.74 |
| 11/30/2005 | Frezza, R | Cell phone | $35.00 |
| 12/31/2005 | Capstone Expenses | December Phone | $435.77 |
| 12/31/2005 | R. Frezza | Cell phone charges | $45.00 |
| Subtotal - Telecom Charges | | | $895.51 |
| **Telecom Charges- Billable** | | | |
| 10/31/2005 | Capstone Expenses | October Telephone | $364.99 |
| Subtotal - Telecom Charges- Billable | | | $364.99 |
| **For the Period 10/1/05 through 12/31/05** | | | **$2,808.92** |

**Capstone Advisory Group, LLC**

**Invoice for the Eighth Fee Application**

Page 2 of 2

**EIGHTH QUARTERLY INTERIM APPLICATION OF CAPSTONE ADVISORY
GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM OCTOBER 1, 2005 THROUGH DECEMBER 31, 2005)**

### APPLICATION

Pursuant to sections 327, 330 and 331 of title 11 of the United States Code (as amended, the

"Bankruptcy Code", Fed. R. Bankr. P. 2016, the Retention Order (as defined below), the

Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim

Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim

Compensation Order"), the Amendment to the Administrative Order effective April 17, 2002 (the

"Amendment") and Del.Bankr.LR 2016-2, Capstone Advisory Group, LLC ("Capstone"), Financial

Advisors to the Official Committee of Unsecured Creditors (the "Committee") of W.R. Grace & Co.

and its sixty-one domestic subsidiaries and affiliates that are debtors and debtors-in-possession (the

"Debtors"), hereby applies for an order allowing it (i) compensation in the amount of $335,823.00

for professional services rendered by Capstone as financial advisors for the Committee, less

$75,929.08 previously paid, and (ii) reimbursement for the actual and necessary expenses incurred

by Capstone in rendering such services in the amount of $2,808.92 less $750.36 previously paid, (the

"Eighth Quarterly Fee Application"), in each case for the interim quarterly period from October 1,

2005 through December 31, 2005 (the "Fee Period"). In support of this Application, Capstone

respectfully states as follows:

## Monthly Interim Fee Applications Covered Herein

1. Pursuant to the procedures set forth in the Administrative Fee Order and Amendment, professionals may apply for monthly compensation and reimbursement (each such application, a "Monthly Fee Application"), and the notice parties listed in the Administrative Fee Order and Amendment may object to such request. If no notice party objects to a professional's Monthly Fee Application within twenty (20) days after the date of service of the Monthly Fee Application, the applicable professional may submit to the Court a certification of no objection whereupon the Debtors are authorized to pay interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

2. Furthermore, and also pursuant to the Administrative Fee Order and Amendment, professionals are to file and serve upon the notice parties a quarterly request (a "Quarterly Fee Application") for interim Court approval and allowance of the Monthly Fee Applications filed during the quarter covered by that Quarterly Fee Application. If the Court grants the relief requested by the Quarterly Fee Application, the Debtors are authorized and directed to pay the professional 100% of the fees and expenses requested in the Monthly Fee Applications covered by that Quarterly Fee Application less any amounts previously paid in connection with the Monthly Fee Applications. Any payment made pursuant to the Monthly Fee Applications or a Quarterly Fee Application is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

3. Pursuant to an Application submitted to the Court on or about February 20, 2004, and by a Court order dated June 8, 2004 (the "Retention Order"), Capstone was retained as financial advisors for the Committee, nunc pro tunc to February 4, 2004.

7

4. Capstone, which was formed by former employees of FTI, was retained by the Committee instead and in place of FTI Consulting Inc. ("FTI"). FTI continues to be retained by the Committee in a limited advisory capacity.

5. Since its retention, Capstone has continuously and vigorously pursued the Committee's interests in these cases.

6. Capstone is a firm of financial advisors specializing in insolvency restructuring and related matters. Since being retained by the Committee, Capstone has rendered professional services to the Committee as requested and as necessary and appropriate in furtherance of the interests of the unsecured creditors of the Debtors' estates. Capstone respectfully submits that the professional services that it rendered on behalf of the Committee were necessary and have directly benefited the creditor constituents represented by the Committee and have contributed to the effective administration of these cases.

