**Exhibit III**

**Fee Application for the period**

**November 1, 2005 through November 30, 2005**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------x

In re:                                    Chapter 11

W.R. GRACE & Co., et al.,                 Case No. 01-01139 (JKF)
                                          (Jointly Administered)

           Debtors

TWENTY- SECOND INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005)

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | November 1, 2005 through November 30, 2005 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $118,062.00): | $ 94,449.60 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $ 1,119.74 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of
Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004

The total time expended and included herein for fee application preparation is approximately 20.6
hours and corresponding compensation requested is approximately $ 6,489.00.

This is the Twenty-second Interim Application filed by Capstone. Disclosure for the current period
and prior periods is as follows:

TWENTY-SECOND INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005)

### ATTACHMENT A
### TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| | | | | |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| | | | | |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

2

TWENTY-SECOND INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| | | | | |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $  494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
| | | | | |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $  435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

TWENTY-SECOND INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| Totals Sixth Quarterly | April 1, 2005 through June 30, 2005 | $297,230.00 | $2,252.85 | $237,784.00 |
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1, 2005 through September 30, 2005 | 75,983.50 | $482.03 | $60,786.80 |
| Totals Seventh Quarterly | July 1, 2005 through September 30, 2005 | $292,231.00 | $2,635.52 | $233,784.80 |
| December 16, 2005 | October 1, 2005 through October 31, 2005 | 95,742.50 | $750.36 | 76,594.00 |
| December 30, 2005 | November 1, 2005 through November 30, 2005 | $118,062.00 | $1,119.74 | $94,449.60 |

4

TWENTY-SECOND INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005)

**ATTACHMENT B
TO FEE APPLICATION**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

**W.R. Grace & Co.**
Capstone Advisory Group, LLC
Summary of Fees by Task Code
For the Period 11/1/2005 through 11/30/2005

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 03. Claims Analysis | During the Fee Application period, the Applicant Prepared and analyzed claims data from the Debtors' advisors and prepared a claims projection. | 3.70 | $1,688.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant participated in various discussions with the Committee chair, counsel and the Committee regarding issues including the Bear Stearns' retention, interest rates, exclusivity, Ludox royalties and other Debtor motions. | 29.60 | $12,980.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared monthly and quarterly Fee Statements and prepared responses to fee examiner questions. | 20.60 | $6,489.00 |
| 08. Financial Analysis – Schedules & Statements | During the Fee Application Period, the Applicant prepared numerous analyses, including analyses of operating performance and cash flow versus budget as well as industry/peer group, in conjunction with a review of the Debtors' Q3 results of operations. | 93.70 | $39,031.50 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant read and analyzed recent motions and prepared various reports to the Committee and counsel regarding Bear Stearns' retention issues, Ludox royalties, historical interest rates, the Intercat settlement and DIP documentation issues. | 96.30 | $37,434.00 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant read and analyzed information regarding interest rates with respect to unsecured debt and exclusivity issues, and prepared reports to the Committee regarding same. | 45.20 | $19,031.50 |
| 26. Meetings with Debtors | During the Fee Application Period, the Applicant participated in calls with the Debtors and their advisors regarding Q3 results, the retention of Bear Stearns, Ludox royalties and other case issues. | 3.70 | $1,407.50 |
| **For the Period 11/1/2005 through 11/30/2005** | | **292.80** | **$118,062.00** |

Capstone Advisory Group, LLC                              Page 1 of 1
Invoice for the November Fee Application

6

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Professional
## For the Period 11/1/2005 through 11/30/2005

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $530 | 13.90 | $7,367.00 |
| S. Cunningham | Member | $505 | 59.20 | $29,896.00 |
| R. Frezza | Consultant | $425 | 73.40 | $31,195.00 |
| L. Hamilton | Consultant | $350 | 139.40 | $48,790.00 |
| M. Desalvio | Research | $150 | 3.50 | $525.00 |
| J. Woods | Paraprofessional | $85 | 3.40 | $289.00 |
| **For the Period 11/1/2005 through 11/30/2005** | | | **292.80** | **$118,062.00** |

