IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., ET AL. | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

Stephanie Lenkiewicz, certify that I am not less than 18 years of age, and that service of the **Notice of Eighth Quarterly Interim Application of Capstone Advisory Group, LLC, for the Period October 1, 2005 through December 31, 2005** was made on March 13, 2005, upon the Parties listed on the 2002 service list either by First Class Mail or Hand Delivery for all parties located in Wilmington, Delaware.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: March 13, 2006

Stephanie Lenkiewicz, Legal Assistant
DUANE MORRIS LLP
1100 N. Market Street, Ste 1200
Wilmington, DE 19801
Telephone:  (302) 657-4900
Facsimile:  (302) 657-4901

DM3\347381.1