All responses are to be served upon:
Holly W. Bull
Kirkland & Ellis LLP
200 East Randolph Drive, Chicago, Illinois 60601-6636 and
James E. O'Neill
Pachulski, Stang, Ziehl, Young, Jones & Weintraub LLP
919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801)

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) |
| | ) Case No. 01-01139 (JKF) |
| Debtors. | ) |
| | ) (Jointly Administered) |

Hearing Date: April 17, 2006 at 2:00 p.m.
Responses Due: April 13, 2006 at 4:00 p.m.

## NOTICE OF FILING DEBTORS' SIXTEENTH
## OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

**PLEASE TAKE NOTICE** that on or about March 13, 2006, the above-captioned debtors and debtors in possession (the "Debtors") filed the Debtors' Sixteenth Omnibus Objection to Claims (Non-Substantive) (the "Sixteenth Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food =N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**PLEASE TAKE FURTHER NOTICE** that the following parties will receive a copy of the Sixteenth Omnibus Objection (with all exhibits): (i) the U.S. Trustee and (ii) the Core Group as defined in the current Case Management Procedures and (iii) the 2002 List. In addition, the Debtors' claims consultant, Bankruptcy Management Corporation ("BMC"), will serve a copy of the Sixteenth Omnibus Objection (with all exhibits) upon those creditors that have filed claims that are affected by the Sixteenth Omnibus Objection. Any party may obtain a copy of the Sixteenth Omnibus Objection with all exhibits by requesting the same from BMC at (888) 909-0100 or by going onto the BMC website at http://www.bmccorp.net/wrgrace.

**PLEASE TAKE FURTHER NOTICE** that

1. A hearing on the Sixteenth Omnibus Objection will be held before the Honorable Judith K. Fitzgerald, United States Bankruptcy Court, 824 Market Street, Wilmington, Delaware on **April 17, 2006 at 2:00 p.m.** (the "Claims Hearing").

2. Any party wishing to oppose the relief requested in the Sixteenth Omnibus Objection must file a written response with the Clerk of the U.S. Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801, and serve a copy of the response upon Kirkland & Ellis LLP, Attn: Holly W. Bull, 200 East Randolph Drive, Suite 6500, Chicago, Illinois 60601-6636, and upon Pachulski, Stang, Ziehl, Young, Jones & Weintraub LLP, Attn: James E. O'Neill, 919 N. Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), so as to be received on or before **April 13, 2006 at 4:00 p.m. (Eastern Time)**. Only those responses timely filed with the Court and received by the Debtors' counsel will be considered by the Court.

3. If no response is filed, served and received by April 13, 2006, at 4:00 p.m. (Eastern Time) the Court will be requested to enter an order, similar to the attached form of

proposed order disallowing, expunging, and/or reclassifying the Claim(s) as requested in the Sixteenth Omnibus Objection.

4. Any response should contain the following:

   (i) a caption setting forth the name of the Court, the name of the Debtors, the case number and the title of the Objection to which the response is directed;

   (ii) the name and contact information (including daytime telephone number) of the claimant and a description of the basis for the amount of the claim;

   (iii) the claim number(s) of the claim objection(s) to which the response is directed;

   (iv) the specific factual basis and supporting legal argument upon which the party will rely in opposing the Sixteenth Omnibus Objection; and

   (v) any supporting documentation, to the extent it was not included with the proof of claim previously filed with the Clerk or Claims Agent, upon which the party will rely to support the basis for and amounts asserted in the proof of claim.

5. If you file a response to the Sixteenth Omnibus Objection, you should be prepared to argue that response at the Claims Hearing unless you reach an agreement with the Debtors' counsel to continue or resolve your matter.

6. You need not respond to the Sixteenth Omnibus Objection or appear at the Claims Hearing if you do not object to the relief requested in the Sixteenth Omnibus Objection. If you do not timely file and serve a response to the Sixteenth Omnibus Objection, the relief requested in the Sixteenth Omnibus Objection may be granted without further notice to you. Failure to timely file a response to the Sixteenth Omnibus Objection shall be deemed (i) waiver of your right to respond to the Sixteenth Omnibus Objection and (ii) your consent to the relief requested in the Sixteenth Omnibus Objection respecting your Claim.

7. The Debtors reserve the right to file and serve a reply to a claimant's Response. If you have any questions regarding your claim(s) you should contact Bankruptcy Management

Corporation at (888) 909-0100.  If you have any questions regarding the Sixteenth Omnibus Objection, please call Holly Bull at Kirkland & Ellis LLP at (312) 861-3498.

Dated: March 13, 2006             Respectfully submitted,

                                          KIRKLAND & ELLIS LLP
                                          Janet S. Baer
                                          Salvatore F. Bianca
                                          200 East Randolph Drive
                                          Chicago, IL  60601-6636
                                          (312) 861-2000

                                          and

                                          PACHULSKI, STANG, ZIEHL, YOUNG, JONES
                                          & WEINTRAUB LLP

                                          */s/ James E. O'Neill*

                                          Laura Davis Jones (Bar No. 2436)
                                          James E. O'Neill (Bar No. 4048)
                                          919 North Market Street, 17th Floor
                                          P.O. Box 8705
                                          Wilmington, DE 19899-8705 (Courier 19801)
                                          (302) 652-4100

                                          Co-Counsel for Debtors and Debtors in Possession