# EXHIBIT B

In re: W.R. GRACE & CO., et al

**OMNIBUS 16: EXHIBIT B - DUPLICATE CLAIMS**

## Claim To Be Expunged

| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|
| 1 | HARRIS COUNTY/CITY OF HOUSTON<br>C/O JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | 01-01139 | 17024 | $827.21 | (S) |
| 2 | HOUSTON ISD<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | 01-01139 | 17025 | $7,135.70 | (S) |
| 3 | RIVAS, MARIA L<br>PO BOX 658<br>LA BLANCA TX 78558 | 01-01139 | 15730 | BLANK | (U) |

**Total Claims Expunged:** 3    **Total Dollars Expunged:** $7,962.91

## Surviving Claim

| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|
| HARRIS COUNTY/CITY OF HOUSTON<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | 01-01139 | 15505 | $827.21 | (S) |
| HOUSTON ISD<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | 01-01139 | 15504 | $7,135.70 | (S) |
| RIVAS, MARIA L<br>PO BOX 658<br>LA BLANCA TX 78558 | 01-01139 | 15729 | BLANK | (U) |

**(A) - Administrative    (S) - Secured**
**(P) - Priority    (U) - Unsecured**

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

Page 1 of 1

2/22/2006 10:43:39 AM