# EXHIBIT C

## In re: W.R. GRACE & CO., et al
## OMNIBUS 16: EXHIBIT C - LATE FILED CLAIMS

|  | Creditor Name / Address | Case Number | Claim Number | Docketed Claim Date | Total Claim Dollars | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | AMERICAN PRESIDENT LINES, LTD<br>1111 BROADWAY STREET<br>OAKLAND CA 94607<br>USA | 01-01139<br>W.R. GRACE & CO. | 17022 | 2/3/2005 | $60,561.43 | CLAIM FILED AFTER 3/31/03 BAR DATE. |
| 2 | LOS ANGELES COUNTY TREASURER & TAX COLLE<br>225 NO. HILL STREET, ROOM 160<br>LOS ANGELES CA 90012<br>USA | 01-01139<br>W.R. GRACE & CO. | 17014 | 12/13/2004 | $31,390.07 | CLAIM FILED AFTER 3/31/03 BAR DATE. |
| 3 | PERNELL, ALICE<br>DAVIS PUNELLI & KEATHLEY LLP<br>19900 MACARTHUR BLVD #950<br>IRVINE CA 92612 | 01-01139<br>W.R. GRACE & CO. | 17021 | 7/12/2005 | $900,000.00 | CLAIM FILED AFTER 3/31/03 BAR DATE. |
| 4 | PERNELL, ALICE<br>DAVIS, PUNELLI & KEATHLEY LLP<br>19900 MACARTHUR BLVD #950<br>IRVINE CA 92612 | 01-01139<br>W.R. GRACE & CO. | 17051 | 7/12/2005 | $900,000.00 | CLAIM FILED AFTER 3/31/03 BAR DATE. |
| 5 | PERNELL, ROBERT<br>DAVIS PUNELLI & KEATHLEY<br>19900 MACARTHUR BLVD #950<br>IRVINE CA 92612 | 01-01139<br>W.R. GRACE & CO. | 17030 | 7/12/2005 | $900,000.00 | CLAIM FILED AFTER 3/31/03 BAR DATE. |
| 6 | PERNELL, ROBERT<br>DAVIS, PUNELLI & KEATHLEY LLP<br>19900 MACARTHUR BLVD #950<br>IRVINE CA 92612 | 01-01139<br>W.R. GRACE & CO. | 17049 | 7/12/2005 | $900,000.00 | CLAIM FILED AFTER 3/31/03 BAR DATE. |
| 7 | RIVAS, MARIA L<br>PO BOX 658<br>LA BLANCA TX 78558 | 01-01139<br>W.R. GRACE & CO. | 15730 | 3/7/2005 | BLANK | CLAIM FILED AFTER 3/31/03 BAR DATE. |
| 8 | RIVAS, MARIA L<br>PO BOX 658<br>LA BLANCA TX 78558 | 01-01139<br>W.R. GRACE & CO. | 15729 | 3/7/2005 | BLANK | CLAIM FILED AFTER 3/31/03 BAR DATE. |
| 9 | SCHANTZ REVOCABLE FAMILY TRUST<br>JOHN R. SCHANTZ/JO ELLEN K. SCHANTZ TRUSTEES<br>DAVIS PUNELLI & KEATHLEY LLP<br>19900 MACARTHUR BLVD #950<br>IRVINE CA 92612 | 01-01139<br>W.R. GRACE & CO. | 17013 | 7/12/2005 | $900,000.00 | CLAIM FILED AFTER 3/31/03 BAR DATE. |
| 10 | SCHANTZ REVOCABLE FAMILY TRUST<br>JOHN R. SCHANTZ/JO ELLEN K. SCHANTZ, TRUSTEES<br>DAVIS, PUNELLI & KEATHLEY LLP<br>19900 MACARTHUR BLVD #950<br>IRVINE CA 92612 | 01-01139<br>W.R. GRACE & CO. | 17050 | 7/12/2005 | $900,000.00 | CLAIM FILED AFTER 3/31/03 BAR DATE. |
| 11 | SCHANTZ, MELVIN<br>DAVIS PUNELLI & KEATHLEY LLP<br>19900 MACARTHUR BLVD #950<br>IRVINE CA 92612 | 01-01139<br>W.R. GRACE & CO. | 17028 | 7/12/2005 | $900,000.00 | CLAIM FILED AFTER 3/31/03 BAR DATE. |

## In re: W.R. GRACE & CO., et al
## OMNIBUS 16: EXHIBIT C - LATE FILED CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Docketed Claim Date | Total Claim Dollars | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 12 | SCHANTZ, MELVIN<br>DAVIS, PUNELLI & KEATHLEY LLP<br>19900 MACARTHUR BLVD #950<br>IRVINE CA 92612 | 01-01139<br>W.R. GRACE & CO. | 17053 | 7/12/2005 | $900,000.00 | CLAIM FILED AFTER 3/31/03 BAR DATE. |
| 13 | SCHANTZ, MERRIAM<br>DAVIS PUNELLI & KEATHLEY LLP<br>19900 MACARTHUR BLVD #950<br>IRVINE CA 92612 | 01-01139<br>W.R. GRACE & CO. | 17029 | 7/12/2005 | $900,000.00 | CLAIM FILED AFTER 3/31/03 BAR DATE. |
| 14 | SCHANTZ, MERRIAM<br>DAVIS, PUNELLI & KEATHLEY LLP<br>19900 MACARTHUR BLVD #950<br>IRVINE CA 92612 | 01-01139<br>W.R. GRACE & CO. | 17052 | 7/12/2005 | $900,000.00 | CLAIM FILED AFTER 3/31/03 BAR DATE. |

totals: $9,091,951.50  (U)