## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 4, 2006, 4:00 p.m.** |
| | ) | **Hearing Date:  TBD - only if necessary** |

### SUMMARY OF THE APPLICATION OF BUCHANAN INGERSOLL PC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006

Name of Applicant:                                    Buchanan Ingersoll PC

Authorized to Provide Professional Services to:       Zonolite Attic Insulation Claimants

Date of Appointment:                                  July 22, 2002[1]

Period for which compensation and
Reimbursement is sought:                              February 1, 2006 through
                                                      February 28, 2006

Amount of Compensation sought as actual,
Reasonable, and necessary:                            $ 5,248.00

Amount of Expenses Reimbursement:                     $ 417.58

This is a:  <u>X</u> monthly    _ quarterly   _ final application

Prior Application filed:  Yes.

---

[1] Buchanan Ingersoll PC presently serves as Delaware Bankruptcy Counsel to the ZAI Claimants, pursuant to the designation of Edward Westbrook, who was appointed Lead Special counsel to the ZAI Claimants by Order dated August 26, 2002.  That Order made the appointment of counsel to the ZAI Claimants retroactive to July 22, 2002.

| Application | Period Covered | Date filed | CNO filed | Fees Sought | Expenses Sought | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|---|---|
| 1st Monthly | Sept. 24 through Oct. 31, 2004 | 11/29/04 (7044) | 2/9/05 (7731) | $13,472.00 | $74.40 | No objections served on counsel | No objections served on counsel |
| 2nd Monthly | November, 2004 | 1/12/05 (7528) | 2/14/05 (7768) | $5,765.00 | $2,317.07 | No objections served on counsel | No objections served on counsel |
| 3rd Monthly | December, 2004 | 5/4/05 (8366) | 6/28/05 (8692) | $5,815.50 | $1,542.81 | No objections served on counsel | No objections served on counsel |
| **First Quarterly** | **September 24, 2004 through December 31, 2004** | **8/12/05 (9187)** | | **$25,052.50** | **$3,934.28** | No objections served on counsel | No objections served on counsel |
| 4th Monthly | January, 2005 | 5/4/05 (8367) | 7/7/05 (8951) | $6,297.00 | $4,167.75 | No objections served on counsel | No objections served on counsel |
| 5th Monthly | February, 2005 | 5/4/05 (8368) | 7/7/05 (8952) | $6,066.50 | $698.29 | No objections served on counsel | No objections served on counsel |
| 6th Monthly | March, 2005 | 5/4/05 (8369) | 7/7/05 (8953) | $1,128.00 | $47.64 | No objections served on counsel | No objections served on counsel |
| **Second Quarterly** | **January - March 2005** | **8/12/05 (9188)** | | **$13,491.50** | **$4,913.68** | No objections served on counsel | No objections served on counsel |
| 7th Monthly | April, 2005 | No application filed | n/a | n/a | n/a | No objections served on counsel | No objections served on counsel |
| 8th Monthly | May, 2005 | 8/9/05 (9155) | 9/14/05 (9425) | $3,835.00 | $508.16 | No objections served on counsel | No objections served on counsel |
| 9th Monthly | June, 2005 | 8/9/05 (9157) | 9/14/05 (9427) | $2,737.00 | $1,102.30 | No objections served on counsel | No objections served on counsel |
| **Third Quarterly** | **April - June 2005** | **9/28/05 (9524)** | | **$6,332.00** | **$1,610.46** | No objections served on counsel | No objections served on counsel |
| 10th Monthly | July 2005 | 9/13/05 (9416) | 10/18/05 | $477.50 | $110.56 | No objection | No objection |

| | | | | | | served on counsel | served on counsel |
|---|---|---|---|---|---|---|---|
| 11th Monthly | August 2005 | 9/14/05 (9417) | 10/18/05 | $5,127.50 | $3,184.52 | No objection served on counsel | No objection served on counsel |
| 12th Monthly | September 2005 | 12/27/05 (11437) | 2/15/06 | $7,404.50 | $1,110.57 | No objection served on counsel | No objection served on counsel |
| **Fourth Quarterly** | **July-September 2005** | **2/20/06 (11861)** | | **$13,009.50** | **$4,385.83** | No objections served on counsel | No objections served on counsel |
| 13th Monthly | October 2005 | 12/27/05 (11441) | 2/15/06 | $2,729.00 | $0.00 | No objection served on counsel | No objection served on counsel |
| 14th Monthly | November 2005 | 1/20/06 (11598) | 2/16/06 | $1,948.00 | $754.67 | No objection served on counsel | No objection served on counsel |
| 15th Monthly | December 2005 | 1/20/06 (11599) | 2/16/06 | $4,906.00 | $313.37 | No objection served on counsel | No objection served on counsel |
| **Fifth Quarterly** | **October - December 2005** | **3/8/06 (11995)** | | $9,583.00 | $1,068.04 | Objection period still pending | Objection period still pending |
| 16th Monthly | January 2006 | 2/16/06 (11832) | 3/9/06 | $4,966.00 | $366.26 | No objection served on counsel | No objection served on counsel |

