# EXHIBIT A

IN THE UNITED STATES COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**STIPULATION AND ORDER REGARDING PROOFS OF CLAIM OF
G-I HOLDINGS, INC. AND ITS AFFILIATES**

This stipulation is entered into this 3rd day of March, 2006, between W. R. Grace & Co. and its affiliates (collectively, the "Debtors") and G-I Holdings Inc., formerly known as GAF Corporation, and its affiliated entities (collectively, the "Claimants," and, together with the Debtors, the "Parties").

WHEREAS, on April 2, 2001 (the "Petition Date"), the Debtors commenced their respective reorganizations by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

WHEREAS, G-I Holdings, Inc. and its affiliate, ACI, Inc., commenced their respective reorganizations by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "New Jersey Court"), which cases have been consolidated under Case No. 01-30135.

WHEREAS, this Court issued its Bar Date Order on April 22, 2002, which established March 31, 2003 as the Bar Date for the filing of certain pre-petition (a) non-asbestos, (b) asbestos property damage and (c) medical monitoring claims, including claims for indemnification on account of any such claims.

WHEREAS, on March 28, 2003, the Claimants filed 56 Non-Asbestos Proof of Claim Forms, to which Rust Consulting, Inc., the Debtors' claims agent, assigned Claim Nos. 7825 -

7829, 7831 - 7832, 7836 - 7864, and 7866 - 7885 (collectively, the "G-I Indemnification Claims").

WHEREAS, the G-I Indemnification Claims seek recovery from the Debtors for indemnification, contribution, reimbursement, or other payments (including, without limitation, damages, costs and expenses related thereto), pursuant to any applicable law, contract, or otherwise, for all known, unknown, pending and/or future asbestos claims, including both asbestos personal injury and asbestos property damage claims.

WHEREAS, on September 1, 2005, the Debtors' filed their Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims, which asserted various objections to the G-I Indemnification Claims, including that the G-I Indemnification Claims fail to assert facts, that if proven, would allow the Claimants to recover from the Debtors (or the Debtors' successors-in-interest). The Debtors' objections to the G-I Indemnification Claims remain pending.

WHEREAS, the Parties hereto desire to resolve, once and forever, all indemnification, contribution, reimbursement, or other claims (including, without limitation, damages, costs and expenses related thereto), pursuant to any applicable law, contract, or otherwise, for all known, unknown, pending and/or future asbestos property damage claims ("Asbestos Property Damage Claims") that the Parties may have against one another, in a manner that will obviate the need for further litigation.

NOW, THEREFORE, for good and valuable consideration, the Parties hereby stipulate and agree as follows:

1.  The Debtors and the Claimants mutually release, acquit and forever discharge each other and their respective directors, officers, employees, subsidiaries, shareholders, agents, representatives, attorneys, successors and assigns from any and all actions, causes of action,

suits, claims or counterclaims, disputes, contracts, controversies, agreements, costs, attorneys' fees, expenses, damages, judgments and demands whatsoever in law or in equity, known or unknown, which the Debtors and/or the Claimants may have against any of the released parties for any Asbestos Property Damage Claims.

2.  By this Stipulation, the G-I Indemnification Claims shall be amended to state claims solely with respect to indemnification on account of asbestos personal injury and the G-I Indemnification Claims shall be reclassified in the Debtors' claims data base and on the official claims register as Indemnification Claims for Asbestos Personal Injury.

3.  Each party executing this Stipulation represents that such party has the full authority and legal power to do so. This Stipulation may be executed in counterparts and each such counterpart together with the others shall constitute one and the same instrument. The parties further agree that facsimile signatures hereon shall be deemed to be original signatures. This Stipulation shall be binding upon and inure to the benefit of each of the parties, and upon their respective assignees, successors and/or partners.

4.  This Stipulation constitutes the complete expression of the agreement of the parties hereto concerning the subject matter hereof, and no modification of or amendment to this Stipulation shall be valid unless it is in writing and signed by the party or parties to be charged.

5.  This Stipulation is subject to the approval of this Court and the New Jersey Court and shall not become effective until each enters a final Order approving this Stipulation.

6.  This Court shall retain jurisdiction to enforce this Stipulation and all matters relating hereto against the Claimants and the New Jersey Court shall retain jurisdiction to enforce this Stipulation and all matters relating thereto against the Debtors.

MEI\5521724.4

7. Nothing in this Stipulation shall affect the Debtors' rights, if any, to assert asbestos personal injury claims against the Claimants, including such claims based on contribution or indemnification.

8. Nothing in this Stipulation shall affect the Claimant's rights, if any, to assert additional asbestos personal injury claims against the Debtors or to amend their existing Indemnification Claims for Asbestos Personal Injury.

9. The Debtors shall direct the claims agent, Rust Consulting, Inc., to mark the Claims Register to reflect the matters set forth herein.

STIPULATED AND AGREED:

| G-I HOLDINGS, INC. and its affiliates | W. R. GRACE & CO., et al. |
|---|---|
| By: _____ | By: _____ |
| Hayden Smith, Esq. | Janet S. Baer, Esq. |
| McCarter & English LLP | Kirkland & Ellis LLP |
| Four Gateway Center | 200 East Randolph Drive |
| 100 Mulberry Street | Chicago, IL 60601 |
| Newark, NJ 07102 | Phone: 312/861-2000 |
| Phone: 973/622-4444 | One of their Attorneys |
| One of their Attorneys | |

ME1\5521724.4