IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Re: Docket Nos. 9311, 9315, 10014, 11365, 11413, 11549, 11787, 11830, and 9302 |

**CERTIFICATION OF COUNSEL REGARDING
ORDER MODIFYING VARIOUS DEADLINES REGARDING ASBESTOS
PROPERTY DAMAGE ESTIMATION, CLAIMS OBJECTIONS AND DISCOVERY**

1.  The Court has entered various orders with respect to the estimation of Asbestos Property Damage ("PD") liabilities, PD Claims' Objections and PD Discovery (the "PD Matters") as outlined on Exhibits A and B to the attached Order.

2.  On February 21, 2006, the PD Committee and certain PD constituents, requested and the Court ordered that all deadlines with respect to the PD Matters be continued for 60 days while the parties concentrate on discussions with respect to a potential consensual Plan of Reorganization.

3.  As a result, the parties have negotiated the terms of the attached Order by which the various deadlines regarding PD Matters have been revised and hearing dates with

K&E 11033544.1

respect to such Matters have been adjusted, consistent with the Court's calendar and request entry of the attached Order.

Dated: March 14, 2006

                              KIRKLAND & ELLIS LLP
                              David M. Bernick, P.C.
                              Janet S. Baer
                              200 East Randolph Drive
                              Chicago, Illinois 60601
                              Telephone: (312) 861-2000
                              Facsimile: (312) 861-2200

                              and

                              PACHULSKI STANG ZIEHL YOUNG
                              JONES & WEINTRAUB LLP

                              */s/ James E. O'Neill*
                              Laura Davis Jones (Bar No. 2436)
                              James E. O'Neill (Bar No. 4042)
                              919 North Market Street, 17th Floor
                              P.O. Box 8705
                              Wilmington, DE 19899-8705 (Courier 19801)
                              Telephone: (302) 652-4100
                              Facsimile: (302) 652-4400

                              Co-Counsel for Debtors and Debtors in
                              Possession