# EXHIBIT B

**Exhibit B to Order Modifying Various Deadlines re PD Estimation**

| | | | |
|---|---|---|---|
| **PD ESTIMATION PHASE I (DAUBERT HEARING: DUST SAMPLING METHODOLOGY), PER AMENDED PD ESTIMATION CMO, DOCKET NO. 11549** | | | |
| J. | Last day for depositions of expert and non-expert witnesses (per ¶ 2) | 4/7/06 | 6/9/06 |
| K. | Final fact witness/expert witness list due (per ¶ 4) | 4/12/06 | 6/14/06 |
| L. | Pre-trial motions, including motions in limine, Daubert and summary judgment motions (per ¶ 5) | | |
| | 11.  Opening papers due | 4/21/06 | 6/23/06 |
| | 12.  Responses due | 5/8/06 | 7/10/06 |
| | 13.  Replies due | 5/15/06 | 7/17/06 |
| | 14.  Hearing on pre-trial motions 7/20 | 5/17/06, 9 am, Pittsburgh | July 20, 2006 9:30 a.m. Pittsburgh |
| M. | Preliminary pre-trial conference (per ¶ 6) | 4/17/06 omnibus hrg | 6/19/06 omnibus hrg |
| N. | Trial on Phase 1 issues (per ¶ 7) | 6/1/06, 6/2/06, and if necessary 6/12/06 | 9/18/06, 9/19/06 and if necessary, 9/28/06 9:00 a.m. Pittsburgh |
| | | | |
| **PD ESTIMATION PHASE 2 (ESTIMATION OF ASBESTOS PD LIABILITIES), DOCKET NO. 9302** | | | |
| O. | PD Committee Motion to Compel, Docket No. 11787 (per 2/6/06 order, Docket 11830) | | |
| | 15.  Debtors' response due | 3/3/06 | 5/1/06 |

|   |   | 16. | PD Committee's reply due | 3/13/06 | 5/8/06 |
|---|---|---|---|---|---|
|   |   | 17. | Hearing: None. Court to decide in Chambers. | None | None |
|   | P. | | All written fact discovery must be completed (per ¶ 20 of Docket No. 9302) | 8/7/06 | 10/9/06 |
|   | Q. | | Debtors to designate experts and submit expert reports on Phase II issues (per ¶ 21) | 5/1/06 | 6/30/06 |
|   | R. | | Debtors to identify Phase II fact witnesses and general subject matter of testimony (per ¶ 21) | 5/1/06 | 6/30/06 |
|   | S. | | PD Estimation Participants (other than the Debtors) to designate experts and submit responsive expert reports on Phase II issues (per ¶ 22) | 5/29/06 | 7/28/06 |
|   | T. | | PD Estimation Participants (other than the Debtors) to identify Phase II fact witnesses and general subject matter of testimony (per ¶ 22) | 5/29/06 | 7/28/06 |
|   | U. | | Debtors' rebuttal expert reports and rebuttal fact witness disclosures due (per ¶ 23) | 6/19/06 | 8/18/06 |
|   | V. | | Depositions of expert and non-expert witnesses on Phase II issues may begin (per ¶ 24) | 6/19/06 | 8/25/06 |
|   | W. | | Depositions of expert and non-expert witnesses on Phase II issues must be completed (per ¶ 24) | 8/7/06 | 10/9/06 |
|   | X. | | Final fact witness/expert witness lists due for Phase II Estimation hearing (per ¶ 25) | 8/14/06 | 10/13/06 |
|   | Y. | | Preliminary pre-trial conference on PD estimation (per ¶ 26) | 6/19/06 omnibus hrg | 8/21/06 omnibus hrg |
|   | Z. | | Final pretrial conference (per ¶ 26) | TBD | 11/8/06 9:00 a.m. Pittsburgh |
|   | AA. | | Trial (per ¶ 26) | 9/06 | 12/04/06, 12/5/06 and 12/6/06 9:00 a.m. Pittsburgh |

| | | | |
|---|---|---|---|
| **BB.** | Pre-trial motions, including motions in limine, Daubert and summary judgment motions (per ¶ 27) | | |
| | 18.    Opening papers due | 8/18/06 | 10/16/06 |
| | 19.    Responses due | 9/9/06 | 11/2/06 |
| | 20.    Replies due | 9/13/06 | 11/6/06 |
| | 21.    Hearing, if any | TBD | 11/8/06 9:00 Pittsburgh |
| **CC.** | Trial briefs and trial exhibits (per ¶ 28) | Due 14 calendar days before Phase II trial | 11/20/06 |