IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 01-01139 (JKF) |
| | : | |
| W.R. GRACE & CO., et al., | : | Chapter 11 |
| | : | |
| Debtor | : | Jointly Administered |

**CERTIFICATE OF SERVICE**

**IT IS CERTIFIED** that on the 15th day of March, 2006, the United States Trustee's Objection to Libby Claimants' Motion For Payment of Certain Expenses in Connection With Claims Estimation and Plan Process (Docket No. 11867) was caused to be served electronically and/or by placing copies thereof in the United States Mail, postage prepaid, addressed as follows:

Adam G. Landis, Esquire
Kerri Mumford, Esquire
919 Market Street, Suite 600
P. O. Box 2087
Wilmington, DE 19801

Daniel C. Cohn, Esquire
Christopher M. Candon, Esquire
COHN WHITESELL & GOLDBERG, LLP
101 Arch Street
Boston, MA 02110

Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young,
Jones & Weintraub, P.C.
919 North Market Street, 16th Floor
P. O. Box 8705
Wilmington, DE 19899-8705

Marla Eskin, Esquire
Mark Hurford, Esquire
CAMPBELL & LEVINE, LLC
800 North King Street
Suite 300
Wilmington, DE 19801

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
FERRY & JOSEPH, P.A.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Teresa K. D. Currier, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
P. O. Box 1397
Wilmington, DE 19801

James H. M. Sprayregen, Esquire
James Kapp, III, Esquire
KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, IL 60601

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
CAPLIN & DRYSDALE, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN, LLP
180 Maiden Lane
New York, NY 10038-4982

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

BY:   */s/ Nancy J. Miller*
      Nancy J. Miller
      Legal Clerk