# EXHIBIT 2

# Dkt No. 12048 - 16th Omnibus Objection to Claims for WR Grace

Total number of parties: 24

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 18248 | AMERICAN PRESIDENT LINES, LTD, 1111 BROADWAY STREET, OAKLAND, CA 94607USA | US Mail (1st Class) |
| 18248 | ARIZONA DEPARTMENT OF REVENUE, BANKRUPTCY LITIGATION SECTION, 1600 WEST MONROE, PHOENIX, AZ 85007USA | US Mail (1st Class) |
| 18248 | ARIZONA DEPT OF REVENUE, BANKRUPTCY LITIGATION SECTION, 1600 WEST MONROE, PHOENIX, AZ 85007 | US Mail (1st Class) |
| 18248 | FLORESVILLE ISD, C/O DAVID G AELVOET, LINEBARGER HEARD GOGGAN BLAIR GRAHAM PENA & SAMPSO, 711 NAVARRO STE 300, SAN ANTONIO, TX 78205 | US Mail (1st Class) |
| 18248 | HARRIS COUNTY / CITY OF HOUSTON, C/O JOHN P DILLMAN, LINEBARGER HEARD GOGGAN BLAIR ET AL, PO BOX 3064, HOUSTON, TX 77253-3064 | US Mail (1st Class) |
| 18248 | HARRIS COUNTY/CITY OF HOUSTON, C/O JOHN P DILLMAN, LINEBARGER GOGGAN BLAIR & SAMPSON LLP, PO BOX 3064, HOUSTON, TX 77253-3064 | US Mail (1st Class) |
| 18248 | HOUSTON ISD, JOHN P DILLMAN, LINEBARGER GOGGAN BLAIR & SAMPSON LLP, PO BOX 3064, HOUSTON, TX 77253-3064 | US Mail (1st Class) |
| 18248 | INDUSTRIAL CONSTRUCTION INC, SIERRA LIQUIDITY FUND, 2699 WHITE RD, STE 255, IRVINE, CA 92614 | US Mail (1st Class) |
| 18248 | LOS ANGELES COUNTY TREASURER & TAX COLLE, 225 NO. HILL STREET, ROOM 160, LOS ANGELES, CA 90012USA | US Mail (1st Class) |
| 18248 | PERNELL, ALICE, DAVIS PUNELLI & KEATHLEY LLP, 19900 MACARTHUR BLVD #950, IRVINE, CA 92612 | US Mail (1st Class) |
| 18248 | PERNELL, ALICE, DAVIS, PUNELLI & KEATHLEY LLP, 19900 MACARTHUR BLVD #950, IRVINE, CA 92612 | US Mail (1st Class) |
| 18248 | PERNELL, ROBERT, DAVIS PUNELLI & KEATHLEY, 19900 MACARTHUR BLVD #950, IRVINE, CA 92612 | US Mail (1st Class) |
| 18248 | PERNELL, ROBERT, DAVIS, PUNELLI & KEATHLEY LLP, 19900 MACARTHUR BLVD #950, IRVINE, CA 92612 | US Mail (1st Class) |
| 18248 | RIVAS, MARIA L, PO BOX 658, LA BLANCA, TX 78558 | US Mail (1st Class) |
| 18248 | SCHANTZ REVOCABLE FAMILY TRUST, JOHN R. SCHANTZ/JO ELLEN K. SCHANTZ TRUSTEES, DAVIS PUNELLI & KEATHLEY LLP, 19900 MACARTHUR BLVD #950, IRVINE, CA 92612 | US Mail (1st Class) |
| 18248 | SCHANTZ REVOCABLE FAMILY TRUST, JOHN R. SCHANTZ/JO ELLEN K. SCHANTZ, TRUSTEES, DAVIS, PUNELLI & KEATHLEY LLP, 19900 MACARTHUR BLVD #950, IRVINE, CA 92612 | US Mail (1st Class) |
| 18248 | SCHANTZ, MELVIN, DAVIS PUNELLI & KEATHLEY LLP, 19900 MACARTHUR BLVD #950, IRVINE, CA 92612 | US Mail (1st Class) |
| 18248 | SCHANTZ, MELVIN, DAVIS, PUNELLI & KEATHLEY LLP, 19900 MACARTHUR BLVD #950, IRVINE, CA 92612 | US Mail (1st Class) |
| 18248 | SCHANTZ, MERRIAM, DAVIS PUNELLI & KEATHLEY LLP, 19900 MACARTHUR BLVD #950, IRVINE, CA 92612 | US Mail (1st Class) |
| 18248 | SCHANTZ, MERRIAM, DAVIS, PUNELLI & KEATHLEY LLP, 19900 MACARTHUR BLVD #950, IRVINE, CA 92612 | US Mail (1st Class) |
| 18248 | STATE OF GEORGIA, DEPT OF REVENUE, PO BOX 38143, ATLANTA, GA 30334 | US Mail (1st Class) |
| 18248 | TENNESSEE DEPT OF REVENUE, C/O ATTORNEY GENERAL, PO BOX 20207, NASHVILLE, TN 37202-0207 | US Mail (1st Class) |
| 18248 | WILSON COUNTY, C/O DAVID G AELVOET, LINEBARGER HEARD GOGGAN BLAIR GRAHAM PENA & SAMPSO, 711 NAVARRO #300, SAN ANTONIO, TX 78205 | US Mail (1st Class) |
| 18248 | WISCONSIN DEPT OF REVENUE, 2135 RIMROCK RD, MADISON, WI 53713 | US Mail (1st Class) |

Subtotal for this group: 24