Laurence A. Urgenson
William B. Jacobson
Tyler D. Mace
KIRKLAND & ELLIS, LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 879-5000
Telefax: (202) 879-5200
lurgenson@kirkland.com
wjacobson@kirkland.com
tmace@kirkland.com

Stephen R. Brown
Charles E. McNeil
Kathleen L. DeSoto
GARLINGTON, LOHN & ROBINSON, PLLP
199 West Pine, P. O. Box 7909
Missoula, MT 59807-7909
Telephone: (406) 523-2500
Telefax: (406) 523-2595
srbrown@garlington.com
cemcneil@garlington.com
kldesoto@garlington.com

Attorneys for W.R. Grace

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cause No. CR-05-07-M-DWM |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **DEFENDANTS' REPLY IN SUPPORT OF** |
| W.R. GRACE, ALAN R. STRINGER, ) | **MOTION FOR A PROTECTIVE ORDER** |
| HENRY A. ESCHENBACH, JACK W. ) | **ALLOWING DEFENDANTS' EXPERTS** |
| WOLTER, WILLIAM J. McCAIG, ) | **TO REVIEW THE MEDICAL RECORDS** |
| ROBERT J. BETTACCHI, O. MARIO ) | **THAT SERVE AS THE BASIS OF DR.** |
| FAVORITO, and ROBERT C. WALSH, ) | **ALAN C. WHITEHOUSE'S EXPERT** |
| ) | **OPINIONS** |
| Defendants. ) | |

EXHIBIT 3

While Dr. Whitehouse's Supplemental Expert Report clearly states that the Defendants will be given access to the 550 patient files in Dr. Whitehouse's database, the Government now makes the surprising assertion that neither FED. R. CRIM. P. 16 nor this Court's orders require disclosure of those records. (Gov't Response at 1.) Instead, the Government says, its disclosure obligations with respect to the 550 patient files were satisfied in full by its production of an electronic database created by Dr. Whitehouse containing information on those 550 patients. This assertion is apparently based on a statement on page 8 of Dr. Whitehouse's expert witness disclosure in which he refers to measurements of lung capacity in the 550 patients in his database. The Government's position appears to be that it need only turn over the electronic database, not the underlying patient records.

The Government's position has no force in light of its obligations under FED. R. CRIM. P. 16(a)(1)(E) and (F) to produce documents and other tangible items, including reports of examinations and tests, that are material to the defense or that the Government intends to use in its case in chief. *See e.g., United States. v. Mendoza-Paz*, 286 F.3d 1104, 1111 (9th Cir. 2002) (government complied with Rule 16 by disclosing its intended expert witness and the bases, including reports, for the expert's valuation opinions); *United States v. Yoon*, 128 F.3d 515, 526 (7th Cir. 1997) (Rule 16(a)(1)(E) requires the government to provide a written summary of any expert witness testimony, including the bases and reasons for such opinions). A core opinion of Dr. Whitehouse is that Libby asbestos causes a reduction in lung capacity, and he uses data from his patient population of 550 to make that assertion. As the Government apparently recognized when the Whitehouse Supplemental Report was issued, Defendants are entitled to the records of those 550 patients — not just Dr. Whitehouse's own recording of lung function data in an electronic database — in order to test Dr. Whitehouse's opinions. Moreover, as the Defendants'

2

Motion for Protective Order makes clear, Dr. Whitehouse intends to rely broadly upon his experience with these 550 patients as the basis for his testimony. Rule 16 does not allow the Government simply to produce the database which contains Dr. Whitehouse's *interpretation* of the medical records instead of the records themselves.

Because the Government has already agreed to provide the Defendants with access to the 550 patient files, its argument regarding the database is probably inapposite. The Defendants have filed this brief reply simply to make clear to the Court the importance of access to the files themselves and not simply the database created by Dr. Whitehouse from these files.

DATED this 3 day of March, 2006.

