IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. Grace & Co., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

      I, Kerri K. Mumford, hereby certify that I am not less than 18 years of age, and that on the 15th day of March, 2006, I caused a copy of the following:

**OBJECTION OF LIBBY CLAIMANTS TO DEBTORS' MOTION FOR AUTHORIZATION TO SEEK DISCOVERY FROM DR. ALAN C. WHITEHOUSE AND FOR A PROTECTIVE ORDER RELATING TO PRODUCTION OF DOCUMENTS FROM DR. ALAN C. WHITEHOUSE**

to be served upon the parties identified on the attached list via first class mail or in the manner as otherwise indicated.

Dated: March 15, 2006

                                            Kerri K. Mumford (No. 4186)

*Hand Deliver*
James E. O'Neill
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
(Co-counsel for the Debtors)

*Hand Deliver*
Michael R. Lastowski
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
(Counsel to the Official Committee of
Unsecured Creditors)

*Hand Deliver*
Michael B. Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801
(Counsel to the Official Committee of Property
Damage Claimants)

*Hand Deliver*
Marla Eskin
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
(Counsel to the Official Committee of Personal
Injury Claimants)

*Hand Deliver*
Teresa K.D. Currier
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801
(Counsel to the Official Committee of Equity
Holders)

*Hand Deliver*
John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
(Counsel to the Future Claimants'
Representative)

*Hand Deliver*
Office of the United States Trustee
Attn: David Klauder
844 N. King Street
Wilmington, DE 19801

Janet Baer
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
(Co-counsel for the Debtors)

Lewis Kruger
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
(Counsel to the Official Committee of
Unsecured Creditors)

Scott L. Baena
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
(Counsel to the Official Committee of Property
Damage Claimants)

Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
(Counsel to the Official Committee of Personal
Injury Claimants)

Thomas M. Mayer
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
(Counsel to the Official Committee of Equity
Holders)

Richard H. Wyron
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington DC 20007
(Counsel to the Future Claimants'
Representative)

393.001-11550.DOC