# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtor. | ) | Jointly Administered |
| | ) | |
| | ) | |

**VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF
CREDITORS AS REQUIRED BY FED. R. BANKR. P. 2019**

Daniel C. Cohn, on behalf of Cohn & Whitesell LLP ("CW"), and Adam G. Landis, on

behalf of Landis Rath & Cobb LLP ("LRC"), as attorneys for the claimants injured by exposure

to tremolite asbestos from the Debtors' operations in and near Libby, Montana identified in the

exhibits referred to in paragraph 5 below (the "Libby Claimants"), make the following statement:

    1.    This Verified Statement is filed in accordance with Fed. R. Bankr. 2019

and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to

Fed. R. Bankr. P. 2019 dated October 22, 2004 [Docket No. 6715] (the "2019 Order"):

    2.    CW and LRC are counsel for the Libby Claimants in the above-captioned

cases.

    3.    CW was engaged as co-counsel by the Libby Claimants' personal injury

counsel, McGarvey, Heberling, Sullivan & McGarvey, P.C. ("MHSM") of Kalispell, Montana,

and Lewis, Slovak & Kovacich, P.C. ("LSK") of Great Falls, Montana (collectively, "Montana

Counsel"), to provide services related to the Debtors' cases on behalf of all of their respective

clients having claims against the Debtors. In turn, CW engaged LRC to serve as Delaware

counsel. CW and LRC will also represent any future clients of Montana Counsel who hold

personal injury claims against the Debtors.

393.001-6227.doc

Docket No. 7287

4.    LRC also acts as Delaware counsel to the Town of Acton, Massachusetts (the "Town"). The Town is a creditor in these Chapter 11 cases, seeking a determination that its claims against the Debtors, which are related to a sewer project, arose post-petition and are not subject to the automatic stay. In the alternative, the Town seeks relief from the automatic stay to pursue its claims against the Debtors. The Libby Claimants and the Town are hereinafter collectively referred to as the "Clients."

5.    LRC has fully advised the Clients with respect to this concurrent representation. The Clients each have (a) consented to such representation and (b) requested that LRC represent them in this case.

6.    CW and LRC do not possess any claims against or interests in the Debtors.

7.    In accordance with the provisions of the 2019 Order, separate exhibits for the MHSM and LSK firms, containing the information required by the 2019 Order, have been submitted to the Clerk of this Court but have not been electronically filed.

Dated: December 9, 2004

LANDIS RATH & COBB LLP

Adam G. Landis, Esq. (No. 3407)
Kerri Mumford, Esq. (No. 4186)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801
(302) 467-4400

-and-

Daniel C. Cohn
COHN & WHITESELL LLP
101 Arch Street
Boston, MA 02110
(617) 951-2505

Counsel to the Libby Claimants

393.001-6227.doc

2

## **VERIFICATION**

Daniel C. Cohn, a partner of CW, and Adam G. Landis, a partner of LRC, each hereby verifies that he has read the foregoing Verified Statement in Connection with the Representation of Creditors as Required by Fed. R. Bankr. P. 2019 and that: (a) as to the statements related to CW, Daniel C. Cohn verifies that the statements contained therein are true and accurate based on his personal knowledge; and (b) as to the statements related to LRC, Adam G. Landis verifies that the statements contained therein are true and accurate based on his personal knowledge.

Signed under the penalties of perjury.

_____
Daniel C. Cohn
Dated: December 20, 2004

877p\2019 statement4

_____
Adam G. Landis
Dated: December ___, 2004

3

## VERIFICATION

Daniel C. Cohn, a partner of CW, and Adam G. Landis, a partner of LRC, each hereby verifies that he has read the foregoing Verified Statement in Connection with the Representation of Creditors as Required by Fed. R. Bankr. P. 2019 and that: (a) as to the statements related to CW, Daniel C. Cohn verifies that the statements contained therein are true and accurate based on his personal knowledge; and (b) as to the statements related to LRC, Adam G. Landis verifies that the statements contained therein are true and accurate based on his personal knowledge.

Signed under the penalties of perjury.

_____
Daniel C. Cohn
Dated: December ___, 2004

_____
Adam G. Landis
Dated: December 21, 2004

393.001-6227.doc

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtor. | ) | |
| | ) | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                                        ) SS
NEW CASTLE COUNTY   )

        Cathy A. Adams, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for the Libby Claimants in the above cases, and on the 21st day of December, 2004, she caused a copy of the following:

**VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF
CREDITORS AS REQUIRED BY FED. R. BANKR. P. 2019**

to be served upon the parties identified on the attached list via first class mail.

_____
Cathy A. Adams

     SWORN TO AND SUBSCRIBED before me this 21st day of December, 2004.

_____
Notary Public

LINDA M. ROGERS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 20, 2007

393.001-6245.DOC

| Docket No. 7287-1 |
|---|

**W. R. Grace 2002 Service List**
Case No. 01-1139 (JKF)

(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esq.
Scotta McFarland, Esq.
Pachulski, Stang, Ziehl, Young, Jones
& Weintraub
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

(Local Counsel to DIP Lender)
Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

(Local Counsel to Asbestos Claimants)
Marla Eskin, Esq.
Mark Hurford, Esq.
Campbell & Levine, LLC
800 N. King Street
#300
Wilmington, DE 19801-3549

William H. Sudell, Jr., Esq.
Eric D. Schwartz, Esq.
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

(Counsel to Travelers Casualty and Surety
Company)
Robert J. Dehney
Michael G. Busenkell
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

(Counsel to The Chase Manhattan Bank)
Mark D. Collins, Esq.
Deborah E. Spivack, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Jeffrey C. Wisler, Esq.
Michelle McMahon, Esq.
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

(Counsel to Ingersoll-Rand Fluid Products)
Francis A. Monaco, Jr., Esq.
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19801

(Counsel to Ingersoll-Rand Fluid Products)
Frederick B. Rosner, Esq.
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

(Counsel to Property Damage Claimants)
Michael B. Joseph, Esq.
Theodore J. Tacconelli, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Joseph Grey, Esq.
Stevens & Lee
1105 North Market Street
7th Floor
Wilmington, DE 19801

(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esq.
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Laurie Selber Silverstein, Esq.
Monica Leigh Loftin, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

(United States Trustee)
Frank J. Perch, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

(Counsel for General Electric Corporation)
Todd C. Schiltz, Esq.
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street
Suite 1001
Wilmington, DE 19801

(Counsel to Century Indemnity Company)
Curtis Crowther, Esq.
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19801

(Counsel to First Union Leasing)
John D. Demmy, Esq.
Stevens & Lee, P.C.
1105 North Market Street
7th Floor
Wilmington, DE 19801

(Counsel to Potash Corp.)
Aaron A. Garber, Esq.
Pepper Hamilton LLP
1201 Market Street
Suite 1600
Wilmington, DE 19899-1709

(Counsel to Entergy Services, Inc.)
Eric Lopez Schnabel, Esq.
James H. Joseph, Esq.
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

(Zonolite Attic Litigation Plaintiffs)
William D. Sullivan, Esq.
Elzufon Austin Reardon Tarlov & Mondell,
P.A.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Ste. 1705
Wilmington, DE 19801

(Counsel to Mark Hankin and HanMar
Associates)
Thomas G. Whalen, Esq.
Stevens & Lee, P.C.
1105 North Market Street
7th Floor
Wilmington, DE 19801

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397

(Counsel to Union Tank Car Company)
Rachel B. Mersky, Esq.
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

(Counsel to Royal Insurance)
Connor Bifferato, Esq.
Bifferato Gentilotti & Biden
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899

(Counsel to The Delaware Division of
Revenue)
Allison E. Reardon
Delaware Division of Revenue
820 N. French Street
8th Floor
Wilmington, DE 19801

(Counsel to the Libby Mine Claimants)
Steven K. Kortanek, Esq.
Klehr, Harrison, Harvey, Branzburg &
Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

(L.A. Unified School District)
William F. Taylor, Jr., Esq.
McCarter & English, LLP
Mellon Bank Center
919 Market Street, Suite 1800
Wilmington, Delaware 19899

Frederick B. Rosner, Esq.
Jaspan Schlesinger Hoffman, LLP
1201 N. Orange Street
Suite 1001
Wilmington, DE 19801

(Counsel to Debtor)
James H.M. Sprayregen, Esq.
James Kapp, III, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

(Canadian Counsel to Debtor)
Derrick Tay, Esq.
Meighen Demers
Suite 1100, Box 11
Merrill Lynch Canada Tower
200 King Street West
Toronto, Ontario
Canada M5H 3T4

(W. R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esq.
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131

(Counsel to Equity Committee)
Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022-3852

(Counsel to Sealed Air Corporation)
D. J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

(Counsel to DIP Lender)
J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

(Counsel to Asbestos Claimants)
Nancy Worth Davis, Esq.
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC  29465

Todd Meyer, Esq.
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA  30309

Office of Reorganization
Securities & Exchange Commission
Suite 1000
3475 Lenox Road, N.E.
Atlanta, GA  30326-1232

Internal Revenue Service
Attn: Insolvency
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

Michael A. Berman, Esq.
Securities and Exchange Commission
450 Fifth Street, N.W. (Mail Stop 6-6)
Washington, D.C.  20549

Secretary of Treasurer
P.O. Box 7040
Dover, DE  19903

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

James D. Freeman, Esq.
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, CO  80202

Jon L. Heberling, Esq.
McGarvey, Heberling, Sullivan &
McGarvey PC
745 South Main Street
Kalispel, MT  59901

Patrick L. Hughes, Esq.
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX 77002-5012

David S. Heller, Esq.
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Charles E. Boulbol, Esq.
26 Broadway, 17th Floor
New York, NY 10004

Ira S. Greene, Esq.
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022-6225

James A. Sylvester, Esq.
Intercat, Inc.
104 Union Avenue
Manasquan, NJ 08736

Steven J. Johnson, Esq.
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125

Charlotte Klenke, Esq.
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

David S. Rosenbloom, Esq.
Jeffrey E. Stone, Esq.
Lewis S. Rosenbloom, Esq.
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

Charles L. Finke, Assistant General Counsel
Brad Rogers, Esq.
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C. 20005-4026

Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY 10154

Josiah Rotenberg
Quadrangle
375 Park Avenue
New York, NY 10152

Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn,
L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

(Counsel to Asbestos Claimants)
Steven T. Baron, Esq.
Member
Silber Pearlman, LLP
2711 North Haskell Avenue, 5th Floor, LLP
Dallas, TX 75204

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

(Attorneys for PPG Industries, Inc.)
W.J. Winterstein, Jr., Esq.
John J. Winter, Esq.
William M. Aukamp, Esq.
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA 19103

Alan R. Brayton, Esq.
Brayton & Purcell
222 Rush Landing Road
Novato, CA  94945

Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, P.O. Box 8705
Dallas, TX  75219

Shelby A. Jordan, Esq.
Nathaniel Peter Holzer. Esq.
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX  78471

Courtney M. Labson, Esq.
Ontario Mills LP
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA  22209

T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH  43506

Alan Kolod, Esq.
Moses & Singer LLP
1301 Avenue of the Americas
40th Floor
New York, NY  10019-6076

Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street
Fourth Floor
New York, NY  10006

John P. Dillman, Esq.
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064

Charles E. Gibson, III
Attorney at Law
620 North Street, Suite 100
Jackson, MS  39202

Paul M. Baisier, Esq.
SEYFARTH SHAW
1545 Peachtree Street
Suite 700
Atlanta, GA  30309

Christopher L. Beard, Esq.
The Beard Group
502 W. Patrick Street
Frederick, MD  21701-4002

Bernice Conn, Esq.
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA  90067

Steven R. Schlesinger, Esq.
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY  11530

Steven J. Kherkher, Esq.
Laurence G. Tien, Esq.
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite #600
Houston, TX  77017

Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
925 4th Avenue
Suite 2900
Seattle, WA  98104-1158

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD  21226-1595

Steven T. Hoort, Esq.
Ropes & Gray
One International Place
Boston, MA  02110-2624

Peter Van N. Lockwood, Esq.
Julie W. Davis, Esq.
Trevor W. Swett, III, Esq.
Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA  19030

Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD  21214

Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
2390 Central Blvd, Suite G
Brownsville, TX  78520

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ  07663

John M. Klamann
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS  66210

Joseph T. Kremer, Esq.
Lipsiptz, Green, Fahringer, Roll, Salisbury
& Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY  14202

Paul D. Henderson, Esq.
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX  77630

Robert Jacobs, Esq.
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE  19899

Elizabeth S. Kardos, Esq.
Gibbons, Del Deo, Dolan Griffinger &
Vecchione, PC
One Riverfront Plaza
Newark, NJ  07102-5497

Thomas J. Noonan, Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ  07920-1928

Harry Lee, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036

(Counsel to Public Service Electric and Gas
Company)
William E. Frese, Esq.
Attn:  Sheree L. Kelly, Esq.
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ  07101

(Counsel to Official Committee of
Unsecured Creditors)
William S. Katchen, Esq.
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102

(Tennessee Department of Environment and
Conservation – Superfund)
Paul G. Sumers, Esq.
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN 37202-0207

(Counsel to numerous asbestos claimants)
Damon J. Chargois, Esq.
Foster & Sear, LLP
524 E. Lamar Blvd., Ste 200
Arlington, TX 76011

(Counsel to Berry & Berry)
C. Randall Bupp, Esq.
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Rafael, CA 94903

Anton Volovsek
Rt2 – Box 200 #42
Kamiah, ID 83536-9229

(Counsel to Weatherford U.S. Inc., and
Weatherford International Inc.)
Peter S. Goodman, Esq.
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017

Jonathan H. Alden, Esq.
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, FL 32399-3000

State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
101 E. Town Street, Second Floor
Columbus, OH 43215

Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Greif, Inc.
Attn: Credit Department
366 Greif Parkway
Delaware, OH 43015

(Counsel to SAP America, Inc.)
Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ 08108

Barbara M. Cook, County Solicitor
Katherine L. Taylor, Senior Assistant
County Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, MD 21043

Danice Sims
P.O. Box 66658
Baton Rouge, LA 70896

M. Diane Jasinski, Esq.
Michael D. Hess
Corporation Counsel of the City of New
York
100 Church Street, Room 6-127
New York, NY 10007

Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, AZ 85007-1278

Russell W. Savory
Gotten, Wilson & Savory, PLLC
200 Jefferson Avenue, Suite 900
Memphis, TN 38103

Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN 38103

James P. Ruggeri
Scott A. Shail
Hogan & Harton L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109

Steven R. Bourne, Esq.
Nutter, McClennen & Fish, LLP
155 Seaport Blvd
Boston, MA 02210-2604

Judy D. Thompson, Esq.
S. Andrew Jurs, Esq.
Poyner & Spruill, L.L.P.
One Wachovia Center
301 S. College Street
Suite 2300
Charlotte, NC 28202

Daniel H. Slate, Esq.
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA 90071-3442

Andrea L. Hazzard, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

Authur Stein, Esq.
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ 08731-6070

Robert H. Rosenbaum, Esq.
M. Evan Meyers, Esq.
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385

Maggie De La Rosa
Provost & Umphrey
Law Firm, L.L.P.
490 Park Street
Beaumont, TX 77701

Anne Marie P. Kelley, Esq.
Dilworth Paxson, LLP
LibertyView – Suite 700
457 Haddonfield Road
P.O. Box 2570
Cherry Hill, NJ 08034

Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612-1413

Dorine Vork, Esq.
Stibbe, P.C.
350 Park Avenue
New York, NY 10022

Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO 63366

Bart Hartman
Treasurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA 92101

David Aelvoet, Esq.
Linebarger Goggan Blair Graham Pena &
Sampson, LLP
Travis Park Plaza Building
711 Navarro, Suite 300
San Antonio, TX 78205

Robert Cimino, Esq.
Suffolk County Attorney
Attn: Diane Leonardo Beckmann, Asst.
County
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY 11788-0099

(Counsel to Toyota Motor Credit)
Robert T. Aulgur, Jr., Esq.
P.O. Box 617
Odessa, DE 19730

(Counsel to Dow Chemical Company,
Hampshire Chemical Corporation and Union
Carbide Corporation)
Michael T. Kay, Esq.
Nancy Draves, Esq.
The Dow Chemical Company
2030 Dow Center
Midland, MI 48674

Anne Marie P. Kelley, Esq.
Dilworth Paxson, LLP
Liberty View – Suite 700
457 Haddonfield Road
Cherry Hill, NJ 08002

(Counsel to General Electric Capital
Corporation)
Ronald S. Beacher, Esq.
Pitney, Hardin, Kipp & Szuch LLP
685 3rd Avenue
New York, NY 10017-4024

Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL 32412-0950

(Counsel to Commissioner of Revenue)
Michael B. Willey, Esq.
Legal Services, 27th Floor
312 8th Avenue North
Nashville, TN 37243

Jeffrey L. Glatzer, Esq.
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

Thomas V. Askounis, Esq.
Askounis & Borst, P.C.
303 East Wacker Drive
Suite 1000
Chicago, IL 60601

Attn: Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street
Second Floor
Charlottesville, VA 22902

E. Katherine Wells, Esq.
South Carolina Department of Health and
Environmental Control
2600 Bull Street
Columbia, SC 29201-1708

Melanie S. Kaufman
4160 Cesar Chavez Street
San Francisco, CA 94131

Michael H. Pinkerson, Esq.
James M. Garner, Esq.
Sher Garner Cahill Richter Klein McAlister
& Hilbert, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, LA 70112

William H. Johnson, Esq.
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA  23510-9242

(Counsel to Wells Fargo Bank Minnesota,
National Association)
Pillsbury Winthrop LLP
One Battery Park Plaza
New York, NY  10004-1490

(Counsel to Wells Fargo Bank Minnesota,
National Association)
Craig Barbarosh, Esq.
Pillsbury Winthrop LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA  92626-7122

(Counsel to Aldine Independent School
District)
Aldine Independent School District
Jonathan C. Hantke, Esq.
Pamela H. Walters, Esq.
14910 Aldine-Westfield Road
Houston, TX  77032

DAP Products, Inc.
c/o Julien A. Hecht, Esq.
2400 Boston Street, Suite 200
Baltimore, MD  21224

Steven B. Flancher, Esq.
Assistant Attorney General
Department of Attorney General
Revenue Division
First Floor Treasury Building
Lansing, MI  48992

(Counsel to Asbestos Claimants)
Deirdre Woulfe Pacheco, Esq.
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ  07095

(Counsel to LaVantage Solutions)
Matthew A. Porter, Esq.
Bernard J. Bonn III, Esq.
Dechert LLP
200 Clarendon Street, 27th Floor
Boston, MA  02116

(Counsel to Occidental Permian, Ltd.)
John W. Havins, Esq.
Burt Barr Havins & O'Dea, L.L.P.
1001 McKinney, Suite 500
Houston, TX  77002

(Counsel to The Texas Comptroller of
Public Accounts)
Mark Browning, Esq.
Assistant Attorney General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

(Counsel to Century Indemnity Company)
Leonard P. Goldberger, Esq.
White & Williams LLP
1800 One Liberty Place
Philadelphia, PA  19103-7395

(Comptroller of Public Accounts of the State
of Texas)
Kay D. Brock, Esq.
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

Cynthia C. Hemme, Esq.
Senior Counsel
Nortel Networks, Inc.
4010 E. Chapel Hill-Nelson Hwy.
Research Triangle Park, NC  27709

(Counsel to Anderson Memorial Hospital)
Daniel A. Speights, Esq.
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924

(Counsel to WESCO Distribution, Inc.)
Julie Quagliano
Quagliano & Seeger
3243 P Street, NW
Washington, DC 20007

General Motors Acceptance Corporation
P.O. Box 5055
Troy, MI 48007-5055

(Counsel to Amalgamated Industries and
Service Workers Benefit Fund)
Judith Greenspan, Esq.
Associate Counsel
The Amalgamated Industries and Service
Workers Benefit Fund
730 Broadway
Tenth Floor
New York, NY 10003-9511

Donna J. Petrone, Esq.
ExxonMobil Chemical Company
Law Department – Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX 77079-1398

(Counsel to Potash Corp.)
David W. Wirt, Esq.
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601

Alan H. Katz, Esq.
Entergy Services, Inc.
693 Loyola Avenue, Suite 2600
New Orleans, LA 70113

Sander L. Esserman
Stutzman Bromberg, Esserman & Plifka
A Professional Corporation
2323 Bryan Street
Dallas, TX 75201-2689

(Counsel to Huntsman Corporation)
Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX 77002

(Zonolite Attic Litigation Plaintiffs)
Elizabeth J. Cabraser, Esq.
Lieff, Cabraser, Heimann & Bernstein, LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111

(Zonolite Attic Litigation Plaintiffs)
Thomas M. Sobol, Esq.
Hagens Berman LLP
225 Franklin Street, 26th Floor
Boston, MA 02110

(Zonolite Attic Litigation Plaintiffs)
Robert M. Fishman, Esq.
Shaw Gussis Fishman Glantz Wolfson &
Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL 60610

Scott Barker
Credit Manager
Phelps Dodge Corp.
(Formerly Climax Molybdenum Marketing
Corporation)
One North Central Avenue
Phoenix, AZ 85004

Coudert Brothers
Attn: Joseph D. Farrell, Esq. and Edward H.
Tillinghast, III, Esq.
1114 Avenue of the Americas
New York, NY 10036

(Counsel to Marco Barbanti)
Darrell W. Scott
Lukins & Annis, P.S.
1600 Washington Trust Financial Center
717 West Sprague Avenue
Spokane, WA 99201-0466

(Missouri Department of Revenue)
Missouri Department of Revenue
Bankruptcy Unit
Gary L. Barnhart
PO Box 475
Jefferson City, MO 65105-0475

(Peters, Smith & Company)
Mr. Charles C. Trascher III, Esq.
Snellings, Breard, Sartor, Inabnett &
Trascher, LLP
PO Box 2055
Monroe, LA 71207

(The Baupost Group LLC)
Gary M. Becker, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

(Attorney General of PA(Commonwealth of
PA, Dept. of Revenue)
Christopher R. Momjian
Senior Deputy Attorney General
I.D. No. 057482
Office of Attorney General
21 S. 12th Street, 3rd. Floor
Philadelphia, PA 19107-3603

Denise A.Kuhn
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

(Snack, Inc.)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

(Snack, Inc.)
Vahe Melkonian
Newco Management Company, LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA 91367

(W.C. Baker, E.E. Jaques, B.H. Miller, M.R.
Fisher, S.R. Ormsbee, M. Rea and the Fisher
Trust)
Richard B. Spector, Esq.
Mark M. Monachino, Esq.
Corbett & Steelman
18200 Von Karman Avenue, Suite 200
Irvine, CA 92612-1086

(Counsel to AON Consulting, Inc.)
Barry D. Kleban, Esq.
Adelman Lavine Gold and Levin
Suite 900
Four Penn Center
Philadelphia, PA 19103

Michael Selig
Westover Investments, L.L.C.
555 Old Garth Road
Charlottesville, VA 22901

(Hearthside Residential Corp.)
Allan H. Ickowitz, Esq.
Nossaman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street, 31st Floor
Los Angeles,CA 90071

(Georgia Department of Revenue)
Oscar B. Fears, III
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334

Philip J. Ward
Victoria Radd Rollins
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC 20005

Ralph R. Mabey
Penrod W. Keith
LeBoeuf, Lamb, Greene & MacRae, LLP
1000 Kearns Building
Salt Lake City, UT  84101

Kelley B. Gelb
700 Southeast Third Avenue
Suite 100
Fort Lauderdale, FL  33316-1186

Margaret A. Holland
Deputy Attorney General
New Jersey Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ  08625

Craig A. Slater, Esq.
Harter, Secrest & Emery LLP
Twelve Fountain Plaza
Suite 400
Buffalo, NY  14202

Rachel Jeanne Lehr
Deputy Attorney General
Office of the Attorney General
R.J. Hughes Justice Complex
P.O. Box 093
Trenton, NJ  08625

Larry A. Feind
133 Peachtree Street, N.E.
7th Floor
Atlanta, GA  30303

Bryan Shapiro
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, NY  10179

(Counsel to County Of Dallas)
Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1720
Dallas, TX  75201-2691

Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA 19027

(Counsel to Travelers Casualty and Surety
Company)
Lynn K. Neuner, Esq.
Simpson, Thacher, & Bartlett
425 Lexington Avenue
New York, NY  10017-3954

(Counsel to Kaneb Pipe Line Operating
Partnership LP and Support Terminal
Services, Inc.)
Gerald G. Pecht, Esq.
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX  77010-3095

Jonathan D. Berger, Esq.
Russell Henkin, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103-6365

(Counsel to Louis S. Robles, Esq. and
Robles Law Center, P.A.)
Nicholas J. LePore, III
Schnader Harrison Segal & Lewis LLP
Suite 3600, 1600 Market Street
Philadelphia, PA  19103

(Counsel to Novak Landfill RD/RA Group)
Noel C. Burnham, Esq.
Richard G. Placey, Esq.
Montgomery, McCracken, Walker &
Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109

DACA V, LLC
Attn: Julie Bubnack
2120 W. Washington Street
San Diego, CA 92110

(Counsel to Lawson Electric Co.)
Ronald D. Gorsline
Chambliss, Bahner, & Stophel, P.C.
1000 Tallan Building, Ste. 1000
Two Union Square
Chattanooga, TN 37402-2552

