# EXHIBIT F

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

FILED
2001 APR 13 PM 3:44

IN THE MATTER OF:

W.R. GRACE & CO., et al

Debtors.

Chapter 11

Case No. 01-1139 (MFW) through
Case No. 01-1200 (MFW)

NOTICE OF APPOINTMENT OF
OFFICIAL COMMITTEE OF ASBESTOS
PERSONAL INJURY CLAIMANTS

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Official Committee of Asbestos Personal Injury Claimants in connection with the above captioned case:

1. **Anthony Angiuli**, c/o Weitz & Luxenberg, 180 Maiden Lane, New York, NY 10038, Phone: (212) 558-5500, Fax: (212) 344-5461.

2. **Harvey Bair**, c/o Goldberg, Persky, Jennings & White, P.C., 1030 Fifth Avenue, Pittsburgh, PA 15219, Phone: (412) 471-3980, Fax: (412) 471-8308.

3. **Roberta Jeffery, Esquire**, c/o Kazan, McClain, Edises, Simon & Abrams, 171 Twelfth Street, Third Floor, Oakland, CA 94607, Phone: (510) 465-7728, Fax: (510) 835-4913.

4. **Steven Jones, as Personal Representative of the Estate of Barbara Ellen Hammack**, c/o Baron & Budd, The Centrum, 3102 Oak Lawn Avenue, Suite 1100, Dallas, TX 75219, Phone: (214) 523-6265, Fax: (214) 523-9157.

5. **Thomas J. Jones**, c/o Kelley & Ferraro, Attn: Michael Kelley, Esquire, 1300 East Ninth Street, 1901 Penton Media Bldg, Cleveland, OH 44114, Phone: (216) 575-0777, Fax: (216) 575-0799.

6. **Beverly Mauldin, as Personal Representative of the Estate of John Wesley Mauldin**, c/o Silber Pearlman, 2711 North Haskell Ave, 5th Floor, LB 32, Dallas, TX 75204, Phone: (214) 874-7000, Fax: (510) 835-4913.

7. **Jeanette Parent, as Personal Representative of the Estate of Thomas Parent**, c/o Ness, Motley, Loadholt, Richardson & Poole, 28 Bridgeside Blvd., P.O. Box 1792, Mt. Pleasant, SC 29464, P Phone: (843) 216-9545, Fax: (843) 216-9450.

8. **Nathan O. Phillips, Jr.**, c/o Robins, Cloud, Greenwood & Lubel, L.L.P., 910 Travis, Suite 2020, Houston, TX 77002, Phone: (713) 650-1200, Fax: (713) 650-1400.

9. **John Russell**, c/o Jacobs & Crumplar, P.A., 2 East 7th Street, P.O. Box 1271, Wilmington, DE 19899, Phone: (302) 656-5445, Fax: (302) 656-5875.

10. **Royce N. Ryan**, c/o McGarvey, Heberling, Sullivan, & McGarvey PC, Attn: Jon L. Heberling, Esquire, 745 South Main Street, Kalispel, MT 59901, Phone: (406) 752-5566, Fax: (406) 752-7124.

11. **John Smutko**, c/o Cooney & Conway, Attn: John D. Cooney, 120 North LaSalle Street, 30th Floor, Chicago, IL 60602 , Phone: (312) 236-3029, Fax: (312) 236-3029.

PATRICIA A. STAIANO
UNITED STATES TRUSTEE

For FREDERIC J. BAKER
SENIOR ASSISTANT UNITED STATES TRUSTEE

DATED: April 13, 2001

Attorney assigned to this Case: Frank J. Perch, III, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497.
Debtors counsel: Laura Davis Jones, Esq., Phone: (302) 652-4100, Fax: (302) 652-4400.