IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Hearing Date: March 27, 2006 at 2:00 p.m.** |

**Re: Docket Nos.: 11850, 12034 and
3/27/06 Agenda Item No. 7**

## DEBTORS' MOTION FOR LEAVE TO FILE A REPLY[1] TO THE GOVERNMENT'S OPPOSITION TO DEBTORS' MOTION FOR AUTHORIZATION TO SEEK DISCOVERY FROM DR. ALAN C. WHITEHOUSE AND FOR A PROTECTIVE ORDER RELATING TO PRODUCTION OF DOCUMENTS FROM DR. ALAN C. WHITEHOUSE

The Debtors hereby request authority, to file a reply in further support of "W. R. Grace & Company's Motion for Authorization to Seek Discovery From Dr. Alan Whitehouse and for a Protective Order Relating to Production of Documents from Dr. Alan C. Whitehouse" (Docket No. 11850) (the "Motion").

On March 10, 2006, the United States Government (the "Government") filed an opposition to the Motion (Docket No. 12034) (the "Opposition"). In the Opposition, the Government states the basis for its objection to Grace's discovery request. The Debtors seek to file a brief Reply to address certain specific objections raised in the Opposition.

---

[1] The Court's chambers procedures do not permit replies absent an order entered upon a motion.

DOCS_DE:116389.1

WHEREFORE, the Debtors respectfully request the entry of an Order granting it authority to file the Reply, which is attached hereto as <u>Exhibit 1</u>.

Dated: March 1*7*, 2006

                              KIRKLAND & ELLIS LLP
                              David M. Bernick, P.C.
                              Janet S. Baer
                              200 East Randolph Drive
                              Chicago, Illinois 60601
                              Telephone:   (312) 861-2000
                              Facsimile:    (312) 861-2200

                              and

                              PACHULSKI STANG ZIEHL YOUNG JONES &
                              WEINTRAUB LLP

                              _/s/ James E. O'Neill_
                              Laura Davis Jones (Bar No. 2436)
                              James E. O'Neill (Bar No. 4042)
                              919 North Market Street, 17th Floor
                              P.O. Box 8705
                              Wilmington, DE 19899-8705 (Courier 19801)
                              Telephone:   (302) 652-4100
                              Facsimile:    (302) 652-4400

                              Co-counsel for Debtors and Debtors in Possession

SO ORDERED this ___ day
of March, 2006

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

2