IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Hearing Date: March 27, 2006 at 2:00 p.m.** |
| | | **Re: Docket Nos.: 11850, 12065 and 3/27/06 Agenda Item No. 7** |

**DEBTORS' MOTION FOR LEAVE TO FILE A REPLY[1] TO LIBBY CLAIMANTS' OBJECTION TO MOTION FOR AUTHORIZATION TO SEEK DISCOVERY FROM DR. ALAN C. WHITEHOUSE AND FOR A PROTECTIVE ORDER RELATING TO PRODUCTION OF DOCUMENTS FROM DR. ALAN C. WHITEHOUSE**

The Debtors hereby request authority to file a reply in further support of "W. R. Grace & Company's Motion for Authorization to Seek Discovery From Dr. Alan Whitehouse and for a Protective Order Relating to Production of Documents from Dr. Alan C. Whitehouse" (Docket No. 11850) (the "Motion").

On March 15, 2006, the Libby Claimants filed an opposition to the Motion (Docket No. 12065) (the "Objection"). In the Objection, the Libby Claimants state the basis for their objection to Grace's discovery request. The Debtors seek to file a brief Reply to address certain misstatements and erroneous facts contained in the Objection.

The Debtors have attemped to be conise in replying to the Objection. Due to the number of matters in the Objection which the Debtors must address in the reply, the Debtors also

---

[1] The Court's chambers procedures do not permit replies absent an order entered upon a motion.

seek leave to exceed the five-page limit for replies in order to adequately respond to the

Objection.

WHEREFORE, the Debtors respectfully request the entry of an Order granting it

authority to file the Reply, which is attached hereto as Exhibit 1.

Dated: March 1Y, 2006

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
Telephone:    (312) 861-2000
Facsimile:    (312) 861-2200

and

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Co-counsel for Debtors and Debtors in Possession

SO ORDERED this ___ day
of March, 2006

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

2