7. This is the Eighth Quarterly Fee Application for compensation for services rendered that Capstone has filed with the Bankruptcy Court in connection with the representation of the Committee in these chapter 11 cases.

8. Capstone has filed the following Monthly Fee Applications for interim compensation during the Fee Period:

   a. Twenty-first application of Capstone Advisory Group, LLC, financial advisor to the Official Committee of Unsecured Creditors, for allowance of compensation for service rendered and reimbursement of expenses incurred for the period from October 1, 2005 through October 31, 2005, filed on or about December 16, 2005 (the "Twenty-first Fee Application") attached hereto as Exhibit II.

   b. Twenty-second application of Capstone Advisory Group, LLC, financial advisor to the Official Committee of Unsecured Creditors, for allowance of compensation for service rendered and reimbursement of expenses incurred for the period from November 1, 2005 through November 30, 2005, filed on or about January 3, 2006, (the "Twenty-second Fee Application") attached hereto as Exhibit III.

      c. Twenty-third application of Capstone Advisory Group, LLC, financial advisor to the Official Committee of Unsecured Creditors, for allowance of compensation for service rendered and reimbursement of expenses incurred for the period from December 1, 2005 through December 31, 2005, filed on or about February 16, 2006, (the "Twenty-third Fee Application") attached hereto as Exhibit IV.

Capstone has not filed any other Quarterly Fee Applications or Monthly Fee Applications for the Fee Period.

**Description of Services, Fees and Expenses**

9. During the Eighth Quarterly Interim Period, the Applicant rendered professional services aggregating a total of 850.50 hours in the discharge of its duties as financial advisor and bankruptcy consultant to the Committee. The Applicant is seeking an interim allowance for compensation of professional services rendered to the Debtors of $335,823.00, representing 100% of fees incurred, and reimbursement of expenses in connection therewith of $2,808.92. The Applicant, respectfully, submits the following:

      a) The Applicant believes that the interim fees applied for herein for professional services rendered in performing accounting and advisory services for the Committee in this proceeding are fair and reasonable in view of the time spent, the extent of work performed, the nature of the Debtors' capitalization structure and financial condition, the Debtors' financial accounting resources and the results obtained.

      b) All expenses were billed at actual cost, exclusive of amortization of the cost of investment, equipment or capital outlay. Internal charges for outgoing out-of-town facsimile transmissions were billed at $1.00 per page for domestic transmissions. Photocopy charges were billed at actual cost for external copying and $.15 per page for internal copying. Capstone believes that these charges reflect its actual out-of-pocket costs.

      c) The disbursements and expenses have been incurred in accordance with Capstone's normal practice of charging clients for expenses clearly related to and required by particular matters. Such expenses were often incurred to enable Capstone to devote time beyond normal office hours to matters that imposed

9

extraordinary time demands.    Capstone has endeavored to minimize these expenses to the fullest extent possible.

d)  Capstone expended an aggregate of 850.50 hours, substantially all of which was expended by the professional staff of Capstone. The work involved, and thus the time expended, was carefully assigned in light of the experience and expertise required for a particular task.  A small staff was utilized to optimize efficiencies and avoid redundant efforts.  The staff of the Debtors or their advisors has been utilized where practical and prudent.

e)  Capstone's approach is to utilize senior, experienced personnel and to encourage the Debtors to provide the staff-level support and analysis to minimize total cost. In addition, Capstone's per diem rates for professionals of comparable experience are 10% to 20% lower than its competitors, the "Big-Four" accounting firms and certain other nationally-recognized specialty firms.

f)  Because Capstone's core staff consisted of senior professionals who performed a vast amount of the work, time spent communicating internally and reviewing the work product of junior associates was kept to a minimum.  Additionally, because of the experience of Capstone's professionals, in many instances only one or two Capstone representatives attended meetings or conference calls or performed specific functions.

g)  Edwin N. Ordway, Jr., a senior member of the firm in charge of this case, directed the activities of the Capstone team, calling upon his more than ten years of experience in restructuring and insolvency matters, including more than 100 cases, many as large and complex, and some larger and more complex than this matter.

h)  To the best of the Applicant's knowledge and belief, there has been no duplication of services between the Applicant and any other accountants or consultants to the bankruptcy estate.