Capstone Advisory Group, LLC
Invoice for the November Fee Application

Page 1 of 1

7

**W.R. Grace & Co.**
Capstone Advisory Group, LLC
Detailed Time Description by Task Code
For the Period 11/1/2005 through 11/30/2005

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 03. Claims Analysis & Valuation | | | |
| 11/9/2005 | E. Ordway | 1.10 | Prepared projection of claims, including interest, at various future dates. |
| 11/22/2005 | R. Frezza | 2.60 | Prepared general unsecured claims roll forward analysis, and coordinated with Blackstone regarding questions and additional data for same. |
| Subtotal | | 3.70 | |
| 04. Creditor Committee Matters | | | |
| 11/1/2005 | L. Hamilton | 0.60 | Participated in call with counsel regarding Bear Stearns' retention. |
| 11/3/2005 | L. Hamilton | 0.60 | Participated in discussions with counsel regarding objection to Bear Stearns' retention. |
| 11/8/2005 | S. Cunningham | 1.40 | Met with Committee chair and counsel to discuss case issues. |
| 11/8/2005 | R. Frezza | 1.40 | Participated in meeting with Stroock and Committee chair. |
| 11/14/2005 | E. Ordway | 0.40 | Called Committee member to discuss near-term issues/exclusivity. |
| 11/16/2005 | L. Hamilton | 0.20 | Discussed case issues with counsel. |
| 11/17/2005 | L. Hamilton | 3.40 | Prepared summary of issues for conference call with Committee. |
| 11/18/2005 | R. Frezza | 2.00 | Prepared for call with the Committee and counsel. |
| 11/18/2005 | E. Ordway | 0.90 | Prepared for Committee call by reviewing correspondence and analyses regarding interest rates. |
| 11/18/2005 | L. Hamilton | 3.30 | Prepared for conference call with the Committee by reviewing and summarizing Q3 results of operations. |
| 11/18/2005 | L. Hamilton | 1.00 | Participated in conference call with the Committee. |
| 11/18/2005 | E. Ordway | 0.40 | Participated in Committee conference call to discuss exclusivity issues. |
| 11/21/2005 | R. Frezza | 0.60 | Discussed results of interest rate analysis with Committee chair. |
| 11/22/2005 | R. Frezza | 0.30 | Discussed interest rate report with Committee chair. |
| 11/22/2005 | L. Hamilton | 0.50 | Discussed interest rate assumptions and other issues with counsel. |

Capstone Advisory Group, LLC
Invoice for the November Fee Application

Page 1 of 8

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/23/2005 | L. Hamilton | 0.50 | Discussed interest rate recommendation and royalty payment with counsel. |
| 11/23/2005 | R. Frezza | 0.70 | Participated in interest rate discussions internally and with counsel. |
| 11/26/2005 | S. Cunningham | 0.50 | Discussed interest rate proposal with counsel. |
| 11/28/2005 | R. Frezza | 0.50 | Discussed interest rate analyses with Committee chair and counsel. |
| 11/28/2005 | E. Ordway | 1.30 | Prepared for Committee call by reviewing recent correspondence and reports. |
| 11/28/2005 | E. Ordway | 1.00 | Participated in Committee conference call to discuss exclusivity issues. |
| 11/28/2005 | S. Cunningham | 4.00 | Reviewed historical interest calculations and participated in conference call with counsel and Committee chair regarding same. |
| 11/29/2005 | S. Cunningham | 3.70 | Finalized interest analysis and participate in Committee call regarding same. |
| 11/30/2005 | L. Hamilton | 0.40 | Discussed Ludox royalty issues with counsel. |
| Subtotal |  | 29.60 | |