This is the seventeenth application of Buchanan Ingersoll PC ("BIPC") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The BIPC attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Shareholder | 15 | Bankruptcy | $260.00 | 5.4 | $1,728.00 |
| Ian D. Lindley | Associate | 3 | Bankruptcy | $185.00 | 17.60 | $3,520.00 |
| TOTALS | | | | | 23.00 | $5,248.00 |

No paraprofessional rendered professional services in these cases during the Fee Period.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---:|---:|
| 11 - Fee Applications, Applicant | 18.8 | $3,904.00 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 4.2 | $1,344.00 |
| TOTALS | 23.0 | $5,248.00 |

## 11 - Fee Applications, Applicant

| Description | Amount |
|---|---:|
| Copying - In-house ($0.07 per page) | $222.46 |
| Courier Service (copies and hand deliveries) | $170.00 |
| On-line Search Service (CM/ECF) | $25.12 |
| Total | $417.58 |

Dated: March 14, 2006
    Wilmington, Delaware       **BUCHANAN INGERSOLL PC**

                                              */s/ William D. Sullivan*
                                              William D. Sullivan (No. 2820)
                                              1007 North Orange Street, Suite 1110
                                              Wilmington,  DE  19801-1236
                                              Telephone: (302) 428-5500
                                              Facsimile: (302) 428-3996

                                              Delaware Counsel for the ZAI Claimants

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et</u> <u>al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 4, 2006, 4:00 p.m.** |
| | ) | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF BUCHANAN INGERSOLL PC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM
<u>FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006</u>**

# Buchanan Ingersoll PC

ATTORNEYS

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

ZAI PLAINTIFFS
C/O RICHARDSON, PATRICK, WESTBROOK & BRICKMAN
ATTN: ED WESTBROOK, ESQ
1037 CHUCK DAWLEY BLVD BUILDING A
MT. PLEASANT, SC 29464

March 9, 2006
Invoice No. 9891925

**For Legal Services Rendered in Connection With:**

W.R. GRACE
C.A #01-01139
ZONOLITE

Reference #0051677-000001

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 02/01/06 | I. D. Lindley | 0.30 | 60.00 | Begin preparation of Scott Law Group November, December 2005 interim fee applications. |
| 02/01/06 | W.D. Sullivan | 0.40 | 128.00 | Review and approve for filing the monthly fee applications for The Scott Law Group (October 2005, November 2005 and December 2005) |
| 02/02/06 | I. D. Lindley | 4.30 | 860.00 | Correspondence to notice parties re: electronic copies of fee applications for Buchanan Ingersoll, Richardson Patrick firms filed in January 2006. (0.3) Correspondence to Scott Law Group re: October 2005 fee application. (0.1) Revise and prepare for filing Scott Law Group interim fee applications for |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

ZAI PLAINTIFFS                                          March 9, 2006
W.R. GRACE                                             Invoice No. 9891925
Ref. No. 0051677-000001                               Page    2

|            |               |      |        | October, November and December 2005; attention to filing and service of same.   (3.9) |
|------------|---------------|------|--------|---------------------------------------------------|
| 02/02/06   | W.D. Sullivan | 0.20 | 64.00  | Review status report of property damage motions   |
| 02/03/06   | I. D. Lindley | 0.10 | 20.00  | Correspondence with Scott Law Group re: quarterly fee application due dates. |
| 02/03/06   | W.D. Sullivan | 0.30 | 96.00  | Review expert witness designations                |
| 02/07/06   | W.D. Sullivan | 0.10 | 32.00  | Receive transcript from January 26, 2006 hearing  |
| 02/10/06   | I. D. Lindley | 0.30 | 60.00  | Review fee application records per request from Richardson Patrick firm (0.2) ; correspondence to K. Jones at Richardson, Patrick listing fee application filing dates.   (0.1) |
| 02/15/06   | I. D. Lindley | 2.50 | 500.00 | Review docket for objections to BIPC September, October, November, December fee applications and update tracking charts re: same (0.3) Draft four certificates of no objection for BIPC fee applications (1.8) attention to filing and service of certificates for September, October 2005.   (0.4) |
| 02/15/06   | W.D. Sullivan | 0.20 | 64.00  | Review agenda for February 21, 2006 hearing       |
| 02/15/06   | W.D. Sullivan | 0.30 | 96.00  | Correspondence from co-counsel; review draft response to Grace's status report |