Attorneys for W.R. Grace:

Laurence A. Urgenson
William B. Jacobson
Tyler D. Mace
KIRKLAND & ELLIS, LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 879-5000
Telefax: (202) 879-5200

Stephen R. Brown
Charles E. McNeil
Kathleen L. DeSoto
GARLINGTON, LOHN & ROBINSON, PLLP
199 West Pine • P. O. Box 7909
Missoula, MT 59807-7909
Telephone: (406) 523-2500
Telefax: (406) 523-2595

By _____
Stephen R. Brown

3

On behalf of:

| Attorneys for Alan Stringer: | Local Counsel for Alan Stringer: |
|---|---|
| Angelo J. Calfo<br>Michelle Peterson<br>Yarmuth Wilsdon Calfo PLLC<br>2500 IDX Tower<br>925 Fourth Avenue<br>Seattle, WA 98104<br>Phone: 206.516.3872<br>Fax:   206.516.3888 | Michael F. Bailey<br>Bailey & Antenor Law Firm<br>415 N. Higgins Avenue, Suite 7<br>Missoula, MT 59802<br>Phone: 406.721.7138<br>Fax:   406.721.5912 |
| Attorneys for Harry A. Eschenbach: | Local Counsel for Harry A. Eschenbach: |
| David Krakoff<br>Gary Winters<br>Mayer Brown Rowe & Maw<br>1909 K Street, NW<br>Washington, DC 20006-1101<br>Phone: 202.263.3000<br>Fax:   202.263.3300 | Ronald F. Waterman<br>Gough, Shanahan, Johnson & Waterman<br>33 South Last Chance Gulch<br>Helena, MT 59601<br>Phone: 406.442.8560<br>Fax:   406.442.8783<br>Email: rfw@gsjw.com |
| Attorney for Jack Wolter: | Local Counsel for Jack Wolter: |
| Mark Holscher<br>Jeremy Maltby<br>O'Melveny & Myers LLP<br>400 South Hope Street<br>Los Angeles, CA 90071-2899<br>Phone: 213.430.6613<br>Fax:   213.430.6407 | Mike Milodragovich<br>W. Adam Duerk<br>Milodragovich, Dale, Steinbrenner & Binney<br>620 High Park Way<br>Missoula, MT 59806-2237<br>Phone: 406.728.1455<br>Fax:   406.549.7077 |
| Attorney for William McCaig: | Local Counsel for William McCaig: |
| Elizabeth Van Doren Gray<br>Sowell, Gray, Stepp & Laffitte<br>P.O. Box 11449<br>Columbia, SC 29211<br>Phone: 803.929.1400<br>Fax:   803.929.0300 | Palmer Hoovestal<br>Hoovestal Law Firm, PLLC<br>P.O. Box 747<br>Helena, MT 59624-0747<br>Phone: 406.457.0970<br>Fax:   406.457.0475 |

Attorney for William McCaig:

William A. Coates
Roe, Cassidy, Coates & Price, P.A.
1000 East North Street
Greenville, SC 29601
Phone: 864.349.2600
Fax:    864.349.0303

Attorney for Robert Bettacchi:

Tom Frongillo
Weil, Gotshal & Manges
100 Federal Street, 34th Floor
Boston, MA 02110
Phone: 617.772.8335
Fax:    617.772.8333

Attorneys for O. Mario Favorito:

Stephen A. Jonas
Robert Keefe
Wilmer Cutler Pickering Hale and Dorr
60 State Street
Boston, MA 02109
Phone: 617.526.6144
Fax:    617.526.5000

Attorneys for Robert Walsh:

Stephen R. Spivack
David E. Roth
Bradley Arant Rose & White LLP
1133 Connecticut Ave., NW
12th Floor
Washington, DC 20036
Phone: 202.393.7150
Fax:    202.374.1684

Local Counsel for Robert Bettacchi:

Brian Gallik
Goetz, Gallik & Baldwin, P.C.
P.O. Box 6580
Bozeman, MT 59771-6580
Phone: 406.587.0618
Fax:    406.587.5144

Local Counsel for O. Mario Favorito:

C.J. Johnson
Kalkstein Law Firm
P.O. Box 8568
Missoula, MT 59807
Phone: 406.721.9800
Fax:    406.721.9896