Jon Bauer
Contrarian Capital Management, LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

(Counsel to County of San Diego)
Martha E. Romero
Law Offices of Martha E. Romero and
Associates
7743 South Painter Avenue, Suite E
Whittier, CA 90602

(Counsel to National Union Fire Insurance
Co. of Pittsburgh, PA)
Michael S. Davis, Esq.
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY 10022

(Counsel to The Burlington Northern and
Santa Fe Railway Company)
Theresa L. Wasser, Esq.
Burns, White & Hickton, LLC
120 Fifth Avenue, Suite 2400
Pittsburgh, PA 15222

(Counsel to Crossroads Industrial Park, Inc.
and Weedsport Associates, LLC)
Scott Estelle, President
Crossroads Industrial Park, Inc.
P.O. Box 220
Weedsport, NY 13166

(Counsel to the City of Knoxville)
Hillary Browning-Jones
Assistant City Attorney
P.O. Box 1631
Knoxville, TN 37901

(Counsel to Westcor)
Don C. Fletcher, Esq.
The Cavanagh Firm, P.A.
1850 North Central Avenue
Suite 2400
Phoenix, AZ 85004

(Carteret Venture)
Mr. Harvey Schultz
The Schultz Organization
4 Woods End
Ocean, NJ 07712-4181

(Counsel to State of New York, Dept. of
Taxation and Finance)
Barbara G. Billet, Esq.
Elaine Z. Cole, Esq.
New York State Department of Taxation and
Finance
340 E. Main Street
Rochester, NY 14604

James J. Restivo, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
(Counsel to West Group)
Michael S. Sandberg, Esq.
Hellmuth & Johnson, PLLC
10400 Viking Drive, Suite 560
Eden Prairie, MN 55344

(Counsel to Certain Underwriters at Lloyd's
London)
Thomas J. Quinn, Esq.
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019-6829

(Counsel to the U.S. Environmental
Protection Agency)
Jerel L. Ellington, Esq.
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street; Suite 945-North Tower
Denver, CO 80202

(Counsel to the State of Minnesota)
Ann Beimdiek Kinsella
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2127

(Counsel to Union Tank Car Company)
Deborah L. Thorne, Esq.
FabelHaber LLC
55 East Monroe Street, 40th Floor
Chicago, IL 60603

Jenny J. Hyun, Esq.
Weingarten Realty Investors
2600 Citadel Plaza Drive
Houston, TX 77008

Brad N. Friedman
Rachel Fleishman
Milberg Weiss Bershad Hynes & Lerach
LLP
One Pennsylvania Plaza
New York, NY 10119-0165

Xerox Capital Services, LLC
Attention: Cathy Flowers
800 Carillon Parkway
St. Petersburg, FL 33716-9876

(Counsel to Royal Insurance)
Carl Pericone, Esq.
Wilson, Elser, Moskowitz, Edelman, Dicker
LLP
150 East 42nd Street
New York, NY 10019-5639

(Counsel to James Grau, Anna Grau and
Harry Grau & Sons, Inc.)
Edward L. Jacobs, Esq.
Bankemper & Jacobs
The Shaw House
26 Audubon Place
P.O. Box 70
Fort Thomas, KY 41075-0070

(Counsel to Ben Bolt-Palito-Blanco ISD,
Brownsville ISD, Cameron County,
Hildalgo County, Orange Grove, Orange
Grove ISD, Premont ISD)
Lori Gruver Robertson, Esq.
Linebarger Goggan Blair Pena & Sampson,
LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX 78760

(Counsel to Carrollton-Farmers Branch
Independent School District)
Andrea Sheehan, Esq.
Law Offices Of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205

(Counsel to Cornell University)
Anthony F. Parise
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY 14853-2601

(Counsel to Citadel Investment Group, LLC)
Citadel Investment Group, L.L.C.
Attn: S. Jay Novatney
131 South Dearborn Street, 36th Floor
Chicago, IL 60603

(Counsel to the Libby Mine Claimants)
Daniel C. Cohn, Esq.
Cohn & Whitesell LLP
101 Arch Street
Boston, MA 02110

(Counsel to Enron Corp., et al.)
General Counsel
Enron Energy Services
1400 Smith Street
EB 0889
Houston, TX 77002

(Inventory Attorneys on behalf of all clients
of the Robles law firm)
Thomas Tew, Esq.
Jeffrey Tew, Esq.
Tew Cardenas Rebak Kellogg Lehman
DeMaria Tague Raymong & Levin, LLP
201 South Biscayne Boulevard, Suite 2600
Miami, FL 33131

(Counsel to Town of Acton, MA)
Thomas O. Bean
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Blvd.
Boston, MA 02210

(Federal Insurance Company)
Jacob C. Cohn, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Contrarian Capital Trade Claims LP
Attn: Alisa Minsch
411 W. Putnam Ave. S-225
Greenwich, CT 06830-6263

Debt Acquisition Co of America V LLC
2120 W. Washington Street
San Diego, CA 92110-2052

Longacre Master Fund Ltd.
Attn: Maurie Shalome
810 7th Avenue, 22nd Fl.
New York, NY 10019-5818

Sierra Asset Management LLC
2699 White Rd., Ste. 225
Irvine, CA 92614-6264

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704-0487

Edward B. Cottingham, Jr.
Motley Rice LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

(Fireman's Fund Insurance Company)
Jeffrey Kaufman, Esq.
Gerald F. Ellersdorfer, Esq.
Kaufman & Logan LLP
100 Spear Street, 12th Floor
San Francisco, CA 94105

Ed Cottingham, Jr., Esq.
Motley Rice LLP
28 Bridgeside Boulevard
P. O. Box 1792
Mount Pleasant, SC 29465

John Preefer, Esq.
John Preefer
60 East 42nd Street, Suite 1201
New York, NY 10165

Elio Battista, Jr., Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Michael B. Schaedle, Esq.
Blank Rome LLP
One Logan Square

130 North 18th Street
Philadelphia, PA 19103

Michael S. Etkin, Esq.
Ira M. Levee, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

David E. Wilks, Esq.
Buchanan Ingersoll PC
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE 19801
(Gamma Holding, NV)

Kennedy Covington Lobdell
& Hickman, LLP
Hearst Tower, 47th Floor
214 N. Tryon Street
Charlotte, NC 28202
(Charlotte Transit Center, Inc.)

James S. Yoder, Esq.
White & Williams LLP
824 N. Market Street, Suite 902
Wilmington, DE 19801
(Allstate Insurance Company, Solely As
Successor-in-Interest to Northbrook Excess
and Surplus Insurance Company, Formerly
Northbrook Insurance Company)

Stefano Calogero, Esq.
Andrew K. Craig, Esq.
Cuyler Burk, LLP
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ 07054
(Allstate Insurance Company, Solely As
Successor-in-Interest to Northbrook Excess
and Surplus Insurance Company, Formerly
Northbrook Insurance Company)

(Spaulding & Slye Construction LP)
Bruce D. Levin, Esq.
Peter B. McGlynn, Esq.
125 Summer Street, Suite 1300
Boston, MA 02110

James Sottile, Esq.
Zuckerman Spaeder LLP
1201 Connecticut Avenue, N.W.
Suite 600
Washington, DC 20036

Primex Plastics Corp.
1235 North F Street
Richmond, IN 47374

## CONTINGENT FEE AGREEMENT

The undersigned client hereby appoints JON L. HEBERLING and the law firm of McGARVEY, HEBERLING, SULLIVAN & McGARVEY, 745 South Main, Kalispell, Montana 59901, as their attorneys to prosecute any and all claims of the undersigned against W.R. Grace & Co. and any and all firms and corporations due to asbestos exposure in Lincoln County, Montana only. Claims arising out of other exposures are not handled by the law firm, and no representations are made about time limits or statutes of limitations for filing such claims.

The said attorneys shall be compensated as follows:

(a)    Twenty-five percent (25%) without suit.
(b)    Thirty-three percent (33%) after suit is filed and the defendant has appeared by counsel.
(c)    Forty percent (40%) after pretrial conference.
(d)    Fifty percent (50%) on appeal to the Montana Supreme Court or retrial.

The entire recovery shall include anything of value, however designated. If nothing is recovered, client owes nothing to the attorney.

In addition thereto, said attorneys shall receive reimbursement from the case recovery for all of the necessary litigation expenses, including filing fees, court costs, expert witness fees, long-distance telephone charges, photocopies, travel expenses, and interest on costs advanced on behalf of the client at the rate of 6 percentage points per annum above the prime rate of major New York banks as published in the Wall Street Journal edition dated three (3) business days prior to the execution of this agreement. Any advances made by the attorneys are made at their sole option.

The undersigned grants a lien upon the claim and upon all of the exhibits, papers and files to secure the attorneys for any costs advances or for any services rendered.

Upon reasonable notice to the client, the attorney may withdraw and discontinue representation of the client.

**DATED** this _____ day of _____ , _____ .

_____
Client

_____
Client Spouse

ACCEPTED AND APPROVED:
McGARVEY, HEBERLING, SULLIVAN
&amp; McGARVEY

By:_____
    JON L. HEBERLING

Libby Claimants represented by McGarvey, Heberling, Sullivan & McGarvey, P.C., 745 South Main, Kalispell, MT 59901

| First Name and Middle Initial of Creditor | Last Name[1] | Street Address | City | State | Zip Code | Reserved | Fee Agreement Date[2] | Amount of Claim | Date claim was acquired if acquired within 1 year prior to date of filing of bankruptcy 4/2/2001 | Type of disease[3] | Pertinent Facts |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Darcy | Albert | P.O. Box 2560 | Kalispell | MT | 59901 | | 6/25/2001 | Unliquidated | 5/29/2001 | | See footnote 5 |
| George | Albert | 475 Pine Creek Rd | Troy | MT | 59935 | | 10/6/2003 | Unliquidated | 1/25/2002 | | See footnote 5 |
| Lois L | Albert | 475 Pine Creek Rd | Troy | MT | 59935 | | 10/6/2003 | Unliquidated | 1/25/2002 | Asbestos-Related Disease[4] | See footnote 5 |
| Mary R | Albert | 2106 S Woodland Dr | Kalispell | MT | 59901 | | 7/29/2001 | Unliquidated | 4/24/2001 | Asbestos-Related Disease | See footnote 5 |
| Robert G | Albert | P.O. Box 2560 | Kalispell | MT | 59901 | | 6/25/2001 | Unliquidated | 5/29/2001 | Asbestos-Related Disease | See footnote 5 |
| Kenneth | Alkire | 81 South Central Road | Libby | MT | 59923 | | 12/8/2002 | Unliquidated | 1/4/2001 | Asbestos-Related Disease | See footnote 5 |
| Mary Beth R | Alkire | 81 South Central Road | Libby | MT | 59923 | | 7/10/1997 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Diana | Allen | 3455 Old Hardin Rd #22 | Billings | MT | 59101 | | 4/1/2001 | Unliquidated | | | See footnote 5 |
| Eleanore | Allen | P.O. Box 871 | Lakeside | MT | 59922 | | 10/26/1999 | Unliquidated | | | See footnote 5 |
| James R | Allen | 3455 Old Hardin Rd #22 | Billings | MT | 59101 | | 4/1/2001 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Thomas J | Allen | P.O. Box 871 | Lakeside | MT | 59922 | | 10/26/1999 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Ernest R | Anderson | P.O. Box 159 | Libby | MT | 59923 | | 5/10/2003 | Unliquidated | 1/28/2002 | Asbestos-Related Disease | See footnote 5 |
| Duane T | Applegate | P.O. Box 651 | Libby | MT | 59923 | | 6/20/2001 | Unliquidated | 2/12/2001 | Asbestos-Related Disease | See footnote 5 |
| Marion | Applegate | P.O. Box 651 | Libby | MT | 59923 | | 6/20/2001 | Unliquidated | 2/12/2001 | | See footnote 5 |
| Lloyd | Arit | 173 Cabinet Heights Road | Libby | MT | 59923 | | 12/8/2000 | Unliquidated | 8/11/2000 | Asbestos-Related Disease | See footnote 5 |
| Marjorie | Arit | 173 Cabinet Heights Road | Libby | MT | 59923 | | 12/8/2000 | Unliquidated | 8/11/2000 | | See footnote 5 |
| Edward | Atchley | 42 Dolphin Way | Libby | MT | 59923 | | 8/21/2001 | Unliquidated | 4/5/2001 | Asbestos-Related Disease | See footnote 5 |
| Hazel | Atchley | 42 Dolphin Way | Libby | MT | 59923 | | 8/21/2001 | Unliquidated | 4/5/2001 | | See footnote 5 |
| Darlene | Auge | 1000 Bayhorse Road | Libby | MT | 59923 | | 10/13/2000 | Unliquidated | 11/27/2000 | | See footnote 5 |
| Eugene | Auge | 1000 Bayhorse Road | Libby | MT | 59923 | | 10/13/2000 | Unliquidated | 11/27/2000 | Asbestos-Related Disease | See footnote 5 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Cecil | Bache | P.O. Box 935 | Libby | MT | 59923 | 4/12/2001 | Unliquidated | 10/9/2000 | | See footnote 5 |
| Donna R | Bache | P.O. Box 935 | Libby | MT | 59923 | 4/12/2001 | Unliquidated | 10/9/2000 | Asbestos-Related Disease | See footnote 5 |
| Frank B | Bache | P.O. Box 605 | Anchor Point | AK | 99556 | 5/15/2001 | Unliquidated | 4/26/2001 | Asbestos-Related Disease | See footnote 5 |
| Sandra | Bache | P.O. Box 605 | Anchor Point | AK | 99556 | 5/15/2001 | Unliquidated | 4/26/2001 | | See footnote 5 |
| Judy | Badgley | 721 13th Street | Havre | MT | 59501 | 11/13/2001 | Unliquidated | 3/30/2001 | | See footnote 5 |
| Linnea | Badgley | 1104 6th Avenue North #302 | Great Falls | MT | 59401 | 10/15/1996 | Unliquidated | | | See footnote 5 |
| Mike F | Badgley | 721 13th Street | Havre | MT | 59501 | 11/13/2001 | Unliquidated | 3/30/2001 | Asbestos-Related Disease | See footnote 5 |
| William J | Badgley, deceased | 1104 6th Avenue North #302 | Great Falls | MT | 59401 | 10/15/1996 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Kitty Ruth | Baenen | 15 Post Street | Libby | MT | 59923 | 12/1/2003 | Unliquidated | | | See footnote 5 |
| Louis J | Baenen, deceased | 15 Post Street | Libby | MT | 59923 | 7/30/1998 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Brad | Baeth | 330 Rustic Ave | Libby | MT | 59923 | 3/31/2003 | Unliquidated | 8/12/2001 | | See footnote 5 |
| Katherine | Baeth | 2437 Kootenai River Road | Libby | MT | 59923 | 4/23/2001 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Kenneth | Baeth | 2437 Kootenai River Road | Libby | MT | 59923 | 4/23/2001 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Louise May A | Baeth | 2220 31st Avenue | Missoula | MT | 59804 | 6/21/1997 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Roger | Baeth | 2220 31st Avenue | Missoula | MT | 59804 | 6/21/1997 | Unliquidated | | | See footnote 5 |
| Shirley B | Baeth | 330 Rustic Ave | Libby | MT | 59923 | 3/31/2003 | Unliquidated | 8/12/2001 | Asbestos-Related Disease | See footnote 5 |
| Benjamin W | Baker | P.O. Box 84 | Libby | MT | 59923 | 1/6/2004 | Unliquidated | 1/18/2001 | Asbestos-Related Disease | See footnote 5 |
| Darryn F | Baker | 1011 E. Shaprsburg, Apt 557 | Spokane | WA | 99208 | 10/25/2000 | Unliquidated | 7/24/2000 | Asbestos-Related Disease | See footnote 5 |
| Frances J | Baker | 1011 E. Shaprsburg, Apt 557 | Spokane | WA | 99208 | 11/6/2001 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Mildred M | Baker | P.O. Box 84 | Libby | MT | 59923 | 1/20/2004 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Bruce C | Baker, deceased | 1011 E. Shaprsburg, Apt 557 | Spokane | WA | 99208 | 3/23/2000 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Irving | Ball | 35 Pearl St | Libby | MT | 59923 | 8/8/2001 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Anson E | Barnes | 595 Eckelberry Dr. | Columbia Falls | MT | 59912 | 10/20/1997 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Robert R | Barnes | P.O. Box 102 | Libby | MT | 59923 | 7/8/1998 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Sally | Barnes | 595 Eckelberry Dr. | Columbia Falls | MT | 59912 | 10/20/1997 | Unliquidated | | | See footnote 5 |
| Dixie | Basham | 352 Granite Ave | Libby | MT | 59923 | 3/17/2003 | Unliquidated | 1/11/2001 | | See footnote 5 |

| First | Last | Address | City | State | Zip | | | | Disease | |
|---|---|---|---|---|---|---|---|---|---|---|
| Jack S | Basham, deceased | 352 Granite Ave | Libby | MT | 59923 | 3/17/2003 | Unliquidated | 1/11/2001 | Esophageal cancer due to Asbestosis | See footnote 5 |
| Robert O | Beagle | 18 Rainbow Lane | Libby | MT | 59923 | 7/3/1997 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Sherry | Beagle | 18 Rainbow Lane | Libby | MT | 59923 | 7/3/1997 | Unliquidated | | | See footnote 5 |
| Barbara | Benefield | 264 Vicks Drive | Libby | MT | 59923 | 10/10/2001 | Unliquidated | 7/26/2001 | Asbestos-Related Disease | See footnote 5 |
| David I | Benefield | 245 Cedar Meadow Rd | Libby | MT | 59923 | 8/31/2001 | Unliquidated | 4/10/2001 | Asbestos-Related Disease | See footnote 5 |
| Donald C | Benefield | 264 Vicks Drive | Libby | MT | 59923 | 10/10/2001 | Unliquidated | 1/8/2001 | Asbestos-Related Disease | See footnote 5 |
| Gayla C | Benefield | 245 Cedar Meadow Rd | Libby | MT | 59923 | 10/8/2001 | Unliquidated | 5/10/2001 | Asbestos-Related Disease | See footnote 5 |
| Finis | Bennett | 1570 South 4th Street | Dayton | WA | 99328 | 12/12/2000 | Unliquidated | | | See footnote 5 |
| Lois A | Bennett | 1570 South 4th Street | Dayton | WA | 99328 | 12/12/2000 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Edward B | Benoit | 2285 Kootenai River Road | Libby | MT | 59923 | 9/18/1998 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Myrtle | Benoit | 2285 Kootenai River Road | Libby | MT | 59923 | 9/18/1998 | Unliquidated | | | See footnote 5 |
| Elmer L | Billadeau | P.O. Box 1343 | Libby | MT | 59923 | 5/17/2001 | Unliquidated | 4/18/2001 | Asbestos-Related Disease | See footnote 5 |
| Alan G | Bitterman | 451 East Oasis Drive | Ivins | UT | 84738 | 3/8/2004 | Unliquidated | 4/23/2001 | Asbestos-Related Disease | See footnote 5 |
| Charlotte L | Bitterman | 451 East Oasis Drive | Ivins | UT | 84738 | 3/8/2004 | Unliquidated | 4/23/2001 | Asbestos-Related Disease | See footnote 5 |
| Don | Blaine | West 8570 Twin Lakes Rd | Rathdrum | ID | 83858 | 3/3/2000 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Donald N | Bland | P.O. Box 357 | Libby | MT | 59923 | 2/13/2002 | Unliquidated | 12/20/2001 | Asbestos-Related Disease | See footnote 5 |
| Virginia | Bland | P.O. Box 357 | Libby | MT | 59923 | 2/13/2002 | Unliquidated | 12/20/2001 | | See footnote 5 |
| Fred M | Bock | P.O. Box 3 | Rexford | MT | 59930 | 7/23/2002 | Unliquidated | 7/1/2002 | Asbestos-Related Disease | See footnote 5 |
| Grace | Bock | P.O. Box 3 | Rexford | MT | 59930 | 7/23/2002 | Unliquidated | 7/1/2002 | | See footnote 5 |
| Darrell F | Boggess | 177 NE 11th St | Hermiston | OR | 97838 | 9/2/2000 | Unliquidated | 8/10/2000 | Asbestos-Related Disease | See footnote 5 |
| Frank L | Bolles | P.O. Box 226 | Rexford | MT | 59930 | 7/15/2002 | Unliquidated | 5/29/2002 | Asbestos-Related Disease | See footnote 5 |
| Gerald D | Bolles | 6814 W. Burchwood Avenue | Nine Mile Falls | WA | 99026 | 9/18/2000 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Billy Bob | Boothman | 1112 Fish Hatchery Road | Libby | MT | 59923 | 10/10/2001 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| James | Boring | 1949 Farm to Market Rd | Libby | MT | 59923 | 3/17/2003 | Unliquidated | 6/28/2001 | Asbestos-Related Disease | See footnote 5 |
| Ronnie L | Boring | 1949 Farm to Market Rd | Libby | MT | 59923 | 3/17/2003 | Unliquidated | 6/28/2001 | Asbestos-Related Disease | See footnote 5 |
| Bernard M | Bosch | 272 Pioneer Road | Libby | MT | 59923 | 6/20/2001 | Unliquidated | 1/10/2001 | Asbestos-Related Disease | See footnote 5 |