i)  Capstone's travel time policy is for professional personnel to travel outside of business hours when possible.   Such time is not charged to a client unless productive work is performed during the travel period.  In this engagement, non-productive travel time is not being charged to the Debtors.

j)  In providing a reimbursable service such as copying or telephone, the Applicant does not make a profit on that service.  In charging for a particular service, Capstone does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay.   In seeking reimbursement for a service which the Applicant justifiably purchased or contracted for from a third party, Capstone requests reimbursement only for the amount billed to Capstone by such third party vendor and paid by Capstone to that vendor.

k) Annexed hereto as Attachment B are summaries of fees and hours by professional and by task during the Eighth Quarterly Interim Period, as well as a summary of expenses for the Eighth Quarterly Period.

l) Annexed hereto as Exhibit II, Exhibit III and Exhibit IV are the monthly interim applications that include the detail of the services performed by the Applicant during the each monthly period at the direction of the Committee and its Counsel.

m) Pursuant to Rule 2016, Capstone states that no compensation to be received in this proceeding will be shared with any person or entity outside of Capstone and that no compensation has been paid or promised to the Applicant in connection with the compensation sought in this Application except as disclosed herein. No prior application has been made to this or any other Court for the relief requested herein for the Compensation Period, nor has any payment been received by Capstone on account of its accounting and financial advisory services rendered or on account of the out-of-pocket expenses incurred in connection therewith.

n) As stated in the Affidavit of Edwin N. Ordway, Jr., annexed hereto as Exhibit I, all of the services for which interim compensation is sought herein were rendered for and on behalf of the Committee solely in connection with these cases.

10. The detail of services provided by Capstone during the Fee Period is included in the monthly fee applications attached as Exhibit II, Exhibit III and Exhibit IV. A summary of the services provided by Capstone during the Fee Period is provided in Attachment B.

## **Relief Requested**

11. By this Eighth Quarterly Fee Application, Capstone requests that the Court approve the interim allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by Capstone for the Fee Period, and as detailed in the October to December Monthly Applications, less the amounts previously paid to Capstone pursuant to the procedures set forth in the Administrative Fee Order and Amendment.[1] As stated above, the full

---

[1] Capstone reserves the right to seek at a later date compensation for services rendered and reimbursement for expenses incurred during the October through December 2005 period that are not otherwise included in the relevant October through December Monthly Applications.

scope of services provided and the related expenses incurred are fully described in the October

through December Monthly Applications, which are attached hereto as Exhibits II, III and IV.

### Disinterestedness

12. As disclosed in the affidavit of Edwin N. Ordway, Jr., (the "Affidavit") Capstone does not hold

or represent any interest adverse to the estates, and had been, at all relevant times, a disinterested

person as that term is defined in section 101(4) of the Bankruptcy Code as modified by section

1107 of the Bankruptcy Code.

13. Capstone may have in the past represented, may currently represent, and likely in the future will

represent parties-in-interest in connection with matters unrelated to the Debtors and the

chapter 11 cases. Capstone disclosed in its Retention Application its connections to parties-in-

interest that it has been able to ascertain using its reasonable efforts. Capstone will provide

supplemental Affidavits when necessary and when Capstone becomes aware of material new

information.

WHEREFORE, Capstone respectfully requests that the Court enter an order, substantially in the form attached hereto,

a)  granting Capstone an allowance of (i) $335,823.00 as compensation for reasonable and necessary professional services rendered to the Committee, less $75,929.08 previously paid, and (ii) of $2,808.92 for reimbursement of actual and necessary costs and expenses incurred, less $750.36 previously paid, for a net total of $261,287.56 owing and unpaid, or the Fee Period from October 1, 2005 through December 31, 2005;

b)  authorizing and directing the Debtors to pay to Capstone the outstanding amount of such sums; and

c)  granting such other and further relief as this Court may deem just and proper.

Date: <u>March 8, 2005</u>

Capstone Advisory Group, LLC

By _____
    Edwin N. Ordway, Jr.

Capstone Advisory Group, LLC
Park 80 West, Plaza I
Saddle Brook, NJ 07663
(201) 587-7100