07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/1/2005 | L. Hamilton | 2.60 | Prepared response to fee audit. |
| 11/1/2005 | L. Hamilton | 1.20 | Prepared September fee application. |
| 11/1/2005 | E. Ordway | 0.60 | Prepared fee examiner correspondence. |
| 11/2/2005 | J. Woods | 0.50 | Prepared fee application. |
| 11/3/2005 | E. Ordway | 0.40 | Prepared fee examiner response. |
| 11/3/2005 | L. Hamilton | 0.40 | Prepared quarterly fee application. |
| 11/7/2005 | L. Hamilton | 1.90 | Prepared quarterly fee application. |
| 11/8/2005 | J. Woods | 1.00 | Prepared fee application. |
| 11/9/2005 | L. Hamilton | 1.30 | Prepared quarterly fee application. |
| 11/10/2005 | L. Hamilton | 0.90 | Prepared quarterly fee application. |
| 11/14/2005 | L. Hamilton | 2.70 | Prepared quarterly fee application. |
| 11/16/2005 | L. Hamilton | 1.60 | Prepared quarterly fee application. |
| 11/16/2005 | J. Woods | 1.50 | Prepared fee application. |

**Capstone Advisory Group, LLC**
**Invoice for the November Fee Application**

Page 2 of 8

9

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/17/2005 | J. Woods | 0.40 | Prepared fee application. |
| 11/17/2005 | L. Hamilton | 1.40 | Prepared quarterly fee application. |
| 11/21/2005 | L. Hamilton | 1.10 | Prepared quarterly fee application. |
| 11/28/2005 | L. Hamilton | 1.10 | Prepared October fee application. |
| Subtotal | | 20.60 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/3/2005 | L. Hamilton | 2.80 | Read and analyzed industry reports regarding Q3. |
| 11/7/2005 | S. Cunningham | 0.80 | Read and analyzed information pertaining to Q3 performance. |
| 11/8/2005 | L. Hamilton | 2.70 | Gathered, read and analyzed chemical industry reports pertaining to Q3 performance. |
| 11/8/2005 | M. Desalvio | 1.10 | Retrieved analysts reports regarding Q3 performance and distributed same to case team members. |
| 11/8/2005 | S. Cunningham | 1.60 | Read and analyzed Debtors' information pertaining to Q3 performance vs. plan and prior year. |
| 11/9/2005 | S. Cunningham | 3.50 | Read and analyzed Debtors' information pertaining to Q3 performance vs. plan and prior year. |
| 11/10/2005 | L. Hamilton | 7.10 | Prepared peer group schedule for inclusion in Q3 report. |
| 11/11/2005 | L. Hamilton | 3.20 | Summarized peer group sales data for inclusion in Q3 report. |
| 11/11/2005 | L. Hamilton | 4.80 | Summarized peer group EBIT data for inclusion in Q3 report to the Committee. |
| 11/14/2005 | L. Hamilton | 1.50 | Prepared peer group analyses for inclusion in Q3 report. |
| 11/14/2005 | R. Frezza | 1.20 | Read and analyzed Debtors' Q3 financial package. |
| 11/14/2005 | S. Cunningham | 2.50 | Read and analyzed Debtors' information pertaining to Q3 performance vs. plan and prior year. |
| 11/15/2005 | R. Frezza | 4.40 | Continued analysis of Q3 financial package and summarized open points in preparation for call with Debtors. |
| 11/15/2005 | S. Cunningham | 2.50 | Read and analyzed Debtors' information pertaining to Q3 performance vs. plan and prior year. |
| 11/15/2005 | L. Hamilton | 5.10 | Read and analyzed industry reports regarding Q3 results. |