ZAI PLAINTIFFS                                      March 9, 2006
W.R. GRACE                                          Invoice No. 9891925
Ref. No. 0051677-000001                             Page    3

| | | | |
|---|---|---|---|
| 02/16/06 I. D. Lindley | 7.40 | 1,480.00 | Revisions and preparation of additional material for 18th quarterly fee application of BIPC. (1.7) Draft, revise, prepare for e-filing, file and attention to service of Certificates of No Objection for Richardson, Patrick interim fee applications for October, November, December 2005. (2.6) Draft, revise, review with W. Sullivan, prepare for e-filing and attention to filing and service of Buchanan Ingersoll's January 2006 interim fee application. (2.7) Revisions to fee application tracking chart for all ZAI counsel re: filings on 2/16 and updated deadlines. (0.4) |
| 02/16/06 W.D. Sullivan | 0.50 | 160.00 | Review status report and proposal plan summaries filed by Grace |
| 02/16/06 W.D. Sullivan | 0.20 | 64.00 | Correspond with co-counsel re: handling of status report |
| 02/16/06 W.D. Sullivan | 0.20 | 64.00 | Review and revise BI January 2006 Fee Application |
| 02/17/06 I. D. Lindley | 1.80 | 360.00 | Complete BIPC's 18th quarterly fee application, prepare for review by W. Sullivan and e-filing. (1.8) |

ZAI PLAINTIFFS                                    March 9, 2006
W.R. GRACE                                        Invoice No. 9891925
Ref. No. 0051677-000001                           Page    4

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 02/17/06 | W.D. Sullivan | 0.30 | 96.00 | Review and approve BI's Eighteenth Quarterly Fee Application |
| 02/20/06 | I. D. Lindley | 0.90 | 180.00 | Revise BIPC's 18th quarterly fee application and attention to e-filing, service of same. |
| 02/21/06 | W.D. Sullivan | 2.40 | 768.00 | Attend hearing on case status, exclusivity, and mediation; follow-up call with co-counsel on mediation |
| 02/22/06 | W.D. Sullivan | 0.30 | 96.00 | Correspond with co-counsel re: fee and expense issues |

Total Hours          23.00

Total Legal Services      $5,248.00


## Disbursements

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 01/12/06 | On-Line Search Service Pacer | 1.00 | 16.72 |
| 01/20/06 | On-Line Search Service Pacer | 1.00 | 8.40 |
| 02/02/06 | Photocopies I. D. Lindley | 286.00 | 20.02 |
| 02/02/06 | Photocopies I. D. Lindley | 616.00 | 43.12 |
| 02/15/06 | Photocopies I. D. Lindley | 264.00 | 18.48 |
| 02/15/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/15/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/15/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/15/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/15/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/15/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/15/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/15/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/16/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/16/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/16/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/16/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/16/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/16/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |

ZAI PLAINTIFFS                                    March 9, 2006
W.R. GRACE                                        Invoice No. 9891925
Ref. No. 0051677-000001                           Page    5

| 02/16/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
|---|---|---|---|
| 02/16/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/16/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/16/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/16/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/16/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/16/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/16/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/16/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/16/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/16/06 | Photocopies I. D. Lindley | 264.00 | 18.48 |
| 02/16/06 | Photocopies I. D. Lindley | 396.00 | 27.72 |
| 02/16/06 | Photocopies I. D. Lindley | 8.00 | 0.56 |
| 02/16/06 | Photocopies I. D. Lindley | 374.00 | 26.18 |
| 02/17/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/17/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/17/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/17/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/17/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/17/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/17/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/17/06 | Messenger/Delivery Service PARCELS, INC. | 1.00 | 5.00 |
| 02/20/06 | Photocopies I. D. Lindley | 1.00 | 0.07 |
| 02/20/06 | Photocopies I. D. Lindley | 969.00 | 67.83 |

                        Disbursements              $417.58


                        Total Due this Invoice     $5,665.58

ZAI PLAINTIFFS                                          March 9, 2006
W.R. GRACE                                             Invoice No. 9891925
Ref. No. 0051677-000001                               Page   6

                    * * * * *   ATTORNEY SUMMARY   * * * * *

                                    Hours      Billed        Bill
                                    Worked    Per Hour       Amount

William D. Sullivan                  5.40      320.00       1,728.00
I. D. Lindley                       17.60      200.00       3,520.00
=============================      ========                ==============
Total All Attorneys                 23.00                   5,248.00

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 4, 2006, 4:00 p.m.** |
| | ) | **Hearing Date:  TBD - only if necessary** |

**VERIFICATION OF THE APPLICATION OF BUCHANAN INGERSOLL PC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD
FROM FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006**

I, William D. Sullivan, do hereby verify the following with respect to the Application Of Buchanan Ingersoll PC ("BIPC") For Compensation For Services And Reimbursement Of Expenses As ZAI Local Counsel For The Interim Period From February 1, 2006 Through February 28, 2006:

1.      I am an attorney with the applicant law firm, Buchanan Ingersoll PC, admitted to appear before this Court.

2.      I personally performed many of the legal services for which BIPC is seeking interim compensation and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the other BIPC attorneys for whose work compensation is being sought.

3.      I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  I am familiar with Del.Bankr.L.R. 2016-2 and have reviewed the Court's *Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members*, signed April 17,

2002, and believe that the foregoing application substantially complies with Rule 2016-2 and the

Order.

Dated: March 13, 2006

_____
William D. Sullivan