Local Counsel for Robert Walsh:

Catherine A. Laughner
Aimee M. Grmoljez
Browning Kaleczyc Berry & Hoven, P.C.
P.O. Box 1697
Helena, MT 59624
Phone: 406.443.6820
Fax:    406.443.6882

## CERTIFICATE OF SERVICE

### L.R. 5.2(b)

I hereby certify that on March 3, 2006, a copy of the foregoing document was served on the following persons by the following means:

1. 1-11; 13-19        CM/ECF

2. 12                 Mail

| | |
|---|---|
| **1. Attorneys for Alan Stringer**<br>Angelo J. Calfo<br>Michelle Peterson<br>Yarmuth Wilsdon Calfo PLLC<br>2500 IDX Tower<br>925 Fourth Avenue<br>Seattle, WA 98104 | **2. Local Counsel for Alan Stringer**<br>Michael F. Bailey<br>Bailey & Antenor Law Firm<br>415 N. Higgins Avenue, Suite 7<br>Missoula, MT 59802 |
| **3. Attorneys for Harry A. Eschenbach**<br>David Krakoff<br>Gary Winters<br>Mayer Brown Rowe & Maw<br>1909 K Street NW<br>Washington, DC 20006-1101 | **4. Local Counsel for Harry A. Eschenbach**<br>Ronald F. Waterman<br>GOUGH, SHANAHAN, JOHNSON & WATERMAN<br>33 South Last Chance Gulch<br>Helena, MT 59601 |
| **5. Attorneys for Jack Wolter**<br>Mark Holscher<br>Jeremy Maltby<br>O'Melveny & Myers LLP<br>400 South Hope Street<br>Los Angeles, CA 90071-2899 | **6. Local Counsel for Jack Wolter**<br>Mike Milodragovich<br>W. Adam Duerk<br>Milodragovich, Dale, Steinbrenner & Binney<br>620 High Park Way<br>Missoula, MT 59806-2237 |
| **7. Attorney for William McCaig**<br>Elizabeth Van Doren Gray<br>Sowell, Gray, Stepp & Laffitte<br>P.O. Box 11449<br>Columbia, SC 29211 | **8. Local Counsel for William McCaig**<br>Palmer Hoovestal<br>Hoovestal Law Firm, PLLC<br>P.O. Box 747<br>Helena, MT 59624-0747 |

**9. Attorney for William McCaig**
William A. Coates
Roe, Cassidy, Coates & Price, P.A.
1000 East North Street
Greenville, SC 29601

**10. Local Counsel for Robert Bettachi**
Brian Gallik
Goetz, Gallik & Baldwin, P.C.
P.O. Box 6580
Bozeman, MT 59771-6580

**11. Attorney for Robert Bettachi**
Tom Frongillo
Weil, Gotshal & Manges
100 Federal St., 34th Floor
Boston, MA 02111

**12. Attorney for Robert Bettachi**
Vernon Broderick
Weil, Gotshal and Manges
767 Fifth Avenue
New York, NY 10153

**13. Attorneys for O. Mario Favorito**
Stephen A. Jonas
Robert Keefe
Wilmer Cutler Pickering Hale and Dorr
60 State Street
Boston, MA 02109

**14. Local Counsel for O. Mario Favorito**
C.J. Johnson
Kalkstein Law Firm
P.O. Box 8568
Missoula, MT 59807

**15. Attorney for Robert Walsh**
Stephen R. Spivack
Bradley Arant Rose & White LLP
1133 Connecticut Ave. N.W., 12th Fl.
Washington, DC 20036

**16. Local Counsel for Robert Walsh**
Catherine A. Laughner
Aimee M. Grmoljez
Browning Kaleczyc Berry & Hoven, P.C.
P.O. Box 1697
Helena, MT 59624

**17. Attorney for Robert Walsh**
David E. Roth
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

**18. Attorney for USA**
Kris A. McLean
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807

**19. Attorney for USA**
Kevin M. Cassidy
U.S. Department of Justice
P.O. Box 23985
Washington, D.C. 20026

7