| First | Last | Address | City | State | Zip | Date | Status | Date 2 | Disease | Footnote |
|---|---|---|---|---|---|---|---|---|---|---|
| Brenda | Bosch | 272 Pioneer Road | Libby | MT | 59923 | 6/20/2001 | Unliquidated | 1/10/2001 | | See footnote 5 |
| Larry D | Bowker | 110 E. Evergreen # 57 | Kalispell | MT | 59901 | 7/23/2004 | Unliquidated | 10/14/2002 | Asbestos-Related Disease | See footnote 5 |
| Michael E | Bowker | 2363 Hwy 2 South | Libby | MT | 59923 | 6/8/2004 | Unliquidated | 10/24/2001 | Asbestos-Related Disease | See footnote 5 |
| Alice | Brakke | 2106 Birch Circle | Bellingham | WA | 98226 | 3/27/2002 | Unliquidated | 2/19/2002 | | See footnote 5 |
| Leonard J | Brakke | 2106 Birch Circle | Bellingham | WA | 98226 | 3/27/2002 | Unliquidated | 2/19/2002 | Asbestos-Related Disease | See footnote 5 |
| Dolores | Brewington | 61310 Parrell Road #26 | Bend | OR | 97702 | 7/2/2001 | Unliquidated | | | See footnote 5 |
| William E | Brewington, deceased | 61310 Parrell Road #26 | Bend | OR | 97702 | 7/2/2001 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Helen L | Brickey | 3505 East Deer Park/Milan Road | Deer Park | WA | 99006 | 4/13/2000 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Lloyd | Brickey | 3505 East Deer Park/Milan Road | Deer Park | WA | 99006 | 4/13/2000 | Unliquidated | | | See footnote 5 |
| Tami | Broden | 1104 101st St., Court E | Tacoma | WA | 98445 | 10/16/2000 | Unliquidated | 9/12/2000 | | See footnote 5 |
| Barbara | Brossman | 405 Parmenter Avenue | Libby | MT | 59923 | 8/14/2001 | Unliquidated | 3/1/2001 | Asbestos-Related Disease | See footnote 5 |
| Raymond D | Brossman | 405 Parmenter Avenue | Libby | MT | 59923 | 8/14/2001 | Unliquidated | 3/1/2001 | Asbestos-Related Disease | See footnote 5 |
| Barry | Brown | 653 Flower Creek Road | Libby | MT | 59923 | 4/30/2001 | Unliquidated | 12/14/2000 | | See footnote 5 |
| Doris C | Brown | 653 Flower Creek Road | Libby | MT | 59923 | 4/30/2001 | Unliquidated | 12/14/2000 | Asbestos-Related Disease | See footnote 5 |
| Elaine H | Brown | 910 10th Street West Apt. 124 | Billings | MT | 59102 | 6/22/2001 | Unliquidated | 5/4/2001 | Asbestos-Related Disease | See footnote 5 |
| Ralph | Brown | 910 10th Street West Apt. 124 | Billings | MT | 59102 | 6/22/2001 | Unliquidated | 5/4/2001 | | See footnote 5 |
| Dan D | Burns | P.O. Box 286 | Libby | MT | 59923 | 11/8/2002 | Unliquidated | 10/5/2000 | Asbestos-Related Disease | See footnote 5 |
| Eunice | Burrese | P.O. Box 396 | Libby | MT | 59923 | 10/11/2001 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Carol J | Burriss | 827 Greer's Ferry | Libby | MT | 59923 | 1/9/2003 | Unliquidated | 11/11/2002 | Asbestos-Related Disease | See footnote 5 |
| William | Burriss | 827 Greer's Ferry | Libby | MT | 59923 | 1/9/2003 | Unliquidated | 11/11/2002 | | See footnote 5 |
| Don | Burton | 149 West Valley Acres | Kalispell | MT | 59901 | 7/30/2001 | Unliquidated | 7/10/2001 | | See footnote 5 |
| Sharon | Burton | 149 West Valley Acres | Kalispell | MT | 59901 | 7/30/2001 | Unliquidated | 7/10/2001 | Asbestos-Related Disease | See footnote 5 |
| Dan C | Busby | 2098 Farm to Market Rd | Libby | MT | 59923 | 4/7/2002 | Unliquidated | 11/8/2001 | Asbestos-Related Disease | See footnote 5 |
| Thora | Busby | 2098 Farm to Market Rd | Libby | MT | 59923 | 4/7/2002 | Unliquidated | 11/8/2001 | | See footnote 5 |
| Kelly A | Cannon | P.O. Box 131 | Libby | MT | 59923 | 2/5/2001 | Unliquidated | 7/14/2000 | Asbestos-Related Disease | See footnote 5 |
| Larry T | Cannon | 305 Hightwood Drive | Libby | MT | 59923 | 9/13/2001 | Unliquidated | 7/5/2001 | Asbestos-Related Disease | See footnote 5 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Yoko D | Cannon | 905 Commerce Way #22 | Libby | MT | 59923 | 9/4/1999 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Maynard A | Carlson | 814 Michigan Avenue | Libby | MT | 59923 | 3/16/2001 | Unliquidated | 9/18/2000 | Asbestos-Related Disease | See footnote 5 |
| Randy J | Carlson | P.O. Box 1002 | Libby | MT | 59923 | 2/8/1999 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Alice M | Carolan, deceased | P.O. 156 | Libby | MT | 59923 | 6/6/2000 | Unliquidated | 4/8/2000 | Asbestos-Related Disease | See footnote 5 |
| Kelly | Carr | 1042 Bothwell Circle | Bolingbrook | IL | 60440 | 2/1/2000 | Unliquidated | | | See footnote 5 |
| William B | Carr, deceased | 1042 Bothwell Circle | Bolingbrook | IL | 60440 | 2/1/2000 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Bruce A | Carrier | P.O. Box 1093 | Libby | MT | 59923 | 7/9/2001 | Unliquidated | 8/6/2000 | Asbestos-Related Disease | See footnote 5 |
| Pat | Carrier | P.O. Box 1093 | Libby | MT | 59923 | 7/9/2001 | Unliquidated | 8/6/2000 | | See footnote 5 |
| Judith A | Cartwright | 5202 38th Avenue SW | Seattle | WA | 98126 | 9/13/2001 | Unliquidated | 4/19/2001 | Asbestos-Related Disease | See footnote 5 |
| Rose E | Carvey | P.O. Box 672 | Eureka | MT | 59917 | 5/2/2001 | Unliquidated | 10/30/2000 | | See footnote 5 |
| Steven E | Carvey | P.O. Box 672 | Eureka | MT | 59917 | 5/2/2001 | Unliquidated | 10/30/2000 | Asbestos-Related Disease | See footnote 5 |
| Darrel | Cassidy | 1010 Mineral Avenue | Libby | MT | 59923 | 8/15/2001 | Unliquidated | 5/9/2001 | | See footnote 5 |
| John H | Cassidy, deceased | 1010 Mineral Avenue | Libby | MT | 59923 | 8/15/2001 | Unliquidated | 5/9/2001 | Asbestos-Related Disease | See footnote 5 |
| Arthur D | Caudill | 728 8th St West #5 | Kalispell | MT | 59901 | 6/23/2003 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Betty | Challinor | P.O. Box 1493 | Libby | MT | 59923 | 4/9/2003 | Unliquidated | 5/9/2001 | | See footnote 5 |
| Gerald | Challinor | P.O. Box 5273 | Mohave Valley | AZ | 86446 | 8/9/2001 | Unliquidated | 7/18/2001 | Asbestos-Related Disease | See footnote 5 |
| Nona | Challinor | P.O. Box 5273 | Mohave Valley | AZ | 86446 | 8/9/2001 | Unliquidated | 7/18/2001 | | See footnote 5 |
| Scott | Challinor | P.O. Box 913 | Lakeside | MT | 59922 | 11/17/2001 | Unliquidated | 2/20/2001 | Asbestos-Related Disease | See footnote 5 |
| Wendy R | Challinor | P.O. Box 913 | Lakeside | MT | 59922 | 11/17/2001 | Unliquidated | 2/20/2001 | Asbestos-Related Disease | See footnote 5 |
| Jim P | Challinor, deceased | P.O. Box 1493 | Libby | MT | 59923 | 4/9/2003 | Unliquidated | 5/9/2001 | Asbestos-Related Disease | See footnote 5 |
| Keith G | Chalmers | 416 West Oak Street | Libby | MT | 59923 | 5/25/2000 | Unliquidated | 4/13/2000 | Asbestos-Related Disease | See footnote 5 |
| Delbert R | Chapel | Box 615 | Troy | MT | 59935 | 8/4/2004 | Unliquidated | 1/27/2004 | Asbestos-Related Disease | See footnote 5 |
| Viola | Chapel | Box 615 | Troy | MT | 59935 | 8/4/2004 | Unliquidated | 1/27/2004 | | See footnote 5 |
| George F | Chapman | 90 Trails End Drive | Kalispell | MT | 59901 | 4/20/1999 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Shirley | Chapman | 90 Trails End Drive | Kalispell | MT | 59901 | 4/20/1999 | Unliquidated | | | See footnote 5 |
| Candace | Chase | P.O. Box 1609 | Bigfork | MT | 59911 | 5/29/2001 | Unliquidated | 9/1/2000 | | See footnote 5 |

| First | Last | Address | City | State | Zip | Date | Status | Date | Disease | Footnote |
|---|---|---|---|---|---|---|---|---|---|---|
| Fred E | Chase | P.O. Box 1609 | Bigfork | MT | 59911 | 5/29/2001 | Unliquidated | 9/1/2000 | Asbestos-Related Disease | See footnote 5 |
| Betty | Cohenour | P.O. Box 677 | Frenchtown | MT | 59834 | 10/15/1997 | Unliquidated | | | See footnote 5 |
| James W | Cohenour | P.O. Box 677 | Frenchtown | MT | 59834 | 10/15/1997 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Robert E | Cohenour, deceased | P.O. Box 304 | Col Falls | MT | 59912 | 6/27/1997 | Unliquidated | | Asbestos-Related Disease, Lung Cancer | See footnote 5 |
| Carletta | Collier | PMB F105990 3590 Round Bottom Rd | Cincinnati | OH | 45244 | 10/23/2002 | Unliquidated | 10/30/2000 | | See footnote 5 |
| Jo Ann J | Collier | 4119 Farm to Market Rd | Libby | MT | 59923 | 1/24/2004 | Unliquidated | 11/25/2003 | Asbestos-Related Disease | See footnote 5 |
| Glen R | Collier, deceased | 4119 Farm to Market Rd | Libby | MT | 59923 | 3/29/2004 | Unliquidated | 2/25/2004 | Asbestos-Related Disease | See footnote 5 |
| Paul D | Collier, deceased | PMB F105990 3590 Round Bottom Rd | Cincinnati | OH | 45244 | 10/23/2002 | Unliquidated | 10/30/2000 | Asbestos-Related Disease | See footnote 5 |
| Linda R | Collinson | P.O. Box 715 | Libby | MT | 59923 | 2/9/2000 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Charles H | Collinson, deceased | P.O. Box 715 | Libby | MT | 59923 | 2/16/2001 | Unliquidated | 8/25/2000 | Asbestos-Related Disease | See footnote 5 |
| Amelda | Cook | HC60 Box 413 | Round Mountain | NV | 89045 | 10/16/1999 | Unliquidated | | | See footnote 5 |
| Barbara | Cook | P.O. Box 56 | Rexford | MT | 59930 | 4/8/2002 | Unliquidated | 7/10/2001 | Asbestos-Related Disease | See footnote 5 |
| Donald E | Cook | HC60 Box 413 | Round Mountain | NV | 89045 | 10/16/1999 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Ken D | Cook | P.O. Box 56 | Rexford | MT | 59930 | 4/8/2002 | Unliquidated | 3/20/2001 | Asbestos-Related Disease | See footnote 5 |
| Dorothy M | Coon | P.O. Box 43 | Troy | MT | 59935 | 7/15/2004 | Unliquidated | 11/8/2002 | Asbestos-Related Disease | See footnote 5 |
| Brian | Corbett | 6595 E. 6th | Colville | WA | 99114 | 8/10/2001 | Unliquidated | 4/19/2001 | Asbestos-Related Disease | See footnote 5 |
| Darlene | Cornwell | P.O. Box 47 | Troy | MT | 59935 | 3/18/2003 | Unliquidated | 6/27/2001 | | See footnote 5 |
| E. Jim | Cornwell | P.O. Box 47 | Troy | MT | 59935 | 3/18/2003 | Unliquidated | 6/27/2001 | Asbestos-Related Disease | See footnote 5 |
| Lauri | Costello Maclay | 122 North Raymond Rd., Suite | Spokane Valley | WA | 99206 | 12/21/2001 | Unliquidated | 6/21/2001 | | See footnote 5 |
| Dean C | Crabtree | 215 Kootenai River Rd | Libby | MT | 59923 | 10/1/2004 | Unliquidated | 10/9/2000 | Asbestos-Related Disease | See footnote 5 |
| Valerie | Crabtree | 215 Kootenai River Rd | Libby | MT | 59923 | 10/1/2004 | Unliquidated | 10/9/2000 | | See footnote 5 |
| Elinor M | Creighton | 610 Treasure Avenue #2 | Libby | MT | 59923 | 5/3/2001 | Unliquidated | 3/13/2001 | Asbestos-Related Disease | See footnote 5 |
| Elvie | Creighton | 296 Quartz Road | Libby | MT | 59923 | 6/11/2001 | Unliquidated | 2/8/2001 | | See footnote 5 |
| Thomas G | Creighton | 296 Quartz Road | Libby | MT | 59923 | 6/11/2001 | Unliquidated | 2/8/2001 | Asbestos-Related Disease | See footnote 5 |
| Arlene F | Crispin | 1092 Castlegate Lane | Santa Ana | CA | 92705 | 6/23/2001 | Unliquidated | 12/28/2000 | Asbestos-Related Disease | See footnote 5 |
| William | Crispin | 1092 Castlegate Lane | Santa Ana | CA | 92705 | 6/23/2001 | Unliquidated | 12/28/2000 | | See footnote 5 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Judith | Cummings | P.O. Box 32 | Troy | MT | 59935 | 9/4/2003 | Unliquidated | 3/13/2001 | | See footnote 5 |
| Larry V | Cummings | P.O. Box 32 | Troy | MT | 59935 | 9/4/2003 | Unliquidated | 3/13/2001 | Asbestos-Related Disease | See footnote 5 |
| Sharon K | Curtiss | P.O. Box 156 | Libby | MT | 59923 | 10/21/1997 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Kay | Davidson | 149 Airfield Road | Libby | MT | 59923 | 9/23/1998 | Unliquidated | | | See footnote 5 |
| Richard G | Davidson, deceased | 149 Airfield Road | Libby | MT | 59923 | 9/23/1998 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Donald L | Day | 2109 Hanks Street | Lufkin | TX | 75904 | 3/21/1999 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Gloria | Day | 2109 Hanks Street | Lufkin | TX | 75904 | 3/21/1999 | Unliquidated | | | See footnote 5 |
| Hazel M | Day | 2110 West Merlyn Way | Post Falls | ID | 83854 | 4/17/2002 | Unliquidated | 1/2/2002 | Asbestos-Related Disease | See footnote 5 |
| Debra | Decker | P.O. Box 216 | Libby | MT | 59923 | 3/23/2004 | Unliquidated | 11/6/2000 | | See footnote 5 |
| Mark L | Decker | P.O. Box 216 | Libby | MT | 59923 | 3/23/2004 | Unliquidated | 11/6/2000 | Asbestos-Related Disease | See footnote 5 |
| Carrie | Dedrick | 917 Crotteau Road | Libby | MT | 59923 | 5/1/1998 | Unliquidated | | | See footnote 5 |
| Robert W | Dedrick | 917 Crotteau Road | Libby | MT | 59923 | 5/1/1998 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Jody R | Denning, deceased | 46 Crossway Avenue | Libby | MT | 59923 | 12/26/1998 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Charlene | DeShazer | 3387 Kootenai River Rd | Libby | MT | 59923 | 7/11/1997 | Unliquidated | | | See footnote 5 |
| Daniel K | DeShazer | 564 Terrace View Rd | Libby | MT | 59923 | 11/19/2001 | Unliquidated | 4/18/2001 | Asbestos-Related Disease | See footnote 5 |
| Eva | DeShazer | 564 Terrace View Rd | Libby | MT | 59923 | 11/19/2001 | Unliquidated | 4/18/2001 | | See footnote 5 |
| Gerald E | DeShazer | 34 Bowker Rd, Lot 26 | Libby | MT | 59923 | 10/1/2001 | Unliquidated | 8/29/2001 | Asbestos-Related Disease | See footnote 5 |
| Jean | DeShazer | 574 Gore Rd | Kalama | WA | 98625 | 8/24/1999 | Unliquidated | | | See footnote 5 |
| Sandra O | DeShazer | 34 Bowker Rd, Lot 26 | Libby | MT | 59923 | 9/2/2003 | Unliquidated | 6/10/2002 | Asbestos-Related Disease | See footnote 5 |
| Donald L | DeShazer, deceased | 574 Gore Rd | Kalama | WA | 98625 | 8/24/1999 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Jack E | DeShazer | 3387 Kootenai River Rd | Libby | MT | 59923 | 7/11/1997 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Margaret O | DeShazer, deceased | 3387 Kootenai River Rd | Libby | MT | 59923 | 7/11/1997 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Lois D | Dickerman | P.O. Box 198 | Troy | MT | 59935 | 10/11/2001 | Unliquidated | 8/1/2001 | Asbestos-Related Disease | See footnote 5 |
| Alfred M | Dickerman, deceased | P.O. Box 198 | Troy | MT | 59935 | 5/8/2000 | Unliquidated | 4/13/2000 | Asbestos-Related Disease | See footnote 5 |
| Joseph C | Downing | 2607 North 29th Street | Boise | ID | 83703 | 6/3/1999 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Margaret | Downing | 2607 North 29th Street | Boise | ID | 83703 | 6/3/1999 | Unliquidated | | | See footnote 5 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Bruce D | Drury | 2113 Hwy 2 W, A13 | Libby | MT | 59923 | 12/12/2003 | Unliquidated | 11/26/2001 | Asbestos-Related Disease | See footnote 5 |
| Delano B | Drury | 1221 Montana Avenue | Libby | MT | 59923 | 6/27/2000 | Unliquidated | 6/22/2000 | Asbestos-Related Disease | See footnote 5 |
| Marjorie L | Drury | 1221 Montana Avenue | Libby | MT | 59923 | 4/2/1999 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Tracy | Drury | 2113 Hwy 2 W, A13 | Libby | MT | 59923 | 12/12/2003 | Unliquidated | 11/26/2001 | | See footnote 5 |
| April | Dusek | 785 Farm to Market Rd | Libby | MT | 59923 | 5/11/2004 | Unliquidated | 11/26/2001 | Asbestos-Related Disease | See footnote 5 |
| Darrel D | Dusek | 785 Farm to Market Rd | Libby | MT | 59923 | 5/11/2004 | Unliquidated | 11/26/2001 | Asbestos-Related Disease | See footnote 5 |
| Brenda | Dutton | 39 West Evergreen | Kalispell | MT | 59901 | 8/24/1999 | Unliquidated | | | See footnote 5 |
| Gloria | Dutton | 213 Colorado Avenue | Libby | MT | 59923 | 2/9/2001 | Unliquidated | 9/14/2000 | | See footnote 5 |
| Merritt R | Dutton | 213 Colorado Avenue | Libby | MT | 59923 | 2/9/2001 | Unliquidated | 9/14/2000 | Asbestos-Related Disease | See footnote 5 |
| Richard C | Dutton | 73900 Columbia River Hwy, Unit 27 | Rainier | OR | 97048 | 11/28/2004 | Unliquidated | 5/20/2001 | Asbestos-Related Disease | See footnote 5 |
| Rosalie | Dutton | 73900 Columbia River Hwy, Unit 27 | Rainier | OR | 97048 | 11/28/2004 | Unliquidated | 5/20/2001 | | See footnote 5 |
| Russell F | Dutton | 39 West Evergreen | Kalispell | MT | 59901 | 8/24/1999 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Forrest | Dyer | 287 Conley Lake Road | Deer Lodge | MT | 59722 | 4/25/2001 | Unliquidated | | | See footnote 5 |
| Lester C | Dyer, deceased | 287 Conley Lake Road | Deer Lodge | MT | 59722 | 4/25/2001 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Linden | Edwards | 501 Louisiana Ave | Libby | MT | 59923 | 12/31/2001 | Unliquidated | 3/15/2001 | Asbestos-Related Disease | See footnote 5 |
| Marilyn J | Edwards | 501 Louisiana Ave | Libby | MT | 59923 | 12/31/2001 | Unliquidated | 3/15/2001 | Asbestos-Related Disease | See footnote 5 |
| Robert M | Edwards | P.O. Box 834 | Libby | MT | 59923 | 1/21/2002 | Unliquidated | 9/27/2001 | Asbestos-Related Disease | See footnote 5 |
| Georgiana J | Edwards, deceased | P.O. Box 834 | Libby | MT | 59923 | 1/22/2002 | Unliquidated | 7/24/2001 | Asbestos-Related Disease | See footnote 5 |
| Carol | Eggers | P.O. Box 671 | Superior | MT | 59872 | 2/9/1999 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Eddie E | Eggers | P.O. Box 671 | Superior | MT | 59872 | 2/9/1999 | Unliquidated | | | See footnote 5 |
| Mavis Darlene | Eggert | 10723 West Abbbott Ave | Sun City | AZ | 85351 | 1/15/2003 | Unliquidated | 5/6/2002 | Asbestos-Related Disease | See footnote 5 |
| Kristine E | Eldridge | P.O. Box 902 | Rathdrum | ID | 83858 | 11/3/2001 | Unliquidated | 5/15/2001 | Asbestos-Related Disease | See footnote 5 |
| Gifford L | Ellsworth | P.O. Box 288 | Malta | MT | 59538 | 1/22/2002 | Unliquidated | 5/31/2001 | Asbestos-Related Disease | See footnote 5 |
| Marilyn | Ellsworth | 45 Tamarack Lane | Libby | MT | 59923 | 12/18/2002 | Unliquidated | 10/15/2001 | Asbestos-Related Disease | See footnote 5 |
| Keith E | Ellsworth, deceased | 45 Tamarack Lane | Libby | MT | 59923 | 12/18/2002 | Unliquidated | 10/15/2001 | Asbestos-Related Disease | See footnote 5 |
| Don L | Erickson | 2669 North Highway 37 | Libby | MT | 59923 | 1/7/2002 | Unliquidated | 9/20/2000 | Asbestos-Related Disease | See footnote 5 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Duane R | Erickson | 1108 4th St W | Roundup | MT | 59072 | 3/27/2003 | Unliquidated | 4/3/2001 | Asbestos-Related Disease | See footnote 5 |
| Edwin J | Erickson | 6 Possum Lane | Palmyra | VA | 22993 | 8/26/2001 | Unliquidated | 10/2/2001 | Asbestos-Related Disease | See footnote 5 |
| Janie | Erickson | 2669 North Highway 37 | Libby | MT | 59923 | 1/7/2002 | Unliquidated | 9/20/2000 | | See footnote 5 |
| Linda | Erickson | 280 Dolphin Way | Libby | MT | 59923 | 2/13/2003 | Unliquidated | 7/17/2001 | Asbestos-Related Disease | See footnote 5 |
| Loretta | Erickson | 1108 4th St W | Roundup | MT | 59072 | 3/27/2003 | Unliquidated | 4/3/2001 | | See footnote 5 |
| Richard C | Erickson | 280 Dolphin Way | Libby | MT | 59923 | 2/13/2003 | Unliquidated | 7/17/2001 | Asbestos-Related Disease | See footnote 5 |
| Sonngard | Erickson | 6 Possum Lane | Palmyra | VA | 22993 | 8/26/2001 | Unliquidated | 10/2/2001 | | See footnote 5 |
| Rodney A | Erickson, deceased | 280 Dolphin Way | Libby | MT | 59923 | 2/11/2003 | Unliquidated | 6/12/2001 | Asbestos-Related Disease | See footnote 5 |
| Arthur L | Farmer | P.O. Box 265 | Libby | MT | 59923 | 10/10/2001 | Unliquidated | 5/1/2001 | Asbestos-Related Disease | See footnote 5 |
| Ursula | Farmer | P.O. Box 265 | Libby | MT | 59923 | 10/10/2001 | Unliquidated | 5/1/2001 | | See footnote 5 |
| Jack C | Farrar | 5709 W Parkwood Lane | Coeur d'Alene | ID | 83814 | 5/22/2000 | Unliquidated | 4/26/2000 | Asbestos-Related Disease | See footnote 5 |
| Rose | Farrar | 5709 W Parkwood Lane | Coeur d'Alene | ID | 83814 | 5/22/2000 | Unliquidated | 4/26/2000 | | See footnote 5 |
| Ruben A | Fellenberg | 224 Forest Ave | Libby | MT | 59923 | 9/30/2004 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Warren Dean | Ferch | 619 Louisiana Avenue | Libby | MT | 59923 | 7/21/2004 | Unliquidated | 6/29/2000 | Asbestos-Related Disease | See footnote 5 |
| Bonnie | Fiebelkorn | 1220 S. Timberland Dr. | Veradale | WA | 90037 | 9/29/1998 | Unliquidated | | | See footnote 5 |
| William B | Fiebelkorn | 1220 S. Timberland Dr. | Veradale | WA | 90037 | 9/29/1998 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Frank J | Filopoulos | P.O. Box 838 | Libby | MT | 59923 | 7/13/2003 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Karen | Filopoulos | P.O. Box 838 | Libby | MT | 59923 | 7/13/2003 | Unliquidated | | | See footnote 5 |
| Beverly Ann | Fleming | P.O. Box 64 | Libby | MT | 59923 | 7/31/2001 | Unliquidated | 4/2/2001 | | See footnote 5 |
| Eldon P | Fleming | P.O. Box 64 | Libby | MT | 59923 | 7/31/2001 | Unliquidated | 4/2/2001 | Asbestos-Related Disease | See footnote 5 |
| Cecil | Foote | P.O. Box 68 | Troy | MT | 59935 | 1/3/2001 | Unliquidated | 9/5/2000 | | See footnote 5 |
| Maxine M | Foote | P.O. Box 68 | Troy | MT | 59935 | 1/3/2001 | Unliquidated | 9/5/2000 | Asbestos-Related Disease | See footnote 5 |
| Billy L | Fore | 1735 South Highway 2 | Libby | MT | 59923 | 12/18/2000 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Jo | Fore | 1735 South Highway 2 | Libby | MT | 59923 | 12/18/2000 | Unliquidated | | | See footnote 5 |
| Bruce D | Foss | 1417 Nevada Street | Libby | MT | 59923 | 7/25/2001 | Unliquidated | 5/15/2001 | Asbestos-Related Disease | See footnote 5 |
| Judi E | Foss | 1417 Nevada Street | Libby | MT | 59923 | 7/25/2001 | Unliquidated | 5/15/2001 | Asbestos-Related Disease | See footnote 5 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ray K | Foster, deceased | 701 D Street, Space A-12 | Chula Vista | CA | 91910 | 7/22/2002 | Unliquidated | 11/3/2000 | Asbestos-Related Disease | See footnote 5 |
| Robert | Fox | P.O. Box 963 | Bonner | MT | 59823 | 6/10/2002 | Unliquidated | 2/14/2001 | | See footnote 5 |
| Sherry A | Fox | P.O. Box 963 | Bonner | MT | 59823 | 6/10/2002 | Unliquidated | 2/14/2001 | Asbestos-Related Disease | See footnote 5 |
| Glenna | Fredenberg | 2648 Trumble Creek Rd. | Kalispell | MT | 59901 | 5/14/1998 | Unliquidated | | | See footnote 5 |
| Orin W | Fredenberg | 2648 Trumble Creek Rd. | Kalispell | MT | 59901 | 5/14/1998 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Kenneth M | Fredricks, deceased | 80 Mahoney Road | Libby | MT | 59923 | 12/8/1999 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Danny J | Freebury | 1302 Airth Avenue | Libby | MT | 59923 | 7/29/2004 | Unliquidated | 10/24/2001 | Asbestos-Related Disease | See footnote 5 |
| Elmer Francis | Froman, deceased | 137 1st Avenue NE | Cut Bank | MT | 59427 | 7/8/2004 | Unliquidated | 8/30/2002 | Mesothelioma | See footnote 5 |
| Samuel E | Fulgham | 75 Curtis Ave. | Libby | MT | 59923 | 11/14/2001 | Unliquidated | 7/25/2001 | Asbestos-Related Disease | See footnote 5 |
| Sandra | Fulgham | 75 Curtis Ave. | Libby | MT | 59923 | 11/14/2001 | Unliquidated | 7/25/2001 | | See footnote 5 |
| Bonnie | Fuller | 407 E 10th St | Libby | MT | 59923 | 8/23/1999 | Unliquidated | | | See footnote 5 |
| Robert K | Fuller | 407 E 10th St | Libby | MT | 59923 | 8/23/1999 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Blake L | Gardiner | 1053 5th Avenue | Helena | MT | 59601 | 7/17/2001 | Unliquidated | 3/14/2001 | Asbestos-Related Disease | See footnote 5 |
| Reid D | Gardiner | 1312 Cole Avenue #1 | Helena | MT | 59601 | 12/23/2002 | Unliquidated | 3/8/2001 | Asbestos-Related Disease | See footnote 5 |
| Glenn L | Garrison | P.O. Box 493 | Troy | MT | 59935 | 12/30/2002 | Unliquidated | 12/27/2000 | Asbestos-Related Disease | See footnote 5 |
| Carol | Gerard, deceased | 1104 101st St., Court E | Tacoma | WA | 98445 | 10/16/2000 | Unliquidated | 9/12/2000 | Mesothelioma | See footnote 5 |
| M. Louise | Golf-Tobin | Box 1112 | Eureka | MT | 59917 | 12/26/2002 | Unliquidated | 6/11/2001 | Asbestos-Related Disease | See footnote 5 |
| Donald E | Goudy | 6703 13th Ave NW | Seattle | WA | 98117 | 9/24/2001 | Unliquidated | 10/31/2001 | Asbestos-Related Disease | See footnote 5 |
| Myrna | Goudy | 6703 13th Ave NW | Seattle | WA | 98117 | 9/24/2001 | Unliquidated | 10/31/2001 | Asbestos-Related Disease | See footnote 5 |
| Daniel R | Goyen | 1182 Dawson | Libby | MT | 59923 | 8/6/2004 | Unliquidated | 1/30/2002 | Asbestos-Related Disease | See footnote 5 |
| Lindy | Goyen | 1182 Dawson | Libby | MT | 59923 | 8/6/2004 | Unliquidated | 1/30/2002 | | See footnote 5 |
| Angela | Graham | 7466 Maple Dr | Neosho | MO | 64850 | 11/24/1997 | Unliquidated | | | See footnote 5 |
| Scott L | Graham | 7466 Maple Dr | Neosho | MO | 64850 | 11/24/1997 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Lois | Graves | 714 Wisconsin | Libby | MT | 59923 | 12/31/2001 | Unliquidated | | | See footnote 5 |
| Russell H | Graves | 714 Wisconsin | Libby | MT | 59923 | 12/31/2001 | Unliquidated | 8/16/2001 | Asbestos-Related Disease | See footnote 5 |
| Joyce J | Greenup | P.O. Box 396 | Libby | MT | 59923 | 12/12/2002 | Unliquidated | 9/5/2000 | Asbestos-Related Disease | See footnote 5 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Nick | Grenfell | 118 Pine Grove Place | Libby | MT | 59923 | 8/12/2002 | Unliquidated | 2/28/2002 | | See footnote 5 |
| Susan B | Grenfell | 118 Pine Grove Place | Libby | MT | 59923 | 8/12/2002 | Unliquidated | 2/28/2002 | Asbestos-Related Disease | See footnote 5 |
| Kenneth L | Gustafson | 1889 Snowshoe Road | Libby | MT | 59923 | 6/19/2004 | Unliquidated | 6/22/2001 | Asbestos-Related Disease | See footnote 5 |
| Nancy | Gustafson | 1889 Snowshoe Road | Libby | MT | 59923 | 6/19/2004 | Unliquidated | 6/22/2001 | | See footnote 5 |
| Clarice L | Haack, deceased | 6595 E. 6th | Colville | WA | 99114 | 8/10/2001 | Unliquidated | 4/19/2001 | Asbestos-Related Disease | See footnote 5 |
| Lyle | Hacke | 107 Montana Ave | Libby | MT | 59923 | 6/8/2004 | Unliquidated | 10/25/2001 | | See footnote 5 |
| Margaret A | Hacke | 107 Montana Ave | Libby | MT | 59923 | 6/8/2004 | Unliquidated | 10/25/2001 | Asbestos-Related Disease | See footnote 5 |
| Clinton I | Hagen | 238 Garden Road | Libby | MT | 59923 | 9/4/2001 | Unliquidated | 10/18/2000 | Asbestos-Related Disease | See footnote 5 |
| Eloise D | Hagen | 238 Garden Road | Libby | MT | 59923 | 10/12/2001 | Unliquidated | 10/19/2000 | Asbestos-Related Disease | See footnote 5 |
| Ivan J | Hagen | P.O. Box 1231 | Libby | MT | 59923 | 12/11/2002 | Unliquidated | 6/6/2001 | Asbestos-Related Disease | See footnote 5 |
| Julie | Hagen | P.O. Box 1231 | Libby | MT | 59923 | 12/11/2002 | Unliquidated | 6/6/2001 | | See footnote 5 |
| John | Hagerty | 1303 Highway 2 West | Libby | MT | 59923 | 6/4/2001 | Unliquidated | 10/24/2000 | | See footnote 5 |
| Leota F | Hagerty | 1303 Highway 2 West | Libby | MT | 59923 | 6/4/2001 | Unliquidated | 10/24/2000 | Asbestos-Related Disease | See footnote 5 |
| Arthur E | Hall | P.O. Box 452 | Libby | MT | 59923 | 11/29/2001 | Unliquidated | 5/23/2001 | Asbestos-Related Disease | See footnote 5 |
| Jean | Hall | P.O. Box 452 | Libby | MT | 59923 | 11/29/2001 | Unliquidated | 5/23/2001 | | See footnote 5 |
| Donna I | Halsey | 603 Idaho Avenue | Libby | MT | 59923 | 10/10/2001 | Unliquidated | 9/21/2000 | Asbestos-Related Disease | See footnote 5 |
| Hazel J | Halsey | P.O. Box 42 | Libby | MT | 59923 | 6/11/1999 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Ronald M | Halsey | 603 Idaho Avenue | Libby | MT | 59923 | 11/13/1997 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Margaret E | Halvorson | P.O. Box 260 | Libby | MT | 59923 | 12/15/2003 | Unliquidated | 3/26/2001 | Asbestos-Related Disease | See footnote 5 |
| Beverly D | Hamann | 512 6th Avenue East | Kalispell | MT | 59901 | 7/24/2000 | Unliquidated | 6/27/2000 | Asbestos-Related Disease | See footnote 5 |
| Caroline E | Hamann | 221 Hammer Road | Libby | MT | 59923 | 1/29/2001 | Unliquidated | 12/6/2000 | Asbestos-Related Disease | See footnote 5 |
| DuWayne | Hamann | 221 Hammer Road | Libby | MT | 59923 | 1/29/2001 | Unliquidated | 12/6/2000 | | See footnote 5 |
| Eugene J | Hamann | 512 6th Avenue East | Kalispell | MT | 59901 | 7/24/2000 | Unliquidated | 6/27/2000 | Asbestos-Related Disease | See footnote 5 |
| Mary M | Hammer | P.O. Box 8652 | Kalispell | MT | 59904 | 3/1/2004 | Unliquidated | 4/25/2001 | Asbestos-Related Disease | See footnote 5 |
| Peter W | Hammer, deceased | P.O. Box 8652 | Kalispell | MT | 59904 | 3/1/2004 | Unliquidated | 4/25/2001 | Asbestos-Related Disease | See footnote 5 |
| Darlene B | Hammons | 196 Glendora Ave. | Libby | MT | 59923 | 11/13/2001 | Unliquidated | 9/18/2001 | Asbestos-Related Disease | See footnote 5 |