Capstone Advisory Group, LLC
Invoice for the November Fee Application

Page 3 of 8

10

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/16/2005 | E. Ordway | 2.10 | Read and analyzed 3rd Quarter financial data and summarized issues for staff to review/investigate. |
| 11/16/2005 | R. Frezza | 1.60 | Continued detail analysis of Q3 05 financial results. |
| 11/16/2005 | L. Hamilton | 1.20 | Read and analyzed Q3 financial statement summary received from Debtors. |
| 11/16/2005 | S. Cunningham | 5.00 | Read and analyzed industry information pertaining to Q3 performance. |
| 11/16/2005 | L. Hamilton | 1.30 | Prepared distribution of financial statements to the Committee. |
| 11/17/2005 | S. Cunningham | 5.00 | Read and analyzed industry information pertaining to Q3 performance. |
| 11/17/2005 | R. Frezza | 3.80 | Read and analyzed the Debtors' Q3 Financial Briefing and developed questions to discuss with management. |
| 11/18/2005 | R. Frezza | 2.10 | Prepared Q3 peer analysis update. |
| 11/18/2005 | S. Cunningham | 4.30 | Reviewed and analyzed historical cash flow data. |
| 11/18/2005 | L. Hamilton | 2.90 | Prepared summary of issues pertaining to Q3 conference call for follow up. |
| 11/21/2005 | L. Hamilton | 3.20 | Prepared Q3 report outline incorporating industry outlook. |
| 11/22/2005 | R. Frezza | 2.20 | Continued to read and analyze Q3 information provided by the Debtors. |
| 11/22/2005 | L. Hamilton | 2.40 | Updated Q3 report outline. |
| 11/25/2005 | R. Frezza | 3.20 | Read and analyzed chemical industry data for inclusion in Q3 report. |
| 11/29/2005 | S. Cunningham | 2.50 | Summarized key issues regarding Q3 performance for followup by staff. |
| 11/29/2005 | R. Frezza | 2.90 | Read and analyzed October MOR. |
| 11/30/2005 | R. Frezza | 2.40 | Updated peer data analysis for Q3 report. |
| 11/30/2005 | L. Hamilton | 0.80 | Updated peer group data for Q3 report. |
| Subtotal | | 93.70 | |

11. Financial Analysis - Other

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/1/2005 | L. Hamilton | 1.50 | Prepared additional analyses regarding Bear Stearns' retention. |
| 11/1/2005 | L. Hamilton | 3.60 | Prepared report to the Committee regarding Bear Stearns' retention. |
| 11/1/2005 | E. Ordway | 0.90 | Prepared work plan for discussion with chair and counsel. |

**Capstone Advisory Group, LLC**
**Invoice for the November Fee Application**

Page 4 of 8

11

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/1/2005 | S. Cunningham | 3.00 | Read and prepared analysis of Bear Stearns' retention. |
| 11/2/2005 | L. Hamilton | 5.50 | Coordinated efforts with counsel and finalized report to the Committee regarding Bear Stearns' retention. |
| 11/2/2005 | S. Cunningham | 2.30 | Discussed and reviewed information regarding Bear Stearns' fee structure. |
| 11/3/2005 | S. Cunningham | 3.10 | Discussed and reviewed information regarding Bear Stearns' fee structure. |
| 11/3/2005 | L. Hamilton | 0.90 | Read and analyzed correspondence from counsel regarding Bear Stearns. |
| 11/4/2005 | L. Hamilton | 3.80 | Prepared summary of hearing issues. |
| 11/4/2005 | L. Hamilton | 1.70 | Read and analyzed recent court docket filings. |
| 11/7/2005 | L. Hamilton | 0.50 | Read correspondence from counsel regarding Bear Stearns and discussed same with case team member. |
| 11/7/2005 | L. Hamilton | 3.60 | Researched DIP documentation and provisions at request of counsel. |
| 11/7/2005 | S. Cunningham | 1.10 | Prepared update regarding various case issues in preparation for meeting with Committee chair. |
| 11/7/2005 | S. Cunningham | 2.10 | Read and analyzed information pertaining to current motions. |
| 11/8/2005 | L. Hamilton | 1.60 | Researched DIP documentation and provisions at request of counsel. |
| 11/17/2005 | L. Hamilton | 1.00 | Updated work plan. |
| 11/17/2005 | R. Frezza | 4.40 | Read and analyzed motions/memos related to ZAI litigation and prepared a summary of issues. |
| 11/18/2005 | M. Desalvio | 1.40 | Retrieved historical interest rate data. |
| 11/18/2005 | L. Hamilton | 1.80 | Prepared summary of Q3 and Committee issues. |
| 11/21/2005 | M. Desalvio | 0.40 | Retrieved historical interest rate data. |
| 11/21/2005 | L. Hamilton | 0.70 | Read and analyzed recent court docket filings. |
| 11/21/2005 | S. Cunningham | 3.00 | Analyzed and prepared analysis regarding Ludox royalty payments. |
| 11/21/2005 | L. Hamilton | 1.50 | Prepared work plan. |
| 11/22/2005 | S. Cunningham | 3.30 | Analyzed and prepared analysis regarding Ludox royalty payments. |
| 11/22/2005 | L. Hamilton | 1.30 | Updated work plan |
| 11/22/2005 | L. Hamilton | 0.70 | Analyzed royalty payment data provided by Debtors. |