| First | Last | Address | City | State | Zip | Date | Unliquidated | Date 2 | Disease | Footnote |
|---|---|---|---|---|---|---|---|---|---|---|
| Ray | Hammons | 196 Glendora Ave. | Libby | MT | 59923 | 11/13/2001 | Unliquidated | 9/18/2001 | | See footnote 5 |
| Cheryl | Hansen | P.O. Box 1166 | Kamiah | ID | 83536 | 12/1/1997 | Unliquidated | | | See footnote 5 |
| David L | Hansen | P.O. Box 1166 | Kamiah | ID | 83536 | 12/1/1997 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Frances M | Harshaw | 2113 Hwy 2 W., #D10 | Libby | MT | 59923 | 10/14/2000 | Unliquidated | 6/20/2000 | Asbestos-Related Disease | See footnote 5 |
| Janet | Hart | 1305 Dakota Ave. | Libby | MT | 59923 | 6/27/2002 | Unliquidated | 8/23/2001 | | See footnote 5 |
| Stuart A | Hart | 1305 Dakota Ave. | Libby | MT | 59923 | 6/27/2002 | Unliquidated | 8/23/2001 | Asbestos-Related Disease | See footnote 5 |
| Clifford Stan | Hauck | 1815 Highway 37 | Libby | MT | 59923 | 10/21/2004 | Unliquidated | 7/27/2003 | Asbestos-Related Disease | See footnote 5 |
| Sandra | Hauck | 1815 Highway 37 | Libby | MT | 59923 | 10/21/2004 | Unliquidated | 7/27/2003 | | See footnote 5 |
| Chester A | Heidel | 29910 Cypress Street | Livingston | LA | 70754 | 12/7/1996 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Georgia | Heidel | 29910 Cypress Street | Livingston | LA | 70754 | 12/7/1996 | Unliquidated | | | See footnote 5 |
| Judy | Hemmy | 604 4th Ave. E. | Belcourt | ND | 58316 | 8/24/2001 | Unliquidated | 4/26/2001 | | See footnote 5 |
| Patrick J | Hemmy | 604 4th Ave. E. | Belcourt | ND | 58316 | 8/24/2001 | Unliquidated | 4/26/2001 | Asbestos-Related Disease | See footnote 5 |
| Franklin D | Hendrickson | 196 Conifer Road | Libby | MT | 59923 | 1/15/2001 | Unliquidated | 12/26/2000 | Asbestos-Related Disease | See footnote 5 |
| Edmond J | Hendrickson, deceased | 196 Conifer Road | Libby | MT | 59923 | 3/5/2001 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Myrl E | Hensley | P.O. Box 262 | Libby | MT | 59923 | 12/14/2001 | Unliquidated | 10/29/2001 | Asbestos-Related Disease | See footnote 5 |
| Sharon | Hensley | P.O. Box 262 | Libby | MT | 59923 | 12/14/2001 | Unliquidated | 10/29/2001 | | See footnote 5 |
| Richard F | Hermsmeyer | 301 Lodge Pole Way | Libby | MT | 59923 | 9/1/2001 | Unliquidated | 4/4/2001 | Asbestos-Related Disease | See footnote 5 |
| Marlene | Herreid | 1304 Main Ave | Libby | MT | 59923 | 12/17/2002 | Unliquidated | 5/9/2001 | | See footnote 5 |
| N. Dale | Herreid | 1304 Main Ave | Libby | MT | 59923 | 12/17/2002 | Unliquidated | 5/9/2001 | Asbestos-Related Disease | See footnote 5 |
| Alice | Hill | 207 Highwood Drive | Libby | MT | 59923 | 11/12/2000 | Unliquidated | 10/5/2000 | | See footnote 5 |
| Angela | Hill | 681 Shadow Lane | Kalispell | MT | 59901 | 7/17/2001 | Unliquidated | 3/5/2001 | | See footnote 5 |
| Dayton W | Hill | 207 Highwood Drive | Libby | MT | 59923 | 11/12/2000 | Unliquidated | 10/5/2000 | Asbestos-Related Disease | See footnote 5 |
| Edward D | Hill | 681 Shadow Lane | Kalispell | MT | 59901 | 7/17/2001 | Unliquidated | 3/5/2001 | Asbestos-Related Disease | See footnote 5 |
| James L | Hill | 8462 N. Montana | Helena | MT | 59602 | 12/30/2002 | Unliquidated | 4/12/2001 | Asbestos-Related Disease | See footnote 5 |
| Sheila | Hill | 8462 N. Montana | Helena | MT | 59602 | 12/30/2002 | Unliquidated | 4/12/2001 | | See footnote 5 |
| Charmaine | Hindman | 245 Stillwater Rd | Kalispell | MT | 59901 | 12/9/2002 | Unliquidated | 4/30/2001 | | See footnote 5 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Robert | Hindman | 245 Stillwater Rd | Kalispell | MT | 59901 | | 12/29/2002 | Unliquidated | 4/30/2001 | Asbestos-Related Disease | See footnote 5 |
| Nancy | Hobbs | P.O. Box 412 | Libby | MT | 59923 | | 6/26/2002 | Unliquidated | 3/15/2001 | Asbestos-Related Disease | See footnote 5 |
| William L | Hobbs | P.O. Box 412 | Libby | MT | 59923 | | 6/26/2002 | Unliquidated | 3/15/2001 | Asbestos-Related Disease | See footnote 5 |
| Donald F | Hodges | 105 Northern Lights Blvd | Kalispell | MT | 59901 | | 8/29/2002 | Unliquidated | 4/18/2002 | Asbestos-Related Disease | See footnote 5 |
| Barbara | Hoeltzel | 185 Lakeview Road | Libby | MT | 59923 | | 5/26/2001 | Unliquidated | 3/1/2001 | | See footnote 5 |
| Leland E | Hoeltzel | 185 Lakeview Road | Libby | MT | 59923 | | 5/26/2001 | Unliquidated | 3/1/2001 | Asbestos-Related Disease | See footnote 5 |
| Dennis A | Holden, deceased | 85 Northern Lights Blvd. #3 | Kalispell | MT | 59901 | | 1/18/2001 | Unliquidated | | Mesothelioma | See footnote 5 |
| Susan J | Holter | 124 Powerline Way | Libby | MT | 59923 | | 6/23/2003 | Unliquidated | 4/3/2003 | Asbestos-Related Disease | See footnote 5 |
| James | Hopkins | 312 Westgate Ave | Libby | MT | 59923 | | 4/8/2002 | Unliquidated | 9/17/2001 | | See footnote 5 |
| Louise I | Hopkins | 312 Westgate Ave | Libby | MT | 59923 | | 4/8/2002 | Unliquidated | 9/17/2001 | Asbestos-Related Disease | See footnote 5 |
| Patricia D | Hughes | P.O. Box 683 | Libby | MT | 59923 | | 1/3/2003 | Unliquidated | 4/3/2001 | Asbestos-Related Disease | See footnote 5 |
| Robert P | Hughes, deceased | P.O. Box 683 | Libby | MT | 59923 | | 3/21/2003 | Unliquidated | 4/3/2001 | Asbestos-Related Disease | See footnote 5 |
| Germaine | Hugll | 411 E. 10th St | Libby | MT | 59923 | | 3/14/2002 | Unliquidated | 7/1/2000 | | See footnote 5 |
| Glenn R | Hugll, deceased | 411 E. 10th St | Libby | MT | 59923 | | 3/14/2002 | Unliquidated | 7/1/2000 | Asbestos-Related Disease | See footnote 5 |
| Barbara | Hunt | 1925 McMannamy Draw | Kalispell | MT | 59901 | | 8/28/2001 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Robert J | Hunt | 1925 McMannamy Draw | Kalispell | MT | 59901 | | 8/28/2001 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| George J | Hutton | 6356 Pipe Creek Rd | Libby | MT | 59923 | | 3/5/2003 | Unliquidated | 12/6/2001 | Asbestos-Related Disease | See footnote 5 |
| Kenneth E | Hutton | 79 Hutton Drive | Libby | MT | 59923 | | 12/8/1995 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| James DeWayne | Jacobson | 619 Double Eagle Road | Florence | MT | 59833 | | 8/22/2000 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Larry D | Jacobson | P.O. Box 1094 | Lolo | MT | 59847 | | 10/22/2000 | Unliquidated | 7/18/2000 | Asbestos-Related Disease | See footnote 5 |
| Dorothy C | Jacobson, deceased | 1037 California Street | Libby | MT | 59923 | | 10/10/2001 | Unliquidated | 7/11/2001 | Asbestos-Related Disease | See footnote 5 |
| Louis | Jam | 3725 Skyline Road | The Dalles | OR | 97058 | | 7/24/2000 | Unliquidated | 5/30/2000 | Asbestos-Related Disease | See footnote 5 |
| Dale L | Jantz | 7077 Hwy 2 S | Libby | MT | 59923 | | 4/17/2003 | Unliquidated | 4/25/2001 | Asbestos-Related Disease | See footnote 5 |
| Sharon | Jantz | 7077 Hwy 2 S | Libby | MT | 59923 | | 4/17/2003 | Unliquidated | 4/25/2001 | | See footnote 5 |
| Joan L | Jellesed | 4051 Champion Haul Road | Libby | MT | 59923 | | 10/1/2002 | Unliquidated | 9/12/2001 | Asbestos-Related Disease | See footnote 5 |
| Raynard L | Jellesed | 4051 Champion Haul Road | Libby | MT | 59923 | | 9/11/2002 | Unliquidated | 9/13/2001 | Asbestos-Related Disease | See footnote 5 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Clifford W | Johnson | 802 W. Balsam | Libby | MT | 59923 | 12/20/2002 | Unliquidated | 1/31/2001 | Asbestos-Related Disease | See footnote 5 |
| Colleen | Johnson | 5014 US Hwy 2 South | Libby | MT | 59923 | 9/7/2001 | Unliquidated | 11/17/2000 | | See footnote 5 |
| Colleen | Johnson | P.O. Box 130387 | Coram | MT | 59913 | 3/15/2002 | Unliquidated | 2/7/2002 | | See footnote 5 |
| Connie | Johnson | 802 W. Balsam | Libby | MT | 59923 | 12/20/2002 | Unliquidated | 1/31/2001 | | See footnote 5 |
| Darlene | Johnson | 500 Ringneck Drive | Kalispell | MT | 59901 | 4/7/2003 | Unliquidated | 7/31/2001 | | See footnote 5 |
| Donald D | Johnson | 5014 US Hwy 2 South | Libby | MT | 59923 | 9/7/2001 | Unliquidated | 11/17/2000 | Asbestos-Related Disease | See footnote 5 |
| George L | Johnson | 500 Ringneck Drive | Kalispell | MT | 59901 | 4/7/2003 | Unliquidated | 7/31/2001 | Asbestos-Related Disease | See footnote 5 |
| Marjorie R | Johnson | P.O. Box 422 | Libby | MT | 59923 | 2/3/2003 | Unliquidated | 3/4/2002 | Asbestos-Related Disease | See footnote 5 |
| Mildred | Johnson | 349 Trainer Street | Libby | MT | 59923 | 12/1/1998 | Unliquidated | | | See footnote 5 |
| Orville G | Johnson | P.O. Box 801 | Libby | MT | 59923 | 4/14/1999 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Patricia C | Johnson | 185 Airfield Rd | Libby | MT | 59923 | 3/25/2003 | Unliquidated | 7/5/2001 | Asbestos-Related Disease | See footnote 5 |
| Raymond A | Johnson | P.O. Box 493 | Libby | MT | 59923 | 6/28/2001 | Unliquidated | 3/19/2001 | Asbestos-Related Disease | See footnote 5 |
| Steven | Johnson | 185 Airfield Rd | Libby | MT | 59923 | 3/25/2003 | Unliquidated | 7/5/2001 | | See footnote 5 |
| Steven T | Johnson | P.O. Box 130387 | Coram | MT | 59913 | 3/15/2002 | Unliquidated | 2/7/2002 | Asbestos-Related Disease | See footnote 5 |
| Susan | Johnson | 241 Reserve Road | Libby | MT | 59923 | 7/23/2004 | Unliquidated | 2/23/2004 | | See footnote 5 |
| Theodore E | Johnson | 241 Reserve Road | Libby | MT | 59923 | 7/23/2004 | Unliquidated | 2/23/2004 | Asbestos-Related Disease | See footnote 5 |
| Wilfred | Johnson | P.O. Box 422 | Libby | MT | 59923 | 2/3/2003 | Unliquidated | 3/4/2002 | | See footnote 5 |
| Donald A | Johnson, deceased | 349 Trainer Street | Libby | MT | 59923 | 12/1/1998 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Valorie S | Johnston | 423 Sunnyside Drive | Libby | MT | 59923 | 5/11/1999 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| William R | Johnston | 423 Sunnyside Drive | Libby | MT | 59923 | 6/10/1999 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Donald | Jones | 1314 Louisiana Ave. | Libby | MT | 59923 | 12/4/2001 | Unliquidated | 10/5/2000 | | See footnote 5 |
| Loretta V | Jones | 1314 Louisiana Ave. | Libby | MT | 59923 | 12/4/2001 | Unliquidated | 10/5/2000 | Asbestos-Related Disease | See footnote 5 |
| Charles A | Judkins | 125 Sunnyside Dr. | Libby | MT | 59923 | 11/7/2001 | Unliquidated | 5/2/2001 | Asbestos-Related Disease | See footnote 5 |
| James A | Judkins | 95 Sunnyside Drive | Libby | MT | 59923 | 7/3/2003 | Unliquidated | 11/17/2000 | Asbestos-Related Disease | See footnote 5 |
| Louise | Kaeding | 271 Quartz Ed | Libby | MT | 59923 | 5/13/1996 | Unliquidated | | | See footnote 5 |
| Donald M | Kaeding, deceased | 271 Quartz Ed | Libby | MT | 59923 | 5/13/1996 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Walter M | Katarzy, deceased | 7270 Summit Court | Prescott Valley | AZ | 86314 | 7/10/1997 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Diane G | Keck | 8561 Farm to Market Road | Libby | MT | 59923 | 10/12/2000 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| George | Keck | 8561 Farm to Market Road | Libby | MT | 59923 | 10/12/2000 | Unliquidated | | | See footnote 5 |
| Patti L | Keeler | 7370 So. Hwy. 2 | Libby | MT | 59923 | 12/3/2001 | Unliquidated | 6/12/2001 | Asbestos-Related Disease | See footnote 5 |
| Ray | Keeler | 7370 So. Hwy. 2 | Libby | MT | 59923 | 12/3/2001 | Unliquidated | 6/12/2001 | | See footnote 5 |
| Deloris M | Keller | P.O. Box 456 | Eureka | MT | 59917 | 4/10/2001 | Unliquidated | 10/19/2000 | Asbestos-Related Disease | See footnote 5 |
| Merton K | Kelley, deceased | 837 Quartz Rd | Libby | MT | 59923 | 3/27/2003 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Gyme | Kelly | POB 58 | Paradise | MT | 59856 | 4/7/1999 | Unliquidated | | | See footnote 5 |
| Patricia A | Kelly, deceased | POB 58 | Paradise | MT | 59856 | 4/7/1999 | Unliquidated | | Asbestos-Related Disease, Lung Cancer | See footnote 5 |
| Gerald G | Kenelly | 6598 US Hwy 2S | Libby | MT | 59923 | 4/19/2004 | Unliquidated | 4/10/2001 | Asbestos-Related Disease | See footnote 5 |
| Marilyn | Kenelly | 6598 US Hwy 2S | Libby | MT | 59923 | 4/19/2004 | Unliquidated | 4/10/2001 | | See footnote 5 |
| Patricia | Kenworthy | 3000 Villard Avenue #58 | Helena | MT | 59601 | 9/25/2000 | Unliquidated | 4/28/2000 | | See footnote 5 |
| Jack D | Kenworthy, deceased | 3000 Villard Avenue #58 | Helena | MT | 59601 | 9/25/2000 | Unliquidated | 4/28/2000 | Asbestos-Related Disease, Lung Cancer | See footnote 5 |
| Bruce J | Kessel | P.O. Box 56 | Post Falls | ID | 83877 | 7/31/2001 | Unliquidated | 7/10/2001 | Asbestos-Related Disease | See footnote 5 |
| Duane H | Kessel | P.O. Box 51 | Libby | MT | 59923 | 8/17/2001 | Unliquidated | 4/23/2001 | Asbestos-Related Disease | See footnote 5 |
| Patricia | Kessel | P.O. Box 56 | Post Falls | ID | 83877 | 7/31/2001 | Unliquidated | 3/20/2001 | | See footnote 5 |
| Lucille June | Kilgore | 5 Leisure Lane | Missoula | MT | 59801 | 4/18/2001 | Unliquidated | 12/27/2000 | Asbestos-Related Disease | See footnote 5 |
| Cliff L | Kinholt | 1025 7th Street | Havre | MT | 59501 | 9/16/2002 | Unliquidated | 8/31/2000 | Asbestos-Related Disease | See footnote 5 |
| Patricia | Kinholt | 1025 7th Street | Havre | MT | 59501 | 9/16/2002 | Unliquidated | 8/31/2000 | | See footnote 5 |
| Larry | Kins | 16183 W Hollister Drive | Hauser Lake | ID | 83854 | 5/15/2003 | Unliquidated | | | See footnote 5 |
| Lillian M | Kins | 16183 W Hollister Drive | Hauser Lake | ID | 83854 | 4/12/2003 | Unliquidated | 6/3/2000 | Asbestos-Related Disease | See footnote 5 |
| Lawrence A | Kins, deceased | 16183 W Hollister Drive | Hauser Lake | ID | 83854 | 5/15/2003 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Donald L | Knauss | P.O. Box 1443 | Libby | MT | 59923 | 12/7/2002 | Unliquidated | 3/29/2001 | Asbestos-Related Disease | See footnote 5 |
| Mary Janet | Knauss | P.O. Box 1443 | Libby | MT | 59923 | 12/7/2002 | Unliquidated | 3/29/2001 | | See footnote 5 |
| Donna | Knoepfle | P.O. Box 2174 | Columbia Falls | MT | 59912 | 7/23/1998 | Unliquidated | | | See footnote 5 |
| Gordon L | Knopp | 100 Mallard Drive | Kalispell | MT | 59901 | 7/5/2000 | Unliquidated | 5/18/2000 | Asbestos-Related Disease | See footnote 5 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| John A | Knudson | 4160 N. Hwy. 37, #1 Birch | Libby | MT | 59923 | | 10/11/2001 | Unliquidated | 4/12/2000 | Asbestos-Related Disease | See footnote 5 |
| Sharon | Knudson | 4160 N. Hwy. 37, #1 Birch | Libby | MT | 59923 | | 10/11/2001 | Unliquidated | 4/12/2000 | | See footnote 5 |
| Deanna | Kujawa | 333 Gruber Road | Libby | MT | 59923 | | 10/9/2003 | Unliquidated | 6/28/2001 | Asbestos-Related Disease | See footnote 5 |
| Gynell R | Kujawa | 712 Wisconsin Ave | Libby | MT | 59923 | | 1/15/2003 | Unliquidated | 1/9/2002 | Asbestos-Related Disease | See footnote 5 |
| John P | Kujawa | 333 Gruber Road | Libby | MT | 59923 | | 10/9/2003 | Unliquidated | 6/28/2001 | Asbestos-Related Disease | See footnote 5 |
| Loren D | Kujawa | 712 Wisconsin Ave | Libby | MT | 59923 | | 1/21/2003 | Unliquidated | 9/27/2001 | Asbestos-Related Disease | See footnote 5 |
| Christ Ray | Kuntz | P.O. Box 665 | Libby | MT | 59923 | | 12/10/2001 | Unliquidated | 6/13/2001 | Asbestos-Related Disease | See footnote 5 |
| Linda | Kuntz | P.O. Box 665 | Libby | MT | 59923 | | 12/10/2001 | Unliquidated | 6/13/2001 | | See footnote 5 |
| Alan B | Lamey | 418 Nevada Avenue | Libby | MT | 59923 | | 2/16/2001 | Unliquidated | 9/11/2000 | Asbestos-Related Disease | See footnote 5 |
| Sherry | Lamey | 418 Nevada Avenue | Libby | MT | 59923 | | 2/16/2001 | Unliquidated | 9/11/2000 | | See footnote 5 |
| Claudia | Lanman | 433 Parmenter Drive | Libby | MT | 59923 | | 8/3/2004 | Unliquidated | 7/9/2003 | | See footnote 5 |
| Robert W | Lanman | 433 Parmenter Drive | Libby | MT | 59923 | | 8/3/2004 | Unliquidated | 7/9/2003 | Asbestos-Related Disease | See footnote 5 |
| Joan L | Larson | 516 E. Poplar Street | Libby | MT | 59923 | | 4/10/2001 | Unliquidated | 1/16/2001 | Asbestos-Related Disease | See footnote 5 |
| Geneva | LeCount | 706 North Craig Road | Spokane | WA | 99224 | | 6/22/1998 | Unliquidated | | | See footnote 5 |
| Virgene J | LeCount | 706 North Craig Road | Spokane | WA | 99224 | | 6/22/1998 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| John H | Leib | 3005 Hwy 93 South | Eureka | MT | 59917 | | 11/8/1998 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Robin | Leib | 3005 Hwy 93 South | Eureka | MT | 59917 | | 11/8/1998 | Unliquidated | | | See footnote 5 |
| Darryl A | Lien | 557 Bighorn Way | Troy | MT | 59935 | | 12/7/2001 | Unliquidated | 6/11/2001 | Asbestos-Related Disease | See footnote 5 |
| Kimberly | Lien | 557 Bighorn Way | Troy | MT | 59935 | | 12/7/2001 | Unliquidated | 6/11/2001 | | See footnote 5 |
| Edna E | Lindsay | 311 Quartz Avenue | Libby | MT | 59923 | | 9/16/2001 | Unliquidated | 4/4/2001 | Asbestos-Related Disease | See footnote 5 |
| LaMar M | Lindsay | 311 Quartz Avenue | Libby | MT | 59923 | | 5/11/2001 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Jerome W | Lucas | 318 Florence Road | Libby | MT | 59923 | | 10/25/2001 | Unliquidated | 11/17/2001 | Asbestos-Related Disease | See footnote 5 |
| Lila | Lucas | 318 Florence Road | Libby | MT | 59923 | | 10/25/2001 | Unliquidated | 11/17/2001 | Asbestos-Related Disease | See footnote 5 |
| Larry E | Ludwig | 3239 5th Street | Lewiston | ID | 83501 | | 8/28/1999 | Unliquidated | | | See footnote 5 |
| Carl M | Lundstrom | 184 Reserve Road | Libby | MT | 59923 | | 6/19/2004 | Unliquidated | 7/26/2001 | Asbestos-Related Disease | See footnote 5 |
| Judy A | Lundstrom | 184 Reserve Road | Libby | MT | 59923 | | 3/10/2003 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Shirley F | Lyle | P.O. Box 541 | Troy | MT | 59935 | 10/22/2003 | Unliquidated | 5/2/2002 | Asbestos-Related Disease | See footnote 5 |
| Jimmie B | Lyle, Jr. | P.O. Box 541 | Troy | MT | 59935 | 12/3/2001 | Unliquidated | 6/12/2001 | Asbestos-Related Disease | See footnote 5 |
| Kelly C | MacDonald | 507 West 2nd Street | Libby | MT | 59923 | 1/12/2001 | Unliquidated | 9/20/2000 | Asbestos-Related Disease | See footnote 5 |
| Janet M | Mack | P.O. Box 276 | Elko | NV | 89803 | 9/4/2001 | Unliquidated | 4/2/2001 | Asbestos-Related Disease | See footnote 5 |
| LaDonna L | Mack | 4805 Highway 2 West | Libby | MT | 59923 | 2/2/2001 | Unliquidated | 12/21/2000 | Asbestos-Related Disease | See footnote 5 |
| Robert L | Mack | P.O. Box 276 | Elko | NV | 89803 | 9/9/1998 | Unliquidated | 12/21/2000 | Asbestos-Related Disease | See footnote 5 |
| Vinnie | Mack | 4805 Highway 2 West | Libby | MT | 59923 | 2/2/2001 | Unliquidated | 12/21/2000 | | See footnote 5 |
| Scott | Maclay | 122 North Raymond Rd., Suite | Spokane Valley | WA | 99206 | 12/21/2001 | Unliquidated | 6/21/2001 | Asbestos-Related Disease | See footnote 5 |
| Alan R | Mallory | P.O. Box 1738 | Post Falls | ID | 83877 | 4/17/2000 | Unliquidated | 4/7/2000 | Asbestos-Related Disease | See footnote 5 |
| John A | Martineau | 305 Kelly Rd | Kalispell | MT | 59901 | 3/2/2004 | Unliquidated | 3/11/2002 | Asbestos-Related Disease | See footnote 5 |
| Mary | Mason | 1406 Utah | Libby | MT | 59923 | 12/15/1999 | Unliquidated | | | See footnote 5 |
| Walter E | Mason | 1406 Utah | Libby | MT | 59923 | 12/15/1999 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Belinda | Masters | 256 Parmenter Drive | Libby | MT | 59923 | 11/30/2001 | Unliquidated | 4/13/2001 | | See footnote 5 |
| George J | Masters | 496 Avenue B | Libby | MT | 59923 | 7/14/2004 | Unliquidated | 12/31/2001 | Asbestos-Related Disease | See footnote 5 |
| Ron L | Masters | 256 Parmenter Drive | Libby | MT | 59923 | 11/30/2001 | Unliquidated | 4/13/2001 | Asbestos-Related Disease | See footnote 5 |
| Sherry | Masters | 496 Avenue B | Libby | MT | 59923 | 7/14/2004 | Unliquidated | 12/31/2001 | | See footnote 5 |
| Betty J | Maxwell | East 11412 Empire | Spokane | WA | 99206 | 6/21/2001 | Unliquidated | 5/1/2001 | Asbestos-Related Disease | See footnote 5 |
| Owen | Maxwell | East 11412 Empire | Spokane | WA | 99206 | 6/21/2001 | Unliquidated | 5/1/2001 | | See footnote 5 |
| Frank J | Maycumber | 61 Ridgewood Drive | Kalispell | MT | 59901 | 8/2/2001 | Unliquidated | 6/4/2001 | Asbestos-Related Disease | See footnote 5 |
| Dolly R | Maynard | 62 Collins Avenue | Libby | MT | 59923 | 11/15/2001 | Unliquidated | 9/13/2001 | Asbestos-Related Disease | See footnote 5 |
| Thurman M | Maynard | 62 Collins Avenue | Libby | MT | 59923 | 12/6/2000 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Dorothy M | McCarty | 80 Rustic Avenue | Libby | MT | 59923 | 4/10/1997 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Thomas | McCarty | 80 Rustic Avenue | Libby | MT | 59923 | 4/10/1997 | Unliquidated | | | See footnote 5 |
| Bob R | McCollom | 415 Old Stag Road, Box 8 | Gold Creek | MT | 59733 | 8/14/2001 | Unliquidated | 3/29/2001 | Asbestos-Related Disease | See footnote 5 |
| Michael C | McComas | P.O. Box 37 | Paradise | MT | 59856 | 1/8/2001 | Unliquidated | 8/25/2000 | Asbestos-Related Disease | See footnote 5 |
| Blanche | McGill | 1104 California Avenue | Libby | MT | 59923 | 10/11/2001 | Unliquidated | 6/12/2001 | Asbestos-Related Disease | See footnote 5 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| David L | McMillan | 1518 E 5th St. | Libby | MT | 59923 | 12/12/2002 | Unliquidated | 9/21/2001 | Asbestos-Related Disease | See footnote 5 |
| Robin | McMillan | 1518 E 5th St. | Libby | MT | 59923 | 12/12/2002 | Unliquidated | 9/21/2001 | | See footnote 5 |
| Lynn | McMillian, deceased | 1546 E. 5th St. Ext. | Libby | MT | 59923 | 12/20/2001 | Unliquidated | 8/16/2001 | Asbestos-Related Disease | See footnote 5 |
| Janie | McNair | 308 Norman Avenue | Libby | MT | 59923 | 6/23/1997 | Unliquidated | | | See footnote 5 |
| Roland K | McNair | 308 Norman Avenue | Libby | MT | 59923 | 6/23/1997 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Tim R | McNeff | 1215 Big Bend Rd | Libby | MT | 59923 | 12/3/2001 | Unliquidated | 11/1/2001 | Asbestos-Related Disease | See footnote 5 |
| Walter L | McQueen, deceased | P.O. Box 156 | Libby | MT | 59923 | 12/26/1998 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Phyllis | McWhirk | 4171 Sheller Rd | Sunnyside | WA | 98944 | 3/27/1998 | Unliquidated | | | See footnote 5 |
| Howard G | McWhirk, deceased | 4171 Sheller Rd | Sunnyside | WA | 98944 | 3/27/1998 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Gerald H | Michels | P.O. Box 518 | Libby | MT | 59923 | 6/21/2004 | Unliquidated | 8/28/2001 | Asbestos-Related Disease | See footnote 5 |
| Sharon | Michels | P.O. Box 518 | Libby | MT | 59923 | 6/21/2004 | Unliquidated | 8/28/2001 | | See footnote 5 |
| Claudette | Middlekauff | 837 Quartz Rd | Libby | MT | 59923 | 3/27/2003 | Unliquidated | | | See footnote 5 |
| Johanna | Miller | 178 Kootenai Vista | Libby | MT | 59923 | 4/25/2003 | Unliquidated | 2/12/2001 | | See footnote 5 |
| Laurel | Miller | P.O. Box 1156 | Libby | MT | 59923 | 8/22/2001 | Unliquidated | 4/26/2001 | | See footnote 5 |
| Thomas A | Miller | P.O. Box 1156 | Libby | MT | 59923 | 8/22/2001 | Unliquidated | 4/26/2001 | Asbestos-Related Disease | See footnote 5 |
| William M | Miller | 178 Kootenai Vista | Libby | MT | 59923 | 4/25/2003 | Unliquidated | 2/12/2001 | Asbestos-Related Disease | See footnote 5 |
| Billie S | Moeller | 516 West 2nd Street | Libby | MT | 59923 | 3/27/2002 | Unliquidated | 12/4/2000 | Asbestos-Related Disease | See footnote 5 |
| Leland W | Moles | P.O. Box 1568 | Monroe | WA | 98272 | 9/12/2000 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Lester D | Moles | 4029 122nd Place SE | Everett | WA | 98208 | 12/30/2002 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Steven J | Moles | East 9825 Dunn Road | Chattaroy | WA | 99003 | 2/7/2000 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Dwane D | Monroe | 308 Parmenter Ave | Libby | MT | 59923 | 10/12/2001 | Unliquidated | 2/5/2001 | Asbestos-Related Disease | See footnote 5 |
| Karen | Monroe | 308 Parmenter Ave | Libby | MT | 59923 | 10/12/2001 | Unliquidated | 2/5/2001 | | See footnote 5 |
| Mickey Q | Montgomery | P.O. Box 496 | Kettle Falls | WA | 99141 | 3/5/2002 | Unliquidated | 11/18/2003 | Asbestos-Related Disease | See footnote 5 |
| Yolanda G | Montgomery | P.O. Box 496 | Kettle Falls | WA | 99141 | 3/11/2002 | Unliquidated | 7/27/2001 | Asbestos-Related Disease | See footnote 5 |
| Eileen | Morey | 152 Rawlings Road | Libby | MT | 59923 | 5/31/2001 | Unliquidated | 2/19/2001 | | See footnote 5 |
| Jim R | Morey | 152 Rawlings Road | Libby | MT | 59923 | 5/31/2001 | Unliquidated | 2/19/2001 | Asbestos-Related Disease | See footnote 5 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Carol J | Morton | 720 Mineral Avenue | Libby | MT | 59923 | 7/12/2001 | Unliquidated | 3/1/2001 | Asbestos-Related Disease | See footnote 5 |
| Diane K | Murer | 7426 Hwy 2 S | Libby | MT | 59923 | 1/9/2003 | Unliquidated | 4/11/2001 | Asbestos-Related Disease | See footnote 5 |
| Jack | Murer | 7426 Hwy 2 S | Libby | MT | 59923 | 1/9/2003 | Unliquidated | 4/11/2001 | | See footnote 5 |
| Daniel P | Murray | P.O. Box 461 | Libby | MT | 59923 | 4/28/2001 | Unliquidated | 12/1/2000 | Asbestos-Related Disease | See footnote 5 |
| Harry D | Murray | 17332 Keasey Road | Vernonia | OR | 97064 | 5/18/2001 | Unliquidated | 2/13/2001 | Asbestos-Related Disease | See footnote 5 |
| Helen | Murray | 1485 N Wisconsin #27 | Libby | MT | 59923 | 8/21/1998 | Unliquidated | | | See footnote 5 |
| Williamae | Murray | 17332 Keasey Road | Vernonia | OR | 97064 | 5/18/2001 | Unliquidated | 2/13/2001 | | See footnote 5 |
| Thomas F | Murray, deceased | 1485 N Wisconsin #27 | Libby | MT | 59923 | 8/21/1998 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Shannon | Nagle | 46 Crossway Avenue | Libby | MT | 59923 | 12/26/1998 | Unliquidated | | | See footnote 5 |
| John J | Neils | 15788 West Hollister Hills Drive | Hauser | ID | 83854 | 7/12/2004 | Unliquidated | 7/19/2001 | Asbestos-Related Disease | See footnote 5 |
| Paula | Neils | 15788 West Hollister Hills Drive | Hauser | ID | 83854 | 7/12/2004 | Unliquidated | 7/19/2001 | | See footnote 5 |
| Rob | Neils | N. Pines Counseling, 1005 N. Pines Rd. Ste 250 | Spokane | WA | 99206 | 12/9/2002 | Unliquidated | 2/13/2001 | Asbestos-Related Disease | See footnote 5 |
| Sandra | Neils | N. Pines Counseling, 1005 N. Pines Rd. Ste 250 | Spokane | WA | 99206 | 12/9/2002 | Unliquidated | 2/13/2001 | | See footnote 5 |
| Sherry L | Neise | P.O. Box 304 | Columbia Falls | MT | 59912 | 3/11/2002 | Unliquidated | 1/17/2002 | Asbestos-Related Disease | See footnote 5 |
| Gailene | Nelson | P.O. Box 27316 | Prescott Valley | AZ | 86312 | 1/15/2003 | Unliquidated | 11/26/2002 | | See footnote 5 |
| Karen A | Nelson | 192 Lupine Lane | Newport | WA | 99156 | 7/18/2001 | Unliquidated | 5/3/2001 | Asbestos-Related Disease | See footnote 5 |
| Neil S | Nelson | P.O. Box 27316 | Prescott Valley | AZ | 86312 | 1/15/2003 | Unliquidated | 11/26/2002 | Asbestos-Related Disease | See footnote 5 |
| Albert E | Nelson, deceased | P.O. Box 27316 | Prescott Valley | AZ | 86312 | 12/28/2001 | Unliquidated | 6/9/2001 | Asbestos-Related Disease | See footnote 5 |
| Paul R | Nicholls | 1309 Washington Avenue | Libby | MT | 59923 | 6/2/2001 | Unliquidated | 11/10/2000 | Asbestos-Related Disease | See footnote 5 |
| Michael I | Noble | 6797 Farm to Market Rd | Libby | MT | 59923 | 6/23/2004 | Unliquidated | 8/12/2001 | | See footnote 5 |
| Patricia I | Noble | 6797 Farm to Market Rd | Libby | MT | 59923 | 6/23/2004 | Unliquidated | 8/12/2001 | Asbestos-Related Disease | See footnote 5 |
| Roberta | Noble | 756 Forest Road | Troy | MT | 59935 | 7/14/1998 | Unliquidated | | | See footnote 5 |
| William L | Noble | 756 Forest Road | Troy | MT | 59935 | 7/14/1998 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Michael G | Norman | P.O. Box 30 | Troy | MT | 59935 | 6/29/2001 | Unliquidated | 5/9/2001 | Asbestos-Related Disease | See footnote 5 |
| Pamela | Norman | P.O. Box 30 | Troy | MT | 59935 | 6/29/2001 | Unliquidated | 5/9/2001 | | See footnote 5 |
| Bill B | Obermayer | 550 Batavia Lane | Kalispell | MT | 59901 | 9/27/2002 | Unliquidated | 9/4/2003 | Asbestos-Related Disease | See footnote 5 |