Capstone Advisory Group, LLC                                                    **Page 5 of 8**
Invoice for the November Fee Application

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/23/2005 | L. Hamilton | 6.60 | Analyzed royalty payment data provided by Debtors' advisors. |
| 11/23/2005 | L. Hamilton | 0.90 | Read and analyzed correspondence regarding Intercat settlement. |
| 11/28/2005 | R. Frezza | 1.30 | Read/edited Ludox royalty report to the Committee. |
| 11/28/2005 | L. Hamilton | 1.10 | Prepared work plan. |
| 11/28/2005 | L. Hamilton | 5.10 | Analyzed Ludox royalty rate information provided by Debtors' advisors and prepared draft report to the Committee. |
| 11/28/2005 | L. Hamilton | 0.70 | Analyzed Intercat settlement information. |
| 11/28/2005 | M. Desalvio | 0.60 | Retrieved forecast interest rate data for case team member. |
| 11/29/2005 | L. Hamilton | 0.90 | Read and analyzed recent court docket filings. |
| 11/29/2005 | L. Hamilton | 4.30 | Prepared report to the Committee regarding Ludox royalties. |
| 11/29/2005 | L. Hamilton | 4.80 | Prepared Ludox royalty analyses. |
| 11/30/2005 | L. Hamilton | 1.40 | Analyzed Intercat settlement information. |
| 11/30/2005 | R. Frezza | 1.20 | Read/edited final Ludox royalty report. |
| 11/30/2005 | L. Hamilton | 2.10 | Prepared report to the Committee regarding Intercat settlement. |
| 11/30/2005 | L. Hamilton | 2.00 | Updated Ludox royalty report to the Committee. |
| 11/30/2005 | L. Hamilton | 2.80 | Updated Ludox royalty analyses. |
| 11/30/2005 | S. Cunningham | 4.00 | Read and analyzed Ludox royalty data and related memorandum from counsel. |
| 11/30/2005 | R. Frezza | 1.80 | Read and analyzed information pertaining to Intercat settlement. |
| Subtotal | | 96.30 | |

15. Plan & Disclosure Statement

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/16/2005 | R. Frezza | 2.20 | Analyzed interest rates provided in POR for pre-petition debt and Class 9 claims |
| 11/16/2005 | R. Frezza | 1.00 | Read and analyzed POR and disclosure statement in preparation for discussion with Committee chair. |
| 11/17/2005 | L. Hamilton | 2.20 | Read and analyzed correspondence from counsel regarding POR and extension of exclusivity issues. |