| First Name | Last Name | Address | City | State | Zip | Date | Amount | Date | Disease | Footnote |
|---|---|---|---|---|---|---|---|---|---|---|
| Karen | Obermayer | 550 Batavia Lane | Kalispell | MT | 59901 | 9/27/2002 | Unliquidated | 9/4/2003 | | See footnote 5 |
| Audrey | O'Bieness | 232 Ski Rd. | Libby | MT | 59923 | 1/29/2003 | Unliquidated | 7/18/2001 | | See footnote 5 |
| Thomas E | O'Bieness | 232 Ski Rd. | Libby | MT | 59923 | 1/29/2003 | Unliquidated | 7/18/2001 | Asbestos-Related Disease | See footnote 5 |
| Beverly | O'Brien | 313 Colorado | Libby | MT | 59923 | 5/9/2002 | Unliquidated | 3/6/2002 | | See footnote 5 |
| Louie D | O'Brien | 313 Colorado | Libby | MT | 59923 | 5/9/2002 | Unliquidated | 3/6/2002 | Asbestos-Related Disease, Lung Cancer | See footnote 5 |
| Edna | Oikle, deceased | 13928 103rd Ave NE | Kirkland | WA | 98034 | 4/14/2000 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Gerald S | Oikle, deceased | 13928 103rd Ave NE | Kirkland | WA | 98034 | 7/25/2002 | Unliquidated | | Asbestos-Related Disease, Lung Cancer | See footnote 5 |
| Eva | Oldham | 397 Sunnyside Drive | Libby | MT | 59923 | 8/12/1997 | Unliquidated | | | See footnote 5 |
| George J | Oldham, deceased | 397 Sunnyside Drive | Libby | MT | 59923 | 8/12/1997 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Glynda K | Olson | 4119 Farm to Market Road | Libby | MT | 59923 | 4/19/2004 | Unliquidated | 1/28/2004 | Asbestos-Related Disease | See footnote 5 |
| James L | Olson, deceased | 4119 Farm to Market Road | Libby | MT | 59923 | 6/25/1998 | Unliquidated | 2/4/2002 | Asbestos-Related Disease, Lung Cancer | See footnote 5 |
| Connie | Orr | 381 Wards Road | Libby | MT | 59923 | 11/27/1997 | Unliquidated | | | See footnote 5 |
| Dru A | Orr | 1135 Whitefish Stage Rd. #13 | Kalispell | MT | 59901 | 12/15/2004 | Unliquidated | 12/18/2001 | Asbestos-Related Disease | See footnote 5 |
| Herbert R | Orr | 1201 Dawson | Libby | MT | 59923 | 12/8/1995 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Margaret | Orr | 1135 Whitefish Stage Rd. #13 | Kalispell | MT | 59901 | 12/15/2004 | Unliquidated | 12/18/2001 | | See footnote 5 |
| Robert P | Orr | 381 Wards Road | Libby | MT | 59923 | 11/27/1997 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Sandra | Orr | 1201 Dawson | Libby | MT | 59923 | 12/8/1995 | Unliquidated | | | See footnote 5 |
| Elwina J | Orsborn | 87 Billadeau Drive | Libby | MT | 59923 | 9/17/2001 | Unliquidated | 7/19/2001 | | See footnote 5 |
| Elvira A | Orsborn | 804 Michigan Avenue | Libby | MT | 59923 | 9/4/2001 | Unliquidated | 12/6/2000 | Asbestos-Related Disease | See footnote 5 |
| Roy | Orsborn | 87 Billadeau Drive | Libby | MT | 59923 | 3/8/2001 | Unliquidated | 10/5/2000 | Asbestos-Related Disease | See footnote 5 |
| Narven E | Osteen | 78 Conifer Rd | Libby | MT | 59923 | 1/16/2003 | Unliquidated | 3/26/2001 | Asbestos-Related Disease | See footnote 5 |
| Lynn | Osterhues | 8180 Yaak River Road | Troy | MT | 59935 | 6/21/2001 | Unliquidated | 5/10/2001 | Asbestos-Related Disease | See footnote 5 |
| Roger | Osterhues | 8180 Yaak River Road | Troy | MT | 59935 | 6/21/2001 | Unliquidated | 5/10/2001 | | See footnote 5 |
| Wesley | Ostheller | 1313 Dakota Avenue | Libby | MT | 59923 | 1/1/1997 | Unliquidated | | | See footnote 5 |
| Harry O | Ostheller, deceased | 1313 Dakota Avenue | Libby | MT | 59923 | 1/1/1997 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Linda | Owen-Segura | 585 Swanson Lodge Road | Troy | MT | 59935 | 6/14/2001 | Unliquidated | 5/22/2001 | Asbestos-Related Disease | See footnote 5 |