**Capstone Advisory Group, LLC**                                           **Page 6 of 8**
**Invoice for the November Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/17/2005 | E. Ordway | 1.70 | Reviewed files and prior correspondence regarding interest rate negotiation in 2004. |
| 11/18/2005 | R. Frezza | 1.10 | Continued to prepare POR interest rate analysis. |
| 11/21/2005 | L. Hamilton | 3.30 | Prepared interest rate analysis pertaining to pre-petition liabilities in response to request by Committee chair. |
| 11/21/2005 | R. Frezza | 6.00 | Prepared report to the Committee regarding POR interest rates in POR. |
| 11/21/2005 | R. Frezza | 2.30 | Continued to prepare POR interest rate analysis. |
| 11/22/2005 | L. Hamilton | 3.60 | Obtained and analyzed updated interest accrual data. |
| 11/22/2005 | E. Ordway | 0.40 | Directed staff in preparing interest rate analysis. |
| 11/22/2005 | R. Frezza | 3.10 | Prepared interest rate analysis report to the Committee. |
| 11/23/2005 | R. Frezza | 2.10 | Prepared additional interest rate analyses at the request of counsel. |
| 11/25/2005 | R. Frezza | 2.60 | Prepared additional interest rate analyses. |
| 11/28/2005 | R. Frezza | 6.60 | Prepared additional interest rate analyses. |
| 11/29/2005 | E. Ordway | 2.70 | Prepared/edited report to the Committee regarding interest rates for POR purposes. |
| 11/29/2005 | R. Frezza | 3.30 | Prepared additional interest rate analyses based on various assumptions provided by counsel. |
| 11/29/2005 | R. Frezza | 1.00 | Prepared for and participated in pre-call and Committee call regarding POR interest rates and exclusivity extension. |
| Subtotal | | 45.20 | |

26. Meetings with Debtors

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/18/2005 | L. Hamilton | 1.00 | Participated in call with Debtors regarding Q3 results. |
| 11/18/2005 | R. Frezza | 1.20 | Prepared for and participated in call with the Debtors. |
| 11/21/2005 | L. Hamilton | 0.20 | Discussed details of cash requirements with Blackstone. |
| 11/21/2005 | R. Frezza | 0.30 | Discussed Ludox royalties with Debtors' advisors. |
| 11/22/2005 | L. Hamilton | 0.50 | Discussed interest rate assumptions and other issues with Debtors' |
| 11/30/2005 | L. Hamilton | 0.50 | Discussed open issues regarding Ludox royalties with Debtors' and Debtors' advisors. |

Capstone Advisory Group, LLC
Invoice for the November Fee Application

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| Subtotal | | 3.70 | |
| **Total Hours** | | **292.80** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 11/1/2005 through 11/30/2005

| Date | Professional | Detail | Amount |
|------|-------------|--------|-------:|
| **Copies** | | | |
| 11/7/2005 | Capstone Expenses | November copies | $253.00 |
| Subtotal - Copies | | | $253.00 |
| **Mileage** | | | |
| 11/16/2005 | Frezza, R | NYC office mileage | $15.00 |
| 11/30/2005 | Hamilton, L | Team meetings | $213.40 |
| Subtotal - Mileage | | | $228.40 |
| **Parking/Tolls** | | | |
| 11/16/2005 | Frezza, R | NYC office, parking $27.00, tolls $6.00 | $35.00 |
| Subtotal - Parking/Tolls | | | $35.00 |
| **Postage/FedEx/Other** | | | |
| 11/18/2005 | Capstone Expenses | Parcels, Inc. | $171.60 |
| Subtotal - Postage/FedEx/Other | | | $171.60 |
| **Scans** | | | |
| 11/7/2005 | Capstone Expenses | November scans | $17.00 |
| Subtotal - Scans | | | $17.00 |
| **Telecom Charges** | | | |
| 11/30/2005 | Capstone Expenses | November Telephone | $379.74 |
| 11/30/2005 | Frezza, R | Cell phone | $35.00 |
| Subtotal - Telecom Charges | | | $414.74 |
| **For the Period 11/1/2005 through 11/30/2005** | | | $1,119.74 |

Capstone Advisory Group, LLC
Invoice for the November Fee Application

Page 1 of 1