| | | | Post Falls | ID | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Richard H | Parker | 2713 East East Blue Grass Lane | Post Falls | ID | 83854 | 9/2/1998 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Beverly | Paul | 45 Rose St. West | Libby | MT | 59923 | 10/16/2001 | Unliquidated | 8/15/2002 | Asbestos-Related Disease | See footnote 5 |
| Claude D | Paul | 45 Rose St. West | Libby | MT | 59923 | 10/16/2001 | Unliquidated | 8/15/2002 | Asbestos-Related Disease | See footnote 5 |
| Alfred V | Pennock | P.O. Box 448 | Libby | MT | 59923 | 5/26/1999 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Betty | Pennock | P.O. Box 448 | Libby | MT | 59923 | 5/26/1999 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Edward L | Perley | 158 Highwood Drive | Libby | MT | 59923 | 8/1/2001 | Unliquidated | 6/4/2001 | Asbestos-Related Disease | See footnote 5 |
| Eizadia | Perry | 2226 Central Ave West Lot 13 | Great Falls | MT | 59404 | 11/17/2004 | Unliquidated | 3/12/2001 | | See footnote 5 |
| William R | Perry | 2226 Central Ave West Lot 13 | Great Falls | MT | 59404 | 11/17/2004 | Unliquidated | 3/12/2001 | Asbestos-Related Disease | See footnote 5 |
| John E | Person | 146 West Pipe Creek Rd. | Libby | MT | 59923 | 1/12/1997 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Sue | Person | 146 West Pipe Creek Rd. | Libby | MT | 59923 | 1/12/1997 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Loraine E | Petrusha | 551 Florence Road | Libby | MT | 59923 | 4/1/2004 | Unliquidated | 7/17/2001 | Asbestos-Related Disease | See footnote 5 |
| Robert A | Petrusha | 551 Florence Road | Libby | MT | 59923 | 3/29/2004 | Unliquidated | 7/17/2001 | Asbestos-Related Disease | See footnote 5 |
| Constance R | Philbrick | RR#1 Box 401 | Stockton Springs | ME | 4981 | 8/8/2000 | Unliquidated | 5/26/2000 | Asbestos-Related Disease | See footnote 5 |
| Laurel L | Porte | 925 2nd Street North | Havre | MT | 59501 | 7/19/2000 | Unliquidated | 6/21/2000 | Asbestos-Related Disease | See footnote 5 |
| Maurice J | Post, deceased | P.O. Box 46 | Libby | MT | 59923 | 4/29/2000 | Unliquidated | | Asbestos-Related Disease, Lung Cancer | See footnote 5 |
| Sue | Powell | 130 River Place | Kalispell | MT | 59901 | 12/12/2002 | Unliquidated | 2/7/2002 | Asbestos-Related Disease | See footnote 5 |
| Wayne M | Powell | 130 River Place | Kalispell | MT | 59901 | 12/12/2002 | Unliquidated | 2/7/2002 | Asbestos-Related Disease | See footnote 5 |
| Kenneth L | Preston | 110 Glenwood Lane | Libby | MT | 59923 | 9/6/2001 | Unliquidated | 9/14/2000 | Asbestos-Related Disease | See footnote 5 |
| Judith | Price | 1120 Coyote Gulch Circle | Ivins | UT | 84738 | 8/3/2001 | Unliquidated | 1/3/2001 | | See footnote 5 |
| Paul R | Price | 1120 Coyote Gulch Circle | Ivins | UT | 84738 | 8/3/2001 | Unliquidated | 1/3/2001 | Asbestos-Related Disease | See footnote 5 |
| Alice A | Priest | 104 Colorado Ave | Libby | MT | 59923 | 8/19/1998 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Charles L | Racicot | 1312 Cabinet Avenue | Libby | MT | 59923 | 9/15/2001 | Unliquidated | 4/24/2001 | Asbestos-Related Disease | See footnote 5 |
| Sharon | Racicot | 1312 Cabinet Avenue | Libby | MT | 59923 | 9/15/2001 | Unliquidated | 4/24/2001 | | See footnote 5 |
| Ray P | Ramel | 1444 E 5th St | Libby | MT | 59923 | 1/12/2003 | Unliquidated | 11/28/2000 | Asbestos-Related Disease | See footnote 5 |
| Gary J | Rantala | P.O. Box 519 | Libby | MT | 59923 | 10/27/2003 | Unliquidated | 3/8/2001 | Asbestos-Related Disease | See footnote 5 |
| Grace | Rantala | P.O. Box 519 | Libby | MT | 59923 | 10/27/2003 | Unliquidated | 3/9/2001 | | See footnote 5 |

| First | Last | Address | City | State | Zip | Date | Status | Date 2 | Disease | Footnote |
|---|---|---|---|---|---|---|---|---|---|---|
| Brenda | Rayome | 8004 Joyce Drive | Louisville | KY | 40219 | 4/30/2001 | Unliquidated | 2/14/2001 | | See footnote 5 |
| Judy | Rayome | 1820 Highway 2 West | Libby | MT | 59923 | 12/18/2002 | Unliquidated | 7/26/2001 | | See footnote 5 |
| Robert R | Rayome | 8004 Joyce Drive | Louisville | KY | 40219 | 4/30/2001 | Unliquidated | 2/14/2001 | Asbestos-Related Disease | See footnote 5 |
| Ronald J | Rayome | 1820 Highway 2 West | Libby | MT | 59923 | 12/18/2002 | Unliquidated | 7/26/2001 | Asbestos-Related Disease | See footnote 5 |
| Debbie J | Rebo | 418 Dome Mountain Rd | Libby | MT | 59923 | 7/23/2002 | Unliquidated | 1/23/2001 | Asbestos-Related Disease | See footnote 5 |
| Steve | Rebo | 418 Dome Mountain Rd | Libby | MT | 59923 | 7/23/2002 | Unliquidated | 1/23/2001 | | See footnote 5 |
| David | Redman | P.O. Box 269 | Dutch John | UT | 84023 | 7/6/1998 | Unliquidated | | | See footnote 5 |
| Robbin I | Redman | P.O. Box 269 | Dutch John | UT | 84023 | 7/6/1998 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Elmer Gene | Regiovich | 2825 E. O'Connell Ave | Rathdrum | ID | 83858 | 5/3/2003 | Unliquidated | 2/11/2003 | | See footnote 5 |
| Randy | Reynolds | 18721 E. Boone Ave #20 | Spokane | WA | 99016 | 5/10/2000 | Unliquidated | | | See footnote 5 |
| James W | Reynolds Jr, deceased | 18721 E. Boone Ave #20 | Spokane | WA | 99016 | 5/10/2000 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Leonard D | Rice | 38 Spencer Hill Way | Libby | MT | 59923 | 10/7/1998 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Ruth | Rice | 38 Spencer Hill Way | Libby | MT | 59923 | 10/7/1998 | Unliquidated | | | See footnote 5 |
| Dorothy | Richey | P.O. Box 31 | Troy | MT | 59935 | 8/4/1998 | Unliquidated | | | See footnote 5 |
| Elmore V | Richey | P.O. Box 31 | Troy | MT | 59935 | 8/4/1998 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Angela | Riddle | 451 Highway 214 | North Cutbank | MT | 59427 | 7/29/1998 | Unliquidated | | | See footnote 5 |
| Clayton H | Riddle | 451 Highway 214 | North Cutbank | MT | 59427 | 7/29/1998 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Cynthia | Riech | P.O. Box 562 | Plains | MT | 59859 | 3/8/2000 | Unliquidated | | | See footnote 5 |
| Kenneth | Riech | P.O. Box 562 | Plains | MT | 59859 | 3/8/2000 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| John | Righter | P.O. Box 571 | Troy | MT | 59935 | 7/7/1998 | Unliquidated | | | See footnote 5 |
| Mary K | Righter | P.O. Box 571 | Troy | MT | 59935 | 7/7/1998 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Miles N | Rightmire, deceased | P.O. Box 2174 | Col Falls | MT | 59912 | 7/23/1998 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Karen | Riley | 8366 Charter Club Circle #12 | Ft Myers | FL | 33919 | 3/3/1997 | Unliquidated | | | See footnote 5 |
| Vernon F | Riley | 3724 Hwy 2S | Libby | MT | 59923 | 6/15/2002 | Unliquidated | 9/10/2001 | Asbestos-Related Disease | See footnote 5 |
| Donald A | Riley, deceased | 8366 Charter Club Circle #12 | Ft Myers | FL | 33919 | 3/3/1997 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Linda | Risley | 181 Enders Drive | Libby | MT | 59923 | 11/6/2003 | Unliquidated | 8/15/2002 | | See footnote 5 |

| First | Last | Address | City | State | Zip | Date | Status | Date | Disease | Footnote |
|---|---|---|---|---|---|---|---|---|---|---|
| Stuart Steven | Risley | 181 Enders Drive | Libby | MT | 59923 | 11/6/2003 | Unliquidated | 8/15/2002 | Asbestos-Related Disease | See footnote 5 |
| Jeff A | Robertson | 511 West Balsam | Libby | MT | 59923 | 1/9/2003 | Unliquidated | 10/18/2000 | Asbestos-Related Disease | See footnote 5 |
| Dave L | Rohan | 9111 Vernon Street | Anchorage | AK | 99515 | 3/7/2000 | Unliquidated | | | See footnote 5 |
| James L | Rosencrans | 35 Olbekson Road | Libby | MT | 59923 | 8/12/2002 | Unliquidated | 5/31/2001 | Asbestos-Related Disease | See footnote 5 |
| Robert R | Rosencrans | 35 Olbekson Road | Libby | MT | 59923 | 8/9/2001 | Unliquidated | 5/31/2001 | Asbestos-Related Disease | See footnote 5 |
| Thomas J | Roy Jr. | P.O. Box 427 | Moyie Springs | ID | 83847 | 6/22/2000 | Unliquidated | 5/23/2000 | Asbestos-Related Disease | See footnote 5 |
| Joel A | Rucker | P.O. Box 359 | Libby | MT | 59923 | 5/14/2001 | Unliquidated | 3/15/2001 | Asbestos-Related Disease | See footnote 5 |
| Renee | Rucker | P.O. Box 359 | Libby | MT | 59923 | 5/14/2001 | Unliquidated | 3/15/2001 | | See footnote 5 |
| Jerry L | Runyan | 207 Evans Ave., P O Box 200 | Elk Mountain | WY | 82324 | 6/14/2004 | Unliquidated | 6/11/2003 | Asbestos-Related Disease | See footnote 5 |
| Linda | Runyan | 207 Evans Ave., P O Box 200 | Elk Mountain | WY | 82324 | 6/14/2004 | Unliquidated | 6/11/2003 | | See footnote 5 |
| Deborah | Ryan | 1045 Conrad Drive #1A | Kalispell | MT | 59901 | 6/30/1998 | Unliquidated | | | See footnote 5 |
| Royce N | Ryan, deceased | 1045 Conrad Drive #1A | Kalispell | MT | 59901 | 6/30/1998 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Nancy | Sagen | P.O. Box 176 | Libby | MT | 59923 | 10/14/2002 | Unliquidated | 6/26/2002 | | See footnote 5 |
| Kenneth D | Sagen, deceased | P.O. Box 176 | Libby | MT | 59923 | 10/14/2002 | Unliquidated | 6/26/2002 | Asbestos-Related Disease | See footnote 5 |
| Andy W | Sand | 280 Northwood Avenue | Libby | MT | 59923 | 6/26/2001 | Unliquidated | 5/29/2001 | Asbestos-Related Disease | See footnote 5 |
| Penny | Sand | 280 Northwood Avenue | Libby | MT | 59923 | 6/26/2001 | Unliquidated | 5/29/2001 | | See footnote 5 |
| Claude L | Scaufllaire | 22 Carroll Ave | Valley Stream | NY | 11580 | 4/16/2003 | Unliquidated | 3/13/2001 | Asbestos-Related Disease | See footnote 5 |
| Takona | Scaufllaire | 22 Carroll Ave | Valley Stream | NY | 11580 | 4/16/2003 | Unliquidated | 3/13/2001 | | See footnote 5 |
| Deborah | Schad | 364 Milnor Lake Road | Troy | MT | 59935 | 5/29/2001 | Unliquidated | 10/16/2000 | | See footnote 5 |
| Jerome A | Schad | 364 Milnor Lake Road | Troy | MT | 59935 | 5/29/2001 | Unliquidated | 10/16/2000 | Asbestos-Related Disease | See footnote 5 |
| Larisa | Schaefer | 1400 South Frazier St Apt 42 | Conroe | TX | 77301 | 7/26/2001 | Unliquidated | 6/22/2000 | | See footnote 5 |
| Charlotte E | Schauss | 158 Highwood Drive | Libby | MT | 59923 | 10/14/2002 | Unliquidated | 9/23/2002 | Asbestos-Related Disease | See footnote 5 |
| Christa | Schauss | 111 West Balsam | Libby | MT | 59923 | 9/4/2001 | Unliquidated | 3/27/2001 | | See footnote 5 |
| Guenther R | Schauss | 111 West Balsam | Libby | MT | 59923 | 9/4/2001 | Unliquidated | 3/27/2001 | Asbestos-Related Disease | See footnote 5 |
| Denise | Schnackenberg | 85 Obsidian Rd | Libby | MT | 59923 | 12/3/2000 | Unliquidated | 8/27/2000 | | See footnote 5 |
| John H | Schnackenberg | 912 Farm to Market Road | Libby | MT | 59923 | 5/3/2000 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |

| Laura E | Schnackenberg | 82 Highwood Drive | Libby | MT | 59923 | 2/25/2000 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
|---|---|---|---|---|---|---|---|---|---|---|
| Steven L | Schnackenberg | 85 Obsidian Rd | Libby | MT | 59923 | 12/3/2000 | Unliquidated | 8/27/2000 | Asbestos-Related Disease | See footnote 5 |
| Billie J | Schull | 214 Timber Lane | Libby | MT | 59923 | 9/21/1998 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Carolyn | Schull | 214 Timber Lane | Libby | MT | 59923 | 9/21/1998 | Unliquidated | | | See footnote 5 |
| George G | Shattuck | P.O. Box 680 | Frenchtown | MT | 59834 | 4/4/2000 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Richard L | Shavlik | 8111 Hwy 35 #6 | Bigfork | MT | 59911 | 3/27/2000 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Doug I | Shaw | 1135 Whitefish Stage #12 | Kalispell | MT | 59901 | 5/15/2001 | Unliquidated | 4/4/2001 | Asbestos-Related Disease | See footnote 5 |
| Donald H | Shea | P.O. Box 968 | Libby | MT | 59923 | 11/13/2001 | Unliquidated | 5/31/2001 | Asbestos-Related Disease | See footnote 5 |
| Lois M | Shea | P.O. Box 968 | Libby | MT | 59923 | 11/13/2001 | Unliquidated | 4/2/2001 | Asbestos-Related Disease | See footnote 5 |
| Judy I | Shelmerdine | 1546 E. 5th St. Ext. | Libby | MT | 59923 | 12/6/2001 | Unliquidated | 4/11/2001 | Asbestos-Related Disease | See footnote 5 |
| Arla | Shelton | P.O. Box 248 | Cedaredge | CO | 81413 | 9/4/2000 | Unliquidated | 7/19/2000 | | See footnote 5 |
| David | Shelton | P.O. Box 248 | Cedaredge | CO | 81413 | 9/4/2000 | Unliquidated | 7/19/2000 | Asbestos-Related Disease | See footnote 5 |
| Joanne | Shiflett | 1306 Louisiana Avenue | Libby | MT | 59923 | 2/7/2001 | Unliquidated | 8/24/2000 | | See footnote 5 |
| William W | Shiflett | 1306 Louisiana Avenue | Libby | MT | 59923 | 2/7/2001 | Unliquidated | 8/24/2000 | Asbestos-Related Disease | See footnote 5 |
| Francis M | Sichting | 337 Doak Creek Rd | Libby | MT | 59923 | 10/11/2001 | Unliquidated | 2/5/2001 | Asbestos-Related Disease | See footnote 5 |
| Timothy H | Siefke | P.O. Box 1372 | Libby | MT | 59923 | 10/2/2004 | Unliquidated | 6/2/2004 | Asbestos-Related Disease | See footnote 5 |
| Trudy | Siefke | 3496 Hwy 2 South | Libby | MT | 59923 | 4/6/1999 | Unliquidated | | | See footnote 5 |
| Raymond H | Siefke, deceased | 3496 Hwy 2 South | Libby | MT | 59923 | 4/6/1999 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Sam | Skidmore | 39704 Highway 2 South | Libby | MT | 59923 | 5/12/2001 | Unliquidated | | | See footnote 5 |
| Victoria | Skidmore | 39704 Highway 2 South | Libby | MT | 59923 | 5/12/2001 | Unliquidated | | Mesothelioma | See footnote 5 |
| Brent D | Skramstad | 925 2nd Street North | Havre | MT | 59501 | 6/26/1999 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Les | Skramstad | 3647 S. Hwy. 2 | Libby | MT | 59923 | 7/2/1999 | Unliquidated | | | See footnote 5 |
| Norita W | Skramstad | 3647 S. Hwy. 2 | Libby | MT | 59923 | 7/2/1999 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Dale R | Slauson | 182 Parmenter Drive | Libby | MT | 59923 | 5/4/2001 | Unliquidated | 11/13/2000 | Asbestos-Related Disease | See footnote 5 |
| Lois Marie | Slauson | 182 Parmenter Drive | Libby | MT | 59923 | 5/4/2001 | Unliquidated | 11/13/2000 | | See footnote 5 |
| Dennis A | Smerker | #6 6th Street South Apt. 212 | Great Falls | MT | 59405 | 10/31/1997 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |

| First Name | Last Name | Address | City | State | Zip | Date | Status | Date | Disease | Footnote |
|---|---|---|---|---|---|---|---|---|---|---|
| Jane | Smerker | 196 Spencer Road | Libby | MT | 59923 | 10/17/1997 | Unliquidated | | | See footnote 5 |
| Raymond M | Smerker | 196 Spencer Road | Libby | MT | 59923 | 10/17/1997 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Calvin R | Smith | 134 Ski Road | Libby | MT | 59923 | 8/16/2001 | Unliquidated | 5/7/2001 | Asbestos-Related Disease | See footnote 5 |
| Donald A | Smith | 134 Ski Road | Libby | MT | 59923 | 7/24/1998 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Donald R | Smith | P.O. Box 1278 | Libby | MT | 59923 | 1/24/2002 | Unliquidated | 5/2/2001 | Asbestos-Related Disease | See footnote 5 |
| Michael F | Smith | 811 Westwood Drive #17 | Elko | NV | 88801 | 1/1/2001 | Unliquidated | 11/25/2000 | Asbestos-Related Disease | See footnote 5 |
| Opal R | Smith | 134 Ski Road | Libby | MT | 59923 | 9/25/1998 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Pattie | Smith | 134 Ski Road | Libby | MT | 59923 | 8/16/2001 | Unliquidated | | | See footnote 5 |
| Wilma | Smith | P.O. Box 1278 | Libby | MT | 59923 | 1/24/2002 | Unliquidated | 5/2/2001 | | See footnote 5 |
| Anna | Sneath | P.O. Box 36 | Libby | MT | 59923 | 12/4/2003 | Unliquidated | 2/7/2002 | | See footnote 5 |
| Roy C | Sneath | P.O. Box 36 | Libby | MT | 59923 | 12/4/2003 | Unliquidated | 2/7/2002 | Asbestos-Related Disease | See footnote 5 |
| Doloris | Spady | 5297 Highway 2 South | Libby | MT | 59923 | 2/24/2003 | Unliquidated | 6/28/2002 | | See footnote 5 |
| Joanne | Spady | 34 Bowker Street | Libby | MT | 59923 | 3/26/2003 | Unliquidated | 6/4/2001 | | See footnote 5 |
| Stuart J | Spady | 34 Bowker Street | Libby | MT | 59923 | 3/26/2003 | Unliquidated | 6/4/2001 | Asbestos-Related Disease | See footnote 5 |
| Raymond E | Spady, deceased | 5297 Highway 2 South | Libby | MT | 59923 | 2/24/2003 | Unliquidated | 6/28/2002 | Asbestos-Related Disease | See footnote 5 |
| Forrest F | Spencer | 747 5th Street Ext | Libby | MT | 59923 | 10/16/2003 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Katherine A | Spencer | 747 5th Street Ext | Libby | MT | 59923 | 9/19/2003 | Unliquidated | 8/18/2000 | Asbestos-Related Disease | See footnote 5 |
| Dean | Stacy | P.O. Box 467 | Eureka | MT | 59917 | 2/8/2002 | Unliquidated | 12/19/2001 | | See footnote 5 |
| Donald R | Stacy | P.O. Box 146 | Eureka | MT | 59917 | 4/1/2001 | Unliquidated | 2/21/2001 | Asbestos-Related Disease | See footnote 5 |
| Douglas | Stacy | 225 Stacy Hollow | Rexford | MT | 59930 | 11/13/2002 | Unliquidated | 8/28/2001 | | See footnote 5 |
| Judy | Stacy | P.O. Box 146 | Eureka | MT | 59917 | 4/1/2001 | Unliquidated | 2/21/2001 | | See footnote 5 |
| Norma F | Stacy | P.O. Box 467 | Eureka | MT | 59917 | 2/8/2002 | Unliquidated | 12/19/2001 | Asbestos-Related Disease | See footnote 5 |
| Beryl E | Stacy, deceased | 225 Stacy Hollow | Rexford | MT | 59930 | 11/13/2002 | Unliquidated | 8/28/2001 | Asbestos-Related Disease | See footnote 5 |
| Rose | Stahlberg | 214 Spruce Drive | Kalispell | MT | 59901 | 8/6/2000 | Unliquidated | 6/28/2000 | Asbestos-Related Disease | See footnote 5 |
| Lynn | Stanley | 838 2nd Ave E | Kalispell | MT | 59901 | 8/5/2003 | Unliquidated | 8/1/2002 | | See footnote 5 |
| Robert W | Stanley, deceased | 838 2nd Ave E | Kalispell | MT | 59901 | 8/5/2003 | Unliquidated | 8/1/2002 | Asbestos-Related Disease | See footnote 5 |

| First | Last | Address | City | State | Zip | Date | Status | Date2 | Disease | Footnote |
|---|---|---|---|---|---|---|---|---|---|---|
| Kenneth L | Stapley | 209 Montana Ave. | Libby | MT | 59923 | 10/11/2001 | Unliquidated | 8/20/2001 | Asbestos-Related Disease | See footnote 5 |
| Pam | Starke | 7270 Summit Court | Prescott Valley | AZ | 86314 | 7/10/1997 | Unliquidated | | | See footnote 5 |
| Candy | Steele | 524 Cherry Creek Dr | Libby | MT | 59923 | 7/10/2004 | Unliquidated | 7/17/2001 | Asbestos-Related Disease | See footnote 5 |
| Marvin C | Steele | 524 Cherry Creek Dr | Libby | MT | 59923 | 7/10/2004 | Unliquidated | 7/17/2001 | Asbestos-Related Disease | See footnote 5 |
| Lyle L | Stephens, deceased | 288 Morristown Cay | Vero Beach | FL | 32966 | 4/16/2003 | Unliquidated | 1/4/2001 | Asbestos-Related Disease | See footnote 5 |
| Carole Anne | Stephenson | 248 Remps Road | Libby | MT | 59923 | 12/14/2000 | Unliquidated | 10/26/2000 | | See footnote 5 |
| David R | Stephenson | 248 Remps Road | Libby | MT | 59923 | 12/14/2000 | Unliquidated | 10/26/2000 | Asbestos-Related Disease | See footnote 5 |
| Karen Marie | Stickney | P.O. Box 1160 | Libby | MT | 59923 | 3/20/2003 | Unliquidated | 2/22/2001 | | See footnote 5 |
| Robert D | Stickney | P.O. Box 1160 | Libby | MT | 59923 | 3/20/2003 | Unliquidated | 2/22/2001 | Asbestos-Related Disease | See footnote 5 |
| Robert L | Stonehocker | 9624 E. Archery Ave. | Spokane | WA | 99206 | 4/28/2001 | Unliquidated | 3/6/2001 | Asbestos-Related Disease | See footnote 5 |
| Nora Belle | Stufflebeam | 4647 Granite Lake Road | Libby | MT | 59923 | 12/31/1997 | Unliquidated | | | See footnote 5 |
| Robert C | Stufflebeam, deceased | 4647 Granite Lake Road | Libby | MT | 59923 | 12/31/1997 | Unliquidated | | Asbestos-Related Disease, Lung Cancer | See footnote 5 |
| Agnes D | Sureil | 3577 US Hwy 2 South | Libby | MT | 59923 | 10/22/2001 | Unliquidated | 11/2/2000 | Asbestos-Related Disease | See footnote 5 |
| Bernadine L | Swennes | 516 Montana Avenue | Libby | MT | 59923 | 1/10/2001 | Unliquidated | 7/11/2000 | Asbestos-Related Disease | See footnote 5 |
| Donald N | Swennes | 516 Montana Avenue | Libby | MT | 59923 | 1/10/2001 | Unliquidated | 7/11/2000 | Asbestos-Related Disease | See footnote 5 |
| Jeffrey E | Swennes | 13170 - 39th Way East | Yuma | AZ | 85367 | 7/17/1998 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Laura | Swennes | 13170 - 39th Way East | Yuma | AZ | 85367 | 7/17/1998 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Bonnie | Swenson | 252 Cherry Creek Drive | Libby | MT | 59923 | 7/27/2000 | Unliquidated | 4/27/2000 | | See footnote 5 |
| David D | Swenson | 46 Burr Avenue | Libby | MT | 59923 | 10/10/2001 | Unliquidated | 1/11/2001 | Asbestos-Related Disease | See footnote 5 |
| Gary M | Swenson | 252 Cherry Creek Drive | Libby | MT | 59923 | 7/27/2000 | Unliquidated | 4/27/2000 | Asbestos-Related Disease | See footnote 5 |
| Bernard L | Tarbert | 1212 Nevada Avenue | Libby | MT | 59923 | 6/7/2001 | Unliquidated | 3/26/2001 | Asbestos-Related Disease | See footnote 5 |
| Leona | Tarbert | 1212 Nevada Avenue | Libby | MT | 59923 | 6/7/2001 | Unliquidated | 3/26/2001 | | See footnote 5 |
| Shirley A | Taylor-Regiovich | 2825 E. O'Connell Ave | Rathdrum | ID | 83858 | 5/3/2003 | Unliquidated | 2/11/2003 | Asbestos-Related Disease | See footnote 5 |
| Wayne R | Tellesch, deceased | P.O. Box 130275 | Coram | MT | 59913 | 10/22/2000 | Unliquidated | 9/14/2000 | Asbestos-Related Disease | See footnote 5 |
| Ida M | Templin | P.O. Box 827 | Troy | MT | 59935 | 12/19/2000 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Jack B | Templin | P.O. Box 827 | Troy | MT | 59935 | 9/22/2001 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |

| Kathleen A | Tennison | 2830 Juneau Drive | Missoula | MT | 59804 | 11/21/1997 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rory L | Tennison | 2501 Sherman Avenue #104 | Coeur d'Alene | ID | 83814 | 7/28/1997 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Mary L | Tevebaugh | 163 Education Way | Libby | MT | 59923 | 10/5/2002 | Unliquidated | 4/15/2002 | Asbestos-Related Disease | See footnote 5 |
| Lois G | Theonnes | P. O. Box 46 | Libby | MT | 59923 | 12/3/2001 | Unliquidated | 4/11/2001 | Asbestos-Related Disease | See footnote 5 |
| Arthur D | Thoeny | 111 Avenue B | Libby | MT | 59923 | 5/6/2004 | Unliquidated | 1/23/2001 | Asbestos-Related Disease | See footnote 5 |
| Lois | Thoeny | 111 Avenue B | Libby | MT | 59923 | 5/6/2004 | Unliquidated | 1/23/2001 | | See footnote 5 |
| Richard H | Tholen | 154 Pioneer Road | Libby | MT | 59923 | 4/10/2001 | Unliquidated | 1/15/2001 | Asbestos-Related Disease | See footnote 5 |
| Leroy D | Thom | 143 Park | Libby | MT | 59923 | 2/6/2003 | Unliquidated | 7/25/2001 | Asbestos-Related Disease | See footnote 5 |
| Zetta | Thom | 143 Park | Libby | MT | 59923 | 2/6/2003 | Unliquidated | 7/25/2001 | | See footnote 5 |
| Darrell M | Thomson | 1045 Conrad Drive #77 | Kalispell | MT | 59901 | 1/26/2004 | Unliquidated | 3/4/2002 | Asbestos-Related Disease | See footnote 5 |
| Eva W | Thomson | P.O. Box 1343 | Libby | MT | 59923 | 6/22/2001 | Unliquidated | 5/1/2001 | Asbestos-Related Disease | See footnote 5 |
| Margaret | Thomson | 32596 North Liumia Lane | Athol | ID | 83801 | 5/24/2001 | Unliquidated | 4/19/2001 | | See footnote 5 |
| Robert A | Thomson | 32596 North Liumia Lane | Athol | ID | 83801 | 5/24/2001 | Unliquidated | 4/19/2001 | Asbestos-Related Disease | See footnote 5 |
| Eilene | Tolle | 5295 US Hwy 2S | Libby | MT | 59923 | 10/27/2001 | Unliquidated | 3/15/2001 | | See footnote 5 |
| James | Tolle | P.O. Box 890 | Libby | MT | 59923 | 5/4/2000 | Unliquidated | 4/13/2000 | | See footnote 5 |
| James R | Tolle | 5295 US Hwy 2S | Libby | MT | 59923 | 10/27/2001 | Unliquidated | 3/15/2001 | Asbestos-Related Disease | See footnote 5 |
| Maryann P | Tolle | P.O. Box 890 | Libby | MT | 59923 | 5/4/2000 | Unliquidated | 4/13/2000 | Asbestos-Related Disease | See footnote 5 |
| Lawrence P | Tong | HC-1, Box 375 F | Naples | ID | 83847 | 6/28/2004 | Unliquidated | 1/31/2003 | Asbestos-Related Disease | See footnote 5 |
| Peggy | Tong | HC-1, Box 375 F | Naples | ID | 83847 | 6/28/2004 | Unliquidated | 1/31/2003 | | See footnote 5 |
| Marlene | Torgerson | 100 Hamann Ave | Libby | MT | 59923 | 8/1/2002 | Unliquidated | 3/8/2001 | | See footnote 5 |
| Richard R | Torgerson | 100 Hamann Ave | Libby | MT | 59923 | 8/1/2002 | Unliquidated | 3/8/2001 | Asbestos-Related Disease | See footnote 5 |
| Walter D | Torgison | P.O. Box 1107 | Libby | MT | 59923 | 2/2/2000 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Gayle | Tough | 137 1st Avenue NE | Cut Bank | MT | 59427 | 7/8/2004 | Unliquidated | 8/30/2002 | | See footnote 5 |
| Jerald | Trego | 7366 E Fir Street | Port Orchard | WA | 98366 | 9/6/1998 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Teri | Trego | 7366 E Fir Street | Port Orchard | WA | 98366 | 9/6/1998 | Unliquidated | | | See footnote 5 |
| Ivan W | Troyer | P.O. Box 1126 | Libby | MT | 59923 | 11/25/1998 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Rose | Troyer | P.O. Box 1126 | Libby | MT | 59923 | 11/25/1998 | Unliquidated | 12/10/2000 | Asbestos-Related Disease | See footnote 5 |
| Albert W | Urdahl | P.O. Box 337 | Libby | MT | 59923 | 1/7/2002 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| John M | Urdahl | 918 Idaho #230 | Libby | MT | 59923 | 9/5/1999 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Lawrence E | Urdahl | 620 Granite Ave | Libby | MT | 59923 | 1/20/1999 | Unliquidated | | | See footnote 5 |
| Marlys | Urdahl | P.O. Box 337 | Libby | MT | 59923 | 1/7/2002 | Unliquidated | 12/10/2000 | | See footnote 5 |
| Patty | Viereck | 146 Three Corner Rd Space 30 | Libby | MT | 59923 | 12/30/2002 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Richard L | Viereck | 146 Three Corner Rd Space 30 | Libby | MT | 59923 | 12/30/2002 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Patrick D | Vinion | 2261 Hwy 2 South | Libby | MT | 59923 | 7/1/1997 | Unliquidated | | | See footnote 5 |
| Richelle | Vinion | 2261 Hwy 2 South | Libby | MT | 59923 | 7/1/1997 | Unliquidated | | | See footnote 5 |
| Brenda | Vinson | 9948 Hwy 2 S | Libby | MT | 59923 | 12/28/2002 | Unliquidated | 12/5/2001 | Asbestos-Related Disease | See footnote 5 |
| Harvey D | Vinson | 141 Forest Avenue | Libby | MT | 59923 | 9/6/2001 | Unliquidated | 1/3/2001 | Asbestos-Related Disease | See footnote 5 |
| Kay M | Vinson | 701 West 1st St | Libby | MT | 59923 | 10/8/2002 | Unliquidated | 5/13/2002 | Asbestos-Related Disease | See footnote 5 |
| Richard | Vinson | 701 West 1st St | Libby | MT | 59923 | 10/8/2002 | Unliquidated | 5/13/2002 | | See footnote 5 |
| Richard L | Vinson | 9948 Hwy 2 S | Libby | MT | 59923 | 12/28/2002 | Unliquidated | 12/5/2001 | Asbestos-Related Disease | See footnote 5 |
| Sheryl | Vinson | 141 Forest Avenue | Libby | MT | 59923 | 9/6/2001 | Unliquidated | 1/3/2001 | | See footnote 5 |
| Faith | Volkenand | 276 Conifer Read | Libby | MT | 59923 | 3/19/2003 | Unliquidated | 3/29/2001 | | See footnote 5 |
| Jerry D | Volkenand | 276 Conifer Read | Libby | MT | 59923 | 3/19/2003 | Unliquidated | 3/29/2001 | Asbestos-Related Disease | See footnote 5 |
| Barbara A | Vose | 11650 SE Masa Lane | Portland | OR | 97236 | 2/27/2004 | Unliquidated | 6/11/2003 | Asbestos-Related Disease | See footnote 5 |
| Robert | Vose | 11650 SE Masa Lane | Portland | OR | 97236 | 2/27/2004 | Unliquidated | 6/11/2003 | | See footnote 5 |
| Charlotte R | Wade | P.O. Box 820 | Libby | MT | 59923 | 8/15/1997 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Joseph | Wade | P.O. Box 820 | Libby | MT | 59923 | 8/15/1997 | Unliquidated | | | See footnote 5 |
| Cindy K | Wagner | 2070 Highway 2 West | Libby | MT | 59923 | 6/22/2001 | Unliquidated | 2/26/2001 | Asbestos-Related Disease | See footnote 5 |
| Lona Dianne | Walker | 1037 California Street | Libby | MT | 59923 | 6/22/2004 | Unliquidated | 7/27/2001 | Asbestos-Related Disease | See footnote 5 |
| Herman O | Wangen, deceased | 1400 South Frazier St Apt 42 | Conroe | TX | 77301 | 7/26/2001 | Unliquidated | 6/22/2001 | Asbestos-Related Disease | See footnote 5 |
| Betty A | Warner | P.O. Box 8652 | Kalispell | MT | 59904 | 12/31/1999 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Edgar | Warner | P.O. Box 8652 | Kalispell | MT | 59904 | 12/31/1999 | Unliquidated | | | See footnote 5 |

| First Name | Last Name | Address | City | State | Zip | Date | Date | Status | Disease | Footnote |
|---|---|---|---|---|---|---|---|---|---|---|
| Calvin | Warren | 47 Nimitz | Billings | MT | 59101 | 3/21/1998 | | Unliquidated | | See footnote 5 |
| Michael H | Warren, deceased | 47 Nimitz | Billings | MT | 59101 | 3/21/1998 | | Unliquidated | Asbestos-Related Disease | See footnote 5 |
| George | Wasco | 351 South Central Rd | Libby | MT | 59923 | 11/13/2001 | 2/22/2001 | Unliquidated | | See footnote 5 |
| Shirley | Wasco | 351 South Central Rd | Libby | MT | 59923 | 11/13/2001 | 2/22/2001 | Unliquidated | Asbestos-Related Disease | See footnote 5 |
| Charles R | Welch | 1695 Highway 2 South | Libby | MT | 59923 | 6/3/1996 | | Unliquidated | Asbestos-Related Disease | See footnote 5 |
| Harriet | Welch | 119 Garrison Road | Troy | MT | 59935 | 7/21/2000 | 6/22/2000 | Unliquidated | | See footnote 5 |
| Nevin V | Welch, deceased | 119 Garrison Road | Troy | MT | 59935 | 7/21/2000 | 6/22/2000 | Unliquidated | Asbestos-Related Disease | See footnote 5 |
| David M | Wells | Box 1146 | Browning | MT | 59417 | 4/3/2003 | 3/3/2003 | Unliquidated | Asbestos-Related Disease | See footnote 5 |
| Charles V | Westlund | 591 Rawlings Rd. | Libby | MT | 59923 | 10/29/2001 | 4/10/2001 | Unliquidated | Asbestos-Related Disease | See footnote 5 |
| Debbie | Westlund | P.O. Box 9181 | Kalispell | MT | 59904 | 12/12/2001 | 4/19/2001 | Unliquidated | | See footnote 5 |
| Faye | Westlund | 591 Rawlings Rd. | Libby | MT | 59923 | 10/29/2001 | 4/10/2001 | Unliquidated | Asbestos-Related Disease | See footnote 5 |
| Tim C | Westlund | P.O. Box 9181 | Kalispell | MT | 59904 | 12/12/2001 | 4/19/2001 | Unliquidated | Asbestos-Related Disease | See footnote 5 |
| Gary L | Wheeler | 2701 Granite Creek Rd | Libby | MT | 59923 | 8/4/2004 | | Unliquidated | | See footnote 5 |
| Kathy | Wheeler | 2701 Granite Creek Rd | Libby | MT | 59923 | 8/4/2004 | | Unliquidated | Asbestos-Related Disease | See footnote 5 |
| Donald M | Whitmarsh | P.O. Box 1291 | Libby | MT | 59923 | 8/14/1998 | | Unliquidated | | See footnote 5 |
| Vicki | Whitmarsh | P.O. Box 1291 | Libby | MT | 59923 | 8/14/1998 | | Unliquidated | Asbestos-Related Disease | See footnote 5 |
| Franklin A | Widic | 487 East Springcreek Parkway | Springcreek | NV | 89815 | 12/17/2000 | 10/3/2000 | Unliquidated | | See footnote 5 |
| Sandra D | Widic | 487 East Springcreek Parkway | Springcreek | NV | 89815 | 7/26/2004 | 4/16/2002 | Unliquidated | Asbestos-Related Disease | See footnote 5 |
| Barbara E | Wilburn | 406 Dome Mountain Ave. | Libby | MT | 59923 | 8/26/2004 | 8/7/2001 | Unliquidated | Asbestos-Related Disease | See footnote 5 |
| Harold R | Wilburn | 406 Dome Mountain Ave. | Libby | MT | 59923 | 12/4/2002 | | Unliquidated | Asbestos-Related Disease | See footnote 5 |
| Larry J | Wilkes Jr | 600 Avenue B | Libby | MT | 59923 | 9/4/2001 | 4/9/2001 | Unliquidated | Asbestos-Related Disease | See footnote 5 |
| Elizabeth | Williams | 407 North Milnor Lake Road | Troy | MT | 59935 | 7/19/2001 | 3/27/2001 | Unliquidated | Asbestos-Related Disease | See footnote 5 |
| George P | Williams | P.O. Box 1082 | Libby | MT | 59923 | 1/7/1999 | | Unliquidated | | See footnote 5 |
| Lawrence D | Williams | 407 North Milnor Lake Road | Troy | MT | 59935 | 7/19/2001 | 3/27/2001 | Unliquidated | Asbestos-Related Disease | See footnote 5 |
| Doralee | Wilson | 169 Timber Lane | Libby | MT | 59923 | 11/21/2000 | | Unliquidated | | See footnote 5 |
| Ford E | Wilson, deceased | 169 Timber Lane | Libby | MT | 59923 | 11/21/2000 | | Unliquidated | Asbestos-Related Disease, Lung Cancer, Mesothelioma | See footnote 5 |

| Toni | Witt | 701 D Street, Space A-12 | Chula Vista | CA | 91910 | 7/22/2002 | Unliquidated | 11/3/2000 | | See footnote 5 |
|---|---|---|---|---|---|---|---|---|---|---|
| Connie | Wood | 80 Mahoney Road | Libby | MT | 59923 | 12/8/1999 | Unliquidated | | | See footnote 5 |
| Keith G | Wood | 2726 Belt View Drive | Helena | MT | 59601 | 9/1/2000 | Unliquidated | 7/1/2000 | Asbestos-Related Disease | See footnote 5 |
| Nancy | Wood | 2726 Belt View Drive | Helena | MT | 59601 | 9/1/2000 | Unliquidated | 7/1/2000 | | See footnote 5 |
| Brian W | Wray | 1150 McMannamy Draw | Kalispell | MT | 59901 | 5/7/2001 | Unliquidated | 4/17/2001 | Asbestos-Related Disease | See footnote 5 |
| Jeanne | Wray | 1150 McMannamy Draw | Kalispell | MT | 59901 | 5/7/2001 | Unliquidated | 4/17/2001 | | See footnote 5 |
| Cheryl A | Wright | P.O. Box 857 | Rathdrum | ID | 83858 | 1/9/1997 | Unliquidated | | | See footnote 5 |
| Gerald J | Wright | P.O. Box 857 | Rathdrum | ID | 83858 | 1/9/1997 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Margaret Jane | Wright | 1432 Bobtail Road | Libby | MT | 59923 | 1/22/2001 | Unliquidated | 8/3/2000 | Asbestos-Related Disease | See footnote 5 |
| Marsha | Wright | P.O. Box 21 | Center Junction | IA | 52212 | 5/9/1997 | Unliquidated | | | See footnote 5 |
| Paul B | Wright | P.O. Box 21 | Center Junction | IA | 52212 | 5/9/1997 | Unliquidated | | Asbestos-Related Disease | See footnote 5 |
| Dennis E | Yeager | 1410 Renwood Drive | Libby | MT | 59923 | 12/5/2003 | Unliquidated | 10/3/2003 | Asbestos-Related Disease | See footnote 5 |
| Ricki | Yeager | 1410 Renwood Drive | Libby | MT | 59923 | 12/5/2003 | Unliquidated | 10/3/2003 | | See footnote 5 |
| Angela M | Young | P.O. Box 503 | Libby | MT | 59923 | 12/12/2001 | Unliquidated | 8/2/2001 | Asbestos-Related Disease | See footnote 5 |
| Quentin M | Young | P.O. Box 503 | Libby | MT | 59923 | 12/12/2001 | Unliquidated | 10/18/2001 | Asbestos-Related Disease | See footnote 5 |
| Bobbiegene | Zimmerman | 519 East Lincoln Blvd. | Libby | MT | 59923 | 6/26/2004 | Unliquidated | 12/19/2000 | | See footnote 5 |
| Robert W | Zimmerman | 519 East Lincoln Blvd. | Libby | MT | 59923 | 6/26/2004 | Unliquidated | 12/19/2000 | Asbestos-Related Disease | See footnote 5 |
| Debrah | Zugg | 6600 Highway 2 South | Libby | MT | 59923 | 7/28/2004 | Unliquidated | 8/2/2001 | | See footnote 5 |
| E. Neven | Zugg | 6600 Highway 2 South | Libby | MT | 59923 | 7/28/2004 | Unliquidated | 8/2/2001 | Asbestos-Related Disease | See footnote 5 |

1 Certain of these creditors may have other claims against the Debtors (including but not limited to asbestos contamination/property damage claims) as to which they are not represented in these Chapter 11 cases by Cohn & Whitesell LLP and Landis Rath & Cobb LLP.

2 For purposes of this statement, the Fee Agreement shall mean the Contingent Fee Agreement, an exemplar of which is submitted herewith.

3 In instances where this column has been left blank, the client has claims with a spouse or is a representative for the deceased.

4 "Asbestos-Related Disease" means asbestosis and/or asbestos pleural disease.

5 McGarvey, Heberling, Sullivan & McGarvey, P.C. ("MHSM") was retained to represent the claimant as a plaintiff in connection with his or her personal injury claim for Libby exposure against all parties potentially liable therefor. Cohn & Whitesell LLP ("CW") was engaged as co-counsel by the Libby Claimants' personal injury counsel, MHSM, and Lewis, Slovak & Kovacich, P.C. of Great Falls, Montana, to provide services related to the Debtors' cases on behalf of all of their respective clients having claims against the Debtors. In turn, CW engaged Landis Rath & Cobb LLP to serve as Delaware counsel. The client contacted MHSM directly for representation.

| Name | Interests Owned or Claims Against the Debtors |
|------|-----------------------------------------------|
|  |  |
|  |  |
| Cohn & Whitesell LLP | None |
| 101 Arch Street |  |
| Boston, MA 02110 |  |
|  |  |
|  |  |
| Landis Rath & Cobb LLP | None |
| 919 Market Street, Suite 600 |  |
| P.O. Box 2087 |  |
| Wilmington, DE 19801 |  |

### ATTORNEY RETAINER AGREEMENT

THIS AGREEMENT, made and entered into this ____ day of _____, _____, by and between _____ (name, address) and the law firm of LEWIS, SLOVAK & KOVACICH, P.C., 725 Third Avenue North, P. O. Box 2325, Great Falls, MT 59403.

### WITNESSETH

WHEREAS, _____ sustained damages as a result of ___ exposure to asbestos in and near Libby, Montana, caused by W. R. Grace & Company and/or any other entities; and,

WHEREAS, _____ wishes to engage the law offices of Lewis, Slovak & Kovacich, P.C. to represent ___ on a contingency fee basis.

NOW, THEREFORE, IT IS HEREBY MUTUALLY AGREED BETWEEN the parties that Lewis, Slovak & Kovacich, P.C. will use its best services and offices to obtain settlement or judgment for damages sustained by _____ in consideration of which _he agrees to reimburse Lewis, Slovak & Kovacich, P.C. for any and all costs and expenses which may be incurred in the representation of _____, plus thirty-three and one-third percent (33 1/3%) of all funds recovered for ___ by way of settlement prior to commencement of trial, as compensation for the legal services rendered.

IT IS FURTHER AGREED that if the case must be tried to a Court and/or a Jury, then the fee shall increase to forty percent (40%) of any recovery obtained after commencement of trial, as compensation for legal services rendered.

IN WITNESS WHEREOF, the parties have hereunto set their hands and seals the day and year first above written.

_____
*

LEWIS, SLOVAK & KOVACICH, P.C.


By:_____
          Tom L. Lewis

Libby Claimants represented by Lewis, Slovak & Kovacich, P.C., 725 Third Avenue North, P.O. Box 2353, Great Falls, MT 59403

| First Name and Middle Initial of Creditor | Last Name [1] | Street Address | City | State | Zip Code | Reserved | Fee Agreement Date [2] | Amount of claim of creditor if liquidated (claim is presumed to be unliquidated if blank) | Date of acquisition of creditor's claim if acquired within 1 year prior to date of filing of bankruptcy 4/2/01 | For personal injury claimants, type of disease and for all other claimants, the nature of the claim or interest | Pertinent facts & circumstances regarding employment of counsel or indenture trustee, and, in the case of a committee, the name or names of the entity at whose instance directly or indirectly the employment was arranged or the committee was organized or agreed to act (reference additional exhibits if necessary) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Richard | Allenberg, Dec'd | c/o Rose Allenberg, 130 Division Road | Troy | MT | 59935 | | | Unliquidated | 10/11/2001 | Asbestos-Related Disease (ARD) [3] | See footnote 4 |
| DeWayne | Alsbury | 1120 California Avenue | Libby | MT | 59923 | | 10/22/01 | Unliquidated | 12/14/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Alyce | Anderson | 519 East 4th Street | Libby | MT | 59923 | | 12/9/00 | Unliquidated | 7/31/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Perce | Baker | 1109 Utah Avenue | Libby | MT | 59923 | | 3/27/03 | Unliquidated | 3/14/2001 | Asbestos-Related Disease (ARD) | See footnote 4 |
| George | Bauer | 203 East Spruce Street | Libby | MT | 59923 | | 6/20/01 | Unliquidated | 3/19/2001 | Asbestos-Related Disease (ARD) | See footnote 4 |
| G. Neil | Bauer | 1500 Elk Creek | Libby | MT | 59923 | | 4/26/01 | Unliquidated | 7/5/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Monte | Bennett, Deceased | c/o Leslie Holden, 6511 11th Street North | Havre | MT | | | 2/5/01 | Unliquidated | | Asbestos-Related Disease (ARD) | See footnote 4 |
| Susan | Berry | 164 Yellowtail | Libby | MT | 59923 | | 4/21/92 | Unliquidated | 7/18/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |

| First | Last | Address | City | State | Zip | Date | Amount | Claim Description | Footnote |
|---|---|---|---|---|---|---|---|---|---|
| Gwen | Bieber | P.O. Box 725 | Townsend | MT | 59644 | 3/23/01 | Unliquidated | 7/15/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Molly | Fletcher-Boggs | 4736 Feigley Road | Port Orchard | WA | 98367 | 7/15/02 | Unliquidated | 7/10/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Raymond | Boggs | 4736 Feigley Road | Port Orchard | WA | 98367 | 7/15/02 | Unliquidated | 7/10/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Gary | Bowen | 189 Vicks Lane | Libby | MT | 59923 | 8/24/99 | Unliquidated | Asbestosis and silicosis | See footnote 4 |
| Eugene | Braley | 651 Quartz Road | Libby | MT | 59923 | 11/26/01 | Unliquidated | 8/8/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Linda | Braley | 651 Quartz Road | Libby | MT | 59923 | 12/9/01 | Unliquidated | 7/8/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Loren | Brown | 780 McManamy Draw | Kalispell | MT | 59901 | 5/18/01 | Unliquidated | 8/24/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Timothy | Brown | 300 Granite Avenue | Libby | MT | 59923 | 9/25/03 | Unliquidated | 8/19/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Larry | Bump | P.O. Box 1711 | Columbia Falls | MT | 59912 | 2/15/00 | Unliquidated | Asbestos-Related Disease (ARD) | See footnote 4 |
| Daniel | Bundrock | 1421 Utah Avenue | Libby | MT | 59923 | 2/1/01 | Unliquidated | 8/2/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Gloria | Byrnes | 380 Meadow Hills Drive | Kalispell | MT | 59901 | 1/11/01 | Unliquidated | 12/20/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Bethene | Candee | 620 Treasure Avenue, Apt. 11B | Libby | MT | 59923 | 1/24/01 | Unliquidated | 7/11/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Dave | Carlson | 1004 8th Avenue West | Kalispell | MT | 59901 | 5/22/01 | Unliquidated | 8/24/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Evelyn | Carr | 735 2nd Street West | Kalispell | MT | 59901 | 3/30/94 | Unliquidated | 10/11/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Lloyd | Carr, Deceased | c/o Evelyn Carr, 735 2nd Street West | Kalispell | MT | 59901 | 2/5/00 | Unliquidated | 10/11/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Charles | Challinor | 256 North Ulm Frontage Road | Great Falls | MT | 59404 | 5/9/01 | Unliquidated | 7/23/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Charles | Chappell, Dec'd | c/o Marjorie Chappell, P.O. Box 281 | Fort Benton | MT | 59442 | 1/23/01 | Unliquidated | 11/2/2000 Asbestos-Related Disease (ARD) | See footnote 4 |

| First | Last | Address | City | State | Zip | Date | | Date | Disease | Footnote |
|---|---|---|---|---|---|---|---|---|---|---|
| David | Christiansen | 1033 Aaron Court | Missoula | MT | 59804 | 3/27/03 | Unliquidated | 8/9/2001 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Allan | Clampitt | 2001 6th Avenue North | Great Falls | MT | 59401 | 10/19/01 | Unliquidated | | Asbestos-Related Disease (ARD) | See footnote 4 |
| Rob | Clawson | 2812 N. Francis | Coeur d'Alene | ID | 83815 | 1/23/01 | Unliquidated | 8/11/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| John | Clemons | 2268 Farm to Market Road | Libby | MT | 59923 | 4/20/01 | Unliquidated | 7/25/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Bruce | Cole | P. O. Box 717 | Troy | MT | 59935 | 3/16/98 | Unliquidated | | Asbestos-Related Disease (ARD) | See footnote 4 |
| Eddy | Cole | 2223 Snowshoe Road | Libby | MT | 59923 | 11/9/01 | Unliquidated | 7/16/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Francis | Cole, Dec'd | c/o Tom Cole, 685 Flower Creek | Libby | MT | 59923 | 8/4/00 | Unliquidated | 8/17/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Kurt | Cole | 2099 Freeman Ridge Road | Troy | MT | 59935 | 2/15/01 | Unliquidated | 10/16/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Myra | Cole | 902 East Lincoln Blvd. | Libby | MT | 59923 | 8/16/99 | Unliquidated | | Asbestos-Related Disease (ARD) | See footnote 4 |
| Robert | Conley | 590 Swan Highway | Bigfork | MT | 59911 | 2/17/00 | Unliquidated | | Asbestos-Related Disease (ARD) | See footnote 4 |
| Harold | Crill, Dec'd | c/o Cheryl Chandler, 1017 Louisiana Ave. | Libby | MT | 59923 | 6/14/01 | Unliquidated | 8/16/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Mike | Crill | 1900 Maurice Avenue, Apt. 108A | Missoula | MT | 59801 | 8/8/01 | Unliquidated | 7/22/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Jim | Davidson | 683 ACM Road South | Libby | MT | 59923 | 5/8/01 | Unliquidated | 8/15/2000 | Asbestos-Related Disease (ARD), Mesothelioma | See footnote 4 |
| Karen | Davidson | 5772 Garden Grove Blvd. #220 | Westminster | CA | 92683 | 8/21/03 | Unliquidated | 8/22/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Neesia | Davidson | 683 ACM Road South | Libby | MT | 59923 | 6/11/01 | Unliquidated | 8/15/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |

| First | Last | Address | City | State | Zip | Date | | Date | Claim Type | Footnote |
|---|---|---|---|---|---|---|---|---|---|---|
| Larry | Davis | 249 Copper Mountain Road | Troy | MT | 59935 | 3/23/98 | Unliquidated | 8/8/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Barry | Dofelmire | 4435 Champion Haul Road | Libby | MT | 59923 | 6/21/01 | Unliquidated | | Asbestos-Related Disease (ARD) | See footnote 4 |
| Leonard | Doney | c/o Edna Teske, 1218 Beartooth Drive | Laurel | MT | 59044 | 5/30/03 | Unliquidated | | Asbestos-Related Disease (ARD) | See footnote 4 |
| Ron | Doubek | P. O. Box 885 | Libby | MT | 59923 | 10/27/93 | Unliquidated | | Asbestos-Related Disease (ARD) | See footnote 4 |
| Fred | Drake | 158 Forest Avenue | Libby | MT | 59923 | 3/27/03 | Unliquidated | 8/17/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Heidi | Drake | 158 Forest Avenue | Libby | MT | 59923 | 3/27/03 | Unliquidated | 8/21/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Ed | Dutton | 543 First Avenue East | Kalispell | MT | 59901 | 3/23/01 | Unliquidated | 7/23/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Rodney | Elletson | 500 Taylor Road | Libby | MT | 59923 | 2/17/00 | Unliquidated | 2/1/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Richard | Erickson | 102 Vaughn Lane | Libby | MT | 59923 | 10/12/01 | Unliquidated | 7/14/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Rodney | Erickson | 280 Dolphin Way | Libby | MT | 59923 | 9/10/01 | Unliquidated | | Asbestos-Related Disease (ARD) | See footnote 4 |
| Judy | Evans | 1727 East Eleventh Avenue | Spokane | WA | 99202 | 10/26/00 | Unliquidated | 10/5/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Albert | Fantozzi | 798 Halo Drive | Troy | MT | 59935 | 6/12/01 | Unliquidated | 8/8/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Richard | Flesher | P. O. Box 1062 | Libby | MT | 59923 | 4/25/00 | Unliquidated | 4/13/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Geraldine | Fletcher | 377 Thomas Street | Libby | MT | 59923 | 3/14/01 | Unliquidated | 7/14/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Roy | Fletcher | 377 Thomas Street | Libby | MT | 59923 | 2/14/00 | Unliquidated | | Asbestos-Related Disease (ARD) | See footnote 4 |
| Steele | Fletcher | P. O. Box 27 | Kila | MT | 59920 | 2/14/01 | Unliquidated | 7/19/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Joe | Foote | 470 Education Way | Libby | MT | 59923 | 4/15/03 | Unliquidated | 8/10/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Dwayne | Galbreth | P. O. Box 7235 | Kalispell | MT | 59904 | 5/15/02 | Unliquidated | 9/12/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Dan | Garrison, Dec'd | c/o Charline Garrison, Box 424 | Troy | MT | 59935 | 8/30/00 | Unliquidated | 8/7/2000 mesothelioma, wrongful death | See footnote 4 |
| Mary | Geer | 141 Conifer Road | Libby | MT | 59923 | 1/25/02 | Unliquidated | 7/15/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| I.V. | Graham, Dec'd | c/o Carol Graham, 280 South Central Road | | | 59923 | 10/2/00 | Unliquidated | 8/16/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Alice | Grunerud | P. O. Box 57 | Libby | MT | 59923 | 2/1/01 | Unliquidated | 8/12/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| James | Hamilton | 205 SW 16th Court | Troutdale | OR | 97060 | 8/23/00 | Unliquidated | 8/1/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Sally | Hansen | 416 West 4th Street | Libby | MT | 59923 | 11/19/01 | Unliquidated | 8/27/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Keith | Hedahl | 94 Rainbow Lane | Libby | MT | 59923 | 10/5/01 | Unliquidated | 10/3/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Sara | Hedahl | 94 Rainbow Lane | Libby | MT | 59923 | 10/5/01 | Unliquidated | 10/3/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Valli | Hume | P. O. Box 98 | Fortine | MT | 59918 | 12/12/99 | Unliquidated | Asbestos-Related Disease (ARD) | See footnote 4 |
| Walter | Hume | P. O. Box 98 | Fortine | MT | 59918 | 12/12/99 | Unliquidated | Asbestos-Related Disease (ARD) | See footnote 4 |
| Tammy | Ivins | 1708 Snowshoe Road | Libby | MT | 59923 | 2/23/01 | Unliquidated | 8/12/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Mary Lee | Johnson | 133 Westland Road | Libby | MT | 59923 | 7/10/01 | Unliquidated | 7/24/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Richard | Johnson | 133 Westland Road | Libby | MT | 59923 | 7/10/01 | Unliquidated | 7/24/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| John A. | Jones | 791 Flower Creek Road | Libby | MT | 59923 | 6/5/02 | Unliquidated | 8/19/2000 Asbestos-Related Disease (ARD) | See footnote 4 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Jack | Judkins | 2537 Bull Lake Road | Troy | MT | 59935 | | Unliquidated | 7/28/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Erma | Kaeding | 841 Grandin Ave. | Sebastian | FL | 32958 | 2/9/01 | Unliquidated | 7/12/2001 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Arnold | Kelley | 55 Wilson Avenue | Libby | MT | 59923 | 11/20/01 | Unliquidated | 8/30/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Carol | Kelley | P. O. Box 595 | Bonners Ferry | ID | 83805 | 6/11/01 | Unliquidated | 7/25/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Dale | Kelley | P. O. Box 595 | Bonners Ferry | ID | 83805 | 8/6/01 | Unliquidated | 7/25/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Douglas | Kelley | 3819 US Highway 2 South | Libby | MT | 59923 | 8/6/01 | Unliquidated | | Asbestos-Related Disease (ARD) | See footnote 4 |
| Lonnie | Kelley | 506 Spencer Road | Libby | MT | 59923 | 8/5/98 | Unliquidated | 7/10/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Joseph | Kelly | 418 Indian Head Road | Libby | MT | 59923 | 2/26/01 | Unliquidated | 7/31/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Larry | Kelly | 1304 Washington Avenue | Libby | MT | 59923 | 6/11/01 | Unliquidated | 7/19/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Thomas | Kelly | 501 East 13th Avenue | Post Falls | ID | 83854 | 6/18/01 | Unliquidated | 8/13/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Robin | Kendall | 9944 Highway 2 South | Libby | MT | 59923 | 7/7/01 | Unliquidated | 10/15/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Steven | Kvapil, Dec'd | c/o Cecelia Jane Kvapil, 182 Farm to Market Road | Libby | MT | 59923 | 7/3/01 | Unliquidated | 10/19/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| John | Landon | 5911 N. Braeburn Drive | Spokane | WA | 99205 | 11/12/01 | Unliquidated | 7/20/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Holly | Lapka | 380 Meadow Hills Drive | Kalispell | MT | 59901 | 10/12/00 | Unliquidated | 9/6/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Gary | Larson | P. O. Box 551 | Libby | MT | 59923 | 6/5/01 | Unliquidated | 8/20/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Reese | Larson | 11923 E. Fourth Avenue | Spokane | WA | 99206 | 6/11/01 | Unliquidated | 7/14/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |

| Dean | Leckrone | 1108 Louisiana Avenue | Libby | MT | 59923 | 2/10/01 | Unliquidated | 7/15/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
|---|---|---|---|---|---|---|---|---|---|---|
| Arnold | Lehnert | 420 Indian Head Road | Libby | MT | 59923 | 5/7/01 | Unliquidated | 7/20/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Duane | Lindsay | 412 Parameter | Libby | MT | 59923 | 11/5/01 | Unliquidated | 7/13/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Alice | Maynard, Dec'd | c/o Dee Dee Newmarch, P. O. Box 994 | Lakeside | MT | 59922 | 8/3/00 | Unliquidated | | Asbestos-Related Disease (ARD) | See footnote 4 |
| Forrest | Maynard | 3106 Ditchbank Road | Cloquet | MN | 55720 | 12/20/00 | Unliquidated | 12/5/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Sandra | McAllister | P. O. Box 1313 | Libby | MT | 59923 | 4/6/01 | Unliquidated | 7/27/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Vernon | McCully | 450 Farm to Market Road | Libby | MT | 59923 | 2/26/01 | Unliquidated | 9/26/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Robert | McMillan, Dec'd | c/o Roy McMillan, 1574 East Fifth Street | Libby | MT | 59923 | 5/1/01 | Unliquidated | 11/27/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Genevieve | Mejie, Dec'd | c/o Sandra Wagner, P.O. Box 1059 | Troy | MT | 59935 | 1/31/01 | Unliquidated | | Asbestos-Related Disease (ARD) | See footnote 4 |
| Laura | Meyer | 6214 Lake Creek Road | Troy | MT | 59935 | 2/5/01 | Unliquidated | 7/27/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Lewis | Meyer | 6214 Lake Creek Road | Troy | MT | 59935 | 1/11/01 | Unliquidated | 7/27/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Frederick | Miller, Deceased | c/o Ilean D. Miller, 1190 Eastside Highway, Unit 2 | Corvallis | MT | 59828 | 1/11/01 | Unliquidated | 7/11/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Alfred | Miron | N4991 M-35 | Menominee | MI | 49858 | 11/12/98 | Unliquidated | | Asbestos-Related Disease (ARD) | See footnote 4 |
| Paul | Miron | P. O. Box 252 | Marinette | WI | 54143 | 9/11/00 | Unliquidated | | Asbestos-Related Disease (ARD) | See footnote 4 |
| Rick | Moe | 1053 N. 14th Street | Coeur d'Alene | ID | 83814 | 4/10/01 | Unliquidated | 8/18/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |

| First | Last | Address | City | State | Zip | Date | Status | Date2 | Claim | Footnote |
|---|---|---|---|---|---|---|---|---|---|---|
| Ron | Moe | 285 Parmenter Creek Road | Libby | MT | 59923 | 3/20/01 | Unliquidated | 7/23/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Gary | Morton | 667 2nd Street, Ext. West | Libby | MT | 59923 | 4/29/02 | Unliquidated | 7/20/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Don | Munsel | 390 Autumn Road | Libby | MT | 59923 | 10/26/00 | Unliquidated | 8/1/2000 | ARD, lung cancer | See footnote 4 |
| Helen | Murray, Deceased | c/o George & Betty Bauer, 203 East Spruce Street | Libby | MT | 59293 | 5/1/01 | Unliquidated | | Asbestos-Related Disease (ARD) | See footnote 4 |
| Richard | Napier | P. O. Box 1026 | Libby | MT | 59923 | 1/31/00 | Unliquidated | 7/17/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Richard | Neise | P. O. Box 304 | Columbia Falls | MT | 59912 | 9/11/00 | Unliquidated | 7/17/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Barbara | Nelson | P. O. Box 1116 | Libby | MT | 59923 | 11/21/00 | Unliquidated | 9/25/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Fred | Nelson, Dec'd | c/o Geraldine Nelson, P. O. Box 1429 | Libby | MT | 59923 | 6/12/01 | Unliquidated | 7/17/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Geraldine | Nelson | P. O. Box 1429 | Libby | MT | 59923 | 1/11/01 | Unliquidated | 7/17/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Larry | Nelson | P. O. Box 1155 | Troy | MT | 59935 | 10/16/00 | Unliquidated | 7/20/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Mike | Nelson | 192 Lupine Lane | Newport | WA | 99156 | 4/17/03 | Unliquidated | 9/14/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Orville | Nelson, Dec'd | c/o Mike Nelson, 192 Lupine Lane | Newport | WA | 99156 | 4/17/03 | Unliquidated | | Asbestos-Related Disease (ARD) | See footnote 4 |
| Pete | Nelson | 506 Indianhead Road | Libby | MT | 59923 | 10/1/01 | Unliquidated | 7/11/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Sandra | Nelson | 506 Indianhead Road | Libby | MT | 59923 | 10/1/01 | Unliquidated | 7/11/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Clifford | Neubauer | P. O. Box 323 | Libby | MT | 59923 | 3/28/03 | Unliquidated | 8/9/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |
| Dee Dee | Newmarch | P. O. Box 994 | Lakeside | MT | 59922 | 8/14/00 | Unliquidated | 4/13/2000 | Asbestos-Related Disease (ARD) | See footnote 4 |

| First Name | Last Name | Address | City | State | Zip | Date | | | Footnote |
|---|---|---|---|---|---|---|---|---|---|
| Dorothy | Noble, Dec'd | c/o Pat Geer, 141 Conifer Road | Libby | MT | 59923 | 8/16/99 | Unliquidated | Asbestos-Related Disease (ARD) | See footnote 4 |
| Michael | Noble | 6797 Farm to Market Road | Libby | MT | 59923 | 2/3/00 | Unliquidated | Asbestos-Related Disease (ARD) | See footnote 4 |
| Charlotte | Orr | c/o Dave Orr, 957 Warland Creek Road | Libby | MT | 59923 | 3/26/03 | Unliquidated | Asbestos-Related Disease (ARD) 10/13/2000 | See footnote 4 |
| Edward | Orr, Dec'd | c/o Dave Orr, 957 Warland Creek Road | Libby | MT | 59923 | 3/26/03 | Unliquidated | Asbestos-Related Disease (ARD) | See footnote 4 |
| Dave | Orr | 957 Warland Creek Road | Libby | MT | 59923 | 3/25/03 | Unliquidated | Property Damage | See footnote 4 |
| Howard | Orr | 320 Shalom Drive | Libby | MT | 59923 | 3/2/01 | Unliquidated | Asbestos-Related Disease (ARD) | See footnote 4 |
| Mel | Parker | P. O. Box 609 | Libby | MT | 59923 | 7/27/00 | Unliquidated | Asbestos-Related Disease (ARD), Property Damage | See footnote 4 |
| Lerah | Parker | P. O. Box 609 | Libby | MT | 59923 | 7/27/00 | Unliquidated | Asbestos-Related Disease (ARD), Property Damage 5/2/2001 | See footnote 4 |
| Trevor | Parrish | 130 B. Wencker Circle | Bremerton | WA | 98312 | 8/31/01 | Unliquidated | Asbestos-Related Disease (ARD) 5/2/2001 | See footnote 4 |
| Donald A. | Peterson | P. O. Box 854 | Libby | MT | 59923 | 6/11/01 | Unliquidated | Asbestos-Related Disease (ARD) 7/15/2000 | See footnote 4 |
| James | Peterson | 3766 South Highway 2 | Libby | MT | 59923 | 1/26/01 | Unliquidated | Asbestos-Related Disease (ARD) 7/15/2000 | See footnote 4 |
| Denise | Raan | P. O. Box 951 | Troy | MT | 59935 | 10/2/00 | Unliquidated | Asbestos-Related Disease (ARD) 10/23/2000 | See footnote 4 |
| James | Raciot | 6766 Pipe Creek Road | Libby | MT | 59923 | 10/11/00 | Unliquidated | Asbestos-Related Disease (ARD) 9/26/2000 | See footnote 4 |
| Jeff | Regh | 45 Regh Avenue | Libby | MT | 59923 | 2/1/01 | Unliquidated | Asbestos-Related Disease (ARD) 8/7/2000 | See footnote 4 |
| John | Riewoldt | 10553 Highway 37 | Libby | MT | 59923 | 1/14/01 | Unliquidated | Asbestos-Related Disease (ARD) 9/27/2000 | See footnote 4 |

| First Name | Last Name | Address | City | State | Zip | Date | | ARD Date | Notes |
|---|---|---|---|---|---|---|---|---|---|
| Verdelle | Rosenau | 11162 Highway 73 | Lemmon | SD | 57638 | 2/20/01 | Unliquidated | 7/10/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Mike | Rutecki, Dec'd | c/o Shane Rutecki, 2323 32nd Street West, Apt. 7 | Billings | MT | 59102 | 6/7/01 | Unliquidated | 2/1/2001 Asbestos-Related Disease (ARD) | See footnote 4 |
| Roy | Sather | 1307 Nevada Avenue | Libby | MT | 59923 | 6/21/01 | Unliquidated | Asbestos-Related Disease (ARD) | See footnote 4 |
| Alvin | Savage | 246 Taylor Road, Space 5 | Libby | MT | 59923 | 2/10/00 | Unliquidated | 9/7/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Dorothy | Savage | 246 Taylor Road, Space 5 | Libby | MT | 59923 | 2/10/00 | Unliquidated | 10/26/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| William | Schikora | 133 Autumn Road | Libby | MT | 59923 | 3/7/01 | Unliquidated | 2/27/2001 Asbestos-Related Disease (ARD) | See footnote 4 |
| Mike | Schmauch | 1562 Concord Road | Helena | MT | 59602 | 3/18/02 | Unliquidated | 8/3/2001 Asbestos-Related Disease (ARD) | See footnote 4 |
| James | Schnetter | P. O. Box 1048 | Rathdrum | ID | 83858 | 8/10/01 | Unliquidated | 8/26/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Edward | Schrader | 173 Westland Road | Libby | MT | 59923 | 3/16/01 | Unliquidated | 12/11/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Vicky | Serna | 265 Wards Road | Libby | MT | 59923 | 10/27/00 | Unliquidated | 7/22/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Frank | Shockley | 266 Talache Loop Road | Sagle | ID | 83860 | 8/28/01 | Unliquidated | Asbestos-Related Disease (ARD) | See footnote 4 |
| Judy | Siefke | P. O. Box 941 | Libby | MT | 59923 | 2/16/00 | Unliquidated | Asbestos-Related Disease (ARD) | See footnote 4 |
| Arthur | Skogas | 72 Scenery Road | Libby | MT | 59923 | 11/1/01 | Unliquidated | 7/17/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Rodney | Smith, Dec'd | c/o Thelma Smith, P. O. Box 1262 | Libby | MT | 59923 | 4/9/99 | Unliquidated | Asbestos-Related Disease (ARD) | See footnote 4 |
| Terry | Smith | 198 Spencer Road Extension | Libby | MT | 59923 | 9/21/01 | Unliquidated | 7/15/2000 Asbestos-Related Disease (ARD) | See footnote 4 |

| First | Last | Address | City | State | Zip | Date | Status | | Date/Description | Footnote |
|---|---|---|---|---|---|---|---|---|---|---|
| Raymond | Sorenson | | Columbia Falls | MT | 59912 | 6/20/00 | Unliquidated | | Asbestos-Related Disease (ARD) | See footnote 4 |
| Barb | Spencer | 2498 Highway 2 South | Libby | MT | 59923 | 1/11/00 | Unliquidated | | 7/7/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Howard | Stone | 1818 Ogden Avenue | Anaconda | MT | 59711 | 5/11/04 | Unliquidated | | 2/14/2004 mesothelioma | See footnote 4 |
| Mickey | Stone | 1818 Ogden Avenue | Anaconda | MT | 59711 | 5/11/04 | Unliquidated | | 2/14/2004 consortium/ Howard Stone | See footnote 4 |
| John | Sundblad | 274 Lodgepole Way | Libby | MT | 59923 | 2/21/01 | Unliquidated | | 8/27/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Mike | Switzer | 550 Arabian Lane | Libby | MT | 59923 | 2/21/01 | Unliquidated | | 12/6/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Ray | Taylor | P. O. Box 412 | Malta | MT | 59538 | 4/8/00 | Unliquidated | | 8/22/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| H.E. | Thompson | 1510 Custer Avenue | Libby | MT | 59923 | 11/10/00 | Unliquidated | | 10/16/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Orville | Thom | 3117 North 3rd Street | Ocean Springs | MS | 39564 | 6/11/01 | Unliquidated | | 7/17/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Wayne | Thom | 1565 13th Avenue | Sidney | MT | 59270 | 12/5/02 | Unliquidated | | 7/16/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Fred | Tobiason | 124 Ardell Drive | Kalispell | MT | 59901 | 6/21/00 | Unliquidated | | 4/6/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Ira | Troyer | P. O. Box 1126 | Libby | MT | 59923 | 8/2/00 | Unliquidated | | 6/27/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Leonard | Vogel | 227 Mahoney Road | Libby | MT | 59923 | 5/4/01 | Unliquidated | | 8/7/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| John | Wagner | P. O. Box 1059 | Troy | MT | 59935 | 1/9/01 | Unliquidated | | 7/7/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Judy | Wagner | 101 Wagner Lane | Kalispell | MT | 59901 | 2/19/01 | Unliquidated | | 9/11/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Michael | Wagner | 3696 2nd Street Extension West | Libby | MT | 59923 | 1/9/01 | Unliquidated | | 7/31/2000 Asbestos-Related Disease (ARD) | See footnote 4 |

| Robert R. | Wagner | 101 Wagner Lane | Kalispell | MT | 59901 | 2/10/01 | Unliquidated | 9/11/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
|---|---|---|---|---|---|---|---|---|---|
| Sandra Sue | Wagner | P. O. Box 1059 | Troy | MT | 59935 | 1/9/01 | Unliquidated | 7/7/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Sherrie | Ward, Dec'd | c/o Gene Ward, 3429 Fembrook Court | Cameron Park | CA | 95682 | 9/11/01 | Unliquidated | 8/14/2000 ARD, cancer | See footnote 4 |
| Dennis | Welch | P. O. Box 396 | Troy | MT | 59935 | 7/16/01 | Unliquidated | 7/14/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Harriet | Welch | c/o Robert Welch, 155 St. Regis Haul Road | Troy | MT | 59935 | 3/12/01 | Unliquidated | Asbestos-Related Disease (ARD) | See footnote 4 |
| Robert | Welch | 155 St. Regis Haul Road | Troy | MT | 59935 | 3/28/01 | Unliquidated | 9/21/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Monte | Wicka | 6101 Marsh Creek Road | Charlo | MT | 59824 | 5/19/01 | Unliquidated | 8/10/2000 Asbestos-Related Disease (ARD) | See footnote 4 |
| Debbie | Zahner | 5799 Lower Lake Creek Road | Troy | MT | 59935 | 3/24/98 | Unliquidated | 7/22/2000 Asbestos-Related Disease (ARD) | See footnote 4 |

1 Certain of these creditors may have other claims against the Debtors (including but not limited to asbestos contamination/property damage claims) as to which they are not represented in these Chapter 11 cases by Cohn & Whitesell LLP and Landis Rath & Cobb LLP.

2 For purposes of this statement, the Fee Agreement shall mean the Attorney Retainer Agreement, an exemplar of which is submitted herewith.

3 "Asbestos-Related Disease (ARD)" means asbestosis and/or asbestos pleural disease.

4 Lewis, Slovak & Kovacich, P.C. ("LSK") was retained to represent the claimant as a plaintiff in connection with his or her personal injury claim for Libby exposure against all parties potentially liable therefor. Cohn & Whitesell LLP ("CW") was engaged as co-counsel by the Libby Claimants' personal injury counsel, McGarvey, Heberling, Sullivan & McGarvey, P.C. of Kalispell, Montana, and LSK, to provide services related to the Debtors' cases on behalf of all of their respective clients having claims against the Debtors. In turn, CW engaged Landis Rath & Cobb LLP to serve as Delaware counsel. The client contacted LSK directly for representation.

| Name | Interests Owned or Claims Against the Debtors |
|---|---|
| | |
| Cohn & Whitesell LLP | None |
| 101 Arch Street | |
| Boston, MA 02110 | |
| | |
| | |
| Landis Rath & Cobb LLP | None |
| 919 Market Street, Suite 600 | |
| P.O. Box 2087 | |
| Wilmington, DE 19801 | |